# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| **FEDERAL TRADE COMISSION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. |
| ) | |
| **ROCA LABS, INC.,** *et al.,* ) | |
| ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S EXHIBIT INDEX FOR COMPLAINT
## FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF

| Exhibit | Title |
|---|---|
| A | RocaLabs.com Web Pages |
| B | Mini-gastric-bypass.me Web Pages |
| C | GastricBypass.me Web Pages |
| D | Roca Labs December 2014 Terms |
| E - 1 | Roca Labs September 2014 Terms (Part 1 of 2, pages 1-8) |
| E - 2 | Roca Labs September 2014 Terms (Part 2 of 2, pages 9-15) |
| F | Roca Labs June 2014 Terms |
| G | Roca Labs September 2012 Terms |
| H | Roca Labs Thanks – Summary of Terms Inserts |

Case 8:15-cv-02231-MSS-TBM   Document 2   Filed 09/24/15   Page 2 of 48 PageID 35

Gastric Bypass NO Surgery    Gastric Bypass Alternative    Find your regimen    Gastric bypass cost    Roca Labs reviews    Support



# Roca Labs®

### Strong, Natural Non-Surgical Medical Alternatives

## Gastric Bypass NO surgery®



- Safer, better and cheaper than bariatric surgery
- **High success** in creating gastric bypass effect
- Morning dose creates the gastric bypass effect
- Weight loss starts immediately
- Watch endless testimonials; users **losing up-to 100 lb**
- Natural ingredients
- Starts at $170 x 3 months with health insurance discount

Blue Cross Blue Shields, Aetna, UnitedHealthcare, CIGNA
*and many others*

Roca Labs® mixture

very limited stomach volume

gastric bypass effect

**Successful users lost 100 lb in 8 to 12 mo.**

your weight loss may vary - not typical results

[ Learn more ]

## These users lost an avg. of 93 lbs in 8 to 12 mo.
results may vary – not typical results



Jan 265 lbs    Jul 210 lbs    Oct 184 lbs
Darlene lost 86 lbs in 9 months



277 lbs    162 lbs



288 lbs    223 lbs    205 lbs



Doctors Portal



Pharmacists Portal



Dietitians Portal

## Roca Labs® Invented 6 Surgery Alternative Solutions

[ Am I Qualified? ]

Each solution is individualized and is made of the mixture (limiting stomach volume), Anti-Cravings® and instructions for accelerated weight loss.



Intended for 50 to 100 lb weight loss for obese (BMI 30-40) women/men



Avoid surgery: intended for 100 to 200 lb weight loss for morbidly obese (BMI 40+) women/men



Weight management/loss for diabetics aimed to improve A1C, blood sugar levels and energy



Strong non-surgical weight loss for seniors



Weight management to control cravings and excessive weight gain for pregnant women



Life changer weight loss for kids/teens

**FREE Weight Loss Analysis**

## Bariatric Surgeries Alternative

Powerful non-surgical alternative to all bariatric surgeries. Gastric Bypass Effect®: NO cutting – NO surgery.

### Alternative to Tummy Tuck



Tummy Tuck Alternative

Tummy tuck average cost: $4,000 to $20,000 Death rate: 1 in 620 Complications:  bleeding, fluid accumulation, seroma, pain, swelling, hematoma

### Alternative to Gastric Bypass



Gastric Bypass Alternative

Gastric bypass average cost: $12,000.  Death rate: 1 in 200. Complications: dumping syndrome, hernia, blood clots, kidney stones, gallstones & stomach pouch problems. Average excess weight loss: 60% to 70%.

### Alternative to Vertical Banded



Gastric Sleeve Alternative

Vertical banded average cost: $20,000. Death rate: 1 in 100. Complications: bad infection, outlet stenosis vomiting, staple-line leak & fistula, band erosion, stoma stenosis, food intolerance, and pouch dilation. 37% excess weight loss at 5 years.

### Alternative to Lap Band



Lap Band® Alternative

Lap Band average cost:  $9,000 to $22,000 Death rate: 1 in 1000  Complications: band problems, blood clots, bowel perforation, gallstones, constipation, nausea & vomiting. Average excess weight loss: 52% in 2 years.

### Alternative to Gastric Sleeve



Gastric Sleeve Alternative

Gastric sleeve average cost: $9,500 to $24,000 Death rate: 1 in 500 Complications:  bleeding, leaks, stricture, GERD. Average excess weight loss: 60%

### Alternative to Liposuction



Liposuction Alternative

Liposuction average cost: $4500  Death rate: 1 in 5000 Complications: infections, embolism, seroma, skin necrosis, fluid imbalance, puncture wounds in the organs.

### Alternative to Roux-en-Y



Roux-en-Y average cost: $19,000. Death rate: 1 in 200. Complications: dumping syndrome, hernia, blood clots, kidney stones, gallstones



Roca Labs Invent...
**Follow**  +1
+ 4,622

Follow Roca Labs® on Google+



**Am I Qualified?**



& stomach pouch problems. Average excess
weight loss: 60%





*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

inventors of the
Gastric Bypass Alternative®

Copyrights © 2009-2015 Roca Labs. All rights reserved.

Am I Qualified?

Case 8:15-cv-02231-MSS-TBM  Document 2  Filed 09/24/15  Page 5 of 48 PageID 38

 Answers now    contact 

   



**GASTRIC BYPASS** no surgery ®

# Celebrity News

## dancing with the stars

**Artem Chigvintsev** holding Roca Labs®
Activator and learning
about Gastric Bypass
NO Surgery®. Read more

Roca Labs® is the world's strongest, most effective weight loss regimen based on the Gastric Bypass NO surgery® and Anti-Cravings® inventions.

It can help people lose 100 lb or more without surgery. *Results may vary



Roca Labs® mixture

very limited
stomach volume

gastric bypass effect

**Successful users lost 100 lb in 8 to 12 mo.**

your weight loss may vary - not typical results

How does Roca Labs® regimen work?



presenter is not a medical professional

FREE Weight Loss Analysis

How does it work?                              ⊖

**Better, Safer, and Cheaper Than Surgery**    ⊖

This successful regimen can result in a **weight loss of up to 21 lb a month***. The Anti-Cravings® helps to eliminate the bad cravings for sweets and snacks. The regimen has a

NEW: a dose of the Roca Labs formula is mixed with water and turns into 350cc stomach-sized red mixture. Successful users report that when consumed in the morning, the Regimen creates a feeling akin to limiting functional stomach volume for the duration of your day. This result is achieved **without** surgical procedures, including cutting parts of the digestive system.



With limited stomach volume, you eat much less. Everyone knows the key to losing weight is lowering your calorie intake. When using the Regimen, you enter a calorie deficient state and from day one begin to lose weight at a rate of half a pound for every 1,750 calories. Bariatric surgery does not eliminate your cravings; Roca Labs Anti-Cravings® can reduce your urge for sweets and snacks and other foods that prevent your weight loss success enhancing the loss of an additional 5 to 8 pounds a month! Learn more



Find your regimen

### 100,000 YouTube Roca Labs results    ⊖



very high success rate due to the **gastric bypass effect** in your stomach, which works just like the gastric bypass surgery—a surgery that costs upwards of at least $8,000. The Roca Labs' regimen only costs $480, with most health insurances. Learn more about cost and insurance. *Results may vary

Blue Cross Blue Shields, Aetna, UnitedHealthcare, CIGNA *and many others*

---

### How much weight can I expect to lose?    ⊖

The weight loss can be **immediate** with the Roca Labs' regimen, just as if you had undergone a bariatric surgery, and within few days the cravings should be diminished significantly. Depending on your commitment to the recommended rules for suggested use, a loss of **21 lb a month** is possible; however, realistically, it may take 7 to 10 months to lose 100 lb.*



Learn more

Find your regimen

---

### 53% Are Approved    ⊖

A free weight loss analysis and qualification form are required before you can order. This weight loss solution is intended for women and men with more than 30% of excess body weight to qualify. Special regimens are designed for diabetics, kids and teens, seniors, plus, we offer weight management during pregnancy and postpartum. If approved, patients within 7 to 10 days.



