AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>*Plaintiff(s)*<br>v.<br><br>ROCA LABS, INC., ROCA LABS NUTRACEUTICAL USA, INC., DON JURAVIN, GEORGE C. WHITING<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:15 cv2231 T35 TBM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROCA LABS, INC.
c/o REGISTERED AGENTS INC.
3030 N. Rocky Point Drive
STE 150A
Tampa, FL 33607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carl H. Settlemyer III, Attorney
Paul B. Spelman, Attorney
Federal Trade Commission
600 Pennsylvania Avenue, NW, H-286
Washington, DC 20580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 2 4 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | Civil Action No. 8:15 cv2231 T35TBM |
| v. ) | |
| ) | |
| ROCA LABS, INC., ROCA LABS NUTRACEUTICAL ) | |
| USA, INC., DON JURAVIN, GEORGE C. WHITING ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    ROCA LABS, NUTRACEUTICAL USA, INC.
    c/o REGISTERED AGENTS INC.
    3030 N. Rocky Point Drive
    STE 150A
    Tampa, FL 33607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Carl H. Settlemyer III, Attorney
    Paul B. Spelman, Attorney
    Federal Trade Commission
    600 Pennsylvania Avenue, NW, H-286
    Washington, DC 20580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                 CLERK OF COURT

Date: SEP 2 4 2015
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| FEDERAL TRADE COMMISSION | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8:15 CV 2231 T35 TBM |
| ROCA LABS, INC., ROCA LABS NUTRACEUTICAL USA, INC., DON JURAVIN, GEORGE C. WHITING | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Don Juravin
4136 Roberts Point Circle
Sarasota, FL 34242

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Carl H. Settlemyer III, Attorney
Paul B. Spelman, Attorney
Federal Trade Commission
600 Pennsylvania Avenue, NW, H-286
Washington, DC 20580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 2 4 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>*Plaintiff(s)*<br>v.<br><br>ROCA LABS, INC., ROCA LABS NUTRACEUTICAL USA, INC., DON JURAVIN, GEORGE C. WHITING<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)  Civil Action No. 8:15 cv 2231 T35 TBM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
GEORGE C. WHITING
5849 Lynn Lake Drive South
Apt A
Saint Petersburg, FL 33712

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carl H. Settlemyer III, Attorney
Paul B. Spelman, Attorney
Federal Trade Commission
600 Pennsylvania Avenue, NW, H-286
Washington, DC 20580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: SEP 2 4 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*