**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|   |   |
|---|---|
| **FEDERAL TRADE COMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ROCA LABS, INC.**, *et al.*,<br><br>Defendants. | Civil No. 8:15-cv-02231-MSS-TBM |

**PLAINTIFF'S EXHIBIT INDEX FOR MOTION**
**FOR TEMPORARY RESTRAINING ORDER**

| Exhibit | Title |
|---|---|
| PX 1 – A | Declaration of Amber Howe with Attachments (000001 – 000150) |
| PX 1 – B | Declaration of Amber Howe Video #1 (physical attachment – DVD filed with Clerk) (000114) |
| PX 1 – C | Declaration of Amber Howe Video #2 (physical attachment – DVD filed with Clerk) (000114) |
| PX 1 – D | Declaration of Amber Howe Video #3 (physical attachment – DVD filed with Clerk) (000114) |
| PX 1 – E | Declaration of Amber Howe Video #4 (physical attachment – DVD filed with Clerk) (000114) |
| PX 2 – A | Declaration of Arien Parham with Attachments (1 of 3) (000151 – 000185) |
| PX 2 – B | Declaration of Arien Parham with Attachments (2 of 3) (000186 – 000297) |
| PX 2 – C | Declaration of Arien Parham with Attachments (3 of 3) (000298 – 000455) |
| PX 3 | Declaration of Bonnie McGregor with Attachments (000456 – 000480) |
| PX 4 – A | Declaration of Lynne Colbert with Attachments (1 of 7) (000481 – 000528) |

| | |
|---|---|
| PX 4 – B | Declaration of Lynne Colbert with Attachments (2 of 7) (000529 – 000605) |
| PX 4 – C | Declaration of Lynne Colbert with Attachments (3 of 7) (000606 – 000648) |
| PX 4 – D | Declaration of Lynne Colbert with Attachments (4 of 7) (000649 – 000655) |
| PX 4 – E | Declaration of Lynne Colbert with Attachments (5 of 7) (000656 – 000661) |
| PX 4 – F | Declaration of Lynne Colbert with Attachments (6 of 7) (000662 – 000665) |
| PX 4 – G | Declaration of Lynne Colbert with Attachments (7 of 7) (000666 – 000669) |
| PX 5 | Declaration of Marie McGaha with Attachments (000670 – 000686) |
| PX 6 | Declaration of LaShawn Baker (000687 – 000689) |
| PX 7 | Declaration of Steven Heymsfield M.D. with Attachments (000690 – 000797) |
| PX 8 | Declaration of Paul Pavlou Ph.D with Attachments (000798 – 000827) |