# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

_____
                                         )
**FEDERAL TRADE COMISSION,**             )
                                         )
        Plaintiff,                       )
                                         )
            v.                           )          Civil No.
                                         )
**ROCA LABS, INC.**, *et al.*,           )
                                         )
                                         )
        Defendants.                      )
_____)


## EXHIBITS SUPPORTING FTC'S MOTION FOR TEMPORARY RESTRAINING ORDER, OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

### VOLUME I

Declaration of Amber Howe………………………………………………………………PX 1
With Attachments at FTC 000001 - 000150

Declaration of Arien Parham………………………………………………………………PX 2
With Attachments at FTC 000151 - 000455

Declaration of Bonnie McGregor………..……………………………………………PX 3
With Attachments at FTC 000456 - 000480

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

_____
)
**FEDERAL TRADE COMISSION,**                )
)
      Plaintiff,                )
)
        v.                )        Civil No.
)
**ROCA LABS, INC.**, *et al.*,                )
)
)
      Defendants.                )
_____)

### EXHIBITS SUPPORTING FTC'S MOTION FOR TEMPORARY RESTRAINING ORDER, OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

### VOLUME II

Declaration of Lynne Colbert...………………………………………………………PX 4
With Attachments at FTC 000481 - 000669

Declaration of Marie McGaha...………………………………………………………PX 5
With Attachments at FTC 000670 - 000686

Declaration of LaShawn Baker…………..……………………………………………PX 6
With Attachments at FTC 000687 - 000689

Declaration of Steven B. Heymsfield, M.D.…...………………………………………PX 7
With Attachments at FTC 000690 - 000797

Declaration of Paul A. Pavlou, M.D…...…………………………………………………PX 8
With Attachments at FTC 000798 - 000827

# PX 1

Declaration of Amber Howe

FTC-000001

### DECLARATION OF AMBER HOWE

1.      My name is Amber Howe.  I am a United States citizen over the age of 18.  I am employed by the Federal Trade Commission ("FTC") as an Honors Paralegal in the Bureau of Consumer Protection.  I have held that position since 2014.  My business address is 600 Pennsylvania Avenue, N.W., CC-10258, Washington, DC 20580.  I have personal knowledge of the facts stated herein.  If called to testify I could and would testify competently to the facts set forth below.

2.      As part of my job, I perform various research and investigative tasks.  I was assigned to the FTC's investigation of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Don Juravin, and George Whiting.  As part of my work on this investigation, I ran searches in Google, Bing, and Yahoo and captured search result pages showing advertisements ("search ads") for Roca Labs products.  Those search ads linked to websites, including RocaLabs.com and Mini-gastric-bypass.me, that advertised, sold, or discussed Roca Labs products.  The following are terms I used to query those search engines, the dates on which I performed the searches, and the text of search ads delivered with those searches:

   a.  [Google, search term "Roca Labs," March 24, 2015]

   Roca Labs® Official Site - RocaLabs.com
   Ad  www.rocalabs.com/USA-Official-Site ▾
   Gastric Bypass No Surgery® at $480 World Powerful Extreme Weight Loss
   4,314 followers on Google+
   Women: 50-120 lbs to loss - 90% Success Rate

   b.  [Google, search term "gastric bypass," March 24, 2015]

   No Surgery solution $480
   www.rocalabs.com/†NO-surgery ▾
   Better than Gastric bypass
   Roca Labs® has 90% success

   c.  [Google, search term "lap band surgery cost," March 24, 2015]

   NO surgery 86 lbs loss
   health.i-newswire.com/ ▾
   Avoid surgery - Read first!
   Gastric bypass effect No surgery

FTC-000002

d.  [Google, search term "Roca Labs reviews," March 24, 2015]

**Roca Labs Reviews here – Gastric bypass replacement?**
Ad  www.youtube.com/**rocalabsreviews** ▾
Really? 90,000 Roca Labs video reviews
4.448 followers on Google+
   Research Center               Order Now - Only $480.00
   Roca Labs Cost                  Success Stories

e.  [Bing, search term "gastric sleeve," March 25, 2015]

**Better than Surgery**
Ad · RocaLabs.com/APPROVED · 33,500+ followers on Twitter
Extreme-Fast Weight Loss NO Surgery Immediate Small **Stomach** - only $480
Roca Labs Better, Safer & Cheaper than Gastric Bypass | Official Site
   Am I qualified?              Gastric Bypass Costs
   Gastric Bypass NO surgery WIKI     Success Before and After Videos
   90% Success Rate             Ask the Doctor

f.  [Bing, search term "Roca Labs," March 25, 2015]

**Roca Labs® Gastric Bypass**
Ad · RocaLabs.com/Approved · 33,500+ followers on Twitter
No Surgery Weight Loss Formula Get Fast Results - Order Now $480
Gastric Bypass NO surgery $480 | Roca Labs
   Gastric Bypass No Surgery Formula    Success Stories
   Weight Loss Surgery Alternative      Research Center
   Reduces Stomach Size           Order Now - Only $480.00

g.  [Yahoo, search term "Roca Labs," March 26, 2015]

**Roca Labs® Gastric Bypass**
▌▌ RocaLabs.com/Approved  Ad
No Surgery Weight Loss Formula Get Fast Results - Order Now $480

   Gastric Bypass No Surgery Formula    Success Stories
   Weight Loss Surgery Alternative      Research Center
   Reduces Stomach Size           Order Now - Only $480.00

h.  [Yahoo, search term "gastric bypass surgery," March 26, 2015]

**Dangerous Gastric Surgery**
RocaLabs.com/Surgery-Alternative  Ad
+New: Safer Cheaper Alternative non-surgical small stomach $740

   Am I qualified?              Gastric Bypass Costs
   **Gastric Bypass** NO surgery WIKI     Success Before and After Videos
   90% Success Rate             Ask the Doctor

FTC-000003

3.      In my work on this matter I also visited and captured various web pages that advertised, sold, or discussed Roca Labs products, including RocaLabs.com, Mini-gastric-bypass.me, gastricbypass.me, and various YouTube.com pages.  Attached as **Att. A - T** hereto are true and correct copies of my "print-to-PDF" captures of the following web pages as of the dates indicated:

   **Att. A**  https://rocalabs.com (May 11, 2015)

   **Att. B**  https://rocalabs.com/gastric-bypass-no-surgery (May 6, 2015)

   **Att. C**  https://rocalabs.com/faq/general/no-diet-restrictions (May 6, 2015)

   **Att. D**  https://rocalabs.com/regimen/gastric-bypass-alternative (May 6, 2015)

   **Att. E**  http://rocalabs.com/faq/medical/weight-loss-for-kids (May 6, 2015) and
   https://rocalabs.com/regimen/gastric-bypass-no-surgery-for-teens-kids (May 6, 2015)

   **Att. F**  https://rocalabs.com/faq/medical/letter (May 6, 2015)

   **Att. G**  https://rocalabs.com/faq/general/ingredients (May 6, 2015)

   **Att. H**  https://rocalabs.com/faq/general/what-is-anti-cravings (May 4, 2015)

   **Att. I**  https://rocalabs.com/roca-labs-reviews (May 6, 2015)

   **Att. J**  https://rocalabs.com/faq/general/roca-labs-success-rate (May 6, 2015)

   **Att. K**  https://rocalabs.com/cost/moneyback (May 11, 2015)

   **Att. L**  http://rocalabs.com/gastric-bypass-surgery-cost (May 11, 2015)

   **Att. M** https://rocalabs.com/orders (Dec. 8, 2014)

   **Att. N** https://rocalabs.com/terms (May 6, 2015)

   **Att. O** http://mini-gastric-bypass.me (April 22, 2015)

   **Att. P**  http://mini-gastric-bypass.me/answers/maximizing-success/90-success-rate (April 22, 2015)

   **Att. Q** http://mini-gastric-bypass.me/answers/no-surgery/medical-evidence-for-success (May 11, 2015)

   **Att. R** http://mini-gastric-bypass.me/orders (April 22, 2015)

   **Att. S** http://Gastricbypass.me (April 3, 2015)

   **Att. T** http://gastricbypass.me\surgical-alternatives (May 11, 2015)

FTC-000004

**Att. U** www.youtube.com/user/RocaLabs (March 24, 2015)

4.      I also captured videos accessible via RocaLabs.com and other websites.  True and correct copies of the following videos that I captured using video downloader software on April 22, 2015 are included as **Att. V** hereto:

"What is the Roca Labs Procedure" (**Att. V1**)

"What is the Success Rate?" (**Att. V2**)

"How much weight will I lose with Roca Labs' Gastric Bypass" (**Att. V3**)

"Fat is unhealthy and ugly. - Gastric Bypass Alternative ® can" (**Att. V4**)

5.      I also downloaded the following documents, which bear the dates indicated, from the Florida Secretary of State's Office via the website Sunbiz.org.  Attached as **Att. W-Z** hereto, with personal information redacted, are true and correct copies of:

**Att. W  Roca Labs, Inc.**

2009 For Profit Corporation Amended Annual Report (Aug. 5, 2009)

2009 For Profit Corporation Amended Annual Report (Dec. 5, 2009)

Registered Agent Change (Apr. 17, 2012)

2014 Florida Profit Corporation Annual Report (May 16, 2014)

2014 Florida Profit Corporation Amended Annual Report (May 29, 2014)

2015 Florida Profit Corporation Annual Report (Feb. 9, 2015)

**Att. X  Roca Labs Nutraceutical USA, Inc.**

2013 For Profit Corporation Reinstatement (Dec. 10, 2013)

Articles of Amendment (name change) (Dec. 20, 2013)

2014 Florida Profit Corporation Annual Report (March 16, 2014)

2014 Florida Profit Corporation Amended Annual Report (Dec. 20, 2014)

2015 Florida Profit Corporation Annual Report (Feb. 9, 2015)

**Att. Y  Zero Calorie Labs, Inc.**

Articles of Amendment (name change) (Dec. 21, 2009)

2010 For Profit Corporation Amended Annual Report (June 7, 2010)

Registered Agent Change (April 19, 2012)

FTC-000005

2015 Florida Profit Corporation Annual Report (April 17, 2015)

**Att. Z  Juravin, Incorporated**

2014 Florida Profit Corporation Annual Report (April 2, 2014)

Registered Agent Change (Feb. 9, 2015)

2015 Florida Profit Corporation Annual Report (April 11, 2015)


I declare under penalty of perjury that the foregoing is true and correct.


Executed on _16 Sept_, 2015          By _____

FTC-000006

Attachments
     Attachment A:       https://rocalabs.com (May 11, 2015)

FTC-000007

Gastric Bypass NO Surgery    Gastric Bypass Alternative    Find your regimen    Gastric bypass cost    Roca Labs reviews    Support



# Roca Labs ®

### Strong, Natural Non-Surgical Medical Alternatives





## Gastric Bypass NO surgery ®

- Safer, better and cheaper than bariatric surgery
- **High success** in creating gastric bypass effect
- Morning dose creates the gastric bypass effect
- Weight loss starts immediately
- Watch endless testimonials; users **losing up-to 100 lb**
- Natural ingredients
- Starts at $170 x 3 months with health insurance discount

Blue Cross Blue Shields, Aetna, UnitedHealthcare, CIGNA
*and many others*

very limited
stomach volume

Roca Labs® mixture

gastric bypass effect

**Successful users lost 100 lb in 8 to 12 mo.**

your weight loss may vary - not typical results

Learn more

## These users lost an avg. of 93 lbs in 8 to 12 mo.

results may vary – not typical results



Jan 265 lbs    Jul 210 lbs    Oct 184 lbs
Darlene lost 86 lbs in 9 months



277 lbs    162 lbs



288 lbs    223 lbs    205 lbs



Doctors Portal



Pharmacists Portal



Dietitians Portal

### Roca Labs® Invented 6 Surgery Alternative Solutions

Am I Qualified?

FTC-000008

Each solution is individualized and is made of the mixture (limiting stomach volume), Anti-Cravings® and instructions for accelerated weight loss.



Intended for 50 to 100 lb weight loss for obese (BMI 30-40) women/men



Avoid surgery: intended for 100 to 200 lb weight loss for morbidly obese (BMI 40+) women/men



Weight management/loss for diabetics aimed to improve A1C, blood sugar levels and energy



Strong non-surgical weight loss for seniors



Weight management to control cravings and excessive weight gain for pregnant women



Life changer weight loss for kids/teens

**FREE Weight Loss Analysis**

## Bariatric Surgeries Alternative

Powerful non-surgical alternative to all bariatric surgeries. Gastric Bypass Effect®: NO cutting – NO surgery.

### Alternative to Tummy Tuck



Tummy tuck average cost: $4,000 to $20,000 Death rate: 1 in 620 Complications:  bleeding, fluid accumulation, seroma, pain, swelling, hematoma

### Alternative to Gastric Bypass



Gastric bypass average cost: $12,000.  Death rate: 1 in 200. Complications: dumping syndrome, hernia, blood clots, kidney stones, gallstones & stomach pouch problems. Average excess weight loss: 60% to 70%.

### Alternative to Vertical Banded



Vertical banded average cost: $20,000. Death rate: 1 in 100. Complications: bad infection, outlet stenosis vomiting, staple-line leak & fistula, band erosion, stoma stenosis, food intolerance, and pouch dilation. 37% excess weight loss at 5 years.

### Alternative to Lap Band



Lap Band average cost:  $9,000 to $22,000 Death rate: 1 in 1000  Complications: band problems, blood clots, bowel perforation, gallstones, constipation, nausea & vomiting. Average excess weight loss: 52% in 2 years.

### Alternative to Gastric Sleeve



Gastric sleeve average cost: $9,500 to $24,000 Death rate: 1 in 500 Complications:  bleeding, leaks, stricture, GERD. Average excess weight loss: 60%

### Alternative to Liposuction



Liposuction average cost: $4500  Death rate: 1 in 5000 Complications: infections, embolism, seroma, skin necrosis, fluid imbalance, puncture wounds in the organs.

### Alternative to Roux-en-Y



Roux-en-Y average cost: $19,000. Death rate: 1 in 200. Complications: dumping syndrome, hernia, blood clots, kidney stones, gallstones



Follow Roca Labs® on Google+

**Am I Qualified?**

FTC-000009



& stomach pouch problems. Average excess
weight loss: 60%



*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.

## About us

Terms
Support
Privacy
Qualify & Order
Cost & insurance
**Tel:** 855.933.1010
Contact us

## Procedures

Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

## All the Answers

How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

**Roca Labs**

inventors of the
Gastric Bypass Alternative®

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

FTC-000010

Attachments
    Attachment B:        https://rocalabs.com/gastric-bypass-no-surgery (May 6, 2015)

FTC-000011

       



**Celebrity News**

**dancing with the stars**

**Artem Chigvintsev** holding Roca Labs®
Activator and learning
about Gastric Bypass
NO Surgery®. Read more

Roca Labs® is the world's strongest, most effective weight loss regimen based on the
Gastric Bypass NO surgery® and Anti-Cravings® inventions.
It can help people lose 100 lb or more without surgery. *Results may vary



How does Roca Labs® regimen work?



presenter is not a medical professional

Successful users lost 100 lb in 8 to 12 mo.
your weight loss may vary - not typical results

FREE Weight Loss Analysis

How does it work?                                          ⊖

**Better, Safer, and Cheaper Than Surgery**          ⊖

This successful regimen can result in a **weight loss of up
to 21 lb a month***. The Anti-Cravings® helps to eliminate
the bad cravings for sweets and snacks. The regimen has a

FTC-000012

NEW: a dose of the Roca Labs formula is mixed with water and turns into 350cc stomach-sized red mixture. Successful users report that when consumed in the morning, the Regimen creates a feeling akin to limiting functional stomach volume for the duration of your day. This result is achieved **without** surgical procedures, including cutting parts of the digestive system.



With limited stomach volume, you eat much less. Everyone knows the key to losing weight is lowering your calorie intake. When using the Regimen, you enter a calorie deficient state and from day one begin to lose weight at a rate of half a pound for every 1,750 calories. Bariatric surgery does not eliminate your cravings; Roca Labs Anti-Cravings® can reduce your urge for sweets and snacks and other foods that prevent your weight loss success enhancing the loss of an additional 5 to 8 pounds a month! Learn more



Find your regimen

100,000 YouTube Roca Labs results     ⊖



very high success rate due to the **gastric bypass effect** in your stomach, which works just like the gastric bypass surgery—a surgery that costs upwards of at least $8,000. The Roca Labs' regimen only costs $480, with most health insurances. Learn more about cost and insurance. *Results may vary

Blue Cross Blue Shields, Aetna, UnitedHealthcare, CIGNA and many others

**How much weight can I expect to lose?**   ⊖

The weight loss can be **immediate** with the Roca Labs' regimen, just as if you had undergone a bariatric surgery, and within few days the cravings should be diminished significantly. Depending on your commitment to the recommended rules for suggested use, a loss of **21 lb a month** is possible; however, realistically, it may take 7 to 10 months to lose 100 lb.*



Learn more

Find your regimen

**53% Are Approved**   ⊖

A free weight loss analysis and qualification form are required before you can order. This weight loss solution is intended for women and men with more than 30% of excess body weight to qualify. Special regimens are designed for diabetics, kids and teens, seniors, plus, we offer weight management during pregnancy and postpartum. If approved, patients within 7 to 10 days.


## Results

Endless video testimonials prove that the Gastric Bypass NO Surgery Regimen **works**. Surgery can be avoided and thousands of people vouch that the weight loss can be achieved immediately. Customers reaching their weight loss goal and documenting it in an inspirational video receive a Cash Back reward of up to 100%. You should know that while the Roca Labs Regimen is extremely effective, your mind, determination, and commitment make this alternative truly successful. Watch success videos



### Are there side effects? ⊖

Roca Labs Regimen has potential side effects that we believe can be avoided simply by following your individualized Regimen. For example, consuming dairy during your Regimen can cause diarrhea, and drinking soda or overeating can cause a bloated stomach or gaseous reactions. We encourage you to consult your doctor concerning any potential side effect of the Regimen. By creating the feeling of limiting your stomach volume, customers eat less without potentially painful surgery affecting their digestive systems. That is just one reason why Gastric Bypass NO Surgery presents a safer way to lose a tremendous amounts of weight. Learn more



  

Qualify & Order



288 lbs    223 lbs    205 lbs

*Results may vary

### Tanya Lost 54 lbs in 4 months ⊖

*Results may vary

### Avoid Bariatric Surgery ⊖

Weight loss surgeries are dangerous; every 1 out of 400 persons die, 50% of patients regain weight, 72% of patients suffer some type of complications, and 100% live with dietary restrictions. The main problem with gastric bypass surgery is that it does not curb the unbearable urge for snacks and sweets. Details...

FTC-000014



Darlene lost 86 lbs in 9 months

*Results may vary

### Strong Natural Ingredients ⊖

The Roca Labs formula is a proprietary compound made from strong synergetic fibers that **naturally** create an immediate **gastric bypass effect** to limit the functional stomach volume without undergoing surgery*. Each ingredient has its own set of properties, which have been chosen carefully and perfected throughout the years. An estimated $28 million was invested in the creation of the formula. Lables & details



### Cost & Health Insurance ⊖

With insurance, a 3-4 month supply is one payment of **$480 (or 3 payments of $172)**. Without insurance, a 3-4 month supply is **3 payments of $230**.

- A cash back reward of up-to 50% is possible when you create an inspirational video of your weight loss achievement
- Armed Forces members and U.S. and Canadian citizens are guaranteed a discount of up-to $260 with a valid health insurance plan.
  Note: the discount varies depending upon your insurance provider. Additionally, the discount is given regardless of your deductible and will not affect your insurance rates. Learn more

Blue Cross Blue Shields, Aetna, UnitedHealthcare, CIGNA
*and many others*



**FREE Weight Loss Analysis**

*Results may vary

    

### Cash Back For Success ⊖

Document your weight loss success in videos and pictures to receive a cash back reward. When you reach 80% of your weight loss goal, Roca Labs will pay you up-to **$6 for every pound you lost**. These cash back earnings can be more than 100% money back. Failure is not an option so no refunds or returns are allowed. More...





