# PX 4

Declaration of Lynne Colbert

FTC-000481

## DECLARATION OF LYNNE COLBERT

1.      My name is Lynne Colbert. I am a United States citizen over the age of 18. I am employed by the Federal Trade Commission ("FTC") as Supervisory Investigator in the Division of Advertising Practices of the Bureau of Consumer Protection. I have held that position since 2008, and I have been employed by the FTC (as a paralegal, then investigator) since 1987. My business address is 600 Pennsylvania Avenue, N.W., CC-10258, Washington, DC 20580. I have personal knowledge of the facts stated herein. If called to testify I could and would testify competently to the facts set forth below.

2.      As part of my job, I perform various research and investigative tasks. I have been assigned to the FTC's investigation of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Don Juravin, and George Whiting (collectively, "Defendants"). To find out about the Defendants, I gathered information from various sources, including the following:

- Consumer complaints found in the FTC's Consumer Sentinel database and provided by the Better Business Bureau of West Florida;
- Records available from state and federal courts, the U.S. Patent and Trademark Office and from CLEAR, an investigative research platform offered by Thomson Reuters that provides information about persons or businesses from proprietary sources and public records; and
- Responses to FTC Civil Investigative Demands issued pursuant to Section 20 of the Federal Trade Commission Act, 15 U.S.C. § 57b-1.

According to the records available from a Westlaw online database, Don Juravin has gone by the names "Don Adi Juravin," "Adi Juravin," and "Don Karl Juravin." I will refer to him as "Don Juravin" throughout this declaration.

### Consumer Complaints

3.      The Consumer Sentinel Network ("Consumer Sentinel") is a secure online database of millions of consumer complaints available only to law enforcement. Law enforcement users (including FTC users) can access complaint records, including those relating to weight loss products. In addition to storing complaints received by the FTC, Consumer

FTC-000482

Sentinel also includes complaints filed with numerous state law enforcement organizations. Federal agencies, including the Consumer Financial Protection Bureau and the FBI's Internet Crime Complaint Center, contribute data. Non-governmental organizations also provide complaint data to the FTC. The Council of Better Business Bureaus, consisting of all North American BBBs, is a major contributor of complaint data. The complaints are received via online forms, telephone, and mail. More information about Consumer Sentinel is available in the FTC's "Consumer Sentinel Data Book for January to December 2014 (published February 2015), available at https://www.ftc.gov/system/files/documents/reports/consumer-sentinel-network-data-book-january-december-2014/sentinel-cy2014-1.pdf

4.      I have searched Consumer Sentinel for complaints related to "Roca Labs." I found more than 75 consumer complaints about Roca Labs entered from October 2012 through August 2015. The FTC received more than twenty-five additional complaints and correspondence directly from the Better Business Bureau of West Florida. More than twenty of the consumer complaint files I reviewed include references to Roca Labs legal threats against the consumers, or to a prohibition on making negative comments about Roca Labs or its products. Several consumers expressed fear about filing their complaints:

- "Im [sic] filing this complaint in distress for fear that a lawsuit may be filed against me for filing a complaint."
- "FIRST OFF I AM VERY SCARED TO FILE THIS…THEY HAVE THREATENED ME THAT IF I REPORT THEM THEY WILL SUE ME FOR DEFAMING THEIR COMPANY. SO PLEASE DON'T TELL THEM MY NAME. I AM VERY SCARED."
- "People are not even aloud [sic] to talk bad about their company because they threaten you. I have te [sic] email to prove this. I am very scared to even give my real name in fear of what they will do."

5.      FTC staff has contacted complaining consumers, including consumers whose complaints refer to Roca Labs legal threats. I participated in a phone call with one such consumer who declined to provide a declaration discussing his experience for use in this case out of concern that Roca Labs might take legal action against him. I have also reviewed three other

FTC-000483

email messages from complaining consumers stating that they were unwilling to speak with FTC staff. One consumer specifically cited Roca Labs' threats and lawsuits, and another cites the Roca Labs "privacy policy," as a basis for declining.

### USPTO Documents

6.      I obtained the following documents and information from the U.S. Patent and Trademark Office ("PTO") via its online databases, Trademark Electronic Search System and Trademark Status and Document Retrieval System, which are publicly available through www.uspto.gov:

- **Att. A** hereto, a specimen of use that Roca Labs, Inc. filed with the PTO on September 9, 2011 with application serial number 85418359 to register the trademark ROCA LABS for "food supplements for weight loss." The specimen shows the company name as "ROCA LABS USA" at the top (with the word "Nutraceuticals") and in the copyright notice.

- The PTO database shows that the mark ROCA LABS was issued registration number 4,145,897. The correspondence name and signatory on a December 9, 2013 Power of Attorney for that registration (**Att. B** hereto, personal information redacted) is Don Juravin. The document lists his title as "Director of Marketing," the contact address as PO Box 5309, Sarasota, Florida 34277, and the contact email address as "Don@RocaLabs.com." The mark and registration are currently owned by Roca Labs, Inc.

- **Att. C** hereto, a specimen of use that Roca Labs, Inc. filed with the PTO on September 9, 2011 with application serial number 85418359 to register the trademark GASTRIC BYPASS NO SURGERY for "food supplements for weight loss." The specimen shows the company name as "ROCA LABS USA" at the top (with the word "Nutraceuticals") and in the copyright notice.

- The mark GASTRIC BYPASS NO SURGERY was issued registration number 4,138,635. The correspondence name and signatory on a December 9, 2013 Power of Attorney (**Att. D** hereto, personal information redacted) for that registration is Don Juravin. The document lists his title as "Director of Marketing," the contact address as

FTC-000484

PO Box 5309, Sarasota, Florida 34277, and the contact email address as "Don@RocaLabs.com." As of December 31, 2014, this mark and registration are owned by Juravin Incorporated, with the address PO Box 5247, Sarasota, Florida 34242 and contact email IP@juravin.com.

- **Att. E** hereto, a Trademark Assignment Cover Sheet and signed Assignment of Trademarks dated December 31, 2014, signed by "Dr. George C. Whiting" for Roca Labs, Inc., and by "Don Karl Juravin" for Juravin Incorporated.  This assignment lists nine trademarks and registrations that were assigned from Roca Labs, Inc. to Juravin Incorporated.

## Florida State Court Documents

7.      I ordered and obtained the following documents from the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, Civil Division, in *Zero Calorie Labs, Inc., Roca Labs, Inc., and Don Juravin, v. Jodie Barnes and John Hagerman*, CA-2012-9111NC:

- Amended Complaint for Damages, Injunctive Relief and Demand for Trial By Jury (Feb. 4, 2013) ("AC"), pages 1, 2, and Exhibit A of which are included, with personal address information redacted, as **Att. F** hereto; and

- Plaintiff's Verified Emergency Motion for Ex Parte Temporary Injunction, Injunction of Protection and Supporting Memorandum of Law (Nov. 13, 2012) ("VEM"), pages 1, 2, 8, and 1-4 of Exhibit A of which are included, with personal address information redacted, as **Att. G** hereto.

8.      The "Amended Complaint" states that Zero Calorie Labs, Inc. is a Florida corporation, (AC ¶2) and that "ZERO CALORIE LABS is a human resources company that, *inter alia*, hires independent contractors with various skills and abilities to work for its clients, including ROCA LABS." (AC ¶8).  It further states that it assigned Ms. Barnes, the defendant in that case, to work for Roca Labs and Don Juravin's family.  (AC ¶9).

