UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROCA LABS, INC., *et al.*,<br><br>　　　　　　Defendants. | Civ. No. 8:15-cv-02231-MSS-TBM<br><br>NOTICE OF FILING<br>OF EXHIBITS<br>(PX1 ATTACHMENTS V1-V4) |

Plaintiff, the Federal Trade Commission ("FTC"), hereby submits this Notice of Filing of Attachments V1 through V4 to Plaintiff's Exhibit 1 (PX1, FTC- 000114) in support of the FTC's Motion for a Temporary Restraining Order. These exhibits, which contain video files that cannot reasonably be scanned, consist of the following documents on a DVD:

- "What is the Roca Labs Procedure" video (Att. V1)
- "What is the Success Rate?" video (Att. V2)
- "How much weight will I lose with Roca Labs' Gastric Bypass" video (Att. V3)
- "Fat is unhealthy and ugly. - Gastric Bypass Alternative ® can" video (Att. V4)

The DVD was filed with the Clerk of the Court on this day.

　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 25, 2015　　　/s/ *Carl H. Settlemyer, III*
　　　　　　　　　　　　　　　　CARL H. SETTLEMYER, III (Trial Counsel)
　　　　　　　　　　　　　　　　PAUL B. SPELMAN
　　　　　　　　　　　　　　　　Federal Trade Commission
　　　　　　　　　　　　　　　　600 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　Mail Drop CC-10528
　　　　　　　　　　　　　　　　Washington, DC 20580
　　　　　　　　　　　　　　　　(202) 326-2019, -2487 (Tel.)
　　　　　　　　　　　　　　　　(202) 326-3259 (Fax)
　　　　　　　　　　　　　　　　csettlemyer@ftc.gov
　　　　　　　　　　　　　　　　pspelman@ftc.gov
　　　　　　　　　　　　　　　　Attorneys for Plaintiff Federal Trade Commission