IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**FEDERAL TRADE COMMISSION**,

        Plaintiff,

v.

        **Case No. 8:15-cv-02231**

**ROCA LABS, INC**., a corporation;
**ROCA LABS USA NUTRACEUTICALS, INC**.,
a corporation; **DON JURAVIN**, individually
and as an officer of Roca Labs, Inc. and
Roca Labs USA Nutraceuticals, Inc.; and
**GEORGE WHITING**, individually
and as an officer of Roca Labs, Inc. and
Roca Labs USA Nutraceuticals, Inc.

        Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned is entering an appearance as counsel for defendants Roca Labs, Inc., Roca Labs USA Nutraceuticals, Inc., Don Juravin and George Whiting.

DATED: September 27, 2015

        Respectfully submitted,

        s/Suzette Marteny
        Suzette Marteny
        FBN: 668591
        Shumaker, Loop & Kendrick, LLP
        101 E Kennedy Blvd. Ste 2800
        Tampa FL 33602
        813-227-2272 (Direct)
        813-229-7600 (Main)
        813-229-1660 (Fax)
        smarteny@slk-law.com (primary)
        mschwalbach@slk-law.com (secondary)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September 2015, a true and correct copy of the foregoing Notice of Appearance of Counsel was filed using this court's CM/ECF filing system and will be served through same to the following attorneys of record:

Carl Settlemyer, III
Federal Trade Commission
Mail Stop CC-10528
600 Pennsylvania Ave NW
Washington DC 20580
csettlemyer@ftc.gov

Paul Bryan Spelman
Federal Trade Commission
Mail Stop CC-10528
600 Pennsylvania Ave NW
Washington DC 20580
pspelman@ftc.gov

                                            s/Suzette Marteny
                                                 Attorney