UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**ROCA LABS, INC.**, a corporation; **ROCA LABS USA NUTRACEUTICALS, INC.**, a corporation; **DON JURAVIN**, individually and as an officer of Roca Labs, Inc. and Roca Labs Nutraceuticals, Inc.; and **GEORGE WHITING**, individually and as an officer of Roca Labs, Inc. and Roca Labs USA Nutraceuticals, Inc.<br><br>Defendants. | Civ. No. 8:15-cv-02231-MSS-TBM |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

(1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   a. Plaintiff Federal Trade Commission;

   b. Defendants Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Don Juravin, and George C. Whiting;

   c. Affiliated entities Zero Calorie Labs, Inc., and Juravin Incorporated; and

-1-

      d. Counsel for Defendants including Suzette Marteny of Shumaker, Loop & Kendrick, LLP, and Paul Berger, Esq.

(2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings;

    None.

(3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) an bankruptcy cases:

    None.

(4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    The victims are consumers who purchased Defendants' products, including Roca Labs Formula and Roca Labs Anti-Cravings. Defendants sold their products to thousands, or tens of thousands, of consumers since approximately 2010. See Declaration of Arien Parham (PX 2), Att. H (FTC-000285) filed September 24, 2015, Docket entry 6-4 (Defendant Juravin declaration statement that Roca Labs Formula has been used "by tens of thousands of individuals"). Plaintiff has not yet identified or compiled a list of these consumers.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

-3-

                        Respectfully submitted,

Dated:  September 29, 2015     /s/ *Carl H. Settlemyer, III*
                                       CARL H. SETTLEMYER, III (Trial Counsel)
                                       PAUL B. SPELMAN
                                       Federal Trade Commission
                                       600 Pennsylvania Avenue, NW
                                       Mail Drop CC-10528
                                       Washington, DC 20580
                                       (202) 326-2019, -2487 (Tel.)
                                       (202) 326-3259 (Fax)
                                       csettlemyer@ftc.gov
                                       pspelman@ftc.gov
                                       Attorneys for Plaintiff Federal Trade Commission

-4-

## CERTIFICATE OF SERVICE

I CERTIFY that on this 29th day of September 2015, I electronically filed the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** with the Clerk of the Court by using the CM/ECF filing system, and this document will be served electronically through same to the following attorney of record:

    Suzette Marteny
    Shumaker, Loop & Kendrick, LLP
    101 E. Kennedy Blvd. Ste. 2800
    Tampa, FL33602
    smarteny@slk-law.com

                                            s/Carl H. Settlemyer, III
                                            Attorney