UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,
    Plaintiff,

v.                                                      Case No.  8:15-CV-2231-T-35BM

ROCA LABS, INC., a corporation, ROCA
LABS NUTRACEUTICAL USA, INC., a
Corporation, DON JURAVIN, individually, and
As an officer of Roca Labs, Inc. and Roca Labs
Nutraceutical USA, Inc., GEORGE C. WHITING,
Individually, and as an officer of Roca Labs, Inc. and
Roca Labs Nutraceutical USA, Inc.

    Defendants.

_____

**DEFENDANTS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

As required by Federal Rule of Civil Procedure 7.1 and this Court's Order of September 25, 2015 (Dkt. 10), Defendants Roca Labs, Inc. and Roca Labs Nutraceutical USA, Inc. (collectively "Roca Labs"), Don Juravin, and George C. Whiting hereby disclose the following:

    1)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock and all other identifiable legal entities related to any party in this case:

        a.    Roca Labs;

    b.   Roca Labs Nutraceutical USA, Inc.;

    c.   Don Juravin;

    d.   George C. Whiting;

    e.   Zero Calorie Labs, Inc.;

    f.   Must Cure Obesity, Co.;

    g.   Juravin, Inc.

2)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4)    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Unknown or unable to determine at this time. Defendants reserve the right to supplement this information at a later date.

DATED: October 8, 2015.

Respectfully submitted,                        s/Suzette Marteny
                                                Suzette Marteny
                                                FBN: 668591
                                                Shumaker, Loop & Kendrick, LLP
                                                101 E. Kennedy Blvd.
                                                Suite 2800

>Tampa FL 33602
>813.227.2272 (T)
>813.229.1660 (F)
>smarteny@slk-law.com
>*Attorneys for Defendants, Roca Labs,*
>*Inc., Roca Labs Nutraceutical USA, Inc.,*
>*Don Juravin and George C. Whiting*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2015, I electronically filed the foregoing *Defendants' Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of the Court using the CM/ECF system, which will electronically serve copies on all counsel of record.  I further certify that I e-mailed the foregoing to counsel for Plaintiff, Carl H. Settlemyer csettlemyer@ftc.gov and Paul Bryan Spelman pspelman@ftc.gov.

>s/Suzette Marteny
>Attorney