UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**ROCA LABS, INC.**, a corporation; **ROCA LABS NUTRACEUTICAL USA, INC.**, a corporation; **DON JURAVIN**, individually and as an officer of Roca Labs, Inc. and Roca Labs Nutraceutical USA, Inc.; and **GEORGE WHITING**, individually and as an officer of Roca Labs, Inc. and Roca Labs Nutraceutical USA, Inc.<br><br>Defendants. | Civ. No. 8:15-cv-02231-MSS-TBM |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

___ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: _____
_____

_X_ **IS NOT related** to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

-1-

-2-

Dated: October 8, 2015         /s/ *Carl H. Settlemyer, III*
                               CARL H. SETTLEMYER, III (Trial Counsel)
                               PAUL B. SPELMAN
                               Federal Trade Commission
                               600 Pennsylvania Avenue, NW
                               Mail Drop CC-10528
                               Washington, DC 20580
                               (202) 326-2019, -2487 (Tel.)
                               (202) 326-3259 (Fax)
                               csettlemyer@ftc.gov
                               pspelman@ftc.gov
                               Attorneys for Plaintiff Federal Trade Commission

## CERTIFICATE OF SERVICE

I CERTIFY that on this 8th day of October 2015, I electronically filed the foregoing **Notice of Pendency of Other Actions** with the Clerk of the Court by using the CM/ECF filing system, and this document will be served electronically through same to the following attorney of record:

Suzette Marteny
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd. Ste. 2800
Tampa, FL 33602
smarteny@slk-law.com

                               s/Carl H. Settlemyer, III
                               Attorney

-2-