UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **ROCA LABS, INC.**, a corporation; **ROCA LABS NUTRACEUTICAL USA, INC.**, a corporation; **DON JURAVIN**, individually and as an officer of Roca Labs, Inc. and Roca Labs Nutraceutical USA, Inc.; and **GEORGE WHITING**, individually and as an officer of Roca Labs, Inc. and Roca Labs Nutraceutical USA, Inc. <br><br> Defendants. | Civ. No. 8:15-cv-02231-MSS-TBM |

### JOINT NOTICE OF FILING DRAFT OF PROPOSED STIPULATED PRELIMINARY INJUNCTION IDENTIFYING DISPUTED ISSUE

Plaintiff, Federal Trade Commission ("FTC") and Defendants Roca Labs, Inc.; Roca Labs Nutraceutical USA, Inc.; Don Juravin; and George Whiting (collectively "Roca Labs") hereby submit their Joint Notice of Filing Draft of Proposed Stipulated Preliminary Injunction Identifying Disputed Issue, which is attached as Exhibit A. The parties note that the one area of dispute is contained in paragraph II.A, and is indicated in the attached draft on page 5.

DATED: October 14, 2015.

Respectfully submitted,

Jonathan E. Nuechterlein                              s/Suzette Marteny
General Counsel                                        Suzette Marteny

s/Carl H. Settlemyer, III
Carl H. Settlemyer, III
(Trial Counsel)
Federal Trade Commission
600 Pennsylvania Ave. NW
Mail Drop CC-10528
Washington DC 20580
202-326-2019 (T)
202-326-3259 (Fax)
csettlemyer@ftc.gov
pspelman@ftc.gov
*Attorneys for Plaintiff, Federal Trade Commission*

(Trial Counsel)
FBN: 668591
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd. Ste 2800
Tampa FL 33602
813-227-2272 (Direct)
813-229-7600 (Main)
813-229-1660 (Fax)
smarteny@slk-law.com (primary)
mschwalbach@slk-law.com (secondary)
*Attorneys for Defendants Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Don Juravin, and George C. Whiting*


CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve copies on all counsel of record. I further certify that I e-mailed the foregoing to counsel for Plaintiff, Carl H. Settlemyer csettlemyer@ftc.gov and Paul Bryan Spelman pspelman@ftc.gov.

s/Suzette Marteny
Attorney