# EXHIBIT 4

Mike Masnick

*Techdirt's Response to Roca Labs' Demand for a Retraction*

Techdirt

(Oct. 10, 2014)



10/16/2015 Case 8:15-cv-02231-MSS-CPT Document 26-6 Filed 10/19/15 Page 2 of 15 PageID 1284
Techdirt's Response To Roca Labs' Demand For A Retraction | Techdirt

Search Techdirt Search

Techdirt Wireless News Innovation Case Studies Startups Net Neutrality Techdirt Deals! Preferences Register Sign In
Main Submit a Story RSS

PODCAST Techdirt – Things We Got Wrong SOUNDCLOUD

<< FCC Denies It Requires Law Enforcement To Sign... New iOS Update To Break Emulators On iPhones... >>

# Techdirt's Response To Roca Labs' Demand For A Retraction

**from the *threats-and-such* dept**

Techdirt
by Mike Masnick
Fri, Oct 10th 2014
2:50pm

As you know, we've been reporting on a lawsuit involving **Roca Labs** against Consumer Opinion Corporation, better known as PissedConsumer. We recently received a letter from Roca Labs' "independent general counsel" Paul Berger, demanding that we retract certain information related to some of those posts. Below you can find that letter as well as our response, helpfully put together by Jamie Williams at EFF.

0

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

Filed Under:
paul berger
Companies:
roca labs

Permalink.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

Follow Techdirt

Insider Shop - Show Your Support!

READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE
INSIDER SHOP
SUPPORT US

Advertisement

Hide this ad »

Essential Reading

## Hot Topics

6.0 Appeals Court Gives Google A Clear And Total Fair Use Win On Book Scanning

5.3 Appeals Court Smacks Lower Court For Making It Even Harder For People To Challenge Civil Asset Forfeiture

5.2 Apple's Patent Loss To University Of Wisconsin A Reminder That Universities Are Often The Worst Patent Trolls

## New To Techdirt?

*Explore some core concepts:*

Perhaps It's Not The Entertainment Industry's Business Model That's Outdated

The Future Of Music Business Models (And Those Who Are Already There)

An Economic Explanation For Why DRM Cannot Open Up New Business Model Opportunities

*read all »*

Techdirt Deals

Techdirt Insider Chat

Check out the absurd copyright statement in this: http://www.hebaamin.com/arabian-street-artists-bomb-homeland-why-we-hacked-an-award-winning-series/
https://www.behance.net/gallery/16225247/I-have-NOT-read-and-agree-to-the-terms-of-use
"Maybe the profoundly rightward shift in Fandango's bell curve is just a moviegoer's version of Stockholm syndrome." : http://fivethirtyeight.com/features/fandango-movies-ratings/

**Violynne**: League of Legends forcing people to take a pysch test over bad user names. And here Karl was talking about insurance in a game. What the hell is wrong with gaming companies today.

**BentFranklin**: http://krebsonsecurity.com/2015/10/hacker-who-sent-me-heroin-faces-charges-in-u-s/

Join the Insider Chat

Techdirt Reading List

Advertisement

Hide this ad »

Recent Stories

https://www.techdirt.com/articles/20141010/14461328794/techdirts-response-to-roca-labs-demand-retraction.shtml 1/11

Tweet 53 Like 22 submit 

64 Comments | Leave a Comment

If you liked this post, you may also be interested in...

- FTC: 'Roca Labs Has An Adversarial Relationship With The Truth'; Suggests Plans To Crack Down On More Gag Clauses
- Roca Labs Quickly Agrees To (Temporarily) Stop Questionable Marketing Claims & Drop Gag Clause
- Roca Labs' Lawyer Accused Of Intimidation After Threatening Expert Witness With *Criminal* Charges Over Billing Rates
- Roca Labs Sues Blogger; Faces Legal Challenges In NY & Florida
- Roca Labs Threatens Other Sites For Writing About Its Case, Files Another Questionable Document

Reader Comments (rss)

(Flattened / Threaded) Show All Comments

1. MM_Dandy, *Oct 10th, 2014 @ 2:55pm* insightful funny report

**I looked,**

But I couldn't find any TechDirt articles published on September 22, 2104.

[ reply to this | link to this | view in thread ]

2. sorrykb (profile), *Oct 10th, 2014 @ 3:01pm* insightful funny report

**Re: I looked,**

Are you implying that Roca Labs does not have time travel capability?
That's defamatory libelslander!

[ reply to this | link to this | view in thread ]

3. T Teshima (profile), *Oct 10th, 2014 @ 3:07pm* insightful funny report

**Re: Re: I looked,**

They obviously hold the patent on flux capacitors.

