**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

v.                                                         Case No: 8:15-cv-2231-T-35TBM

**ROCA LABS, INC., a corporation,**
**ROCA LABS NUTRACEUTICAL USA,**
**INC., a corporation, DON JURAVIN,**
individually and as an officer of Roca
Labs, Inc. and Roca Labs Nutraceutical
USA, Inc., **GEORGE C. WHITING,**
individually, and as an officer of Roca
Labs, Inc. and Roca Labs Nutraceutical
USA, Inc.,

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion to File Brief as *Amici Curiae* (Dkt. 26) filed by Yelp, Inc., AVVO, Inc., and Mediolex, Ltd. d/b/a Complaints Board (collectively "*Amici Curiae*"). In the Motion, *Amici Curiae* request leave of the Court to file their proposed Brief of *Amici Curiae* (Dkt. 26-2) relative to the FTC's request for a preliminary injunction against Defendants in this case. Additionally, *Amici Curiae* request that the Court allow them to participate in oral argument at the preliminary injunction hearing set in this matter on Thursday, October 22, 2015. *Amici Curiae* inform the Court that the FTC has stated that it neither consents nor opposes the request and that Defendants oppose the request.

Upon consideration, the Court hereby **GRANTS** the Motion to File Brief as *Amici Curiae*. (Dkt. 26) The Brief of *Amici Curiae* (Dkt. 26-2) is deemed filed as of the entry

of this Order. The **CLERK** is directed to docket the Brief of *Amici Curiae* (Dkt. 26-2) along with its exhibits (Dkt. 26-3, 26-4, 26-5, 26-6, 26-7, 26-8) in this case. Additionally, *Amici Curiae* shall be permitted to appear at the preliminary injunction hearing. However, the extent to which *Amici Curiae* shall be permitted to address the Court will be determined at the hearing upon consideration of the interests of the Parties and upon consideration of the nature of Defendants' opposition.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of October, 2015.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE