**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No: 8:15-cv-02231-MSS-TBM |
| Plaintiff, | |
| v. | |
| ROCA LABS, INC., et al., | |
| Defendants. | |

**NOTICE OF ERRATA TO MOTION FOR LEAVE**
**TO FILE BRIEF AS AMICUS CURIAE**

*Amici curiae*, by and through the undersigned counsel, hereby provide this notice of errata:

Amici Curiae hereby supplement the "CERTIFICATION UNDER LOCAL RULE 3.01(g)" found in its Motion for Leave to File Brief as *Amicus Curiae* (Doc. # 26 at p. 5) as follows:

Counsel for *Amici Curiae* and counsel for Plaintiff FTC met and conferred an additional time after the filing of this Motion; and the FTC clarified that it opposes the movants' request to participate in oral argument.

Dated October 20, 2015.　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Marc J. Randazza*
　　　　　　　　　　　　　　　　　　　　Marc J. Randazza, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 625566
　　　　　　　　　　　　　　　　　　　　RANDAZZA LEGAL GROUP, PLLC
　　　　　　　　　　　　　　　　　　　　3625 S. Town Center Drive
　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89135
　　　　　　　　　　　　　　　　　　　　Phone: 702-420-2001
　　　　　　　　　　　　　　　　　　　　Fax: 305-437-7662
　　　　　　　　　　　　　　　　　　　　Email: ecf@randazza.com

- 2-

                                                 Richard J. Mockler, Esq.
                                                 Florida Bar No. 563986
                                                 217 S. Howard Ave., Suite 201
                                                 Tampa, Florida 33606
                                                 Phone: 813-331-5699
                                                 Email: richard@davismocklerlaw.com

                                                 *Attorneys for Movants/Amici Curiae*

CASE NO.: 8:15-cv-02231-MSS-TBM

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon counsel for all parties via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 Respectfully Submitted,

                                                 _____
                                                 An employee / agent of
                                                 RANDAZZA LEGAL GROUP, PLLC

**RANDAZZA | LEGAL GROUP**