**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| CASE NO. 8:15-cv-2231-T-35TBM | DATE: October 22, 2015 |
|---|---|
| TITLE: Federal Trade Commission v. Roca Labs, Inc. et al | |
| TIME: 09:30 - 11:04 AM | TOTAL: 1 hour and 34 Minutes |
| Courtroom Deputy: Anaida Vizza | |
| Court Reporter: Claudia Spangler-Fry | |
| Counsel for Plaintiff(s): Carl Settlemyer and Paul Spelman | |
| Counsel for Defendant(s): Suzette Marteny and Timothy Garding<br>Counsel for Amicus: Richard Mockler | |

### *CLERK'S MINUTES:*
### *PROCEEDINGS OF SHOW CAUSE HEARING on*
### *Motion for Preliminary Injunction*

Court called to order. The Parties have a proposed stipulated Temporary Injunction. They have agreed on all issues with the exception of One (1) remaining issue. The Court hears oral argument on the remaining disputed issue. Proffer by Mr. Settlemyer, Ms. Marteny and Mr. Mockler. The Court **GRANTS** the Plaintiff's Motion for Preliminary Injunction as stated on the record.