# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

v.                                              **Case No: 8:15-cv-2231-T-35TBM**

**ROCA LABS, INC.**, a corporation,
**ROCA LABS NUTRACEUTICAL USA, INC.**, a corporation, **DON JURAVIN**, individually and as an officer of Roca Labs, Inc. and Roca Labs Nutraceutical USA, Inc., **GEORGE C. WHITING**, individually, and as an officer of Roca Labs, Inc. and Roca Labs Nutraceutical USA, Inc.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court in connection with Show Cause/Preliminary Injunction Hearing held in this matter on October 21, 2015.  (Dkt. 14, 31)   The Parties are hereby **directed** to submit a new proposed preliminary injunction which includes the additional required provisions stated on the record.   The Parties shall file the proposed preliminary injunction within **seven (7) days** of the date of this Order.   The Stipulated Temporary Restraining Order previously entered by the Court on September 29, 2015 (Dkt. 13) is hereby extended up to and until the time that a preliminary injunction order is entered by the Court.

    **DONE** and **ORDERED** in Tampa, Florida, this 23rd day of October, 2015.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE