**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No: 8:15-cv-02231-MSS-TBM |
| Plaintiff, | |
| v. | |
| ROCA LABS, INC., *et al.*, | |
| Defendants. | |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

On behalf of *Amici Curiae* Yelp Inc., Avvo Inc., and Mediolex, Ltd., I hereby disclose the following pursuant to this Court's interested persons order:

(1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- a. Yelp Inc.
- b. Avvo, Inc.
- c. Mediolex, Ltd.
- d. Federal Trade Commission
- e. Roca Labs, Inc.
- f. Roca Labs USA Nutraceuticals, Inc.
- g. Don Juravin
- h. George Whiting

    i. Counsel for Defendants including Suzette Marteny of Shumaker, Loop & Kendrick, LLP, and Paul Berger, Esq.

    j. Counsel for *Amici Curiae* including Marc J. Randazza of Randazza Legal Group, PLLC and Richard Mockler, Esq.

(2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

(3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

(4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Unknown to *Amici Curiae*.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated October 26, 2015.  Respectfully Submitted,

*/s/ Marc J. Randazza*
Marc J. Randazza, Esq.
Florida Bar No. 625566
RANDAZZA LEGAL GROUP, PLLC
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Phone: 702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

>Richard J. Mockler, Esq.
>Florida Bar No. 563986
>217 S. Howard Ave., Suite 201
>Tampa, Florida 33606
>Phone: 813-331-5699
>Email: richard@davismocklerlaw.com
>
>*Attorneys for Amici Curiae*

CASE NO.: 8:15-cv-02231-MSS-TBM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon counsel for all parties via transmission of Notices of Electronic Filing generated by CM/ECF.

>Respectfully Submitted,
>
>_____
>An employee / agent of
>RANDAZZA LEGAL GROUP, PLLC