**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

**v.**                                            **Case No.: 8:15-cv-02231-MSS-TBM**

**ROCA LABS, INC.,**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE

    COMES NOW Peter J. Grilli, Esq., and notices his appearance as Mediator in this matter.

    Done November 17, 2015 in Tampa, Florida.

                                    Respectfully submitted,

                                    /s/ Peter J. Grilli
                                    Peter J. Grilli, Esq.
                                    Florida Bar No. 237851
                                    Mediator
                                    3001 West Azeele Street
                                    Tampa, Florida 33609
                                    813.874.1002    Fax: 813.874.1131
                                    email: meditr@aol.com

    I HEREBY CERTIFY that November 17, 2015 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                    /s/ Peter J. Grilli
                                    Peter J. Grilli, Esq.