UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ROCA LABS, INC., a corporation; ROCA LABS NUTRACEUTICAL USA, INC., a corporation; MUST CURE OBESITY, CO., a corporation; JURAVIN, INCORPORATED, a corporation; ZERO CALORIE LABS, INC., a corporation; DON JURAVIN, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Must Cure Obesity, Co, and Juravin, Incorporated; and GEORGE C. WHITING, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., and Zero Calorie Labs, Inc.<br><br>　　　　　Defendants. | Case No.  8:15-cv-02231-MSS-TBM |

## JOINT REQUEST FOR TELEPHONE CONFERENCE

The parties request a telephone conference with the Court to report on their progress in settlement discussions, and to request that the current schedule (Dkt. #43) be vacated and the case stayed for 120 days to facilitate a negotiated resolution of all issues. The preliminary injunction, Dkt. # 38, would remain in effect. The parties anticipate needing approximately ten minutes for the conference, and can follow-up with a written report and joint motion for stay, as appropriate.

Respectfully submitted,

/s/ *Carl H. Settlemyer, III*                                   /s/ *Suzette M. Marteny*
CARL H. SETTLEMYER, III                             SUZETTE M. MARTENY
(Trial Counsel)                                                      (Trial Counsel)

1

| | |
|---|---|
| PAUL B. SPELMAN<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Mail Drop CC-10528<br>Washington, DC 20580<br>202-326-2019, -2487 (Tel.)<br>202-326-3259 (Fax)<br>csettlemyer@ftc.gov<br>pspelman@ftc.gov<br>*Attorneys for Plaintiff*<br>*Federal Trade Commission* | Shumaker, Loop & Kendrick, LLP<br>Bank of America Plaza<br>101 E. Kennedy Boulevard<br>Suite 2800<br>Tampa, FL 33602<br>813-227-2272 (Tel.)<br>813-229-1660 (Fax)<br>smarteny@slk-law.com<br>*Attorneys for Defendants Roca Labs, Inc.,*<br>*Roca Labs Nutraceutical USA, Inc., Must*<br>*Cure Obesity, Co., Juravin, Incorporated,*<br>*Zero Calorie Labs, Inc., Don Juravin, and*<br>*George C. Whiting* |

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 31st day of March 2016, I electronically filed the foregoing **Joint Request for Telephone Conference** with the Clerk of the Court by using the CM/ECF filing system, and this document will be served electronically through same to counsel for all parties of record.

                                                                                              *s/Carl H. Settlemyer, III*
                                                                                              Attorney