UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ROCA LABS, INC., a corporation; ROCA LABS NUTRACEUTICAL USA, INC., a corporation; MUST CURE OBESITY, CO., a corporation; JURAVIN, INCORPORATED, a corporation; ZERO CALORIE LABS, INC., a corporation; DON JURAVIN, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Must Cure Obesity, Co, and Juravin, Incorporated; and GEORGE C. WHITING, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., and Zero Calorie Labs, Inc.<br><br>　　　　　Defendants. | Case No.  8:15-cv-02231-MSS-TBM |

**JOINT REPORT AND MOTION FOR EXTENSION OF STAY**

　　　　The parties make this report in accordance with the Court's Order [Dkt. #66] granting their joint motion [Dkt. #65] that, subject to the continued operation of the preliminary injunction entered in this matter [Dkt. #38], the Court stay this case until August 1, 2016.

　　　　The parties made substantial progress towards settlement of all issues in this case as to all the parties, have taken many of the steps necessary to facilitate a complete resolution of this matter, and require additional time for continued discussions. The parties therefore jointly move that the Court extend the stay, subject to the continued operation of the preliminary injunction. A stay would conserve the Court's resources, enable the parties to devote their resources to working toward a settlement rather than litigating, and be in the

public interest. The parties would make further report to the Court by September 1, 2016 if they have not, by that time, submitted for the Court's consideration a proposed final order in this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Carl H. Settlemyer, III* | */s/ Suzette M. Marteny* |
| CARL H. SETTLEMYER, III | SUZETTE M. MARTENY |
| (Trial Counsel) | (Trial Counsel) |
| PAUL B. SPELMAN | Shumaker, Loop & Kendrick, LLP |
| Federal Trade Commission | Bank of America Plaza |
| 600 Pennsylvania Avenue, NW | 101 E. Kennedy Boulevard |
| Mail Drop CC-10528 | Suite 2800 |
| Washington, DC 20580 | Tampa, FL 33602 |
| 202-326-2019, -2487 (Tel.) | 813-227-2272 (Tel.) |
| 202-326-3259 (Fax) | 813-229-1660 (Fax) |
| csettlemyer@ftc.gov | smarteny@slk-law.com |
| pspelman@ftc.gov | *Attorneys for Defendants Roca Labs, Inc.,* |
| *Attorneys for Plaintiff* | *Roca Labs Nutraceutical USA, Inc., Must* |
| *Federal Trade Commission* | *Cure Obesity, Co., Juravin, Incorporated,* |
| | *Zero Calorie Labs, Inc., Don Juravin, and* |
| | *George C. Whiting* |

## CERTIFICATE OF SERVICE

I CERTIFY that on this 1ST day of August 2016, I electronically filed the foregoing **Joint Report and Motion for Extension of Stay** with the Clerk of the Court by using the CM/ECF filing system, and this document will be served electronically through same to counsel for all parties of record.

*/s/Carl H. Settlemyer, III*
Attorney

2