**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

v.                                                  Case No: 8:15-cv-2231-T-35TBM

**ROCA LABS, INC., a corporation, ROCA LABS NUTRACEUTICAL USA, INC., a corporation, DON JURAVIN, individually, DON JURAVIN, as an officer of Roca Labs, Inc. and Roca Labs Nutraceutical USA, Inc. Must Cure Obesity, Co and Juravin, Inc., GEORGE C. WHITING, individually, GEORGE C. WHITING, as an officer of Roca Labs, Inc. and Roca Labs Nutraceutical USA, Inc. and Zero Calorie Labs, Inc., MUST CURE OBESITY, CO., a corporation, JURAVIN, INCORPORATED, a corporation, and ZERO CALORIE LABS, INC., a corporation,**

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion for Release of Frozen Funds to Pay Legal Expenses (Dkt. 94) and the Motion to Vacate Consent Preliminary Injunction (Dkt. 115) filed by Defendants. Pursuant to 28 U.S.C. § 636, this Court **REFERS** the above-mentioned motions to the Honorable Magistrate Judge

Thomas B. McCoun III for entry of an Order or Report and Recommendation, as appropriate.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of March, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person