## EXHIBIT LIST
## FTC's Motion for Summary Judgment

| Exhibit Number | Title |
|---|---|
| PX1 | Declaration of Amber Howe |
| PX2 | CD (Separately Filed) |
| PX3 | Declaration and Expert Report of Steven B. Heymsfield, M.D. |
| PX4 | Declaration and Expert Report of Paul A. Pavlou, Ph.D. |
| PX5 | Excerpts from Jay R. Hoffman's Deposition |
| PX6(1) – Pages 1-257<br>PX6(2) – Pages 258-417<br>PX6(3) – Pages 418-612<br>PX6(4) – Pages 613-747<br>PX6(5) – Pages 748-856<br>PX6(6) – Pages 857-869 | Excerpts and Exhibits from Corporate Defendants' 30(b)(6) Deposition (2/15/17 – 2/16/17) |
| PX7 | Excerpts and Exhibits from Don Juravin's Individual Deposition (2/17/17) |
| PX8 | Excerpts and Exhibits from Don Juravin's Asset Deposition (9/9/16) |
| PX9 | Excerpts and Exhibits from George Whiting's Individual Deposition (1/11/17) |
| PX10(1) – Pages 1-128<br>PX10(2) – Pages 129-214 | Excerpts and Exhibits from Sharon King's Deposition |
| PX11 | Excerpts and Exhibits from Ross Finesmith's Deposition |
| PX12 | Excerpts and Exhibits from Sharon Hensley's Deposition |
| PX13 | Defendant Don Juravin's Responses to Plaintiffs Interrogatories (2/29/17) |

# EXHIBIT LIST
## FTC's Motion for Summary Judgment

| Exhibit Number | Title |
|---|---|
| PX14 | Declaration of Consumer Raymond Fligman (2011) |
| PX15 | Declaration of Consumer Joyce Agbetunsin (2011) |
| PX16 | Declaration of Consumer Amina Di' Leonardi (2012) |
| PX17 | Declaration of Consumer Diane E. Kolleck (2013) |
| PX18(1) – Pages 1-62 PX18(2) – Pages 63-134 | Declaration of Consumer Jennifer Schaive (2014) |
| PX19 | Declaration of Consumer Mary Tugwell (2014) |
| PX20 | Declaration of Consumer Rolisa Harper (2016) |
| PX21 | Declaration of Consumer Joan Minchak (2017) |
| PX22 | Declaration of Carl Settlemyer Regarding Requests for Admissions |
| PX23 | Plaintiff's Request for Admissions to Defendant George C. Whiting |
| PX24 | Plaintiff's First and Second Requests for Admissions to Defendants Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Must Cure Obesity, Co., Juravin, Incorporated, Zero Calorie Labs, Inc., and Don Juravin |
| PX25 | Exhibits Attached to Plaintiff's Second Requests for Admissions to Defendants Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Must Cure Obesity, Co., Juravin, Incorporated, Zero Calorie Labs, Inc., and Don Juravin |
| PX26(1) – Pages 1-78 PX26(2) – Pages 79-127 | Documents Referenced in Plaintiff's Requests for Admissions to Defendants Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Must Cure Obesity, Co., Juravin, Incorporated, Zero Calorie Labs, Inc., and Don Juravin |