# PX4

# Declaration and Expert Report of Paul A. Pavlou, Ph.D.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROCA LABS, INC., a corporation; ROCA LABS NUTRACEUTICAL USA, INC., a corporation; MUST CURE OBESITY, CO., a corporation; JURAVIN, INCORPORATED, a corporation; ZERO CALORIE LABS, INC., a corporation; DON JURAVIN, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Must Cure Obesity, Co., and Juravin, Incorporated; and GEORGE C. WHITING, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., and Zero Calorie Labs, Inc.,<br><br>Defendants. | Case No.  8:15-cv-02231-MSS-TBM |

**DECLARATION OF PAUL A. PAVLOU, Ph.D.,
AUTHENTICATING AND REAFFIRMING EXPERT REPORT,
PURSUANT TO 28 U.S.C. § 1746**

I Paul A. Pavlou, pursuant to 28 U.S.C. § 1746, declares as follows:

1. My name is Paul A. Pavlou.  I am a United States Permanent Resident over the age of 18.  I have personal knowledge of the matters contained in this declaration.

2. I provided an expert report entitled "Expert Report by Paul. A. Pavlou, Ph.D.," to Plaintiff, the Federal Trade Commission, in this matter.  My report was signed and dated December 21, 2016.  At my deposition on February 23, 2017, I testified extensively about my report, which was marked as an exhibit.

3.      In connection with making this declaration, I have reviewed my report.  I hereby

authenticate and reaffirm my report.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Executed on March 17, 2017 in      __Philadelphia, PA, United States of America__
                                   City, Country

_____
Paul A. Pavlou, Ph. D.

PX4-2

**Expert Report by Paul A. Pavlou, Ph.D.**

1. My name is Paul A. Pavlou. I am a United States Permanent Resident over the age of 18.
I reside in Philadelphia, Pennsylvania. I have personal knowledge of the matters contained in this expert report, which contains my expert opinions, and expresses the basis and reasons for them.

## CREDENTIALS

2. I am the Milton F. Stauffer Professor of Information Technology and Strategy at the Fox School of Business at Temple University. I am also the Fox School's Chief Research Officer and Senior Associate Dean. I have held academic posts at the Fox School of Business since 2008, and at the University of California at Riverside from 2003 to 2008. I was awarded a Ph.D. in Information Systems and an M.S. in Electrical Engineering by the University of Southern California, and a B.S. in Electrical Engineering by Rice University. My curriculum vitae is provided as **Attachment A. Attachment A** includes a list of all publications authored by me in the previous 10 years.

3. I have coauthored numerous peer-reviewed publications in top academic journals relating to electronic commerce, online product reviews, and research methods in online markets. I have coauthored articles describing original research on the origin, nature, and effect of product reviews on the ability of merchants to charge price premiums for their products. Moreover, I have conducted original published research on the negative effects of systematic self-selection biases in online product reviews on consumer welfare. In sum, my research on consumer-generated online reviews, which has appeared in top academic journals, is especially relevant to the matters contained in this expert report.

1

PX4-3

4. I was ranked first in the world in publications in the two top academic management information systems journals [*Management Information Systems Quarterly* (*MISQ*) and *Information Systems Research (ISR)*] for 2010-2014. My work has been cited over 22,000 times by Google Scholar. I was recognized among the "World's Most Influential Scientific Minds" by Thomson Reuters based on analysis of highly cited publications during the 2002-2012 period. I have received several professional awards for my work. For example, I received several Best Paper awards for my research, such as the *ISR Best Paper* award in 2007, the 2006 *IS Publication of the Year* award, the *Top 5 Papers* award in *Decision Sciences* journal in 2006, the *Best Doctoral Dissertation* award of the 2004 International Conference on Information Systems (ICIS), and the *Best Student Paper* award, the *Best Interactive Paper* award, and the *Best Paper* award of the Academy of Management Conference (OCIS division) in 2001, 2002, and 2012, respectively. I was also a finalist for the Maynard award for the most significant contribution in marketing in the *Journal of Marketing* in 2015.

5. I am currently a Senior Editor at the journal *ISR*, a top academic journal with a very high Impact Factor (3.0). I have previously served as a Senior Editor at the journal *MISQ* (Impact Factor=5.4), the *Journal of the Association of Information Systems*, and I served on the Editorial Board of the *International Journal of Electronic Commerce* and the journal *Electronic Commerce Research and Applications*. I have also served on multiple editorial and program roles in prestigious conferences, and I have received several reviewer awards for my reviewing at multiple academic journals and conferences.

2

PX4-4

6.  Based on my education, training, knowledge, and experience, I consider myself an expert in the field of information systems, with particular expertise in electronic commerce and emphasis on the study of consumer-generated online reviews.

7.  I am being compensated by the Federal Trade Commission at the rate of $250 an hour for my work on this expert report, and at the rate of $300 an hour for time I may spend testifying. I have not testified as an expert at trial or by deposition during the previous four years.

SCOPE OF THE OPINION AND MATERIALS REVIEWED

8.  FTC staff has asked me to evaluate, from my perspective as an expert in electronic commerce and online reviews, the likely impact that the suppression of negative online reviews by purchasers about Roca Labs and its products – resulting from Roca Labs' use of non-disparagement provisions and related threats and warnings – would have on the welfare of consumers who are likely to purchase those products.

9.  To facilitate my evaluation, FTC staff has furnished me with copies of the following materials, which I have reviewed:

    a.  Excerpt from https://rocalabs.com/terms, "**Terms and Conditions,"** V2.3.1 Dec., 2014,[1] which reads:

        **Non-Disparagement Clause**

        You agree that regardless of your personal experience with RL, you will not disparage RL and/or any of its employees, products, or services. This means that you will not speak, publish, cause to be published, print, review, blog, or otherwise write negatively about RL, or its products or employees in any way. This emcompasses all

---

[1] I am advised that this non-disparagement provision, or one substantially similar to it, has been used for several years in the online purchase Terms for all Roca Labs weight loss supplement purchasers, that Roca Labs threatens purchasers with enforcement of the provisions, and that it has sued several purchasers for allegedly violating the provisions.

3

forms of media, including and especially the internet. This
paragraph is to protect RL and its current and future customers from
the harm of libelous or slanderous content in any form, and thus,
your acceptance of these Terms and Conditions prohibits you from
taking any action that negatively impacts RL, its reputation,
products, services, management, or employees. We make it clear
that RL and its Regimen may not be for everyone, and in that
regard, the foregoing clause is meant to prevent "one person ruining
it for everyone." Should any customer violate this provision, as
determined by RL in its sole discretion, you will be provided with
seventy two (72) hours to retract the content in question. If the
content remains, RL would be obliged to seek all legal remedies to
protect its name, products, current customers, and future customers.

If you breach this Agreement, as determined by RL in its sole
discretion, all discounts will be waived and you agree to pay the
full price for your product. In addition, we retain all legal rights
and remedies against the breaching customer for breach of contract
and any other appropriate causes of action.

**Any violation of this provision of the Agreement is deemed
a material breach and you agree that RL has no adequate
remedy at law to protect its rights.**

**\*Under current law, the above paragraphs may not apply to
California residents or transactions that take place in
California. If you have concern over your obligations under the
foregoing policy, please consult an attorney prior to entering
into any purchase agreement with RL. This is for your
protection as much as it is for RL's.**

b. "Summary of the RocaLabs.com/Terms" package insert,[2] which includes the

statement:

Discount Policy.  We believe in our customers and that word of
mouth is the best promotion. **We are here to help you.**  You were
given a discount off the unsubsidized price of $1580 in exchange
for your agreement to promote our products and when possible
share your weight loss success with us (keep the youtube videos
coming). **As part of this endorsement you also agree not to
write any negative reviews about RLN or our products.**  In the
event that you do not honor this agreement, you may owe
immediately the full price of $1,580.

---

[2] I am advised that Roca Labs includes this Terms insert in substantially all shipments of its products.

4

c. Two Google search results pages showing results dated April 20, 2015, showing results for the search terms "gastric bypass surgery," and "lap band complications"; and

d. Roca Labs web page printouts, namely:

   i. https://RocaLabs.com, dated May 11, 2015;

   ii. https://rocalabs.com/gastric-bypass-no-surgery, dated May 6, 2015.

10. As of December 21, 2016, I have reviewed the materials provided by the FTC, as well as other relevant academic and practitioner literature I researched on my own. The articles I reviewed specifically for this matter are listed in **Attachment B** to this expert report.

