# PX11

# Excerpts and Exhibits from Ross Finesmith's Deposition

# In the Matter of:

# FTC v. Roca Labs, Inc., et al.

*December 13, 2016*
*Ross Finesmith*

**Condensed Transcript with Word Index**



**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

## Page 1

```
 1  UNITED STATES DISTRICT COURT.
 2  MIDDLE DISTRICT OF FLORIDA
 3  TAMPA DIVISION
    ------------------------------------------X
 4  FEDERAL TRADE COMMISSION,
 5                      Plaintiff,
 6    -against-
 7  ROCA LABS, INC., a corporation; ROCA LABS
    NUTRACEUTICAL USA, INC., a corporation; MUST
 8  CURE OBESITY, CO., a corporation; JURAVIN,
    INCORPORATED, INC., a corporation; DON JURAVIN,
 9  individually and as an officer of Roca Labs,
    Inc., Roca Labs Nutraceutical USA, Inc., Must
10  Cure Obesity, Co., and Juravin, Incorporated;
    and GEORGE WHITING, individually and as an
11  officer of Roca Labs, Inc., Roca Labs
    Nutraceutical USA, Inc., and Zero Calorie Labs,
12  Inc.,
13                     Defendants.
14  Civ. No.: 8:15-cv-02231-MSS-TBM
    ------------------------------------------X
15
16                970 Broad Street
                  Newark, New Jersey
17
                  December 13, 2016
18                9:19 a.m.
19
20       DEPOSITION of ROSS FINESMITH, taken before
    Sadie L. Herbert, a RPR and Notary Public of the
21  States of New York and New Jersey.
22
23
24
25
```

## Page 2

```
 1  A P P E A R A N C E S:
 2
 3  FEDERAL TRADE COMMISSION
 4  ON BEHALF OF PLAINTIFF:
 5       600 Pennsylvania Avenue, N.W.
 6       Washington, DC  20580
 7  BY:  PAUL SPELMAN, ESQ.
 8       CARL H. SETTLEMYER, III, ESQ.
 9       Phone 202.326.2487
10       pspelman@ftc.gov
11       csettlemyer@ftc.gov
12
13
14  SHUMAKER, LOOP & KENDRICK, LLP
15  ON BEHALF OF DEFENDANTS:
16  (Via telephonic conference)
17       101 E Kennedy Boulevard
18       Suite 2800
19       Tampa, Florida  33602
20  BY:  THOMAS F. MCDONNELL, JR., ESQ.
21       Phone 813.229.7600
22       tmcdonnell@slk-law.com
23
24
25
```

## Page 3

```
 1  ------------------ I N D E X -----------------
 2  WITNESS            EXAMINATION BY        PAGE
 3  ROSS FINESMITH     MR. SPELMAN              9
 4                     MR. MCDONNELL      195, 209
 5                     MR. SETTLEMYER         205
 6
 7
 8  --------------- E X H I B I T S --------------
 9  PLAINTIFF          DESCRIPTION        FOR I.D.
10  Exhibit 1          Subpoena               11
11  Exhibit 2          Subpoena to Produce    12
12                     Documents, Information,
13                     or Objects
14  Exhibit 3          Independent Contractor 16
15                     Agreement, Bates Stamped
16                     FTC-PROD-010355 - 64
17  Exhibit 4          Independent Contractor
18                     Agreement, Bates Stamped 25
19                     FTC-PROD-010350 - 54
20  Exhibit 5          Email, Bates Stamped   38
21                     FTC-PROD-010883
22  Exhibit 6          Composite Exhibit, Time 40
23                     Sheets
24
25
```

## Page 4

```
 1  ----------- E X H I B I T S (Cont'd)----------
 2  PLAINTIFF          DESCRIPTION        FOR I.D.
 3  Exhibit 7          Emails, Bates Stamped  55
 4                     FTC-PROD-010912 - 13 and
 5                     FTC-PROD-010998 - 11000
 6  Exhibit 8          "Many Problems with this 56
 7                     Page," Bates Stamped
 8                     FTC-PROD-010401 - 03
 9  Exhibit 9          Email, Bates Stamped   57
10                     FTC-PROD-010882
11  Exhibit 10         Memo, Bates Stamped    60
12                     FTC-PROD-010404 - 05
13  Exhibit 11         Email, Bates Stamped   70
14                     FTC-PROD-010980 - 81
15  Exhibit 12         Typewritten document,  74
16                     Bates Stamped
17                     FTC-PROD-010481 - 85
18  Exhibit 13         Email, Bates Stamped   76
19                     FTC-PROD-011001
20  Exhibit 14         Email, Bates Stamped   80
21                     FTC-PROD-010932
22  Exhibit 15         Email, Bates Stamped   83
23                     FTC-PROD-010898
24
25
```

5

1   ------------ E X H I B I T S (Cont'd)------------
2   PLAINTIFF        DESCRIPTION        FOR I.D.
3   Exhibit 16    Information for Physicians,    95
4              Bates Stamped
5              FTC-PROD-010676 - 79
6   Exhibit 17    Typewritten document,    111
7              Bates Stamped
8              FTC-PROD-010334 - 39
9   Exhibit 18    DVD                118
10  Exhibit 19    Email, Bates Stamped    129
11             FTC-PROD-010923 - 25
12  Exhibit 20    WebMD Screenshot    132
13  Exhibit 21    Typewritten document,    134
14             Bates Stamped
15             FTC-PROD-010857 - 59
16  Exhibit 22    Typewritten document,    138
17             Bates Stamped
18             FTC-PROD-010365 - 67
19  Exhibit 23    Typewritten document,    141
20             Bates Stamped
21             FTC-PROD-010739
22  Exhibit 24    Typewritten document,    143
23             Bates Stamped
24             FTC-PROD-010855 - 56
25

6

1   ------------ E X H I B I T S (Cont'd)------------
2   PLAINTIFF        DESCRIPTION        FOR I.D.
3   Exhibit 25    "Paper on not losing    145
4              weight," Bates Stamped
5              FTC-PROD-010770 - 72
6   Exhibit 26    Side Effects, Bates    147
7              Stamped FTC-PROD-010472 -
8              74
9   Exhibit 27    Badawy Letter, Bates    149
10             Stamped FTC-PROD-010148 -
11             53
12  Exhibit 28    Spreadsheet        153
13  Exhibit 29    Research Protocol, Bates    155
14             Stamped FTC-PROD-010393 -
15             97 and FTC-PROD-010842 -
16             47
17  Exhibit 30    Typewritten document,    158
18             Bates Stamped
19             FTC-PROD-010840 - 41
20  Exhibit 31    Typewritten document,    159
21             Bates Stamped
22             FTC-PROD-010145 - 46
23  Exhibit 32    Typewritten document,    161
24             Bates Stamped
25             FTC-PROD-010497 - 501

7

1   ------------ E X H I B I T S (Cont'd)------------
2   PLAINTIFF        DESCRIPTION        FOR I.D.
3   Exhibit 33    Emails, Bates Stamped    162
4              FTC-PROD-011038 - 40 and
5              FTC-PROD-011044 - 47
6   Exhibit 34    Emails, Bates Stamped    166
7              FTC-PROD-011008 - 09 and
8              FTC-PROD-010901 - 03
9   Exhibit 35    Email, Bates Stamped    169
10             FTC-PROD-010946 - 48
11  Exhibit 36    Email, Bates Stamped    175
12             FTC-PROD-010940 - 42
13  Exhibit 37    Letter to Whiting,    178
14             Bates Stamped
15             FTC-PROD-010107 - 08
16  Exhibit 38    Email, Bates Stamped    181
17             FTC-PROD-011051
18  Exhibit 39    Typewritten document,    183
19             Bates Stamped
20             FTC-PROD-010142
21  Exhibit 40    TEAS Plus Application,    185
22             Bates Stamped
23             FTC-PROD-002762 - 69
24
25

8

1   ------------ E X H I B I T S (Cont'd)------------
2   PLAINTIFF        DESCRIPTION        FOR I.D.
3   Exhibit 41    TEAS Plus Application,    186
4              Bates Stamped
5              FTC-PROD-002779 - 86
6   Exhibit 42    Website Printout,    187
7              Bates Stamped
8              FTC-PROD-012446 - 52
9   Exhibit 43    Website Printout,    189
10             Bates Stamped
11             FTC-PROD-012453 - 57
12  Exhibit 44    Website Printout,    191
13             Bates Stamped
14             FTC-PROD-012418 - 23
15  Exhibit 45    Website Printout,    193
16             "Avoidable Side Effects"
17
18
19
20         (EXHIBITS TO BE PRODUCED)
21
22
23
24
25

9

```
1              P R O C E E D I N G S
2         MR. SPELMAN:  We're here in
3     connection with the Federal Trade
4     Commission versus Roca Labs, et al.,
5     Case Number 15-CV-02231, filed in the
6     United States District Court for the
7     Middle District of Florida.
8         Now, if you could swear in the
9     witness, please.
10
11  ROSS FINESMITH, the witness herein, having first
12      been duly sworn, was examined and
13      testified as follows:
14              EXAMINATION
15  BY MR. SPELMAN:
16    Q   Okay.  Just some preliminaries.
17        Do you understand that you have taken
18  an oath to tell the truth?
19    A   I do.
20    Q   Okay.  So some housekeeping things, let
21  me just, for the most part, finish -- let me
22  finish my questions before you answer, and I'll
23  try to do the same.  I'm not always great at
24  that, but I'll try.  Answer audibly and with
25  words as opposed to just nodding or going
```

10

```
1   "uh-huh," because otherwise, it won't be picked
2   up.
3         Do you understand that?
4     A   Yes, I understand.
5     Q   Okay.  If you don't understand a
6   question, tell me, it's not my intent to trick
7   or confuse you or make you look bad.  If you
8   answer, I'll assume you understood.
9         Well, if you hear an attorney on the
10  phone, obviously, make an objection to a
11  question, you should go ahead and answer the
12  question.  They're making the objection to
13  preserve it for later, but it doesn't effect
14  your responsibility to answer the question fully
15  and truthfully.
16    A   Okay.
17    Q   If you need to take a break, just say
18  something, let me know, although I'd prefer that
19  you not take a break after I've asked a
20  question.  If later in the deposition you
21  remember additional information or want to
22  clarify an earlier answer, just tell me and
23  we'll allow you to do so.
24        Is there any reason you can't proceed?
25    A   No, there's not.
```

11

```
1     Q   Are you under the influence of any
2   medications, drugs or alcohol that would impair
3   your abilities to testify truthfully?
4     A   No.
5     Q   Do you have any illness or hearing
6   problems that would prevent you from hearing my
7   questions and answering?
8     A   No.
9     Q   Do you understand all the instructions
10  I've just given?
11    A   Yes.
12    Q   What is the primary language you use
13  for business dealings?
14    A   English.
15    Q   Okay.  First off, what did you do to
16  prepare for this deposition, did you talk to
17  anyone or review any documents?
18    A   No, I did not review any documents or
19  talk to anybody.
20    Q   Okay.
21        MR. SPELMAN:  Let's see here, let
22      me introduce Exhibit 1.
23        (Plaintiff's Exhibit 1, Subpoena,
24        was marked for identification.)
25    Q   If you could take a look at that.
```

