UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROCA LABS, INC., *et al.*,<br><br>                    Defendants. | Civ. No. 8:15-cv-02231-MSS-TBM<br><br>NOTICE OF FILING<br>OF PHYSICAL EXHIBIT<br>(PX 2) |

Plaintiff Federal Trade Commission ("FTC") hereby submits this Notice of Filing of Physical Exhibit (PX2) in support of the FTC's Motion for Summary Judgment. This exhibit contains video files that cannot reasonably be scanned. Specifically, the following documents are being submitted on a CD:

- 2014-12-02 Roca Labs Vimeo – Dr. Ross F – TheImportanceofWater.mp4
- FTC-PROD-004295.mov
- FTC-PROD-004542.mov
- FTC-PROD-004548.mov
- FTC-PROD-004550.mov
- FTC-PROD-004559.mov

The DVD was filed with the Clerk of the Court on this 24th day of March, 2017.

Respectfully submitted,

/s/ *Carl H. Settlemyer, III*
CARL H. SETTLEMYER, III (Trial Counsel)
PAUL B. SPELMAN
MICHAEL J. DAVIS
Federal Trade Commission
600 Pennsylvania Avenue, NW, Mail Drop CC-10528
Washington, DC 20580
 (202) 326-2019, -2487, -2458 (Tel.)
 (202) 326-3259 (Fax)
csettlemyer@ftc.gov, pspelman@ftc.gov, mdavis@ftc.gov
Attorneys for Plaintiff Federal Trade Commission

## CERTIFICATE OF SERVICE

I CERTIFY that on this 24th day of March 2017, I electronically filed the foregoing "Notice of Filing of Physical Exhibit" with the Clerk of the Court by using the CM/ECF filing system, and this document will be served electronically through same to counsel for all parties of record.

                                              s/*Carl H. Settlemyer, III*
                                              Attorney