UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br><br>v.<br><br>ROCA LABS, INC., a corporation; ROCA LABS NUTRACEUTICAL USA, INC., a corporation; MUST CURE OBESITY, CO., a corporation; JURAVIN, INCORPORATED, a corporation; ZERO CALORIE LABS, INC., a corporation; DON JURAVIN, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Must Cure Obesity, Co, and Juravin, Incorporated; and GEORGE C. WHITING, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., and Zero Calorie Labs, Inc.<br><br>Defendants. | Case No.  8:15-cv-02231-MSS-TBM<br><br><br><br>DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT DON JURAVIN. |

## DEFENDANT DON JURAVIN RESPONSES TO PLAINTIFF'S

## FIRST REQUEST FOR ADMISSIONS

Defendant, DON JURAVIN ("Defendant" or "JURAVIN"), pursuant to Rule 36 of the Federal Rules of Civil Procedure, serves his/its responses to the Plaintiff's First Request for Admissions, stating as follows:

## GENERAL OBJECTIONS

Defendant, DON JURAVIN, responds and objects to Plaintiff's Second Request for Admissions ("Requests") as set forth below. All general objections shall be deemed to be continuing and shall be construed as supplementing each specific objection and/or response to the Requests. No specific objection and no response contained herein shall be interpreted as limiting in any way the scope

or effect of any general objection. Defendant objects generally to the Requests to the exceed the scope permitted. The following responses are made solely for the purposes of this action. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in Court.

No incidental or implied admissions are intended by these responses. The fact that Defendant has objected or responded to any Request shall not be deemed an admission that Defendant accepts or admits the existence of any facts set forth or assumed by such Request or that such objection or response constitutes admissible evidence. The fact that Defendant has responded to part or all of any Request is not intended to and shall not be construed to be a waiver by Defendant of any part of any objection to any Request.

The responses and objections are made on the basis of information and writings currently available to and located by Defendant upon reasonable investigation. Defendant expressly reserves the right to modify, revise, supplement, and/or amend his responses as he deems appropriate.

The inadvertent or mistaken production of information and/or document subject to the protections of attorney-client privilege, work product privilege, or any other privilege or legal protection shall not constitute a general, inadvertent, implicit, subject matter, separate, independent, or other waiver of such privilege or protection and does not  put in issue or constitute the affirmative use of the advice of counsel or of any privileged communications. All such inadvertently produced information and/or document shall be returned to the Defendant's attorneys, along with any copies made thereof.

## GENERAL OBJECTIONS

A.  Defendant objects to the Requests to the extent that they seek information that is protected from disclosure by the attorney-client privilege, the attorney work product doctrine or any other privilege.

B.  Defendant objects to the Requests to the extent that they require Defendant to search for and produce or information that are not within his possession, custody, or control.

C.  Defendant objects to the Requests to the extent they seek information or documents that cannot be located by Defendant after reasonable diligent inquiry, are readily available from public resources, or are available to Plaintiff Counsel from another source or by other means that are more convenient, more appropriate, less burdensome, or less expensive.

D.  Defendant objects to the Requests to the extent they seek legal conclusions and/or would require Defendant to reach a legal conclusion in order to prepare a response.

E.  Defendant objects to the Requests to the extent that they are prejudicial, improper, incorrect, vague, and/or ambiguous.

F.  Defendant objects to the Requests to the extent they are excessive in nature by any reasonable standard.

G.  Defendant objects to the Requests to the extent that they assume facts that are inaccurate.

H.  Defendant objects to the Requests to the extent that they are argumentative.

I.  Defendant objects to the Requests to the extent that they are defective in form.

J.  Defendant objects to the Requests to the extent that they are over broad.

K.  Defendant objects to the Requests to the extent that they are unduly burdensome.

L.  Defendant objects to the Requests to the extent that they are oppressive.

M.  Defendant objects to the Requests to the extent that they are not reasonably calculated to lead to the discovery of admissible evidence.

N.  Defendant objects to the Requests to the extent that they impose upon the Defendant an unreasonable burden of inquiry.

O.  Defendant objects to the Requests to the extent that they seek information that is of a confidential, proprietary, or trade secret nature.

P.  Defendant objects to the Requests to the extent that they seek information that was prepared in anticipation of litigation.

