# EXHIBIT LIST

## FTC's Opposition to Defendants' Motion for Partial Summary Judgment as to Count Three of the Amended Complaint

| Exhibit Number | Title |
|---|---|
| PX1 | Excerpts from Don Juravin's Individual Deposition (2/17/17) |
| PX2 | Excerpts from Sharon King's Deposition |
| PX3 | Excerpts from Ross Finesmith's Deposition |
| PX4 | Excerpts from Sharon Hensley's Deposition |