# PX1

# Excerpts from Don Juravin's Individual Deposition (2/17/17)

# In the Matter of:

# FTC v. Roca Labs, Inc., et al.

*February 17, 2017*
*Don Juravin - Confidential*
*Vol. 3*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                                          2/17/2017

405

```
 1                 I N D E X
 2
   WITNESS                              PAGE NO.
 3
    DON JURAVIN
 4
        By Mr. Settlemyer:                 409
 5      By Ms. Marteny:                    601
        By Mr. Settlemyer:                 613
 6      By Ms. Marteny:                    620
 7
 8  EXHIBITS        DESCRIPTION          PAGE NO.
 9    129      Roca Labs Corp Filing       420
      130      Zero Calorie Corp Filing    424
10    131      BOA Acct #3195              436
      132      2011 Roca Labs Tax Return   440
11    133      2014 Roca Labs Tax Return   443
      134      2015 Roca Labs Tax Return   445
12    135      Zero Calorie Labs           456
      136      Roca Labs Acct #8933        459
13    137      Juravin Inc.                473
      138      BOA Acct #5833              473
14    139      2014 Juravin Tax Return     474
      140      2015 Juravin Tax Return     477
15    141      Answer to Amended Complaint 478
      142      Agreement of Services       487
16    143      Agreement of Services       487
17           CONFIDENTIAL EXHIBITS
18        Exhibits 131-136, 142, 143
19
20           CONFIDENTIAL PORTIONS
21    Page 487, Line 5 through Page 495, Line 16
      Page 541, Line 4 through Page 549, Line 11
22    Page 560, Line 4 through Page 566, Line 16
23
24
25
```

407

```
 1  APPEARANCES FOR THE PLAINTIFF:
 2    CARL H. SETTLEMYER, III, ESQ.
      MICHAEL J. DAVIS, ESQ.
 3    FEDERAL TRADE COMMISSION
      600 Pennsylvania Avenue, N.W.
 4    Maildrop CC-10528
      Washington, DC  20580
 5    1.202.326.2019
      csettlemyer@ftc.gov
 6    mdavis@ftc.gov
 7
 8  APPEARANCES FOR THE DEFENDANTS:
 9    SUZETTE MARTENY, ESQ.
      SHUMAKER, LOOP & KENDRICK, LLP
10    101 E. Kennedy Boulevard, Suite 2800
      Tampa, Florida  33602
11    1.813.229.7600
      smarteny@slk-law.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

406

```
 1          UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF FLORIDA
 2               TAMPA DIVISION
 3       CIV No. 8:15-cv-02231-MSS-TBM
 4
   FEDERAL TRADE COMMISSION,
 5
            Plaintiff,
 6
   vs.
 7
   ROCA LABS, INC., a corporation;
 8  ROCA LABS NUTRACEUTICAL USA, INC.,
   a corporation; MUST CURE OBESITY, CO.,
 9  a corporation; JURAVIN INCORPORATED,
   a corporation; ZERO CALORIE LABS, INC.,
10  a corporation; DON JURAVIN, individually
   and as an office of Roca Labs, Inc.,
11  Roca Labs Nutraceutical USA, Inc.;
   Must Cure Obesity, Co., and Juravin,
12  Incorporated; and GEORGE WHITING,
   individually and as an officer of Roca
13  Labs, Inc., Roca Labs Nutraceutical
   USA, Inc., and Zero Calories Labs, Inc.,
14
            Defendants.
15  _____/
16
            DEPOSITION OF DON JURAVIN
17
        Taken on Behalf of the Plaintiff
18
19   DATE TAKEN:  Friday, February 17, 2017
20   TIME:        9:45 A.M. - 5:14 P.M.
21   PLACE:       101 E. Kennedy Boulevard
                  Suite 2800
22                Tampa, Florida  33602
23
   STENOGRAPHICALLY REPORTED BY:
24  Tracy Lyn Fazio, FPR
   Notary Public, State of Florida
25
```

408

