DX2

413

1  Tampa, 33603.
2      Q  So you moved to the Mount Verde, Florida
3  address at the end of 2015; is that correct?
4      A  Yes.
5      Q  How long were you living at the Sarasota
6  address before you moved?
7      A  I think four years.
8      Q  How long were you living at the Tampa
9  address before the Sarasota address?
10     A  I think three or four years.
11     Q  Is your residential address for those
12 different years, has that been your primary business
13 address?
14     A  For purposes of getting mail. But even if
15 we have a warehouse, I'm still using the old address
16 to receive mail.
17     Q  In terms of just your own administrative
18 personal work that's not related to a warehouse, you
19 have used your residential address as the place
20 where you've conducted business?
21     A  Yes. Myself, yes.
22     Q  I understand that at a certain point in
23 recent years you changed your name. What have you
24 changed your name from and to legally?
25     A  I added -- I just added the middle name to

414

1  Karl because of my grandfather.
2      Q  But your given name was originally I
3  believe Don Addie Juravin?
4      A  Addie was my middle name in Israel. And I
5  changed it to Karl because of my grandfather. He's
6  a Holocaust, from the Holocaust. So I change it.
7  That's it. I did it in court.
8      Q  Do you recall what year that was that you
9  changed your name legally?
10     A  The middle name? I will guess 2013 maybe.
11 I don't know. It was done in court and over a long
12 period.
13     Q  So some of the records we talked about
14 yesterday when you were appearing on behalf of the
15 corporations and we may look at today would have the
16 name Don Addie Juravin and others would have Don
17 Karl Juravin?
18     A  Same.
19     Q  And they're both you, correct?
20     A  Right.
21     Q  When did you most recently move to the
22 United States? I understand you lived in Israel
23 when you were much younger.
24     A  I'll help you out. I came to the U.S.
25 when I was about 23, and I became a citizen about 30

415

1  years ago. I lived in the U.S. And then maybe
2  about 1990 or something, I can't remember exactly, I
3  went to Israel for a trip and ended up staying there
4  much, much longer inventing things, doing things,
5  coming back to the U.S. in 2009. And for me coming
6  back in 2009 was like everything was like new again.
7  Because no credit history at all. Zero credit
8  history. Everything from scratch.
9      Q  And you've resided in the United States
10 since 2009 to the present, that's correct?
11     A  Yes.
12     Q  When you came back to the United States in
13 2009, you were already -- to pick up on your
14 testimony from yesterday, you had already been
15 selling a product working on what you described as
16 an invention. Can you describe what it is that you
17 invented in Israel and started working on even
18 further when you were in the U.S.
19     A  Yes. First I didn't sell anything in the
20 U.S. I was just inventing it in Israel, selling
21 some in Israel. And then in the U.S. I wanted to
22 continue with it. Basically it's a method, a
23 regimen to achieve a healthy weight without
24 undergoing bariatric surgery.
25     Q  When you came to the U.S., you --

416

1      A  Came back.
2      Q  -- at a certain point met a man named
3  George Whiting; is that correct?
4      A  Yes. You mean came back?
5      Q  I'm sorry. When you came to the U.S. in
6  2009.
7      A  Yes.
8      Q  Yes. You met George Whiting, correct?
9      A  Yes.
10     Q  How did you meet Mr. Whiting?
11     A  We pass Valentine. Somebody introduced us
12 and that's all I remember.
13     Q  Do you remember talking to him about the
14 possibility of starting a business to market your
15 invention?
16     A  It didn't start like this. I don't
17 remember exactly how it started. But I told him
18 that I have ideas. I have inventions. I want to do
19 business. But I don't like and I cannot run a
20 business well. And I thought I'm not familiar
21 enough with business, how to run a business in the
22 U.S. Not even how to start a company. Things that
23 seem today very easy and trivial that I was lost and
24 I didn't want to take the time to do it. My offer
25 to him was, it's your business. You run it. I put

