DX3

# In the Matter of:

# FTC v. Roca Labs, Inc., et al.

*February 21, 2017*
*Jay R. Hoffman, Ph.D.*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
                                    1
 1           FEDERAL TRADE COMMISSION
 2                   I N D E X
 3
    WITNESS                                    PAGE
 4
 5  JAY R. HOFFMAN, Ph.D.
 6  Examination by Mr. Spelman ............   4, 149
 7  Examination by Ms. Marteny ............     127
 8
 9
10               E X H I B I T S
11
    FTC        DESCRIPTION                     PAGE
12
13  Exhibit 1  Expert Report                      8
14  Exhibit 2  NOPE study                        78
15  Exhibit 3  Article published by Igho        104
               Onakpoya, M.D., and colleagues
16
17
18
19
20
21
22
23
24
25
```

```
                                    2
 1        UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF FLORIDA
 2               TAMPA DIVISION
 3
    FEDERAL TRADE COMMISSION,   ) Civ. No. 8:15-cv-02231-MSS-TBM
 4                              )
         Plaintiff,             )
 5                              )
                                )
 6       v.                     )
                                )
 7  ROCA LABS, INC., a corporation; )
    ROCA LABS NUTRACEUTICAL USA,    )
 8  INC., a corporation; MUST CURE  )
    OBESITY, CO., a corporation;    )
 9  JURAVIN, INCORPORATED, a        )
    corporation; ZERO CALORIE LABS, )
10  INC., a corporation; DON JURAVIN,)
    individually and as an officer  )
11  of Roca Labs, Inc., Roca Labs   )
    Nutraceutical USA, Inc.; Must   )
12  Cure Obesity, Co., and Juravin, )
    Incorporated; and GEORGE WHITING,)
13  individually and as an officer  )
    of Roca Labs, Inc., Roca Labs   )
14  Nutraceutical USA, Inc., and    )
    Zero Calorie Labs, Inc.,        )
15                                  )
         Defendants.                )
16  _____)
17
18              - - - - -
19       The deposition of JAY R. HOFFMAN, Ph.D.,
20  was taken on Tuesday, February 21, 2017, commencing
21  at 9:28 a.m., at the offices of the U.S. Attorney's
22  Office, 400 West Washington Street, Suite 3100,
23  Orlando, Florida 32801, before Lorraine Yerdonek,
24  Court Reporter and Notary Public.
25              - - - - -
```

```
                                    3
 1              A P P E A R A N C E S
 2
 3  ON BEHALF OF PLAINTIFF FEDERAL TRADE COMMISSION:
 4       PAUL B. SPELMAN, ESQ.
 5       CARL H. SETTLEMYER III, ESQ.
 6       Federal Trade Commission
 7       600 Pennsylvania Avenue, N.W.
 8       Mail Drop CC-10528
 9       Washington, D.C. 20580
10       (202) 326-2487
11       pselman@ftc.gov
12       csettlemyer@ftc.gov
13
14  ON BEHALF OF DEFENDANTS:
15       SUZETTE MARTENY, ESQ.
16       Shumaker, Loop & Kendrick, LLP
17       Bank of America Plaza
18       101 East Kennedy Boulevard
19       Tampa, Florida 33602
20       (813) 229-7600
21       smarteny@slk-law.com
22
23  ALSO PRESENT:
24  Don Juravin
25
```

```
                                    4
 1            P R O C E E D I N G S
 2                  - - - - -
 3  Whereupon--
 4            JAY R. HOFFMAN, PH.D.,
 5  a witness, called for examination, having been first
 6  duly sworn, was examined and testified as follows:
 7       THE WITNESS:  I do.
 8              EXAMINATION
 9  BY MR. SPELMAN:
10       Q   We're here in connection with the Federal
11  Trade Commission versus Roca Labs, et al., Case No.
12  8:15-cv-02231, filed in the United States District
13  Court for the Middle District of Florida.
14            Do you understand that you have taken an
15  oath to tell the truth?
16       A   Yes, I have.
17       Q   Let me just do some preliminary stuff.
18  I'm sure you've heard it before.  So during this
19  deposition, let me finish my questions before you
20  answer.  I'll try to do the same.  Answer audibly
21  with words as opposed to nodding or "uh-huh,"
22  because of the court reporter, obviously.
23       A   (Nods head affirmatively.)
24       Q   Do you understand?
25       A   Yes.
```

**Page 17**

1  A  Yes.
2  Q  Because that's an FTC case, so we're
3  familiar with that one.
4  A  Actually, we were in this room.
5  Q  Really?  Were there other cases that you
6  provided an expert report about weight loss?
7  A  I wasn't the expert witness, but I was a
8  witness because they were using the studies they
9  hired me to do, and they extrapolated those studies.
10  Q  Which case was that?
11  A  It was with Vital Pharmaceuticals.
12  Q  Do you know the name of that case?  Is
13  that the title of it?
14  A  I believe it was FTC versus Vital
15  Pharmaceuticals.  BPX was the name of the company,
16  but I believe on the court documents it was Vital
17  Pharmaceuticals.  They were based out of Fort
18  Lauderdale.
19  Q  Do you know when that was?
20  A  When that was?  I think that was about
21  2009, 2010.
22  Q  Okay.  Because generally with an expert
23  report you're supposed to list all the cases you
24  testified at trial or deposition in the last four
25  years, and I didn't see any listed.  So wasn't sure

**Page 18**

1  if that was an omission or?
2  A  Well, I wasn't the expert witness.  I was
3  not hired as an expert witness in that case.  And
4  that was much more than four years ago.
5  Q  Okay.  You said that there were -- in your
6  CV you had added some material.  Were any of those
7  related to diet supplements and weight loss?
8  A  No.
9  Q  As far as the ingredients you've listed
10  here on page 3, are any of these in the Roca Labs
11  products?
12  A  No, they are not.
13  Q  Okay.  How did you come to get hired by
14  Roca Labs?
15  A  I received a phone call.
16  Q  From?
17  A  Don Juravin.
18  Q  From Don Juravin?  And do you know how he
19  heard of you, or did he say how he heard of you?
20  A  I believe it was the attorneys, might have
21  been from the previous case I was an expert witness
22  on.
23  Q  How many times did you have contact with
24  Mr. Juravin?
25  A  A few times on the telephone.

**Page 19**

1  Q  A few times on the telephone?  Okay.  And
2  did you have contact with Mr. Juravin's counsel?
3  A  Yes, I did.  I requested right away, if
4  they wanted to hire me, they should go through his
5  counsel.
6  Q  And do you know how many times you made
7  contact with Ms. Marteny?
8  A  A few times.
9  Q  By phone?
10  A  Yes.
11  Q  Okay.  Have you ever had any contacts with
12  anyone at the Center for Applied Sciences?
13  A  I'm not familiar with that.
14  Q  Okay.  Did you -- you didn't know
15  Mr. Juravin beforehand?
16  A  I did not.
17  Q  Didn't serve together in the Israeli Army
18  or anything like that?
19  A  No.
20  Q  I kind of asked this before, but what was
21  it you were specifically asked to do?
