# DX4

Steven Heymsfield
February 24, 2017

```
 1              UNITED STATES DISTRICT COURT
 2               MIDDLE DISTRICT OF FLORIDA
 3                     TAMPA DIVISION
 4           CASE NO. 8:15-cv-02231-MSS-TBM
 5  _____X
 6  FEDERAL TRADE COMMISSION,
 7                      Plaintiff,
 8         vs.
 9  ROCA LABS, INC., a corporation;
10  ROCA LABS NUTRACEUTICAL USA,
11  INC., a corporation, et al.,
12                      Defendants.
13  _____X
14          VIDEOTAPED AND VIDEOCONFERENCE DEPOSITION
15  OF STEVEN B. HEYMSFIELD, M.D., a witness called on
16  behalf of the Defendants, taken pursuant to the
17  applicable provisions of the Federal Rules of Civil
18  Procedure, before Valerie R. Johnston, Registered
19  Professional Reporter and Notary Public in and for
20  the Commonwealth of Massachusetts, at the Offices of
21  O'Brien & Levine Court Reporting Solutions, at 195
22  State Street, 5th Floor, Boston, Massachusetts, on
23  February 24, 2017, commencing at 9:19.
24
25
```

```
 1   APPEARANCES:
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4
 5       Federal Trade Commission
 6       Bureau of Consumer Protection
 7           (by Paul Spelman, Esq.)
 8           600 Pennsylvania Avenue, NW
 9           Maildrop CC - 10528
10           Washington, DC  20580
11           Tel:  (202) 326-2487
12           E-mail:  pspelman@ftc.gov
13
14   ON BEHALF OF THE DEFENDANTS:
15
16       Shumaker, Loop & Kendrick, LLP
17           (by Suzette Marteny, Esq.)
18           101 E. Kennedy Blvd, Suite 2800
19           Tampa, Florida  33602
20           Tel:  (813) 227-7600
21           E-mail:  smarteny@slk-law.com
22
23   Also Present:  Connor Vail, Videographer
24
25
```

```
 1                        I N D E X
 2   WITNESS:        DIRECT   CROSS   REDIRECT   RECROSS
 3   Steven B. Heymsfield, M.D.
 4   (by Ms. Marteny) 5                 110
 5   (by Mr. Spelman)         98                  116
 6                        _____
 7                      E X H I B I T S
 8   EX. NO.                                         PAGE NO.
 9   Exhibit 1   Document entitled "PX 7
10               Declaration of Steven B.
11               Heymsfield, M.D."                     12
12   Exhibit 2   Expert Report of Steven B.
13               Heymsfield, M.D. Prepared for
14               the Federal Trade Commission          13
15   Exhibit 3   Declaration of Elizabeth Payton       88
16                        _____
17     (Exhibits retained by the stenographer, scanned,
18    attached to transcripts, and returned to Attorney
19                         Marteny.)
20
21
22
23
24
25
```

```
 1                  P R O C E E D I N G S
 2             THE VIDEOGRAPHER:  Good morning, everyone.
 3   We are going on the record.  This is the start of
 4   Media Unit No. 1 in the videotaped deposition of
 5   Stephen Heymsfield, M.D. in the matter of Federal
 6   Trade Commission versus Roca Labs, Incorporated, et
 7   al.  This has been filed in the U.S. District Court,
 8   Middle District of Florida, Tampa Division, Judicial
 9   Case No. 1:15-cv-02231-MSS-TBM.
10             This deposition is being held at O'Brien &
11   Levine Court Reporting on February 24th at
12   approximately 9:17 a.m.
13             My name is Connor Vail with U.S. Legal
14   Support, and I'll be your legal video specialist for
15   today.  The court reporter is Valerie Johnston, also,
16   with U.S. Legal Support.
17             Will counsel please state their appearances
18   and who they represent for the record and, after
19   which, will the court reporter, please, swear in the
20   witness.
21             MS. MARTENY:  Suzette Marteny for the
22   Defendants.
23             MR. SPELMAN:  Paul Spelman for the
24   Plaintiff.
25
```

```
 1               STEVEN B. HEYMSFIELD, M.D.,
 2   having been satisfactorily identified, and duly sworn
 3   by the Notary Public, was examined and testified as
 4   follows:
 5                    DIRECT EXAMINATION
 6        BY MS. MARTENY:
 7        Q.   Good morning, sir.  This is -- my name is
 8   Suzi Marteny.  I represent the Defendants in this
 9   case.  How are you?
10        A.   Good.  Just fine.
11        Q.   Good.  Can you state your name for the
12   record, please.
13        A.   Steven Heymsfield.
14        Q.   And what is your address, Dr. Heymsfield?
15        A.   My home address or my work address?
16        Q.   Work address, please, professional address.
17        A.   Pennington Biomedical Research Center, 6400
18   Perkins Road, Baton Rouge, Louisiana 70808.
19        Q.   Thank you.
20             Have you been deposed before?
21        A.   I -- I have.
22        Q.   How many times?
23        A.   That's a good question.  It's over many
24   years.  I would -- I would say about 10 or 12 times
25   over many, many years.
```

```
 1   you just said in terms of the effectiveness of the
 2   Roca Labs product.
 3         Q.   So -- and I understand what you're getting
 4   at.
 5         A.   Yeah.
 6         Q.   But, even in light of the -- in light of the
 7   anecdotal evidence, which the declarations that you
 8   have in front of you are a small portion of, I think,
 9   maybe, the confusion is that the Roca Labs product is
10   a -- is a -- well, the Roca Labs regimen is a
11   combination of things.  It's a restrictive calorie
12   diet where users consumed 1,200 calories for -- a day
13   or less.  They participate in some sort of exercise
14   program, and they also participate in coaching --
15   coaching and -- and counseling, for lack of a better
16   term, with Roca Labs staff.  The Roca Labs formula as
17   one component of that program, that the fiber
18   supplement assists users in maintaining a feeling of
19   satiety so that their -- their weight loss is --
20   is -- or their hunger is mitigated.
21              So, in light of that, would you agree that
22   those components of the Roca Labs regimen, a 1,200
23   calorie a day diet, plus exercise, plus a behavior
24   modification portion, including coaching, would be
25   likely or would absolutely result in weight loss with
```

```
 1   compliant users?
 2        MR. SPELMAN:  Objection to form.
 3        A.  The -- the answer is yes, but it says
 4   nothing about whether or not the Roca Labs product
 5   contributes to that weight loss.
 6        Q.  And, if the Roca Labs product contributes in
 7   a way that would -- after the user ingests it, it
 8   would produce a feeling of fullness and satiety,
 9   would that help the user maintain compliance with a
10   low-calorie diet such as one that's 1,200 calories or
11   less?
12        A.  It -- it might, but the -- we would have to
13   add that the question is whether or not it helps
14   achieve substantial long-term weight loss beyond that
15   of just the diet alone.
16        Q.  And I noted you inserted the term, long
17   term.  Now, I'm not sure that was included in one of
18   the claims that you were asked to evaluate.
19        A.  Well, you -- you -- well, I don't won't say
20   anything until you -- you ask another question but...
21        Q.  Okay.  I mean, I -- I think -- well, let's
22   see.
23        Okay.  In your expert report -- expert
24   report in Paragraph 30 on Page 15, I think you
25   acknowledge that the study that Roca Labs conducted
```