DX5

FTC v. Roca Labs, Inc., et al.                                                                    1/27/2017

149

1    get them that way.
2    **Q.  Okay.**
3    A.   Sometimes, you know, I would -- the one woman that
4    was a nun, Sister...
5    **Q.  Sister Ann?**
6    A.   Sister Ann.  She approached me -- she didn't lose
7    the weight she asked if she could have the product for
8    free because she didn't have any money.  You know, you
9    take a vow of poverty.  She wanted -- she said:  I
10   don't care if it's expired I just need help.  I'm a
11   school teacher, I can't keep up the my kids.  So, I
12   offered to send her product for free, you know, to help
13   her out.  So, that's just one.
14          And the one that you don't -- that her
15   face is covered she lost 90 pounds.  So, these people
16   were real people that really lost the weight and we
17   asked them to be coaches.  Same with Darlene Glo (ph),
18   they want a reorder and that's how I approached them.
19   **Q.  So, typically you would only become aware of**
20   **people who had these type success stories if they were**
21   **reordering; is that right?**
22   A.   If they reorder, yes.
23   **Q.  But if people just had one order and didn't**
24   **succeed, or did, you wouldn't know; is that right?**
25   A.   Right.

150

1    **Q.  Numerically, about how many people do you think**
2    **that over the years you were working with Roca Labs you**
3    **identified as people being successful with the product**
4    **and might be interested or suited to be success**
5    **coaches?**
6    A.   Over the years how much I think would be suited?
7    **Q.  Yes.**
8    A.   Oh, my God, that's a hard number.  I don't know.
9    **Q.  Do you think it was more than 50?**
10   A.   Oh, yeah.
11   **Q.  More than a hundred?**
12   A.   Yeah.  I had one man that lost 200 pounds and went
13   sky diving.  I mean A lot of people are so private
14   about their weight loss they don't want people to know.
15          He showed me his video, said:  Don't
16   tell anybody.  I don't want to be a coach.  I don't
17   want you to show my pictures to your boss or anything
18   it's just between me and you Sharon.  You know, I
19   didn't even tell Don.  You know, it was just like I had
20   the communication with him, so you know.
21   **Q.  Do you think it was more than like maybe a couple**
22   **a month or thereabouts?**
23   A.   It was more than a couple a month.  I would say,
24   you know, maybe about 20 a month.  I would say about 20
25   a month.

151

1    **Q.  With the information that these people were giving**
2    **you, Roca Labs wasn't doing anything to otherwise**
3    **monitor their health, weight loss, what they were doing**
4    **to lose weight, or anything like that; right?**
5    A.   No.
6    **Q.  Let's look at Exhibit 30, and tell me if you can**
7    **identify the two things marked as Items 1 and 2 in**
8    **Exhibit 30, the two listings.**
9    A.   Mini gastric bypass four-eight, and Roca Labs
10   Official Site.
11   **Q.  Do you recognize those two items?**
12   A.   Yes.
13   **Q.  What are those?**
14   A.   They are basically the same site.  Mini gastric
15   bypass is just a smaller site of Roca Labs.
16   **Q.  But these are search ads; right?**
17   A.   Yes, they're search ads.
18   **Q.  And each leads to a different domain name; is that**
19   **right?**
20   A.   Yes.
21   **Q.  And was Roca Labs running a lot of these type of**
22   **ads that you recall, or do you not have a lot of**
23   **experience?**
24   A.   I don't have a lot of experience with that.  I
25   didn't do much with the ads.

152

1    **Q.  But you do recall seeing them?**
2    A.   I do recall seeing them, yes.
3    **Q.  Let's move onto Exhibit 31.  Do you recognize the**
4    **text and images in Exhibit 31?**
5    A.   That's the video of Morgan and Loren, I believe.
6    Yeah, it's just the same as on the mini site.
7    **Q.  Exhibit 31 is on the mini site?**
8    A.   Yes.
9    **Q.  And you're saying it's the same as what was on the**
10   **"rocalabs.com" site, basically?**
11   A.   Yes.  These videos are also on "rocalabs.com"
12   site.
13   **Q.  Why don't you look at the different pages in**
14   **Exhibit 31, and let me know if your answer is the same**
15   **for all of the pages in Exhibit 31.**
16   A.   And what would happen here if you went on like
17   "What is gastric bypass surgery," if you click on this
18   it would take you to the "rocalabs.com" site.
19   **Q.  So, you're looking at Page 2 of Exhibit 31?**
20   A.   Yes, I apologize, yes.
21   **Q.  These different questions, 1 through -- 16 through**
22   **31, if you clicked on a topic you would go to the topic**
23   **on "rocalabs.com" website?**
24   A.   Yes, to the answer.
25   **Q.  What about what's happening on Page 3 there?**

38 (Pages 149 to 152)