# DX6

153

1  **Correct?**
2   A. Okay. Yes.
3   **Q. Okay. So, when Roca Labs had and has had**
4  **ads being displayed on Google that have been**
5  **triggered by search terms, some of those terms**
6  **have included terms like gastric bypass.**
7  **Correct?**
8   A. Yes.
9   **Q. What are some other terms that Roca Labs**
10 **frequently would use to trigger delivery of**
11 **search advertising?**
12  A. Anything to do with bariatric surgery.
13  **Q. Can you just give me a list of some that**
14 **are more frequently used and frequently been used**
15 **to generate ads?**
16  A. Bariatric surgery basically means all
17 the -- all the gastric bypass, lap band, all
18 the surgeries all together are called
19 bariatric surgery. So, we will use any one
20 of the surgeries, whatever it's called, lap
21 band, sleeve, all the bariatric surgeries.
22 Gastric bypass is only one of them. These
23 are -- this is what I was after. Not weight
24 loss. The word past the weight loss.
25  **Q. Also, some of the search terms used to**

154

1  **trigger ads would also be particular to Roca Labs**
2  **as well. Correct?**
3   A. Yes. My name. Yes.
4   **Q. So, let's look at page two, and does that**
5  **screen shot look to you like --**
6   A. Yes. It looks like it's our home
7  page.
8   **Q. So, that's Roca Labs.com. This would have**
9  **been approximately the second half of October of**
10 **2014. Correct? Or you don't know?**
11  A. I'm laughing because you're saying
12 about. But you're so exact. So, different
13 than about. '14 sounds okay.
14  **Q. Let's look at page three. What is page**
15 **three of Exhibit 77?**
16  A. Qualifying order.
17  **Q. Explain what that is. What happened on**
18 **this form for a consumer?**
19  A. Okay. Basically, my job here in the
20 qualification is to -- the qualification,
21 basically, I want to filter people that I
22 don't have to do business with and I don't
23 want to take their money because I don't
24 think it would be good for them and not good
25 for me.

155

1   If somebody has a kidney problem,
2  I don't want to sell them. If somebody has
3  allergic to wheat, I don't want to sell them.
4  If somebody has less than 40 pounds to lose, I
5  don't want to sell them. If somebody doesn't
6  think that fat is unhealthy and ugly, it means
7  they're not in the frame of mind of losing
8  weight. I don't want to sell them. Because I
9  want to keep a very high success rate.
10  And I think the other ones will
11 be trouble. So, their qualification is
12 filtering. I will ask them if they have
13 health insurance which will indicate to me
14 that they are serious about their health.
15 Okay?
16  So, this is their -- this is the
17 idea of qualification form.
18  **Q. Let's look at the particulars of the**
19 **qualification form.**
20  A. At this time. This.
21  **Q. As of --**
22  A. 2014.
23  **Q. Late 2014.**
24  A. I don't know if it's late. But 2014.
25 Yes.

156

1   **Q. So, the language in the box under the**
2  **words "qualify" and "order" this form is designed**
3  **to filter out those with limited chance of being**
4  **successful and who are absolutely not suited to**
5  **use the strong formula or handle the regimen**
6  **successfully. This form is not replacing your**
7  **personal physician who can relate specifically to**
8  **your medical situation.**
9   A. Exactly.
10  **Q. "This information will be kept**
11 **confidential and will not be shared for the**
12 **length of the privacy policy."**
13  So, this language about this information
14 will be kept confidential and will not be shared, was
15 that on the qualify and order page prior to 2014?
16  A. I think it was there all the time.
17 And the idea is that people are afraid to
18 give their e-mail, and then we say, "We sell
19 the e-mail to somebody else and say, "Hey,
20 this is the e-mail of overweight people."
21 So, that's the idea of we are not sharing
22 your information.
23  **Q. But the words "This information will be**
24 **kept confidential and will not be shared" were on**
25 **the site on the qualify and order page in 2014**