DX7

```
 1              form.
 2                      THE WITNESS:  What is morbidly
 3              -- what I define a morbidly obese person?
 4    BY MS. MARTENY:
 5       Q.     Someone who is more than 100 pounds
 6    overweight.
 7       A.     And what do you mean by -- I mean, I have
 8    met people who are like that.  I mean, it's a very
 9    rough estimate; I don't know what a regular person
10    would be and then 100 pounds or more so I don't want
11    to answer the morbidly obese.  Yes, simply they're
12    overweight and I have dealt with them but I cannot
13    answer that question about the morbidly obese.
14       Q.     Well, let me see.  You don't have any
15    professional experience in dealing with people who
16    are morbidly obese, correct?
17       A.     Correct.  No, I do not.
18       Q.     And so you would have no familiarity with
19    the state of mind of someone who is morbidly obese,
20    correct?
21       A.     Correct.
22       Q.     And in your opinion, you actually don't
23    have any knowledge about the -- any complaints or
24    negative comments that people have made about the
25    Roca Labs company or its products, do you?
```

```
 1   A.         No, I do not.  I do not check on that.
 2   Q.         Okay.  And you haven't ever communicated
 3   with any consumers or potential consumers of the
 4   Roca Labs products or regimen, correct?
 5   A.         Not intentionally in any way.
 6   Q.         Okay.
 7   A.         Like, I mean, I don't know if a friend of
 8   mine is a consumer of your products, I don't know of
 9   Roca Labs products.  But I have not communicated
10   with anybody that I knew explicitly was using so --
11   and to my knowledge, none of my friends, family are
12   using this products so.
13   Q.         Okay.  And you haven't watched any of the
14   videos on the Roca Labs website, have you?
15   A.         No.  The only information I received was a
16   -- the website, the static images that was provided
17   to me in a PDGF format so -- which was probably a
18   few years back.  So it had some information so it
19   had like a static of potentially a video but I did
20   no go into the website and play the video.
21   Q.         Okay.  And have you visited the Roca Labs
22   Facebook page or the user group located at
23   facebook.com/group/lost 100?
24   A.         No.
25   Q.         Have you visited the Facebook page at
```