UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>      v.<br><br>ROCA LABS, INC., *et al.*,<br><br>                    Defendants. | Civ. No. 8:15-cv-02231-MSS-TBM<br><br>NOTICE OF FILING<br>OF PHYSICAL EXHIBIT<br>(PX 28, Att. A) |

      Plaintiff Federal Trade Commission ("FTC") hereby submits this Notice of Filing of Physical Exhibit (PX28, Att. A) in support of the FTC's Reply Memorandum [Dkt. 170] in Support of Its Motion for Summary Judgment Against All Defendants [Dkt. 141]. This exhibit contains a video file (FTC-PROD-004690.wmv ) that cannot reasonably be scanned, and it therefore being submitted on a CD.

      The CD was filed with the Clerk of the Court on this 22nd day of May, 2017.

                    Respectfully submitted,

                    <u>/s/ *Carl H. Settlemyer, III*</u>
                    CARL H. SETTLEMYER, III (Trial Counsel)
                    PAUL B. SPELMAN
                    MICHAEL J. DAVIS
                    Federal Trade Commission
                    600 Pennsylvania Avenue, NW, Mail Drop CC-10528
                    Washington, DC 20580
                    (202) 326-2019, -2487, -2458 (Tel.)
                    (202) 326-3259 (Fax)
                    csettlemyer@ftc.gov, pspelman@ftc.gov, mdavis@ftc.gov
                    Attorneys for Plaintiff Federal Trade Commission

**CERTIFICATE OF SERVICE**

      I CERTIFY that on this 22nd day of May 2017, I electronically filed the foregoing "NOTICE OF FILING OF PHYSICAL EXHIBIT (PX28, Att. A) with the Clerk of the Court by using the CM/ECF filing system, and this document will be served electronically through same to counsel for all parties of record. On May 19, 2017, I served a copy of the physical exhibit on Glenn A. Reid, counsel for all Defendants, via Express Mail, to P.O. Box 950554, Lake Mary, FL 32795.

                                           s/*Carl H. Settlemyer, III*
                                           Attorney