UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROCA LABS, INC., *et al.*,<br><br>Defendants. | Civ. No. 8:15-cv-02231-MSS-TBM<br><br>CORRECTED<br>NOTICE OF FILING<br>OF PHYSICAL EXHIBIT<br>(PX27, Att. A) |

Plaintiff Federal Trade Commission ("FTC") hereby submits this Corrected Notice of

Filing of Physical Exhibit (PX27, Att. A)[1] in support of the FTC's Reply Memorandum [Dkt.

170] in Support of Its Motion for Summary Judgment Against All Defendants [Dkt. 141].

This exhibit contains a video file (FTC-PROD-004690.wmv ) that cannot reasonably be

scanned, and it therefore being submitted on a CD.

The CD was filed with the Clerk of the Court on this 22nd day of May, 2017.

Respectfully submitted,

/s/ *Carl H. Settlemyer, III*
CARL H. SETTLEMYER, III (Trial Counsel)
PAUL B. SPELMAN
MICHAEL J. DAVIS
Federal Trade Commission
600 Pennsylvania Avenue, NW, Mail Drop CC-10528
Washington, DC 20580
(202) 326-2019, -2487, -2458 (Tel.)
(202) 326-3259 (Fax)
csettlemyer@ftc.gov, pspelman@ftc.gov, mdavis@ftc.gov
Attorneys for Plaintiff Federal Trade Commission

---

[1] This notice corrects the erroneous reference in Dkt. 171 to PX28.

## CERTIFICATE OF SERVICE

I CERTIFY that on this 22nd day of May 2017, I electronically filed the foregoing

"CORRECTED NOTICE OF FILING OF PHYSICAL EXHIBIT (PX27, Att. A) with the

Clerk of the Court by using the CM/ECF filing system, and this document will be served

electronically through same to counsel for all parties of record. On May 19, 2017, I served a

copy of the physical exhibit on Glenn A. Reid, counsel for all Defendants, via Express Mail,

to P.O. Box 950554, Lake Mary, FL 32795.

s/*Carl H. Settlemyer, III*
Attorney