UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

       Plaintiff,

vs.                                         Case No: 8:15-cv-2231-MSS-TBM

ROCA LABS, INC., a corporation;
ROCA LABS NUTRACEUTICAL USA,
INC., a corporation; DON JURAVIN,
individually and as an Officer of Roca
Labs, Inc. and Roca Labs Nutraceutical
USA, Inc.; and, GEORGE C. WHITING,
individually and as an Officer of Roca Labs,
Inc. and Roca Labs Nutraceutical USA, Inc.;

       Defendants.

_____/

### **SUGGESTION OF BANKRUPTCY FOR DEFENDANT ROCA LABS, INC.**

PLEASE TAKE NOTICE that on November 17, 2017, defendant Roca Labs, Inc., filed a

voluntary petition in the United States Bankruptcy Court for the Middle District of Florida for

relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the case

In re Roca Labs, Inc., Case No. 8:17-bk-09732. A copy of the voluntary petition is attached

hereto as Exhibit "A".

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy

Code, the Debtor's filing of its voluntary petition operates as a stay, applicable to all entities, of,

among other events: (a) the commencement or continuation of all judicial, administrative, or

other actions or proceedings against the Debtor (i) that were or could have been commenced

before the commencement of the Debtor's case or (ii) to recover any claims against the Debtor

that arose before the commencement of the Debtor's cases; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estates, of a judgment obtained before the commencement of the Debtor's cases; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

Respectfully submitted,

 */s/ Glenn A. Reid*_____
GLENN A. REID
Attorney for the Defendants
Florida Bar # 0629898
Post Office Box 950554
Lake Mary, Florida 32795
(386) 235-1920
glenn@thereidlawoffice.com
attorneygreid@gmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed a true and correct copy of the foregoing **Suggestion of Bankruptcy by Roca Labs, Inc.** with the Clerk of Court by using the CM/ECF filing system which will cause electronic service through same to counsel for all parties of record on this the 186th day of November 2017.

 */s/ Glenn A. Reid*_____
GLENN A. REID
Attorney for the Defendants