UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

           Plaintiff,

    v.

ROCA LABS, INC., a corporation; ROCA
LABS NUTRACEUTICAL USA, INC., a
corporation; MUST CURE OBESITY, CO.,
a corporation; JURAVIN, INCOR-
PORATED, a corporation; ZERO CALORIE
LABS, INC., a corporation; DON JURAVIN,
individually and as an officer of Roca Labs,
Inc., Roca Labs Nutraceutical USA, Inc.,
Must Cure Obesity, Co., and Juravin,
Incorporated; and GEORGE C. WHITING,
individually and as an officer of Roca Labs,
Inc., Roca Labs Nutraceutical USA, Inc., and
Zero Calorie Labs, Inc.,

           Defendants.

Case No.  8:15-cv-02231-MSS-TBM

**PLAINTIFF'S NOTICE TO THE
COURT REGARDING PENDING
DISPOSITIVE MOTION**

Pursuant to Local Rule 3.01(h), Plaintiff Federal Trade Commission hereby notifies the Court of the following:

1. The FTC filed a Motion for Summary Judgment against All Defendants on March 24, 2017. Dkt. 141. After receiving an extension to May 8 [Dkt. 159] to respond, Defendants opposed the motion on May 9, 2017 (245 days ago). Dkt. 167. The FTC filed a Reply on May 22, 2017. Dkt. 170.

2. The FTC's dispositive Motion for Summary Judgment remains pending.

Dated:  January 9, 2018          /s/ *Michael J. Davis*
                                 CARL H. SETTLEMYER, III (Trial Counsel)
                                 PAUL B. SPELMAN
                                 MICHAEL J. DAVIS
                                 Federal Trade Commission
                                 600 Pennsylvania Avenue, NW
                                 Mail Drop CC-10528
                                 Washington, DC 20580
                                 (202) 326-2019, -2487, -2458 (Tel.)
                                 (202) 326-3259 (Fax)
                                 csettlemyer@ftc.gov
                                 pspelman@ftc.gov
                                 mdavis@ftc.gov
                                 Attorneys for Plaintiff Federal Trade Commission


<u>CERTIFICATE OF SERVICE</u>

I CERTIFY that on this 9th day of January, 2018, I electronically filed the foregoing

**"PLAINTIFF'S NOTICE TO THE COURT REGARDING PENDING DISPOSITIVE**

**MOTION**" with the Clerk of the Court by using the CM/ECF filing system, and this

document will be served electronically through same to counsel for all parties of record.

/s/ *Michael J. Davis*
Attorney