UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROCA LABS, INC., a corporation; ROCA LABS NUTRACEUTICAL USA, INC., a corporation; MUST CURE OBESITY, CO., a corporation; JURAVIN, INCORPORATED, a corporation; ZERO CALORIE LABS, INC., a corporation; DON JURAVIN, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Must Cure Obesity, Co., and Juravin, Incorporated; and GEORGE C. WHITING, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., and Zero Calorie Labs, Inc.,<br><br>Defendants. | Case No. 8:15-cv-02231-MSS-TBM<br><br>**PLAINTIFF'S NOTICE TO THE COURT REGARDING PENDING DISPOSITIVE MOTION** |

Pursuant to Local Rule 3.01(h), Plaintiff Federal Trade Commission hereby notifies the Court of the following:

1. The FTC filed a Motion for Summary Judgment against All Defendants on March 24, 2017. Dkt. 141. After receiving an extension to May 8 [Dkt. 159] to respond, Defendants opposed the motion on May 9, 2017 (276 days ago). Dkt. 167. The FTC filed a Reply on May 22, 2017. Dkt. 170.

2. The FTC's dispositive Motion for Summary Judgment remains pending.

Dated:  February 9, 2018         /s/ *Carl H. Settlemyer*
                                 CARL H. SETTLEMYER, III (Trial Counsel)
                                 PAUL B. SPELMAN
                                 MICHAEL J. DAVIS
                                 Federal Trade Commission
                                 600 Pennsylvania Avenue, NW
                                 Mail Drop CC-10528
                                 Washington, DC 20580
                                 (202) 326-2019, -2487, -2458 (Tel.)
                                 (202) 326-3259 (Fax)
                                 csettlemyer@ftc.gov
                                 pspelman@ftc.gov
                                 mdavis@ftc.gov
                                 Attorneys for Plaintiff Federal Trade Commission

CERTIFICATE OF SERVICE

I CERTIFY that on this 9th day of February, 2018, I electronically filed the foregoing **"PLAINTIFF'S NOTICE TO THE COURT REGARDING PENDING DISPOSITIVE MOTION"** with the Clerk of the Court by using the CM/ECF filing system, and this document will be served electronically through same to counsel for all parties of record.

                                 /s/ *Carl H. Settlemyer*
                                 Attorney