## EXHIBIT LIST
## FTC's Amended Motion for Summary Judgment

| Exhibit Number | Title |
|---|---|
| PX1(1) – Pages 1-92<br>PX1(2) – Pages 93-135 | Declaration of Amber Howe |
| PX2 | CD (Separately Filed) |
| PX3 | Declaration and Expert Report of Steven B. Heymsfield, M.D. |
| PX4 | Declaration and Expert Report of Paul A. Pavlou, Ph.D. |
| PX5(1) – Pages 1-50<br>PX5(2) – Pages 51-114 | Declaration of Carl H. Settlemyer |
| PX6(1) – Pages 1-257<br>PX6(2) – Pages 258-342<br>PX6(3) – Pages 343-385<br>PX6(4) – Pages 386-612<br>PX6(5) – Pages 613-713<br>PX6(6) – Pages 714-747<br>PX6(7) – Pages 748-856<br>PX6(8) – Pages 857-869 | Excerpts and Exhibits from Corporate Defendants' 30(b)(6) Deposition (2/15/17 – 2/16/17) |
| PX7 | Excerpts and Exhibits from Don Juravin's Individual Deposition (2/17/17) |
| PX8 | Excerpts and Exhibits from Don Juravin's Asset Deposition (9/9/16) |
| PX9 | Excerpts and Exhibits from George Whiting's Individual Deposition (1/11/17) |
| PX10(1) – Pages 1-128<br>PX10(2) – Pages 129-231<br>PX10(3) – Pages 232-300 | Excerpts and Exhibits from Sharon King's Deposition |
| PX11 | Excerpts and Exhibits from Ross Finesmith's Deposition |
| PX12 | Excerpts and Exhibits from Sharon Hensley's Deposition |

**EXHIBIT LIST**
**FTC's Amended Motion for Summary Judgment**

| Exhibit Number | Title |
| --- | --- |
| PX13 | Defendant Don Juravin's Responses to Plaintiffs Interrogatories (2/29/16) |
| PX14 | Declaration of Consumer Raymond Fligman (2011) |
| PX15 | Declaration of Consumer Joyce Agbetunsin (2011) |
| PX16 | Declaration of Consumer Amina Di' Leonardi (2012) |
| PX17 | Declaration of Consumer Diane E. Kolleck (2013) |
| PX18(1) – Pages 1-62<br>PX18(2) – Pages 63-134 | Declaration of Consumer Jennifer Schaive (2014) |
| PX19 | Declaration of Consumer Mary Tugwell (2014) |
| PX20 | Declaration of Consumer Rolisa Harper (2016) |
| PX21 | Name.com Certification with redacted records |
| PX22(1) – Pages 1-33<br>PX22(2) – Pages 34-42<br>PX22(3) – Pages 43-48 | First Data Certifications with redacted records |
| PX23 | Internet Archive Certification with web pages |
| PX24 | Declaration of Sallie Schools |
| PX25 | Declaration of John Zajac, Better Business Bureau of West Florida, with records |
| PX26 | Declaration of Mary Rose Luceri |