# PX1(1)

# Declaration of Amber Howe (PX1-1 through PX1-92)

**DECLARATION OF AMBER HOWE**
**PURSUANT TO 28 U.S.C. § 1746**

1.      My name is Amber Howe.  I am a United States citizen over the age of 18.  I am employed by the Federal Trade Commission ("FTC") as an Honors Paralegal in the Bureau of Consumer Protection.  I have held that position since 2014.  My business address is 600 Pennsylvania Avenue, N.W., CC-10528, Washington, DC 20580.  I have personal knowledge of the facts stated herein.  If called to testify I could and would testify competently to the facts set forth below.

2.      As part of my job, I perform various research and investigative tasks.  I was assigned to the FTC's investigation of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Don Juravin, and George Whiting.  As part of my work on this investigation, I visited and captured, on multiple dates in 2014 and 2015, various web pages that advertised, sold, or discussed Roca Labs products, including RocaLabs.com, Mini-gastric-bypass.me, gastricbypass.me, and various YouTube.com and Vimeo pages.  I captured and preserved web pages and videos during my work on the investigation.

3.      Some of the webpages and videos that I captured in 2014 and 2015 were attached to my previous declaration in this matter, executed on September 16, 2015, and filed with the court [Dkt. 6-2].  I am advised by other FTC staff members that these and other web pages and videos that I captured during my work on the investigation were assigned identifiers / Bates numbers in the form "FTC-PROD-xxxxxx" for production to the Defendants in discovery.

4.      I have been asked to review my files and provide this declaration in connection with the FTC's amended Motion for Summary Judgment to authenticate various

web page printouts, search results, and video files that were not submitted with my September 16, 2015 declaration. I was also asked to compare certain of my video files to video files that were used as deposition exhibits.

5.      The following videos that I captured were previously filed as attachments to my September 16, 2015 declaration [Dkt. 6-2, PageID 191 ¶4; Dkt. 8 (disc)], prior to the assignment of Bates numbers for discovery:

- "What is the Roca Labs Procedure" (Att. V1)
- "What is the Success Rate?" (Att. V2)
- "How much weight will I lose with Roca Labs' Gastric Bypass" (Att. V3)
- "Fat is unhealthy and ugly. - Gastric Bypass Alternative ® can" (Att. V4).

6.      Sometimes my video captures on a given date would include multiple, nearly identical versions of the same video content, but the individual video files would vary in file size, or have slightly different lengths.  True and correct copies of the following files that I downloaded using video downloader software on April 22, 2015, named by their assigned Bates numbers, are included in PX2 (disc) being submitted in support of the FTC's amended Motion for Summary Judgment:

| | |
|---|---|
| **Att. A1:** | FTC-PROD-004295 |
| **Att. A2:** | FTC-PROD-004297 |
| **Att. A3:** | FTC-PROD-004298 |
| **Att. A4:** | FTC-PROD-004542 |
| **Att. A5:** | FTC-PROD-004546 |
| **Att. A6:** | FTC-PROD-004548 |
| **Att. A7:** | FTC-PROD-004550 |
| **Att. A8:** | FTC-PROD-004559 |
| **Att. A9:** | FTC-PROD-004563 |
| **Att. A10:** | FTC-PROD-004575. |

7.      I have reviewed the four videos listed in paragraph 5, above, and reviewed videos listed in paragraph 6, above.  I am advised by other FTC staff that the Bates numbered

PX1-2

videos in paragraph 6 have been referenced in various depositions and discovery requests during the course of the litigation.  Based on my review, I can state that:

- "What is the Roca Labs Procedure" (my previously filed Att. V1) is substantially identical to the video files designated as FTC-PROD-004297 and FTC-PROD-004298;

- "What is the Success Rate?" (my previously filed Att. V2) is substantially identical to the video file designated as FTC-PROD-004575;

- "How much weight will I lose with Roca Labs' Gastric Bypass" (my previously filed Att. V3) is substantially identical to the video file designated as FTC-PROD-004563; and

- "Fat is unhealthy and ugly. - Gastric Bypass Alternative ® can" (my previously filed Att. V4) is substantially identical to the video file designated as FTC-PROD-004546.

Additionally, I can state after review that the video file designated as FTC-PROD-004559 is substantially identical to a video (FTC-PROD-013837) that I am advised that witness Sharon Hensley provided to the FTC in discovery.

8.      I also reviewed a video file that received Bates number FTC-PROD-004690. A true and correct copy of that video (**Att. B**, hereto), which I recorded using Camtasia video capture software on April 22, 2015, is included in PX2 (disc) being submitted in support of the FTC's amended Motion for Summary Judgment.  At the 0:36 mark in the 004690 recording, I clicked on a video embedded in the web page https://www.rocalabs.com/gastric-bypass-no-surgery. The video that I clicked on at that point is under the heading, "How Does

Roca Labs® regimen work?"  The video I clicked on, shown from 0:36 to 1:01 in the recording, is the same video as the "What is the Roca Labs Procedure" video included as Att. V1 to my September 16, 2015 declaration previously filed in this matter [Dkt. 6-2, Dkt. 8].

9.      As part of my work on this investigation, I ran searches in Google, Bing, and Yahoo and captured search result pages showing advertisements ("search ads") for Roca Labs products.  Those search ads linked to websites, including RocaLabs.com and Mini-gastric-bypass.me, that advertised, sold, or discussed Roca Labs products.

10.      True and correct copies of two recordings that I made using Camtasia video capture software while running web searches using the Google search engine, FTC-PROD-003769 (**Att. C1** made on December 4, 2014) and FTC-PROD-004692 (**Att. C2**, made on December 3, 2014) are included on PX2 (disc) being submitted in support of the FTC's amended Motion for Summary Judgment.  The 003769 recording shows me typing "gastric bypass surgery" into the search box, clicking a search ad, and being directed to the mini-gastric-bypass.me website.  The 004692 recording shows me typing "Roca Labs how much weight loss" into the search box, clicking a search ad, and being directed to the RocaLabs.com website.

11.      Attached as **Atts. D-K** hereto are true and correct copies of my "print-to-PDF" captures of the following results, from my searches using the terms shown, on the dates indicated, on the identified search engines, along with their assigned starting Bates numbers:

> **Att. D:**      Google, search term "Roca Labs"
> March 24, 2015, FTC-PROD-003800

**Att. E:**    Google, search term "gastric bypass"
March 24, 2015, FTC-PROD-003771

**Att. F:**    Google, search term "lap band surgery cost"
March 24, 2015, FTC-PROD-003796

**Att. G:**    Google, search term "Roca Labs reviews"
April 10, 2015, FTC-PROD-005794

**Att. H:**    Bing, search term "gastric sleeve"
March 25, 2015, FTC-PROD-003645

**Att. I:**    Bing, search term "Roca Labs"
March 25, 2015, FTC-PROD-003741

**Att. J:**    Yahoo, search term "Roca Labs"
March 26, 2015, FTC-PROD-004803

**Att. K:**    Yahoo, search term "gastric bypass surgery"
March 26, 2015, FTC-PROD-004705

The search ads shown in ¶2 of my September 16, 2015 declaration [Dkt. 6-2, PageID 188-89] were copied from these printouts.

12.    In addition to the web page printouts attached to my September 16, 2015 declaration, I printed numerous other Roca Labs web pages. Attached as **Atts. L-V** hereto are true and correct copies of my "print-to-PDF" captures of the following web pages at the URLs listed on the dates shown, along with their assigned Bates ranges:

**Att. L:**    https://rocalabs.com/support
December 4, 2014, FTC-PROD-007196

**Att. M:**    https://rocalabs.com/support/accelerated-weight-loss
December 4, 2014, FTC-PROD-007179 to FTC-PROD-007180

**Att. N:**    https://rocalabs.com/support/instructions
December 4, 2014, FTC-PROD-007191 to FTC-PROD-007195

**Att. O:**    http://old.rocalabs.com/compared-to/best-diet-pills/
March 23, 2015, FTC-PROD-006487 to FTC-PROD-006488

| | |
|---|---|
| **Att. P:** | http://old.rocalabs.com/weight-loss-procedure/for-teens-kids<br>March 23, 2015, FTC-PROD-006512 to FTC-PROD-006514 |
| **Att. Q:** | http://old.rocalabs.com/answers/ask-the-doctor/faq/90-success-rate/<br>March 23, 2015, FTC-PROD-006572 to FTC-PROD-006574 |
| **Att. R:** | http://old.rocalabs.com/answers/ask-the-doctor/faq/weight-loss-calculator/<br>March 23, 2015, FTC-PROD-006575 to FTC-PROD-006583 |
| **Att. S:** | http://old.rocalabs.com/weight-loss-procedure/for-men<br>March 23, 2015, FTC-PROD-006632 to FTC-PROD-006634 |
| **Att. T:** | http://old.rocalabs.com/support/success/money-back-success-belt/<br>March 23, 2015, FTC-PROD-006665 to FTC-PROD-006668 |
| **Att. U:** | http://old.rocalabs.com/answers/ask-the-doctor/faq/no-diet-restrictions/<br>March 23, 2015, FTC-PROD-006672 to FTC-PROD-006674 |
| **Att. V:** | http://old.rocalabs.com/privacy/<br>March 23, 2015, FTC-PROD-006698 to FTC-PROD-006699. |

13.    Attached as **Att. W** hereto are true and correct copies of my "print-to-PDF" captures from March 26, 2015 of the web page https://rocalabs.com/faq/general/ingredients (FTC-PROD-007262), and of the larger label images that displayed when I clicked on the three small label images at the bottom of that page (FTC-PROD-007256-007261).

14.    Attached as **Atts. X-CC** hereto are true and correct copies of my "print-to-PDF" captures from September 23, 2015 of the following web pages:

| | |
|---|---|
| **Att. X:** | https://rocalabs.com/faq/general/no-diet-restrictions<br>FTC-PROD-005365 to FTC-PROD-005366 |
| **Att. Y:** | https://rocalabs.com/gastric-bypass-no-surgery<br>FTC-PROD-005380 to FTC-PROD-005386 |
| **Att. Z:** | https://rocalabs.com/faq/general/roca-labs-success-rate<br>FTC-PROD-005403 to FTC-PROD-005404 |

PX1-6

**Att. AA:**    https://rocalabs.com/terms
FTC-PROD-005414 to FTC-PROD-005427

**Att. BB:**    http://mini-gastric-bypass.me/answers/maximizing-success/90-
success-rate
FTC-PROD-005433 to FTC-PROD-005435

**Att. CC:**    http://mini-gastric-bypass.me/answers/no-surgery/medical-evidence-
for-success
FTC-PROD-005436 to FTC-PROD-005444

15.    I have reviewed certain exhibits to depositions in this matter.  For example, I
have reviewed Exhibits 53 (PX6-372 to 385) and 73 (PX6-752 to 815) to Defendants'
30(b)(6) deposition, and Exhibits 52 through 68 (PX10-232 to 295) to the deposition of
Sharon King.  I understand that those exhibits are being submitted in support of the FTC's
amended Motion for Summary Judgment.  Those exhibits are comprised of true and correct
copies of my May 6, 2015 print-to-pdf captures of the RocaLabs.com web pages indicated in
the footer of each page.

16.    I have also reviewed Exhibit 51 to Sharon King's deposition (PX10-223 to
231).  That exhibit is a true and correct copy of my April 22, 2015 print-to-pdf printout of the
web page http://mini-gastric-bypass.me/answers/no-surgery/medical-evidence-for-success.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2018                    By _____

**Declaration of Amber Howe**
**Attachments A1-A10**

**A1:  Electronic File Name FTC-PROD-004295**
**A2:  Electronic File Name FTC-PROD-004297**
**A3:  Electronic File Name FTC-PROD-004298**
**A4:  Electronic File Name FTC-PROD-004542**
**A5:  Electronic File Name FTC-PROD-004546**
**A6:  Electronic File Name FTC-PROD-004548**
**A7:  Electronic File Name FTC-PROD-004550**
**A8:  Electronic File Name FTC-PROD-004559**
**A9:  Electronic File Name FTC-PROD-004563**
**A10:  Electronic File Name FTC-PROD-004575**

[Placeholder for the Video Files Produced Separately in PX2 (CD)]

**Declaration of Amber Howe**
**Attachment B**

**Electronic File Name FTC-PROD-004690**


[Placeholder for the Video File Produced Separately in PX2 (CD)]

**Declaration of Amber Howe**
**Attachments C1-C2**

**C1:  Electronic File Name FTC-PROD-003769**
**C2:  Electronic File Name FTC-PROD-004692**

[Placeholder for the Video Files Produced Separately in PX2 (CD)]

**Declaration of Amber Howe**
**Attachment D**

Google, search term "Roca Labs"
March 24, 2015
FTC-PROD-003800



Google    | Roca Labs                                                |         |         Sign in

**Web**   Shopping   Videos   News   Maps   More ▾   Search tools

About 394,000 results (0.33 seconds)

### Roca Labs® Official Site - RocaLabs.com
Ad  www.**rocalabs**.com/USA-Official-Site ▾
Gastric Bypass No Surgery® at $480 World Powerful Extreme Weight Loss
4,314 followers on Google+
Women: 50-120 lbs to loss - 90% Success Rate

### Gastric Bypass Surgery - $1500 Down $150/mo
Ad  www.beliteweight.com/10Yrs-TrackRecord ▾   (800) 215-6497
Great Hospital. Excellent Surgeon, Lowest pricing
BeliteWeight has 222 followers on Google+
Affordable Payment Plans - Before and After Photos - Medicare-Your Weight Loss

### Roca Labs Gastric Bypass - Amazon.com
Ad  www.**amazon**.com/ ▾
4.4            rating for amazon.com
Buy **roca labs** gastric bypass at Amazon! Free Shipping on Qualified Orders.
Ratings: Prices 10/10 - Selection 10/10 - Shipping cost 10/10 - Overall 10/10

### Roca Labs — Better, Safer & Cheaper than Gastric Bypass ...
https://**rocalabs**.com/ ▾
Best non-surgical alternative to all bariatric surgeries — only $480. **Roca Labs** invented
Gastric Bypass NO Surgery® & Gastric Bypass Alternative@. Immediate ...
Gastric Bypass NO surgery - My Healthy Weight - Gastric Bypass Alternative

### 57 ROCA LABS complaints and reviews @ Pissed Consumer
**roca-labs**.pissedconsumer.com/ ▾
**Roca Labs** complaints about product itself, product does not work, customer service.
**Roca Labs** DOES WORK, I Lost 83 lbs & improved my health. **Roca Labs** ...
Roca Labs DOES WORK, I ... - Who really are these people ... - Public Record - Tag

### Roca Labs Company | Facebook
https://www.facebook.com/**Roca.Labs.Company** ▾
**Roca Labs** Company, Tampa, FL. 62259 likes · 1363 talking about this. **Roca Labs**®
invented the Gastric bypass NO Surgery® to help you lose 100 pounds in...

