# PX1(2)

# Declaration of Amber Howe (PX1-93 through PX1-135)

**Declaration of Amber Howe**
**Attachment X**

https://rocalabs.com/faq/general/no-diet-restrictions
September 23, 2015
FTC-PROD-005365 to FTC-PROD-005366



## No Menus, No Diet Restrictions

Unlike weight loss pills or diet programs, Roca Labs® Formula **does not require a strict menu or calorie restrictions**. It practically FORCES you to eat **HALF** the food you ate before, so you will automatically lose weight without having to keep track of every calorie you consume.

Each day you use the Formula, it creates a gastric bypass effect in your stomach that leaves only a small, limited stomach space available for food intake. It PHYSICALLY LIMITS how much you can eat. You'll feel satisfied after eating just half a portion – or even as little as a few bites. Your stomach has neither the need nor the space for more food. You'll find yourself eating far less than before.



## Avoiding the Diet Trap

Diets often fail for one simple reason: people can't stick to them! They force us to refrain from foods that we can't help but want and sooner or later, many people give in to the temptation. And once you've given in a little, it's easy to feel defeated and rationalize breaking the diet rules again and again, eating little bites of whatever you want, here and there.

One reason the Formula is so successful is that you can **continue to eat what you like,** and without tracking everything you put in your mouth. You can still have a slice of chocolate cake or a bowl of ice cream, but with the gastric bypass effect, you'll feel satisfied before you even finish it. You'll eat the foods you want, but in smaller portions.

Also unlike diet programs, the Formula contains a unique, natural ingredient called *?-Glucan*®, which balances your blood sugar level and fights your cravings. With your urges for sweets and snacks almost eliminated, you'll eat healthier without it being a

PX1-94

challenge.

Since you are now eating significantly less, Roca Labs® team of doctors strongly recommends that you consume nutritious food, which is low in calories and supplemented with vitamins. Adding exercise will **greatly accelerate** your weight loss and improve your general health.

## Counting Calories Doesn't Force You to Eat Less

Calorie counting works for some people, but a major downside is that by itself, it does nothing to force you to eat less. All it can do is help track what you eat; at the same time you have the same hunger and the same cravings. With Roca Labs® Formula, you're forced to eat less while the unique ingredient *?-Glucan*® fights your cravings for sweets and snacks, eliminating the need to count calories. You'll feel **satisfied with half the portion,** and you'll feel even better once you start getting compliments from friends and family on your new, slimmer appearance.

Instead of counting the calories you eat, let's look at the calories you'll automatically spare your body with Roca Labs® Formula. From day one, you will eat HALF the portions you are used to, and begin to burn more calories than you consume. This is known as a **calorie deficiency state**. For every 250 calories you save, you lose one ounce of fat. Many users eat as much as 2,000 fewer calories a day while using the Formula, which translates to 17 lbs. a month!

With Roca Labs® Formula, you finally have the weapon you need to fight hunger, cravings and obesity. You'll continue to eat the foods you love without any calorie count, but you'll **naturally eat smaller portions** and still feel satisfied. The power to succeed is in your hands.



*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
**Tel:** 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Roca Labs

inventors of the
Gastric Bypass Alternative®

Copyrights © 2009-2015 Roca Labs. All rights reserved.

PX1-95

**Declaration of Amber Howe**
**Attachment Y**

https://rocalabs.com/gastric-bypass-no-surgery
September 23, 2015
FTC-PROD-005380 to FTC-PROD-005386

9/23/2018    Bariatric Surgery ALTERNATIVE to gastric bypass, gastric sleeve, Ro...

Case 8:15-cv-02231-MSS-CPT   Document 210   Filed 04/26/18   Page 6 of 44 PageID 8193

☰ **Answers now**    contact 💬

f   G+   🐦   P   ▶

# GASTRIC BYPASS | no surgery ®



## Celebrity News

# dancing with the stars

**Lea Thompson** holds the Activator that forms the red mixture creating the immediate gastric bypass effect. She was amazed to learn that people lost 100 lb without surgery. Read more

---

Bariatric Surgery ALTERNATIVE to  gastric bypass, gastric sleeve or band. The Gastric Bypass NO surgery and the Anti-Cravings inventions can help people reduce 100 lb without surgery and achieve healthy weight. *Results may vary



Roca Labs® mixture

Share ☜   Qualified?   Ask us

stomach volume

ROCA LABS® Formula Activator

β-Glucan®

gastric bypass effect

**Successful users lost 100 lb in 8 to 12 mo.**

your weight loss may vary - not typical results

**FREE Weight Loss Analysis**

How does Roca Labs work?



Gastric Bypass NO Surgery Formula

presenter is not a medical professional

Better, Safer, and Cheaper Than Surgery   ⊖

This successful regimen can result in a **weight**

PX1-97

### How does it work?

**NEW**: a dose of the Roca Labs formula is mixed with water and turns into 350cc stomach-sized red mixture. Successful users report that when consumed in the morning, the Regimen creates a feeling akin to limiting functional stomach volume for the duration of your day. This result is achieved **without** surgical procedures, including cutting parts of the digestive system.



Roca Labs® mixture

very limited stomach volume

gastric bypass effect

With limited stomach volume, you eat much less. Everyone knows the key to losing weight is lowering your calorie intake. When using the Regimen, you enter a calorie deficient state and from day one begin to lose weight at a rate of half a pound for every 1,750 calories. Bariatric surgery does not eliminate your cravings; Roca Labs Anti-Cravings® can reduce your urge for sweets and snacks and other foods that prevent your weight loss success enhancing the loss of an additional 5 to 8 pounds a month! Learn more



How does Roca Labs® Formula work?

**Find your regimen**

### 100,000 YouTube Roca Labs results

**reduction of up to 21 lb a month***. The Anti-Cravings® helps to eliminate the bad cravings for sweets and snacks. The regimen has a very high success rate due to the **gastric bypass effect** in your stomach, which works just like the gastric bypass surgery—a surgery that costs upwards of at least $8,000. The Roca Labs' regimen only costs $480, with most health insurances. Learn more about cost and insurance. *Results may vary

*Blue Cross Blue Shields, Aetna, UnitedHealthcare, CIGNA and many others*

### How much weight can I expect to lose?

The weight loss can be **immediate** with the Roca Labs' regimen, just as if you had undergone a bariatric surgery, and within few days the cravings will be diminished significantly. Depending on your commitment to the recommended rules for suggested use, a loss of **21 lb a month** is possible; however, realistically, it may take 7 to 10 months to lose 100 lb.*



How much weight will I lose?

Success Belt™

4XL ---- 3XL --- XXL -- XL - L

Learn more

**Find your regimen**

### 53% Are Approved

A free weight loss analysis and qualification form are required before you can order. This weight loss solution is intended for women and men with more than 30% of excess body weight to qualify. Special regimens are designed for diabetics, kids and teens, seniors, plus, we offer weight management during pregnancy and postpartum. If approved, patients within 7 to 10 days.



