# PX3

# Declaration and Expert Report of Steven B. Heymsfield, M.D.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROCA LABS, INC., a corporation; ROCA LABS NUTRACEUTICAL USA, INC., a corporation; MUST CURE OBESITY, CO., a corporation; JURAVIN, INCORPORATED, a corporation; ZERO CALORIE LABS, INC., a corporation; DON JURAVIN, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Must Cure Obesity, Co., and Juravin, Incorporated; and GEORGE C. WHITING, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., and Zero Calorie Labs, Inc.,<br><br>Defendants. | Case No.  8:15-cv-02231-MSS-TBM |

**DECLARATION OF STEVEN B. HEYMSFIELD, M.D,
AUTHENTICATING AND REAFFIRMING EXPERT REPORT,
PURSUANT TO 28 U.S.C. § 1746**

I Steven B. Heymsfield, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      My name is Steven B. Heymsfield.  I am a United States Citizen over the age of 18.  I

have personal knowledge of the matters contained in this declaration.

2.      I provided an expert report entitled "Expert Report of Steven B. Heymsfield, M.D.," to

Plaintiff, the Federal Trade Commission, in this matter.  My report was signed and

dated December 19, 2016.  At my deposition on February 24, 2017, I testified

extensively about my report, which was marked as an exhibit.

1

3.      In connection with making this declaration, I have reviewed my report.  I hereby

authenticate and reaffirm my report.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 17, 2017 in     *Baton Rouge, LA*
                                  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                  City, State

                                  *Steven B. Heymsfield*
                                  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                  Steven B. Heymsfield, M.D.

PX3-2

Expert Report of Steven B. Heymsfield, M.D.

I.    CREDENTIALS

1.  I am a doctor of medicine employed by the Pennington Biomedical Research Center at
    Louisiana State University in Baton Rouge. I was previously Executive Director of the
    Center, and now serve as Professor and Director of the Metabolism-Body Composition
    Laboratory. My research focus is in the area of clinical nutrition with an emphasis on
    obesity management and evaluation. I am also a visiting professor and nutrition
    consultant at Harvard Medical School and Massachusetts General Hospital. I have
    testified before various congressional committees regarding dietary supplements, and
    served as President of the American Society of Clinical Nutrition and the American
    Society of Parenteral and Enteral Nutrition. My curriculum vitae is provided as
    **Attachment A.**  I have personal knowledge of the matters contained in this report, which
    contains my expert opinions, and details the basis and reasons for them.

2.  I have authored or co-authored over 600 peer-reviewed scientific papers, chapters,
    editorials, and books on obesity, nutrition, body composition and caloric expenditure. I
    have reviewed hundreds of research papers submitted to journals on which I serve as an
    editorial board member. I have served on the editorial boards of thirteen publications,
    including the American Journal of Clinical Nutrition, Obesity, and The Journal of
    Nutrition, Health & Aging, and at present am on the editorial board for Cell Metabolism
    and Metabolism: Clinical and Experimental.

3.  I am the recipient of several professional awards and honors, including the George A.
    Bray Founders Award from the Obesity Society (2016), the Robert H. Herman Memorial
    Award from the American Society for Nutrition (2015), the New York City Mayor's

1

Award for Science and Technology (2004), and the TOPS (Take Off Pounds Sensibly Foundation) Award from the North American Association for the Study of Obesity (2003).

4. I have conducted numerous weight loss studies over the past 30 years in connection with my duties as a clinical scientist. These studies included an examination of food and drug effects on weight loss.

5. Based on my education, training, knowledge, and experience, I consider myself an expert in obesity treatment and weight loss, with particular expertise in treating patients with nutritional and metabolic disorders.

6. I am being compensated by the Federal Trade Commission at the rate of $150 an hour. I have not testified in a trial or deposition in the past four years.

II.   SCOPE OF THE OPINION AND MATERIALS REVIEWED

7. FTC staff has asked me to evaluate, from my perspective as an expert in evaluating patients with nutritional and metabolic disorders, whether there is competent and reliable scientific evidence to support the following claims:

   a.   That use of Roca Labs products, including Roca Labs Formula and Roca Labs Anti-Cravings, enables consumers to reduce food intake by fifty percent and to lose substantial amounts of weight quickly, including as much as 21 pounds in one month, and as much as 100 pounds in seven to ten months;

   b.   That ninety percent of people who use Roca Labs products will lose substantial amounts of weight;

2

    c.   That consumers who use Roca Labs Formula and Roca Labs Anti-Cravings can achieve results comparable or superior to bariatric surgery in providing weight loss benefits;

    d.   That use of Roca Labs Formula and Roca Labs Anti-Cravings, is safe and effective for weight loss in children as young as six years old; and

    e.   That use of Roca Labs Formula and Roca Labs Anti-Cravings is scientifically proven to have a ninety-percent success rate in forcing users to eat half their usual food intake and cause substantial weight loss.

8.  To facilitate my evaluation, FTC staff has furnished me with copies of the following materials, which I have reviewed:

    a.   The Roca Labs "Ingredients" page from RocaLabs.com, listing the contents of the Roca Labs Formula as "Beta Glucan, Guar Gum, Xanthan Gum, Konjac [Glucomannan], Inulin, Natural Color, Sucralose, Vitamin C, B6, B12 and Fruit Flavor."

    b.   Three Roca Labs "Supplement Facts" pages listing the ingredients of the Roca Labs Anti-Cravings products, with the first containing Beta Glucan and Fibersol (indigestible dextrin); the second containing Beta Glucan, Fibersol (indigestible dextrin), Chromium, Vanadium, and Zinc; and the third containing Beta Glucan, Fibersol (indigestible dextrin), Chromium, Vanadium, Zinc, Natural Color, Sucralose, N&A Flavor, and L-Carnitine.

    c.   The Roca Labs "Nutrition Facts" label, listing the ingredients and nutrition information per each 9-gram serving of the Formula (8 grams of which are

PX3-5

described as dietary fiber, although it does not specify the amounts for each fiber ingredient).

d. Instructions from the RocaLabs.com website explaining how to prepare and take the daily dosage of 9 grams of the Formula (8 grams of which are dietary fibers) with 350ml of water. According to the instructions, taking Roca Labs Formula will "limit your available stomach to merely 20% and will commit you to eating as little as 1,200 calories." Elsewhere in the instructions, users are told they should "expect to eat HALF from day one" because of a forced reduction in stomach space, and that "with only 20% stomach available, you eat less and can lose 4-7 lbs/wk." According to the instructions, the Formula has a long lasting effect and "therefore consumption of 3-5 times a week should be sufficient." The instructions also advise that a user should consume 96 ounces of water every day, exercise at least five times a week for 30 minutes,  and only eat during a nine-hour interval (such as between 11am and 8pm). Counting calories or adhering to a strict menu or caloric intake limit is not necessary, however, according to the Roca Labs website, because the Formula "forces" users to eat half the food they ate before.

e. A "Letter to Your Doctor" posted on the RocaLabs.com website, attributed to Dr. Ross Finesmith, describing the Roca Labs weight management procedure and the scientific substantiation for the claims that the Roca Labs product will enable consumers to lose weight.

f. A webpage from the site http://mini-gastric –bypass.me titled "Medical Evidence for Success" and "Mini Gastric Bypass Alternative," attributed to Dr. Ross

PX3-6

Finesmith, which describes the purported science and mechanism behind the Roca Labs products.

g.  An FAQ page from the RocaLabs.com website titled "Can my child take the formula?" which states that the Roca Labs Formula "can help your child lose weight safely and naturally," and that "it's safe for children ages 6 and up with a parent's supervision."

h.  A page titled "Gastric Bypass No Surgery Junior, World's Strongest Weight Loss Solution for Kids and Teens" from the RocaLabs.com website, which states that children can easily lose 40 to 50% of their "excess fat" by following the Roca Labs regimen.

i.  Fifteen articles, and one article abstract, cited in the Roca Labs' "Letter to Your Doctor"; six additional articles, and two abstracts, cited in the Roca Labs' "Medical Evidence for Success" page; and various articles and abstracts cited within the articles cited in the "Letter to Your Doctor" and in the "Medical Evidence for Success" page.

j.  Materials and articles relating to individual ingredients in the Roca Labs products and the "Gastric Bypass Alternative Regimen" that Roca Labs provided to the FTC, including:

i.  a document titled "Guar Gum Effects on Weight Reduction, Cravings and Diabetes in Gastric Bypass Alternative Regimen";

ii.  a document titled "Inulin Effects on Weight Reduction, Cravings and Diabetes in Gastric Bypass Alternative Regimen";

5

iii.  a document titled "Beta Glucan Effects on Weight Reduction, Cravings and Diabetes in Gastric Bypass Alternative Regimen";

iv.  a document titled "Xanthan Effects on Weight Reduction, Cravings and Diabetes in Gastric Bypass Alternative Regimen";

v.  a document titled "Konjac Effects on Weight Reduction, Cravings and Diabetes in Gastric Bypass Alternative Regimen";

vi.  a document titled "Chromium Effects on Weight Reduction, Cravings and Diabetes in Gastric Bypass Alternative Regimen";

vii.  a document titled "Vitamin B12 Effects on Weight Reduction, Cravings and Diabetes in Gastric Bypass Alternative Regimen";

viii.  a document titled "Yohimbine Effects on Weight Reduction, Cravings and Diabetes in Gastric Bypass Alternative Regimen";

ix.  a document titled "Magnesium Effects on Weight Reduction, Cravings and Diabetes in Gastric Bypass Alternative Regimen";

x.  a document titled "Vitamin C Effects on Weight Reduction, Cravings and Diabetes in Gastric Bypass Alternative Regimen";

xi.  a document titled "Sleep Effects on Weight Reduction and Cravings in Gastric Bypass Alternative Regimen";

xii.  a document titled "Caffeine Effects on Weight Reduction and Diabetes in Gastric Bypass Alternative Regimen";

xiii.  a document titled "Dairy Effects on Weight Reduction in Gastric Bypass Alternative Regimen";

PX3-8

xiv.  a document titled "Water Intake Effects on Weight Reduction, Cravings and Diabetes in Gastric Bypass Alternative Regimen";

xv.  a document titled "No Calories 4 Hours Before Sleep Effects on Weight Reduction in Gastric Bypass Alternative Regimen";

xvi.  a document titled "Limited Eating Span Effects on Weight Reduction and Cravings in Gastric Bypass Alternative Regimen"; and

xvii.  a document file titled "SLK_TAM-#2489596-v1-EXHIBIT_A_of_D__Juravin_Responses_to_FTC_First_Interrogatories," which includes a Clinical Study Report on the Roca Labs dietary supplement program titled "Effects of a functional fiber-based proprietary dietary supplement program on gastric volume reduction, satiety, cardiometabolic hormones and safety in overweight subjects," prepared Sept. 24, 2015 for Must Cure Obesity, Co. by the Center for Applied Health Sciences.

k.  Various articles and meta-analyses relating to weight loss and ingestion of glucomannan, beta glucan, guar gum, and other dietary fibers.

9.  As of December 15, 2016, I have reviewed the materials provided by the FTC, as well as other medical literature I researched on my own. For a complete list of the articles and abstracts I reviewed, please see **Attachment B** to this declaration.

10. While I have not personally conducted a clinical trial of, or directly tested, any Roca Labs product, it is not necessary for me to do so in order to evaluate whether existing medical and scientific literature provides competent and reliable scientific evidence for the claims stated in paragraph 8 above.

7

11. Based on my review, and for the reasons set forth below, it is my expert opinion that there is no  competent and reliable scientific evidence for the claims:

    a.  That use of Roca Labs products, including Roca Labs Formula and Roca Labs Anti-Cravings, enables consumers to reduce food intake by fifty percent and to lose substantial amounts of weight quickly, including as much as 21 pounds in one month, and as much as 100 pounds in seven to ten months;

    b.  That ninety percent of people who use Roca Labs products will lose substantial amounts of weight;

    c.  That consumers who use Roca Labs Formula and Roca Labs Anti-Cravings can achieve results comparable or superior to bariatric surgery in providing weight loss benefits;

    d.  That use of Roca Labs Formula and Roca Labs Anti-Cravings, is safe and effective for weight loss in children as young as six years old; and

    e.  That use of Roca Labs Formula and Roca Labs Anti-Cravings is scientifically proven to have a ninety-percent success rate in forcing users to eat half their usual food intake and cause substantial weight loss.

12. I can declare these opinions with confidence because:  (a) the clinical trial performed on the Roca Labs products does not provide competent and reliable scientific evidence for such claims; (b) the articles and studies cited on the Roca Labs websites (on the "Letter to Your Doctor" and the "Medical Evidence For Success" pages) do not provide competent and reliable scientific evidence for such claims; (c) the relevant articles and studies cited within the articles cited on the Roca Labs websites do not provide competent and reliable scientific evidence for such claims; (d) the additional materials that Roca Labs provided

8

to the FTC do not provide competent and reliable scientific evidence for such claims; (e) individual testimonials about Roca Labs' products do not provide competent and reliable scientific evidence for such claims; and (f) my research and general knowledge of scholarship in the field, along with my knowledge and experience pertaining to weight loss, diets, and the human metabolism, convince me that there is no competent and reliable scientific evidence for such claims.

### III.    BACKGROUND ON WEIGHT LOSS AND THE HUMAN BODY

13. The human body consists of energy or calories in the form of protein, fat, and carbohydrates. A small weight change can occur with water gain or loss, but significant weight change requires an alteration in energy balance and hence, energy stores. In essence, significant weight loss cannot occur in the absence of negative energy balance.

14. The average adult ingests 2000-2500 kcal (calories) per day and the average obese individual ingests 2500-3500 kcal per day depending on their age, sex, weight, and physical activity level.

15. Negative energy balance can be brought about by reducing food intake or by increasing physical activity while maintaining food intake constant. Negative energy balance can also be brought about if food absorption is inhibited or blocked and energy losses in stool are unmatched by increases in food intake.

16. As individuals lose weight, their energy requirements decrease, meaning that they need less food in order to power their bodies and maintain the same weight. This is one of the reasons that individuals typically lose far more weight at the beginning of a weight loss regimen than they do after several weeks.

17. Total starvation (zero-calorie diet) is associated with rapid weight loss. Irish revolutionaries on voluntary hunger strikes died within about 70 days and lost about 60-

9

70 pounds, or about 30 pounds a month (a month being counted as 30.4 days) for those experiencing the most weight loss. Another whose weight was recorded while on a total fast was Succi (a well-known "fasting performer" of the 19th century), who lost about 25 pounds in 30 days and had to be revived with emergency feeding. And a study on the history of fasting by Kerndt found that fasters typically lost about two pounds per day during the first week, slowing to approximately 0.66 pounds per day by the third week.

18. Semi-starvation diets, also known as very low calorie diets (less than 400-1200 kcal per day) and low calorie diets (1200-1500 kcal per day), are also associated with significant weight loss. In a trial by Rössner and Flaten (1997), obese participants lost approximately 5.1 pounds per week for six weeks on a liquid diet of just 420 calories per day, and 4.7 pounds per week on a liquid diet of 880 calories per day. Likewise, Foster (1992) reported that obese test subjects lost 3.3 pounds per week over 12 weeks on a 400-calorie-a-day diet, and 3.0 pounds per week on an 800-calorie-a-day diet. Diets of fewer than 1200 calories per day, however, are typically not sustainable for more than a few months since food intake is below human subsistence levels and dieters will approach starvation.

19. Severe malabsorption with disease can also produce large amounts of weight loss over several months or years. Patients with this affliction make up to 30 bathroom visits a day. There are also medications that produce malabsorption designed to induce weight loss in the obese. These drugs, such as orlistat (sold under the trade name Xenical and Alli) block fat absorption and can produce about 15 pounds of weight loss over six months.

20. Bariatric surgery can result in substantial weight loss. There are several different types of bariatric surgery, but it typically involves either reducing the size of the stomach with a

gastric band, removing a portion of the stomach, or dividing the stomach into two pouches, one much smaller than the other, and re-routing the small intestine (gastric bypass surgery). While the amount of weight loss can vary significantly by procedure and individual, a 2014 study found that gastric bypass patients averaged a 91.8-pound loss within one year (Coleman, 2014). Similarly, a 2004 meta-analysis found that bariatric surgery patients lose, on average, 87 pounds, with gastric bypass patients losing 96 pounds, within two years of surgery (Buchwald, 2004).

21. Large and obese individuals typically lose more weight than smaller or non-obese subjects when they reduce caloric intake, but the difference is not large. As an example, in a meta-analysis I performed of 35 weight loss studies (Finkler, Heymsfield, St. Onge, 2012), I found that individuals with an average initial body weight of 105 kg (231 pounds) lost about 1.3 pounds per week, whereas individuals with an average initial body weight of 85 kg (187 pounds) lost about 0.97 pounds per week.

## IV.    SCIENTIFIC EVIDENCE REQUIRED FOR WEIGHT LOSS CLAIMS

22. In order to establish proof of weight loss claims about a particular product or method, experts in the field of obesity treatment and weight loss would require well-designed and properly conducted clinical trials. Such a trial should be placebo-controlled and double-blind (neither the participants nor the testers should be aware which people are assigned to which group). Trial participants should be randomly assigned to placebo and active groups, but the two groups should not differ greatly at baseline in terms of starting weight, age, or gender distribution.

A valid trial should also have enough participants so that its results that can be extrapolated to a wider audience or to the general population. Typically, a weight-loss trial should have at least 80 participants, 40 for the active group and 40 taking a placebo.

11

Study participants should reflect the population targeted by the claims at issue. So, for instance, claims about a substance's efficacy in treating diabetes should be tested on diabetics, and claims about a product's efficacy for children should be substantiated by trials that include children.

A trial must be long enough that its results can be extrapolated to a comparable or lengthier time period.  Typically, a weight-loss trial should be at least three months long, and preferably six months or longer. Some studies and meta-analyses on weight loss, such as the lengthy Obesity in Children report by Luttikhuis, 2009, exclude trials lasting less than six months (with at least three months of treatment), on the belief that many interventions appear effective in the short term but not in the long term. In general, there should be a close correlation between the length of a study and the duration cited in the claims made for a product. So, for instance, a claim that a substance will enable users to lose 21 pounds in one month might only require a one-month-long study, whereas a claim that users will lose 100 pounds in ten months should be supported by a study closer to ten months in length.

While not necessarily a mandatory requirement, a well-conducted study will often include a CONSORT (Consolidated Standards of Reporting Trials) Statement, comprised of a 25-item checklist and flow diagram. The checklist explains how the trial is designed, analyzed, and interpreted, detailing such items as the primary endpoint or hypothesis to be tested, how the trial was funded, the eligibility criteria for participants, the method used to generate random allocation of participants, and the statistical methods used to compare groups. The flow diagram displays the progress of all participants through the trial, including how they were separated into the control and treatment groups.

PX3-14

The results of a trial should also be statistically significant, and should be submitted and published in a respected peer-reviewed journal. And to provide competent and reliable scientific evidence of a product's efficacy for human use, a trial's results should also be clinically significant, meaning that the product's effects should make a meaningful difference to a person experiencing them.

23. Even if a clinical trial meets the requirements listed above, it will not provide competent and reliable scientific evidence for weight loss claims unless the trial focuses on whether people who use a particular substance actually lose weight. Trials about eating and weight-related *factors*, such as cravings and satiety, glucose or insulin levels, glycemia, cholesterol, or diabetes, do not provide competent and reliable scientific evidence for weight loss claims, no matter how encouraging the results.

24. Ideally, a clinical trial should consist of the delivery form (*i.e.*, tablet, powder, liquid, etc.) in which a substance will be given or used, and on the precise substance for which the claims are made, rather than on one or more of that substance's individual ingredients, tested separately. It is well established in the scientific community that individual ingredients do not necessarily have cumulative effects, and one cannot simply assume that an ingredient that causes a particular result will cause the same result when combined with another ingredient. For example, if a clinical trial shows that taking product A will result in a three-pound weight loss, and another trial shows that taking product B will result in a one-pound weight loss, it cannot be inferred that if someone takes products A and B together that that person will lose four pounds. In fact, it is equally as likely to be the opposite, since substances often interact with each other and counter or limit one ingredient's effect.

13

25. Individual testimonials, no matter how voluminous in number, do not provide competent and reliable scientific evidence for a claim about weight loss. Anecdotal experiences do not control for influences and variables, thus rendering it impossible to ascertain true causation. Furthermore, self-reporting is notoriously unreliable, even when there are thousands, or perhaps hundreds of thousands, of individual reports. This is particularly true when it comes to weight loss, where people tend to exaggerate the amount lost, or attribute it to the wrong cause. Consumers are also more likely to report favorable outcomes than unfavorable ones, and more likely to recall and accept confirming evidence that a product works than they are to recall or accept evidence that a product does not work. Self-reported results are even less reliable when a financial reward is offered for a favorable outcome.

26. Individual testimonials about Roca Labs products thus do not provide competent and reliable scientific evidence for the weight loss efficacy of the products. Such testimonials can be used to generate hypotheses that can then be tested in a properly conducted random clinical trial.

V.   THE CLINICAL TRIAL ON THE ROCA LABS PRODUCTS DOES NOT PROVIDE COMPETENT AND RELIABLE SCIENTIFIC EVIDENCE FOR THE ROCA LABS CLAIMS

27. I am only aware of one clinical trial on the Roca Labs products themselves. This was a study discussed in the Clinical Study Report (the "CS Report") prepared by The Center for Applied Health Sciences ("CAHS") and cited above in paragraph 9(j)(xvii).  The study tested 31 overweight adults, 17 of whom took the Roca Labs products for 28 days.

28. It is my expert opinion that this study and CS Report do not provide competent and reliable scientific evidence to substantiate the aforementioned claims for several reasons,

14

namely because (a) the trial results do not show that participants lost weight after taking

the Roca Labs products, and (b) even if they had, the trial design and implementation was

so flawed that any findings would have to be viewed as highly suspect.

<u>The CAHS Trial Results Did Not Show That Roca Products Cause Weight Loss, a<br>Lasting Reduction in Gastric Capacity, or Are Safe</u>

29. According to the CS Report, trial participants did not experience any changes in body

weight or body mass during the 28-day trial.  While the CS Report found a slight but

statistically insignificant "trend" that active users reported *feeling* less hungry three hours

after taking the product, this is essentially meaningless, from a weight loss perspective, if

users did not actually lose weight. Likewise, a finding that some statistically insignificant

"trends" for reduced gastric capacity were noted after product ingestion tells us nothing

about whether anyone will lose weight. People who feel full for a few hours may

compensate by eating larger portions later on, or their bodies may adjust and stop feeling

full. Absent actual weight loss, satiety, in and of itself, has little meaning. And the same

holds true for the trial's supposed findings about improved cholesterol levels. Trial

results relating to eating and weight-related *factors*—such as hunger and satiety and

cholesterol—do not provide competent and reliable scientific evidence for weight loss.

30. The CAHS trial results also do not show a lasting reduction in gastric capacity.

According to the Report, the trial found no changes in stomach volume during the 28-day

trial, but did find that— just looking at results from day one—there was a "notable trend"

for reduced stomach volume at 30 minutes, 60 minutes, and 240 minutes after product

ingestion.  This trend, however, "did not reach statistical significance (using the

traditional p<0.05 level)," according to the CS Report.  In other words, the CS Report

states that based on traditionally accepted scientific standards, the study did not establish

15

that the product was more effective than a placebo, even for just one day.  And there was

no evidence at all that Roca Labs product users felt fuller on days 2 to 28 of the study.

31. With respect to safety, the CS Report states that "biomarkers of safety," such as blood

pressure, pulse rate, renal and liver function, etc., were consistent with "being safe in this

population," and active users experienced only ten "mild adverse events," primarily

related to thirst and appetite. As noted previously, however, for a trial to conclusively

establish that Roca Labs products are safe would require significantly more than 31 test

subjects over 28 days. At most, this trial is consistent with a conclusion that *in the short*

*term*, it may be uncommon for adult users to have a serious adverse event (as defined by

the Food and Drug Administration), such as a life-threatening reaction, illness requiring

hospitalization, permanent disability, or death. It does not establish that that the products

are safe, and, since it did not involve children, certainly does not establish that the

products are safe for children.

### The CAHS Trial Was Poorly Designed and Implemented

32. In addition to the lack of statistically significant results, the trial, as described in the CS

Report, appears to have been so flawed in its design and implementation that any findings

would have to be viewed as highly suspect.  This is true for the following reasons:

a. The trial was too small and too short to determine weight loss efficacy or safety.

As explained above, a valid clinical trial must have enough participants so that its

results can be extrapolated to a wider audience, and should be long enough that its

results can be extrapolated to a comparable or lengthier time period. Typically, a

weight-loss efficacy trial should have at least 80 participants, 40 for the active

group and 40 taking a placebo, and should be several months in duration. To

16

substantiate Roca Labs' claims of losing 100 pounds in seven to ten months, a study would need to be at least three months long, and preferably six months or longer. Any trial less than three months would not be deemed very meaningful. Additionally, a trial to determine whether a product is safe typically requires an even greater number of test subjects, with numerous individuals of different ages and ethnicities observed over an extended period of time. The small size and duration of the CAHS trial raise significant questions about whether results can be extrapolated to a wider audience and for a lengthier period of time.

b. The trial did not have weight as a primary endpoint. In fact, it did not start out with a specific hypothesis to prove or disprove, but rather sought to "measure" and "assess" a wide range of possible effects, such as blood sugar levels, insulin, cholesterol, triglycerides, gastric volume, hunger, mood, and happiness, among others. When a trial lacks a pre-determined testable hypothesis and instead—such as here—looks at multiple possible effects, its results cannot provide statistical and scientific evidence of causation, and instead merely indicate *possible* trends and effects. Those trends and effects must then be specifically proven or disproven in a future trial. This is because without a pre-determined hypothesis, there is the significant possibility that any one outcome—even one that appears at first glance to be "statistically significant"—is simply due to random chance and the law of numbers. In other words, if a study measures enough effects, some of them are likely to appear "positive," and statistically significant, based on luck alone. (Drawing conclusions in this manner is often referred to as "p-hacking," or "data dredging.")

     c.  The scientific design and structure of the CAHS trial is not fully explained in the CS Report.  It is unclear what the active product group participants actually took; how much, how often, and in what combination. It is also unclear what type of placebo was used, how randomization occurred, how participants and researchers were blinded, and how many people were in the placebo group as opposed to the product group. The CS Report does not even explain which group, A or B, actually was the product group and which was the placebo (although for the basis of my review I presumed that the product group was group B, based on inferences derived from statements in the report).

33. Therefore, it is my professional opinion that the CAHS trial and CS Report do not provide competent and reliable scientific evidence to support claims that use of Roca Labs products results in weight loss, or results in a reduction in gastric capacity, or is safe to use.

34. Apart from the CAHS trial, I am not aware of any other trial on the Roca Labs products or regimen themselves.  As noted previously, trials of individual ingredients cannot ordinarily provide substantiation for combination products such as those offered by Roca Labs. Therefore, it is highly unlikely that trials on the individual ingredients in the Roca Labs products would be able to establish efficacy for the products themselves. In order to provide a thorough and comprehensive evaluation, however, I have reviewed the scientific substantiation for the individual ingredients.

VI.   THE SCIENTIFIC SUPPORT AND CITATIONS BY
ROCA LABS PERTAINING TO INDIVIDUAL INGREDIENTS DO NOT PROVIDE
SUBSTANTIATION FOR ITS WEIGHT LOSS CLAIMS

PX3-20

35. I reviewed the scientific support for the individual ingredients in the Roca Labs product that appeared in two places: the cites and statements presented on the Roca Labs websites, and in the materials that Roca Labs provided to the FTC.

36. The scientific support provided on the Roca Labs websites appeared on the "Letter to Your Doctor" page on the RocaLabs.com website and on a "Medical Evidence For Success" page on the website http://mini-gastric-bypass.me, both of which were provided to me by the FTC. Both pages state that they were written by Dr. Ross Finesmith, who is described on the former as an independent medical consultant, and on the latter as the Roca Labs Nutraceuticals Medical Director.

37. According to Dr. Finesmith, and the Roca Labs ingredients page and product labels, the individual ingredients in the Roca Labs products consist of the following:

   a. Beta glucan (sometimes written as β-glucan), a polysaccharide and a form of soluble fiber. It is found naturally in various whole grains, oats, barley, mushrooms, and yeasts, and is available in supplement form. As with many fibers, it has been considered a "heart healthy" food, and there is some scientific evidence that it may be helpful in lowering cholesterol and reducing the risk of diabetes. The U.S. Food and Drug Administration has approved a health claim for beta glucan soluble fiber for reducing cholesterol and the risk of coronary heart disease, but has not approved a claim relating to weight loss.

   b. Glucomannan, or konjac, a polysaccharide and a form of soluble fiber. It is typically found in the roots of the konjac plant. As with other fibers, it has been associated with decreased constipation and lowered cholesterol, and there is some evidence that it helps lower blood glucose levels immediately following a meal.

Glucomannan is sometimes added to packaged food products as an emulsifier and thickener.

c. "Fibersol," which is a commercial proprietary name for an indigestible dextrin consisting of a soluble fiber derived from starch.

d. Xanthan, a polysaccharide and fiber derived from bacteria, and commonly used as an emulsifier or thickener. Xanthan is often added to ice cream to prevent the formation of ice crystals.

e. Guar gum, a polysaccharide and a fiber typically derived from the endosperm of guar beans. It is often used as an emulsifier or thickener.

f. Chromium, a biologically active mineral that humans require in trace amounts. It is known to enhance the action of insulin.

g. Magnesium, a mineral naturally abundant in the body. It contributes to energy production, blood glucose control, and muscle and nerve function.

h. Inulin, a naturally occurring polysaccharide produced by many types of plants. It is a fructan-type dietary fiber sometimes used to reduce blood fats.

i. Yohimbine, an alkaloid derived from the bark of the Pausinystalia yohimbe tree. It is sometimes used by veterinarians to reverse sedation in dogs.

j. Vitamin B12, also called cobalamin, is a water-soluble vitamin. It has a key role in the normal functioning of the brain and nervous system, and the formation of red blood cells.

k. Vitamin C, also known as ascorbic acid, or ascorbate, is a water-soluble vitamin. It is an essential nutrient, required for a range of essential metabolic reactions.

PX3-22

38. Neither Dr. Finesmith nor the Roca Labs labels and ingredients pages detail the relative amounts of each of the above ingredients per 9 gram serving, other than to state that one Roca Labs serving contains 8 grams of "fiber." Nor does Dr. Finesmith explain precisely what each ingredient purportedly does for someone taking the Roca Labs product. In fact, the vast majority of Dr. Finesmith's statements are not about the ability of the individual ingredients to cause weight loss, but rather about the purported ability of the individual ingredients to cause other health effects, such as lower cholesterol, reduced insulin resistance, a strengthened immune system, smaller tumors, increased satiety, and a reduced rise of blood glucose levels following meal ingestion. As noted previously, while health effects such as these are often associated with, or related to, a person's weight, and overweight individuals are more likely to have health issues, an ingredient that impacts, or even improves, such health factors will not necessarily have an effect on a person's weight.

### The Articles Cited By Dr. Finesmith That Focus On Weight Loss Do Not Provide Competent and Reliable Scientific Evidence For The Roca Labs Claims

39. Weight is the focus (primary endpoint) of only three of the articles cited by Dr. Finesmith on either the "Letter to Your Doctor" or the "Medical Evidence For Success" pages, and these three do not provide competent and reliable scientific evidence for the claims about Roca Labs products.

40. One article, "Effect of Glucomannan on Obese Patients: A Clinical Study," by Walsh, conducted in 1984, reported that ten subjects who, while not deviating from their previously established eating and exercise patterns, consumed 3 grams of glucomannan,

21

per a day and lost, on average, 5.5 pounds over eight weeks, compared to ten subjects on a placebo who averaged a gain of 1.5 pounds.

41. The Walsh study does not provide competent and reliable scientific evidence for the Roca Labs' claims for several reasons.

    a.  First, the Walsh study was small—20 participants, with a mere ten in the glucomannan treatment group. A small study size amplifies the effects of uncontrolled factors, making results far less reliable even when "statistically significant."

    b.  The eight-week length of the Walsh study was too short. As noted above, typically people on a weight-loss program follow a weight-loss response curve in which they lose significantly more weight per day at the start of a program than they do near the end. This is due to people's bodies adjusting to their reduced size and intake as the program progresses. Weight loss results from an eight-week trial thus cannot be extrapolated on a pound-per-day basis to a seven-to-ten month time period. The fact that Walsh study participants lost seven pounds over placebo in eight weeks does not establish that they will keep losing weight at that pace for another eight months. In fact, it is almost certain that they will lose less weight per day and per week as their bodies burn fewer calories and approach energy equilibrium.

    c.  *But even if it could be presumed*, without any scientific basis, that the Walsh study participants would keep losing weight at the same pace for ten months, the trial would not substantiate the Roca Labs claims. That's because at the rate of reported weight loss, glucomannan users would lose approximately 3.7 pounds in

22

a month and 37 pounds in ten months. While impressive, this would be dramatically less weight loss than the 21 pounds in one month and 100 pounds in seven to ten months that Roca Labs claims for its products.  And, in any event, no qualified expert in the field of obesity and weight loss would make such an unsupported presumption.

d.   It is also worth noting that the methodology of the Walsh study is flawed and unclear; it does not appear to have been a blind test and study subjects were not properly randomized. There is also no discussion of powering, no primary endpoint, and no section on statistical analysis. The article would not meet current scientific publishing standards and if submitted today, as opposed to 1984, and it is unlikely it would qualify for publication in a respected scientific journal.

42. There is also no competent and reliable scientific evidence—in the Walsh study or elsewhere—establishing that consuming additional increments of glucomannan will result in additional incremental weight loss. While one meta-analysis of glucomannan clinical trials (Onakpoya, discussed below) found that a dose-response curve "showed a tendency" toward a relationship between weight loss and glucomannan dosage, it noted that "differences in dosages did not correspond to similar differences in weight loss," and there was no "linear relationship" between dosage and weight loss. Another study (Birketvedt, discussed below)  reported only minute differences between people who consumed 0.4 grams of glucomannan per day (along with 0.4 grams of another fiber) and people who consumed ten times that amount (4.3 grams of glucomannan a day, along with two other fibers), with those who consumed less glucomannan actually losing more weight. All of which demonstrates that the fact that ten participants in the Walsh study

23

lost seven pounds more than placebo on three grams glucomannan per day does not mean

that they would lose 14 pounds if they ingested six grams, or lose 21 pounds if they took

nine grams. In fact, it is more probable that users would not lose additional weight no

matter how much additional glucomannan they consumed, since the impact of most

substances levels off with diminishing returns after initial effects.

43. In sum then, it is my expert opinion that the Walsh study does not provide competent and

reliable scientific evidence necessary to support the claim that consumers who use the

Roca Labs Formula and Anti-Cravings can lose as much as 21 pounds in one month and

as much as 100 pounds in seven to ten months.

44. The other two articles cited by Dr. Finesmith that focus on weight loss from Roca Labs

product ingredients are the El Khoury article, "Beta Glucan: Health Benefits in Obesity

and Metabolic Syndrome," and the Keithley article, "Glucomannan and Obesity: A

Critical Review." Both are review articles, meaning they summarize and review other

studies and clinical trials. It is therefore necessary to examine the underlying trials to

determine whether they provide competent and reliable scientific evidence. In this case, a

closer look at the underlying trials reveals that they do not provide competent and reliable

scientific evidence for the claims made about Roca Labs' products.

45. The El Khoury article reviewed numerous studies and articles in its discussion (section

3.3.4 of the article) of weight loss from fiber ingredients (primarily beta-glucan,

glucomannan, and guar gum). Some of the reviewed articles reported no weight loss

related to fiber intake (Saltzman, 2001, Hanai, 1997). Those that did report weight loss

reported amounts far short of that claimed for the Roca Labs products.

PX3-26

46. For example, an 11-study meta-analysis by Howarth found that over 3.8 months, a 12-gram increase in fiber is associated with a 4.2 pound weight reduction over placebo for participants on an unrestricted diet, 5.2 pounds for obese individuals. This equates to a 1.1 pound-per-month loss, 1.4 pounds per month for obese individuals. Which, of course, is considerably less than the amounts claimed by Roca Labs.

