# PX5(2)

# (PX5-51 through PX5-114)

# Declaration of Carl H. Settlemyer, III

**Declaration of Carl H. Settlemyer, III**
**Attachment K**

PX5-51

Qualify & Order - Mini Gastric Bypass Alternative - NO surgery - $480 Page 1 of 2





20% stomach size availability

# Mini Gastric Bypass Alternative

A dose of the Formula mixed in water and taken in the morning

creates a fast mini mini gastric bypass effect... read more

## Qualify & Order

starts at $172 x 3 payments

This form is designed to filter out those with limited chance of being successful and who are absolutely not suited to use the STRONG Formula or handle the regimen successfully. This form is not replacing your personal physician who can relate specifically to your medical situation. This information will be kept confidential and will NOT be shared. Privacy Policy.

**53% are approved**



FTC-PROD-012024

PX5-52
9/11/2014

## Disclaimer

*Results may vary
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2014 Roca Labs, Inc. All rights reserved.

**LIVE ADVICE**
click to chat

Chat now

FTC-PROD-012025

PX5-53
9/11/2014

**Declaration of Carl H. Settlemyer, III**
**Attachment L**

PX5-54

1/5

CHS

Roca Labs® | Better, Safer & Cheaper than Gastric Bypass

# Roca Labs®

## Nutraceutical USA

## Strong, Natural Non-Surgical Medical Alternatives



# Gastric Bypass NO surgery®

- Safer, better & cheaper than bariatric surgery
- **High success** in creating gastric bypass effect
- Morning dose creates gastric bypass effect
- Weight loss starts immediately
- **Up to 21 lb weight loss a month** *results may vary
- Users lost 100 lb loss in 7-12 months*
- FDA compliance, safer natural ingredients

**Starts at $480** with health insurance discount learn more

  aetna UnitedHealthcare CIGNA

very limited
stomach volume

Roca Labs® mixture

gastric bypass effect

# Users lost 100 lbs in 7 to 12 months

your weight loss may vary - not typical results

FTC-PROD-012030

9/22/2014

http://rocalabs.com/?rclid=CPhE_nll9rACFSlk7AodP2IA  w

PX5-55

Roca Labs® | Better, Safer & Cheaper than Gastric Bypass

9/22/2014

| Learn more | Find your regimen | High success rate | Support |



Jan 265 lbs    Jul 210 lbs    Oct 18/ lbs
Darlene lost 86 lbs in 9 months

Doctors Portal

277 lbs        162 lbs

Pharmacists Portal

288 lbs    223 lbs    205 lbs

Dietitians Portal

# Roca Labs® Invented 6 Surgery Alternative Solutions

Each solution is individualized and is made of the mixture (limiting stomach volume), Anti-Cravings® and instructions for accelerated weight loss. 53% are approved.

Find Your Weight Loss Regimen

GASTRIC BYPASS no surgery®    Gastric Bypass Alternative®    Gastric Bypass Results

FTC-PROD-012031

PX5-56

http://rocalabs.com/?rsclid=CPhE  nI9rACFSik7AcdP2IA  w

9/22/2014

Roca Labs® | Better, Safer & Cheaper than Gastric Bypass

Intended for 50 to 100 lb weight loss for obese (BMI 30-40) women/men

Avoid surgery: intended for 100 to 200 lb weight loss for morbidly obese (BMI 40+) women/men

Weight management/loss for diabetics aimed to improve A1C, blood sugar levels and energy

**Gastric Bypass Effect®**

Strong non-surgical weight loss for seniors

**Natural Gastric Bypass®**

Weight management to control cravings and excessive weight gain for pregnant women

**GASTRIC BYPASS NO surgery® JUNIOR**

Life changer weight loss for kids/teens

# Bariatric Surgeries Alternative

Best non-surgical alternative to all bariatric surgeries. Immediately creates gastric bypass effect: NO cutting – NO surgery.

## Alternative to Tummy Tuck



Tummy Tuck Alternative

Tummy tuck average cost: $4,000 to $20,000 Death rate: 1 in 620 Complications: bleeding, fluid accumulation, seroma, pain, swelling, hematoma

## Alternative to Gastric Bypass

Gastric Bypass Alternative

Gastric bypass average cost: $12,000. Death rate: 1 in 200. Complications: dumping syndrome, hernia, blood clots, kidney stones, gallstones & stomach pouch problems. Average excess weight loss: 60% to 70%.

## Alternative to Lap Band

## Alternative to Vertical Banded

FTC-PROD-012032

PX5-57

Roca Labs® | Better, Safer & Cheaper than Gastric Bypass



Vertical banded average cost: $20,000. Death rate: 1 in 100. Complications: bad infection, outlet stenosis vomiting, staple-line leak & fistula, band erosion, stoma stenosis, food intolerance, and pouch dilation. 37% excess weight loss at 5 years.

Lap Band average cost: $9,000 to $22,000 Death rate: 1 in 1000 Complications: band problems, blood clots, bowel perforation, gallstones, constipation, nausea & vomiting. Average excess weight loss: 52% in 2 years



Lap Band®
Alternative

Gastric Sleeve
Alternative

## Alternative to Gastric Sleeve

Gastric sleeve average cost: $9,500 to $24,000 Death rate: 1 in 500 Complications: bleeding, leaks, stricture, GERD. Average excess weight loss: 60%

## Alternative to Liposuction

Liposuction average cost: $4500 Death rate: 1 in 5000 Complications: infections, embolism, seroma, skin necrosis, fluid imbalance, puncture wounds in the organs.

Liposuction
Alternative



Roca Labs® U...

8+  Follow  +1

+ 3,761

## Alternative to Roux-en-Y

Roux-en-Y average cost: $19,000. Death rate: 1 in 200. Complications: dumping syndrome, hernia, blood clots, kidney stones, gallstones & stomach pouch problems. Average excess weight loss: 60%

Roux-en-Y
Alternative

9/22/2014

Roca Labs® | Better, Safer & Cheaper than Gastric Bypass

g+1  3.7k      Like      Tweet  1,105      Share  5

*Results may vary.

In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use.

Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

The site is new and is undergoing major daily changes including the Terms and ordering process which will will be finalized by Sep 18th. The new ownership will reflect new improvements.

Roca Labs®

inventors of the
Gastric Bypass Alternative®

## About us
Terms
Support
Privacy
Qualify & Order
Cost & insurance

## Procedures
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

## All the Answers
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

f  🐷  g+

Copyrights © 2009-2014 Roca Labs. All rights reserved.

FTC-PROD-012034

PX5-59

http://rocalabs.com/?pgdid=cPhE_nil9rACFStk7AodP2lA_w

**Declaration of Carl H. Settlemyer, III**
**Attachment M**

PX5-60

Alfonso Ribeiro Reviews Roca Labs - Roca Labs

9/22/2014

# GASTRIC BYPASS | no surgery ®

≡ All the answers

💬 chat now

!  All the Answers

General questions

Medical questions

Overcoming Obesity

Compare

➤ Qualify & Order

Terms & Conditions

⚙ Support

Alfonso Ribeiro and Dancing With The Stars celebrities have reviewed Roca Labs Gastric Bypass NO Surgery®. He had met and reviewed 4 Roca Labs users who lost 100 lb without a surgery:

- Chris (Texas) has lost 98 lb
- Richard (Oregon) has lost 105 lb
- Roxie (Ohio) diabetic has lost 83lb
- Denise from Maryland who lost 120 lb in 8 months

Alfonso was surprised that Roca Labs regimen costs only $480 with health insurance. He thinks that losing 100 lb without having a surgery is amazing.



"losing 100 lb without surgery is great!"

Roca Labs Review by Alfonso Ribeiro

FTC-PROD-012090

PX5-61

One can see the weight loss when comparing Alfonso Ribeiro before picture with current picture taken with Roca Labs. He agrees with Roca Labs that eating healthy and exercising is the best way to lose weight. Therefore, Roca Labs® regimen should be tried before a bariatric surgery. He was shocked to learn that as much as 1 in 200 gastric bypass patients dies from a bariatric surgery.



In the picture he is holding and reviewing the Roca Labs Activator which turns the formula into the red mixture, as a result, creates the natural gastric bypass effect. Compare Alfonso the heavy weight (before) and today holding the Roca Labs Activator. He lost the weight and he is in great shape. Bravo.

FTC-PROD-012091

PX5-62

3/4

Alfonso Ribeiro Reviews Roca Labs - Roca Labs

Share

Tweet 1

Like

8+1 0





Read more bio

FTC-PROD-012092

PX5-63

http://rocalabs.com/blog/alfonso-ribeiro-reviews-roca-labs

9/22/2014

9/22/2014

Alfonso Ribeiro Reviews Roca Labs - Roca Labs

*Results may vary.

In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use.

Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

The site is new and is undergoing major daily changes including the Terms and ordering process which will all be finalized by Sep 18th. The new ownership will reflect new improvements.

g+
8

## About us

Terms

Support

Privacy

Qualify & Order

Cost & insurance

## Procedures

Gastric Bypass Alternative®

Gastric Bypass NO surgery®

Gastric Bypass Results®

Gastric Bypass Effect®

Natural Gastric Bypass®

Speedy Gastric Bypass™

## All the Answers

How much weight will I lose?

What is it?

Is it safe if I...?

Am I qualified?

Roca Labs®

inventors of the
Gastric Bypass Alternative®

Copyrights © 2009-2014 Roca Labs. All rights reserved.

FTC-PROD-012093

PX5-64

**Declaration of Carl H. Settlemyer, III**
**Attachment N**

PX5-65



☰ Answers now        ▼ ⬭
                     contact

f  g+  t  p  ▶

# GASTRIC BYPASS | no surgery ®

## Celebrity News

## dancing with the stars



**Allison Holker** holds the Activator which makes the Roca Labs mixture creating the gastric bypass effect that helps people lose 100 lb without surgery. Read more

Roca Labs® is the world's strongest, most effective weight loss regimen based on the Gastric Bypass NO surgery® and Anti-Cravings® inventions.