About 185,000 results (0.16 seconds)                    Results

Endless video testimonials prove that the Gastric Bypass NO Surgery Regimen **works**. Surgery can be avoided and thousands of people vouch that the weight loss can be achieved immediately. Customers reaching their weight loss goal and documenting it in an inspirational video receive a Cash Back reward of up to 100%. You should know that while the Roca Labs Regimen is extremely effective, your mind, determination, and commitment make this alternative truly successful. Watch success videos



Qualify & Order

### Are there side effects?

Roca Labs Regimen has potential side effects that we believe can be avoided simply by following your individualized Regimen. For example, consuming dairy during your Regimen can cause diarrhea, and drinking soda or overeating can cause a bloated stomach or gaseous reactions. We encourage you to consult your doctor concerning any potential side effect of the Regimen. By creating the feeling of limiting your stomach volume, customers eat less without potentially painful surgery affecting their digestive systems. That is just one reason why Gastric Bypass NO Surgery presents a safer way to lose a tremendous amounts of weight. Learn more



288 lbs        223 lbs        205 lbs

*Results may vary

### Tanya Lost 54 lbs in 4 months



*Results may vary

### Avoid Bariatric Surgery

Weight loss surgeries are dangerous; every 1 out of 400 persons die, 50% of patients regain weight, 72% of patients suffer some type of complications, and 100% live with dietary restrictions. The main problem with gastric bypass surgery is that it does not curb the unbearable urge for snacks and sweets. Details...





  

Case 8:15-cv-02231-MSS-TBM Document 2 Filed 09/24/15 Page 8 of 48 PageID 41



Jan 265 lbs     Jul 210 lbs     Oct 184 lbs

### Darlene lost 86 lbs in 9 months

*Results may vary

### Strong Natural Ingredients ⊖

The Roca Labs formula is a proprietary compound made from strong synergetic fibers that **naturally create an immediate gastric bypass effect** to limit the functional stomach volume without undergoing surgery*. Each ingredient has its own set of properties, which have been chosen carefully and perfected throughout the years. An estimated $28 million was invested in the creation of the formula. Lables & details



### Cost & Health Insurance ⊖

With insurance, a 3-4 month supply is one payment of **$480 (or 3 payments of $172)**. Without insurance, a 3-4 month supply is **3 payments of $230**.

• A cash back reward of up-to 50% is possible when you create an inspirational video of your weight loss achievement
• Armed Forces members and U.S. and Canadian citizens are guaranteed a discount of up-to $260 with a valid health insurance plan.
  Note: the discount varies depending upon your insurance provider. Additionally, the discount is given regardless of your deductible and will not affect your insurance rates. Learn more

Blue Cross Blue Shields, Aetna, UnitedHealthcare, CIGNA *and many others*



FREE Weight Loss Analysis

277 lbs     162 lbs

*Results may vary

    

### Cash Back For Success ⊖

Document your weight loss success in videos and pictures to receive a cash back reward. When you reach 80% of your weight loss goal, Roca Labs will pay you up-to **$6 for every pound you lost**. These cash back earnings can be more than 100% money back. Failure is not an option so no refunds or returns are allowed. More...





Case 8:15-cv-02231-MSS-TBM   Document 2   Filed 09/24/15   Page 9 of 48 PageID 42



*...and many others*

**Find your regimen**

**Nancy Lost 115 lb in 12 Mo.**  ⊖

Saved from gastric bypass surgery



Nancy B.
weight: 277
*lost 115 lbs*
*Now 162 lbs*

*Results may vary

Sharon lost 80 lb, Darlene lost 86 lb

Watch more success stories

Find your weight loss regimen

---

**Better than Bariatric Surgery**  ⊖

- **High success** in creating the gastric bypass effect
- Morning dose creates the **gastric bypass effect**
- Immediate weight loss*
- Up-to a **21 lb weight loss in a month***
- Many patients lost **100 lb within 7 to 12 months***Results may vary
- World's strongest, non-surgical weight loss alternative
- Personalized weight loss solutions
- Learn more



**Find your regimen**



**Only $170 x 3 mo. payments**

53% Are Approved

**Qualify and Order**

---

**Safer and Cheaper than Bariatric Surgery**  ⊖

- The regimen starts at only **$480 for a 3-4 month supply**
- Qualification form approval occurs within 24 hrs
- FDA compliance and strong, natural ingredients
- Side effects are minimal and manageable
- Anti-Cravings® lowers urge for snacks and sweets
- Full commitment to diet and exercise is a must
- Personal Coaches and 24/7 support is available
- Learn more

**Find your regimen**

## FDA Compliance  ⊖

The Roca Labs® formula and Anti-Cravings® are manufactured in an FDA registered facility under GMP regulations and are classified as dietary supplements (not a drug). The company believes that following FDA regulations is very important.

A doctor's prescription is not required for use, yet, the mixture has an extremely strong effect and the provided directions must be followed to achieve the best results and minimize side effects. Read more

## Losing 100 lb is achievable  ⊖

How can you lose up-to 100 lb without surgery?



#1 Decide to commit to the process
#2 Apply (53% are approved)
#3 Choose a plan (starting at just $480)
#4 Start the regimen and the follow rules
#5 Video your success for Cash Back
#6 Improve health and looks

Learn more

## Very High Success Rate  ⊖

To create the immediate **gastric bypass effect** and limiting stomach volume, you decide the daily dosage and frequency . In other words, your success is completely within your own control.

Case 8:15-cv-02231-MSS-TBM Document 2 Filed 09/24/15 Page 11 of 48 PageID 44



Learn more

    

Roca Labs® is not endorsed by Dancing With The Stars, ABC, BBC, or the Disney Co.or the individuals contestants, judges or performers appearing on Dancing With The Stars. Dancing With The Stars, ABC, BBC, and Disney are all registered trademarks of their respective owners. All trademarks on this web site whether registered or not, are the property of their respective owners. Dancers and celebrities on Dancing with the Stars had a special opportunity to meet with successful users of Roca Labs' Gastric Bypass NO Surgery® who lost 100 lb on average. The dancers and stars were amazed with the weight loss results, but are not in any way official endorsers of Roca Labs®. Images are courtesy of ABC and the Disney Company. Images should not imply product endorsement or use of Roca Labs products by celebrities pictured in images.

   

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

 

 

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**



# No Menus, No Diet Restrictions

Unlike weight loss pills or diet programs, Roca Labs® Formula **does not require a strict menu or calorie restrictions**. It practically FORCES you to eat **HALF** the food you ate before, so you will automatically lose weight without having to keep track of every calorie you consume.

Each day you use the Formula, it creates a gastric bypass effect in your stomach that leaves only a small, limited stomach space available for food intake. It PHYSICALLY LIMITS how much you can eat. You'll feel satisfied after eating just half a portion – or even as little as a few bites. Your stomach has neither the need nor the space for more food. You'll find yourself eating far less than before.



## Avoiding the Diet Trap

Diets often fail for one simple reason: people can't stick to them! They force us to refrain from foods that we can't help but want and sooner or later, many people give in to the temptation. And once you've given in a little, it's easy to feel defeated and rationalize breaking the diet rules again and again, eating little bites of whatever you want, here and there.

One reason the Formula is so successful is that you can **continue to eat what you like,** and without tracking everything you put in your mouth. You can still have a slice of chocolate cake or a bowl of ice cream, but with the gastric bypass effect, you'll feel satisfied before you even finish it. You'll eat the foods you want, but in smaller portions.