FTC-000015



*...and many others*

**Find your regimen**

---

**Better than Bariatric Surgery** ⊖

- **High success** in creating the gastric bypass effect
- Morning dose creates the **gastric bypass effect**
- Immediate weight loss*
- Up-to a **21 lb weight loss in a month**\*
- Many patients lost **100 lb within 7 to 12 months**\*\*Results may vary
- World's strongest, non-surgical weight loss alternative
- Personalized weight loss solutions
- Learn more



Gastric Bypass Surgery **Vs** Roca Labs® Formula

$8,000-20,000 risky & restrictive    $640 gastric sleeve results (no surgery)

**Find your regimen**

---

**Safer and Cheaper than Bariatric Surgery** ⊖

- The regimen starts at only **$480 for a 3-4 month supply**
- Qualification form approval occurs within 24 hrs
- FDA compliance and strong, natural ingredients
- Side effects are minimal and manageable
- Anti-Cravings® lowers urge for snacks and sweets
- Full commitment to diet and exercise is a must
- Personal Coaches and 24/7 support is available
- Learn more

**Find your regimen**

---

**Nancy Lost 115 lb in 12 Mo.** ⊖

Saved from gastric bypass surgery



Nancy B.
weight: 277
*lost 115 lbs*

*Now 162 lbs*

*Results may vary

Sharon lost 80 lb, Darlene lost 86 lb

Watch more success stories

Find your weight loss regimen

---

**Only $170 x 3 mo. payments**

53% Are Approved

**Qualify and Order**

FTC-000016

**FDA Compliance**                    ⊖

The Roca Labs® formula and Anti-Cravings® are manufactured in an FDA registered facility under GMP regulations and are classified as dietary supplements (not a drug). The company believes that following FDA regulations is very important.

A doctor's prescription is not required for use, yet, the mixture has an extremely strong effect and the provided directions must be followed to achieve the best results and minimize side effects. Read more

**Losing 100 lb is achievable**              ⊖

How can you lose up-to 100 lb without surgery?



#1 Decide to commit to the process
#2 Apply (53% are approved)
#3 Choose a plan (starting at just $480)
#4 Start the regimen and the follow rules
#5 Video your success for Cash Back
#6 Improve health and looks

Learn more

**Very High Success Rate**                ⊖

To create the immediate **gastric bypass effect** and limiting stomach volume, you decide the daily dosage and frequency . In other words, your success is completely within your own control.




Learn more

Roca Labs® is not endorsed by Dancing With The Stars, ABC, BBC, or the Disney Co.or the individuals contestants, judges or performers appearing on Dancing With The Stars. Dancing With The Stars, ABC, BBC, and Disney are all registered trademarks of their respective owners. All trademarks on this web site whether registered or not, are the property of their respective owners. Dancers and celebrities on Dancing with the Stars had a special opportunity to meet with successful users of Roca Labs' Gastric Bypass NO Surgery® who lost 100 lb on average. The dancers and stars were amazed with the weight loss results, but are not in any way official endorsers of Roca Labs®. Images are courtesy of ABC and the Disney Company. Images should not imply product endorsement or use of Roca Labs products by celebrities pictured in images.



*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Roca Labs
inventors of the
Gastric Bypass Alternative®

Copyrights © 2009-2015 Roca Labs. All rights reserved.

Am I Qualified?

FTC-000018

Attachments
  Attachment C:          https://rocalabs.com/faq/general/no-diet-restrictions (May 6, 2015)



GASTRIC BYPASS | no surgery ®

≡ Answers now          contact

# No Menus, No Diet Restrictions

Unlike weight loss pills or diet programs, Roca Labs® Formula **does not require a strict menu or calorie restrictions**. It practically FORCES you to eat **HALF** the food you ate before, so you will automatically lose weight without having to keep track of every calorie you consume.

Each day you use the Formula, it creates a gastric bypass effect in your stomach that leaves only a small, limited stomach space available for food intake. It PHYSICALLY LIMITS how much you can eat. You'll feel satisfied after eating just half a portion – or even as little as a few bites. Your stomach has neither the need nor the space for more food. You'll find yourself eating far less than before.



## Avoiding the Diet Trap

Diets often fail for one simple reason: people can't stick to them! They force us to refrain from foods that we can't help but want and sooner or later, many people give in to the temptation. And once you've given in a little, it's easy to feel defeated and rationalize breaking the diet rules again and again, eating little bites of whatever you want, here and there.

One reason the Formula is so successful is that you can **continue to eat what you like,** and without tracking everything you put in your mouth. You can still have a slice of chocolate cake or a bowl of ice cream, but with the gastric bypass effect, you'll feel satisfied before you even finish it. You'll eat the foods you want, but in smaller portions.

Also unlike diet programs, the Formula contains a unique, natural ingredient called *?*
*-Glucan*®, which balances your blood sugar level and fights your cravings. With your

| All the Answers |
| General questions ▼ |
| What is Roca Labs® Procedure? |
| How much weight will I lose? |
| What is the success rate? |
| Side effects to Avoid ◄ |
| Am I Qualified? |
| Ingredients |
| What is Anti-Cravings®? |
| Shrinking Stomach™ |
| **Are there any menus or diet restrictions?** |
| Procedure Cost |
| Medical questions ◄ |
| Overcoming Obesity ◄ |
| Compare ◄ |
| Terms & Conditions ◄ |
| ⊕ Support ◄ |

✔ Qualify & Order

FTC-000020

urges for sweets and snacks almost eliminated, you'll eat healthier without it being a challenge.

Since you are now eating significantly less, Roca Labs® team of doctors strongly recommends that you consume nutritious food, which is low in calories and supplemented with vitamins. Adding exercise will **greatly accelerate** your weight loss and improve your general health.

## Counting Calories Doesn't Force You to Eat Less

Calorie counting works for some people, but a major downside is that by itself, it does nothing to force you to eat less. All it can do is help track what you eat; at the same time you have the same hunger and the same cravings. With Roca Labs® Formula, you're forced to eat less while the unique ingredient *?-Glucan*® fights your cravings for sweets and snacks, eliminating the need to count calories. You'll feel **satisfied with half the portion,** and you'll feel even better once you start getting compliments from friends and family on your new, slimmer appearance.

Instead of counting the calories you eat, let's look at the calories you'll automatically spare your body with Roca Labs® Formula. From day one, you will eat HALF the portions you are used to, and begin to burn more calories than you consume. This is known as a **calorie deficiency state**. For every 250 calories you save, you lose one ounce of fat. Many users eat as much as 2,000 fewer calories a day while using the Formula, which translates to 17 lbs. a month!

With Roca Labs® Formula, you finally have the weapon you need to fight hunger, cravings and obesity. You'll continue to eat the foods you love without any calorie count, but you'll **naturally eat smaller portions** and still feel satisfied. The power to succeed is in your hands.

  

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.



**inventors of the
Gastric Bypass Alternative®**

### About us

Terms

Support

Privacy

Qualify & Order

Cost & insurance

Tel: 855.933.1010

Contact us

### Procedures

Gastric Bypass Alternative®

Gastric Bypass NO surgery®

Gastric Bypass Results®

Gastric Bypass Effect®

Natural Gastric Bypass®

Speedy Gastric Bypass™

### All the Answers

How much weight will I lose?

What is it?

Is it safe if I...?

Am I qualified?

 

Copyrights © 2009-2015 Roca Labs. All rights reserved.

f    t    g+

**Am I Qualified?**



FTC-000021

Attachments
 Attachment D:  https://rocalabs.com/regimen/gastric-bypass-alternative (May 6, 2015)

FTC-000022

 ☰ All the answers    contact 💬





# 100 to 200 lb Weight Loss for Men and Women

Better, safer and cheaper than bariatric surgery, the Roca Labs® regimen can limit your functional stomach volume and help you **lose up-to 21 lb a month**. Your addiction for sweets and snacks is crucial and surgery cannot resolve that issue. The Anti-Cravings® formula can diminish your cravings, which can account for an additional 5 to 8 lb weight loss each month. Highly successful users lose **100 lb over 7 to 12 month** period. Your full commitment is necessary along with a daily exercise routine. Losing even 20 lb will **stimulate sex hormones**, making you feel more vibrant and losing 50 lb can even add years to your life.

*Result may vary – not typical or common or mostly depends on the user*

[ Qualify and Order ]          [ Talk to a Success Coach ]



Nancy B.
weight: 277
**lost 115 lbs**

knees are better
back pain gone
I feel healthier

*Now 162 lbs*

## ADVANTAGE over bariatric surgery

### 👁 Cravings for Sweets and Snacks                                    ⊖

No bariatric surgery helps the patient to overcome cravings; so after risking your life for surgery, you eat small quantities of sweets. That is why 50% of gastric bypass patients regain weight. The Anti-Cravings® balances sugar levels in the blood to help you eliminate the the urge for snacks and sweets, which is crucial for weight loss success.

### ✈ Quantity Eating                                                    ⊖

While bariatric surgeries create limited stomach volume by cutting parts of the digestive system, Roca Labs® procedure

## Likely Health BENEFITS

### 🔔 High Sugar Levels                                                 ⊖

The Anti-Cravings® with special *B-Glucan* slows down the rise of blood sugar levels after a meal by forming a gel, which slows digestion in the stomach and small intestine. Uptake of carbohydrates into the bloodstream then takes longer and sudden fluctuations in blood sugar levels are dramatically minimized. With balanced blood glucose, sugar cravings and mood swings are minimized.

### 🔔 High Blood Pressure                                               ⊖

Am I Qualified?

FTC-000023

limits functional stomach space without a surgery. The procedure is based on strong natural ingredients combined advance manageable diet and psychological regime.

### ⓘ Junk Food

Food manufacturers seek the perfect combination of salt, sugar, and fat to excite your brain and get you coming back for more. These are high calorie foods that make you very fat. Once on the Roca Labs® regimen, you will have a stronger will to resist these bad foods. At first, most bariatric surgeries are great in causing pain (gastric dumping syndrome) after you eat junk food. However, after a while, your body adjusts and that is where you gain weight back. The Roca Labs® regimen alters your eating habits all together. A study shows the surgery had virtually no effect on the cravings for high-fat foods.

### Accelerated Weight Loss

While it is relatively easy to lose 40 to 50% of your excess fat simply by following the Roca Labs® regimen, continuing to lose weight requires shocking your body with high level of activity and exercising. Combining exercise with your massive weight loss from the get go is important, but very difficult to do after bariatric surgery; however, it's easy to do with Roca Labs®.

### Stress, Binge, Bad Eating

60% of bariatric surgery candidates have an eating disorder (usually binge eating, according to a Harvard study) and are at most risk for developing further eating disorders post-surgery. These issues are not resolved by bariatric surgeries and sometimes become more severe post operation due to the poor absorption of vitamins. The Roca Labs® regimen includes 800% of B12 and 500% of B6; the regimen is also designed to balance sugar levels in the blood to help you deal with mood swings and stress with ease.

### Immune System

Following the Roca Labs regimen can lower blood pressure. The Journal of *Diabetes* reported that two-thirds of *insulin resistant* (IR) diabetics also had high blood pressure. The regimen can balance blood sugar by slowing glucose and fat absorption, decreasing cholesterol, and lowering the pressure of the arteries that cause high blood pressure.

### ⚠ Cholesterol

The regimen can lower cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl), consuming just 3 grams of the Anti-Cravings® (B-glucan) per day can **lower cholesterol by 8-23%**. Lowering high cholesterol levels can prolong your life.

### 🎛 Breathing Issues

You will feel the relief in breathing, even after losing 20 lb. Obesity alters the relationship between the lungs, chest wall, and diaphragm, which causes significant changes in lung function, reduction in operating lung volume and reductions in the volume of the intrathoracic cavity, due to the presence of adipose tissue and changes in other structures.

### Sleeping Problems and Snoring

Sleeping peacefully and weight loss are interlined. Sleeping less than 7 peaceful hours drives leptin levels down (you need more food to feel full) and also causes ghrelin levels to rise (appetite is stimulated for more food). Losing just about 10% of body weight will improve or cure sleep apnea. Snoring: obese people have extra tissue in the back of their throats which can fall down over the airway and block the flow of air into the lungs while they sleep.

### 🔧 Arthritis and Joints

A 265 lb person places **500 lb of pressure on the joints**; that's 3 times the body weight. The hip and the knee, both are affected by arthritis. Walking places 1.5 times of pressure of the body weight on the joints: 400 lbs with


Am I Qualified?

While the Roca Labs® ingredients have been medically proven to improve the immune system. Post bariatric surgery patients suffer from side effects involving the immune system and lacking the ability to sufficiently absorb the necessary nutrients important to the immune system.

### Alcohol 

Weight loss surgery increases the risk of alcohol addiction by 50%. The alcohol goes straight into the intestine and is absorbed rapidly with a high peak and rapid fall. The higher absorption rate makes alcohol more addictive. The Roca Labs® ingredients are believed to actually slow down alcohol absorption.

each step. Obesity accompanied by arthritis creates a vicious circle of inactivity and pain that prevents exercise. **Losing weight can elevate the pain fast.**

### 🌂 Heart Health 

The regimen can reduce body and heart fat dramatically, a significant reduction of cholesterol and low density lipoprotein (LDL). The regimen can lower blood cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl) who consume just 3 grams of the Anti-Cravings® (*B-glucan*) per day can lower cholesterol by 8-23%. Highly significant: each 1% drop in serum cholesterol is a 2% **decrease in the risk of heart disease**. High cholesterol levels correlate with the buildup of plaques in blood vessel walls, which if damaged or simply grow too large, can rupture and cause a heart attack, stroke, or blood clots elsewhere in the body. Lowering high cholesterol levels can therefore **significantly reduce the risk of cardiovascular disease and stroke**.

### Fatigue 

The physical and/or mental state of being tired and weak is a result of the excessive weight you are carrying on you at all times. It is difficult. When you start the procedure and you lost the first 20 lbs, **you will feel more energetic**. Moreover, the large food quantities you consume cause your digestive system to constantly work and make you tired. With the Roca Labs® regimen you will start eating half of your normal portions from day one and **feel a more balanced and energetic**. The balance of sugar levels in your blood can be also a positive contributor for energy.

### Diabetes 

The Roca Labs® regimen has successfully reduced A1C from 12 to 6.6 and can reduce risk factors to benefit the treatment of diabetes and associated complications. Diabetes mellitus is characterized by high blood glucose levels with typical manifestations of thirst, polyuria, polydipsia, and weight loss. The major risk is vascular injury leading to heart disease, which is

Am I Qualified?

accelerated by increased lipid levels and hypertension. Management of diabetes includes: control of blood glucose level and lipids and reduction of hypertension.

### Sicknesses and Your Immune system 

The ingredients in the regimen can stimulate the activity of *macrophages,* which are versatile immune cells that ingest and demolish invading *pathogens* and stimulate other immune cells to attack. Macrophages also release *cytokines,* chemicals that when secreted enable the immune cells to communicate with one another. In addition, beta glucans stimulate lethal white blood cells *(lymphocytes)* that bind to tumors or viruses and release chemicals to destroy it.

| Money Back - Reward | 90% Success Rate | Health Insurance | Anti-Cravings |
|---|---|---|---|

**What is it?**

The Roca Labs® regimen is designed to not only help you lose weight, but enables your stomach to "shrink" so you can maintain your new, healthy weight even after you've completed the regimen. The Formula's effect is immediate, practically forcing you to easily cut your portion sizes to as much as *half* and lose weight from day one. After 4-6 months of proper use, your stomach will feel smaller as less quantities of food are required to satisfy your needs. Additionally, through its effect on blood sugar levels, the Formula's ingredient, Glucan®, helps you fight the cravings for sweets and snacks. As a result, you not only lose weight faster but the dependency you had on snacks and calorie-rich, fattening foods disappears allowing you to eat healthier.

## Health Application

53% are approved

Qualify & Order

  

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.

| About us | Procedures | All the Answers |
|---|---|---|
| Terms | Gastric Bypass Alternative® | How much weight will I lose? |
| Support | Gastric Bypass NO surgery® | What is it? |
| Privacy | Gastric Bypass Results® | Is it safe if I...? |
| Qualify & Order | Gastric Bypass Effect® | Am I qualified? |

**Am I Qualified?**

FTC-000026



Cost & insurance
Tel: 855.933.1010
Contact us

Natural Gastric Bypass®
Speedy Gastric Bypass™

 

inventors of the
Gastric Bypass Alternative®

Copyrights © 2009-2015 Roca Labs. All rights reserved.

f  y  g+

Am I Qualified?

FTC-000027

Attachments
  Attachment E:      http://rocalabs.com/faq/medical/weight-loss-for-kids (May 6, 2015)

And

https://rocalabs.com/regimen/gastric-bypass-no-surgery-for-teens-kids (May 6, 2015)

**GASTRIC BYPASS** | no surgery ®

☰ Answers now          contact ✎

# Can my child take the Formula?

Many children have used the Formula successfully and safely. All active ingredients are 100% natural and based on healthy fibers. There are no known related risks from the Formula, but you must consult a doctor before you begin the procedure if you have any questions, and children should not take more than a low dose.



## Fighting child obesity

As a parent, your child's health and happiness are a top priority. Your child is overweight, and you're probably aware of the many negative effects it can have on his or her life – both health-wise and socially.

Roca Labs® Natural Formula can help your child lose weight **safely and naturally.** Its active ingredients are natural healthy fibers, and it's safe for children ages 6 and up with a parent's supervision. It works by physically expanding in the stomach to leave only a **very limited space available for food intake.** Throughout the day, your child will eat HALF the food they used to, without hunger. The Formula has almost no flavor and adapts to the taste of your child's favorite non-carbonated, non-dairy drink.

## Childhood obesity and health

Being overweight puts children at risk for many health conditions: asthma, diabetes, high blood pressure, high cholesterol, sleeping problems, heart disease and poor skeletal development are just a few. **A poor diet can also affect attention span.** If your child is eating junk food and getting sugar rushes instead of the nutrients that the brain and body need, it doesn't make concentrating any easier, and his or her performance in school may suffer.

### All the Answers

General questions          ◄

Medical questions          ▼

    General Medical FAQ

    Can I use it in high blood pressure?

    Using with medication

    I underwent bariatric surgery

    Letter from the Doctor

    Is it safe to Lose Weight while Breastfeeding?

    I am a senior...

    Understanding weight gain

    Healthy pregnancy

    I am diabetic...

    **Can my child take the Formula?**

    I am pregnant...

Overcoming Obesity          ◄

Compare          ◄

Terms & Conditions          ◄

🌐 Support          ◄

✔ Qualify & Order

FTC-000029

## Social effects of child obesity

The social effects of being overweight and obesity are no less important. You may be worried about how your child fits in. You don't want them to feel different or get picked on – you want them to be confident and make friends. **Feeling secure at this young age is crucial** – it provides the foundation for becoming a happy, well-adjusted teen and then adult.

## Habits are best changed at a young age

There's another reason you have to be concerned: habits developed in childhood are hard to change later on, and **an overweight child is likely to become an overweight adult**. In a long-range study, 80 percent of children who were overweight at ages 10–15 were found to be obese at age 25.

Childhood obesity is a serious issue and as a parent, it's your job to fight it. With Roca Labs® Natural Formula, you can set your child on the right track so they can go on to lead a healthy, happy and productive life.



https://rocalabs.com/faq/medical/weight-loss-for-kids     5/6/2015









*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.

**Roca Labs®**

inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?




Copyrights © 2009-2015 Roca Labs. All rights reserved.





**Am I Qualified?**

FTC-000033

**☰ All the answers**   contact 💬

   

## GASTRIC BYPASS | NO surgery®
## JUNIOR

# World's Strongest Weight Loss Solution for Kids and Teens

Your snacking and overeating has to stop because it affects your social life and school. In many cases, limiting functional stomach volume will dramatically reduce your food intake. Your snacking problem can be handled with the Anti-Cravings®, which will balance your sugar levels in the blood and help you stop over-consumption of calories. All that will only work if you are fully committed to losing the weight, exercising and be ready to wear normal sized clothing.

**Qualify and Order**     **Talk to a Success Coach**





## ADVANTAGE over bariatric surgery

### 👁 Cravings for Sweets and Snacks ⊖

No bariatric surgery helps the patient to overcome cravings; so after risking your life for surgery, you eat small quantities of sweets. That is why 50% of gastric bypass patients regain weight. The Anti-Cravings® balances sugar levels in the blood to help you eliminate the the urge for snacks and sweets, which is crucial for weight loss success.

### ♿ Quantity Eating ⊖

## Possible health BENEFITS

### 🔔 High Blood Pressure ⊖

Following the Roca Labs regimen can lower blood pressure. The Journal of *Diabetes* reported that two-thirds of *insulin resistant* (IR) diabetics also had high blood pressure. The regimen can balance blood sugar by slowing glucose and fat absorption, decreasing cholesterol, and lowering the pressure of the arteries that cause high blood pressure.

### ✦ Arthritis and Joints ⊖

FTC-000034

While bariatric surgeries create limited stomach volume by cutting parts of the digestive system, the Roca Labs® regimen limits your functional stomach space without undergoing surgery. The regimen is based on strong, natural ingredients combined with an advanced, manageable diet and psychological regimen.