9.      The "Verified Emergency Motion" states: "Don Juravin is a resident of Sarasota County, is a marketing consultant working for [Zero Calorie Labs, Inc. and "Roca Labs, Inc.]

FTC-000485

and is not a shareholder of either" corporation.  (VEM ¶2).  It states that he acted as a "representative of" those corporations for the purpose of retaining the services of Ms. Barnes. (VEM ¶4)  The document includes a sworn verification signed by Don Juravin, and lists a Sarasota, Florida  address (the "Juravin Sarasota residence").  (VEM, page 8).  The document (VEM ¶5) states that "Exhibit A" shows an email from Ms. Barnes to Mr. Juravin, and "Exhibit A" shows that Ms. Barnes emailed him on November 6, 2012 at the address "v555@mac.com." (VEM-Exhibit A)

      10.    I also reviewed the "First Amended Complaint," with exhibits, in *Juravin v. Todd*, Case No. 12-CA-05327, filed July 2, 2012 in the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, that my colleague, Bonnie McGregor, ordered and obtained from the clerk's office of that court (redacted version is McGregor Declaration, Att. C). According to that filing, Don Juravin leased and occupied a residence in Tampa, Florida from May 2009 through about March 2012 ("Juravin Tampa residence").

### California Class Action Court Filing

      11.    I requested that the staff of the FTC's Western Region, Los Angeles office order and obtain from the Superior Court of the State of California, County of Los Angeles, in *Zachary Lake v. Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., and Does 1 through 10*, Case No. BC 559016, the "Declaration of Don Juravin in Support of Motion to Stay or, in the Alternative, to Transfer Action," dated March 12, 2015 (**Att. H** hereto).  In this Declaration, Mr. Juravin states:

- "I am an authorized representative of Defendants ROCA LABS, INC., A Florida Corporation, and ROCA LABS, NUTRACEUTICAL USA, INC., A Florida Corporation and involved in the day to day operations of both Defendants." (Paragraph 1); and
- "The weight loss product(s) alleged to be 'The Formula' in the complaint is sold only via the internet, online sales, through a website."  (Paragraph 5)

### Name.com CID Responses

      12.    I examined documents Name.com, Inc., a domain name registrar which offers private registration services, produced in response to a Commission CID.  The Name.com

FTC-000486

documents (**Att. I and J** hereto are redacted excerpts of domain name transaction information

for account names "dietlabs" and "rocalabs," respectively) include the following information:

| Date | Account | Account Info/email | Pay Info | Domains |
|---|---|---|---|---|
| 2/4/08 | dietlabs | Jabotinsky 7 FL53, Ramat Gan, Israel **usa8@mac.com** | Teddy Juravin PO Box 4097 Ramat Gan, Israel | |
| 4/9/09 | dietlabs | Rocach Labs, Jabotinsky 7 FL53, Zuckerman, Ramat Gan, Israel **usa8@mac.com** | Diet Labs Jabotinsky 7 FL53, Zuckerman, Ramat Gan, Israel Palpal: **v555@mac.com** | rocalabs.com juravin.com |
| 12/20/09 | rocalabs | Roca Labs, po box 262644 Tampa, Fl 33685 **V888@mac.com** | Paypal: **v555@mac.com** | zerocalorielabs.com |
| 2/6/10 | dietlabs | Rocach Labs, Jabotinsky 7 FL53 Ramat Gan, Israel **usa8@mac.com** | Diet Labs Jabotinsky 7 FL53, Zuckerman, Ramat Gan, Israel Palpal: **v555@mac.com** | rocalabs.com juravin.com |
| 1/14/11 | rocalabs | **V888@mac.com** | | mini-gastric-bypass.me |
| 2/4/11 | dietlabs | | Paypal: **V888@mac.com** | israelilabs.com |
| 4/2/11 | rocalabs | **V888@mac.com** | | juravin.com |
| 6/22/11 | rocalabs | **V888@mac.com** | Roca Labs Juravin Tampa residence address | rocalabs4obesity.com; rocalabs4kids.com |
| 9/1/11 | rocalabs | **V888@mac.com** | | ross-finesmith.info |
| 1/30/12 | dietlabs | | Roca Labs, Juravin Tampa residence address | israelilabs.com |
| 3/30/12 | rocalabs | Roca Labs po box 262644 Tampa, Fl, 33685 **V888@mac.com** | Don Juravin Juravin Tampa residence address | gastricbypass.me |
| 10/9/12 | rocalabs | **V888@mac.com** | Don Juravin | mini-gastric- |

FTC-000487

| | | | Juravin Sarasota residence address | bypass.me |
|---|---|---|---|---|
| 12/16/12 | rocalabs | **V888@mac.com** | Don Juravin Juravin Sarasota residence address | rocalabs.com |
| 7/10/14 | rocalabs | Roca Labs PO Box 5309 Sarasota, Florida 34277 **Don@RocaLabs .com** | | rocalabs.com, gastricbypass.me, and mini-gastric-bypass.me |

As of January 30, 2015, numerous domain names were registered through the Name.com account "Rocalabs," to registrant "JURAVIN Incorporated," located at "po box 5309" in Sarasota, Florida 34277, with the registrant email Site@Juravin.com (**Att. K** hereto, redacted Name.com domain name registration list). These domain names include:

- o rocalabs.com;
- o mini-gastric-bypass.me;
- o gastricbypass.me;
- o gastric-bypass-alternative.com;
- o gastricbypassnosurgery.com; and
- o juravin.com

**Bank of America, N.A. CID Responses**

13.     I examined documents Bank of America, N.A. ("BOA") produced in response to a Commission CID. The BOA documents, redacted excerpts of which are attached as **Att. L** hereto, show that:

(a) On or about October 2, 2009, Don Juravin opened a BOA checking account for Roca Labs, Inc., using the title "Vice President," and executed a corporate signature card for an account number ending 3550. Don Juravin's signature card appears to be the only one for this account. Statements from January 2011 through February 2013 for this account were addressed to Roca Labs, Inc. at the Juravin Tampa residence, and then the Juravin Sarasota residence.

FTC-000488

(b) Statements from 2011 for two other Roca Labs, Inc. accounts with BOA, ending in 8849 and 8852, were addressed to Roca Labs, Inc. at the Juravin Tampa residence.

(c) On or about December 31, 2009, Don Juravin and George Whiting opened a BOA checking account for Zero Calorie Labs, Inc., and Don Juravin executed a corporate signature card, for an account number ending 3195.  Statements from January 2011 through November 2012 are addressed to Zero Calorie Labs, Inc. at 12157 W Linebaugh Ave, Suite 103, Tampa, FL 33626-1732.  I believe, based on research I did using Google, that this address is for a UPS Store.  Statements from December 2012 through February 2013 for this account were addressed to Zero Calorie Labs, Inc. at the Juravin Sarasota residence.

(d) Statements for Zero Calorie Labs for the account ending 3195 show payments to Google Inc. of approximately $625,000 between February 2012 and January 2013.

(e) On or about March 31, 2014 Don Juravin opened a BOA checking account for Roca Labs Nutraceutical USA, Inc., using the title "President," and executed a corporate signature card for an account number ending 5888.  Don Juravin's signature card appears to be the only one for this account.  Statements from March 2014 through February 2015 for this account are addressed to Roca Labs Nutraceutical USA, Inc. at the Juravin Sarasota residence.

(f) On or about March 31, 2014, Don Juravin opened a BOA checking account for Juravin, Incorporated, using the title "President," and executed a corporate signature card for an account number ending 5833.  Don Juravin's signature card appears to be the only one for this account.  Statements from March 2014 through December 2014 for this account are addressed to Juravin, Incorporated at the Juravin Sarasota residence.