[ reply to this | link to this | view in thread ]

4. Adam Steinbaugh (profile), *Oct 10th, 2014 @ 3:09pm* insightful funny report

The most remarkable thing here is that the EFF's counsel resisted the urge to file the response I would have sent:

"Dear Mr. Berger and Roca Labs, Inc.:

lol.

love,eff and techdirt and mike"

In crayon, naturally.

[ reply to this | link to this | view in thread ]

5. SmozeFroze (profile), *Oct 10th, 2014 @ 3:12pm* insightful funny report

**Arkell v. Pressdram**

This would have been better...

**Friday**

17:00 DailyDirt: Packing A School Lunch (0)
15:55 Nevada Predictably Declares Daily Fantasy To Be Gambling (0)
14:53 Appeals Court Smacks Lower Court For Making It Even Harder For People To Challenge Civil Asset Forfeiture (1)
13:46 USTR Fishing For Academics To Astroturf In Favor Of TPP (6)
12:41 Apple's Patent Loss To University Of Wisconsin A Reminder That Universities Are Often The Worst Patent Trolls (12)
11:44 Our Response To The White House's Request For Comments On Its Intellectual Property Enforcement Strategy (13)
10:34 IRS Still Working To Complete Computer Upgrade From Windows XP To Windows 7 (38)
10:29 Daily Deal: The Complete 2015 Learn to Code Bundle (0)
09:24 Happy Birthday Copyright Saga Not Over Yet: Warner Asks Judge To Reconsider, Filmmakers Push For Public Domain Ruling (15)
08:07 Appeals Court Gives Google A Clear And Total Fair Use Win On Book Scanning (22)

More

Advertisement

*Hide this ad »*

See: http://www.lettersofnote.com/2013/08/arkell-v-pressdram.html
---
Dear Sirs,

We acknowledge your letter of 29th April referring to Mr. J. Arkell. [Roca Labs]

We note that Mr Arkell's [Roca Labs'] attitude to damages will be governed by the nature of our reply and would therefore be grateful if you would inform us what his attitude to damages would be, were he [Roca Labs] to learn that the nature of our reply is as follows: fuck off.

[ reply to this | link to this | view in thread ]

insightful | funny | report

6. **Anonymous Coward**, *Oct 10th, 2014 @ 3:18pm*

**Re: I looked,**

Here it is:

https://www.techdirt.com/articles/20140922/13125328599/pissedconsumer-fights-back-against-roca-la bs-attempt-to-silence-customer-complaints.shtml

[ reply to this | link to this | view in thread ]

insightful | funny | report

7. **That One Guy** (profile), *Oct 10th, 2014 @ 3:20pm*

*'Please retract the following article **in full**'*

Yeah, they weren't demanding *a* retraction, it looks like they were demanding the removal of the first four articles covering the fiasco *in their entirety*.

Of interest, and reminding me of the Ken/Popehat phrase 'Vague threats are a mark of legal thuggery', while they mentioned that the articles and what's listed in them are 'defamatory', they *don't* actually point to any *specific* examples of such, just giving a vague 'This article and its contents are defamatory'. Given truth is a defense against defamation, it's not hard to imagine why they'd avoid going into details.

Oh and talk about a blast from the past, they end the letter with 'Please govern yourself accordingly', talk about deja vu...

[ reply to this | link to this | view in thread ]

insightful | funny | report

8. **Anonymous Coward**, *Oct 10th, 2014 @ 3:22pm*

"It appears that these statements were made for no other purpose than to harass and defame Roca Labs."

Hmm. Lawyer for litigious company can't see negative comments about said company as having any other purpose but to give them an opportunity to pursue billable hours and possibly monetary settlements/judgments. I am Jack's legal filing of a motion to be sarcastically surprised.

[ reply to this | link to this | view in thread ]

insightful | funny | report

9. **Anonymous Coward**, *Oct 10th, 2014 @ 3:23pm*

**Re: Re: Re: I looked,**

So how should Mike proceed, in order to prevent a universe destroying paradox? Should he schedule an article to be posted posthumously in 90 years? Or is that exactly what they'd like him to do, in order to change the future?

[ reply to this | link to this | view in thread ]

insightful | funny | report

10. **Anonymous Coward**, *Oct 10th, 2014 @ 3:23pm*

**How about this...**

"I give you the finger... and you fuck off already."

Seriously - did they expect this to work and not increase their douchebaggery points?

[ reply to this | link to this | view in thread ]

insightful | funny | report

11. **Anonymous Coward**, *Oct 10th, 2014 @ 3:28pm*

**Re:**

Legal Thuggery... What a nice turn of phrase to accurately describe this ...err... I hesitate to call it a legal business and it's actions.