11. Based on my understanding of Roca Labs' use of non-disparagement provisions in their contracts to sell their weight-loss dietary supplements, and related warnings and threats, and my review of relevant literature in my field, and for the reasons set forth below, it is my professional opinion that the suppression of truthful negative reviews by consumers about Roca Labs or its products, resulting from Roca Labs' use of non-disparagement provisions and related threats and warnings – has a negative effect on consumer welfare in two ways: First, it inflates their perceptions of the quality of Roca Labs and its products, thus deceptively increasing their willingness to purchase these products by systematically suppressing negative reviews that may contain problems and concerns about Roca Labs and its products. Second, it prevents future consumers from learning about the negative experiences of previous purchasers that might have alerted them of potential problems with the products by Roca Labs, thereby encouraging them to purchase products from Roca Labs that may not be appropriate or not fit them given that helpful negative reviews from previous purchasers were not available to them. In sum,

5

PX4-7

the censorship of negative online reviews under the fear of legal remedies, as noted in the Non-Disparagement Clause: "*If the content remains, RL would be obliged to seek all legal remedies to protect its name, products, current customers, and future customers.*" has an adverse effect on consumer welfare by censoring the opinions of past consumers and giving manipulated, biased, and thus misleading information to prospective consumers about the quality of the Roca Labs products.

12. I base my opinions on: (a) the relevant articles and literature on online reviews outlined in Attachment B; (b) my own original research and general knowledge of scholarship in the field of online reviews in particular and electronic commerce in general, and (c) my knowledge, experience, and original research on the nature and effects of consumer-generated online reviews on consumer welfare.

BACKGROUND ON CONSUMER-GENERATED ONLINE PRODUCT REVIEWS

13. Online reviews are systems that enable consumers to post product opinions, and they have become a major informational source for consumers about products. It is well documented in the literature that consumers rely on online reviews to make their purchasing decisions (e.g., Chatterjee 2001, Chevalier and Mayzlin 2006, Chen and Xie 2008, Dellarocas 2003, Forman et al. 2008, Moe and Schweidel 2012), and there is generally a positive effect of online product reviews on sales (e.g., Duan et al., 2008a, 2008b, Liu 2006, Ye et al. 2009). Specifically, the *valence* (rating) of online product reviews is often used as a proxy of product quality and therefore has a positive effect on sales (e.g., Chintagunta et al. 2010), Online reviews are a valuable information source for consumers, and they help to enhance consumer welfare by directing consumers to high-quality products that they may enjoy (e.g., Dellarocas 2003), while preventing consumers from purchasing low-quality products

6

PX4-8

that may not fit them well (Hong and Pavlou 2014). Compared to seller-generated product information, such as advertising and promotions, consumer-generated online reviews are generally considered to be unbiased and non-profit driven (e.g., Ba and Pavlou 2002, Dellarocas 2003, Moe and Trusov 2011). Online reviews are particularly useful for less popular, niche, or specialized products and those require a consumption experience, such as books, movies, video games, electronics, and beverages (e.g., Clemons et al. 2006, Duan et al. 2008a, Gu et al. 2012, Zhu and Zhang 2010). In sum, consumer-generated online reviews help to reduce consumers' uncertainty about the quality of products and sellers (e.g., Archak et al. 2011, Dimoka et al. 2012, Kwark et al. 2014), raise prices for high quality products and sellers (e.g., Ba and Pavlou 2002; Pavlou and Dimoka 2006), raise product demand and boost product adoption (e.g., Duan et al. 2009, Li et al. 2010), and increase sales for highly-rated products (e.g., Chevalier and Mayzlin 2006, Liu 2006, Duan et al. 2008b, Jabr and Zheng 2014). Accordingly, consumer-generated online reviews are generally deemed a valuable self-governing system to inform consumers about products and their sellers, thus helping to regulate, inform, and facilitate online markets (e.g., Pavlou and Gefen 2004) and online commerce in general (e.g., Dellarocas 2003, Godes and Mayzlin 2009).

14. Retailers also consider online reviews to be an important component of their overall marketing mix and they strategically respond to online reviews (e.g., Libai et al. 2013), such as changing their prices to changing online reviews (e.g., Hu et al. 2017) and responding to negative reviews (e.g., Sharp et al. 2014). This suggests that retailers recognize the importance of online reviews in consumers' purchasing decisions, and they take strategic actions to respond to them.

7

15. Negative online reviews have an important informational role by warning consumers about hazardous or low-quality products (Wetzer et al. 2007). As the majority of online reviews tends to be positive (such as 5-star ratings), the literature shows that online negative reviews (such as 1-star rating) are particularly predictive of product sales, even more than positive online reviews (e.g., Ba and Pavlou 2002, Chevalier and Mayzlin 2006, Dellarocas 2006, Pavlou and Dimoka 2006, You et al. 2015). Negative reviews are generally shown to be informative, helpful, and diagnostic (e.g., Ba and Pavlou 2002, Forman et al. 2008, Mudambi and Schuff 2010) to consumers since they are rarer. There is also evidence of under-reporting bias for low-quality products (Gao et al. 2015). Because there may be under-reporting bias of the online reviews of low-quality products (i.e., negative reviews), further suppressing negative reviews through manipulation could further exacerbate the fact that negative reviews do not surface to inform consumers. Accordingly, online reviews would become less useful when negative reviews are censored (e.g., Awad and Zhang 2007, Ba and Pavlou 2002). In sum, negative online reviews are useful to prevent consumers from purchasing low-quality products they would likely regret purchasing, thereby helping consumers to avoid products that may be inappropriate or bad for them.

16. Despite the generally positive effect of online reviews on the welfare of consumers, biases, distortion, fraud, and manipulation of online reviews hamper their credibility and value (e.g., Anderson and Simester 2014, Dellarocas and Wood 2008, Hu et al. 2009, Mayzlin et al. 2014). The informational value of negative online reviews is also reduced due to censorship (Awad and Zhang 2007). Several studies noted the negative effects of fraud and manipulation of online reviews on consumer welfare (e.g., Dellarocas 2006, Hu et al. 2012, Luca and Zervas 2015, Malbon 2013, Mayzlin 2006), such as bolstered

8

product quality perceptions, inflated product valuations, and willingness to purchase the wrong products (e.g., Hu et al. 2011). This is because the coerced manipulation of online reviews hides the truth from consumers, censors useful information from consumers, and creates biases that are likely to mislead consumers, thus reducing consumer welfare (e.g., Li and Hitt 2008, Hu et al. 2017). In sum, the manipulation of online reviews lowers their informational value and reduces the welfare consumers typically derive from them.

LIKELY IMPACT OF ROCA LABS' SUPPRESSION OF NEGATIVE REVIEWS

17. The likely effects of the suppression of truthful negative consumer reviews for Roca Labs or its products due to the non-disparagement provisions in its online contracts are:

18. Artificially boosting consumer perceptions of the quality of Roca Labs and its products and inflating their willingness to purchase its products. This is because negative reviews moderate the consumers' quality perceptions and their willingness to purchase products, and the manipulated absence of truthful negative reviews by previous purchasers due to Roca Labs' non-disparagement provisions is likely to result in lower consumer welfare. Purchasing an inappropriate product with a poor fit given that helpful negative reviews from previous purchasers have been suppressed is likely to reduce consumer welfare.

19. Preventing consumers from learning the negative experiences of previous purchasers that might have alerted them of potential problems with the products of Roca Labs. Given the valuable role of negative online reviews to alert consumers of low-quality, sub-standard, or even hazardous products, the suppression of truthful negative online reviews may prevent consumers from being warned about any problems experienced by previous purchasers of Roca Labs' products, thus potentially having similar problems themselves.

9

PX4-11

CONCLUSION

20. In conclusion, the likely impact that suppression of truthful, negative online reviews about Roca Labs or its products –resulting from Roca Labs' use of non-disparagement provisions and related threats and warnings –is that:

a. Consumers are more inclined to purchase Roca Labs' products due to their inflated perceptions of product quality, misled by the manipulated absence of negative reviews that artificially inflate their expectations of product quality;

b. Consumers are more likely to purchase products that may be wrong, inappropriate or unfit for them given incomplete and biased information from online reviews about Roca Labs and its products given the artificial deficit of negative reviews due to Roca Labs' use of non-disparagement provisions and related threats and warnings. Hence, consumers are unlikely to learn about problems with Roca Labs and its products experienced by previous purchasers given the coerced absence of negative online reviews that attempt to inform and warn prospective consumers, thus raising the possibility of future consumers suffering similar problems as previous purchasers (whose negative online reviews might have been suppressed).

c. In summary, these harmful effects due to the manipulated absence of negative online reviews by previous purchasers are likely to reduce consumer welfare, especially since future consumers are unaware of these questionable practices and they are misled to believe that the resulting (mostly positive) online reviews are unbiased and not coerced by Roca Labs' use of non-disparagement provisions and related threats and warnings.

10

PX4-12

21st day of December, 2016

Paul A. Pavlou, Ph.D.