12

```
1     A   (Document review.)
2     Q   Are you familiar with this document?
3     A   Yes, it's a subpoena to testify at a
4   deposition.
5     Q   Is it correct that you're here in
6   response to this subpoena?
7     A   Yes.
8     Q   Okay.
9         MR. SPELMAN:  Anything else we
10      should ask about that exhibit?  No,
11      okay.
12        And let's introduce Exhibit 2.
13        (Plaintiff's Exhibit 2, Subpoena to
14        Produce Documents, Information, or
15        Objects, was marked for
16        identification.)
17    Q   If you could look at that document
18  and --
19        MR. SETTLEMYER:  You can take that
20      apart, too, you can take the paper clip
21      off.
22    Q   Tell me if you recognize it.
23    A   I recognize it.
24    Q   And what is it?
25    A   It was a subpoena for me to produce
```

17

1          for identification.)
2     A   (Document review.)
3     Q   Are you familiar with this document?
4     A   Yes, I am.
5     Q   Could you describe for me what it is?
6     A   Oh, an independent contractor agreement
7  between myself and Roca Labs.
8     Q   Do you know when this agreement was?
9     A   No, I do not know.
10    Q   Okay.  At the -- included in this is
11 your curriculum vitae?
12    A   Yes, yeah.
13    Q   Is that how you pronounce that, by the
14 way?
15    A   Yeah.
16    Q   It looks like, as you said, your focus
17 was on neurological conditions; is that correct?
18    A   Correct.
19    Q   Okay.  And I notice you have -- so you
20 have pharmaceutical industry experience,
21 practice experience, investigator experience.
22        Do any of these -- does any of this
23 experience relate specifically to weight loss or
24 obesity?
25    A   No.

18

1     Q   Okay.  How about this post-doctoral
2  training, did any of that have to do with weight
3  loss or obesity?
4     A   Not directly.  I mean, part of any
5  medical training is related to the hormonal
6  ideology, any of the disorders, including
7  obesity, so I have -- have, you know, a moderate
8  amount of experience just in routine medical
9  care.
10    Q   Okay.  This article -- you wrote an
11 article -- well, you've listed some articles
12 here --
13    A   Mm-hmm.
14    Q   -- did any of these articles have to do
15 with obesity?
16    A   No, no.
17    Q   Okay.  You've got an article on
18 magnesium, that didn't have to do with obesity?
19    A   It did not.
20    Q   Okay.  Besides just the sort of general
21 experience you get from being a physician, do
22 you have a particular background in nutritional
23 or obesity work?
24    A   No.
25    Q   Okay.  Would you consider yourself an

19

1  expert on obesity and weight loss?
2     A   No.
3     Q   Have you ever testified or provided an
4  expert report in a case about nutrition, weight
5  loss or obesity?
6     A   No.
7     Q   Have you ever testified or provided an
8  expert report in any legal case?
9     A   Yes.
10    Q   What was that?
11    A   There were several cases related to
12 neurological outcomes in birth defects, so the
13 case was against the obstetrician or -- and/or a
14 hospital.
15    Q   When was that?
16    A   When I was in practice, between the
17 years of '99 and 2004.
18    Q   Do you remember the name of that case?
19    A   No.
20    Q   Okay.  Do you currently have a medical
21 license?
22    A   I do not.
23    Q   Did you have a medical license when you
24 worked for Roca Labs?
25    A   I did have a medical license at the

20

1  time I worked for Roca Labs.  I did not renew
2  it, I can't remember what year it was, so I
3  believe it was -- I'm not sure exactly of the
4  time -- timing of that.  So -- so for part of
5  the time, I definitely did not have a medical
6  license, I'm just not sure when I first started
7  if I still had the medical license or not.
8     Q   Okay.
9     A   I'm not sure.
10        MR. SETTLEMYER:  Go off the record
11     for two seconds here.
12        (Whereupon, a discussion was held
13        off the record.)
14        MR. SPELMAN:  Back on the record.
15 BY MR. SPELMAN:
16    Q   What do you currently do for income?
17    A   Right now, I work at a warehouse as a
18 warehouse manager.
19    Q   Where is that?
20    A   In Carlstadt, New Jersey.
21    Q   Okay.  And what sort of warehouse is
22 it?
23    A   It's a -- we do marketing events,
24 primarily.  Some pharmaceutical events and just
25 any type of warehousing and trucking, Always

21

1 Express.
2   **Q   Okay.  Let's move on to your**
3 **experiences with Roca Labs.**
4       **Do you know Don Juravin?**
5   A   I do know him, yes.
6   **Q   Do you know George Whiting?**
7   A   I know of him.  I've never spoke to him
8 or met him.
9   **Q   Okay.  Do you have an understanding of**
10 **what this lawsuit is about?**
11   A   I do not.
12   **Q   Okay.  When did you -- did you do work**
13 **for Roca Labs?**
14   A   Yes, I did.
15   **Q   And when was that?**
16   A   I believe I first started in 2009 and
17 worked kind of on and off until approximately
18 2013.
19   **Q   And did you have a particular job**
20 **title?**
21   A   Well, I -- initially, it was
22 independent contractor, I just was a medical
23 consultant.  At some point, Don had asked me to
24 act as some form of a medical director.
25   **Q   And was this for Roca Labs,**

22

1 **Incorporated?**
2   A   Yes.
3   **Q   Okay.  So you're familiar with Roca**
4 **Labs, Incorporated?**
5   A   Yes.
6   **Q   What's your understanding of what Roca**
7 **Labs, Inc. did?**
8   A   They manufactured and marketed a
9 dietary treatment, which included a mixture of
10 supplements that when ingested, expanded in the
11 stomach and occupied -- occupied a certain
12 amount of space so people felt less hungry and
13 would, therefore, eat less and lose weight.
14   **Q   Was Roca Labs operating and selling**
15 **products before you started working for them?**
16   A   Yes.
17   **Q   Do you know how long they were --**
18   A   No.
19   **Q   Okay.**
20       MR. MCDONNELL:  Objection to form.
21   **Q   Who was in charge of Roca Labs, as far**
22 **as you know?**
23   A   I worked with Don, I don't -- I was
24 never a part of the business structure or
25 understood any -- any avenues of how he ran his

23

1 business.
2   **Q   Who supervised you?**
3   A   Don.
4   **Q   Don Juravin?**
5   A   Don Juravin, yes.
6   **Q   Okay.  Are you familiar with Zero**
7 **Calorie Labs, Inc.?**
8   A   No.  I'm familiar with the name, it was
9 on some of the documents.
10   **Q   Do you have any understanding of what**
11 **Zero Calories Labs did?**
12   A   No.
13   **Q   Or who was in charge of Zero Calorie**
14 **Labs?**
15   A   No.
16   **Q   Okay.  So do you have any understanding**
17 **of the relationship between Roca Labs and Zero**
18 **Calorie Labs?**
19   A   No.
20   **Q   Okay.  What role, from your**
21 **understanding, did Don Juravin play in Roca**
22 **Labs?**
23   A   It was my understanding that he did --
24 he ran the day-to-day activities of the company.
25   **Q   Okay.  Such as?**

24

1   A   Well, when he worked with me, he asked
2 me to, you know, help write content for the
3 website and, you know, I guess it had to do with
4 the sales and the marketing.
5   **Q   Did you deal with anyone else at Roca**
6 **Labs?**
7   A   No.
8   **Q   Did you know of any other people who**
9 **worked for Roca Labs?**
10   A   At one point, there was a nurse that
11 forwarded some questions to me, if some of the
12 clients had questions and they couldn't answer,
13 she would forward me the questions -- she would
14 forward me some questions that I would send back
15 to her.  I do not remember her name.
16   **Q   Okay.  And you don't remember any other**
17 **people who worked for Roca Labs?**
18   A   I do not.
19   **Q   Okay.  Do you know what -- from your**
20 **understanding, what role George Whiting played**
21 **at Roca Labs?**
22   A   I have no idea.
23   **Q   No idea?**
24   A   No idea, no.
25   **Q   Okay.**

29

1   Q   Were you familiar with -- do you
2   remember what the URL for the site was?
3   A   No.
4   Q   Okay.  Did you watch the videos that
5   were on the site?
6   A   The only videos that I watched -- I
7   made one for them at one point, and I -- I saw
8   that video.  I did not see any of the other
9   videos.
10  Q   Okay.  All right.  If I could go back
11  to the independent contractor agreement -- well,
12  first off, actually, let me not --
13      How did you find out about Roca Labs?
14  A   I was starting a career in medical
15  writing, and I had enrolled in a -- in a website
16  company that was kind of like a broker for
17  people looking for medical writers and writers,
18  I believe the name of the website was
19  freelance.com or Freelancer.com and I was listed
20  on there, and Don had seen me and contacted me.
21  Q   Don contacted you after seeing your
22  name on there?
23  A   I believe, yes, I believe so.
24  Q   Okay.  Do you remember when that was?
25  A   I believe it was sometime during 2009.