Q.  Defendant objects to the Requests to the extent that they are not properly limited as to time.

R.  Defendant objects to the Requests to the extent that they seek conclusions or request opinions or contentions that relate to the application of law to facts.

S.  Defendant objects to the Requests to the extent that they seek information that contains or reflects personal, proprietary or confidential information, or other non-public business information.

T.  Defendant objects to each Request where the information known or readily obtainable by Defendant is insufficient to enable Defendant to admit or deny the request.

U.  Defendant objects to the Requests to the extent that they are

V.  Defendant objects to the Requests to the extent that they do not relate to the claims and defenses set forth in the pleadings.

W.  Defendant reserves its right to supplement the objections and responses to the Requests to the extent necessary and appropriate.

## RESERVATIONS

These responses are made without waiver of, and with preservation of:

(a) The right to object to all Requests as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses, or the subject matter thereof, as evidence for any purpose in any further proceeding in the action, or any other action – including at trial;

(b) The right to object to the use of any such responses, or the subject matter thereof, on any ground in any further proceeding in this action, or in any other action;

(c) The right to object on any ground to any Request revised by Plaintiff in response to any objection herein that a Request, or any part thereof, is vague, ambiguous, overbroad, or unduly burdensome; and

(d) The right at any time to revise, correct, add to, supplement or clarify any of the responses contained herein.

## SPECIFIC OBJECTIONS AND RESPONSES

The following responses, and any further responses to the Requests, or their subject matter, are made expressly without the acknowledgement of materiality or relevance of the Requests, or that the Requests are in any way reasonably calculated to lead to the discovery of admissible evidence.

1. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

2. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

3. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

4. Admit in part, denied in part. Juravin was not the only person who handled marketing activities. King and success coaches also handled marketing activities at their own discretion.

5. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. In addition, the Defendant has already testified through multiple depositions as to his job description for RLI. This is the best and most reliable source of information; therefore, no response is required.

6. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

7. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required

8. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

9. Denied. This admission seeks a legal and factual conclusion that is in dispute.

10. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

11. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

12. Denied. This admission seeks a legal and factual conclusion that is in dispute.

13. Denied. This admission seeks a legal and factual conclusion that is in dispute.

14. Denied. This admission seeks a legal and factual conclusion that is in dispute.

15. Denied. Juravin was only in charge of operations he did not hand off to Sharon King and operations that Whiting was in charge of.

16. Denied. Juravin Inc. changed the name of a company currently in existence under a different owner. Objection. In addition, the public record speaks for itself and is the best resource for this admission, therefore, no response is required

17. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

18. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

19. Denied. This admission seeks a legal and factual conclusion that is in dispute.

20. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

21. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

22. Denied. This admission seeks a legal and factual conclusion that is in dispute.

23. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

24. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

25. Denied. This admission seeks a legal and factual conclusion that is in dispute.

26. Denied. This admission seeks a legal and factual conclusion that is in dispute.

27. Denied. This admission seeks a legal and factual conclusion that is in dispute.

28. Denied. Juravin only provided basic instructions to workers. Sharon King trained all workers on how to respond to customer inquiries and refund requests. In addition, this admission seeks a legal and factual conclusion that is in dispute.

29. Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required

30. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

31. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

32. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

33. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

34. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

35. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

36. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

37. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

38. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

39. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

40. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

41. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

42. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

43. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

44. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

45. Denied. Juravin followed the advice and instruction of the FDA approved laboratory and relied upon them for input.

46. Denied. Juravin followed the advice and instruction of the FDA approved laboratory and relied upon them for input.

47. Denied. Juravin followed the advice and instruction of the FDA approved laboratory and relied upon them for input.

48. Denied. This admission seeks a legal and factual conclusion that is in dispute.

49. Denied. Juravin worked with Whiting to price product.

50. Denied. Juravin only had supervisory authority over product sales. Juravin did not handle individual sales.

51. Denied.

52. Admit.

53. Denied. This admission seeks a legal and factual conclusion that is in dispute.

54. Denied. This admission seeks a legal and factual conclusion that is in dispute.

55. Denied.  Juravin worked with Whiting to develop trademarks.

56. Denied. Juravin followed the advice and instruction of his FDA approved laboratory and relied upon them for input.

57. Denied. Juravin followed the advice and instruction of his FDA approved laboratory and relied upon them for input.

58. Denied. Juravin and Whiting both participated in this activity.

59. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

60. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

61. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

62. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

63. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

64. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

65. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

66. Denied.

67. Denied.

68. Denied. This admission seeks a legal and factual conclusion that is in dispute.

69. Denied. Whiting was aware of all big decisions within the various companies. This admission seeks a legal and factual conclusion that is in dispute.