```
 1            P R O C E E D I N G S
 2                  - - -
 3       MR. SETTLEMYER:  We are here today for the
 4  deposition of Defendant, Don Juravin, in his
 5  individual capacity and per agreement of
 6  parties yesterday for purposes of some
 7  follow-up and additional questioning on the
 8  30(b)(6) deposition of Muscular Obesity Co.,
 9  Roca Labs, Inc. and Roca Labs Nutraceutical.
10  Mr. Juravin is here also as necessary in his
11  capacity as representative for those
12  corporations.  I will try to when I'm asking a
13  question of him as a corporate representative,
14  state that clearly on the record so we can keep
15  track of that to the extent there's any
16  difference between what his individual and
17  corporate answer might be.
18       Mr. Juravin, why don't we have you sworn
19  in and we'll do introductions after that.
20       (Thereupon, the witness, DON JURAVIN, was
21  duly sworn under oath and testified as
22  follows:)
23       MR. SETTLEMYER:  I'm Carl Settlemyer.  I'm
24  an attorney for the Federal Trade Commission.
25  With me is Mike Davis, another attorney for the
```

                                                   1 (Pages 405 to 408)

FTC v. Roca Labs, Inc., et al.                                                    2/17/2017

409

1    Federal Trade Commission.
2        MS. MARTENY:  I'm Suzette Marteny.  I'm an
3    attorney for the Defendants and I'm here with
4    Don Juravin.
5            DIRECT EXAMINATION
6    BY MR. SETTLEMYER:
7    **Q   Good morning, Mr. Juravin.**
8    A    Good morning.
9    **Q   I know you have of course been deposed**
10   **previously in this case, including yesterday.  So**
11   **I'm going to be probably repetitive in what I'm**
12   **asking you to acknowledge in terms of general**
13   **instructions of the deposition.**
14   **First of all, I noticed that your voice is**
15   **fairly weak today.  We will try to go slowly enough**
16   **that you can give an answer so that the court**
17   **reporter can hear you.**
18   A    I'm fine.  I'm fine.
19   **Q   So you understand of course you have taken**
20   **an oath to tell the truth, correct?**
21   A    Yes.
22   **Q   I'm going to try to finish my questions**
23   **before you begin your answer.  And I'll try to let**
24   **you finish your answer before I ask my question.**
25   **You will need to answer audibly with words, not nods**

410

1    **or uh-huhs.  Do you understand?**
2    A    Yes.
3    **Q   If you don't understand a question, please**
4    **tell me.  And if you answer, I'll assume you**
5    **understood.  Do you understand?**
6    A    Yes.
7    **Q   If you hear your attorney make an**
8    **objection to a question, you should go ahead and**
9    **answer the question unless it is about a matter of**
10   **privilege.  And in that case, she will instruct you**
11   **not to answer and we'll discuss the appropriateness**
12   **of an answer.  Otherwise, she will make an objection**
13   **and you will need to just answer the question.**
14   A    Okay.
15   **Q   If later in the deposition you remember**
16   **additional information or want to clarify an answer,**
17   **you can tell me.  Do you understand?**
18   A    Yes.
19   **Q   And if you need a break, you can just ask.**
20   **As long as we're not in the middle of a pending**
21   **question, we should be able to accommodate that.  Do**
22   **you understand?**
23   A    Yes.
24   **Q   Is there any reason today that you can't**
25   **proceed with the deposition to give your best**

411

1    **testimony for reasons relating to medicine or any**
2    **other factor that would impair your ability to**
3    **testify truthfully?**
4    A    I'm not more delusional than normally.
5    **Q   So the answer is no?**
6    A    The answer is no.
7    **Q   Do you have any illness or hearing problem**
8    **that would prevent you from hearing any of the**
9    **questions or answers?**
10   A    Selective sometimes, but normally okay.
11   **Q   But physically you're fine?**
12   A    Physically fine.
13   **Q   And you understand the instructions I've**
14   **just given you, right?**
15   A    Yes.
16   **Q   I know we've talked before, but I'll ask**
17   **again.  Your primary language in business dealings**
18   **is English; is that correct?**