425

1  up with ideas and George will say, yes, no. If he
2  says no, I can one time try to say why I think. And
3  then whatever -- he has the final say.
4      Q   But you think you came up with the name
5  Zero Calorie Labs; is that right?
6      A   Yes, I think so.
7      Q   So in terms of the activities of Roca
8  Labs, Inc., were you personally in charge of
9  selecting which individuals would perform work on
10 behalf of the company?
11     A   Yes.
12     Q   With respect to Zero Calorie Labs, Inc.,
13 you were personally responsible for selecting who
14 would be hired by or retained through contract by
15 Zero Calorie Labs?
16     A   Yes.
17     Q   What would you describe as the business of
18 Roca Labs, Inc. as of the 2010 to 2011 time frame?
19     A   Promoting the same concept as earlier.
20 Promoting the same concept as I mentioned earlier.
21 An alternative to a gastric bypass surgery. But we
22 weren't pinpointed so much then. It was more into
23 the weight reduction. I didn't have still the guts
24 to say this can be a replacement.
25     Q   A replacement for what?

426

1      A   For a bariatric surgery.
2      Q   What other activity of course would have
3  been selling products to consumers, correct?
4      A   Yes.
5      Q   Were you personally responsible for the
6  product formulas that were sold by Roca Labs?
7      A   Yes.
8      Q   You were personally responsible for the
9  product ideas of Roca Labs, Inc.?
10     A   Yes.
11     Q   You were personally responsible for the
12 product packaging of Roca Labs, Inc.?
13     A   Yes.
14     Q   You were personally responsible for
15 managing sales by Roca Labs, Inc.?
16     A   Yes.
17     Q   You were personally responsible for
18 product pricing for Roca Labs, Inc.?
19     A   Yes.
20     Q   You were personally responsible for the
21 retail channels Roca Labs, Inc. would use, correct?
22     A   Yes.
23     Q   You were personally responsible for the
24 advertising media that Roca Labs, Inc. used,
25 correct?

427

1      A   Yes.
2      Q   You were personally responsible for the
3  advertising content of Roca Labs, Inc., correct?
4      A   Yes.
5      Q   You were personally responsible for
6  research and development related to the products
7  Roca Labs sold, correct?
8      A   Yes, but not under -- everything to do
9  with formulation. It was me doing it for myself,
10 not for the company.
11     Q   But you were personally responsible for
12 the formulation of the products that Roca Labs sold,
13 correct?
14     A   Yes.
15     Q   And you were personally responsible for
16 determining what substantiation the company Roca
17 Labs, Inc. had for the products it was selling,
18 correct?
19     A   Yes.
20     Q   You were personally responsible for
21 finding supplies of ingredients for the Roca Labs
22 products, correct?
23     A   Raw materials, yes.
24     Q   Raw materials. Okay.
25         You were personally responsible for

428

1  agreements with venders, correct?
2      A   I'm sorry. Raw materials for the most
3  part.
4      Q   Why do you caveat with "for the most
5  part"? Was somebody else involved with that?
6      A   Yes. Because when you go to an FDA
7  registered facility, you cannot just bring whatever
8  you want. You can say this is what I want. But
9  then the importer needs to coordinate with the
10 facility to see if the facility agrees, because the
11 facility is obligated to the FDA. I can ask
12 anything I want. But they can say no because
13 whatever reason.
14     Q   But you were the one who would be saying
15 this is what I want; is that correct?
16     A   But I have the option to bind myself or I
17 tell them, this is what I want, you find it.
18     Q   I just want to confirm. You're the one
19 who did make that request of what it is that Roca
20 Labs wanted to put into the product?
21     A   Yes.
22     Q   You were personally responsible for
23 shipping the product for consumers. Not that you
24 personally did it, but were overall responsible for
25 that?