22  A  Provide an expert report related to the
23  issues raised by the expert witness from the FTC.
24  Q  Okay.  Was there anything that you were
25  specifically asked not to do?

**Page 20**

1  A  No.
2  Q  So there were no issues that you were
3  specifically asked not to opine about?
4  A  That's correct.
5  Q  Were there any disagreements between you
6  and defendants or defendant's counsel about what you
7  were to do?
8  A  No.
9  Q  What did they tell you about the Roca Labs
10  products before you provided your declaration?
11  A  There really wasn't much that they told me
12  regarding Roca Labs.  I tried to be as objective as
13  possible.  So I really don't have a whole lot of
14  information regarding the specifics of what was
15  surveyed around it.  I just wanted the specifics of
16  this particular case, what the claims were being
17  made by the FTC regarding what the violation was and
18  address those specifically.
19      I did not want to get into any innuendo or
20  any subjective opinion, but to provide the best
21  scientific understanding of what was happening.  I
22  wanted to just do -- specifically focus on what the
23  claims or the violations that were being mentioned.
24  It was my understanding that it was the supplement
25  that the FTC had a major issue about regarding the

Page 21

1   claims being made.
2       I looked at it in my discussions with
3   their -- Mr. Juravin as well as the attorney, that
4   it's looking at the entire program. It's not a
5   supplement, but a program that Roca Labs was
6   selling.
7       Q   This is what they told you?
8       A   And then reading the materials, reading
9   the advertisements.
10      Q   So that was what I was going to get at
11  next. Did they provide you with the advertisements?
12      A   Yes, they did.
13      Q   What advertisements did they provide you
14  with?
15      A   I received a whole bunch of -- the only
16  e-mail I received from Don was actually a tremendous
17  list of things. It would be documents. And part of
18  that was the advertising. And then I looked at the
19  advertising, because that was part of the basis for
20  a lot of the issues that was raised by the FTC.
21      Q   Because that wasn't listed in your report
22  or the exhibit.
23      A   Because I didn't use that as the basis for
24  developing my report. It gave me a bit of
25  background, and I used the basis of Dr. Heymsfield's

Page 22

1   claims to really focus on them.
2       Q   Okay. Did you look at the website for the
3   Roca Labs products?
4       A   I don't believe I did.
5       Q   Did they tell you anything about the
6   products and the supplements, about what they did?
7       A   Yes.
8       Q   What did they tell you?
9       A   They said it was a supplement that
10  contained a number of different ingredients, and
11  that the idea behind the program was to have clients
12  reduce caloric intake and take the supplements
13  specific times of the day, that that combination
14  could be effective in losing weight.
15      Q   Did you look at the FTC complaint?
16      A   Yes, I did.
17      Q   Did you read any articles about the case?
18      A   No, I didn't. I'm sorry, do you mean
19  newspaper articles?
20      Q   Yeah, newspaper articles.
21      A   I did not.
22      Q   Did you read Dr. Heymsfield's full report?
23      A   I did.
24      Q   And do you have any financial relationship
25  with the defendants or counsel besides your

Page 23

1   compensation?
2       A   I do not.
3       Q   Do you know how many hours you've spent on
4   this case?
5       A   Up to today, about 30, 35 hours.
6       Q   Apart from what you read and listed in
7   Exhibit B about the ingredients in the Roca Labs
8   product, have you every specifically researched or
9   conducted a trial on any of those ingredients?
10      A   Can you repeat the question, please?
11      Q   Sure. Apart from what you listed in
12  Exhibit B, the scholarly research about the
13  ingredients in the Roca Labs products, have you
14  personally ever specifically researched or conducted
15  a trial on beta-glucan, glucomannan, xanthan gum,
16  dextrin, guar gum, chromium, any of the ingredients?
17      A   I have.
18      Q   Which ones?
19      A   The glucomannan we use quite a bit in our
20  work with beta-alanine in animals. Glucomannan is
21  very effective with delaying absorption. So when
22  you provide a supplement with it in a powder form,
23  it actually delays the absorption and provides, in
24  effect, that's a sustaining release.
25      Q   Have any of these trials -- you said in

Page 24

1   animals?
2       A   In animals.
3       Q   Have any of these trials involved humans?
4       A   No.
5       Q   Okay. When you say "delays absorption,"
6   delays absorption of what?
7       A   It was provided with an amino acid known
8   as beta-alanine. So one of the sides effects
9   associated with beta-alanine is actually
10  paresthesia. So we were looking specifically at
11  some of the --
12      Q   Paresthesia is?
13      A   Is a tingling sensation in the skin. And
14  it's a typical side effect that's associated with
15  this specific amino acid called beta-alanine. We
16  provided beta-alanine to soldiers, and it showed
17  some really interesting effects in not only their
18  performance, which is consistent with what we showed
19  with competitive athletes, but we also showed
20  improved cognitive functioning.
21          And based upon some work that came out of
22  Japan that showed that beta-alanine can increase
23  brain cortisine [verbatim] levels and reduce
24  depression, we were very interested that it could
25  potentially maintain brain-derived neurotropic

29

1  is you're opining about. In paragraph 7, you said
2  that you're opining whether Roca Labs' advertising
3  claims for its products are substantiated by
4  competent and reliable scientific evidence.
5        When you say "competent and reliable
6  scientific evidence," did you use a particular
7  definition for that?
8     A   Peer-reviewed.
9     Q   Peer-reviewed?
10    A   Peer-reviewed papers.
11    Q   And what are you basing that on as your
12 definition of competent and reliable scientific
13 evidence?
14    A   I use PubMed as a basis for doing my
15 search, and generally PubMed is a known scientific
16 site in which peer-reviewed papers are provided
17 publicly and published in that website.
18    Q   So any article that was peer-reviewed and,
19 say, published on PubMed, you would -- and
20 discussing weight loss, you would view as competent
21 and reliable scientific evidence?
22    A   I would consider that. But they're still
23 having to read the paper to determine whether it was
24 good science or not.
25    Q   I didn't see in your report any discussion

30

1  of particular claims. In the advertising that they
2  provided, were you able to tell what they were
3  claiming about the product?
4     A   They were making claims of extreme weight
5  loss.
6     Q   And you said you've seen the FTC's
7  complaint and Dr. Heymsfield's full declaration.
8  First off, do you consider yourself an expert on
9  what is and what is not an advertising claim under
10 FTC law?
11    A   As an expert?
12    Q   Yeah.
13    A   I wouldn't make that claim.
14    Q   So you're not opining about what is or
15 what is not a claim? You're not --
16    A   I'm not an advertising expert, but I do
17 understand what the FTC is looking for in relation
18 to claims made by companies regarding the efficacy
19 of their product.
20    Q   Are you offering an opinion about consumer
21 perception of the claims that they're making on
22 their website?
23    A   I am not.
24    Q   All right. It's the FTC's position, as we
25 stated in our complaint, that Roca Labs is claiming

31

1  that use of its product, including the Roca Labs
2  Formula and Anti-Cravings, enables consumers to
3  reduce food intake by 50 percent and to lose
4  substantial amounts of weight quickly, including as
5  much as 21 pounds in one month and as much as
6  100 pounds in seven to ten months.