### Roca Labs Nutraceutical USA - Better Business Bureau
www.bbb.org/.../**roca-labs**-nutraceutical-usa-in-sar... ▾ Better Business Bureau ▾
Rating: 5 - 1 review
BBB's Business Review for **Roca Labs** Nutraceutical USA, Business Reviews and
Ratings for **Roca Labs** Nutraceutical USA in Sarasota, FL.

### Roca Labs stories at Techdirt.
https://www.techdirt.com/blog/?company=**roca+labs** ▾ Techdirt ▾
Dec 2, 2014 - If you thought the **Roca Labs** story couldn't get any more bizarre, well,
then you haven't been paying much attention, because no matter how ...

### PissedConsumer Fights Back Against Roca Labs' Attempt ...
https://www.techdirt.com/.../pissedconsumer-fights-back-against-... ▾ Techdirt ▾
Sep 22, 2014 - Presumably for that reason, **Roca Labs** has attempted to disguise this
..... Still what they represent is a good measure of **Roca Labs'** complaint.

### Roca Labs Sues Marc Randazza For Defamation | Adam ...
adamsteinbaugh.com/.../**roca-labs**-sues-marc-randazza-for-defamation/ ▾
Nov 11, 2014 - **Roca Labs** is the gift that keeps on giving. This time, they're giving their
attorney-antagonist Marc Randazza a bunch of free advertising: they've ...

### Roca Labs Weight Loss Scam - Sequence Inc.
www.sequenceinc.com/fraudfiles/2014/09/**roca-labs**-weight-loss-scam/ ▾

PX1-12

Sep 22, 2014 - **Roca Labs** sells a weight loss product that may be viewed as a scam by some consumers. They call it "Gastric Bypass No Surgery," and it is ...

### Roca Labs (@RocaLabs) | Twitter

https://twitter.com/**rocalabs** ▾

The latest Tweets from **Roca Labs** (**@RocaLabs**). Inventors of Gastric Bypass NO Surgery & Gastric Bypass Alternative to lose 100 lbs without surgery.

### What's up With Roca Labs?

whatsupwith**rocalabs**.com/ ▾

Aug 28, 2014 - Hi Everyone! It has been close to a year since I first discovered Rocalabs and their formula that acts like gastric bipass surgery. What a trip it ...

## Searches related to roca labs

| | |
|---|---|
| roca labs **side effects** | roca labs **reviews** |
| roca labs **complaints** | roca labs **instructions** |
| **does** roca labs **really work** | roca labs **formula** |
| roca labs **diet reviews** | roca labs **diet** |

○ Chicago, IL - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

PX1-13

**Declaration of Amber Howe**
**Attachment E**

Google, search term "gastric bypass"
March 24, 2015
FTC-PROD-003771



| gastric bypass |  | Sign in |

Web    Images    Videos    News    Shopping    More ▾    Search tools

About 5,760,000 results (0.45 seconds)

**Gastric Bypass Surgery - BeLiteWeight.com**
Ad www.beliteweight.com/10Yrs-TrackRecord ▾
$1500 Down $150/mo. Great Hospital. Excellent Surgeon, Lowest pricing

**Gastric Bypass Surgery - reshealth.org**
Ad www.reshealth.org/weightloss ▾   (773) 665-3025
Is the Most Widely Used Bariatric Procedure Right For You? Get Info.
Live a Healthier Life · Support at Every Step · Up to 75% Weight Loss
Meet Our Team of Experts - Procedure Options - Contact Us

**Before Bariatric Surgery - Optifast.com**
Ad www.optifast.com/ ▾
Consider OPTIFAST® and get a head start on weight loss before surgery

**Roux-En-Y Gastric Bypass Surgery and Recovery - WebMD**
www.webmd.com/diet/weight-loss-surgery/gastric-bypass ▾  WebMD ▾
Mar 12, 2014 - Gastric bypass surgery makes the stomach smaller and allows food to
bypass part of the small intestine. You will feel more full more quickly than ...

**Gastric bypass surgery - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Gastric_bypass_surgery ▾  Wikipedia ▾
Gastric bypass surgery refers to a surgical procedure in which the stomach is divided
into a small upper pouch and a much larger lower "remnant" pouch and ...
Surgical indications - Surgical techniques - Physiology - Complications

**Bariatric surgery - Mayo Clinic**
www.mayoclinic.org/tests-procedures/.../prc-20019138 ▾  Mayo Clinic ▾
Gastric bypass and other weight-loss surgeries make changes to your digestive system
to help you lose weight by limiting how much you can eat or by reducing ...

In the news



**Angela Jones starved to death after gastric
bypass surgery**
Daily Mail - 2 days ago
Angela Jones from Portsmouth underwent a gastric bypass in 2010
at Spires Southampton ...

Time for change: Gastric bypass surgery gives chef new life
Pacific Daily News - 53 mins ago

Obese Woman Who Lost 280 Pounds In One Year After Gastric Bypass Dies Of
Starvation
The Inquisitr - 2 days ago

More news for gastric bypass

**Gastric bypass surgery: MedlinePlus Medical Encyclopedia**
www.nlm.nih.gov/.../007199.... ▾  United States National Library of Medicine ▾
Gastric bypass is surgery that helps you lose weight by changing how your stomach
and small intestine handle the food you eat. After the surgery, your stomach ...

**Gastric Bypass Surgery: Find Out About Complications**
www.medicinenet.com › ... › gastric bypass surgery index ▾  MedicineNet ▾
Get information on gastric bypass surgery (stomach stapling, bariatric surgery)
complications, risks, types (Roux-en-Y, extensive), and how the operation is ...

**Gastric Bypass Surgery: Complete Patient Guide**
www.bariatric-surgery-source.com/laparoscopic-gastric-bypass-surgery.h... ▾

Ads

**No Surgery solution $480**
www.rocalabs.com/†NO-surgery ▾
Better than Gastric bypass
Roca Labs® has 90% success

**A New Life Is Waiting**
www.franciscanalliance.org/ ▾
The South Suburbs Most Complete
Bariatric Surgery Center

**"I lost 94 lbs in 6mos"**
www.bariatricweightloss-surgery.com/ ▾
Gain Your Life Back Don't Delay
Most Trusted and Respected

**Affordable Gastric Sleeve**
www.lapbandsurgery.com/ ▾
Most Experienced Bariatric Surgeon
In MX. 16 Yrs Over 5500 surgeries

**Gastric Bypass Surgery**
www.wlsdocs.com/ ▾
Deals on gastric bypass surgery.
Get gastric bypass surgery now.

**NO surgery 86 lbs loss**
health.i-newswire.com/ ▾
Real story!
Non surgical gastric bypass $640

**Illinois - Gastric Bypass**
www.local.com/ ▾
Looking for Gastric Bypass Info
in Illinois? Find it here!

**Gastric Bypass**
www.weightlosssurgery.ca/ ▾
Laparoscopic gastric bypass in the
private sector without waiting!

See your ad here »

Gastric bypass surgery, also called "Roux-en-Y **gastric bypass**", is one of the most commonly performed types of weight loss surgery. This page will give you ...

### Complications of Gastric Bypass - Bariatric Surgery Source
www.bariatric-surgery-source.com/complications-of-**gastric-bypass**-surg... ▾
Complications of **gastric bypass** surgery vary according your procedure, surgeon and behaviors before and after surgery. This page reviews the most common ...

### Gastric bypass surgery leads to more weight loss ...
www.foxnews.com/.../**gastric-bypass**-leads-to-more-w... ▾ Fox News Channel ▾
Oct 29, 2014 - In a new study published in JAMA Surgery, researchers analyzed the weight loss and complications for laproscopic Roux-en-Y **gastric bypass** ...

## In-depth articles

### Weight-loss surgery: A gut-wrenching question

nature.com - Jul 2014
**Gastric-bypass** surgery can curb obesity as well as diabetes and a slew of other problems. Researchers are now trying to find out how it works.

### The Bypass Cure

discovermagazine.com - Oct 2012
An X-ray depicts the upper gastrointestinal tract of an obese patient six months after **gastric bypass** surgery. The reduced size of the stomach makes this patient feel fuller sooner, ...

### Weight Loss Surgery Increases Risk of Alcohol ...

go.com - Jun 2012
Reserachers at the University of Pittsburgh report that there is a link between have the popular **gastric bypass** surgery and the symptoms of alcohol use disorders.

## Searches related to gastric bypass

| | |
|---|---|
| gastric bypass **side effects** | gastric bypass **complications** |
| gastric bypass **recovery time** | gastric **sleeve** |
| gastric bypass **cost** | gastric bypass **forum** |
| gastric bypass **diet** | **mini** gastric bypass |

**1**  2  3  4  5  6  7  8  9  10          Next

O Chicago, IL - From your Internet address - Use precise location - Learn more

Help        Send feedback        Privacy        Terms

PX1-16

**Declaration of Amber Howe**
**Attachment F**


Google, search term "lap band surgery cost"
March 24, 2015
FTC-PROD-003796

PX1-17



lap band surgery cost

Sign in

Web    Shopping    Videos    Images    News    More ▾    Search tools

About 528,000 results (0.55 seconds)

Ads

**LAP-BAND™ Surgery Cost - DayOneHealth.com**
Ad  www.dayonehealth.com/ ▾
Take The First Step To A New You. Schedule Your Consultation Today!
Register For Our Seminar · Schedule A Consultation · Why Day One Health?

**LAP-BAND® Surgery $4,900 - drdkim.net**
Ad  www.drdkim.net/ ▾    (817) 717-7447
As Low As $117/Month If Qualified Contact Kim Bariatric Institute Now
Gastric Sleeve · Meet Dr. David Kim · Lap Band · Gastric Bypass

**Gastric Band Surgery - BeLiteWeight.com**
Ad  www.beliteweight.com/10Yrs-TrackRecord ▾
Affordable, $1500 Down, $150/mo. Prominent Surgeon, Great Hospital!

The average out of pocket cost of lap band surgery in Australia -
assuming you have insurance - is comparable to gastric sleeve and
gastric bypass. Without private insurance, the gap becomes more
noticeable... gastric band surgery is between **$2,000** and **$6,000** less
expensive on average than the other two procedures.  Feb 5, 2015

**State-Specific Cost of Lap Band Surgery: 2015**
www.bariatric-surgery-source.com/cost-of-lap-band-surgery.html

Feedback

**State-Specific Cost of Lap Band Surgery: 2015**
www.bariatric-surgery-source.com/cost-of-lap-band-surgery.html ▾
Feb 5, 2015 - The average out of pocket cost of lap band surgery in Australia -
assuming you have insurance - is comparable to gastric sleeve and gastric bypass.
Without private insurance, the gap becomes more noticeable... gastric band surgery is
between **$2,000** and **$6,000** less expensive on average than the other two procedures.

**Affording the LAP-BAND® SYSTEM**
www.lapband.com/learn-about-lapband/affording-lapband ▾
With today's rising medical **costs**, it's normal to wonder if now is the time to … on several
factors, such as your health plan, the **surgeon**/hospital you choose, etc.

**Lap Band Worth It? Reviews, Cost, Pictures - RealSelf**
www.realself.com/**Gastric-band**/reviews ▾
          Rating: 90% - 76 reviews
**Lap band surgery** involves placing an inflatable band around the top portion of the
stomach, limiting its ability to expand. Because it can't hold as much food …
Dr. Johnell, Greeley, CO - Learn more · Pictures (4) - Down from 275 Lbs to 165lbs …

**Average Cost Of Lap Band Surgery - 2015 Price Survey**
obesitycoverage.com/insurance-and-costs/how.../average-**lap-band**-prices ▾
Feb 12, 2015 - This chart shows you the average **cost** of Lap Band **surgery** in your
state for 2015. Be aware of all the **costs** involved when paying for Lap Band …
Am I Morbidly Obese? · What is a Comorbidity? · How Much Weight Will You …

**Lap Band (Surgery): Get the Facts on Cost, Diet and Recovery**
www.medicinenet.com/**lap_band_surgery_gastric_band**ing/... ▾  MedicineNet ▾
Jan 31, 2014 - Read about the **lap band** (gastric banding) **surgery** procedure, risks,
complications, changes in diet and lifestyle, and what to expect from this …

**Lapband Pics Before and After 3 Months (Transforming ...**
          www.youtube.com/watch?v=Nw-LAul2Ehs ▾
Apr 1, 2009 - Uploaded by skymoon1982

**Lap-Band® Official Site**
www.lapband.com/ ▾
(800) 527-2263
Explore **Lap-Band** System. Compare
Your Options - Find A Surgeon.