100,000+ YouTube Results

Endless video testimonials prove that the Gastric Bypass NO Surgery Regimen **works**. Surgery can be avoided and thousands of people vouch that the weight loss can be achieved immediately. Customers reaching their weight loss goal and documenting it in an inspirational video receive a Cash Back reward of up to 100%. You should know that while the Roca Labs Regimen is extremely effective, your mind, determination, and commitment make this alternative truly successful.  Watch success videos

**Are there side effects?**  ⊖

Roca Labs Regimen has potential side effects that we believe can be avoided simply by following your individualized Regimen. For example, consuming dairy during your Regimen can cause diarrhea, and drinking soda or overeating can cause a bloated stomach or gaseous reactions. We encourage you to consult your doctor concerning any potential side effect of the Regimen. By creating the feeling of limiting your stomach volume, customers eat less without potentially painful surgery affecting their digestive systems. That is just one reason why Gastric Bypass NO Surgery presents a safer way to lose a tremendous amounts of weight. Learn more





**Qualify & Order**



288 lbs　　223 lbs　　205 lbs
*Results may vary

**Tanya Lost 54 lbs in 4 months**  ⊖



*Results may vary

**Avoid Bariatric Surgery**  ⊖

Weight loss surgeries are dangerous; every 1 out of 400 persons die, 50% of patients regain weight, 72% of patients suffer some type of complications, and 100% live with dietary restrictions. The main problem with gastric bypass



Jan 265 lbs    Jul 210 lbs    Oct 184 lbs

## Darlene lost 86 lbs in 9 months

*Results may vary

### Strong Natural Ingredients ⊖

The Roca Labs formula is a proprietary compound made from strong synergetic fibers that **naturally** create an immediate **gastric bypass effect** to limit the functional stomach volume without undergoing surgery*. Each ingredient has its own set of properties, which have been chosen carefully and perfected throughout the years. An estimated $28 million was invested in the creation of the formula. Lables & details



### Cost & Health Insurance ⊖

With insurance, a 3-4 month supply is one payment of **$480 (or 3 payments of $172)**. Without insurance, a 3-4 month supply is **3 payments of $230**.

- A cash back reward of up-to 50% is possible when you create an inspirational video of your weight loss achievement
- Armed Forces members and U.S. and Canadian citizens are guaranteed a discount of up-to $260 with a valid health insurance plan.
  Note: the discount varies depending upon your

surgery is that it does not curb the unbearable urge for snacks and sweets. Details...





277 lbs    162 lbs

*Results may vary

    

### Cash Back For Success ⊖

Document your weight loss success in videos and pictures to receive a cash back reward. When you reach 80% of your weight loss goal, Roca Labs will pay you up-to **$6 for every pound you lost**. These cash back earnings can be more than 100% money back. Failure is not an option so no refunds or returns are allowed. More...



insurance provider. Additionally, the discount is given regardless of your deductible and will not affect your insurance rates. Learn more

Blue Cross Blue Shields, Aetna, UnitedHealthcare, CIGNA *and many others*

**Find your regimen**

---

**Better than Bariatric Surgery**    ⊖

- **High success** in creating the gastric bypass effect
- Morning dose creates the **gastric bypass effect**
- Immediate weight loss*
- Up-to a **21 lb weight loss in a month**\*
- Many patients lost **100 lb within 7 to 12 months**\*\*Results may vary
- World's strongest, non-surgical weight loss alternative
- Personalized weight loss solutions
- Learn more



**Find your regimen**

---

**Safer and Cheaper than Bariatric Surgery**    ⊖

- The regimen starts at only **$480 for a 3-4 month supply**
- Qualification form approval occurs within 24 hrs
- FDA compliance and strong, natural ingredients
- Side effects are minimal and manageable
- Anti-Cravings® lowers urge for snacks and sweets
- Full commitment to diet and exercise is a must
- Personal Coaches and 24/7 support is available
- Learn more

---

**Nancy Lost 115 lb in 12 Mo.**    ⊖

Saved from gastric bypass surgery



Nancy B.
*weight:* 277
**lost 115 lbs**

*Now 162 lbs*

*Results may vary

Sharon lost 80 lb, Darlene lost 86 lb
Watch more success stories
Find your weight loss regimen

---

Only $170 x 3 mo. payments

53% Are Approved

Qualify and Order

---

PX1-101

**Find your regimen**

---

**FDA Compliance**                                     ⊖

The Roca Labs® formula and Anti-Cravings® are manufactured in an FDA registered facility under GMP regulations and are classified as dietary supplements (not a drug). The company believes that following FDA regulations is very important.

A doctor's prescription is not required for use, yet, the mixture has an extremely strong effect and the provided directions must be followed to achieve the best results and minimize side effects. Read more

---

**Losing 100 lb is achievable**                        ⊖

How can you lose up-to 100 lb without surgery?



#1 Decide to commit to the process
#2 Apply (53% are approved)
#3 Choose a plan (starting at just $480)
#4 Start the regimen and the follow rules
#5 Video your success for Cash Back
#6 Improve health and looks

Learn more



115 lb weight reduction with Bariatric Surgery...

Nancy B.
weight: 277
lost 115 lbs
Now 162 lbs

---

**Very High Success Rate** ⊖

To create the immediate **gastric bypass effect** and limiting stomach volume, you decide the daily dosage and frequency . In other words, your success is completely within your own control.



[Learn more](#)

    

Roca Labs® is not endorsed by Dancing With The Stars, ABC, BBC, or the Disney Co.or the individuals contestants, judges or performers appearing on Dancing With The Stars. Dancing With The Stars, ABC, BBC, and Disney are all registered trademarks of their respective owners. All trademarks on this web site whether registered or not, are the property of their respective owners. Dancers and celebrities on Dancing with the Stars had a special opportunity to meet with successful users of Roca Labs' Gastric Bypass NO Surgery® who lost 100 lb on average. The dancers and stars were amazed with the weight loss results, but are not in any way official endorsers of Roca Labs®. Images are courtesy of ABC and the Disney Company. Images should not imply product endorsement or use of Roca Labs products by celebrities pictured in images.

 184     730     274     1



*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & Insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass®

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

**Roca Labs**
inventors of the
Gastric Bypass Alternative®

Copyrights © 2009-2015 Roca Labs. All rights reserved.

PX1-103

**Declaration of Amber Howe**
**Attachment Z**


https://rocalabs.com/faq/general/roca-labs-success-rate
September 23, 2015
FTC-PROD-005403 to FTC-PROD-005404

PX1-104



**GASTRIC BYPASS** | no surgery ®

☰ **Answers now**     contact 💬

# What is the Success Rate?

Users report a 90% success rate in creating the gastric bypass effect to limit stomach space*. Though the Roca Labs Procedure works, it is not a guarantee that you will be successful past the loss of first 30-35 lb.

## 90% success rate – 100% depends on you

So Roca Labs® Procedure has 90% success rate in creating an immediate gastric bypass effect and limiting your stomach space. Little food portions are now satisfying and you are losing weight from day one. Everyone does. At the end of the first month you might lose 15 to 20 lbs and you feel good. Some people notice the change. At the end of 10 weeks you have probably lost 30 to 35 lbs and you buy clothing 2 to 4 sizes sizes smaller.

Your determination and commitment.. ALWAYS.

Anti-Cravings® can further help in fighting your urge for snacks/sweets and increase your success rate. However, it all depends on YOUR level of commitment to the Program!



**! All the Answers**

**General questions** ▾

What is Roca Labs® Procedure?

How much weight will I lose?

**What is the success rate?**

Side effects to Avoid ◂

Am I Qualified?

Ingredients

What is Anti-Cravings®?

Shrinking Stomach™

Are there any menus or diet restrictions?

Procedure Cost

**Medical questions** ◂

**Overcoming Obesity** ◂

**Compare** ◂

**Terms & Conditions** ◂

⚙ **Support** ◂

✔ **Qualify & Order**

## 100,000+ "YouTube Roca Labs" Search Results

Google    **90,700** results for "Roca Labs® YouTube™"    You Tube

## 1 out of 5 who searches "gastric bypass" is searching for "Roca Labs"

With so many success videos wherein people document an immediate gastric bypass effect without a surgery, it is evident that Roca Labs® procedure simply works. That is

why Google's search results shows that of every 5 people in the USA searching for gastric bypass, 1 is looking for Roca Labs, the Gastric Bypass Alternative®





inventors of the
Gastric Bypass Alternative®

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.

### About us
Terms
Support
Privacy
Qualify & Order
Cost & insurance
**Tel:** 855.933.1010
Contact us

### Procedures
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

### All the Answers
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

 

Copyrights © 2009-2015 Roca Labs. All rights reserved.