47. Similarly, El Khoury cites a study (Rigaud, 1990) in which participants who ate fiber (including from barley, a source of beta glucan) lost approximately 6.6 pounds over placebo over six months. Again, weight loss of just over a pound a month does not support Roca Labs' claims of 21 pounds in a month or 100 pounds in seven to ten months.

48. With respect to guar gum, El Khoury cited a study by Kovacs, 2001, in which participants taking guar gum lost approximately 1.1 pound loss in two weeks. She also cites a meta-analysis of 11 guar gum trials (Pittler 2001) which found no significant difference in patients receiving guar gum compared with patients receiving placebo. Seven of the 11 trials found no weight loss difference at all, while two (Uusitupa, 1984, and Tuomiliheto, 1980) reported losses of just 1.47 pounds and 1.2 pounds per month (respectively). Pittler concluded, "These results suggest that, compared to placebo, guar gum is not efficacious for lowering body weight."

49. The only study reviewed by El Khoury that showed noteworthy weight loss for any Roca Labs ingredient was by Birketvedt, "Experiences with three different fiber supplements in weight reduction," which found that over five weeks, participants who took a combination glucomannan/guar gum substance, in conjunction with a 1200-calorie-a-day diet regimen, lost, on average, 4.4 pounds more than the placebo group (nine pound loss

25

for the active group compared to a 4.6 pound-loss for the placebo group). This study does not provide competent and reliable scientific evidence for the Roca Labs claims for several reasons.

    a.  First, a 4.4 pound-loss over placebo in five weeks—or roughly 3.8 pounds in a month—is noteworthy, but not comparable to the 21-pounds-in-a-month claim for the Roca Labs product.

    b.  The five-week length of the Birketvedt study is too short to extrapolate its results to ten months, for the reasons explained above. But even if, without any scientific basis, Birketvedt's results were presumed to continue for ten months, the active- - over-placebo weight loss would amount to, at most, 38 pounds in ten months, not 100 pounds in seven to ten months.  And as noted before, no qualified expert in the field of obesity and weight loss would make such an unsupported presumption.

    c.  The Birketvedt trial is also not truly equivalent to the Roca Labs program in that participants were required to be on a 1200-calorie-a-day diet, which, in and of itself, will result in significant weight loss. Roca Labs users, according to the instructions and product material, are not required to adhere to a strict menu or limited calorie diet. The Roca Labs product, rather, supposedly works by filling up users' stomachs so that they will not feel like eating, will not *want* to eat, and will "automatically" reduce their caloric intake by half. Therefore, in order for a clinical trial to provide competent and reliable scientific evidence for the Roca Labs claims, trial participants would have to be permitted to maintain normal eating habits (sometimes referred to as an *ad libitum*, normocaloric, or self-

26

selected diet). Only then, if participants who ingested glucomannan ate less and lost weight could the loss possibly be attributed to the glucomannan. Instead, what the Birketvedt study may show is that if an individual has the willpower and ability to stick to a semi-starvation diet, taking glucomannan may increase their weight loss by about 3.8 pounds per month.

d.   In addition, the Birketvedt article and study contain numerous methodological flaws that call even its modest results into question. The study does not include a CONSORT statement, there was no discussion of powering and how patients were randomized, and it is unclear how the 1200-calorie diet and product consumption were conducted and enforced.

50. It is therefore my expert opinion that the Birketvedt study does not provide competent and reliable scientific evidence that consumers who use the Roca Labs Formula product and Roca Labs Anti-Cravings can lose as much as 21 pounds in one month and as much as 100 pounds in seven to ten months, and nor do any of the other studies reviewed by El Khoury.

51. Likewise, the Keithley review article, cited by Dr. Finesmith on the "Medical Evidence For Success" page, also fails to present competent and reliable scientific evidence for Roca Labs' claims. The Keithley article reviewed 12 clinical glucomannan trials of (some of which were the same as those cited by El Khoury). None of the 12 reported weight loss comparable to that claimed by Roca Labs for its products. The most noteworthy of the studies, in terms of weight loss, was a 1988 study (Reffo) which found that over four weeks, participants taking glucomannan lost approximately 2.6 pounds more than

27

placebo, and participants taking glucomannan *and dieting* lost approximately 4.8 pounds more than a non-dieting placebo group.

The Reffo study does not substantiate Roca Labs' claims because neither losses of 2.6 nor 4.8 pounds in four weeks is comparable to 21 pounds in a month or 100 pounds over seven to ten months. Moreover, as noted above, a study in which participants go on a calorie-restricted diet is not truly equivalent to the Roca Labs' *ad libitum* diet program.

Apart from Reffo, the other 11 studies Keithley reviewed found even less weight loss attributable to glucomannan, with two studies finding no weight loss at all. Therefore, the Keithley review article and its underlying trials do not provide competent and reliable scientific evidence that consumers who use the Roca Labs Formula and Roca Labs Anti-Cravings can lose as much as 21 pounds in one month and as much as 100 pounds in seven to ten months.

<u>The Articles Cited By Dr. Finesmith That Do Not Focus On Weight
Loss Do Not Provide Competent and Reliable Scientific Evidence For The Roca
Labs Claims</u>

52. As noted above, the other 22 articles cited by Dr. Finesmith on either the "Letter to Your Doctor" or the "Medical Evidence For Success" pages do not focus on weight loss as a primary endpoint.  Instead, they focus on health factors such as glucose levels, insulin response, glycemia, blood pressure, and diabetes, among others. Only a handful of those 22 articles even mention weight loss—as a secondary observation—and the reported weight-loss results were unimpressive, with participants losing from one quarter of one pound in three weeks (Vuksan, 2000) to roughly 2.2 pounds in 12 weeks (Nicolosi, 1999) upon taking one or more fiber ingredients. One of the trials showed that participants taking glucomannan *gained* weight compared to placebo (Vuksan, Sievenpiper, 2000).

28

PX3-30

53. These 22 articles, while perhaps intriguing with respect to the health effects that were the focus of the studies, do not provide competent and reliable scientific evidence for weight loss claims.

54. Similarly, a number of the articles cited in the "Letter to Your Doctor" and "Medical Evidence For Success" pages discuss various fibers' effects on reported feelings of satiety, or "fullness." How full a person feels can be associated with how much they eat, and have an impact on how much additional food they consume. But connections between satiety and weight loss are not always clear, and a study in which people report feeling full after consuming a substance does not establish that such substance helps them lose weight. People who feel full after eating fiber may compensate by eating more food later on, or their bodies may adjust to the fiber and stop feeling full. An example of this is found in one of the studies reviewed by El Khoury, Lyly (2009), which found that after consuming approximately 7.8 grams of guar gum, or 10.5 grams of beta glucan, participants felt increased satiety (perceptions of fullness) for only about two hours before their desire to eat returned to normal.

Additional Material Provided By Roca Labs About the Product Ingredients and "Rules" Does Not Provide Competent and Reliable scientific Evidence for the Roca Labs Claims

55. I have also evaluated additional materials that I understand that Roca Labs provided to the FTC. These consisted of the various "research summaries" listed above in Paragraph 9 (j)(i-xv), each of which cites articles and studies pertaining to the individual ingredients or "rules" (such as getting 8 hours of sleep) in the Roca Labs product or regimen.

56. I reviewed all of the summaries and examined the articles and studies cited within those summaries that relate to weight loss, and can attest that they do not substantiate the Roca Labs product claims. A few of the cited articles describe a relatively small amount of

29

weight loss resulting from a particular ingredient. For instance, Evans (1975) found that 11 trial participants taking guar gum for one week lost 1.1 pounds over placebo; Kucio (1991) found that 20 dieters taking yohimbine lost approximately 2.5 pounds more than placebo over three weeks; and Guess (2015) found that 44 participants taking inulin for 18 weeks lost approximately 5 pounds more than placebo. Other literature cited, however, such as Kovacs study of guar gum (2009) and Cloetens meta-analysis of beta glucan (2012), concluded that there is little or no statistically significant evidence of weight loss associated with the studied ingredient.

57. None of the material cited found weight loss resulting from ingestion of a specific ingredient, or abiding by a specific rule, that is comparable to the amount of weight loss claimed for the Roca Labs products or that generally results from gastric bypass surgery.

58. Moreover, as noted above, individual ingredients do not necessarily have cumulative effects, so it cannot be inferred that if, say, a person taking guar gum lost one pound, and a person taking inulin lost 1 pound, and a person taking yohimbine lost one pound, that someone taking a combination of guar, inulin, and yohimbine would lose three pounds.

59. Therefore these summaries, and the articles and studies cited within, do not provide competent and reliable scientific evidence that consumers who use the Roca Labs Formula and Roca Labs Anti-Cravings can lose as much as 21 pounds in one month and as much as 100 pounds in seven to ten months.

### Other Scientific Literature About the Ingredients Does Not Provide Competent and Reliable Scientific Evidence For The Roca Labs Claims About Weight Loss

60. In addition to reviewing the previously discussed material, I have performed my own independent review of the existing scientific literature regarding the ingredients in Roca Labs' products. The articles most pertinent to the Roca Labs claims are three relatively

PX3-32

recent meta-analyses of clinical trials. These meta-analyses, Sood, 2008, Onakpoya, 2014, and Zalewski, 2014, reinforce my conclusion that while there are some indications that one of the ingredients in the Roca Labs product, glucomannan, may help people lose small amounts of weight, particularly when used in conjunction with a calorie-restricted diet, that result is not conclusively proven, and the amount of weight lost, when it occurs, is far short of that claimed by Roca Labs for its products.

61. Sood, for instance, examined 14 clinical trials and concluded that there was a weight-loss effect, but that "based on current data, glucomannan's effect on weight could be described as mild," with an average reduction over placebo of 1.74 pounds over 5.2 weeks for users on a calorie-restricted diet, and just one-fourth of a pound for studies in which glucomannan was taken without diet modification (*ad libitum*). Zalewski looked at eight clinical trials (including some of those reviewed by Sood) and concluded that there was limited evidence that glucomannan supplementation could help reduce body weight, with only one study reporting a result "that may seem meaningful for an individual patient," and that study was the flawed and limited Walsh study described above. Likewise, Onakpoya looked at nine clinical trials (again, with some overlapping with Sood and Zalewski) and concluded that "overall meta-analytic results indicate that glucomannan does not generate a significant decrease in body weight or BMI when compared to placebo." Onakpoya also remarked that most of the trials were "too short to adequately evaluate the effects of glucomannan on body weight[.]"

62. The European Food Safety Authority ("EFSA") also issued an opinion after reviewing trials on glucomannan and weight loss. EFSA examined 45 scientific studies, with nine involving human clinical trials. All nine studies were covered in either the Keithley

31

review article or the Sood, Onakpoya, and Zalewski meta-analyses discussed above.
EFSA concluded that there is evidence that glucomannan contributes to the reduction of
body weight, but did not find any study in which participants lost more than 3.5 pounds
in four weeks (Walsh and Birketvedt). EFSA also noted that there are no long-term
studies—more than three months—and that the weight-loss effect of glucomannan was
shown to occur "in the context of an energy-restricted diet."

63. EFSA's opinion is relatively consistent with the other meta-analyses on glucomannan,
and does not provide competent and reliable scientific evidence for the Roca Labs claims
since the reported weight loss was far less, and occurred when users were on a special
reduced-calorie diet.

VII.   SUMMATION OF THE SCIENTIFIC EVIDENCE FOR THE CLAIM THAT
         CONSUMERS CAN LOSE AS MUCH AS 21 POUNDS IN ONE MONTH AND
         AS MUCH AS 100 POUNDS IN SEVEN TO TEN MONTHS

64. To sum up paragraphs 28-64 above, I am aware of only one clinical trial of the Roca Labs
products, and it does not in any way support the Roca Labs claim that consumers who use
the Roca Labs products can lose as much as 21 pounds in one month and as much as 100
pounds in seven to ten months. In fact, it does not support the premise that consumers
who use Roca Labs products can lose *any* weight.  As for the various articles and clinical
trials relating to the individual ingredients in the Roca Labs products, none demonstrated
even as much as a four-pound weight loss in a month due to the ingredient ingested.
Based on the Roca Labs citations and my research, the greatest weight loss that I am
aware of ever associated with glucomannan was 7 pounds net of placebo in eight weeks
(a rate of about 3.7 pounds a month) (Walsh 1983); the greatest weight loss that I am
aware of that has ever been associated with guar gum use was approximately 3.3 pounds

32

net of placebo in five weeks (a rate of about 2.6 pounds a month) (Krotikiewski, 1984); the greatest weight loss that I am aware of ever associated with beta glucan was 5.5 pounds net of placebo in six months (a rate of less than a pound a month) (Rigaud 1990); the greatest weight loss that I am aware of ever associated with chromium was 2.6 pounds over 12 weeks (a rate of less than a pound a month) (Anderson 2008); the greatest weight loss that I am aware of ever associated with inulin was 4.2 pounds in 6 weeks (a rate of approximately 2.8 pounds a month) (Yang 2011); the greatest weight loss that I am aware of ever associated with yohimbine was 2.6 pounds in three weeks (a rate of approximately 3.3 pounds a month) (Kucio 1991). Many of these studies were flawed, calling even these results into question.  But even accepting their results at face value, none evidence a weight loss of more than 3.7 pounds a month.  Other studies show less or none at all. I was unable to find any studies of weight loss associated with Fibersol at all.

65. Furthermore, as noted previously, since individual ingredients do not necessarily have cumulative effects when added together,  one cannot simply add reported weight loss from one ingredient to another and assume that a Roca Labs-type combination will result in significant weight loss.

66. I am also unaware of any clinical trials that tested whether abiding by the instructions on the Roca Labs website (such as exercising 30 minutes a day and consuming 96 ounces of water), or following any of "rules" for the Roca Labs regimen listed in paragraph 9(j)(xi-xvi) (such as sleeping 8 hours a day, limiting dairy and caffeine, etc.)  will lead to dramatic weight loss, whether by themselves or when consumed with Roca Labs products or ingredients. While some of these rules are good suggestions for healthful living, they

33

will not lead to significant weight loss unless people also consume far fewer calories than they expend.

67. Furthermore, the weight loss claims by Roca Labs bely credibility for the simple fact that for individuals to lose the magnitude of weight that Roca Labs claims would require that the individuals reduce their food intake to a level where, if they did it long enough, they might not stay alive.  For example, 21 pounds in a month is about the same weight loss as that achieved by participants on a 420-calorie-a-day liquid diet in the study by Rössner and Flaten (1997) cited above in paragraph 19.  A daily intake of 420 calories—roughly the equivalent of four bananas—is not enough to keep a person alive, and the Rössner and Flaten test subjects were reintroduced to solid foods and a 1600-calorie-a-day diet after six weeks.

68. Therefore, it is my expert opinion that there is no competent and reliable scientific evidence that use of Roca Labs Formula and Anti-Cravings enables people to reduce food intake by fifty percent and to lose substantial amounts of weight quickly, including as much as 21 pounds in one month, and as much as 100 pounds in seven to ten months.

VIII.   THERE IS NO COMPETENT AND RELIABLE SCIENTIFIC EVIDENCE FOR THE CLAIM THAT 90% OF PEOPLE WHO USE ROCA LABS PRODUCTS WILL LOSE SUBSTANTIAL AMOUNTS OF WEIGHT

69. I am unaware of any studies on the percentage of Roca Labs users who lose weight, whether substantial or otherwise.

70. For purposes of this declaration, I assume here that "substantial" means as much as 21 pounds in one month and as much as 100 pounds in seven to ten months.

71. Since, as noted above, there is no competent and reliable scientific evidence that consumers who use the Roca Labs product can lose as much as 21 pounds in one month

34

PX3-36

and as much as 100 pounds in seven to ten months, there can be no competent and reliable scientific evidence that ninety percent of people who use Roca Labs products will lose substantial amounts of weight.

72. Even if "substantial" is taken to mean considerably less weight loss than what Roca Labs is claiming for its products, the ninety percent claim still lacks competent and reliable scientific evidence, since the various studies and trials I am aware of do not conclusively establish that ninety percent of people would lose *any weight* taking any of the ingredients in the Roca Labs products. At most, some studies indicate that people consuming various fibers *might* lose a small amount of weight, particularly if taken with a calorie-restricted diet.

73. Therefore, it is my expert opinion there is no competent and reliable scientific evidence for the claim that ninety percent of people who use Roca Labs products will lose substantial amounts of weight.

IX.     THERE IS NO COMPETENT AND RELIABLE SCIENTIFIC EVIDENCE FOR THE CLAIM THAT CONSUMERS WHO USE THE ROCA LABS PRODUCTS CAN ACHIEVE WEIGHT LOSS RESULTS COMPARABLE TO OR SUPERIOR TO BARIATRIC SURGERY

74. I am unaware of any scientific articles or studies that specifically compare weight loss for Roca Labs users with that of bariatric surgery patients.

75. I am also unaware of any scientific articles or studies that specifically compare weight loss for users of any of the Roca Labs ingredients with that of bariatric surgery patients.

76. As noted above in paragraph 21, weight loss following bariatric surgery varies significantly by procedure and individual, but surgery patients can expect to lose substantial amounts of weight in the course of a year, ranging from, on average, 41.5 pounds for banding procedures to, on average, 91.8 pounds for gastric bypass surgeries,

PX3-37

based on one recent study. (Coleman).  Typically, the vast majority of such weight loss occurs within the first eight months.

77. As discussed above in paragraphs 28 to 58, I am not aware of any competent and reliable scientific evidence that taking the Roca Labs products, or any Roca Labs ingredients, will enable users to lose between 41.5 to 91.8 pounds in eight months. The trial of the Roca Labs products found no weight loss, and the greatest weight loss for any individual ingredient trial that I am aware of was 4.4 pounds in five weeks (in the questionable Birketvedt study). Even if the Birketvedt study results were accepted at face value, four pounds in five weeks does not equate to the magnitude of weight loss experienced by bariatric surgery patients over the course of eight months to a year.

78. Therefore, it is my expert opinion that there is no competent and reliable scientific evidence that consumers who use the Roca Labs Formula and Anti-Cravings can achieve weight loss results comparable or superior to those resulting from bariatric surgery.

X.    THERE IS NO COMPETENT AND RELIABLE SCIENTIFIC EVIDENCE FOR THE CLAIM THAT ROCA LABS PRODUCTS ARE SAFE AND EFFECTIVE FOR CHILDREN

79. Due to differences in size and development between adults and children, a substance that is effective for adults will not always be effective for children, whether in a reduced dose or otherwise. Likewise, a substance that is generally considered safe for adults will not always be safe for children. Giving children a drug or a supplement intervention must be done with great caution in order to consider all possible effects a substance may have on a child's growth and development. Therefore, to determine whether a substance is safe and effective for children to use, it is almost always necessary to specifically test that substance on children. Furthermore, ensuring that a product is safe for children requires a

36

different and more extensive testing process than testing simply for efficacy, and typically requires a larger number of test subjects, with numerous individuals of different ages and ethnicities observed over an extended period of time.

80. Neither the Roca Labs website, nor Dr. Finesmith, has cited any studies in which the Roca Labs product, or its specific combination of ingredients, has been tested for safety and efficacy on children, and I am unaware of any studies that show this. This is of particular concern since, as noted previously, tests of individual ingredients do not always reveal or reflect how someone will react when they ingest a combination of those ingredients. This is particularly true for children, whose bodies and minds are still in development.

81. Additionally, neither the Roca Labs website, nor Dr. Finesmith, has specifically cited any clinical trials in which any of the Roca Labs ingredients have been tested for safety and efficacy on children.

82. I am aware, however, of four relatively small efficacy studies on glucomannan intake by children and teens. Those were studies by Livieri (1992), Vido (1992) Martino (2005), and Guardamagna (2013) which tested children between the ages of four and 15 who consumed one-to-three grams of glucomannan per day.

83. In three of the four trials, the children taking glucomannan did not lose more weight than the control group.

84. The fourth trial, Livieri, did report more weight loss for the treatment group, although it reported the children's decrease in "excess body weight" (calculated by comparing each child to an estimated ideal weight for someone of that age and height) not actual pounds lost. Livieri reported that obese children with, on average, 51% excess body weight, saw

37

their excess weight decline approximately 11.1% (from 51% to approximately 40.1%) over four months, while the excess body weight of those in a control group—although not a placebo control—decreased by 1.8% (from 51% to 49.2% excess weight), thus resulting in a decline-over-placebo of 9.1% excess weight.

85. The 9.1% decrease in excess body weight over four months reported by Livieri, while statistically significant, is not comparable to the 40 to 50% of excess weight that Roca Labs states that teens and children will easily lose on its regimen. Furthermore, a few simple calculations demonstrate that the pounds lost in the Livieri study could in no way be deemed equivalent to that promoted by Roca Labs. Based on the Livieri results, a child weighing 151 pounds with 51% excess body weight (51 pounds more than an ideal weight of 100 pounds for the child's size) would have lost about 9 pounds, or roughly 2.25 pounds per month. A child weighing 106 pounds with 51% excess body weight (36 pounds over an ideal weight of 70 pounds) would have lost about 6.7 pounds more than placebo, roughly 1.7 pounds per month. This is not comparable to the weight loss claims for Roca Labs products.

86. The Livieri study was also relatively small (just 23 in the treatment group, 30 in placebo), was open label (i.e., not blinded), and was not placebo controlled, raising substantial questions about the validity of its results. It was due to these methodological flaws that the Livieri study was excluded from two of the recent meta-analyses on glucomannan (Onakpoya and Zalewski).

87. In sum then, there are no studies of the specific Roca Labs combination of ingredients effect on children, and only one study of an individual Roca Labs Formula ingredient,

38

that found any weight loss. That individual ingredient study (Livieri) was small and flawed and did not show weight loss comparable to that claimed by Roca Labs.

88. The three recent meta-analyses discussed above confirm the lack of competent and reliable scientific evidence that glucomannan is effective for children to use to lose weight. Zalewski, for one, concluded, "Limited data do not allow one to draw any conclusions with regards to the effect of GM [glucomannan] supplementation in children."

89. It is therefore my expert opinion that there is no competent and reliable scientific evidence for the claim that use of the Roca Labs Formula and Anti-Cravings is effective for weight loss in children as young as six years old.

90. As far as the Roca Labs claim that its products are safe for use by children as young as six years old, again, Roca Labs lacks competent and reliable scientific evidence. As noted previously, it cannot simply be assumed that since the Roca Labs' products or ingredients may be safe for adults, that they are safe for children. In order to make such a claim, the product—or at the very least, its individual ingredients—would need to be tested for safety on children. Yet there have been no such safety tests, whether of the combined substance used by Roca Labs or of the individual ingredients. The four small glucomannan studies noted above were designed to test weight-loss efficacy for children, not safety, and were not of the size or duration necessary to provide competent and reliable scientific evidence that the substance is safe for children.

91. Furthermore, in none of the four glucomannan trials were the children taking more than three grams per day. Often they were taking less. Whereas the Roca Labs instructions do not specify a precise amount for children to take, other than stating that children should

39

take a "low dose."  This non-specificity, along with the general Roca Labs directions that

users should take a 9-gram dose (eight grams of which are fiber), creates a possibility,

and even a likelihood, that children would ingest more than three grams of glucomannan

per day, and there are not any trials, that I am aware of, in which children have taken that

high a dose.

92. It may also be worth noting that during the Livieri study, the treatment group had a much

higher drop-out rate than the control group because several children taking the

glucomannan quit the study due to abdominal pain and diminished appetite.

93. Therefore, it is my expert opinion that there is no competent and reliable scientific

evidence for the claim that use of the Roca Labs Formula and Anti-Cravings is safe for

weight loss in children as young as six years old.

XI.    USE OF ROCA LABS' PRODUCTS IS NOT SCIENTIFICALLY PROVEN TO
HAVE A NINETY-PERCENT SUCCESS RATE IN FORCING USERS TO
EAT HALF THEIR USUAL FOOD INTAKE AND CAUSE SUBSTANTIAL WEIGHT LOSS.

94. As explained above in paragraphs 23-26, scientific proof of weight loss claims would

require well-designed and well-conducted randomized controlled clinical trials showing

weight loss. Yet the only clinical trial actually performed on the Roca Labs products did

not find any weight loss, nor were there even statistically significant findings that users

were less hungry after taking the product.

95. As explained above, the clinical trials for the ingredients in Roca Labs products also do

no establish that users will achieve substantial weight loss.

96. I am not aware of any clinical trials that establish that users of any ingredients in Roca

Labs products are forced to eat half their usual food intake. None of the articles I am

aware of declared that users in the treatment group were forced—by ingestion of the fiber

ingredient itself—to eat half their usual food intake, and such a reduction would almost

certainly have resulted in dramatic weight loss far in excess of that shown in any of the

clinical trials.

97. Therefore, it is my expert opinion that use of Roca Labs products is not scientifically

proven to have a ninety-percent success rate in forcing users to eat half their usual food

intake and cause substantial weight loss.

## XII.   CONCLUSION

98. In conclusion, there is no competent and reliable scientific evidence that:

   a.   use of Roca Labs Formula and Anti-Cravings enables people to reduce food

        intake by fifty percent and to lose substantial amounts of weight quickly,

        including as much as 21 pounds in one month, and as much as 100 pounds in

        seven to ten months;

   b.   ninety percent of people who use Roca Labs products will lose substantial

        amounts of weight;

   c.   consumers who use the Roca Labs Formula and Anti-Cravings can achieve results

        comparable or superior to bariatric surgery in providing weight loss benefits; and

   d.   use of the Roca Labs Formula and Anti-Cravings is safe and effective for weight

        loss in children as young as six years old.

99. It is my conclusion that use of the Roca Labs Formula and Anti-Cravings is not

scientifically proven to have a ninety-percent success rate in forcing users to eat half their

usual food intake and cause substantial weight loss.

Date: 12/19/16

Steven B. Heymsfield, M.D.

41

PX3-43

# PX3
# Att. A

# Declaration and
# Expert Report of
# Steven B. Heymsfield, M.D.

Updated  November 22, 2016

**Steven B. Heymsfield, M.D.**
Professor
Pennington Biomedical Research Center
Louisiana State University System
6400 Perkins Road
Baton Rouge, LA 70808
Phone:  225-763-2541
Fax:  225-763-2525
Cell:  225-252-8932
E-mail:  Steven.Heymsfield@pbrc.edu

**Birth date**: July 15, 1944
**Birthplace**: Brooklyn, New York
**Citizenship**: U.S.A.

**Education**

| Degree | Major/Discipline | School | Date(s) of Attendance | Graduation Year |
|--------|------------------|--------|-----------------------|-----------------|
| AB | Chemistry | Hunter College/CUNY, NY, NY | 9/1962-6/1966 | 1966 |
| | Biochemistry | Cornell University, Ithaca, NY | 7/1966-3/1967 | |
| | Medicine | University of Tennessee Medical Units, Memphis, TN | 4/1967-8/1968 | |
| MD | Medicine | Mount Sinai School of Medicine, NY, NY | 9/1968-6/1971 | 1971 |

Licensed in GA, 1973
Licensed in NY, 1987
Licensed in LA, 2011 #205077

**Professional Experience**

| Dates | Position | Institution | Supervisor |
|-------|----------|-------------|------------|
| 7/1971-6/1972 | Medical Intern | Emory Univ., Atlanta, GA | J. Willis Hurst, MD |
| 7/1972-6/1973 | Medical Resident | Emory Univ., Atlanta, GA | J. Willis Hurst, MD |
| 7/1973-6/1975 | Pharmacology Fellow | Emory Univ., Atlanta, GA | John McNay, PhD |

PX3-45

| Dates | Position | Institution | Supervisor |
|---|---|---|---|
| 7/1975-6/1978 | Assistant Professor of Medicine | Emory Univ., Atlanta, GA | J. Willis Hurst, MD |
| 7/1975-6/1983 | Assistant Director, NIH Clinical Research Facility | Emory Univ., Atlanta, GA | Daniel Rudman, MD |
| 7/1978-6/1986 | Associate Professor of Medicine | Emory Univ., Atlanta, GA | J. Willis Hurst, MD |
| 7/1980-6/1984 | Director/Division of Nutrition in Medicine | Emory Univ., Atlanta, GA | J. Willis Hurst, MD |
| 7/1986-6/1994 | Associate Professor of Medicine | Columbia University, NY, NY | Theodore Van Itallie |
| 7/1986-10/2004 | Director, Human Body Composition Laboratory and Weight Control Unit, New York Obesity Research Center, St. Luke's-Roosevelt Hospital | Columbia University, College of Physicians and Surgeons, NY, NY | Theodore VanItallie, MD & Xavier PiSunyer, MD |
| 9/1986-6/1994 | Visiting Physician | Rockefeller University, NY, NY | Jules Hirsch, MD |
| 7/1987-10/2004 | Research Scientist, Department of Energy | Brookhaven National Laboratory, Upton, NY | Stanton Cohn, PhD |
| 7/1990-6/1997 | Associate Professor of Applied Physiology | Teachers College, Columbia Univ., NY | Robert Gutin, PhD |
| 1/1990-10/2004 | Deputy Director, New York Obesity Research Center, St. Luke's-Roosevelt Hospital | Columbia University, College of Physicians and Surgeons, NY, NY | Xavier PiSunyer, MD |
| 7/1994-10/2004 | Professor of Medicine | Columbia University, College of Physicians and Surgeons, NY, NY | Myron Weisfeldt, MD |
| 1/1998-10/2004 | Affiliate Faculty Member, Department of Biomedical Engineering | Columbia University, College of Physicians and Surgeons, NY, NY | Van Mow, PhD |
| 11/2004-12/2007 | Executive Director, Clinical Sciences, Metabolism | Merck & Co., Rahway, NJ | John Amatruda, MD |
| 11/2004-5/2010 | Visiting Scientist, New York Obesity Research Center, St. Luke's-Roosevelt Hospital Center | Columbia University, College of Physicians and Surgeons, NY, NY | Xavier PiSunyer, MD |
| 1/2008-5/2010 | Global Director, Scientific Affairs, Obesity; Merck & Co. | Merck & Co., Rahway, NJ | Richard Pasternak, MD |
| 6/2010-5/2013 | Executive Director, Pennington Biomedical Research Center, George | Louisiana State University, Baton | John V. Lombardi, PhD |

2

| Dates | A. Bray, Jr. Chair in Nutrition | Rouge, LA | |
|-------|--------------------------------|-----------|-|
| | **Position** | **Institution** | **Supervisor** |
| 6/2013- | Professor, George A. Bray Chair in Nutrition | Louisiana State University, Baton Rouge, LA | William Cefalu, MD |
| 4/1/2014- | Consultant in Nutrition | Massachusetts General Hospital, Harvard Medical School, Boston, MA | Anne Klibanski, MD |
| 6/1/2015 | Professor, Pennington Biomedical Research Center | Louisiana State University, Baton Rouge, LA | William Cefalu, MD |
| 12/15/2015 | Advisory Board | LSU Museum of Art | Richard J. Koubek |

**Professional Organization Memberships**

> American Federation of Clinical Research
> American Institute of Nutrition
> American Society of Clinical Nutrition (Fellow)
> Southern Society of Clinical Investigation (inactive)
> American Society of Parenteral and Enteral Nutrition (Fellow)
> The Obesity Society

**Honors and Awards**

> Dean's List, 1965, 1966 - Hunter College, City University of New York.
> Phi Sigma, 1966 - Phi Sigma, Biological Sciences Honor Society; Hunter College
> Dean's List, 1968, 1969 - Medical Units, University of Tennessee.
> Mosby Award in Clinical Medicine, 1971 - Mt. Sinai School of Medicine.
> First Place Award - Annual Emory Univ. Housestaff Research Day, 1972.
> Crutcher Award - Annual Emory Univ. Housestaff Research Day, 1974.
> Clinical and Research Scholar, American College of Physicians, 1979-1982.
> Honorary Member, Latin American & Argentine Medical Associations, 1985.
> Horowitz Alumni Award, Mount Sinai School of Medicine - Outstanding
>        Medical Investigator, 1987.
> Burroughs-Welcome Scholar in Basic Science, 1988.
> Honorary Member, American Dietetic Association, 1996.
> Honorary Member, Chilean Clinical Nutrition Association, 1997.
> Honorary Member, New York Dietetic Association, 1997.
> Fourth Beaudette-Thompson Lectureship, Rutgers University, 1998.
> Hellenistic Medical Society Lectureship, 1999.
> Fifth Annual Clinical Nutrition Foundation Lectureship, 1999.
> Rhoades Award, American Society of Parenteral and Enteral Nutrition, 2002.
> TOPS Award, North American Association for the Study of Obesity, 2003.
> Mayor's Award for Science and Technology, 2004.

PX3-47

Gilbert B. Forbes Memorial Lecture, International Society of Body Composition
     Research, 2005.
Daniel Rudman Memorial Lecture, Medical College of Wisconsin, 2005.
Keynote Speaker, Alberta Obesity Summit, 2006.
Keynote Speaker, Nutrition & Cancer, GANEPAO; Brazil, 2006.
Keynote Speaker, 11th Congresso Portugues de Obesidade, 2007.
Keynote Speaker, XVII Congresso Brasileiro de Nutricao Parenteral e Enteral, 2007.
Keynote Speaker, Most Significant Advances in Obesity Research, Pennington
     Biomedical Research Center, 2008.
Keynote Speaker, Kieler-Woche, Christian-Albrechts Univ. zu Kiel, Germany, 2009.
Fellow of the American Society for Nutrition, 2010.
3rd Annual Alfredo Lopez-S Nutrition Lecture, Louisiana State University, 2011.
Fellow of the American Society for Parental and Enteral Nutrition, 2012.
SCOPE International Fellowship, 2012.
Keynote Speaker, SCAN annual meeting, Chicago, 2013.
Keynote Speaker, Korean Endocrine Society annual meeting, Seoul, 2013.
Keynote Speaker, Prader-Willi Syndrome annual meeting, 2013.
Keynote Speaker, Chinese Endocrinology Society annual meeting, Xian, 2013.
Keynote Speaker, Hippocrates Lecture, Sarcopenia & Cachexia Society Annual Meeting,
     Kobe, 2013.
Fellow of the Obesity Society, 2014.
Keynote Speaker, International Congress on Body Composition Research, Lisbon, 2014.
Keynote Speaker, Advances and Novel Targets in Energy Balance and Obesity,
     Harvard, 2014.
Keynote Speaker, Food & Nutrition Congress Expo, 2014.
Keynote Speaker, Royal Society of Medicine, 2014.
Keynote Speaker, American Society of Parenteral and Enteral Nutrition: Dudrick
Symposium, 2015.
Lecture, P8311  Nutrition Courwse,  Columbia University, New York, 2015
Robert H. Herman Award, American Society of Nutrition, 2015.
McCay Lecture, 150th Anniversary/Cornell University, 2015.
Speaker, Medicine Grand Rounds, Boston University, Boston, 2015
George A Bray Founders Award, The Obesity Society, 2016


## PUBLICATIONS

### Original Peer-Reviewed Articles

Metzger AL, Heymsfield SB, Grundy SM.  The lithogenic index - a numerical expression for the relative lithogenicity of bile.  Gastroenterology 62:499-501, 1972.

Metzger AL, Adler R, Heymsfield SB, Grundy SM.  Diurnal variation in biliary lipid composition.  N Eng J Med 288:333-336, 1973.

Heymsfield SB.  Cystic dilation of the intrahepatic biliary tree (Carolis Disease) - a suggested treatment.  Gastroenterolgy 64:663, 1973.

Wenger J, Heymsfield SB. Adsorption of bile by aluminum hydroxide. J Pharmacol Exp Ther 14:163-165, 1974.

Heymsfield SB. Clinical data: the basis of normal and abnormal. In: Walder HK, Hall SD, Hurst JW, eds. Clinical Methods: the history, physical and laboratory examinations. Boston: Butterworth Publishers, 1033-1040, 1976.

Rudman D, Chawla RK, Heymsfield SB, Bethel RA, Shoji M, Vogler WR, Nixon DW. Urinary excretion of the cancer-related glycoprotein EDCI: effect of chemotherapy. Ann Intern Med 86:174-179, 1977.