It can help people lose 100 lb or more without surgery. Results may vary



Successful users lost 100 lb in 8 to 12 mo.
your weight loss may vary - not typical results

[ FREE Weight Loss Analysis ]

How does it work?                    ⊖

How does Roca Labs® regimen work?



presenter is not a medical professional

**Better, Safer, and Cheaper Than Surgery**          ⊖

This successful regimen can result in a **weight loss of up to 21 lb a month\*.** The Anti-Cravings® helps to eliminate the bad cravings for sweets and snacks. The regimen has a

FTC-PROD-012223

PX5-66

NEW: a dose of the Roca Labs formula is mixed with water and turns into 350cc stomach-sized red mixture. Successful users report that when consumed in the morning, the Regimen creates a feeling akin to limiting functional stomach volume for the duration of your day. This result is achieved **without** surgical procedures, including cutting parts of the digestive system.



With limited stomach volume, you eat much less. Everyone knows the key to losing weight is lowering your calorie intake. When using the Regimen, you enter a calorie deficient state and from day one begin to lose weight at a rate of half a pound for every 1,750 calories. Bariatric surgery does not eliminate your cravings; Roca Labs Anti-Cravings® can reduce your urge for sweets and snacks and other foods that prevent your weight loss success enhancing the loss of an additional 5 to 8 pounds a month! Learn more



Find your regimen

**100,000 YouTube Roca Labs results**                    ⊖



100,000+
YouTube
Results

very high success rate due to the **gastric bypass effect** in your stomach, which works just like the gastric bypass surgery—a surgery that costs upwards of at least $8,000. The Roca Labs' regimen only costs $480, with most health insurances. Learn more about cost and insurance. *Results may vary

Blue Cross Blue Shields, Aetna, United Healthcare, CIGNA *and many others*

---

**How much weight can I expect to lose?**                    ⊖

The weight loss is **immediate** with the Roca Labs' regimen, just as if you had undergone a bariatric surgery, and within few days the cravings are diminished significantly. Depending on your commitment to the recommended rules for suggested use, a loss of **21 lb a month** is possible; however, realistically, it may take 7 to 10 months to lose 100 lb.



Learn more

Find your regimen

---

**53% Are Approved**                    ⊖

A free weight loss analysis and qualification form are required before you can order. This weight loss solution is intended for women and men with more than 30% of excess body weight to qualify. Special regimens are designed for diabetics, kids and teens, seniors, plus, we offer weight management during pregnancy and postpartum. If approved, patients within 7 to 10 days.

FTC-PROD-012224

PX5-67

Endless video testimonials prove that the Gastric Bypass NO Surgery Regimen **works**. Surgery can be avoided and thousands of people vouch that the weight loss can be achieved immediately. Customers reaching their weight loss goal and documenting it in an inspirational video receive a Cash Back reward of up to 100%. You should know that while the Roca Labs Regimen is extremely effective, your mind, determination, and commitment make this alternative truly successful. Watch success videos



Qualify & Order

### Are there side effects?  ⊖

Roca Labs Regimen has potential side effects that we believe can be avoided simply by following your individualized Regimen. For example, consuming dairy during your Regimen can cause diarrhea, and drinking soda or overeating can cause a bloated stomach or gaseous reactions. We encourage you to consult your doctor concerning any potential side effect of the Regimen. By creating the feeling of limiting your stomach volume, customers eat less without potentially painful surgery affecting their digestive systems. That is just one reason why Gastric Bypass NO Surgery presents a safer way to lose a tremendous amounts of weight. Learn more



288 lbs     223 lbs     205 lbs

Results may vary

### Tanya Lost 54 lbs in 4 months  ⊖



01:28   HD

### Avoid Bariatric Surgery  ⊖

Weight loss surgeries are dangerous; every 1 out of 400 persons die, 50% of patients regain weight, 72% of patients suffer some type of complications, and 100% live with dietary restrictions. The main problem with gastric bypass surgery is that it does not curb the unbearable urge for snacks and sweets. Details…



Jan 265 lbs     Jul 210 lbs     Oct 184 lbs

FTC-PROD-012225

PX5-68

Darlene lost 86 lbs in 9 months

Results may vary

### Strong Natural Ingredients    ⊖

The Roca Labs formula is a proprietary compound made from strong synergetic fibers that **naturally create an immediate gastric bypass effect** to limit the functional stomach volume without undergoing surgery. Each ingredient has its own set of properties, which have been chosen carefully and perfected throughout the years. An estimated $28 million was invested in the creation of the formula. Lables & details





FREE Weight Loss Analysis



### Cost & Health Insurance    ⊖

With insurance, a 3-4 month supply is one payment of **$480 (or 3 payments of $172)**. Without insurance, a 3-4 month supply is **3 payments of $230**.

• A cash back reward of up-to 50% is possible when you create an inspirational video of your weight loss achievement
• Armed Forces members and U.S. and Canadian citizens are guaranteed a discount of up-to $260 with a valid health insurance plan.
Note: the discount varies depending upon your insurance provider. Additionally, the discount is given regardless of your deductible and will not affect your insurance rates. Learn more

Blue Cross Blue Shields, Aetna, United Healthcare, CIGNA *and many others*

Find your regimen

### Cash Back For Success    ⊖

Document your weight loss success in videos and pictures to receive a cash back reward. When you reach 80% of your weight loss goal, Roca Labs will pay you up-to **$6 for every pound you lost**. These cash back earnings can be more than 100% money back. Failure is not an option so no refunds or returns are allowed. More…



FTC-PROD-012226

PX5-69

**Better than Bariatric Surgery** ⊖

- **High success** in creating the gastric bypass effect
- Morning dose creates the **gastric bypass effect**
- Immediate weight loss
- Up-to a **21 lb weight loss in a month** *
- Many patients lost **100 lb within 7 to 12 months*** results may vary
- World's strongest, non-surgical weight loss alternative
- Personalized weight loss solutions
- Learn more



Find your regimen

**Nancy Lost 115 lb in 12 Mo.** ⊖

Saved from gastric bypass surgery



Sharon lost 80 lb, Darlene lost 86 lb
Watch more success stories
Find your weight loss regimen

Only $170 x 3 mo. payments

53% Are Approved

Qualify and Order

**Safer and Cheaper than Bariatric Surgery** ⊖

- The regimen starts at only **$480 for a 3-4 month supply**
- Qualification form approval occurs within 24 hrs
- FDA compliance and strong, natural ingredients
- Side effects are minimal and manageable
- Anti-Cravings® lowers urge for snacks and sweets
- Full commitment to diet and exercise is a must
- Personal Coaches and 24/7 support is available
- Learn more

Find your regimen

**FDA Compliance** ⊖

The Roca Labs® formula and Anti-Cravings® are manufactured in an FDA registered facility under GMP regulations and are classified as dietary supplements (not a drug). The company believes that following FDA regulations is very important.

FTC-PROD-012227

PX5-70

A doctor's prescription is not required for use, yet, the mixture has an extremely strong effect and the provided directions must be followed to achieve the best results and minimize side effects. Read more

**Losing 100 lb is achievable**                    ⊖

How can you lose up-to 100 lb without surgery?



#1 Decide to commit to the process
#2 Apply (53% are approved)
#3 Choose a plan (starting at just $480)
#4 Start the regimen and the follow rules
#5 Video your success for Cash Back
#6 Improve health and looks

Learn more

Roca Labs Review - Nancy's Amazing 115 lb weight loss. Thanks to G...

**Nancy B.**
weight: 277
**lost 115 lbs**
*Now 162 lbs*

**Very High Success Rate**                    ⊖

To create the immediate **gastric bypass effect** and limiting stomach volume, you decide the daily dosage and frequency . In other words, your success is completely within your own control.



How much weight will I lose?

Su... Belt™
4XL ---- 3XL --- XXL -- XL - L

Learn more

FTC-PROD-012228

PX5-71



Roca Labs® is not endorsed by Dancing With The Stars, ABC, BBC, or the Disney Co.or the individuals contestants, judges or performers appearing on Dancing With The Stars. Dancing With The Stars, ABC, BBC, and Disney are all registered trademarks of their respective owners. All trademarks on this web site whether registered or not, are the property of their respective owners. Dancers and celebrities on Dancing with the Stars had a special opportunity to meet with successful users of Roca Labs' Gastric Bypass NO Surgery® who lost 100 lb on average. The dancers and stars were amazed with the weight loss results, but are not in any way official endorsers of Roca Labs®. Images are courtesy of ABC and the Disney Company. Images should not imply product endorsement or use of Roca Labs products by celebrities pictured in images.



*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?


  

Copyrights © 2009-2015 Roca Labs. All rights reserved.

Am I Qualified?

FTC-PROD-012229

PX5-72

**Declaration of Carl H. Settlemyer, III**
**Attachment O**




# Mini Gastric Bypass Alternative

A dose of the Formula mixed in water and taken in the morning creates a fast mini mini gastric bypass effect... _read more_



## Ask the Doctor

Basic Questions

Medical Information

Research

Overcoming Psychological Obstacles

Instructions

Overweight: Understanding and overcoming

90% success rate

Stomach Fat: How do I lose it?

Comparison

Qualify & Order

Search

# 90% Success Rate

## Roca Labs™ Natural Formula forces you to eat HALF

The formula has been used in Europe for 6 years, and is scientifically proven to have a **90% success rate.** It will always achieve a mini gastric bypass effect by PHYSICALLY occupying your stomach, leaving only **a small limited stomach volume available for 10-16 hours**. Then, with a smaller stomach size you will eat HALF, and can spare your body as much as 2,000 unnecessary calories a day without feeling any urge for food — that equals **15 lbs per month**!