Also unlike diet programs, the Formula contains a unique, natural ingredient called *? -Glucan*®, which balances your blood sugar level and fights your cravings. With your

### Sidebar navigation

- ❗ All the Answers
- General questions ▼
  - What is Roca Labs® Procedure?
  - How much weight will I lose?
  - What is the success rate?
  - Side effects to Avoid ◄
  - Am I Qualified?
  - Ingredients
  - What is Anti-Cravings®?
  - Shrinking Stomach™
  - **Are there any menus or diet restrictions?**
  - Procedure Cost
- Medical questions ◄
- Overcoming Obesity ◄
- Compare ◄
- Terms & Conditions ◄
- 🌐 Support ◄

✔ Qualify & Order

urges for sweets and snacks almost eliminated, you'll eat healthier without it being a challenge.

Since you are now eating significantly less, Roca Labs® team of doctors strongly recommends that you consume nutritious food, which is low in calories and supplemented with vitamins. Adding exercise will **greatly accelerate** your weight loss and improve your general health.

## Counting Calories Doesn't Force You to Eat Less

Calorie counting works for some people, but a major downside is that by itself, it does nothing to force you to eat less. All it can do is help track what you eat; at the same time you have the same hunger and the same cravings. With Roca Labs® Formula, you're forced to eat less while the unique ingredient *?-Glucan*® fights your cravings for sweets and snacks, eliminating the need to count calories. You'll feel **satisfied with half the portion,** and you'll feel even better once you start getting compliments from friends and family on your new, slimmer appearance.

Instead of counting the calories you eat, let's look at the calories you'll automatically spare your body with Roca Labs® Formula. From day one, you will eat HALF the portions you are used to, and begin to burn more calories than you consume. This is known as a **calorie deficiency state.** For every 250 calories you save, you lose one ounce of fat. Many users eat as much as 2,000 fewer calories a day while using the Formula, which translates to 17 lbs. a month!

With Roca Labs® Formula, you finally have the weapon you need to fight hunger, cravings and obesity. You'll continue to eat the foods you love without any calorie count, but you'll **naturally eat smaller portions** and still feel satisfied. The power to succeed is in your hands.

  

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

### About us

Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

### Procedures

Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

### All the Answers

How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

 

Copyrights © 2009-2015 Roca Labs. All rights reserved.

  

**Am I Qualified?**

Case 8:15-cv-02231-MSS-TBM Document 2 Filed 09/24/15 Page 14 of 48 PageID 47

≡ **All the answers**   contact 💬

f   g+   t   p   ▶

## Gastric Bypass | Alternative ®

# 100 to 200 lb Weight Loss for Men and Women

Better, safer and cheaper than bariatric surgery, the Roca Labs® regimen can limit your functional stomach volume and help you **lose up-to 21 lb a month**. Your addiction for sweets and snacks is crucial and surgery cannot resolve that issue. The Anti-Cravings® formula can diminish your cravings, which can account for an additional 5 to 8 lb weight loss each month. Highly successful users lose **100 lb over 7 to 12 month** period. Your full commitment is necessary along with a daily exercise routine. Losing even 20 lb will **stimulate sex hormones**, making you feel more vibrant and losing 50 lb can even add years to your life.

*Result may vary – not typical or common or mostly depends on the user

Qualify and Order      Talk to a Success Coach





Nancy B.
weight: 277
**lost 115 lbs**

*Now 162 lbs*

knees are better
back pain gone
I feel healthier

## ADVANTAGE over bariatric surgery

### 👁 Cravings for Sweets and Snacks                          ⊖

No bariatric surgery helps the patient to overcome cravings; so after risking your life for surgery, you eat small quantities of sweets. That is why 50% of gastric bypass patients regain weight. The Anti-Cravings® balances sugar levels in the blood to help you eliminate the the urge for snacks and sweets, which is crucial for weight loss success.

### ✈ Quantity Eating                                        ⊖

While bariatric surgeries create limited stomach volume by cutting parts of the digestive system, Roca Labs® procedure

## Likely Health BENEFITS

### 🔔 High Sugar Levels                                      ⊖

The Anti-Cravings® with special *B-Glucan* slows down the rise of blood sugar levels after a meal by forming a gel, which slows digestion in the stomach and small intestine. Uptake of carbohydrates into the bloodstream then takes longer and sudden fluctuations in blood sugar levels are dramatically minimized. With balanced blood glucose, sugar cravings and mood swings are minimized.

### 🔔 High Blood Pressure                                    ⊖

**Am I Qualified?**

Case 8:15-cv-02231-MSS-TBM   Document 2   Filed 09/24/15   Page 15 of 48 PageID 48

limits functional stomach space without a surgery. The procedure is based on strong natural ingredients combined advance manageable diet and psychological regime.



### ❶ Junk Food

Food manufacturers seek the perfect combination of salt, sugar, and fat to excite your brain and get you coming back for more. These are high calorie foods that make you very fat. Once on the Roca Labs® regimen, you will have a stronger will to resist these bad foods. At first, most bariatric surgeries are great in causing pain (gastric dumping syndrome) after you eat junk food. However, after a while, your body adjusts and that is where you gain weight back. The Roca Labs® regimen alters your eating habits all together. A study shows the surgery had virtually no effect on the cravings for high-fat foods.



### Accelerated Weight Loss

While it is relatively easy to lose 40 to 50% of your excess fat simply by following the Roca Labs® regimen, continuing to lose weight requires shocking your body with high level of activity and exercising. Combining exercise with your massive weight loss from the get go is important, but very difficult to do after bariatric surgery; however, it's easy to do with Roca Labs®.

### Stress, Binge, Bad Eating

60% of bariatric surgery candidates have an eating disorder (usually binge eating, according to a Harvard study) and are at most risk for developing further eating disorders post-surgery. These issues are not resolved by bariatric surgeries and sometimes become more severe post operation due to the poor absorption of vitamins. The Roca Labs® regimen includes 800% of B12 and 500% of B6; the regimen is also designed to balance sugar levels in the blood to help you deal with mood swings and stress with ease.

### Immune System

---

Following the Roca Labs regimen can lower blood pressure. The Journal of *Diabetes* reported that two-thirds of *insulin resistant* (IR) diabetics also had high blood pressure. The regimen can balance blood sugar by slowing glucose and fat absorption, decreasing cholesterol, and lowering the pressure of the arteries that cause high blood pressure.

### ⚠ Cholesterol

The regimen can lower cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl), consuming just 3 grams of the Anti-Cravings® (B-glucan) per day can **lower cholesterol by 8-23%**. Lowering high cholesterol levels can prolong your life.

### ⬡ Breathing Issues

You will feel the relief in breathing, even after losing 20 lb. Obesity alters the relationship between the lungs, chest wall, and diaphragm, which causes significant changes in lung function, reduction in operating lung volume and reductions in the volume of the intrathoracic cavity, due to the presence of adipose tissue and changes in other structures.

### Sleeping Problems and Snoring

Sleeping peacefully and weight loss are interlined. Sleeping less than 7 peaceful hours drives leptin levels down (you need more food to feel full) and also causes ghrelin levels to rise (appetite is stimulated for more food). Losing just about 10% of body weight will improve or cure sleep apnea. Snoring: obese people have extra tissue in the back of their throats which can fall down over the airway and block the flow of air into the lungs while they sleep.

### 🔨 Arthritis and Joints

A 265 lb person places **500 lb of pressure on the joints**; that's 3 times the body weight. The hip and the knee, both are affected by arthritis. Walking places 1.5 times of pressure of the body weight on the joints: 400 lbs with

**Am I Qualified?**

While the Roca Labs® ingredients have been medically proven to improve the immune system. Post bariatric surgery patients suffer from side effects involving the immune system and lacking the ability to sufficiently absorb the necessary nutrients important to the immune system.