###  Junk Food

Food manufacturers seek the perfect combination of salt, sugar, and fat to excite your brain and get you coming back for more. These are high calorie foods that make you very fat. Once on the Roca Labs® regimen, you will have a stronger will to resist these bad foods. At first, most bariatric surgeries are great in causing pain (gastric dumping syndrome) after you eat junk food. However, after a while, your body adjusts and that is where you gain weight back. The Roca Labs® regimen alters your eating habits all together. A study shows the surgery had virtually no effect on the cravings for high-fat foods.

###  Accelerated Weight Loss

While it is relatively easy to lose 40 to 50% of your excess fat simply by following the Roca Labs® regimen, continuing to lose weight requires shocking your body with high level of activity and exercising. Combining exercise with your massive weight loss from the get go is important, but very difficult to do after bariatric surgery; however, it's easy to do with Roca Labs®.

###  Stress, Binge, Bad Eating

60% of bariatric surgery candidates have an eating disorder (usually binge eating, according to a Harvard study) and are at most risk for developing further eating disorders post-surgery. These issues are not resolved by bariatric surgeries and sometimes become more severe post operation due to the poor absorption of vitamins. The Roca Labs® regimen includes 800% of B12 and 500% of B6; the regimen is also designed to balance sugar levels in the blood to help you deal with mood swings and stress with ease.

A 265 lb person places **500 lb of pressure on the joints**; that's 3 times the body weight. The hip and the knee, both are affected by arthritis. Walking places 1.5 times of pressure of the body weight on the joints: 400 lbs with each step. Obesity accompanied by arthritis creates a vicious circle of inactivity and pain that prevents exercise. **Losing weight can elevate the pain fast.**

###  Heart Health

The regimen can reduce body and heart fat dramatically, a significant reduction of cholesterol and low density lipoprotein (LDL). The regimen can lower blood cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl) who consume just 3 grams of the Anti-Cravings® (*B-glucan*) per day can lower cholesterol by 8-23%. Highly significant: each 1% drop in serum cholesterol is a 2% **decrease in the risk of heart disease**. High cholesterol levels correlate with the buildup of plaques in blood vessel walls, which if damaged or simply grow too large, can rupture and cause a heart attack, stroke, or blood clots elsewhere in the body. Lowering high cholesterol levels can therefore **significantly reduce the risk of cardiovascular disease and stroke**.

###  Cholesterol

The regimen can lower cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl), consuming just 3 grams of the Anti-Cravings® (B-glucan) per day can **lower cholesterol by 8-23%**. Lowering high cholesterol levels can prolong your life.

###  Breathing Issues

You will feel the relief in breathing, even after losing 20 lb. Obesity alters the relationship between the lungs, chest wall, and diaphragm, which causes significant changes in lung function, reduction in operating lung volume and reductions in the volume of the intrathoracic cavity, due to the presence of adipose tissue and changes in other structures.

FTC-000035

### High Sugar Levels



The Anti-Cravings® with special *B-Glucan* slows down the rise of blood sugar levels after a meal by forming a gel, which slows digestion in the stomach and small intestine. Uptake of carbohydrates into the bloodstream then takes longer and sudden fluctuations in blood sugar levels are dramatically minimized. With balanced blood glucose, sugar cravings and mood swings are minimized.

### Sleeping Problems and Snoring



Sleeping peacefully and weight loss are interlined. Sleeping less than 7 peaceful hours drives leptin levels down (you need more food to feel full) and also causes ghrelin levels to rise (appetite is stimulated for more food). Losing just about 10% of body weight will improve or cure sleep apnea. Snoring: obese people have extra tissue in the back of their throats which can fall down over the airway and block the flow of air into the lungs while they sleep.

### Fatigue



The physical and/or mental state of being tired and weak is a result of the excessive weight you are carrying on you at all times. It is difficult. When you start the procedure and you lost the first 20 lbs, **you will feel more energetic**. Moreover, the large food quantities you consume cause your digestive system to constantly work and make you tired. With the Roca Labs® regimen you will start eating half of your normal portions from day one and **feel a more balanced and energetic**. The balance of sugar levels in your blood can be also a positive contributor for energy.

### Diabetes



The Roca Labs® regimen has successfully reduced A1C from 12 to 6.6 and can reduce risk factors to benefit the treatment of diabetes and associated complications. Diabetes mellitus is characterized by high blood glucose levels with typical manifestations of thirst, polyuria, polydipsia, and weight loss. The major risk is vascular injury leading to heart disease, which is accelerated by increased lipid levels and hypertension. Management of diabetes includes: control of blood glucose level and lipids and reduction of hypertension.

### Sicknesses and Your Immune System



The ingredients in the regimen can stimulate the activity of *macrophages*, which are versatile immune cells that ingest and demolish invading *pathogens* and stimulate other immune cells to attack. Macrophages also

FTC-000036

release *cytokines,* chemicals that when secreted enable the immune cells to communicate with one another. In addition, beta glucans stimulate lethal white blood cells *(lymphocytes)* that bind to tumors or viruses and release chemicals to destroy it.

| Money Back - Reward | 90% Success Rate | Health Insurance | Anti-Cravings |
|---|---|---|---|

**What is it?**

The Roca Labs® regimen is designed to not only help you lose weight, but enables your stomach to "shrink" so you can maintain your new, healthy weight even after you've completed the regimen. The Formula's effect is immediate, practically forcing you to easily cut your portion sizes to as much as *half* and lose weight from day one. After 4-6 months of proper use, your stomach will feel smaller as less quantities of food are required to satisfy your needs. Additionally, through its effect on blood sugar levels, the Formula's ingredient, Glucan®, helps you fight the cravings for sweets and snacks. As a result, you not only lose weight faster but the dependency you had on snacks and calorie-rich, fattening foods disappears allowing you to eat healthier.



Health Application

53% are approved

Qualify & Order

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

**Roca Labs**
inventors of the
Gastric Bypass Alternative®

Copyrights © 2009-2015 Roca Labs. All rights reserved.

Am I Qualified?

FTC-000037

Attachments
        Attachment F:        https://rocalabs.com/faq/medical/letter (May 6, 2015)



GASTRIC BYPASS | no surgery ®

☰ Answers now        contact ⬭

# Letter to Your Doctor V1-Aug12

## Health benefits and weight reduction in medical terms

**Dear Doctor,**

I am an independent medical consultant and I'm writing this letter to describe the weight management regimen from Roca Labs® that your patient is interested in.

The Roca Labs® Formula is a mixture of natural ingredients that have been shown in multiple medical studies to provide euglycemic control, early and prolonged satiety, and a reduced desire to consume the amount of food your patient is currently eating. Although the ingredients are available separately, it is the proprietary combination that provides the greatest benefit.

The active ingredients are beta glucan, konjac glucomannan and fibersol. These compounds are added to Xanthan and Guar gum; they absorb water and slow the transition and absorption of the Roca Labs® Formula ingredients and food contents. This slow GI transit time allows for a systematically-controlled absorption of the active ingredients and the food consumed, resulting in a more even absorption of carbohydrates and a reduction of the rapid rise of blood glucose levels that typically occur after meals.

The health benefits of beta glucan have been established in many papers in peer-reviewed journals. Beta glucans are a group of non-starch polysaccharides, consisting of D-glucose monomers linked by beta glycosidic bonds. Among soluble fibers, beta glucan is the most frequently consumed and is associated with a reduced presence of insulin resistance, dyslipidemia, hypertension and obesity.

Beta glucan has been reported to have positive effects in treating several aspects of the metabolic syndrome that accompanies obesity in men and women. Independent studies have shown that beta glucan significantly lowered total cholesterol and increased HDL in an 8-week trial of obese and hypercholesterolemic patients (Nicolosi et al). For a comprehensive review of this information and more see, Beta Glucan: Health Benefits in Obesity and Metabolic Syndrome (Khoury) in the Journal of Nutrition and Metabolism.

The most comprehensive research paper to evaluate the benefits of beta glucan was in the January 2006 edition of the American Diabetes Association's medical journal, DiabetesCare. The publication is titled "Consumption of Both Resistant Starch and ?-Glucan Improves Postprandial Plasma Glucose and Insulin in Women." The study demonstrated that the consumption of beta glucan can improve (lower) the glucose and insulin responses of both normal and overweight women. The authors concluded that beta glucan is effective in controlling glucose responses in both normal and insulin-resistant subjects (Behall). The effect of beta glucan in maintaining healthy blood

❕ All the Answers

General questions                                    ◄

Medical questions                                    ▼

   General Medical FAQ

   Can I use it in high blood pressure?

   Using with medication

   I underwent bariatric surgery

   **Letter from the Doctor**

   Is it safe to Lose Weight while Breastfeeding?

   I am a senior...

   Understanding weight gain

   Healthy pregnancy

   I am diabetic...

   Can my child take the Formula?

   I am pregnant...

Overcoming Obesity                                   ◄

Compare                                              ◄

Terms & Conditions                                   ◄

⊕ Support                                            ◄

✔ Qualify & Order

glucose levels, in those with Type 2 diabetes, after meals has been verified in several studies (Jenkins, Wursch).

Studies have proven that the rise in postprandial blood glucose and insulin levels was reduced when meals were consumed with beta glucan or Guar gum (Jenkins). The reduction in peak glucose levels results from a more gradual absorption of nutrients because of the increase in viscosity of the contents of the stomach and small intestine. A large percentage of the Guar gum remains in the stomach for a prolonged period of time, and then gradually moves through the small intestine. This provides a two-fold benefit. First, the stomach is occupied by the highly viscous aqueous gelatin formation. Subsequently, the nutrients from the food are absorbed more, gradually resulting in fewer calories taken in and absorbed.

In addition to the weight management benefits, beta glucans were found to be the most effective polysaccharide immunostimulant against infectious diseases and cancer (Brown) and have been used as adjuncts in chemotherapy.

Konjac glucomannan, Amorphophallus Konjac C. koch, is derived from a tuber of Oriental origin. Several medical publications have reported its effects on lessening the rise in blood glucose levels after a meals (Doi) and lowering blood cholesterol levels in both healthy and hypercholesteremic adults (Arvill, Venter). In addition, Konjac glucomannan was shown to be effective in significantly controlling cholesterol and blood glucose levels with diabetes and insulin-resistant syndrome (Vuksan, Vuksan). In a double-blind, randomized study with diabetic patients, Konjac supplements improved blood lipid levels by enhancing fecal excretion of neutral sterol and bile acid and alleviated the elevated glucose levels in diabetic subjects (Chen). The authors concluded that Konjac should be an adjunct for the treatment of hyperlipidemic diabetic subjects. Previous studies have noted the use of supplemental Konjac resulted in significant weight loss, reduction in total cholesteral and LDL(Walsh).

Wakabayashi et al. evaluated the effects of Fibersol, an indigestible fiber, on the glycemic response of healthy subjects challenged with different carbohydrate sources. Supplemental indigestible dextrin reduced the postprandial glycemic and insulin response of sucrose and reduced the postprandial insulin response following a maltodextrin challenge. Similarly, Tokunaga and Matsuoka found that the consumption of an indigestible dextrin supplement before a test meal of noodles and rice, decreased the postprandial rise in blood glucose compared to controls.

The prevalence of diabetes in U.S. adults is estimated to be 5.1%, and continues to be a major health problem because of the increasing frequency of obesity and sedentary lifestyles. Most medical experts believe that there is potential for the long-term management of the complications associated with diabetes through improved glycemic control. Intensive therapy to control blood glucose improves quality of life in people with diabetes (DCCT), and dietary choices can have a profound impact upon glycemic control (Brand).  The Roca Labs Formula provides that balance of the high fiber viscous property with the metabolic benefits of beta glucan, Konjac and Fibersol. There have been no reports of medical side effects regarding these compounds.

The Roca Labs® Formula creates a similar effect that is experienced with patients that have undergone bypass surgery procedures. Patients using the Roca Labs® product feel

FTC-000040

it works from day one, training the stomach to eat less, reducing the capacity of the stomach and teaching the body/brain to eat less with a higher satisfaction. This continues to be reported even as much as 3-5 months after completing the Roca Labs® process. The Roca Labs® Formula is manufactured in an FDA-approved facility and the ingredients have been classified by the World Health Organization (WHO) as part of a healthy diet to prevent chronic disease (Geneva, 2003).

I am not an employee of Roca Labs® and I have formed an independent conclusion based on the available medical information. I have had many patients on the Roca Labs® Procedure and all have been satisfied with the immediate reduction in appetite, cravings and weight loss. I tried the formula myself and can confirm these findings. I hope you consider trying the Roca Labs® Formula before prescribing risky medications or surgery.

Please feel free to contact me if you have any questions regarding the medical efficacy or safety of the Roca Labs® products.

---

Arvill A, Bodin L: Effect of short-term ingestion of konjac glucomannan on plasma cholesterol in healthy men. Am J Clin Nutr 61:585–589, 1995.

Brown G.D., Gordon S. Fungal ?-glucans and mammalian immunity.  Immunity, vol. 19, no. 3, pp. 311–315, 2003.

Chen HL, Sheu WH, Tai TS, Liaw YP, Chen YC. Konjac supplement alleviated hypercholesterolemia and hyperglycemia in type 2 diabetic subjects–a randomized double-blind trial. J Am Coll Nutr. 2003 Feb;22(1):36-42.

Diabetes Control, and Complications Trial (DCCT) Research Group. The effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus. New Engl J Med. 1993;329:977–86.

Doi K: Effect of konjac fibre (Glucomannan) on glucose and lipids. Eur J Clin Nutr 49:S190–S197, 1995.

El Khoury D., C. Cuda, B. L. Luhovyy, and G. H. Anderson.  Beta Glucan: Health Benefits in Obesity and Metabolic Syndrome. Journal of Nutrition and Metabolism, 2012.

Jenkins AL, Jenkins DJA, Zdravkovic U, Wursch P, Vuksan V. Depression of the glycemic index by high levels of ?-glucan fiber in two functional foods tested in type 2 diabetes. European Journal Clinical Nutrition. 2002.56:622–628.

Jenkins DJ et al. Dietary fibers, fiber analogues and glucose tolerance: importance of viscosity. British Medical Journal. 1978:1;1392-1394.

Nicolos R., S. J. Bell, B. R. Bistrian, I. Greenberg, R. A. Forse, and G. L. Blackburn, Plasma lipid changes after supplementation with ?-glucan fiber from yeast. American Journal of Clinical Nutrition, vol. 70, no. 2, pp. 208–212, 1999.

Tokunaga K, Matsuoka A. Effects of a FOSHU (food for specified health use) containing indigestible dextrin as a functional component on glucose and fat metabolisms. J Japan Diab Soc. 1999;42:61–5.

FTC-000041

Wakabayashi S, Kishimoto Y, Matsuoka A. Effects of indigestible dextrin on glucose tolerance in rats. J Endocrinology. 1995;144:533–8.

Walsh DE, Yaghoubian V, Behforooz A. Effect of glucomannan on obese patients: a clinical study. Int J Obes. 1984;8(4):289-93.

Wursch P, Pi-Sunyer FX. The role of viscous soluble fiber in the metabolic control of diabetes. Diabetes Care. 1997:20(11);1774.

Venter CS, Kruger HS, Vorster HH, Serfontein WJ, Ubbink JB, De Villiers LS: The effects of dietary fibre component konjac- glucomannan on plasma cholesterol levels of hypercholesterolemic subjects. Hum Nutr Food Sci Nutr 41F:55–61, 1987.

Vuksan V, Jenkins DJA, Spadafora P, Sievenpiper JL, Owen R, Vidgen E, Brighenti F, Josse R, Leiter LA, Bruce-Thompson C: Konjac-mannan (Glucomannan) improves glycemia and other as- sociated risk factors for coronary heart disease in type 2 diabetes. A randomized controlled metabolic trial. Diabetes Care 22:913– 919, 1999.

Vuksan V, Sievenpiper J, Owen R, Swilley JA, Spadafora P, Jenkins DJA, Vidgen E, Brighenti F, Josse RG, Leiter LA, Xu Z, Novokmet R: Beneficial effects of viscous dietary fiber from konjac-mannan in subjects with the insulin resistance syndrome.
Diabetes Care 23:9–14, 2000.

  

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

 



Copyrights © 2009-2015 Roca Labs. All rights reserved.

f  t  g+

**Am I Qualified?**

FTC-000042

Attachments
    Attachment G:    https://rocalabs.com/faq/general/ingredients (May 6, 2015)



# Ingredients

The Roca Labs® mixture is composed of a quantitatively-strong, natural galactomannan and glucomannans ingredients, which are highly effective substances. It is classified by the Food and Drug Administration as a food supplement, and therefore, does not require a prescription. The Roca Labs® Formula contains a proprietary combination of healthy fibers, including: B-Glucan, Xanthan Gum, Guar Gum, Konjac and Inulin. The Formula contains 500% of B6, 800% of B12, 100% of Vitamin C, Vitamin B6, which helps smooth skin, and Vitamin B12, which is essential for the brain and nervous system. The Formula also contains natural and artificial flavors. All active ingredients are 100% natural and recognized as safe by the World Health Organization (WHO).





**All the Answers**

**General questions** ▼
- What is Roca Labs® Procedure?
- How much weight will I lose?
- What is the success rate?
- Side effects to Avoid ◄
- Am I Qualified?
- **Ingredients**
- What is Anti-Cravings®?
- Shrinking Stomach™
- Are there any menus or diet restrictions?
- Procedure Cost

**Medical questions** ◄
**Overcoming Obesity** ◄
**Compare** ◄
**Terms & Conditions** ◄
**Support** ◄

✔ **Qualify & Order**

**Click to enlarge**



Basic



Advanced



Premium

   

FTC-000044

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

### About us

Terms

Support

Privacy

Qualify & Order

Cost & insurance

**Tel:** 855.933.1010

Contact us

### Procedures

Gastric Bypass Alternative®

Gastric Bypass NO surgery®

Gastric Bypass Results®

Gastric Bypass Effect®

Natural Gastric Bypass®

Speedy Gastric Bypass™

### All the Answers

How much weight will I lose?

What is it?

Is it safe if I...?

Am I qualified?





Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

FTC-000045

Attachments
    Attachment H:     https://rocalabs.com/faq/general/what-is-anti-cravings (May 4, 2015)



**GASTRIC BYPASS** | no surgery ®

☰ Answers now          contact 💬

## Anti-Cravings®

Weight loss without controlling your cravings for snacks and sweets will only yield a 40-50% success rate. Since sweets' cravings are a chemical dependency, it is very hard to eliminate them alone. The Anti-Cravings® balances sugar levels in the blood, which allows your willpower to fight any cravings.

## Why weight loss surgeries eventually fail?

Overeating and cravings are two of the main reasons for obesity. Limiting your stomach volume with the Roca Labs' regimen or any bariatric surgery only resolves half of your eating problems. Cravings are one of the major reasons why bariatric patients regain weight. The surgery does **not** resolve the strong urge for sweets and snacks, which accounts for 60% of the regained weight. This table explains the problem and why overcoming cravings is crucial for your weight loss success. The Roca Labs' Anti-Cravings® can help you refrain from the bad food dependencies of sugars and fats.



## Winning combination

1. The mixture provides the **gastric bypass effect**, limiting your available volume stomach so that you will eat half of your normal portion sizes or even less.
2. Anti-Cravings helps you to eliminate the cravings for the sweets and snacks, which may attribute to an extra 5 to 10 lb weight loss each month.

**Click to enlarge**

❗ All the Answers

General questions ▼

　What is Roca Labs® Procedure?

　How much weight will I lose?

　What is the success rate?

　Side effects to Avoid ◀

　Am I Qualified?

　Ingredients

　**What is Anti-Cravings®?**

　Shrinking Stomach™

　Are there any menus or diet restrictions?

　Procedure Cost

Medical questions ◀

Overcoming Obesity ◀

Compare ◀

Terms & Conditions ◀

⚙ Support ◀

✔ Qualify & Order

  

  

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

### About us

Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

### Procedures

Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

### All the Answers

How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

 

  

Copyrights © 2009-2015 Roca Labs. All rights reserved.

Attachments
    Attachment I:        https://rocalabs.com/roca-labs-reviews (May 6, 2015)



☰ **Answers now**        contact 💬

## Roca Labs Reviews – Gastric Bypass Results Before and After Testimonials Videos

Does Roca Labs really work? Check all these testimonials and those on YouTube, Google+, FaceBook and Channel



100,000+
YouTube
Results



**Darlene G.**

*Cookeville, TN*
age: 75
weight: 265

Christmas time



An impressive weight loss by Darlene. Reviewing Roca Labs Gastric Bypass Effect® for Seniors



Sister Anne's 65 lb weight loss made possible with the help of Roca Labs Gastric Bypass No Surgery



Roca Labs Review - Nancy's Amazing 115 lb weight loss. Thanks to Gastric Bypass NO surgery

**Am I Qualified?**

FTC-000050



Roca Lab Review Terese 28lbs down!