(g) On or about May 5, 2014, Don Juravin and George Whiting opened a BOA checking account for Roca Labs, Inc., using the titles "Authorized Signer" and "Pres/Sec/Treas/Dir," respectively, and executed a corporate signature card for an

FTC-000489

account number ending 3799.  The only statement BOA produced for that account, for May 2014, was addressed to the company at a St. Petersburg, FL address.

(h) On or about May 2, 2014, George Whiting opened a BOA checking account for Roca Labs, Inc., using the title "President," and executed a corporate signature card for an account number ending 8407.  The only statement BOA produced, for May 2014, was addressed to the company at a St. Petersburg, FL address.

### American Express Company CID Responses

14.      I examined documents American Express Company produced in response to a Commission CID.  The American Express documents, redacted excerpts of which are attached as **Att. M** hereto, show that:

(a) A "Merchant Processing Application" submitted to iPayment, for Roca Labs Nutraceutical USA, bearing the date February 28, 2014, lists Don Juravin as the contact, signer, and 100 percent owner.  The business address listed is 7621A S. Tamiami Trail, Sarasota, Florida 34277, and the contact email address is "don@rocalabs.com.  The address listed for Don Juravin is the Juravin Sarasota residence.  The application information states that the company's business website is www.rocalabs.com, and that it had been in business for 15 years.  It further states that company sales are 100 percent mail order, and 100 percent "B-2-C."  It states that "[m]onthly volumes range from $450,000 – 800,000."

(b) Don Juravin is identified as a cardholder for an American Express corporate account ending 006 for Roca Labs, a corporate account ending 009 for "Roca Labs," and a corporate account ending 002 for "Juravin."

(c) Statements for American Express corporate account ending 006 for "Roca Labs" during the period March 2013 through January 2015 were addressed to the Juravin Sarasota residence.  More than $3.25 million for Google, Microsoft, and Facebook advertising was charged to the 006 account during this period.

(d) Statements for American Express corporate account ending 009 for "Roca Labs" during the period February 2014 through January 2015 were addressed to the Juravin

FTC-000490

Sarasota residence.  Approximately $91,000 for Facebook advertising was charged to the 009 account during this period.

(e) Statements for an American Express corporate account ending 002 for "Juravin" during the period February 2014 through January 2015 were addressed to the Juravin Sarasota residence.  More than $1.5 million for Google, Microsoft, Yahoo, and Facebook advertising was charged to the 002 account during this period.

**Visa, Inc.**

15.     I examined documents Visa, Inc. produced in response to a Commission CID. The Visa documents, redacted excerpts of which are attached as **Att. N** hereto, show that:

(a) between June and September 2014, more than $50,000 in sales were posted for merchant descriptor "ROCA LABS INC" in Florida, 866-566-5288; and

(b) between June and December 2014, more than $1.35 million in sales were posted for merchant descriptor "ROCA LABS NUTRACEUTICAL" in Florida, 866-566-5288.

**MasterCard Inc.**

16.     I examined documents MasterCard Inc. produced in response to a Commission CID.  The MasterCard documents, redacted excerpts of which are attached as **Att. O** hereto, show that:

(a) between June and December 2014, more than $670,000 in sales were posted for merchant descriptor "ROCA LABS NUTRACEUTICA" in Florida, 7261A S Tamiami, ZIP code 34231, "08665665288";

(b) the merchant street address for "ROCA LABS USA," merchant number 174030075991, is listed as 7700 Eastport Parkway, Florida, ZIP code 33685, 8665665288 for the period August 2012 through July 2013; and

(c) the merchant street address for "ROCA LABS," merchant number 174030075991, is listed as 7700 Eastport Parkway, Florida, ZIP code 33685, 8665665288 for the period February 2011 through November 2012.

FTC-000491

### First Data Corporation CID Responses

17.    I examined documents First Data Corporation produced in response to a Commission CID.  The First Data documents, redacted excerpts of which are attached as **Att. P-T** hereto, show that:

(a) A printout of information for ROCA LABS INC, merchant number 000510165900400383, bearing a "Keyed Dt" of "01-DEC-2009" (**Att. P** hereto [FD000563]) includes a "Comments" field that lists that business's address as 12000 North Dale Mabry, Tampa, FL 33618.  The business phone number, ending 0838, matches one associated with Don Juravin's 2009 personal information that I obtained from CLEAR.  The "Comments" entry also lists Don Juravin as a contact, at the Juravin Tampa residence address, and provides a different personal phone number, ending 0099, of Don Juravin.

(b) An "Outlook Profile Report" for ROCA LABS INC, merchant number 142510165900400383 (**Att. P** hereto [FD000561]), lists the business address as P.O. Box 262644, Tampa, FL: 33685-2644.  The phone number, ending 0838, matches one associated with Don Juravin's personal information I obtained from CLEAR.  The "Legal Name Email" is "V555@MAC.COM."

(c) A "Merchant Processing Application and Agreement" (**Att. Q** hereto) was submitted on or about December 27, 2012 to First Data for "Roca Labs Inc." with a business address in Tampa, FL 33626 (not the Juravin Tampa Residence).  Don Juravin is listed as the contact name, and the contact email address is "v555@mac.com."  The merchandise sold is listed as "Vitamins and Supplements."  It lists Don Juravin as "Vice President" of the company, with 10 percent ownership, and gives his home address as the Juravin Sarasota residence address.  The application document further states that the company's gross yearly sales volume is $4 million, that ninety-five percent of its sales are transacted over the internet, with the remainder transacted by phone.

(d) A July 31, 2013 letter from Roca Labs, Inc. to First Data (**Att. R** hereto), "signed electronically" by "G.C. WHITING," "President," states that the company had:

FTC-000492

- o   2010 sales of $732,195;

- o   2011 sales of $3,861,761; and

- o   2012 sales of $4,413,363

- o   The phone number shown on the letterhead matches a phone number associated with both George Whiting's personal information and information about Zero Calorie Labs, Inc. that I obtained from CLEAR.

(e) A "Merchant Financial Activity Report" (**Att. S** hereto) for "Roca Labs Inc," Merchant 000510165900401035, includes a "TOT Sales Amt" column that lists amounts exceeding $6.99 million total for the months January 2013 through December 2013, and amounts exceeding $3.7 million total for the months January 2014 through May 2014.  First Data provided this document in response to CID Interrogatory that sought, in pertinent part, the total monthly dollar amount of transactions and refunds First Data processed for Roca Labs, Inc.

(f) In numerous instances, Roca Labs, Inc. communicated with First Data via "Chargeback Response Forms" (that include a phone number, ending 0055, associated with Don Juravin's personal information that I obtained from CLEAR), or letters bearing the email address "LegalTeam@RocaLabs.com" about credit card chargebacks its customers had initiated via their credit card issuing banks.  Examples of such communications are attached as **Att. T** hereto.  Through such communications, Roca Labs, Inc. indicated in numerous instances in 2013 and 2014 that:

- o   the customer had agreed to the "Terms & Conditions" or "Personal Terms, Conditions, & Disclaimers Agreement," "USV1.8 Sep 2012" (e.g., **Att. T** [FD008701-11]); and

- o   the customer had completed "a Qualification Form and provided personal and medical information," such as height, weight, age, sex, and "Declarations" (e.g., **Att. T** [FD008712]).