[ reply to this | link to this | view in thread ]



12. **Anonymous Coward**, *Oct 10th, 2014 @ 3:29pm*

insightful | funny | report

**Re:**

Bingo. "Vagueness in legal threats is the hallmark of meritless thuggery". The failure to identify so much as a single statement that is allegedly defamatory means that this appears to be nothing but an attempt at intimidating TD into silence.

[ reply to this | link to this | view in thread ]

13. **Michael Donnelly** (profile), *Oct 10th, 2014 @ 3:32pm*

insightful | funny | report

**The phrase "pick your battles" comes to mind.**

Throwing down against TechDirt and the EFF over improper speech is just a really, really bad idea.

It does serve to illustrate the mental state of the person making the decisions, however. And that state is not pretty.

[ reply to this | link to this | view in thread ]

14. **That One Guy** (profile), *Oct 10th, 2014 @ 3:37pm*

insightful | funny | report

**Re: Re:**

Oh if that was it, they *clearly* did not do their research before unleashing the lawyers...

[ reply to this | link to this | view in thread ]

15. **Anonymous Coward**, *Oct 10th, 2014 @ 3:42pm*

insightful | funny | report

> Please govern yourself accordingly.

Seriously?!

[ reply to this | link to this | view in thread ]

16. **Ehud Gavron** (profile), *Oct 10th, 2014 @ 3:44pm*

insightful | funny | report

**Dear Mike Masnick and Techdirt staffers**

My job has its interesting parts. One of the requirements is that I stay current on lots of entirely uninteresting things.

THANK YOU for giving me three or four breaks a day when I can enjoy your writing and seriously relax.

This series of articles (as well as the Scorpion writeups) have given me nothing but joy. If it weren't for you guys, and Ken White, and Marc Randazza... what a joyless world it would be.

I wish you a wonderful weekend.

Regards,

Ehud Gavron
Tucson AZ

[ reply to this | link to this | view in thread ]

17. **Quiet Lurcker**, *Oct 10th, 2014 @ 4:01pm*

insightful | funny | report

**Confused**

I thought you had pass an intelligence test of some kind before being admitted law school. How did Roca's lawyer get away with not passing that test?

[ reply to this | link to this | view in thread ]

18. **Ben** (profile), *Oct 10th, 2014 @ 4:08pm*

insightful | funny | report

**Re: Re: I looked,**

Obviously that can't be the article. The fourth paragraph of the demand letter clearly begins:

> ***In your September 22, 2104 article***

... and Techdirt would not have filed that in a link to https://www.techdirt.com/articles/20140922/etc.

Give Mike a little credit for indexing the articles correctly.

[ reply to this | link to this | view in thread ]

19. **Tim A**, *Oct 10th, 2014 @ 4:10pm* insightful funny report

There's a whole lot of inferiority complex going on there.

Paul Berger, I have some advice. You should clean the scan window on your fax machine.

[ reply to this | link to this | view in thread ]

20. **tracyanne**, *Oct 10th, 2014 @ 4:13pm* insightful funny report

**What I find interesting about the 2 leatters**

is the quality of them.

The second appears to have been written by a professional.

[ reply to this | link to this | view in thread ]

21. **Anonymous Coward**, *Oct 10th, 2014 @ 4:27pm* insightful funny report

> Roca Labs is desperately trying to force a cone of silence over each and every customer that discovers that Roca Labs' product is not only a specious remedy for their weight issues, but a potential cause of additional health problems. Plaintiff, desperate to sell as many of its tubs of goo to the public as it can before regulatory agencies come knocking does its best to bully its former customers into silence. "
>
> Please provide us with an independent verification of this factual statement or retract the statement.

OK.

The article said that the filing said this. The filing did say this. The article was therefore accurate. Independent verification can be obtained by the copy you already have of the filings. If you want a retraction of what's in the filings, perhaps you should do what you've already apparently done and ask opposing counsel to retract it, even though that's still kind of ridiculous.

Oh, you wanted verification of the underlying claims? For that, you can refer to your OWN filings, where you admit that you do not allow your consumers to publish anything negative about you or your products in any forum. Sounds like a "cone of silence" to me. As far as the "bully its former customers into silence" claim goes, we have Roca Labs vs Alice King, where you sue a former customer for her negative comments. I don't think you dispute the general idea that you want to "to sell as many of [your] tubs of goo to the public as [you] can", although you might not like your products being called "tubs of goo". As far as the "regulatory agencies" go, certainly you have your factories inspected every once in a while, so they do occasionally "come knocking", right?