11

# PX4
# Att. A

# Declaration and Expert Report of Paul A. Pavlou, Ph.D

PX4-14

# Paul A. Pavlou
**Senior Associate Dean**
**Milton F. Stauffer Professor**
**Fox School of Business**
**Temple University**
pavlou@temple.edu

## BIO

**Paul A. Pavlou** is Senior Associate Dean responsible for Research, Doctoral Programs, and Strategic Initiatives at the Fox School of Business at Temple University. He is also the Milton F. Stauffer Professor of IT & Strategy. He also serves as the Co-Director of the university-wide Data Science Institute at Temple University.

As the Senior Associate Dean and Chief Research Officer, Paul oversees all research activities at the Fox School. Paul is responsible for the development and mentoring of research faculty and PhD students. During his tenure, five departments in the Fox School's ranked among the Top 10 in the nation in terms of research productivity. Paul proposed and implemented the FOX RESEARCH brand to enhance the Fox School's research visibility, including developing the 'Research Impact Report' to demonstrate the broader impact of the Fox School's research for academia, industry, practice, and society. He also oversees over $5M in research grants.

Paul is also responsible for all doctoral programs at the Fox School, such as the PhD in Business Administration, PhD in Statistics, the Inter-Disciplinary PhD program in Decision Neuroscience, and the Executive Doctorate in Business Administration (EDBA), a new doctoral program catered to senior executives in Philadelphia and China.

Paul also leads several strategic initiatives at the department, school, and university levels, such as Data Science. As Co-Director of the Big Data Institute, Paul oversees the business analytics programs at the Fox School, including Masters in Business Analytics, Masters in Statistical Science, and Bachelors in Statistical Science and Data Analytics. He also facilitates grant proposals across schools and promotes the Institute's fundraising efforts.

Paul received his Ph.D. from the University of Southern California. He was ranked first in the world in publications in the two top MIS journals (*MISQ* and *ISR*) for 2010-2014. His work has been cited over 22,000 times by Google Scholar. Paul was also recognized among the "World's Most Influential Scientific Minds" by Thomson Reuters based on analysis of "Highly Cited" authors during the 2002-2012 period.

His research appeared in *MIS Quarterly (MISQ)*, *Information Systems Research (ISR)*, *Journal of Marketing, Journal of Marketing Research, Journal of Management Information Systems, Journal of the Association of Information Systems*, *Journal of the Academy of Marketing Science*, and *Decision Sciences*, among many others. His research spans multiple disciplines---information systems, marketing, and strategic management---and it focuses on data analytics, e-commerce strategy, and the development of research methods.

Paul won several Best Paper recognitions for his research, including the Maynard Award nomination for the "Most Significant Contribution to Marketing" in the *Journal of Marketing* in 2015, the *ISR Best Paper* award in 2007, the 2006 *IS Publication of the Year* award, the *Top 5 Papers* award in *Decision Sciences* in 2006, the *Runner-Up to the Best Paper* award of the 2005 Academy of Management Conference, the *Best Doctoral Dissertation* award of the 2004 International Conference on Information Systems (*ICIS*), the *Best Interactive Paper* award of the 2002 Academy of Management Conference, and the *Best Student Paper* award and the *Best Paper Award* of the Academy of Management Conference in 2001 and 2012, respectively.

Paul is a Senior Editor at *ISR* and earlier at *MISQ* and *JAIS*. Earlier, Paul also won several Reviewer awards, including the 2009 *Management Science* Meritorious service award, the 'Best Reviewer' award of the 2005 Academy of Management Conference (OCIS Division), and the 2003 *MISQ* 'Reviewer of the Year' award.

PX4-15

# PROFESSIONAL RECOGNITIONS & AWARDS

- Best Innovation Theme Track Paper, *International Conference on Information Systems*, 2016.

- Maynard Award nomination for "Most Significant Contribution to Marketing," *Journal of Marketing*, 2015.

- World's Most Influential Scientific Minds ("Highly Cited" for 2002-2012), Thomson Reuters, 2014.

- Researcher of the Year Award, MIS Department, Temple University, 2014.

- Dean's Research Honor Roll, Fox School of Business, Temple University, 2014.

- Researcher of the Year Award, MIS Department, Temple University, 2013.

- Dean's Research Honor Roll, Fox School of Business, Temple University, 2013.

- Researcher of the Year Award, MIS Department, Temple University, 2012.

- Dean's Research Honor Roll, Fox School of Business, Temple University, 2012.

- Best Paper Award, Academy of Management Conference (OCIS Division), 2012

- Dean's Research Honor Roll, Fox School of Business, Temple University, 2011.

- Researcher of the Year Award, MIS Department, Temple University, 2011.

- Dean's Research Honor Roll, Fox School of Business, Temple University, 2010.

- *Management Science* Meritorious Service Award, 2009.

- Dean's Research Honor Roll, Fox School of Business, Temple University, 2008.

- Stauffer Senior Research Award, Temple University, 2008

- *Information Systems Research* Best Paper Award, 2007.

- *IS Publication of the Year* Award, 2006.

- *Top 5 Papers* Award, *Decision Sciences*, 2006.

- Best Paper (First Runner-Up), Academy of Management Conference, Honolulu, HI, 2005.

- Best Reviewer (OCIS Division), Academy of Management Conference, Honolulu, HI, 2005.

- Doctoral Dissertation Award (First Place), International Conference on Information Systems, 2004.

- Reviewer of the Year, *MIS Quarterly*, 2003.

- Best Interactive Paper, Academy of Management Conference, OCIS Division, 2002.

- Best Student Paper, Academy of Management Conference, OCIS Division, 2001.

- eBRC Doctoral Dissertation Award (sponsored by SAP America), 2001.

PX4-16

# WORK EXPERIENCE

2016 - Present   **Senior Associate Dean, Fox School of Business, Temple University**
2013 – 2016     **Associate Dean of Research, Doctoral Programs, and Strategic Initiatives**

### MAIN DUTIES

- Responsible for recruiting, mentoring, and retaining a world-class faculty and doctoral students.
- Helps faculty and doctoral students increase their research productivity and impact by building a nurturing environment for research founded on a culture of innovation, diversity, and ethics.
- Fosters all research activities and research programs as the Fox School's Chief Research Officer.
- Identifying, evaluating, and pursuing disciplinary and inter-disciplinary areas of excellence.
- Administers all research grants, ensures grant compliance, and oversees effort reporting.
- Oversees and supports all research-oriented Centers and Institutes housed in the Fox School.
- Responsible for marketing, recruiting, and evaluation all doctoral programs at the Fox School (e.g., PhD in Business Administration, PhD in Statistics, the Inter-disciplinary PhD Program on Decision Neuroscience, and the Executive Doctorate in Business Administration).
- Oversees undergraduate and graduate programs in Data Sciences---Masters in Statistical Science, Masters in Business Analytics, and BS in Statistical Science and Data Analytics.
- Enhances the quality of the curriculum and learning objectives of all programs in his purview.
- Directs the Office of Research, Doctoral Programs, and Strategic Initiatives and twelve staff.
- Coordinates AACSB Accreditation process on behalf of research, faculty, and doctoral programs.
- Leads multiple inter-disciplinary strategic initiatives at the school and university level.

### MAJOR ACCOMPLISHMENTS

**Research**
- Five of nine Fox departments have been ranked in the Top 10 in U.S. based on research (Information Systems, Risk and Insurance, International Business, Accounting, Management).
  - **MIS** department ranked #1 in the world for research productivity in 2010–16 according to the UT Dallas Business School Research Rankings.
  - **Risk & Insurance** department ranked #2 in the nation for research published in the *Journal of Risk Management and Insurance*.
  - **International Business** ranked #3 in the nation in research productivity in 2012–15 according to the UT Dallas Business School Research Rankings.
  - **Management** ranked #7 nationally for research productivity of faculty in 2014 according to Texas A&M University's Management Department Productivity Ranking.
  - **Accounting** ranked #3 nationally for archival audit research and #10 for overall research productivity across all methods and topics since 1990 by BYUaccounting.net.
- Developed the research vision and mission with the goal to become a Top 25 business school.
- Developed and implemented the FOX RESEARCH branding to stress the Fox School's visibility, including monthly newsletters, news stories on academic publications, and industry magazines.
- Led the development of the 'Research Impact Report' to summarize the achievements of the faculty and doctoral students, including publications, grants, awards, and other recognitions. The Research Impact Report serves as a major recruiting and fundraising tool for the Fox School.
- Established and implemented a formal development and mentoring program for junior faculty.
- Developed rigorous processes and transparent criteria for Promotion & Tenure (P&T).
- Created clear criteria to enhance faculty incentives, such as fellowships and summer support.
- Redefined the 'Research Roundtable', a school-wide body of senior faculty to promote the school's research agenda, help advance research, and provide mentorship in the Fox School.
- Doubled the annual number of publications in top journals, and the Fox School was among the Top 25 in publications in 2014 and Top 50 in 2010-2014 according to the UT Dallas ranking of top journals (http://jindal.utdallas.edu/the-utd-top-100-business-school-research-rankings/).