30

1   Q   Okay.  Do you know what's in the Roca
2   Labs formula?
3   A   I do recall two ingredients, one was
4   beta glucan and Konjac.
5   Q   How about a formula -- are you familiar
6   with a product called Roca Labs Anti-Cravings?
7   A   I've heard of it, yeah.
8   Q   Do you remember what that was?
9   A   It was a pill that they had that also
10  was used to take, I believe, in between meals
11  when you had cravings.
12  Q   Okay.  If we could go back to the
13  independent contractor agreement.  So when it
14  says under "Capacity of Engagement.  To
15  investigate and monitor the ingredients,
16  quantities and formulation and the truth of its
17  claims," is that referring to the Roca Labs
18  product?
19  A   Yes.
20  Q   So did you investigate and monitor
21  ingredients?
22  A   No.  I was familiar with them and I
23  understood their purpose, I understood the
24  activities of the ingredients, but I did not
25  actively in -- do ongoing investigation, I had

31

1   written some information, some papers that Don
2   had asked me to for the website investigating
3   independent ingredients and how they may act in
4   weight loss, so I did investigate in that
5   manner, yes.
6   Q   Did you investigate and monitor the
7   truth of its claims?
8   A   I did not.
9   Q   Okay.  Did you ever suggest a change in
10  the formula?
11  A   I did not.
12  Q   Or any of the Roca Labs products?
13  A   I do not believe I ever made any
14  recommendations for changes.
15  Q   Did you make any changes or
16  recommendations for changes with respect to the
17  claims they were making about the product?
18  A   I don't believe I did.
19  Q   Okay.  When you researched the
20  product --
21  A   Mm-hmm.
22  Q   -- was that independent research or did
23  somebody provide you with that research?
24  A   Oh, it was independent, I did all the
25  research myself, I looked up the articles,

32

1   reviewed them and, you know, wrote summaries.
2   Q   Okay.  It says on the independent
3   contractor agreement that you supervised the way
4   the client presents itself to the public.
5       Do you know what that means?
6   A   I guess that would mean how the website
7   advertised the product.
8   Q   And did you supervise the way the --
9   A   I did review the website, I don't know
10  if you would call it supervise.  I don't believe
11  I had recommendations or suggested any changes,
12  so I -- I did review it.  I -- I looked at the
13  website on occasion, yes.
14  Q   Okay.  And which website was that, was
15  that RocaLabs.com?
16  A   I believe it was RocaLabs.com.
17  Q   Okay.  It says you -- on the
18  independent contractor agreement that you
19  reviewed customer medical questionnaires and
20  approved for suitability to use client's
21  product, what's that?
22  A   Later on, several years after, Don
23  began having the clients actually fill out like
24  a questionnaire, to see if they were
25  appropriate.  And what I did is, I would review

41

1     A    Med, M-E-D, .consult@mail.com.
2     Q    Okay.  Do you remember other email
3  addresses that you sent to Don Juravin?
4     A    I do not remember other email
5  addresses.
6     Q    Any other Roca Labs email addresses
7  that you had or you remember?
8     A    I don't remember.
9     Q    Okay.  Okay.  Back to -- let's move to
10 Exhibit 6.
11         Are you familiar with this document?
12    A    Yes, I am.
13    Q    Or these documents, rather?
14    A    Yes.
15    Q    What are they?
16    A    It looks like a time sheet for when I
17 worked for Don.
18    Q    And are these documents from your
19 personal files that you provided to the FTC?
20    A    I don't remember.
21    Q    Okay.  But they look like -- you
22 identify them as --
23    A    I identify them and I'm familiar with
24 them, yes.
25    Q    Okay.  Okay.  On the first page, it

42

1  says under "Work Session Notes" --
2     A    Mm-hmm.
3     Q    -- it says, "Working on how does the
4  formula work page."
5         Do you recall what this was about?
6     A    Yeah, I was working on writing content
7  for the website.
8     Q    For the Roca Labs website?
9     A    Correct.
10    Q    So when you were working on how does
11 the formula work, what information were you
12 using to write that?
13    A    It was information primarily that the
14 company had provided.
15    Q    The company provided you?
16    A    Provided me, yes.
17    Q    So the company provided you with
18 information about how the product worked?
19    A    Yes, in addition to my understanding of
20 how the components of the product worked, and
21 my -- and my independent understanding of it.
22    Q    Okay.  There are several items on this
23 page that say, "With Don"?
24    A    Mm-hmm.
25    Q    So what does that mean?

43

1     A    Well, we would go back and forth on
2  emails, on occasion, we would talk over the
3  phone.
4     Q    But you were doing all of this for Don?
5     A    Correct.
6     Q    Okay.  He was supervising you?
7     A    Correct.
8     Q    Okay.  How much input did he provide
9  you with?
10    A    He provided a significant amount of
11 input and guidance.
12    Q    Okay.  He would direct you in what he
13 wanted?
14    A    Correct.
15    Q    On this page, it also says, "Work on
16 label and ingredients."
17         What does that mean?
18    A    He had sent me labels for the product
19 and wanted me to review it for medical
20 correctness.
21    Q    Was it solely medical correctness or
22 was it also English and grammar and --
23    A    English and grammar as well.
24    Q    Okay.  If you could turn one page, the
25 second item down says, "Josh's question

44

1  regarding shrinking stomach."
2         Who is Josh and what's this about?
3     A    I believe Josh was a client that asked
4  a question, I believe.
5     Q    Who would he ask the question to?
6     A    I believe he probably asked it to the
7  nurse initially and then maybe she forwarded it
8  to me.
9     Q    Okay.  If we could turn two pages --
10 well, actually, I'm sorry, one page.
11         It should be the page, I think another
12 page, rather, that at the top says, the date is
13 4/10/2012 to 5/4/2012; is that correct?
14    A    Correct.
15    Q    Okay.  One of the items says, "Phone
16 call with Don about the nursing program."
17         Is that the nursing program that you
18 were talking about before?
19    A    Yeah, I think that it was plans on me
20 working with the nurses or talking to them or
21 educating them, but I don't believe it ever came
22 to fruition.
23    Q    You never got more than one nurse; is
24 that right?
25    A    I don't believe I ever spoke to more

57

1   A   I don't believe I am.
2   Q   Do you know, can you describe what it
3 is?
4   A   It's a website, and -- address on top,
5 and it's, "Many problems with this page." And
6 it describes some of the problems that were on
7 the page.
8   Q   You don't recognize this document?
9   A   Give -- give me one second.
10      MR. SETTLEMYER: You can take your
11      time.
12   A   (Document review.)
13      I -- I don't recall this, I'm sorry.
14   Q   So did you -- is this -- this is not a
15 document that you recall writing?
16   A   (Nonverbal response.)
17   Q   Do you think it was written by someone
18 else?
19   A   I don't recall writing this.
20   Q   Okay.
21      MR. SPELMAN: Next.
22      MR. SETTLEMYER: The document we're
23      going to have marked as Exhibit 9 is
24      FTC-PROD-010882.
25      (Plaintiff's Exhibit 9, Email,

58

1      Bates Stamped FTC-PROD-010882, was
2      marked for identification.)
3   Q   Are you familiar with this exhibit?
4   A   Yes.
5   Q   And what is it?
6   A   It's an email that I sent back to Don.
7 It looked like he asked me to approve the
8 applications that were waiting on a queue.
9   Q   So they were set up in a queue for you?
10   A   Yes.
11   Q   Do you recall, did you approve them
12 all?
13   A   Oh, I have no idea.
14   Q   Any idea how many there would be?
15   A   Well, based on the pay scale, it looks
16 like I did 600 one month, so that would be on
17 the order of about 20 a day.
18   Q   Okay. Did Don often write emails to
19 you asking you to approve the people?
20   A   He asked me to address it, he didn't
21 ask me to actually approve -- approve them. He
22 said, can you -- can you look at them, and we'd
23 like -- you know, if they're approved, we'd like
24 to ship out the product, it looks like it says
25 here. So he -- he asked me, can you please, you

59

1 know, get to it.
2   Q   Did Don have a say in whether you
3 approved them?
4   A   No.
5   Q   Do you recall, did Don ever overrule a
6 rejection?
7   A   No, I don't believe he did.
8   Q   Was an approval -- was that equivalent
9 to a sale, is that how it --
10   A   Well, if they were -- well, I mean, he
11 asked me to double-check, make sure there wasn't
12 any health reasons that would cause detriment to
13 the client if they took it. So if they had, you
14 know, an allergy to wheat or they had kidney
15 disease, then I didn't -- I didn't think it was
16 safe for them to take it, and I would say, I'm
17 sorry, I don't think this is a safe product for
18 you, so they wouldn't -- the sale, I believe the
19 sale would not go through. And if they had none
20 of the factors, they were overweight and had no
21 health factors and they were over the age of 18,
22 then they were -- they passed, you know, the
23 appropriateness.
24   Q   Do you recall how many you -- like what
25 percentage you would approve or disapprove?

60

1   A   I would say I certainly approved the
2 majority. I would -- if I had to give an
3 estimate, I'd say probably 95 percent were
4 approved.
5   Q   Did you get -- your pay scale was set
6 up so that you got -- did you get paid by
7 approvals or did you get paid by reviews?
8   A   Just by reviews.
9   Q   So you got paid even if you reviewed --
10   A   Yes, yes, right.
11   Q   Okay.
12      MR. SPELMAN: Okay. If I could
13      introduce the next exhibit.
14      MR. SETTLEMYER: Off the record for
15      a second.
16      (Whereupon, a discussion was held
17      off the record.)
18      MR. SPELMAN: Let's go back on the
19      record.
20      MR. SETTLEMYER: We're back on the
21      record? All right. So, Tommy, what
22      we're going to have marked as
23      Exhibit 10 is FTC-PROD-010404 through
24      405.
25      (Plaintiff's Exhibit 10, Memo,

61

```
1          Bates Stamped FTC-PROD-010404 - 05,
2          was marked for identification.)
3  BY MR. SPELMAN:
4     Q   Are you familiar with this --
5          MR. MCDONNELL:  To clarify, sorry,
6     is this not from the Finesmith
7     production?
8          MR. SETTLEMYER:  It is from the
9     Finesmith production.
10         MR. MCDONNELL:  010783 is the first
11    Bates number I have, you said 010404
12    for this one?
13         MR. SETTLEMYER:  Pardon me, let me
14    take a look at that again.
15         Mr. Finesmith, can I have that
16    back.
17         The Bates I have is FTC-PROD-010404
18    and 010405.
19         MR. MCDONNELL:  Okay.  All right.
20  BY MR. SPELMAN:
21    Q   Are you familiar with this document?
22    A   Yes, I am.
23    Q   What is it?
24    A   It looks like it is a memo from
25  Michael, who I believe was a lawyer that was
```

62

```
1  working -- oh, I'm sorry, it was from Sharon to
2  Michael, which I believe was an attorney working
3  for Roca Labs, and to myself.  And it looks --
4  it's meeting notes from a meeting that took
5  place on May 4th, 2012.
6     Q   The date on this, is that -- that's not
7  correct, is it?
8     A   I -- I don't know.
9          MR. SETTLEMYER:  Well, at the top,
10    I think we're referring to it.  There's
11    two dates on the document, in the
12    header area, underneath the "from
13    Sharon" and the cc and that says "cc
14    Don"; correct?
15         THE WITNESS:  Correct.
16         MR. SETTLEMYER:  There's another
17    date there.
18         THE WITNESS:  It's November 2nd,
19    2016, no, that's not correct, that's
20    not correct.
21         MR. SETTLEMYER:  Okay.  That's just
22    an artifact of it being a Word document
23    probably, maybe?
24         THE WITNESS:  I don't know.
25         MR. SETTLEMYER:  Okay.
```

63

```
1  BY MR. SPELMAN:
2     Q   So these are notes from a meeting,
3  May 4th, 2012?
4     A   Correct.
5     Q   Do you recall this meeting?
6     A   I do not recall this meeting.
7     Q   Do you remember who was at the meeting?
8     A   I -- I don't believe it was a -- it was
9  not a physical meeting I was present at.
10    Q   Okay.  It says that -- in Number 1, it
11  says that you have, Dr. Finesmith -- Dr. Ross,
12  rather, medical director, has veto rights.
13         What does that mean?
14    A   I -- I believe it means that if I saw
15  something that I didn't believe was correct, I
16  could tell them I didn't think it was correct.
17    Q   And then below that, it says, "Roca can
18  override the veto and waive Dr. Ross of any
19  responsibility."
20         Do you know what that means?
21    A   That means if I said I didn't think
22  something was correct, but he wanted it, then
23  they could override it.
24    Q   Who could?
25    A   Don was the only person I worked with
```