70. Denied. Juravin followed the advice and instruction of his FDA approved laboratory and relied upon them for input.

71. Denied. Juravin relied on various services for advertisements and guidance on the advertisements. Juravin also relied on current FDA laws in place.

72. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

73. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

74. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

75. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

76. Denied. This admission seeks a legal and factual conclusion that is in dispute.

77. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

78. Objection. This admission is not relevant and will not lead to admissible evidence.

79. Denied.

80. Denied.

81. Denied. Whiting is a Ph.D., and therefore uses the title "Doctor".

82. Objection. The Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

83. Objection. The Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

84. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

85. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

86. Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

87. T Objection. he Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

88. Denied. Juravin only said he would manage some of the operations for the business because of his lack of understanding regarding U.S. business practices and laws. Juravin relied heavily upon Whiting to guide him in any manner regarding the business laws, accounting and other areas of the business.

89. Denied. Juravin consulted with Whiting from time to time about the advertising used for the business.

90. Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

91. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

92. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

93. Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

94. Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

95. Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

96. Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

97. Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

98. Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

99. Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

100.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

101.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

102.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

103.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

104.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

105.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

106.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

107.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

108.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

109.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

110.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

111.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

112.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

113.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

114.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

115.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

116.    Objection. Defendant Whiting has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

117.    Denied. The "Formula" is only known as the "Formula" or "Regimen" or "Mixture".

118.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

119.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

120.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

121.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

122.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

123.    Objection. Whiting would be the best person to answer this question. Defendant has no actual knowledge of the receipts of the business. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

124.    Objection. Whiting would be the best person to answer this question. Defendant has no actual knowledge of the receipts of the business. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

125.    Objection. Whiting would be the best person to answer this question. Defendant has no actual knowledge of the receipts of the business. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

126.    Objection. Whiting would be the best person to answer this question. Defendant has no actual knowledge of the receipts of the business. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

127.    Objection. Whiting would be the best person to answer this question. Defendant has no actual knowledge of the receipts of the business. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

128.    Objection. Whiting would be the best person to answer this question. Defendant has no actual knowledge of the receipts of the business. The Defendant has produced

documents related to this question which are the best and most reliable source of information; therefore, no response is required.

129.    Objection.. Whiting would be the best person to answer this question. Defendant has no actual knowledge of the receipts of the business. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

130.    Admit.

131.    Denied.

132.    Denied. Consumer purchased supplements through gastric.care web site.

133.    Denied. Consumer purchased supplements through gastric.care web site.

134.    Denied. Consumer purchased supplements through gastric.care web site.

135.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

136.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

137.    Objection. This admission is vague and Defendant is unable to answer. In addition, the public record speaks for itself and is the best resource for this admission, therefore, no response is required.

138.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

139.    Objection. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

140.    Objection.. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

141.    Objection. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

142.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

143.    Objection. Whiting would be the best person to answer this question. Defendant has no actual knowledge of the receipts of the business. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

144.    Objection. Whiting would be the best person to answer this question. Defendant has no actual knowledge of the receipts of the business. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

145.    Denied.  This admission seeks a legal and factual conclusion that is in dispute.

146.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

147.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

148.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

149.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

150.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

151.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

152.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

153.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

154.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. In addition, the Defendant objects to the nature of this compound question.

155.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

156.    Denied. Objection. This is a compound admission. In addition, this admission seeks a legal and factual conclusion that is in dispute.

157.    Denied. Objection. This is a compound admission. In addition, this admission seeks a legal and factual conclusion that is in dispute.

158.    Denied. Objection. This is a compound admission. In addition, this admission seeks a legal and factual conclusion that is in dispute.

159.    Denied. Objection. This is a compound admission. In addition, this admission seeks a legal and factual conclusion that is in dispute.