19   A    Yes.
20   **Q   I know that you were not born in the**
21   **United States and that you also speak Hebrew; is**
22   **that correct?**
23   A    Yes.
24   **Q   Is that your first language?**
25   A    I speak Hebrew.  Hebrew and German.  But

412

1    English is now my main one.
2    **Q   How long ago did you first learn English?**
3    A    Learn?
4    **Q   Just generally when did you learn to**
5    **speak --**
6    A    Generally we learn English from the age of
7    five.
8    **Q   So it's most of your life then?**
9    A    Yeah.  It's just that I'm lacking on
10   vocabulary when I compare myself to people like you.
11   So I'm missing the vocabulary.
12   **Q   What is your current residential address?**
13   A    Redacted .
14   **Q   Mount Verde?**
15   A    Mount Verde, yes.
16   **Q   In Florida?**
17   A    Yes.
18   **Q   What was your residential address prior to**
19   **that?**
20   A    In Sarasota.  In Sarasota it was Roberts
21   Point Circle and the zip code was 34242-3914.
22   **Q   And what was your residential address**
23   **prior to the Sarasota address?**
24   A    We playing memory games now?  I don't
25   remember the number, but it was Americana Drive in

2 (Pages 409 to 412)

565



567

1    (Thereupon, the NON-CONFIDENTIAL portion
2    of the transcript continued as follows:)
3  DIRECT EXAMINATION BY MR. SETTLEMYER:
4    **Q   So we just discussed a small procedural**
5  **thing we're going to do here.  I'm going to try to**
6  **finish my primary line of questioning and get**
7  **responses from Mr. Juravin.  And Ms. Marteny will**
8  **then after I'm completed do additional questioning**
9  **to which I may have further questions.  But at a**
10  **certain point we'll stop that.  And time permitting,**
11  **Mr. Davis and I will try to look at documents that**
12  **have been produced to us and may want to come back**
13  **on the record to ask some follow-up questions about**
14  **those to the extent we can.**
15      **With that, Mr. Juravin, just to refresh**
16  **your recollection.  You remember that of course the**
17  **FTC sued Roca Labs, and that that was in late**
18  **September of 2015, correct?**
19    A   Yes.
20    **Q   What changes in the products marketing**
21  **operations of Muscular Obesity have taken place**
22  **since September 2015 when the FTC sued the company?**
23    A   The main probably many because I do it
24  incrementally day-to-day.  I cannot even think about
25  major.  The major, major thing.

566

Redacted

15  ///
16  ///

568

1    **Q   Yes.**
2    A   That I don't have to answer people anymore
3  because people are talking.
4    **Q   Give me an overview of not necessarily**
5  **each incremental step in the changes, but the**
6  **overall state of -- what is the company currently**
7  **doing that's different than what it did when the FTC**
8  **sued?**
9    A   Before somebody will come and ask us, "I'm
10  diabetic, can I use it?"  The answer would be we are
11  not -- we cannot give you medical advice, but there
12  are many diabetics using the regimen successfully,
13  and we would leave it as that.  If you need more
14  information, consult your doctor.  And I know that
15  the regimen is excellent.  Not good, excellent for
16  diabetes.  But I cannot tell them that because I'm
17  not a doctor and I don't know their situation.
18  Today they just talk to each other.  Today they just
19  go on the Facebook and they just talk to each other.
20  If we want or if we don't want.  They just talk to
21  each other.  So we don't have to give answers to
22  anybody.
23    **Q   Who do you mean by they just to clarify?**
24    A   The members of the group.
25    **Q   And you believe all the members of the**

41 (Pages 565 to 568)

Juravin - Confidential

FTC v. Roca Labs, Inc., et al.                                                      2/17/2017

569

1   group were users --
2       A   No.
3       Q   -- of the product?  No?
4       A   No.  Some of them users.  Some of them
5   want to be users.
6       Q   So perspective --
7       A   Users and perspective users.
8       Q   They interact?
9       A   Yes.
10      Q   And the users include people who are just
11  other customers who are not being paid by Roca Labs?
12      A   We don't need paid people.