6 (Pages 425 to 428)

605

1  Q  So you don't have any information that the
2  person's height, weight and statement that they put
3  on the qualification form was ever disclosed to
4  publicly or anywhere beyond the credit card
5  processor, correct?
6     A  Credit card company that has a dispute,
7  they don't advertise it in the public that everybody
8  will -- they don't do that. It's obvious that it
9  goes between us and somebody in the dispute company,
10 and the dispute sending it to the person. And even
11 when we wrote to them that we keep it private,
12 private means we don't sell it to third parties. We
13 don't use it to make business, you know, selling
14 lists and stuff. But if we need to protect, we need
15 to give to show your identity. We need to send
16 something to show your identity, something.
17    Q  Why did you start Roca Labs?
18    A  Because I want to make a difference in
19 people's lives and because I can make a difference
20 in people's life. And in a way it's a compensation
21 for me not finishing medical school. So for me I'm
22 helping people so much that I cannot have the title
23 doctor. But I think I'm helping day-to-day more
24 than what a doctor can do traditionally.
25    Q  What I'm going to do is I'm going to mark

606

1  this binder as an exhibit.
2     A  Just to show you what I mean.
3        MS. MARTENY:  You have one. Wait, wait,
4  wait, wait. Stop.
5        MR. SETTLEMYER:  Can I just ask a
6  clarification. By the binder you're referring
7  to this red binder, and that is identical to
8  the red binder that was provided to us earlier
9  today?
10       MS. MARTENY:  That is correct. So we're
11 going to mark that as Exhibit 144.
12       (Thereupon, Plaintiff's Exhibit No. 144
13 was marked for identification.)
14 BY MS. MARTENY:
15    Q  So you're looking at what has been marked
16 as Exhibit 144. Can you identify what Exhibit 144
17 consists of.
18    A  In the last three, four months about, four
19 months or something, I asked my team every time they
20 see something inspiring to cut and paste.
21    Q  Wait. Listen to what I'm asking. Can you
22 tell me --
23    A  It's a sample.
24    Q  No, wait. Can you tell me what Exhibit
25 144 consists of?

607

1     A  Sample of inspiring posts or comments from
2  gastric -- from the group website. From the
3  Facebook group.
4     Q  Is that the Facebook group that's
5  Facebook.com/groups/Lost100?
6     A  Yes.
7     Q  You said you started Roca Labs essentially
8  to help people, correct?
9     A  I started because I want to make a
10 difference in people's lives, yeah.
11    Q  Do you feel like you have made a
12 difference in people's lives?
13    A  Anybody that reads it, big time. If a
14 woman says --
15    Q  Wait, wait.
16    A  Big time.
17    Q  Do you feel like you have made a
18 difference in people's lives; yes or no?
19    A  Very much.
20    Q  In Exhibit 144, are there examples,
21 specific examples of people that you feel that have
22 benefited from your work with Roca Labs?
23    A  I would say that at least 100 people a
24 month, 80 people a month that say, Don, you saved
25 our life; you made a big change in our lives; you

608

1  improved our lives. And I think I'm opening -- I'm
2  making a big difference in people -- saving people
3  from the gastric bypass surgery. Because the
4  regimen is better, safer and cheaper than the
5  surgery; so yes.
6     Q  I see you are looking at page 221 out of
7  468. Is this story of or this top part where a post
8  by someone named Mary Williams is an example of
9  that?
10    A  Mary Williams, feeling thankful. She had
11 the gastric -- military person. She had the gastric
12 bypass surgery. She wrote a post why she feels that
13 the regimen, gastric bypass alternative, it's
14 better, safer, cheaper. And she used her own words.
15 But this is what it boils down to. Trina, the same
16 thing. Trina Beeser.
17    Q  You're looking at another --
18    A  Another post.
19    Q  On the same page, page 221?
20    A  Yes. Again, she says that the gastric
21 bypass alternative is a much natural way. It's much
22 better. And it goes on and on and on. There are
23 500 of them here.
24    Q  So let's put that aside.
25       MR. DAVIS: For the record, if I may, our

51 (Pages 605 to 608)