7        Are you offering an expert opinion that
8  there is competent and reliable scientific evidence
9  to substantiate that claim?
10    A   I believe there's scientific evidence to
11 support that those -- that possibility of a subject
12 at a certain body mass within the 95 percent
13 comparables of weight loss published, that they can
14 lose up to that amount of weight. That is very
15 credible.
16    Q   That is very credible that they could lose
17 21 pounds in a month and a hundred pounds in seven
18 to ten months on the Roca Labs?
19    A   If the person weighed upwards of
20 400 pounds, a 25 percent weight loss in seven to ten
21 months is possible.
22    Q   Okay.
23    A   The scientific literature is very clear
24 about that, that when you take a look at my report
25 and take a look at 95 percent confidence intervals

32

1  related to what the upper extreme of body mass and
2  upper extreme of weight loss reported in these
3  studies related to -- please keep in mind, I'm not
4  talking about the supplement by Roca Labs by itself.
5  I'm talking about the combination of dietary
6  restriction in combination, or by itself, with
7  either a supplement that's similar to what Roca Labs
8  has produced, that could potentially result in a
9  client losing upwards to that amount of weight that
10 was claimed.
11    Q   So you're saying there is a possibility?
12    A   That is correct.
13    Q   That if somebody takes the Roca Labs
14 product --
15    A   If somebody takes the Roca Labs program.
16    Q   Program.
17    A   Participates in the program of dietary
18 restriction with the combination -- by itself or
19 with the combination of the supplement, it is
20 possible, based upon the literature, that if they
21 maintain their dietary restriction for that length
22 of time, they could lose upwards of that amount of
23 weight that is claimed.
24    Q   Possibility is different, though, than
25 substantiation for a claim.

77

1  believe eight weeks of seeing if they can maintain a
2  low caloric diet using a phospholipid. That was the
3  key to this, is using a phospholipid -- using a low
4  hypocaloric diet is very difficult. The only way
5  you're going to maintain a low caloric diet is using
6  some sort of supplement that is -- it maintains
7  satiation. So the use of high-fiber diets actually
8  is what's recommended, and what the literature shows
9  can maintain satiation. Now, by itself, is not
10 going to be very effective.
11     Q  Effective for what?
12     A  For weight loss. But it may help the
13 subjects maintain a low caloric diet, which is why
14 it's very important to take a look at Roca Labs as
15 not the supplement by itself.
16         It is my understanding and belief that
17 Roca Labs sold the program. And when you look at
18 the program, that when you combine a high-fiber diet
19 with a hypocaloric diet, you have a greater chance
20 of achieving weight loss.
21     Q  Let me -- we have that, the article that I
22 think -- I believe you're referencing. So if we
23 could -- why don't I introduce that, because I want
24 to ask you a couple of quick questions.
25         Is it "The effect of dietary supplement

78

1  NOPE on dietary compliance and body fat loss"?
2     A  Gerry Mangine is the lead author?
3     Q  Yes.
4     A  Yes.
5         MR. SPELMAN: Okay. I'd like to introduce
6  this as Exhibit 2.
7  (Exhibit No. 2 was marked for identification.)
8  BY MR. SPELMAN:
9     Q  Could you identify this, Exhibit 2?
10    A  This is a study that my lab published in
11 2012 that looked at a particular supplement. It was
12 a combination of a phospholipid and green tea
13 extract on maintaining dietary compliance in
14 individuals who are overweight.
15    Q  And first off, in this study you found
16 results at four weeks, but not at eight; is that
17 correct?
18    A  Correct.
19    Q  So in other words, people who were taking
20 this substance, what happened at four weeks? What
21 did it show at four weeks, do you know?
22    A  Their ability to maintain a low caloric
23 diet was maintained for four weeks by using this
24 supplement.
25    Q  But at eight weeks they had regressed?

79

1     A  That's correct.
2     Q  Did you find any weight loss? If you look
3  at page 7 --
4     A  I'm looking at the results section. I see
5  a figure on page 5.
6     Q  If you look at page 7, actually, your last
7  paragraph, it has the answer.
8     A  Okay.
9     Q  So it says that you did not -- it did not
10 have any significant effects on weight loss, changes
11 in body composition; is that correct?
12    A  That's correct.
13    Q  So here you have something helps people
14 keep to a low caloric diet, and yet it did not
15 resulted in weight loss. So the fact that it helped
16 people keep to a low caloric diet for four weeks,
17 that's not something that you could take as evidence
18 that you use this product, you lose weight?
19    A  That's correct.
20    Q  The fact that it was -- the results were
21 positive at four weeks but not at eight, do you take
22 anything way from that?
23    A  That there is a certain window that the
24 supplement may have a potential benefit, and then it
25 may lose its effect. That's not unheard of with

80

1  dietary supplements. You can have an effect and
2  then after a while the ability to maintain the
3  effect is reduced to where you need to either
4  increase the dose or some other factor that may be
5  involved with that.
6     Q  So with respect to time frames of clinical
7  trials, if a trial gets results for a first month,
8  is that something that you can extrapolate out to a
9  longer time period?
10    A  Absolutely not.
11    Q  So would you agree that a trial -- to
12 provide evidence of a claim, say, for ten months,
13 you would want a trial longer -- closer in length to
14 ten months?
15    A  I would agree with that statement.
16        There's also a couple of other -- in every
17 study there's certain limitations that need to be
18 acknowledged, and as I believe we've done here.
19 This was a study that subjects would come to the
20 laboratory, be provided the supplement, but would go
21 home and eat their meals. It wasn't a
22 hospital-based study in which we controlled the
23 meals to the subjects. We did not use an exercise
24 intervention to increase caloric expenditure.
25        So there are a number of different aspects

85

1   may be more appropriate than endurance training,
2   because generally, severely obese individuals, their
3   ability to exercise is limited. So when you can
4   have somebody just lift weights, which can be done
5   in an environment that doesn't put too much stress
6   on the lower body joints or back, allows people to
7   increase energy expenditure, but at the same time it
8   allows an increase in body mass that will increase
9   caloric expenditure over time.
10      Q   That's rare, though, isn't it?
11      A   No, not at all.
12      Q   That somebody who goes on a diet would
13  actually start to lose more weight the second month?
14      A   If they're building lean tissue, I
15  wouldn't consider that to be rare.
16          So you have to preface everything by
17  saying what is the individual doing at that time.
18  If the person is just on a hypocaloric diet and not
19  doing anything else, then the basal metabolic rate
20  will then go down if you reduce body mass. But keep
21  in mind, it's the lean body mass that's maintaining
22  the basal metabolic rate. So if a person on a
23  hypocaloric diet is able to maintain their lean body
24  mass, no changes, there should be no changes at all
25  in terms of the -- or minimal changes in the basal

86

1   metabolic rate, as long as they maintain their lean
2   body mass.
3       Q   In paragraph 19, the second sentence I
4   think is -- no, the third sentence, you write that
5   it's your understanding that Roca Labs had not just
6   marketed a dietary supplement, but a life style
7   adjustment. When you say it's your understanding,
8   what's that based on?