**Consider OPTIFAST® First**
www.optifast.com/ ▾
**Surgery** isn't your only option. Try
OPTIFAST® - nonsurgical weight loss

**A New Life Is Waiting**
www.franciscanalliance.org/ ▾
The South Suburbs Most Complete
Bariatric **Surgery** Center

**Gastric Band Surgery**
www.northshore.org/ ▾
(847) 570-1700
NorthShore Has Leading Experts
On **Gastric Band Surgery**. Learn More

**Affordable Gastric Sleeve**
www.lapbandsurgery.com/ ▾
Most Experienced Bariatric **Surgeon**
In MX. 16 Yrs Over 5500 Surgeries

**Better & Faster than Band**
www.rocalabs.com/**Lap-Band**-Alternative ▾
NO **surgery** procedure only $480
Roca Labs® creates small stomach

**NO surgery 86 lbs loss**
health.i-newswire.com/ ▾
Avoid **surgery** - Read first!
**Gastric** bypass effect No **surgery**

**Illinois - Gastric Bypass**
www.local.com/ ▾
Looking for **Gastric** Bypass Info
in Illinois? Find it here!

See your ad here »

PX1-18



▶ 6:22   My Transformation in 3 Months with **lapband** Surgery Sugery
Day: Jan 6, ... when you get **lapband**, is your ...

### How Much Does Lap-Band Surgery Cost?
www.**lapband**.us/**lap-band-cost**.html ▾
Consumer guide to **Lap-Band surgery**. Learn more about the **cost** of **surgery** and
related expenses, including pre-op tests and exams, choice of **surgeon**, ...

### Weight Loss Surgery Costs & Payment Options | LAP-BAND ...
www.siouxlandsurg.com/**lapband**/**cost**_payment_options.htm ▾
Financing your **LAP-BAND**® System **Surgery**. Don't worry if your insurance doesn't
cover the **cost** of **LAP-BAND**® System **surgery**. Flexible Payment Plans are ...

### My Lap-Band disaster - Salon.com
www.salon.com/2013/07/08/my_**lap_band**_disaster/ ▾ Salon ▾
Jul 8, 2013 - I beat an obsessive track to Google and looked up everything I could about
**Lap-Band surgery**, which I now saw as the answer I'd been looking ...

### How Much Does Lap Band Surgery Cost without Insurance?
guidedoc.com/much-**lap-band-surgery-cost**-without-insurance ▾
Those considering **lap band surgery cost** who don't have insurance can benefit this
article about **lap band surgery costs** | Official guide on Guidedoc.com.

## Searches related to lap band surgery cost

lap band surgery cost **without insurance**

lap band surgery **requirements**

lap band surgery **risks**

lap band surgery **insurance**

**how much does** lap band surgery cost

lap band **procedure**

lap band surgery **information**

**how much does** lap band surgery cost **2012**

**1**   2   3   4   5   6   7   8   9   10      **Next**

○ Chicago, IL - From your Internet address - Use precise location - Learn more

Help        Send feedback        Privacy        Terms

PX1-19

**Declaration of Amber Howe**
**Attachment G**


Google, search term "Roca Labs reviews"
April 10, 2015
FTC-PROD-005794

Google

roca labs reviews

Sign in

Web   News   Videos   Shopping   Images   More ▾   Search tools

About 102,000 results (0.17 seconds)

**Roca Labs Reviews here - Gastric bypass replacement?**
Ad  www.youtube.com/**rocalabsreviews** ▾
Really? 90,000 **Roca Labs** video **reviews**
4,448 followers on Google+

Research Center                          Order Now - Only $480.00
Roca Labs Cost                          Success Stories

**60 ROCA LABS complaints and reviews @ Pissed Consumer**
roca-labs.pissedconsumer.com/ ▾
**Roca Labs** complaints about product itself, product does not work, customer service.
**Roca Labs** DOES WORK, I Lost 83 lbs & improved my health. **Roca Labs** ...
Roca Labs DOES WORK, I ... - Who really are these people ... - Public Record - Tag

**Roca Labs Weight Loss Scam - Sequence Inc.**
www.sequenceinc.com/fraudfiles/2014/09/**roca-labs**-weight-loss-scam/ ▾
Sep 22, 2014 - As of the writing of this article, PissedConsumer.com shows 39 **reviews**
of the **Roca Labs** products, including both positive and negative **reviews** ...

**Roca Labs Company | Facebook**
https://www.facebook.com/**Roca.Labs.**Company ▾
**Roca Labs** Company, Tampa, FL. 66472 likes · 1150 talking about this. **Roca Labs**®
invented the Gastric bypass NO Surgery® to help you lose 100 pounds in...

**Roca Labs Nutraceutical USA Business Review in Sarasota ...**
www.bbb.org/...reviews/.../**roca-labs**-nutraceutical... ▾ Better Business Bureau ▾
            Rating: 5 - 1 review
BBB's Business **Review** for **Roca Labs** Nutraceutical USA, Business **Reviews** and
Ratings for **Roca Labs** Nutraceutical USA in Sarasota, FL.

**ROCA LABS REVIEWS - Real Testimonials Of 100,000 users**
https://**rocalabs.**com/**roca-labs**-reviews ▾
**Roca Labs reviews** with before and after testimonials of real users of Gastric Bypass
NO Surgery. 100000+ true search results for YouTube **Roca Labs** results.

**Side effects & FDA Compliance - Roca Labs**
https://**rocalabs.**com/faq/medical/side-effects-fda ▾
Weight loss results may vary depending upon individual characteristics and use. Before
purchasing you should **review Roca Labs**, Inc.'s. Instructions, Suggested ...

**Roca Labs | Better, Safer & Cheaper than Gastric Bypass ...**
https://**rocalabs.**com/ ▾
**Roca Labs** invented Gastric Bypass NO Surgery® & Gastric Bypass Alternative@.
Immediate ... and use. Before purchasing you should **review Roca Labs**, Inc.'s

**Gastric Bypass NO Surgery $480 | Roca Labs**
https://**rocalabs.**com/gastric-bypass-no-surgery ▾
Weight loss results may vary depending upon individual characteristics and use. Before
purchasing you should **review Roca Labs**, Inc.'s. Instructions, Suggested ...

**PissedConsumer Fights Back Against Roca Labs' Attempt ...**
https://www.techdirt.com/.../pissedconsumer-fights-back-against-... ▾ Techdirt ▾
Sep 22, 2014 - In the world of **Roca Labs**, merely encouraging people to post **reviews** is
tortious interference with the bogus gag clause in the company's terms ...

**Roca Labs Sues Customer For Posting A Negative Review ...**
https://www.techdirt.com/.../roca-labs-sues-customer-posting-ne... ▾ Techdirt ▾
Sep 25, 2014 - We've been covering the saga of **Roca Labs** for a few days now. This is
the company that claims to make an "alternative" to gastric bypass ...

PX1-21

### Roca Labs Gastric Bypass
Ad www.amazon.com/ ▾
4.4          rating for amazon.com
Buy **roca labs** gastric bypass at Amazon! Free Shipping on Qualified Orders.
Ratings: Prices 10/10 - Selection 10/10 - Shipping cost 10/10 - Overall 10/10

### Gastric Bypass Reviews
Ad www.informationvine.com/Answers ▾
Search Gastric Bypass **Reviews**. Visit & Look Up Quick Results Now!

### Mini Gastric Bypass Reviews
Ad www.webcrawler.com/ ▾
Search multiple engines for mini gastric bypass **reviews**

Searches related to roca labs reviews

| | |
|---|---|
| **does** roca labs **really work** | **beta glucan** |
| roca labs **complaints** | roca labs **testimonials** |
| roca labs **side effects** | **rocalabs** |
| roca labs **diet** reviews | roca labs reviews **for gastric bypass** |

1 2 3 4 5 6 7 8 9 10      Next

---

○ Washington, DC - From your Internet address - **Use precise location** - Learn more

Help      Send feedback      Privacy      Terms

PX1-22

**Declaration of Amber Howe**
**Attachment H**


Bing, search term "gastric sleeve"
March 25, 2015
FTC-PROD-003645

gastric sleeve

**Web**   Images   Videos   Maps   News   More                                                                  7   Sign in

909,000 RESULTS   Any time

**Better than Surgery**                                                                                         ⓘ
Ad · **RocaLabs.com/APPROVED** · 33,500+ followers on Twitter
Extreme-Fast Weight Loss NO Surgery Immediate Small **Stomach** - only $480
Roca Labs Better, Safer & Cheaper than Gastric Bypass | Official Site
Am I qualified?                                    Gastric Bypass Costs
Gastric Bypass NO surgery WIKI                     Success Before and After Videos
90% Success Rate                                   Ask the Doctor

**What The Gastric Sleeve - What Is The Gastric Sleeve.**
Ad · **Ask.com/What The Gastric Sleeve** · 66,200+ followers on Twitter
What Is The **Gastric Sleeve**. Discover and Explore on Ask.com!
Ask a Question                                     Questions and Answers
Explore Q&A                                         Ask.com – What's Your Question?

**Gastric Sleeve Surgery - World Renowned Experienced Surgeon.**
Ad · **www.WeightLossAgents.com/Surgery**
World Renowned Experienced Surgeon. One Low All Inclusive Price: $4499!
Gastric Sleeve Weight Loss Surgery with Weight Loss Agents
📞 FREE (260) 245-1856
Lap-Band® - $3,749                                 Patient Testimonials
Before & After Photos                              Gastric Balloon - $3,799

**Gastric Sleeve Surgery - What Is Gastric Sleeve Surgery.**
Ad · **About.com/Gastric Sleeve Surgery**
What Is **Gastric Sleeve** Surgery. Find Expert Advice on About.com!
Search About.com                                   About.com Home
About.com Article List                             100+ Topics

**Gastric Sleeve Surgery - WebMD - Better information ...**
www.webmd.com/diet/...operations-**stomach**-stapling-or-**gastric**-banding
Mar 12, 2014 · Restrictive operations like **gastric sleeve** surgery make the **stomach** smaller and help people lose weight. With a smaller **stomach**, you will feel full a lot ...

**Gastric Sleeve Surgery - Vertical Sleeve Gastrectomy - ...**
www.yourbariatricsurgeryguide.com/**gastric-sleeve**
**Gastric sleeve** surgery, also known as **gastric** sleeve resection or vertical **sleeve gastrectomy**, can be a powerful first procedure for weight loss. Learn More!
Before & After Photos · Gastric Sleeve Risks · Gastric Sleeve Cost

**Gastric Sleeve | All About the Gastric Sleeve Surgery**
www.**gastricsleeve**.com
Forum for people who have had a **gastric sleeve** or are interested in getting a **gastric sleeve** surgery.

**Gastric Sleeve Surgery: Complete Patient Guide**
www.bariatric-surgery-source.com/**gastric-sleeve**-surgery.html
**Gastric sleeve** surgery, also called **sleeve gastrectomy**, is quickly emerging as the go-to procedure for many top surgeons and may even be overtaking **gastric** bypass as ...

**Sleeve gastrectomy - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/**Sleeve_gastrectomy**
**Sleeve gastrectomy** is a surgical weight-loss procedure in which the **stomach** is reduced to about 25% of its original size, by surgical removal of a large portion of ...
Procedure · Safety and Efficacy ... · Complications · Costs

**Gastric Sleeve Surgery Recovery - Life After Sleeve ...**
www.yourbariatricsurgeryguide.com/**gastric-sleeve**-recovery
**Gastric sleeve** recovery involves some downtime and requires relearning how to eat. Learn more about recovering from **sleeve gastrectomy** here.

**What is the GASTRIC SLEEVE? Information on cost. ...**
www.obeseinfo.com/vertical-**gastric-sleeve**.htm
The **gastric sleeve** is an alternative to the roux-en-y **gastric** bypass and lap band surgery procedures with similar positive outcomes including a potential cure for ...

**Gastric Sleeve Surgery & Procedure | UMPC | Pittsburgh, ...**
www.upmc.com › Gastric Sleeve › Pages
Learn more about weight loss surgery with a **gastric sleeve** from leading physicians in the UPMC Bariatric Surgery Program.