 

PX1-106

**Declaration of Amber Howe**
**Attachment AA**

https://rocalabs.com/terms
September 23, 2015
FTC-PROD-005414 to FTC-PROD-005427



≡ **Answers now**     contact 💬

# Terms and Conditions

V2.3.1 Dec., 2014

Welcome to the Website of Roca Labs, Inc. (hereinafter referred to as "RL", we or us). Before you participate in our Regimen or any part of the Regimen, we want our approach to your success to be completely clear. The purpose of these *Terms and Conditions* is to clearly set forth the boundaries of our engagement with you, the customer. While it may appear that we are being overly formal, we think it is best to clearly define our approach to your success at the commencement of the relationship. In that regard, we want to ensure that you understand the Terms and Conditions set forth below.

To Start, our Regimen is a combination of the Natural Supplement Formula (the "Formula"), Anti Cravings, the Suggested Use, My Progress, our exclusive *Cash Back Reward Policy*, and most importantly, your desire to succeed. The Terms and Conditions are our promise to you, and your purchase of the Regimen from RL is your agreement to comply with these terms. **If you can not in good-faith agree to the following Terms and Conditions, then you should reconsider whether RL is right for you, as all sales are final**.

The Terms and Conditions are user-friendly and divided into the below easy-click menu:

‣ Summary
‣ Purchase, Shipping and
‣ Discount and Endorsement Policy
‣ Health, Medical & FDA Notice
‣ Privacy Policy

You may click on any of these sections at any time to review the individual section or continue reading below.

**DISCLAIMER LANGUAGE:  PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS OF USE**

BY USING THIS WEBSITE OR THE REGIMEN AND/OR PLACING AN ORDER FOR THE REGIMEN, YOU AGREE TO BE BOUND AND ABIDE BY THESE TERMS AND CONDITIONS.  YOU FURTHER AGREE THAT YOU ARE AT LEAST 18 YEARS OF AGE, AND ELIGIBLE TO USE THIS SITE AND/OR PLACE AN ORDER FOR ROCA LABS' PRODUCTS AND SERVICES. THE PROGRAM SHOULD ONLY BE USED BY INDIVIDUALS UNDER THE AGE OF 18 WITH BOTH ADULT SUPERVISION AND AT THE DIRECTION OF A MEDICAL OR HEALTHCARE PROFESSIONAL.

      

 ✔ Qualify & Order

Share ❮   Qualified?   Ask us

PX1-108

# DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

THIS WEBSITE, THE REGIMEN, AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS, FORMULA, AND SUPPORT INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE USE OF THIS WEBSITE ARE PROVIDED BY ROCA LABS ON AN "AS IS" AND "AS AVAILABLE" BASIS UNLESS OTHERWISE SPECIFIED IN WRITING.  RL MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE RL WEBSITE, OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, FORMULA, AND SUPPORT INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE WEBSITE UNLESS OTHERWISE SPECIFIED IN WRITING.  YOU EXPRESSLY AGREE THAT YOUR USE OF THE WEBSITE, INFORMATION, CONTENT, MATERIALS, PRODUCTS, FORMULA, AND SUPPORT IS AT YOUR SOLE RISK.  TO THE FULL EXTENT ALLOWABLE BY APPLICABLE LAW, RL EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, COMPATIBILITY, SECURITY, ACCURACY OR NON-INFRINGEMENT. NEITHER THE COMPANY NOR ANY OF THE COMPANY'S AFFILIATES, LICENSORS, LICENSEES, SERVICE PROVIDERS OR SUPPLIERS WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE FORMULA, OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS, FORMULA, AND SUPPORT IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR SUCCESS.  NO ADVICE OR INFORMATION, OBTAINED BY YOU FROM THE COMPANY'S PERSONNEL OR THROUGH THIS WEBSITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY PROVIDED FOR IN THIS AGREEMENT.

RL WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF ANY RL PRODUCTS OR REGIMEN, OR FROM ANY INFORMATION, CONTENT, MATERIALS, FORMULA, AND SUPPORT, INCLUDING BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

YOU EXPRESSLY UNDERSTAND AND AGREE THAT RL SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES, OR ANY OTHER DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING OUT OF, OR RESULTING FROM, (A) THE USE OR THE INABILITY TO USE THIS WEBSITE; (B) THE USE OF THE REGIMEN; OR (C) ANY OTHER MATTER RELATING TO THIS WEBSITE.

SHOULD THE COMPANY EVER BE DEEMED LIABLE FOR ANY DAMAGES, THE COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT, FOR NEGLIGENCE OR OTHERWISE) SHALL NOT EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA, REGIMEN, AND SUPPORT.

IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE COMPANY'S WEBSITE, INFORMATION, CONTENT, MATERIALS, PRODUCTS, FORMULA, AND SUPPORT, OR WITH ANY PROVISION OF THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS THE DISCONTINUATION OF YOUR USE OF THIS WEBSITE, INFORMATION, CONTENT,

PX1-109

MATERIALS, PRODUCTS, FORMULA, AND SUPPORT. IF ANY PORTION OF THIS LIMITATION OF LIABILITY IS FOUND TO BE INVALID, THE COMPANY'S TOTAL LIABILITY TO YOU SHALL NOT EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA AND SUPPORT.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MAY HAVE ADDITIONAL RIGHTS. IN THAT REGARD, YOUR AGREEMENT EXPRESSLY BINDS YOU TO THE ABOVE RECITATIONS.

## Links to Third-Party Websites

The Website contains links to other sites operated by third parties ("Third-Party Site(s)"). These links are available for your convenience and are intended only to enable access to these Third-Party Sites and for no other purpose. RL does not warrant or make any representation about the substance, quality, functionality, accuracy, fitness for a particular purpose, merchantability, or any other representation about any Third-Party Site or its content, products, or services. A link to a Third-Party Site on the RL Website does not constitute sponsorship, endorsement, approval, agreement, partnership, or responsibility for any Third-Party Site. These Terms and Conditions of use and privacy policy of any Third-Party Site may differ substantially from these Terms and Conditions. Please review the conditions of use for all Third-Party Sites individually and separately for more information about the Terms and Conditions that apply to and for those Third-Party Sites.

## Protecting Children's Privacy

We are committed to protecting children's privacy on the internet and we do not knowingly collect personal information from children under the age of 13 or from any minor without a consenting adult.

## Content Ownership

RL, Gastric Bypass Surgery Alternative, Gastric Bypass Alternative, Gastric Bypass Effect, Gastric Bypass Results, Natural Gastric Bypass, Gastric Bypass No Surgery and Anti Cravings are registered trademark of RL, Inc. All of the content and products on this Website are owned by RL. RL claims all property rights, including intellectual property rights, to its content and no person/entity is permitted to infringe upon those rights. RL will prosecute to the fullest extent of the law anyone who attempts to use or copy RL's property. You agree not to copy content from this Website without RL's permission. Any requests to use RL's content should be submitted in writing via the contact page.

## Indemnification

You agree to indemnify, hold harmless, and at RL's option, defend it and RL's affiliates, officers, directors, employees, stockholders, agents and representatives from any and all third party claims, liability, damages and/or costs (including, but not limited to reasonable attorney's fees and expenses) arising from your improper or unauthorized use of this Website, RL's products, formula, Regimen, or support, your violation of this Agreement, or your infringement, or the infringement or use by any other user of your

PX1-110

account, of any intellectual property or other right of any person or entity, including but not limited to reimbursement of all reasonable legal fees.

## Legal Jurisdiction

These Terms and Conditions, the business dealings and relationship of the parties, and any and all transactions that materialized from the parties business relationship will be governed exclusively by and construed in accordance with the laws of the State of Florida, without giving effect to any principles of conflicts of laws. Any action seeking legal or equitable relief arising out of or relating to this Website, RL products, or any RL services will be brought only in a court of competent jurisdiction that is located within the State of Florida. You hereby consent and submit to the personal jurisdiction of such courts for the purpose of litigating any legal or equitable action. A printed version of these Terms and Conditions, Disclaimers, and related materials will be admissible in judicial and administrative proceedings to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. For purposes of the litigation issues addressed herein, you waive any right to confidentiality.