Chawla RK, Heymsfield SB, Wadsworth AA, Shoji M, Rudman D. Isolation and characterization of a glycoprotein (JBB5) in the urine of a patient with carcinoma of the colon. Cancer Res 37:873-878, 1977.

Heymsfield SB, Bethel RA, Rudman D. Hyperresponsiveness of patients with clinical and premyopathic myotonic dystrophy to human growth hormone. J Clin Endocrinol Metab 45:147-158, 1977.

Schlant RC, Felner JM, Heymsfield SB, Gilbert CA, Shulman NB, Tuttle EP, Blumenstein BA. Echocardiographic studies of left ventricular anatomy and function in essential hypertension. Cardiovasc Med 2:477-491, 1977.

Gilbert CA, Nutter DO, Felner JM, Perkins JV, Heymsfield SB, Schlant RC. Echocardiographic study of cardiac dimensions and function in the endurance-trained athlete. Am J Cardiol 40:528-533, 1977.

Cutter G, Heymsfield SB, Kraus J, Lee ES, McDill M, Stamler T, Watson R. Race, education and prevalence of hypertension. Am J Epidemiol 106:351-361, 1977.

Heymsfield SB, Bethel RA, Hall EC, Mills JB, Moseley MH, Kostyo JL, Rudman D. Anabolic actions of reduced and S-Carbamidomethylated human growth hormone and its plasmin digest in man. J Clin Invest 60:563-570, 1977.

Vincenti FG, Heymsfield SB. Reversible malignant hypertension and azotemia due to urethral stricture. Arch Intern Med 137:370-372, 1977.

Heymsfield SB, Bethel RA, Ansley JD, Gibbs DM, Felner JM, Nutter DO. Cardiac abnormalities in cachectic patients before and during nutritional repletion. Am Heart J 95:584-594, 1978.

Heymsfield SB, McNish T, Perkins JV, Felner JM. Sequence of cardiac changes in Duchenne muscular dystrophy. Am Heart J 95:283-294, 1978.

PX3-49

Rudman D, Davis GT, Priest JH, Patterson JH, Kutner MH, Heymsfield SB, Bethel RA. Prevalence of growth hormone deficiency in children with cleft lip or palate. J Pediatr 93:378-382, 1978.

Bethel RA, Jansen RD, Heymsfield SB, Ansley JD, Hersh T, Rudman D. Nasogastric hyperalimentation through a polyethylene catheter: an alternative to central venous hyperalimentation. Am J Clin Nutr 32:1112-1120, 1979.

Heymsfield SB, Olafson RP, Kutner MH, Nixon DW. A radiographic method of quantifying protein-calorie undernutrition. Am J Clin Nutr 32:693-702, 1979.

Nutter DO, Murray G, Heymsfield SB, Fuller EO. The effect of chronic protein-calorie undernutrition in the rat on myocardial function and cardiac function. Circ Res 45:144-152, 1979.

Heymsfield SB, Fulenwider T, Nordlinger B, Barlow R, Sones P, Kutner M. Accurate measurement of liver, kidney and spleen volume and mass by computerized axial tomography. Ann Intern Med 90:185-187, 1979.

Heymsfield SB, Noel R, Lynn M, Kutner M. Accuracy of soft tissue density predicted by CT. J Comput Assist Tomogr 3:859-360, 1979.

Heymsfield SB, Bethel RA, Ansley JD, Nixon DW, Rudman D: Enteral hyperalimentation: an alternative to central venous hyperalimentation. Ann Intern Med 90:63-71, 1979.

Heymsfield SB, Nutter DO. The heart in protein-calorie undernutrition. In: Hurst JW, ed. Update 1: The Heart. New York: McGraw-Hill, 191-209, 1979.

Heymsfield SB, Horowitz J, Lawson D. Enteral hyperalimentation. In: Berk E, ed. Developments in digestive diseases. Philadelphia: Lea & Febiger, 59-83, 1980.

Nixon DW, Heymsfield SB, Cohen AE, Kutner MH, Ansley J, Lawson DH, Rudman D. Protein-calorie undernutrition in hospitalized cancer patients. Am J Med 68:683-690, 1980.

Horowitz JH, Smith J, Heymsfield SB.  Nutritional support of the trauma patient.  J Med Assoc 69:815-819, 1980.

Heymsfield SB, Smith J, Kasriel S, Barlow J, Lynn MJ, Nixon D, Lawson D.  Energymal absorption: measurement and nutritional consequences.  Am J Clin Nutr 34:1954-1960, 1981.

Horowitz JH, Rypins EB, Henderson JM, Heymsfield SB, Moffitt SD, Bain RP, Chawla RK, Bleier JC, Rudman D.  Evidence for impairment of transsulfuration pathway in cirrhosis. Gastroenterology 81:668-675, 1981.

PX3-50

Lawson DH, Nixon DW, Kutner MH, Heymsfield SB, Rudman D, Moffitt S, Ansley J, Chawla R. Enteral versus parenteral nutritional support in cancer patients. Cancer Treat Rep 65 (supplement 5): 101-106, 1981.

Nixon DW, Lawson DH, Kutner M, Ansley J, Schwartz M, Heymsfield SB, Chawla R, Cartwright TH, Rudman D. Hyperalimentation of the cancer patient with protein-calorie undernutrition. Cancer Res 41:2038-2045, 1981.

Henderson JM, Heymsfield SB, Horowitz J, Kutner MH. Measurement of liver and spleen volume by computed tomography. An assessment of reproducibility, and changes found following a selective distal splenorenal shunt. Radiology 141:525-527, 1981.

Nixon DW, Moffitt S, Lawson DH, Ansley J, Lynn MJ, Kutner MH, Heymsfield SB, Wesley M, Chawla R, Rudman D. Total parenteral nutrition as an adjunct to chemotherapy of metastatic colorectal cancer. Cancer Treat Rep 65; Supplement 5;121-128, 1981.

Darsee JR, Fulenwider JT, Rikkers LF, Ansley JD, Nordlinger BF, Ivey G,Heymsfield SB. Hemodynamics of LeVeen shunt pulmonary edema. Ann Surg. 1981;194:189-92.

Heymsfield SB, Noel R.  Radiographic analysis of body composition by computerized axial tomography.  In: Ellison N and Newell G, eds.  Nutr Cancer 17:161-172, 1981.

Nixon DW, Moffitt S, Olkowski Z, Ansley J, Kutner M, Lawson DH, Heymsfield SB, Lynn M, Rudman D. Parenteral nutrition supplementation in cancer. In: Howard, Alan, Baird, McLean, eds. Recent Advances in Clinical Nutrition. London: John Libby & Co, 1981.

Heymsfield SB, Smith JL, Redd S, Whitworth HB.  Nutritional support in cardiac failure.  In: Mullen JL, Crosby LO, Rombeau JL, eds. Symposium on surgical nutrition.  Surg Clin North Am 61:635-652, 1981.

Horowitz J, Smith J, Lawson D, Heymsfield SB. Nutritional management of the surgical patient. In: Walker H and Lubin M, eds. Management of the Surgical Patient. Boston: Butterworth Publishers, 1982.

Smith J, Horowitz J, Henderson JM, Heymsfield SB. Enteral hyperalimentation in undernourished patients with cirrhosis and ascites. Am J Clin Nutr 35:56-72, 1982.

Heymsfield SB, McManus C, Smith J, Stevens V, Nixon DW. Anthropometric measurement of muscle mass: revised equations for calculating bone-free arm muscle area. Am J Clin Nutr 36:680-690, 1982.

Smith JL, Arteaga C, Heymsfield SB. Increased ureagenesis and impaired nitrogen use during infusion of a synthetic amino acid formula. N Eng J Med 306:1013-1018, 1982.

Heymsfield SB, McManus C, Stevens V, Smith J. Muscle mass: Reliable indicator of protein-energy malnutrition severity and outcome. Am J Clin Nutr 35:1192-1199, 1982.

Heymsfield SB, Stevens V, Noel R, McManus C, Smith J, Nixon D. Biochemical composition of muscle in normal and semistarved human subjects: relevance to anthropometric measurements. Am J Clin Nutr 36:131-142, 1982.

Brubaker LH, Prisant ML, Heymsfield SB.  Computer-assisted nutritional assessment.  Phys Comp 1:39-41, 1983.

Heymsfield SB, Arteaga C, McManus C, Smith J, Moffitt S. Measurement of muscle mass in humans: validity of the 24 hour urinary creatinine method. Am J Clin Nutr 37:478-494, 1983.

Smith JL, Heymsfield SB. Enteral nutritional support: formula preparation from modular ingredients. JPEN 7:280-288, 1983.

Heymsfield SB, Smith- Andrews JL, Hersh T. Home nasoenteric feeding for malabsorption and weight loss refractory to conventional therapy. Ann Intern Med. 98:168-170, 1983.

Pilbeam SP, Head A, Grossman GD, Staton GW, Heymsfield SB.  Undernutrition and the respiratory system (part 1).  Metabolic and physiologic consequences.  Resp Ther 13:65-69, 1983.

Pilbeam SP, Head A, Grossman GD, Staton GW, Heymsfield SB.  Undernutrition and the respiratory system (part 2).  Nutritional support.  Resp Ther 13:72-78, 1983.


Heymsfield SB, Smith-Andrews JL, Hersh T. Home nasoenteric feeding for malabsorption and weight loss refractory to conventional therapy. Ann Intern Med 98:168-170, 1983.

Affarah HB, Mars RL, Someren A, Smith III HWB, Heymsfield SB. Myoglobinuria and acute renal failure: association with intravenous infusion. Southern Med J 77:918-921, 1984.

Heymsfield SB, Tochilin N, McManus CB, Gerron G.  Nitrogen Balance.  Clin Consult 4(1), 1984.

Heymsfield SB, McManus III C, Seitz S, Nixon D, Smith J. Anthropometric assessment of adult protein-energy malnutrition. In: Wright RA and Heymsfield SB, eds. Nutritional Assessment of the Hospitalized Patient. Boston: Blackwell Scientific Publications, Inc, 27-82, 1984.

Bagatell CJ, Heymsfield SB. Effect of meal size on myocardial oxygen requirements: implications for postmyocardial infarction diet. Am J Clin Nutr, 39:421-426, 1984.

Heymsfield SB, Bleier J, Whitmire L, McManus C, Smith-Andrews J, Hallenbeck J, Hersh T. Nutrient bioavailability from nasojejunally administered enteral formulas: comparison to solid food. Am J Clin Nutr 39:243-250, 1984.

PX3-52

McManus C, Newhouse H, Seitz S, Nixon D, Poppendiek H, Heymsfield S. Human gradient-layer calorimeter: development of an accurate and practical instrument for clinical studies. JPEN 8(3):317-320, 1984.

Head CA, McManus CB, Seitz S, Grossman GD, Staton GW, Heymsfield SB. A simple and accurate indirect calorimetry system for assessment of resting energy expenditure. JPEN 8(1):45-48, 1984.

Hill JO, Heymsfield SB, McManus III C, DiGirolamo M. Meal size and thermic response to food in male subjects as a function of maximum aerobic capacity. Metabolism 33:743-749, 1984.

Heymsfield SB, Head CA, McManus III CB, Seitz S, Staton GW, Grossman GD. Respiratory, cardiovascular, and metabolic effects on enteral hyperalimentation: Influence of formula dose and composition. Am J Clin Nutr 40:116-130, 1984.

Daly JM, Heymsfield SB, Head CA, Harvey LP, Nixon DW, Katzeff H, Grossman GD. Human energy requirements: Overestimation by widely used prediction equation. Am J Clin Nutr 42:1170-1174, 1985.

Isner JM, Roberts WC, Heymsfield SB, Yager J. Anorexia nervosa and sudden death. Ann Intern Med 102:49-52, 1985.

Hill JO, DiGirolamo M, Heymsfield SB. Thermic effect of food after ingested versus tube-delivered meals. Am J Physiol 248:370-374, 1985.

Head CA, Grossman GD, Jordan JC, Hepler EL, Heymsfield SB. A valve system for the accurate measurement of energy expenditure during mechanically ventilated patients. Resp Care 30:969-973, 1985.

Hill JO, DiGirolamo M, Heymsfield SB. A new approach for studying the thermic response to dietary fuels. Am J Clin Nutr 42:1290-1298, 1985.

Lawson DH, Stockton LH, Bleier JC, Acosta PB, Heymsfield SB, Nixon DW. The effect of a phenylalanine and tyrosine restricted diet on elemental balance studies and plasma aminograms of patients with disseminated malignant melanoma. Am J Clin Nutr 41:73-84, 1985.

Heymsfield SB, McManus CB. Tissue components of weight loss in cancer patients. Cancer 55:238-249, 1985.

Heymsfield SB, McManus C, Hill J, DiGirolamo M, Nixon D, Head A, Grossman G. Bioenergetic studies in adult patients recovering from semi-starvation.  Int J of Obesity 9(supp. 2): 147-153, 1985.
Heymsfield SB, Andrews JS. Enteral nutritional support. In: Berk JE, ed. Bockus: Gastroenterology. Vol 7, 4th edition. Philadelphia: W.B. Saunders Co, 4361-4378, 1985.

Heymsfield SB. Human Body Composition: Analysis by computerized axial tomography and

nuclear magnetic resonance. In: Vargan NG, ed. Human Body Composition and Fat Distribution. EURO-NUT report 8; CIP-Gegevens Koninklijke Bibliotheek, Den Haag, 1985.

Heymsfield SB. Clinical Assessment of Lean Tissues: Future Directions. In: Roche, AF, ed. Body-Composition Assessments in Youth and Adults. Ohio: Ross Laboratories, 6th Conference, 53-59, 1985.

Affarah HB, Hall WD, Heymsfield SB, Kutner M, Wells JO, Tuttle EP. High- carbohydrate diet: Antinatriuretic and blood pressure response in normal men. Am J Clin Nutr 44:341-348, 1986.

Heymsfield SB, Erbland M, Casper K, Grossman G, Roongpisuthipong C, Hoff  J, Head A. Enteral Nutritional Support: Metabolic, Cardiovascular and Pulmonary Interrelations. In: Askanazi J ed. Clinics in Chest Medicine. Vol 7(1), Philadelphia: W.B. Saunders, 41-67, 1986.

Heymsfield SB, Casper K.  Anthropometric assessment of the adult hospitalized patient.  JPEN 11:36S-41S, 1987.

Heymsfield SB, Casper K, Funfar J. Physiologic response and clinical implications of nutrition support. Am J Cardiol 60:75G-81G, 1987

Heymsfield SB, Hill JO, Evert M, Casper K, DiGirolamo M. Energy Expenditure during continuous intragastric infusion of fuel: influence of formula infusion rate. Am J Clin Nutr 45:526-533, 1987.

Roongpisuthipong C, Heymsfield SB, Casper K, Hill JO. Continuous nasoenteral feeding: inverse relation between infusion rate and serum levels of bilirubin. JPEN 11:544-546, 1987.

Heymsfield SB, Rolandelli R, Casper K, Settle RG, Korunda M. Application of electromagnetic and sound waves in nutritional assessment. JPEN 11:64S-69S, 1987.

Leff ML, Hill JO, Yates AA, Costonis GA, Heymsfield SB. Resting metabolic rate: measurement reliability. JPEN 11(4):354-358, 1987.

Heymsfield SB, Casper K, Grossman GD. Bioenergetic and metabolic response to continuous versus intermittent nasoenteric feeding. Metabolism 36(6):570-575, 1987.

Evans WK, Nixon DW, Daly JM, Ellenberg SS, Gardner L, Wolfe E, Shepherd FA, Feld R, Gralla R, Fine S, Kemeny N, Jeejeebhoy KN, Heymsfield S, Hoffman FA. A randomized study of oral nutritional support versus ad lib nutritional intake during chemotherapy for advanced colorectal and non-small-cell lung cancer. J Clin Oncol 5(1):113-124, 1987.

Heller PA, Shronts E, Akrabawi S, Heymsfield SB. Free amino acid formula: nitrogen utilization and metabolic effects in normal subjects. JPEN 11(6):533-539, 1987.
Heymsfield SB.  Human body composition: analysis by computerized axial tomography and nuclear magnetic resonance.  AIN Symposium Proceedings.  Nutrition, 1987.

Heymsfield SB, Smith-Andrews J, Hood R, Williams PJ, Bagatell CJ. Nutrition and the heart. In: Grand R and Sutphin D, eds. The Theory and Practice of Nutrition in Pediatrics. Boston: Butterworths Publishers, 1987.

Nixon DW, Kutner M, Heymsfield SB, Foltz AT, Carty C, Seitz S, Casper K, Evans WK, Jeejeebhoy KN, Daly JM, Heber D, Poppendiek H, Hoffman FA. Resting energy expenditure in lung and colon cancer. Metabolism 37(11):1059-1064, 1988.

Heymsfield SB, Roongpisuthipong C, Evert M, Casper K, Heller P, Akrabawi SS. Fiber supplementation of enteral formulas: effects on the bioavailability of major nutrients and gastrointestinal tolerance. JPEN 12:265-73, 1988.

Heymsfield SB, Casper K. Continuous nasoenteric feeding: bioenergetic and metabolic response during recovery from semistarvation. Am J Clin Nutr 47:900-910, 1988.

Baumgartner RN, Heymsfield SB, Roche AF, Bernardino M. Abdominal composition quantified by computed tomography. Am J Clin Nutr 48:936-945, 1988.

Heymsfield SB, Hoff RD, Gray TF, Galloway J, Casper K. Heart Diseases. In: Kinney JM, ed. Nutrition and Metabolism in Patient Care. Philadelphia: W.B. Saunders Co, 1988.

Heymsfield SB, Williams PJ. Nutritional assessment by clinical and biochemical methods. In: Shils ME and Young VR, eds. Modern Nutrition in Health and Disease. Philadelphia: Lea & Febiger, Seventh edition, 817-860, 1988.

Horowitz J, Roongpisuthipong C, Hoff J, Heymsfield SB. Nutritional Management of the Surgical Patient; Chapter 1 in Medical Management of the Surgical Patient, 1st and 2nd edition. Boston: Butterworth Publishers, 1982 (1st ed), and 1988 (2nd ed).

Horowitz J, Roongpisuthipong C, Hoff J, Heymsfield SB. Methods of Nutritional Support; Chapter 2 in Medical Management of the Surgical Patient, 2nd edition. Boston: Butterworth Publishers, 1988.

Heymsfield SB. Anthropometric measurements in acute and chronic illness. In: Lohman TG, Roche AF, Martorell R, eds. Anthropometric Standardization Reference Manual. Champaign, III: Human Kinetics Books, 1988.

Heymsfield SB, Christy GW, Bills E, Payne Y. Nutrition and Cardiovascular Disease. Current Therapy in Nutrition. K Jeejeebhoy, B.C. Decker, Burlinton, Ontario, 245-260, 1988.

Heymsfield SB. Editor of Nutrition Section and author/co-author of nine chapters in Medicine for the Practicing Physician. Hurst W, ed. Boston: Butterworth Publishers, 1983. 2nd edition, 1988.

PX3-55

Heymsfield SB, Hoff RD, Gray TF, Galloway J, Casper K. Heart Diseases. In: Kinney JM, Jeejeebhoy KN, Hill GL, Owen OE, eds. Nutrition and Metabolism in Patient Care. Philadelphia: W.B. Saunders Co., Ch. 26, 477-509, 1988.

Merritt RJ, Heymsfield SB, Howard L, Rombeau J.  Biennial survey of physician clinical nutrition training programs.  Am J Clin Nutr 47:911-921, 1988.

Heymsfield SB.  Postgraduate physician training in nutrition: the 1985 American Society of Clinical Nutrition survey.  J Nutr Educ 20(1):S20-S24, 1988.
Heymsfield SB, Ferraro R, Mezitis NHE. Parenteral nutrition in adults. In: Rakel R.E. ed. Conn's Current Therapy. Philadelphia: W.B. Saunders Co., 537-541, 1989.

Heymsfield SB, Casper K, Hearn J, Guy D. Rate of weight loss during underfeeding: relation to level of physical activity. Metabolism 38(3):215-223, 1989.

Heymsfield SB, Casper K. Congestive heart failure: clinical management by use of continuous nasoenteric feeding. Am J Clin Nutr 50:539-544, 1989.

Heymsfield SB, Wang J, Heshka S, Kehayias JJ, Pierson RN Jr. Dual-photon absorptiometry: comparison of bone mineral and soft tissue mass measurement in vivo with established methods. Am J Clin Nutr 49:1283-1289, 1989.

Heymsfield SB, Wang J, Kehayias J, Heshka S, Lichtman S, Pierson RN Jr. Chemical determination of human body density in vivo: relevance to hydrodensitometry. Am J Clin Nutr 50:1282-1289, 1989.

Wang J, Heymsfield SB, Aulet M, Thornton JC, Pierson RN Jr. Body fat from body density: underwater weighing vs. dual photon absorptiometry. Am J Physiol E829-E834, 1989.

Heymsfield SB, Wang J, Lichtman S, Kamen Y, Kehayias J, Pierson RN Jr. Body composition in elderly subjects: a critical appraisal of clinical methodology. Am J Clin Nutr 50:1167-1175, 1989.

Reinus JF, Heymsfield SB, Wiskind R, Casper K, Galambos JT. Ethanol: relative fuel value and metabolic effects in vivo. Metabolism 38:125-135, 1989.

Heymsfield SB, Smith R, Aulet M, Bensen B, Lichtman S, Wang J, Pierson RN Jr. Appendicular skeletal muscle mass: measurement by dual photon absorptiometry. Am J Clin Nutr 52:214-218, 1990.

Heymsfield SB, Lichtman S, Baumgartner RN Jr, Wang J, Kamen Y, Aliprantis A, Pierson RN Jr. Body composition of humans: comparison of two improved four-compartment models that differ in expense, technical complexity, and radiation exposure. Am J Clin Nutr 52:52-58, 1990.

Devlin MJ, Walsh BT, Kral JG, Heymsfield SB, Pi-Sunyer FX, Dantzic S. Metabolic abnormalities in bulimia nervosa. Arch Gen Psych 47:144-148, 1990.

Casper K, Matthews DE, Heymsfield SB. Overfeeding: cardiovascular and metabolic response during continuous formula infusion in adult humans. Am J Clin Nutr 52:602-609, 1990.

VanItallie TB, Yang MU, Heymsfield SB, Funk RC, Boileau RA. Height-normalized indices of the body's fat-free mass and fat mass: potentially useful indicators of nutritional status. Am J Clin Nutr 52:953-959, 1990.

Heymsfield SB, Wang J, Aulet M, Kehayias J, Lichtman S, Kamen Y, Dilmanian FA, Lindsay R, Pierson RN Jr. Dual photon absorptiometry: validation of mineral and fat measurements. In: Yasumura S, et al, eds. Advances in Vivo Body Composition Studies. New York: Plenum Press, 327-337, 1990.

Heymsfield SB. Cardiac cachexia: An overview. In: Tanaka T, Okada, eds. A Nutritional Support in Organ Failure. Amsterdam: Exerpta Medica, 1990.

Dilmanian FA, Weber DA, Yasumura S, Kamen Y, Lidofsky L, Heymsfield SB, Pierson RN Jr, Wang J, Kahayias JJ, Ellis KJ. The performance of the BNL delayed-and prompt-gamma neutron activation systems. In: Yasumura S, et al, eds. Advances in Vivo Body Composition Studies. New York: Plenum Press, 309-316, 1990.

Kehayias JJ, Heymsfield SB, Dilmanian FA, Wang J, Gunther DM, Pierson RN Jr. Measurement of body fat by neutron inelastic scattering: comments on installation, operation and error analysis. In: Yasumura S, et al, eds. Advances in Vivo Body Composition Studies. New York: Plenum Press, 339-346, 1990.

Pierson RN Jr, Wang J, Heymsfield SB, Dilmanian FA, Weber DA. High precision in vivo neutron activation analysis: a new era for compartmental analysis in body composition. In: Yasumura S, et al, eds. Advances in Vivo Body Composition Studies.  New York: Plenum Press, 317-325, 1990.

Heymsfield SB.  Anthropometric measurements: application in hospitalized patients. Infusionstherapie 17 (suppl 3):48-51, 1990.

Heymsfield SB, Lichtman SW.  New approaches to body composition research: a reexamination of two-compartment model assumptions.  Infusionstherapie 17(suppl 3): 4-8, 1990.

Heymsfield SB, Waki M.  Body composition in humans: advances in the development of multicompartment chemical models.  Nutr Rev 49:97-108, 1991.

Kotler DP, Tierney AR, Ferraro R, Cuff P, Wang J, Pierson RN Jr, Heymsfield SB. Enteral alimentation and repletion of body cell mass in malnourished patients with  acquired immunodeficiency syndrome. Am J Clin Nutr 53:1-6, 1991.

Kehayias JJ, Heymsfield SB, LoMonte AF, Wang J, Pierson RN Jr. In vivo determination of body fat by measuring total body carbon. Am J Clin Nutr 53:1339-1344, 1991.

Heymsfield SB, Waki M, Kehayias J, Lichtman S, Dilmanian FA, Kamen Y, Wang J, Waki M, Pierson RN Jr. Chemical and elemental analysis of human in vivo using improved body composition models. Am J Physiol 261:190-198, 1991.

Pierson RN Jr, Wang J, Heymsfield SB, Aulet M, Mazariegos M, Tierney M, Smith R, Thornton J. Measuring body fat: calibrating the rulers. intermethod comparisons in 389 normal Caucasian subjects. Am J Physiol 261:103-108, 1991.

Baumgartner RN, Heymsfield SB, Lichtman S, Wang J, Pierson RN Jr. Body composition in elderly people: effect of criterion estimates on predictive equations in the elderly. Am J Clin Nutr 53:1345-1353, 1991.

Geliebter A, Melton PM, McCray RS, Gage D, Heymsfield SB, Abiri M, Hashim SA. Clinical trial of silicone-rubber gastric balloon to treat obesity. Intern J Obesity 15:259-266, 1991.

Waki M, Kral JG, Mazariegos M, Wang J, Pierson RN Jr, Heymsfield SB. Relative expansion of extracellular fluid in obese versus nonobese women. Am J Physiol 261:199-203, 1991. Matthews DE, Heymsfield SB.  ASPEN 1990 research workshop on energy metabolism.  JPEN 15:3-14, 1991.

Heymsfield SB, Baumgartner RN, Dilmanian FA, Lichtman S, Kamen Y. Assessment of body composition: In: Brodoff B, Bjorntorp P, Lippincott JB, eds. Obesity. Philadelphia, Pa, 1991.

Heymsfield SB, Cuff P, Kotler DP. Acquired Immunodeficiency Syndrome: Enteral and Parenteral Support. In: Kotler DP, ed. Nutritional Management of the AIDS Patient. New York: Raven Press, 1991.

Heymsfield SB. Body composition methodology: advanced methods. In: Fidanza F, ed. Nutritional Status Assessment: A manual for population studies. London: Chapman & Hall, 83-96, 1991.


Ortiz O, Russell M, Daley TL, Baumgartner RN, Waki M, Lichtman S, Wang J, Pierson RN Jr, Heymsfield SB. Differences in skeletal muscle and bone mineral mass between black and white females and their relevance to estimates of body composition.  Am J Clin Nutr 55:8-13, 1992.

Berman WH, Raynes-Berman E, Heymsfield SB, Fauci M, Ackerman S. The incidence and comorbidity of psychiatric disorders in obesity. J Pers Dis 6:168-175, 1992.

Wang J, Russell M, Mazariegos M, Burastero S, Thornton J, Lichtman S, Heymsfield SB, Pierson RN Jr. Body fat by dual photon absorptiometry: comparisons with traditional methods in Asians, blacks, and Caucasians. Am J Hum Biol 4:501-510, 1992.

Wang ZM, Pierson RN Jr, Heymsfield SB. The five level model: a new approach to organizing body composition research. Am J Clin Nutr 56:19-28, 1992.

Lichtman SW, Pisarska K, Berman E, Pestone M, Dowling H, Offenbacher E, Weisel H, Heshka S, Matthews DE, Heymsfield SB. Discrepancy between self-reported and actual caloric intake and exercise in obese subjects.  N Eng J Med 327:1893-1898, 1992.

Mazariegos M, Kral JG, Wang J, Waki M, Heymsfield SB, Pierson RN Jr, Thornton JC, Yasumura S. Body composition and surgical treatment of obesity: effects of weight loss on fluid distribution. Ann Surg 216:69-73, 1992.

Allison DB, Heshka S, Pierson RN Jr, Wang J, Heymsfield SB. The analysis and identification of homologizer/moderator variables when the moderator is continuous: an illustration with anthropometric data. Am J Human Biol 4:775-782, 1992.

Albu J, Smolowitz J, Lichtman S, Heymsfield SB, Wang J, Pierson RN Jr., Pi-Sunyer FX. Composition of weight loss in severely obese women: a new look at old methods. Metabolism 41(10):1068-1074, 1992.

Heymsfield SB, Wang ZM, Baumgartner RN, Dilmanian FA, Ma R, Yasumura S.  Body Composition and aging: a study by in vivo neutron activation analysis.  J Nutr 123:432-437, 1993.

Harlan LC, Coates RJ, Block G, Greenberg R, Ershow A, Forman M, Austin DF, Chen V, Heymsfield SB. Estrogen receptor status and dietary intakes in breast cancer patients. Epidemiology 4:25-31, 1993.

Berman WH, Berman ER, Heymsfield SB, Fauci M, Ackerman S. The effect of psychiatric disorders on weight loss in obesity clinical patients. Behav Med 18:167-172, 1993.

Waki M, Heshka S, Heymsfield SB. Long-term lipid lowering, behavior modification, and weight loss in obese women. Nutrition 9:23-28, 1993.

Baumgartner RN, Rhyne RL, Garry PJ, Heymsfield SB. Imaging techniques and anatomical body composition in aging. J Nutr 123 (Suppl 2):444-8, 1993.

Heshka S, Feld K, Yang M, Allison DB, Heymsfield SB. Resting energy expenditure in the obese: a cross-validation and comparison of prediction equations. J Am Diet Assoc 93:1031-6, 1993.

Allison DB, Hoy K, Fournier A, Heymsfield SB. Can ethnic differences in men's preferences for woman's body shapes contribute to ethnic differences in female adiposity? Obes Res 1:425-432, 1993.

Allison DB, Heshka S, Heymsfield SB. Evidence of a major gene with pleiotropic action for a cardiovascular disease risk syndrome in children younger than 14 years. Am J Dis Child 147:1298-1302, 1993.

PX3-59

Allison DB, Heshka S, Sepulveda D, Heymsfield SB. Counting calories: caveat emptor. JAMA 270:1454-1456, 1993.

Allison DB, Heshka S, Gorman BS, Heymsfield SB. Evidence of commingling in human eating behavior. Obes Res 1:339-344, 1993.

Roubenoff R, Kehayias JJ, Dawson-Hughes B, Heymsfield SB. Use of dual energy x-ray absorptiometry in body composition studies: not yet a gold standard. Am J Clin Nutr 58:589-91, 1993.

Heymsfield SB, Wang ZM.  Bioimpedance analysis:  modeling approach at the five-levels of body composition and influence of ethnicity.  Age Nutr 5:106-110, 1994.

Heymsfield SB, Heshka S, Matthews DE.  Doubly labeled water measures energy use.  Scientific American; Sci Med 1: 74-83, 1994.

Zumoff B, Strain GW, Heymsfield SB, Lichtman S. A randomized double-blind crossover study of the antiobesity effects of etiocholanedione. Obes Res 2(1):13-18, 1994.

Penn I, Wang ZM, Buhl K, Allison DB, Burastero S, Heymsfield SB. Body composition and two-compartment model assumptions in male long distance runners. Med Sci Sports Exerc 26:392-7, 1994.

Heymsfield SB, Allison DB, Pi-Sunyer FX, Sun Y. Columbia respiratory chamber indirect calorimeter: a new approach to air flow modeling. Med Biol Eng Comp 32:406-410, 1994.

Allison DB, Neale MC, Heshka S, Heymsfield SB. Race effects in the genetics of adolescent's body mass index. Int J Obes 18:363-368, 1994.

Gerace L, Aliprantis A, Russell M, Baumgartner RN, Wang ZM, Wang J, Pierson RN Jr, Heymsfield SB. Skeletal differences between black and white males and their relevance body composition estimates. Am J Hum Biol 6:255-62, 1994.

Mazariegos M, Wang ZM, Gallagher D, Baumgartner RN, Wang J, Pierson RN Jr, Heymsfield SB. Aging in females: changes in the five levels of body composition and their relevance to the two-compartment chemical model. J Gerontol Med Sci 49:201-208, 1994.

Paccagnella A, Calo M, Caenaro G, Salandin V, Jus P, Simini G, Heymsfield SB. Cardiac cachexia: Pre-operative and post-operative nutritional management. JPEN 18:409-416, 1994.

Allison DB, Heshka S, Neale MC, Lykken DT, Heymsfield SB. A genetic analysis of relative weight among 4020 twin pairs with an emphasis of sex effects. Health Psych 13(4):362-365, 1994.

PX3-60

Wang J, Thornton JC, Russell M, Burastero S, Heymsfield SB, Pierson RN Jr. Asians have lower body mass index but higher fat % than whites: comparisons of anthropometric measurements. Am J Clin Nutr 60:23-8, 1994.

Kanders BS, Ullmann-Joy P, Foreyt JP, Heymsfield SB, Heber D, Elashoff RM, Ashley JM, Reeves RS, Blackburn GL. The black American lifestyle intervention (BALI): the design of a weight loss program for working class African American women. J Am Diet Assoc 34(3):310-2, 1994.

Bursztein De Myttenaere S, Gil K, Heymsfield SB, Furst P, Askanazi J, D'Attellis N, Elwyn DH. Gastric emptying in humans: influence of different regimens of parenteral nutrition. Am J Clin Nutr 60:244-8, 1994.

Hoy K, Heshka S, Allison D, Grasset E, Blank R, Abiri M, Heymsfield SB. Obesity and hepatobiliary abnormalities: reduced risk of liver function test changes and new gallstone formation with weight loss on low calorie diets. Am J Clin Nutr 60:249-54, 1994.

Heymsfield SB, Gallagher D, Poehlman ET, Wolper C, Nonas K, Nelson D, Wang ZM. Menopausal changes in body composition and energy expenditure. Exp Gerontol 29:377-389, 1994.

Steinbach G, Heymsfield SB, Olansen NE, Tighe A, Holt PR. Effect of caloric restriction on colonic proliferation in obese persons: implications for colon cancer prevention. Cancer Res 54:1194-7, 1994.

Blank DM, Clark RV, Heymsfield SB, Rudman DR, Blank MS. Endogenous opioids and hypogonadism in human obesity. Brain Res Bulletin 34:571-574, 1994.

Economos CD, Nelson ME, Fiatarone MA, Dallal G, Kehayias J, Heymsfield SB, Wang J, Zhao M, Yasumura S, Ma RM, Vaswani A, Pierson R.  Determination of bone mineral content by Lunar, Hologic, and Norland dual energy x-ray absorptiometers (DXA), delayed gamma neutron activation (DGNA), and chemical analysis. Am J Clin Nutr 56:93-98, 1994.

Heymsfield SB, Darby PC, Muhlheim LS, Gallagher D, Wolper C, Allison DB.  The calorie: myth, measurement, and reality.  Am J Clin Nutr 62:1034S-1041S, 1995.

Spitz A, Heymsfield SB, Blank RC.  Drug therapy for obesity: clinical considerations.  End Pract 1(4):274-279, 1995.

Wang J, Thornton JC, Burastero S, Heymsfield SB. Pierson RN Jr.  Bio-impedance analysis for estimation of total body potassium, total body water, and fat-free mass in white, black and Asian adults. Am J Hum Biol 7: 33-40, 1995.

Allison DB, Kanders BS, Osage GD, Heymsfield SB, Heber D, Foreyt JP, Elashoff RM, Blackburn GL. Weight-related attitudes and beliefs among obese African American Women. J Nutr Ed 27(1):18-23, 1995.