Reaching your weight loss goal is only a matter of carefully following all instructions, and adjusting the dosage and frequency for your individual needs. The formula is customizable: when you decide how much to take and when, **you control** how much of your stomach is available for food intake at any time. The power to succeed is in YOUR hands!

- Want it even **STRONGER**? Simply add more formula to

FTC-PROD-012302

PX5-74

your morning dose. You choose whether to take a **light, regular, strong,** or**double dose.**

- Want it to last **LONGER**? Simply take a reinforcement dose in the afternoon or evening. Doing this regularly will increase your success rate by 60%.

## Want to accelerate your weight loss?

Try some simple daily exercises, such as 10 minutes of push-ups, crunches, or light weightlifting in the morning, and 30-60 minutes of walking or aerobics in the evening (this is also good for your mental health). Do it together with a friend, so it will become fun and routine. Physical activity will accelerate your metabolism and calorie deficiency, and lead to a**much greater weight loss**.

## Obstacles to success

Note that 28% of users do not immediately succeed due to improper use. But after reviewing and **following all instructions,** about 60% of those are able to succeed as well. The other 40% (comprising 10% of all users) are **held back by psychological obstacles**, which can make the formula less effective. For example, someone with binge eating disorder regularly eats well past the point of fullness in order to cope with sadness, anger, or stress, and will continue to do this even with the formula. Roca Labs™ Natural Formula works on a physical level to block the stomach and eliminate sugar cravings, but psychological issues must be addressed separately. However, such obstacles can often be resolved simply by recognizing them in one's daily behavior.

## Disclaimer

*Results may vary
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been reviewed or approved by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

PX5-75

FTC-PROD-012303

Copyright © 2009-2015 Roca Labs, Inc. All rights reserved.

FTC-PROD-012304

PX5-76

**Declaration of Carl H. Settlemyer, III**
**Attachment P**





Professional Answers and Videos from the Medical Team

| FAQ | Medical | Compare | Research |

Wiki Video

# Can my child take the Formula?

Many children have used the Formula successfully and safely. All active ingredients are 100% natural and based on healthy fibers. There are no known related risks from the Formula, but you must consult a doctor before you begin the procedure if you have any questions, and children should not take more than a low dose.



## Fighting child obesity

As a parent, your child's health and happiness are a top priority. Your child is overweight, and you're probably aware of the many negative effects it can have on his or her life – both health-wise and socially.

Roca Labs® Natural Formula can help your child lose weight **safely and naturally.** Its active ingredients are natural healthy fibers, and it's safe for children ages 6 and up with a parent's supervision. It works by physically expanding in the stomach to leave only a **very limited space available for**



FTC-PROD-012424

PX5-78

food intake. Throughout the day your child will eat HALF the food they used to. The Formula is flavorless and adapts to the taste of your child's favorite non-carbonated, non-dairy drink.

## Childhood obesity and health

Being overweight puts children at risk for many health conditions: asthma, diabetes, high blood pressure, high cholesterol, sleeping problems, heart disease and poor skeletal development are just a few. **A poor diet can also affect attention span.** If your child is eating junk food and getting sugar rushes instead of the nutrients that the brain and body need, it doesn't make concentrating any easier, and his or her performance in school may suffer.

## Social effects of child obesity

The social effects of being overweight and obesity are no less important. You may be worried about how your child fits in. You don't want them to feel different or get picked on — you want them to be confident and make friends. **Feeling secure at this young age is crucial** - it provides the foundation for becoming a happy, well-adjusted teen and then adult.

## Habits are best changed at a young age

There's another reason you have to be concerned: habits developed in childhood are hard to change later on, and **an overweight child is likely to become an overweight adult**. In a long-range study, 80 percent of children who were overweight at ages 10–15 were found to be obese at age 25.

Childhood obesity is a serious issue and as a parent, it's your job to fight it. With Roca Labs® Natural Formula, you can set your child on the right track so they can go on to lead a healthy, happy and productive life.



American children spend **44.5 hours a week watching television** and are exposed to up to **30,155 TV ads a year!** 50% of these ads are for candy, snacks, sugary cereal and fast food, so it's no surprise that Americans spend nearly **$6.5 billion on holiday candy** every year and **1/3 of American children are overweight or obese.** The infographic below illustrates our children's consumption of media, advertising and treats, and the troubling results.

FTC-PROD-012425

PX5-79



FTC-PROD-012426

PX5-80



**CONSUMING TREATS**

American children now eat an average of 3 snacks a day between meals.

On average, teens eat 34 teaspoons of sugar every day.

**AMOUNT SPENT ON HOLIDAY CANDY EACH YEAR IN AMERICA**

$1 BILLION VALENTIINE'S DAY

$1.4 BILLION CHRISTMAS

$1.9 BILLION EASTER

$2 BILLION HALLOWEEN

**THE RESULTS**

1 IN 3 AMERICAN CHILDREN IS OVERWEIGHT OR OBESE.

Childhood obesity has become

FTC-PROD-012427

PX5-81



parents. No. 1 health concern — ahead of smoking and drug abuse. They consider TV ads promoting junk food to be a big part of the problem.

Youngsters who are already overweight are even more susceptible to junk food ads and will increase consumption by 134%.



**134%**



## 50% OF OVERWEIGHT CHILDREN REMAIN OVERWEIGHT AS ADULTS.

## $51 MILLION



Government Spending on Marketing Healthy Eating and Exercise to Kids

## $1.6 BILLION



Food Industry Spending on Ads Promoting Foods High in Calories and Low in Nutrition to Kids

## WHAT IS BEING DONE

### CHILDREN'S FOOD AND BEVERAGE ADVERTISING INITIATIVE



Urged by the Better Business Bureau, leading food and beverage companies committed to limiting which foods they advertise to kids under 12.

### FTC INTERAGENCY WORKING GROUP ON FOOD MARKETED TO CHILDREN



The Federal Trade Commission proposed marketing standards to restrict advertising to kids younger than 6.

FTC-PROD-012428

PX5-82



# Success is now limited by your MIND ONLY™

| Important | | Site Map Tree |
|---|---|---|
| Suggested Use | Search | FAQ |

**Important**

Suggested Use
Side Effects to Avoid
Eliminating Cravings
Recommended by Doctors
Health Risks
How to Order
Shipments
Allergy
Obesity Shortens Life Expectancy
Gastric Bypass Surgery
Stats/Deaths

Search



Consult The Doctor    $35

Consult The Nurse    FREE

Wiki Video

**Site Map Tree**

FAQ
  What Is It?
  The Procedure
  A Dose a Day, Easy to Use
  Better, Safer and Cheaper than Surgery
  How Much Weight Will I Lose?
  High Success Rate
  Eliminating Cravings
  Am I Qualifed to Buy?
  No Menus, No Diet Restrictions
  Is it FDA-Approved?
  Consult The Nurse
Medical
  Recommended by Doctors
  Wiki Overweight / Obesity
  Ingredients
  Side Effects
  I am Pregnant…
  I am Breastfeeding…
  I am a Senior…
  I am a Teen…
  For my Kid (7-13)
  I am Diabetic…
  I had Weight Loss Surgery…
  Medications, Alcohol and Smoking
  Acquiring Healthy Eating Habits?
  Wiki Video
Compare
  Gastric Bypass Vs. Roca Labs®
  Lap Band Vs. Roca Labs®
  Gastric Sleeve Surgery Vs. Roca Labs®

FTC-PROD-012429

PX5-83



Roux-en-Y Vs. Roca Labs®
Diet Pills Vs. Roca Labs®
Gastric Bypass Surgery Cost Vs
Roca Labs® Cost
Gastroplasty Vs. Roca Labs®

Research
  *Research General
    What is Calorie?
    Gastric Bypass Surgery
    Complications
    Obese Seniors and Alzheimer's
    Excess Fat and Osteoporosis
    Vitamin C in the Formula
    Guide to Extreme Weight Loss
    without Surgery
    Roux-en-Y Gastric Bypass
    Guide
    Gastric Bypass Insurance
    Coverage
  Medical Research – Ingredients
    Diabetic Men: Foot Ulcer
    Improvement
    Beta-Glucan and Prebiotic
    Health Benefits
    Beta-glucan Fibers
    Beta-glucan Health Benefits
    Healthy Fibers
    Roca Labs Research

**Terms of Visiting This Site**

*RESULTS MAY VARY
The site intends to introduce an advanced alternative to the dangerous weight loss surgeries such as gastric bypass, lap band, gastric sleeve, etc. FDA has not evaluated statements on this site and the Formula does not diagnose, treat, cure, or prevent any disease. Consuming the Formula without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by the Terms page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users to succeed in losing weight. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for any claims can be found in the Research section. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement. Shrinking stomach and mini stomach are trade marks just as over 10 others protected trade marks and are not intended to represent a medical state.*V2 Aug2012*

Copyright © 2009-2012 Roca Labs, Inc. All rights reserved.

FTC-PROD-012430

PX5-84

**Declaration of Carl H. Settlemyer, III**
**Attachment Q**

PX5-85

Gastric Bypass Alternative Guide | How Much Weight Will I Lose?

https://web.archive.org/web/20121103150429/http://gastric-bypass-no-surgery.com/answers/ask...

Gastric Bypass NO Surgery

Search

- **Ask The Doctor**
  - Answers
    - What Is It?
    - The Procedure
    - A Dose a Day
    - *Better than Surgery
    - How Much Weight will I Lose?
    - High Success Rate
    - Eliminating Cravings
    - Am I Qualified?
    - Can I use if I am....?
    - No Menus, No Diet Restrictions
    - Is it FDA-Approved?
    - General Answers
    - Video Wiki
  - Medical
    - Recommended by Doctors
    - Ingredients
    - Side Effects
    - Teens
    - Pregnancy
    - For my Kid (7-13)
    - I am Diabetic....
    - Healthy Pregnancy
    - I am Breastfeeding....
    - I am a Senior....
    - Medications, Alcohol and Smoking
    - I had Weight Loss Surgery....