### Alcohol 

Weight loss surgery increases the risk of alcohol addiction by 50%. The alcohol goes straight into the intestine and is absorbed rapidly with a high peak and rapid fall. The higher absorption rate makes alcohol more addictive. The Roca Labs® ingredients are believed to actually slow down alcohol absorption.

each step. Obesity accompanied by arthritis creates a vicious circle of inactivity and pain that prevents exercise. **Losing weight can elevate the pain fast.**

### 🌂 Heart Health 

The regimen can reduce body and heart fat dramatically, a significant reduction of cholesterol and low density lipoprotein (LDL). The regimen can lower blood cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl) who consume just 3 grams of the Anti-Cravings® (*B-glucan*) per day can lower cholesterol by 8-23%. Highly significant: each 1% drop in serum cholesterol is a 2% **decrease in the risk of heart disease**. High cholesterol levels correlate with the buildup of plaques in blood vessel walls, which if damaged or simply grow too large, can rupture and cause a heart attack, stroke, or blood clots elsewhere in the body. Lowering high cholesterol levels can therefore **significantly reduce the risk of cardiovascular disease and stroke**.

### Fatigue 

The physical and/or mental state of being tired and weak is a result of the excessive weight you are carrying on you at all times. It is difficult. When you start the procedure and you lost the first 20 lbs, **you will feel more energetic**. Moreover, the large food quantities you consume cause your digestive system to constantly work and make you tired. With the Roca Labs® regimen you will start eating half of your normal portions from day one and **feel a more balanced and energetic**. The balance of sugar levels in your blood can be also a positive contributor for energy.

### Diabetes 

The Roca Labs® regimen has successfully reduced A1C from 12 to 6.6 and can reduce risk factors to benefit the treatment of diabetes and associated complications. Diabetes mellitus is characterized by high blood glucose levels with typical manifestations of thirst, polyuria, polydipsia, and weight loss. The major risk is vascular injury leading to heart disease, which is

**Am I Qualified?**

accelerated by increased lipid levels and hypertension. Management of diabetes includes: control of blood glucose level and lipids and reduction of hypertension.

### Sicknesses and Your Immune system    

The ingredients in the regimen can stimulate the activity of *macrophages,* which are versatile immune cells that ingest and demolish invading *pathogens* and stimulate other immune cells to attack. Macrophages also release *cytokines,* chemicals that when secreted enable the immune cells to communicate with one another. In addition, beta glucans stimulate lethal white blood cells *(lymphocytes)* that bind to tumors or viruses and release chemicals to destroy it.

| Money Back - Reward | 90% Success Rate | Health Insurance | Anti-Cravings |
| --- | --- | --- | --- |

**What is it?**

The Roca Labs® regimen is designed to not only help you lose weight, but enables your stomach to "shrink" so you can maintain your new, healthy weight even after you've completed the regimen. The Formula's effect is immediate, practically forcing you to easily cut your portion sizes to as much as *half* and lose weight from day one. After 4-6 months of proper use, your stomach will feel smaller as less quantities of food are required to satisfy your needs.  Additionally, through its effect on blood sugar levels, the Formula's ingredient, Glucan®, helps you fight the cravings for sweets and snacks. As a result, you not only lose weight faster but the dependency you had on snacks and calorie-rich, fattening foods disappears allowing you to eat healthier.

## Health Application

53% are approved

Qualify & Order

  

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.

| About us | Procedures | All the Answers |
| --- | --- | --- |
| Terms | Gastric Bypass Alternative® | How much weight will I lose? |
| Support | Gastric Bypass NO surgery® | What is it? |
| Privacy | Gastric Bypass Results® | Is it safe if I...? |
| Qualify & Order | Gastric Bypass Effect® | **Am I Qualified?** |



Cost & insurance
**Tel:** 855.933.1010
Contact us

Natural Gastric Bypass®
Speedy Gastric Bypass™

 

*inventors of the*
*Gastric Bypass Alternative®*

Copyrights © 2009-2015 Roca Labs. All rights reserved.

f   🐦   g+

**Am I Qualified?**

Case 8:15-cv-02231-MSS-TBM   Document 2   Filed 09/24/15   Page 19 of 48 PageID 52



## Can my child take the Formula?

Many children have used the Formula successfully and safely. All active ingredients are 100% natural and based on healthy fibers. There are no known related risks from the Formula, but you must consult a doctor before you begin the procedure if you have any questions, and children should not take more than a low dose.



## Fighting child obesity

As a parent, your child's health and happiness are a top priority. Your child is overweight, and you're probably aware of the many negative effects it can have on his or her life – both health-wise and socially.

Roca Labs® Natural Formula can help your child lose weight **safely and naturally.** Its active ingredients are natural healthy fibers, and it's safe for children ages 6 and up with a parent's supervision. It works by physically expanding in the stomach to leave only a **very limited space available for food intake.** Throughout the day, your child will eat HALF the food they used to, without hunger. The Formula has almost no flavor and adapts to the taste of your child's favorite non-carbonated, non-dairy drink.

## Childhood obesity and health

Being overweight puts children at risk for many health conditions: asthma, diabetes, high blood pressure, high cholesterol, sleeping problems, heart disease and poor skeletal development are just a few. **A poor diet can also affect attention span.** If your child is eating junk food and getting sugar rushes instead of the nutrients that the brain and body need, it doesn't make concentrating any easier, and his or her performance in school may suffer.

! All the Answers

General questions ◀

Medical questions ▼

  General Medical FAQ

  Can I use it in high blood pressure?

  Using with medication

  I underwent bariatric surgery

  Letter from the Doctor

  Is it safe to Lose Weight while Breastfeeding?

  I am a senior...

  Understanding weight gain

  Healthy pregnancy

  I am diabetic...

  **Can my child take the Formula?**

  I am pregnant...

Overcoming Obesity ◀

Compare ◀

Terms & Conditions ◀

⊕ Support ◀

✔ Qualify & Order

Case 8:15-cv-02231-MSS-TBM Document 2 Filed 09/24/15 Page 20 of 48 PageID 53

## Social effects of child obesity

The social effects of being overweight and obesity are no less important. You may be worried about how your child fits in. You don't want them to feel different or get picked on – you want them to be confident and make friends. **Feeling secure at this young age is crucial** – it provides the foundation for becoming a happy, well-adjusted teen and then adult.

## Habits are best changed at a young age

There's another reason you have to be concerned: habits developed in childhood are hard to change later on, and **an overweight child is likely to become an overweight adult**. In a long-range study, 80 percent of children who were overweight at ages 10–15 were found to be obese at age 25.

Childhood obesity is a serious issue and as a parent, it's your job to fight it. With Roca Labs® Natural Formula, you can set your child on the right track so they can go on to lead a healthy, happy and productive life.







Case 8:15-cv-02231-MSS-TBM Document 2 Filed 09/24/15 Page 23 of 48 PageID 56





The American Academy of Pediatrics called for a ban of all junk food ads during children's programming.

g+1   0     Like   1     Tweet   0

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
**Tel:** 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

inventors of the
Gastric Bypass Alternative®

 
  
May 6, 2015

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**



## ☰ Answers now    contact 💬

# Letter to Your Doctor V1-Aug12

## Health benefits and weight reduction in medical terms

**Dear Doctor,**

I am an independent medical consultant and I'm writing this letter to describe the weight management regimen from Roca Labs® that your patient is interested in.

The Roca Labs® Formula is a mixture of natural ingredients that have been shown in multiple medical studies to provide euglycemic control, early and prolonged satiety, and a reduced desire to consume the amount of food your patient is currently eating. Although the ingredients are available separately, it is the proprietary combination that provides the greatest benefit.

The active ingredients are beta glucan, konjac glucomannan and fibersol. These compounds are added to Xanthan and Guar gum; they absorb water and slow the transition and absorption of the Roca Labs® Formula ingredients and food contents. This slow GI transit time allows for a systematically-controlled absorption of the active ingredients and the food consumed, resulting in a more even absorption of carbohydrates and a reduction of the rapid rise of blood glucose levels that typically occur after meals.