Gastric Bypass Alternative Success Story Review #1007



Gastric Bypass Success Stories 125



Roca Labs® Reviews by Scotty Senior



Roca Labs Review by Breastfeeding Lost 2 pants sizes in 5wks



Gastric Bypass Before and After Tanya Roca Labs ©copyrights



my life story



Fast weight loss for Wedding or Special Occasion



Roca Labs Review by #117



Gastric Bypass Effect® - Carla dropped 4 pants sizes!



Roca Labs Testimony



*Senior Gastric Bypass (before and after pictures) for Roca Labs



I promise it works!!!



What exactly IS Roca Labs? REVIEW of Roca Labs by # 2008



Gastric Bypass Success Stories 8







Am I Qualified?

FTC-000051



Gastric Bypass Success Stories 12



Gastric Bypass Success Stories 14 - Spanish



EXTREME weight loss for 100+lbs to lose - Real Story



Lost Pregnancy Weight with Gastric Bypass formula (before and after pictures) by Roca Labs®



Roca Labs Gastric Bypass No Surgery Day 1



Gastric Bypass Success Stories 10



Roca Labs REVIEWS by Lauren and Donna



Gastric Bypass Success Stories 4



end of week 4 roca labs formula 18 lbs. down..



Gastric Bypass Success Stories 1



Roca Labs Val



Roca Labs Mini Gastric Bypass Formula Day 12

 84     222     569    

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions , Suggested Use , Side Effects , Terms and Conditions .

About us                    Procedures                    All the Answers

Am I Qualified?

FTC-000052



Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

FTC-000053

Attachments
   Attachment J:      https://rocalabs.com/faq/general/roca-labs-success-rate (May 6, 2015)



**≡ Answers now**   contact 💬

# What is the Success Rate?

Users report a 90% success rate in creating the gastric bypass effect to limit stomach space*. Though the Roca Labs Procedure works, it is not a guarantee that you will be successful past the loss of first 30-35 lb.

## 90% success rate – 100% depends on you

So Roca Labs® Procedure has 90% success rate in creating an immediate gastric bypass effect and limiting your stomach space. Little food portions are now satisfying and you are losing weight from day one. Everyone does. At the end of the first month you might lose 15 to 20 lbs and you feel good. Some people notice the change. At the end of 10 weeks you have probably lost 30 to 35 lbs and you buy clothing 2 to 4 sizes sizes smaller.

Your determination and commitment.. ALWAYS.

Anti-Cravings® can further help in fighting your urge for snacks/sweets and increase your success rate. However, it all depends on YOUR level of commitment to the Program!



100,000+ "YouTube Roca Labs" Search Results

Google   **90,700** results for "Roca Labs® YouTube"™   You Tube

## 1 out of 5 who searches "gastric bypass" is searching for "Roca Labs"

With so many success videos wherein people document an immediate gastric bypass effect without a surgery, it is evident that Roca Labs® procedure simply works. That is



- ❗ All the Answers
- General questions ▼
  - What is Roca Labs® Procedure?
  - How much weight will I lose?
  - **What is the success rate?**
  - Side effects to Avoid ◄
  - Am I Qualified?
  - Ingredients
  - What is Anti-Cravings®?
  - Shrinking Stomach™
  - Are there any menus or diet restrictions?
  - Procedure Cost
- Medical questions ◄
- Overcoming Obesity ◄
- Compare ◄
- Terms & Conditions ◄
- ⊕ Support ◄

**✔ Qualify & Order**

FTC-000055

why Google's search results shows that of every 5 people in the USA searching for gastric bypass, 1 is looking for Roca Labs, the Gastric Bypass Alternative®





*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
**Tel:** 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

**Roca Labs®**
inventors of the
Gastric Bypass Alternative®

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

FTC-000056

Attachments
    Attachment K:        https://rocalabs.com/cost/moneyback (May 11, 2015)

FTC-000057



**☰ Answers now**     contact 💬





## Money back reward for your true success story

Roca Labs® rewards only success and not a failure (see terms).

You can earn money back as a reward for losing weight. Simply document your weight loss from your starting weight to achieving your weight loss goal. Demonstrate your weight loss with smaller size clothing, using the Success Belt or show your body in a clear convincing way. When you achieve your weight loss goal and send us the video, you will receive Money Back Reward or up to $1,000.00 within 10 days conditional and based on:

1. You must have passed the 3 stage goal
2. Your documented success is inspirational & convincing
3. Your claimed weight loss is evident in the "before & after"

But the Rewards do not stop here. Want to receive a trip to Disney World in Florida and shoot your success video here? Submit an INSPIRING video of your weight loss of 100 lbs or more that motivates others to choose a better healthy life and you shall be rewarded. *

Our marketing department, LOVES giving money to successful users. But please follow the Recipe for Success standards below to ensure that your video meets our minimum quality and content standards. You don't need to be a great cinematographer, your video can even be shot on a smartphone, but you must meet the standards below or you will get only a portion of that 50% money back.

**! All the Answers**

General questions  ◄
Medical questions  ◄
Overcoming Obesity  ◄
Compare  ◄
Terms & Conditions  ▼
    Terms & Conditions
    Privacy Policy
    **Money Back / Reward**
⊕ Support  ◄

**✔ Qualify & Order**

**Am I Qualified?**

FTC-000058



## Recipe for Inspiring Success Video

Video shot in a minimum of 720p quality, with good sound and light. For tips on shooting good videos watch this: http://vimeo.com/videoschool/101

Video documents all of your weight loss from beginning to ending weight. We would like to share in your weight loss progress, so please video regularly.

2-3 min about your eating problems, how you were troubled by your weight and your weight loss goal.

2-4 min of how you are using the Roca Labs Formula and your tips to others.

In short, to get this reward, film yourself now, during and after you've reached your goal. The video should be about 10 minutes long, talk about your past eating problems, the ease of using the Program, how much weight you've lost and how your life has changed. You can tell us about improvements in your health, self-esteem, relationships and love life, and even compliments you've received about your new look. Your video must be real, convincing and of good quality.

**Remember that your health is of the utmost importance to us. We want you to lose weight, but it must be done in a healthy way. Knowing that you've changed your eating habits for life is more important to us than the number of pounds you've lost, or how quickly you lost them.**



*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

| About us | Procedures | All the Answers |
|---|---|---|
| Terms | Gastric Bypass Alternative® | How much weight will I lose? |
| Support | Gastric Bypass NO surgery® | What is it? |
| Privacy | Gastric Bypass Results® | Is it safe if I...? |
| Qualify & Order | Gastric Bypass Effect® | Am I Qualified? |

FTC-000059



Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

Attachments
    Attachment L:        http://rocalabs.com/gastric-bypass-surgery-cost (May 11, 2015)

FTC-000061



≡ **Answers now**          contact 💬

# Roca Labs Procedure Cost

Only $480 and NO surgery compared to gastric bypass cost of $8,000 + health insurance payments.
Save yourself from surgery that can cost your life. Save 90%



USA/Canada with Health Insurance     USA/Canada Non-Insured     International

> US & Canadian citizens with USA/Canada shipping address and a valid health insurance are guaranteed
> health insurance discount (for over 90% of the carriers) of up to $260 (varies based on the kit). Roca Labs®
> health insurance **discount is guaranteed** and offered to individuals who are insured and to US Armed
> Forces members. The discount is given regardless of your deductible and will not affect your insurance
> rates. Roca Labs is not affiliated or owned by any insurance company and the discount is not a medical
> endorsement by any health carrier.

Roca Labs Formula is perhaps the greatest non-surgical weapon available anywhere in the world to help you achieve your weight loss
goals. Compared to the weight loss surgery which can cost between $8,000-18,000, the Roca Labs® Formula is available for as low as
$480, which includes Support from our team and an offer to make up to 20-100% of your money back with your success (read here).

If qualified to use, a Formula is prepared for you to be shipped within 2 weeks, and your weight loss journey begins as you start eating
less from day 1, but without any pain or restrictions that are associated with the surgery! With Roca Labs® Formula, you'll **save 90% of
the cost of a gastric bypass,** and get a safe, flexible and effective method for losing weight.

|  | Basic | Advanced | Premium | Customiz |
|---|---|---|---|---|
|  | Up to 80lbs to lose | **Faster** 80lbs+ to lose | **Fastest** 120lbs+ to lose | Customize |
| 1 Payment starts at | $480 (save $36) | $585 (save $45) | $720 (save $60) | $1,080 (save $90) |
|  |  | OR |  |  |
| 3 Monthly Payments start at | $172 | $210 | $260 | $390 |
| USA taxes included |  |  |  |  |

**Qualify & Order**

|  | Strong | Stronger | Strongest | As prescribe |
|---|---|---|---|---|

FTC-000062



| Formula | | | | |
|---|---|---|---|---|
| | 100 doses (3-4 months supply) | 120 doses (4-5 month supply) | 160 doses (4-5 months supply) | As prescribed |
| Anti-Cravings™ | Strong 102 servings (~3 months supply) | Stronger 120 servings (3-4 months supply) | Stronger **240 servings** (6-8 months supply) | 240 servings canister (6-8 months sup |
| Support | Standard 6 hours email response time, 8AM to 8PM, 7 days a week | Advanced 4 hours email response time, around the clock, 7 days a week | Premium *30 min Doctor's phone support + 60 min phone coaching for success + 2 hours response time, Around the clock, 7 days a week by the Medical Team | Personal 4 hours email res time, Around the 7 days a week by Medical Tea |
| Measuring Doses | 2 measuring spoons | 2 measuring spoons | x2 sets 2 measuring spoons | x2 se 2 measuring spo |
| Activator | 1 Activator | 1 Activator | 2 Activators | 2 Activators |
| | | **2 months Formula + 3 months Anti-Cravings** (lower cost available depending on your success video) | | |
| Additional Supply | $285 | $210 | $140 | $80 |

* for personal use only, after 3 months of use, international add $25 shipping



| Money Back | Up to 40% | Up to 60% | Up to 80% | Up to 100% |
|---|---|---|---|---|
| | For documenting the achievement of your weight loss goal in an inspiring video | For documenting the achievement of your weight loss goal in an inspiring video | For documenting the achievement of your weight loss goal in an inspiring video | For documenting the achievement of your weight loss goal in an inspiring video |
| | no returns – no refunds | no returns – no refunds | no returns – 15% failure refund | no returns – 20% failure refund |
| Terms | Marketing department subsidy (restricted comment) | Marketing department subsidy (restricted comment) | Marketing department subsidy (restricted comment) | No subsidy – no restrictions |



*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.

**Roca Labs**

inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

FTC-000064

Attachments
    Attachment M:               https://rocalabs.com/orders (Dec. 8, 2014)

FTC-000065



FTC-000066

# Qualify & Order

### starts at $172 x 3 payments

This form is designed to filter out those with limited chance of being successful and who are absolutely not suited to use the STRONG Formula or handle the regimen successfully. This form is not replacing your personal physician who can relate specifically to your medical situation. This information will be kept confidential and will NOT be shared. Privacy Policy.

**53% are approved**



**Full Name ***

**Gender ***

**Age ***

**Lbs ***

**Height ***

**Health insurance qualifies you for discount**

I am NOT insured

and many more...

**Send results to my email ***

☐ I want to purchase now and want to talk to a coach

*Information is kept private, see privacy. Occasional reminders may be sent. You may unsubscribe.*

**Next > Health Application**

Chat now

FTC-000067

12/8/2014

  

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

**About us**

Terms

Support

Privacy

Qualify & Order

Cost & insurance

**Procedures**

Gastric Bypass Alternative®

Gastric Bypass NO surgery®

Gastric Bypass Results®

Gastric Bypass Effect®

Natural Gastric Bypass®

Speedy Gastric Bypass™

**All the Answers**

How much weight will I lose?

What is it?

Is it safe if I...?

Am I qualified?

Copyrights © 2009-2014 Roca Labs. All rights reserved.

 

FTC-000068

Attachments
      Attachment N:     https://rocalabs.com/terms (May 6, 2015)

FTC-000069



☰ Answers now        contact ⬤

# Terms and Conditions

V2.3.1 Dec., 2014

Welcome to the Website of Roca Labs, Inc. (hereinafter referred to as "RL", we or us). Before you participate in our Regimen or any part of the Regimen, we want our approach to your success to be completely clear. The purpose of these *Terms and Conditions* is to clearly set forth the boundaries of our engagement with you, the customer. While it may appear that we are being overly formal, we think it is best to clearly define our approach to your success at the commencement of the relationship. In that regard, we want to ensure that you understand the Terms and Conditions set forth below.

To Start, our Regimen is a combination of the Natural Supplement Formula (the "Formula"), Anti Cravings, the Suggested Use, My Progress, our exclusive *Cash Back Reward Policy*, and most importantly, your desire to succeed. The Terms and Conditions are our promise to you, and your purchase of the Regimen from RL is your agreement to comply with these terms. **If you can not in good-faith agree to the following Terms and Conditions, then you should reconsider whether RL is right for you, as all sales are final**.

The Terms and Conditions are user-friendly and divided into the below easy-click menu:

- Summary
- Purchase, Shipping and Return Policy
- Discount and Endorsement Policy
- Health, Medical & FDA Notice
- Privacy Policy

You may click on any of these sections at any time to review the individual section or continue reading below.

**DISCLAIMER LANGUAGE:  PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS OF USE**

BY USING THIS WEBSITE OR THE REGIMEN AND/OR PLACING AN ORDER FOR THE REGIMEN, YOU AGREE TO BE BOUND AND ABIDE BY THESE TERMS AND CONDITIONS.  YOU FURTHER AGREE THAT YOU ARE AT LEAST 18 YEARS OF AGE, AND ELIGIBLE TO USE THIS SITE AND/OR PLACE AN ORDER FOR ROCA LABS' PRODUCTS AND SERVICES. THE PROGRAM SHOULD ONLY BE USED BY INDIVIDUALS UNDER THE AGE OF 18 WITH BOTH ADULT SUPERVISION AND AT THE DIRECTION OF A MEDICAL OR HEALTHCARE PROFESSIONAL.

❗ All the Answers

General questions                    ◄

Medical questions                    ◄

Overcoming Obesity                   ◄

Compare                              ◄

Terms & Conditions                   ▼

   **Terms & Conditions**

   Privacy Policy

   Money Back / Reward

⊕ Support                            ◄

✔ Qualify & Order

**Am I Qualified?**

FTC-000070

# DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

THIS WEBSITE, THE REGIMEN, AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS, FORMULA, AND SUPPORT INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE USE OF THIS WEBSITE ARE PROVIDED BY ROCA LABS ON AN "AS IS" AND "AS AVAILABLE" BASIS UNLESS OTHERWISE SPECIFIED IN WRITING.  RL MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE RL WEBSITE, OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, FORMULA, AND SUPPORT INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE WEBSITE UNLESS OTHERWISE SPECIFIED IN WRITING.  YOU EXPRESSLY AGREE THAT YOUR USE OF THE WEBSITE, INFORMATION, CONTENT, MATERIALS, PRODUCTS, FORMULA, AND SUPPORT IS AT YOUR SOLE RISK.  TO THE FULL EXTENT ALLOWABLE BY APPLICABLE LAW, RL EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, COMPATIBILITY, SECURITY, ACCURACY OR NON-INFRINGEMENT. NEITHER THE COMPANY NOR ANY OF THE COMPANY'S AFFILIATES, LICENSORS, LICENSEES, SERVICE PROVIDERS OR SUPPLIERS WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE FORMULA, OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, FORMULA, AND SUPPORT IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR SUCCESS.  NO ADVICE OR INFORMATION, OBTAINED BY YOU FROM THE COMPANY'S PERSONNEL OR THROUGH THIS WEBSITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY PROVIDED FOR IN THIS AGREEMENT.

RL WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF ANY RL PRODUCTS OR REGIMEN, OR FROM ANY INFORMATION, CONTENT, MATERIALS, FORMULA, AND SUPPORT, INCLUDING BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

YOU EXPRESSLY UNDERSTAND AND AGREE THAT RL SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES, OR ANY OTHER DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING OUT OF, OR RESULTING FROM, (A) THE USE OR THE INABILITY TO USE THIS WEBSITE; (B) THE USE OF THE REGIMEN; OR (C) ANY OTHER MATTER RELATING TO THIS WEBSITE.

SHOULD THE COMPANY EVER BE DEEMED LIABLE FOR ANY DAMAGES, THE COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT, FOR NEGLIGENCE OR OTHERWISE) SHALL NOT EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA, REGIMEN, AND SUPPORT.

IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE COMPANY'S WEBSITE, INFORMATION, CONTENT, MATERIALS, PRODUCTS, FORMULA, AND SUPPORT, OR

**Am I Qualified?**

FTC-000071

WITH ANY PROVISION OF THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS THE DISCONTINUATION OF YOUR USE OF THIS WEBSITE, INFORMATION, CONTENT, MATERIALS, PRODUCTS, FORMULA, AND SUPPORT. IF ANY PORTION OF THIS LIMITATION OF LIABILITY IS FOUND TO BE INVALID, THE COMPANY'S TOTAL LIABILITY TO YOU SHALL NOT EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA AND SUPPORT.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MAY HAVE ADDITIONAL RIGHTS. IN THAT REGARD, YOUR AGREEMENT EXPRESSLY BINDS YOU TO THE ABOVE RECITATIONS.

## Links to Third-Party Websites

The Website contains links to other sites operated by third parties ("Third-Party Site(s)"). These links are available for your convenience and are intended only to enable access to these Third-Party Sites and for no other purpose. RL does not warrant or make any representation about the substance, quality, functionality, accuracy, fitness for a particular purpose, merchantability, or any other representation about any Third-Party Site or its content, products, or services. A link to a Third-Party Site on the RL Website does not constitute sponsorship, endorsement, approval, agreement, partnership, or responsibility for any Third-Party Site. These Terms and Conditions of use and privacy policy of any Third-Party Site may differ substantially from these Terms and Conditions. Please review the conditions of use for all Third-Party Sites individually and separately for more information about the Terms and Conditions that apply to and for those Third-Party Sites.

## Protecting Children's Privacy

We are committed to protecting children's privacy on the internet and we do not knowingly collect personal information from children under the age of 13 or from any minor without a consenting adult.

## Content Ownership

RL, Gastric Bypass Surgery Alternative, Gastric Bypass Alternative, Gastric Bypass Effect, Gastric Bypass Results, Natural Gastric Bypass, Gastric Bypass No Surgery and Anti Cravings are registered trademark of RL, Inc. All of the content and products on this Website are owned by RL. RL claims all property rights, including intellectual property rights, to its content and no person/entity is permitted to infringe upon those rights. RL will prosecute to the fullest extent of the law anyone who attempts to use or copy RL's property. You agree not to copy content from this Website without RL's permission. Any requests to use RL's content should be submitted in writing via the contact page.

## Indemnification

You agree to indemnify, hold harmless, and at RL's option, defend it and RL's affiliates, officers, directors, employees, stockholders, agents and representatives from any and all third party claims, liability, damages and/or costs (including, but not limited to reasonable attorney's fees and expenses) arising from your improper or unauthorized use of this Website, RL's products, formula, Regimen, or support, your violation of this Agreement, or your infringement, or the infringement or use by any other user of your account, of any intellectual property or other right of any person or entity, including but not limited to reimbursement of all reasonable legal fees.

## Legal Jurisdiction

Am I Qualified?

FTC-000072

These Terms and Conditions, the business dealings and relationship of the parties, and any and all transactions that materialized from the parties business relationship will be governed exclusively by and construed in accordance with the laws of the State of Florida, without giving effect to any principles of conflicts of laws. Any action seeking legal or equitable relief arising out of or relating to this Website, RL products, or any RL services will be brought only in a court of competent jurisdiction that is located within the State of Florida. You hereby consent and submit to the personal jurisdiction of such courts for the purpose of litigating any legal or equitable action. A printed version of these Terms and Conditions, Disclaimers, and related materials will be admissible in judicial and administrative proceedings to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. For purposes of the litigation issues addressed herein, you waive any right to confidentiality.

## Severability of the Terms & Conditions

If any part of these Terms and Conditions are determined by a court of competent jurisdiction to be invalid or unenforceable, then the remaining provisions shall be deemed enforceable, valid, and remain in full effect. The remainder of these Terms and Conditions are fully enforceable and legally binding.