(g) Through such communications, Roca Labs, Inc. disclosed to First Data the height, weight, age, and sex, as entered in the Qualification Forms, of customers who had

FTC-000493

initiated chargebacks, and included statements from the "Declarations" provided by each.

Examples of these Declaration statements included:

o   "Because I really think its time to change, and I want to look better and be confident with myself.  Knowing that I could just go to the store and pick out something to wear without going to fitting room" (**Att. T**[FD008712])

o   "I dont want to be obese and overweight like the long history of members in my family.  I dont want the health problems to become an possibility for me.  I want to be able to enjoy my kids and live a long and healthy life.  I will fight for success and am determined to succeed." (**Att. T** [FD020141])

o   "I want to change my live and feel great and have more energy and feel pretty again." (**Att. T** [FD011481])

o   "Yes, I look like crap!!  even when I try to look nice, I need to look good on the outside, to match my drive on the inside" (**Att. T** [FD011541])

o   "The additional weight is effecting my mobility" (**Att. T** [FD020273])

o   "Yes, I want to be here for my son.  I want to live." (**Att. T** [FD011430])

o   "I am.  I know the health issues being overweight can bring.  My grandparents were diabetics and overweight.  I do exercise 5 days a week and do not see much results.  I also want to be a better role model for my daughters" (**Att. T** [FD023161])

o   "I am 100% committed to loosing [sic] weight.  I turned 35 on Monday and this is not where I wanted to be physically at 35.  I have begun drinking water and have completely stopped drinking soda and caffeine products.  I have changed some of my worst habit prior to applying for your program and it has been four months since I made the changes and I do feel better.  I have not had willpower problems with these changes which has proven to me that I am committed and want this change badly.  I have a husband that I want to be beautiful for again and two daughters who deserve a mom who can play and keep up with them.  I want your help badly and I will not disappoint you.  Please approve my application." (**Att. T** [FD008975])

o   "yes!! I don't like myself anymore, If I don't how do I expect others to." (**Att. T** [FD024332])

o    "Because I want to feel good and stop being sick and tired." (**Att. T** [FD024442])

o   "Yes as this weight is taking potentially fatal toll on my life" (**Att. T** [FD019595])

FTC-000494

18.     In addition to the foregoing research and document reviews, I also researched the prices of several dietary supplements on online retail sites.  I found:

- 100 575 mg glucomannan capsules sold through Drugstore.com for $11.99;
- 100 665 mg glucomannan capsules sold through Drugstore.com for $9.99;
- 8 ounces of guar gum powder sold through Amazon.com for $6.19;
- 60 400 mg guar gum capsules sold through Amazon.com for $2.99; and
- 90 100 mg beta glucan capsules sold through Amazon.com for $9.79.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Sept. 18_, 2015

By _Lynne Colbert_

FTC-000495

Attachments
        Attachment A

FTC-000496



Nutraceuticals
ROCA LABS™ USA | Paris / Australia / Sweden / Florida

healthy, fast and strong natural solutions

## choose your department






weight loss

Gastric Bypass Effect -
NO surgery



drugs

Inventing strong natural
drugs for immediate results



breastfeeding

Testing mother's milk
for quality



research

Advance global research
approach for healthy results

Copyright © 2006–2011 Roca Labs USA All rights reserved

Home | Order | Questions | Customer Care | Research | Instructions | Ingredients | Terms | FDA disclaimer | Doctor | Send to a friend

*DISCLAIMER: Roca Labs is a special Formula designed to create a "gastric bypass effect" or "gastric bypass results" without the need for a gastric bypass surgery. Statements on this site have not been evaluated by the FDA. The Formula does not diagnose, treat, cure, or prevent any disease. This food supplement should be taken with at least 8 ounces of liquid. Consuming the Formula(s) without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by our Terms Page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for our claims are on the Research page and are supplied by our users, as seen on YouTube. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement.

Attachments
     Attachment B

FTC-000498

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 9/30/2017)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85418359 |
| **REGISTRATION NUMBER** | 4145897 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 102 |
| **MARK SECTION** | |
| **MARK** | ROCA LABS |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | D. MICHAEL SCHLOSS, ESQ.<br>1844 N NOB HILL RD # 303<br>PLANTATION Florida (FL) 33322-6548<br>US<br>954-554-1751<br>954-756-7228<br>michael@dmichaelschloss.com |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above. |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NAME** | Don Juravin |
| **STREET** | PO Box 5309 |
| **CITY** | Sarasota |
| **STATE** | Florida |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 34277 |
| **PHONE** | REDACTED-0055 |
| **EMAIL** | Don@RocaLabs.com;Don@RocaLabs.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |

**SIGNATURE SECTION**

| | |
|---|---|
| **SIGNATURE** | /Don Juravin/ |
| **SIGNATORY NAME** | Don Juravin |
| **SIGNATORY DATE** | 12/09/2013 |
| **SIGNATORY POSITION** | Director of Marketing |
| **SIGNATORY PHONE NUMBER** | REDACTED 0055 |

**FILING INFORMATION SECTION**

| | |
|---|---|
| **SUBMIT DATE** | Mon Dec 09 16:34:32 EST 2013 |
| **TEAS STAMP** | USPTO/RAA-99.43.22.160-20 131209163432860977-854183 59-5009d30df4f5b6d797d4cd feabdb8eb8660147aafd5eeb4 7481842167d03ea598f0-N/A-N/A-20131209161346884201 |

FTC-000500

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 9/30/2017)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** ROCA LABS
**SERIAL NUMBER:** 85418359
**REGISTRATION NUMBER:** 4145897

**The original attorney**
D. MICHAEL SCHLOSS, ESQ.
1844 N NOB HILL RD # 303
PLANTATION Florida 33322-6548
US
954-554-1751
954-756-7228
michael@dmichaelschloss.com

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above.

**Original Correspondence Address :**
D. MICHAEL SCHLOSS, ESQ.
1844 N NOB HILL RD # 303
PLANTATION Florida 33322-6548
US
954-554-1751
954-756-7228
michael@dmichaelschloss.com

**The following is to be used as the correspondence address:**
Don Juravin
PO Box 5309
Sarasota, Florida 34277
United States
REDACTED-0055
Don@RocaLabs.com;Don@RocaLabs.com

Signature: /Don Juravin/     Date: 12/09/2013
Signatory's Name: Don Juravin
Signatory's Position: Director of Marketing
Signatory's Phone Number: REDACTED 0055

Serial Number: 85418359
Internet Transmission Date: Mon Dec 09 16:34:32 EST 2013
TEAS Stamp: USPTO/RAA-99.43.22.160-20131209163432860
977-85418359-5009d30df4f5b6d797d4cdfeabd
b8eb8660147aafd5eeb47481842167d03ea598f0
-N/A-N/A-20131209161346884201

Attachments
>Attachment C

FTC-000503



gastric bypass effect NO surgery

Questions | Customer Care | Research

Chat

Video        FAQ        Success Stories        Order Now

Basic | Maximizing Success | Medical | Ordering | Videos

What is "gastric bypass NO surgery"?

**Gastric bypass with no surgery** - *see video*
Used successfully in Europe for 6 years, this medical innovation is an easy-to-use formula that creates a natural GASTRIC BYPASS EFFECT in the stomach. Mixed with water and taken in the morning, it **immediately** expands in your stomach, leaving only a small limited stomach available for food intake and **practically forcing you to eat half.**
The result: an immediate calorie deficiency and **weight loss from day one.** To accelerate the process, the formula includes the patented ingredient **β-Glucan®**, which balances blood sugar levels and fights your cravings for sweets and snacks - something that surgery isn't capable of. You'll not only eat less food without feeling hungry, you'll eat healthier too.