If you were interested in a retraction based on an actual mistake of fact, you would point out the actual mistake of fact. For example, if you factories were overseas and therefore not subject to any knocking regulatory agencies, you could say so. Or if you had one designated customer who you allowed to make negative comments without repercussions, you could point out that the phrase "each and every" was not quite true. Or perhaps you could point out that no company who actually wanted to stay in business long enough to sell as much of its product as possible would have terms of service like yours. Or perhaps your understanding of the Streisand Effect was such that you did not believe that your actions would actually silence anyone. Who knows? We certainly don't if you don't tell us.

[ reply to this | link to this | view in thread ]

22. **Anonymous Coward**, *Oct 10th, 2014 @ 4:35pm* insightful funny report

**Party pooper**

Oh, come on. The high road is so boring.

[ reply to this | link to this | view in thread ]

23. **Anonymous Coward**, *Oct 10th, 2014 @ 4:37pm* insightful funny report

So how many more stories are out there about rocaslabs , you could run a new one everyday , sooner or later they'll run out of printer ink.

[ reply to this | link to this | view in thread ]

24. **Anonymous Coward**, *Oct 10th, 2014 @ 5:09pm* insightful funny report

**Re:**

It's not like being legally right matters anymore. Look how badly the constitution has been eroded. Infinite copy protection lengths due to retroactive extensions, unwarranted seizures,etc... The law no longer matters.

[ reply to this | link to this | view in thread ]

25. **Anonymous Coward**, *Oct 10th, 2014 @ 5:09pm* insightful funny report

Why is part of the PDF blacked out?

Were other people at Techdirt named in the letter who wish to remain anonymous?

If this defamation troll makes good on the threat and goes ahead with a lawsuit, let's hope Techdirt's legal defense fund accepts Bitcoin.

[ reply to this | link to this | view in thread ]

26. **Anonymous Coward**, *Oct 10th, 2014 @ 5:12pm* insightful funny report

**Sorry - what?!?!**

Is he really saying what I think he's saying here?

> "in publishing the articles without **attempting to verify the alleged facts in the pleadings**..."

I thought that verifying the facts was the job of the court? Is he claiming that Techdirt has the responsibility to decide the outcome of a pending case before a judge has ruled? Or perhaps he's trying to claim that it's improper to report on a case that hasn't been decided yet?

Just what the hell is he trying to claim here?

[ reply to this | link to this | view in thread ]

27. **KRA**, *Oct 10th, 2014 @ 5:20pm* insightful funny report

It is truly amazing, how these thugs dig their heels in. What did they think would happen when they sent this threat?

Maybe we've been wrong all these years...Maybe *good*evil is dumb.

[ reply to this | link to this | view in thread ]

28. **KRA**, *Oct 10th, 2014 @ 5:21pm* insightful funny report

I've deleted myself

Make that good will always triumph because evil is dumb.

[ reply to this | link to this | view in thread ]

29. **Carrie** (profile), *Oct 10th, 2014 @ 5:40pm* insightful funny report

I would have written the letter differently.

Dear Roca,

We believe you have failed to take account of two elementary facts. One, it's almost legally impossible to defame a corporation, because courts assume that part of the privilege of doing business is the burden of being subjected to criticism. Two, America has this thing called a "Constitution" which includes something known as "the First Amendment."

Free Speakingly Yours,

Techdirt

[ reply to this | link to this | view in thread ]

30. **Another Anonymous Coward**, *Oct 10th, 2014 @ 5:43pm* insightful funny report

**Rule of Holes**

Looks like this guy's forgotten the first rule of holes.

[ reply to this | link to this | view in thread ]

31. **Anonymous Coward**, *Oct 10th, 2014 @ 6:03pm* insightful funny report

**Re: Re: I looked,**

That would be prior restraint which would be of questionable legality.

[ reply to this | link to this | view in thread ]

32. **Anonymous Coward**, *Oct 10th, 2014 @ 6:39pm* insightful funny report

**TD re Roca**

http://yourlisten.com/xmoonbombx/bugs-he-dont-know-me-very-well-do-he

What an (ignorant collection of) ultra-maroon(s their lawyers must be).

[ reply to this | link to this | view in thread ]

33. **I am jack's raging boner berger**, *Oct 10th, 2014 @ 6:43pm* insightful funny report

Roca Labs' "attorney" Paul Berger seems a little too close to the pediphile doctor that works for the place. How much do you want to wager that he goes the way of Charles Carreon?