PX4-17

**Grants**

- Manages over $5,000,000 in research grants from federal and state government and industry.
- Oversees over 25 active grants, including effort reporting and compliance.
- Supports over 30 grant applications, such as NSF and NIH, on an annual basis, exceeding $10M.
- Developed P&T and merit criteria for rewarding faculty for obtaining competitive grants.

**Strategic Initiatives**

- Leads inter-disciplinary strategic initiatives in the Fox school in the domain of Data Science and Data Analytics, Decision Neuroscience, and Entrepreneurship. These strategic initiatives received significant internal and external funding for new faculty, PhD students, and research.
- Established 'Decision Neuroscience' as a university-wide strategic initiative, obtained support from the Provost's office for faculty hiring, and developed joint graduate programs with Psychology.
- Founded and oversees the inter-disciplinary 'Young Scholars' forum that provided over $250,000 in total seed funding to faculty and PhD students to support research and grant applications. Successful grant applications seed funded by the Young Scholars program exceeded $1,500,000.

**Data Sciences Programs**

- Oversaw the curriculum development, implementation, marketing, and successful launch of a Masters program in Business Analytics that commences in Fall 2016.
- Oversees the development, implementation, and launch of the first Bachelors in Science (BS) in Statistical Science & Data Analytics at the Fox School.
- Leads a university-wide effort with three schools (Engineering, Science/Technology, Fox School) to promote undergraduate and graduate programs in Data Sciences.
- Spearheads the Fox School's emphasis on Science, Technology, Engineering, and Math (STEM).

**Executive Doctorate in Business Administration (EDBA)**

- Led the curriculum and implementation of the EDBA program that launched in Fall 2014.
  Over 100 senior executives with about 20 years of management experience enrolled in three cohorts.
- Led the development of a collaborative EDBA program with Tsinghua University in China, which commences in Fall 2016 with an expected cohort of about 50-60 EDBA students per year.

**Office of Research, Doctoral Programs, and Strategic Initiatives**

- Oversees the office budget that totals about $12,000,000 annually.
- Administers all Fox school databases purchases and subscriptions totaling over $400,000.
- Manages departmental research websites and individual webpages of over 200 Fox faculty.
- Streamlined the process of accumulating faculty publications and other intellectual activity by leading the implementation of a university-wide software development (Symplectic Elements).
- Oversees the Fox School SSRN Research Paper Series with over 1,000 papers by Fox faculty.  The Fox School was #23 among all business schools in the number of new downloads (37,500).
- Supports multiple events, conferences, lecture series, and workshops throughout the Fox School.
- Leads and energizes an office staff of six full-time and six part-time employees.

2014 – Present  **Co-Director, Big Data Institute, Temple University**

**MAIN DUTIES**

- Advises all educational programs related to big data in the Fox School, including Masters in Business Analytics, Masters in Statistics, and Bachelors in Statistical Science & Data Analytics.
- Oversees all research centers related to the Big Data Institute that are housed in the Fox School.
- Coordinates with other schools and departments on university-wide research activities and grants.
- Supervises all events and operations of the Big Data Institute and oversees its budget.
- Responsible for industry connections and industry advisory board.

PX4-18

**MAJOR ACCOMPLISHMENTS**

- Advised the development of data analytics programs, including a 'Masters in Business Analytics' and a Bachelors in 'Statistical Science & Data Analytics', both launching in Fall 2016.
- Successfully proposed a plan to the Provost's Office to make Big Data a university-wide priority, resulting in collaborative research and programs across several schools and departments.
- Led the development of a university-wide IT infrastructure to support big data research in collaboration with Temple University's Computer Services.
- Facilitated collaborative grant proposals across schools, including a $900,000 NSF funding between the Fox School, Computer and Information Science, and the Biology Department (2014-2016).
- Personally secured $50,000 NSF funding for a workshop on "Big Data and Privacy" (April 2015).
- Led the Dean's Council on a fundraising effort on the potential of big data for higher education.
- Funding of all Centers and Labs under the umbrella of the Big Data Institute exceeds $10,000,000.

2010 – Present  **Director, PhD Program in Business Administration**

**MAIN DUTIES**

- Oversees all aspects of the PhD program, such as curriculum, marketing, recruiting, and admissions.
- Oversees ten PhD-granting departments in the Fox School and supervises ten PhD Directors.
- Manages the budget of the PhD program, vision and mission, and Assurance of Learning (AoL).
- Responsible for AACSB accreditation of all doctoral programs in the Fox School.

**MAJOR ACCOMPLISHMENTS**

- Improved the placement of PhD students to prestigious institutions, such as Emory University, University of Minnesota, Arizona State University, University of Florida, University of Connecticut, National University of Singapore, McGill University, and Indian School of Business, among others.
- Enhanced the quality of incoming PhD students to the 96th percentile in standardized scores.
- Developed the "FOX PHD" branding to highlight the school's emphasis on PhD education.
- Increased the number of prestigious University fellowships to Fox PhD students by over 300%.
- Promoted diversity in PhD recruiting, including minority PhD students in each cohort since 2010, and diversity in the PhD program doubled during his tenure as program director.
- Led the development of a "Fox PhD" newsletter to showcase the achievements of PhD students.
- Built a collaboration with the Wharton School to allow PhD students to take courses in both schools.
- Developed a program to improve the professional development of PhD students in terms of communication, writing, and presentation skills and hired a full-time person to help PhD students.
- Established a PhD alumni program to enhance relationships and fundraising with Fox PhD alumni.

2010 – 2013   **Research Director, Institute for Business and Information Technology (IBIT)**

**MAIN DUTIES**

- Oversaw the Institute's practice-oriented research program and industry publications.
- Coordinated research collaborations between Fox faculty and industry partners.

**MAJOR ACCOMPLISHMENTS**

- Initiated several industry-academic collaborations, including Merck, Campbell Soup, and SAP.
- Supported multiple collaborative research projects that resulted in publications and white papers.
- Helped with the Institute's fundraising efforts to support collaborative research with industry.

# EMPLOYMENT

07/16 – Present  Senior Associate Dean & Milton F. Stauffer Professor
Fox School of Business, Temple University

07/13 – 07/16  Milton F. Stauffer Professor of Information Technology and Strategy
Associate Dean of Research, Doctoral Programs, and Strategic Initiatives
Fox School of Business, Temple University

7/12 – 07/13  Professor of Information Systems, Marketing, and Strategic Management
Fox School of Business, Temple University

9/08 – 06/12  Associate Professor of Information Systems, Marketing, and Strategic Management
Fox School of Business, Temple University

7/08 – 09/08  Associate Professor of Information Systems (with tenure),
Anderson Graduate School of Management, University of California, Riverside

7/03 – 06/08  Assistant Professor of Information Systems,
Anderson Graduate School of Management, University of California, Riverside

09/99 – 06/03  Research Assistant, Marshall School of Business, University of Southern California

09/98 – 08/99  Research Assistant, Viterbi School of Engineering, University of Southern California

06/97 – 08/98  Research Engineer, Sulzer Intermedics, Sulzer Medica, Houston, Texas

06/93 – 08/96  Electrical Engineer, Eldom Engineering Consultants, Nicosia, Cyprus

# EDUCATION

9/99 – 5/04  Ph.D. in Information Systems, Data Sciences and Operations Department
Marshall School of Business, University of Southern California
Dissertation Title: "IT-Enabled Dynamic Capabilities in New Product Development"
Awards:  Best Doctoral Dissertation Award, International Conference on Information Systems

9/98 – 8/99  M.S. in Electrical Engineering, Viterbi School of Engineering, University of Southern California

9/96 – 5/98  B.S. in Electrical Engineering, Rice University, Houston, TX, (Magna Cum Laude)

# RESEARCH INTERESTS

❑ **Data Analytics**
  o Data Sciences, Business Analytics, Big Data

❑ **Electronic Commerce**
  o Online Markets, Online Auctions, Trust, Uncertainty, Information Asymmetry

❑ **Digital Business Strategy**
  o Dynamic Capabilities, IT Strategy in Dynamic Environments, Chief Information Officer

❑ **Research Methods**
  o Causal Models, Bayesian Networks, Longitudinal Growth Modeling, Neuroimaging Methods

# SELECTED PUBLICATIONS

## JOURNAL PUBLICATIONS

1. Hong, Yili (Kevin) and **Paul A. Pavlou** (2017), "On Buyer Selection of Service Providers in Online Outsourcing Platforms for IT Services," ***Information Systems Research*** (forthcoming).