64

```
1  at the company.
2     Q   So Don could override that?
3     A   I believe so.
4     Q   Okay.  Number 8 on the second page, I
5  think we're treading on familiar ground, it
6  says, "Find which medical school has good
7  research department.  Tell them we're a new
8  company, have them do research on our claims."
9         Did this ever happen?
10    A   It did not ever happen.  But we did
11  discuss the need to have, you know, official
12  research protocols done at some point.  And I
13  think this was referring to one of them.  I had
14  certainly stressed on occasions, and Don seemed
15  to be okay with it, that at some point we have
16  to have a placebo controlled, you know, research
17  protocol, you know, to support our claims.
18    Q   Why was that?
19    A   That's the way good science is done.
20    Q   You need a -- what do you need?
21    A   A placebo group.  It's a double-blind
22  research study, where you have, let's say, 40
23  people enrolled in a weight loss program, 20
24  would be randomly assigned to the Roca Labs
25  product and some -- 20 would be assigned to a
```

65

1 placebo, which would look and taste similar, but
2 no -- so no one would know which product it was,
3 including the investigators.  And at the end of
4 a specified amount of time, you could see who --
5 who lost weight and then you could unveil
6 whether they were on the product or a placebo.
7        So I believe this is referring to that,
8 you know, maybe start looking into a university
9 group who would be interested in pursuing that.
10    Q   Did you tell Roca Labs that they should
11 do this?
12    A   We -- we discussed the -- the need --
13 the benefit of doing it, to clarify all of the
14 claims.
15    Q   And you say "we," who do you mean?
16    A   I spoke to Don regarding this.
17    Q   So you told Don or you discussed with
18 Don --
19    A   We discussed.
20    Q   And do you recall what he said?
21    A   He agreed that it would be, you know, a
22 good idea, because, you know, he -- he believed
23 in the product, and he believed if we did some
24 type of research protocol, that it would show it
25 would be helpful and it would certainly, you

66

1 know, help -- help the -- the sale of the
2 product because he believed it would show that
3 it worked.
4    Q   Do you know why this didn't happen?
5    A   No, I don't.  I think there was always,
6 you know, ongoing work, and there was -- he had
7 a budget for me, and the amount of time he
8 wanted me to work, and he was -- he was pretty
9 strict about how much time he wanted me to work.
10      And I did explain on, you know, at
11 least on one occasion that it was a very
12 expensive endeavor, both time-wise and to enroll
13 patients, and we had to get institutional board
14 review, approval, from an outside IRB committee.
15 It's all a very expensive and time-consuming
16 endeavor.
17    Q   What's the IRB?
18    A   Institutional review board.  It's when
19 you write a protocol, it has to be approved by
20 either an academic or a private institutional
21 review board to make sure that it is acceptable
22 protocol for, you know, humans to participate
23 in.
24    Q   Do you recall what claims you thought
25 Roca Labs was making that should have this sort

67

1 of support?
2    A   Well, that you took it and you -- you
3 lost a significant amount of weight, you know, I
4 believe that that happened, but for us to -- for
5 us to make the company go to the next level and
6 be a biopharmaceutical kind of a company, you
7 absolutely had to have studies that confirmed --
8 confirmed the find -- confirmed the claims.
9    Q   Did it concern you at all that they
10 didn't have such a study?
11    A   It didn't concern me because all my
12 research showed that there was -- I had no
13 safety concerns regarding the ingredients
14 themselves and I didn't have any reason to
15 believe that there would be a risk to anybody
16 for, you know, taking it, unless they were not
17 medically appropriate for it.
18    Q   Okay.  If you could look at the last
19 paragraph, where it says, "Explained in the
20 terms and conditions," and it goes on to make
21 some other statements.
22    A   (Document review.)
23        Oh, Don was very straightforward and,
24 you know, about people, you know, calling fat
25 when you're fat and not being politically

68

1 correct, but just -- just saying it, he thought
2 that was part of why -- that was his theory on
3 why some people became obese, it was politically
4 acceptable, and for his terms that he said, you
5 are fat, he said, tell people that that is the
6 case.
7    Q   He wanted this in the terms and
8 conditions, is that what T&C or --
9    A   You know, I don't -- I don't know, but
10 I -- I just know that was kind of his attitude
11 towards it, just in general, I don't know what
12 T&C is, but I believe that he -- he thought
13 that, you know, enhancing people's psychology
14 into them being more determined to lose weight
15 for whatever reason, psychological or physical,
16 all those factors would help people.
17    Q   Could you read it aloud, just so we
18 have it on the record.
19    A   Okay.  "Explain in T&C we believe
20 better that our formula is for people to just
21 close their mouth and don't eat.  If you can't
22 do that, the second option is using our formula.
23 Psychology is a major thing.  We say that we see
24 fit to make them lose the weight.  We believe in
25 the truth, people need to be told straight to

69

1 their face, quote-unquote, 'You are fat.' We
2 put blame on their friends and family for not
3 telling you that you are fat. If we have a site
4 named 'fat is ugly,' if people are offended by
5 this, they can just leave."
6   **Q  Are these Don's words?**
7   A  Yeah. They're not mine. I -- I don't
8 know who wrote this.
9   **Q  All right. But you heard Don say it?**
10   A  No, he didn't exactly say these words,
11 but he was very straightforward in feeling that
12 part of the factors that influence people to
13 become obese was that, for example, somebody
14 would say, family and friends would say, you
15 look fine, don't worry about it, and he thought
16 if people were honest saying that, you know, you
17 look overweight, it's unhealthy, that would be
18 more motivating to people to go ahead and to
19 lose weight.
20   **Q  It says that, explain in the terms and**
21 **conditions that the best thing is for people**
22 **just not to eat, and then if they can't do that,**
23 **they should use your formula?**
24   A  Correct.
25   **Q  So the formula is not as -- if you have**

70

1 **the willpower, you don't need to use the**
2 **formula?**
3   A  Again, if you have less calories going
4 in, you're going to not gain weight or you'll
5 lose weight, so, I mean, that's all I can say.
6   **Q  Mm-hmm.**
7   A  I -- I can't really address any of
8 these -- information in this paragraph, I don't
9 know where it came from, and I don't -- I
10 wouldn't write this.
11   **Q  Okay.**
12   A  I don't know anything about it.
13   **Q  Okay.**
14     MR. SPELMAN: If we could move on
15 to the next exhibit.
16     MR. SETTLEMYER: We'll have marked
17 as Exhibit 11 a document with the Bates
18 range FTC-PROD-010980 through 981.
19     (Plaintiff's Exhibit 11, Email,
20     Bates Stamped FTC-PROD-010980 - 81,
21     was marked for identification.)
22   **Q  Are you familiar with this document?**
23   A  Yes, I am.
24   **Q  What is it?**
25   A  It's an email between Don and myself.

71

1   **Q  And do you recognize this document from**
2 **your personal files?**
3   A  I do.
4   **Q  Okay. What -- can you describe for me**
5 **sort of what's going on here?**
6   A  I think the gist of it is Don felt that
7 I was not taking enough time and putting
8 personal attention into the applications and
9 response to the applicants.
10   **Q  So you were taking like -- he thought**
11 **you were doing sort of a form response?**
12   A  Yeah, yeah, that I wasn't reading it
13 and addressing -- because he wanted me to
14 address, like if they said they were having
15 trouble losing weight because they have a bad
16 knee and they can't exercise or they have other
17 issues, he would like -- he wanted me to address
18 specifically, in addition to taking the formula,
19 you should begin a -- you know, consider an
20 exercise program, you know, based on your
21 physical limitations and et cetera.
22   **Q  In this, I believe, about**
23 **three-quarters of the way down, it says, "It**
24 **takes on average two minutes per customer."**
25   A  Okay.

72

1   **Q  Is that about right?**
2   A  Okay. I -- I don't recall, I mean, I
3 would say between two and four, along those
4 lines.
5   **Q  Okay. And just to be clear, when you**
6 **were approving an application, what were you**
7 **looking for, what would that entail?**
8   A  Well -- well, I would review the
9 patient's medical history, I think -- I believe
10 on there, also they -- they said what -- what
11 other types of weight loss or treatments or
12 activities they had participated in and whether
13 or not they had any medical conditions, and then
14 I would write a response.
15   **Q  Did you report to Don on the percentage**
16 **that you approved or not approved?**
17   A  No.
18   **Q  But he would know by checking the**
19 **records?**
20   A  Yes.
21   **Q  Did he ever -- and forgive me if I**
22 **asked this before, did he ever instruct you on a**
23 **particular percentage that he wanted approved?**
24   A  No.
25   **Q  Or not approved?**

89

1  paper, an informative paper, you basically
2  include the articles that are directly related,
3  so you'll see in the parentheses, I would write
4  the name of the author, so it's just
5  referencing, it's supporting the specific
6  statement that preceded the parentheses with a
7  name.
8     **Q   Like a footnote?**
9     A   Exactly like a footnote.
10    **Q   Did you look for information to support**
11 **the assertions?**
12    A   Correct.
13    **Q   Okay.  And did you search for**
14 **information that wouldn't support, in other**
15 **words, did you try and -- did you try and**
16 **evaluate whether -- were you looking for**
17 **information to support the assertions or were**
18 **you looking at the information as a whole?**
19    A   I was looking at the information as a
20 whole, and then I would put the pertinent
21 information into this, into the document.
22    **Q   Mm-hmm.**
23       It says that, "The mixture has been
24 **shown to provide euglycemic control" --**
25    A   Euglycemic, yes.