160.    Denied. Objection. This is a compound admission. In addition, this admission seeks a legal and factual conclusion that is in dispute.

161.    Denied. Objection. This is a compound admission. In addition, this admission seeks a legal and factual conclusion that is in dispute.

162.    Denied. "Success videos" were submitted by actual users of Roca Labs products.

163.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

164.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

165.    Objection. This admission is vague. Defendant cannot respond to this request due to lack of definitions – "success videos", "purchasers". In addition, this admission seeks a legal and factual conclusion that is in dispute.

166.    Objection. This admission is vague. Defendant cannot respond to this request due to lack of definitions – "compensate", "exchange", "testimonial". In addition, this admission seeks a legal and factual conclusion that is in dispute.

167.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

168.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

169.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

170.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

171.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

172.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

173.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

174.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

175.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

176.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

177.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

178.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

179.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

180.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

181.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

182.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

183.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

184.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

185.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

186.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

187.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

188.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

189.    Objection. The Defendant has produced documents related to this question which
are the best and most reliable source of information; therefore, no response is required.

190.    Objection. The Defendant has produced documents related to this question which
are the best and most reliable source of information; therefore, no response is required.

191.    Objection. The Defendant has produced documents related to this question which
are the best and most reliable source of information; therefore, no response is required.

192.    Objection. The Defendant has produced documents related to this question which
are the best and most reliable source of information; therefore, no response is required.

193.    Objection. The Defendant has produced documents related to this question which
are the best and most reliable source of information; therefore, no response is required.

194.    Objection. The Defendant has produced documents related to this question which
are the best and most reliable source of information; therefore, no response is required.

195.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

196.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

197.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

198.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

199.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

200.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

201.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

202.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

203.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

204.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

205.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

206.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

207.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

208.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

209.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

210.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

211.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

212.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

213.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

214.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

215.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

216.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Denied. The page states that the information will be shared to confirm identity only. It states that the information will not be sold to third party vendors.

217.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents

related to this question which are the best and most reliable source of information; therefore, no response is required.

218.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

219.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

220.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

221.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

222.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

223.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Denied. Terms were accessible at many points in the website. Possible customers were directed to and informed about the terms and conditions multiple time prior to purchase.

224.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

225.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

226.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

227.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

228.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

229.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

230.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

231.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

232.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

233.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

234.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

235.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied. Rules & Diet were accessible at many points in the website. Possible customers were directed to and informed about the Rules & Diet multiple times prior to purchase.

236. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

237. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied, this admission seeks a factual and legal conclusion that is in dispute.

238. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied, Terms and Conditions were available throughout the website.

239. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied. Terms were accessible at many points in the website. Possible customers were directed to and informed about the Terms and Conditions multiple times prior to purchase.

240. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

241.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

242.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

243.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

244.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

245.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied. Terms and pricing were accessible at many points in the website. Possible customers were directed to and informed about the Terms and Conditions multiple times prior to purchase.

246.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

247.    Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

248. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

249. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

250. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

251. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

252. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

253. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

254. Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore,

no response is required. Denied. This admission seeks a legal and factual conclusion that is in dispute.

255.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied. This admission seeks a legal and factual conclusion that is in dispute.

256.    Denied. This admission seeks a legal and factual conclusion that is in dispute. Defendant does not know and cannot testify as to another's words to purchasers. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

257.    Denied. This admission seeks a legal and factual conclusion that is in dispute. Defendant does not know and cannot testify as to another's words to purchasers.

258.    Denied. This admission seeks a legal and factual conclusion that is in dispute. Defendant does not know and cannot testify as to another's words to purchasers.

259.    Denied. This admission seeks a legal and factual conclusion that is in dispute. Defendant does not know and cannot testify as to another's words to purchasers.

260.    Denied. This admission seeks a legal and factual conclusion that is in dispute. Defendant does not know and cannot testify as to another's words to purchasers.

261.    Denied. This admission seeks a legal and factual conclusion that is in dispute. Defendant does not know and cannot testify as to another's words to purchasers.

262.    Denied. This admission seeks a legal and factual conclusion that is in dispute. Defendant does not know and cannot testify as to another's words to purchasers.

263.    Denied. This admission seeks a legal and factual conclusion that is in dispute. Defendant does not know and cannot testify as to another's words to purchasers.