13      Q   I'm just asking a question.  They're users
14  who are not being paid by Roca Labs?
15      A   I know where you're going with it.  I'll
16  make it clear.  The group has active users of the
17  regimen and has people that want to buy the regimen.
18  Either they don't have the money or they want to be
19  still convinced.  When somebody is successful, let's
20  say not just losing their weight, but they are
21  successful with reversing their diabetes.  Because
22  we have people that were cured.  The use is not
23  cured.  It was reversed.  They were reversed.  They
24  were at 400 and now they're at 100.  Then they tell
25  us, I stopped using insulin because of the gastric

570

1   bypass alternative regimen.  So they do a post.  We
2   approve the post.  And then other diabetes people
3   talk to each other.  They just talk to each other.
4   We don't have to say anything.  If they ask us, we
5   say we cannot give you an answer because we are not
6   doctors.
7           Now what happened with time is that there
8   is so much activity, so much help is needed, that I
9   approached one or two people, a couple of people,
10  and I said, listen, you help in the group.  They
11  help anyway each other.  They help.  They talk and
12  they help and stuff.  But I said, what about if you
13  devote a few more hours.  Here is $50 a week.  Just
14  continue to do whatever it is that you do.  I don't
15  even know what they do.  I don't know what they do,
16  what they say.  There is no agreement.  There is no
17  conditions.  There is nothing.  Take $50.  But when
18  people are asking or something, just put whatever it
19  is that you normally do, just continue to do.  In a
20  way, by the way, it's no different than other people
21  that were working on a payroll in quotations were
22  doing.  Because what I told Roxy is just take money
23  just to talk to people.  Just talk from your
24  experience.  Roxy for example was not allowed to
25  sell.  Nobody was allowed to sell.  Okay.  No sales

571

1   is necessary.  Just tell your story.  So there are
2   two people that take $50.  Just talk to people.
3       Q   Who are those two people?
4       A   One is Jessica and the other one is
5   Suzanne.  So Jessica and Suzanne -- there is no
6   hours.  There is no monitoring.  There is nothing.
7   What is help?  What is help?  If somebody comes to
8   us and says, how do I use it, or I don't know how to
9   use it in the morning, or how much should I take in
10  the morning.  They're job is to say, don't dare
11  asking in the group.  It shows that you are not
12  committed.  Go to slash ingredients or slash -- I'm
13  sorry, slash instructions.  That's their job.  Not
14  to promote; not to sell; no nothing.  Just to help
15  by directing them.  Go to your hub; go here.  They
16  already know that people are asking some stupid
17  questions.  Stupid -- the definition of stupid is
18  you could have found it on your own in the hub.
19  Don't bother 13,000 people with your question.
20  Okay.  So what they do, they direct to the site.
21  That's all they do.
22      Q   Have there been any changes to the
23  products that Muscular Obesity is selling since the
24  lawsuit was filed?
25      A   I don't know if we had the right pill.  I

572

1   don't remember.
2       Q   Okay.
3       A   I think we did.  We added the yellow pill.
4   And lately we added another one called white pill.
5   Just we testing it.  It's for stress and better
6   sleeping.
7       Q   What are the ingredients of the white
8   pill?
9       A   I think it's already on the web.  I didn't
10  release it to everybody.  What I first did, I gave
11  it to 10 people.  They used it.  The results were
12  excellent.  And then I allowed another 100 people to
13  use it.  So it's not really widely spread right now,
14  but the ingredients are already up.
15      Q   Do you recall what the ingredients are?
16      A   If I will tell you, it will not sound
17  right; the spelling.  We will waste time on
18  spelling.
19      Q   But it's on the gastric.care website?
20      A   Yes.
21      Q   What's the purpose of the white pill?
22      A   Stress and sleep.
23      Q   Has there been any change in the marketing
24  channels that MCO has used since the lawsuit was
25  filed?

42 (Pages 569 to 572)