9       A   Based on my discussions with Don when I
10  met him, and also based upon the advertisements that
11  were provided me that I mentioned.
12      Q   Can you describe the dietary modifications
13  that people on the Roca Labs regimen did?
14      A   It was my understanding that Don insisted
15  that they reduce the dietary intake, to drink more
16  water, to not eat after a certain time or have a
17  number of hours they were not to consume any food
18  during the course of the day.
19      Q   How about the specific exercise regimens,
20  can you --
21      A   He recommended they become more active,
22  but did not provide an exercise regimen, is my
23  understanding.
24      Q   If that was not true, would your analysis
25  about the evidence for weight loss from using Roca

87

1   Labs' products still hold?
2           MS. MARTENY: Object to the form.
3           You can answer.
4           THE WITNESS: What was not true?
5   BY MR. SPELMAN:
6       Q   If it was not correct that people on the
7   Roca Labs regimen were instructed about a specific
8   dietary modification and exercise regimen.
9           MS. MARTENY: Object to the form.
10          THE WITNESS: It is my understanding that
11  it was, and it is my basis behind the quote was
12  the assumption that it was carried out that
13  way.
14  BY MR. SPELMAN:
15      Q   So your analysis is based on that
16  assumption?
17      A   That is correct --
18      Q   Okay.
19      A   I also explain the use of products by
20  themselves would not fulfill the criteria of the
21  claims that were made. I also added information
22  related to the supplement by itself, but I didn't
23  find anything to substantiate the claims by the
24  substance itself.
25          But in combination, the claims that were

88

1   made actually would fall within the studies that are
2   published in terms of weight loss.
3       Q   Would the difficulty of following a
4   regimen over time affect the amount of weight loss
5   that would be achieved?
6           MS. MARTENY: Object to the form.
7           THE WITNESS: The difficulty in --
8   BY MR. SPELMAN:
9       Q   Following, of staying with, compliant with
10  a regimen over time.
11      A   It's possible, without a doubt. The
12  difficulty individuals have maintaining a
13  hypocaloric diet would be quite difficult. Whether
14  their particular supplement would be able to
15  overcome that, I don't know. But it's possible.
16          We do know increased satiation from the
17  use of dietary fibers is evidence to support that.
18  Whether this combination of dietary fibers in
19  combination with hypocaloric diet is what's leading
20  to the claims being made, is a possibility.
21      Q   Is it your belief that dietary fiber
22  enhance energy expenditure?
23      A   No.
24      Q   You said that you had read some of the
25  advertising. Are you aware that Roca Labs

22 (Pages 85 to 88)

89

1  advertised that its products would provide a gastric
2  bypass effect by expanding in the stomach and
3  limiting stomach volume?
4     A  Can you repeat that again?
5     Q  Are you aware that Roca Labs advertised
6  that its products would provide a gastric bypass
7  effect by expanding in the stomach and limiting
8  stomach volume?
9     A  I wasn't aware of that specific claim, but
10 dietary fiber does increase bulk going through the
11 stomach.
12    Q  So you weren't aware that they claim that
13 this limited stomach volume would cause users to eat
14 less?
15    A  No, I was not aware of that claim.
16    Q  And that by eating less because of the
17 limited stomach volume they would enter a calorie
18 deficient state?
19    A  The use of a dietary fiber will cause
20 absorption of fluid in the gut.  It will decrease
21 absorption and will hence have a greater product for
22 digestion.  So in some aspects it's not entirely
23 wrong, so physiological basis of consuming high
24 dietary fiber, that's the physiological method of
25 how it works, by increasing bulk in the system, by

90

1  preventing absorption -- increasing absorption of
2  the fiber absorbs the water in the gutted.
3     Q  Let's just say you know that dietary fiber
4  increases water in the gut and the bulk --
5     A  Absorption.
6     Q  Absorption, is that evidence that by using
7  it you will lose weight?
8        MS. MARTENY:  Object to the form.
9        THE WITNESS:  No.
10 BY MR. SPELMAN:
11    Q  You said before that the specific
12 population matters, in terms of some populations are
13 going to react differently?
14    A  Correct.
15    Q  Are you aware that Roca Labs' products
16 were marketed as causing weight loss for obese and
17 morbidly obese people specifically?
18    A  Yes.
19    Q  Okay.  And were you aware that it was
20 marketed as causing weight loss for pregnant women?
21    A  I did not.
22    Q  Were you aware that it was marketed as
23 causing weight loss for children as young as six?
24    A  I did not.
25    Q  Have you every specifically studied any of

91

1  those populations, obese, morbidly obese people or
2  pregnant women or children as young as six?
3     A  No.
4     Q  In paragraph 20 -- and you discussed this
5  a little bit earlier in the deposition, about the
6  large variability in changes and responders and
7  nonresponders.  I was a little confused about what
8  you were getting at, and I was wondering, is it that
9  heavier people will lose more weight?  Is that what
10 you were saying, or no?
11    A  Not with responders versus nonresponders.
12 That's not what I was referring to.
13    Q  Okay.  So what was that?  That was just
14 that some people respond well and some people don't?
15    A  Correct.
16    Q  Okay.  Your last sentence, where you say,
17 "It is likely that in heavier individuals," this is
18 on page 13, "the amount of weight loss could be even
19 higher," if a study was on obese individuals, then
20 that wouldn't apply, right?
21    A  Not necessarily.  What I was referring to
22 here was basically in a ten-month study individuals
23 lost an average, plus or minus 2.8 percent of their
24 body weight.  So this, on average, for the average
25 individual, based upon the mean body weight at the

92

1  beginning of the study, was about a 17-pound loss of
2  body weight.
3        We examined that they were two standard
4  deviations above the population mean.  The starting
5  body mass could have been 128 kilos.  Any time you
6  see a mean plus or minus a standard deviation, that
7  represents 68 percent of the population.  When you
8  go to two standard deviations above the population,
9  that's 95 percent of the population.  So generally,
10 when we look at individuals -- for example, if you
11 do a medical check-up, your normal range in the mean
12 of the average population plus or minus two standard
13 deviations.  Anything above or below that would be
14 considered abnormal.
15       So when you take a look at a study,
16 generally you want to take a look at the range of a
17 population.  So someone who is within two standard
18 deviations of body mass, in this particular study
19 could have been 127.8 kilos, or 128 kilos.  If that
20 average person lost an average percent weight loss
21 of minus 16 percent, based upon the range of
22 possibilities that these individuals examined, it's
23 possible, based on their descriptive statistics,
24 that an individual may have lost almost 45 pounds,
25 based upon their work.

Case 8:15-cv-02231-MSS-CPT   Document 167-7   Filed 05/09/17   Page 10 of 16 PageID 7459
Hoffman, Ph.D.
FTC v. Roca Labs, Inc., et al.                                                                         2/21/2017

93

1    If you take a look at the average
2    individual, even using two standard deviations, was
3    128 kilos. That's 275 pounds. Many obese
4    individuals far exceed that body mass. I exceed
5    that body mass right now and I'm not morbidly obese.