**Related searches**

Gastric Sleeve Before and After Photos

Gastric Sleeve Before and After Stories

Gastric Sleeve Surgery Before and After

Gastric Sleeve Recovery Time

Gastric Sleeve Side Effects

Gastric Sleeve vs Lap Band

Gastric Sleeve Diet

Gastric Bypass vs Gastric Sleeve

**Related images**


Gastric Sleeve
Success Stories


**Gastric Sleeve Diet**


**Gastric Sleeve Forum**

Ad ⓘ
**Gastric Sleeve Surgery**
www.**ObesitySurgeryDallas**.com
Start Losing Weight Today. Get **Gastric Sleeve** Surgery for \$11,800.
Center for Obesity Surgery Dallas
See your ad here »

**Twitter**

 **LORI**
@loriedden · 14 hours ago
The Big Book on the **Gastric Sleeve** - Alex Brecher & Natalie Stein | buff.ly/1Ckzy8c | Medical #ebook #Medical bestseller ebooks
See on Twitter

See more on Twitter



Videos of **gastric sleeve**

bing.com/videos

|  |  |  |  |
|---|---|---|---|
| 7:35   HD | 11:22 | 4:41 | 3:26 |
| 12th Week Post **Gastric Sleev...** | **Gastric Sleeve** 41: 15 Month ... | 7 Days after **Gastric Sleev...** | **Gastric Sleeve**: Week 10 Resu... |
| YouTube | YouTube | YouTube | YouTube |

See more videos of **gastric sleeve**

Related searches for **gastric sleeve**

**Gastric Sleeve** Before and After Photos      **Gastric Sleeve** Before and After Stories

**Gastric Sleeve** Recovery Time                    **Gastric Sleeve** Surgery Before and After

**Gastric Sleeve** Diet                              **Gastric** Bypass vs **Gastric Sleeve**

**Gastric Sleeve** Side Effects                      **Gastric Sleeve** vs Lap Band

Better than Surgery                                             ⓘ

Ad · **RocaLabs.com/APPROVED** · 33,500+ followers on Twitter

Extreme-Fast Weight Loss NO Surgery Immediate Small **Stomach** - only $480
Roca Labs Better, Safer & Cheaper than Gastric Bypass | Official Site

What The **Gastric Sleeve** - What Is The **Gastric Sleeve**.

Ad · **Ask.com/What The Gastric Sleeve** · 66,200+ followers on Twitter

What Is The **Gastric Sleeve**. Discover and Explore on Ask.com!

| 1 | 2 | 3 | 4 | 5 |

| Learn more | Info for | Support |
|---|---|---|
| Privacy and Cookies | Advertise | Help |
| Legal | About our ads | Feedback |

© 2015 Microsoft

PX1-25

**Declaration of Amber Howe**
**Attachment I**


Bing, search term "Roca Labs"
March 25, 2015
FTC-PROD-003741



roca labs

**Web**    Images    Videos    Maps    News    More    10    Sign in

510,000 RESULTS    Any time

**Roca Labs® Gastric Bypass**
Ad · RocaLabs.com/Approved · 33,500+ followers on Twitter
No Surgery Weight Loss Formula Get Fast Results - Order Now $480
Gastric Bypass NO Surgery $480 | Roca Labs
 Gastric Bypass No Surgery Formula  Success Stories
 Weight Loss Surgery Alternative  Research Center
 Reduces Stomach Size  Order Now - Only $480.00

**A Lighter Me #1 in Mexico - Weight Loss Surgery in Mexico.**
Ad · aLighterMe.com/Gastric-Sleeve
Weight Loss Surgery in Mexico. Gastric Sleeve Surgery - Low Prices
Bariatric Weight Loss Surgery in Mexico - Affordable Obesity Surgery
🔵 FREE (302) 415-3157
 Staff  Mexico Surgery Options
 Sucess Stories  Mexico Bariatric Surgeons

**57 ROCA LABS complaints and reviews @ Pissed Consumer**
roca-labs.pissedconsumer.com
  Rating: 2.9/5 · 7 ratings
**Roca Labs** complaints about product itself, product does not work, customer service.
**Roca Labs** DOES WORK, I Lost 83 lbs & improved my health. **Roca Labs** - …

**Roca Labs | Better, Safer & Cheaper than Gastric Bypass**
https://rocalabs.com
**Roca Labs** ® Invented 6 Surgery Alternative Solutions Each solution is individualized
and is made of the mixture (limiting stomach volume), Anti-Cravings ® and …

**Roca Labs: Does it really work? | What is Roca Labs …**
https://trueroca.wordpress.com/2011/11/21/roca-labs-does-it-really…
Nov 21, 2011 · So, because you are reading this article, you want to know about **Roca Labs** No Surgery Gastric Bypass. You have been searching on the web and you have …

**Roca Labs Nutraceutical USA Business Review in Sarasota …**
www.bbb.org › … › Business Directory › Weight Control Services
  Rating: 5/5 · 1 review
BBB's Business Review for **Roca Labs** Nutraceutical USA, Business Reviews and Ratings for **Roca Labs** Nutraceutical USA in Sarasota, FL.

Related searches for **roca labs**
Dr Oz Roca Labs  Roca Weight Loss Reviews
Roca Labs Real or Scam  Roca Labs Gastric Bypass No Surger…
Roca Labs Lawsuit  Roca Labs USA Complaints

**Roca Labs Weight Loss Regimen - Roca Labs**
https://rocalabs.com/regimen
**Roca Labs** ® Invented 6 Surgery Alternative Solutions Each solution is individualized
and includes the **Roca Labs**® mixture (which limits stomach volume), the Anti …

**roca labs | eBay**
www.ebay.com › Search › roca labs
Find great deals on eBay for **roca labs** gastric bypass. Shop with confidence.

[VIDEO] **Roca Labs - World News**
wn.com/roca_labs
**Roca Labs** EXPOSED! 41 LBS IN 90 DAYS **Roca labs** TRUE REVIEW will you really
lose weight?part 4 of 4, Final **Roca labs** journey video, **Roca labs**-Introduction-Day 1, …

**What's up With Roca Labs? | What's up With Roca Labs?**
whatsupwithrocalabs.com
Hi Everyone! It has been close to a year since I first discovered **Rocalabs** and their
formula that acts like gastric bipass surgery. What a trip it has been!

**Roca Labs® Gastric Bypass**
Ad · RocaLabs.com/Approved · 33,500+ followers on Twitter
No Surgery Weight Loss Formula Get Fast Results - Order Now $480
Gastric Bypass NO Surgery $480 | Roca Labs

**A Lighter Me #1 in Mexico - Weight Loss Surgery in Mexico.**

**Related searches**
Dr Oz **Roca Labs**
**Roca Labs** Real or Scam
**Roca Labs** Side Effects
**Roca Labs** Doesn't Work
**Roca Labs** USA Complaints
**Roca Labs** Lawsuit
**Roca Labs** Gastric Bypass No Surgery Reviews
**Roca** Weight Loss Reviews

Ad ⓘ

**Leading Gastric Surgeon**
www.WeightLossAgents.com
🔵 FREE (260) 748-3441
Interested In Weight Loss Surgery? Get
Sleeved For Only $4,499
Gastric Sleeve Weight Loss Surgery with
Weight Loss Agents
See your ad here »

PX1-27

Ad · **aLighterMe.com/Gastric-Sleeve**
Weight Loss Surgery in Mexico. Gastric Sleeve Surgery - Low Prices
Bariatric Weight Loss Surgery in Mexico - Affordable Obesity Surgery
FREE (302) 415-3157

| 1 | 2 | 3 | 4 | 5 |

| Learn more | Info for | Support | |
|---|---|---|---|
| Privacy and Cookies | Advertise | Help | © 2015 Microsoft |
| Legal | About our ads | Feedback | |

PX1-28

**Declaration of Amber Howe**
**Attachment J**

Yahoo, search term "Roca Labs"
March 26, 2015
FTC-PROD-004803

Home    Mail    Search    News    Sports    Finance    Weather    Games    Answers    Screen    Flickr    Mobile    Install the new Firefox »

| roca labs | Search |
|---|---|

Sign In                    Mail

Web

Images

Video

News

Local

Answers

Shopping

More

**Anytime**

Past day

Past week

Past month

Ads related to **roca labs**

**Roca Labs® Gastric Bypass**
❚❚ **RocaLabs.com/Approved** · Ad
No Surgery Weight Loss Formula Get Fast Results - Order Now $480

Gastric Bypass No Surgery Formula          Success Stories
Weight Loss Surgery Alternative            Research Center
Reduces Stomach Size                       Order Now - Only $480.00

**A Lighter Me #1 in Mexico - Weight Loss Surgery in Mexico.**
**aLighterMe.com/Gastric-Sleeve** · (302) 415-3157 · Ad
Weight Loss Surgery in Mexico. Gastric Sleeve Surgery - Low Prices

Staff                                      Mexico Surgery Options
Sucess Stories                             Mexico Bariatric Surgeons

**Weight Loss Surgery - Interested In Weight Loss Surgery?**
**www.WeightLossAgents.com** · (260) 748-3441 · Ad
Interested In Weight Loss Surgery? Get Sleeved For Only $4,499

Lap-Band® - $3,749                         Patient Testimonials
Before & After Photos                      Gastric Balloon - $3,799

See more ads for: **roca labs** gastric bypass diet, **roca labs** reviews

See more ads for:

**roca labs** gastric bypass diet
**roca labs** reviews
**roca labs** usa complaints
**roca labs** instructions
**roca labs** review
**roca** lab

**57 ROCA LABS complaints and reviews @ Pissed Consumer**
roca-labs.pissedconsumer.com   Cached
Roca Labs complaints about product itself, product does not work, customer service.
Roca Labs DOES WORK, I Lost 83 lbs & improved my health. Roca Labs - AGREEMENT
TERMS

**Roca Labs | Better, Safer & Cheaper than Gastric Bypass**
rocalabs.com   Cached
Roca Labs ® Invented 6 Surgery Alternative Solutions Each solution is individualized and
is made of the mixture (limiting stomach volume), Anti-Cravings ® and ...

**Roca Labs: Does it really work? | What is Roca Labs Gastric ...**
trueroca.wordpress.com/2011/11/21/roca-labs-does... Cached
Nov 20, 2011 · So, because you are reading this article, you want to know about Roca
Labs No Surgery Gastric Bypass. You have been searching on the web and you have
found ...

**Roca Labs Nutraceutical USA Business Review in Sarasota, FL ...**
www.bbb.org › … › Weight Control Services
BBB's Business Review for Roca Labs Nutraceutical USA, Business Reviews and Ratings
for Roca Labs Nutraceutical USA in Sarasota, FL.

**roca labs | eBay**
www.ebay.com/sch/i.html?_nkw=roca lab   Cached
Find great deals on eBay for roca labs gastric bypass. Shop with confidence.

**Roca Labs Weight Loss Regimen - Roca Labs**
rocalabs.com/regimen   Cached
Roca Labs ® Invented 6 Surgery Alternative Solutions Each solution is individualized and
includes the Roca Labs® mixture (which limits stomach volume), the Anti ...

**Roca Labs - World News**
wn.com/roca_labs   Cached
Roca Labs EXPOSED! 41 LBS IN 90 DAYS Roca labs TRUE REVIEW will you really lose

PX1-30

weight?part 4 of 4, Final Roca labs journey video, Roca Labs-Introduction-Day 1, Does ...

### What's up With Roca Labs? | What's up With Roca Labs?
whatsupwithrocalabs.com   Cached
Hi Everyone! It has been close to a year since I first discovered Rocalabs and their
formula that acts like gastric bypass surgery. What a trip it has been!

### Roca Labs Company | Facebook
www.facebook.com/Roca.Labs.Company   Cached
Roca Labs® invented the Gastric bypass NO Surgery® to help you lose 100 pounds in 7
to 12 months without a surgery. Starts $480 compared to $12,000 surgery

### A Scam? The Holy Grail of Weight Loss? Which one? A ...
whatsupwithrocalabs.com/?p=21   Cached
When I was interested in finding out about Roca Labs and their diet, I was hard pressed to
find information about the product/company which was not directly put up by ...

Ads

### Roca Labs® Gastric Bypass
▮▮ RocaLabs.com/Approved   Ad
No Surgery Weight Loss Formula Get Fast Results - Order Now $480

| | |
|---|---|
| Gastric Bypass No Surgery Formula | Success Stories |
| Weight Loss Surgery Alternative | Research Center |
| Reduces Stomach Size | Order Now - Only $480.00 |

### A Lighter Me #1 in Mexico - Weight Loss Surgery in Mexico.
aLighterMe.com/Gastric-Sleeve   (302) 415-3157   Ad
Weight Loss Surgery in Mexico. Gastric Sleeve Surgery - Low Prices

| | |
|---|---|
| Staff | Mexico Surgery Options |
| Sucess Stories | Mexico Bariatric Surgeons |

### Weight Loss Surgery - Interested In Weight Loss Surgery?
www.WeightLossAgents.com   (260) 748-3411   Ad
Interested In Weight Loss Surgery? Get Sleeved For Only $4,499

| | |
|---|---|
| Lap-Band® - $3,749 | Patient Testimonials |
| Before & After Photos | Gastric Balloon - $3,799 |

Also try



| | |
|---|---|
| roca labs **gastric bypass no surgery** | roca labs **scam** |
| roca labs **reviews** | roca labs **formula** |
| roca labs **complaints** | roca labs **gastric bypass no surgery reviews** |
| roca labs **mini gastric bypass** | **does** roca labs **really work** |

1  2  3  4  5  Next                    475,000 results

roca labs                                    Search

Yahoo    Help    Suggestions    Privacy    Terms    Advertise    Submit Your Site    Powered by Bing™

PX1-31

**Declaration of Amber Howe**
**Attachment K**


Yahoo, search term "gastric bypass surgery"
March 26, 2015
FTC-PROD-004705

Install the new Firefox »

Home   Mail   Search   News   Sports   Finance   Weather   Games   Answers   Screen   Flickr   Mobile   More

Sign In     Mail

gastric bypass surgery                                              Search

**Web**

Images

Video

News

Local

Answers

Shopping

More

**Anytime**

Past day

Past week

Past month

Ads related to **gastric bypass surgery**

**Gastric Bypass Surgery - One Low All Inclusive Price: $6999!**
www.WeightLossAgents.com/Bypass   (260) 245-1705   Ad
One Low All Inclusive Price: $6999! Great Financing Options Available

Lap-Band® - $3,749                          **Gastric** Sleeve - $4,499
We Only Use The Allergan                     #1 Gastric Sleeve Surgery
Lap Band System                              Center In The World

Patient Testimonials                         Before & After Photos
Read Real Experiences                        See The Transformations
From Previous Patients                       Of People Who Had Surgery

Dangerous **Gastric Surgery**
RocaLabs.com/Surgery-Alternative   Ad
+New: Safer Cheaper Alternative non-surgical small stomach $740

Am I qualified?                              **Gastric Bypass** Costs

**Gastric Bypass** NO surgery WIKI           Success Before and After Videos
90% Success Rate                             Ask the Doctor

**Gastric Bypass Surgery** - What Is **Gastric Bypass Surgery.**
Ask.com/Gastric Bypass Surgery   Ad
What Is **Gastric Bypass Surgery**. Discover and Explore on Ask.com!