## Severability of the Terms & Conditions

If any part of these Terms and Conditions are determined by a court of competent jurisdiction to be invalid or unenforceable, then the remaining provisions shall be deemed enforceable, valid, and remain in full effect.  The remainder of these Terms and Conditions are fully enforceable and legally binding.

## SUMMARY

We believe that all of our Terms and Conditions are individually important.  A summary of some of the Terms and Conditions are below:

› **Privacy Policy**:  We will not share your private information with anyone.
› **Health Notice**: RL's products are not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration. No representations, guarantees, or warranties of any kind come with our products or services.  Your purchase of RL's products or services is at your own risk.  The Company makes no guarantees regarding safety or results.
› **Medical Condition Notice**:  RL is not a medical organization and we do not give medical advice. You should consult with a healthcare professional before beginning any weight loss program and using any of our products.  Results may vary and depend on a variety of factors including, but not limited to your commitment to the Regimen, your eating habits, your exercise routine, and any present diagnosed or undiagnosed medical condition(s). Before purchasing, you should consult your doctor or healthcare professional concerning RL's instructions, suggested use, side effects, and any other information provided to you.
› **Website Notice**:  By using this Website you agree to all Terms and Conditions. You also agree and understand that this Website does not in any way provide medical advice.
› **Custom Program/Return/Refund Policy**: Each Program is customized to meet your specific, individual goals as determined in the initial assessment. Because every

PX1-111

product is customized, and therefore entirely unique, we have a strict no return policy once purchased and shipped.

› **Discount Policy**:  We believe in our customers and rely upon their positive word-of-mouth recommendations. As detailed in our *Cash Back Reward Policy*, we offer a tremendous discount to our customers for the agreement that you will share your weight loss success with us (keep the youtube videos coming!)  As part of this endorsement you also agree not to write any negative reviews about RL or our products because it may prevent someone who really needs RL to become healthy and feel good about him or herself, even if RL did not work for you.  Customers never have to take advantage of this savings policy, but why not lose the weight, feel better, and avoid having to pay full price?  Our thoughts exactly!

## PURCHASE, SHIPPING & RETURN POLICY

We want to ensure that you are aware of our Purchase, Shipping, and Return policy before you buy any of our products or services, as all sales are final.  This policy applies for all orders regardless of the method placed (online, telephone, facsimile, mail, etc.)  Please understand that we have a strict no return policy for a good reason: each Regimen is custom formulated to meet your individual needs in order to provide the customer with his or her highest chance of weight loss success.

Submission of an order is when you submit your credit card on this Website and it constitutes a legally binding sales contract between you and RL. Within three hours of your submission, we begin custom manufacturing the Regimen for you based on your questionnaire so that you may start your Regimen as soon as possible.  Because we can not simply resell the same uniquely customized Regimen to the next customer, we must maintain this policy.  Please let us know if you have any questions regarding this policy by contacting us through RocaLabs.com/support.  We are happy to answer any of your questions.

# Purchase Policy

All orders are reviewed for pre-approval and acceptance.  RL reserves the right to review all online orders at which point we may accept or decline any order for any reason, regardless of any confirmation receipt sent to the customer. We review your order and online assessment to ensure that you have the highest chance to succeed with the Program.

**No Resale Policy**: Because each Regimen is individually customized for each customer, RL does not permit the resale of any products.  Selling open or partially used products is dangerous and may be a violation of state and/or federal law.  You do not have permission or the right to sell, transfer, and/or gift any RL product to any other person or entity.  You agree to be held responsible, or otherwise indemnify RL, for any and all damages that may incur (including the loss of life), by your unauthorized sale of our products.  You agree to indemnify RL, it employees, officers, and directors for any and all damages that may result from your unauthorized sale, including reimbursement of reasonable attorney's fees.

**Cash Back Reward Policy**:  As detailed more fully below, you may be given discounts in

PX1-112

exchange for your agreement to endorse our products and share your weight loss success story with the world. You do not have to accept this option, and can always pay the full undiscounted price for our products. In accepting the discount, you grant RL the express right to publish on our Website(s) or on social media sites, such as Facebook or Twitter, your weight loss success story and irrevocably waive your right to publish, make or promote any negative reviews about RL, its products or employees.

**Your Purchase Order**: You may be offered several purchase options. The decision to purchase any Regimen, program, product, or service from RL is entirely up to you, the Customer. After you have read the Terms and Conditions and filled out the required order form and/or contacted the central phone service Order Department, a representative of the Order Department will contact you via email to verify and confirm the details of delivery. Answers given by RL telephone representatives are not a substitute for information contained on the Website, these Terms and Conditions, or any medical advice. All order details must be confirmed by you, including shipping information. You agree to pay all re-shipping and handling costs if incorrect shipping information is provided.

On occasion, our orders surpass our production capabilities and your order may enter a short waiting list. Generally, this information is posted as soon as you enter the site. You will be promptly informed of any potential shipping delays.

**Payment Issues**: Pursuant to Florida law, checks that are not honored for any reason will incur a customer charge of $25-$40, or 5% of the amount of the check, whichever is greater. Should RL institute legal or collection proceedings regarding returned/cancelled checks, the Customer will be responsible for all collection costs and attorney's fees, including filing fees, for each returned or cancelled check. Other than the above listed allowance for attorney's fees relating to payment/collection issues, neither you nor RL shall be entitled to attorney fees for other disputes between the parties.

If RL is unable to charge the full price against your payment method on file (if any), RL shall have the right to otherwise collect the full sales price from you. If RL is unable to collect the full sales price within thirty (30) days of first attempting to charge you under this agreement, RL may forward your account to our external collections agency and assess an additional $500.00 Collection Fee. The full sales price and Collection Fee are subject to 1% monthly interest until the balance is paid in full including associated collection fees, legal fees, and costs of court as assessed separately by our collection firm.

## Shipping Policy

At RL we take great pride in quickly shipping orders to our customers. We make our best effort to ship all orders by the next business day after production of the Regimen has been completed. Orders are generally shipped via United States Postal Service (USPS)-2nd day service, and follow the USPS Terms of Use. At peak holiday times, shipping may take 1 or 2 days longer than usual.

You may choose "signature required" when ordering to ensure that you will sign for your order. If the "signature required" option is chosen, RL will guarantee delivery and will

PX1-113

reship at no extra charge if the package is not received by you.

RL offers waiver of signature solely for your convenience. You understand that if you waive signature for delivery of the product, we are without recourse in the event of loss or theft of any package shipped to you once USPS confirms delivery. Therefore, if you waive signature and we receive confirmation of delivery from USPS, then you agree to assume the burden of loss or theft and to pay the charges for items ordered as agreed and will not dispute payment for the product against RL. In the event USPS confirms delivery and you believe the item was not received, RL will reship the product for an additional charge.

You acknowledge that RL has no control over the delivery schedules of the USPS or any other delivery service. You will have no claim against us due to delivery disruptions.

You agree that in the event there is a problem with shipping, you will contact RL via Customer Care on our Website and allow RL seven (7) days to research and address the shipping issue. You also agree that if there is a shipping issue, you will file a claim with the USPS and keep us apprised of your efforts so we may help you address the issue and reship your order, if necessary.

Generally, Customer Care/Support is available 24 hours, 7 days a week. We will make every effort to respond to you within one (1) business day of any written contact. **For your protection after your order has shipped RL requires that all contact must be in writing with Customer Care/Support through the Website ONLY.**

After your order has been shipped, the handling of the order goes to the Customer Care Department, which operates only via our Website on the Customer Care page. The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Answers to inquiries are generally provided within 24 hours. If inquiries are made on a non-business day, responses are usually made by the end of the next business day.