PX3-61

Sepulveda D, Allison DB, Gomez JE, Brown RA, Pierson RN Jr, Heymsfield SB. Low spinal and pelvic bone mineral density among individuals with down syndrome. Am J Ment Retard 100:109-114, 1995.

Allison DB, Gomez JE, Heshka S, Babbitt RL, Geliebter A, Kreibich K, Heymsfield SB. Decreased resting metabolic rate among persons with down syndrome. Int J Obes 19:858-861, 1995.

Allison DB, Paultre F, Heymsfield SB, PiSunyer FX. Is the intra-uterine period really a critical period for the development of adiposity? Int J Obes 19:397-402, 1995.

Allison DB, Heshka S, Neale MC, Tishler PV, Heymsfield SB. Genetic, environmental, and phenotypic links between body mass index and blood pressure among women. Am J Med Gen 55:335-341, 1995.

Buhl KM, Gallagher D, Hoy K, Matthews DE, Heymsfield SB. Unexplained disturbance in body weight regulation: diagnostic outcome in patients referred for obesity evaluation reporting low energy intakes. J Am Diet Assoc 12:1393-1400, 1995.

Allison DB, Paultre F, Goran MI, Poehlman ET, Heymsfield SB. Statistical considerations regarding the use of ratios to adjust data. Int J Obes 19:638-643, 1995.

El-Gamal A, Gallagher D, Nawras A, Gandhi P, Gomez J, Allison D, Steinberg JS, Shumacher D, Blank R, Heymsfield SB.  Effects of obesity on QT, RR, and QTc intervals. Am J Cardiol 75:956-959, 1995.

Gasperino JA, Wang J, Pierson RN Jr, Heymsfield SB.  Age-related changes in musculoskeletal mass between black and white women. Metabolism 44: 30-34, 1995.

Pierson RN Jr, Wang J, Thornton JC, Kotler DP, Heymsfield SB, Weber DA, Ma RM.  Bone mineral and body fat measurements by two absorptiometry systems: comparisons with neutron activation analysis.  Calc Tissue Int 56:93-98, 1995.

Allison DB, Kreibich K, Heshka S, Heymsfield SB.  A randomized placebo-controlled clinical trial of an acupressure device for weight loss.  Int J Obes 19:653-658, 1995.

Wang ZM, Heshka S, Pierson R, Heymsfield SB.  Systematic organization of body-composition methodology: an overview with emphasis on component-based methods.  Am J Clin Nutr 61: 457-65, 1995.

Heymsfield SB, Gallagher D, Visser M, Nuñez C, Wang ZM. Measurement of skeletal muscle: laboratory and epidemiological methods. Journal of Gerontology 50: A23-A29, 1995.

Heymsfield SB, Wang ZM, Visser M, Gallagher D, Pierson RN Jr.  Techniques used in the measurement of body composition: an overview with emphasis on bioelectrical impedance analysis.  Am J Clin Nutr 64:487S-494S, 1996.

Heshka S, Heymsfield SB, Nuñez C, Fittante AM, Spitz A, Pisunyer FX. Obesity and risk of gallstone development on 1200 kcal/d regular food diet. Int J Obes 20:450-454, 1996.

Wang J, Thornton JC, Burastero S, Tanenbaum S, Heymsfield SB, Pierson Jr. R.N. Comparison of body mass index and body fat percent among Puerto Ricans, Blacks, Whites, and Asians living in the New York City area. Obes Res 4:377-384, 1996.

Wang ZM, Visser M, Ma R, Baumgartner RN, Kotler D, Gallagher D, Heymsfield SB. Skeletal muscle mass: evaluation by neutron activation and dual energy X-ray absorptiometry methods. J Appl Physiol 80(3):824-831, 1996.

Gallagher D, Visser M, Sepulveda D, Pierson RN Jr, Harris T, Heymsfield SB. How useful is body mass index for comparison of body fatness across age, gender, and ethnic groups? Am J Epidem 143:228-239, 1996.

Allison DB, Neale MC, Kezis MI, Alfonso VC, Heshka S, Heymsfield SB. Assortative mating for relative weight: genetic implications. Behav Gen 26:103-111, 1996.

Rosenbaum M, Ravussin E, Matthews DE, Gilker C, Ferraro R, Heymsfield SB, Hirsch J, Leibel RL. A comparative study of different means of assessing long-term energy expenditure in humans. Am J Physiol 270:496-504, 1996.

Wang ZM, Gallagher D, Nelson MG, Matthews DE, Heymsfield SB. Total body skeletal muscle mass: evaluation of 24 hour urinary creatinine excretion method by computerized axial tomography. Am J Clin Nutr 63:863-869, 1996.

Gallagher D, Visser M, Wang ZM, Harris T, Pierson RN Jr, Heymsfield SB. Metabolically active component of fat-free body mass: influences of age, adiposity, and gender. Metabolism 45:992-997, 1996.

Wang ZM, Sun YG, Heymsfield SB. Urinary creatine skeletal muscle mass method: a prediction equation based on computerized axial tomography. Biomed Envir Sci 9: 185-190, 1996.

Rosenbaum M, Nicolson M, Hirsch J, Heymsfield SB, Gallagher D, Chu F, Leibel R.  Effects of Gender, Body Composition, and Menopause on Plasma Concentrations of Leptin.  J Clin Endocrinology and Metabolism 81(9): 3424-3427, 1996.

Pietrobelli A, Formica C, Wang ZM, Heymsfield SB. Dual-energy X-ray absorptiometry body composition model: review of physical concepts. Am J Physiol 271:941-51, 1996

Nuñez C, Gallagher D, Visser M, PiSunyer FX, Wang ZM, Heymsfield SB. Bioimpedance analysis: evaluation of leg-to-leg system based on pressure contact foot-pad electrodes. Med Sci Sports Exerc 29(4):524-531, 1997.

Gallagher D, Visser M, De Meersman RE, Sepúlveda D, Baumgartner RN, Pierson RN Jr, Harris T, Heymsfield SB. Appendicular skeletal muscle mass: effects of age, gender, and ethnicity. J Appl Physiol 82(1):229-239, 1997.

Pietrobelli A, Rothacker D, Gallagher D, Heymsfield SB. Electrocardiographic QT$_C$ interval: short-term weight loss effects. Int J Obes 21:110-114, 1997.

Roubenoff R, Heymsfield SB, Kehayias JJ, Cannon JG, Rosenberg IH. Standardization of nomenclature of body composition in weight loss. Am J Clin Nutr 66:192-196, 1997.

Zamboni M, Arnellini F, Turcato E, Todisco P, Gallagher D, Grave RD, Heymsfield SB, Bosello O. Body fat distribution before and after weight gain in anorexia nervosa. Int J Obes 21:33-36, 1997.

Visser M, Gallagher D, Deurenberg P, Wang J, Pierson RN Jr, Heymsfield SB. Density of fat-free body mass: relationship with race, age, and level of body fatness. Am J Physiol 272:781-787, 1997.

Allison DB, Gallagher D, Heo M, Pi-Sunyer FX, Heymsfield SB. Body mass index and all-cause mortality among people age 70 and over: the longitudinal study of aging. Int J Obes 21:424-431, 1997.

Geliebter A, Maher M, Gerace L, Gutin B, Heymsfield SB, Hashim S. Effects of strength or aerobic training on body composition, resting metabolic rate, and peak oxygen consumption in obese dieting subjects. Am J Clin Nutr 66:557-563, 1997.

Albu J, Shur M, Curi M, Murphy L, Heymsfield SB, Pi-Sunyer FX. Resting metabolic rate in obese, premenopausal black women. Am J Clin Nutr 66:531-538, 1997.

Wang ZM, Deurenberg P, Wang J, Heymsfield SB. Proportion of adipose tissue-free body mass as skeletal muscle: magnitude and constancy in men. Am J Hum Bio 9:487-492, 1997.

Lederman SA, Paxton A, Heymsfield SB, Wang J, Thornton J, Pierson RN Jr. Body fat and water changes during pregnancy in women with different body weight and weight gain. Obst Gynecol 90(4):483-488, 1997.

Economos CD, Nelson ME, Fiatarone MA, Dallal GE, Heymsfield SB, Wang J, Yasumara, Ma R, Vaswani AN, Russell-Aulet M, Pierson RN. A multi-center comparison of dual energy x-ray absorptiometers: in vivo and in vitro soft tissue measurement. Euro J Clin Nutr 51:312-317, 1997.

PX3-64

Updated  November 22, 2016

Nagy D, DeMeersman R, Gallagher D, Pietrobelli A, Zion AS, Daly D, Heymsfield SB. QTc interval (cardiac repolarization): lengthening after meals. Obes Res 5(6): 531-537, 1997.

Tan YX, Nuñez C, Sun Y, Zhang K, Wang ZM, Heymsfield SB. New electrode system for rapid whole-body and segmental bioimpedance assessment. Med Sci Sports Exerc 29:1269-1273, 1997.

Economos CD, Nelson ME, Fiatarone MA, Dallall GE, Heymsfield SB, Wang J, Yasumura S, Ma R, Vaswani AN, Russell-Aulet M, Pierson RN.  A multi-center comparison of dual-energy X-ray absorptiometers: in vivo and in vitro soft tissue measurements.  Eur J Clin Nutr 1997 May; 51(5):312-7.

Baumgartner RN, Koehler K, Ross RR, Romen L, Gallagher D, Heymsfield SB, Garry PJ, Lindeman RD. Epidemiology of sarcopenia in elderly people in New Mexico. Am J Epidemiol. 1998 Apr 15; 147(8):755-63.

Baumgartner RN, Ross R, Heymsfield SB. Does adipose tissue influence bioelectrical impedance in obese men and women? J Appl Physiol 84(1):257-262, 1998.

Pietrobelli A, Faith MS, Allison DB, Gallagher D, Chiumello G, Heymsfield SB.  Body mass index as a measure of adiposity among children and adolescents: a validation study.  J Ped. 132(2):204-210, 1998.

Wang ZM, Deurenberg P, Guo SS, Pietrobelli A, Wang J, Pierson Jr. R, Heymsfield SB.  Six-compartment body composition model: Inter-method comparisons of total body fat measurement. Int J Obes. 22:329-337, 1998.

Gallagher D, Heymsfield SB. Muscle distribution: variations with body weight, gender, and age. Appl Radiat Isot. 49(5/6):733-734, 1998.

Pietrobelli A, Gallagher D, Baumgartner RN, Ross R, Heymsfield SB. Lean R Value for DXA two-component soft-tissue model: Influence of age and tissue or organ type. Appl Radiat Isot 49(5/6):743-744, 1998.

Heymsfield SB, Gallagher D, Grammes J, Nuñez C, Wang ZM, Pietrobelli A. Upper extremity skeletal muscle mass: potential of measurement with single frequency bioimpedance analysis. Appl Radiat Isot 49(5/6):473-474, 1998.

Wang ZM, Deurenberg P, Ruimei MA, Kotler D, Heymsfield SB.  Total body oxygen: Assessment from body weight and total body water.  Appl Radiat Isol 49(5/6):603-605, 1998.

Wang ZM, Deurenberg P, Matthews DE, Heymsfield SB.  Urinary 3-methylhistidine excretion: association with total body skeletal muscle mass by computerized axial tomography.  JPEN. 22(2): 82-86, 1998.

Pietrobelli A, Allison D, Faith M, Beccaria L, Bosio L, Chiumello G, Campfield LA, Heymsfield SB.  Prader-Willi Syndrome: Relationship of adiposity to plasma leptin levels.  Obes Res 6(3): 196-201, 1998.

Comizio R, Pietrobelli A, Tan YX, Wang ZM, Withers RT, Heymsfield SB, Boozer CN. Total body lipid and triglyceride response to energy deficit: relevance to body composition model. Am J Physiol. 274: E860-E866, 1998.

Pietrobelli A, Wang ZM, Formica C, Heymsfield SB.  Dual-energy x-ray absorptiometry: fat estimation errors due to variation in soft tissue hydration. Am J Physiol 274: E808-E816, 1998.

Gallagher D, Belmonte D, Deurenberg P, Wang ZM, Krasnow N, Pi-Sunyer FX, Heymsfield SB. Organ-tissue mass measurement allows modeling of REE and metabolically active tissue mass. Am J Physiol 275(2): E249-E258, 1998.

Ricci TA, Chowdhury HA, Heymsfield SB, Stahl T, Pierson RN Jr, Shapses SA. Calcium supplementation suppresses bone turnover during weight reduction. J Bone and Mineral Res 13(6): 1045-1050, 1998.

Wang ZM, Deurenberg P, Wang W, Pierson RN, Heymsfield SB.  Fraction of carbon-free body mass as oxygen is a constant body composition ratio in men.  J. Nutr 128:1008-1010, 1998.

Pietrobelli A, Morini P, Battistini N, Chiumello G, Nuñez C, Heymsfield SB. Appendicular skeletal muscle mass: prediction from multiple frequency segmental bioimpedance analysis. Eur J Clin Nutr 52: 507-511, 1998.

Mitsiopoulos N, Baumgartner RN, Heymsfield SB, Lyons W, Gallagher D, Ross R. Cadaver validation of magnetic resonance imaging and computerized tomography measurement of human skeletal muscle. J Appl Physiol 85(1): 115-122, 1998.

Muhlheim LS, Allison DB, Heshka S, Heymsfield SB. Do unsuccessful dieters intentionally underreport food intake? Int J Eat Disord 24: 259-266, 1998.

Allison DB, Nathan JS, Albu JB, Heymsfield SB, Duprat LJ, Pi-Sunyer X.  Measurement challenges and other practical concerns when studying massively obese individuals.  Int J Eat Disord 24: 275-284, 1998.

Shapses SA, Heymsfield SB, Ricci TA. Voluntary weight reduction increases bone turnover and loss. Serono Symposium 19:180-184, 1998.

Heymsfield SB, Allison DB, Vasselli JR, Greenfield D, Nuñez C. *Garcinia cambogia* (Hydroxycitric Acid) as a potential anti-obesity agent: A randomized-double blind controlled trial. JAMA 280 (18): 1596-1600, 1998.

Paxton A, Lederman SA, Heymsfield SB, Wang J, Thornton JC, Pierson RN Jr. Anthropometric equations for studying body fat in pregnant women. Amer J Clin Nutr 67:104-10, 1998.

Davidson M, DiGirolamo M, Foreyt J, Halstead C, Hauptman J, Heber D, Heimburger D, Heymsfield SB, Lucas C, Robbins D, Chung J. Long-term weight control and reduction in risk factors in obese subjects receiving orlistat: a lipase inhibitor. JAMA 281 (3): 875-883, 1999.

Lederman SA, Paxton A, Heymsfield SB, Wang J, Thornton J, Pierson RN Jr. Maternal fat and water gain during pregnancy: do they raise infant birth weight? Am J Obstet Gynecol 180: 235-240, 1999.

Nuñez C, Gallagher D, Grammes J, Baumgartner RN, Ross R, Wang ZM, Thornton J, Heymsfield SB. Bioimpedance analysis: potential for measuring lower limb skeletal muscle mass. J Par Ent Nutr 23: 96-103, 1999.

Pietrobelli A, Lee RC, Capristo E, Deckelbaum RJ, Heymsfield SB. An independent, inverse association of high-density lipoprotein cholesterol concentration with nonadipose body mass. Am J Clin Nutr 69(4): 614-620, 1999.

Gu W, Tu Z, Kleyn PW, Kissebah A, Duprat L, Lee J, Chin W, Maruti S, Deng N, Fisher SL, Franco LS, Burn P, Yagaloff KA, Nathan J, Heymsfield SB, Albu J, Pi-Sunyer X, Allison DB. Identification and functional analysis of novel human melanocortin-4 receptor variant. Diabetes 48(3): 635-639, 1999.

Kim J, Wang ZM, Gallagher D, Kotler DP, Ma K, Heymsfield SB. Extracellular water: sodium bromide dilution estimates compared to other markers in patients with acquired immunodeficiency syndrome. JPEN 23(2): 61-66, 1999.

Mott JW, Wang J, Thornton JC, Allison DB, Heymsfield SB, Pierson RN.  The relationship between body fat and age in 4 ethnic groups. Am J Clin Nutr 69: 1007-1013,1999.

Clasey JL, Kanaley JA, Wideman L, Heymsfield SB, Teates CD, Gutgesell ME, Thorner MO, Hartman ML, Weltman A. Validity of body composition assessment in younger and older males and females. J Appl Physiol 86(5): 1728-1738, 1999.

Nuñez C, Kovera AJ, Pietrobelli A, Heshka S, Horlick M, Kehayias JJ, Wang ZM, Heymsfield SB.  Body composition in children and adults by air displacement plethysmography. Eur J Clin Nutr 53: 382-387, 1999.

Allison DB, Zannolli R, Faith MS, Heo M, Pietrobelli A, VanItalie TB, Pi-Sunyer FX, Heymsfield SB.  Weight loss increases and fat loss decreases all-cause mortality rate: Results from two independent cohort studies. Int J Obesity 23: 603-611, 1999.

Wang ZM, Deurenberg P, Wang W, Pietrobelli A, Baumgartner RN, Heymsfield SB. Hydration of fat-free body mass: new physiological modeling approach. Am J Physiol 276: E995-E1003, 1999.

PX3-67

Faith MS, Pietrobelli A, Nuñez C, Heo M, Heymsfield SB, Allison DB. Evidence for independent genetic influences on fat mass and body mass index in a pediatric twin sample. Pediatrics 104:61-67, 1999.

Engelson ES, Kotler DP, Tan YX, Agin D, Wang J, Pierson RN, Heymsfield SB.  Fat distribution in HIV-infected patients reporting truncal enlargement quantified by whole-body magnetic resonance imaging. Am J Clin Nutr 69:1162-1169,1999.

Heymsfield SB, Greenberg AS, Fujioka D, Dixon RM, Kushner R, Hunt T, Lubina JA, Patane J, Self B, Hunt P, McCamish M. Effect of escalating dose recombinant leptin on weight loss in obese and non-obese adults: a randomized controlled trial. JAMA 282:1493-1596, 1999.

Wang W, Wang ZM, Faith Ms, Kotler D, Shih R, Heymsfield SB. Regional skeletal muscle measurement: evaluation of new dual-energy x-ray absorptiometry model. J Appl Physiol 87(3): 1568-1575, 1999.

Wang J, Horlick M, Thornton JC, Levine L, Heymsfield SB, Pierson RN Jr.  Correlations between Skeletal Muscle Mass and Bone Mass in Children 6-18 Years:  Influences of Sex, Ethnicity, and Pubertal Status.  Growth, Development & Aging 63:99-109, 1999.

Economos CD, Nelson ME, Fiatarone MA, Singh MA, Kehayias JJ, Dallall GE, Heymsfield SB, Wang J, Yasumura S, Ma R,  Pierson RN. Bone mineral measurements: a comparison of delayed gamma neutron activation, dual energy X-ray absorptiometry and direct chemical analysis. Osteoporos Int 1999; 10(3):200-6.

Zamboni M, Turcato E, Santana H, Maggi S, Harris TB, Pietrobelli A, Heymsfield SB, Micciolo R, Bosello O. The relationship between body composition and physical performance in older women. J Am Geriatr Soc 1999; 47:1403-1408.

Heymsfield SB, Greenberg AS, Fujioka K, Dixon R, Kushner R, Hunt T, Patane J, Self B, McCamish M, Hunt P, Lubina J. Preliminary Safety and Efficacy of Leptin in Lean and Obese Subjects. JAMA 282:1230-1240, 1999.

Zingaretti G, Nuñez C, Gallagher D, Heymsfield SB.  A New Theoretical Model for Predicting Bioelectrical Impedance Analysis.  Annals of The New York Academy of Sciences. 904:227-228, 2000.

Punyanita M, Nuñez C, Rubiano F, Heymsfield SB. The Assessment of Stature Using an Infrared Technique.  Annals of The NY Academy of Sciences 904:276-279, 2000.

Heymsfield SB, Gallagher D, Wang ZM. Body Composition Modeling: Application to Exploration of the Resting Energy Expenditure Fat-free Mass Relationship.  Annals of the NY Academy of Sciences 904:290-298, 2000.

Wang ZM, Deurenberg P, Heymsfield SB.  Cellular-Level Body Composition Model: A New Approach to Studying Fat-Free Mass Hydration.  Annals of the NY Academy of Sciences 904:306-311, 2000.

Kotler DP, Lopes J, Engelson ES, Wang J, Agin D, Heymsfield SB. Interactions among sex, HIV infection, and fat redistribution. AIDS Read. 2000;10:589-94.

Wielopolski L, Vartsky D, Pierson R, Goldberg M, Heymsfield S, Yasumura S, Melnychuk ST, Sredniawski J. Gamma resonance absorption. New approach in human body composition studies. Ann N Y Acad Sci. 2000;904:229-35.

Nuñez C, Tan Y, Zingaretti G, Puyanita M, Rubiano F, Wang Z, Heymsfield SB.  The Best Predictive Model for Estimating Fat-Free Mass.  Annals of the NY Academy of Sciences 904:333-334, 2000.

Rubiano F, Nuñez C, Heymsfield SB.  A Comparison of Body Composition Techniques.  Annals of the NY Academy of Sciences 904:335-338, 2000.

Gallagher D, Allen A, Wang ZM, Heymsfield SB, Krasnow N.  Smaller Organ Tissue Mass in the Elderly Fails to Explain Lower Resting Metabolic Rate.  Annals of the NY Academy of Sciences 904: 449-455, 2000.

Bedogni G, Pietrobelli A, Heymsfield SB, Rountauroli C, Borghi A, Ferrari F, Battistini N, Salvioli G.  Influence of Body Composition on Bone Mineral Content in Elderly Women: A Preliminary Report. Annals of the NY Academy of Sciences 904:489-490, 2000.

Leone P, Galllagher D, Wang J, Heymsfield SB. Relative Overhydration of Fat-free Mass in Postobese versus Never-Obese Subjects. Ann NY Academy of Sciences 904: 514-519, 2000.

Heymsfield SB, Nuñez C, Testolin C, Gallagher D.  Anthropometry and methods of body composition measurement for research and field application in the elderly.  Eur J Clin Nutri 54(supp 3):S26-S32, 2000.

Gallagher D, Heymsfield SB, Heo M, Jebb SA, Murgatroyd PR, Sakamoto Y. Healthy percent body fat ranges: an approach for developing guidelines based upon body mass index. Am J Clin Nutr 72: 694-701, 2000.

Heymsfield SB, Segal KR, Hauptman J, Lucas CP, Boldrin MN, Rissanen A, Wilding JPH, Sjostrom L. Weight loss with orlistat improves glucose tolerance and reduces progression to impaired glucose tolerance and type 2 diabetes in obese adults. Arch Int Med.160: 1321-1326, 2000.

Lee RC, Wang ZM, Heo M, Ross R, Janssen I,  Heymsfield SB. Total-body skeletal muscle mass: development and cross-validation of anthropometric prediction models.  Am J Clin Nutr 72: 796-803, 2000. Erratum in: Am J Clin Nutr 2001;73:995.

Testolin CG, Gore R, Rivkin T, Horlick M, Arbo J, Wang ZM, Chiumello G, Heymsfield SB. Dual-Energy X-Ray Absorptiometry in Pediatrics: Analysis of Percent Fat Estimated Errors Due to Variation in Soft Tissue Hydration. J Appl Physiol, 2000 Dec; 89 (6):2365-72.

Economos CD, Nelson ME, Fiatarone MA, Dallall GE, Heymsfield SB, Wang J, Russell-Aulet M, Yasumura S, Ma R, Vaswani AN, Pierson RN,.  A multi-center comparison of dual-energy X-ray absorptiometers: in vivo and in vitro measurements of bone mineral content and density. Am J Clin Nutr 2000 Jun: 71 (6):1392-402.

Janssen I, Heymsfield SB, Wang ZM, Ross R. Skeletal mass and distribution in 468 men and women aged 18-88 years. J Appl Physiol 89: 81-88, 2000.

Janssen I, Heymsfield SB, Baumgartner R, Ross R.  Estimation of skeletal muscle mass by bioelectrical impedance analysis.  J Appl Physiol 89: 465-471, 2000.

Flancbaum L, Choban PS, Heymsfield SB.  Nutrition Support of Critically Ill Obese Patients. From Nutrition Support to Pharmacologic Nutrition in the ICU. Update in Intensive Care and Emergency Medicine 34: 327-337, 2000.

Gallagher D, Ruts E, Visser M, Heshka S, Baumgartner RN, Wang J, Pierson RN, Pi-Sunyer FX, Heymsfield SB. Weight stability masks sarcopenia in elderly men and women.  Am J Physiol 279: E366-E375, 2000.

Gallagher D, Kovera AJ, Clay-William G, Agin D, Leone P, Albu J, Matthews DE, Heymsfield SB. Weight loss in obese post-menopausal women: no evidence of adverse alterations in body composition and protein metabolism. Am J Physiol Endocrinol Metab 279: E124-E131, 2000.

Shih R, Wang ZM, Heo M, Wang W, Heymsfield SB. Lower limb skeletal muscle mass: development of dual-energy X-ray absorptiometry prediction model. J Appl Physiol 89: 1380-1386, 2000.

Wang ZM, Heshka S, Gallagher D, boozer C, Kotler D, Heymsfield SB.  Resting energy expenditure fat-free mass relationship: new insights provided by body composition modeling. Am J Physiol. 279: E539-E545, 2000.

Ricci TA, Heymsfield SB, Schreiber TB, Chowdhury HA, Rosato MT, Shapses SA. Moderate caloric restriction increases bone resorption in obese postmenopausal women.  Am J Clin Nutr. 2001 Feb; 73(2):347-52.

Lawal A, Engelson E, Wang J, Heymsfield SB, Kotler D.  Equivalent osteopenia in HIV-infected individuals studied before and during the era of highly active antiretroviral therapy.  AIDS 2001 Jan 26; 15(2):278-80.

Lee R, Wang ZM, Heymsfield SB.  Skeletal Muscle Mass and Aging: Regional and Whole-Body Measurement Methods.  Can. J. Appl. Physiol. 26: 102-122, 2001.

Mingrone G, Bertuzzi A, Capristo E, Greco AV, Manco M, Pietrobelli A, Salinari S, Heymsfield SB.  Unreliable use of standard muscle hydration value in obesity.  Am J Physiol Endocrinol Metab. 2001 Feb; 280(2): E365-71.

Boozer CN, Nasser JA, Wang V, Chen G, Soloman JL, Heymsfield SB. An herbal supplement containing Ma Huang-Guarana for weight loss: a randomized, double-blind trial. Intl J Obesity 25:316-324, 2001.

Wang ZM, Pi-Sunyer, Kotler DP, Wang J, Pierson RN Jr, Heymsfield SB. Magnitude and variation of total body potassium to fat-free mass ratio: A cellular level modeling study. Am J Physiol 281: E1-E7, 2001.

Wang ZM, Heshka S, Zhang K, Boozer C, Heymsfield SB. Resting energy expenditure: Systematic organization and critique of prediction methods. Obesity Research 9(5):331-336, 2001.

Pietrobelli A, Heymsfield SB, Wang ZM, Gallagher D.  Multi-component body composition models: recent advances and future directions.  European Journal of Clinical Nutrition 55:69-75, 2001.

Bedogni G, Pietrobelli A, Heymsfield S B., Athos B, Manzieri A M, Morini P, Battistini N, Salvioli G. Is body mass index a measure of adiposity in elderly women? Obesity Research 9(1), January 2001.

Rosenbaum M, Pietrobelli A, Vasselli JR, Heymsfield SB, Leibel RL. Sexual dimorphism in circulating leptin concentrations is not accounted for by differences in adipose tissue distribution. International Journal of Obesity 25:1365-1371, 2001.

Shapses S, Von Thun N, Ricci T, Ospina M, Pierson R, Stahl T, Heymsfield SB.  Bone turnover and density in obese premenopausal women during moderate weight loss and calcium supplementation. Journal of Bone and Mineral Research 16(1):1329-1336, 2001.

Wang ZM, O'Connor TP, Heshka S, Heymsfield SB. The reconstruction of Kleiber's law at the organ-tissue level. J Nutr 131:2967-2970, 2001.

Park YW, Allison D, Gallagher D, Heymsfield SB.  Larger amounts of visceral adipose tissue in Asian-Americans. Obes Res 9:381-387, 2001.

Chumlea WC, Guo SS, Zeller CM, Reo NV, Baumgartner RN, Garry PJ, Wang J, Pierson RN Jr, Heymsfield SB, Siervogel RM. Total body water reference values and prediction equations for adults. Kidney Int 59:2250-2258, 2001.

Wang ZM, Heo M, Lee R, Kotler D, Withers R, Heymsfield SB.  Muscularity in adult humans: proportion of adipose tissue-free body mass as skeletal muscle. Am J Human Biol 13(5):612-619, 2001.

PX3-71

Mingrone G, Marino S, DeGaetano A, Capristo E, Heymsfield SB, Gasbarrini G, Greco AV. Different limit to the body's ability of increasing fat-free mass. Metabolism 2001; 50(9):1004-7.

Agin D, Gallagher D, Wang J, Heymsfield SB, Pierson RN, Kotler D. Effects of whey protein and resistance exercise on body cell mass, muscle strength, and quality of life in women with HIV. AIDS 15(18):2431-2440, 2001.

Heymsfield SB, Gallagher D, Kotler DP, Wang ZM, Allison DB, Heshka S. Body-size dependence of resting energy expenditure can be attributed to nonenergetic homogeneity of fat-free mass. Amer J Physiol – Endocrinol Metab 282(1):E132-E138, 2002.

Rosenbaum M, Murphy EM, Heymsfield SB, Matthews DE, Leibel RL. Low dose leptin administration reverses effects of sustained weight-reduction on energy expenditure and circulating concentrations of thyroid hormones. J Clin Endocrinol Metab 87:2391-2394, 2002.

Janssen I, Heymsfield SB, Ross R. Low relative skeletal muscle mass (sarcopenia) in older persons is associated with functional impairment and physical disability. J Am Geriatr Soc 50:889-896, 2002.

Janssen I, Heymsfield SB, Ross R. Application of simple anthropometry in the assessment of health risk: Implications for the Canadian Physical Activity, Fitness and Lifestyle Appraisal. Can J Appl Physiol 27(4):396-414, 2002.

Heymsfield SB, Wang ZM, Shen W. Body composition in pediatrics to geriatrics: a lesson for nutritional monitoring. In: Labadarios D, Pichard C, eds. Clinical Nutrition: Early Intervention. Nestlé Nutrition Workshop Series Clinical & Performance Program 7:239-255, 2002.
Park YW, Heymsfield SB, Gallagher D. Are dual-energy X-ray absorptiometry regional estimates associated with visceral adipose tissue mass? Int J Obes 26:978-983, 2002.

Kaufman BA, Warren MP, Dominguez JE, Wang J, Heymsfield SB, Pierson RN. Bone density and amenorrhea in ballet dancers are related to a decreased resting metabolic rate and lower leptin levels. J Clin Endocrinol Metab 87(6):2777-2783, 2002.

Engelson ES, Glesby M, Mendez D, Albu J, Wang J, Heymsfield SB, Kotler DP. Effect of Recombinant Human Growth Hormone in the Treatment of Visceral Fat Accumulation in HIV Infection. JAIDS 30:379-391, 2002.

Kim J, Wang ZM, Heymsfield SB, Baumgartner RN, Gallagher D. Total-body skeletal muscle mass: Estimation by new dual-energy X-ray absorptiometry method. Am J Clin Nutr 76:378-383, 2002.

Zhu SK, Wang ZM, Heshka S, Heo M, Faith MS, Heymsfield SB. Waist circumference and obesity-associated risk factors among whites in the third National Health and Nutrition Examination Survey: clinical action thresholds. Am J Clin Nutr 76:743-749, 2002.

PX3-72

Pietrobelli A, Nunez C, Zingaretti G, Battistini N, Morini P, Wang Z, Yasumura S, Heymsfield SB. Assessment by bioimpedance of forearm muscle-cell mass: A new approach to calibration. Eur J Clin Nutr 56(8):723-728, 2002.

Hayes M, Chustek M, Wang ZM, Gallagher D, Heshka S, Spungen A, Bauman W, Heymsfield SB. DXA: Potential for creating a metabolic map of organ-tissue resting energy expenditure components. Obes Res 10(10):969-977, 2002.

Fontaine KR, Gadbury G, Kral J, Albu JB, Heymsfield SB, Allison D. Quantitative prediction of body diameter in severely obese individuals. Ergonomics 2002; 45:49-60.

Chumlea WC, Guo SS, Kuczmarski RJ, Flegal KM, Johnson CL, Heymsfield SB, Lukaski HC, Friedl K, Hubbard VS. Body composition estimates from NHANES III bioelectrical impedance data. Int J Obes 26:1596-1609, 2002.

Pietrobelli A, Allison DB, Heshka S, Heo M, Wang ZM, Bertkau A, Laferrère B, Rosenbaum M, Aloia JF, Pi-Sunyer FX, Heymsfield SB. Sexual dimorphism in the energy content of weight change. Int J Obes Relat Metab Disord 26(10):1339-1348, 2002.

Pietrobelli A, Faith MS, Wang J, Brambilla P, Chiumello G, Heymsfield SB. Association of Lean Tissue and Fat Mass with Bone mineral content and density in Italian children and adolescents. Obes Res 10(1):56-60, 2002.

Salinari S, Bertruzzi A, Mingrone G, Capristo E, Pietrobelli A, Campioni P, Greco AV, Heymsfield SB.  New bioimpedance analysis model accurately predicts lower limb muscle volume: validation by magnetic resonance imaging. Am J Physiol Endocrinol Metab 282(4):E960-E966, 2002.

Wang ZM, Pi-Sunyer FX, Kotler DP, Wielopolski L, Withers RT, Pierson RN Jr, Heymsfield SB. Multicomponent methods: Evaluation of new and traditional soft-tissue mineral models by in vivo neutron activation analysis. Am J Clin Nutr 76:968-974, 2002.

Janssen I, Heymsfield SB, Allison DB, Kotler DP, Ross R. Body mass index and waist circumference independently contribute to the prediction of nonabdominal, abdominal subcutaneous, and visceral fat. Am.J Clin.Nutr. 2002; 75(4):683-8.

Faith MS, Keller KL, Matz P, Johnson SL, Lewis R, Jorge MA, Ridley C, Han H, Must S, Heo M, Pietrobelli A, Heymsfield SB, Allison DB. Project Grow-2-Gether: a study of the genetic and environmental influences on child eating and obesity. Twin Res 2002 Oct;5(5):472-5.

Andrade S, Lan SJJ, Engelson ES, Agin D, Wang J, Heymsfield SB, Kotler D. Use of a Durnin-Womersley formula to estimate change in subcutaneous fat content in HIV-infected subjects. Am J Clin Nutr 75:587-592, 2002.

Fernandez JR, Heo M, Heymsfield SB, Pierson RN Jr, Pi-Sunyer FX, Wang ZM, Wang J, Hayes M, Allison DB, Gallagher D. Is percentage body fat differentially related to body mass index in

PX3-73

Hispanic Americans, African Americans, and European Americans? Am J Clin Nutr 77(1):71-75, 2003.

Wang Z, Zhu S, Wang J, Pierson RN Jr, Heymsfield SB. Whole-body skeletal muscle mass: Development and validation of total-body potassium prediction models. Am J Clin Nutr 77(1):76-82, 2003.

Sun SS, Chumlea WC, Heymsfield SB, Lukaski HC, Schoeller D, Friedl K, Kuczmarski RJ, Flegal KM, Johnson CL, Hubbard VS. Development of Bioelectrical Impedance Analysis Prediction Equations for Body Composition with the Use of a Multicomponent Model for Use in Epidemiological Surveys. Am J Clin Nutr 77:331-340, 2003.

Taylor JE, Poston II WSC, Haddock CK, Blackburn GL, Heber D, Heymsfield SB, Foreyt JP. Psychometric characteristics of the General Well-Being Schedule (GWB) with African-American women. Qual Life Res 12:31-39, 2003.

Wang J, Thornton JC, Bari S, Williamson B, Gallagher D, Heymsfield SB, Horlick M, Kotler D, Laferrère, Laurel Mayer, Pi-Sunyer FX, Pierson Jr. RN. Comparisons of waist circumferences measured at 4 sites. Am J Clin Nutr 77:379-384, 2003.