FTC-PROD-012393

PX5-86

Gastric Bypass Alternative Guide | How Much Weigh Will I Lose?

https://web.archive.org/web/20121103150429/http://gastric-bypass-no-surgery.com/answers/ask...

INTERNET ARCHIVE

Wiki Overweight
Letter to Your Doctor
Weight Loss Calcula

5 Captures

Go

○ Compare
- Gastric Bypass Vs. Roca Labs®
- Gastric Sleeve Vs. Roca Labs®
- Lap Band Vs. Roca Labs®
- Roux-en-Y Vs. Roca Labs®
- Diet Pills Vs. Roca Labs®
- Costs: Surgery Vs. Roca Labs®
- Gastroplasty Vs. Roca Labs®
- Roca Labs® Vs. Simple Fad Diets

○ Success
- Global Success Stories
  - USA
  - French
  - German
  - Hebrew
  - Arabic
  - Spanish
- Money back – Success belt
  - Money Back – Success Belt

18 Solutions
○ Women
- 100+ lbs to Lose
- 35-100 lbs to Lose
- 20-35 lbs to Lose
- Diabetes
- Pregnancy
- After Pregnancy
- Fast Result (Brides)
- Seniors

○ Men
- 100+ lbs to Lose
- 35-100 lbs to Lose
- 20-35 lbs to Lose

2011   2012   2013
SEP   NOV   DEC
3

Help   Close

FTC-PROD-012394

PX5-87

Gastric Bypass Alternative Guide | How Much Weigh Will I Lose?

https://web.archive.org/web/20121103150429/http://gastric-bypass-no-surgery.com/answers/ask...

INTERNET ARCHIVE

**5 captures**

Fast Result | Overcome

- Diabetes
- Seniors
- For Teens/Kids
  - Boys (8-13)
  - Teen Boys (13-19)
  - Girls (8-13)
  - Teen Girls (13-19)
  - Consult The Nurse
- Research
  - Medical Research
    - Immune System
    - Blood Sugar Levels
    - Anti-Cravings
    - Breastfeeding Enrichment
    - Energy
    - Satiety
  - Clinical Health Claims
    - Anti-Cravings
    - Pregnancy
    - Diabetes
    - Youth
    - Senior
  - *Research General
    - What is Calorie?
    - Gastric Bypass Surgery Complications
    - Obese Seniors and Alzheimer's
    - Excess Fat and Osteoporosis
    - Vitamin C in the Formula
    - Weight Gain and Sexual Performance
    - Extreme Weight Loss without Surgery
    - Roux-en-Y Gastric Bypass Guide
    - Gastric Bypass Insurance Coverage
- Be Smart
  - Nutrition Facts
    - Keep Food Clean

Go

SEP    NOV    DEC
▲      3      ▼
2011  **2012**  2013

Help    Close

FTC-PROD-0123955

PX5-88

Gastric Bypass Alternative Guide | How Much Weight Will I Lose?

https://web.archive.org/web/20121103150429/http://gastric-bypass-no-surgery.com/answers/ask...

INTERNET ARCHIVE

Go

SEP NOV DEC
2011 **2012** 2013
▲ **3** ▼

Close
Help

Rest are Coming !
ss (tasty low calorie)
Coming August 3 Nov 12
captures

- Contact Us
  - About Us
    - Medical Team
    - Management
    - Contacts Us
  - Support for Success
    - Contacts Us
    - Instructions
    - Not Losing Enough Weight
    - Win the Fight
    - Side Effects

[Gastric Bypass Alternative Guide]

- **Professional Answers and Videos from the Medical Team**

# Weight Loss Calculator

| FAQ | Medical | Icon Sub Compare Compare | Research | • | Wiki Video |
|-----|---------|--------------------------|----------|---|------------|

**World's most advanced weight loss calculator and BMI chart** (pounds & kilos)

How much weight should I lose?  How fast can I lose my excess weight? What is a healthy, maintainable weight loss rate? What is my **ideal body weight?**

What is the best weight loss solution for me?

| Women | Youth | Men |
|-------|-------|-----|
| 100+ lbs to lose (45kg+) | boys (8-13 yrs) | 100+ lbs to lose (45kg+) |
| 35-100 lbs to lose (15-45kg) | girls (8-13 yrs) | 35-100 lbs to lose (15-45kg) |
| 20-35+ lbs to lose (9-15kg+) | teen female (13-19 yrs) | 20-35+ lbs to lose (9-15kg+) |

FTC-PROD-012396

PX5-89

Gastric Bypass Alternative Guide | How Much Weight Will I Lose?

Case 8:15-cv-02231-MSS-CPT   Document 210-7   Filed 04/26/18   Page 41 of 65 PageID 8483

https://web.archive.org/web/20121103150429/http://gastric-bypass-no-surgery.com/answers/ask...

INTERNET ARCHIVE

WayBackMachine

29 Aug 12 - 3 Nov 12

Go   weight reduction

Close

Help

2011  2012  2013

SEP  NOV
3
DEC

## Weight Loss Begins Immediately

An advanced solution: when you take the Roca Labs® Formula, from day one, you practically eat HALF the amount you normally do and **begin losing weight immediately**. The Formula creates a gastric bypass effect in your stomach which leaves only a small, limited stomach volume available. The Formula forces you to eat smaller quantities of food without feeling hungry. In addition, the unique, natural ingredient $\beta$-Glucan® balances your blood sugar levels and eliminates cravings for snacks. You eat fewer calories but burn more calories, entering a state of **calorie deficiency**. For every 250 unnecessary calories you avoid eating, you lose one ounce of fat.

## Lose Weight at a Healthy Rate

Since the Formula is customizable and controllable, it is actually possible to use too much Formula and lose weight at an unhealthy pace. Roca Labs® doctors recommend a steady weight loss rate of no more than 12-16 lbs. a month. Unless you have a medical condition or your doctor instructs you differently, the time table below is recommended for healthy, long-lasting weight loss over a 10.5 month period. Since proper use of

FTC-PROD-012397

PX5-90

th ave you with a "s

5 captures
29 Aug 12 - 3 Nov 12

| Week | Body weight lost (each stage) | Body weight lost (accumulated)* |
|------|-------------------------------|----------------------------------|
| 1-4 | 5% | 5% |
| 5-10 | 7% | 12% |
| 11-16 | 8% | 20% |
| 17-24 | 10% | 30% |
| 25-34 | 12% | 42% |
| 35-42 | 8% | 50% |

\* Results vary dramatically based on commitment to the procedure and other accelerator activities

## So, how much will you lose in a month if you eat HALF with almost NO snacks or sweets?

Individual results will vary. Many users eat 2,000 fewer calories a day, which equals to 17 lbs. a month. Some may lose 10 lbs. a month, and others up to 20 lbs. Your own weight loss rate will depend on factors such as your metabolism, weight, daily food intake prior to Roca Labs®, food intake while taking the Formula and physical activity. In order to meet your individual needs, **the Formula is designed to be customizable:** you choose the dosage size and frequency that is best for you. Roca Labs® team of doctors recommends that you lose weight at a slow and steady pace, so you can make a **real life change** — reach your weight loss goal a month or two later, and make it last.

FTC-PROD-012398

PX5-91

Gastric Bypass Alternative Guide | How Much Weight Will I Lose?

https://web.archive.org/web/20121031504029//http://gastric-bypass-no-surgery.com/answers/ask-...

INTERNET ARCHIVE

**5 captures**

29 Aug 12 - 3 Nov 12

Go

2011 | 2012 | 2013

**SEP  NOV  DEC**

**3**

## Want to Accelerate Your Weight Loss?

Try some simple daily exercises, such as light weightlifting in the morning, 10 minutes of push-ups and/or crunches or 30-60 minutes of aerobics in the evening (this will also benefit your mental health). Do it together with a friend so it will become a fun routine. Physical activity will accelerate your metabolism and calorie deficiency, and lead to a **much greater weight loss**.

what is a calorie How Much Weight Will I Lose?

**You can use the weight loss calculator or BMI chart to find your ideal body weight**

FTC-PROD-012399

Close

Help

PX5-92

https://web.archive.org/web/20121103150429/http://gastric-bypass-no-surgery.com/answers/ask...

INTERNET ARCHIVE

**5 captures**

29 Aug 12 - 3 Nov 12

Go

| SEP | | |
| --- | --- | --- |
| 2011 | ▲ | |
| | **3** | |
| | **2012** | |
| 2013 | ▼ | DEC |

NOV

Help

Close

FTC-PROD-012400

PX5-93

Gastric Bypass Alternative Guide | How Much Weigh Will I Lose?

https://web.archive.org/web/20121103150429/http://gastric-bypass-no-surgery.com/answers/ask...



**S**

INTERNET ARCHIVE

**pw limited**

5 captures
29 Aug 12 - 3 Nov 12

Go

SEP NOV DEC
2011 **2012** 2013
**3**

Close

Help

click 2 talk
LIVE ADVICE

FREE
Consult The Nurse

- • Tags

Active after alcohol alternative and Anti before before and after breastfeeding bypass Comparison: Complications Cravings Diabetics/Diabetes Diet effects for gastric gastric bypass gastric bypass NO surgery Gastric Bypass Surgery health diet immediate weight loss ingredients Kalorien Labs Medication mini gastric bypass overweight pregnant Roca rocalabs Roca Labs schwanger side snack STOP Stories Success surgery testimonial

FTC-PROD-012400

PX5-94

Gastric Bypass Alternative Guide | How Much Weight Will I Lose?

https://web.archive.org/web/20121103150429/http://gastric-bypass-no-surgery.com/answers/ask...