The health benefits of beta glucan have been established in many papers in peer-reviewed journals. Beta glucans are a group of non-starch polysaccharides, consisting of D-glucose monomers linked by beta glycosidic bonds. Among soluble fibers, beta glucan is the most frequently consumed and is associated with a reduced presence of insulin resistance, dyslipidemia, hypertension and obesity.

Beta glucan has been reported to have positive effects in treating several aspects of the metabolic syndrome that accompanies obesity in men and women. Independent studies have shown that beta glucan significantly lowered total cholesterol and increased HDL in an 8-week trial of obese and hypercholesterolemic patients (Nicolosi et al). For a comprehensive review of this information and more see, Beta Glucan: Health Benefits in Obesity and Metabolic Syndrome (Khoury) in the Journal of Nutrition and Metabolism.

The most comprehensive research paper to evaluate the benefits of beta glucan was in the January 2006 edition of the American Diabetes Association's medical journal, DiabetesCare. The publication is titled "Consumption of Both Resistant Starch and ?-Glucan Improves Postprandial Plasma Glucose and Insulin in Women." The study demonstrated that the consumption of beta glucan can improve (lower) the glucose and insulin responses of both normal and overweight women. The authors concluded that beta glucan is effective in controlling glucose responses in both normal and insulin-resistant subjects (Behall). The effect of beta glucan in maintaining healthy blood



! All the Answers

General questions ◄

Medical questions ▼

   General Medical FAQ

   Can I use it in high blood pressure?

   Using with medication

   I underwent bariatric surgery

   **Letter from the Doctor**

   Is it safe to Lose Weight while Breastfeeding?

   I am a senior...

   Understanding weight gain

   Healthy pregnancy

   I am diabetic...

   Can my child take the Formula?

   I am pregnant...

Overcoming Obesity ◄

Compare ◄

Terms & Conditions ◄

🌐 Support ◄

✔ Qualify & Order

glucose levels, in those with Type 2 diabetes, after meals has been verified in several studies (Jenkins, Wursch).

Studies have proven that the rise in postprandial blood glucose and insulin levels was reduced when meals were consumed with beta glucan or Guar gum (Jenkins). The reduction in peak glucose levels results from a more gradual absorption of nutrients because of the increase in viscosity of the contents of the stomach and small intestine. A large percentage of the Guar gum remains in the stomach for a prolonged period of time, and then gradually moves through the small intestine. This provides a two-fold benefit. First, the stomach is occupied by the highly viscous aqueous gelatin formation. Subsequently, the nutrients from the food are absorbed more, gradually resulting in fewer calories taken in and absorbed.

In addition to the weight management benefits, beta glucans were found to be the most effective polysaccharide immunostimulant against infectious diseases and cancer (Brown) and have been used as adjuncts in chemotherapy.

Konjac glucomannan, Amorphophallus Konjac C. koch, is derived from a tuber of Oriental origin. Several medical publications have reported its effects on lessening the rise in blood glucose levels after a meals (Doi) and lowering blood cholesterol levels in both healthy and hypercholesteremic adults (Arvill, Venter). In addition, Konjac glucomannan was shown to be effective in significantly controlling cholesterol and blood glucose levels with diabetes and insulin-resistant syndrome (Vuksan, Vuksan). In a double-blind, randomized study with diabetic patients, Konjac supplements improved blood lipid levels by enhancing fecal excretion of neutral sterol and bile acid and alleviated the elevated glucose levels in diabetic subjects (Chen). The authors concluded that Konjac should be an adjunct for the treatment of hyperlipidemic diabetic subjects. Previous studies have noted the use of supplemental Konjac resulted in significant weight loss, reduction in total cholesteral and LDL(Walsh).

Wakabayashi et al. evaluated the effects of Fibersol, an indigestible fiber, on the glycemic response of healthy subjects challenged with different carbohydrate sources. Supplemental indigestible dextrin reduced the postprandial glycemic and insulin response of sucrose and reduced the postprandial insulin response following a maltodextrin challenge. Similarly, Tokunaga and Matsuoka found that the consumption of an indigestible dextrin supplement before a test meal of noodles and rice, decreased the postprandial rise in blood glucose compared to controls.

The prevalence of diabetes in U.S. adults is estimated to be 5.1%, and continues to be a major health problem because of the increasing frequency of obesity and sedentary lifestyles. Most medical experts believe that there is potential for the long-term management of the complications associated with diabetes through improved glycemic control. Intensive therapy to control blood glucose improves quality of life in people with diabetes (DCCT), and dietary choices can have a profound impact upon glycemic control (Brand).  The Roca Labs Formula provides that balance of the high fiber viscous property with the metabolic benefits of beta glucan, Konjac and Fibersol. There have been no reports of medical side effects regarding these compounds.

The Roca Labs® Formula creates a similar effect that is experienced with patients that have undergone bypass surgery procedures. Patients using the Roca Labs® product feel

it works from day one, training the stomach to eat less, reducing the capacity of the stomach and teaching the body/brain to eat less with a higher satisfaction. This continues to be reported even as much as 3-5 months after completing the Roca Labs® process. The Roca Labs® Formula is manufactured in an FDA-approved facility and the ingredients have been classified by the World Health Organization (WHO) as part of a healthy diet to prevent chronic disease (Geneva, 2003).

I am not an employee of Roca Labs® and I have formed an independent conclusion based on the available medical information. I have had many patients on the Roca Labs® Procedure and all have been satisfied with the immediate reduction in appetite, cravings and weight loss. I tried the formula myself and can confirm these findings. I hope you consider trying the Roca Labs® Formula before prescribing risky medications or surgery.

Please feel free to contact me if you have any questions regarding the medical efficacy or safety of the Roca Labs® products.

---

Arvill A, Bodin L: Effect of short-term ingestion of konjac glucomannan on plasma cholesterol in healthy men. Am J Clin Nutr 61:585–589, 1995.

Brown G.D., Gordon S. Fungal ?-glucans and mammalian immunity.  Immunity, vol. 19, no. 3, pp. 311–315, 2003.

Chen HL, Sheu WH, Tai TS, Liaw YP, Chen YC. Konjac supplement alleviated hypercholesterolemia and hyperglycemia in type 2 diabetic subjects–a randomized double-blind trial. J Am Coll Nutr. 2003 Feb;22(1):36-42.

Diabetes Control, and Complications Trial (DCCT) Research Group. The effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus. New Engl J Med. 1993;329:977–86.

Doi K: Effect of konjac fibre (Glucomannan) on glucose and lipids. Eur J Clin Nutr 49:S190 –S197, 1995.

El Khoury D., C. Cuda, B. L. Luhovyy, and G. H. Anderson.  Beta Glucan: Health Benefits in Obesity and Metabolic Syndrome. Journal of Nutrition and Metabolism, 2012.

Jenkins AL, Jenkins DJA, Zdravkovic U, Wursch P, Vuksan V. Depression of the glycemic index by high levels of ?-glucan fiber in two functional foods tested in type 2 diabetes. European Journal Clinical Nutrition. 2002.56:622–628.

Jenkins DJ et al. Dietary fibers, fiber analogues and glucose tolerance: importance of viscosity. British Medical Journal. 1978:1;1392-1394.

Nicolos R., S. J. Bell, B. R. Bistrian, I. Greenberg, R. A. Forse, and G. L. Blackburn, Plasma lipid changes after supplementation with ?-glucan fiber from yeast. American Journal of Clinical Nutrition, vol. 70, no. 2, pp. 208–212, 1999.

Tokunaga K, Matsuoka A. Effects of a FOSHU (food for specified health use) containing indigestible dextrin as a functional component on glucose and fat metabolisms. J Japan Diab Soc. 1999;42:61–5.