## SUMMARY

We believe that all of our Terms and Conditions are individually important. A summary of some of the Terms and Conditions are below:

- **Privacy Policy**:  We will not share your private information with anyone.
- **Health Notice**: RL's products are not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration. No representations, guarantees, or warranties of any kind come with our products or services.  Your purchase of RL's products or services is at your own risk.  The Company makes no guarantees regarding safety or results.
- **Medical Condition Notice**:  RL is not a medical organization and we do not give medical advice. You should consult with a healthcare professional before beginning any weight loss program and using any of our products.  Results may vary and depend on a variety of factors including, but not limited to your commitment to the Regimen, your eating habits, your exercise routine, and any present diagnosed or undiagnosed medical condition(s). Before purchasing, you should consult your doctor or healthcare professional concerning RL's instructions, suggested use, side effects, and any other information provided to you.
- **Website Notice**:  By using this Website you agree to all Terms and Conditions. You also agree and understand that this Website does not in any way provide medical advice.
- **Custom Program/Return/Refund Policy**: Each Program is customized to meet your specific, individual goals as determined in the initial assessment. Because every product is customized, and therefore entirely unique, we have a strict no return policy once purchased and shipped.
- **Discount Policy**:  We believe in our customers and rely upon their positive word-of-mouth recommendations. As detailed in our *Cash Back Reward Policy*, we offer a tremendous discount to our customers for the agreement that you will share your weight loss success with us (keep the youtube videos coming!)  As part of this endorsement you also agree not to write any negative reviews about RL or our

Am I Qualified?

FTC-000073

products because it may prevent someone who really needs RL to become healthy and feel good about him or herself, even if RL did not work for you. Customers never have to take advantage of this savings policy, but why not lose the weight, feel better, and avoid having to pay full price? Our thoughts exactly!

## PURCHASE, SHIPPING & RETURN POLICY

We want to ensure that you are aware of our Purchase, Shipping, and Return policy before you buy any of our products or services, as all sales are final. This policy applies for all orders regardless of the method placed (online, telephone, facsimile, mail, etc.) Please understand that we have a strict no return policy for a good reason: each Regimen is custom formulated to meet your individual needs in order to provide the customer with his or her highest chance of weight loss success.

Submission of an order is when you submit your credit card on this Website and it constitutes a legally binding sales contract between you and RL. Within three hours of your submission, we begin custom manufacturing the Regimen for you based on your questionnaire so that you may start your Regimen as soon as possible. Because we can not simply resell the same uniquely customized Regimen to the next customer, we must maintain this policy. Please let us know if you have any questions regarding this policy by contacting us through RocaLabs.com/support. We are happy to answer any of your questions.

# Purchase Policy

All orders are reviewed for pre-approval and acceptance. RL reserves the right to review all online orders at which point we may accept or decline any order for any reason, regardless of any confirmation receipt sent to the customer. We review your order and online assessment to ensure that you have the highest chance to succeed with the Program.

**No Resale Policy**: Because each Regimen is individually customized for each customer, RL does not permit the resale of any products. Selling open or partially used products is dangerous and may be a violation of state and/or federal law. You do not have permission or the right to sell, transfer, and/or gift any RL product to any other person or entity. You agree to be held responsible, or otherwise indemnify RL, for any and all damages that may incur (including the loss of life), by your unauthorized sale of our products. You agree to indemnify RL, it employees, officers, and directors for any and all damages that may result from your unauthorized sale, including reimbursement of reasonable attorney's fees.

**Cash Back Reward Policy**: As detailed more fully below, you may be given discounts in exchange for your agreement to endorse our products and share your weight loss success story with the world. You do not have to accept this option, and can always pay the full undiscounted price for our products. In accepting the discount, you grant RL the express right to publish on our Website(s) or on social media sites, such as Facebook or Twitter, your weight loss success story and irrevocably waive your right to publish, make or promote any negative reviews about RL, its products or employees.

**Your Purchase Order**: You may be offered several purchase options. The decision to purchase any Regimen, program, product, or service from RL is entirely up to you, the Customer. After you have read the Terms and Conditions and filled out the required order form and/or contacted the central phone service Order Department, a representative of the Order Department will contact you via email

Am I Qualified?

FTC-000074

to verify and confirm the details of delivery. Answers given by RL telephone representatives are not a substitute for information contained on the Website, these Terms and Conditions, or any medical advice. All order details must be confirmed by you, including shipping information. You agree to pay all re-shipping and handling costs if incorrect shipping information is provided.

On occasion, our orders surpass our production capabilities and your order may enter a short waiting list. Generally, this information is posted as soon as you enter the site. You will be promptly informed of any potential shipping delays.

**Payment Issues:** Pursuant to Florida law, checks that are not honored for any reason will incur a customer charge of $25-$40, or 5% of the amount of the check, whichever is greater. Should RL institute legal or collection proceedings regarding returned/cancelled checks, the Customer will be responsible for all collection costs and attorney's fees, including filing fees, for each returned or cancelled check. Other than the above listed allowance for attorney's fees relating to payment/collection issues, neither you nor RL shall be entitled to attorney fees for other disputes between the parties.

If RL is unable to charge the full price against your payment method on file (if any), RL shall have the right to otherwise collect the full sales price from you. If RL is unable to collect the full sales price within thirty (30) days of first attempting to charge you under this agreement, RL may forward your account to our external collections agency and assess an additional $500.00 Collection Fee. The full sales price and Collection Fee are subject to 1% monthly interest until the balance is paid in full including associated collection fees, legal fees, and costs of court as assessed separately by our collection firm.

## Shipping Policy

At RL we take great pride in quickly shipping orders to our customers. We make our best effort to ship all orders by the next business day after production of the Regimen has been completed. Orders are generally shipped via United States Postal Service (USPS)-2nd day service, and follow the USPS Terms of Use. At peak holiday times, shipping may take 1 or 2 days longer than usual.

You may choose "signature required" when ordering to ensure that you will sign for your order. If the "signature required" option is chosen, RL will guarantee delivery and will reship at no extra charge if the package is not received by you.

RL offers waiver of signature solely for your convenience. You understand that if you waive signature for delivery of the product, we are without recourse in the event of loss or theft of any package shipped to you once USPS confirms delivery. Therefore, if you waive signature and we receive confirmation of delivery from USPS, then you agree to assume the burden of loss or theft and to pay the charges for items ordered as agreed and will not dispute payment for the product against RL. In the event USPS confirms delivery and you believe the item was not received, RL will reship the product for an additional charge.

You acknowledge that RL has no control over the delivery schedules of the USPS or any other delivery service. You will have no claim against us due to delivery disruptions.

You agree that in the event there is a problem with shipping, you will contact RL via Customer Care on our Website and allow RL seven (7) days to research and address the shipping issue. You also agree that if there is a shipping issue, you will file a claim with the USPS and keep us apprised of your efforts so we may help you address the issue and reship your order, if necessary.

Am I Qualified?

FTC-000075

Generally, Customer Care/Support is available 24 hours, 7 days a week. We will make every effort to respond to you within one (1) business day of any written contact. **For your protection after your order has shipped RL requires that all contact must be in writing with Customer Care/Support through the Website ONLY.**

After your order has been shipped, the handling of the order goes to the Customer Care Department, which operates only via our Website on the Customer Care page. The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Answers to inquiries are generally provided within 24 hours. If inquiries are made on a non-business day, responses are usually made by the end of the next business day.

## Merchandise Return & Refund Policy

**Returns prior to shipment**: If you wish to cancel your order before it has been shipped, you must immediately contact the Customer Care Department via the Website in writing for a full refund. Because all orders are customized for you, the customer, contact must occur within three (3) hours of placing your order to qualify for a full refund. This timetable is quick, but is a sacrifice bourne on both parties to ensure we provide an as-promised product to the customer. Refunds may take up to ten (10) days to process.

**Returns after shipment**: An order is considered "shipped" once a USPS tracking number has been assigned. There are **NO** returns once the product has been shipped. If you cancel your order more than (3) three hours after it was placed, but prior to shipping, you will have the option to cancel and receive a 50% refund of the purchase price. In the event the order was canceled but nevertheless ships, we request that you simply refuse delivery. Should the shipment reach you without a chance to refuse it, simply return the shipment in its original unopened packaging pursuant to the return policy. We are sorry that we cannot give a complete refund because your order is customized and we begin this customization within (3) three hours of your order.

## CASH BACK REWARD/DISCOUNT AND ENDORSEMENT

We are proud of our Regimen and the success that many of our customers have achieved, and continue to achieve. Whenever possible, we encourage our customers to share this success in hopes of inspiring others. Therefore, we offer all of our customers an incentive: a significant discount in exchange for your agreement to share your weight loss success and for your endorsement of our products. You of course do not have to agree to this discount and can always pay full price for your Regimen. This *Cash Back Reward Policy* applies to all discounted orders regardless of the method placed (online, telephone, facsimile, mail, etc.) Please let us know if you have any questions regarding this policy by contacting us through RocaLabs.com/support.

Submission of a discounted order through this Website constitutes a sales contract between you and RL, and each party is bound under these Terms and Conditions as they were pursuant to the initial customer order.

**Full Price**: The full price for your custom Regimen and RL support is $1,580.00.

**Cash Back Reward Policy**: RL offers our customers a unique incentive for success that very few companies employ: we offer you, the customer, a way to lose weight *and* earn

Am I Qualified?

FTC-000076

cash back. In exchange for a return of a portion of the full purchase price paid for your custom order (often between 50 and 100%), we require that our qualifying customers perform the following:

(1)   You will help promote RL and our products by sharing your weight loss success by making an inspirational video documenting your success story and how RL helped you finally reach your goals. This constitutes your endorsement of RL and will be considered as such.

(2) You agree to like us on Facebook and follow us on Twitter to help promote the Regimen.

(3) You agree to allow us to contact you from time to time via electronic mail or telephone to learn further about your success.

(4)   You agree that RL can use any and all information that you provide about your weight loss success to market RL to the public.  At your request, this can be done with a screen name of your choice, but with real pictures and video.

(5) You irrevocably assign and grant RL the right to use your likeness, weight loss story, and any photographs or videos supplied to us in any and all marketing efforts including online marketing, electronic, television, print, radio, billboard, email and other forms of advertising. In that regard, you hereby assign to RL without compensation or further obligation, all rights now known or hereafter existing, to use, allow others to use, or assign the right to use, to your weight loss story and any images and/or videos that you submitted to RL.

(6) You further agree that your weight loss story and all materials provided to RL may be used without restriction for any purpose whatsoever, commercial or otherwise, without further compensation to you, including the right to use, reproduce, modify, adapt, publish, transmit, publicly perform or display, translate, create derivative works from, or otherwise communicate to the public your weight loss story on this Website or elsewhere by us, our assigns or others we have allowed to use your story and materials.  You will not assert any proprietary right or moral right of any kind with respect to any materials provided to us by you.

Moreover, nothing in this Agreement shall be construed as creating an employer-employee relationship, as a guarantee of future employment or engagement, or as a limitation upon the RL's sole discretion to terminate this Agreement at any time without cause.

**Non-Disparagement Clause**

You agree that regardless of your personal experience with RL, you will **not** disparage RL and/or any of its employees, products, or services.  This means that you will not speak, publish, cause to be published, print, review, blog, or or otherwise write negatively about RL, or its products or employees in any way.  This emcompasses all forms of media, including and especially the internet.  This paragraph is to protect RL and its current and future customers from the harm of libelous or slanderous content in any form, and thus, your acceptance of these Terms and Conditions prohibits you from taking any action that negatively impacts RL, its reputation, products, services, management, or employees.  We make it clear that RL and its Regimen may not be for everyone, and in that regard, the foregoing clause is meant to prevent "one person ruining it for everyone." Should any customer violate this provision, as determined by RL in its sole discretion, you will be provided with seventy-two (72) hours to retract the content in question.  If the content remains, RL would be obliged to seek all legal remedies to protect its name, products, current customers, and future customers.

Am I Qualified?

FTC-000077

If you breach this Agreement, as determined by RL in its sole discretion, all discounts will be waived and you agree to pay the full price for your product. In addition, we retain all legal rights and remedies against the breaching customer for breach of contract and any other appropriate causes of action.

**Any violation of this provision of the Agreement is deemed a material breach and you agree that RL has no adequate remedy at law to protect its rights.**

**\*Under current law, the above paragraphs may not apply to California residents or transactions that take place in California.  If you have concern over your obligations under the foregoing policy, please consult an attorney prior to entering into any purchase agreement with RL.  This is for your protection as much as it is for RL's.**

## MEDICAL, HEALTH & FDA POLICY

Weight loss results will always vary from individual to individual.  Always consult your physician or healthcare professional before making any dietary changes or starting any nutrition, weight control, or exercise program. Pursuant to current law, our products have not been evaluated by the Food and Drug Administration ("FDA") and are not intended to diagnose, treat, cure, or prevent any disease. Please let us know if you have any questions regarding this and any other policy by contacting us through RocaLabs.com/Support.

**FDA Notice**: In accordance with the Dietary Supplement Health and Education Act (DSHEA), dietary supplements and nutraceuticals do not require approval by the FDA. For more information on FDA requirements, please visit www.fda.gov.

Further and in accordance with the DSHEA, you are hereby notified that none of RL products have been evaluated, tested, or approved by the FDA. Our products are manufactured in an FDA compliant facility and are categorized as a "food additive."  Our products should not be used in place of or as a substitute for recommendations by your healthcare professional. These statements are based on the known activity of the specific ingredients in this product.  No clinical study has been performed on this product.

**Medical and Health Notice**: Consult with your doctor or healthcare professional before beginning your RL Regimen. RL isn't a medical organization and we can't give you medical advice. We urge you to get periodic medical checkups while participating in your RL Regimen. Medical monitoring is especially important for people with a known medical condition. Do not purchase our products if you suffer from a medical condition without first consulting your doctor.

The primary components of our weight loss products are Guar Gum, Konjac, Inulin, Beta Glucan, Xanthan Gum, Maltodextrin, Vitamins B-6, B-12 and C. Please discuss these ingredients with your physician or healthcare professional before using our product.

**Health Disclaimer**:  This Website provides weight loss information with respect to RL's products and Regimen, and is intended for educational and informational purposes **only**.  RL is not a medical organization and our staff cannot give you medical advice or any diagnosis. Nothing contained in this Website should be construed as such advice or diagnosis. The information on this Website should not be interpreted as a substitute for a consultation, evaluation, or treatment by a healthcare professional. Occasionally the Website may use terms that appear to be medical in nature; however, the terms on the Website are not designed to imply any medical relationship, or that medical advice is

Am I Qualified?

FTC-000078

being given, or that the RL is a medical product or regulated medicine/drug. RL should not be used by individuals under the age of 18 without adult supervision and recommendation by a medical or healthcare professional.

**Weight Loss Goals**: Please consult with a healthcare professional to determine your safest weight loss goals. How much weight you lose and how successful you are is totally up to you, the customer, but we urge all our customers to endeavor to lose weight safely. There are numerous factors that contribute to weight loss and we do not guarantee results.

## Online Customer Service: RL's online customer service is not intended to provide medical advice, diagnosis, or treatment. Our customer service representatives are not available to diagnose, treat, or otherwise advise customers concerning medical issues or decisions. None of the statements made by RL or its representatives should be viewed as such. Please consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use, and no customer should compare results to any other customer.

# Privacy Policy

RL has created this privacy policy to demonstrate our commitment to protecting your privacy, and to disclose our information-gathering and dissemination practices. This privacy policy is to inform you of, among other things, (a) the information RL collects through our Website(s), (b) how we use that information, and (c) how you can opt out of certain uses of the information we collect. Please let us know if you have any questions regarding this privacy policy by contacting us through RocaLabs.com/support.

**Collecting Information**: The purpose of collecting and cataloging your personal information is to provide you with a more customized experience. This information lets us provide services and features that we think are more likely to meet your needs.

RL collects two types of information when you visit our Website(s) or you do business with us via any medium:

(1) Personal Information that may be used to identify you individually, such as your name, physical address, phone number, email address or date of birth ("personal information"); and

(2) Non-Personal Information, such as IP addresses, the type of browser you are using, and aggregated information about user activities on our Website(s) ("non-personal information").

**Personal Information**: We specifically request personal information from you at certain points on and off our Website(s). For example, when you call us, visit our Website(s), or when you purchase our Regimen or service, we collect personal information which may include your name, shipping and billing addresses, telephone number, email address, credit card information, and date of birth. You may always choose not to provide us with

your personal information; however, this may limit our ability to assist you with your weight loss goals.

**Non-Personal Information**: When you visit our Website(s), we also collect non-personal information, such as your IP address, which is a number that can be used to identify your location and Internet Service Provider. We may also collect other information such as the type of browser or device you are using, the URL from which you came to our Website(s) and the URLs that you visited on our Website(s).  A URL is the full address of a Website page, which may contain some personal or identifying information about the person who is viewing it.

**Children's Privacy**: We are committed to protecting the privacy of children. You should be aware that this Website is not intended or designed to attract children under the age of 13. We do not collect personally identifiable information from any person whom we have knowledge is under the age of 13.  This Website and RL is not designed for people under the age of 13 and we do not collect information on anyone 13 and under.

**Information RL Obtains from Other Sources**: RL may collect information about you from other sources, including through interactive applications (such as mobile devices/applications and third-party services) and from commercially available sources (such as data aggregators and public databases). For example, if you access third-party services (such as Facebook Connect) through or in connection with our Website(s), we collect information available about you through those services, including but not limited to, personal information as well as publicly observable data, such as activities on blogs, videos, and other online postings.

**Use of Cookies**: We may also use a feature of your browser called a cookie to assign identification to your computer that may be placed by us or a third party with whom we partner. Cookies allow us to better understand you, the customer. Cookies by themselves cannot be used to find out the identity of any user, but may be combined with identity information in our cataloged files.  You can turn off the cookie feature by using your browser preference options. Current versions of many Web browsers offer enhanced user controls for the placement and duration of cookies.  Search for "cookies" under your Web browser's "Help" menu for more information on the cookie management features available to you.

We may use cookie and IP address information to count and track Website visits and purchases in the aggregate, to personalize the Website(s) for each unique customer, to control the frequency of individual advertisements to individual computers, and to target advertisements and promotions to broad demographic segments. We may also use IP addresses to help diagnose problems with our server.

**Use of Pixel Tags**: We may also collect information through the use of "pixel tags" on our Website (s) and in email messages we may send to you that may be placed by us or a third party with whom we partner. Pixel tags, also known as "Web beacons," are tiny graphic files, not visible to the human eye, that are included in HTML-encoded email messages.  When such a message is opened in an HTML-capable email program, the recipient's computer will access our server to retrieve the pixel tag file, allowing us to record and store, along with the recipient's email address, the date and time the recipient viewed the email message, the fact that the recipient's email program is capable of receiving HTML-encoded email, and other standard logging information. The pixel tag may also see or read cookies. RL may use pixel tags in order to measure and understand traffic better, to track visitor

Am I Qualified?

FTC-000080

behavior to improve user experience, and for tracking promotional and marketing campaign response, among others. You can disable the pixel tag feature by changing your browser settings to omit images and disable Javascript, or there are commercial software packages available that can omit pixel tags and most advertisements.

**Do Not Track Signals**: Some web browsers offer a "Do Not Track" ("DNT") signal that is an HTTP header field indicating your preference regarding tracking or cross-site user tracking. We do not collect personal information when you visit our Website(s) unless you provide such information to RL.

**Disclosure of Information**: RL does not make your personal information available to any third-party for marketing purposes and we will not disclose any of your personal information unless (a) agreed to by you, (b) to comply with a court order, or (c) for your own safety.

**RL's Use of Personal Information and Non-Personal Information**: We use your personal information to process your requests, fulfill your order(s), communicate with you about your orders, send important notices or tell you about new products or services. We may also use your personal information to improve our products, services, and advertising, personalize our Website(s), target advertising or promotions that may be of interest to you, or otherwise conduct business that we feel would be of interest to you. We may also contact you to see if you are interested in participating in market research regarding RL. You are free to decline such contact, but we greatly value the input from our customers. For information about opting out of such communications, please see our Opt-Out Policy section below.

**Customer Service Contact**: We may use your personal information to contact you in response to customer service complaints you have submitted or to verify information concerning a transaction.

**Transaction Processing**: When you make a purchase, we may need to provide personal information, including information such as your shipping address, billing information, telephone number, and credit card information, to third parties, including product manufacturers and shipping companies, as necessary solely to complete the transaction.

**Legal Requirements**: We may, in our sole discretion, disclose personal information when we deem necessary or appropriate to law enforcement or other entities or third parties as required by law or to protect our rights or the rights of others, to prevent harm to persons or property, to fight fraud, identity theft, to respond to claims, to protect our systems and customers, to ensure the integrity and operation of our business and systems, to protect the rights, property, or safety of RL and its employees or others, or otherwise to comply with the law or legal process.

**Opt-Out Policy**: You may opt out of receiving communication from us, from Affiliated Companies, or from other third parties by contacting us through RocaLabs.com/support or writing to us at:

Roca Labs, Inc.
PO Box 5309
Sarasota, FL 34277
Attention: Legal Department

Am I Qualified?