**Eat half from day one**
While in the past you required a full meal to fill your stomach and satisfy your hunger, once you're using the formula, you can take half a portion and still feel satisfied after. Since the formula PHYSICALLY fills your stomach, you have neither the need nor the space for more. At the end of the day, you'll find that even though you ate very little, you felt satisfied and your energy level remained high. Without realizing, you entered a state of **calorie deficiency,** where you ate fewer calories than you burned.

**Safer and healthier than gastric bypass**
With over 27,000 YouTube and testimonial results, the formula is probably the strongest and fastest method in the world to lose weight giving it a 90% success rate. In comparison to gastric bypass surgery, the formula is **less risky, faster, healthier, and has almost NO SIDE EFFECTS** or complications. And at the low cost of $640, it's a fraction of the cost of gastric bypass surgery, which can be $15,000 or more.

With RocaLabs™ Natural Gastric Bypass Formula, you finally have the weapon you need to win the fight against hunger, cravings, and obesity. You'll lose weight, look better, and improve your health easily and naturally. The power to succeed is in your hands.

Here are some **Before & After** videos from satisfied users: Tanya, Loren, Jodi, Donna

Instructions | Terms | FDA disclaimer | Customer Care | Doctor | Send to a friend

## POWERFUL -
### physically prevents you from eating

A dose of the Formula mixed in water and taken in the morning creates an immediate gastric bypass effect leaving only a small limited stomach size available for food intake, practically forcing you to eat HALF and lose weight from day one. Without Gastric Bypass surgery.



**The patented β-Glucan® ingredient regulates your blood sugar levels and helps you overcome cravings.**



how to use        what is it

        

## ASK US
If your question isn't answered here

name
email
question

ask us

Copyright © 2006-2011 Roca Labs USA All rights reserved

Home | Order | Questions | Customer Care | Research | Instructions | Ingredients | Terms | FDA disclaimer | Doctor | Send to a friend

*DISCLAIMER: Roca Labs is a special Formula designed to create a "gastric bypass effect" or "gastric bypass results" without the need for a gastric bypass surgery. Statements on this site have not been evaluated by the FDA. The Formula does not diagnose, treat, cure, or prevent any disease. This food supplement should be taken with at least 8 ounces of liquid. Consuming the Formula(s) without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by our Terms Page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for our claims are on the Research page and are supplied by our users, as seen on YouTube. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement.

FTC-000504

Attachments
    Attachment D

FTC-000505

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 9/30/2017)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85418376 |
| **REGISTRATION NUMBER** | 4138635 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 102 |
| **MARK SECTION** | |
| **MARK** | GASTRIC BYPASS NO SURGERY |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | PO BOX 20631<br>TAMPA Florida (FL) 33622<br>US<br>954-554-1751<br>954-756-7228<br>michael@dmichaelschloss.com |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above. |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NAME** | Don Juravin |
| **STREET** | PO Box 5309 |
| **CITY** | Sarasota |
| **STATE** | Florida |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 34277 |
| **PHONE** | REDACTED-0055 |
| **EMAIL** | Don@RocaLabs.com;Don@RocaLabs.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |

## SIGNATURE SECTION

| | |
|---|---|
| **SIGNATURE** | /Don Juravin/ |
| **SIGNATORY NAME** | Don Juravin |
| **SIGNATORY DATE** | 12/09/2013 |
| **SIGNATORY POSITION** | Director of Marketing |
| **SIGNATORY PHONE NUMBER** | REDACTED 0055 |

## FILING INFORMATION SECTION

| | |
|---|---|
| **SUBMIT DATE** | Mon Dec 09 16:34:32 EST 2013 |
| **TEAS STAMP** | USPTO/RAA-99.43.22.160-20 131209163432860977-854183 59-5009d30df4f5b6d797d4cd feabdb8eb8660147aafd5eeb4 7481842167d03ea598f0-N/A- N/A-20131209161346884201 |

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 9/30/2017)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:

**MARK:** GASTRIC BYPASS NO SURGERY
**SERIAL NUMBER:** 85418376
**REGISTRATION NUMBER:** 4138635

**The original attorney**

PO BOX 20631
TAMPA Florida 33622
US
954-554-1751
954-756-7228
michael@dmichaelschloss.com

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above.

**Original Correspondence Address :**

ROCA LABS INC
PO BOX 20631
TAMPA Florida 33622
US
954-554-1751
954-756-7228
michael@dmichaelschloss.com

**The following is to be used as the correspondence address:**
Don Juravin
PO Box 5309
Sarasota, Florida 34277
United States

REDACTED-0055
Don@RocaLabs.com;Don@RocaLabs.com

Signature: /Don Juravin/      Date: 12/09/2013
Signatory's Name: Don Juravin
Signatory's Position: Director of Marketing
Signatory's Phone Number: REDACTED 0055

FTC-000508

Serial Number: 85418376
Internet Transmission Date: Mon Dec 09 16:34:32 EST 2013
TEAS Stamp: USPTO/RAA-99.43.22.160-20131209163432860
977-85418359-5009d30df4f5b6d797d4cdfeabd
b8eb8660147aafd5eeb47481842167d03ea598f0
-N/A-N/A-20131209161346884201

Attachments
      Attachment E

FTC-000510

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM327669

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Roca Labs, Inc. | | 12/31/2014 | CORPORATION: |

## RECEIVING PARTY DATA

| | |
|---|---|
| **Name:** | JURAVIN Incorporated |
| **Street Address:** | PO Box 5247 |
| **City:** | Sarasota |
| **State/Country:** | FLORIDA |
| **Postal Code:** | 34242 |
| **Entity Type:** | CORPORATION: FLORIDA |

## PROPERTY NUMBERS Total: 10

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 4374938 | GASTRIC BYPASS SURGERY ALTERNATIVE |
| **Registration Number:** | 4298297 | GASTRIC BYPASS ALTERNATIVE |
| **Registration Number:** | 4360182 | GASTRIC BYPASS EFFECT |
| **Registration Number:** | 4363486 | GASTRIC BYPASS RESULTS |
| **Registration Number:** | 4138639 | NATURAL GASTRIC BYPASS |
| **Registration Number:** | 4138635 | GASTRIC BYPASS NO SURGERY |
| **Registration Number:** | 4366996 | SUCCESS IS NOW LIMITED BY YOUR MIND ONLY |
| **Registration Number:** | 4320142 | SUCCESS BELT |
| **Registration Number:** | 4356739 | ANTI CRAVINGS |
| Serial Number: | 85662952 | SHRINKING STOMACH |

OP $265.00 4374938

## CORRESPONDENCE DATA

**Fax Number:**
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | IP@Juravin.com |
| **Correspondent Name:** | JURAVIN Incorporated |
| **Address Line 1:** | PO Box 5247 |
| **Address Line 4:** | Sarasota, FLORIDA 34242 |

| NAME OF SUBMITTER: | JURAVIN Incorporated |
|---|---|
| **SIGNATURE:** | /DJ/ |

TTC 000511

| DATE SIGNED: | 12/31/2014 |
| --- | --- |

**Total Attachments: 2**
source=Trademarks Assigment SIGNED#page1.tif
source=Trademarks Assigment SIGNED#page2.tif

FTC 000512

## ASSIGNMENT OF TRADEMARKS

1.      This Assignment of Trademarks is made between Roca Labs, Inc. ("Roca Labs") and JURAVIN Incorporated ("Juravin, Inc.")(collectively, the "Parties"), and pursuant to the requirements set forth by the United States Patent and Trademark Office.