[ reply to this | link to this | view in thread ]

34. **djl47** (profile), *Oct 10th, 2014 @ 7:07pm* insightful funny report

**Re: Arkell v. Pressdram**

"Please refer to the response given in Arkell vs Pressdram." is how Private Eye and others used it.

[ reply to this | link to this | view in thread ]

35. **Anonymous Coward**, *Oct 10th, 2014 @ 7:29pm* insightful funny report

**Re:**

Yes, why is there a redaction?

[ reply to this | link to this | view in thread ]

36. **Anonymous Coward**, *Oct 10th, 2014 @ 7:37pm* insightful funny report

Reading both lawyer's letters, I don't think this issue is resolved at all.

[ reply to this | link to this | view in thread ]

37. **Anonymous Coward**, *Oct 10th, 2014 @ 7:38pm* insightful funny report

**Re: Re:**

Just looked- the blacked out part is Mike Masnick's address.

[ reply to this | link to this | view in thread ]

38. **Anonymous Coward**, *Oct 10th, 2014 @ 8:13pm* insightful funny report

**Re:**

No, it does not look resolved. EFF is going down hill.

[ reply to this | link to this | view in thread ]

39. **Anonymous Coward**, *Oct 10th, 2014 @ 8:56pm* insightful funny report

Surprised to read the letter on EFF letterhead saying that it is representing this site. I had expected to read a letter where the individual associated with the EFF identified herself a representing the site as the former approach raises UPL Iissues that can divert attention away from the issue at hand.

[ reply to this | link to this | view in thread ]

40. **Peter**, *Oct 10th, 2014 @ 9:01pm* insightful funny report

**A note on Mr. Berger's omission and confusing pontification**

Mr. Berger's letter is poorly written because it contains a certain omission and one confusing aspect. A key paragraph:

> For example, on September 29, 2014 you published an article *Roca Labs Threatens To Sue All Three Former Customers Who Provided Evidence Against Roca in PissedConsumer Case* from the *the-ultimate-in-sleazy* dept. This article contains numerous false, defamatory and malicious statements about Roca Labs. It appears that these statements were made for no other purpose than to harass and defame Roca Labs. Perhaps the true indication of you[] yellow journalism is that you fail to

indicate that Mr. Randazza made a similar motion to the Court on September 22, 2104 [sic], which was denied by the Court on September 23, 2014.

**The omission bit**

If there really were "numerous false, defamatory and malicious statements about Roca Labs" in the cited article, then Mr. Berger should have enumerated these statements and shown how they satisfy the conditions of defamation and malice. It is a glaring omission that no such enumeration or showing has been provided by Mr. Berger.

**The confusing bit**

With the last sentence of the quote above, Mr. Berger makes a comparative claim that something in TechDirt's article is supposed to be similar to Mr. Randazza's motion filed on September 22. But Mr. Berger does not specify what that something in TechDirt's article is. It is just downright confusing; it is not clear what Mr. Berger is suggesting by referencing that the Court promptly denied Mr. Randazza's motion.

[ reply to this | link to this | view in thread ]

41. **serge**, *Oct 10th, 2014 @ 9:15pm* insightful funny report

**Re: UPL**

I'm not sure what you are trying to say, I assume the acronym stands for Unauthroized practice of law however I don't understand why that has anything to do with this.

[ reply to this | link to this | view in thread ]

42. **G Thompson** (profile), *Oct 10th, 2014 @ 11:28pm* insightful funny report

**Re: Arkell v. Pressdram**

Pressdram's response is always appropriate to these thuggery letters

So too is Ken White's famous (or is that infamous) response of "snort my taint". ;)

[ reply to this | link to this | view in thread ]

43. **G Thompson** (profile), *Oct 10th, 2014 @ 11:30pm* insightful funny report

**Re: Confused**

Bwahahahahahahahahahahahahaha

[ reply to this | link to this | view in thread ]

44. **That Anonymous Coward** (profile), *Oct 10th, 2014 @ 11:36pm* insightful funny report

**Re:**

STHAAAAP STEALING MY CRAYONS!

[ reply to this | link to this | view in thread ]

45. **That Anonymous Coward** (profile), *Oct 10th, 2014 @ 11:41pm* insightful funny report

something something of holes, STOP DIGGING.

It is sad they couldn't be bothered to Google Mike and come across this little thing called the 'Streisand Effect'.

Here lemme help your ignorance be enlightened...
https://en.wikipedia.org/wiki/Streisand_effect

[ reply to this | link to this | view in thread ]

46. **Watchit** (profile), *Oct 10th, 2014 @ 11:41pm* insightful funny report

**Re: Re: Re: Re: I looked,**

it's best just to go along with it lest we create a paradox. nasty business that. doomed timelines are not fun for anybody.