2. Hong, Yili (Kevin), **Paul A. Pavlou**, Shi, Nan, and Kanliang Wang (2017), "On the Role of Social Distance and Fairness in Designing Effective Social Referral Systems," ***MIS Quarterly*** (forthcoming).

3. Hu, Nan, **Paul A. Pavlou**, and Jennifer Zhang (2017), "On Selection Biases in Online Product Reviews," ***MIS Quarterly*** (forthcoming).

4. Atasoy, Hilal, Rajiv Banker, and **Paul A. Pavlou** (2016), "On the Longitudinal Effects of IT Use on Firm-Level Employment," ***Information Systems Research***, 27, 1, 6-26. (Lead Article).

5. Hong, Yili (Kevin), Alex Wang, and **Paul A. Pavlou** (2016) "Comparing Open and Sealed Bid Auctions: Evidence from Online Labor Markets," ***Information Systems Research***, 27, 1, 49-69.

6. Kartik, Ganju, **Paul A. Pavlou**, and Rajiv Banker (2016), "Does Information and Communication Technology Lead to the Well-Being of Nations? A Country-Level Empirical Investigation," ***MIS Quarterly***, 40, 1, 417-430.

7. Söllner, Matthias, Benbasat, Izak, Gefen, David, Leimeister, Jan M., **Paul A. Pavlou** "Trust," ***MIS Quarterly*** Research Curations, Ashley Bush and Arun Rai, Eds., October 31, 2016.

8. Venkatraman, Vinod, Angelika Dimoka, **Paul A. Pavlou**, Khoi Vo, William Hampton, Bryan Bollinger, Hal E. Hershfield, Masakazu Ishihara, and Russell S. Winer, (2015) "Predicting Advertising Success beyond Traditional Measures: New Insights from Neurophysiological Methods and Market Response Modeling," ***Journal of Marketing Research***, 52, 4, 436-452.

9. Zheng, Zhiqiang (Eric), **Paul A. Pavlou,** and Bin Gu (2014), "Latent Growth Modeling in Information Systems Research: Basic Tenets, Extension, and Practical Guidelines," ***Information Systems Research***, 25, 3, 547-568.

10. Yadav, Manjit and **Paul A. Pavlou** (2014), "Marketing in Computer-Mediated Environments: Research Synthesis and New Directions," ***Journal of Marketing***, 78, 1, 20-40.

11. Hong, Yili and **Paul A. Pavlou** (2014), "Product Fit Uncertainty: Nature, Effects, and Antecedents," ***Information Systems Research***, 25, 2, 328-344.

12. Ou, Carol, **Paul A. Pavlou**, and Robert Davison (2014), "Swift Guanxi in Online Marketplaces: The Role of Computer-Mediated-Communication Technologies," ***MIS Quarterly***, 38, 1, 209-230.

13. Bharadwaj, Anandhi, Omar A. El Sawy, **Paul A. Pavlou**, and N. Venkatraman (2013), "Digital Business Strategy: Toward a Next Generation of Insights," ***MIS Quarterly***, 37, 2, 471-482.

14. Bharadwaj, Anandhi, Omar A. El Sawy, **Paul A. Pavlou**, and N. Venkatraman (2013), "Visions and Voices on Emerging Challenges in Digital Business Strategy," ***MIS Quarterly***, 37, 2, 633-661.

15. Gefen, David and **Paul A. Pavlou** (2012), "The Boundaries of Trust and Risk: The Quadratic Moderating Role of Institutional Structures," ***Information Systems Research***, 23, 3, pp. 940-959.

16. Dimoka, Angelika, Yili (Kevin) Hong, and **Paul A. Pavlou** (2012), "On Product Uncertainty in Online Markets: Theory and Evidence," ***MIS Quarterly***, 36, 2, pp. 395-426.

17. Rai, Arun, **Paul A. Pavlou**, Ghiyoung Im, and Steve Du (2012), "Inter-firm IT Capability Profiles and Communications for Co-Creating Relational Value: Evidence from the Logistics Industry," *MIS Quarterly*, 36, 1, 233-262.

18. Dimoka A., Banker, R.D., Benbasat, I., Davis, F.D., Dennis, A.R., Gefen, D., Gupta, A., Ischebeck, A., Kenning, P., **Pavlou, P. A.**, Müller-Putz, G., Riedl, R., vom Brocke, J., and Weber, B. (2012), "On the Use of Neurophysiological Tools in IS Research: Developing a Research Agenda for NeuroIS," *MIS Quarterly*, 36, 3, 679-702.

19. **Pavlou, Paul A.** (2011), "State of the Information Privacy Literature: Where Are We Now and Where Should We Go," *MIS Quarterly* 35, 4, pp. 977-988.

20. Dimoka, Angelika, **Paul A. Pavlou**, and Fred D. Davis (2011), "Neuro-IS: The Potential of Cognitive Neuroscience for Information Systems Research," *Information Systems Research*, 22, 4, 687-702.

21. Banker, Rajiv, Nan Hu, **Paul A. Pavlou** and Jerry Luftman (2011), "Strategic Positioning, CIO Reporting Structure, and Firm Performance," *MIS Quarterly*, 35, 2, 487-504.

22. **Pavlou, Paul A.** and Omar A. El Sawy (2011), "Understanding the Elusive Black Box of Dynamic Capabilities," *Decision Sciences*, 42, 1, 239-273.

23. El Sawy, Omar A., Arvind Malhotra, Youngki Park, and **Paul A. Pavlou** (2010), "Seeking the Configurations of Digital Ecodynamics: It Takes Three to Tango," *Information Systems Research*, 21, 4, 835-848.

24. **Pavlou, Paul A.** and Omar A. El Sawy (2010), "The 'Third Hand': IT-Enabled Competitive Advantage in Turbulence through Improvisational Capabilities," *Information Systems Research*, 21, 3, 443-471.

25. Zheng, Zhiqiang (Eric) and **Paul A. Pavlou** (2010), "Toward a Causal Interpretation for Structural Models: A New Bayesian Networks Method for Observational Data with Latent Variables," *Information Systems Research*, 21, 2, 365-391.

26. Benbasat, Izak, David Gefen, and **Paul A. Pavlou** (2010), "Introduction to the Special Issue on Novel Perspectives on Trust in Information Systems," *MIS Quarterly*, 34, 2, 367-371.

27. Varadarajan, Rajan, Raji Srinivasan, Gautham Gopal, Manjit Yadav, **Paul A. Pavlou**, Sandeep Krishnamurthy, and Tom Krause (2010) "Interactive Technologies and Retailing Strategy: A Review, Conceptual Framework, and Future Research Directions," *Journal of Interactive Marketing*, 24, 2, 96-110.

28. Hu, Nan, **Paul A. Pavlou**, and Jennifer Zhang (2009), "Why Do Product Reviews have a J-Shaped Distribution?" *Communications of the ACM*, 52, 10, 144-147.

29. Benbasat, Izak, Gefen, David, and **Paul A. Pavlou** (2008), "Trust in Online Environments: Introduction to the Special Issue, *Journal of Management Information Systems*, 24, 4, 5-11.

30. Benbasat, Izak, Gefen, David, and **Paul A. Pavlou** (2008), "A Research Agenda for Trust in Online Environments," *Journal of Management Information Systems*, 24, 4, 275-286.

31. El Sawy, Omar and **Paul A. Pavlou** (2008), "IT-Enabled Business Capabilities for Turbulent Environments," *MIS Quarterly Executive*, 7, 3, 139-150.

32. **Pavlou, Paul A**., Huigang Liang, and Yajiong Xue (2007), "Understanding and Mitigating Uncertainty in Online Environments: A Principal-Agent Perspective," *MIS Quarterly*, 31, 1, 105-136.

33. **Pavlou, Paul A.** and Omar A. El Sawy (2006), "From IT Leveraging Competence to Competitive Advantage in Turbulent Environments," *Information Systems Research*, 17, 3, 198-227 (Lead Article). (Won the **2007 'ISR Best Paper'** award and the **2006 'Top IS Publication of the Year**' award).

34. Ettlie, John and **Paul A. Pavlou** (2006) "Technology-Based New Product Development Partnerships," *Decision Sciences*, 37, 2, 117-148 (Lead & Featured Article) (Runner Up to Best Paper Award).

35. **Pavlou, Paul A.** and Mendel Fygenson (2006), "Understanding and Predicting Electronic Commerce Adoption: An Extension of the Theory of Planned Behavior," *MIS Quarterly*, 30, 1, 115-143.

36. **Pavlou, Paul A.** and Angelika Dimoka (2006), "The Nature and Role of Feedback Text Comments in Online Marketplaces: Implications for Trust Building, Price Premiums, and Seller Differentiation," *Information Systems Research*, 17, 4, 391-412.