90

1     **Q   -- "satiety and reduced desire for**
2  **food."**
3        What does that mean?
4     A   It means that the components of the
5  formulation, the beta glucan, the Konjac, these
6  have been shown to -- what's called euglycemic,
7  it maintains a normal glucose.  So you don't
8  have the -- the high glucose after you eat and
9  the low glucose after you eat that causes the --
10 we believe causes the cravings to eat more.  So
11 the Konjac, when you ingest it before a meal, it
12 helps prevent the high spiking of glucose
13 afterwards, and it helps prevent the low trough
14 later.  So it helps, euglycemic means it helps
15 maintain a more steady blood glucose level.
16    **Q   So this has to do with cravings, how**
17 **much you're going to be hungry?**
18    A   That's one aspect of it.  It's not
19 direct -- I mean, glucose control for anybody is
20 important, it's -- it's good for all the cells
21 in the body to have glucose levels that are
22 maintained at a relatively stable level instead
23 of significant ups and downs.
24    **Q   When you say, "It provides" -- how do**
25 **you say that?**

91

1     A   Euglycemic.
2     **Q   -- "euglycemic control, satiety and**
3  **reduced desire for food," that doesn't**
4  **necessarily mean that you lose weight?**
5     A   It is not a direct correlation that you
6  absolutely lose weight, correct.  The idea would
7  be that you'd reduce the amount of food that you
8  eat, you know, hours after you -- you're eating.
9  So the idea would be that you would eat less,
10 but it's -- the statement does not say that you
11 would lose weight, correct.
12    **Q   Okay.  And likewise, there's a**
13 **statement that, "beta glucan is reported to have**
14 **positive effects treating aspects of metabolic**
15 **syndrome that accompanies obesity."**
16       **What aspects are you talking about?**
17    A   Primarily, glucose control.
18    **Q   So again, it's an aspect associated**
19 **with this syndrome, but it's not actually**
20 **treating the obesity?**
21    A   Correct.
22    **Q   Okay.  But the theory is that you'll**
23 **eat less and lose weight?**
24    A   Correct.
25    **Q   Okay.  It says that, "Patients who use**

92

1  **the formula continue reporting fuller three to**
2  **five months after completing the process," but**
3  **there isn't any citation for that.**
4        **Do you know where that's from?**
5     A   I believe Don gave me -- gave me that
6  information.
7     **Q   Don gave you that information?**
8     A   Yes.
9     **Q   Do you know where he got it?**
10    A   I -- I don't know.
11    **Q   Okay.  It says that you were not an**
12 **employee of Roca Labs and had formed an**
13 **independent conclusion; is that correct?**
14    A   I was not an employee.  I was an
15 independent contractor, so it is true that I was
16 not an employee.  But when -- based on the --
17 the writings and the information that I have, it
18 was a conclusion of mine that the Konjac and the
19 beta glucan and the Fibersol are all factors
20 that can contribute to a healthy lifestyle and
21 weight loss.
22    **Q   Okay.  It says you had many patients**
23 **who tried the formula.**
24    A   That -- that was -- that was modified,
25 not by me.

93

1    Q   That was what?
2    A   That was modified, not by me.
3    Q   Oh, so you didn't write that?
4    A   I did not write that part, no.  Because
5  at that part, I was not -- at that time, I was
6  not in clinical practice.
7        I had coworkers -- I believe the
8  initial -- when I wrote that, the initial part
9  said, I've had many coworkers.  Because at the
10 warehouse, I had several coworkers who tried it
11 and were very happy with it, and they liked it.
12 But I did not have patients on it.
13   Q   But you had -- I'm sorry, you said, at
14 the warehouse --
15   A   The warehouse where I was working, yes.
16   Q   Do you know who wrote that?
17   A   It was modified during one of our --
18 you know, one of our back and forths, because
19 this was reviewed a few times.
20   Q   Your back and forths with?
21   A   With Don.
22   Q   Okay.  So he was the only one that you
23 dealt with?
24   A   Yes.
25   Q   Okay.

94

1    A   Because I mean, I -- I couldn't have
2  wrote it because I -- I was not -- not seeing
3  patients at that time.
4    Q   Okay.  It says you've tried the formula
5  yourself?
6    A   I did try it myself.
7    Q   What did you do?
8    A   I was pretty happy with it, I -- I
9  didn't need to lose weight, but I did want to
10 try it for myself, I mixed it up for two days
11 straight.
12   Q   Mm-hmm.
13   A   I mixed it up just like it says and I
14 drank it down, it tastes -- the taste was pretty
15 good, and, you know, I wasn't a big eater in the
16 first place, but it certainly felt like I was
17 eating less during -- during that day and I
18 felt -- it felt good taking it.
19   Q   Did you lose any weight?
20   A   I only took it for a course of two
21 days, so I -- I didn't actually weigh myself,
22 because your weight can vary over that amount of
23 time.
24   Q   Mm-hmm.
25       It says, "I tried the formula and can

95

1  confirm these findings."  When you say "these
2  findings," what are you referring to?
3    A   It was well-tolerated and I had --
4  didn't have cravings in the afternoon.
5    Q   Okay.  So you're not saying you can
6  confirm that you could lose weight?
7    A   Correct.
8    Q   Okay.
9        MR. SPELMAN:  Okay.  Let's move on
10     to another.
11       MR. SETTLEMYER:  The document we're
12     going to have marked as Exhibit 16 is
13     FTC-PROD-010676 through 679.
14       (Plaintiff's Exhibit 16,
15       Information for Physicians, Bates
16       Stamped FTC-PROD-010676 - 79, was
17       marked for identification.)
18   A   Okay.
19   Q   Okay.  Are you familiar with this
20 exhibit?
21   A   Yes, I am.
22   Q   And what is this Exhibit 16?
23   A   It's a technical medical information
24 that I wrote regarding the Roca Labs formula for
25 physicians.

96

1    Q   And do you recognize Exhibit 16 from
2  your personal file?
3    A   Yes.
4    Q   Okay.  So is this an earlier draft of
5  the previous exhibit or is this something else?
6  Like was this a draft of the letter to your
7  doctor or is this different?
8    A   I believe it's different.
9        MR. SPELMAN:  Tom, did you have a
10     comment?
11       MR. MCDONNELL:  No, I apologize.
12       MR. SPELMAN:  Okay.
13   Q   Okay.  So what do you think this is?
14   A   It's information, again, for
15 physicians, I think it's the same idea as the
16 letter to physicians, that is, information, I
17 believe it was designed to put on the website so
18 if physicians were looking for weight loss
19 products for their patients, they could come
20 here -- come to this and look -- look at this
21 information.
22   Q   On Page 3 of this document, at the
23 bottom, it says, "Roca Labs is currently
24 planning clinical studies to support the
25 existing evidence."

101

1    Q   And is that correct, that there were
2    thousands?
3    A   Yeah, I mean, if there was -- I did 600
4    in one month, you saw in that one thing, so it
5    was likely thousands.
6    Q   Do you have any idea how many you did
7    total?
8    A   I have no idea, no, sorry.
9    Q   It says you've been involved in the
10   development and monitoring of the formula?
11   A   Mm-hmm.
12   Q   Do you know what that means?
13   A   Development, as far as, you know,
14   developing of the -- I was in -- I was not
15   actually involved in the development of the
16   contents of it, I guess I was more referring to
17   the development of the marketing and the
18   promotion and to the implementation of the
19   product.
20   Q   I see.
21       So development of the program?
22   A   Of the program, correct.
23   Q   And the success of the program, rather
24   than development of the formula?
25   A   Of the substance itself, correct.

102

1    Q   I see.
2        It says on Page 2 of this, if you could
3    turn to Page 2, "Successfully following the Roca
4    Labs guidelines has consistently resulted in
5    clients losing 5 percent of their body weight,"
6    I think it says, "every month."
7        What's the basis for that statement?
8    A   That was information from Don.
9    Q   From Don?
10   A   Mm-hmm, because I don't -- I don't have
11   access to that information from the clients, I
12   didn't have the direct contact with them.
13   Q   So that would be from the people taking
14   it?
15   A   Mm-hmm.
16   Q   I see.
17       Okay.  And the next line or further
18   down, it says, "Most report a 50 percent
19   reduction in the amount of food they eat."
20       Is that from Don as well?
21   A   Correct.  Because again, I don't have
22   any direct interaction with the -- with the
23   clients.
24   Q   Okay.  It says down below that these --
25   "The ingredients bind and occupy 80 percent of

103

1    the stomach for up to 16 hours."
2        How do you know that?
3    A   Well, based on the -- the volume of the
4    contents at the time, we calculated, you know,
5    how much powder we put in, how much liquid goes
6    in.  And based on the volume of the average
7    stomach -- our stomach, we calculated, you know,
8    volume-wise, it occupied -- based on how much
9    you took in and if it solidified like it did
10   outside, it would occupy, you know,
11   approximately 80 percent of the stomach.
12   Q   How do you know it stays there for
13   16 hours?
14   A   Well, that's an assumption based on how
15   long -- like when you put it in the glass it
16   remains in the gelatin, it will remain for a
17   number of hours.
18   Q   As far as you know, has that ever been
19   tested?
20   A   I don't believe it's actually been
21   formally tested.  Not -- not that I'm aware, but
22   I was told that was -- Don told me the
23   formulation of it, that was the facts.  But I
24   personally had never seen it.
25   Q   So the 16-hour part, are you relying on

104

1    Don's information?
2    A   Correct.
3    Q   It also says it has 42 times more
4    active ingredients as some marketed diet pills,
5    do you know what that's referring to?
6    A   I think it refers to other diet pills
7    that have Konjac or beta glucan in it.
8    Q   Okay.  Did you write that line?
9    A   I wrote that line.
10   Q   Okay.  It says Roca Labs -- I'm not
11   sure where it says this, but it says that Roca
12   Labs has many return customers.
13       I think you kind of addressed this
14   earlier?
15   A   Mm-hmm.
16   Q   Why would you have return customers if
17   the product was successful?
18   A   They would -- they returned for
19   application.  Like for -- for some reason, when
20   they had to buy new, buy the product again, they
21   would -- they tended to get on the queue.  So
22   they would say to me, you know, been on the
23   product for six months, I'm not sure why I have
24   to reapply, I'm very happy with it, can you just
25   renew me so I can purchase some more.

109

1 comprehensive document where I included --
2 everything that's called a white paper, it's
3 very comprehensive, and those are usually 75 to
4 a hundred pages and try to include all -- all
5 and any evidence regarding a specific treatment
6 or activity or molecule.
7   **Q   Mm-hmm.**
8   A   So this was not designed to do that.
9 It was to, you know, pick out what I thought was
10 most important.
11   **Q   Okay.  But you're not aware of any,**
12 **it's not like that you're aware of some**
13 **particular study that just isn't in here or may**
14 **have happened afterward?**
15   A   Correct, I'm not aware of it, yes.
16   **Q   Okay.  Similar to what we discussed**
17 **before, on Page 4 of this, it talks about the**
18 **health benefits in treating aspects of metabolic**
19 **syndrome that accompanies obesity, but, again,**
20 **that's different from actual obesity?**
21   A   Yeah, metabolic syndrome is usually
22 people who have obesity and Type 2 diabetes, so
23 it's -- there's a lot of glucose -- high glucose
24 levels, and then the subsequent cholesterol and
25 all those type of things make up the metabolic

110

1 syndrome.
2   **Q   Okay.  On the last page, in the last**
3 **paragraph, it says, "Patients using the product**
4 **feel it works from day one, training the stomach**
5 **to eat less, reducing the capacity of the**
6 **stomach and teaching the body/brain to eat less**
7 **with a higher satisfaction."**
8     **Is that -- what is that from, that --**
9 **like I guess, is that from something Don told**
10 **you?**
11   A   Yeah.  I mean, and it makes, you know,
12 logical sense to me, it fits, you know, the
13 scientific philosophy that if you eat less,
14 you'll reduce the size of the stomach over time,
15 you'll get in the habit of eating less, you
16 know, part of -- part of weight loss is getting
17 into new dietary habits, and that would be the
18 hope with this is you begin to eat less and even
19 without the formula, somewhere down the road,
20 you have the psychological habits that were
21 modified while you were taking the formula.
22   **Q   And again, the next line, "This**
23 **continues to be reported, even as much as three**
24 **to five months."  That's from Don?**
25   A   Yes, because he had access to the

111

1 clients.
2   **Q   Right.**
3     **When it says, "The Roca Labs formula is**
4 **manufactured in an FDA approved facility," does**
5 **that mean that the FDA reviewed and evaluated**
6 **the effectiveness of the product?**
7   A   No, I think the FDA -- I believe, from
8 what Don tells me, that the facility is
9 approved, you know, for manufacturing purposes,
10 cleanliness and procedure.
11   **Q   It says, "Please feel free to contact**
12 **me if you have any questions."**
13     **Did anybody contact you?**
14   A   No.
15   **Q   Okay.**
16     MR. SPELMAN:  Let's move on to the
17     next one.
18     MR. SETTLEMYER:  The document we're
19     having marked as Exhibit 17 starts with
20     Bates FTC-PROD-010334, and goes through
21     010339.
22     (Plaintiff's Exhibit 17,
23     Typewritten document, Bates Stamped
24     FTC-PROD-010334 - 39, was marked
25     for identification.)