264.    Denied. This admission seeks a legal and factual conclusion that is in dispute. Defendant does not know and cannot testify as to another's words to purchasers.

265.   Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Denied. This admission seeks a legal and factual conclusion that is in dispute. Defendant does not know and cannot testify as to another's words to purchasers.

266.   Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Denied. This admission seeks a legal and factual conclusion that is in dispute. Defendant does not know and cannot testify as to another's words to purchasers.

267.   Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Denied.

268.   Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Otherwise, denied.

269.   Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied. RLI only disclosed information that was publicly available.

270.   Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied. RLI only disclosed information that was publicly available.

271.   Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore,

no response is required. Denied. RLI only disclosed information that was publicly available.

272.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied. RLI only disclosed information that was publicly available.

273.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied. RLI only disclosed information that was publicly available.

274.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied. RLI only disclosed information that was publicly available.

275.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied and objection. The Defendant cannot answer this question because entity "First Data" has not been defined.

276.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. Denied and objection. The Defendant cannot answer this question because entity "First Data" has not been defined.

277.    Admit.

278.   Admit. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

279.   Objection. This question is vague and non-specific. Defendant is unable to answer based on general terms such as "online site" and "freelancers".

280.   Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Otherwise, denied.

281.   Objection, Defendant is not able to testify to another's credentials, expertise, or professional experience. Otherwise, denied.

282.   Objection, Defendant is not able to testify to another's credentials, expertise, or professional experience Otherwise, denied.

283.   Objection, Defendant is not able to testify to another's credentials, expertise, or professional experience Otherwise, denied.

284.   Objection, Defendant is not able to testify to another's credentials, expertise, or professional experience Otherwise, denied.

285.   Objection, Defendant is not able to testify to another's credentials, expertise, or professional experience Otherwise, denied.

286.   Objection, Defendant is not able to testify to another's credentials, expertise, or professional experience Otherwise, denied.

287.   Denied.

288.   Denied.

289.   Objection, Defendant is not able to testify to another's records or if they were kept in the ordinary course of business for that individual. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute.

290.   Objection, Defendant is not able to testify to another's records accuracy or if they were kept in the ordinary course of business for that individual. In addition, the

Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute.

291.   Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

292.   Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

293.   Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant followed the advice and instruction of the FDA approved laboratory and relied upon them for input and guidance.

294.   Objection, Defendant is not able to testify to another's actions, investigations, reports, suggestions, or other work product in conjunction with the Defendants products and websites. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute.

295.   Objection, Defendant is not able to testify to another's actions, investigations, reports, suggestions, or other work product in conjunction with the Defendants products and websites. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute

296.   Objection, Defendant is not able to testify to another's actions, investigations, reports, suggestions, or other work product in conjunction with the Defendants products and websites. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute

297.   Objection, Defendant is not able to testify to another's actions, investigations, reports, suggestions, or other work product in conjunction with the Defendants products and websites. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute

298.   Objection, Defendant is not able to testify to another's actions, investigations, reports, suggestions, or other work product in conjunction with the Defendants products

and websites. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute

299.   Objection, Defendant is not able to testify to another's actions, investigations, reports, suggestions, or other work product in conjunction with the Defendants products and websites. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute

300.   Objection, Defendant is not able to testify to another's actions, investigations, reports, suggestions, or other work product in conjunction with the Defendants products and websites. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute

301.   Objection, Defendant is not able to testify to another's actions, investigations, reports, suggestions, or other work product in conjunction with the Defendants products and websites. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute

302.   Objection, Defendant is not able to testify to another's actions, investigations, reports, suggestions, or other work product in conjunction with the Defendants products and websites. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute

303.   Objection, Defendant is not able to testify to another's actions, investigations, reports, suggestions, or other work product in conjunction with the Defendants products and websites. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute

304.   Admit.

305.   Denied. The Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute.

306.   Objection, Defendant is not able to testify to another's actions, investigations, reports, suggestions, or other work product in conjunction with the Defendants products

and websites. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute

307.    Objection. This admission is vague as it relies upon numerous time periods that are not defined and seeking a legal and factual conclusion that is in dispute.