6    I'm not lean and mean as I used to be, but I
7    definitely wouldn't fall into that category. So if
8    you look at someone who is morbidly obese and is
9    350 pounds, that person who you'd think would be a
10   responder, it's conceivable that the weight loss
11   claims by Roca Labs is possible in combination of a
12   dietary restriction and use of the supplement.
13       So that is the basis behind this report,
14   that it is possible the claims made based upon using
15   a hypocaloric diet in the literature as well as the
16   use of a dietary supplement that enhances satiation,
17   it is possible that the dietary weight loss claims
18   made by Roca Labs is possible.
19   **Q   These studies all have to do with**
20   **exercise?**
21   A    No, not all of them.
22   **Q   Many of them have to do with exercise --**
23   **or exercise or dietary rephrase?**
24   A    Most of the successful studies actually
25   was dietary restriction in combination, or there

94

1    were some studies of exercise that also showed that.
2    But the ones I was very impressed with was actually
3    the dietary restriction.
4    **Q   So basically these are studies saying that**
5    **if you can restrict your diet you can lose weight.**
6    A    It's pretty common knowledge.
7    **Q   Right. Do these studies support the Roca**
8    **Labs weight loss claims?**
9    A    On the program, it does. On the product
10   it doesn't. I'm looking at the Roca Labs claims as
11   the program.
12   **Q   But the program has not been tested; is**
13   **that correct, as far as --**
14   A    Well, I think using a hypocaloric diet is
15   something -- we talked about aspirin cures a
16   headache. Taking a low caloric diet is going to
17   cause weight loss. I don't think we need to test
18   that. We know if you're able to maintain a low
19   caloric diet you're going to lose weight. That's
20   common knowledge. It's like wait for the light to
21   turn green before you go. If not, you run the risk
22   of running into an accident.
23   **Q   If I tell someone, if you want to lose**
24   **weight go on a low caloric diet for 30 days, that's**
25   **pretty good advice?**

95

1    A    I think it's common advice. Now, if you
2    say I want you to take supplement X, and just by
3    itself take this pill and it's going to cause weight
4    loss, then we run into a different issue.
5    **Q   If you say take this pill and go on a low**
6    **caloric diet for 30 days, you'll lose weight, but**
7    **you have not established -- you're not establishing**
8    **that it's the pill. You could be losing weight just**
9    **from the low caloric diet alone.**
10   A    That is correct.
11   **Q   Would you want to test whether the**
12   **supplement helps?**
13        MS. MARTENY: Object to form.
14        Go ahead.
15        THE WITNESS: Personally, I would.
16   BY MR. SPELMAN:
17   **Q   You would. I mean, otherwise you might be**
18   **just wasting your money?**
19        MS. MARTENY: Object to form.
20   BY MR. SPELMAN:
21   **Q   Whether the pill helps with the weight**
22   **loss.**
23   A    I personally would be interested in that.
24   **Q   Okay.**
25   A    You know what's an interesting phenomenon,

96

1    is the use of a placebo. Placebo effect is huge.
2    **Q   Yes, we're very familiar with the placebo**
3    **effect at the Federal Trade Commission.**
4    **In paragraph 21 you cite a study by Parr,**
5    **which says that it's reasonable -- and say it's**
6    **reasonable to assume that some individuals may by**
7    **more genetically inclined to respond to weight**
8    **management protocols. That's correct, right?**
9    A    I believe so.
10   **Q   But does that in any way substantiate Roca**
11   **Labs' advertising claims?**
12        MS. MARTENY: Object to the form.
13        THE WITNESS: I don't believe so.
14   BY MR. SPELMAN:
15   **Q   Because it's not like you're saying that**
16   **the people who use Roca Labs are genetically**
17   **inclined to respond to weight management protocols,**
18   **right?**
19   A    Correct.
20   **Q   Do you know anything about the particular**
21   **people who take the Roca Labs product?**
22   A    No, I do not.
23   **Q   Paragraph 23, you cite a study by Wilson,**
24   **which found that individuals who were more**
25   **disciplined about eating less were more successful**

97

1  at keeping off the weight. And then at the end you
2  say, "A program that provides constant feedback or
3  other motivational support does appear to enhance
4  participant compliance."
5      I read the Wilson article, and the Wilson
6  article doesn't say that people receive more
7  feedback or motivational support were more
8  disciplined about how much they ate, does it?
9      A  You would have to show me the paper.
10     Q  Okay. I don't have it with my right now.
11     A  But we do know, not just based on that,
12  but a couple other papers I added in paragraph 24,
13  about the use of a personal trainer or somebody to
14  work with someone, will enhance performance gains
15  during an exercise program more so than someone who
16  didn't work with anyone.
17     Q  You're talking about that in paragraph 24?
18     A  That's correct. The Rosetti and Ratimus
19  study. And the importance behind that is, in
20  speaking with Mr. Juravin, he explained to me how he
21  got very involved in coaching the clients that were
22  using the Roca Labs program. And that would make a
23  lot of sense based upon what our knowledge of the
24  ability of coaching someone could have in
25  compliance.

98

1      So the combination of a hypocaloric diet,
2  the coaching of the particular clients, I think
3  allows the use of the -- of the claims that are
4  being -- that falls within -- where some of the
5  claims were made about that extreme weight loss.
6  It's not an average we're reporting, up to certain
7  people. These are no different than some claims I
8  see on TV when looking at hypocaloric diets.
9      Q  But you're not claiming you're an
10  expert on --
11     A  No. I'm just taking a look at what I
12  see -- they explain on TV, it's part of the American
13  lexicon right now, if you consume food that results
14  in reducing desire for eating, you're going to cause
15  tremendous weight gain. I know as a scientist that
16  if you use a hypocaloric diet and you have somebody
17  to coach individuals, kind of hold their hands
18  through this process, that it's more effective than
19  if you're on your own now.
20     Q  Whether or not you're using the Roca Labs
21  product?
22     A  Correct.
23     Q  So you're talking -- in general, if you
24  have a low caloric diet and you're doing exercise,
25  and you have somebody who's coaching you and giving

99

1  you feedback, you're more likely to lose weight than
2  if you don't have those things?
3      A  That's correct.
4      Q  Do you know what sort of feedback
5  mechanism Roca Labs uses? You said Don is involved
6  in coaching?
7      A  That's what my understanding was in
8  speaking to him.
9      Q  If you found out that Roca Labs doesn't
10  provide people with a lot of feedback, how would
11  that affect your conclusions?
12     A  It would change it, on the coaching aspect
13  of it.
14     MR. SPELMAN: Why don't we take a little
15  break.
16     (Recess taken.)
17  BY MR. SPELMAN:
18     Q  Okay. Let's talk a little bit about the
19  parts of your report that mention individual
20  ingredient trials.
21     First off, how did you find these
22  articles?
23     A  PubMed.
24     Q  PubMed?
25     A  (Nods head affirmatively.)

100

1      Q  Did you just do searches?
2      A  Yes.
3      Q  Were any -- did the defendants, like, tell
4  you you should look at these articles or anything
5  like that?