Ask a Question                               Questions and Answers
Explore Q&A                                  Ask.com – What's your Question?

**Gastric bypass surgery** - Is **Gastric Surgery** Right For You?
GastricBypassSurgeryInfo.com   Ad
Is **Gastric Surgery** Right For You? Learn The Risks & Results Now

See more ads for: **gastric bypass surgery**, **bariatric gastric bypass surgery**

Gastric Bypass Surgery: Facts About Weight Loss Surgery
www.webmd.com/.../what-is-gastric-bypass-surgery   Cached
There are several types of weight loss surgery, from gastric banding to stomach stapling. Learn about the various methods at WebMD.

Gastric bypass surgery - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/Gastric_bypass_surgery   Cached
Gastric bypass surgery refers to a surgical procedure in which the stomach is divided into a small upper pouch and a much larger lower "remnant" pouch and then the ...

Roux-En-Y Gastric Bypass Surgery and Recovery
www.webmd.com/diet/weight-loss-surgery/gastric-bypass   Cached
Mar 11, 2014 · Gastric bypass surgery makes the stomach smaller and allows food to bypass part of the small intestine. You will feel full more quickly than when your ...

Gastric bypass surgery - Yahoo Answers Results

What to expect from Gastric bypass surgery ?                          3 answers
I had gastric bypass surgery in April 2005. I started out at 268, now I'm 180 and holding. These links will help you in many ways to make a decision if this is for you or not. I vote yes, because it made such a difference in my life. I was...

How much does Gastric Bypass surgery cost?                           1 answer
I had gastric bypass surgery in April 2005. I started out at 268, now I'm 180 and holding. These links will help you in many ways to make a decision if this is for you or not. I vote yes, because it made such a difference in my life. I was...

What are some complications of gastric bypass surgery ?             5 answers
I had gastric bypass surgery in April 2005. I started out at 268, now I'm 180 and holding. These links will help you in many ways to make a decision if this is for you or not. I vote yes, because it made such a difference in my life. I was...

See more ads for:

**gastric bypass surgery**

**bariatric gastric bypass surgery**

pros cons **gastric bypass surgery**

laparoscopic **gastric bypass surgery**

**gastric bypass surgery** pictures

complications **gastric bypass surgery**

Ads

**Gastric Bypass Surgery**
Shop411.com/Gastric Bypass Surgery
Find our Lowest Possible Price! About **Gastric Bypass Surgery**

**Gastric Bypass Surgery**
Gmx.com/Gastric Bypass Surgery
Here's Selected Special Offers! Find Out **Gastric Bypass Surgery**

Bariatric **Surgery** Foods
www.BariatricFoodSource.com
SAVE Up To 55% On 100+ Products Recommended By Bariatric Physicians

**Gastric Bypass Surgery**
GastricBandProcedures.com
Change Your Life With This **Surgery**. Get a Free Consult & Info Guide!

PX1-33

3/26/2016 gastric bypass surgery - Yahoo Search Results Yahoo Sear...

Case 8:15-cv-02231-MSS-CPT   Document 210-2   Filed 04/26/18   Page 35 of 93 PageID 8129

4833 related questions

### Gastric bypass surgery: Who is it for? - Mayo Clinic
www.mayoclinic.org/.../gastric-bypass-surgery/art-20046318   Cached
Despite its health benefits, gastric bypass surgery poses some potential risks. Find out if it might be an option for you.

### Your diet after gastric bypass surgery: MedlinePlus Medical ...
www.nlm.nih.gov/medlineplus/ency/patientinstructions/...   Cached
Mar 15, 2015 · You had gastric bypass surgery. This surgery made your stomach smaller by closing off most of your stomach with staples. It changed the way your body ...

### Gastric bypass surgery: MedlinePlus Medical Encyclopedia
www.nlm.nih.gov/medlineplus/ency/article/007199.htm   Cached
Gastric bypass is surgery that helps you lose weight by changing how your stomach and small intestine handle the food you eat. After the surgery, your stomach will be ...

### GASTRIC BYPASS SURGERY- Information on cost, expected weight ...
www.obeseinfo.com   Cached
Gastric bypass surgery is the best solution for permanent weight loss. Obesity surgery is performed by our top rated bariatric surgeons and offer gastric bypass via ...

### Bariatric surgery Definition - Tests and Procedures - Mayo Clinic
www.mayoclinic.org/tests-procedures/bariatric-surgery/...   Cached
Gastric bypass surgery is a type of weight-loss surgery. It's important to understand risks and results of gastric bypass and other types of bariatric surgery.

Ads

**Gastric Bypass Surgery** - One Low All Inclusive Price:...
🔳 www.WeightLossAgents.com/Bypass   (260) 245-1705   Ad
One Low All Inclusive Price: $6999! Great Financing Options Available

Lap-Band® - $3,749              Gastric Sleeve - $4,499
Patient Testimonials             Before & After Photos

Dangerous **Gastric Surgery**
RocaLabs.com/Surgery-Alternative   Ad
+New: Safer Cheaper Alternative non-surgical small stomach $740

Am I qualified?                 **Gastric Bypass** Costs
**Gastric Bypass NO surgery** WIKI   Success Before and After Videos
90% Success Rate                Ask the Doctor

**Gastric Bypass Surgery** - What Is **Gastric Bypass Surgery**.
Ask.com/Gastric Bypass Surgery   Ad
What Is **Gastric Bypass Surgery**. Discover and Explore on Ask.com!

Ask a Question                  Questions and Answers
Explore Q&A                     Ask.com – What's your Question?

**Gastric bypass surgery** - Is **Gastric Surgery** Right For You?
GastricBypassSurgeryInfo.com   Ad
Is **Gastric Surgery** Right For You? Learn The Risks & Results Now

Also try

| | |
|---|---|
| gastric bypass surgery **pictures** | gastric bypass surgery **diet** |
| gastric bypass surgery **before and after** | **cost of** gastric bypass surgery |
| **average cost of** gastric bypass surgery | **diet after** gastric bypass surgery |
| gastric bypass surgery **cost** | **carnie wilson** gastric bypass surgery |

**1**  2  3  4  5  **Next**                    2,070,000 results

[ gastric bypass surgery ]        [ Search ]

PX1-34

Yahoo    Help    Suggestions    Privacy    Terms    Advertise    Submit Your Site    Powered by Bing™

PX1-35

**Declaration of Amber Howe**
**Attachment L**

https://rocalabs.com/support
December 4, 2014
FTC-PROD-007196

PX1-36

 **Support Answers**  ▼

# Roca Labs® Support



**Suggested Use**

how to use and rules to succeed



**Improve Results**

lose more weight; contact coach



**Psych Obstacles**

learn, understand and win



**Tips**

easily accelerate your weight loss



**Money Back**

up to $1,000 for success; no refunds



**Administration**

suggestions, offers, marketing, legal

 3     6     0

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

**About us**

Terms
Support
Privacy
Qualify & Order
Cost & insurance

**Procedures**

Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**

How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2014 Roca Labs. All rights reserved.

  

PX1-37

**Declaration of Amber Howe**
**Attachment M**

https://rocalabs.com/support/accelerated-weight-loss
December 4, 2014
FTC-PROD-007179 to FTC-PROD-007180

┌─────────────────────────────────────┐
│   **Support Answers**            ▼   │
└─────────────────────────────────────┘

# PROPER USE of the Formula is CRUCIAL to achieving the full gastric bypass effect:



- Only small stomach space available
- Eat 50% less without hunger pains
- Immediate calorie deficiency
- Weight loss

The Formula is proven to work, with a high success rate, and users will testify to its efficacy. Physically, it **ALWAYS WORKS**, and from there, weight loss is only a matter of proper usage.

⊕ Support Home

Suggested Use                              ◄

Improve Results                            ▼

   What Results to Expect?
   Reinforcement Dose
   Eliminating Cravings
   Body Shock
   Pant / Dress
   Still Not Successful

Psychological Obstacles                    ◄

Side Effects to Avoid                      ◄

Administrative                             ◄

# What do you do if the Formula has not worked for you so far?

These are some potential issues to identify and resolve if they apply to you:

- **Larger Stomach**: The Formula "shrinks" your available stomach space for most of the day. If your stomach is larger than average, a **larger morning dose** is required to achieve the **gastric bypass effect**.
- Look at your **activity level:** Have you been exercising less? Has the weather kept you inside and less active?
- **Not Drinking Enough**: This will make the Formula much less effective, for two reasons:
  1. The Formula needs to **constantly absorb liquids** – otherwise it will exit the stomach too quickly.
  2. The Formula is new to your body, and your brain may **confuse thirst with hunger**, causing you to overeat. In the stomach the formula absorbs water that usually would be absorbed into your body. If you do not drink extra water, you will become dehydrated and your brain will make you thirsty and sometimes hungry in order to make you consume more.

- **Faster Digestion**: If you have a fast digestive system and the Formula does not remain in your stomach the entire 10-16 hours, you must take a reinforcement dose later in the day.
- **Improper Food Choices**: You must not misuse the small stomach space available to you during the process. If you continue to eat calorie-rich foods, you will not be able to enter a state of **calorie deficiency**. Only **low-calorie foods** will enable you to lose weight.
- **Old Habits**: If you insist on eating as much food as you did before, or "finishing your plate" even after you are already full, you are overeating. This will actually **stretch your stomach further** and counteract the effects of the formula and you will **not** lose weight. To avoid this:
  1. Serve yourself according to your NEW stomach size – **only *half* as much food** as before will be more than sufficient.
  2. Eat very slowly, and take a **3-minute break** after eating half of your *new* portion, so you will notice the signal from your brain that you are already full.

3.  **Be attuned** to your new level of fullness. You should feel full twice as fast as before, and when you do, stop eating immediately. Achieving your **new weight goal** is far more important than taking a few more bites.

- **Ignoring Instructions**: It is very important to read and follow **all instructions**. It is not enough to simply take the Formula – you must customize the dosage size and frequency for your own needs, and modify certain other behaviors (e.g. drinking more water throughout the day, eating only low-calorie foods), as described in the instructions.

- **Psychological Obstacles**: Overeating can be the result of psychological issues that you may not even be aware of, but which can easily be overcome once you recognize them. The procedure **can help you** to lose weight, change your eating habits, overcome the constant urge for food, and make you **look and feel good;** but it alone cannot overcome psychological obstacles – these must be dealt with separately. Please take the time to read the following articles and see if they apply to you:

  - Emotional and Psychological Causes of Overeating
  - Overeating Causes
  - What's Behind Compulsive Overeating?
  - Mental Health and Binge Eating Disorder
  - Emotional Overeating



*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2014 Roca Labs. All rights reserved.

  

PX1-40

**Declaration of Amber Howe**
**Attachment N**

https://rocalabs.com/support/instructions
December 4, 2014
FTC-PROD-007191 to FTC-PROD-007195

 **Support Answers** ▼

## 1. Prepare



Add room temperature water to the 350ml dotted line on the Activator cup. Add a scoop of the Formula. Close immediately and shake vigorously to activate. Let the Silica® mixture form in the refrigerator for at least 1 hour. For best results, always have a dose prepared in the refrigerator to consume in the morning.

## Tip: Tasty dose



The new Silica® has almost no taste. Though you should be determined to succeed and treat the Silica® like a medicine, you can adjust the taste with these two options:

- Use a non-carbonated, non-dairy drink (like cranberry juice) instead of water
- Add a drink mix, like, Crystal Light just before you add a scoopful of the Formula

## 2. Morning Dose



As you wake up, decide on your Silica® dosage for the day based on your weight loss goal. The more of the Silica® mixture you consume, the smaller your stomach will be and the less food you will be allowed to eat.

Eating as much of the Silica® as you can will limit your available stomach volume to merely 20% and will commit you to eating as little as 1,200 calories. During the first few days you will learn how much Silica® is needed for you to consume to achieve your desired stomach size.

**The fastest way to consume the formula is by swallowing each spoonful of the Silica® mixture along with drinking water. You may also "eat" it and drink water.**

## Tip: Avoid Side Effects

Avoid the following: dairy (like, cheese or yogurt), sodas and any carbonated beverages, oily and/or fatty foods (like, fried foods, fatty cuts of meat, butter etc.), which can cause a bloated stomach, gas or even diarrhea. Similar to gastric bypass patients, overeating or eating too quickly can cause side effects. Serve yourself small food portions and chew thoroughly. Wait 1-2 minutes between bites.



## 3. Limited Food Portions

With limited stomach capacity you can, and should, eat very little. Serve yourself only a small portion of food, chew in length and swallow the food VERY SLOWLY to avoid expansion of the stomach pouch. Overeating, or eating fast, can cause a bloated stomach, gas and stomach discomfort.