## Merchandise Return & Refund Policy

**Returns prior to shipment**: If you wish to cancel your order before it has been shipped, you must immediately contact the Customer Care Department via the Website in writing for a full refund. Because all orders are customized for you, the customer, contact must occur within three (3) hours of placing your order to qualify for a full refund. This timetable is quick, but is a sacrifice bourne on both parties to ensure we provide an as-promised product to the customer. Refunds may take up to ten (10) days to process.

**Returns after shipment**: An order is considered "shipped" once a USPS tracking number has been assigned. There are **NO** returns once the product has been shipped. If you cancel your order more than (3) three hours after it was placed, but prior to shipping, you will have the option to cancel and receive a 50% refund of the purchase price. In the event the order was canceled but nevertheless ships, we request that you simply refuse delivery. Should the shipment reach you without a chance to refuse it, simply return the shipment in its original unopened packaging pursuant to the return policy. We are sorry that we cannot give a complete refund because your order is customized and we begin this customization within (3) three hours of your order.

PX1-114

# CASH BACK REWARD/DISCOUNT AND ENDORSEMENT

We are proud of our Regimen and the success that many of our customers have achieved, and continue to achieve.  Whenever possible, we encourage our customers to share this success in hopes of inspiring others.  Therefore, we offer all of our customers an incentive: a significant discount in exchange for your agreement to share your weight loss success and for your endorsement of our products.  You of course do not have to agree to this discount and can always pay full price for your Regimen.  This *Cash Back Reward Policy* applies to all discounted orders regardless of the method placed (online, telephone, facsimile, mail, etc.)  Please let us know if you have any questions regarding this policy by contacting us through RocaLabs.com/support.

Submission of a discounted order through this Website constitutes a sales contract between you and RL, and each party is bound under these Terms and Conditions as they were pursuant to the initial customer order.

**Full Price**: The full price for your custom Regimen and RL support is $1,580.00.

**Cash Back Reward Policy**: RL offers our customers a unique incentive for success that very few companies employ: we offer you, the customer, a way to lose weight *and* earn cash back. In exchange for a return of a portion of the full purchase price paid for your custom order (often between 50 and 100%), we require that our qualifying customers perform the following:

(1)   You will help promote RL and our products by sharing your weight loss success by making an inspirational video documenting your success story and how RL helped you finally reach your goals.  This constitutes your endorsement of RL and will be considered as such.

(2) You agree to like us on Facebook and follow us on Twitter to help promote the Regimen.

(3) You agree to allow us to contact you from time to time via electronic mail or telephone to learn further about your success.

(4)   You agree that RL can use any and all information that you provide about your weight loss success to market RL to the public.  At your request, this can be done with a screen name of your choice, but with real pictures and video.

(5) You irrevocably assign and grant RL the right to use your likeness, weight loss story, and any photographs or videos supplied to us in any and all marketing efforts including online marketing, electronic, television, print, radio, billboard, email and other forms of advertising.  In that regard, you hereby assign to RL without compensation or further obligation, all rights now known or hereafter existing, to use, allow others to use, or assign the right to use, to your weight loss story and any images and/or videos that you submitted to RL.

(6) You further agree that your weight loss story and all materials provided to RL may be used without restriction for any purpose whatsoever, commercial or otherwise, without further compensation to you, including the right to use, reproduce, modify, adapt,

publish, transmit, publicly perform or display, translate, create derivative works from, or otherwise communicate to the public your weight loss story on this Website or elsewhere by us, our assigns or others we have allowed to use your story and materials. You will not assert any proprietary right or moral right of any kind with respect to any materials provided to us by you.

Moreover, nothing in this Agreement shall be construed as creating an employer-employee relationship, as a guarantee of future employment or engagement, or as a limitation upon the RL's sole discretion to terminate this Agreement at any time without cause.

**Non-Disparagement Clause**

You agree that regardless of your personal experience with RL, you will **not** disparage RL and/or any of its employees, products, or services. This means that you will not speak, publish, cause to be published, print, review, blog, or or otherwise write negatively about RL, or its products or employees in any way. This emcompasses all forms of media, including and especially the internet. This paragraph is to protect RL and its current and future customers from the harm of libelous or slanderous content in any form, and thus, your acceptance of these Terms and Conditions prohibits you from taking any action that negatively impacts RL, its reputation, products, services, management, or employees. We make it clear that RL and its Regimen may not be for everyone, and in that regard, the foregoing clause is meant to prevent "one person ruining it for everyone." Should any customer violate this provision, as determined by RL in its sole discretion, you will be provided with seventy-two (72) hours to retract the content in question. If the content remains, RL would be obliged to seek all legal remedies to protect its name, products, current customers, and future customers.

If you breach this Agreement, as determined by RL in its sole discretion, all discounts will be waived and you agree to pay the full price for your product. In addition, we retain all legal rights and remedies against the breaching customer for breach of contract and any other appropriate causes of action.

**Any violation of this provision of the Agreement is deemed a material breach and you agree that RL has no adequate remedy at law to protect its rights.**

**\*Under current law, the above paragraphs may not apply to California residents or transactions that take place in California. If you have concern over your obligations under the foregoing policy, please consult an attorney prior to entering into any purchase agreement with RL. This is for your protection as much as it is for RL's.**

## MEDICAL, HEALTH & FDA POLICY

Weight loss results will always vary from individual to individual. Always consult your physician or healthcare professional before making any dietary changes or starting any nutrition, weight control, or exercise program. Pursuant to current law, our products have not been evaluated by the Food and Drug Administration ("FDA") and are not intended to diagnose, treat, cure, or prevent any disease. Please let us know if you have any questions regarding this and any other policy by contacting us through RocaLabs.com/Support.

PX1-116

**FDA Notice**: In accordance with the Dietary Supplement Health and Education Act (DSHEA), dietary supplements and nutraceuticals do not require approval by the FDA. For more information on FDA requirements, please visit www.fda.gov.

Further and in accordance with the DSHEA, you are hereby notified that none of RL products have been evaluated, tested, or approved by the FDA. Our products are manufactured in an FDA compliant facility and are categorized as a "food additive." Our products should not be used in place of or as a substitute for recommendations by your healthcare professional. These statements are based on the known activity of the specific ingredients in this product. No clinical study has been performed on this product.

**Medical and Health Notice**: Consult with your doctor or healthcare professional before beginning your RL Regimen. RL isn't a medical organization and we can't give you medical advice. We urge you to get periodic medical checkups while participating in your RL Regimen. Medical monitoring is especially important for people with a known medical condition. Do not purchase our products if you suffer from a medical condition without first consulting your doctor.

The primary components of our weight loss products are Guar Gum, Konjac, Inulin, Beta Glucan, Xanthan Gum, Maltodextrin, Vitamins B-6, B-12 and C. Please discuss these ingredients with your physician or healthcare professional before using our product.

**Health Disclaimer**: This Website provides weight loss information with respect to RL's products and Regimen, and is intended for educational and informational purposes **only**. RL is not a medical organization and our staff cannot give you medical advice or any diagnosis. Nothing contained in this Website should be construed as such advice or diagnosis. The information on this Website should not be interpreted as a substitute for a consultation, evaluation, or treatment by a healthcare professional. Occasionally the Website may use terms that appear to be medical in nature; however, the terms on the Website are not designed to imply any medical relationship, or that medical advice is being given, or that the RL is a medical product or regulated medicine/drug. RL should not be used by individuals under the age of 18 without adult supervision and recommendation by a medical or healthcare professional.

**Weight Loss Goals**: Please consult with a healthcare professional to determine your safest weight loss goals. How much weight you lose and how successful you are is totally up to you, the customer, but we urge all our customers to endeavor to lose weight safely. There are numerous factors that contribute to weight loss and we do not guarantee results.

# Online Customer Service: RL's online customer service is not intended to provide medical advice, diagnosis, or treatment. Our customer service representatives are not available to diagnose, treat, or otherwise advise customers concerning medical issues or decisions. None of the statements made by RL or its representatives should be viewed as such.

PX1-117

Please consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use, and no customer should compare results to any other customer.