Wang ZM, Heshka S, Wang J, Wielopolski L, Heymsfield SB. Magnitude and variation of fat-free mass density: a cellular-level body composition modeling study. Am J Physiol Endocrinol Metab 284:E267-E273, 2003.

Park YW, Zhu SK, Palaniappan L, Heshka S, Carnethon MR, Heymsfield SB. The metabolic syndrome: prevalence and associated risk Factor Findings in the US Population From the Third National Health and Nutrition Examination Survey, 1988-1994. Arch Intern Med 163:427-436, 2003.

Salinari S, Bertuzzi A, Mingrone G, Capristo E, Scarfone A, Greco AV, Heymsfield SB. Bioimpedance analysis: a useful technique for assessing appendicular lean soft tissue mass and distribution. J Appl Physiol 2003 Apr;94(4):1552-1556.

Rosenbaum M, Vandenborne K, Goldsmith R, Simoneau JA, Heymsfield S, Joanise DR, Hirsch J, Murphy E, Matthews D, Segal KR, Leibel RL. Effects Of Experimental Weight Perturbation On Skeletal Muscle Work Efficiency In Human Subjects. Am J Physiol Regul Integr Comp Physiol 2003; 285:R183-R192.

Shen W, Wang Z, Tang H, Heshka S, Punyanitya M, Zhu S, Lei J, Heymsfield SB. Volume estimates by imaging methods: model comparisons with visible woman as the reference. Obes Res 2003 Feb; 11(2):217-25.

Shen W, Wang Z, Punyanita M, Lei J, Sinav A, Kral JG, Imielinska C, Ross R, Heymsfield SB. Adipose tissue quantification by imaging methods: a proposed classification. Obes Res 2003 Jan; 11(1):5-16.

Ettinger MP, Littlejohn TW, Schwartz SL, Weiss SR, McIlwain HH, Heymsfield SB, Bray GA, Roberts WG, Heyman ER, Stambler N, Vicary C, Guler HP. Recombinant variant of ciliary neurotrophic factor for weight loss in obese adults: A randomized, dose-ranging study. JAMA 2003;289(14): 1826-1832.

Allison DB, Gadbury G, Schwartz LG, Murugesan R, Kraker JL, Heshka S, Fontaine KR, Heymsfield SB. A novel soy-based meal replacement formula for weight loss among obese individuals: A randomized controlled clinical trial. Eur J Clin Nutr 2003;57(4): 514-522.

He Q, Engelson ES, Albu JB, Heymsfield SB, Kotler DP. Preferential loss of omental-mesenteric fat during growth hormone therapy of HIV-associated lipodystrophy. J Appl Physiol 2003; 94(5):2051-2057.

Heymsfield SB, van Mierlo CAJ, van der Knaap HCM, Heo M, Frier H. Weight management using a meal replacement strategy: meta and pooling analysis from six studies. Int J Obes Relat Metab Disord 2003; 27(5):537-549.

Barbosa-Silva MC, Barros AJ, Post CL, Waitzberg DL, Heymsfield SB. Can bioelectrical impedance analysis identify malnutrition in preoperative nutrition assessment? Nutr 2003; 19(5):422-426.

Phillips GB, Jing T, Heymsfield SB. Relationships in men of sex hormones, insulin, adiposity, and risk factors for myocardial infarction. Metabolism 2003; 52(6):784-790.

He Q, Heo M, Heshka S, Wang J, Pierson RN Jr, Albu J, Wang ZM, Heymsfield SB, Gallagher D. Total body potassium differs by sex and race across the adult age span. Am J Clin Nutr 2003; 78:72-77.

Lee RC, Ramirez LM, Wielopolski L, Heymsfield SB, Wang Z. Ratio of Soft-Tissue Mineral to Total-Body Water: A Stable Body Composition Ratio. International Journal of Body Composition Research 2003; 1:77-80.

Zhu SK, Wang ZM, Shen W, Heymsfield SB, Heshka S. Percentage body fat ranges associated with metabolic syndrome risk: Results based upon the third National Health and Nutrition Examination Survey (1988-94). American Journal of Clinical Nutrition 2003; 78:228-235.

Cifuentes M, Johnson MA, Lewis RD, Heymsfield SB, Chowdhury HA, Modlesky CM, Shapses S. Bone turnover and body weight relationships differ in normal-weight compared with heavier postmenopausal women. Osteoporos Int 2003; 14(2):116-122.

St-Onge MP, Heymsfield SB. Usefulness Of Artificial Sweeteners For Body Weight Control. Nutr Rev 2003; 61:219-221.

Gallagher D, Heshka S, Heymsfield SB. Dubious assumptions underlying the adjustment of metabolic rates for changes in fat-free mass. J Clin Endocrinol Metab 2003; 88:3454-5.

Nuñez C, Gallagher D, Spungen A, Bauman W, Heymsfield SB. Are Age-Related Bioimpedance Analysis Effects Also Present in Patients with Spinal Cord Injury? Relevance to Clinical Prediction of Skeletal Muscle Mass. International Journal of Body Composition Research 2003;1(1):11-16.

Shen W, Mao X, Wang Z, Punyanitya M, Heymsfield SB, Shungu DC. Measurement of Intramyocellular Lipid Levels with 2-D Magnetic Resonance Spectroscopic Imaging at 1.5 T. Acta Diabetol 2003; 40(Suppl 1):S51-4.

Ioannidou E, Padilla J, Wang J, Heymsfield SB, Thornton JC, Horlick M, Gallagher D, Pierson RN Jr. Pencil-beam versus Fan-Beam Dual-Energy X-Ray Absorptiometry Comparisons across 4 Systems: Appendicular Lean Soft Tissue. Acta Diabetol 2003; 40(Supple 1):S83-5.

Sun AJ, Heshka S, Heymsfield SB, Wang J, Pierson RN Jr, Gallagher D. Is there an association between skeletal muscle mass and bone mineral density among African-American, Asian-American, and European-American women? Acta Diabetol 2003; 40(Suppl. 1):S309-13

Heymsfield SB. Measurements of energy balance. Acta Diabetologica. 2003;40:S117-S121

St. Onge MP, Keller KL, Heymsfield SB. Changes in Childhood Food Consumption Patterns: a Cause for Concern in Light of Increasing Body Weights. Am J Clin Nutr 2003;78:1068-73

Wielopolski L, Ramirez LM, Coyle P, Heymsfield S, Zimman J. Some aspects of measuring levels of potassium in the brain. Acta Diabetol. 2003;40 Suppl 1:S73-5.

Sun AJ, Jing T, Heymsfield SB, Phillips GB. Relationship of leptin and sex hormones to bone mineral density in men. Acta Diabetol. 2003;40 Suppl 1:S101-5

Wang Z, Shen W, Kotler DP, Heshka S, Wielopolski L, Aloia JF, Nelson ME, Pierson RN Jr, Heymsfield SB. Total body protein: a new cellular level mass and distribution prediction model. Am J Clin Nutr. 2003;78:979-84.

Jones Jr. A, Shen W, Gallagher D, Heshka S, St-Onge MP, Wang ZM, Heymsfield SB. Body composition differences between African-American and Caucasian Women: Relationship to resting energy requirements. Am J Clin Nutr 2004;79:780-6.

Shapses SA, Heshka S, Heymsfield SB. Effect of Calcium Supplementation on Weight and Fat Loss in Women. J Clin Endocrinol Metab 89:632-637, 2004.

St. Onge MP, Rubiano F, DeNino WF, Jones Jr A, Greenfield D, Fergusun PW, Akrabawi S, Heymsfield SB. Added Thermogenic and Satiety Effects of a Mixed Nutrient vs a Sugar-Only Beverage. International Journal of Obesity 2004;28:248-253.

Sopher AB, Thornton JC, Wang J, Pierson RN Jr., Heymsfield SB, Horlick M. Measurement of Percent Body Fat in 411 Children and Adolescents: A Comparison of Dual-Energy X-ray Absorptiometry to a Four-Compartment Model. Pediatrics 2004;113:1285-9

Song MY, Ruts E, Kim J, Janumala I, Heymsfield S, Gallagher D. Sarcopenia and increased adipose tissue infiltration of muscle in elderly African American women. Am J Clin Nutr. 2004 May;79(5):874-80.

Zhu S, Heshka S, Wang Z, Shen W, Allison DB, Ross R, Heymsfield SB. Combination of BMI and Waist Circumference for Identifying Cardiovascular Risk Factors in Whites. Obes Res. 2004 Apr;12(4):633-45.

Faith MS, Keller KL, Johnson SL, Pietrobelli A, Matz PE, Must S, Jorge MA, Cooperberg J, Heymsfield SB, Allison DB. Familial aggregation of energy intake in children. Am J Clin Nutr. 2004 May;79(5):844-50.

Silva AM, Shen W, Wang Z, Aloia JF, Nelson ME, Heymsfield SB, Sardinha LB, Heshka S. Three-Compartment Model: Critical Evaluation Based Upon Neutron Activation Analysis. Am J Physiol Endocrinol Metab. 2004 Jun 8

Wielopolski L, Ramirez LM, Coyle PK, Wang ZM, Heymsfield SB. Proof-of-Principle to Measure Potassium in the Human Brain: a Feasibility Study. International Journal of Body Composition Research 2004;2-37-43.

Schneider B, Wang J, Thornton JC, Arbo J, Horlick M, Heymsfield SB, Pierson RN. Accuracy, Reproducibility, and Normal Total Body Potassium (TBK) Ranges Measured Using the Renovated Whole Body [40]K Counter of St. Luke's-Roosevelt Hospital. International Journal of Body Composition Research 2004;2:51-60.

Chua SC Jr, Liu SM, Li Q, Sun A, DeNino WF, Heymsfield SB, Guo XE. Transgenic complementation of leptin receptor deficiency. II. Increased leptin receptor transgene dose effects on obesity/diabetes and fertility/lactation in lepr-db/db mice. Am J Physiol Endocrinol Metab. 2004 Mar;286(3):E384-92.

St-Onge MP, Rubiano F, Jones A Jr, Heymsfield SB. A new hand-held indirect calorimeter to measure postprandial energy expenditure. Obes Res. 2004;12:704-9.

Heymsfield SB. The weight debate: balancing food composition and physical activity. Preface. Am J Clin Nutr. 2004;79:897S-898S.

Wang Z, St-Onge MP, Lecumberri B, Pi-Sunyer FX, Heshka S, Wang J, Kotler DP, Gallagher D, Wielopolski L, Pierson RN Jr, Heymsfield SB. Body cell mass: model development and validation at the cellular level of body composition. Am J Physiol Endocrinol Metab. 2004;286:E123-128.

He Q, Engelson ES, Wang J, Kenya S, Ionescu G, Heymsfield SB, Kotler DP. Validation of an elliptical anthropometric model to estimate visceral compartment area. Obes Res. 2004;12:250-7.

Shen W, Punyanitya M, Wang Z, Gallagher D, St-Onge MP, Albu J, Heymsfield SB, Heshka S. Visceral adipose tissue: relations between single-slice areas and total volume. Am J Clin Nutr. 2004;80:271-8.

St-Onge MP, Wang Z, Horlick M, Wang J, Heymsfield SB. Dual-Energy X-Ray Absorptiometry Lean Soft Tissue Hydration: Independent Contributions of Intra- and Extracellular Water. Am J Physiol Endocrinol Metab. 2004;287:E842-7

Pietrobelli A, Rubiano F, St-Onge MP, Heymsfield SB. New bioimpedance analysis system: improved phenotyping with while-body analysis. Eur J Clin Nutr. 2004;58:1479-84.

Soriano JM, Ioannidou E, Wang J, Thornton JC, Horlick MN, Gallagher D, Heymsfield SB, Pierson RN.  Pencil-beam vs fan-beam dual-energy X-ray absorptiometry comparisons across four systems: body composition and bone mineral. J Clin Densitom. 2004 Fall;7(3):281-9

Lee SJ, Janssen I, Heymsfield SB, Ross R. Relation between whole body and regional measures of human skeletal muscle. Amer J Clin Nutr. 2004;80:1215-21

Zhu S, St-Onge MP, Heshka S, Heymsfield SB. Lifestyle behaviors associated with lower risk of having the metabolic syndrome. Metabolism. 2004;53:1503-11.

Schoeller DA, Tylavsky FA, Baer DJ, Chumlea WC, Earthman CP, Fuerst T,Harris TB, Heymsfield SB, Horlick M, Lohman TG, Lukaski HC, Shepherd J,Siervogel RM, Borrud LG. QDR 4500A dual-energy X-ray absorptiometer underestimates fat mass in comparison with criterion methods in adults. Am J Clin Nutr. 2005;81:1018-25.

Vasselli JR, Weindruch R, Heymsfield SB, Pi-Sunyer FX, Boozer CN, Yi N, Wang C, Pietrobelli A, Allison DB.  Intentional Weight Loss Reduces Mortality Rate in a Rodent Model of Dietary Obesity.  Obesity Research 13(4): 693-702, 2005.

Hayes M, Chustek M, Heshka S, Wang Z, Pietrobelli A, Heymsfield SB. Low physical activity levels of modern Homo sapiens among free-ranging mammals. Int J Obes. 2005;29:151-6.

Barbosa-Silva MC, Barros AJ, Wang J, Heymsfield SB, Pierson RN Jr. Bioelectrical impedance analysis: population reference values for phase angle by age and sex. Am J Clin Nutr. 2005;82:49-52.

Hoffman DJ, Wang Z, Gallagher D, Heymsfield SB.  Comparison of visceral adipose tissue mass in adult African Americans and whites. Obes Res. 2005;13:66-74.

Shen W, Liu H, Punyanitya M, Chen J, Heymsfield SB. Pediatric obesity phenotyping by magnetic resonance methods. Curr Opin Clin Nutr Metab Care. 2005;8:595-601.

Ginde SR, Geliebter A, Rubiano F, Silva AM, Wang J, Heshka S, Heymsfield SB. Air displacement plethysmography: validation in overweight and obese subjects. Obes Res. 2005;13:1232-7.

Updated  November 22, 2016

Margulies L, Horlick M, Thornton JC, Wang J, Ioannidou E, Heymsfield SB. Reproducibility of Pediatric Whole Body Bone and Body Composition measures by Dual-Energy X-Ray Absorptiometry Using the GE Lunar Prodigy. J Clin Densitom. 2005;8:298-304.

Kuk JL, Lee S, Heymsfield SB, Ross R. Waist circumference and abdominal adipose tissue distribution: influence of age and sex. Am J Clin Nutr. 2005; 81(6):1330-4.

Mayer L, Walsh BT, Pierson RN Jr, Heymsfield SB, Gallagher D, Wang J, Parides MK, Leibel RL, Warren MP, Killory E, Glasofer D. Body fat redistribution after weight gain in women with anorexia nervosa. Am J Clin Nutr. 2005;81:1286-91.

Wang J, Thornton JC, Ioannidou E, Soriano JM, Gallagher D, Heymsfield SB, Horlick M, Pierson RN, Allen LR. Four Commonly Used Dual-Energy X-Ray Absorptiometry Scanners Do Not Identically Classify Subjects for Osteopenia or Osteoporosis by T-Score in Four Bone Regions. J Clin Densitom. 2005;8:191-8.

Sarkar SR, Kuhlmann MK, Khilnani R, Zhu F, Heymsfield SB, Kaysen GA, Levin NW. Assessment of body composition in long-term hemodialysis patients: rationale and methodology. J Ren Nutr. 2005;15:152-8.

Gallagher D, Kuznia P, Heshka S, Albu J, Heymsfield SB, Goodpaster B, Visser M, Harris TB. Adipose tissue in muscle: a novel depot similar in size to visceral adipose tissue. Am J Clin Nutr. 2005;81:903-10.

St-Onge MP, Sy M, Heymsfield SB, Hirsch J. Human cortical specialization for food: a functional magnetic resonance imaging investigation. J Nutr. 2005;135:1014-8.

Wang Z, Heshka S, Heymsfield SB, Shen W, Gallagher D. A cellular-level approach to predicting resting energy expenditure across the adult years. Am J Clin Nutr.  2005;81:799-806.

Shen W, St-Onge MP, Pietrobelli A, Wang J, Wang Z, Heshka S, Heymsfield SB. Four-compartment cellular level body composition model: comparison of two approaches. Obes Res. 2005; 13:58-65.

Silva AM, Wang J, Pierson RN Jr, Wang Z, Heymsfield SB, Sardinha LB, Heshka. Extracellular water: greater expansion with age in African Americans. J Appl Physiol. 2005; 99:261-7.

Vanitallie TB, Nonas C, Di Rocco A, Boyar K, Hyams K, Heymsfield SB. Treatment of Parkinson disease with diet-induced hyperketonemia: a feasibility study. Neurology. 2005; 64:728-30.

Zhu S, Heymsfield SB, Toyoshima H, Wang Z, Pietrobelli A, Heshka S. Race-ethnicity-specific waist circumference cutoffs for identifying cardiovascular disease risk factors. Am J Clin Nutr. 2005;81:409-15.

PX3-79

Kaysen GA, Zhu F, Sarkar S, Heymsfield SB, Wang J, Kaitwatcharachai C, Kuhlmann MK, W Levine NW.  Estimation of total-body and limb muscle mass in hemodialysis patients by using multifrequency bioimpedance spectroscopy  Am J Clin Nutr 2005;82:988-95.

Rosenbaum M, Goldsmith R, Bloomfield D, Magnano A, Weimer L, Heymafield SB, Gallagher D, Mayer L, Murphy E, Leibel RL. Low-dose leptin reverses skeletal muscle, autonomic, and neuroendocrine adaptations to maintenance of reduced weight.  The Journal of Clinical Investigation 2005; 115(12):3579-86.

Wang Z, Heshka S, Wang J, Heymsfield SB. Body cell mass: validation of total body potassium prediction model in children and adolescents.  Int. J. Body Composition Res. 2005; 3(4):153-158.

Gangwisch JE, Malaspina D, Boden-Albala B, Heymsfield SB. Inadequate sleep as a risk factor for obesity: analyses of the NHANES I. Sleep. 2005;28:1289-96.

Heymsfield SB, Fong TM, Gantz I, Erondu N. Fat and energy partitioning: longitudinal observations in leptin-treated adults homozygous for a Lep mutation. Obesity. 2006;14:258-65.

Wang Z, Heshka S, Wang J, Heymsfield SB. Total body protein mass: validation of total body potassium prediction model in children and adolescents. J Nutr. 2006;136:1032-6.

Lee H, Wang J, Gallagher D, Heshka S, Shen W, Chambers E, Heymsfield SB, Wang Z. Dual-energy X-ray absorptiometry:  validity of the Lunar Prodigy fan-beam system for body composition measurement in pediatrics. Int'l Journal of Body Composition Research 2006;4:81-86

Kim J, Shen W, Gallagher D, Jones A Jr, Wang Z, Wang J, Heshka S, Heymsfield SB. Total-body skeletal muscle mass: estimation by dual-energy X-ray absorptiometry in children and adolescents. Am J Clin Nutr. 2006;84:1014-20.

Shen W, Punyanitya M, Chen J, Gallagher D, Albu J, Pi-Sunyer X, Lewis CE, Grunfeld C, Heshka S, Heymsfield SB. Waist circumference correlates with metabolic syndrome indicators better than percentage fat. Obesity 2006;14:727-36.

Gangwisch JE, Heymsfield SB, Boden-Albala B, Buijs RM, Kreier F, Pickering TG, Rundle AG, Zammit GK, Malaspina D. Short sleep duration as a risk factor for hypertension: analyses of the first National Health and Nutrition Examination Survey. Hypertension. 2006;47:833-9.

Williams JJ, Lund LH, LaManca J, Kunavarapu C, Cohen DJ, Heshka S, Heymsfield SB, Mancini DM. Excessive weight gain in cardiac transplant recipients. J Heart Lung Transplant. 2006;25:36-41.

Wielopolski L, Ramirez LM, Gallagher D, Heymsfield SB, Wang ZM. Measuring partial body potassium in the arm versus total body potassium. J Appl Physiol. 2006;101:945-9.

36

Sarkar SR, Kuhlmann MK, Kotanko P, Zhu F, Heymsfield SB, Wang J, Meisels IS,Gotch FA, Kaysen GA, Levin NW. Metabolic consequences of body size and body composition in hemodialysis patients. Kidney Int. 2006;70:1832-9.

Erondu N, Gantz I, Musser B, Suryawanshi S, Mallick M, Addy C, Cote J, Bray G, Fujioka K, Bays H, Hollander P, Sanabria-Bohorquez SM, Eng W, Langstrom B, Hargreaves RJ, Burns HD, Kanatani A, Fukami T, MacNeil DJ, Gottesdiener KM, Amatruda JM, Kaufman KD, Heymsfield SB. Neuropeptide Y5 receptor antagonism does not induce clinically meaningful weight loss in overweight and obese adults. Cell Metab. 2006;4:275-82

Zhu F, Kuhlmann MK, Kaysen GA, Sarkar S, Kaitwatcharachai C, Khilnani S, Stevens L, Leonard EF, Wang J, Heymsfield SB, Levin NW. Segment-specific resistivity improves body fluid volume estimates from bioimpedance spectroscopy in hemodialysis patients.  J Appl Physiol 2006;100:717-724.

Shen W, Punyanitya M, Chen J, Gallagher D, Albu J, Pi-Sunyer XF, Lewis CE, Grunfeld C, Heymsfield SB, Heshka S. Visceral adipose tissue: relationships between single slice areas at different locations and obesity-related health risks. Int J Obes. 2007; 31(5): 763-9.

Wang Z, Heshka S, Pietrobelli A, Chen Z, Silva AM, Sardinha LB, Wang J,Gallagher D, Heymsfield SB. A new total body potassium method to estimate total body skeletal muscle mass in children. J Nutr 2007;137:1988-91

Erondu N, Addy C, Lu K, Mallick M, Musser B, Gantz I, Proietto J, Astrup A, Toubro S, Rissannen AM, Tonstad S, Haynes WG, Gottesdiener KM, Kaufman KD, Amatruda JM, Heymsfield SB. NPY5R antagonism does not augment the weight loss efficacy of orlistat or sibutramine. Obesity 2007;15:2027-42

Grunfeld C, Rimland D, Gibert CL, Powderly WG, Sidney S, Shlipak MG, Bacchetti P, Scherzer R, Haffner SM, Heymsfield SB; for the Study of Fat Redistribution Metabolic Change in HIV Infection. Association of Upper Trunk and Visceral Adipose Tissue. J Acquir Immune Defic Syndr. 2007; 46(3): 283-90

Heymsfield SB, Gallagher D, Mayer L, Beetsch J, Pietrobelli A. Scaling of human body composition to stature: new insights into body mass index. Am J Clin Nutr. 2007;86:82-91.

Mayer LE, Roberto CA, Glasofer DR, Etu SF, Gallagher D, Wang J, Heymsfield SB, Pierson RN Jr, Attia E, Devlin MJ, Walsh BT. Does percent body fat predict outcome in anorexia nervosa? Am J Psychiatry. 2007;164:970-2.

Klein S, Allison DB, Heymsfield SB, Kelley DE, Leibel RL, Nonas C, Kahn R. Waist Circumference and Cardiometabolic Risk: a Consensus Statement from Shaping America's Health: Association for Weight Management and Obesity Prevention; NAASO, the Obesity Society; the American Society for Nutrition; and the American Diabetes Association. Obesity 2007;15:1061-7.

Klein S, Allison DB, Heymsfield SB, Kelley DE, Leibel RL, Nonas C, Kahn R; Association for Weight Management and Obesity Prevention; NAASO, The Obesity Society; American Society for Nutrition; American Diabetes Association. Waist circumference and cardiometabolic risk: a consensus statement from Shaping America's Health: Association for Weight Management and Obesity Prevention; NAASO, The Obesity Society; the American Society for Nutrition; and the American Diabetes Association. Am J Clin Nutr. 2007;85:1197-202.

Silva AM, Wang J, Pierson RN Jr, Wang Z, Spivack J, Allison DB, Heymsfield SB, Sardinha LB, Heshka S. Extracellular water across the adult lifespan: reference values for adults. Physiol Meas. 2007;28:489-502.

Yim JE, Heshka S, Albu J, Heymsfield S, Kuznia P, Harris T, Gallagher D. Intermuscular adipose tissue rivals visceral adipose tissue in independent associations with cardiovascular risk. Int J Obes. 2007 31:1400-5.

Wu CH, Heshka S, Wang J, Pierson RN Jr, Heymsfield SB, Laferrere B, Wang Z, Albu JB, Pi-Sunyer X, Gallagher D. Truncal fat in relation to total body fat: influences of age, sex, ethnicity and fatness. Int J Obes 2007;31:1384-91.

Erondu N, Wadden T, Gantz I, Musser B, Nguyen AM, Bays H, Bray G, O'Neil PM, Basdevant A, Kaufman KD, Heymsfield SB, Amatruda JM. Effect of NPY5R antagonist MK-0557 on weight regain after very-low-calorie diet-induced weight loss. Obesity 2007;15:895-905

Klein S, Allison DB, Heymsfield SB, Kelley DE, Leibel RL, Nonas C, Kahn R; Association for Weight Management and Obesity Prevention; NAASO; Obesity Society; American Society for Nutrition; American Diabetes Association. Waist circumference and cardiometabolic risk: a consensus statement from shaping America's health: Association for Weight Management and Obesity Prevention; NAASO, the Obesity Society; the American Society for Nutrition; and the American Diabetes Association. Diabetes Care 2007;30:1647-52.

Gantz I, Erondu N, Mallick M, Musser B, Krishna R, Tanaka WK, Snyder K, Stevens C, Stroh MA, Zhu H, Wagner JA, Macneil DJ, Heymsfield SB, Amatruda JM. Efficacy and safety of intranasal peptide YY3-36 for weight reduction in obese adults. J Clin  Endocrinol Metab. 2007;92:1754-7.

St-Onge MP, Claps N, Wolper C, Heymsfield SB. Supplementation with soy- protein-rich foods does not enhance weight loss. J Am Diet Assoc. 2007;107:500-5.

Levitt DG, Heymsfield SB, Pierson RN Jr, Shapses SA, Kral JG. Physiological models of body composition and human obesity. Nutr Metab 2007 20;4:19

Heymsfield SB, Harp JB, Reitman ML, Beetsch JW, Schoeller DA, Erondu N, Pietrobelli A. Why do obese patients not lose more weight when treated with low-calorie diets? A mechanistic perspective. Am J Clin Nutr. 2007;85:346-54

Gangwisch JE, Heymsfield SB, Boden-Albala B, Buijs RM, Kreier F, Pickering TG, Rundle AG, Zammit GK, Malaspina D. Sleep duration as a risk factor for diabetes incidence in a large U.S. sample. Sleep. 2007;30:1667-73

Saris WH, Heymsfield SB. All metabolic roads lead to mitochondrial (dys)-function. Curr Opin Clin Nutr Metab Care. 2007;10:661-3.

Chen Z, Wang Z, Lohman T, Heymsfield SB, Outwater E, Nicholas JS, Bassford T, LaCroix A, Sherrill D, Punyanitya M, Wu G, Going S. Dual-energy X-ray absorptiometry is a valid tool for assessing skeletal muscle mass in older women. J Nutr. 2007;137:2775-80.

St-Onge MP, Claps N, Heshka S, Heymsfield SB, Kosteli A.  Greater resting energy expenditure and lower respiratory quotient after 1 week of supplementation with milk relative to supplementation with a sugar-only beverage in children. Metabolism. 2007;56:1699-707

Heymsfield SB, Childers D, Beetsch J, Allison DB, Pietrobelli A. Body size and human energy requirements: reduced mass-specific resting energy expenditure in tall adults. J Appl Physiol. 2007;103:1543-50

Shen W, Chen J, Punyanitya M, Shapses S, Heshka S, Heymsfield SB. MRI-measured bone marrow adipose tissue is inversely related to DXA-measured bone mineral in Caucasian women. Osteoporosis Int. 2007;18(5):641-7.

Wang Z, Heshka S, Wang J, Gallagher D, Deurenberg P, Chen Z, Heymsfield SB. Metabolically active portion of fat-free mass: a cellular body composition level modeling analysis. Am J Physiol Endocrinol Metab. 2007;292:E49-53.

Shen W, Mao X, Wolper C, Heshka S, Dashnaw S, Hirsch J, Heymsfield SB, Shungu DC. Reproducibility of single- and multi-voxel (1)H MRS measurements of intramyocellular lipid in overweight and lean subjects under conditions of controlled dietary calorie and fat intake. NMR Biomed. 2008 21(5): 498-506.

Wohl D, Scherzer R, Heymsfield S, Simberkoff M, Sidney S, Bacchetti P, Grunfeld C; FRAM Study Investigators. The associations of regional adipose tissue with lipid and lipoprotein levels in HIV-infected men. J Acquir Immune Defic Syndr. 2008;48:44-52.

Madden E, Lee G, Kotler DP, Wanke C, Lewis CE, Tracy R, Heymsfield S, Shlipak MG, Bacchetti P, Scherzer R, Grunfeld C. Association of antiretroviral therapy with fibrinogen levels in HIV-infection. AIDS. 2008;22:707-15.

Freda PU, Shen W, Heymsfield SB, Reyes-Vidal CM, Geer EB, Bruce JN, Gallagher D. Lower Visceral and Subcutaneous but Higher Intermuscular Adipose Tissue Depots in Patients with GH & IGF-I Excess due to Acromegaly. J Clin Endocrinol Metab. 2008; 93(6): 2334-43

Wu EX, Tang H, Tong C, Heymsfield SB, Vasselli JR. In vivo MRI  quantification of individual muscle and organ volumes for assessment of anabolic steroid growth effects. Steroids. 2008;73:430-40.

Currier J, Scherzer R, Bacchetti P, Heymsfield S, Lee D, Sidney S, Tien PC; Fat Redistribution and Metabolic Changes in HIV Infection Study Investigators. Regional adipose tissue and lipid and lipoprotein levels in HIV-infected women. J Acquir Immune Defic Syndr. 2008;48:35-43

Addy C, Wright H, Van Laere K, Gantz I, Erondu N, Musser BJ, Lu K, Yuan J, Sanabria-Bohórquez SM, Stoch A, Stevens C, Fong TM, De Lepeleire I, Cilissen C, Cote J, Rosko K, Gendrano IN 3rd, Nguyen AM, Gumbiner B, Rothenberg P, de Hoon J, Bormans G, Depré M, Eng WS, Ravussin E, Klein S, Blundell J, Herman GA, Burns HD, Hargreaves RJ, Wagner J, Gottesdiener K, Amatruda JM, Heymsfield SB. The acyclic CB1R inverse agonist taranabant mediates weight loss by increasing energy expenditure and decreasing caloric intake. Cell Metab. 2008;7:68-78

Yim JE, Heshka S, Albu JB, Heymsfield S, Gallagher D. Femoral-gluteal subcutaneous and intermuscular adipose tissues have independent and opposing relationships with CVD risk. J Appl Physiol. 2008;104:700-7

Azizian H, Kramer JK, Heymsfield SB, Winsborough S. Fourier transform near infrared spectroscopy: a newly developed, non-invasive method to measure body fat : non-invasive body fat content measurement using FT-NIR. Lipids. 2008;43:97-103.

Kosmiski LA, Bacchetti P, Kotler DP, Heymsfield SB, Lewis CE, Shlipak MG, Scherzer R, Grunfeld C.  Relationship of fat distribution with adipokines in human immunodeficiency virus infection. J Clin Endocrinol Metab. 2008;93:216-24.

Phillips GB, Jing T, Heymsfield SB. Does insulin resistance, visceral adiposity, or a sex hormone alteration underlie the metabolic syndrome? Studies in women. Metabolism. 2008:57:838-44

Strain GW, Wang J, Gagner M, Pomp A, Inabnet WB, Heymsfield SB. Bioimpedance for severe obesity: comparing research methods for total body water and resting energy expenditure. Obesity (Silver Spring). 2008:16:1953-6

Scherzer R, Shen W, Bacchetti P, Kotler D, Lewis CE, Shlipak MG, Heymsfield SB, Grunfeld C; Study of Fat Redistribution Metabolic Change in HIV Infection (FRAM). Simple anthropometric measures correlate with metabolic risk indicators as strongly as magnetic resonance imaging-measured adipose tissue depots in both HIV-infected and control subjects. Am J Clin Nutr. 2008:87:1809-17.

Silva AM, Heymsfield SB, Gallagher D, Albu J, Pi-Sunyer XF, Pierson RN Jr., Wang J, Heshka S, Sardinha LB, Wang Z. Evaluation of between-methods agreement of extracellular water measurements in adults and children. Am J Clin Nutr. 2008:315-23

Updated  November 22, 2016

Gangwisch JE, Heymsfield SB, Boden-Albala B, Buijs RM, Kreier F, Opler MG, Pickering TG, Rundle AG, Zammit GK, Malaspina D. Sleep duration associated with mortality in elderly, but not middle-aged, adults in a larger US sample. Sleep. 2008:31:1087-96.

Saris WH, Heymsfield SB, Evans WJ. Human brain evolution: food for thoughts. Curr Opin Clin Nutr Metab Care. 2008:11:683-5.

Heymsfield SB, Martin-Nguyen A, Fong TM, Gallagher D, Pietrobelli A. Body circumferences: clinical implications emerging from a new geometric model. Nutr Metab (Lond.). 2008:5:24

Scherzer R, Shen W, Bacchetti P, Kotler D, Lewis CE, Shlipak MG, Punyanitya M, Heymsfield SB, Grunfeld C; Study of Fat Redistribution Metabolic Change in HIV Infection. Comparison of dual-energy x-ray absorptiometry and magnetic resonance imaging-measured adipose tissue depots in HIV-infected and control subjects. Am J Clin Nutr. 2008:88:1088-96.

Kaysen GA, Kotanko P, Zhu F, Sarkar SR, Heymsfield SB, Kuhlmann MK, Levin NW. Estimation of adipose pools in hemodialysis patients from anthropometric measures. J Ren Nutr. 2008:18:473-8.