**INTERNET ARCHIVE** weight loss wei

**Important**

**5 captures**
29 Aug 12 - 3 Nov 12

Search

- Instructions
- Side Effects to Avoid
- Eliminating Cravings
- Recommended by Doctors
- Health Risks
- How to Order
- Shipments
- Allergy
- Obesity Shortens Life Expectancy
- Gastric Bypass Surgery Stats/Deaths



Consult The Doctor

$35



Consult The Nurse

FREE



Wiki Video

Go

2011 **SEP** **NOV** DEC
**3**
**2012**
2011 2012 2013

Help        Close

**Site Map Tree**

- FAQ
  - What Is It?
  - The Procedure
  - A Dose a Day, Easy to Use
  - Better, Safer and Cheaper than Surgery
  - How Much Weight Will I Lose?

FTC-PROD-0124020

PX5-95

10 of 13

2/13/2015 11:22 AM

Gastric Bypass Alternative Guide | How Much Weight Will I Lose?

https://web.archive.org/web/20121103150429/http://gastric-bypass-no-surgery.com/answers/ask...

11 of 13

INTERNET ARCHIVE

medicalmedium

High Success Rate
ating Cravings

5 captures

Aug 2011 - Nov 12

Go

SEP   NOV   DEC
2011   **2012**   2013

▲ **3** ▼

Close
Help

- Medical
  o Am I Qualified...
  o Is it FDA-Approved?
  o Consult The Nurse
  o No Menus, No Diet Restrictions
  o Recommended by Doctors
  o Wiki Overweight / Obesity
  o Ingredients
  o Side Effects
  o I am Pregnant...
  o I am Breastfeeding...
  o I am a Senior...
  o I am a Teen...
  o For my Kid (7-13)
  o I am Diabetic...
  o I had Weight Loss Surgery...
  o Medications, Alcohol and Smoking
  o Acquiring Healthy Eating Habits?
  o Wiki Video
- Compare
  o Gastric Bypass Vs. Roca Labs®
  o Lap Band Vs. Roca Labs®
  o Gastric Sleeve Surgery Vs. Roca Labs®
  o Roux-en-Y Vs. Roca Labs®
  o Diet Pills Vs. Roca Labs®
  o Gastric Bypass Surgery Cost Vs. Roca Labs® Cost
  o Gastroplasty Vs. Roca Labs®
- Research
  o *Research General
    ■ What is Calorie?
    ■ Gastric Bypass Surgery Complications
    ■ Obese Seniors and Alzheimer's
    ■ Excess Fat and Osteoporosis
    ■ Vitamin C in the Formula

FTC-PROD-012403

PX5-96

Case 8:15-cv-02231-MSS-CPT   Document 210-7   Filed 04/26/18   Page 48 of 65   PageID 8490

12 of 13

Gastric Bypass Alternative Guide | How Much Weigh Will I Lose?

https://web.archive.org/web/20121103150429/http://gastric-bypass-no-surgery.com/answers/ask...

2/13/2015 11:22 AM

INTERNET ARCHIVE

5 captures

Go

SEP NOV DEC
2011 **2012** 2013
**3**

Close

Help

- Guide to Extreme
  - Roux-en-Y Gastric Bypass Guide
    - Gastric Bypass Manual

- Medical Research – Ingredients
  - Diabetic Men: Foot Ulcer Improvement
  - Beta-Glucan and Prebiotic Health Benefits
  - Beta-glucan Fibers
  - Beta-glucan Health Benefits
  - Healthy Fibers
  - Roca Labs Research

Gastric Bypass Alternative Guide | How Much Weight Will I Lose?

https://web.archive.org/web/20121103150429/http://gastric-bypass-no-surgery.com/answers/ask-...

13 of 13

INTERNET ARCHIVE   **This Site**

Go

| SEP | NOV | DEC |

2011   **2012**   2013

3

Close

duce an ad-like schematic

29 Aug 15 Nov 12

...duce an ad-like schematic...

...t evalu...

...tements on this site and

...r disease or ...sume or use...

...Help

the Formula does not diagnose, treat, cure or prevent any disease or ...
the Formula if you have difficulty swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any health related condition. All purchases are governed by
Formula. This Site uses visualization and persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of these efforts utilize paid
the Terms Page. This Site uses visualization and persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of these efforts utilize paid
actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for our claims are on the Research page and are supplied by
our users, as seen on YouTube. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbal food
supplements. The various logos displayed on our site belongs to their respective trademark holders and do not imply any endorsement. "Shrinking stomach" and "mini stomach" are trademarks
and are not intended to represent a medical state. v2 Aug/2012

FTC-PROD-012405

PX5-98

**Declaration of Carl H. Settlemyer, III**
**Attachment R**

PX5-99



**GASTRIC BYPASS** no surgery ®

☰ All the answers   chat now

# TERMS AND CONDITIONS OF USE

V2.0 Aug, 2014

Welcome to the website of Roca Labs  Nutraceuticals USA, Inc. (hereinafter referred to as "RLN", we or us). When you visit this website, RLN use our Program or any part of the Program we want to ensure that you understand that they are subject to the terms and conditions below.   Our Program is a combination of the Natural Supplement Formula (the "Formula"), Anti Cravings, plus the Suggested Use, My Progress, and our exclusive Money Back Reward System.   This website and the Program are subject to the terms and conditions below. These terms and conditions are our promise to you and your use of this website and/or purchase of the Program is your binding agreement to comply with these terms.   We may make changes to the website and the Terms and Conditions.  It is your responsibility to review the Terms and Conditions for updates or changes. If you do not agree to all of these Terms and Conditions of use, do not use this site!

To make it easier for you to read our Terms and Conditions, we have broken it into sections including:

- Summary
- Purchase, Shipping and Return Policy
- Discount and Endorsement Policy
- Health, Medical & FDA Notice
- Privacy Policy

You may click on any of these sections at any time to review the individual section or continue reading below.

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS OF USE (collectively with any amendments hereto,"TERMS AND CONDITIONS"). BY USING THIS WEB SITE OR THE PROGRAM AND/OR PLACING AN ORDER FOR THE PROGRAM, YOU AGREE TO BE BOUND AND ABIDE BY THESE TERMS AND CONDITIONS AND ANY AMENDMENTS THERETO, AND AGREE THAT YOU ARE AT LEAST 18 YEARS OF AGE AND ELIGIBLE TO USE THIS SITE AND PLACE AN ORDER FOR ROCA LAB'S PRODUCTS AND SERVICES.

THIS WEBSITE IS NOT INTENDED FOR USE BY ANYONE UNDER THE AGE OF 13.  THE PROGRAM SHOULD ONLY BE USED BY INDIVIDUALS UNDER THE AGE OF 18 WITH BOTH ADULT SUPERVISION AND AT THE DIRECTION OF A MEDICAL OR HEALTHCARE PROFESSIONAL.

# DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

**! All the Answers**

General questions ◄

Medical questions ◄

Overcoming Obesity ◄

Compare ◄

✔ Qualify & Order

Terms & Conditions ▼

   Terms & Conditions

   Privacy Policy

   Money Back / Reward

⊕ Support ◄

PX5-100

http://rocalabs.com/terms

9/11/2014

THIS WEBSITE, THE PROGRAM AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS, FORMULA AND SUPPORT  INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE USE OF THE WEBSITE ARE PROVIDED BY ROCA LABS ON AN "AS IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. RLN MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE RLN WEBSITE, OR THE INFORMATION, CONTENT, MATERIALS, OR PRODUCTS INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE WEBSITE, UNLESS OTHERWISE SPECIFIED IN WRITING. YOU EXPRESSLY AGREE THAT YOUR USE OF THE WEBSITE, PROGRAM, PRODUCTS AND SERVICES IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, RLN DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. RLN DOES NOT WARRANT THAT OUR PROGRAM, PRODUCTS, INFORMATION, CONTENT, FORMULA, SUPPORT OR MATERIALS INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS WEBSITE, RLN'S SERVERS OR ELECTRONIC COMMUNICATIONS SENT FROM RLN ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. RLN WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF ANY RLN PRODUCTS, PROGRAM OR FROM ANY INFORMATION, CONTENT OR MATERIALS, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

THE PROGRAM, FORMULA AND SUPPORT ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. THE COMPANY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, COMPATIBILITY, SECURITY, ACCURACY OR NON-INFRINGEMENT. NEITHER THE COMPANY NOR ANY OF THE COMPANY'S AFFILIATES, LICENSORS, LICENSEES, SERVICE PROVIDERS OR SUPPLIERS WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE FORMULA & THE SUPPORT IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, SUCCESS, OR OTHERWISE. NO ADVICE OR INFORMATION, OBTAINED BY YOU FROM THE COMPANY'S PERSONNEL OR THROUGH THIS WEBSITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY PROVIDED FOR IN THIS AGREEMENT.

YOU EXPRESSLY UNDERSTAND AND AGREE THAT RLN SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES, OR ANY OTHER DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING OUT OF, OR RESULTING FROM, (A) THE USE OR THE INABILITY TO USE THIS WEBSITE; (B) THE USE OF THE PROGRAM; OR (C) ANY OTHER MATTER RELATING TO THIS WEBSITE.

IN NO EVENT SHALL THE COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT, FOR NEGLIGENCE OR OTHERWISE) EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA & SUPPORT. IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE COMPANY'S WEBSITE,

PX5-101
9/11/2014

Case 8:15-cv-02231-MSS-CPT   Document 210-7   Filed 04/26/18   Page 53 of 65 PageID 8495

FORMULA OR SUPPORT, OR WITH ANY OF PROVISION OF THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS THE DISCONTINUATION OF YOUR USE OF THIS WEBSITE, THE FORMULA &/OR THE SUPPORT. IF ANY PORTION OF THIS LIMITATION OF LIABILITY IS FOUND TO BE INVALID, LIABILITY IS LIMITED TO THE FULLEST EXTENT PERMITTED BY LAW.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

## Links to Third-Party Websites

The Site contains links to other sites operated by third parties ("Third-Party Site(s)"). These links are available for your convenience and are intended only to enable access to these Third-Party Sites and for no other purpose. RLN does not warrant or make any representation about the substance, quality, functionality, accuracy, fitness for a particular purpose, merchantability or any other representation about any Third-Party Site or its content, products, or services. A link to a Third-Party Site on the RLN website does not constitute sponsorship, endorsement, approval or responsibility for any Third-Party Site. The conditions of use and privacy policy of any Third-Party Site may differ substantially from the Conditions of Use. Please review the conditions of use for all Third-Party Sites for more information about the terms and conditions that apply to your use of Third-Party Sites.