Case 8:15-cv-02231-MSS-TBM   Document 2   Filed 09/24/15   Page 27 of 48 PageID 60

Wakabayashi S, Kishimoto Y, Matsuoka A. Effects of indigestible dextrin on glucose tolerance in rats. J Endocrinology. 1995;144:533–8.

Walsh DE, Yaghoubian V, Behforooz A. Effect of glucomannan on obese patients: a clinical study. Int J Obes. 1984;8(4):289-93.

Wursch P, Pi-Sunyer FX. The role of viscous soluble fiber in the metabolic control of diabetes. Diabetes Care. 1997:20(11);1774.

Venter CS, Kruger HS, Vorster HH, Serfontein WJ, Ubbink JB, De Villiers LS: The effects of dietary fibre component konjac- glucomannan on plasma cholesterol levels of hypercholesterolemic subjects. Hum Nutr Food Sci Nutr 41F:55–61, 1987.

Vuksan V, Jenkins DJA, Spadafora P, Sievenpiper JL, Owen R, Vidgen E, Brighenti F, Josse R, Leiter LA, Bruce-Thompson C: Konjac-mannan (Glucomannan) improves glycemia and other as- sociated risk factors for coronary heart disease in type 2 diabetes. A randomized controlled metabolic trial. Diabetes Care 22:913– 919, 1999.

Vuksan V, Sievenpiper J, Owen R, Swilley JA, Spadafora P, Jenkins DJA, Vidgen E, Brighenti F, Josse RG, Leiter LA, Xu Z, Novokmet R: Beneficial effects of viscous dietary fiber from konjac-mannan in subjects with the insulin resistance syndrome. Diabetes Care 23:9–14, 2000.

  

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

 

Copyrights © 2009-2015 Roca Labs. All rights reserved.

  

**Am I Qualified?**

**GASTRIC BYPASS** no surgery ®

Case 8:15-cv-02231-MSS-TBM Document 2 Filed 09/24/15 Page 29 of 48 PageID 62

## Qualify & Order

### starts at $172 x 3 payments

This form is designed to filter out those with limited chance of being successful and who are absolutely not suited to use the STRONG Formula or handle the regimen successfully. This form is not replacing your personal physician who can relate specifically to your medical situation. This information will be kept confidential and will NOT be shared. Privacy Policy.

**53% are approved**



**Full Name** *

**Gender** *

**Age** *

**Lbs** *

**Height** *

United Healthcare  **aetna** CIGNA
and many more...

**Health insurance qualifies you for discount**

I am NOT insured

**Send results to my email** *

☐ I want to purchase now and want to talk to a coach

*Information is kept private, see privacy. Occasional reminders may be sent. You may unsubscribe.*

**Next > Health Application**

Chat now



*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



**inventors of the**
**Gastric Bypass Alternative®**

### About us

Terms
Support
Privacy
Qualify & Order
Cost & insurance

### Procedures

Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

### All the Answers

How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2014 Roca Labs. All rights reserved.

  





# Mini Gastric Bypass Alternative

A dose of the Formula in the morning creates a fast mini gastric bypass effect leaving only a small, limited stomach size available forcing you to eat only 50% from day 1.

Without Gastric Bypass surgery.

## What is it? Explained by 24 videos

What is the Formula? ▽



### What is the Formula?

Roca Labs® Formula is a safe and natural alternative to mini gastric bypass surgery. The procedure is based on the Roca Labs® Formula which substitutes undergoing expensive mini gastric bypass surgery while yielding similar results. Taken in the

## 90,000+ Success Stories on Youtube

Nancy ▽



**Nancy B.**
weight: 277

**lost 115 lbs**

*Now 162 lbs*

### Nancy

Gastric Bypass Alternative® helped Nancy lose 115lbs. Nancy from CA was considering mini gastric bypass surgery and in the process found Roca Labs Gastric Bypass No Surgery.She did not want her face shown, but wanted to tell her story.In

 

morning, it creates an immediate effect similar to mini gastric bypass surgery by limiting space in the stomach, forcing you to

one year Nancy lost 85lbs by using Roca Labs Gastric Bypass NO Surgery Formula.Her family and friends make it a

## Qualify & Order



**FDA Compliance**



**Insurance Discount**



**Known to Improve Health**



**90% Success Rate**



## What is it?

Roca Labs® mini gastric bypass formula is a medical innovation which creates a natural mini gastric bypass effect in the stomach without the surgery. It is better, safer and cheaper than the life-altering and dangerous weight loss surgeries.

## Only $480 with your Health Insurance

Customers from USA/Canada enjoy up to a 20% discount on their purchase with approved health insurance. Cost starting at only $480 or 3 monthly payments of $172.

## Surgery Alternative

1/350 dies from mini gastric bypass surgery. The surgery has numerous risks and serious complications, as well as painful restrictions afterwards. In contrast, Roca Labs® formula is easy to use and the side effects are minimal.



### FDA compliance is important

Roca Labs® formula is manufactured in a high-end FDA compliant facility in the USA. The formula is classified as a food supplement (not a drug).



### Side Effects

Though the formula is natural, it is very strong and some users report dehydration and gas. Side effects can be prevented when the Formula is used properly. Additional minor side effects may occur.



### Money back for success

Roca Labs® rewards you for success. Send us a video to share on our website documenting your weight loss progress, and you can get up to 50% of the purchase price, with your true inspirational success story. No money back for failure or otherwise.



### Natural Ingredients

Roca Labs® natural formula is based on healthy fibers: β-Glucan®, Xanthan Gum, and Guar Gum. All ingredients are 100% natural.



### Success is limited by your mind only

The new Roca Labs® formula is probably the most powerful weapon you could purchase in your fight against fat. But identifying your psychological obstacles is important.



### Better Business Bureau

BBB rating system review

### GMP

     The formula is manufactured under United States GMP guidelines, and carries the GMP seal of approval. GMP is part of a quality system covering the manufacture and testing of active pharmaceutical ingredients, diagnostics, foods, pharmaceutical products, and medical devices.

Qualify & Order





The Roca Labs mini gastric bypass NO surgery

formula

is prepared in an FDA compliant facility

......................................................................................................................................................

## Disclaimer

*Results may vary
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2015 Roca Labs, Inc. All rights reserved.

LIVE ADVICE
click to chat





# Mini Gastric Bypass Alternative

A dose of the Formula mixed in water and taken in the morning creates a fast mini mini gastric bypass effect... <u>read more</u>



**LIVE ADVICE**
click to chat

## Ask the Doctor

Basic Questions

Medical Information

Research

Overcoming Psychological Obstacles

Instructions

Overweight: Understanding and overcoming                90% success rate

Stomach Fat: How do I lose it?

Comparison

Qualify & Order

Search

# 90% Success Rate

### Roca Labs™ Natural Formula forces you to eat HALF

The formula has been used in Europe for 6 years, and is scientifically proven to have a **90% success rate**. It will always achieve a mini gastric bypass effect by PHYSICALLY occupying your stomach, leaving only **a small limited stomach volume available for 10-16 hours**. Then, with a smaller stomach size you will eat HALF, and can spare your body as much as 2,000 unnecessary calories a day without feeling any urge for food – that equals **15 lbs per month**!

Reaching your weight loss goal is only a matter of carefully following all instructions, and adjusting the dosage and frequency for your individual needs. The formula is customizable: when you decide how much to take and when, **you control** how much of your stomach is available for food intake at any time. The power to succeed is in YOUR hands!

- Want it even **STRONGER**? Simply add more formula to your morning dose. You choose whether to take a **light, regular, strong,** or**double dose.**
- Want it to last **LONGER**? Simply take a reinforcement dose in the afternoon or evening. Doing this regularly will increase your success rate by 60%.