FTC-000081

In addition, we may contact you via email or use targeted online advertising.  In the case of electronic mail, we may include instructions to enable you to unsubscribe from future emails if you so choose.  You agree and understand that we will do our best to comply with your request as quickly as possible.

**Security**: RL uses industry-standard security measures to protect the loss, misuse, and alteration of the information under our control, and we make all good-faith efforts to store your personal information in a secure operating environment.  Unfortunately in this day and age, no data transmission over the internet can be guaranteed to be absolutely secure.  As a result, while we strive to protect your personal information, we cannot ensure or warrant the security of any information you transmit to RL, and you do so at your own risk.

**Changes to This Policy**:  This policy may change from time to time.  If we make any substantive changes to the policy in the future with regard to how we use your information, we will post those changes on our Website(s) in this location together with the date of the last update.  Your continued business relationship or use of the Website (s) after the changes are posted constitutes your agreement to the changes, both with regard to information we have previously collected from you and with regard to information we collect from you in the future.  If you do not agree to the changes, please contact us to discuss the changes, or you may simply discontinue your use of our Website(s) or our business relationship.

**Contacting RL**

Please feel free to share any comments, concerns, or complaints with us.  If you have any questions about the Terms and Conditions or the practices of this Website and RL, please contact:

Roca Labs, Inc.
PO Box 5309
Sarasota, FL 34277
Attention: Legal Department
or via email through RocaLabs.com/support

**BY CHECKING THE REQUIRED BOX PRIOR TO PLACING YOUR ORDER, YOU AGREE THAT YOU HAVE READ THE COMPANY'S AGREEMENT IN ITS ENTIRETY, UNDERSTAND THE CONTENTS, HAVE CONSULTED AN ATTORNEY OF YOUR CHOICE OR HEREBY WAIVE YOUR RIGHT TO DO SO, AND THUS, AGREE TO BE BOUND BY THE FOREGOING TERMS AND CONDITIONS *IN PERPETUITY*.**



*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®

**All the Answers**
How much weight will I lose?
What is it?

**Am I Qualified?**

FTC-000082



inventors of the
Gastric Bypass Alternative®

Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

Is it safe if I...?
Am I qualified?

 

Copyrights © 2009-2015 Roca Labs. All rights reserved.



**Am I Qualified?**

FTC-000083

Attachments
    Attachment O:    http://mini-gastric-bypass.me (April 22, 2015)

Case 8:15-cv-02231-MSS-CPT   Document 6-2   Filed 09/24/15   Page 87 of 152 PageID 271





# Mini Gastric Bypass Alternative

A dose of the Formula in the morning creates a fast mini gastric bypass effect leaving only a small, limited stomach size available forcing you to eat only 50% from day 1.

Without Gastric Bypass surgery.

## What is it? Explained by 24 videos

| What is the Formula? ▼ |





### What is the Formula?

Roca Labs® Formula is a safe and natural alternative to mini gastric bypass surgery. The procedure is based on the Roca Labs® Formula which substitutes undergoing expensive mini gastric bypass surgery while yielding similar results. Taken in the

## 90,000+ Success Stories on Youtube

| Nancy ▼ |



**Nancy B.**
*weight: 277*

**lost 115 lbs**

*Now 162 lbs*

### Nancy

Gastric Bypass Alternative® helped Nancy lose 115lbs. Nancy from CA was considering mini gastric bypass surgery and in the process found Roca Labs Gastric Bypass No Surgery.She did not want her face shown, but wanted to tell her story.In

FTC-000085

morning, it creates an immediate effect similar to mini gastric bypass surgery by limiting space in the stomach, forcing you to

one year Nancy lost 85lbs by using Roca Labs Gastric Bypass NO Surgery Formula.Her family and friends make it a



**Qualify & Order**



**FDA Compliance**



**Insurance Discount**



**Known to Improve Health**



**90% Success Rate**



## What is it?

Roca Labs® mini gastric bypass formula is a medical innovation which creates a natural mini gastric bypass effect in the stomach without the surgery. It is better, safer and cheaper than the life-altering and dangerous weight loss surgeries.

## Only $480 with your Health Insurance

Customers from USA/Canada enjoy up to a 20% discount on their purchase with approved health insurance. Cost starting at only $480 or 3 monthly payments of $172.

## Surgery Alternative

1/350 dies from mini gastric bypass surgery. The surgery has numerous risks and serious complications, as well as painful restrictions afterwards. In contrast, Roca Labs® formula is easy to use and the side effects are minimal.



FTC-000086

## FDA compliance is important

Roca Labs® formula is manufactured in a high-end FDA compliant facility in the USA. The formula is classified as a food supplement (not a drug).



### Side Effects

Though the formula is natural, it is very strong and some users report dehydration and gas. Side effects can be prevented when the Formula is used properly. Additional minor side effects may occur.



### Money back for success

Roca Labs® rewards you for success. Send us a video to share on our website documenting your weight loss progress, and you can get up to 50% of the purchase price, with your true inspirational success story. No money back for failure or otherwise.



### Natural Ingredients

Roca Labs® natural formula is based on healthy fibers: β-Glucan®, Xanthan Gum, and Guar Gum. All ingredients are 100% natural.



### Success is limited by your mind only

The new Roca Labs® formula is probably the most powerful weapon you could purchase in your fight against fat. But identifying your psychological obstacles is important.

### Better Business Bureau

BBB rating system review



FTC-000087

### GMP

The formula is manufactured under United States GMP guidelines, and carries the GMP seal of approval. GMP is part of a quality system covering the manufacture and testing of active pharmaceutical ingredients, diagnostics, foods, pharmaceutical products, and medical devices.

**Qualify & Order**





The Roca Labs mini gastric bypass NO surgery

FTC-000088

formula

is prepared in an FDA compliant facility

### Disclaimer

*Results may vary
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice,
diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested
by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before
beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before
purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2015 Roca Labs, Inc. All rights reserved.

LIVE ADVICE
click to chat

FTC-000089

Attachments
  Attachment P:  http://mini-gastric-bypass.me/answers/maximizing-success/90-success-rate (April 22, 2015)





# Mini Gastric Bypass Alternative

A dose of the Formula mixed in water and taken in the morning creates a fast mini mini gastric bypass effect... <u>read more</u>



## Ask the Doctor

Basic Questions

Medical Information

Research

Overcoming Psychological Obstacles

Instructions

Overweight: Understanding and overcoming            90% success rate

Stomach Fat: How do I lose it?

Comparison

Qualify & Order

Search

# 90% Success Rate

## Roca Labs™ Natural Formula forces you to eat HALF

The formula has been used in Europe for 6 years, and is scientifically proven to have a **90% success rate**. It will always achieve a mini gastric bypass effect by PHYSICALLY occupying your stomach, leaving only **a small limited stomach volume available for 10-16 hours**. Then, with a smaller stomach size you will eat HALF, and can spare your body as much as 2,000 unnecessary calories a day without feeling any urge for food – that equals **15 lbs per month**!

Reaching your weight loss goal is only a matter of carefully following all instructions, and adjusting the dosage and frequency for your individual needs. The formula is customizable: when you decide how much to take and when, **you control** how much of your stomach is available for food intake at any time. The power to succeed is in YOUR hands!

FTC-000091

- Want it even **STRONGER**? Simply add more formula to your morning dose. You choose whether to take a **light, regular, strong,** or**double dose.**
- Want it to last **LONGER**? Simply take a reinforcement dose in the afternoon or evening. Doing this regularly will increase your success rate by 60%.

## Want to accelerate your weight loss?

Try some simple daily exercises, such as 10 minutes of push-ups, crunches, or light weightlifting in the morning d 30-60 minutes of walking or aerobics in the evening (  also good for your mental health). Do it together wit friend, so it will become fun and routine. Physical a accelerate your metabolism and calorie deficiency, and lead to a**much greater weight loss**.

## Obstacles to success

Note that 28% of users do not immediately succeed due to improper use. But after reviewing and **following all instructions,** about 60% of those are able to succeed as well. The other 40% (comprising 10% of all users) are **held back by psychological obstacles**, which can make the formula less effective. For example, someone with binge eating disorder regularly eats well past the point of fullness in order to cope with sadness, anger, or stress, and will continue to do this even with the formula. Roca Labs™ Natural Formula works on a physical level to block the stomach and eliminate sugar cravings, but psychological issues must be addressed separately. However, such obstacles can often be resolved simply by recognizing them in one's daily behavior.

**Disclaimer**

FTC-000092

*Results may vary

In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2015 Roca Labs, Inc. All rights reserved.



LIVE ADVICE
click to chat

FTC-000093

Attachments
  Attachment Q:  http://mini-gastric-bypass.me/answers/no-surgery/medical-evidence-for-success (May 11, 2015)



## Ask the Doctor



Basic Questions

Medical Information

Medical Evidence for Success   Is it safe to lose weight while breastfeeding?   Are there any side effects?

How much weight should I lose while pregnant?   Where does the extra weight go during pregnancy?

Research

Comparison

Qualify & Order

🔍 Search

# Roca Labs Nutraceuticals

## Medical Director, Dr. Ross F.

I have reviewed thousands of formal inquiries from the public that request to begin using the Roca Labs Formula for weight loss. Our evaluation process follows strict guidelines to maintain the high company standards and insure safety and efficacy that our product holds. Potential clients complete a 72 point application form to make sure the Formula is right for them. Individuals with certain medical conditions, that are not appropriate for use with Roca Labs Formula, are carefully excluded. I review each case individually for medical accuracy. I have been the medical director at Roca Labs for the past year. I was in clinical medical practice for 10 years before moving into pharmaceutical management. I have been involved in the development and ongoing monitoring of the Roca Labs Formula. I work directly with the staff and customers to maintain the highest levels of medical accuracy and safety.

FTC-000095

Overall, I have reviewed thousands of inquiries requesting the Formula and the Roca Labs guidelines ensure the safest use for all customers using this Formula. In, addition the preparation of the Formula exceeds all FDA requirements to insure purity and safety in the preparation of the Formula.

My research has not found any other weight loss that has the efficacy, or biological potential, to help those with obesity lose weight. This is why we can make the statement that "the Roca Labs Formula is probably the strongest weight loss pharmaceutical agent on the market today." Successful following the Roca Labs guidelines has consistently in clients losing 5% of their body weight every mo LIVE ADVICE click to chat accomplished primarily by not feeling hungry and the severe reduction in cravings for snacks. Therefore, the clients calorie intake is reduced significantly. Most report a 50% reduction in the amount of food they eat. Those that exercise daily, experience even faster weight loss.

The Roca Labs Formula contains the appetite suppressing effects of Konjac glucomannan, the glucose homeostasis action of Beta-glucan and the dietary fibers that bind and occupy 80% of the stomach for up to 16 hours. The Roca Labs Formula has up to 42 times more active ingredient as some marketed diet pills. This is accomplished while maintaining incredibly low side effects levels. Less than 1% of customers report even moderate side effects. The Roca Labs staff provides reponses 24 hours a day for those who have any concerns regarding the Formula. This is why Roca Labs continues to have a persistently high satisfaction level and many return customers.

The effectiveness of the Roca Labs Formula provides the strongest force in spreading the word to others with obesity. Most clients learn about the effective weight loss of results from current Roca Labs customers. Frequently during my

FTC-000096

review of customer inquiries, clients report learning about the impressive amount of weight others have experienced using the Roca Labs Formula. I have used the Formula myself, as well as many of my colleagues, and have found it to suppress our appetites and reduce cravings, resulting in weight loss.

### Third party support

There is considerable medical and scientific research to support the health and weight loss benefits of the active ingredients in the Roca Labs Formula. Below is a summary of the literature that supports the ingredients in the Roca Labs proprietary formula as effective in weight loss and additional health benefits. Please review and let me know if you have any questions.

The ROCA LABS® Formula is a mixture of natural ingredients that have been shown in multiple medical studies to provide euglycemic control, early and prolonged satiety and reduced desire to consume food in-between meals. Although the ingredients are available separately, it is the proprietary combination that provides the greatest benefit.

The active ingredients are β-Glucan and konjac glucomannan. These compounds are added to Xanthan and Gaur gum, that absorb water and slow the transition and absorption of the ROCA LABS® Formula ingredients and food contents. This slow GI transit time allows for a systematically controlled absorption of the active ingredients and the food consumed, resulting in a more even absorption of carbohydrates and a reduction of the rapid rise of blood glucose levels typically occurring after meals.

FTC-000097

The health benefits of β-Glucan have been established in many papers in peer-reviewed journals. β-Glucans are a group of non-starch polysaccharides, consisting of D-glucose monomers linked by β-glycosidic bonds. Among soluble fibers, β-glucan is the most frequently consumed and is associated with reduced presence of insulin resistance, dyslipidemia, hypertension and obesity.

β-Glucan has been reported to have positive effects in treating several aspects of the metabolic syndrome that accompanies obesity in men and women. Independent studies have shown that β-Glucan significantly lower cholesterol and increased HDL in an 8 week trial of and hypercholesterolemic patients [1]. For a comprehensive review of this information and more see, Beta Glucan: Health Benefits in Obesity and Metabolic Syndrome in the Journal of Nutrition and Metabolism [2].

The most comprehensive research paper to evaluate the benefits of β-Glucan was in the January 2006 edition of the American Diabetes Association's medical journal, DiabetesCare. The publication is titled "Consumption of Both Resistant Starch and β-Glucan Improves Postprandial Plasma Glucose and Insulin in Women." The study [3] demonstrated that the consumption of β-Glucan can improve (lower) the glucose and insulin responses of both normal and overweight women. The authors concluded that β-Glucan is effective in the controlling glucose responses in both normal and insulin-resistant subjects [4]. The effect of β-Glucan in maintaining healthy blood glucose levels in those with Type 2 diabetes has been verified in several studies [5, 6].

FTC-000098

Studies have proven that the rise in postprandial blood glucose and insulin levels was reduced when meals were consumed with β-Glucan or Guar gum[5]. The reduction in peak glucose levels results from a more gradual absorption of nutrients because of the increase in viscosity of the contents of the stomach and small intestine [7]. A large percentage of the Guar gum remains in the stomach for a prolonged period of time, and then gradually moves through the small intestine. This provides a two-fold benefit. First the stomach is occupied by the highly viscous aqueous gel formation and subsequently, the nutrients from the fo[...] absorbed more gradually [8] resulting in fewer calorie[...] in and absorbed [6].

In addition to the weight management benefits β-glucans were found to be an effective polysaccharide immunostimulant against infectious diseases and cancer [9]. β-glucans are currently being utilized, as adjuncts in chemotherapy to aid in the prevention of infections in those that are immunocompromised [10-12].

Konjac glucomannan is derived from a tuber of Oriental origin. Several medical publications have reported its effects on lessening the rise in blood glucose levels after meals [13] and lowering blood cholesterol levels in both healthy and hypercholesterolemic adults [14, 15]. In addition, konjac was shown to be effective in significantly improving cholesterol and blood glucose levels with diabetes and insulin-resistant syndromes [16, 17]. In a double blind, randomized study with diabetic patients, Konjac supplement improved blood lipid levels by enhancing fecal excretion of neutral sterol and bile acid and alleviated the elevated glucose levels in diabetic subjects18. The authors concluded that Konjac should be an adjunct for the treatment of hyperlipidemic diabetic subjects. Previous studies have

FTC-000099

shown the use of supplemental Konjac resulted in a significant weight loss, reduction in total cholesterol and LDL [19, 20].

The prevalence of diabetes in U.S. adults is estimated to be 5.1%, and continues to be a major health problem because of the increasing frequency of obesity and sedentary lifestyles. Most medical experts believe that there is potential for the long-term management of the complications associated with diabetes through improved glycemic control. Intensive therapy to control blood glucose improves quality of life in people with diabetes (DCCT), and dietary choices can have a profound impact upon glycemic control. The Roca Labs Formula provides that balance of the high fiber viscous property with the metabolic benefits of β-Glucan and Konjac. There have been no reports medical side effects reported on these compounds.

Patients using the ROCA LABS® product feel it works from day one, training the stomach to eat less, reducing the capacity of the stomach and teaching the body/brain to eat less with a higher satisfaction. This continues to be reported even as much as 3-5 months and after completing the ROCA LABS® process. The ROCA LABS® Formula is manufactured in a FDA approved facility and the ingredients have been classified by the World Health Organization (WHO) as part of a healthy diet to prevent chronic disease.

Please feel free to contact me if you have any questions regarding the medical efficacy or safety of the ROCA LABS® products.

**Ross Finesmith MD**
Roca Labs Nutraceuticals

References

FTC-000100

1.      Nicolosi R, Bell SJ, Bistrian BR, Greenberg I, Forse RA, Blackburn GL. Plasma lipid changes after supplementation with beta-glucan fiber from yeast. The American journal of clinical nutrition. 1999; 70(2): 208-12.

2.      El Khoury D, Cuda C, Luhovyy BL, Anderson GH. Beta glucan: health benefits in obesity and metabolic syndrome. Journal of nutrition and metabolism. 2012; 2012: 851362.

3.      Behall KM, Scholfield DJ, Hallfrisch JG, Liljeberg-Elmstahl HG. Consumption of both resistant starch and beta-glucan improves postprandial plasma glucose and insulin in women. Diabetes care. 2006; 29(5): 976-81.

4.      Kim H, Stote KS, Behall KM, Spears K, Vinyard Conway JM. Glucose and insulin responses to whole grain breakfasts varying in soluble fiber, beta-glucan: a dose study in obese women with increased risk for insulin European journal of nutrition. 2009; 48(3): 170-5.

5.      Jenkins AL, Jenkins DJ, Zdravkovic U, Wursch P, Vuksan V. Depression of the glycemic index by high levels of beta-glucan fiber in two functional foods tested in type 2 diabetes. European journal of clinical nutrition. 2002; 56(7): 622-8.

6.      Wursch P, Pi-Sunyer FX. The role of viscous soluble fiber in the metabolic control of diabetes. A review with special emphasis on cereals rich in beta-glucan. Diabetes care. 1997; 20 (11): 1774-80.

7.      Blackburn NA, Johnson IT. The influence of guar gum on the movements of inulin, glucose and fluid in rat intestine during perfusion in vivo. Pflugers Archiv : European journal of physiology. 1983; 397(2): 144-8.

8.      Takahashi T, Yokawa T, Ishihara N, Okubo T, Chu DC, Nishigaki E, et al. Hydrolyzed guar gum decreases postprandial blood glucose and glucose absorption in the rat small intestine. Nutr Res. 2009; 29(6): 419-25.

9.      Brown GD, Gordon S. Fungal beta-glucans and mammalian immunity. Immunity. 2003; 19(3): 311-5.

10.     Li B, Cai Y, Qi C, Hansen R, Ding C, Mitchell TC, et al. Orally administered particulate beta-glucan modulates tumor-capturing dendritic cells and improves antitumor T-cell responses in cancer. Clinical cancer research : an official journal of the American Association for Cancer Research. 2010; 16(21): 5153-64.

11.     Driscoll M, Hansen R, Ding C, Cramer DE, Yan J. Therapeutic potential of various beta-glucan sources in

conjunction with anti-tumor monoclonal antibody in cancer therapy. Cancer biology & therapy. 2009; 8(3): 218-25.

12.      Yan J, Allendorf DJ, Brandley B. Yeast whole glucan particle (WGP) beta-glucan in conjunction with antitumour monoclonal antibodies to treat cancer. Expert opinion on biological therapy. 2005; 5(5): 691-702.

13.      Doi K. Effect of konjac fibre (glucomannan) on glucose and lipids. European journal of clinical nutrition. 1995; 49 Suppl 3: S190-7.

14.      Arvill A, Bodin L. Effect of short-term ingestion of konjac glucomannan on serum cholesterol in healthy men. The American journal of clinical nutrition. 1995; 61(3): 585-9.

15.      Venter CS, Vorster HH, Van der Nest DG. Comparison between physiological effects of konjac-glucomannan and propionate in baboons fed "Western" diets. The Journal of nutrition. 1990; 120(9): 1046-53.

16.      Vuksan V, Sievenpiper JL, Owen R, Swilley JA, Spadafora P, Jenkins DJ, et al. Beneficial effects of viscous dietary fiber from Konjac-mannan in subjects with the insulin resistance syndrome: results of a controlled metabolic trial. Diabetes care. 2000; 23(1): 9-14.

17.      Vuksan V, Jenkins DJ, Spadafora P, Sievenpiper JL, Owen R, Vidgen E, et al. Konjac-mannan (glucomannan) improves glycemia and other associated risk factors for coronary heart disease in type 2 diabetes. A randomized controlled metabolic trial. Diabetes care. 1999; 22(6): 913-9.

18.      Chen HL, Sheu WH, Tai TS, Liaw YP, Chen YC. Konjac supplement alleviated hypercholesterolemia and hyperglycemia in type 2 diabetic subjects–a randomized double-blind trial. Journal of the American College of Nutrition. 2003; 22 (1): 36-42.