2.      Roca Labs, Inc. wishes to assign the entire interest and the goodwill in the following Trademarks, for good consideration, to JURAVIN Incorporated:

| 1 | 85709572 | 4374938 | GASTRIC BYPASS SURGERY ALTERNATIVE | TSDR | LIVE |
|---|---|---|---|---|---|
| 2 | 85709554 | 4298297 | GASTRIC BYPASS ALTERNATIVE | TSDR | LIVE |
| 3 | 85666495 | 4360182 | GASTRIC BYPASS EFFECT | TSDR | LIVE |
| 4 | 85643517 | 4363486 | GASTRIC BYPASS RESULTS | TSDR | LIVE |
| 5 | 85418401 | 4138639 | NATURAL GASTRIC BYPASS | TSDR | LIVE |
| 6 | 85418376 | 4138635 | GASTRIC BYPASS NO SURGERY | TSDR | LIVE |
| 7 | 85662952 | | SHRINKING STOMACH | TSDR | DEAD |
| 8 | 85650079 | 4366996 | SUCCESS IS NOW LIMITED BY YOUR MIND ONLY | TSDR | LIVE |
| 9 | 85650044 | 4320142 | SUCCESS BELT | TSDR | LIVE |
| 10 | 85650023 | 4356739 | ANTI CRAVINGS | TSDR | LIVE |

3.      The following trademark will remain with no changes:

| 85418359 | 4145897 | ROCA LABS | TSDR | LIVE |
|---|---|---|---|---|

IN WITNESS WHEREOF, the Parties have set their hands and seals in manner and form sufficient to bind them.

1

By: _____

**Don Karl Juravin For JURAVIN Incorporated**

STATE OF FLORIDA COUNTY OF _Pinellas_____

   BEFORE ME, the undersigned authority, personally appeared Don Karl Juravin who is personally known to me, or if not, provided identification in the form of , and, after being duly sworn, states that he/she has read the foregoing and it is true and accurate to the best of his/her knowledge and belief.

   SWORN TO AND SUBSCRIBED before me this 31 day of December, 2014.

_____
NOTARY PUBLIC   My Commission Expires:

> BROOKE DORIGO
> Notary Public - State of Florida
> My Comm. Expires Feb 19, 2017
> Commission # EE 876495

---

By: _____

**Dr. George C. Whiting  For Roca Labs, Inc.**

STATE OF FLORIDA COUNTY OF _Pinellas_____

   BEFORE ME, the undersigned authority, personally appeared Dr George C Whiting who is personally known to me, or if not, provided identification in the form of , and, after being duly sworn, states that he/she has read the foregoing and it is true and accurate to the best of his/her knowledge and belief.

   SWORN TO AND SUBSCRIBED before me this 31 day of December, 2014.

_____
NOTARY PUBLIC   My Commission Expires:

5/11/2016

> SHARON S. ALLY
> Notary Public, State of Florida
> Commission# EE 185553
> My comm. expires May 11, 2016

2

Attachments
      Attachment F

FTC-000515

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

ZERO CALORIE LABS, INC., a Florida
corporation, ROCA LABS, INC., a
Florida corporation, and
DON JURAVIN, individually,

      Plaintiffs,

vs.

JODIE BARNES and
JOHN HAGERMAN,

      Defendants.

_____/

CASE NO.: CA-2012-9111NC

**AMENDED COMPLAINT FOR DAMAGES,
INJUNCTIVE RELIEF AND DEMAND FOR TRIAL BY JURY**

Plaintiffs, ZERO CALORIE LABS, INC., ROCA LABS, INC. and DON JURAVIN,

by and through their undersigned counsel, sue the Defendants, JODIE BARNES and

JOHN HAGERMAN, and allege:

1.    This is an action for injunctive relief and damages that exceed $25,000.00.

2.    Plaintiff ZERO CALORIE LABS, INC. ("ZERO CALORIE LABS") is, and at

all times herein mentioned was, a corporation organized and existing under the laws of

the State of Florida with its principal place of business in Hillsborough County, Florida.

3.    Plaintiff ROCA LABS, INC. ("ROCA LABS") is, and at all times herein

mentioned was, a corporation organized and existing under the laws of the State of

Florida with its principal place of business in Hillsborough County, Florida.

4.    Plaintiff DON JURAVIN ("JURAVIN") is an individual residing in

Sarasota County, Florida.



FTC-000516

5.      Defendant JODIE BARNES ("BARNES") is an individual who, at all times material hereto, resided at REDACTED Sarasota, Florida.

6.      Defendant JOHN HAGERMAN ("HAGERMAN") is an individual who, at all times material hereto, resided at REDACTED Punta Gorda, Florida.

7.      Venue is proper in Sarasota County because the Oral Agreement ("Agreement") central to this action was made in Sarasota County, Defendant BARNES resides in Sarasota County, and the incidents involved herein occurred in Sarasota County.

8.      ZERO CALORIE LABS is a human resources company that, *inter alia*, hires independent contractors with various skills and abilities to work for its clients, including ROCA LABS.

9.      On or about July 24, 2012, BARNES began working for ZERO CALORIE LABS and was assigned to work for ROCA LABS and the JURAVIN family as an independent contractor pursuant to an oral agreement, the terms of which follow:

   a.      BARNES agreed to work on tasks as directed for 70 hours per month, for which BARNES was to be paid a flat fee of $800.

   b.      BARNES stated to JURAVIN that she was available to perform additional tasks to supplement the income that was agreed upon.

   c.      ROCA LABS and JURAVIN agreed to pay BARNES on the 8th day of each following month, and, at the sole discretion of ROCA LABS and JURAVIN, to consider advances of pay in case of need.

   d.      Although BARNES controlled the times when she worked, for the needs of the business and the JURAVIN family, BARNES agreed to be available during a certain time frame.

2

# EXHIBIT A

## INDEPENDENT CONTRACTOR AGREEMENT

This Independent Contractor Agreement is made effective for all purposes and in all respects, as of the date last signed below, by and between Zero Calorie Labs, Inc., Don Juravin and The Juravin Family ("Principals") and Jodi Barnes ("Independent Contractor") who shall collectively be known as "the Parties."

### RECITALS:

WHEREAS, Zero Calorie Labs, Inc. is a human resources company; and,

WHEREAS, Independent Contractor represents and warrants that the information contained in the Independent Contractor's résumé, this Agreement, and/or the attached questionnaire is genuine and truthful; and,

WHEREAS, Principal wishes to engage Independent Contractor and Independent Contractor wishes to accept such engagement on the terms and under the conditions recited below; and,

WHEREAS, the Juravin Family, Don Juravin individually, and Roca Labs, Inc. ("Clients") desire to jointly retain Independent Contractor, through Principal, to render services to the Clients; and,

The premises having been considered and with acknowledgement of the mutual promises and of other good and valuable consideration herein contained, the Parties, intending to be legally bound, hereby agree as follows:

**A.     Capacity of Engagement.** The duties to be performed by Independent Contractor are generally described as:  secretarial, filing, shipping and domestic services fro the family.  Any work product produced under this Agreement is the property of Client.

**B.     Term of Independent Contractor Agreement – terminable by either party at will.** Principal shall engage Independent Contractor in the capacity set forth above commencing on the date last signed below, or such other date as the Parties may agree to, and continuing until either party shall give proper notice (as defined in this contract) of termination of this Independent Contractor Agreement to the other.