[ reply to this | link to this | view in thread ]

47. **Anonymous Coward**, *Oct 11th, 2014 @ 2:00am* insightful funny report

**Re: Re: Re:**

The home address of sir Masnick is already public. Why would he censor it? Or did some of the government agencies come in and sponsor the ink?

[ reply to this | link to this | view in thread ]

48. Anonymous Coward, *Oct 11th, 2014 @ 2:54am* insightful funny report

**Re:**

Yes, evil is dumb. And killing is badong.

[ reply to this | link to this | view in thread ]

49. Anonymous Coward, *Oct 11th, 2014 @ 3:12am* insightful funny report

**Re: A note on Mr. Berger's omission and confusing pontification**

Glad you said this. Thought it was just me...

[ reply to this | link to this | view in thread ]

50. Anonymous Coward, *Oct 11th, 2014 @ 5:21am* insightful funny report

**Re: Re: UPL**

The EFF is not a law firm, and it is not at all clear from the letter if the writer is representing the EFF or the site.

[ reply to this | link to this | view in thread ]

51. Nate Cardozo (profile), *Oct 11th, 2014 @ 6:48am* insightful funny report

**Re: Re: Re: UPL**

What makes you say EFF isn't a law firm? We (I'm an EFF lawyer) certainly are. We're not your average firm to be sure, and we're not ONLY a law firm, but from a legal ethics perspective we're a nonprofit law firm and represent clients as such.

[ reply to this | link to this | view in thread ]

52. Anonymous Coward, *Oct 11th, 2014 @ 7:23am* insightful funny report

**Re: Re: Re: Re: UPL**

I tend to associate law firms with the definition set forth in Rule 1-100, which does not seem to apply to the EFF. Importantly, I have not conducted any research of state bar opinions to explore the definition in depth.

[ reply to this | link to this | view in thread ]

53. Nate Cardozo (profile), *Oct 11th, 2014 @ 8:09am* insightful funny report

**Re: Re: Re: Re: Re: UPL**

It absolutely applies to us.

"(a) two or more lawyers whose activities constitute the practice of law, and who share its profits,expenses, and liabilities;"

Yep. Nonprofit but yep.

"(c) a division, department, office, or group within a business entity, which includes more than one lawyer who performs legal services for the business entity;"

Yep. 501(c)(3)s are business entities.

[ reply to this | link to this | view in thread ]

54. serge, *Oct 11th, 2014 @ 8:30am* insightful funny report

**Re: Re: Re: Re: Re: UPL**

You evidentially haven't conducted research into the EFF either, it basically saved computer cryptography in the '90s via a lawsuit and has filed lawsuits in relation to digital rights ever since, amongst other things, do you seriously think it would be able to persist in that if it were not permitted to by law? I don't mean to sound hostile but I looked up "UPL" and the second result or so (on Duckduckgo, I don't know about google) brought me to a powerpoint where UPL is defined and it was immediately clear that the EFF is allowed to practice law and should be obvious just by logical deduction.

[ reply to this | link to this | view in thread ]



55. **Anonymous Coward**, *Oct 11th, 2014 @ 10:08am* insightful funny report

**Re: Re: Re: Re:**

Google's 'transparancy report' blocks out the address of the accuser.

Techdirt's 'transparancy report' blocks out the address of the accused.

[ reply to this | link to this | view in thread ]

56. **dadtaxi**, *Oct 11th, 2014 @ 10:08am* insightful funny report

**Re: Confused**

Because you don't have to be a fool to be a lawyer, just a fool of a client with billable hours.

[ reply to this | link to this | view in thread ]

57. **Anonymous Coward**, *Oct 11th, 2014 @ 10:43am* insightful funny report

**Re: Re: Re: Re: Re: UPL**

I can see how you might make that mistake, in reading the letter. The letter is quite weak and milquetoasty. Lets face it, if the author of the letter was a paid lawyer, he would have at least put some more strength into the letter. The way it looks now is "oh, pweeze don't sue us, we are just widdwle and afwaid!"

How about telling Burgher that he has no case for all the stupid reasons he has no case. What is the "defamation" here? What is the reason for his letter in the first place? Is he really that stupid?

The demand deserved a Ken White style "snort my taint" letter. Something that showed that TD would fight and fight hard if he did not back off. If I got that reply, it would tell me that TD did not have the money for a real lawyer, so it got some low level do-nada at EFF to write a letter that took 30 seconds. If that letter gets followed up by a lawsuit, TD is going to fold like a cheap suit. It might not, it might fight, but that letter just screams "submissive".