37. **Pavlou, Paul A.** and David Gefen (2005), "Psychological Contract Violation in Online Marketplaces: Antecedents, Consequences, and Moderating Role," *Information Systems Research*, 16, 4, 272-299.

38. **Pavlou, Paul A.**, Thomas Housel, Waymond Rodgers, and Eric Jansen (2005), "Measuring the Return on Information Technology: A Knowledge-Based Approach for Revenue Allocation at the Process and Firm Level," *Journal of the Association of Information Systems (JAIS)*, 7, 4, 199-226.

39. **Pavlou, Paul A.** and David Gefen (2004), "Building Effective Online Marketplaces with Institution-Based Trust," *Information Systems Research*, 15, 1, 27-53.

40. **Pavlou, Paul A.** (2003), "Consumer Acceptance of Electronic Commerce: Integrating Trust and Risk with the Technology Acceptance Model," *International Journal of Electronic Commerce*, 7, 3, 69-103.

41. **Pavlou, Paul A.** (2002), "Institution-Based Trust in Interorganizational Exchange Relationships: The Role of Online B2B Marketplaces on Trust Formation," *Journal of Strategic Information Systems*, 11, 5/6, 215-243.

42. Stewart, David W. and **Paul A. Pavlou** (2002), "From Consumer Response to Active Consumer: Measuring the Effectiveness of Interactive Media," *Journal of the Academy of Marketing Science*, 30, 4, 376-396.

43. Ba, Sulin and **Paul A. Pavlou** (2002), "Evidence of the Effect of Trust Building Technology in Electronic Markets: Price Premium and Buyer Behavior," *MIS Quarterly,* 26, 3, 243-268.

## JOURNAL MANUSCRIPTS UNDER REVIEW

1. Chen, Pei-yu, **Paul A. Pavlou**, and Yang, Yang, (2016), "Enhancing Open Innovation Contests in Online Markets," (under 3rd round of review in *Production and Operations Management*).

2. Tan, Choon-Huan, **Paul A. Pavlou**, Hock-Hai Teo, and Choon-Ling Sia (2016), "On the Design of Sequential Online Product Shopping Aids," (under preparation for 3rd round of review in *Information Systems Research*).

3. Zhang, Bin, **Paul A. Pavlou**, and Ramayya Krishnan (2016), "Direct Versus Indirect Peer Influence in Large Social Networks," (under preparation for a 3rd round of review in *Information Systems Research*).

4. Atasoy, Hilal, Rajiv Banker, and **Paul A. Pavlou** (2016), "Information Technology Skills and Employment Opportunities for Workers," (under preparation for a 2nd round of review in *Management Science*).

5. Ganju, Kartik, Paul A. Pavlou, and Hilal Atasoy (2016), Do Electronic Medical Record Systems Inflate Medical Reimbursements?" (under preparation for a 2nd round of review in *Management Science*).

6. Li, Ting and **Paul A. Pavlou** (2016), "The Network Value Versus Information Privacy Concerns Dilemma" (under preparation for a 2nd round of review in *Information Systems Research*).

PX4-23

# SPONSORED RESEARCH

- 2016, **National Science Foundation**, Safe and Trustworthy Cyberinfrastructure (SaTC). (PI, with Angelika Dimoka and Crystal Reeck), $140,000.

- 2016, **Office of the Inspector General**, United States Postal Service, (co-PI, with Angelika Dimoka and Vinod Venkatraman), $143,000.

- 2015, **National Science Foundation**, "Privacy in an Era of Big Data" (PI, with Sunil Wattal), $50,000.

- 2015, **United States Postal Service** (co-PI, with Angelika Dimoka and Vinod Venkatraman), $130,000.

- 2014, **Advertising Research Foundation** (co-PI, with Angelika Dimoka and Vinod Venkatraman), $320,000.

- 2013, **NET Institute** Summer Grant (co-PI, with Yili Hong and Alex Wang), $3,000.

- 2013, **CIBER** Grant Award, US Department of Education (co-PI, with Yili Hong), $5,000.

- 2012, **Big Data** Grant Competition, Institute for Business & Information Technology (PI, with Jichun Xie and Bin Zhang), $10,000.

- 2010, **CIBER** Grant Award, Department of Education CIBER Grant (co-PI, with Yili Hong), $5,000.

# WORKING PAPERS

- **Pavlou, Paul A**. and Manjit Yadav (2016), "The Next Generation of Transformation in Electronic Commerce: A Framework for Analysis and Future Research in Digital Environments.

- Banker, Rajiv, Cecilia Feng, and **Paul A. Pavlou** (2016), "What Makes an Appropriate CIO: CIO Background, Strategic Positioning, and Stock Market Reaction to CIO Appointments."

- Hong, Yili (Kevin), **Paul A. Pavlou**, and Pei-yu Chen (2016), "Quality-Adjusted Consumer Surplus: Measurement, Effects, and Antecedents in Online Markets."

- Pang, Min-Seok and **Paul A. Pavlou** (2016), "Does IT Use by the Police Keep the City's Finest Safer?"

- Li, Ting and **Paul A. Pavlou** (2016), "How Does Observational Learning Really Affect Consumer Decisions? Insights from an Eye Tracking Study.

- Park, YoungKi, **Paul A. Pavlou**, and Nilesh Saraf (2016), "Configurations of Innovation Ambidexterity using Information Technology."

- Wu, Shin-yi and **Paul A. Pavlou** (2016), "Optimal Fixed-Up-To (FUT) Pricing for Information Services."

- Dimoka, Angelika, **Paul A. Pavlou**, Benbasat Izak, and Lingyun Qiu (2015), "The Role of Similarity in Anthropomorphic Recommendation Agents: A Study of Similarity-Attraction and Dissimilarity-Repulsion."

- Venkatraman, N., El Sawy, Omar, **Paul A. Pavlou**, and Anandhi Bharadwaj (2015), "Theorizing Digital Business Innovation: Platforms and Capabilities in Ecosystems."

- Benbasat Izak, Angelika Dimoka, **Paul A. Pavlou**, and Lingyun Qiu (2015), "Explaining the Adoption of Anthropomorphic Online Recommendation Agents: A Functional Neuroimaging Study."

PX4-24

# INVITED PRESENTATIONS

1. University of Minnesota, Information and Decision Sciences Department, Fall 2016.

2. University of Pennsylvania, The Wharton School, Spring 2016.

3. Carnegie Mellon University, The Heinz School, Fall 2015.

4. University of Arizona, Carey School of Business, Fall 2015.

5. Boston University, Information Systems Department, Fall 2014.

6. Keynote Address, Global Information Technology Management Association, Summer 2014.

7. Plenary Address, Big Data Expert Meeting, Amsterdam, Netherlands, Summer 2014.

8. University of Texas at Austin, McCombs School of Business, Spring 2014.

9. University of Florida, Warrington College of Business, Spring 2014.

10. Arizona State University, Carey School of Business, Spring 2014.

11. Erasmus University, Rotterdam School of Management, Fall 2013.

12. University of Florida, Warrington College of Business, Spring 2013.

13. University of Maryland, Robert Smith School of Business, Spring 2013.

14. University of Texas at Dallas, Jindal School of Management, Fall 2012.

15. University of British Columbia, Souder School of Business, Fall 2012.

16. Georgia State University, Robinson School of Business, Fall 2012.

17. Purdue University, Krannert School of Management, Spring 2012.

18. HEC Montreal, Montreal, Canada, Fall 2011.

19. Massachusetts Institute of Technology, Center for Digital Business, Spring 2011.

20. Indiana University, Rob Kling Center for Social Informatics, Spring 2011.

21. University of Pittsburgh, Information Systems Department, Spring 2011.

22. Washington State University, Information Systems Department, Fall 2010.

23. 16th Americas Conference on Information Systems, Panel on "The Credibility Crisis in IS," Summer 2010.