112

1   A   Okay.
2   **Q   Are you familiar with this document?**
3   A   Yes.
4   **Q   And what is this, Exhibit 17?**
5   A   It's information regarding the formula
6 and my evaluation of three claims, it looks
7 like.  And then my response, based on the women
8 at the warehouse.
9   **Q   Is this Exhibit 17 from your personal**
10 **files?**
11   A   Yes.
12   **Q   Who asked you to write this?**
13   A   Don.
14   **Q   And do you know when that was?**
15   A   I'm sorry, I do not know.
16   **Q   Do you know why he asked you to write**
17 **this?**
18   A   I'm sorry, I do not know.
19   **Q   Was this -- do you know, was this**
20 **published somewhere, was it published on the**
21 **website?**
22   A   I never saw it on the website, so I
23 don't -- I don't know if it was published
24 anywhere.
25   **Q   So he asked you to write this, you**

117

1    What do you mean by that?
2    A    A fullness, they felt like they -- they
3    could eat less, they felt like -- a clear
4    reduction in the ability to put food down their
5    throat.
6    Q    Had any of these people had a gastric
7    bypass?
8    A    None of them had, no.
9    Q    So really, they felt full?
10   A    Yeah.
11   Q    But they wouldn't know if it felt the
12   same as a gastric bypass?
13   A    That's absolutely true.
14   Q    Okay.  I don't have any other questions
15   about this.
16        MR. SPELMAN:  I actually have a
17   video, do you want to watch the videos,
18   do you want to take a break?
19        MR. SETTLEMYER:  Give me a minute
20   to tee up the videos.
21        MR. SPELMAN:  Why don't we go off
22   the record.
23        (Whereupon, a discussion was held
24        off the record.)
25        MR. SETTLEMYER:  So we have a DVD

118

1    we are having marked as Exhibit 18 and
2    there are five short videos --
3        MR. SPELMAN:  Five or four, I
4    thought there were --
5        MR. SETTLEMYER:  I think there may
6    be five, we'll count them at the end to
7    make sure.
8        And, Mr. Finesmith, you may need to
9    move over a chair so you can see this,
10   we're going to play these back.
11       MR. SPELMAN:  Do you want to play
12   them all?
13       MR. SETTLEMYER:  Why don't we play
14   each one and you can just identify
15   them, I think that's the questions,
16   basically, about that.
17       MR. SPELMAN:  Okay.
18       (Plaintiff's Exhibit 18, DVD, was
19       marked for identification.)
20       (Whereupon, media was played.)
21   BY MR. SPELMAN:
22   Q    Okay.  Let me ask a couple questions
23   about this.  Are you familiar with this?
24   A    Yes.
25   Q    And what is this, the first video on

119

1    Exhibit 18?
2    A    It's an explanation of the importance
3    of drinking fluids while taking the formula.
4    Q    Okay.  And how did you end up doing
5    this video?
6    A    Don -- I had done some work for him,
7    writing the content for the website and then he
8    asked if I could come down to his place in
9    Florida and make a video to put on the website.
10   Q    Okay.  So this was to be on the
11   website?
12   A    Yes.
13   Q    Was it on the Roca Labs website?
14   A    I believe it was.
15   Q    Did you see it?
16   A    Oh, I did not actually see it, no.
17   Q    Okay.  And who is this video for?
18   A    For potential customers.
19   Q    Okay.  And who wrote the text?
20   A    Don.
21   Q    Don wrote the text?
22   A    He gave it to me.  It was written for
23   me to read.
24   Q    He wrote all of it?
25   A    Somebody wrote it.  It wasn't me.

120

1    Q    Okay.
2    A    Yeah.
3    Q    So the 32 times its weight, is that
4    from Don?
5    A    That's from Don, yes.
6    Q    The 16 hours?
7    A    Correct.
8    Q    From Don?
9    A    Yes.
10   Q    And how about the medical advice, to
11   eating -- I mean, to drinking the water, is
12   that --
13   A    Well, that was in the script, but it
14   makes -- it makes medical sense, because the
15   fibers absorb water and they'll get -- they'll
16   lose the water if you don't continue to drink.
17   Drinking, you know, water, you know, it helps
18   maintain a good flow, it helps maintain the --
19   the size of the gelatin formation, and it's good
20   to prevent constipation.
21   Q    Do you recall, did you have your
22   medical license at the time that you did this?
23   A    I can't recall for sure, but it would
24   be -- be very close, yeah.
25   Q    Okay.  Do you know -- do you remember

121

1 whose idea it was that you wear a lab coat?
2 A Don's idea.
3 Q Don's idea.
4    Was it your lab coat?
5 A No, he had a lab coat for me.
6 Q Really, that Don provided the lab coat?
7 A I believe so, yes.
8 Q And the stethoscope?
9 A The stethoscope, I can't recall.
10 Q Okay. Was this shot in a studio or --
11 A Yes.
12 Q Okay. And was anyone else there?
13 A Yeah, the photographer.
14 Q Was Don there?
15 A Yes.
16 Q Okay. So it was just you, Don and the
17 photographer?
18 A Correct.
19 Q Videographer --
20 A Videographer, correct.
21 Q -- technical term.
22    Okay. The part that you spoke about,
23 "maintaining the shape, the size of the
24 mixture," is that based on what Don told you?
25 A Correct.

122

1 Q Okay. Do you know if that's correct?
2 A I don't know.
3 Q Okay. All right. Why don't we move on
4 to another video.
5    MR. SETTLEMYER: Just for the
6    record, I was playing a video that I
7    believe is going to be labeled on the
8    DVD 2014-12-02 Roca Labs Vimeo-Dr. Ross
9    F, the importance of water.MP4, the
10    next one I'm going to play is Roca Labs
11    weight reduction for diabetes in Roca
12    Labs USA on MP4.
13    (Whereupon, media was played.)
14 BY MR. SPELMAN:
15 Q Are you familiar with this video?
16 A Yes.
17 Q Okay. This, again, this video -- the
18 second video on Exhibit 18. And could you tell
19 me what this video is?
20 A It talks about the use of the formula
21 and some of the benefits of it and specifically
22 its use in diabetes.
23 Q Who wrote this?
24 A Everything was a script that was
25 provided for me.

123

1 Q Okay. And do you know who wrote the
2 script?
3 A I do not know.
4 Q Okay. As far as you know -- I mean,
5 where did you get the script?
6 A Don provided it for me when -- when I
7 arrived.
8 Q Don provided the script?
9 A Yeah.
10 Q Okay. Did you have any say in deciding
11 what you were going to say or not?
12 A I did not have -- I did not write it,
13 but I assume that if I absolutely did not want
14 to say something, I could have said, I refuse to
15 say that.
16 Q Mm-hmm, okay. When it says that "many
17 diabetics have successfully used the formula,"
18 do you know what that's based on?
19 A Don's information.
20 Q Okay. When it says that "the formula
21 helps you fill all but a small portion of your
22 stomach," do you know what that's based on?
23 A Well, that's based the -- the volume of
24 the formula, when you mix it with the water, and
25 based on the volume, average volume of the -- of

124

1 the stomach.
2 Q Mm-hmm.
3    So if you put that volume into the
4 stomach, your stomach is full?
5 A Yeah, approximately 80 percent of it
6 will be occupied.
7 Q For that moment?
8 A For that moment. And the theory is
9 that it would become somewhat solidified, like a
10 gelatin, and would remain in there for a period
11 of time.
12 Q Okay. And the part about it being
13 safe, what is that based on?
14 A Based on the side effect profile of all
15 the ingredients and, you know, this part -- I
16 think this was earlier on my limited, you know,
17 feedback, I had heard that it was tolerated
18 well, and I think I had had, you know, friends
19 and coworkers on it, and it -- it appeared to be
20 very safe.
21 Q Had you done any research on it at this
22 point?
23 A You know, I can't remember if I wrote
24 some of these documents, letter to the doctors
25 and these other letters beforehand, I'm -- I'm

129

1 pulled out.  So if you have too much of it and
2 too much fluid accumulates with it, then you get
3 a lot of liquid volume following it through, and
4 that -- that makes diarrhea.
5    Q    So that's no indication of whether it's
6 still there or not?
7    A    Correct.
8    Q    Okay.  I don't have any other questions
9 about these videos.
10       MR. SPELMAN:  Do you want to go
11    back to the paper exhibits or do you
12    want to take a break?
13       MR. SETTLEMYER:  Well, let's go off
14    the record.
15       (Whereupon, a discussion was held
16       off the record.)
17       MR. SPELMAN:  Let's go back on the
18    record.
19       Let me introduce on exhibit --
20       MR. SETTLEMYER:  The document to be
21    marked as Exhibit 19 begins
22    FTC-PROD-010923 and goes through 925.
23       (Plaintiff's Exhibit 19, Email,
24       Bates Stamped FTC-PROD-010923 - 25,
25       was marked for identification.)

130

1    A    Okay.
2    Q    Are you familiar with this exhibit?
3    A    Yes.
4    Q    This document?
5    A    Yes.
6    Q    And what is this document, Exhibit 19?
7    A    It looks like there was a comment that
8 someone made on a website and Don had asked me
9 to respond to it.
10    Q    And do you recognize Exhibit 19 from
11 your personal files?
12    A    Yes.
13    Q    Okay.  So do you recall this situation,
14 where Don asked you to respond to a comment?
15    A    Yes, I do.
16    Q    Do you remember what the comment was
17 about or --
18    A    I don't remember that much about it at
19 all.
20    Q    Was this -- did this happen in other
21 situations?
22    A    No, this is the only time that I
23 remember being asked to respond to -- to a
24 customer.
25    Q    Mm-hmm.