308.    Objection, Defendant is not able to testify to another's actions, investigations, reports, suggestions, or other work product in conjunction with the Defendants products and websites. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute

309.    Denied. The Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute.

310.    Denied. The Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute.

311.    Denied. The Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute.

312.    Denied. The Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute.

313.    Admit.

314.    Denied. The Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute.

315.    Objection. Denied. Defendant contributed to the website along with other individuals. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

316.    Objection. Denied. Defendant contributed to the website along with other individuals. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

317.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

318.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

319.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

320.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required, Otherwise, denied.

321.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise, denied.

322.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise, denied.

323.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise, denied.

324.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise, denied.

325.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

326.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which

is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

327.     Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

328.     Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

329.     Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

330.     Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

331.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

332.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

333.    Objection.. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

334.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

335.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

336.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

337.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

338.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

339.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

340.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

341.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

342.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

343.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

344.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which

is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

345.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

346.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

347.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

348.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

349.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

350.    Objection.  The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

351.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

352.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

353.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

354.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

355.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

356.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

357.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

358.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In

addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

359.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. In addition, Finesmith has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Also, Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required

360.    Denied. There are multiple studies done on Roca Labs ingredients.

361.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

362.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

363.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

364.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

365.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

366.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

367.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

368.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

369.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

370.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute

371.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute

372.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute

373.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute

374.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute

375.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute

376.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute

377.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute

378.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute

379.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute

380.   Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute

381.   Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

382.   Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

383.   Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

384.   Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

385.   Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

386.     Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

387.     Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

388.     Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

389.     Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

390.     Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

391.     Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

392.     Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

393.    Denied. The Plaintiff is attempting to forcibly instill a higher standard that what the FDA requires for supplements. Additionally, Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

394.    Objection. This admission is compound in nature. That said, Juravin only admits that he is not a medical doctor.

395.    Objection. This admission is compound in nature. Defendant also cannot testify as to the degrees or licenses held by another.

396.    Denied. Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

397.    Denied. Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

398.    Denied. Defendant objects to this admission due to its compound and conclusory nature. Plaintiff seeks a factual and legal conclusion that is in dispute.

399.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

400.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

401.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

402.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

403.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

404.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

405.    Denied. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

406.    Admit. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

407.    Admit. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

408.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

409.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

410.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

411.    The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

412.    The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

413.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant

has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

414.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

415.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

416.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

417.    Denied

418.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required.

419.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise denied.

420.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise denied.

421.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise denied.

422.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise denied

423.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise denied

424.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise denied

425.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise denied

426.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise denied

427.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise denied

428.    Admit.

429.    Admit.

430.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise denied

431.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise denied

432.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required. Defendant has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. Otherwise denied

433.    Objection. This admission is not relevant and will not lead to admissible evidence. Objection, Defendant is unable to testify as to what another did while working for one of the Corporate Defendants. In addition, Antico has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. The Defendant has also produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

434.    Objection. This admission is not relevant and will not lead to admissible evidence. Objection, Defendant is unable to testify as to what another did while working for one of the Corporate Defendants In addition, Antico has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. The Defendant has also produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

435.    Objection. This admission is not relevant and will not lead to admissible evidence. Objection, Defendant is unable to testify as to what another did while working for one of the Corporate Defendants In addition, Antico has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. The Defendant has also produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

436.    Denied.

437.    Admit.

438.    Denied.

439.    Objection. This admission is compound in nature. Defendant also cannot testify as to the degrees or licenses held by another

440.    Objection, Defendant is not able to testify to another's records or if they were kept in the ordinary course of business for that individual. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute.

441.    Objection, Defendant is not able to testify to another's records or if they were kept in the ordinary course of business for that individual. In addition, the Defendant objects on the grounds that the Plaintiff is seeking a legal and factual conclusion that is in dispute

442.    Denied.

443.    Objection. This admission is not relevant and will not lead to admissible evidence. In addition, Hensley has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. The Defendant has also produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

444.    Objection. This admission is not relevant and will not lead to admissible evidence. In addition, Hensley has provided deposition testimony related to this question, which

is the best and most reliable source of information; therefore, no response is required. The Defendant has also produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

445.    Objection. This admission is not relevant and will not lead to admissible evidence. In addition, Hensley has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. The Defendant has also produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

446.    Objection. This admission is not relevant and will not lead to admissible evidence. In addition, Hensley has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. The Defendant has also produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

447.    Objection. This admission is not relevant and will not lead to admissible evidence. In addition, Hensley has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. The Defendant has also produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

448.    Objection. This admission is not relevant and will not lead to admissible evidence. Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. The Defendant has also produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

449.    Objection. This admission is not relevant and will not lead to admissible evidence. Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley has provided deposition testimony related to this question, which is the best and most reliable source of information; therefore, no response is required. The

Defendant has also produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

450.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

451.    The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

452.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley and/or King is the best and most reliable source of information; therefore, no response is required.