6      A  No, none whatsoever.
7      Q  So paragraph 29, you talk about the Beck
8  study from 2010, and you note that the changes were
9  not statistically significant from the control
10  group -- or statistically different. If they're not
11  statistically different, can you draw conclusions
12  about efficacy from it?
13     A  You can draw a conclusion, but not on
14  efficacy.
15     Q  What kind of conclusion can you draw?
16     A  That there is no efficacy.
17     Q  Okay. Then in paragraph 30, you talk
18  about the guar bean and how it can become a gel and
19  perhaps increase satiety and decrease caloric
20  intake, and you refer to a study by the
21  unfortunately named Butt.
22     As we talked about earlier, this study was
23  about satiety, not about weight loss. So if this
24  study is about satiety, does that provide
25  substantiation for a weight loss claim?

Case 8:15-cv-02231-MSS-CPT   Document 167-7   Filed 05/09/17   Page 12 of 16 PageID 7461
Hoffman, Ph.D.
FTC v. Roca Labs, Inc., et al.                                               2/21/2017

101

1  A  No, but it would help contribute to weight
2  loss.
3  Q  What do you mean it would help contribute?
4  A  If you don't have the desire to eat, the
5  chances of you reducing caloric intake, resulting in
6  weight loss, is much greater.
7  Q  So it's consistent with weight loss?
8  A  Correct.  Or associated with weight loss.
9  Q  Associated with weight loss.
10 A  (Nods head affirmatively.)
11 Q  In paragraph 31 you mention the Walsh
12 study from 1984, which found a 7-pound difference
13 between the placebo and the active over eight weeks
14 for glucomannan.
15    First of all, considering that it was
16 performed 33 years ago, does that mean anything?
17 Does the fact that it was performed that long ago
18 affect its usability today?
19 A  No.
20 Q  Okay.  That study had ten people in each
21 group.  Can you extrapolate a study with ten people
22 in each group to, say, a population taking Roca
23 Labs' products?
24    MS. MARTENY:  Object to the form.
25    THE WITNESS:  I believe the study provides

102

1  an impetus to examine other studies, and that
2  together with other studies can provide a
3  clearer picture of the efficacy of glucomannan.
4  BY MR. SPELMAN:
5  Q  I see.  So it's sort of one part of a
6  larger mosaic?
7  A  Yes.
8  Q  As we discussed with the time frame issue,
9  this study was for eight weeks.  Can you extrapolate
10 the results from eight weeks to a period, say, ten
11 months?
12    MS. MARTENY:  Object to the form.
13    THE WITNESS:  No.
14 BY MR. SPELMAN:
15 Q  In paragraph 32, you talk about the
16 Keithley study, which didn't find significant
17 differences for people taking glucomannan.  What do
18 you do when you have one study that does find
19 results and one study that doesn't?
20 A  Examine the mechanisms of what may cause
21 differences, take a look at the dosing that may have
22 resulted in different responses, take a look at the
23 subject population.  There's many different factors
24 and variables that could cause differences in
25 results.

103

1  Q  But you have to consider them both, right?
2  A  Yes.
3  Q  You can't say, well, I've got one study
4  that found weight loss and that's all I need?
5  A  Well, you can explain why you would not
6  use a study.  For example, if the Keithley study
7  used individuals that were not overweight, just
8  normal body mass, would taking a supplement that was
9  designed to lose body weight, would that be the
10 right study group to examine.
11 Q  So let's say you have four studies, and
12 two say you lose weight and two say you don't.  Do
13 you have to look at each study and try to figure out
14 why they were different?
15 A  That's correct.  In fact, when you perform
16 a meta-analysis, you look at all the studies that
17 are performed in that particular area and you have a
18 priori what are the criteria you're going to use to
19 include in the study or not include in the study.
20 The criteria could vary.  But as long as you state
21 it up front of what are the criteria you're going to
22 use to include in a study, could be N-size, could be
23 length of time, could be type of subject, as long as
24 that's clear.
25    So in the case of glucomannan, if I look

104

1  at a host of studies that are published in this
2  area, I may be specific to subjects that are
3  overweight, length of study, many different things
4  that may all be involved with drawing the conclusion
5  I'm looking for.
6  Q  So for instance, if you wanted to find
7  a -- whether there was evidence of weight loss over
8  a year, you might only -- you might do a meta
9  analyses and limit your studies to studies that were
10 more than eight months or so?
11 A  I would agree with that.
12 Q  Let me introduce an exhibit.  It's the
13 Onakpoya article that you mentioned in Paragraph 34.
14    MR. SPELMAN:  Let me introduce an exhibit.
15    It's the Onakpoya article that you mentioned in
16    paragraph 34.
17    (Exhibit No. 3 was marked for identification.)
18 BY MR. SPELMAN:
19 Q  Could you just identify what Exhibit 3 is?
20 A  It's a meta-analysis on the efficacy of
21 glucomannan supplementation in overweight and obese
22 individuals, published by Dr. Igho Onakpoya and
23 colleagues.
24 Q  And you mention in your report that it
25 concluded -- or it either concluded or indicated,

                                                                105

1   I'm not exactly sure, in paragraph 34, that
2   glucomannan ingestion does not result in
3   statistically different reductions in body weight
4   loss compared to a placebo. First off, is that an
5   important finding?
6       A   I would think so.
7       Q   Then you say that, "Many high-fiber
8   supplements that have glucomannan also have other
9   dietary fibers as well." And I wasn't sure exactly
10  what you meant by that caveat.
11      A   A lot of the supplements will not be
12  glucomannan by itself, but the combination.
13      Q   You mean many of the supplements that he
14  studied or --
15      A   In general. It's a segue into
16  paragraph 35.
17      Q   So are you saying that supplements with
18  glucomannan and other fibers might be effective even
19  though supplements with just glucomannan aren't?
20      A   That's correct.
21      Q   Okay. And just a note, when Onakpoya
22  was -- as we were talking about it earlier, how you
23  would set criteria for what to include in a
24  meta-analysis, one of his criteria was that they be
25  double-blind placebo-controlled trials; isn't that

                                                                106

1   correct?
2       A   Yes.
3       Q   And and he said, Onakpoya said on
4   page 76 -- and I'll see if I can find it for you --
5   that, "The Walsh study, that, among others, the
6   failure of the RCTs to provide adequate information
7   on these important areas casts major doubts on the
8   internal and external validity of the study reports.
9   The small samples of the RCTs, coupled with their
10  failure to report sample size calculations ab
11  initio, also increased the likelihood of getting
12  false positive results." Do you see where he wrote
13  that?
14      A   Uh-huh (yes). I do.
15      Q   Do you agree with that?
16      A   I think he's making claims that -- he's
17  just assuming something, that it's dangerous for
18  scientists to say that. He's making an assumption
19  based upon his belief, not based upon the -- I don't
20  know if he asked for results. I'm not sure if Walsh
21  is still alive that can provide results. Generally,
22  data is supposed to be saved for seven years. So in
23  2014, asking for date from a 19 -- 1984 study, I'm
24  not sure how realistic that is. You're required as
25  a scientist to hold onto data for seven years.