## Tip: Lasting Gastric Bypass Effect

Drinking plenty of water throughout the day is imperative for an all-day **gastric bypass effect**. You should drink at least 6 bottles of 16oz.



PX1-42

## 4. Reinforcement dose

The Silica® should keep your stomach "small" and limited the whole day. However, some need a mini reinforcement dose 5-6 hours before bedtime. It's intended to prevent those late-night hunger attacks. It's best talk a small reinforcement dose when you arrive at home from work or an hour before dinner.

## Tip: Take to Work



A prepared dose of the Silica® mixture can be taken to work, or even on vacation, and can be used within 24 hours if kept at or below room temperature. The prepared Silica® mixture is good to use for up-to 5 days in the refrigerator. Remember: for best results, always have doses of the Silica® mixture prepared in your home or work refrigerator.

## 5. Frequency

The Silica® Gastric Bypass mixture has a long-lasting effect, and therefore, consuming it 3-5 times a week should be sufficient. Be attuned to your body to avoid overeating and to maintain your limited stomach volume. As you naturally eat less on a daily basis, your use of the Silica® mixture should diminish over time.

## Tip: Shock Your Body Weight



Your body and mind must understand that the new you desires a much lower body weight. To prevent a situation where you eat very little, but you're not losing enough weight, you **must** exercise 30 to 60 minutes a day. Only exercise will get your body into a weight loss shocking mode and your weight loss will be accelerated significantly. Exercising puts the body into a fighter mode and the brain understands the need to carry much less fat.

## 6. Expectations

You should expect to eat **half** from day one and the urge for snacks and sweets is reduced within 2-4 days. Water retention might prevent you from seeing your weight loss in the first 10 days. The Silica® mixture **always** creates a **gastric bypass effect** and limits stomach volume. For the regimen to succeed, you have to want to lose the weight and you **must** overcome your psychological obstacles. Overeating with a small stomach will stretch your stomach and cause side effects.

## Goal on the Wall



Looking good, feeling good! On the wall in your bedroom and/or the kitchen, hang a pair pants or dress that's one size smaller than your current size. You will now fight to lose the weight and fit into that new size. When you fit comfortably into that size, you will continue to wear it and immediately hang on the wall another smaller size on the wall.

## Shrinking Stomach

During a 3 to 6 month regimen, you will find that your stomach is "shrinking" in capacity and you are naturally are eating smaller quantities of food and refraining from fatty, unhealthy foods. Your use of the Silica® mixture will be diminishing in frequency and dose quantity throughout the Shrinking Stomach®process.

     With only 20% stomach available, you eat less and can lose 4-7 lbs/wk     

PX1-43



Shrinking Stomach™ in the 3-6 months Roca Labs® procedure

# Roca Labs' Regimen: Rules and Diet

## Read this page frequently v1.0

While Suggested Use shows how to prepare a dose, and suggests best ways to maintain the **gastric bypass effect**, these Rulesand Diet **MUST BE FOLLOWED ENTIRELY** while using the regimen, unless any rule compromises your health or is not approved by your doctor, as stated in the Terms.

## Limited Eating Interval™ between 11am and 8pm ONLY

You may choose any 9-hour interval for your daily food consumption. No deviation is allowed. Before 11am, you may have a healthy snack limited to 100 calories. Between 8-10pm, you may snack on vegetables like carrots, celery or occasionally, low calorie popcorn.

The Limited Eating Interval™ conditions your body and mind to feel hunger satisfied while you burn existing fat during the no-food period. Eating only during the 9-hour span is the most important rule and your chance of success will increase by 85%. This regimen promotes stronger insulin sensitivity and increased growth hormone secretion, which are essential for weight loss and muscle gain (instead of fat). It can also result in **eliminating sugar and junk food cravings**. Based on your insulin and leptin resistance, it might take a couple of months for your trained body to be satisfied with healthy eating. Once successful, your glycogen depleted body has learned to burn existing fat rather than crave immediate junk food. The Limited Eating Interval™ can increase insulin sensitivity and mitochondrial energy efficiency. Your body will be reducing oxidative stress and inducing a cellular stress response, which can help you cope with **stress eating and can account for up-to an additional 8 lb weight loss a month**.

*Diabetic, pregnant and breastfeeding users should not follow this rule but create their own eating intervals with their physician. Seniors or any person with medical condition should consult a doctor.*

## Serve yourself HALF and eat slowly

While on the regimen, your functional stomach volume is smaller and you only need ***half*** of your previous food consumption. Overeating will result in side effects and expand your stomach pouch. To avoid being tempted to overeat, serve yourself only ***half*** of the servings as before. If buying a meal, divide it before hand. Chew slowly, wait 1 minute between bites. Overeating or eating fast can cause a bloated stomach, gas or diarrhea.

## Minimize processed foods

Ready meals achieve their taste from extra salt, fat, sugar and chemicals and can trigger cravings.

## One size down

Hang a size smaller of clothing in your bedroom or near the refrigerator. As soon as it fits, repeat the process. Picture and/or film your success and destroy any larger sizes.

## Fried and oily foods

To avoid side effects and to comply with the Roca Labs' regimen, limit fried and oily foods to a small serving, once a week.

## Drink water to prevent side effects

PX1-44

Your body needs water to process calories. If you are even mildly dehydrated, your metabolism may slow down. To maintain the **gastric bypass effect**, drink at least six ½ liter bottles of water a day. If you feel light headed, consider you have over-drunk. Be attuned to your body.

## Exercise to shock your body

After losing about 35% of your excess body weight, you might find that losing weight becomes harder. Exercising will boost your metabolism, lower insulin levels, trigger release of "good feeling" hormones and improve your sex life. The Roca Labs' regimen requires that you exercise 5+ times a week. If necessary, start slowly and gradually increase to at least 30 minutes daily. Exercising regularly will boost your mood, reduce stress, ward-off anxiety and feelings of depression, and will improve your sleep.

## Video document your success and get up-to 50% Money Back

Record your weight each morning, naked, preferably after bowel movement. Once a week, video a clip outlining your achievements and weight loss goal for the next 7 days. Show evidence of weight loss: fitting into a lower size clothing, mentioning number of pounds you lost that week, share compliments you have received, tips from your success, etc. If you have not done well that week explain the reason for your failure and what changes you'll make in the coming week. You have 73% more chance to succeed when you visually document your progress. Remember, you can be an inspiration to many others and you can receive Money Back (see page) for your success.

## Limit caffeine to the very minimum

About an hour after having caffeine, insulin levels spike and cravings intensify. Cortisol also indirectly influences appetite by modulating other hormones and stress responsive factors known to stimulate appetite.

### Anti-Cravings® is Crucial

Anti-Cravings® should be taken twice-a-day to regulate blood sugar levels to dramatically reduce cravings for those fatty, high calorie foods.

### Suggested use

A teaspoon size in any drink around lunch time and one in the evening to balance sugar levels and decrease the urge for snacking, sweets or pastries. It can make a difference of 1-3 lbs a week.

### Blood sugar levels

### 2,500 calories = cup size of fat

Fat is big in size relative to its weight. "A cup of fat" is relatively big but it weighs 11 oz only. Imagine that: more than a third of the size of a Snickers bar will remain as fat in your body.

## Know the Enemy

### 3,500 calories = 1 lb of fat on your body

| | calories | frequency | monthly fat gain |
|---|---|---|---|
| fast food meal |  **1,200 cal.** | 2 per week | **3.1** lbs |

|  | calories | frequency | monthly fat gain |
|---|---|---|---|
| chocolate bar | 270 cal. | 5 per month | 0.5 lbs |
| soda | 140 cal. | 2 per day | 2.4 lbs |
| bacon | 611 cal. | 2 per week | 1.5 lbs |
| cheese | 532 cal. | 2 per week | 1.3 lbs |
| 2 chicken breasts | 284 cal. | 3 per week | 1 lbs |
| french fries | 500 cal. | 2 per week | 1.3 lbs |

  

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2014 Roca Labs. All rights reserved.

  

PX1-46

**Declaration of Amber Howe**
**Attachment O**

http://old.rocalabs.com/compared-to/best-diet-pills/
March 23, 2015
FTC-PROD-006487 to FTC-PROD-006488

Roca Labs® Gastric Bypass NO surgery ® $480 - DOUBLE YOUR Roca® Formula


Gastric Bypass NO Surgery




$480 learn more


morning dose creates immediate


**Gastric Bypass Effect™**
only 20% stomach space available


you eat only half lose weight from day **1**


shrinking stomach


4-6 months procedure

# The best diet pills were compared to the Roca Labs® Formula. The Formula is safer and more effective than diet pills.



LIVE ADVICE
click to chat

Diet pills contain harmful chemicals and can have serious, life-threatening side effects. They usually work by **chemically** reducing your appetite or **interfering with digestion,** and have been known to cause complications ranging from stomach pains and gas to high blood pressure and strokes.

Roca Labs® Natural Gastric Bypass Formula's ingredients are 100% natural, and it works to **physically fill your stomach** – just like the food that you would have eaten instead. There are some minor potential side effects, but they are generally preventable if you drink enough water and let yourself adjust gradually to the high amount of healthy fiber in the Formula.

Success Stories

01:12

HD

Leave a message

Search

**V**isit our friends!

Terms of Visiting This Site

FTC-PROD-006487

PX1-48



## Consult The Doctor
$35

## Consult The Nurse
Before buying **FREE**

## Wiki Video

A few highly recommended friends...

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyrights Roca Labs, Inc. © ALL RIGHTS RESERVED.

### Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative

FTC-PROD-006488

PX1-49

**Declaration of Amber Howe**
**Attachment P**

http://old.rocalabs.com/weight-loss-procedure/for-teens-kids
March 23, 2015
FTC-PROD-006512 to FTC-PROD-006514

Gastric Bypass NO Surgery




**$480 learn more**


morning dose creates immediate

Gastric Bypass Effect™
only 20% stomach space available


you eat only half
lose weight from day **1**


shrinking stomach


4-6 months procedure

# 4 Weight Loss Solutions for Teens / Kids



Dr. Ross F.  Head of Medical (N...

choose health condition over numbers

LIVE ADVICE
click to chat

Roca Labs was invented as a gastric bypass surgery alternative for morbidly obese people. As other people struggling with their weight and related issues discovered the surgery strength Formula, new solutions were created.

Men  |  Women  |  Youth

## Teen Girls (13-19)



Labs® Formula is for teens looking to control their appetite, eat less and lose weight immediately. Roca Labs® is probably the strongest non-prescription weight loss method available

Roca

## Girls (8-13)



We live in a society where it's improper to say out loud that obesity or fat is bad, but most people think it anyway. Whether we like it or not, our weight and appearance have a direct impact on our social life and relationships. Walking with all of these ugly fat has

Leave a message

FTC-PROD-006512

PX1-51

replacing the expensive and complicated gastric bypass surgery. More...

to stop or you will find yourself undergoing the dangerous gastric bypass surgery or developing a disease related to the excess fat. More...

## Teen Boys (13-19)



This is it - enough is enough! This fat affects your health, your look and your self-esteem. Walking with all of these ugly fat has to stop or you will find yourself undergoing the dangerous gastric bypass surgery or developing a disease related to the excess fat. More...

## Boys (8-13)



Boys should fight

overweight problem now! It's bad for the health, not acceptable socially, and disturbs academic performace. More...

Search







**V**isit our friends!

A few highly recommended friends...

**T**erms of Visiting This Site

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

FTC-PROD-006513

Copyrights Roca Labs, Inc. ©
ALL RIGHTS RESERVED.

## Important

Gastric Bypass Surgery Cost

Gastric Bypass Surgery Alternative

Lap Band Surgery Alternative

Gastric Sleeve Surgery Alternative

Roux-en-Y Alternative

Gastroplasty Alternative

Bariatric Surgery Alternative

Liposuction / Tummy Tuck Alternative

FTC-PROD-006514

PX1-53

**Declaration of Amber Howe**
**Attachment Q**

http://old.rocalabs.com/answers/ask-the-doctor/faq/90-success-rate/
March 23, 2015
FTC-PROD-006572 to FTC-PROD-006574

Gastric Bypass NO Surgery



    

**$480 learn more**    **morning dose** creates immediate    **Gastric Bypass Effect™** only 20% stomach space available    you eat only half **lose weight from day 1**    **shrinking stomach** 4-6 months procedure

# Roca Labs® Formula Practically Forces You to Eat HALF

The Formula has already been in use in Europe for the past ___ ___ and is scientifically proven to have a **very high success rate**. It w___ ___ achieve a gastric bypass effect by PHYSICALLY occupyi___ ___ ___, leaving only **a small, limited stomach volume available for 10-16 hours** during the day. With a smaller stomach size you will practically be forced to eat HALF, and can spare your body as much as 2,000 unnecessary calories a day without hunger – that equals **17 lbs. per month**!

**LIVE ADVICE** click to chat



Success Stories

01:02    **HD**

Reaching your weight loss goal is only a matter of carefully following all instructions, and adjusting the dosage and frequency to meet your individual needs. The Formula is customizable: you decide how much to take and when, and **you control** how much of your stomach is available for food intake at any time. The powe___

Leave a message

- Want a **STRONGER dose**? Simply use a larger dose in the morning. You can choose whether to take a Light , **Regular** or **Large** dose.

FTC-PROD-006572

PX1-55

- Want it the dose to last LONGER? Simply take a Reinforcement Dose (Basic Kit) or Reinforcement Pill (Advanced Kit) in the afternoon or evening. Doing this regularly will greatly increase your success.