## Privacy Policy

RL has created this privacy policy to demonstrate our commitment to protecting your privacy, and to disclose our information-gathering and dissemination practices. This privacy policy is to inform you of, among other things, (a) the information RL collects through our Website(s), (b) how we use that information, and (c) how you can opt out of certain uses of the information we collect. Please let us know if you have any questions regarding this privacy policy by contacting us through RocaLabs.com/support.

**Collecting Information**:   The purpose of collecting and cataloging your personal information is to provide you with a more customized experience.  This information lets us provide services and features that we think are more likely to meet your needs.

RL collects two types of information when you visit our Website(s) or you do business with us via any medium:

(1) Personal Information that may be used to identify you individually, such as your name, physical address, phone number, email address or date of birth ("personal information"); and

(2) Non-Personal Information, such as IP addresses, the type of browser you are using, and aggregated information about user activities on our Website(s) ("non-personal information").

**Personal Information**: We specifically request personal information from you at certain points on and off our Website(s). For example, when you call us, visit our Website(s), or when you purchase our Regimen or service, we collect personal information which may include your name, shipping and billing addresses, telephone number, email address, credit card information, and date of birth. You may always choose not to provide us with your personal information; however, this may limit our ability to assist you with your weight loss goals.

**Non-Personal Information**: When you visit our Website(s), we also collect non-personal information, such as your IP address, which is a number that can be used to identify your location and Internet Service Provider. We may also collect other information such as the type of browser or device you are using, the URL from which you came to our Website(s) and the URLs that you visited on our Website(s).  A URL is the full address of a Website page, which may contain some personal or identifying information about the person who is viewing it.

**Children's Privacy**: We are committed to protecting the privacy of children. You should be aware that this Website is not intended or designed to attract children under the age of 13. We do not collect personally identifiable information from any person whom we have knowledge is under the age of 13.  This Website and RL is not designed for people

PX1-118

under the age of 13 and we do not collect information on anyone 13 and under.

**Information RL Obtains from Other Sources**: RL may collect information about you from other sources, including through interactive applications (such as mobile devices/applications and third-party services) and from commercially available sources (such as data aggregators and public databases). For example, if you access third-party services (such as Facebook Connect) through or in connection with our Website(s), we collect information available about you through those services, including but not limited to, personal information as well as publicly observable data, such as activities on blogs, videos, and other online postings.

**Use of Cookies**: We may also use a feature of your browser called a cookie to assign identification to your computer that may be placed by us or a third party with whom we partner. Cookies allow us to better understand you, the customer. Cookies by themselves cannot be used to find out the identity of any user, but may be combined with identity information in our cataloged files. You can turn off the cookie feature by using your browser preference options. Current versions of many Web browsers offer enhanced user controls for the placement and duration of cookies. Search for "cookies" under your Web browser's "Help" menu for more information on the cookie management features available to you.

We may use cookie and IP address information to count and track Website visits and purchases in the aggregate, to personalize the Website(s) for each unique customer, to control the frequency of individual advertisements to individual computers, and to target advertisements and promotions to broad demographic segments. We may also use IP addresses to help diagnose problems with our server.

**Use of Pixel Tags**: We may also collect information through the use of "pixel tags" on our Website(s) and in email messages we may send to you that may be placed by us or a third party with whom we partner. Pixel tags, also known as "Web beacons," are tiny graphic files, not visible to the human eye, that are included in HTML-encoded email messages. When such a message is opened in an HTML-capable email program, the recipient's computer will access our server to retrieve the pixel tag file, allowing us to record and store, along with the recipient's email address, the date and time the recipient viewed the email message, the fact that the recipient's email program is capable of receiving HTML-encoded email, and other standard logging information. The pixel tag may also see or read cookies. RL may use pixel tags in order to measure and understand traffic better, to track visitor behavior to improve user experience, and for tracking promotional and marketing campaign response, among others. You can disable the pixel tag feature by changing your browser settings to omit images and disable Javascript, or there are commercial software packages available that can omit pixel tags and most advertisements.

**Do Not Track Signals**: Some web browsers offer a "Do Not Track" ("DNT") signal that is an HTTP header field indicating your preference regarding tracking or cross-site user tracking. We do not collect personal information when you visit our Website(s) unless you provide such information to RL.

**Disclosure of Information**: RL does not make your personal information available to any third-party for marketing purposes and we will not disclose any of your personal

PX1-119

information unless (a) agreed to by you, (b) to comply with a court order, or (c) for your own safety.

**RL's Use of Personal Information and Non-Personal Information**: We use your personal information to process your requests, fulfill your order(s), communicate with you about your orders, send important notices or tell you about new products or services. We may also use your personal information to improve our products, services, and advertising, personalize our Website(s), target advertising or promotions that may be of interest to you, or otherwise conduct business that we feel would be of interest to you. We may also contact you to see if you are interested in participating in market research regarding RL.  You are free to decline such contact, but we greatly value the input from our customers.  For information about opting out of such communications, please see our Opt-Out Policy section below.

**Customer Service Contact**: We may use your personal information to contact you in response to customer service complaints you have submitted or to verify information concerning a transaction.

**Transaction Processing**: When you make a purchase, we may need to provide personal information, including information such as your shipping address, billing information, telephone number, and credit card information, to third parties, including product manufacturers and shipping companies, as necessary solely to complete the transaction.

**Legal Requirements**: We may, in our sole discretion, disclose personal information when we deem necessary or appropriate to law enforcement or other entities or third parties as required by law or to protect our rights or the rights of others, to prevent harm to persons or property, to fight fraud, identity theft, to respond to claims, to protect our systems and customers, to ensure the integrity and operation of our business and systems, to protect the rights, property, or safety of RL and its employees or others,  or otherwise to comply with the law or legal process.

**Opt-Out Policy**:  You may opt out of receiving communication from us, from Affiliated Companies, or from other third parties by contacting us through RocaLabs.com/support or writing to us at:

Roca Labs, Inc.
PO Box 5309
Sarasota, FL 34277
Attention: Legal Department

In addition, we may contact you via email or use targeted online advertising.  In the case of electronic mail, we may include instructions to enable you to unsubscribe from future emails if you so choose.  You agree and understand that we will do our best to comply with your request as quickly as possible.

**Security**: RL uses industry-standard security measures to protect the loss, misuse, and alteration of the information under our control, and we make all good-faith efforts to store your personal information in a secure operating environment. Unfortunately in this day and age, no data transmission over the internet can be guaranteed to be absolutely secure. As a result, while we strive to protect your personal information, we

cannot ensure or warrant the security of any information you transmit to RL, and you do so at your own risk.

**Changes to This Policy**:  This policy may change from time to time.  If we make any substantive changes to the policy in the future with regard to how we use your information, we will post those changes on our Website(s) in this location together with the date of the last update.  Your continued business relationship or use of the Website(s) after the changes are posted constitutes your agreement to the changes, both with regard to information we have previously collected from you and with regard to information we collect from you in the future.  If you do not agree to the changes, please contact us to discuss the changes, or you may simply discontinue your use of our Website(s) or our business relationship.

**Contacting RL**

Please feel free to share any comments, concerns, or complaints with us.  If you have any questions about the Terms and Conditions or the practices of this Website and RL, please contact:

Roca Labs, Inc.
PO Box 5309
Sarasota, FL 34277
Attention: Legal Department
or via email through RocaLabs.com/support

**BY CHECKING THE REQUIRED BOX PRIOR TO PLACING YOUR ORDER, YOU AGREE THAT YOU HAVE READ THE COMPANY'S AGREEMENT IN ITS ENTIRETY, UNDERSTAND THE CONTENTS, HAVE CONSULTED AN ATTORNEY OF YOUR CHOICE OR HEREBY WAIVE YOUR RIGHT TO DO SO, AND THUS, AGREE TO BE BOUND BY THE FOREGOING TERMS AND CONDITIONS *IN PERPETUITY*.**

   

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

 

Copyrights © 2009-2015 Roca Labs. All rights reserved.