Nass R, Pezzoli SS, Oliveri MC, Patrie JT, Harrell FE Jr., Clasey JL, Heymsfield SB, Bach MA, Vance ML, Thorner MO. Effects of an oral ghrelin mimetic on body composition and clinical outcomes in healthy older adults: a randomized trial. Ann Intern Med. 2008:149:601-11. PMID:18981485. PMCID:PMC2757071

Shen W, Mao X, Wolper C, Heshka S, Dashnaw S, Hirsch J, Heymsfield SB, Shungu DC. Reproducibility of single- and multi-voxel (1)H MRS measurements of intramyocellular lipid in overweight and lean subjects under conditions of controlled dietary calorie and fat intake. NMR Biomed. 2008 21(5): 498-506. PMID:17955571. PMCID:PMC2892914

Tang H, Vasselli JR, Tong C, Heymsfield SB, Wu EX. In vivo MRI evaluation of anabolic steroid precursor growth effects in a guinea pig model. Steroids. 2009;74:684-93. PMID:19463691

Fong TM, Heymsfield SB. Cannabinoid-1 receptor inverse agonists: current understanding of mechanism of action and unanswered questions. Int J Obes 2009; 33(9): 947-55. PMID:19597516

Kaysen GA, Kotanko P, Zhu F, Sarkar SR, Heymsfield SB, Kuhlmann MK, Dwyer T, Usvyat L, Havel P, Levin NW. Relationship Between Adiposity and Cardiovascular Risk Factors in Prevalent Hemodialysis Patients. J Ren Nutr. 2009; 19(5): 357-64. PMID:19596588. PMCID:PMC3038251

Kolotkin RL, Norquist JM, Crosby RD, Suryawanshi S, Teixeira PJ, Heymsfield SB, Erondu N, Nguyen AM. One-year health-related quality of life outcomes in weight loss trial participants: comparison of three measures. Health Qual Life Outcomes. 2009;7:53. PMID:19505338. PMCID:PMC2700089

Freda PU, Shen W, Reyes-Vidal CM, Geer EB, Arias-Mendoza F, Gallagher D, Heymsfield SB. Skeletal Muscle Mass in Acromegaly Assessed by Magnetic Resonance Imaging and Dual Photon X-ray Absorptiometry. J Clin Endocrinol Metab. 2009; 94(8): 2880-6. PMID:19491226. PMCID:PMC2730874

Heymsfield SB. How large is the energy gap that accounts for the obesity epidemic? Am J Clin Nutr. 2009;89:1717-8. PMID:19403628

Fabricatore AN, Wadden TA, Moore RH, Butryn ML, Heymsfield SB, Nguyen AM. Predictors of attrition and weight loss success: Results from a randomized controlled trial. Behav Res Ther. 2009; 47(8): 685-91. PMID:19497559. PMCID:PMC2713356

Fabricatore AN, Wadden TA, Moore RH, Butryn ML, Gravallese EA, Erondu NE, Heymsfield SB, Nguyen AM. Attrition from randomized controlled trials of pharmacological weight loss agents: a systematic review and analysis. Obes Rev. 2009;10:333-41. PMID:19389060. PMCID:PMC2682632

Shen W, Punyanitya M, Silva AM, Chen J, Gallagher D, Sardinha LB, Allison DB, Heymsfield SB. Sexual dimorphism of adipose tissue distribution across the lifespan: a cross-sectional whole-body magnetic resonance imaging study. Nutr Metab 2009;6:17. PMID:19371437. PMCID:PMC2678136

Levitt DG, Heymsfield SB, Pierson RN Jr, Shapses SA, Kral JG. Physiological models of body composition and human obesity. Nutr Metab (Lond). 2009;6:7. PMID:19220892. PMCID:PMC2649131

Hall KD, Heymsfield SB. Models use leptin and calculus to count calories. Cell Metab. 2009;9:3-4. PMID:19117539

Carter M, Zhu F, Kotanko P, Kuhlmann M, Ramirez L, Heymsfield SB, Handelman G, Levin NW. Assessment of body composition in dialysis patients by arm bioimpedance compared to MRI and 40K measurements. Blood Purif. 2009;27:330-7. PMID:19270452. PMCID:PMC2822666

Heymsfield SB, Chirachariyavej T, Rhyu IJ, Roongpisuthipong C, Heo M, Pietrobelli A. Differences between brain mass and body weight scaling to height: potential mechanism of reduced mass-specific resting energy expenditure of taller adults. J Appl Physiol. 2009;106:40-8. PMID:19008483

Mika Horie L, González MC, Raslan M, Torrinhas R, Rodrigues NL, Verotti CC, Cecconello I, Heymsfield SB, Waitzberg DL. Resting energy expenditure in white and non-white severely obese women. Nutr Hosp. 2009;24:676-81. PMID:20049370

Aleman Mateo H, Lee SY, Javed F, Thornton J, Heymsfield SB, Pierson RN, Pi Sunyer FX, Wang ZM, Wang J, Gallagher D. Elderly Mexicans have less muscle and greater total and

truncal fat compared to African-Americans and Caucasians with the same BMI. J Nutr Health Aging. 2009;13:919-23. PMID:19924354. PMCID:PMC2819676

Mayer LE, Klein DA, Black E, Attia E, Shen W, Mao X, Shungu DC, Punyanita M, Gallagher D, Wang J, Heymsfield SB, Hirsch J, Ginsberg HN, Walsh BT. Adipose tissue distribution after weight restoration and weight maintenance in women with anorexia nervosa. Am J Clin Nutr. 2009;90:1132-7. PMID:19793856. PMCID:PMC2762154

Heymsfield SB, Scherzer R, Pietrobelli A, Lewis CE, Grunfeld C. Body mass index as a phenotypic expression of adiposity: quantitative contribution of muscularity in a population-based sample. Int J Obes. 2009;33:1363-73. PMID:19773739. PMCID:PMC3156622

Elobeid MA, Padilla MA, McVie T, Thomas O, Brock DW, Musser B, Lu K, Coffey CS, Desmond RA, St-Onge MP, Gadde KM, Heymsfield SB, Allison DB. Missing data in randomized clinical trials for weight loss: scope of the problem, state of the field, and performance of statistical methods. PLoS One. 2009; 4:e6624. PMID:19675667. PMCID:PMC2720539

Kelly TL, Wilson KE, Heymsfield SB. Dual energy X-Ray absorptiometry body composition reference values from NHANES. PLoS One. 2009; 4:e7038. PMID:19753111. PMCID:PMC2737140

Bosy-Westphal A, Kossel E, Goele K, Later W, Hitze B, Settler U, Heller M, Gluer CC, Heymsfield SB, Muller MJ. Contribution of individual organ mass loss to weight loss-associated decline in resting energy expenditure. Am J Clin Nutr. 2009; 90:993. PMID:19710198

Krishna R, Gumbiner B, Stevens C, Musser B, Mallick M, Suryawanshi S, Maganti L, Zhu H, Han TH, Scherer L, Simpson B, Cosgrove D, Gottesdiener K, Amatruda J, Rolls BJ, Blundell J, Bray GA, Fujioka K, Heymsfield SB, Wagner JA, Herman GA. Potent and selective agonism of the melanocortin receptor 4 with MK-0493 does not induce weight loss in obese human subjects: energy intake predicts lack of weight loss efficacy. Clin Pharmacol Ther. 2009; 86:659-66. PMID:19741604

Thomas D, Das SK, Levine JA, Martin CK, Mayer L, McDougall A, Strauss BJ, Heymsfield SB. New fat free mass - fat mass model for use in physiological energy balance equations. Nutr Metab (Lond). 2010; 7:39. PMID:20459692. PMCID:PMC2879256.

Dorsey KB, Thornton JC, Heymsfield SB, Gallagher D. Greater lean tissue and skeletal muscle mass are associated with higher bone mineral content in children. Nutr Metab (Lond). 2010; 7:41. PMID:20459832. PMCID:PMC2886077

Kipnes MS, Hollander P, Fujioka K, Gantz I, Seck T, Erondu N, Shentu Y, Lu K, Suryawanshi S, Chou M, Johnson-Levonas AO, Heymsfield SB, Shapiro D, Kaufman KD, Amatruda JM. A one-year study to assess the safety and efficacy of the CB1R inverse agonist taranabant in overweight and obese patients with type 2 diabetes. Diabetes Obes Metab. 2010; 12:517-31. PMID:20518807

Wadden TA, Fujioka K, Toubro S, Gantz I, Erondu NE, Chen M, Suryawanshi S, Carofano W, Johnson-Levonas AO, Shapiro DR, Kaufman KD, Heymsfield SB, Amatruda JM. A randomized trial of lifestyle modification and taranabant for maintaining weight loss achieved with a low-calorie diet. Obesity (Silver Spring). 2010; 18:2301-10. PMID:20379151

Silva AM, Shen W, Heo M, Gallagher D, Wang Z, Sardinha LB, Heymsfield SB. Ethnicity-related skeletal muscle differences across the lifespan. Am J Hum Biol. 2010; 22(1): 76-82. PMID:19533617. PMCID:PMC2795070

Wang Z, Heymsfield SB, Chen Z, Zhu S, Pierson RN. Estimation of percentage body fat by dual-energy x-ray absorptiometry: evaluation by in vivo human elemental composition. Phys Med Biol. 2010 May 7; 55:2619-35. PMID:20393230. PMCID:PMC2921899

Zhu S, Kim JE, Ma X, Shih A, Laud PW, Pintar F, Shen W, Heymsfield SB, Allison DB. BMI and risk of serious upper body injury following motor vehicle crashes: concordance of real-world and computer-simulated observations. PLoS Med. 2010 30; 7:e1000250. PMID:20361024. PMCID:PMC2846859

Santos DA, Silva AM, Matias CN, Fields DA, Heymsfield SB, Sardinha LB. Accuracy of DXA in estimating body composition changes in elite athletes using a four compartment model as the reference method. Nutr Metab. 2010 22;7:22. PMID:20307312. PMC2850896

Heymsfield SB. Meal replacements and energy balance. Physiol Behav. 2010 26;100:90-4. PMID:20193699

Aronne LJ, Tonstad S, Moreno M, Gantz I, Erondu N, Suryawanshi S, Molony C, Sieberts S, Nayee J, Meehan AG, Shapiro D, Heymsfield SB, Kaufman KD, Amatruda JM. A clinical trial assessing the safety and efficacy of taranabant, a CB1R inverse agonist, in obese and overweight patients: a high-dose study. Int J Obes 2010; 34(5):919-35. PMID:20157323

Wang Z, Heymsfield SB, Ying Z, Pierson RN Jr, Gallagher D, Gidwani S. A cellular level approach to predicting resting energy expenditure: Evaluation of applicability in adolescents. Am J Hum Biol. 2010; 22(4):476-83. PMID:20058259. PMCID:PMC2883012

Blackburn GL, Wollner S, Heymsfield SB. Lifestyle interventions for the treatment of class III obesity: a primary target for nutrition medicine in the obesity epidemic. Am J Clin Nutr. 2010;91:289S-292S. PMID:19906805. PMCID:PMC3131844

Gangwisch JE, Malaspina D, Posner K, Babiss LA, Heymsfield SB, Turner JB, Zammit GK, Pickering TG. Insomnia and sleep duration as mediators of the relationship between depression and hypertension incidence. Am J Hypertens. 2010;23:62-9. PMID:19893498

Heymsfield SB, Pietrobelli A. Body size and human energy requirements: Reduced mass-specific total energy expenditure in tall adults. Am J Hum Biol. 2010;22:301-9. PMID:19856424

Proietto J, Rissanen A, Harp JB, Erondu N, Yu Q, Suryawanshi S, Jones ME, Johnson-Levonas AO, Heymsfield SB, Kaufman KD, Amatruda JM. A clinical trial assessing the safety and efficacy of the CB1R inverse agonist taranabant in obese and overweight patients: low-dose study. Int J Obes. 2010;34:1243-5. PMID:20212496

Heo M, Pietrobelli, A, Wang D, Heymsfield SB, Faith MS.  Obesity and Functional Impairment: Influence of Comorbidity, Joint Pain, and Mental Health.  Obesity. 2010; 18(10): 2030-38. PMID:19893503

Gallagher D, Thornton JC, He Q, Wang J, Yu W, Bradstree TE, Burke J, Heymsfield SB, Rivas VM, Kaufman R.  Quantitative Magnetic Resonance Fat Measurements in Humans Correlate with Established Methods but are Biased.  Obesity. 2010; 18(10): 2047-54. PMID:20448539. PMCID:PMC3312473

Thomas DM, Schoeller DA, Redman LA, Martin CK, Levine JA, Heymsfield SB. A computational model to determine energy intake during weight loss. Am J Clin Nutr. 2010; 92:1326-31. PMID:20962159. PMCID:PMC2980958

Wang Z, Ying Z, Bosy-Westphal A, Zhang J, Schautz B, Later W, Heymsfield SB, Muller MJ. Specific metabolic rates of major organs and tissues across adulthood: evaluation by mechanistic model of resting energy expenditure. Am J Clin Nutr. 2010; 92:1369-77. PMID:20962155. PMCID:PMC2980962

Sun Q, van Dam RM, Spiegelman D, Heymsfield SB, Willett WC, Hu FB. Comparison of dual energy x-ray absorptiometric and anthropometric measures of adiposity in relation to adiposity related biologic factors. Am J Epidemiol. 2010; 172:1442-54. PMID:20952596. PMCID:PMC2998203

Muller MJ, Bosy-Westphal A, Heymsfield SB. Is there evidence for a set point that regulates human body weight? F1000 Med Rep. 2010; 2:59. PMID:21173874. PMCID:PMC2990627

Silva AM, Fields DA, Heymsfield SB, Sardinha LB. Body composition and power changes in elite judo athletes. Int J Sports Med. 2010; 31:737-41. PMID:20645233

Heymsfield SB, Heo M, Pietrobelli A. Are adult body circumferences associated with height? Relevance to normative ranges and curcumferential indexes. Am J Clin Nutr. 2011; 93:302-7. PMID:21123461

Scherzer R, Shen W, Heymsfield SB, Lewis CE, Kotler DP, Punyanitya M, Bacchetti P, Shlipak MG, Grunfeld C. Intermuscular Adipose Tissue and Metabolic Associations in HIV Infection. Obesity. 2011; 19:283-91. PMID:20539305

Davidson LE, Wang J, Thornton JC, Kaleem Z, Silva-Palacios F, Pierson RN, Heymsfield SB, Gallagher D. Predicting Fat Percent by Skinfolds in Racial Groups: Durnin and Womersley Revisited. Med Sci Sports Exerc. 2011; 43:542-9. PMID:20689462. PMCID:PMC3308342

Yarasheski KE, Scherzer R, Kotler DP, Dobs AS, Tien PC, Lewis CE, Kronmal RA, Heymsfield SB, Bacchetti P, Grunfeld C; for the Study of Fat Redistribution and Metabolic Change in HIV Infection (FRAM). Age-Related Skeletal Muscle Decline Is Similar in HIV-Infected and Unifected Individuals. J Gerontol A Biol Sci Med Sci. 2011; 66A:332-340. PMID:21310810. PMCID:PMC3041474

Heymsfield SB, Heo M, Thomas D, Pietrobelli A. Scaling of body composition to height: relevance to height-normalized indexes. Am J Clin Nutr. 2011; 93:736-40. PMID:21248190

Wang Z, Ying Z, Bosy-Westphal A, Zhang J, Heller M, Later W, Heymsfield SB, Muller MJ. Evaluation of specific metabolic rates of major organs and tissues: Comparison between men and women. Am J Hum Biol. 2011; 23:333-8. PMID:21484913. PMCID:PMC3139779

Heymsfield SB, Thomas D, Nguyen AM, Peng JZ, Martin C, Shen W, Strauss B, Bosy-Westphal A, Muller MJ. Voluntary weight loss: systematic review of early phase body composition changes. Obes Rev. 2011; 12:e348-61. PMID:20524998

Faith MS, Butryn M, Wadden TA, Fabricatore A, Nguyen AM, Heymsfield SB. Evidence for prospective associations among depression and obesity in population-based studies. Obes Rev. 2011; 12:e438-53. PMID:21414128

Klimentidis YC, Beasley TM, Lin HY, Murati G, Glass GE, Guyton M, Newton W, Jorgensen M, Heymsfield SB, Kemnitz J, Fairbanks L, Allison DB. Canaries in the coal mine: a cross-species analysis of the plurality of obesity epidemics. Proc Biol Sci. 2011; 278:1626-32. PMID:21106594. PMCID:PMC3081766

He W, Zhu F, Ma X, Zhao X, Zheng M, Chen Z, Heymsfield SB, Zhu S. Actinic Skin Damage and Mortality - the First National Health and Nutrition Examination Survey Epidemiologic Follow-up Study. PLoS One. 2011; 6:e19907. PMID:21603643. PMCID:PMC3094404.

Ma X, Laud PW, Pintar F, Kim JE, Shih A, Shen W, Heymsfield SB, Allison DB, Zhu S. Obesity and non-fatal motor vehicle crash injuries: sex difference effects. Int J Obes (Lond). 2011; 35:1216-24. PMID:21224830. PMCID:PMC3135704

Hsuchou H, Kastin AJ, Tu H, Markadakis EN, Stone KP, Wang Y, Heymsfield SB, Chua SS Jr., Magrisso IJ, Pan W. Effects of cell-type specific leptin receptor mutation on leptin transport across the BBB. Peptides. 2011; 32:1392-9. PMID:21616110. PMCID:PMC3137692

Shen W, Chen J, Kwak S, Punyanitya M, Heymsfield SB. Between-slice intervals in quantification of adipose tissue and muscle in children. Int J Pediatr Obes. 2011; 6:149-56. PMID:20528126. PMCID:PMC3032021

Heymsfield SB, Shen W. Obesity: BAI as a new measure of adiposity-throw away your scale? Nat Rev Endocrinol. 2011; 7:321-2. PMID:21556023

Scherzer R, Heymsfield SB, Lee D, Powderly WG, Tien PC, Bacchetti P, Shlipak MG, Grunfeld C; for the Study of Fat Redistribution and Metabolic Change in HIV Infection (FRAM). Decreased limb muscle and increased central adiposity are associated with 5-year all-cause mortality in HIV infection. AIDS. 2011; 25:1405-14. PMID:21572308

Greenawalt DM, Dobrin R, Chudin E, Hatoum IJ, Suver C, Beaulaurier J, Zhang B, Castro V, Zhu J, Sieberts SK, Wang S, Molony C, Heymsfield SB, Kemp DM, Reitman ML, Lum PY, Schadt EE, Kaplan LM. A survey of the genetics of stomach, liver, and adipose gene expression from a morbidly obese cohort. Genome Res. 2011; 21:1008-16. PMID:21602305. PMCID:PMC3129244

Silva AM, Fields DA, Heymsfield SB, Sardinha LB. Relationship between changes in total-body water and fluid distribution with maximal forearm strength in elite judo athletes. J Strength Cond Res. 2011; 25:2488-95. PMID:21869630

Barreira TV, Harrington DM, Staiano AE, Heymsfield SB, Katzmarzyk PT. Body adiposity index, body mass index, and body fat in white and black adults. JAMA. 2011; 306:828-30. PMID:21862743

Muller MJ, Langemann D, Gehrke I, Later W, Heller M, Gluer CC, Heymsfield SB, Bosy-Westphal A. Effect of constitution on mass of individual organs and their association with metabolic rate in humans-a detailed view on allometric scaling. PLoS One. 2011: 6:e22732. PMID:21818376. PMCID:PMC3144246

Heymsfield SB. Energy intake: reduced as prescribed? Am J Clin Nutr. 2011; 94:3-4. PMID:21613552

Kosmiski LA, Scherzer R, Heymsfield SB, Rimland D, Simberkoff MS, Sidney S, Shlipak MG, Bacchetti P, Biggs ML, Grunfield C; for the Study of Fat Redistribution and Metabolic Change in HIV Infection (FRAM). Association of Increased Upper Trunk and Decreased Leg Fat with 2-h Glucose in Controls and HIV-Infected Persons. Diabetes Care. 2011;34:2448-2453. PMID:21926283. PMCID:PMC3198295

Lu H, Fu, X, Ma X, Wu Z, He W, Wang Z, Allison, DB, Heymsfield SB, Zhu S. Relationships of percent body fat and precent trunk fat with bone mineral density among Chinese, black, and white subjects. Osteoporos Int. 2011;22:3029-35. PMID:21243336

Fabricatore AN, Wadden TA, Higginbotham AJ, Faulconbridge LF, Nguyen AM, Heymsfield SB, Faith MS. Intentional weight loss and changes in symptoms of depression: a systematic review and meta-analysis. Int J Obes (Lond). 2011;35:1363-76. PMID:21343903. PMCID:PMC3139753

Heymsfield SB, Pietrobelli A. Individual differences in apparent energy digestibility are larger than generally recognized. Am J Clin Nutr. 2011;94:1650-1. PMID:22106417

Heo M. Kim RS, Wylie-Rosett J, Allison DB, Heymsfield SB, Faith MS. Inverse Association between Fruit and Vegetable intake and BMI even after Controlling for Demographic, Socioeconomic and Lifestyle Factors. Obes Facts. 2011;4:449-55. PMID:22248995. PMCID:PMC3338984

Baracos V, Caserotti P, Earthman CP, Fields D, Gallagher D, Hall KD, Heymsfield SB, Muller MJ, Rosen AN, Pichard C, Redman LM, Shen W, Shepherd JA, Thomas D. Advances in the science qnd application of body composition measurement. JPEN. 2012;36:96-107. PMID:22235108

Thomas DM, Navarro-Barrientos JE, Rivera DE, Heymsfield SB, Bredlau C, Redman LM, Martin CK, Lederman SA, M Collins L, Butte NF. Dynamic energy-based model predicting gestational weight gain. Am J Clin Nutr. 2012;95:115-22. PMID:22170365. PMCID:PMC3238455

Sala PC, Torrinhas RS, Heymsfield SB, Waitzberg DL. Type 2 Diabetes Mellitus: A Possible Surgically Reversible Intestinal Dysfunction. Obes Surg. 2012;22:167-76. PMID:22094369

Wang Z, Ying Z, Bosy-Westphal A, Zhang J, Heller M, Later W, Heymsfield SB, Muller MJ. Evaluation of Specific Metabolic Rates of Major Organs and Tissues: Comparison Between Nonobese and Obese Women. Obesity (Silver Spring). 2012;20:95-100. PMID:21836642. PMCID:PMC3319030

Katzmarsyk PT, Barreira TV, Harrington DM, Staiano AE, Heysmfield SB, Gimble JM. Relationship between abdominal fat and bone mineral density in white and African American adults. Bone. 2012;50:576-9. PMID:21549867

Heo M, Faith MS, Pietobelli A, Heymsfield SB. Percentage of body fat cutoffs by sex, age, and race-ethnicity in the US adult population from NHANES 1999-2004. Am J Clin Nutr. 2012;95:594-602. PMID:22301924

Myers MG Jr., Heymsfield SB, Haft C, Kahn BB, Laughlin M, Leibel RL, Tschop MH, Yanovski JA. Challenges and opportunities of defining clinical leptin resistance. Cell Metab. 2012;15:150-6. PMID:22326217. PMCID:PMC3281561

Berentzen TL, Anqquist L, Kotronen A, Borra R, Yki-Jarvinen H, Iozzo P, Parkkola R, Nuutila P, Ross R, Allison DB, Heymsfield SB, Overvad K, Sorensen TI, Jakobsen MU. Waist circumference adjusted for body mass index and intra-abdominal fat mass. PLoS One. 2012;7:e32213. PMID:22384179. PMCID:PMC3286444

Hall KD, Heymsfield SB, Kemnitz JW, Klein S, Schoeller DA, Speakman JR. Energy blanace and its components: implications for body weight regulation. Am J Clin Nutr. 2012;95:989-94. PMID:22434603. PMCID:PMC3302369

Schoeller DA, Alon A, Manekas D, Mixson LA, Lasseter KC, Noonan GP, Bolognese JA, Heymsfield SB, Beals CR, Nunes I.  Segmental Bioimpedance for Measuring Amlodipine-

48

Induced Pedal Edema: A Placebo-Controlled Study. Clin Ther. 2012:34:580-592. PMID:22385927

Strack AM, Nicolich S, Faidley T, Achanfuo-Yeboah J, Cunningham PK, Hora D Jr, Thompson D, Hickey G, Johnson-Levonas AO, Fong TM, Heymsfield SB. Cannabinoid-1 receptor inhibition prevents the reduction of 24-hour energy expenditure with weight loss. Metabolism. 2012;61:546-53. PMID: 22001334

Barreira TV, Staiano AE, Harrington DM, Heymsfield SB, Smith SR, Bouchard C, Katzmarzyk PT. Anthropometric correlates of body fat, abdominal adiposity, and cardiovascular disease risk factors in a biracial sample of men and women. Mayo Clin Proc. 2012;87:452-60. PMID: 22560524

Muller MJ, Bosy-Westphal A, Lagerpusch M, Heymsfield SB. Use of Balance Methods for Assessment of Short-Term Changes in Body Composition. Obesity (Silver Spring). 2012;20:701-7. PMID: 21869755

Finkler E, Heymsfield SB, St-Onge MP. Rate of Weight Loss Can Be Predicted by Patient Characteristics and Intervention Strategies. J Acad Nutr Diet. 2012:112:75-80. PMID: 22717178

Faith MS, Pietrobelli A, Heo M, Johnson SL, Keller KL, Heymsfield SB, Allison DB. A twin study of self-regulatory eating in early childhood: estimates of genetic and environmental influence and measurement considerations. Int J Obes. 2012:36:931-7. PMID: 22249227

Shen W, Chen J, Gantz M, Punyanitya M, Heymsfield SB, Gallagher D, Albu J, Engelson E, Kotler D, Pi-Sunyer X, Shapses S. Ethnic and sex differences in bone marrow adipose tissue and bone mineral density relationship. Osteoporos Int. 2012:23:2293-301. PMID:22173789

Heymsfield SB, Thomas D, Martin CK, Redman LM, Strauss B, Bosy-Westphal A, Muller MJ, Shen W, Martin Nguyen A. Energy content of weight loss: kinetic features during voluntary caloric restriction. Metabolism. 2012:61:937-43. PMID: 22257646

Heymsfield SB, Muller MJ, Bosy-Westphal A, Thomas D, Shen W. Human brain mass: Similar body composition associations as observed across mammals. Am J Hum Biol. 2012:7:e32213. PMID: 22362729

Wang Z, Zhang J, Ying Z, Heymsfield SB. New insights into scaling of fat-free mass to height across children and adults. Am J Hum Biol. 2012:24:648-53. PMID: 22638998

Hu G, Horswell R, Wang Y, Li W, Besse J, Xiao K, Chen H, Keller JN, Heymsfield SB, Ryan DH, Katzmarzyk PT. Body Mass Index and the Risk of Dementia among Louisiana Low Income Diabetic Patients. PLoS One. 2012:7:e44537. PMID: 22957079

Shen W, Chen J, Gantz M, Punyanitya M, Heymsfield SB, Gallagher D, Albu J, Engelson E, Kotler D, Pi-Sunyer X, Gilsanz V. MRI-measured pelvic bone marrow adipose tissue is inversely

related to DXA-measured bone mineral in younger and older adults. Eur J Clin Nutr. 2012;66:983-8. PMID: 22491495

Heymsfield SB, Thomas D, Bosy-Westphal A, Shen W, Peterson CM, Muller MJ. Evolving concepts on adjusting human resting energy expenditure measurements for body size. Obes Rev. 2012;13:1001-14. PMID: 22863371
Thomas DM, Bouchard C, Church T, Slentz C, Kraus WE, Redman LM, Martin CK, Silva AM, Vossen M, Westertero K, Heymsfield SB. Why do individuals not lose more weight from an exercise intervention at a defined dose? An energy balance analysis. Obes Rev. 2012;13:835-47. PMID: 22681398

Freedman DS,Thorton J, Pi-Sunyer FX, Heymsfield SB, Wang J, Pierson Jr. RN, Blanck HM, Gallagher D. The body adiposity index (hip circumference ÷ height(1.5)) is not a more accurate measure of adiposity than is BMI, waist circumference, or hip circumference. Obesity. 2012;20:2438-44. PMID:22484365

Shen W, Chen J, Gantz M, Valeasquez G, Punyanitya M, Heymsfield SB. A single MRI slice does not accurately predict visceral and subcutaneous adipose tissue changes during weight loss. Obesity. 2012;20:2458-63. PMID: 22728693

Wang Y, Katzmarzyk PT, Horswell R, Li W, Xiao K, Besse J, Xie W, Johnson J, Heymsfield SB, Ryan DH, Hu G. Racial Disparities in Diabetic Complications in an Underinsured Population. J Clin Endocrinol Metab. 2012;97:4446-53/ PMID: 22977274.

He W, Zhang S, Song A, Yang M, Jiao J, Allison DB, Heymsfield SB, Zhu S. Greater abdominal fat accumulation is associated with higher metabolic risk in chinese than in white people: an ethnicity study. PLoS One. 2013;8(3):e58688. PMID: 23516538.

Katzmarzyk PT, Heymsfield SB, Bouchard C. Clinical utility of visceral adipose tissue for the identification of cardiometabolic risk in white and African American adults. Am J Clin Nutr. 2013;97(3):480-6. PMID: 23364010.

Casazza K, Fonataine KR, Astrup A, Birch LL, Brown AW, Bohan Brown MM, Durant N, Dutton G, Foster EM, Heymsfield SB, McIver K, Mehta T, Menachemi N, Newby PK, Pate R, Rolls BJ, Sen B, Smith DL Jr, Thomas DM, Allison DB. Myths, presumptions, and facts about obesity. N Engl J Med. 2013;368(5):446-54. PMID:23363498.

Patel SS, Molnar MZ, Tayek JA, Ix JH, Noori N, Benner D, Heymsfield S, Kopple JD, Kovesdy CP, Kalantar-Zadeh K. Serum creatinine as a marker of muscle mass in chronic kidney disease: results of a cross0sectional study and review of literature. J Cachexia Sarcopenia Muscle. 2013;4(1):19-29. PMID: 22777757.

Von Thun NL, Sukumar D, Heymsfield SB, Shapses SA. Does bone loss begin after weight loss ends? Results 2 years after weight loss or regain in postmenopausal women. Menopause. 2013. [Epub ahead of print] PubMed PMID: 24149920.

Zhao W, Katzmarzyk PT, Horswell R, Wang Y, Johnson J, Heymsfield SB, Cefalu WT, Ryan DH, Hu G. HbA1c and Lower-Extremity Amputation Risk in Low-Income Patients With Diabetes. Diabetes Care. 2013;36(11):3591-8. doi: 10.2337/dc13-0437. Epub 2013. PubMed PMID: 24062322; PubMed Central PMCID: PMC3816880.

Ma X, Griffin R, McGwin G, Allison DB, Heymsfield SB, He W, Zhu S. Effectiveness of booster seats compared with no restraint or seat belt alone for crash injury prevention. Acad Emerg Med. 2013;20(9):880-7. doi: 10.1111/acem.12204. PubMed PMID: 24050794; PubMed Central PMCID: PMC3798005.

Hu G, Heymsfield SB. Is Mortality Risk Reduced in Overweight or Obese Diabetics? J Gen Intern Med. 2013 Sep 4. [Epub ahead of print] PubMed PMID: 24002636.

Silva AM, Heymsfield SB, Sardinha LB. Assessing body composition in taller or broader individuals using dual-energy X-ray absorptiometry: a systematic review. Eur J Clin Nutr. 2013;67(10):1012-21. doi: 10.1038/ejcn.2013.148. Epub 2013Aug 14. PubMed PMID: 23942178.

Müller MJ, Wang Z, Heymsfield SB, Schautz B, Bosy-Westphal A. Advances in the understanding of specific metabolic rates of major organs and tissues in humans. Curr Opin Clin Nutr Metab Care. 2013;16(5):501-8. doi: 10.1097/MCO.0b013e328363bdf9. PubMed PMID: 23924948.

Plachta-Danielzik S, Bosy-Westphal A, Kehden B, Gehrke MI, Kromeyer-Hauschild K, Grillenberger M, Willhöft C, Heymsfield SB, Müller MJ. Adiposity rebound misclassified by BMI rebound. Eur J Clin Nutr. 2013;67(9):984-9. doi: 10.1038/ejcn.2013.131. PubMed PMID: 23859998.

Thomas DM, Weedermann M, Fuemmeler BF, Martin CK, Dhurandhar NV, Bredlau C, Heymsfield SB, Ravussin E, Bouchard C. Dynamic model predicting overweight, obesity, and extreme obesity prevalence trends. Obesity. 2013. doi: 10.1002/oby.20520. [Epub ahead of print] PubMed PMID: 23804487.

Thomas DM, Martin CK, Lettieri S, Bredlau C, Kaiser K, Church T, Bouchard C, Heymsfield SB. Response to 'why is the 3500 kcal per pound weight loss rule wrong?'. Int J Obes (Lond). 2013 Dec;37(12):1614-5. doi: 10.1038/ijo.2013.113.Epub 2013 Jun 18. PubMed PMID: 23774461.

Katzmarzyk PT, Mire E, Bray GA, Greenway FL, Heymsfield SB, Bouchard C. Anthropometric markers of obesity and mortality in white and African American adults: the pennington center longitudinal study. Obesity (Silver Spring). 2013 May;21(5):1070-5. doi: 10.1002/oby.20151. PubMed PMID: 23784912; PubMed Central PMCID: PMC3695407.

Zhao W, Katzmarzyk PT, Horswell R, Wang Y, Li W, Johnson J, Heymsfield SB, Cefalu WT, Ryan DH, Hu G. Aggressive blood pressure control increases coronary heart disease risk among

diabetic patients. Diabetes Care. 2013 Oct;36(10):3287-96. doi: 10.2337/dc13-0189. Epub 2013 May 20. PubMed PMID: 23690530; PubMed Central PMCID: PMC3781514.

Schoeller DA, Thomas D, Archer E, Heymsfield SB, Blair SN, Goran MI, Hill JO, Atkinson RL, Corkey BE, Foreyt J, Dhurandhar NV, Kral JG, Hall KD, Hansen BC, Heitmann BL, Ravussin E, Allison DB. Self-report-based estimates of energy intake offer an inadequate basis for scientific conclusions. Am J Clin Nutr. 2013Jun;97(6):1413-5. doi: 10.3945/ajcn.113.062125. PubMed PMID: 23689494.

Müller MJ, Baracos V, Bosy-Westphal A, Dulloo AG, Eckel J, Fearon KC, Hall KD, Pietrobelli A, Sørensen TI, Speakman J, Trayhurn P, Visser M, Heymsfield SB. Functional body composition and related aspects in research on obesity and cachexia: report on the 12th Stock Conference held on 6 and 7 September 2013 in Hamburg, Germany. Obes Rev. 2014 May 18. doi: 10.1111/obr.12187. [Epub ahead of print] PubMed PMID: 24835453.

Prado CM, Siervo M, Mire E, Heymsfield SB, Stephan BC, Broyles S, Smith SR, Wells JC, Katzmarzyk PT. A population-based approach to define body-composition phenotypes. Am J Clin Nutr. 2014 Apr 23. [Epub ahead of print] PubMed PMID: 24760978.

Thomas DM, Gonzalez MC, Pereira AZ, Redman LM, Heymsfield SB. Time to Correctly Predict the Amount of Weight Loss with Dieting. J Acad Nutr Diet. 2014  Mar 31. pii: S2212-2672(14)00111-7. doi: 10.1016/j.jand.2014.02.003. [Epub ahead of print] PubMed PMID: 24699137.

Zheng J, Greenway FL, Heymsfield SB, Johnson WD, King JF, King MJ, Gao C, Chu YF, Finley JW. Effects of three intense sweeteners on fat storage in the C. elegans model. Chem Biol Interact. 2014 May 25;215:1-6. doi: 10.1016/j.cbi.2014.02.016. Epub 2014 Mar 13. PubMed PMID: 24632416.

Heymsfield SB, Avena NM, Baier L, Brantley P, Bray GA, Burnett LC, Butler MG, Driscoll DJ, Egli D, Elmquist J, Forster JL, Goldstone AP, Gourash LM, Greenway FL, Han JC, Kane JG, Leibel RL, Loos RJ, Scheimann AO, Roth CL, Seeley RJ, Sheffield V, Tauber M, Vaisse C, Wang L, Waterland RA, Wevrick R, Yanovski JA, Zinn AR. Hyperphagia: current concepts and future directions proceedings of the 2nd international conference on hyperphagia. Obesity (Silver Spring). 2014 Feb;22 Suppl 1:S1-S17. doi: 10.1002/oby.20646. PubMed PMID: 24574081.

Gonzalez MC, Pastore CA, Orlandi SP, Heymsfield SB. Obesity paradox in cancer: new insights provided by body composition. Am J Clin Nutr. 2014 May;99(5):999-1005. doi: 0.3945/ajcn.113.071399. Epub 2014 Feb 26. PubMed PMID: 24572565.

Heymsfield SB, Adamek M, Gonzalez MC, Jia G, Thomas DM. Assessing skeletal muscle mass: historical overview and state of the art. J Cachexia Sarcopenia Muscle. 2014 Mar;5(1):9-18. doi: 10.1007/s13539-014-0130-5. Epub 2014 Feb 15. PubMed PMID: 24532493; PubMed Central PMCID: PMC3953319.

Heymsfield SB, Gonzalez MC, Shen W, Redman L, Thomas D. Weight loss composition is one-fourth fat-free mass: a critical review and critique of this widely cited rule. Obes Rev. 2014 Apr;15(4):310-21. doi: 10.1111/obr.12143. Epub 2014 Jan 22. PubMed PMID: 24447775; PubMed Central PMCID: PMC3970209.