## Protecting Children's Privacy

We are committed to protecting children's privacy on the Internet and we do not knowingly collect personal information from children under the age of 13.

## Content Ownership

RLN, Gastric Bypass Surgery Alternative, Gastric Bypass Alternative, Gastric Bypass Effect, Gastric Bypass Results, Natural Gastric Bypass, Gastric Bypass No Surgery and Anti Cravings are registered trademark of RLN, Inc. All of the content and products on this Website are owned by RLN. RLN claims all property rights, including intellectual property rights, to its content and no person/entity is permitted to infringe upon those rights. RLN will prosecute to the fullest extent of the law anyone who attempts to use or copy RLN's property. You agree not to copy content from this Website without RLN's permission. Any requests to use RLN's content should be submitted to us by e-mail from the contact page.

## Indemnification

You agree to indemnify, hold harmless and, at RLN's option, defend it and RLN's affiliates, officers, directors, employees, stockholders, agents and representatives from any and all third party claims, liability, damages and/or costs (including, but not limited to, reasonable attorney's fees and expenses) arising from your improper or unauthorized use of this Website, our products, formula or support, your violation of this Agreement, or your infringement, or the infringement or use by any other user of your account, of any intellectual property or other right of any person or entity.

PX5-102
9/11/2014

## Legal Jurisdiction

These Terms and Conditions will be governed by and construed in accordance with the laws of the State of Florida, without giving effect to any principles of conflicts of laws. Any action seeking legal or equitable relief arising out of or relating to this Website, RLN products or services will be brought only in a court of competent jurisdiction that is located within Sarasota County, in the State of Florida. You hereby consent and submit to the personal jurisdiction of such courts for the purpose of litigating any such action. A printed version of these Terms, Conditions and Disclaimer and related materials will be admissible in judicial and administrative proceedings based upon or relating to these Terms, Conditions and Disclaimer to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.  For purposes of the litigation issues addressed herein, you waive any right to confidentiality.

## Severability of the Terms & Conditions

If any part of these Terms and Conditions, and/or Disclaimers of use are determined by a court of competent jurisdiction to be invalid or unenforceable, then the remaining provisions shall be deemed enforceable, valid and in full effect.  The remainder of these Terms and Conditions, and Disclaimers are fully enforceable and legally binding.

## SUMMARY

We believe that all of our terms and conditions are equally important, however a summary of some of the terms and conditions are as follows:

- **Privacy Policy**.  We will not share your private information with anyone.
- **Health Notice**.  RLN's products are not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration.  Statements, other than clinical, have not been evaluated by the Food and Drug Administration.
- **Medical Condition Notice**.  RLN isn't a medical organization and we can't give you medical advice. Consult with your doctor or healthcare professional before beginning any weight loss program.  Results may vary and depend on a variety of factors including but not limited to your commitment and medical condition. Before purchasing you should check Instructions, Suggested Use, Side Effects and consult with your doctor or healthcare professional about this or any other nutraceutical.
- **Website Notice**.  By using this website you agree to all Terms and Conditions.  You also agree that this website does not provide medical advice.

- Custom Program. The Program is customized to meet your specific goals as determined in the assessment.  Your Program is custom crafted to meet your needs.  Because every product is customized, we have a strict NO return policy.

- Return/Refund Policy. Once purchased and shipped, RLN products cannot be returned and NO refunds will be given.

- Discount Policy. We believe in our customers and that word of mouth is the best way to sell our products.  As detailed in our discount policy, we offer a tremendous discount to our customers for the agreement that you will promote our products and

when possible share your weight loss success with us (keep the youtube videos coming). As part of this endorsement you also agree not to write any negative reviews about RLN or our products. Customers never have to take advantage of this savings program (most do) and you can always pay full price.

## PURCHASE, SHIPPING & RETURN POLICY

We want to ensure that you are aware of our Purchase, Shipping and Return policy before you buy any of our products or services. This policy applies for all orders regardless of the method placed (online, telephone, facsimile, mail, etc.). Please understand that we have a strict **NO RETURN** policy. This is because your Program is custom formulated to meet your individual needs to give you the highest chance of weight loss success. Please let us know if you have any questions regarding this privacy policy by contacting us through RocaLabs.com/support.

Submission of an order is when you submit your credit card on this website and it constitutes a legally binding sales contract between you and RLN, with your order submission the equivalent to your personal signature to this agreement and all terms contained within it. Within three hours of your submitting your order, we begin custom manufacturing the Program for you so that you may start your Program as soon as possible.

**YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THESE TERMS BEFORE MAKING A PURCHASE. PLACING AN ORDER INDICATES THE UNCONDITIONAL ACCEPTANCE OF THESE TERMS. DO NOT PURCHASE FROM US IF YOU DO NOT AGREE TO BE BOUND BY THE ALL TERMS.**

## Purchase Policy

RLN reserves the right to review all online orders at which point we may accept or decline any order for any reason, regardless of any confirmation receipt sent to the customer. All orders must be reviewed for pre-approval and acceptance. We review your order and online assessment to ensure that you have the highest chance to succeed with the Program.

No representations, guarantees or warranties of any kind come with our products or services. RLN's products are not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration. Your purchase of RLN's products or services is at your own risk. The Company makes NO guarantees regarding results.

RLN does not permit the resale of our products. Selling open or partially used products is dangerous and may be a violation of state and/or federal law. You do not have permission or the right to sell, transfer and/or gift any RLN product to any other person or entity. RLN will hold you responsible for any and all damages that may incur (including the loss of life), by your unauthorized sale of our products. You agree to indemnify RLN, it employees, officers and directors for any and all damages that may result from your unauthorized sale.

**Discounted Price:** As detailed in our the Discount & Endorsement Policy section below, you may be given discounts in exchange for your agreement to endorse our products

and share your weight loss success with the world. You NEVER have to accept this option and can always pay the full undiscounted price for our products. In agreeing to these discounts you are granting RLN the right to publish on our website(s) or on social media sites such as Facebook or Twitter your weight loss success and irrevocably waive your right to publish, make or promote any negative reviews about RLN, its products or employees.

**Your Purchase Order:** You may be offered several purchase options. The decision to purchase any Program, product or service from RLN is entirely up to you the Customer. Which Program, product or service is best for you is your sole decision.

After you have read the Terms, Conditions and Disclaimer and filled out the required order form and/or contacted the central phone service Order Department, a representative of the Order Department will contact you via email to verify and confirm the details of delivery. Answers given by RLN telephone representatives are not a substitute for information contained on the Website, these Terms and Conditions, or any medical advice. All order details must be confirmed by you, including shipping information. You agree to pay all re-shipping and handling costs if incorrect shipping information is provided.

On occasion, our orders surpass our production capabilities and your order may enter a short waiting list. Generally, this information is posted as soon as you enter the site. You will be informed of any potential shipping delays at time of order.

**Payment Problems:** Pursuant to Florida law, checks that are not honored for any reason will incur a Customer charge of $25-$40, or 5% of the amount of the check, whichever is greater. Should RLN institute legal or collection proceedings regarding returned/cancelled checks or cancelled/disputed credit cards/PayPal, the Customer will be responsible for all collection costs and attorney's fees, plus filing fees, for each returned or cancelled check or for each cancelled credit card/PayPal payment. Other than the above listed allowance for attorney's fees relating to payment/collection issues, neither you nor RLN shall be entitled to attorney fees for other disputes between the parties. Invoices are sent directly to the electronic mail boxes supplied by you and it is your responsibility to provide an active/working email account.

**Chargeback and Dispute Policy:** In making a purchase, you agree to all of RLN terms and conditions. You agree not to dispute any payment (unless the amount is erroneous) and waive your right to initiate a chargeback by any financial institution, including but not limited to any bank, merchant processor or credit card company. You acknowledge and agree that disputing any payment causes damage to RLN and gives us the right to seek compensation from you these damages. In the event that you dispute payment, then RLN has the unfettered right to revoke any and all discounts agreed to at the time of purchase and you shall be liable to RLN for the full sales price of $1,580.

If RLN is unable to charge the the full price against your payment method on file (if any), RLN shall have the right to otherwise collect the full sales price from you. If RLN is unable to collect the full sales price within 30 days of first attempting to charge you under this agreement, RLN may forward your account to our external collections agency and assess an additional $500.00 Collection Fee. The full sales price and Collection Fee are subject to 1% monthly interest until the balance is paid in full including associated

PX5-105
9/11/2014

collection fees, legal fees, and costs of court as assessed separately by our collection firm. As a customer of RLN, you hereby expressly agree to these Terms.

## Shipping Policy

At RLN we take great pride in quickly shipping orders to our customers. We make our best effort to ship all orders by the next business day after production of the Procedure Kit has been completed. Orders are generally shipped via United States Postal Service (USPS) 2nd day service and follow the USPS Terms of Use. At peak holiday times, shipping may take 1-2 days longer than usual.

You may choose "signature required" when ordering to ensure that you will sign for your order. If the "signature required" option is chosen, RLN will guarantee delivery and will reship at no extra charge if the package is not received by you.