## Want to accelerate your weight loss?

Try some simple daily exercises, such as 10 minutes of push-ups, crunches, or light weightlifting in the morning and 30-60 minutes of walking or aerobics in the evening (also good for your mental health). Do it together with friend, so it will become fun and routine. Physical a accelerate your metabolism and calorie deficiency, and lead to a**much greater weight loss**.

## Obstacles to success

Note that 28% of users do not immediately succeed due to improper use. But after reviewing and **following all instructions,** about 60% of those are able to succeed as well. The other 40% (comprising 10% of all users) are **held back by psychological obstacles**, which can make the formula less effective. For example, someone with binge eating disorder regularly eats well past the point of fullness in order to cope with sadness, anger, or stress, and will continue to do this even with the formula. Roca Labs™ Natural Formula works on a physical level to block the stomach and eliminate sugar cravings, but psychological issues must be addressed separately. However, such obstacles can often be resolved simply by recognizing them in one's daily behavior.

**Disclaimer**

*Results may vary
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2015 Roca Labs, Inc. All rights reserved.





# Mini Gastric Bypass Alternative

A dose of the Formula mixed in water and taken in the morning creates a fast mini mini gastric bypass effect... read more

Ask The Doctor      Qualify & Order      My Success Blog

**Support Answers** ▶

## Shrinking Stomach

During a 3 to 6 month regimen, you will find that your stomach is "shrinking" in capacity and you are naturally are eating smaller quantities of food and refraining from fatty, unhealthy foods. Your use of the Silica® mixture will be diminishing in frequency and dose quantity throughout the Shrinking Stomach® process.

With only 20% stomach available, you eat less and can lose 4-7 lbs/wk

Shrinking Stomach™ in the 3-6 months Roca Labs® procedure





## Roca Labs' Regimen: Rules and Diet

### Read this page frequently v1.0

While Suggested Use shows how to prepare a dose, and suggests best ways to maintain the **gastric bypass effect,** these Rulesand Diet **MUST BE FOLLOWED ENTIRELY** while using the regimen, unless any rule compromises your health or is not approved by your doctor, as stated in the Terms.

### Limited Eating Interval™ between 11am and 8pm ONLY

You may choose any 9-hour interval for your daily food consumption. No deviation is allowed. Before 11am, you may have a healthy snack limited to 100 calories. Between 8-10pm, you may snack on vegetables like carrots, celery or occasionally, low calorie popcorn.

The Limited Eating Interval™ conditions your body and mind to feel hunger satisfied while you burn existing fat during the no-food period. Eating only during the 9-hour span is the most important rule and your chance of success will



# Mini Gastric Bypass Alternative

A dose of the Formula mixed in water and taken in the morning creates a fast mini mini gastric bypass effect... read more

## Ask the Doctor



Basic Questions    Medical Information    Medical Evidence for Success    Is it safe to lose weight while breastfeeding?    Are there any side effects?    How much weight should I lose while pregnant?    Where does the extra weight go during pregnancy?    Research    Comparison    Qualify & Order

Search

# Roca Labs Nutraceuticals

## Medical Director, Dr. Ross F.

I have reviewed thousands of formal inquiries from the public that request to begin using the Roca Labs Formula for weight loss. Our evaluation process follows strict guidelines to maintain the high company standards and insure safety and efficacy that our product holds. Potential clients complete a 72 point application form to make sure the Formula is right for them. Individuals with certain medical conditions, that are not appropriate for use with Roca Labs Formula, are carefully excluded. I review each case individually for medical accuracy. I have been the medical director at Roca Labs for the past year. I was in clinical medical practice for 10 years before moving into pharmaceutical management. I have been involved in the development and ongoing monitoring of the Roca Labs Formula. I work directly with the staff and customers to maintain the highest levels of medical accuracy and safety.

Overall, I have reviewed thousands of inquiries requesting the Formula and the Roca Labs guidelines ensure the safest use for all customers using this Formula. In, addition the preparation of the Formula exceeds all FDA requirements to insure purity and safety in the preparation of the Formula.

My research has not found any other weight loss that has the efficacy, or biological potential, to help those with obesity lose weight. This is why we can make the statement that "the Roca Labs Formula is probably the strongest weight loss pharmaceutical agent on the market today." Successful following the Roca Labs guidelines has consistently in clients losing 5% of their body weight every month accomplished primarily by not feeling hungry and the severe reduction in cravings for snacks. Therefore, the clients calorie intake is reduced significantly. Most report a 50% reduction in the amount of food they eat. Those that exercise daily, experience even faster weight loss.

The Roca Labs Formula contains the appetite suppressing effects of Konjac glucomannan, the glucose homeostasis action of Beta-glucan and the dietary fibers that bind and occupy 80% of the stomach for up to 16 hours. The Roca Labs Formula has up to 42 times more active ingredient as some marketed diet pills. This is accomplished while maintaining incredibly low side effects levels. Less than 1% of customers report even moderate side effects. The Roca Labs staff provides reponses 24 hours a day for those who have any concerns regarding the Formula. This is why Roca Labs continues to have a persistently high satisfaction level and many return customers.

The effectiveness of the Roca Labs Formula provides the strongest force in spreading the word to others with obesity. Most clients learn about the effective weight loss of results from current Roca Labs customers. Frequently during my

review of customer inquiries, clients report learning about the impressive amount of weight others have experienced using the Roca Labs Formula. I have used the Formula myself, as well as many of my colleagues, and have found it to suppress our appetites and reduce cravings, resulting in weight loss.

### Third party support

There is considerable medical and scientific research to support the health and weight loss benefits of the active ingredients in the Roca Labs Formula. Below is a summary of the literature that supports the ingredients in the Roca Labs proprietary formula as effective in weight loss and additional health benefits. Please review and let me know if you have any questions.

The ROCA LABS® Formula is a mixture of natural ingredients that have been shown in multiple medical studies to provide euglycemic control, early and prolonged satiety and reduced desire to consume food in-between meals. Although the ingredients are available separately, it is the proprietary combination that provides the greatest benefit.

The active ingredients are β-Glucan and konjac glucomannan. These compounds are added to Xanthan and Gaur gum, that absorb water and slow the transition and absorption of the ROCA LABS® Formula ingredients and food contents. This slow GI transit time allows for a systematically controlled absorption of the active ingredients and the food consumed, resulting in a more even absorption of carbohydrates and a reduction of the rapid rise of blood glucose levels typically occurring after meals.

The health benefits of β-Glucan have been established in many papers in peer-reviewed journals. β-Glucans are a group of non-starch polysaccharides, consisting of D-glucose monomers linked by β-glycosidic bonds. Among soluble fibers, β-glucan is the most frequently consumed and is associated with reduced presence of insulin resistance, dyslipidemia, hypertension and obesity.

β-Glucan has been reported to have positive effects in treating several aspects of the metabolic syndrome that accompanies obesity in men and women. Independent studies have shown that β-Glucan significantly lower cholesterol and increased HDL in an 8 week trial diet and hypercholesterolemic patients [1]. For a comprehensive review of this information and more see, Beta Glucan: Health Benefits in Obesity and Metabolic Syndrome in the Journal of Nutrition and Metabolism [2].

The most comprehensive research paper to evaluate the benefits of β-Glucan was in the January 2006 edition of the American Diabetes Association's medical journal, DiabetesCare. The publication is titled "Consumption of Both Resistant Starch and β-Glucan Improves Postprandial Plasma Glucose and Insulin in Women." The study [3] demonstrated that the consumption of β-Glucan can improve (lower) the glucose and insulin responses of both normal and overweight women. The authors concluded that β-Glucan is effective in the controlling glucose responses in both normal and insulin-resistant subjects [4]. The effect of β-Glucan in maintaining healthy blood glucose levels in those with Type 2 diabetes has been verified in several studies [5, 6].