19.      Walsh DE, Yaghoubian V, Behforooz A. Effect of glucomannan on obese patients: a clinical study. International journal of obesity. 1984; 8(4): 289-93.

20.      Keithley J, Swanson B. Glucomannan and obesity: a critical review. Alternative therapies in health and medicine. 2005; 11(6): 30-4.

**Disclaimer**

*Results may vary
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or

FTC-000102

tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2015 Roca Labs, Inc. All rights reserved.



Attachments
     Attachment R:       http://mini-gastric-bypass.me/orders (April 22, 2015)

FTC-000104





# Mini Gastric Bypass Alternative

A dose of the Formula mixed in water and taken in the morning

creates a fast mini mini gastric bypass effect... <u>read more</u>

---

**Ask Us**



GASTRIC BYPASS no surgery   (https://health.rocalabs.com/)

≡

# Lead

⌂ (HTTPS://HEALTH.ROCALABS.COM) › LEAD

---

## Qualify & Order
### starts at $172 x 3 payments

---

This form is designed to filter out those with limited chance of being successful and who are absolutely not suited to use the STRONG Formula or handle the regimen successfully. This form is not replacing your personal physician who can relate specifically to your medical situation. This information will be kept confidential and will NOT be shared. <u>Privacy Policy. (https://rocalabs.com/privacy)</u>

FTC-000105

Case 8:15-cv-02231-MSS-CPT   Document 6-2   Filed 09/24/15   Page 108 of 152 PageID 292

## Disclaimer

*Results may vary
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2015 Roca Labs, Inc. All rights reserved.



LIVE ADVICE
click to chat

FTC-000106

Attachments
> Attachment S:          http://Gastricbypass.me (April 3, 2015)

FTC-000107

# GASTRIC BYPASS REVIEWS & OPTIONS

EVERYTHING YOU NEED TO KNOW BEFORE DECIDING ON ANY WEIGHT LOSS SURGERY OR ALTERNATIVE

| HOME | BARIATRIC SURGERY | SURGERY FAILURES | SUCCESS STORIES | SURGICAL ALTERNATIVES |

## Gastric Bypass Reviews & Options



**CATEGORIES**

Success Stories

Surgery Failures

Gastric Bypass Stats

Bariatric Surgery Options

## Bariatric Surgery in America

Our country is currently experiencing an obesity epidemic, which means that well over 50% of American citizens are either overweight, obese, or worse, morbidly obese. Due to this issue, many people have turned to bariatric surgery to help resolve not only their weight problems, but also any weight-related medical conditions, such as: Type 2 diabetes, hypertension (or high blood pressure), or even coronary heart disease.

## The Purpose of this Site

Here at GastricBypass.me, we want every person who visits this site to know everything there is to know about bariatric surgery by providing the necessary tools. Throughout this site, we'll offer articles with loads of information about each bariatric surgery, insurance information, surgeon information, alternatives to surgery and everything in between—we look forward to serving anyone seeking answers before undergoing surgery.

## ONE COMMENT

October 27, 2014
DAVID ESPIN                                                              REPLY

It sounds like it has a good track record

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

NAME *

EMAIL *

COMMENT

POST COMMENT

© 2015 Gastric Bypass Reviews & Options. All rights reserved.                    Hiero by aThemes

Attachments
    Attachment T:            http://gastricbypass.me\surgical-alternatives (May 11, 2015)

FTC-000109

# GASTRIC BYPASS REVIEWS & OPTIONS

EVERYTHING YOU NEED TO KNOW BEFORE DECIDING ON ANY WEIGHT LOSS SURGERY OR ALTERNATIVE

| HOME | BARIATRIC SURGERY | SURGERY FAILURES | SUCCESS STORIES | SURGICAL ALTERNATIVES |

## Surgical Alternatives

### What are the Roca Labs Surgery Alternative® Solutions?

The Roca Labs Surgery Alternative® Solution is an attempt to provide the world's first replacement for weight loss surgeries, such as: gastric banding (LAP-BAND®), sleeve gastrectomy, or gastric bypass. Some professionals view bariatric surgeries as "primitive" and far from successful in the long run. However, since no true alternative was offered until now, morbidly obese people could only resort to surgical options for extreme weight loss results of over 100 pounds (or 45 kilograms).

### What is the Gastric Bypass Alternative® Success Rate?

We challenged the company's claim to a "90% success rate" by checking some of the 654,000 video results we got when searching for, "Youtube Roca Labs".

**CATEGORIES**

Success Stories

Surgery Failures

Gastric Bypass Stats

Bariatric Surgery Options

**Nancy**



**Terese**



**Tanya**

**Scotty**



**Marcia**



FTC-000110



### Does the Roca Labs Surgery Alternative® Solution Work Immediately?

Yes. In 97% of the videos provided, evidence that the surgical alternative is successful is evident from day one. With some averaging weight loss of 0.5 to 1 pound per day, the Roca Labs Surgery Alternative® Solution is quite impressive. Example 1, Example 2. While some cases were convincing, others lacked evidence. Example 3.

### Does the Roca Labs Surgery Alternative® Solution Work Mid-Term?

Yes. However, this only evident in about 70-80% of our estimates. While these estimates are not unsatisfactory, it certainly falls under the claimed 90%.

Example 1, Example 2, Example 3.

### Does the Roca Labs Surgery Alternative® Solution Work Long Term?

Example 1, Example 2, Example 3.

### Are the Roca Labs Surgery Alternative® Solution Statements Trustworthy?

Our panel of experts say: "for the most part" and "more than others". Medical claims are correct. FDA regulations are observed, but not all the articles on the site are updated.

## Useful links:

- Roca Labs Reviews
- Roca Labs Website

### LEAVE A REPLY

Your email address will not be published. Required fields are marked *

NAME *

EMAIL *

COMMENT

POST COMMENT

© 2015 Gastric Bypass Reviews & Options. All rights reserved                    Hexn by aThemes

Attachments
    Attachment U:        www.youtube.com/user/RocaLabs (March 24, 2015)



Attachments
  Attachment V: Videos

  "What is the Roca Labs Procedure" (**Att. V1**)
  "What is the Success Rate?" (**Att. V2**)
  "How much weight will I lose with Roca Labs' Gastric Bypass" (**Att. V3**)

  "Fat is unhealthy and ugly. - Gastric Bypass Alternative ® can" (**Att. V4**)

**SEE DVD**

Attachments
      Attachment W: **Roca Labs, Inc.**

          2009 For Profit Corporation Amended Annual Report (Aug. 5, 2009)
          2009 For Profit Corporation Amended Annual Report (Dec. 5, 2009)
          Registered Agent Change (Apr. 17, 2012)
          2014 Florida Profit Corporation Annual Report (May 16, 2014)
          2014 Florida Profit Corporation Amended Annual Report (May 29, 2014)
          2015 Florida Profit Corporation Annual Report (Feb. 9, 2015)

**2009 FOR PROFIT CORPORATION AMENDED ANNUAL REPORT**

DOCUMENT# P06000132455

**FILED**
**Aug 05, 2009**
**Secretary of State**

Entity Name:  ROCA LABS, INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|

REDACTED
TAMPA, FL REDACTED US

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|

12271 LEXINGTON PARK CR
NR 204
TAMPA, FL  33626     US

FEI Number: REDACTED   FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|

THE LAW OFFICES OF NICK SPRADLIN, PLLC
12000 NORTH DALE MABRY HIGHWAY
SUITE 110
TAMPA, FL  33618  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

      Electronic Signature of Registered Agent                          Date

**OFFICERS AND DIRECTORS:**                   **ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| Title: | VP | ( ) Delete | Title: | P | (X) Change ( ) Addition |
|---|---|---|---|---|---|
| Name: | WHITING, GEROGE C | | Name: | WHITING, GEROGE C | |
| Address: | REDACTED | | Address: | REDACTED | |
| City-St-Zip: | TAMPA, FL REDACTED US | | City-St-Zip: | TAMPA, FL REDACTED US | |

| Title: | | ( ) Delete | Title: | VP | ( ) Change (X) Addition |
|---|---|---|---|---|---|
| Name: | | | Name: | DON, JURAVIN | |
| Address: | | | Address: | REDACTED | |
| City-St-Zip: | | | City-St-Zip: | TAMPA, FL REDACTED US | |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  GEORGE WHITING                      P                   08/05/2009

       Electronic Signature of Signing Officer or Director                        Date

# 2009 FOR PROFIT CORPORATION AMENDED ANNUAL REPORT

**FILED**
**Dec 05, 2009**
**Secretary of State**

DOCUMENT# P06000132455

**Entity Name:** ROCA LABS, INC.

| Current Principal Place of Business: | New Principal Place of Business: |
|---|---|
| REDACTED | REDACTED |
| TAMPA, FL REDACTED US | TAMPA, FL REDACTED US |

| Current Mailing Address: | New Mailing Address: |
|---|---|
| REDACTED | REDACTED |
| TAMPA, FL REDACTED US | TAMPA, FL REDACTED US |

**FEI Number:** REDACTED   **FEI Number Applied For ( )**   **FEI Number Not Applicable ( )**   **Certificate of Status Desired ( )**

**Name and Address of Current Registered Agent:**         **Name and Address of New Registered Agent:**

THE LAW OFFICES OF NICK SPRADLIN, PLLC
12000 NORTH DALE MABRY HIGHWAY
SUITE 110
TAMPA, FL  33618  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

     Electronic Signature of Registered Agent                   Date

**OFFICERS AND DIRECTORS:**                    **ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| | | | | |
|---|---|---|---|---|
| Title: | P | ( ) Delete | Title: | P | (X) Change  ( ) Addition |
| Name: | WHITING, GEORGE C | | Name: | WHITING, GEORGE C |
| Address: | REDACTED | | Address: | REDACTED |
| City-St-Zip: | TAMPA, FL REDACTED US | | City-St-Zip: | TAMPA, FL REDACTED US |

| | | | | |
|---|---|---|---|---|
| Title: | VP | (X) Delete | Title: | | ( ) Change  ( ) Addition |
| Name: | DON, JURAVIN | | Name: | |
| Address: | REDACTED | | Address: | |
| City-St-Zip: | TAMPA, FL REDACTED | | City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  GEORGE C WHITING                  P                 12/05/2009

     Electronic Signature of Signing Officer or Director                        Date

FTC-000117

Division of Corporations                                                                          Page 1 of 1



**Florida Department of State**
Division of Corporations
Electronic Filing Cover Sheet

---

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number
(shown below) on the top and bottom of all pages of the document.

(((H12000101731 3)))

H120001017313ABCQ

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page.
Doing so will generate another cover sheet.

---

To:
    Division of Corporations
    Fax Number     : (850)617-6380

From:
    Account Name   : C T CORPORATION SYSTEM
    Account Number : FCA000000023
    Phone          : (850)222-1092
    Fax Number     : (850)878-5368

**\*\*Enter the email address for this business entity to be used for future
annual report mailings. Enter only one email address please.\*\***

Email Address:_____

---

### REGISTERED AGENT CHANGE
### ROCA LABS, INC.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 03 |
| Estimated Charge | $35.00 |

---

Electronic Filing Menu     Corporate Filing Menu          Help

https://efile.sunbiz.org/scripts/efilcovr.exe                     4/17/2012

FTC-000118

# COVER LETTER

**TO:**    Amendment Section
Division of Corporations

**SUBJECT:**_____ ROCA LABS, INC. _____
Name of Corporation

**DOCUMENT NUMBER:**_____ P06000132455 _____

The enclosed Statement of Change of Registered Office/Agent and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

D. Michael Schloss
Name of Contact Person

Law Offices of D. Michael Schloss
Firm/Company

1844 N. Nob Hill Rd., #303
Address

Plantation FL 33322-6548
City/State and Zip Code

michael@dmichaelschloss.com
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

D. Michael Schloss          at ( 754 )     300-6222
Name of Contact Person          Area Code & Daytime Telephone Number

Enclosed is a $35.00 check made payable to the Department of State.

| **Mailing Address:** | **Street Address:** |
|---|---|
| Amendment Section | Amendment Section |
| Division of Corporations | Division of Corporations |
| P.O. Box 6327 | Clifton Building |
| Tallahassee, FL 32314 | 2661 Executive Center Circle |
| | Tallahassee, FL 32301 |

CR2E045 (8/05)

FL006 - 07/23/2009 C T System Online

FTC-000119

**STATEMENT OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT OR BOTH**
**FOR CORPORATIONS**

*Pursuant to the provisions of sections 607.0502, 617.0502, 607.1508, or 617.1508, Florida Statutes, this statement of change is submitted for a corporation organized under the laws of the State of _____ _____ in order to change its registered office or registered agent, or both, in the State of Florida.*

1. The name of the corporation:   ROCA LABS, INC.

2. The principal office address: REDACTED

  TAMPA FL REDACTED

3. The mailing address (if different): _____

4. Date of incorporation/qualification: ____10/18/2006____ Document number: ____P06000132455____

5. The name and street address of the current registered agent and registered office on file with the Florida Department of State: (If resigned, enter resigned)

    WHITING, GEORGE C DR.

    REDACTED

    TAMPA FL REDACTED

6. The name and street address of the new registered agent (if changed) and /or registered office (if changed):

    C T Corporation System

    c/o C T Corporation System, 1200 South Pine Island Road
                       P.O. Box NOT acceptable

    Plantation, Florida 33324

The street address of its registered office and the street address of the business office of its registered agent, as changed will be identical.

Such change was authorized by resolution duly adopted by its board of directors or by an officer so authorized by the board, or the corporation has been notified in writing of the change.

_____        PRESIDENT
  Signature of an officer or director            Printed or typed name and title

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligation of my position as registered agent. Or, if this document is being filed merely to reflect a change in the registered office address, I hereby confirm that the corporation has been notified in writing of this change.*

    C T Corporation System
By: _____       4-16-12
    Signature of Registered Agent              Date

If signing on behalf of an entity:

        Barbara A. Burke
        Special Assistant Secretary
        Typed or Printed Name

* * * FILING FEE: $35.00 * * *

MAKE CHECKS PAYABLE TO FLORIDA DEPARTMENT OF STATE
MAIL TO: DIVISION OF CORPORATIONS, P.O. BOX 6327, TALLAHASSEE, FL 32314

CR2E045 (8/05)

FL006 - 07/23/2007 C T System Online

*(right margin, rotated)* SECRETARY OF STATE TALLAHASSEE, FLORIDA    2012 APR 17 P 2: 59    FILED

FTC-000120

**2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P06000132455

**Entity Name:** ROCA LABS, INC.

**FILED**
**Mar 16, 2014**
**Secretary of State**
**CC2194953608**

**Current Principal  Place of Business:**

REDACTED

ST PETERSBURG,  FL  REDACTED

**Current Mailing Address:**

REDACTED

ST PETERSBURG,  FL   REDACTED US

**FEI Number:** REDACTED                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

WHITING, GEORGE C  DR.
REDACTED
ST PETERSBURG, FL REDACTED US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   GEORGE C WHITING                                                    03/16/2014
                        Electronic Signature of Registered Agent                                    Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | DPST | | Title | DIRECTOR |
| Name | WHITING, GEORGE C DR. | | Name | WHITING, GEORGE C. DR. |
| Address | REDACTED | | Address | REDACTED |
| City-State-Zip: | ST PETERSBURG  FL  REDACTED | | City-State-Zip: | ST PETERSBURG  FL  REDACTED |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: GEORGE C WHITING                         PRESIDENT               03/16/2014
                    Electronic Signature of Signing Officer/Director Detail                                    Date

FTC-000121

**2014 FLORIDA PROFIT CORPORATION AMENDED ANNUAL REPORT**

DOCUMENT# P06000132455

**Entity Name:** ROCA LABS, INC.

**Current Principal  Place of Business:**

P.O. 5309
SARASOTA,  FL  34277


**Current Mailing Address:**

P.O. 5309
SARASOTA,  FL  34277  US


**FEI Number:** REDACTED                                                     **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

WHITING, GEORGE C  DR.
REDACTED
ST PETERSBURG, FL  REDACTED US


*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   GEORGE C WHITING                                                         05/29/2014
            Electronic Signature of Registered Agent                                              Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | PRESIDENT, SECRETARY, TREASURER, DIRECTOR | | Title | VP |
| Name | WHITING, GEORGE C DR. | | Name | JURAVIN, DON |
| Address | P.O. 5309 | | Address | P.O. 5309 |
| City-State-Zip: | SARASOTA FL 34277 | | City-State-Zip: | SARASOTA  FL  34277 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: GEORGE C WHITING                              PRESIDENT                    05/29/2014
          Electronic Signature of Signing Officer/Director Detail                                    Date

**2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P06000132455

**Entity Name:** ROCA LABS, INC.

**FILED**
**Feb 09, 2015**
**Secretary of State**
**CC2314451818**

**Current Principal  Place of Business:**

P.O. 5309
SARASOTA,  FL  34277

**Current Mailing Address:**

P.O. 5309
SARASOTA,  FL  34277  US

**FEI Number:** REDACTED                                                 **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

REGISTERED AGENTS INC.
3030 N. ROCKY POINT DRIVE
 STE 150A
TAMPA, FL  33607  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   BILL HAVRE                                                                                                02/09/2015

                      Electronic Signature of Registered Agent                                                     Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PRESIDENT, SECRETARY, TREASURER, DIRECTOR |
| Name | WHITING, GEORGE C DR. |
| Address | P.O. 5309 |
| City-State-Zip: | SARASOTA  FL  34277 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DON JURAVIN ON BEHALF ON GEORGE WHITING      HELPER                          02/09/2015

                     Electronic Signature of Signing Officer/Director Detail                                      Date

FTC-000123

Attachments
      Attachment X: **Roca Labs Nutraceutical USA, Inc.**

            2013 For Profit Corporation Reinstatement (Dec. 10, 2013)
            Articles of Amendment (name change) (Dec. 20, 2013)
            2014 Florida Profit Corporation Annual Report (March 16, 2014)
            2014 Florida Profit Corporation Amended Annual Report (Dec. 20, 2014)
            2015 Florida Profit Corporation Annual Report (Feb. 9, 2015)

# 2013 FOR PROFIT CORPORATION REINSTATEMENT

DOCUMENT# P99000027085

FILED
Dec 10, 2013
Secretary of State

Entity Name:  UNION MEDICAL TECHNOLOGIES, INC.

**Current Principal Place of Business:**

REDACTED

PALM HARBOR, FL REDACTED

**New Principal Place of Business:**

REDACTED

SARASOTA, FL REDACTED US

**Current Mailing Address:**

REDACTED

PALM HARBOR, FL REDACTED

**New Mailing Address:**

PO BOX 5309
SARASOTA, FL  34277     US

FEI Number: REDACTED        FEI Number Applied For ( )        FEI Number Not Applicable ( )        Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

FRASCA, RALPH V JR
REDACTED
PALM HARBOR, FL REDACTED US

**Name and Address of New Registered Agent:**

HERSHKOWITZ & KUNITZER, P.A.
5039 CENTRAL AVENUE
ST. PETERSBURG, FL  337108240  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:  HAL E. HERSHKOWITZ                                      12/10/2013
_____
               Electronic Signature of Registered Agent                            Date

**OFFICERS AND DIRECTORS:**

Title:        PSTD
Name:        JURAVIN, DON
Address:             REDACTED
City-St-Zip:   SARASOTA, FL REDACTED

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:  DON JURAVIN                                PRES           12/10/2013
_____
           Electronic Signature of Signing Officer or Director                     Date

FTC-000125

P9900002085

---

_(Requestor's Name)_

_(Address)_

_(Address)_

_(City/State/Zip/Phone #)_

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_(Business Entity Name)_

_(Document Number)_

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



500254594835



12/20/13--01010--011   **35.00

13 DEC 20  PM 2:56
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

APPROVED
AND
FILED

C. LEWIS
DEC 31 2013
EXAMINER

## COVER LETTER

**TO:** Amendment Section
Division of Corporations

NAME OF CORPORATION: **Union Medical Technologies, Inc.**

DOCUMENT NUMBER: **P99000027085**

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

**Don Juravin**

Name of Contact Person

Firm/ Company

**PO Box 5309**

Address

**Sarasota, FL  34277**

City/ State and Zip Code

**Don@Juravin.com**

E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

**Don Juravin**                      at ( REDACTED -0055

Name of Contact Person                          Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

☒ $35 Filing Fee  ☐$43.75 Filing Fee & Certificate of Status  ☐$43.75 Filing Fee & Certified Copy (Additional copy is enclosed)  ☐$52.50 Filing Fee Certificate of Status Certified Copy (Additional Copy is enclosed)

**Mailing Address**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

Articles of Amendment
to
Articles of Incorporation
of

APPROVED
AND
FILED

13 DEC 20 PH 2: 56

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

# Union Medical Technologies, Inc.

**(Name of Corporation as currently filed with the Florida Dept. of State)**

# P99000027085

(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A.  If amending name, enter the new name of the corporation:**

# Roca Labs Nutraceutical USA, Inc.

*The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

**B.  Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS )*

**C.  Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

**D.  If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent*

*(Florida street address)*

*New Registered Office Address*: _____ , Florida_____
                                              *(City)*                    *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.  I am familiar with and accept the obligations of the position.*

*Signature of New Registered Agent, if changing*

**Page 1 of 4**

**If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:**

*(Attach additional sheets, if necessary)*

*Please note the officer/director title by the first letter of the office title:*

*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer.  If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*

*Changes should be noted in the following manner.  Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change, Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*

**Example:**

| | | |
|---|---|---|
| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) ☐ Change ☐ Add ☐ Remove | _____ | _____ | _____ |
| 2) ☐ Change ☐ Add ☐ Remove | _____ | _____ | _____ |
| 3) ☐ Change ☐ Add ☐ Remove | _____ | _____ | _____ |
| 4) ☐ Change ☐ Add ☐ Remove | _____ | _____ | _____ |
| 5) ☐ Change ☐ Add ☐ Remove | _____ | _____ | _____ |
| 6) ☐ Change ☐ Add ☐ Remove | _____ | _____ | _____ |

FTC-000129

**E. If amending or adding additional Articles, enter change(s) here:**
(Attach *additional sheets, if necessary).* *(Be specific)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**F. If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself:**
*(if not applicable, indicate N/A)*

_____

_____

_____

_____

_____

_____

_____

_____

**Page 3 of 4**

FTC-000130

APPROVED
AND
FILED

The date of each amendment(s) adoption: _____ 13 DEC 20  PM 2: 56 _____, if other than the
date this document was signed.