　　　　1.     **Notice Period.** Any Party wishing to give notice of termination of this Agreement shall give the other Party advance notice as follows:

| Month | Notice |
|-------|--------|
| 1     | 1 week |
| 2-3   | 2 weeks |
| 4-6   | 3 weeks |
| 6+    | 4 weeks |

　　　　2.     **Method of all notices except termination for cause.** All notices required under this contract except

1

FTC-000518

termination for cause shall be given in writing delivered by any method.

      3.   **Notice to Principal.** All notices under this contract to be given to the Principal shall be communicated to the following person at the stated address:

George C. Whiting, President     Copy via email to:
Zero Calorie Labs, Inc.        legalteam@rocalabs.com
**REDACTED**           michael@dmichaelschloss.com
Tampa FL **REDACTED**

      4.   **Notice to the Independent Contractor.** All notices under this contract shall be given to the Independent Contractor as follows:

[Jodi Barnes
[Address]
[City, State, Zip]

    C.    **Termination for cause.** Principal may terminate this Independent Contractor Agreement at any time "for cause," the grounds for which are defined below. In the case of termination for cause, Principal shall have no obligation to Independent Contractor for compensation or any other form of benefit under this Agreement <u>except</u> for compensation earned prior to the effective date of termination. Also in the case of termination for cause, Principal shall reimburse Independent Contractor for all appropriately documented expenses incurred by Independent Contractor before the termination date that are otherwise reimbursable to him or her under this contract. The "notice period" and "notice method," if any, contained in paragraph B above do **not** apply to termination for cause. Principal must give actual notice to Independent Contractor of termination but may deliver said notice by any manner, either orally or in writing. Principal may make termination for cause effective immediately. However, should state or federal law require a notice period, the notice period so required under the law shall apply to this contract. This paragraph concerning "for cause" termination, if triggered through commission of any of the below acts by the Independent Contractor, merely allows the Principal to terminate without complying with the notice provisions contained in the preceding paragraph.

<u>**Grounds "for cause" termination.**</u> Commission of any of the following acts by the Independent Contractor constitutes grounds for the Principal to terminate Independent Contractor "for cause" under this paragraph:

1. Independent Contractor is charged with a felony crime;
2. Independent Contractor commits a crime of moral turpitude such as an act of fraud or other crime involving dishonesty;
3. Independent Contractor uses illegal drugs;
4. Independent Contractor fails to perform his duties in a competent manner;
5. Independent Contractor violates his duties of confidentiality and/or non-competition under this Agreement;

2

6. Independent Contractor fails to comply with directives that are within the scope of the Agreement from the Client or Principal, the company board of directors or managing officers, or written company policies;

7. Independent Contractor commits any act or acts that harms the Client's or the company's reputation, standing, or credibility within the community(ies) it operates or with its customers or suppliers;

8. Independent Contractor fails to perform the duties assigned to him or her for any reason.

   **D.    Required Confidentiality.** Independent Contractor shall not disclose or communicate any "Confidential Information" of Client to any person or entity other than Client and its authorized representatives, or use said "Confidential Information" for any purpose or reason other than the benefit of Client. For purposes of the preceding sentence, "Confidential Information" means, but is not limited to, any personal information regarding the Juravin Family, including names, addresses and all personal information about family members; Client's business methods, business policies, procedures, techniques, research or development projects or results, sales information of any kind, financial information of any kind, trade secrets or other knowledge possessed by Client that is not generally known by individuals outside of Client, including Client's employees, consultants and advisors.

Independent Contractor will not list Client as a work reference without prior written permission.

If you are required by law to disclose any "Confidential Information," you will provide Principal and Client, within 24 hours of notice of such requirement, written notice so that Client may seek a protective order. In the event that Client is unable to obtain a protective order or other remedy, you agree that you will furnish only that portion of the information that you are legally obligated to disclose.

   **E.    Non-Disparagement.** Independent Contractor shall not disparage the Client or comment negatively about the Client at any time, in any forum, in any manner, for any reason, even anonymously. The Parties agree that disparagement of the Client will constitute a violation of paragraph C.

   **F.    Independent Contractor Status for Tax Purposes.** Independent Contractor shall report and pay to the proper state and federal agencies self-employment taxes upon all compensation earned in the performance of this contract. The Parties to this contract are in agreement that Independent Contractor holds the status, for state and federal tax purposes, of "independent contractor."

   **G.    Independent Contractor Compensation.** For all services rendered by Independent Contractor under this Agreement, Independent Contractor shall receive from Principal fixed pay at the rate of $10 per hour for at least 150 hours per month.  Additional hours will be added accordingly.  The fixed hourly rate may be adjusted by agreement of the parties. Client may elect to pay Independent Contractor directly, which shall not be deemed by any party to be a modification of this Agreement.  It is the Contractor's responsibility to record the billing to

3

each separate hourly work between 1. The Juravin Family 2. Don Juravin and 3. Zero Calorie Labs (providing 3 separate bills each month).

**H.     Independent Contractor Expenses to be Reimbursed by Client.** Independent Contractor shall be reimbursed directly for all expenses pre-approved by Client.

**I.     Remedies in Event of Breach of Paragraph D.** Independent Contractor recognizes that irreparable damage will result to the Client and to the business of Principal in the event of breach by Independent Contractor of any of the covenants and assurances contained in paragraph C above. As such, Principal shall be entitled to enjoin and restrain Independent Contractor from any continued violation of any term of paragraph C. This equitable remedy shall be in addition to, and not supersede, any action for damages Principal or Client may have for breach of any part of this Agreement.

**J. Attorney Fees and out-of-pocket costs.** Should Independent Contractor breach this Agreement, Principal and/or Client shall be indemnified by Independent Contractor for its reasonable attorney's fees and out-of-pocket costs that in any way relate to, or were precipitated by, the breach of this Agreement.

**K. Indemnification and Hold Harmless.** Independent Contractor shall indemnify and hold harmless Principal and Client from all claims, causes of action, damages or judgments arising out of this contract.

**L. Survival of Paragraphs C through G.** Paragraphs C through G hereof shall survive any termination and remain in full force and effect until the expiration of their legal enforceability.

**M. Integration.** This Agreement is the sole agreement between the Parties with regard to the subject matter hereof.

**N. Severability.** In the event any provision of this Agreement is deemed to be void, invalid or unenforceable, that provision shall be severed from the remainder of this Agreement so as not to cause the invalidity or unenforceability of the remainder of this Agreement.

**O.Modification.** Except as otherwise provided in this document, this Agreement may be modified, superseded or voided <u>only</u> upon the written and signed agreement of the Parties.

**P. Acknowledgements.** Each party acknowledges that he or she has had an adequate opportunity to read and study this Agreement, to consider it, and to consult with attorneys if he or she has so desired.

**Q. Return of Materials.** Independent Contractor agrees that upon termination of employment with Principal for any reason whatsoever, Independent Contractor will promptly return to Client all records, materials and Confidential Information (described in paragraph D above) in his or her possession as well as equipment, if any, given to Independent Contractor by Principal for use in the performance of his or her duties.

**R. Effect of Waiver of Breach.** The waiver by Principal of a breach of any of the provisions of this Agreement by the Independent Contractor shall not operate or be construed as a waiver of any subsequent breach by the Independent Contractor.