[ reply to this | link to this | view in thread ]

58. **Anonymous Coward**, *Oct 11th, 2014 @ 10:50am* insightful funny report

**Re: Re: Re: Re: Re: Re: UPL**

"TD is going to fold like a cheap suit."

Unlikely. Techdirt has been around since the last century, and still going strong.

[ reply to this | link to this | view in thread ]

59. **WysiWyg** (profile), *Oct 12th, 2014 @ 8:03am* insightful funny report

**Re: Re: Re: Re: Re: Re: UPL**

To me the letter sounded more like "your threats are so pathetic that you are not even worth the time it takes to school you properly, so I'll just point out that you obviously don't know the law and leave it at that".

Basically the worst insult a Klingon lawyer could give someone. ;-)

[ reply to this | link to this | view in thread ]

60. **Anonymous Coward**, *Oct 12th, 2014 @ 8:07am* insightful funny report

Queuing up the legal defense fund beg-a-thon in 4...3...2...1...

[ reply to this | link to this | view in thread ]

61. **Anonymous Coward**, *Oct 12th, 2014 @ 1:55pm* insightful funny report

**Re: Re: Re: Re: Re: Re: UPL**

There are times that opponents are worthy of a world-class beatdown using all of the snark and sarcasm available.

This is not one of those times. This is not one of those opponents. Paul Berger is an inferior little man, and is unworthy of anything other than contemptuous dismissal.

[ reply to this | link to this | view in thread ]

62. Mark Wing, *Oct 13th, 2014 @ 9:53am* insightful funny report

**Go EFF**

Thank you EFF for being awesome. It's a very small list of people who actually give a shit about the Internet, and the EFF, PopeHat and Techdirt are at the top of that list. Being the good guys must be a mostly thankless task, so

thank you!

[ reply to this | link to this | view in thread ]

63. Anonymous Coward, *Oct 13th, 2014 @ 10:06am* insightful funny report

**Re:**

Indeed...this is also used transliterated in French Canada (Quebec), last time I saw this was on a letter from my ex ISP who wasn't able to find new address in their system, to send me a final bill. Since they wouldn't send proof (very long story)that I owed them 76 dollars, things escalated to a letter from a collection agency ending with these wonderful words "Veuillez vous gouverner en conséquence". It sounds ominous even to people who does not get what it means lol.

Then I just sent them my rented cable modem when I was with them and never heard from collection agencies again.

[ reply to this | link to this | view in thread ]

64. John Pettitt (profile), *Oct 13th, 2014 @ 4:41pm* insightful funny report

**Private Eye had the right answer to this sort of thing**

"We refer you to the reply given in the case of Arkell v. Pressdram"

[ reply to this | link to this | view in thread ]

## Add Your Comment

Have a Techdirt Account? **Sign in now**. Want one? **Register here**

Name

Email ☐ Get Techdirt's Daily Email

URL

Subject

Comment

Options ☐ Save me a cookie

Submit Preview

- **Note:** A CRLF will be replaced by a break tag (<br>), all other allowable HTML will remain intact
- **Allowed HTML Tags:** <b> <i> <a> <em> <br> <strong> <blockquote> <hr> <tt>

**<< FCC Denies It Requires Law Enforcement To Sign...**  **New iOS Update To Break Emulators On iPhones... >>**

Tools & Services
Twitter
Facebook
RSS
Podcast
Techdirt for Mobile
Research & Reports

Company
About Us
Advertising Policies
Privacy

Contact
Help & Feedback
Media Kit
Sponsor/Advertise
Submit a Story

More
Copia Institute
Insight Community
Step2
Insider Shop

Brought to you by Floor64

**Roca Labs, Inc.**
PO Box 5309 · Sarasota, FL 34277
305-998-6150 Legal5@RocaLabs.com

September 30, 2014

Michael Masnick
[redacted]
and
Tech Dirt
Floor 64, Inc.
370 Convention Way
Redwood City, CA 94063

Dear Mr. Masnick and TechDirt % Floor64, Inc.:

This letter is in response to a series of articles that were written by you about Roca Labs on TechDirt. It appears that you had multiple conversations with Marc Randazza attorney for Opinion Corp. and Consumer Opinion Corp. and received copies of the pleadings in the case directly from Mr. Randazza. This letter is intended to comply with Flori Statutes Sec. 770.02, and I respectfully request that your retract the articles and your defamatory statements.

As you are aware, Roca Labs is in Litigation against Pissed Consumer. You have published pleadings on Techdirt.co and spoken to attorney Marc Randazza about the case. In publishing the articles without attempting to verify the alle facts in the pleadings you may have acted in a grossly irresponsible manner without due consideration for the standa of information gathering and dissemination ordinarily followed by responsible journalists.