24. University of Southern California, Information & Operations Management Department, Spring 2010.

25. Johannes Keppler University, Business Informatics Department, Spring 2009.

26. Arizona State University, Carey School of Business, Spring 2009.

PX4-25

27. Georgia State University, Information Systems Department, Fall 2008.

28. University of Georgia, Department of Management Information Systems, Fall 2008.

29. Carnegie Mellon University, Tepper School of Business, Spring 2008.

30. University of Kansas, Department of Accounting & Information Systems, Spring 2008.

31. University of North Carolina, Greensboro, Information Systems Department, Spring 2008.

32. University of California, Los Angeles (UCLA), Information Systems Department, Fall 2007.

33. New Jersey Institute of Technology, School of Management, Fall 2007.

34. University of Houston, Information Systems and Decision Sciences Department, Fall 2007.

35. City University of Hong Kong, Information Systems Department, Summer 2007.

36. University of Texas at Austin, Information and Decision Sciences Department, Spring 2007.

37. University of Oklahoma, Information Systems Department, Winter 2007.

38. University of British Columbia, Information Systems Division, Fall 2006.

39. University of Minnesota, Management Information Systems Research Center, Spring 2006.

40. University of Virginia, Information Systems Department, Spring 2006.

41. Temple University, Information Systems Department, Spring 2006.

42. Naval Postgraduate School, Information & Operations Management Department, Spring 2006.

43. University of Arkansas, Sam Walton School of Business, Fall 2005.

44. Americas Conference on Information Systems, *Panel: Becoming a Great Reviewer*, Summer 2005.

45. Ohio State University, Department of Accounting and Information Systems, Spring 2005.

46. University of Cincinnati, Department of Business Information Technology, Spring 2005.

47. Boston College, Operations, Information, and Strategic Management Department, Fall 2004.

48. University of Georgia, Management Information Systems Department, Fall 2004.

49. Emory University, Decision and Information Analysis Department, Fall 2004.

50. New York University, Information, Operations, and Management Sciences Department, Spring 2003.

51. University of British Columbia, Information Systems Division, Spring 2003.

52. University of California, Los Angeles (UCLA), Information Systems Department, Fall 2002.

# TEACHING EXPERIENCE

- "MIS Pro-Seminar," PhD level, Management Information Systems Department, Temple University, Fall 2015, Fall 2014, Fall 2013.

- "Advanced Quantitative Research Methods II," PhD level, Fox School of Business, Temple University, Fall 2010, Fall 2011, Fall 2012, Spring 2013.

- "MIS Seminar in Electronic Commerce," PhD level, Fox School of Business, Temple University, Spring 2013.

- "Advanced Quantitative Research Methods III," PhD level, Fox School of Business, Temple University, Spring 2012, Spring 2013.

- "Managing Information in the Enterprise," Executive MBA Level, Management Information Systems Department, Fox School of Business, Temple University, Spring 2012.

- "MIS Introductory Seminar," PhD level, Management Information Systems Department, Temple University, Fall 2009/Spring 2010 & Fall 2010/Spring 2011.

- "Principles, Methods, and Tools for the Networked Economy," MBA level, Management Information Systems Department, Temple University, Fall 2009.

- "Markets for Information Goods," Undergraduate level, Management Information Systems Department, Temple University, Spring 2009.

- "Introduction to Information Systems," Undergraduate level, Management Information Systems Department, Temple University, Spring 2009.

- "Information Economics," Undergraduate level, Information Systems Dept., University of California, Riverside, Spring 2008, Winter 2007, Spring 2006.

- "Information Systems Resource Management," MBA level, Information Systems Dept., University of California, Riverside, Spring 2007, Spring 2006, Winter 2005, Winter 2004.

- "Information Systems Strategy," Undergraduate level, Information Systems Dept., University of California, Riverside, Spring 2007, Spring 2006.

- "Contemporary Issues in Management," Graduate level, Information Systems Dept., University of California, Riverside, Spring 2005.

- "Introduction to Management Information Systems," Undergraduate level, Information Systems Dept., University of California, Riverside, Spring 2005, Winter 2005, Fall 2003.

- "Strategies in Information Systems," Undergraduate level, Information Systems Dept., University of California, Riverside, Winter 2004.

- "Computer Systems for Management," Graduate level, Information Systems Dept., University of California, Riverside, Fall 2003.

- "Networks and Electronic Commerce," Information & Operations Management Dept., University of Southern California, Spring 2003.

PX4-27

# THESIS ADVISING

**INFORMATION SYSTEMS**

- Kartik Ganju, 2016, McGill University, (Chair)

- Kevin (Yili) Hong, 2014, Arizona State University, Assistant Professor (Chair)

    - ICIS Top Dissertation Award

    - INFORMS Nunamaker-Chen Best Dissertation Award Runner-Up

- Gordon Burtch, 2013, University of Minnesota, Assistant Professor (Member)

- Yang Yang, 2012, Harbin Institute of Technology, Assistant Professor (Member)

**TOURISM AND HOSPITALITY MANAGEMENT**

- James Du, 2015, Florida State University, Assistant Professor (Member)

# UNIVERSITY SERVICE

**Temple University**
- Member, Graduate Board, 2011-Present

**Fox School of Business**

- Chair, Journal Vetting Committee, 2012-Present

- Chair, Distinguished Visiting Scholars Program, 2010-Present

- Chair, Inter-disciplinary Young Scholars Program, 2010-Present

**Management Information Systems (MIS) Department**

- Chair, Faculty Search Committee, 2011, 2012, 2013

- Member, Evaluation Metrics Committee, 2010-2011

- Chair or Member, Internal Faculty Evaluation Committees, 2009-2012

PX4-28

# PROFESSIONAL SERVICE

- **Senior Editor**
  - *Information Systems Research*, 2016-2018
  - *MIS Quarterly*, 2013-2015
  - *Journal of the Association of Information Systems*, 2011-2013
  - "Digital Business Strategy: Toward a New Generation of Insights," *MIS Quarterly*, 2010-2012
  - "Novel Perspectives of Trust in Information Systems," *MIS Quarterly*, 2008-2010
  - "Trust in Online Environments," *Journal of Management Information Systems*, 2006-2007

- **Editorial Boards**
  - *MIS Quarterly* (Associate Editor), 2007-2010
  - *International Journal of Electronic Commerce*, 2007-2011
  - *Electronic Commerce Research and Applications Journal,* 2007-2011
  - *DATABASE,* 2006-2009
  - *Journal of the Association of Information Systems*, 2006-2009

- **Program Co-Chair**
  - Conference on Information Technologies and Systems (CIST), Philadelphia, 2015
  - Americas Conference on Information Systems (AMCIS), Puerto Rico, 2015
  - 22nd Workshop on Information Systems Economics (WISE), Shanghai, China, 2011
  - 5th Mediterranean Conference on Information Systems, Nicosia, Cyprus, 2011
  - 4th Mediterranean Conference on Information Systems, Tel Aviv, Israel, 2010

- **Conference Track Chair**
  - "Electronic Business and Competitive Strategy" Track, *International Conference on Information Systems* (*ICIS*), Auckland, New Zealand, 2013
  - ICMB/Global Mobility Roundtable Conference, Athens, Greece, 2010
  - "Web-based Information Systems and Applications" Track, *International Conference on Information Systems* (*ICIS*), Phoenix, AZ, 2009
  - "Web-based Information Systems and Applications" Track, *International Conference on Information Systems* (*ICIS*), Montreal, Canada, 2007
  - "Electronic and Interactive Marketing" Track, *Academy of Marketing Science* (*AMS*) Conference, Coral Gables, FL, 2007
  - "Web-based Information Systems and Applications" Track, *International Conference on Information Systems* (*ICIS*), Milwaukee, WI, 2006
  - "Trust in an e-Business Context," *Americas Conference on Information Systems* (*AMCIS*), 2002
  - "Trust in Electronic Commerce," *Americas Conference on Information Systems* (*AMCIS*), 2001

- **Program Committee Member**
  - 11th International Conference on Electronic Commerce, Taipei, Taiwan, 2009
  - 11th *INFORMS* Conference on Information Systems and Technologies (*CIST*), Seattle, WA, 2007
  - *Association of Computing Machinery* Conference on Electronic Commerce, San Diego, CA, 2007
  - 9th *INFORMS* Conference on Information Systems & Technology (*CIST*), Denver, CO, 2004
  - 8th *INFORMS* Conference on Information Systems & Technology (*CIST*), Atlanta. GA, 2003
  - *International Resource Management Association* (*IRMA*) Conference, Philadelphia, PA, 2003

- **Reviewer**
  - *MIS Quarterly, Information Systems Research, Management Science, Organization Science, Journal of Marketing, Decision Sciences, Journal of Management Information Systems,  Journal of the Association of Information Systems, International Journal of Electronic Commerce, Journal of the Academy of Marketing Science, Decision Support Systems.*

PX4-29

# PX4
# Att. B

# Declaration and Expert Report of Paul A. Pavlou, Ph.D

PX4-30

**Attachment B**

**Relevant Literature pertaining to this Expert Report**

1.  Anderson, E. and Simester, D. (2014), "Reviews without a Purchase: Low Ratings, Loyal Customers and Deception, *Journal of Marketing Research*, 51, 3, 249-269.

2.  Archak, N., Ghose, A. and Ipeirotis, P.G. (2011), "Deriving the Pricing Power of Product Features by Mining Consumer Reviews," *Management Science*, 57, 8, 1485-1509.

3.  Awad, N. F., and Zhang, J. (2007), "Stay out of my forum! Evaluating firm involvement in online ratings communities," *Proceedings of the 40th Annual Hawaii International Conference on Systems Sciences*, Waikoloa, HI, IEEE Computer Society, (Online: https://www.computer.org/csdl/proceedings/hicss/2007/2755/00/27550153c.pdf).