131

1       And what did he want you to do?
2    A    He wanted me to write a response trying
3 to explain -- trying to explain -- explain what
4 the process was --
5    Q    Well, what does it say under the email
6 where it says from "Don J" right up at the top?
7    A    It says, "Yes, please.  And sign in as
8 Dr. Ross and explain how good and beneficial
9 Roca Labs' formula is and how successful it is."
10       And I said, do you want me to post this
11 comment on the WebMD's website.
12    Q    Mm-hmm.
13    A    And then from Schloss, I believe is the
14 attorney, it says, "Dr. Ross wrote this comment
15 to the WebMD doctor.  Please use it when
16 approaching her directly and let's place her on
17 some legal notice."
18       So it looks like she had wrote
19 something negative, and I was trying to explain
20 the benefits of the formula.
21    Q    Okay.
22       MR. SPELMAN:  Okay.  Let me
23    introduce another exhibit.
24       MR. SETTLEMYER:  Let me just tell
25    Tommy what this is, because this is

132

1    something I just -- I will tell you,
2    represent to you, I just printed this
3    out yesterday, I'm going to give you a
4    URL, it's HTTP://forums, F-O-R-U-M-S,
5    .WebMD.com/3/diet, D-I-E-T, hyphen,
6    exchange, E-X-C-H-A-N-G-E, /forum,
7    F-O-R-U-M, /3609/2.
8       MR. MCDONNELL:  Got it.
9       MR. SETTLEMYER:  Okay.  So we're
10    going to have this document marked as
11    Exhibit 20.
12       (Plaintiff's Exhibit 20, WebMD
13       Screenshot, was marked for
14       identification.)
15    Q    Can you identify that document?
16    A    It looks like a post on the WebMD
17 website that I had posted four years ago.
18    Q    Is that what you posted; is that your
19 post?
20    A    Again, I think it was -- it was in
21 response -- I wrote some of this, and I think it
22 was modified.
23    Q    Oh, okay.
24    A    It went back and forth.
25    Q    Is that -- but it -- did you actually

133

1 post it?  Go online and -- who is the poster?
2    A    The poster says, "Ross 1818," so that
3 looks like me.  So I -- I believe I did post it,
4 yes.
5    Q    Is this the same issue as that?
6    A    Yes, I believe it is.
7    Q    Okay.
8         MR. SETTLEMYER:  You're referring
9    to an exhibit.
10   Q    I'm sorry, I'm referring to the
11 previous exhibit, 19.  So it's the -- when Don
12 asked you --
13   A    He asked to have this response posted
14 based on, I guess, someone else said something
15 about the -- the formula on a -- on a blog -- on
16 the -- on the WebMD website.
17   Q    And this was at Don's direction?
18   A    Yes.
19   Q    And you said that it may have been
20 modified?
21   A    Most everything that I did, we kind of
22 went back -- back and forth a few times, yes.
23   Q    Mm-hmm.
24        So he reviewed, and did he give his
25 approval to post it; is that how it worked?

134

1    A    I think, yeah, he recommended that I
2 respond to this person, yes.
3    Q    Okay.
4         MR. SPELMAN:  Okay.  Let's move on
5    to the next one.
6         MR. SETTLEMYER:  The next document
7    to be marked as Document 21 is Bates
8    FTC-PROD-010857 through 859.
9         (Plaintiff's Exhibit 21,
10        Typewritten document, Bates Stamped
11        FTC-PROD-010857 - 59, was marked
12        for identification.)
13   Q    And before you do that, can I ask just
14 a couple quick questions about that previous
15 Exhibit 20, again.  It says in there that you
16 have not used Konjac, I believe it says that
17 three-quarters of the way through.
18        Did you write that part?
19   A    I don't remember writing it, no.
20   Q    Because hadn't you used Konjac -- if
21 you had tried the formula --
22   A    Yeah, I did try the formula, yeah.
23   Q    And so do you think maybe that was --
24   A    It might have been modified, yes.
25   Q    Mm-hmm, okay.  That's the only question

135

1 I have.
2         MR. SPELMAN:  If we can move on to
3    the next.
4         MR. SETTLEMYER:  So we're on to
5    Exhibit 21.
6         MR. SPELMAN:  Right.
7    A    Okay.
8    Q    Do you recognize this document?
9    A    Yes, I do.
10   Q    And this is Exhibit 21, what is it?
11   A    I believe it's some information
12 regarding the formula, and I think I wrote this
13 for content for the website.
14   Q    Okay.  Who told you to write this?
15   A    I believe Don asked me.
16   Q    Okay.  Was this -- do you remember when
17 you wrote this?
18   A    No, I'm sorry, don't remember.
19   Q    Okay.  Did you write this yourself or
20 is some of this from Don?
21   A    You know, again, the -- the information
22 of -- of how long it stays in the stomach, the
23 formula remains in the stomach for 16 hours,
24 that is not information that, you know, was
25 published or I would have had access to, so that

136

1 was -- that was provided by Don.
2    Q    What about the line about the food
3 remaining in your stomach for 20 to 40 minutes
4 and moves to --
5    A    That's -- that's a well-understood
6 medical fact.
7    Q    Oh, okay.  That's why you -- that's
8 why --
9    A    Yeah.
10   Q    I see.
11        So this part about "the formula absorbs
12 and helps maintain an even blood glucose
13 level" --
14   A    Yeah.
15   Q    -- is that your understanding or is
16 that from Don?
17   A    Well, I think it was written by Don,
18 but, again, we talked about how the beta glucan
19 maintains euglycemic, so I certainly agree with
20 it.
21   Q    Okay.
22   A    It's well-understood.
23   Q    Had you ever represented to Don that
24 you were particularly knowledgeable in obesity
25 or an expert in obesity?

137

1   A   No.
2   Q   Okay.  Did he ask you that?
3   A   I don't believe so.
4   Q   Okay.  The part where it says, "The
5   body's primitive goal is to conserve energy and
6   fat to prevent staring[sic]," that is --
7   A   It's "starving."
8   Q   "Starving"?
9   A   Starving, yeah.
10  Q   Okay.  So primitive or primary?
11  A   Primitive, I think it's entirely
12  logical, the fact that it helps us survive, so
13  as we have less -- we have less energy to use,
14  we'll start breaking down --
15  Q   I see, okay.
16  A   Yeah.
17  Q   So this says that, "The formula will
18  allow you to shock the system."
19      Do you know what that means?
20  A   No, I'm not sure what is meant by that.
21  Q   Okay.  Did Don ever indicate to you
22  that he had consulted with another weight loss
23  expert?
24  A   No.
25  Q   Okay.  Okay.  That's all I have about

138

1   this one.
2       MR. SETTLEMYER:  The document to be
3       marked as Exhibit 22 is Bates
4       FTC-PROD-010365 through 367.
5       (Plaintiff's Exhibit 22,
6       Typewritten document, Bates Stamped
7       FTC-PROD-010365 - 67, was marked
8       for identification.)
9   Q   Are you familiar with this document?
10  A   Yes.
11  Q   What is it, Exhibit 22?
12  A   It's a description of the components to
13  the formula and how they act in the body.
14  Q   And do you recognize Exhibit 22 from
15  your personal files?
16  A   I do.
17  Q   And did you write this or was this
18  provided to you?
19  A   I -- I wrote components of it.  Some of
20  this is clearly not my way that I would write a
21  sentence, but the information -- you know, I
22  wrote so many of these based on -- you know,
23  explaining beta glucan and Konjac -- Konjac that
24  I certainly wrote components of this, yes.
25  Q   Mm-hmm.

139

1       Out of curiosity is it glucan or
2   glucan?
3   A   Beta glucan.
4   Q   Glucan?
5   A   Yeah.
6   Q   Okay.  What's fenugreek?
7   A   Fenugreek, I'm not really familiar with
8   it.  It was -- it's a dietary supplement, it's
9   an herb that I apparently -- I don't remember
10  exactly, I don't know if this was added to the
11  formula later on.
12  Q   It says, "Studies show that if you eat
13  less for a prolonged time, your stomach actually
14  shrinks."
15  A   Yes.  There's actually one study that
16  does confirm that, it looked at volume size,
17  they had, you know, people eat less over a
18  certain amount of time, and they put in like a
19  balloon and they inflated it and they can
20  actually measure the -- the volume of the
21  stomach.
22  Q   But this doesn't actually say that
23  studies show that Roca Labs made you eat less
24  for a prolonged period of time?
25  A   It does not say that, correct.

140

1   Q   Because you didn't have a study, there
2   wasn't a study of the actual --
3   A   Right, of the formula to check that
4   out.
5   Q   And there's a comment that it's the
6   same effect as gastric bypass without the
7   surgery, so what is that -- are you referring to
8   the sensation with that or are you referring to
9   the weight loss effects?
10  A   The sensation, meaning that if you
11  reduce the stomach mechanically by surgery, if
12  you reduce it by 80 percent, theoretically, by
13  filling it with a gelatin 80 percent, you'll
14  have the same, a similar sensation.
15  Q   Okay.  So you're not actually saying
16  that you'll lose 80 pounds or something like
17  that?
18  A   Right.  No, I wouldn't -- I -- no, I
19  wouldn't know that.
20  Q   Okay.
21  A   Yeah.
22  Q   Okay.
23      MR. SPELMAN:  Okay.  Next.
24      MR. SETTLEMYER:  The document to be
25      marked as Exhibit 23 is Bates

173

1  it was 30 to 60 minutes before a meal.
2    Q   Mm-hmm.
3    A   And in order for it to kind of be there
4  before you start eating.
5    Q   I see.
6    A   If you took it three hours before a
7  meal, you know, is it going to wash out and
8  breakdown beforehand, if you don't drink enough
9  water, is that going to impact it.
10   Q   Okay.  How about, are there other
11 activities that would be necessary in order to
12 lose that, say, was it ten kilograms in six
13 months?
14   A   Well, when I say that, that's based on
15 you doing nothing else different.  Again, if you
16 have someone who is doing -- who's burning a
17 thousand calories, you know, a day and is taking
18 in 1100 calories a day.  And so -- and so when
19 they start the formula, they do nothing
20 different.  The only thing that's different is
21 now they're consuming 800 calories instead of
22 1100 and they're still burning a thousand
23 calories a day.
24      So in -- in the clinical trial, that's
25 who you want.  You don't want anybody exercising

174

1  anymore, because that's going to influence you.
2  You want everything -- I mean, in this type of
3  study, you would say, do the same thing, do not
4  change anything.
5    Q   Right.
6    A   And -- but you could -- that's why you
7  have a placebo group, because you can kind of
8  see, is everybody exercising a little more
9  because they just wanted to lose weight so -- so
10 badly.
11      So by meaning doing nothing
12 differently, it's just by taking the formula and
13 doing everything else -- everything else the
14 same, that's what I'm talking about, the ten
15 kilograms.
16   Q   Okay.
17   A   If it's a product that you're buying
18 and your goal is to lose weight, you should take
19 this, you should exercise, you should reduce
20 the -- the fat that you -- you take in, you
21 should reduce your sedentary times, along those
22 lines, yes.
23   Q   Did you ever talk to Don about what you
24 thought the product could do, could accomplish,
25 how much weight loss?