453.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley and/or King is the best and most reliable source of information; therefore, no response is required.

454.    Objection. The Defendant has also produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

455.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

456.    Denied. This admission seeks a legal and factual conclusion that is in dispute.

457.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley and/or King are the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

458.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no

response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

459.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

460.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

461.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

462.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

463.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

464.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

465.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

466.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

467.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

468.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

469.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question

which are the best and most reliable source of information; therefore, no response is required.

470.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

471.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

472.     Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

473.     Objection. The public record speaks for itself and is the best resource for this admission, therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

474.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

475.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Reeves is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question

which are the best and most reliable source of information; therefore, no response is required.

476.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Bridges is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

477.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Linde is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

478.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Midgely is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

479.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Westerman is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

480.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Alcorn is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

481.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Elliot is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

482.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Brown is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

483.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Vesper is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

484.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Ifill is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

485.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Vesper is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

486.    Objection, asked and answered prior in this Request.

487.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question

which are the best and most reliable source of information; therefore, no response is required.

488.   Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

489.   Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Antico is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

490.   Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

491.   Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

492.   Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

493.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

494.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

495.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

496.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

497.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley or Antico or King is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

498.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question

which are the best and most reliable source of information; therefore, no response is required.

499.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

500.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

501.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

502.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

503.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

504.     Objection and denied. The Defendant has produced documents and testimony related to this question which are the best and most reliable source of information; therefore, no response is required.

505.     Objection. The Defendant has produced documents and testimony related to this question which are the best and most reliable source of information; therefore, no response is required.

506.     Objection. The Defendant has produced documents and testimony related to this question which are the best and most reliable source of information; therefore, no response is required.

507.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, the success coaches are the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

508.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, the success coaches are the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

509.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley or King are the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

510.     Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question

which are the best and most reliable source of information; therefore, no response is required.

511.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, the success coaches are the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

512.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

513.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

514.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

515.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

516.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required..

517.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

518.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

519.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, the individual success coach is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

520.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

521.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

522.    Objection. This admission seeks a legal and factual conclusion that is in dispute. In addition, Hensley is the best and most reliable source of information; therefore, no

response is required. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

523. Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

524. Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

525. Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

526. Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required

527. Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

528. Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

529. Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

530. Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

531.   Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

532.   Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

533.   Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

534.   Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

535.   Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

536.   Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

537.   Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

538.   Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

539.   Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

540.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

541.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

542.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

543.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

544.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

545.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

546.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

547.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

548.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

549.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

550.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

551.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

552.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

553.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

554.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

555.    Objection. This admission seeks a legal and factual conclusion that is in dispute. The public record speaks for itself and is the best resource for this admission, therefore, no response is required.

556.    Objection. The documents related to this question which are the best and most reliable source of information; therefore, no response is required.

557.    Denied.

558.    Denied.

559.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

560.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

561.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

562.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

563.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

564.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

565.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required

566.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

567.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

568.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

569.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

570.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

571.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

572.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

573.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

574.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

575.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

576.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

577.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

578.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

579.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

580.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

581.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

582.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

583.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

584.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

585.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

586.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

587.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

588.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

589.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

590.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

591.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

592.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

593.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

594.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

595.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

596.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

597.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

598.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

599.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

600.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

601.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

602.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

603.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

604.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

605.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

606.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

607.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

608.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

609.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

610.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

611.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

612.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

613.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

614.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

615.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

616.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

617.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

618.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

619.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

620.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

621.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

622.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

623.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

624.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

625.    Denied.

626.    Denied.

627.    Denied.

628.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

629.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.

630.    Objection. The Defendant has produced documents related to this question which are the best and most reliable source of information; therefore, no response is required.