                                                                107

1       Outside of that, though -- especially
2   coming from an active laboratory, I would highly
3   doubt that he's maintaining that data that provided
4   that information. So for this individual to make a
5   statement like that, I think would be a bit
6   dangerous to make that assumption. There's other
7   ways I would have worded that.
8       Q   Okay. He also says that, "The duration of
9   intervention in these RCTs, eight weeks is too short
10  to adequately evaluate the effects of glucomannan on
11  body weight, and the longer term trials are
12  warranted in this regard."
13      Do you agree with that statement, that if
14  you want to adequately evaluate the effects of
15  glucomannan on body weight you should go longer?
16      A   I think if you want to make those type of
17  claims, it would be would be very helpful to have
18  that. On the other hand, he also mentions that the
19  European Food Safety Authority also recommends the
20  use of glucomannan as a weight loss aid in
21  combination with an energy restricted diet.
22      So if you have a major authority such as
23  the European Food Safety that's coming out with that
24  statement, what are they basing that information on?
25  So one meta-analysis doesn't make it -- that's just

                                                                108

1   a study that was published at that point.
2       I agree with his summation, but you also
3   can't discount the fact, based upon his analysis,
4   but you can't discount the fact that an entire
5   governing body of a continent is also recommending
6   the use of glucomannan as a weight loss aid.
7       Q   You said about the Walsh study, on 31,
8   paragraph 31, the last sentence, "This study
9   appeared to be one of the first to indicate the
10  efficacy of glucomannan." You're not using the word
11  "indicate" to mean prove the efficacy of, are you?
12      A   They're the first study to publish that
13  glucomannan had a positive effect on weight loss.
14      Q   When you say "indicate," do you mean
15  establish, prove the efficacy, or do you mean
16  indicate?
17          MS. MARTENY: Object to form.
18          You can answer.
19  BY MR. SPELMAN:
20      Q   Suggest?
21      A   Suggest. Generally in science you want to
22  speak -- indicate what had -- what occurred. Their
23  results indicate. It doesn't make it validated, it
24  indicated. The results indicated that glucomannan
25  caused a significant increase in weight loss. It

Page 109

1  wasn't suggested, they actually showed a significant
2  increase. So it indicated.
3      Q   Okay, fair enough.
4      A   I'll give you an example of the
5  difference.
6      Q   No, I think I got the difference. I
7  understand.
8      A   Okay.
9      Q   In paragraph 33 you talk about the Katz
10 study in which participants taking glucomannan lost
11 5.7 pounds more than placebo over 60 days when
12 accounting for study compliance. When you say "when
13 accounting for study compliance," what does that
14 mean?
15     A   The subjects generally in a study
16 examining a supplement, if study compliance,
17 generally said a priori we expect subjects to
18 consume 80 or 90 percent of the product. If they
19 don't satisfy that, they're noncompliant and we
20 throw them out of the study. That is probably what
21 happened in this particular study.
22     Q   Okay. Because isn't it the case that Katz
23 found the result by analyzing the compliant
24 subgroups, and that these were less than the
25 majority of the people who started the trial?

Page 110

1      A   I believe -- if I remember correctly, I
2  believe that's correct.
3      Q   So the majority of the people were not
4  compliant. How does that affect the way you look at
5  the results of a --
6          MS. MARTENY: Object to the form. Are you
7      finished? Sorry.
8          MR. SPELMAN: Yes.
9          MS. MARTENY: Object.
10         MR. SPELMAN: I object to the objection.
11         THE WITNESS: As a scientist, working with
12     humans is the most difficult thing to do.
13     Because you're relying on the human element
14     that the subject is going to come back to the
15     laboratory. Compliance is always an issue no
16     matter what study you're doing, whether it be a
17     supplement study, an exercise study. Whatever
18     you're looking at, the ability of a human to
19     respond or to agree to come, to arrive, to show
20     up, is always an issue. When you ask him to do
21     specific things, follow a certain diet, a
22     certain intervention that you may not be able
23     to be present all the time, the ability for
24     subjects to maintain compliance becomes
25     reduced.

Page 111

1      So I'm not surprised in a study like this
2  that there will be reduction in compliance.
3  You understand that a priori, and accounted for
4  that in your recruiting processes. So you may
5  start with a higher number, you're expecting to
6  end with a lower number. I can't speak for
7  this research team, what their power analysis
8  revealed how many they needed to end with. But
9  they're just reporting, I think it's
10 appropriate, to report only those that were
11 compliant. But you also need to report how
12 many you started out with.
13 BY MR. SPELMAN:
14     Q   You don't know the level of compliance or
15 noncompliance for Roca Labs users, do you?
16     A   I do not.
17     Q   And the product they tested, that Katz
18 tested, that's not the same product as the Roca Labs
19 formula, correct?
20     A   It's not.
21     Q   On paragraph 37, you discuss the
22 Birketvedt study from 2005, B-I-R-K-E-T-V-E-D-T,
23 which was a five-week trial, and it found that when
24 people were taking glucomannan and guar gum and,
25 sticking to a 1200-calorie-a-day diet, they lost

Page 112

1  about four pounds more than people who just went on
2  a 1200-calorie-a-day diet. Do you know, are Roca
3  Labs users required to stick to a 1200 calorie a day
4  diet?
5      A   I don't know the specifics of what they
6  require. I don't know. I know they're supposed to
7  be on a hypocaloric diet.
8      Q   And, again, this is not the same substance
9  that the Roca Labs product is?
10     A   It contains more of the common
11 ingredients.
12     Q   And can you extrapolate a five-week study
13 to ten months?
14     A   No.
15     Q   When you say "it contains," what --
16     A   The supplement itself contains several of
17 those ingredients that are used by this particular
18 research group. It contains guar gum and
19 glucomannan.
20     Q   The Roca Labs supplement?
21     A   That's correct.
22     Q   Does this study, does the Birketvedt
23 study, support a claim of 21 pounds in a month or
24 100 pounds in seven to ten months?
25     A   Actually, it gets very close.

113

1   **Q   Four pounds in five weeks?**
2   A   If you take a look at five weeks of
3   4.4 kilos loss in the 95 percent confidence
4   interval, so you go with an 8.4 kilogram loss,
5   actually results in almost an 18 pound loss.
6   **Q   Where are you looking here?**
7   A   If you take a look at the five weeks of
8   supplementation, all three dietary fiber groups
9   result in significantly greater weight loss, minus
10  3.8, minus 4.1, minus 4.4 kilograms, respectively.
11  And then you have the plus/minus indicates one
12  standard deviation of two kilos. If you go to two
13  standard deviations, it's a possibility that
14  subjects in that group might have lost in the
15  five-week study 8.4 kilograms. If you multiply that
16  by 2.2, it will give you on the outer edge, within a
17  normal range for this particular study, what
18  somebody might have lost. So if you run the
19  calculations of 8.4 times 2.2, 17.6 plus 1.76, 18,
20  19.4 pounds approximately.