## Want to Accelerate Your Weight Loss?

Try some simple daily exercises, such as light weightlifting in the morning, 10 minutes of push-ups and/or crunches or 30-60 minutes of aerobics in the evening (this is also good for your mental health). Do it together with a friend so it will become a fun routine. Physical activity will accelerate your metabolism and calorie deficiency, and lead to a much **greater weight loss**.

## Obstacles to Success

Please note that 28% of users do not immediately succeed due to improper use. But after reviewing and **following all of the instructions,** about 60% of users are able to succeed well. The other 40% (comprising 10% of all users) are **held back by psychological obstacles**, which can make the Formula less effective.

For example, someone with a binge eating disorder regularly eats well past the point of fullness in order to cope with sadness, anger, or stress, and will continue to do this even with the Formula. Roca Labs® Formula works on a physical level to block the stomach and eliminate sugar cravings, but **psychological issues must be addressed separately**. However, such obstacles can often be resolved simply by recognizing them in one's daily behavior. You can read more about this subject here.

# Success is <u>now</u> limited by your MIND ONLY™

| Search | Visit our friends! | Terms of Visiting This Site |
|---|---|---|
| | A few highly recommended friends... | *RESULTS MAY VARY<br>In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to be... prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your |

FTC-PROD-006573







doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyrights Roca Labs, Inc. © ALL RIGHTS RESERVED.

---

### Important

Gastric Bypass Surgery Cost

Gastric Bypass Surgery Alternative

Lap Band Surgery Alternative

Gastric Sleeve Surgery Alternative

Roux-en-Y Alternative

Gastroplasty Alternative

Bariatric Surgery Alternative

Liposuction / Tummy Tuck Alternative

FTC-PROD-006574

PX1-57

**Declaration of Amber Howe**
**Attachment R**

http://old.rocalabs.com/answers/ask-the-doctor/faq/weight-loss-calculator/
March 23, 2015
FTC-PROD-006575 to FTC-PROD-006583



Gastric Bypass NO Surgery

 $480 learn more

 morning dose creates immediate   **Gastric Bypass Effect™**   only 20% stomach space available

 you eat only half lose weight from day **1**

 **shrinking stomach** 4-6 months procedure



# Weight Loss Calculator

**World's most advanced weight loss calculator and BMI chart** (pounds & kilos)

How much weight should I lose?  How fast can I lose my ex_____?
What is a healthy, maintainable weight loss rate? What i_____ weight ?

What is the best weight loss solution for me?

| Women | Youth | Men |
|---|---|---|
| 100+ lbs to lose (45kg+) | boys (8-13 yrs) | 100+ lbs to lose (45kg+) |
| 35-100 lbs to lose (15-45kg) | girls (8-13 yrs) | 35-100 lbs to lose (15-45kg) |
| 20-35+ lbs to lose (9-15kg+) | teen female (13-19 yrs) | 20-35+ lbs to lose (9-15kg+) |
| diabetes weight reduction | teen male (13-19 yrs) | diabetes weight reduction |
| pregnancy weight management | | |



## Weight Loss Begins Immediately

An advanced solution: when you take the Roca Labs® Formula, from day one, you practically eat HALF the amount you normally do and **begin losing weight immediately**. The Formula creates a gastric bypass effect in your stomach which leaves only a small, limited stomach volume available. The Formula forces you to _____ ut feeling hungry. In addition, the unique, natural ingredient β-Glucan® balances your blood sugar levels and eliminates cravings for snacks. You eat fewer calories but burn more calories, entering a state of calorie deficiency  . For every 250 unnecessary calories you avoid eating, you

Leave a message

FTC-PROD-006575

PX1-59

lose one ounce of fat.

## Lose Weight at a Healthy Rate

Since the Formula is customizable and controllable, it is actually possible to use too much Formula and lose weight at an unhealthy pace. Roca Labs® doctors recommend a steady weight loss rate of no more than 12-16 lbs. a month. Unless you have a medical condition or your doctor instructs you differently, the time table below is recommended for healthy, long-lasting weight loss over a 10.5 month period. Since proper use of the Formula will leave you with a "smaller stomach size," you can eat less and continue losing weight even after you stop using the Formula after 4-6 months.

| Week | Body weight lost (each stage) | Body weight lost (accumulated)* |
|------|------|------|
| 1-4 | 5% | 5% |
| 5-10 | 7% | 12% |
| 11-16 | 8% | 20% |
| 17-24 | 10% | 30% |
| 25-34 | 12% | 42% |
| 35-42 | 8% | 50% |

* Results vary dramatically based on commitment to the procedure and other accelerator activities

## So, how much will you lose in a month if you eat HALF with almost NO snacks or sweets?

FTC-PROD-006576

PX1-60

Individual results will vary. Many users eat 2,000 fewer calories a day, which equals to 17 lbs. a month. Some may lose 10 lbs. a month, and others up to 20 lbs. Your own weight loss rate will depend on factors such as your metabolism, weight, daily food intake prior to Roca Labs®, food intake while taking the Formula and physical activity. In order to meet your individual needs, **the Formula is designed to be customizable:** you choose the dosage size and frequency that is best for you. Roca Labs'® team of doctors recommends that you lose weight at a slow and steady pace, so you can make a **real life change** – reach your weight loss goal a month or two later, and make it last.



## Want to Accelerate Your Weight Loss?

Try some simple daily exercises, such as light weightlifting in the morning, 10 minutes of push-ups and/or crunches or 30-60 minutes of aerobics in the evening (this will also benefit your mental health). Do it together with a friend so it will become a fun routine. Physical activity will accelerate your metabolism and calorie deficiency, and lead to a much **greater weight loss**.



Calories are invisible, intangible things that we count and covet. They're the keycomponent to most diets, food guides and the deciding factor in how many cookies we can eat without guilt.

FTC-PROD-006577

PX1-61



FTC-PROD-006578

PX1-62



FTC-PROD-006579

http://old.rocalabs.com/answers/ask-the-doctor/faq/weight-loss-calculator/

PX1-63



Women need an average of **10-11** calories/pound per day to maintain weight. Men need an average of **12-14** calories/pound per day to maintain weight.

## 3500 CALORIES = 1 LB OF BODY FAT

### MORE CALORIES, MORE WEIGHT GAIN.

**67%**

1971–2000, the prevalence of obesity in the United States increased from 14.5% to 30.9%. 67% of Americans are currently overweight.

### PORTION DISTORTION

COMBO #5 IS READY!!!!

-Serving sizes at national restaurant chains have increased **2-5 times** larger in past 40 years.

-When people buy larger bags of snacks or other foods they eat up to **43%** more per sitting.

EXTRA BUTTER KING SIZE!

GIGANTO POPCORN! BIG ENOUGH TO FEED A PACK OF BEARS!

-Most marketplace portions are **2-8 times** larger than standard recommended USDA serving sizes.

-French fries, salty snacks and soda servings in restaurants have grown **2-5 times** larger.

-The average cookie sold in a restaurant is **700%** larger than recommended size.

### REDUCING INTAKE BY 100 CALORIES A DAY CAN:

-Minimize chances of developing type-2 diabetes by half.

-Decrease the risk of heart disease (reduceschance of heart disease by 1-2 percent for every percent of weight lost).

-Ease joint strain: (every pound of weight lost translates to a 4lbs reduction of load

FTC-PROD-006580

PX1-64

3/23/2019     BGP FbsO Gastric Bypass SURGery 340G | 04/26/19 Weight Will Loss?

Case 8:15-cv-02231-MSS-CPT   Document 210-2   Filed 04/26/18   Page 66 of 93 PageID 8160

bearing stress on knees).

You can use the weight loss calculator or BMI
chart to find your ideal body weight

FTC-PROD-006581

PX1-65

Success is <u>now</u> limited by your MIND ONLY™

Search

### Visit our friends!

A few highly recommended friends...

### Terms of Visiting This Site

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease, have been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your

FTC-PROD-006582

PX1-66







doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyrights Roca Labs, Inc. © ALL RIGHTS RESERVED.

## Important

Gastric Bypass Surgery Cost

Gastric Bypass Surgery Alternative

Lap Band Surgery Alternative

Gastric Sleeve Surgery Alternative

Roux-en-Y Alternative

Gastroplasty Alternative

Bariatric Surgery Alternative

Liposuction / Tummy Tuck Alternative

FTC-PROD-006583

PX1-67

**Declaration of Amber Howe**
**Attachment S**

http://old.rocalabs.com/weight-loss-procedure/for-men
March 23, 2015
FTC-PROD-006632 to FTC-PROD-006634

PX1-68

Gastric Bypass NO Surgery 

    

# 6 Extreme Weight Loss Solutions for Men



Dr. Ross F. | Head of Medical (N...

choose health condition over numb...

Roca Labs was invented as a gastric bypass surgery alternative for morbidly obese people. As other people struggling with their weight and related issues discovered the surgery strength Formula, new solutions were created.

[Men](#) | Women | Youth

## 100+ lbs to Lose for men (50+ kg)



This is it - enough is

enough! The fat affects your health, looks, self esteem and... sexuality. Walking with all fat has to stop or you will find yourself undergoing

## Diabetic Men



This is your

chance to improve your health and look! Roca Labs' Formula has many great health benefits ...surgeries do not offer. ...health, your look, your

Leave a message

FTC-PROD-006632

PX1-69

the dangerous gastric bypass surgery or developing a weight related diseases. More...

self esteem and sexuality. Results are quite fast. More...

## 50-100 lbs to lose for men (23-49 kg)



Your weight is not healthy and you may become severely obese. You need a strong solution, but first, you must make a commitment to changing your life. Don't you want to feel & look good, buy regular sized clothing and improve sexuality?   More...

## Senior



Carrying that extra weight is bad for your health make you look bad. You can gain years of life when you lose the ugly fat. Roca Labs Formula is better, safer and cheaper than any weight loss surgery. It's non surgical and it's the best weight reduction for senior men. More...

## 20-50 lbs to Lose for men (9-22 kg)



You are not really fat but you can look better and improve your health and... sexuality. Roca Labs Formula is a strong solution to help you overcome also day/night cravings. More...

## Fast Results / Weight Loss for Grooms



She is going to look good. You want to surprise. You need a fast, strong and effective solution - like the surgery. It will stop your cravings and help you use the wedding anxiety to lose weight fast, instead of gaining it. More...

FTC-PROD-006633

Search



Consult The Doctor

$35

Consult The Nurse

Before buying   FREE

Wiki Video

### Visit our friends!

A few highly recommended friends...

### Terms of Visiting This Site

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyrights Roca Labs, Inc. ©
ALL RIGHTS RESERVED.

### Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative

FTC-PROD-006634

PX1-71

**Declaration of Amber Howe**
**Attachment T**

http://old.rocalabs.com/support/success/money-back-success-belt/
March 23, 2015
FTC-PROD-006665 to FTC-PROD-006668



Gastric Bypass NO Surgery

☰



**Roca Labs Success Belt®**
get up to 50% money back with your
true inspirational success video track

  90,700 results for "Roca Labs YouTube"  

# Money back for your true success story



Roca Labs® rewards success: Document your progress on video with 480p quality with good lighting and a clear demonstration of your weight loss progressing all the way from your starting weight to your weight goal loss. Demonstrate your weight loss with small clothing, using the enclosed Success Belt or show your body in a clear convincing way. When your documentary video is done correctly as described below, you will receive 50% money back within 5 days.

The marketing department, in charge of this program, LOVES giving money to successful users. If your video is not of good quality or convincing enough but we think that you have truly succeeded achieving your weight loss goal, you will get only a portion of that 50% money back.

Want to get 100% money back or even more? Want to receive a trip to Disney World in Florida and shoot here your success video? Submit an INSPIRING set of quality videos CLEARLY demonstrating your weight loss, gain of confidence, compliments from friends and family and moving into regular size clothing. Inspire others to a better healthy life and you shall be rewarded.

Note: this offer is in Roca Labs's discretion. When paid, the rights for the video belong to Roca Labs.

## Categories

About the formula
Weight loss blogs

## Archives

December 2012
November 2012
December 2011
November 2011
February 2011
January 2011
December 2010

## Calendar

| | | March | 2015 | | |
|---|---|---|---|---|---|
| M | T | The | T | F | S |
| 2 | 3 | 4 | 5 | 6 | 7 |
| 9 | 10 | 11 | 12 | 13 | 14 |
| 16 | 17 | 18 | 19 | 20 | 21 |
| 23 | 24 | 25 | 26 | 27 | 28 |
| 30 | 31 | | | | |

« Dec

## Where

Log in
Entries (RSS)

FTC-PROD-006665

PX1-73

01:12

*HD*

# Recipe for Success Video

2-3 min about your eating problems, how obesity disturbs you and your weight loss goal.

2-4 min of how you are using the Roca Labs Formula and your tips to others.

To get this reward, film yourself now, during and after you've reached your goal. In a 5-10 minute video, talk about your past eating problems, the ease of using the Formula, how much weight you've lost and how your life has changed. You can tell us about improvements in your health, self-esteem, relationships and love life, and even compliments you've received about your new look. Your video must be real, convincing and of good quality *Video must include full body shots of beginning and ending* weight.

*Videos that are truly inspirational and of good quality may even receive up to* 100% *money back with a total weight loss of 100+ lbs.*

Remember that your health is of the utmost importance to us. We want you to lose weight, but it must be done in a **healthy way**. Knowing that you've changed your eating habits for life is more important to us than the number of pounds you've lost, or how quickly you lost them.