PX1-121

**Declaration of Amber Howe**
**Attachment BB**

http://mini-gastric-bypass.me/answers/maximizing-success/90-success-rate
September 23, 2015
FTC-PROD-005433 to FTC-PROD-005435





# 90% Success Rate

## Roca Labs™ Natural Formula forces you to eat HALF

The formula has been used in Europe for 6 years, and is scientifically proven to have a **90% success rate**. It will always achieve a mini gastric bypass effect by PHYSICALLY occupying your stomach, leaving only **a small limited stomach volume available for 10-16 hours**. Then, with a smaller stomach size you will eat HALF, and can spare your body as much as 2,000 unnecessary calories a day without feeling any urge for food – that equals **15 lbs per month**!

Reaching your weight loss goal is only a matter of carefully following all instructions, and adjusting the dosage and frequency for your individual needs. The formula is customizable: when you decide how much to take and when, **you control** how much of your stomach is available for food intake at any time. The power to succeed is in YOUR hands!

PX1-123

Case 8:15-cv-02231-MSS-CPT   Document 210-3   Filed 04/26/18   Page 33 of 44 PageID 8220

- Want it even **STRONGER**? Simply add more formula to your morning dose. You choose whether to take a **light, regular, strong,** or**double dose.**
- Want it to last **LONGER**? Simply take a reinforcement dose in the afternoon or evening. Doing this regularly will increase your success rate by 60%.

## Want to accelerate your weight loss?

Try some simple daily exercises, such as 10 minutes of push-ups, crunches, or light weightlifting in the morning and 30-60 minutes of walking or aerobics in the evening (also good for your mental health). Do it together with friend, so it will become fun and routine. Physical activity accelerate your metabolism and calorie deficiency, and lead to a**much greater weight loss**.

## Obstacles to success

Note that 28% of users do not immediately succeed due to improper use. But after reviewing and **following all instructions,** about 60% of those are able to succeed as well. The other 40% (comprising 10% of all users) are **held back by psychological obstacles**, which can make the formula less effective. For example, someone with binge eating disorder regularly eats well past the point of fullness in order to cope with sadness, anger, or stress, and will continue to do this even with the formula. Roca Labs™ Natural Formula works on a physical level to block the stomach and eliminate sugar cravings, but psychological issues must be addressed separately. However, such obstacles can often be resolved simply by recognizing them in one's daily behavior.

Disclaimer

PX1-124

*Results may vary
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2015 Roca Labs, Inc. All rights reserved.



LIVE ADVICE
click to chat

PX1-125

**Declaration of Amber Howe**
**Attachment CC**

http://mini-gastric-bypass.me/answers/no-surgery/medical-evidence-for-success
September 23, 2015
FTC-PROD-005436 to FTC-PROD-005444



## Mini Gastric Bypass Alternative

A dose of the Formula mixed in water and taken in the morning creates a fast mini mini gastric bypass effect... _read more_



### Ask the Doctor

Basic Questions

Medical Information

Medical Evidence for Success    Is it safe to lose weight while breastfeeding?    Are there any side effects?

How much weight should I lose while pregnant?    Where does the extra weight go during pregnancy?

Research

Comparison

Qualify & Order

🔍 Search

# Roca Labs Nutraceuticals

## Medical Director, Dr. Ross F.

I have reviewed thousands of formal inquiries from the public that request to begin using the Roca Labs Formula for weight loss. Our evaluation process follows strict guidelines to maintain the high company standards and insure safety and efficacy that our product holds. Potential clients complete a 72 point application form to make sure the Formula is right for them. Individuals with certain medical conditions, that are not appropriate for use with Roca Labs Formula, are carefully excluded. I review each case individually for medical accuracy. I have been the medical director at Roca Labs for the past year. I was in clinical medical practice for 10 years before moving into pharmaceutical management. I have been involved in the development and ongoing monitoring of the Roca Labs Formula. I work directly with the staff and customers to maintain the highest levels of medical accuracy and safety.

PX1-127

Overall, I have reviewed thousands of inquiries requesting the Formula and the Roca Labs guidelines ensure the safest use for all customers using this Formula. In, addition the preparation of the Formula exceeds all FDA requirements to insure purity and safety in the preparation of the Formula.

My research has not found any other weight loss that has the efficacy, or biological potential, to help those with obesity lose weight. This is why we can make the statement that "the Roca Labs Formula is probably the strongest weight loss pharmaceutical agent on the market today." Successful following the Roca Labs guidelines has consistently in clients losing 5% of their body weight every mo accomplished primarily by not feeling hungry and the severe reduction in cravings for snacks. Therefore, the clients calorie intake is reduced significantly. Most report a 50% reduction in the amount of food they eat. Those that exercise daily, experience even faster weight loss.

The Roca Labs Formula contains the appetite suppressing effects of Konjac glucomannan, the glucose homeostasis action of Beta-glucan and the dietary fibers that bind and occupy 80% of the stomach for up to 16 hours. The Roca Labs Formula has up to 42 times more active ingredient as some marketed diet pills. This is accomplished while maintaining incredibly low side effects levels. Less than 1% of customers report even moderate side effects. The Roca Labs staff provides reponses 24 hours a day for those who have any concerns regarding the Formula. This is why Roca Labs continues to have a persistently high satisfaction level and many return customers.

The effectiveness of the Roca Labs Formula provides the strongest force in spreading the word to others with obesity. Most clients learn about the effective weight loss of results from current Roca Labs customers. Frequently during my

review of customer inquiries, clients report learning about the impressive amount of weight others have experienced using the Roca Labs Formula. I have used the Formula myself, as well as many of my colleagues, and have found it to suppress our appetites and reduce cravings, resulting in weight loss.

## Third party support

There is considerable medical and scientific research to support the health and weight loss benefits of the active ingredients in the Roca Labs Formula. Below is a summary of the literature that supports the ingredients in the Roca Labs proprietary formula as effective in weight loss and additional health benefits. Please review and let me know if you have any questions.

The ROCA LABS® Formula is a mixture of natural ingredients that have been shown in multiple medical studies to provide euglycemic control, early and prolonged satiety and reduced desire to consume food in-between meals. Although the ingredients are available separately, it is the proprietary combination that provides the greatest benefit.

The active ingredients are β-Glucan and konjac glucomannan. These compounds are added to Xanthan and Gaur gum, that absorb water and slow the transition and absorption of the ROCA LABS® Formula ingredients and food contents. This slow GI transit time allows for a systematically controlled absorption of the active ingredients and the food consumed, resulting in a more even absorption of carbohydrates and a reduction of the rapid rise of blood glucose levels typically occurring after meals.

PX1-129

The health benefits of β-Glucan have been established in many papers in peer-reviewed journals. β-Glucans are a group of non-starch polysaccharides, consisting of D-glucose monomers linked by β-glycosidic bonds. Among soluble fibers, β-glucan is the most frequently consumed and is associated with reduced presence of insulin resistance, dyslipidemia, hypertension and obesity.

β-Glucan has been reported to have positive effects in treating several aspects of the metabolic syndrome that accompanies obesity in men and women. Independent studies have shown that β-Glucan significantly lower cholesterol and increased HDL in an 8 week trial and hypercholesterolemic patients [1]. For a comprehensive review of this information and more see, Beta Glucan: Health Benefits in Obesity and Metabolic Syndrome in the Journal of Nutrition and Metabolism [2].

The most comprehensive research paper to evaluate the benefits of β-Glucan was in the January 2006 edition of the American Diabetes Association's medical journal, DiabetesCare. The publication is titled "Consumption of Both Resistant Starch and β-Glucan Improves Postprandial Plasma Glucose and Insulin in Women." The study [3] demonstrated that the consumption of β-Glucan can improve (lower) the glucose and insulin responses of both normal and overweight women. The authors concluded that β-Glucan is effective in the controlling glucose responses in both normal and insulin-resistant subjects [4]. The effect of β-Glucan in maintaining healthy blood glucose levels in those with Type 2 diabetes has been verified in several studies [5, 6].