Thomas DM, Martin CK, Redman LM, Heymsfield SB, Lettieri S, Levine JA, Bouchard C, Schoeller DA. Effect of dietary adherence on the body weight plateau: a mathematical model incorporating intermittent compliance with energy intake prescription. Am J Clin Nutr. 2014 Sep;100(3):787-95. PMID: 25080458

Dawson JA, Hall KD, Thomas DM, Hardin JW, Allison DB, Heymsfield SB. Novel mathematical models for investigating topics in obesity. Adv Nutr. 2014 Sep;5(5):561-2. PMID: 25469395

Brown AW, Hall KD, Thomas D, Dhurandhar NV, Heymsfield SB, Allison DB. Order of magnitude misestimation of weight effects of children's meal policy proposals. Child Obes. 2014 Dec;10(6):542-4. PMID: 25496036

Al-Gindan YY, Hankey C, Govan L, Gallagher D, Heymsfield SB, Lean ME. Derivation and validation of simple equations to predict total muscle mass from simple anthropometric and demographic data. Am J Clin Nutr. 2014 Oct;100(4):1041-51. PMID: 25240071

Zhao W, Katzmarzyk PT, Horswell R, Wang Y, Li W, Johnson J, Heymsfield SB, Cefalu WT, Ryan DH, Hu G. Body mass index and the risk of all-cause mortality among patients with type 2 diabetes mellitus. Circulation. 2014 Dec 9;130(24):2143-51. PMID: 25378546

Heymsfield SB, Peterson CM, Thomas DM, Heo M, Schuna JM Jr, Hong S, Choi W. Scaling of adult body weight to height across sex and race/ethnic groups: relevance to BMI. Am J Clin Nutr. 2014 Dec;100(6):1455-61. PMID: 25411280

Allison DB, Thomas DM, Heymsfield SB. Energy intake and weight loss. JAMA. 2014 Dec 24-31;312(24):2687-8. PMID: 25536264

Skinner AC, Heymsfield SB, Pietrobelli A, Faith MS, Allison DB. Ignoring regression to the mean leads to unsupported conclusion about obesity. Int J Behav Nutr Phys Act. 2015 May 7;12:56. PMID: 25948534

Dhurandhar NV, Schoeller DA, Brown AW, Heymsfield SB, Thomas D, Sørensen TI, Speakman JR, Jeansonne M, Allison DB;Response to 'Energy balance measurement: when something is not better than nothing'. Energy Balance Measurement Working Group. Int J Obes (Lond). 2015 Jul;39(7):1175-1176. PMID: 25924713

Gao Y, Zong K, Gao Z, Rubin MR, Chen J, Heymsfield SB, Gallagher D, Shen W.

Magnetic resonance imaging-measured bone marrow adipose tissue area is inversely related to cortical bone area in children and adolescents aged 5-18 years. J Clin Densitom. 2015 Apr;18(2):203-8. PMID: 25840474

Thomas DM, Ivanescu AE, Martin CK, Heymsfield SB, Marshall K, Bodrato VE, Williamson DA, Anton SD, Sacks FM, Ryan D, Bray GA. Predicting successful long-term weight loss from short-term weight-loss outcomes: new insights from a dynamic energy balance model (the POUNDS Lost study). Am J Clin Nutr. 2015 Mar;101(3):449-54. PMID: 25733628

Heymsfield SB, Ebbeling CB, Zheng J, Pietrobelli A, Strauss BJ, Silva AM, Ludwig DS. Multi-component molecular-level body composition reference methods: evolving concepts and future directions. Obes Rev. 2015 Apr;16(4):282-94. PMID: 25645009

He W, Li Q, Yang M, Jiao J, Ma X, Zhou Y, Song A, Heymsfield SB, Zhang S, Zhu S. Lower BMI cutoffs to define overweight and obesity in China. Obesity (Silver Spring). 2015 Mar; 23(3):684-91. PMID: 25645003

Shah ZK, Elias SN, Abaza R, Zynger DL, DeRenne LA, Knopp MV, Guo B, Schurr R, Heymsfield SB, Jia G. Performance comparison of 1.5-T endorectal coil MRI with 3.0-T nonendorectal coil MRI in patients with prostate cancer. Acad Radiol. 2015 Apr;22(4):467-74. doi: PMID: 25579637

Schoeller D, Archer E, Dawson JA, Heymsfield S. Implausible results from the use of invalid methods. J Nutr. 2015 Jan;145(1):150. PMID: 25527670

Myers CA, Slack T, Martin CK, Broyles ST, Heymsfield SB. Regional disparities in obesity prevalence in the United States: A spatial regime analysis. Obesity (Silver Spring). 2015 Feb;23(2):481-7.PMID: 25521074

Dhurandhar NV, Schoeller D, Brown AW, Heymsfield SB, Thomas D, Sørensen TI, Speakman JR, Jeansonne M, Allison DB; Energy Balance Measurement Working Group. Energy balance measurement: when something is not better than nothing. Int J Obes (Lond). 2015 Jul;39(7):1109-1113. PMID: 25394308

Schuna JM Jr, Peterson CM, Thomas DM, Heo M, Hong S, Choi W, Heymsfield SB. Scaling of adult regional body mass and body composition as a whole to height: Relevance to body shape and body mass index. Am J Hum Biol. 2015 May-Jun;27(3):372-9. PMID: 25381999

Siervo M, Prado CM, Mire E, Broyles S, Wells JC, Heymsfield S, Katzmarzyk PT. Body composition indices of a load-capacity model: gender- and BMI-specific reference curves. Public Health Nutr. 2015 May;18(7):1245-54. PMID: 25221994

Zhao W, Katzmarzyk PT, Horswell R, Li W, Wang Y, Johnson J, Heymsfield SB, Cefalu WT, Ryan DH, Hu G. Blood pressure and heart failure risk among diabetic patients.

Int J Cardiol. 2014 Sep;176(1):125-32. PMID: 25037690

Casazza K, Brown A, Astrup A, Bertz F, Baum C, Brown MB, Dawson J, Durant N, Dutton G, Fields DA, Fontaine KR, Heymsfield S, Levitsky D, Mehta T, Menachemi N, Newby PK, Pate R, Raynor H, Rolls BJ, Sen B, Smith DL Jr, Thomas D, Wansink B, Allison DB. Weighing the Evidence of Common Beliefs in Obesity Research. Crit Rev Food Sci Nutr. 2015 Dec 6;55(14):2014-53. PMID: 24950157

Wong WW, Strizich G, Heo M, Heymsfield SB, Himes JH, Rock CL, Gellman MD, Siega-Riz AM, Sotres-Alvarez D, Davis SM, Arredondo EM, Van Horn L, Wylie-Rosett J, Sanchez-Johnsen L, Kaplan RC, Mossavar-Rahmani Y. Relationship between body fat and BMI in a US hispanic population-based cohort study: Results from HCHS/SOL. Obesity (Silver Spring). 2016 May 17. doi: 10.1002/oby.21495. [Epub ahead of print] PubMed PMID: 27184359.

Shepherd JA, Heymsfield SB, Norris SA, Redman LM, Ward LC, Slater C. Measuring body composition in low-resource settings across the life course. Obesity (Silver Spring). 2016 May;24(5):985-8. doi: 10.1002/oby.21491. Epub 2016 Apr 7. PubMed PMID: 27060932; PubMed Central PMCID: PMC4846565.

Peterson CM, Thomas DM, Blackburn GL, Heymsfield SB. Universal equation for estimating ideal body weight and body weight at any BMI. Am J Clin Nutr. 2016 May;103(5):1197-203. doi: 10.3945/ajcn.115.121178. Epub 2016 Mar 30. PubMed PMID: 27030535; PubMed Central PMCID: PMC4841935.

Thomas DM, Heymsfield SB. Exercise: Is More Always Better? Curr Biol. 2016 Feb 8;26(3):R102-4. doi: 10.1016/j.cub.2015.12.031. PubMed PMID: 26859262.

Myers CA, Slack T, Martin CK, Broyles ST, Heymsfield SB. Change in Obesity Prevalence across the United States Is Influenced by Recreational and Healthcare Contexts, Food Environments, and Hispanic Populations. PLoS One. 2016 Feb 5;11(2):e0148394. doi: 10.1371/journal.pone.0148394. eCollection 2016. PubMed PMID: 26849803; PubMed Central PMCID: PMC4743954.

Belarmino G, Horie LM, Sala PC, Torrinhas RS, Heymsfield SB, Waitzberg DL. Body adiposity index performance in estimating body fat in a sample of severely obese Brazilian patients. Nutr J. 2015 Dec 30;14:130. doi: 10.1186/s12937-015-0119-8. PubMed PMID: 26717977; PubMed Central PMCID: PMC4697330.

Thomas DM, Brown A, Dawson JA, Li P, Heymsfield SB, Allison DB. Letter to the Editor: Exceptional Data in Paper on "The effect of meridian massage on BM, BMI, WC and HC in simple obesity patients: a randomized controlled trial". World J Acupunct Moxibustion. 2015 Mar 30;25(1):66-67. PubMed PMID: 26726287; PubMed Central PMCID: PMC4696399.

Heymsfield SB, Kim JY, Bhagat YA, Zheng J, Insoo Kim, Ahyoung Choi, Seongwook Jo, Jaegeol Cho. Mobile evaluation of human energy balance and weight control: Potential for future

PX3-99

developments. Conf Proc IEEE Eng Med Biol Soc. 2015 Aug;2015:8201-4. doi: 0.1109/EMBC.2015.7320298. PubMed PMID: 26738198.

Gonzalez MC, Barbosa-Silva TG, Bielemann RM, Gallagher D, Heymsfield SB. Phase angle and its determinants in healthy subjects: influence of body composition. Am J Clin Nutr. 2016 Mar;103(3):712-6. doi: 10.3945/ajcn.115.116772. Epub 2016 Feb 3. PubMed PMID: 26843156.

Heymsfield SB, Peterson CM, Thomas DM, Heo M, Schuna JM Jr. Why are there race/ethnic differences in adult body mass index-adiposity relationships? A quantitative critical review. Obes Rev. 2016 Mar;17(3):262-75. doi: 10.1111/obr.12358. Epub 2015 Dec 11. Review. PubMed PMID: 26663309.

Heymsfield SB, Hu HH, Shen W, Carmichael O. Emerging Technologies and their Applications in Lipid Compartment Measurement. Trends Endocrinol Metab. 2015 Dec;26(12):688-98. doi: 10.1016/j.tem.2015.10.003. Epub 2015 Nov 17. Review. PubMed PMID: 26596676; PubMed Central PMCID: PMC4673021.

Stevens J, Ou FS, Cai J, Heymsfield SB, Truesdale KP. Prediction of percent body fat measurements in Americans 8 years and older. Int J Obes (Lond). 2016 Apr;40(4):587-94. doi: 10.1038/ijo.2015.231. Epub 2015 Nov 5. PubMed PMID:26538187.

Al-Gindan YY, Hankey CR, Govan L, Gallagher D, Heymsfield SB, Lean ME. Derivation and validation of simple anthropometric equations to predict adipose tissue mass and total fat mass with MRI as the reference method. Br J Nutr. 2015 Dec 14;114(11):1852-67. doi: 10.1017/S0007114515003670. Epub 2015 Oct 5. PubMed PMID: 26435103.

Soileau L, Bautista D, Johnson C, Gao C, Zhang K, Li X, Heymsfield SB, Thomas D, Zheng J. Automated anthropometric phenotyping with novel Kinect-based three-dimensional imaging method: comparison with a reference laser imaging system. Eur J Clin Nutr. 2016 Apr;70(4):475-81. doi: 10.1038/ejcn.2015.132. Epub 2015 Sep 16. PubMed PMID: 26373966.

Choi A, Kim JY, Jo S, Jee JH, Heymsfield SB, Bhagat YA, Kim I, Cho J. Smartphone-Based Bioelectrical Impedance Analysis Devices for Daily Obesity Management. Sensors (Basel). 2015 Sep 2;15(9):22151-66. doi: 10.3390/s150922151. PubMed PMID: 26364636; PubMed Central PMCID: PMC4610453.

Prado CM, Gonzalez MC, Heymsfield SB. Body composition phenotypes and obesity paradox. Curr Opin Clin Nutr Metab Care. 2015 Nov;18(6):535-51. doi: 10.1097/MCO.0000000000000216. PubMed PMID: 26335310.

Belarmino G, Torrinhas RS, Heymsfield SB, Waitzberg DL. Sarcopenia in liver cirrhosis: the role of computed tomography scan in the assessment of muscle mass compared with dual-energy X-ray absorptiometry and anthropometry. Eur J Gastroenterol Hepatol. 2015 Oct;27(10):1228. doi: 10.1097/MEG.0000000000000411. PubMed PMID: 26327499.

PX3-100

Xu W, Chafi H, Guo B, Heymsfield SB, Murray KB, Zheng J, Jia G. Quantitative Comparison of 2 Dual-Energy X-ray Absorptiometry Systems in Assessing Body Composition and Bone Mineral Measurements. J Clin Densitom. 2015 Jul 20. pii: S1094-6950(15)00130-4. doi: 10.1016/j.jocd.2015.06.002. [Epub ahead of print] PubMed PMID: 26206525.

Widen EM, Factor-Litvak PR, Gallagher D, Paxton A, Pierson RN Jr, Heymsfield SB, Lederman SA. The Pattern of Gestational Weight Gain is Associated with Changes in Maternal Body Composition and Neonatal Size. Matern Child Health J. 2015 Oct;19(10):2286-94. doi: 10.1007/s10995-015-1747-5. PubMed PMID: 26179720; PubMed Central PMCID: PMC4575863.

Skinner AC, Heymsfield SB, Pietrobelli A, Faith MS, Allison DB. Ignoring regression to the mean leads to unsupported conclusion about obesity. Int J Behav Nutr Phys Act. 2015 May 7;12:56. doi: 10.1186/s12966-015-0212-6. PubMed PMID: 25948534; PubMed Central PMCID: PMC4427929.

Dhurandhar NV, Schoeller DA, Brown AW, Heymsfield SB, Thomas D, Sørensen TI, Speakman JR, Jeansonne M, Allison DB; Energy Balance Measurement Working Group. Response to 'Energy balance measurement: when something is not better than nothing'. Int J Obes (Lond). 2015 Jul;39(7):1175-6. doi: 10.1038/ijo.2015.81. Epub 2015 Apr 30. PubMed PMID: 25924713; PubMed Central PMCID: PMC4496300.

Heymsfield SB, Gonzalez MC, Lu J, Jia G, Zheng J. Skeletal muscle mass and quality: evolution of modern measurement concepts in the context of sarcopenia. Proc Nutr Soc. 2015 Nov;74(4):355-66. doi: 10.1017/S0029665115000129. Epub 2015 Apr 8. PubMed PMID: 25851205.

Shah ZK, Elias SN, Abaza R, Zynger DL, DeRenne LA, Knopp MV, Guo B, Schurr R, Heymsfield SB, Jia G. Performance comparison of 1.5-T endorectal coil MRI with 3.0-T nonendorectal coil MRI in patients with prostate cancer. Acad Radiol. 2015 Apr;22(4):467-74. doi: 10.1016/j.acra.2014.11.007. Epub 2015 Jan 8. PubMed PMID: 25579637; PubMed Central PMCID: PMC4355101.

Allison DB, Thomas DM, Heymsfield SB. Energy intake and weight loss. JAMA. 2014 Dec 24-31;312(24):2687-8. doi: 10.1001/jama.2014.15513. PubMed PMID:25536264.

Myers CA, Slack T, Martin CK, Broyles ST, Heymsfield SB. Regional disparities in obesity prevalence in the United States: A spatial regime analysis. Obesity (Silver Spring). 2015 Feb;23(2):481-7. doi: 10.1002/oby.20963. Epub 2014 Dec 17. PubMed PMID: 25521074; PubMed Central PMCID: PMC4310761.

Brown AW, Hall KD, Thomas D, Dhurandhar NV, Heymsfield SB, Allison DB. Order of magnitude misestimation of weight effects of children's meal policy proposals. Child Obes. 2014 Dec;10(6):542-4. doi: 10.1089/chi.2014.0081. PubMed PMID: 25496036; PubMed Central PMCID: PMC4442575.

PX3-101

Dawson JA, Hall KD, Thomas DM, Hardin JW, Allison DB, Heymsfield SB. Novel mathematical models for investigating topics in obesity. Adv Nutr. 2014 Sep;5(5):561-2. PubMed PMID: 25469395; PubMed Central PMCID: PMC4188233.

Heymsfield SB, Peterson CM, Thomas DM, Heo M, Schuna JM Jr, Hong S, Choi W. Scaling of adult body weight to height across sex and race/ethnic groups: relevance to BMI. Am J Clin Nutr. 2014 Dec;100(6):1455-61. doi: 10.3945/ajcn.114.088831. Epub 2014 Oct 8. PubMed PMID: 25411280; PubMed CentralPMCID: PMC4232013.

Dhurandhar NV, Schoeller D, Brown AW, Heymsfield SB, Thomas D, Sørensen TI, Speakman JR, Jeansonne M, Allison DB; Energy Balance Measurement Working Group. Energy balance measurement: when something is not better than nothing. Int J Obes (Lond). 2015 Jul;39(7):1109-13. doi: 10.1038/ijo.2014.199. Epub 2014 Nov 13. Review. PubMed PMID: 25394308; PubMed Central PMCID: PMC4430460.

Shumilov D, Heymsfield SB, Redman LM, Kalluri K, Dey J. New compartment model analysis of lean-mass and fat-mass growth with overfeeding. Nutrition. 2016 May;32(5):590-600. doi: 10.1016/j.nut.2015.10.018. Epub 2015 Dec 7. PubMed PMID: 26740258.

**EPubs**
Chafi H, Elias SN, Nguyen HT, Friel HT, Knopp MV, Guo B, Heymsfield SB, Jia G. Effect of parallel radiofrequency transmission on arterial input function selection in dynamic contrast-enhanced 3 Tesla pelvic MRI. J Magn Reson Imaging. 2015 Jun 9. doi: 10.1002/jmri.24969. [Epub ahead of print] PMID:26069205

Heymsfield SB, Gonzalez MC, Lu J, Jia G, Zheng J. Skeletal muscle mass and quality: evolution of modern measurement concepts in the context of sarcopenia. Proc Nutr Soc. 2015 Apr 8:1-12. [Epub ahead of print] PMID: 25851205

**Chapters/Reviews/Books/Conference Proceedings**

Heymsfield SB, Jain P, Ortiz O, Waki M. Obesity: Cardiac structure and function in markedly obese patients before and after weight loss. In: Wadden TA and VanItallie TB, eds. Treatment of the Seriously Obese Patient. New York: The Guillford Press, 136-162, 1992.

Heymsfield SB, Tighe A, Wang ZM. Nutritional Assessment by Anthropometric and Biochemical Methods. In: Shils ME, Olson JA, Shike M, eds. Modern Nutrition in Health and Disease. Philadelphia: Lea and Febiger, Eighth Edition, 1992.

Sun Y, Cai L, Heymsfield SB. Design of a Device for the Mechanical Energy Output Measurement of a Human During Motion. In: El-Ashram and Youssef HA, eds. Developments in Production Engineering Design and Control, PEDAC' 92 Conference Proceedings, 583-592, 1992.

Heymsfield SB, Wang ZM.  Human body composition: the five-level model and its relation to bioimpedance analysis.  Rivista Italiana Di Nutrizione Parenterale Ed Enterale 11:71-77, 1993.

Tighe AP, Allison DB, Kral JG, Heymsfield SB. Nutrition support of the obese patient. In: Rombeau JL and Caldwell MD, eds. Parenteral Nutrition, Vol. I, Second Edition. Philadelphia: W.B. Saunders, 1993.

Wang ZM, Heshka S, Heymsfield SB. Application of computerized axial tomography in the study of body composition: Evaluation of lipid, water, protein, and mineral in healthy men. In: Ellis KJ and Eastman JD, eds. In: Human Body Composition: In Vivo Methods, Models, and Assessment. New York: Plenum Press, 343-344, 1993.

Baumgartner RN, Stauber PM, McHugh D, Wayne S, Garry PJ, Heymsfield SB. Body composition in the elderly using multicompartmental methods. In: Ellis KJ, Eastman JD eds: Human Body Composition: In Vivo Methods, Models, and Assessment. New York: Plenum Press, 251-4, 1993.

Wang J, Dilmanian FA, Thornton J, Russell M, Burastero S, Mazariegos M, Heymsfield SB, Pierson RN Jr. In vivo neutron activation analysis (IVNA) for body fat: Comparison with seven methods. In: Ellis KJ, Eastman JD eds. Human Body Composition: In Vivo Methods, Models, and Assessment. New York: Plenum Press, 31-34, 1993.

Pierson Jr. RN, Wang J, Thornton JC, Russell MA, Heymsfield SB, Mazariegos M, Ma RM, Weber DA. Biological homogeneity and precision of measurement: The boundary conditions for normal in body composition. In: Ellis KJ and Eastman JD eds. Human Body Composition: In Vivo Methods, Models, and Assessment. New York: Plenum Press, 15-22, 1993.

Lederman SA, Pierson Jr. RN, Wang J, Paxton A, Thornton J, Wendel J, Heymsfield SB. Body composition measures during pregnancy. In: Ellis KJ and Eastman JD eds. Human Body Composition: In Vivo Methods, Models, and Assessment. New York: Plenum Press, 193-196, 1993.

Mazariegos M, Heymsfield SB, Wang ZM, Wang J, Yasumura S, Dilmanian FA, Pierson Jr. RN. Aging affects body composition: Young vs. elder women pair matched on body mass index. In: Ellis KJ and Eastman JD eds. Human Body Composition: In Vivo Methods, Models, and Assessment. New York: Plenum Press, 245-50, 1993.

VanItallie TB, Yang M-U, Boileau RA, Heymsfield SB. Applications of body composition technology in clinical medicine: some issues and problems. In: Kral JG and Van Itallie TB, eds. Great Britain: Smith Gordon, Ch. 8, 87-97, 1993.

Van Itallie TB, Yang M-U, Boileau RA, Heymsfield SB. Applications of body composition technology in clinical medicine: some issues and insights. In: Kral JG and VanItallie TB, eds. Recent Developments in Body Composition Analysis: Methods and Applications. London: Smith-Gordon, 61-74, 1993.

Heymsfield SB, Waki M, Lichtman S, Baumgartner R. Multicompartment chemical models of human body composition: recent advances and potential applications. In: Kral JG and VanItallie TB, eds. Recent Developments in Body Composition Analysis: Methods and Applications. London: Smith-Gordon, 75-86, 1993.

Heymsfield SB, Wang ZM, Withers R. Multicomponent molecular-level models of body composition analysis. In: Roche A, Heymsfield SB, Lohman T, eds. Human Body Composition. Champaign: Human Kinetics, Chap 7:129-147, 1996.

Wang ZM, Ma R, Pierson RN Jr, Heymsfield SB. Five-level model: reconstruction of body weight at atomic, molecular, cellular, and tissue-system levels from neutron activation analysis. Human Body Composition: in vivo methods, models, and assessment. New York: Plenum Press, 125-128, 1993.

Heymsfield SB, Matthews DE.  Body composition: research and clinical advances- ASPEN 1993 research workshop.  JPEN 18:91-103, 1994.

Heshka S, Buhl K, Heymsfield SB. Obesity: Clinical evaluation of body composition and energy expenditure. In: Blackburn GL and Kanders BS, eds. Obesity: Pathophysiology, Psychology, and Treatment. New York: Chapman & Hall, Inc., Ch. 3, 39-79, 1994.

Heymsfield SB, Wang ZM. The future of body composition research. In: Davies PSW and Cole TJ, eds. Body Composition Techniques in Health and Disease. Cambridge UK: Cambridge University Press, 1995.

Heymsfield SB, Allison DB, Heshka S, Pierson RN Jr. The assessment of body composition. In: Allison DB, ed. Handbook of Methods for the Assessment of Eating Behaviors and Weight Related Problems. Newbury Park, CA: Sage Publications, 515-559, 1995.

Heshka S, Heymsfield SB. Pharmacological treatment of obesity. In: Brownell KD, Fairburn CG, eds. Eating Disorders and Obesity. New York: The Guilford Press, Ch. 89, 504-509, 1995.

Heymsfield SB and Waitzberg DL. Composicao Corporea. In: Waitzberg DL, ed. Nutricao Enterale Parenteral Na Pratica Clinica, 2nd edtion;. Atheneu, Sao Paulo, Brazil, 1995.

Faith MS, Pietrobelli A, Allison DB, Heymsfield SB. Prevention of pediatric obesity: Examining the issues and forecasting research directions. In: Bendich A and Deckelbaum R, eds. Preventive Nutrition. Totowa, NJ: Human Press, Inc., 467-86, 1996.

Heymsfield SB, Lowell B. Medical nutrition education in the United States of America. In: Widhalm K, Leibetseder L, Bauernfried M, eds. Over and Undernutrition in Europe, 7th European Nutrition Conference. Austrian Nutrition Society Proceedings, Vienna 1996.

Heymsfield SB, Wang ZM. Human body composition: conceptual advances. In: Angel A, Anderson H, Bouchard C, Lau D, Leiter L, Mendelson R, eds. Progress in Obesity Research. John Libbey & Company Ltd., 245-257, 1996.

PX3-104

Heymsfield SB, Hoy MK. Obesity. In: R.E. Rakel, ed. Conn's Current Therapy. Philadelphia: W.B. Saunders Co., 510-517. 1996.

Withers RT, Laforgia J, Heymsfield SB, Wang ZM, Pillans RK. Two, three and four-compartment chemical models of body composition analysis. In: Norton K and Olds T, eds. Anthropometrical. Sydney: University of New South Wales Press, Ch. 8, 199-231, 1996.

Blackburn GL, Milner JA, Hansen BC, Heymsfield SB, Mason AC, Gaul GE.  Nutrition societies presidents' forum: future challenges and opportunities for nutrition societies in the 21st century.  Am J Clin Nutr 64:813-822, 1996.

Pietrobelli A, Formica C, Wang ZM, Heymsfield SB. Dual-energy x-ray absorptiometry body composition model: review of physical concepts. Am J Physiol 271:941-51, 1996.

Heymsfield SB, Wang ZM, Baumgartner RN, Ross R.  Human body composition: advances in models and methods.  Ann Rev Nutr 17:527-558, 1997.

Heymsfield SB. Energy exchange-body weight relations: an overview. Supp Line 14(1):3-5, 1997.

Heymsfield SB. Nutrition support at the scientific frontier. JPEN 21:252-258, 1997.

Pietrobelli A, Heymsfield SB. Leptin: stator cellaret. Genes thesis Chirurgic, III(6):5-7, 1997.

Heymsfield SB, Ross R, Wang ZM, Forager D. Imaging techniques of body composition: Advantages of measurement and new uses. In: Emerging Technologies for Nutrition Research. Washington, DC: National Academy Press, Ch.5, pp 127-150, 1997.

Heymsfield SB, Baumgartner RN, Ross R, Allison DB, Wang ZM. Evaluation of total and regional body composition. In: Bray GA, Bouchard C, James WPT, eds. Handbook of Obesity. New York: Marcel Decker, Inc., Ch. 3, 41-77, 1998.

WHO Expert Subcommittee on the Use and Interpretation of Anthropometry in the Elderly. Uses and Interpretation of Anthropometry in the Elderly for the Assessment of Physical Status Report to the Nutrition Unit of the World Health Organization. Jour of Nutr Health and Aging 2: 5-17, 1998.

Pietrobelli A, Wang ZM, Heymsfield SB.  Techniques used in measuring human body composition. Cur Open in Clin Nutr and Metab Care 1:439-448, 1998.

Heymsfield SB, Baumgartner RN, Pan SF. Nutrition Assessment of Malnutrition by Anthropometric Methods. In: Shils ME et al. Modern Nutrition in Health and Disease. Baltimore: Williams and Wilkins. Chap. 56, pp. 903-922, 1999.

Wang ZM, Deurenberg P, Wang W, Pietrobelli A, Baumgartner R, Heymsfield SB.  Hydration

PX3-105

of fat-free body mass: review and critique of a classic body composition constant. Am J Clin Nutr 69: 833-841, 1999.

Wang ZM, Wang ZM, Heymsfield SB. History of the study of human body composition: a brief review. Amer J Hum Biol 11: 157-165, 1999.

Gallagher D, Heymsfield SB, Wang ZM. Skeletal muscle markers. In: The role of protein and amino acids in sustaining and enhancing performance. Chap 12, pp. 255-277. Nat Acad Press (Washington DC), 1999.

Heymsfield BG, Heymsfield SB.  Therapeutic Management of Obesity.  PCSE 4: 55-58, 2000.

Heymsfield BG, Heymsfield SB.  Therapeutic Management of Overweight Patients.  OB/GYN Special Edition 51-54, 2000.

Allison D, Fontaine K, Heshka S, Mentore J, Heymsfield SB, Alternative Treatments for Weight Loss: A Critical Review. Critical Reviews in Food Science and Nutrition.  41(1): 1-28(2001).

Heymsfield SB, Choban P, Allison D, Flancbaum L.  Nutritional Support of the Obese Patient. Clinical Nutrition Parenteral Nutrition, 3rd ed: Ch 20, 407-428(2001).

Geliebter A, Funkhauser Heymsfield SB.  Meal Replacement Products and Fat A, Substitutes in Weight control and Maintenance.  Primary and Secondary Preventive Nutrition 13: 223-233, 2000.

Heymsfield SB.  Obesity. IN: EBM Solutions Guidelines for Health Care Providers and Consumers (online database).  Issue 1. Nashville, Tenn:  EBM Solutions; 2000.

Heymsfield SB, Arredondo ER, Alva CV, Rodriquez AF. Body composition assessment: from atomic level to patient's bed. Nutricion Clinica 2(2): 81-91, 1999.

Withers RT, LaForgia J, Heymsfield SB. Critical appraisal of the estimation of body composition via two, three, and four-compartment models. Am J Hum Biol 11:175-185, 1999.

Hoffman D, Heymsfield SB, Waitzberg DL. Composicao Corporea. In: Waitzberg DL, ed. Nutricao Enterale Parenteral Na Pratica Clinica, 3rd edtion; Atheneu, Sao Paulo, Brazil.

Heymsfield SB. The development of Osteoporosis Diagnosis, China Contemporary Medicine, 7(1) 18-21, 2001.

Heymsfield SB, Heshka S. Measurement of Total Energy Stores. In: Fairburn CG, Brownell KD, eds. Eating Disorders and Obesity, Second Edition. New York: The Guilford Press. Chapter 22, 121-125. 2002.

PX3-106

Heshka S, Heymsfield SB. Pharmacological Treatments on the Horizon. In: Fairburn CG, Brownell KD, eds. Eating Disorders and Obesity, Second Edition. New York: The Guilford Press. Chapter 100, 557-561. 2002.

Lee R, Wang ZM, Heymsfield S. Skeletal Muscle Mass: Regional and Whole-body Measurement Methods. In: Preedy V, Peters T, eds. Skeletal Muscle: Pathology, Diagnosis and Management of Disease. London: Greenwich Medical Media. Chapter 39, 427-439. 2002.

Hoffman D, Huber-Miller RK, Allison DB, Wang Z, Shen W, Heymsfield SB. Human Body Composition. In: Eckel RH, ed. Obesity: Mechanisms and Clinical Management. Philadelphia: Lippincott Williams & Wilkins. Chapter 5, 103-127. 2003.

Pietrobelli A, Heymsfield SB. Establishing body composition in obesity. J Endocrinol Invest. 2002; 25: 884-892.

Heymsfield SB, Hoffman D, Testolin C, Wang ZM. Evaluation of human adiposity. In: Björntorp P, ed. International Textbook of Obesity. Chichester, UK: John Wiley & Sons. Chapter 6, 85-97. 2001.

Heshka S, Heymsfield SB.  Obesity and Gallstones. In: Björntorp P, ed. International Textbook of Obesity. Chichester, UK: John Wiley & Sons. Chapter 28, 399-409. 2001.

Heymsfield SB, Hoffman DJ. Investigación de la composición corporal. In: de Girolami DH, ed. Fundamentos de Valoración Nutricional y Composición Corporal. Buenos Aires: El Ateneo. Chapter 13, 151-168. 2003.

Heymsfield SB. Obesity. In: EBM Solutions Guidelines for Health Care Providers and Consumers [online database]. Issue 3. Nashville, TN: EBM Solutions, Inc. May 2003.

Poehlman E, Turturro A, Bodkin N, Cefalu W, Heymsfield SB, Holloszy J, Kemnitz J.  Caloric Restriction Mimetics: Physical Activity and Body Composition Changes. J Gerontol A Biol Sci Med Sci 2001; 56 Spec no 1:45-54.

Saris WH, Heymsfield S. Meeting summary. Obes Res 2001; 9 (Suppl. 4):219S-22S.

Heymsfield SB. Rhoads Lecture: Heat and Life: The Ongoing Scientific Odyssey. Journal of Parenteral and Enteral Nutrition 2002; 26(6):319-332.

St-Onge MP, Heymsfield SB. Overweight and obesity status are linked to lower life expectancy. Nutrition Reviews 2003; 61(9):313-316.

Restrepo PE, Wang ZM, Shen W, Heymsfield SB. Evaluación y vigilancia de la composición corporal del paciente obeso. In: Barranco JG, ed. Obesidad. Mexico City: McGraw Hill. Chapter 11, 103-121. 2004.

Heymsfield SB. Body Composition: an overview. In: Medeiros-Neto G, Halpern A, Bouchard C, ed. Progress in Obesity Research: 9. John Libbey Eurotext Ltd. Chapter 206, 997-1001. 2003.

Lee RC, Heymsfield SB, Shen W, Wang ZM. Total-body and regional skeletal muscle mass measurement methods: an overview. Int J Bod Comp Res 2003; 1(3).

Heymsfield SB.  Stress Factor Effecting Homeostasis:  Weight Loss and Mineral Status. Paper in press

Heymsfield SB, Harp JB, Rowell PN, Nguyen AM, Pietrobelli A. How much may I eat? Calorie estimates based upon energy expenditure prediction equations. Obes Rev. 2006; 7:361-70.

Halpern A, Heymsfield SB, Van Gaal L. Pharmacologic treatment of obesity. Journal of Obesity. 2011

Munzberg H, Heymsfield SB. Leptin, Obesity, and Leptin Resistance. In, Leptin, Regulation and Clinical Applications. Ed, Dagogo S. Springer, New York, 2015.

Heymsfield SB, Munzberg H. Leptin Therapy in People With a Normal Leptin Gene. In, Leptin, Regulation and Clinical Applications. Ed, Dagogo S. Springer, New York, 2015.

## Books

Wright RA, Heymsfield SB eds. Nutritional assessment of the adult hospitalized patient. Boston: Blackwell Scientific Publications, Inc, 290 pages, 1984.

Kral JG, Heymsfield SB eds. Morbid obesity I and II Gastroenterology Clinics of North America, 16, numbers 2 and 3, 1987.

Bell SJ, Matarese LE, Heymsfield SB eds. Nutrition assessment anthology. Silver Spring: ASPEN, 1991.

Roche A, Heymsfield SB, Lohman TE eds. Body Composition. Human Kinetics, Champaign, ILL, 1996.

Heymsfield SB, Lohman TG, Wang ZM, Going SB. Human Body Composition, 2nd ed. Human Kinetics, Champaign, IL, 2005.

Heymsfield SB, Lohman TG, Wang Z, Going SB.  Composition Corporal.  Second Edition. McGraw Hill, 2007.

## Editorials/Letters/Book Reviews

(Editorial) Heymsfield SB, Greenwood T, Roongpisuthipong C. Dietetics and enteral nutrition: past, present and future. J Am Diet Assoc 85(6):667-668, 1985.

(Editorial) Heymsfield SB. Nutrition and the Heart: an update. Nutr Clin Prac 192:81-82, 1986.

(Editorial) Howard L, Heird W, Heymsfield SB, Rhoads JE. A report of the conference on clinical nutrition training for physicians. Am J Clin Nutr 44:135-153, 1986.

(Editorial) Heymsfield SB. The pathogenesis of cardiac cachexia: an overview. Nutr Int 3:103, 1987.

(Editorial) Kral JG, Heymsfield SB. Morbid obesity: definitions, epidemiology, and methodological problems. Gastro Clin N Am 16(2):197-205, 1987.

(Letter) Seaton TB, Heymsfield SB, Rosenthal W. Ursodioxycholic acid and gallstones during weight loss. New Engl J Med 320:1351, 1989.