RLN offers waiver of signature solely for your convenience. You understand that if you waive signature for delivery of the product, we are without recourse in the event of loss or theft of any package shipped to you once USPS confirms delivery. Therefore, if you waive signature and we receive confirmation of delivery from USPS, then you agree to bear the burden of loss or theft and to pay the charges for items ordered as agreed and will not to dispute payment for the product against RLN, and your recourse does not include the right to file a charge-back claim to your credit card company. In the event USPS confirms delivery and you believe the item was not received, RLN will reship the product for an additional charge of $150.

You acknowledge that RLN has no control over the delivery schedules of the USPS or any other delivery service. You will have no claim against us due to delivery disruptions.

You agree that in the event there is a problem with shipping, you will contact RLN via Customer Care on our Website and allow RLN 7 days to research and address the shipping issue. You also agree that if there is a shipping issue, you will file a claim with the United States Postal Service and keep us apprised of your efforts so we may help you address the issue and reship your order, if necessary. You agree, however, that a shipping issue does not give you the right to withhold or dispute the charge with your credit card company or with PayPal. You agree that doing so would cause damage to RLN and will give us the right to seek compensation from you for our damages.

Once you place an order, you are entitled to Customer Care /Support. Generally, Customer Care/Support is available 24 hours, 7 days a week. We will make every effort to respond to you within 24 hours of any written contact. **For your protection after your order has shipped RLN requires that all contact must be in writing with Customer Care /Support through the Website ONLY.**

After your order has been shipped, the handling of the order goes to the Customer Care Department, which operates only via our Website on the Customer Care page. The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Answers to inquiries are generally provided within 24 hours. If inquiries are made on a non-business day, responses are usually made by the end of the next business day.

## Merchandise Return & Refund Policy

**Returns prior to shipment:** If you wish to cancel your order before it has been shipped, you must immediately contact the Customer Care Department via the Website in writing for a full refund.  All orders are customized for your individual needs and to qualify for a full refund this contact must occur within three (3) hours of placing your order.  You agree that you WILL NOT contact your credit card company or PayPal in these instances, as you agree that the charge was valid and authorized at the time you placed your order. Refunds may take up to 10 days to process. Greater delays in refunds are likely to occur if you dispute a charge with PayPal as the funds are automatically put on hold until the dispute has been resolved.

In the event the order was canceled but still ships by a mistake, simply refuse delivery or return the shipment in its original unopened package for a full refund.

If you cancel your order more than three hours after it was placed, but prior to shipping, you will have the option to cancel and receive a 50% refund of the purchase price.  We are sorry that we cannot give a complete refund, but as your order is customized and we make a best effort to begin this customization three hours after the order has been place.  Your customized Program cannot be sold to another customer.

**Returns after shipment:** An order is considered "shipped" once a USPS tracking number has been assigned.  There are **NO** returns once the product has been shipped.  DO NOT PURCHASE any product from us unless you agree to this no return policy.  Your order is your acceptance of this NO RETURN policy.

Your RLN order is a special order and is non-refundable.  We do not guarantee any results for the use of our product and individual results may vary.  There are many factors that may prevent you from achieving your weight loss goal. Thus, our product cannot be returned

## DISCOUNT & ENDORSEMENT POLICY

We are proud of our product and the success that many of our customers have in achieving their weight loss goals and whenever possible, we like to share this information.  We offer all of our customers a significant discount in exchange for your agreement to share your weight loss success and for your endorsement of our products.   You **do not** have to agree to this discount and can always pay full price for our product. This Discount & Endorsement Policy applies for all discounted orders regardless of the method placed (online, telephone, facsimile, mail, etc.).  Please let us know if you have any questions regarding this privacy policy by contacting us through RocaLabs.com/support.

Submission of a discounted order through this website constitutes a legally binding sales contract between you and RLN, with your order submission the equivalent to your personal signature to this agreement and all terms contained within it.

**Full Price:** The full price for your custom nutraceutical product and product support is $1,580.00. You may always purchase our product and support at full price and do not have to take advantage of this discount agreement.

**Discount & Endorsement Agreement:** In exchange for a discounted price on your custom order (a savings of at least $800.00), you agree to all of the following:

(1) You will consult with a doctor, medical or healthcare professional before beginning any weight loss program and using any of our products. You agree that diet (reducing calorie intake) and exercise is the best combination for weight loss success and will discuss this with your doctor, medical or healthcare professional.

(2) You will follow the suggested use that come with your order and that are explained in detail on the Website. We will answer any questions that you may have about using the product and can be contacted 24/7 via the Website. Please allow up to 3 business days for a response.

(3) You will help promote RLN and our products by sharing your weight loss success with us. You agree to like us on Facebook and follow us on Twitter. You agree that from time to time we may contact you via electronic mail or telephone to learn about your success.

(4) You agree that we can use any and all information that you provide about your weight loss success in RLN marketing efforts. This can be done with a screen name of your choice but with real pictures and video. You hereby irrevocably assign and grant RLN the right to use your likeness, weight loss story and any photographs or videos supplied to us in any and all marketing efforts including online marketing, electronic, television, print, radio, billboard, email and other forms of advertising. This endorsement is granted in exchange for the discount provided at time of purchase and no payment from RLN to you for use of your likeness is owed or shall become due and payable. You hereby assign to RLN without compensation or further obligation, all rights now known or hereafter existing to use, allow others to use, or assign the right to use, to your weight loss story and any images and/or videos that you submitted to RLN. You further agree that your weight loss story and all materials provided to RLN may be used without restriction for any purpose whatsoever, commercial or otherwise, without compensation to you, including the right to use, reproduce, modify, adapt, publish, transmit, publicly perform or display, translate, create derivative works from, or otherwise communicate to the public your weight loss story on this website or elsewhere by us, our assigns or others we have allowed to use your story and materials. You will not assert any proprietary right or moral right of any kind with respect to any materials provided to us by you.

(5) You agree that regardless of your outcome, you will **not** disparage RLN and/or any of our employees, products or services. This means that you will not speak, publish, cause to be published, print, tweet, review, blog or write negatively about RLN, or our products or employees in any way. You further agree that in an effort to prevent the publishing of libelous or slanderous content in any form, your acceptance of this sales contract prohibits you from taking any action that negatively impacts RLN, its reputation, products, services, management or employees.

Should you violate this provision, as determined by RLN in its sole discretion, you will be provided with seventy-two (72) hours to retract the content in question. If the content remains, in whole or in part, you will immediately be billed $3,500.00 USD for legal fees and court costs until such complete costs are determined in litigation. Should these charges remain unpaid for 30 calendar days from the billing date, your unpaid invoice will be forwarded to our third party collection firm and will be reported to consumer credit reporting agencies until paid. In addition, if requested by RLN, you agree to

PX5-108
9/11/2014

provide RLN with a notarized affidavit that your disparaging remarks or review contained factually inaccurate material, was incorrect and breached this agreement.

**Any violation of this provision of the Agreement is deemed a material breach and you agree that The Company has no adequate remedy at law. You further consent to and agree to entry of an injunction by a Court of competent jurisdiction in enforcement of your violation of this term and condition.**

(6) If you breach this Agreement, as determined by RLN in its sole discretion, all discounts will be waived and you agree to pay the full price for your product within 3 business days of demand. In addition, we retain all legal rights and remedies against you for breach of contract and any other appropriate causes of action.

(7) Nothing in this Agreement shall be construed as creating an employer-employee relationship, as a guarantee of future employment or engagement, or as a limitation upon the Company's sole discretion to terminate this Agreement at any time without cause.

## MEDICAL, HEALTH & FDA POLICY

Weight-loss results will always vary for individuals on any diet. Always consult your physician or healthcare professional before making any dietary changes or starting any nutrition, weight control or exercise program. Our products have not been evaluated by the Food and Drug Administration ("FDA") and are not intended to diagnose, treat, cure or prevent any disease. Please let us know if you have any questions regarding this privacy policy by contacting us through RocaLabs.com/support.

**FDA. Notice:** In accordance with the Dietary Supplement Health and Education Act (DSHEA), dietary supplements and nutraceuticals do not require approval by the FDA. For more information on the FDA please visit www.fda.gov. In accordance with the DSHEA, you are hereby notified that none of RLN products have been evaluated, tested or approved by the FDA and RLN products are not intended to diagnose, treat, cure or prevent any disease.

Our products are manufactured in an FDA compliant facility and are categorized as a "food additive" and can be used without a prescription. Our products contain only certified ingredients. Our products should not be used in place of or as a substitute for recommendations by your healthcare professional. These statements are based on the known activity of the specific ingredients in this product. No clinical study has been performed on this product. RLN believes that the information provided hereunder complies with all federal laws and regulations.

**Medical & Health Notice:** Consult with your doctor or healthcare professional before beginning any weight loss program. RLN isn't a medical organization and we can't give you medical advice. We strongly urge you to consult with your physician (or primary health-care provider) before starting any weight loss plan. We also urge you to get periodic medical checkups.

Weight loss can create physical changes that should be medically monitored. Studies have shown, for example, that weight loss can aggravate gall bladder illness. Medical monitoring is especially important for people with a known medical condition. DO NOT

purchase our products if you suffer from a medical condition without first consulting your doctor.

The primary components of our weight loss products are Guar Gum, Konjac, Inulin, Beta Glucan, Xanthan Gum, Maltodextrin, Natural and Artificial Flavors, Vitamins B-6, B-12 and C. Please discuss these ingredients with your physician or healthcare professional before using our product.

**Health Disclaimer**: This Website provides weight loss information and is intended for educational and informational purposes only. RLN is not a medical organization and our staff cannot give you medical advice or diagnosis. Nothing contained in this Website should be construed as such advice or diagnosis. The information on this Website should not be interpreted as a substitute for physician consultation, evaluation, or treatment. Occasionally the Website may use terms that appear to be medical in nature (such as Health Application and dosage). The terms on the Website are not designed to imply any medical relationship or that medical advice is being given or that the program is a medical product or regulated medicine/drug. The Program is a classified as a food additive, and is not a medicine/drug.