Studies have proven that the rise in postprandial blood glucose and insulin levels was reduced when meals were consumed with β-Glucan or Guar gum[5]. The reduction in peak glucose levels results from a more gradual absorption of nutrients because of the increase in viscosity of the contents of the stomach and small intestine [7]. A large percentage of the Guar gum remains in the stomach for a prolonged period of time, and then gradually moves through the small intestine. This provides a two-fold benefit. First the stomach is occupied by the highly viscous aqueous gel formation and subsequently, the nutrients from the fo absorbed more gradually [8] resulting in fewer calorie in and absorbed [6].

In addition to the weight management benefits β-glucans were found to be an effective polysaccharide immunostimulant against infectious diseases and cancer [9]. β-glucans are currently being utilized, as adjuncts in chemotherapy to aid in the prevention of infections in those that are immunocompromised [10-12].

Konjac glucomannan is derived from a tuber of Oriental origin. Several medical publications have reported its effects on lessening the rise in blood glucose levels after meals [13] and lowering blood cholesterol levels in both healthy and hypercholesterolemic adults [14, 15]. In addition, konjac was shown to be effective in significantly improving cholesterol and blood glucose levels with diabetes and insulin-resistant syndromes [16, 17]. In a double blind, randomized study with diabetic patients, Konjac supplement improved blood lipid levels by enhancing fecal excretion of neutral sterol and bile acid and alleviated the elevated glucose levels in diabetic subjects18. The authors concluded that Konjac should be an adjunct for the treatment of hyperlipidemic diabetic subjects. Previous studies have

shown the use of supplemental Konjac resulted in a significant weight loss, reduction in total cholesterol and LDL [19, 20].

The prevalence of diabetes in U.S. adults is estimated to be 5.1%, and continues to be a major health problem because of the increasing frequency of obesity and sedentary lifestyles. Most medical experts believe that there is potential for the long-term management of the complications associated with diabetes through improved glycemic control. Intensive therapy to control blood glucose improves quality of life in people with diabetes (DCCT), and dietary changes can have a profound impact upon glycemic control. The Roca Labs Formula provides that balance of the high fiber viscous property with the metabolic benefits of β-Glucan and Konjac. There have been no reports medical side effects reported on these compounds.

Patients using the ROCA LABS® product feel it works from day one, training the stomach to eat less, reducing the capacity of the stomach and teaching the body/brain to eat less with a higher satisfaction. This continues to be reported even as much as 3-5 months and after completing the ROCA LABS® process. The ROCA LABS® Formula is manufactured in a FDA approved facility and the ingredients have been classified by the World Health Organization (WHO) as part of a healthy diet to prevent chronic disease.

Please feel free to contact me if you have any questions regarding the medical efficacy or safety of the ROCA LABS® products.

**Ross Finesmith MD**
Roca Labs Nutraceuticals

References

Case 8:15-cv-02231-MSS-TBM   Document 2   Filed 09/24/15   Page 46 of 48 PageID 79

1.      Nicolosi R, Bell SJ, Bistrian BR, Greenberg I, Forse RA, Blackburn GL. Plasma lipid changes after supplementation with beta-glucan fiber from yeast. The American journal of clinical nutrition. 1999; 70(2): 208-12.

2.      El Khoury D, Cuda C, Luhovyy BL, Anderson GH. Beta glucan: health benefits in obesity and metabolic syndrome. Journal of nutrition and metabolism. 2012; 2012: 851362.

3.      Behall KM, Scholfield DJ, Hallfrisch JG, Liljeberg-Elmstahl HG. Consumption of both resistant starch and beta-glucan improves postprandial plasma glucose and insulin in women. Diabetes care. 2006; 29(5): 976-81.

4.      Kim H, Stote KS, Behall KM, Spears K, Vinyard Conway JM. Glucose and insulin responses to whole grain breakfasts varying in soluble fiber, beta-glucan: a dose r study in obese women with increased risk for insulin r European journal of nutrition. 2009; 48(3): 170-5.

5.      Jenkins AL, Jenkins DJ, Zdravkovic U, Wursch P, Vuksan V. Depression of the glycemic index by high levels of beta-glucan fiber in two functional foods tested in type 2 diabetes. European journal of clinical nutrition. 2002; 56(7): 622-8.

6.      Wursch P, Pi-Sunyer FX. The role of viscous soluble fiber in the metabolic control of diabetes. A review with special emphasis on cereals rich in beta-glucan. Diabetes care. 1997; 20 (11): 1774-80.

7.      Blackburn NA, Johnson IT. The influence of guar gum on the movements of inulin, glucose and fluid in rat intestine during perfusion in vivo. Pflugers Archiv : European journal of physiology. 1983; 397(2): 144-8.

8.      Takahashi T, Yokawa T, Ishihara N, Okubo T, Chu DC, Nishigaki E, et al. Hydrolyzed guar gum decreases postprandial blood glucose and glucose absorption in the rat small intestine. Nutr Res. 2009; 29(6): 419-25.

9.      Brown GD, Gordon S. Fungal beta-glucans and mammalian immunity. Immunity. 2003; 19(3): 311-5.

10.     Li B, Cai Y, Qi C, Hansen R, Ding C, Mitchell TC, et al. Orally administered particulate beta-glucan modulates tumor-capturing dendritic cells and improves antitumor T-cell responses in cancer. Clinical cancer research : an official journal of the American Association for Cancer Research. 2010; 16(21): 5153-64.

11.     Driscoll M, Hansen R, Ding C, Cramer DE, Yan J. Therapeutic potential of various beta-glucan sources in

conjunction with anti-tumor monoclonal antibody in cancer therapy. Cancer biology & therapy. 2009; 8(3): 218-25.

12.      Yan J, Allendorf DJ, Brandley B. Yeast whole glucan particle (WGP) beta-glucan in conjunction with antitumour monoclonal antibodies to treat cancer. Expert opinion on biological therapy. 2005; 5(5): 691-702.

13.      Doi K. Effect of konjac fibre (glucomannan) on glucose and lipids. European journal of clinical nutrition. 1995; 49 Suppl 3: S190-7.

14.      Arvill A, Bodin L. Effect of short-term ingestion of konjac glucomannan on serum cholesterol in healthy men. The American journal of clinical nutrition. 1995; 61(3): 585-9.

15.      Venter CS, Vorster HH, Van der Nest DG. Comparison between physiological effects of konjac-glucomannan and propionate in baboons fed "Western" diets. The Journal of nutrition. 1990; 120(9): 1046-53.

16.      Vuksan V, Sievenpiper JL, Owen R, Swilley JA, Spadafora P, Jenkins DJ, et al. Beneficial effects of viscous dietary fiber from Konjac-mannan in subjects with the insulin resistance syndrome: results of a controlled metabolic trial. Diabetes care. 2000; 23(1): 9-14.

17.      Vuksan V, Jenkins DJ, Spadafora P, Sievenpiper JL, Owen R, Vidgen E, et al. Konjac-mannan (glucomannan) improves glycemia and other associated risk factors for coronary heart disease in type 2 diabetes. A randomized controlled metabolic trial. Diabetes care. 1999; 22(6): 913-9.

18.      Chen HL, Sheu WH, Tai TS, Liaw YP, Chen YC. Konjac supplement alleviated hypercholesterolemia and hyperglycemia in type 2 diabetic subjects–a randomized double-blind trial. Journal of the American College of Nutrition. 2003; 22 (1): 36-42.

19.      Walsh DE, Yaghoubian V, Behforooz A. Effect of glucomannan on obese patients: a clinical study. International journal of obesity. 1984; 8(4): 289-93.

20.      Keithley J, Swanson B. Glucomannan and obesity: a critical review. Alternative therapies in health and medicine. 2005; 11(6): 30-4.

### Disclaimer

*Results may vary
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or

tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2015 Roca Labs, Inc. All rights reserved.