Effective date **if applicable**: _____ SECRETARY OF STATE
TALLAHASSEE FLA
*(no more than 90 days after amendment file date)*

Adoption of Amendment(s)          (**CHECK ONE**)

[✔] The amendment(s) was/were adopted by the shareholders.  The number of votes cast for the amendment(s)
by the shareholders was/were sufficient for approval.

[ ] The amendment(s) was/were approved by the shareholders through voting groups. *The following statement
must be separately provided for each voting group entitled to vote separately on the amendment(s):*

   "The number of votes cast for the amendment(s) was/were sufficient for approval

   by _____,"
                          *(voting group)*

[ ] The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder
action was not required.

[ ] The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder
action was not required.

Dated December 17, 2013 _____

Signature _____
          (By a director, president or other officer – if directors or officers have not been
          selected, an incorporator – if in the hands of a receiver, trustee, or other court
          appointed fiduciary by that fiduciary)

Don Juravin _____
          (Typed or printed name of person signing)

President _____
          (Title of person signing)

FTC-000131

**2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P99000027085

**Entity Name:** ROCA LABS NUTRACEUTICAL USA, INC.

**FILED**
**Mar 16, 2014**
**Secretary of State**
**CC5137909613**

**Current Principal  Place of Business:**

REDACTED
SARASOTA, FL REDACTED

**Current Mailing Address:**

PO BOX 5309
SARASOTA,  FL  34277  US

**FEI Number:** REDACTED

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

HERSHKOWITZ & KUNITZER, P.A.
5039 CENTRAL AVENUE
ST. PETERSBURG, FL  33710-8240  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

| | |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSTD |
| Name | JURAVIN, DON |
| Address | REDACTED |
| City-State-Zip: | SARASOTA  FL REDACTED |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DON JURAVIN              PRESIDENT              03/16/2014

| | | |
|---|---|---|
| Electronic Signature of Signing Officer/Director Detail | | Date |

FTC-000132

# 2014 FLORIDA PROFIT CORPORATION AMENDED ANNUAL REPORT

DOCUMENT# P99000027085

**Entity Name:** ROCA LABS NUTRACEUTICAL USA, INC.

**FILED**
**Dec 20, 2014**
**Secretary of State**
**CC8675185579**

**Current Principal  Place of Business:**

REDACTED
ST. PETERSBURG,  FL REDACTED

**Current Mailing Address:**

REDACTED
ST. PETERSBURG,  FL  REDACTED US

**FEI Number:** REDACTED                                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

WHITING, GEORGE C  PHD
REDACTED
ST. PETERSBURG, FL  REDACTED US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   GEORGE C WHITING                                                                    12/20/2014

Electronic Signature of Registered Agent                                                          Date

**Officer/Director Detail :**

Title            PSTD

Name         WHITING, GEORGE C PHD

Address                     REDACTED

City-State-Zip:   ST. PETERSBURG  FL REDACTED

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: GEORGE C WHITING, PHD                          PRESIDENT                    12/20/2014

Electronic Signature of Signing Officer/Director Detail                                       Date

**2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P99000027085

**Entity Name:** ROCA LABS NUTRACEUTICAL USA, INC.

**FILED**
**Feb 09, 2015**
**Secretary of State**
**CC7908681694**

**Current Principal  Place of Business:**

REDACTED
ST. PETERSBURG,  FL  REDACTED

**Current Mailing Address:**

REDACTED
ST. PETERSBURG,  FL  REDACTED US

**FEI Number:** REDACTED                                   **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

REGISTERED AGENTS INC.
3030 N. ROCKY POINT DRIVE
 STE 150A
TAMPA, FL  33607  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   BILL HAVRE                                                                          02/09/2015

                Electronic Signature of Registered Agent                                          Date

**Officer/Director Detail :**

Title                PSTD

Name             WHITING, GEORGE C DR.

Address                          REDACTED

City-State-Zip:   ST. PETERSBURG  FL  REDACTED

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DON JURAVIN ON BEHALF OF GEORGE WHITING          HELPER          02/09/2015

                Electronic Signature of Signing Officer/Director Detail                                       Date

Attachments
Attachment Y: **Zero Calorie Labs, Inc.**

Articles of Amendment (name change) (Dec. 21, 2009)
2010 For Profit Corporation Amended Annual Report (June 7, 2010)
Registered Agent Change (April 19, 2012)
2015 Florida Profit Corporation Annual Report (April 17, 2015)

Division of Corporations                                                                 Page 1 of 1



P06000135849

# Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

---

**Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.**

(((H09000262087 3)))

H090002620873ABC1

**Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.**

---

```
To:
        Division of Corporations
        Fax Number     : (850)617-6380

From:
        Account Name   : THE LAW OFFICES OF NICK SPRADLIN PLLC
        Account Number : I20070000020
        Phone          : (813)435-3176
        Fax Number     : (813)333-6358
```

**\*\*Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.\*\***

Email Address: V555@Mac.Com

---

### COR AMND/RESTATE/CORRECT OR O/D RESIGN
### ABOVE ALL APPLICATIONS, INC.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 01 |
| Estimated Charge | $35.00 |

---

Electronic Filing Menu        Corporate Filing Menu                    Help

FTC-000136

## Articles of Amendment
### to
### Articles of Incorporation
### of

## ABOVE ALL APPLICATIONS, INC.

__(Name of Corporation as currently filed with the Florida Dept. of State)__

### P06000135849

(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A. If amending name, enter the new name of the corporation:**

### ZERO CALORIE LABS, INC. _The new_

*name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

**B. Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS )*

REDACTED

REDACTED

TAMPA, FL REDACTED

**C. Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

REDACTED

REDACTED

TAMPA, FL REDACTED

**D. If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent:*

*New Registered Office Address:*

_____
*(Florida street address)*

_____, Florida_____
*(City)*          *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.   I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

SECRETARY OF STATE
TALLAHASSEE, FLORIDA.
09 DEC 21  AM 11: 45
APPROVED AND FILED

**Page 1 of 3**

If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:
(*Attach additional sheets, if necessary*)

| Title | Name | Address | Type of Action |
|-------|------|---------|----------------|
| MGRM | MARIANELLA LEON | 12000 N. DALE MABRY HWY SUITE 110 TAMPA, FL 33618 | ☐ Add ☑ Remove |
| MGRM | GEORGE WHITING | REDACTED TAMPA, Fl REDACTED | ☑ Add ☐ Remove |
| | | | ☐ Add ☐ Remove |

**E. If amending or adding additional Articles, enter change(s) here:**
   (*attach additional sheets, if necessary*).    (*Be specific*)

_____

_____

_____

**F. If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself:**
   (*if not applicable, indicate N/A*)

_____

_____

_____

PAGE 03/04                    NICK SPRADLIN                7135865833        12/21/2009 13:39

FTC-000138

The date of each amendment(s) adoption: <u>12/21/2009</u>

Effective date <u>if applicable</u>: <u>12/21/2009</u>          *(date of adoption is required)*

*(no more than 90 days after amendment file date)*

**Adoption of Amendment(s)**          **(CHECK ONE)**

☐ The amendment(s) was/were adopted by the shareholders.  The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups.  *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

    "The number of votes cast for the amendment(s) was/were sufficient for approval

    by _____."
                  *(voting group)*

☒ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

        Dated _____ 12/21/09 _____

        Signature _____
             (By a director, president or other officer – if directors or officers have not been
             selected, by an incorporator – if in the hands of a receiver, trustee, or other court
             appointed fiduciary by that fiduciary)

            _____ MARiAnelA leon _____
               (Typed or printed name of person signing)

            _____ President _____
             (Title of person signing)

FTC-000139

**FILED**
**Jun 07, 2010**
**Secretary of State**

DOCUMENT# P06000135849

Entity Name: ZERO CALORIE LABS, INC.

**Current Principal Place of Business:**

REDACTED

TAMPA, FL REDACTED US

**New Principal Place of Business:**

**Current Mailing Address:**

REDACTED

TAMPA, FL REDACTED US

**New Mailing Address:**

FEI Number: REDACTED      FEI Number Applied For ( )      FEI Number Not Applicable ( )      Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

THE LAW OFFICES OF NICK SPRADLIN, PLLC
12000 NORTH DALE MABRY HWY
SUITE 110
TAMPA, FL 33618 US

**Name and Address of New Registered Agent:**

GEORGE C WHITING

REDACTED

TAMPA, FL REDACTED US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: GEORGE C WHITING                                06/07/2010
              Electronic Signature of Registered Agent              Date

**OFFICERS AND DIRECTORS:**

Title:       DPST
Name:        WHITING, GEORGE C
Address:     REDACTED
City-St-Zip: TAMPA, FL  REDACTED

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: GEORGE C WHITING                     P          06/07/2010
              Electronic Signature of Signing Officer or Director              Date

FTC-000140

P06000135849



Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

---

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number
(shown below) on the top and bottom of all pages of the document.

(((H12000104944 3)))

H120001049443ABCZ

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page.
Doing so will generate another cover sheet.

---

To:       Division of Corporations
          Fax Number     : (850)617-6380

From:
          Account Name   : C T CORPORATION SYSTEM
          Account Number : FCA000000023
          Phone          : (850)222-1092
          Fax Number     : (850)878-5368

**Enter the email address for this business entity to be used for future
annual report mailings. Enter only one email address please.

          Email Address: _____

## REGISTERED AGENT CHANGE
## ZERO CALORIE LABS, INC.

| Certificate of Status | 0 |
|---|---|
| Certified Copy | 0 |
| Page Count | 03 |
| Estimated Charge | $35.00 |

Electronic Filing Menu     Corporate Filing Menu          Help

4/19/2012

# COVER LETTER

TO:    Amendment Section
       Division of Corporations

SUBJECT: _____ *ZERO CALORIE LABS, INC.* _____
                                    Name of Corporation

DOCUMENT NUMBER: _P 0 6 000 1 35 849_____

The enclosed Statement of Change of Registered Office/Agent and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

D. Michael Schloss
Name of Contact Person

Law Offices of D. Michael Schloss
Firm/Company

1844 N. Nob Hill Rd., #303
Address

Plantation FL 33322-6548
City/State and Zip Code

michael@dmichaelschloss.com
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

D. Michael Schloss                    at ( 754 )         300-6222
Name of Contact Person                    Area Code & Daytime Telephone Number

Enclosed is a $35.00 check made payable to the Department of State.

**Mailing Address:**                **Street Address:**
Amendment Section                   Amendment Section
Division of Corporations            Division of Corporations
P.O. Box 6327                       Clifton Building
Tallahassee, FL 32314               2661 Executive Center Circle
                                    Tallahassee, FL 32301

CR2E045 (8/05)

BL006 - 17/11/2006 C T System Online

FTC-000142

## STATEMENT OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT OR BOTH
### FOR CORPORATIONS

*Pursuant to the provisions of sections 607.0502, 617.0502, 607.1508, or 617.1508, Florida Statutes, this statement of change is submitted for a corporation organized under the laws of the State of* Florida *_____ in order to change its registered office or registered agent, or both, in the State of Florida.*

1. The name of the corporation: ZERO CALORIE LABS, INC.

2. The principal office address: REDACTED

   TAMPA FL REDACTED

3. The mailing address (if different): _____

4. Date of incorporation/qualification: 10/25/2006    Document number: P06000135849

5. The name and street address of the current registered agent and registered office on file with the Florida Department of State: (If resigned, enter resigned)

   WHITING, GEORGE C DR.

   REDACTED

   TAMPA FL REDACTED

6. The name and street address of the new registered agent (if changed) and /or registered office (if changed):

   C T Corporation System

   c/o C T Corporation System, 1200 South Pine Island Road

   P.O. Box NOT acceptable

   Plantation, Florida 33324

The street address of its registered office and the street address of the business office of its registered agent, as changed will be identical.

Such change was authorized by resolution duly adopted by its board of directors or by an officer so authorized by the board, or the corporation has been notified in writing of the change.

_Signature of an officer or director_          PRESIDENT
                                               _Printed or typed Name and title_

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligation of my position as registered agent. Or, if this document is being filed merely to reflect a change in the registered office address, I hereby confirm that the corporation has been notified in writing of this change.*

C T Corporation System

By: _Barbara A Burke_                    4-19-12
    _Signature of Registered Agent_          _Date_

If signing on behalf of an entity:
Barbara A. Burke
Special Assistant Secretary
_Typed or Printed Name_

*** FILING FEE: $35.00 ***

MAKE CHECKS PAYABLE TO FLORIDA DEPARTMENT OF STATE
MAIL TO: DIVISION OF CORPORATIONS, P.O. BOX 6327, TALLAHASSEE, FL 32314

CR2E045 (8/05)

FILED 2012 APR 19 PM 2:58 SECRETARY OF STATE TALLAHASSEE, FLORIDA

**2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P06000135849

**Entity Name:** ZERO CALORIE LABS, INC.

**FILED**
**Apr 17, 2015**
**Secretary of State**
**CC0240311454**

**Current Principal  Place of Business:**

REDACTED

ST PETERSBURG, FL  REDACTED

**Current Mailing Address:**

REDACTED

ST PETERSBURG,  FL  REDACTED US

**FEI Number:** REDACTED                                 **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

WHITING, GEORGE C  DR.
REDACTED
ST PETERSBURG, FL  REDACTED US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   GEORGE C WHITING                                                04/17/2015

                Electronic Signature of Registered Agent                                              Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | DPST |
| Name | WHITING, GEORGE C |
| Address | REDACTED |
| City-State-Zip: | ST PETERSBURG  FL REDACTED |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: GEORGE C WHITING                          PRESIDENT                  04/17/2015

             Electronic Signature of Signing Officer/Director Detail                                    Date

FTC-000144

Attachments
      Attachment Z: Juravin, Incorporated

          2014 Florida Profit Corporation Annual Report (April 2, 2014)
          Registered Agent Change (Feb. 9, 2015)
          2015 Florida Profit Corporation Annual Report (April 11, 2015)

**2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# K92480

**Entity Name:** JURAVIN, INCORPORATED

**FILED**
**Apr 02, 2014**
**Secretary of State**
**CC6035942452**

**Current Principal  Place of Business:**

REDACTED
SARASOTA,  FL REDACTED

**Current Mailing Address:**

PO BOX 5309
SARASOTA,  FL  34277

**FEI Number:** REDACTED                                            **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

HERSHKOWITZ & KUNITZER, P.A.
5039 CENTRAL AVENUE
ST. PETERSBURG, FL  33710-8240  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

|  |  |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSTD |
| Name | JURAVIN, DON |
| Address | REDACTED |
| City-State-Zip: | SARASOTA  FL REDACTED |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DON JURAVIN                                  PRESIDENT                    04/02/2014

|  |  |
|---|---|
| Electronic Signature of Signing Officer/Director Detail | Date |

# *K92480*

(Requestor's Name)

_____

(Address)

_____

(Address)

_____

(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____

(Business Entity Name)

_____

(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



500269220755

02/09/15--01039--024  **35.00

15 FEB -9  PH 3: 46

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS

# COVER LETTER

**TO:**   Amendment Section
Division of Corporations

**SUBJECT:** JURAUIN, INCORPORATED
Name of Corporation

**DOCUMENT NUMBER:** K92480

The enclosed Statement of Change of Registered Office/Agent and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

DON JURAUIN
Name of Contact Person

JURAUIN, INCORPORATED
Firm/Company

P.O. Box S247
Address

SARASOTA, FL 34277
City/State and Zip Code

DON @ JURAUIN.COM
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

DON JURAUIN     at   REDACTED - S100
Name of Contact Person           Area Code & Daytime Telephone Number

Enclosed is a $35.00 check made payable to the Department of State.

**Mailing Address:**              **Street Address:**
Amendment Section               Amendment Section
Division of Corporations         Division of Corporations
P.O. Box 6327                   Clifton Building
Tallahassee, FL 32314           2661 Executive Center Circle
                                Tallahassee, FL 32301

CR2E045 (03/12)

FTC-000148

## STATEMENT OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT OR BOTH FOR CORPORATIONS

*Pursuant to the provisions of sections 607.0502, 617.0502, 607.1508, or 617.1508, Florida Statutes, this statement of change is submitted for a corporation organized under the laws of the State of* __FL__

_____ *in order to change its registered office or registered agent, or both, in the State of Florida.*

1. The name of the corporation: JURAUIN, INCORPORATED

2. The principal office address: ████ REDACTED ████

   SARASOTA, FL ████ REDACTED ████

3. The mailing address (if different): P.O. BOX ████ 5309

   SARASOTA, FL 34477

4. Date of incorporation/qualification: 6/2/1989  Document number: K92480

5. The name and street address of the current registered agent and registered office on file with the Florida Department of State: (If resigned, enter resigned)

   HERSHKOWITZ + KUNITZER, P.A.

   5039 CENTRAL AVENUE

   ST. PETERSBURG, FL 33710

6. The name and street address of the new registered agent (if changed) and /or registered office (if changed):

   ### REGISTERED AGENTS INC.

   ### 3030 N. Rocky Point Drive, STE 150A

   P.O Box NOT acceptable

   ### Tampa, FL 33607

The street address of its registered office and the street address of the business office of its registered agent, as changed will be identical.

Such change was authorized by resolution duly adopted by its board of directors or by an officer so authorized by the board, or the corporation has been notified in writing of the change.

_____        DON KARL JURAVIN
Signature of an officer or director              Printed or typed name and title

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligation of my position as registered agent. Or, if this document is being filed merely to reflect a change in the registered office address, I hereby confirm that the corporation has been notified in writing of this change.*

_____        Jan 3/20/15
Signature of Registered Agent                    Date

If signing on behalf of an entity:

**Bill Havre - President**
Typed or Printed Name

### * * * FILING FEE: $35.00 * * *

MAKE CHECKS PAYABLE TO FLORIDA DEPARTMENT OF STATE
MAIL TO: DIVISION OF CORPORATIONS, P.O. BOX 6327, TALLAHASSEE, FL 32314

CR2E045 (03/12)

FTC-000149

# 2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT

**DOCUMENT# K92480**

**Entity Name:** JURAVIN, INCORPORATED

**FILED**
**Apr 11, 2015**
**Secretary of State**
**CC2505184745**

**Current Principal  Place of Business:**

REDACTED
SARASOTA, FL  REDACTED

**Current Mailing Address:**

PO BOX 5247
SARASOTA, FL  34277  US

**FEI Number:** REDACTED                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

REGISTERED AGENTS INC.
3030 N. ROCKY POINT DRIVE
SUITE 150A
TAMPA, FL  33607  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

|  |  |
| --- | --- |
| Electronic Signature of Registered Agent | Date |

**Officer/Director Detail :**

| | |
| --- | --- |
| Title | PSTD |
| Name | JURAVIN, DON |
| Address | REDACTED |
| City-State-Zip: | SARASOTA  FL  REDACTED |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DON JURAVIN                        PRESIDENT                04/11/2015

|  |  |
| --- | --- |
| Electronic Signature of Signing Officer/Director Detail | Date |