**S.     Exclusive Jurisdiction for Suit in Case of Breach.** The Parties, by entering into this Agreement, submit to jurisdiction in Hillsborough County,

4

Florida, at the sole discretion of the Client, for adjudication of any disputes and/
or claims between the parties under this Agreement. Furthermore, the parties
hereby agree that the courts of Florida shall have **exclusive** jurisdiction over
any disputes between the Parties relative to this Agreement, whether the dispute
sounds in contract, tort, or other area of the law.

IN WITNESS WHEREOF and acknowledging acceptance and agreement of the
foregoing, Principal and Independent Contractor affix their signatures hereto.

**PRINCIPAL**                                    **INDEPENDENT CONTRACTOR**


Zero Calorie Labs, Inc.                          Jodi Barnes
By: George C. Whiting
Title: President

Dated:                                           Dated:

5

FTC-000522

## QUESTIONNAIRE

1.  Have you ever been convicted of a felony or first degree misdemeanor? □
yes □ no

If "YES", what charges?

Where convicted?

Date of Conviction:

2.  Have you ever pled nolo contendere or pled guilty to a crime which is a felony
or a first degree misdemeanor? □ yes □ no

If "YES", what charges?

Where convicted?

Date of Conviction:

3.  Have you ever had the adjudication of guilt withheld to a crime which is a
felony or a first degree misdemeanor? □ yes □ no

If "YES", what charges?

Where convicted?

Date of Conviction:

**NOTE**: A "YES" answer to these questions will not automatically bar you from
employment. The nature, job-relatedness, severity and date of the offense in relation to
the position for which you are applying are considered.

## CITIZENSHIP

1.                                          Are you a U.S. citizen or are you legally
authorized to work in the U.S.? □ yes □ no

2.                                          If no, are you legally authorized to accept
employment with ZCL? □ yes □ no

## CERTIFICATION:

I am aware that any **omissions, falsifications, misstatements, or
misrepresentations above** may disqualify me for employment consideration and,
if I am hired, may be grounds for termination at a later date. I understand that any
information I give may be investigated as allowed by law. I consent to the release

6

of information about my ability employment history, and fitness for employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel staff, and other authorized employees of ZCL and the Clients employment purposes.  This consent shall continue to be effective during my employment if I am hired.  I understand that applications submitted for state employment are public records.  I certify that to the best of my knowledge and belief all of the statements contained herein and on any attachments are **true, correct, complete, and made in good faith**.

SIGNATURE:

DATE:

7

Attachments
    Attachment G

FTC-000525

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

ZERO CALORIE LABS, INC., a Florida
corporation, and ROCA LABS, INC., a
Florida corporation,

          Plaintiffs,

vs.

JODIE BARNES,

          Defendant.

_____/

CASE NO. 2012 CA 9111 NC

FILED FOR RECORD
2012 NOV 13 PM 12: 30
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY, FL

## PLAINTIFF'S VERIFIED EMERGENCY MOTION FOR EX PARTE TEMPORARY INJUNCTION, INJUNCTION OF PROTECTION AND SUPPORTING MEMORANDUM OF LAW

Plaintiffs ZERO CALORIE LABS and ROCA LABS (hereinafter "Plaintiffs"), by and through undersigned counsel, hereby move this Court ex parte for an emergency temporary injunction pursuant to Fla. R. Civ. P. 1.610 and F.S. §784.048, and state in support as follows:

### INTRODUCTION AND FACTUAL BACKGROUND

1. This is an action for temporary injunction under Florida Rules of Civil Procedure 1.610 and an injunction of protection against domestic violence under F.S. §784.048. Plaintiffs seek an ex parte entry of an injunction and an injunction of protection against domestic violence against the Defendant, JODIE BARNES.

2. Don Juravin is resident of Sarasota County, is a marketing consultant working for Plaintiffs, and is not a shareholder of either of Plaintiffs corporations.

3. Defendant's last known address is ██REDACTED██ Sarasota, Sarasota County, FL 34231.



FTC-000526

4. Plaintiffs and Defendant operated under an oral agreement given to Mr. Juravin as a representative of Plaintiff corporations, with the condition and understanding that Defendant sign an Independent Contractor Agreement (ICA) in order to continue her employment with Plaintiffs.

5. Defendant accepted payments from Plaintiffs as an employee, yet shortly after beginning her employment and without notice or warning simply stopped showing up for work. Shortly thereafter Defendant began repeatedly sending Mr. Juravin threatening e-mail correspondences, texts, and making harassing phone calls to him, as well as making explicit threats of harm against him (COMPOSITE EXHIBIT A).

6. Defendant's agent, John Hagerman, stated to Plaintiffs legal representative, Kara Rosa, Esq., that he was an attorney, and repeatedly made threatening statements to Ms. Rosa, Plaintiffs and Mr. Juravin, including threatening to release Plaintiff's business secrets.

7. Defendant also attempted to extort money from the Plaintiffs and Mr. Juravin by forwarding photographs of the inside of Mr. Juravin's home, photographs which were taken without Plaintiffs or Mr. Juravin's permission, knowledge, consent or authorization, constituting an invasion of Mr. Juravin and his family's reasonable expectation of privacy (EXHIBIT B).

8. Despite repeated requests and warnings not to, Defendant and Mr. Hagerman both continued contacting, harassing, stalking and making threatening statements to Mr. Juravin, including that they would personally go to Mr. Juravin's house where he and his family reside (EXHIBIT C), placing at risk their safety and security, and prompting Mr. Juravin to go to the Sarasota County Sheriff's office to file a report.

9. Defendant has also threatened to publicly reveal Plaintiffs business secrets, and has already posted "anonymously" on www.pissedconsumer.com a false and malicious posting about Plaintiffs and Mr. Juravin in an effort to harm their business and reputation, and to extort money from them (EXHIBIT D).

10. Defendant has been arrested for the following criminal offenses (COMPOSITE EXHIBIT E):

      1. June 14, 2005: (1) Battery and (2) Cruelty to a Minor
      2. January 24: (1) Battery family violence, and (2) Simple battery
      3. April 15, 2009: Aggravated Stalking

11. Mr. Hagerman was also previously arrested on November 1, 2011 in Charlotte, Florida for (1) Battery, as well as (2) Burglary with assault or battery (EXHIBIT F).

12. On November 5, 2012, Mr. Hagerman contacted Ms. Rosa via telephone and informed her that he was an attorney representing Defendant, which, upon checking with The Florida Bar, was determined to be completely false and untrue, and is a violation of F.S. §454.23 and a third degree felony. Throughout that telephone conversation, he was extremely aggressive, rude and threatening to Ms. Rosa, a licensed attorney in good standing with The Florida Bar.

PLAINTIFF'S VERIFIED EMERGENCY MOTION FOR EX PARTE TEMPORARY INJUNCTION, INJUNCTION OF PROTECTION AND SUPPORTING MEMORANDUM OF LAW

2

FTC-000527

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this verified motion and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Signature: _DON_   Date: _NOV. 13 2012_

Printed Name: _DON JURAVIN_

Address: REDACTED

City/State/Zip: _Sarasota FL_ REDACTED

STATE OF FLORIDA
COUNTY OF SARASOTA

Sworn to or affirmed and signed before me on _13th_ day of November, 2012, by

_DON A JURAVIN_

NOTARY PUBLIC or DEPUTY CLERK

DAWN GREAVES-LEACOCK
Notary Public, State of Florida
Commission# EE 170891
My comm. expires Feb. 19, 2016

_Dawn Greaves Leacock_
[Print, type or stamp commissioned name of rotary or clerk.]

____ Personally known

_X_ Produced identification

Type of identification produced _DRiver License Florida_

FTC-000528