For example, on September 29, 2014 you published an article *Roca Labs Threatens To Sue All Three Former Customers Who Provided Evidence Against Roca In PissedConsumer Case* from the *the-ultimate-in-sleazy* dept. This article contains numerous false, defamatory and malicious statements about Roca Labs. It appears that these statements were made for no other purpose than to harass and defame Roca Labs. Perhaps the true indication of you yellow journalism is that you fail to indicate that Mr. Randazza made a similar motion to the Court on September 22, 2104, which was denied by the Court on September 23, 2014.

In your September 22, 2104 article*PissedConsumer Fights Back Against Roca Labs' Attempt To Silence Customer Complaints* you quoted part of the pleadings which provide "*Roca Labs is desperately trying to force a cone of silence over each and every customer that discovers that Roca Labs' product is not only a specious remedy for their weight issues, but a potential cause of additional health problems. Plaintiff, desperate to sell as many of its tubs of goo to the public as it can before regulatory agencies come knocking does its best to bully its former*

*customers into silence."* Please provide us with an independent verification of this factual statement or retract the statement.

It appears that TechDirt may be on a mission to harm Roca Labs and is acting a public mouthpiece for Mr. Randazza Pissed Consumer. Apparently you believe that there is absolute immunity for statements made in court pleadings. Numerous courts have held that absolute privilege is waived when pleadings are supplied by an attorney to a member the media (Mr. Randazza can confirm this with you). As a reminder as the California Court of Appeals held in *Rothman v. Jackson* "The litigation privilege exists so that persons who have been harmed or have other grievances calling for redress through the judicial processes can and will use the courts, rather than self-help, to obtain the relief....Public mud-slinging, while a less physically destructive form of self-help than a public brawl, is nevertheless of the kinds of unregulated and harmful feuding that courts and their processes exist to prevent." We believe that nei TechDirt or Mr. Masnick as an individual are protected from defamation and ask that you retract statements that cann be factually substantiated.

Please retract the following articles in full as they contain numerous defamatory statements, rely upon false and misleading facts and the articles as a whole are defamatory.

1. September 29, 2014 *Roca Labs Threatens To Sue All Three Former Customers Who Provided Evidence Against Roca In PissedConsumer Case*
2. September 25, 2014 *Roca Labs Sues Customer For Posting A Negative Review*
3. September 22, 2014 P*issedConsumer Fights Back Against Roca Labs' Attempt To Silence Customer Complaints*
4. September 8, 2014 *Dietary Supplement' Company Tries Suing PissedConsumer, Citing Buyer's Agreement To Never Say Anything Negative*

Please notify us when the articles are removed and when an apology is issued. I would be happy to discuss this letter with you in greater detail and answer any of your questions. I trust that you will take appropriate steps to resolve this matter by retracting the defamatory articles and issuing an apology. Please govern yourself accordingly.

Very truly yours,

Paul Berger, Esq

Paul Berger, Esq.
Independent General Counsel
Roca Labs



ELECTRONIC FRONTIER FOUNDATION
Protecting Rights and Promoting Freedom on the Electronic Frontier

October 10, 2014

**VIA EMAIL & U.S. MAIL** — Legal5@RocaLabs.com

Paul Berger
Independent General Counsel
Roca Labs, Inc.
P.O. Box 5309
Sarasota, FL 34277

**Re: Response to Your September 30, 2014 Letter Regarding Techdirt's Coverage of the Pending PissedConsumer Lawsuits**

Dear Mr. Berger and Roca Labs, Inc.:

We represent Techdirt for the purpose of responding to your September 30, 2014 letter. You requested that Techdirt retract four articles it published regarding Roca Labs, Inc.'s pending lawsuits against Consumer Opinion Corp., Opinion Corp. d/b/a PissedConsumer.com, and former Roca Labs customers.

We have carefully reviewed both your retraction request and the applicable law. As you acknowledge, the single statement identified in your letter is a direct quote from a legal pleading. No legal liability can arise from publication of this statement pursuant to the fair reporting privilege. The case you cite in your letter, *Rothman v. Jackson*, 49 Cal. App. 4th 1134 (1996), imposed liability on an attorney, an investigator, and a defendant for statements made outside of the judicial process—not any member of the press—and is not applicable here.

The requested retraction is therefore unwarranted.

Sincerely,

Jamie Williams, Esq.
Frank Stanton Legal Fellow
ELECTRONIC FRONTIER FOUNDATION