4.  Ba, S. and Pavlou, P.A. (2002), "Evidence of the Effect of Trust Building Technology in Electronic Markets: Price Premium and Buyer Behavior," *MIS Quarterly,* 26, 3, 243-268.

5.  Chatterjee, P. (2001), "Online Reviews: Do Consumers Use Them?" *Advances in Consumer Research*, 28, 1, 129-133.

6.  Chen, Y. and Xie, J. (2008), "Online Consumer Review: Word-of-Mouth as an Element of the Marketing Communication Mix," *Management Science*, 54, 3, 477-491.

7.  Chevalier, J. and Mayzlin, D. (2006), "The Effect of Word of Mouth on Sales: Online Book Reviews," *Journal of Marketing Research*, 43, 3, 345-354.

8.  Chintagunta, P.K., Gopinath, S. and Venkataraman, S. (2010), "The effects of online user reviews on movie box office performance: Accounting for sequential rollout and aggregation across local markets," *Marketing Science*, 29, 5, 944-957.

9.  Clemons, E.K., Guodong, G.G., and Hitt, L. (2006), "When Online Reviews Meet Hyperdifferentiation: A Study of the Craft Beer Industry," *Journal of Management Information Systems*, 23, 2, 149-171.

10. Dellarocas, C. (2003). "The Digitization of Word of Mouth: Promise and Challenges of Online Feedback Mechanisms," *Management Science*, 49, 10, 1407-1424.

11. Dellarocas, C. 2006. "Strategic Manipulation of Internet Opinion Forums: Implications for Consumers and Firms," *Management Science*, 52, 10, 1577-1593.

12. Dellarocas, C. and Wood, C. (2008) "The Sound of Silence in Online Feedback: Estimating Trading Risks in the Presence of Reporting Bias," *Management Science*, 54, 3, 460–476.

13. Dimoka, A., Y. Hong, and P.A. Pavlou (2012), "On Product Uncertainty in Online Markets: Theory and Evidence," *MIS Quarterly*, 36, 2, 395-426.

14. Duan, W., Gu, B., and Whinston, A. (2008a), "The Dynamics of Online Word-of-Mouth and Product Sales – An Empirical Investigation of the Movie Industry," *Journal of Retailing*, 84, 2, 233-242.

15. Duan, W., Gu, B. and Whinston, A. B. (2008b), "Do Online Reviews Matter?—An Empirical Investigation of Panel Data," *Decision Support Systems*. 45, 4, 1007-1016.

16. Duan, W., Gu, B., and Whinston, A.B. (2009), "Informational Cascades and Software Adoption on the Internet: An Empirical Investigation," *MIS Quarterly*, 33, 1, 23-48.

17. Forman, C. Ghose, A. and Wiesenfeld, B. (2008), "Examining the Relationship Between Reviews and Sales," *Information Systems Research*, 19, 3, 291–313.

18. Gao, G., Greenwood, B. N., Agarwal., R., McCullough, J. S. (2015), "Vocal Minority and Silent Majority: How Do Online Ratings Reflect Population Perceptions of Quality?" *MIS Quarterly,* 39, 3, 565-589.

19. Godes, D., and Mayzlin, D. (2004), "Using Online Conversations to study Word of Mouth Communication," *Marketing Science*, 23, 4, 545-560.

20. Godes, D., Mayzlin, D. (2009), "Firm-created Word-of-mouth Communication: Evidence from a Field Test," *Marketing Science*, 28, 4, 721-739.

21. Gu, B., Park, J. and Konana, P. (2012), "The Impact of External Word-of-Mouth Sources on Retailer Sales of High-Involvement Products," *Information Systems Research*, 23, 1, 182-196.

22. Hong, Y. and Pavlou, P.A. (2014), "Product Fit Uncertainty: Nature, Effects, and Antecedents," *Information Systems Research*, 25, 2, 328-344.

23. Hu, N., Bose, I., Gao, Y., and Liu, L. (2011), "Manipulation in Digital word-of-mouth: A Reality Check for Book Reviews," *Decision Support Systems*, 50, 627-635.

24. Hu, N., Bose, I., Koh, N.S., and Liu, L. (2012), "Manipulation of Online Reviews: An Analysis of Ratings, Readability, and Sentiments," *Decision Support Systems*, 52, 674-684.

25. Hu, N., P.A. Pavlou, and J. Zhang (2009), "Why Do Product Reviews have a J-Shaped Distribution?" *Communications of the ACM*, 52, 10, 144-147.

26. Hu, N., Pavlou, P.A. and Zhang, J. (2017), "On Selection Biases in Online Product Reviews," *MIS Quarterly* (forthcoming).

27. Jabr, W., and Zheng, Z. 2014. "Know Yourself and Know Your Enemy: An Analysis of Firm Recommendations and Consumer Reviews in a Competitive Environment," *MIS Quarterly*, 38, 3, 635–651.

28. Kwark, Y., Chen, J., and Raghunathan, S. 2014. "Online Product Reviews: Implications for Retailers and Competing Manufacturers," *Information Systems Research*, 25,1, 93–110.

29. Li, X., and Hitt, L.M. 2008. "Self Selection and Information Role of Online Product Reviews," *Information Systems Research*, 19, 4, 456-474.

30. Li, X., Hitt, L. M., and Zhang, J. 2010. "Product Reviews and Competition in Markets for Repeat Purchase Products," *Journal of Management Information Systems*, 27, 4, 9-42.

31. Liu, Y. (2006), "Word-of-Mouth for Movies: Its Dynamics and Impact on Box Office Revenue," *Journal of Marketing*, 70, 3, 74-89.

32. Libai, B., Muller, E. Peres, R. (2013), "Decomposing the Value of Word-of-mouth Seeding Programs: Acceleration versus Expansion," *Journal of Marketing Research*, 50, 2, 161-176.

33. Luca, M., and Zervas, G. "Fake It Till You Make It: Reputation, Competition, and Yelp Review Fraud" Working Paper, Harvard University, under review in *Management Science* (Online: http://www.hbs.edu/faculty/Pages/item.aspx?num=45151).

34. Malbon, J. "Taking Fake Online Consumer Reviews Seriously," *Journal of Consumer Policy*, March 2013.

35. Mayzlin, D., Dover, Y. and Chevalier, J. (2014) "Promotional Reviews: An Empirical Investigation of Online Review Manipulation," *American Economic Review*, 104, 8, 2421-2455.

36. Mayzlin, D. (2006), "Promotional Chat on the Internet," *Marketing Science*, 25, 2, 155-163.

37. Moe, W.W. and Schweidel, D.A. (2012), "Online Product Opinions: Incidence, Evaluation and Evolution," *Marketing Science*, 31 (3), 372-386.

38. Moe, W.W. and Trusov, M. (2011), "The Value of Social Dynamics in Online Product Ratings," *Marketing Science*, 48, 3, 444-456.

39. Mudambi, S. and Schuff, D. (2010), "What Makes a Product Review Helpful: A Study of Customer Reviews on Amazon.com," *MIS Quarterly*, 34, 1, 185-200.

40. Pavlou, P.A. and Dimoka, A. (2006), "The Nature and Role of Feedback Text Comments in Online Marketplaces: Implications for Trust Building, Price Premiums, and Seller Differentiation," *Information Systems Research*, 17, 4, 391-412.

41. Pavlou, P.A. and Gefen, D. (2004), "Building Effective Online Marketplaces with Institution-Based Trust," *Information Systems Research*, 15, 1, 27-53.

42. Sharp, S., Huang, D. and T. Ravichandran, (2014), "Toward an Understanding of Consumer Feedback in the Online Environment: Does Managerial Participation Help?" In Obal, M.W., Krey, N. and Bushardt, C. "Let's Get Engaged! Crossing the Threshold of Marketing's Engagement Era," *Proceedings of the 2014 Academy of Marketing Science*, 393-398.

43. Wetzer, I.M., Zeelenberg, M., and Pieters, R. (2007), "Never eat in that restaurant, I Did!: Exploring why people engage in negative word-of-mouth communication," *Psychology and Marketing*, 24, 8, 661–680.

44. Ye, Q., Law, R. and Gu, B. (2009), "The impact of online user reviews on hotel room sales," *International Journal of Hospitality Management*, 28, 1, 180-182.

45. You, Y., Vadakkepatt, G.G., and Joshi, A.M., (2015), "A Meta-Analysis of Electronic Word-of-Mouth Elasticity," *Journal of Marketing*, 79, 19-39.

46. Zhu, F. and Zhang, M.X., (2010), "Impact of Online Consumer Reviews on Sales: The Moderating Role of Product and Consumer Characteristics," *Journal of Marketing*, 74, 2, 133-148.