175

1    A   No, I didn't, no.
2    Q   Okay.  On this email chain, the email
3  address for Don is now Don@rocalabs.com, was
4  that an email that you knew he used that you
5  sent to him?
6    A   It would be a reply, so whatever he
7  sent to me, I would hit reply.
8    Q   Okay.
9    A   Yeah.
10   Q   And how about on the last page, down
11 here, it's now called Roca Labs USA, were you
12 familiar with that --
13   A   I never knew that, I didn't realize the
14 difference.
15   Q   You didn't realize any change?
16   A   Correct.
17   Q   Okay.  If I could move on.
18      MR. SETTLEMYER:  Okay.  The next
19      document we'd like to have marked as
20      Exhibit 36 is Bates FTC-PROD-010940
21      through 942.
22      (Plaintiff's Exhibit 36, Email,
23      Bates Stamped FTC-PROD-010940 - 42,
24      was marked for identification.)
25      THE WITNESS:  Okay.

176

1    Q   Are you familiar with this document?
2    A   Yes.
3    Q   Okay.  Could you -- well, do you
4  recognize it from your personal files?
5    A   Yes, I do.
6    Q   And this is Exhibit 36.  What's this
7  document?
8    A   It's -- it looks like emails back and
9  forth between Don and myself regarding my
10 compensation.
11   Q   Okay.  And the only reason I bring this
12 one up is because it's a month, it's about a
13 month after the last one, yet you still seem to
14 be working for Don, I was wondering if anything
15 had changed.
16   A   No, it's just the payments didn't come
17 real timely sometimes, that's all.
18   Q   Because you said you had given him your
19 30-day notice in the previous exhibit --
20   A   What was the date on that?
21   Q   That was July 9th.
22   A   July 9.
23   Q   And then here is August 8th, so that's
24 right about the -- so I didn't know if --
25   A   Was that the 30-day -- I'm sorry, let

Finesmith Dep. Ex. 18 –
"2014-12-02 RocaLabs Vimeo – Dr Ross F –
TheImportanceofWater.mp4"

[Placeholder for Video File Produced Separately in PX2 (CD)]

Response to Roca Labs Discussion : Diet Community - Support Group                                     Page 1 of 2

---

**WebMD**     "Response to Roca Labs Discussion":...        SUBSCRIBE      SEARCH

WebMD Home › Communities › WebMD Diet Community                                              Save

WebMD-moderated

## WebMD® Diet Community

**Home**
**Discussions**
**Tips**
**Resources**
**About This Community**

**Staying Informed** ▼

**My Watchlist**
**Related Eating & Diet Communities**
**All Communities**
**Community FAQs**
**Crisis Assistance**

ADVERTISEMENT

**Stay Informed with Newsletters**

Sign up for the Weight Loss Wisdom newsletter and keep up with all the latest dieting news, exercise and health tips from WebMD.

☐ *I have read and agree to WebMD's Privacy Policy.*

[Enter Email Address]

[Sign Up]

---

Last Reply: 4 years ago ⊙

### Response to Roca Labs Discussion

4 years ago

**Ross1818 posted:**

I am a physician that has treated many patients with obesity and type 2 diabetes. I had noticed this conversation and decided to add my comment.

My first thought is that I would have hoped WebMD would provide a more structured and productive forum for those of us that are dealing with weight issues. Regardless of the product, this person tried a weight loss approach for " a few days" and has not lost as much weight as she would like. I have not meet a person who tried any diet or new health/exercise program that has lost as much as they would like in only " a few days". As the moderator has mentioned, weight loss takes time and effort. Why was this not addressed when reading this persons comments?

Secondly, the post should not be considered valid since the person bought the treatment from an unauthorized seller. What was in the container? Who knows where it came from? For a person to make some dishonest money, all they have to do is put some powder, like jello of psyllium as the person suggested, in any branded container and sell it for a lot of money. In fact, maybe there was actually a laxative that was added and it caused the diarrhea.

I did go to the Roca Labs website and found the formula contains beta-glucan, konjac in a high-fiber content. I have used beta-glucan for an appetite supplement and blood glucose stabilizer in patients with type 2 diabetes. The medical literature strongly supports this. I have not used konjac but there are similar medical reports. High-fiber, as we all know, is healthy and when taken before a meal, results in a slower, more gradual absorption of sugars allowing for a reduced blood sugar spike after a meal. High amounts of fiber also cause a "fullness" feeling as well.

Lastly, some people respond very well to a treatment plan and the next person may respond poorly. For example, penicillin efficiently treats most strep infections, but not all. Would it be reasonable for someone to write on these pages that penicillin is a terrible medicine because it did not rid them of a strep throat infection?...of course not.

I simply feel that these Internet discussions should be presented in a reasonable manner on reputable sites, like WebMD, and this persons report of any diet was poorly represented and should not be taken seriously...

---



**KellieK66 responded:**                                    4 years ago

Well said!

---



**brunosbud responded:**                                   4 years ago

1. Why would a diet aid manufacturer threaten legal action against their customers if they refute their product's effectiveness?

2. Why would an actual licensed physician make an anonymous endorsement of a weight loss product that worked? If you think that *"...internet discussions should be presented in a reasonable manner..."* and you announce, from the get-go, that you're a *"physician"*, why didn't you identify yourself?

---

[Search This Community]    [GO]

### 🔍 Popular **Discussions**

• Weight Gain After Gastric ByPass
• Share with Mrs. Obama
• What Does Plus-Size Mean to You? Expert
• Should pizza and soda be taxed? Expert
• Can green coffee bean extract and garcinia cambogia be taken together???

See All

### ✓ Helpful Tips

**Olive oil versus Canola oil** Expert

Both oils contain healthy monounsaturated fats but canola actually has less saturated fat than olive oil. Canola is more versatile for ... More

Was this Helpful?  [Yes]  [No]

230 of 284 found this helpful

• Cut Sodas
• Me too!

Post a Tip | See All

### 🕐 Helpful Resources

• New! WebMD's Food & Fitness Pl...
• Great Way to Learn How to Swim Expert
• USDA Food Label Guide Expert
• Stay Healthy and Fit While Tra... Expert
• Getting Started with Weight Loss

See All

ADVERTISEMENT

### 📖 Expert Blog

**Everyday Fitness**
- Pamela Peeke, MD, MPH, FACP

Achieve a mind-body balance and live a healthier life with tips from wellness expert Dr Pamela Peeke... Read More

### Related News

• 'Mindfulness' Approach Could Help You Stay Slim
• Healthy Diet as Teen, Less Weight Gain as Adult
• Carrot-Stick Approach: A Way to Get Folks to Eat More Veggies, Fruits
• Friendships Matter if You Want to Lose Weight
• The Truth About Bacon

### Related Drug Reviews

| Drug Name | User Reviews |
|-----------|-------------|
| • Phentermine | 2303 |
| • Apidex-P | 1188 |

---



PLAINTIFF'S
EXHIBIT NO. **20**
FOR IDENTIFICATION
DATE: 12/8/14   RPTR: SAB

 **abnersmom replied to brunosbud's response:**   4 years ago
Well said, Brunosbud!

 **An_243840 responded:**   4 years ago
I do not understand why Roca Labs denied my application. I am very sad and quite frankly upset with the roca labs company. I have no health issues despite the fact that I need to lose weight and I went to all the trouble of researching about the company, read testimonials, and finally filling out this huge application form, I got a response through email one day later telling me that "I am not ready". I want to lose the weight and I do not see why the company wouldn't simple sell the product to me. What do you think I should do?

* Meridia   222
* Alli   95
* Xenical   72

See More

## Report Problems With Your Medications to the FDA
You are encouraged to report negative side effects of prescription drugs to the FDA. Visit the FDA MedWatch website or call 1-800-FDA-1088.

 Back to Top

## See Related Eating & Diet Communities
* WebMD Diabetes Community
* WebMD Diet Community
* WebMD Fitness & Exercise Community
* WebMD Food & Cooking Community
* WebMD Sports Medicine Community
* Diet Debate

See All Communities ▼ more

Visit the Healthy Eating & Diet Center

The opinions expressed in WebMD Communities are solely those of the User, who may or may not have medical or scientific training. These opinions do not represent the opinions of WebMD. Communities are not reviewed by a WebMD physician or any member of the WebMD editorial staff for accuracy, balance, objectivity, or any other reason except for compliance with our Terms and Conditions. Some of these opinions may contain information about treatments or uses of drug products that have not been approved by the U.S. Food and Drug Administration. WebMD does not endorse any specific product, service or treatment.

Do not consider Communities as medical advice. Never delay or disregard seeking professional medical advice from your doctor or other qualified healthcare provider because of something you have read on WebMD. You should always speak with your doctor before you start, stop, or change any prescribed part of your care plan or treatment. WebMD understands that reading individual, real-life experiences can be a helpful resource, but it is never a substitute for professional medical advice, diagnosis, or treatment from a qualified health care provider. If you think you may have a medical emergency, call your doctor or dial 911 immediately.

## Health Solutions From Our Sponsors
* Knee Pain Management
* Therapy at Home?
* Cancer Treatments
* Breast Cancer Treatment
* IBS-C Symptoms?
* Skin Cancer Treatment
* Osteoarthritis Knee Pain
* Fight Prostate Cancer
* Digestive Sensitivities
* Ringing in Ears
* Treating Hepatitis C
* Aortic Valve Stenosis?
* Knees & Exercise
* Expert Orthopedic Care
* Valve Stenosis Caregiver?

**More From WebMD:** Knee Pain Assessment | Control Your Blood Sugar | Psoriasis | MS Assessment | Anaphylaxis | ADHD in Children | Diabetes Diet | Hodgkin's Lymphoma | Multiple Myeloma | Hearing Loss Its Causes and Treatment | Myths and Facts About Prostate Cancer | Living With Alzheimer's | COPD | Prostate Cancer Clinical Trials | Diabetes Assessment | Live Better With Diabetes | Atrial Fibrillation Assessment | Treating Advanced Prostate Cancer

Find us on: 

About WebMD | Advertise With Us | Terms of Use | Privacy Policy | Advertising Policy | Accessibility | Sponsor Policy
Site Map | Careers | Contact Us | Medscape Reference | eMedicineHealth | RxList | Medscape | MedicineNet
BootsWebMD | WebMD Corporate | WebMD Health Services | First Aid | WebMD Magazine | WebMD Health Record
WebMD Mobile | Newsletters | Dictionary | Physician Directory

  

©2005-2016 WebMD, LLC. All rights reserved.
WebMD does not provide medical advice, diagnosis or treatment. See additional information