21  **Q   You're including the plus or minus, you're**
22  **saying --**
23  A   Oh, yes, it's within the range of
24  possibility, the 95 percent confidence interval,
25  which would be within the --

114

1   **Q   So you're suggesting that it's possible**
2   **that in the -- somebody who -- one person who lost**
3   **the absolute most you could lose could have lost --**
4   **what was it, 18?**
5   A   18.4 pounds. But that's assuming that
6   that person was at the normal body mass. If you
7   then assume that that person was even heavier than
8   the subjects they had, weight loss could be even
9   greater. Because you're talking about the amount of
10  pounds.
11       So, again, Roca Labs, it is my
12  understanding, is not claiming an average of
13  21 pounds; is that correct? They're claiming up to.
14  There is a huge difference between saying you'll
15  average 21 pounds -- our clients will lose 21 pounds
16  versus up to 21 pounds. I'm not familiar with the
17  advertising.
18  **Q   Our assertion is that they are claiming**
19  **that you will lose 21 pounds.**
20  A   Everybody? You take their product --
21  their claim is saying you're going to lose
22  21 pounds.
23  **Q   (Nods head affirmatively.)**
24  A   Based on that, there's very little
25  support. I would say that is it possible that

115

1   someone would lose 21 pounds in a month? Yes, and
2   there's evidence to support that could happen.
3   **Q   Of course, this is not the test on the**
4   **Roca Labs products.**
5   A   It's not. It's using a couple of their
6   products.
7   **Q   And you said before that you could not**
8   **extrapolate that over a ten-month period.**
9       MS. MARTENY: Object to the form.
10      THE WITNESS: No, but we're talking about
11  a five-week period.
12  BY MR. SPELMAN:
13  **Q   Right.**
14  A   And what we're talking about now is the
15  claims of 21 pounds in 30 days. I'm saying, based
16  upon this study, I think it's reasonable to assume
17  that that's achievable.
18  **Q   This kind of goes to the heart of what**
19  **we've been talking about here. You often say**
20  **something is possible. Is that proof? If something**
21  **is possible, does that mean that there is evidence**
22  **proving it?**
23  A   Scientific evidence? No, but it provides
24  me enough of a -- taking a look at scientific
25  research published in the area, that it provides me

116

1   some ability to determine whether it's -- that the
2   claims being made are possible.
3   **Q   In your last paragraph, 38, you cite**
4   **Kraemer for the study, found that people who took**
5   **glucomannan and exercised didn't lose any more**
6   **weight than people who didn't exercise.**
7   A   That's correct, but he also showed that
8   those people that exercised actually had significant
9   changes in body composition.
10  **Q   But that's not weight loss, correct?**
11  A   But it's actually weight -- fat loss.
12  **Q   It's fat loss, but not weight loss.**
13  A   Correct. I'd rather have fat loss than
14  weight loss.
15  **Q   Can tests that are on adults necessarily**
16  **by extrapolated to children?**
17  A   No.
18  **Q   What about for safety purposes?**
19      MS. MARTENY: Object to the form.
20  BY MR. SPELMAN:
21  **Q   I guess my first question had to do with**
22  **effects; my second has to do with safety. Can**
23  **either of those be extrapolated to children?**
24  A   No.
25  **Q   So for children would you need specific**

137

1  Q  Earlier, we talked about or you talked
2  about various things relating to the weight loss
3  process and some -- one of the things was Satiety.
4  Is that how you say that word?
5      MR. JURAVIN: Satiety.
6      MS. MARTENY: Satiety?
7      MR. JURAVIN: Being full.
8  BY MS. MARTENY:
9  Q  So can you tell me, one of the reasons --
10 in your experience, is one of the reasons people
11 fail to lose weight is because they're hungry,
12 correct?
13 A  I would agree.
14 BY MS. MARTENY:
15 Q  If they felt full, they would not eat,
16 correct?
17 A  Correct.
18 Q  So if they were able to take or consume
19 something that made them feel full, they would
20 naturally eat less, correct?
21 A  That's correct.
22 Q  And that would lead to caloric
23 restrictions and ultimately weight loss, correct?
24 A  Potentially, it would lead to that, yes.
25 Q  Okay. So long that the caloric

138

1  restriction was at a level that restricted their
2  calories to less than they were -- more the -- oh,
3  my goodness, how do I say this?  Less than they --
4  Caloric deficiency?
5      MR. SETTLEMYER: Objection to form.
6  BY MS. MARTENY:
7  Q  That was a terrible question.
8  A  As long as a caloric deficiency is
9  achieved, regardless of whether it be decrease in
10 caloric consumption or an increase in caloric
11 expenditure, weight loss should occur.
12 Q  When you -- just a second ago, we talked
13 about gastric bypass.  Do you know how gastric
14 bypass causes or leads to weight loss?
15 A  In reducing the -- my understanding is it
16 reduces the content of the stomach volume.
17 Q  So does that cause people to eat less?
18 A  Yes. Because you have a smaller stomach,
19 your fullness is achieved with a much smaller
20 quantity of food.
21 Q  Do you have any knowledge of whether, or
22 the success rate of that procedure?
23 A  I do not.
24 Q  Do you have any knowledge of the drawbacks
25 of that procedure?

139

1  A  No, not at the level of an expert.
2  Q  In general?
3  A  I just know anecdotally that it's not very
4  good and people are not very comfortable with
5  surgery, as kind of a last resort.
6  Q  I think earlier you testified a little bit
7  about the role of fiber in the gut.  Can you
8  explain -- or expand a little bit more on that?
9  A  Sure.  If someone consumes a high-fiber
10 diet or a supplement that contains fiber, it will
11 absorb fluids within the gut, expanding and causes a
12 greater -- does not get absorbed and it goes through
13 the digestive system, allowing decrease -- an
14 increase and feeling of fullness as it expands in
15 the gut and provides a feeling of satiation that's
16 expended at the time.
17 Q  And has that been scientifically proven?
18 A  It has.
19 Q  And are you familiar with the Roca Labs
20 products that include guar gum and glucomannan,
21 among other things?
22 A  I know that contains those dietary
23 ingredients in their supplement.
24 Q  And is that a type of dietary fiber, those
25 two things?

140

1  A  Yes, they are.
2  Q  And is that the type of dietary fiber that
3  you would expect would, as you just explained,
4  expand in the gut and cause a feeling of fullness?
5  A  I do.
6  Q  And after consuming the product, you would
7  expect someone to feel full and eat less?
8  A  That's what I would expect.
9  Q  Would you expect a -- well, a weight loss
10 regimen that included abstaining from drinking
11 sodas, eating fast food, consuming dairy or fried
12 foods and abstaining from caffeine to lead to weight
13 loss, provided that the entire diet -- daily caloric
14 intake was less than 1200 calories a day?
15 A  I would expect that, yes.
16     MR. SETTLEMYER: Object to form.
17 BY MS. MARTENY:
18 Q  Would you expect, under the same regimen
19 that I described just now, in conjunction with a
20 coaching regimen, also to have a result of weight
21 loss?
22 A  I believe, as I mentioned earlier, the
23 idea of having somebody oversee your program will
24 help maintain compliance.
25 Q  And "oversee," what do you mean by

35 (Pages 137 to 140)