# Return Policy (No failure accepted)

FTC-PROD-006666

PX1-74

The ONLY way to get money back is to SUCCEED. Roca Labs does not reward failure and there are no returns whatsoever (similar to a gastric bypass surgery). Think carefully if you are truly committed to the process before qualifying & ordering. The Formula does not require a doctor's prescription, but the return policy is similar to that stated by the FDA for prescription drugs.

Further policy and fees described in here

Roca Labs® "truth in your face" approach will help your goal even further: there is NO money back for failure but there is a lot of money for success, YOUR SUCCESS.

| 00:36 | |
| --- | --- |

*HD*

# Other Things You Should Know

Please be aware that orders are shipped EXACTLY to the address provided by the customer on the Qualification Form. It is not edited in ANY way. Therefore, you are responsible to provide the correct address. Roca Labs is working hard to ship packages as quickly as possible. We trust our customers, and ship the entire kit once the first payment is received.

In such instances where the package was shipped to the address provided, and was returned back to us, a reship fee of $40 will be applied ($80 if shipping internationally).

If your package is UNCLAIMED or REFUSED and returned to us, please know that you are still responsible for payment. We will reship for $40 ($80 if shipping internationally).

FTC-PROD-006667

PX1-75

Once the package is received by the Roca Labs Shipping Dept., we will attempt to reach you via the email address provided on Qualification Form and also by phone. If we are unsuccessful after 14 days, your formula will be discarded. Shipping again after the 14 day waiting period will be done only after customer pays $100 manufacturing fee for the production of the 2nd Kit.

| Search |

Visit our friends!

A few highly recommended friends...



Consult The Doctor
$35

Consult The Nurse
Before buying    FREE

Wiki Video

### Terms of Visiting This Site

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyrights Roca Labs, Inc. © ALL RIGHTS RESERVED.

### Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative

FTC-PROD-006668

**Declaration of Amber Howe**
**Attachment U**

http://old.rocalabs.com/answers/ask-the-doctor/faq/no-diet-restrictions/
March 23, 2015
FTC-PROD-006672 to FTC-PROD-006674



Gastric Bypass NO Surgery











$480 learn more

morning dose creates immediate

**Gastric Bypass Effect™**
only 20% stomach space available

you eat only half lose weight from day **1**

shrinking stomach
4-6 months procedure

# No Menus, No Diet Restrictions

Unlike weight loss pills or diet programs, Roca Labs® Formula **is not require a strict menu or calorie restrictions**. It practically FORCES you to eat HALF the food you ate before, so you will automatically lose weight without having to keep track of every calorie you consume.

Each day you use the Formula, it creates a gastric bypass effect in your stomach that leaves only a small, limited stomach space available for food intake. It PHYSICALLY LIMITS how much you can eat. You'll feel satisfied after eating just half a portion – or even as little as a few bites. Your stomach has neither the need nor the space for more food. You'll find yourself eating far less than before.



# Avoiding the Diet Trap

Diets often fail for one simple reason

Leave a message

force us to refrain from foods that we can't help but want and sooner or later, many people give in to the temptation. And once you've given in a little, it's easy to feel defeated and rationalize breaking the diet rules again and again, eating little bites of whatever you want, here and there.

FTC-PROD-006672

PX1-78

One reason the Formula is so successful is that you can **continue to eat what you like,** and without tracking everything you put in your mouth. You can still have a slice of chocolate cake or a bowl of ice cream, but with the gastric bypass effect, you'll feel satisfied before you even finish it. You'll eat the foods you want, but in smaller portions.

Also unlike diet programs, the Formula contains a unique, natural ingredient called β-Glucan®, which balances your blood sugar level and fights your cravings. With your urges for sweets and snacks almost eliminated, you'll eat healthier without it being a challenge.

Since you are now eating significantly less, Roca Labs® team of doctors strongly recommends that you consume nutritious food, which is low in calories and supplemented with vitamins. Adding exercise will greatly accelerate  your weight loss and improve your general health.

## Counting Calories Doesn't Force You to Eat Less

Calorie counting works for some people, but a major downside is that by itself, it does nothing to force you to eat less. All it can do is help track what you eat; at the same time you have the same hunger and the same cravings. With Roca Labs® Formula, you're forced to eat less while the unique ingredient β-Glucan® fights your cravings for sweets and snacks, eliminating the need to count calories. You'll feel **satisfied with half the** portion,   and you'll feel even better once you start getting compliments from friends and family on your new, slimmer appearance.

Instead of counting the calories you eat, let's look at the calories you'll automatically spare your body with Roca Labs® Formula. From day one, you will eat HALF the portions you are used to, and begin to burn more calories than you consume. This is known as a **calorie deficiency state**. For every 250 calories you save, you lose one ounce of fat. Many users eat as much as 2,000 fewer calories a day while using the Formula, which translates to 17 lbs. a month!

With Roca Labs® Formula, you finally have the weapon you need to fight hunger, cravings and obesity. You'll continue to eat the foods you love without any calorie count, but you'll **naturally eat smaller portions** and still feel satisfied. The power to succeed is in your hands.

# Success is <u>now</u> limited by your MIND

FTC-PROD-006673

PX1-79

ONLY™







## Visit our friends!

A few highly recommended friends...

## Terms of Visiting This Site

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyrights Roca Labs, Inc. © ALL RIGHTS RESERVED.

## Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative

FTC-PROD-006674

**Declaration of Amber Howe**
**Attachment V**

http://old.rocalabs.com/privacy/
March 23, 2015
FTC-PROD-006698 to FTC-PROD-006699



Gastric Bypass NO Surgery






$480 learn more

**morning dose** creates immediate

**Gastric Bypass Effect™**
only 20% stomach space available

you eat only half lose weight from day **1**

**shrinking stomach**

4-6 months procedure

Terms & Conditions  |  <u>Privacy Policy</u>  |  Return Policy



# Privacy Policy

**We are Committed to Protecting Your Privacy**

Protecting our customers' privacy is an important priority at Roca Labs. Our privacy policy is designed to inform you about the information we collect, how we use it, and your options with regard to that collection and use.



## Our Policy is SIMPLE

Just like doctor-patient confidentiality, Roca Labs does NOT share your information with any third party companies or advertisers in any way and Roca Labs' sites do NOT have any third-party advertisers.

The information collected is meant only to assist you to achieve your weight-loss goal and to maintain it.

After you place an order, we may contact you to complete the order and we may follow up with you via text messages, email or by phone provided on your order. We will contact you as often as we see fit in order for you to achieve your weight loss result. You may request to stop such follow-up by contacting Roca Labs' Customer Care.

Normally, an email address is supplied but if you are willing to make the change above I will appeal to the editorial team to see if they will accept it.

We trust our customers and often ex... the ... Il ... if ... u fail to completely pay all that is due, ...  ... ... collection agency or to a law firm.

Leave a message

Sites are secured.

FTC-PROD-006698

PX1-82

Although we work hard to protect personal information that we collect and store, no system is 100 percent secure and we cannot guarantee that our safeguards will prevent every unauthorized attempt to access, use or disclose personal information. Recognizing this reality, Roca Labs has incident response plans in place to handle incidents involving unauthorized access to personal information.

If you become aware of a security issue, please contact Customer Care immediately.



| Search |

**Consult The Doctor** $35

**Consult The Nurse** Before buying FREE

**Wiki Video**

## Visit our friends!

A few highly recommended friends...

## Terms of Visiting This Site

\*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyrights Roca Labs, Inc. © ALL RIGHTS RESERVED.

## Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative

FTC-PROD-006699

PX1-83

**Declaration of Amber Howe**
**Attachment W**

https://rocalabs.com/faq/general/ingredients
March 26, 2015
FTC-PROD-007262, FTC-PROD-007256 to FTC-PROD-007261

# GASTRIC BYPASS | no surgery ®

☰ **Answers now**       contact 💬

## Ingredients

The Roca Labs® mixture is composed of a quantitatively-strong, natural galactomannan and glucomannans ingredients, which are highly effective substances. It is classified by the Food and Drug Administration as a food supplement, and therefore, does not require a prescription. The Roca Labs® Formula contains a proprietary combination of healthy fibers, including: B-Glucan, Xanthan Gum, Guar Gum, Konjac and Inulin. The Formula contains 500% of B6, 800% of B12, 100% of Vitamin C, Vitamin B6, which helps smooth skin, and Vitamin B12, which is essential for the brain and nervous system. The Formula also contains natural and artificial flavors. All active ingredients are 100% natural and recognized as safe by the World Health Organization (WHO).

! All the Answers

**General questions** ▼

What is Roca Labs® Procedure?

How much weight will I lose?

What is the success rate?

Side effects to Avoid ◄

Am I Qualified?

**Ingredients**

What is Anti-Cravings®?

Shrinking Stomach™

Are there any menus or diet restrictions?

Procedure Cost

Medical questions ◄

Overcoming Obesity ◄

Compare ◄

Terms & Conditions ◄

⊕ Support ◄

01:27 —————————————— **HD**

Am I Qualified? 

✔ Qualify & Order

**Click to enlarge**



Basic



Advanced



Premium

PX1-85

# GASTRIC BYPASS no surgery ®

☰ Answers now    contact 🗨

# Ingredients

The Roca Labs® mixture is composed of a quantitatively-strong, natural galactomannan and glucomannans ingredients, which are highly effective substances. It is classified by the Food and Drug Administration as a food supplement, and therefore, does not require a prescription. The Roca Labs® Formula contains a proprietary combination of healthy fibers, including: B-Glucan, Xanthan Gum, Guar Gum, Konjac and Inulin. The Formula contains 500% of B6, 800% of B12, 100% of Vitamin C, Vitamin B6, which helps smooth skin, and Vitamin B12, which is essential for the brain and nervous system. The Formula also contains natural and artificial flavors. All active ingredients are 100% natural and recognized as safe by the World Health Organization (WHO).

❗ All the Answers

General questions ▼

　What is Roca Labs® Procedure?

　How much weight will I lose?

　What is the success rate?

　Side effects to Avoid ◀

　Am I Qualified?

　**Ingredients**

　What is Anti-Cravings®?

　Shrinking Stomach™

　Are there any menus or diet restrictions?

　　Procedure Cost

Medical questions ◀

Overcoming Obesity ◀

Compare ◀

Terms & Conditions ◀

⚙ Support ◀

✔ Qualify & Order







Basic    1 of 3    PX1-86

Like 7   Tweet 0

## Am I Qualified?

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

### About us

Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

### Procedures

Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

### All the Answers

How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?


Mar 26, 2015 ★★★★★



Copyrights © 2009-2015 Roca Labs. All rights reserved.

  G+

# Ingredients

The Roca Labs® mixture is composed of a quantitatively-strong, natural galactomannan and glucomannans ingredients, which are highly effective substances. It is classified by the Food and Drug Administration as a food supplement*, and therefore, does not require a prescription. The Roca Labs® Formula contains a proprietary combination of healthy fibers, including: B-Glucan, Xanthan Gum, Guar Gum, Konjac and Inulin. The Formula contains 500% of B6, 800% of B12, 100% of Vitamin C, Vitamin B6, which helps smooth skin, and Vitamin B12, which is essential for the brain and nervous system. The Formula also contains natural and artificial flavors. All active ingredients are 100% natural and recognized as safe by the World Health Organization (WHO).

All the Answers

General questions ▼
  What is Roca Labs® Procedure?
  How much weight will I lose?
  What is the success rate?
  Side effects to Avoid ◄
  Am I Qualified?
  **Ingredients**
  What is Anti-Cravings®?
  Shrinking Stomach™
  Are there any menus or diet restrictions?
    Procedure Cost

Medical questions ◄
Overcoming Obesity ◄
Compare ◄
Terms & Conditions ◄
⊕ Support ◄

✔ Qualify & Order





## Am I Qualified?

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

### About us

Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

### Procedures

Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

### All the Answers

How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?



Mar 26, 2015 ★★★★★



Copyrights © 2009-2015 Roca Labs. All rights reserved.

 

# GASTRIC BYPASS no surgery ®

☰ Answers now    contact 🗨

# Ingredients

The Roca Labs® mixture is composed of a quantitatively-strong, natural galactomannan and glucomannans ingredients, which are highly effective substances. It is classified by the Food and Drug Administration as a food supplement, and therefore, does not require a prescription. The Roca Labs® Formula contains a proprietary combination of healthy fibers, including: B-Glucan, Xanthan Gum, Guar Gum, Konjac and Inulin. The Formula contains 500% of B6, 800% of B12, 100% of Vitamin C, Vitamin B6, which helps smooth skin, and Vitamin B12, which is essential for the brain and nervous system. The Formula also contains natural and artificial flavors. All active ingredients are 100% natural and recognized as safe by the World Health Organization (WHO).

❗ All the Answers

General questions ▼
 What is Roca Labs® Procedure?
 How much weight will I lose?
 What is the success rate?
 Side effects to Avoid ◀
 Am I Qualified?
 **Ingredients**
 What is Anti-Cravings®?
 Shrinking Stomach™
 Are there any menus or diet restrictions?
 Procedure Cost

Medical questions ◀
Overcoming Obesity ◀
Compare ◀
Terms & Conditions ◀
🌐 Support ◀

✔ Qualify & Order







Premium

3 of 3

PX1-90

Like ⟨ 7 ⟩    Tweet ⟨ 0 ⟩

## Am I Qualified?

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

### About us

Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

### Procedures

Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

### All the Answers

How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?



Mar 26, 2015 ★★★★★




Copyrights © 2009-2015 Roca Labs. All rights reserved.

f    t    G+



*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

### About us

Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

### Procedures

Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

### All the Answers

How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?






Mar 26, 2015

Copyrights © 2009-2015 Roca Labs. All rights reserved.