Studies have proven that the rise in postprandial blood glucose and insulin levels was reduced when meals were consumed with β-Glucan or Guar gum[5]. The reduction in peak glucose levels results from a more gradual absorption of nutrients because of the increase in viscosity of the contents of the stomach and small intestine [7]. A large percentage of the Guar gum remains in the stomach for a prolonged period of time, and then gradually moves through the small intestine. This provides a two-fold benefit. First the stomach is occupied by the highly viscous aqueous gel formation and subsequently, the nutrients from the food absorbed more gradually [8] resulting in fewer calories in and absorbed [6].

In addition to the weight management benefits β-glucans were found to be an effective polysaccharide immunostimulant against infectious diseases and cancer [9]. β-glucans are currently being utilized, as adjuncts in chemotherapy to aid in the prevention of infections in those that are immunocompromised [10-12].

Konjac glucomannan is derived from a tuber of Oriental origin. Several medical publications have reported its effects on lessening the rise in blood glucose levels after meals [13] and lowering blood cholesterol levels in both healthy and hypercholesterolemic adults [14, 15]. In addition, konjac was shown to be effective in significantly improving cholesterol and blood glucose levels with diabetes and insulin-resistant syndromes [16, 17]. In a double blind, randomized study with diabetic patients, Konjac supplement improved blood lipid levels by enhancing fecal excretion of neutral sterol and bile acid and alleviated the elevated glucose levels in diabetic subjects18. The authors concluded that Konjac should be an adjunct for the treatment of hyperlipidemic diabetic subjects. Previous studies have

shown the use of supplemental Konjac resulted in a significant weight loss, reduction in total cholesterol and LDL [19, 20].

The prevalence of diabetes in U.S. adults is estimated to be 5.1%, and continues to be a major health problem because of the increasing frequency of obesity and sedentary lifestyles. Most medical experts believe that there is potential for the long-term management of the complications associated with diabetes through improved glycemic control. Intensive therapy to control blood glucose improves quality of life in people with diabetes (DCCT), and dietary change can have a profound impact upon glycemic control. The Roca Labs Formula provides that balance of the high fiber viscous property with the metabolic benefits of β-Glucan and Konjac. There have been no reports medical side effects reported on these compounds.

Patients using the ROCA LABS® product feel it works from day one, training the stomach to eat less, reducing the capacity of the stomach and teaching the body/brain to eat less with a higher satisfaction. This continues to be reported even as much as 3-5 months and after completing the ROCA LABS® process. The ROCA LABS® Formula is manufactured in a FDA approved facility and the ingredients have been classified by the World Health Organization (WHO) as part of a healthy diet to prevent chronic disease.

Please feel free to contact me if you have any questions regarding the medical efficacy or safety of the ROCA LABS® products.

**Ross Finesmith MD**
Roca Labs Nutraceuticals

References

1.      Nicolosi R, Bell SJ, Bistrian BR, Greenberg I, Forse RA, Blackburn GL. Plasma lipid changes after supplementation with beta-glucan fiber from yeast. The American journal of clinical nutrition. 1999; 70(2): 208-12.

2.      El Khoury D, Cuda C, Luhovyy BL, Anderson GH. Beta glucan: health benefits in obesity and metabolic syndrome. Journal of nutrition and metabolism. 2012; 2012: 851362.

3.      Behall KM, Scholfield DJ, Hallfrisch JG, Liljeberg-Elmstahl HG. Consumption of both resistant starch and beta-glucan improves postprandial plasma glucose and insulin in women. Diabetes care. 2006; 29(5): 976-81.

4.      Kim H, Stote KS, Behall KM, Spears K, Vinyard [B], Conway JM. Glucose and insulin responses to whole grain breakfasts varying in soluble fiber, beta-glucan: a dose r[e] study in obese women with increased risk for insulin r[e] European journal of nutrition. 2009; 48(3): 170-5.

5.      Jenkins AL, Jenkins DJ, Zdravkovic U, Wursch P, Vuksan V. Depression of the glycemic index by high levels of beta-glucan fiber in two functional foods tested in type 2 diabetes. European journal of clinical nutrition. 2002; 56(7): 622-8.

6.      Wursch P, Pi-Sunyer FX. The role of viscous soluble fiber in the metabolic control of diabetes. A review with special emphasis on cereals rich in beta-glucan. Diabetes care. 1997; 20 (11): 1774-80.

7.      Blackburn NA, Johnson IT. The influence of guar gum on the movements of inulin, glucose and fluid in rat intestine during perfusion in vivo. Pflugers Archiv : European journal of physiology. 1983; 397(2): 144-8.

8.      Takahashi T, Yokawa T, Ishihara N, Okubo T, Chu DC, Nishigaki E, et al. Hydrolyzed guar gum decreases postprandial blood glucose and glucose absorption in the rat small intestine. Nutr Res. 2009; 29(6): 419-25.

9.      Brown GD, Gordon S. Fungal beta-glucans and mammalian immunity. Immunity. 2003; 19(3): 311-5.

10.     Li B, Cai Y, Qi C, Hansen R, Ding C, Mitchell TC, et al. Orally administered particulate beta-glucan modulates tumor-capturing dendritic cells and improves antitumor T-cell responses in cancer. Clinical cancer research : an official journal of the American Association for Cancer Research. 2010; 16(21): 5153-64.

11.     Driscoll M, Hansen R, Ding C, Cramer DE, Yan J. Therapeutic potential of various beta-glucan sources in

PX1-133

conjunction with anti-tumor monoclonal antibody in cancer therapy. Cancer biology & therapy. 2009; 8(3): 218-25.

12.      Yan J, Allendorf DJ, Brandley B. Yeast whole glucan particle (WGP) beta-glucan in conjunction with antitumour monoclonal antibodies to treat cancer. Expert opinion on biological therapy. 2005; 5(5): 691-702.

13.      Doi K. Effect of konjac fibre (glucomannan) on glucose and lipids. European journal of clinical nutrition. 1995; 49 Suppl 3: S190-7.

14.      Arvill A, Bodin L. Effect of short-term ingestion of konjac glucomannan on serum cholesterol in healthy men. The American journal of clinical nutrition. 1995; 61(3): 585-9.

15.      Venter CS, Vorster HH, Van der Nest DG. Comparison between physiological effects of konjac-glucomannan and propionate in baboons fed "Western" diets. The Journal of nutrition. 1990; 120(9): 1046-53.

16.      Vuksan V, Sievenpiper JL, Owen R, Swilley JA, Spadafora P, Jenkins DJ, et al. Beneficial effects of viscous dietary fiber from Konjac-mannan in subjects with the insulin resistance syndrome: results of a controlled metabolic trial. Diabetes care. 2000; 23(1): 9-14.

17.      Vuksan V, Jenkins DJ, Spadafora P, Sievenpiper JL, Owen R, Vidgen E, et al. Konjac-mannan (glucomannan) improves glycemia and other associated risk factors for coronary heart disease in type 2 diabetes. A randomized controlled metabolic trial. Diabetes care. 1999; 22(6): 913-9.

18.      Chen HL, Sheu WH, Tai TS, Liaw YP, Chen YC. Konjac supplement alleviated hypercholesterolemia and hyperglycemia in type 2 diabetic subjects–a randomized double-blind trial. Journal of the American College of Nutrition. 2003; 22 (1): 36-42.

19.      Walsh DE, Yaghoubian V, Behforooz A. Effect of glucomannan on obese patients: a clinical study. International journal of obesity. 1984; 8(4): 289-93.

20.      Keithley J, Swanson B. Glucomannan and obesity: a critical review. Alternative therapies in health and medicine. 2005; 11(6): 30-4.

**Disclaimer**

*Results may vary

In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or

tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2015 Roca Labs, Inc. All rights reserved.



LIVE ADVICE
click to chat