(Editorial) Heymsfield SB, Waki M, Reinus J. Are patients with chronic liver disease hypermetabolic? Hepatology 11(3):502-505, 1990.

(Book Rev.) Allison DB, Heymsfield SB. Obesity: Theory and Therapy (2nd Edition). JPEN 17(4):396, 1993.

(Letter) Heymsfield SB, Heshka S, Lichtman S. Actual vs. self-reported intake and exercise in obese patients. New Engl J Med 328:1495, 1993.

(Editorial) Heymsfield SB, Wang ZM. Measurement of total body fat by underwater weighing: new insights and uses for an old method. Nutrition 9:472-3, 1993.

(Book Rev.) Allison DB, Heymsfield SB. Obesities. Vague J. JPEN 18(1):87, 1994.

(Book Rev.) Heymsfield SB, Wang ZM, Lohman TG. Advances in body  composition assessment. JPEN 18(3):283, 1994.

(Editorial) Gallagher D, Heymsfield SB. Obesity is bad for the heart, but is weight loss good? Obes Res 2:160-163, 1994.

(Book Rev.) Allison DB, Wolper C, Heymsfield SB. A review of improving the long-term management of obesity, by Michael G. Perri, Arthur M. Nezu, and Barbara J Viegener. JPEN 18(1):88, 1994.

(Book Rev.) Allison DB, Heymsfield SB. A review of the obese child, Edited by PL Giorgi, RM Suskind, and C Catassi. JPEN 18(1):89, 1994.

(Editorial) Heymsfield SB. Enteral solutions: is there a solution? Nutr Clin Pract 10:4-7, 1995.

PX3-109

(Book Rev.) Allison DB, Heymsfield SB. Obesity in Europe 93: Proceedings of the Fifth European Congress on Obesity, edited by H Ditschuneit, FA Gries, H Hauner, V Schusdziarra, and JG Wechsler. JPEN 19:424, 1995.

(Editorial) Baumgartner RN and Heymsfield SB, Roche AF. Human body composition and chronic disease. Obes Res 3:73-95, 1995.

(Editorial) Heymsfield SB, Pietrobelli A. Morbid obesity: the price of progress. End Pract 3(5):320-323, 1997.

(Editorial) Pietrobelli A, Allison DB, Heymsfield SB. Practical, low-cost body-composition assessments. Weight Contr Dig 7(6): 675-677, 1997.

(Editorial) Heymsfield S, Nuñez C, Pietrobelli A. Biompedance analysis: what are the next steps? Nutr Clin Pract 12:201-203, 1997.

(Editorial) Roubenoff R, Heymsfield SB, Cannon JG, Kehayias JJ, Rosenberg IH. Standardization of nomenclature of body composition in weight loss. J Clin Nutr 66:192-196, 1997.

(Letter to the editor) Heshka S, Heymsfield SB, Pi-Sunyer FX. Reply to Moran et al. Int J Obes. 22(3): 283-84, 1998.

(Editorial). Kotler D and Heymsfield SB. HIV infection: a model chronic illness for studying wasting diseases. Am J Clin Nutr. 68(3):519-520, 1998.

(Letter to the editor) Heymsfield SB and Kotler DP.  Reply to PP Garcia Luna et al. Am J Clin Nutr. 70(2): 301, 1999.

(Letter) Wang Z, Deurenberg P, Wang W, Pietrobelli A, Baumgartner R, Heymsfield SB. Hydration of fat-free body mass: new physiological modeling approach.  Am. J. Pysiol. Endocrinol. Metab. 278: E752-E753, 2000.

(Book Review) Allison D and Heymsfield SB.  Nutrition, Genetics, and Obesity.   New Eng J Med. 2000;342:747.

(Book Review) Heymsfield SB. Fat: Fighting the Obesity Epidemic, by Robert Pool. 227 pp., illustrated. New York, New Eng J Med. 344 (12): 940-941.

(Letter to the editor) Heymsfield SB.  Reply to Christopher Nunez et al. Am J Clin Nutr. 73: 845 -846, 2001.

Heymsfield SB, Pietrobelli A, Wang Z, Saris WH. The end of body composition methodology research? Curr Opin Clin Nutr Metab Care. 2005;8:591-594.

PX3-110

Miller GD, Cohen NL, Fulgoni VL, Heymsfield SB, Wellman NS. From nutrition scientist to nutrition communicator: why you should take the leap. Am J Clin Nutr. 2006;83:1272-5.

(Lecture) Heymsfield, SB. The body composition toolkit: 'Fit for Function'. IJBCR. 2006;4:51-7.

(Letter to the Editor) Heymsfield SB, Blackburn GL. Comparison of weight-loss diets. JAMA. 2007;298:173-4.

(Editorial). Heymsfield SB, Cefalu WT. Does body mass index adequately convey a patient's mortality risk? JAMA. 2013;309:87-8. PMID: 23280230.

Schoeller D. Thomas D, Archer E, Heymsfield SB, Blair S, Goran M, Hill J, Atkinson RL, Corkey B, Foreyt J, Dhurandhar NV, Hall K, Kral J, Hansen BC, Heitmann BL, Ravussin E, Allison DB. Self-Report-Based Estimates of Energy Intake Offer an Inadequate Basis for Scientific Conclusions. Am J Clin Nutr. 2013;97(6):1413-5. PMID: 23689494

Gonzalez MC, Pastore CA, Orlandi SP, Heymsfield SB. Reply to RM Winkels et al. Am J Clin Nutr. 2014 Oct;100(4):1208-9. PMID:25240084

Prado CM, Heymsfield SB. Lean tissue imaging: a new era for nutritional assessment and intervention. JPEN J Parenter Enteral Nutr. 2014 Nov;38(8):940-53. Review. PMID: 25239112

## Service

**Editorial Boards:**

*Current:*
    Cell Metabolism
    Metabolism: Clinical and Experimental

*Past:*
    Nutrition in Clinical Practice
    American Journal of Human Biology
    The Journal of Nutrition, Health & Aging
    Journal of Parenteral and Enteral Nutrition
    Adipocytes
    Age & Nutrition
    Nutrition Reviews
    American Journal of Clinical Nutrition
    Clinical Nutrition
    Obesity
    International Journal of Body Composition Research

**Consultative:**

PX3-111

Updated  November 22, 2016

*Current:*
    Board of Advisors, American Society of Parenteral and Enteral Nutrition
    The Obesity Society, Council and Vice President-Elect
    American Board of Physician Nutrition Specialists, Board Member

*Past:*
    Science Committee, International Ctr. for Assessment of Nutritional Status, Milan, It.
    National Academy of Sciences, Institute of Medicine, Committee on Military Nutrition
    National Academy of Sciences, Institute of Medicine, Committee on Testosterone
            Replacement in Elderly Men
    Board of Directors, American Society of Parenteral and Enteral Nutrition
    Publications Management Committee, American Society of Clinical Nutrition
    United States Pharmacopeial Convention, Advisory Panel on Nutrition and Electrolytes
    North American Association for the Study of Obesity (NAASO), Nominations Committee
    Secretary, American Society of Clinical Nutrition
    Governmental Relations Committee, American Society of Parenteral and Enteral Nutrition
    Chair, Nutrition Support Guideline Committee, Amer. Society Parent and Enteral Nutrition
    Chair, Public Policy Committee, North American Association for the Study of Obesity
    Chair, Publication Committee, American Society of Parenteral and Enteral Nutrition
    Chair, Postgraduate Education Committee, American Society of Clinical Nutrition
    Nominating Committee, American Society of Clinical Nutrition
    President, Food and Nutrition Council of Greater New York
    President, American Society of Parenteral and Enteral Nutrition
    Vice President, American Society of Clinical Nutrition
    President, American Society of Clinical Nutrition
    Council, American Society of Clinical Nutrition
    Budget, Finance, and Audit Committee; and Long Range Planning Committee, American
            Society of Clinical Nutrition
    North American Association for the Study of Obesity, IASO representative
    Public Information Committee, American Society of Clinical Nutrition
    North American Association for the Study of Obesity (NAASO), Ethics Committee
    Baton Rouge Mayor's Health City Initiative Board Member
    American Board of Physician Nutrition Specialists, Board Member
    Baton Rouge Area Chamber, Board Member and Chair of Healthcare Council
    Foundation for the National Institutes of Health, Obesity Board Member
    American Society for Nutrition, Reviews, Papers, and Guidelines Committee
    The Obesity Society:
- Ethics Committee (2006-2009), Council Liaison (2013-2016)
- Audit Committee (2007-2009)
- Council Committee 2007 & (2013-2016)
- Nominating Committee (2007-2010)
- Finance Committee (2009-2012)
- Bariatric Surgery Section, Council Liaison (2014-2016)
- Clinical Committee, Council Liaison (2014-2016)
- Development Committee (2012-2015)
- Health Services Research Section, Council Liaison (2013-2016)

PX3-112

- Membership Committee, Council Liaison (2013-2016)
- Pediatric Obesity Section, Council Liaison (2014-2016)
- Public Affairs Committee (2015-2017)

**Commercialization**

**Patents**

| Patent # | Year of Issue | Title |
|---|---|---|
| 7,089,052 | 2006 | Method and system for estimating visceral fat area |
| 6,480,736 | 2002 | Method for determining basal metabolism |
| 6,477,409 | 2002 | Apparatus for measuring basal metabolism |
| 6,468,209 | 2002 | Method and apparatus for estimating body fat |
| 6,393,317 | 2002 | Living body impedance measuring instrument and body composition measuring instrument |
| 4,832,042 | 1989 | Ventilator hood system for indirect calorimetry |
| 4,257,107 | 1981 | Measuring device |

# PX3
# Att. B

# Declaration and
# Expert Report of
# Steven B. Heymsfield, M.D.

**Articles and Abstracts Reviewed as of 12/16/16**

1) Anderson, R. Chromium and polyphenols from cinnamon improve insulin sensitivity. Proceedings from the Nutrition Society, 2008, 67 (01), 48-53.

2) Arvill A, Bodin L. Effect of short-term ingestion of konjac glucomannan on serum cholesterol in healthy men. Am J Clin Nutr 1995 Mar; 61(3):61:585-9.

3) Babiker R, Merghani TH, Elmusharaf K, Badi RM, Lang F, Saeed AM. Effects of Gum Arabic ingestion on body mass index and body fat percentage in healthy adult females: two-arm randomized, placebo controlled, double-blind trial. Nutr J. 2012 Dec 15;11:111.

4) Balcázar-Muñoz BR, Martínez-Abundis E, González-Ortiz M. Effect of oral inulin administration on lipid profile and insulin sensitivity in subjects with obesity and dyslipidemia. Rev Med Chil. 2003 Jun;131(6):597-604.

5) Beck EJ, Tapsell LC, Batterham MJ, Tosh SM, Huang XF. Oat beta-glucan supplementation does not enhance the effectiveness of an energy-restricted diet in overweight women. Br J Nutr. 2010 Apr;103(8):1212-22.

6) Beck EJ, Tosh SM, Batterham MJ, Tapsell LC, Huang XF. Oat beta-glucan increases postprandial cholecystokinin levels, decreases insulin response and extends subjective satiety in overweight subjects. Mol Nutr Food Res. 2009 Oct;53(10):1343-51.

7) Behall KM, Scholfield DJ, Hallfrisch JG, Liljeberg-Elmståhl HG. Consumption of both resistant starch and beta-glucan improves postprandial plasma glucose and insulin in women. Diabetes Care. 2006 May;29(5):976-81.

8) Biancardi G, Palmiero L, Ghirardi PE. Glucomannan in the Treatment of Overweight Patients with Osteoarthrosis. Curr Ther Res. Nov 1989; 46(5): 908-12.

9) Biörklund M, van Rees A, Mensink RP, Onning G. Changes in serum lipids and postprandial glucose and insulin concentrations after consumption of beverages with beta-glucans from oats or barley: a randomised dose-controlled trial. Eur J Clin Nutr. 2005 Nov;59(11):1272-81.

10) Birketvedt GS, Aaseth J, Florholmen JR, Ryttig K. Long-term effect of fibre supplement and reduced energy intake on body weight and blood lipids in overweight subjects. Acta Medica (Hradec Kralove). 2000;43(3):129-32.

11) Birketvedt GS, Shimshi M, Erling T, Florholmen J. Experiences with three different fiber supplements in weight reduction. Med Sci Monit. 2005 Jan;11(1):PI5-8.

12) Bourdon I, Yokoyama W, Davis P, Hudson C, Backus R, Richter D, Knuckles B, Schneeman BO. Postprandial lipid, glucose, insulin, and cholecystokinin responses in men fed barley pasta enriched with beta-glucan. Am J Clin Nutr. 1999 Jan; 69(1):55-63.

13) Brown, GD, Gordon S. Fungal beta-glucans and mammalian immunity. Immunity, 2003 Sep; 19(3):311-5.

14) Buchwald H, Avidor Y, Braunwald E, Jensen MD, Pories W, Fahrbach K, Schoelles K. Bariatric surgery: a systematic review and meta-analysis. JAMA. 2004 Oct 13;292(14):1724-37.

15) Burton-Freeman, B. (2000). Dietary Fiber and Energy Regulation. The Journal of Nutrition, 130 (2), pp. 2725-55.

16) Cairella M, Marchini G. [Evaluation of the action of glucomannan on metabolic parameters and on the sensation of satiation in overweight and obese patients]. [Article in Italian] Clin Ter. 1995 Apr;146(4):269-74. (abstract only)

17) Cani, P., Dewever, C, Delzenne, N. (2004). Inulin-type fructans modulate gastrointestinal peptides involved in appetite regulation (glucagon-like peptide-1 and ghrelin) in rats. British Journal of Nutrition, 92, pp. 521-6.

18) Casiraghi MC, Garsetti M, Testolin G, Brighenti F. 2006.  Post-prandial responses to cereal products enriched with barley beta-glucan. J Am Coll Nutr. 2006 Aug;25(4):313-20.

19) Chearskul S, Sangurai S, Nitiyanant W, Kriengsinyos W, Kooptiwut S, Harindhanavudhi T. Glycemic and lipid responses to glucomannan in Thais with type 2 diabetes mellitus. J Med Assoc Thai. 2007 Oct;90(10):2150-7. (abstract)

20) Chen HL, Sheu WH, Tai TS, Liaw YP, Chen YC.  Konjac supplement alleviated hypercholesterolemia and hyperglycemia in type 2 diabetic subjects--a randomized double-blind trial. J Am Coll Nutr. 2003 Feb; 22(1):36-42.

21) Clemens, R., Kranz, S., Mobley, A., et al. Filling America's Fiber Intake Gap: Summary of a Roundtable to Probe Realistic Solutions with a Focus on Grain-Based Foods. The Journal of Nutrition, 2012, 142, pp. 1390-401.

22) Cloetens, L., Ulmius, M., Johansson-Persson, A., et al. Role of dietary beta-glucans in the prevention of the metabolic syndrome. Nutrition Reviews, 2012, 70 (8), 444-58.

23) Coleman KJ, Huang YC, Hendee F, Watson HL, Casillas RA, Brookey J. Three-year weight outcomes from a bariatric surgery registry in a large integrated healthcare system. Surg Obes Relat Dis. 2014 May-Jun;10(3):396-403.

24) de Leeuw IH, van Gaal L, Vanroelen W. Magnesium and obesity: effects of treatment on magnesium and other parameters. Magnesium. 1987;6(1):40-7.

25) Diabetes Control and Complications Trial (DCCT) Research Group. The effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus. New Engl J Med. 1993 Sep; 329(14):977-86.

26) Doi K. Effect of konjac fibre (glucomannan) on glucose and lipids. Eur J Clin Nutr 1995 Oct; 49:Suppl 3:190-7.

27) Driscoll M, Hansen R, Ding C, Cramer DE, Yan J. Therapeutic potential of various beta-glucan sources in conjunction with anti-tumor monoclonal antibody in cancer therapy. Cancer Biol Ther. 2009 Feb;8(3):216-223.

28) El Khoury D., Cuda C., Luhovyy BL, Anderson GH. Beta glucan: health benefits in obesity and metabolic syndrome. J Nutr Metab 2012.

29) European Food Safety Authority, Scientific Opinion on the substantiation of health claims related to kojac mannan (glucomannan) and reduction of body weight (ID 854, 1556, 3725), reduction of post-prandial glycaemic responses (ID 1559), maintenance of normal blood glucose concentrations of triglycerides (ID 3217), maintenance of normal blood cholesterol concentrations (ID 3100, 3217), maintenance of normal bowel function (ID 834, 1557, 3901) and decreasing potentially pathogenic gastro-intestinal microorganisms (ID 1558) pursuant to Article 13(1) of Regulation (EC) No. 1924/2006. Dec 9, 2010. EFSA Journal 2010;8(10):1798.

30) Evans, E., Miller, D. Bulking agents in the treatment of obesity. Journal of Nutrition and Metabolism, 1975, 18 (4), 199-203.

31) Finkler E, Heymsfield SB, St-Onge MP. Rate of weight loss can be predicted by patient characteristics and intervention strategies. J Acad Nutr Diet. 2012 Jan;112(1):75-80.

32) Foster GD, Wadden TA, Peterson FJ, Letizia KA, Bartlett SJ, Conill AM. A controlled comparison of three very-low-calorie diets: effects on weight, body composition, and symptoms. Am J Clin Nutr. 1992 Apr;55(4):811-7.

33) Gallaher DD, Gallaher CM, Mahrt GJ, Carr TP, Hollingshead CH, Hesslink R Jr, Wise J. A glucomannan and chitosan fiber supplement decreases plasma cholesterol and increases cholesterol excretion in overweight normocholesterolemic humans. J Am Coll Nutr. 2002 Oct;21(5):428-33.

34) Gee JM, Blackburn NA, Johnson IT. The influence of guar gum on intestinal cholesterol transport in the rat. Br J Nutr. 1983 Sep;50(2):215-24.

35) Greenway, F., Wang, S., Heiman, M. (2014). A novel cobiotic containing a prebiotic and an antioxidant augments the glucose control and gastrointestinal tolerability of metformin: a case report. Beneficial Microbes, 5 (1), pp. 29-32.

36) Guardamagna O, Abello F, Cagliero P, Visioli F. Could dyslipidemic children benefit from glucomannan intake? Nutrition. 2013 Jul-Aug;29(7-8):1060-65.

37) Guess, N., Dornhorst, A., Oliver, N., et al. A randomized controlled trial: the effect of inulin on weight management and ectopic fat in subjects with prediabetes. Journal of Nutrition and Metabolism, 2015 Oct 24; 12:36.

38) Hanai H, Ikuma M, Sato Y, Iida T, Hosoda Y, Matsushita I, Nogaki A, Yamada M, Kaneko E. Long-term effects of water-soluble corn bran hemicellulose on glucose tolerance in obese and non-obese patients: improved insulin sensitivity and glucose metabolism in obese subjects. Biosci Biotechnol Biochem. 1997 Aug;61(8):1358-61.

39) Hays NP, Starling RD, Liu X, Sullivan DH, Trappe TA, Fluckey JD, Evans WJ. Effects of an ad libitum low-fat, high-carbohydrate diet on body weight, body composition, and fat distribution in older men and women: a randomized controlled trial. Arch Intern Med. 2004 Jan 26;164(2):210-7.

40) Heshka S, Anderson JW, Atkinson RL, Greenway FL, Hill JO, Phinney SD, Kolotkin RL, Miller-Kovach K, Pi-Sunyer FX. Weight loss with self-help compared with a structured commercial program: a randomized trial. JAMA. 2003 Apr 9;289(14):1792-8.

41) Heymsfield SB, Harp JB, Reitman ML, Beetsch JW, Schoeller DA, Erondu N, Pietrobelli A. Why do obese patients not lose more weight when treated with low-calorie diets? A mechanistic perspective. Am J Clin Nutr. 2007 Feb;85(2):346-54.

42) Howarth NC, Saltzman E, Roberts SB. Dietary fiber and weight regulation. Nutr Rev. 2001 May;59(5):129-39.

43) Jenkins AL, Jenkins DJA, Zdravkovic U, Wursch P, Vuksan V. Depression of the glycemic index by high levels of beta-glucan fiber in two functional foods tested in type 2 diabetes. Eur J Clin Nutr. 2002 Jul;56(7): 622-628.

44) Jenkins DJ, Kendall CW, Vuksan V, Vidgen E, Parker T, Faulkner D, Mehling CC, Garsetti M, Testolin G, Cunnane SC, Ryan MA, Corey PN. Soluble fiber intake at a dose approved by the US Food and Drug Administration for a claim of health benefits: serum lipid risk factors for cardiovascular disease assessed in a randomized controlled crossover trial. Am J Clin Nutr. 2002 May;75(5):834-9.

45) Jenkins DJ, Wolever TM, Leeds AR, Gassull MA, Haisman P, Dilawari J, Metz GL, Albert KG. Dietary fibres, fibre analogues, and glucose tolerance: importance of viscosity. Br Med J. 1978 May 27;1(6124):1392-4.

46) Johnston CS, Beezhold BL, Mostow B, Swan PD. Plasma vitamin C is inversely related to body mass index and waist circumference but not to plasma adiponectin in nonsmoking adults. J Nutr. 2007 Jul;137(7):1757-62.

47) Juvonen, K., Flander, S. Karhunen. L. 2007. Effect of Dietary Fibre and Protein on Postprandial Satiety and Satiety Peptides.

48) Keithley J, Swanson B. Glucomannan and obesity: a critical review. Altern Ther Health Med. 2005 Nov-Dec;11(6):30-4.

49) Keithley JK, Swanson B, Mikolaitis SL, DeMeo M, Zeller JM, Fogg L, Adamji J. Safety and efficacy of glucomannan for weight loss in overweight and moderately obese adults. J Obes. 2013;2013:610908.

50) Kerndt PR, Naughton JL, Driscoll CE, Loxterkamp DA. Fasting: the history, pathophysiology and complications. West J Med. 1982 Nov;137(5):379-99.

51) Kim H, Stote KS, Behall KM, Spears K, Vinyard B, Conway JM. Glucose and insulin responses to whole grain breakfasts varying in soluble fiber, beta-glucan: a dose response study in obese women with increased risk for insulin resistance. Eur J Nutr. 2009 Apr;48(3):170-5.

52) Kovacs EM, Westerterp-Plantenga MS, Saris WH, Goossens I, Geurten P, Brouns F. The effect of guar gum addition to a semisolid meal on appetite related to blood glucose, in dieting men. Eur J Clin Nutr. 2002 Aug; 56(8): 771-8.

53) Kovacs EM, Westerterp-Plantenga MS, Saris WH, Goossens I, Geurten P, Brouns F. The effect of addition of modified guar gum to a low-energy semisolid meal on appetite and body weight loss. Int J Obes Relat Metab Disord. 2001 Mar;25(3):307-15.

54) Krotkiewski M. Effect of guar gum on body-weight, hunger ratings and metabolism in obese subjects. Br J Nutr. 1984 Jul;52(1):97-105.

55) Kucio, C., Jonderko, K., Piskorska, D. Does yohimbine act as a slimming drug? Isreal Journal of Medical Science, 1991, 27 (10), 550-6.

56) Leadbetter J, Ball MJ, Mann JI. Effects of increasing quantities of oat bran in hypercholesterolemic people. Am J Clin Nutr. 1991 Nov;54(5):841-5.

57) Lecube A, Baena-Fustegueras JA, Fort JM, Pelegrí D, Hernández C, Simó R. Diabetes is the main factor accounting for hypomagnesemia in obese subjects. PLoS One. 2012;7(1).

58) Leeds. Dietary Fiber and Obesity. Treatment-Nonpharmacologic.pp. 677-82.

59) Leslie D, Kellogg TA, Ikramuddin S. Bariatric surgery primer for the internist: keys to the surgical consultation. Med Clin North Am. 2007 May;91(3):353-81, x.

60) Li B, Cai Y, Qi C, Hansen R, Ding C, Mitchell TC, Yan J. Orally administered particulate beta-glucan modulates tumor-capturing dendritic cells and improves antitumor T-cell responses in cancer. Clin Cancer Res. 2010 Nov 1;16(21):5153-64.

61) Livieri C, Novazi F, Lorini R. [The use of highly purified glucomannan-based fibers in childhood obesity][translation from Italian]. Pediatr Med Chir. 1992 Mar-Apr;14(2):195-8. (abstract)

62) Luttikhuis HO, Baur L, Jansen H, Shrewsbury VA, O'Malley C, Stolk RP, Summerbell CD. Interventions for treating obesity in children. Cochrane Database of Systematic Reviews, 3, pp. 1-57.

63) Lyly M, Liukkonen KH, Salmenkallio-Marttila M, Karhunen L, Poutanen K, Lähteenmäki L. Fibre in beverages can enhance perceived satiety. Eur J Nutr. 2009 Jun;48(4):251-8.

64) Marinangeli CP, Jones PJ. Whole and fractionated yellow pea flours reduce fasting insulin and insulin resistance in hypercholesterolaemic and overweight human subjects. Br J Nutr. 2011 Jan;105(1):110-7.

65) Martino F, Martino E, Morrone F, Carnevali E, Forcone R, Niglio T. Effect of dietary supplementation with glucomannan on plasma total cholesterol and low density lipoprotein cholesterol in hypercholesterolemic children. Nutr Metab Cardiovasc Dis. 2005 Jun;15(3):174-80.

66) Mueller-Cunningham WM, Quintana R, Kasim-Karakas SE. An ad libitum, very low-fat diet results in weight loss and changes in nutrient intakes in postmenopausal women. J Am Diet Assoc. 2003 Dec;103(12):1600-6.

67) Mudgil, D., Barak, S. ,Khatkar, B.S. Guar gum: processing, properties and food applications—A Review. J Food Sci Technol (2014) 51: 409.

68) Nachtigal, M., Patterson, R., Stratton, K., et al. (2005). Dietary Supplements and Weight Control in a Middle-Age Population. The Journal of Alternative and Complementary Medicine, 11 (5), pp. 909-15.

69) Nicolosi R, Bell SJ, Bistrian BR, Greenberg I, Forse RA, Blackburn GL. Plasma lipid changes after supplementation with beta-glucan fiber from yeast. Am J Clin Nutr. 1999 Aug;70(2):208-12.

70) Onakpoya I, Posadzki P, Ernst E. The efficacy of glucomannan supplementation in overweight and obesity: a systematic review and meta-analysis of randomized clinical trials. J Am Coll Nutr. 2014;33(1):70-78.

71) Ostojic, S. Yohimbine: the effects on body composition and exercise performance in soccer players. Research in Sports Medicine, 2006, 14 (4): 289-9.

72) Ou, S., Kwok, K., Li, Y., et al. In Vitro Study of Possible Role of Dietary Fiber in Lowering Postprandial Serum Glucose. Journal of Agricultural and Food Chemistry, 2001, 49 (2), pp. 1026-29.

73) Parnell, J.A.; Reimer, R.A. Weight loss during oligofructose supplementation is associated with decreased ghrelin and increased peptide YY in overweight and obese adults. Am. J. Clin. Nurt. 2009, 90: 1236-1243.

74) Pick ME, Hawrysh ZJ, Gee MI, Toth E, Garg ML, Hardin RT. Oat bran concentrate bread products improve long-term control of diabetes: a pilot study. J Am Diet Assoc. 1996 Dec;96(12):1254-61. (abstract)

75) Pittler, MH, Stevinson. C., Ernst, E. Chromium picolinate for reducing body weight: meta-analysis of randomized trials. International Journal of Obesity Related Metabolic Disorders, 2003, 27, pp. 522-9.

76) Pittler MH, Ernst E. Guar gum for body weight reduction: meta-analysis of randomized trials. Am J Med. 2001 Jun 15;110(9):724-30.

77) Pol K, Christensen R, Bartels EM, Raben A, Tetens I, Kristensen M. Whole grain and body weight changes in apparently healthy adults: a systematic review and meta-analysis of randomized controlled studies. Am J Clin Nutr. 2013 Oct;98(4):872-84.

78) Reffo GC, Ghirardi PE, Forattini C. Glucomannan in hypertensive outpatientis: pilot clinical trial. Curr. Ther. Res. Jul 1988; Vol. 44, No. 1, pp. 22-27.

79) Reffo GC, Ghirardi PE, Forattini C.. Double-blind evaluation of glucomannan versus placebo in postinfarcted patients after cardiac rehabilitation. Curr Ther Res. May 1990;47(5):753-758.

80) Rigaud D, Ryttig KR, Angel LA, Apfelbaum M. Overweight treated with energy restriction and a dietary fibre supplement: a 6-month randomized, double-blind, placebo-controlled trial. Int J Obes. 1990;14(9):763-9.

81) Ripsin CM, Keenan JM, Jacobs DR Jr, Elmer PJ, Welch RR, Van Horn L, Liu K, Turnbull WH, Thye FW, Kestin M, et al. Oat products and lipid lowering. A meta-analysis. JAMA. 1992 Jun 24;267(24):3317-25.

82) Rogovik AL, Chanoine JP, Goldman RD. Pharmacotherapy and weight-loss supplements for treatment of paediatric obesity. Drugs. 2010 Feb 12;70(3):335-46.

83) Rössner S, Flaten H. VLCD versus LCD in long-term treatment of obesity. Int J Obes. 1997 Jan;21(1):22-26.

84) Saltzman E, Moriguti JC, Das SK, Corrales A, Fuss P, Greenberg AS, Roberts SB. Effects of a cereal rich in soluble fiber on body composition and dietary compliance during consumption of a hypocaloric diet. J Am Coll Nutr. 2001 Feb;20(1):50-57.

85) Samra, R., Anderson, G.H. Insoluble cereal fiber reduces appetite and short-term food intake and glycemic response to food consumed 75 min later by healthy men. Am J Clin Nutr 2007, 86:972-9.

86) Saris WH. Very-low-calorie diets and sustained weight loss. Obes Res. 2001 Nov;9 Suppl 4:295S-301S.

87) Shimizu C, Kihara M, Aoe S, Araki S, Ito K, Hayashi K, Watari J, Sakata Y, Ikegami S. Effect of high beta-glucan barley on serum cholesterol concentrations and visceral fat area in Japanese men--a randomized, double-blinded, placebo-controlled trial. Plant Foods Hum Nutr. 2008 Mar;63(1):21-5. Epub 2007 Dec 12.

88) Slavin, J., Green, H. Dietary Fibre and Satiety. Brit. Nutr. Fdtn. 2007, 32-42.

89) Slavin JL. Dietary fiber and body weight. Nutrition 2005 Mar;21(3):411-8.

90) Slavin JL .Position of the American Dietetic Association: health implications of dietary fiber. J Am Diet Assoc. 2008 Oct;108(10):1716-31.

91) Sood N, Baker WL, Coleman CI. Effect of glucomannan on plasma lipid and glucose concentrations, body weight, and blood pressure: systematic review and meta-analysis. Am J Clin Nutr. 2008 Oct;88(4):1167-75.

92) Takahashi T, Yokawa T, Ishihara N, Okubo T, Chu DC, Nishigaki E, Kawada Y, Kato M, Raj Juneja L. Hydrolyzed guar gum decreases postprandial blood glucose and glucose absorption in the rat small intestine. Nutr Res. 2009 Jun;29(6):419-25. (abstract)

93) Thondre PS, Henry CJ. High-molecular-weight barley beta-glucan in chapatis (unleavened Indian flatbread) lowers glycemic index. Nutr Res. 2009 Jul;29(7):480-6

94) Tuomilehto J, Karttunen P, Vinni S, Kostiainen E, Uusitupa M. A double-blind evaluation of guar gum in patients with dyslipidaemia. Hum Nutr Clin Nutr. 1983 Mar;37(2):109-16. (abstract)

95) Uusitupa M, Tuomilehto J, Karttunen P, Wolf E. Long term effects of guar gum on metabolic control, serum cholesterol and blood pressure levels in type 2 (non-insulin-dependent) diabetic patients with high blood pressure. Ann Clin Res. 1984;16 Suppl 43:126-31. (abstract)

96) Venter CS, Kruger HS, Vorster HH, Serfontein WJ, Ubbink JB, De Villiers LS. The effects of the dietary fibre component konjac-glucomannan on serum cholesterol levels of hypercholesterolaemic subjects. Hum Nutr Food Sci Nutr (1987) 41F, 55-61.

97) Vido L, Facchin P, Antonello I, Gobber D, Rigon F. Childhood obesity treatment: double blinded trial on dietary fibres (glucomannan) versus placebo. Padiatr Paedol. 1993;28(5):133-6.

98) Vita PM , Restelli A, Caspani P, Klinger R. [Chronic use of glucomannan in the dietary treatment of severe obesity]. [Article in Italian] Minerva Med. 1992 Mar;83(3):135-9. (abstract)

99) Vuksan V, Jenkins DJ, Spadafora P, Sievenpiper JL, Owen R, Vidgen E, Brighenti F, Josse R, Leiter LA, Bruce-Thompson C. Konjac-mannan (glucomannan) improves glycemia and other associated risk factors for coronary heart disease in type 2 diabetes. A randomized controlled metabolic trial. Diabetes Care. 1999 Jun;22(6):913-9.

100)     Vuksan V, Sievenpiper JL, Owen R, Swilley JA, Spadafora P, Jenkins DJ, Vidgen E, Brighenti F, Josse RG, Leiter LA, Xu Z, Novokmet R. Beneficial effects of viscous dietary fiber from Konjac-mannan in subjects with the insulin resistance syndrome: results of a controlled metabolic trial. Diabetes Care. 2000 Jan;23(1):9-14.

101)     Wakabayashi S, Kishimoto Y, Matuoka A. Effects of indigestible dextrin on glucose tolerance in rats. J Endoctrinol. 1995 Mar;144(3): 533-8. (abstract)

102)     Walsh DE, Yaghoubian V, Behforooz A. Effects of glucomannan on obese patients: a clinical study. Int J Obes. 1984;8(4):289-93.

103)     Wintergerst ES, Maggini S, Hornig DH. Immune-enhancing role of vitamin C and zinc and effect on clinical conditions. Ann Nutr Metab. 2006;50(2):85-94.

104)     Wood RJ, Fernandez ML, Sharman MJ, Silvestre R, Greene CM, Zern TL, Shrestha S, Judelson DA, Gomez AL, Kraemer WJ, Volek JS. Effects of a carbohydrate-restricted diet with and without supplemental soluble fiber on plasma low-density lipoprotein cholesterol and other clinical markers of cardiovascular risk. Metabolism. 2007 Jan;56(1):58-67. (abstract)

105)     Wursch P, Pi-Sunyer FX. The role of viscous soluble fiber in the metabolic control of diabetes. A review with special emphasis on cereals rich in beta-glucan. Diabetes Care. 1997 Nov;20(11):1774-80.

106)     Yan J, Allendorf DJ, Brandley B. Yeast whole glucan particle (WGP) beta-glucan in conjunction with antitumour monoclonal antibodies to treat cancer. Expert Opin Biol Ther. 2005 May;5(5):691-702. (abstract)

107)     Yang, H., Yang, S., Chao, J., et al. Beneficial effects of catechin-rich green tea and inulin on the body composition of overweight adults. British Journal of Nutrition, 2012, 107 (5), pp. 749-54.

108)     Yoshida M, Vanstone CA, Parsons WD, Zawistowski J, Jones PJ. Effect of plant sterols and glucomannan on lipids in individuals with and without type II diabetes. Eur J Clin Nutr. 2006 Apr;60(4):529-37.

109)     Zalewski BM, Chmielewska A, Szajewska H. The effect of glucomannan on body weight in overweight or obese children and adults: a systematic review of randomized controlled trials. Nutrition. 2015 Mar;31(3):437-42.e2.

110)     Zhang MY, Huang CY, Wang X, Hong JR, Peng SS. The effect of foods containing refined Konjac meal on human lipid metabolism. Biomed Environ Sci. 1990 Mar;3(1):99-105. (abstract)

111)     Ziegenfuss, TN, Kedia, AW, Sandrock, J. Effects of a functional fiber-based proprietary dietary supplement program on gastric volume reduction, satiety, cardiometabolic hormones and safety in overweight subjects.  Center for Applied Health Sciences. Sept. 24, 2015.  [CLINICAL STUDY PREPARED FOR MUST CURE OBESITY, INC. NOT PUBLISHED IN A JOURNAL]