You are urged and advised to seek the advice of a physician before beginning any weight loss effort or regimen. This Website is intended for use only by healthy adult individuals. All individuals are specifically warned to seek professional medical advice prior to initiating any form of weight loss effort or regimen.

The program should not be used by individuals under the age of 18 without adult supervision and recommendation by a medical or healthcare professional.

**Weight Loss Goals**: Please consult with a physician or medical professional to determine your weight loss goals. How much weight you lose and how successful you are is totally up to you the customer. There are numerous factors that contribute to weight loss and we do not guarantee results.

## Online Chat and Customer Service

Online Chat and customer service are not intended to provide medical advice, diagnosis or treatment. Our products are not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use.

## Privacy Policy

RLN has created this privacy policy to demonstrate our commitment to protecting your privacy, and to disclose our information-gathering and dissemination practices. This privacy policy is here to tell you about, among other things, the information RLN collects through any of our Web sites, and how we use that information, how you can opt out of certain uses of the information we collect, and how RLN can make changes to this privacy policy. Please let us know if you have any questions regarding this privacy policy by contacting us through RocaLabs.com/support.

But first a note about **children's privacy** . . .

PX5-110
9/11/2014

We are committed to protecting the privacy of children. You should be aware that this Site is not intended or designed to attract children under the age of 13. We do not collect personally identifiable information from any person we actually know is a child under the age of 13. In fact we make a best effort to not attract anyone under the age of 13 and our site is not designed for people under the age of 13 and we do not collect information on anyone 13 and under.

**Collecting Information.** In collecting your personal information, we aim to provide you with a more customized experience. This information lets us provide services and features that we think are more likely to meet your needs. Of course, users may be able to use our products or services or browse our Web sites without providing any personal information, but once you give us this personal information, you are not anonymous to us.

RLN collects two types of information when you visit our website(s) or you do business with us via any medium: information that may be used to identify you individually, such as your name, physical address, phone number, email address or date of birth ("personal information"); and nonpersonal information, such as IP addresses, the type of browser you are using, and aggregated information about user activities on our website (s) ("nonpersonal information").

Personal Information: We specifically request personal information from you at certain points on and off our website(s). For example, when you call us, visit our website(s) or when you purchase an item or service, we collect personal information which may include, without limitation, your name, shipping and billing addresses, telephone number, email address, credit card information, and date of birth. You may always choose not to provide us with your personal information; however, this may limit our ability to provide you with a specific product or service or information, or to offer you personalized content.

Nonpersonal Information: When you visit our website(s), we also collect nonpersonal information, such as your IP address, which is a number that can be used to identify your location and Internet Service Provider. We may also collect other information such as the type of browser or device you are using, the URL from which you came to our website(s) and the URLs that you visited on our website(s). A URL is the full address of a Web site page, which may contain some personal or identifying information about the person who is viewing it.

**Information We Obtain from Other Sources**: We may collect information about you from other sources, including through interactive applications (such as mobile devices/applications and third-party services) and from commercially available sources (such as data aggregators and public databases). For example, if you access third-party services (such as Facebook Connect) through or in connection with our website(s), we collect information available about you through those services, including, but not limited to, personal information as well as publicly observable data, such as activities on blogs, videos, and other online postings.

**Use of Cookies**: We may also use a feature of your browser called a cookie to assign identification to your computer that may be placed by us or a third party with whom we partner. Cookies allow us to better understand your preferences and personalize the

PX5-111
9/11/2014

content on our Web sites to give you a better overall shopping experience. The unique user ID contained within your cookie automatically identifies your computer—but not you—to our servers every time you visit our website(s). Cookies by themselves cannot be used to find out the identity of any user, but may be combined with identity information in our log files. You can turn off the cookie feature by using your browser preference options, but you may not be able to utilize some of the features or services on our Web sites properly. Current versions of many Web browsers offer enhanced user controls for the placement and duration of cookies. Search for "cookies" under your Web browser's Help menu for more information on the cookie management features available to you.

We may use cookie and IP address information to count and track website visits and purchases in the aggregate, to personalize the website(s) for each unique user, to control the frequency of individual advertisements to individual computers, and to target advertisements and promotions to broad demographic segments. We may also use IP addresses to help diagnose problems with our server, and to administer our website(s).

**Use of Pixel Tags**: We may also collect information through the use of "pixel tags" on our Web sites and in email messages we may send to you that may be placed by us or a third party with whom we partner. Pixel tags, also known as "Web beacons," are tiny graphic files, not visible to the human eye, that are included in HTML-encoded email messages. When such a message is opened in an HTML-capable email program, the recipient's computer will access our server to retrieve the pixel tag file, allowing us to record and store, along with the recipient's email address, the date and time the recipient viewed the email message, the fact that the recipient's email program is capable of receiving HTML-encoded email, and other standard logging information. The pixel tag may also see or read cookies. RLN may use pixel tags in order to measure and understand traffic better, to track visitor behavior to improve user experience, and for tracking promotional and marketing campaign response, among others. You can disable the pixel tag feature by changing your browser settings to omit images and disable Javascript; or there are commercial software packages available that can omit pixel tags and most advertisements.

**Do Not Track Signals**: Some web browsers offer a "Do Not Track" ("DNT") signal that is a HTTP header field indicating your preference regarding tracking or cross-site user tracking.  We do not collect personal information when you visit our website(s) unless you provide such information to us.

**Disclosure of Information:** RLN does not make your personal information available to any third party for marketing purposes and we will not disclose any of your personal information unless agreed to by you, to comply with legal requirements, such as a court order or for your own safety.

**RLN's Use of Personal Information and Nonpersonal Information:** We use your personal information to process your requests, fulfill your orders and communicate with you about your orders, send important notices or tell you about new products or services. We may also use your personal information to improve our products, services and advertising, personalize our website(s), target advertising or promotions that may be of interest to you, or conduct business that we feel would be of interest to you. We

PX5-112
9/11/2014

might also contact you to see if you are interested in participating in market research regarding RLN. For information about opting out of such communications, please see our Opt-Out Policy section below.

**Customer Service Issues and Contacts**: We may use your personal information to contact you in response to customer service complaints you have submitted, to address a problem affecting your use of a product or service, or to verify information concerning a transaction.

**Transaction Processing**: When you make a purchase, we may need to provide personal information, including information such as your shipping address, billing information, telephone number, and credit card information, to third parties, including product manufacturers and shipping companies, as necessary solely to complete the transaction.

**Legal Requirements**: We may, in our sole discretion, disclose personal information when we deem necessary or appropriate to law enforcement or other entities or third parties as required by law or to protect our rights or the rights of others, to prevent harm to persons or property, to fight fraud, identity theft, or otherwise to comply with the law or legal process, to respond to claims, to protect our systems and customers, to ensure the integrity and operation of our business and systems, or to protect the rights, property, or safety of RLN and its employees or others.

**Other Disclosures**: Occasionally, we may disclose personal information in other circumstances, but we will only do this if we have explained at the time we collect the information the purpose for which it will be disclosed.

**Opt-Out Policy**: You may opt out of receiving communication from us, from Affiliated Companies, or from other third parties by contacting us through RocaLabs.com/support or writing to us at:

Roca Labs Nutraceuticals USA, Inc.

PO Box 5309

Sarasota, FL 34277

Attention: Legal Department

In addition, we may contact you via email or use targeted online advertising. In the case of email, we may include instructions to enable you to unsubscribe from future emails if you so choose. You agree and understand that while we will do our best to comply with your request, we shall not be liable for any problems or delays associated with the opt-out process.

**Security**: RLN uses industry-standard security measures in place to protect the loss, misuse, and alteration of the information under our control, and we make good-faith efforts to store your personal information in a secure operating environment. Unfortunately, no data transmission over the Internet can be guaranteed to be absolutely secure. As a result, while we strive to protect your personal information, we cannot ensure or warrant the security of any information you transmit to us or our online products or services, and you do so at your own risk.

PX5-113
9/11/2014

**Changes to This Policy**:  This policy may change from time to time. If we make any substantive changes to the policy in the future with regard to how we use your information, we will post those changes on our website(s) in this location together with the date of the last update. Your continued business relationship or use of the website (s) after the changes are posted constitutes your agreement to the changes, both with regard to information we have previously collected from you and with regard to information we collect from you in the future. If you do not agree to the changes, please discontinue your use of our website(s) or business relationship with us.

### Contacting RLN

Please feel free to share any comments, concerns, or complaints with us. If you have any questions about this privacy policy or the practices of this Website, please contact:

Roca Labs Nutraceuticals USA, Inc.

PO Box 5309

Sarasota, FL 34277

Attention: Legal Department

or via email through RocaLabs.com/support

**BY CHECKING THE REQUIRED BOX PRIOR TO PLACING YOUR ORDER, YOU AGREE THAT YOU HAVE READ THE COMPANY'S AGREEMENT IN ITS ENTIRETY AND AGREE TO BE BOUND BY ITS TERMS.**

    

*Results may vary.

In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

The site is new and is undergoing major daily changes including the Terms and ordering process which will all be finalized by Sep 18th. The new ownership will reflect new improvements.



inventors of the
Gastric Bypass Alternative®

| About us | Procedures | All the Answers |
|---|---|---|
| Terms | Gastric Bypass Alternative® | How much weight will I lose? |
| Support | Gastric Bypass NO surgery® | What is it? |
| Privacy | Gastric Bypass Results® | Is it safe if I...? |
| Qualify & Order | Gastric Bypass Effect® | Am I qualified? |
| Cost & insurance | Natural Gastric Bypass® | |
| | Speedy Gastric Bypass™ | |

Copyrights © 2009-2014 Roca Labs. All rights reserved.

  

PX5-114
9/11/2014