# PX6(2)

# (PX6-258 through PX6-342)

# Excerpts and Exhibits From Corporate Defendants' 30(b)(6) Deposition (2/15/17-2/16/17)

157.    **DEFENDANTS** interests in this declaration of rights are actual, present, adverse and antagonistic of fact and/or law to **ROCA**'s interests.

WHEREFORE Plaintiff, ROCA, requests the Court to:

a.      Take jurisdiction of the subject matter and parties hereto.

b.      Determine applicable law, including the provision of Florida Statutes that apply to the parties.

c.      Declare that the **DEFENDANTS** have intentionally tortiously interfered with **ROCA's** economic relationship with consumers.

e.      Declare that the **DEFENDANTS** have defamed ROCA per se under terms of their contracts.

f.      Declare that **DEFENDANTS** have breached their contract with **ROCA** by posting negative comments on **BBB**.

g.      Declare **ROCA** has suffered economic damages as proximate result of **DEFENDANTS**' conduct.

h.      Declare that **ROCA** is entitled to attorneys' fees and costs against the **DEFENDANTS** and determine the amounts thereto.

i.      Declare that **ROCA** is entitled to award of monetary damages against **DEFENDANTS** and determine the amounts thereto;

j.      Declare that **DEFENDANTS** cease and desist their conduct against **ROCA** and for them to remove all negative content from online and **BBB**.

k.   Award damages, interest, and taxable costs against **DEFENDANTS**.

m.   Award any other relief this Court deems just and proper against the

**DEFENDANTS**.

WHEREFORE, Plaintiff **ROCA** further demands entry of judgment against

**DEFENDANTS** for all damages, attorneys' fees, and costs.

### VERIFIED MOTION FOR ENTRY OF A TEMPORARY INJUNCTION

**ROCA** realleges and incorporates the allegations of paragraphs 1 through 145 as though

fully set forth herein and pursuant to the Florida Rules of Civil Procedure 1.610 moves this Court

for immediate temporary injunctive relief against **DEFENDANTS** to cure their contractual

breach and remove from the BBB's website defamatory posts that presently tortiously interfere

with **ROCA**'s prospective economic relationships.

As detailed above, the **DEFENDANTS** entered into an agreement with **ROCA** to

purchase products under certain terms and conditions.  These terms include the agreement that

regardless of her weight loss outcome, **DEFENDANTS** would "not speak, publish, print, blog or

write negatively about Roca or its products in any forum." **DEFENDANTS** knowingly and

deliberately breached this agreement.

**DEFENDANTS** deliberately and tortiously interfered with **ROCA**'s prospective

economic relationships by posting on the **BBB** website false statements about **ROCA** and urging

the public not to buy **ROCA** products.

All of the necessary elements are present for the Court to issue injunctive relief.

### Memorandum of Law

**I.      Law & Analysis**

Temporary injunctions have long been recognized as a viable form of relief in a suit for tortious interference with a contract. See, e.g., *Heavener, Ogier Services, Inc. v R.W. FLA Regionno*, 418 So.2d 1074, 1077 (Fla. 1982), *Knight v. City of Miami*, 127 Fla. 585, 173 So. 801 (Fla. 1937); *Dade Enterprises, Inc. v. Wometco Theaters, Inc.*, 119 Fla. 70, 160 So. 209 (Fla. 1935); *see also* Restatement (Second) of Torts § 766 cmt. u (1979).

A preliminary injunction is properly entered when the moving party demonstrates:

(1) a substantial likelihood of success on the merits;

(2) a substantial threat of irreparable injury if the injunction is not granted;

(3) that the threatened injury to the plaintiff outweighs the harm an injunction may cause the defendant; and

(4) the granting of an injunction would not disserve the public interest. *Church v. City of Huntsville*, 30 F. 3d 1332, 1342 (11th Cir. 1994). *Naegel Outdoor Advertising Co., Inc. v. City of Jacksonville*, 659 So.2d 1046, 1047 (Fla. 1995).

As a general rule, a trial court has sound discretion to grant injunctions. *Precision Tune Auto Case, Inc. v. Radcliff*, 731 So.2d 744, 745 (Fla. 4th DCA 1999).  The facts demonstrate that all of the elements are easily satisfied, and the requested injunction should be issued by this honorable Court.

**A. There is substantial likelihood of success on the merits**

**1. Breach of Contract**

There can be no dispute that the parties contracted for the purchase and sale of products. The
**DEFENDANTS** paid (**MACCARO** only partially) **ROCA** for its weight loss products and
Plaintiff **ROCA** shipped them to **DEFENDANTS**.   **DEFENDANTS** were aware and agreed to
the Terms and Condition as consideration for a substantial discount given them by **ROCA**. As a
result of **DEFENDANTS** breach of the agreement not to post negative comments, **ROCA** has
and continues to be harmed.

### 2. Tortious Interference

The common law elements of tortious interference with prospective economic relationship are
(1) he existence of a business relationship, not necessarily evidenced by an enforceable contract
that would have resulted in an economic benefit; (2) knowledge of the relationship on the part of
the defendant; (3) an intentional and unjustified interference with the relationship by the
defendant; and (4) damage to the plaintiff as a result of the breach of the relationship. *Ethan
Allen, Inc. v. Georgetown Manor, Inc.*, 647 So. 2d 812, 814 (Fla. 1995).  Each of these elements
is present here.

**DEFENDANTS** are aware that **ROCA** conducts business online and develops and
attracts it customers over the Internet.  **DEFENDANTS** were all internet customers and were
aware that **ROCA** has other internet based customers.  **DEFENDANTS** knowingly and
intentionally broadcast to identifiable Internet customers via the BBB site that **ROCA'S** products
were sand.  As a result, identifiable individuals did not purchase from **ROCA** and **ROCA** has
and continues to be harmed.

**ROCA**'s reputation and its ability to transact business has been damaged by the actions
of **DEFENDANTS;** and if **DEFENDANTS** are not enjoined from their current actions, the

damage to **ROCA** will be severe as its reputation will be irreparably harmed and new potential customers will not purchase from **ROCA**.

## B. There is a Substantial Threat of Irreparable Injury if DEFENDANTS are not enjoined

If the injunction is not granted, **ROCA** will face a substantial threat of irreparable injury. **ROCA** has already suffered harm to its reputation and its ability to conduct business and will continue to be injured if **DEFENDANTS** do not cure contractual breaches and cease interfering with **ROCA's** customers. Each week thousands of people see the false and malicious statement posted by **DEFENDANTS** on the **BBB's** website. Unless injunctive relief is provided, **ROCA** will continue to be irreparably harmed.

A preliminary injunction will stave off this irreparable harm. The purpose of a preliminary injunction is to prevent future harm. *Advantage Digital Sys., Inc. v. Digital Imaging Servs., Inc.,* 870 So. 2d 111, 116 (DCA Fla 2004)("By its nature, an injunction restrains commission of a future injury; a court cannot prevent what has already occurred."). It is not necessary for a party seeking a preliminary injunction to wait until harm has occurred; such a delay would defeat the purpose of injunctive relief.

Irreparable injury is an injury which is of a peculiar nature, so that compensation in money cannot atone for it. *Mullinix v. Mullinix,* 182 So. 2d 268 ( Fla. 4th DCA 1966); *First Nat. Bank n St. Petersburg v. Ferris,* 156 So. 2d 421 (Fla. 2nd DCA 1963). Once a posting is made on the **BBB's** website, damage to **ROCA's** reputation is done and Plaintiff **ROCA** can never be made whole. Due to the nature of the Internet, postings can take on a life of their own and it is nearly impossible to remove all negative comments once they appear on the Internet. In essence postings are viral and take on an existence independent of pissedconsumer.com. According to the

MIT Technology Review "it's hard to imagine a system that could index all of the world's information thoroughly enough to allow someone exercising the "right to be forgotten" to track down and eradicate every regrettable message or photo." *How to Delete Regrettable Posts from the Internet*, Simson Garfinkel, October 2012.

## C. The Threatened Injury to the Plaintiff ROCA Outweighs the Harm an Injunction May Cause the DEFENDANTS

**DEFENDANTS** will suffer little or no harm by curing their contractual breach and ceasing to interfere with customers.  In contrast the harm to **ROCA** is harsh and may be incurable.  Once the posting is distributed on the Internet, it is next to impossible to remove.  The longer it remains, the more harm is done.   Irreparable harm to **ROCA**'s reputation and its ability to conduct business occurs when **DEFENDANTS** interfere with **ROCA**'s relationship with its prospective clients.

## D. The Granting of an Injunction Would Not Disserve the Public Interest

It is against public interest to allow individuals to intentionally and wantonly breach their contracts and then encourage others to avoid a business by making false and malicious statements about the business.   Thus, it serves the public interest to prevent the actions of **DEFENDANTS**.

## CONCLUSION

WHEREFORE, **ROCA,** by and through undersigned counsel, moves this Court to enjoin **DEFENDANTS** to cure their contractual breach and from further interfering with Roca's prospective clients.

PX6-263

Dated: October 27, 2014.

Respectfully Submitted,

Roca Labs, Inc.                          Nicole Freedlander, P.A.

P.O. Box 7898                            P.O. Box 402653

Delray Beach, FL 33482-7898              Miami Beach, FL 33140

Tel. 305-998-6150                        Tel. 305-674-4844

Fax 954-341-5215

By: /s/                                  By:    /s/

Paul Berger, Esq.                        Nicole Freedlander, Esq.

FL Bar No. 4413                          FL Bar No. 2150

Legal5@rocalabs.com                      nicole@freedlanderlaw.com

# EXHIBIT 1

PX6-265



Roca Labs®    Ask The Doctor    Success Stories    18 Solutions

Support

Terms & Conditions  |  Privacy Policy  |  Return Policy



LIVE ADVICE
click to chat

# PERSONAL TERMS, CONDITIONS & DISCLAIMERS AGREEMENT

USV1.8 Sep 2012



Success Stories

## SUMMARY (for convenience purposes only)

*Company believes that all means are Kosher in the fat fight and has a "straight in your face" attitude such as Fat is Ugly. No return accepted. The Formula costs $1,580 and you can buy it for a reduced price ONLY under the conditions listed among them: secrecy and devotion to succeed.*

This website, the manufacturer and/or the distributor, both jointly and individually ("The Website" or "The Company") are marketing The Company's products and offerings, which among other items/services include the weight loss formula ("The Formula"), as well as a weight loss support service ("The Support") for sale for personal to those who carry out a purchase ("The Customer" or "You"), under all of the following personal terms, conditions and disclaimers ("The Agreement"), and on these terms alone. Everything that The Company represents in the terms and conditions or on The Company' Website is to the best of The Company's knowledge. Customer will print and save the Agreement.

**YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THE AGREEMENT BEFORE MAKING A PURCHASE AND AGAIN PRIOR TO USING THE FORMULA/SUPPORT. PLACING AN ORDER INDICATES THE**

Chat now

PX6-266

UNCONDITIONAL ACCEPTANCE OF THE AGREEMENT BY YOU AND
ANY ASSIGNS. DO NOT PURCHASE THE FORMULA IF YOU DO NOT
AGREE TO BE BOUND BY THE ENTIRE AGREEMENT.

You agree that the use of The Website is at your sole risk. Neither The
Website, nor any of The Company's officers, directors, employees, agents,
third party content providers, merchants, sponsors, licensors, contractors or
affiliates warrants that The Website will be error-free or uninterrupted. The
Company also DOES NOT warrant the results that may be obtained from the
use of this Website, The Formula or The Support.

The Company cannot guarantee results because your success depends on
your usage of The Formula according to instructions and your successful
adaptation to new eating habits. You agree that, because The Company
makes NO guarantees regarding results, and because of The Company's
clear No Return/No Refund policy (see below), you have NO right to dispute
payment for the Formula/Support. You agree that disputing any payment
causes damage to The Company and gives The Company the right to seek
compensation from you for The Company's damages.



LIVE ADVICE
click to chat

You agree that if there is a problem with shipping, you will contact The
Company via Customer Care on The Company's Website, in writing, and
allow The Company 7 days to research and address the shipping issue.
You also agree that if there is a shipping issue, you will file a claim with
the United States Postal Service and keep The Company apprised of
your efforts so The Company may help you address the issue and
reship the Formula, if necessary. You agree, however, that a shipping
issue does not give you the right to withhold or dispute the charge with
your credit card company or with PayPal. You agree that doing so would
cause damage to The Company and will give The Company the right to
seek compensation from you for The Company's damages.

## Conditional Discounted Price

The price for The Formula and The Support is $1,580.00. You may purchase
The Formula and The Support at full price and without condition, or you may
elect to purchase The Formula at a special conditional rate ("Conditional
Price"). We are providing this deeply discounted Conditional Price because
The Company can better manage its risks and resources, and reduce The
Company's legal expenses. In exchange for this Conditional Price, you
explicitly agree to all of the following:

(1) You are representing to The Company that you are suitable to use The

PX6-267

11/25/2013 1:39 PM

Formula and The Support, based upon the terms and instructions contained in this Agreement, and that **you do** not have any psychological **or** physical disorders that may interfere with your success **in** using The Formula and The Support.

**(2) You** will follow the instructions that come with The Formula and that are explained **in** detail **on** The Website. We will support you.

(3) You expect to have a positive outcome by reducing food consumption and improving your eating habits.

(4) You agree that we can use any and all information relating to your success in The Company's marketing efforts. This can be done anonymously if you prefer.

(5) If you purchased the Formula at a conditional discounted rate, you agree that you WILL NOT speak or publish, in any forum, criticism of the Product or the Company, and that any published statements will be immediately removed upon the Company's Request. You agree that any published opinion by you about the Product or the Company will not carry with it advertisements of any kind or result in any financial benefit to you unless pre-approved by the Company.

(6) If you breach this Agreement, you agree to pay the full price for The Formula within 3 business days of demand, plus any expenses we incur in resolving the issue. In addition, we retain all legal rights and remedies against you for breach of contract and any other appropriate causes of action. Not paying the full amount you agreed when you purchased will immediately revoke the special discount/subsidy/allowance given by the marketing department and the price will be the full $1580 for the Formula plus any collection fees.

## General

Once you place an order, you are entitled to Customer Care. Generally, Customer Care is available 24 hours, 7 days a week. We will make every effort to respond to you within 24 hours of any contact **For the protection of The Company and The Customer, after your order has shipped The Company requires that all contact between The Customer and The Company must be in writing with the Customer Care department through The Website ONLY.** The Company will make every effort to respond to all written contact within 24 hours.

The Formula is not a drug, medical treatment or a surgery. Rather, it is a natural alternative that causes people to eat less by reducing available



LIVE ADVICE
click to chat

PX6-268

11/25/2013 1:30 PM

stomach capacity, providing a sensation of fullness, and creating an opportunity for psychological strengthening.

The Formula is intended for healthy persons in general and is not suited at all for those with sensitivity to barley or to dietary fibers. Prior to ordering The Formula, we recommend that you consult your physician and present the letter from the Roca Labs medical adviser.

## Privacy

The Company is committed to protecting your privacy and security. Prior to purchase, please carefully review The Company's Privacy Policy on home page, which is incorporated into these Terms & Conditions by reference.



**LIVE ADVICE**
click to chat

## Health Disclaimer

This Website, The Formula and The Support provide limited, non-medical, weight loss management assistance. Testimonials, videos and related content published over the Internet are intended only to assist users in their personal weight loss efforts. The Company is not a medical organization and The Company's staff cannot give you medical advice or diagnosis. Nothing contained in The Website should be construed as medical advice or diagnosis. The information and reports generated by The Company should not be interpreted as a substitute for physician consultation, evaluation, or treatment.

**The Formula should be purchased ONLY after reading the possible Side Effects and the Instructions. You are urged and advised to seek the advice of a physician before beginning any weight loss effort or regimen and to direct the physician to review The Website. The Website and The Formula are intended for use only by healthy individuals. Customers with health conditions are specifically warned to seek professional medical advice prior to initiating any form of weight loss effort or regimen.**

The Customer agrees to make proper use of The Formula according to the instructions of use, which are provided with The Formula and appear on The Website, in order to maximize the your results. The Company has no knowledge of The Formula causing any serious side effects. If The Customer has any medical-related complaint after using The Formula, the Customer agrees to provide us with the following information:

    a. A physician's report stating that your reaction/symptoms are a direct result of using the Formula;

**b.** All medical and other related records relating to the issues you had with the product;

**c.** All of your medical records relating in any way to health, weight-loss, weight, digestion and nutrition issues for the last five years

**d.** A sworn and notarized statement by you containing the following:

i. A breakdown of your exact diet, including amount and times of water and food intake, during the entire time you used The Formula;

ii. A breakdown of the exact schedule, dosage and manner in which you took the Formula every day that you took it;

iii. Your age, weight and height at the time you began using the Formula. By purchasing the Formula you agree to these specific terms and acknowledge that the Company would not have sold The Formula without your agreement to same.



LIVE ADVICE
click to chat

# General Advice Only

Any verbal answers provided by order representatives (whether on the telephone or via electronic mail, or otherwise) are general and are neither medical nor personal. The decisive information is only that which is stated on the Website. The Company representatives are not doctors. Any personal or medical questions will not be answered by Company representatives. Should any such answer or remark be construed as medical or personal, the answer and all of its implications should be viewed as void.

# Concurrent Use of Medication

Please refer all questions about the concurrent use of medication with The Formula to your physician. The Website should not be relied upon under any circumstances for instructions about the use, combination, or cessation of use of personal medication.

# FDA Information

The Formula is manufactured in an FDA-compliant facility under GMP rules. The Formula is categorized as a "food additive" according to the definitions of the FDA and is approved for use without a prescription. The Formula contains only certified ingredients. These statements have not been evaluated by the Food and Drug Administration. **This product is not intended to diagnose, treat, cure, or prevent any disease. This product should not be used in place of or as a substitute for recommendations by your health care professional.** These statements are based on the known activity of the

specific ingredients in this product. No clinical study has been performed on this product as a drug.

## Declaration, Purchase Agreement and Exceptions

The Customer hereby affirms that, prior to using The Formula, he or she read and fully understands the instructions and daily mode of use of The Formula. Additionally, the Customer affirms that he or she has read and examined all of the components of the Formula and that they are compatible with his or her health and regular usability. The act of purchase constitutes an Agreement between The Customer and The Company, whether the order was carried out via the Website or via the phone number provided on the Website. All communications, order requests, service requests, etc. are based on the regulations and instructions as stated on the Website.

You do not have permission or the right to sell, transfer and/or gift The Formula to any other person or entity. If, contrary to the terms herein, you sell, transfer or gift The Formula to another person, you will remain responsible for any breach of these Terms and Conditions by that person, and you agree to indemnify The Company against any claims brought by or damages awarded to that person.



**LIVE ADVICE**
click to chat

## Updated Website Instructions

The Customer commits to make use of the Formula according to the instructions, which is occasionally updated on The Website. These instructions will be considered as the most current and accurate, even to the exclusion of any other printed material, including labels printed on the Formula package. All communications, order requests, service requests, etc. are based on the regulations and instructions as stated on the Website.

## Drinking Plenty of Fluids

The Customer understands that The Formula requires drinking larger than normal quantities of liquids; otherwise dehydration may occur, which may also lead to headaches. In extreme cases, additional complications may develop. The Customer must drink no less than 3 glasses of water immediately after each dose of The Formula, and 6-8 additional glasses of water throughout the day for each dose of The Formula. It is emphasized that given The Formula's strength, The Customer is solely responsible for drinking adequate amounts of liquids according to bodily needs and with reactions changing in real time. Furthermore, The Customer understands that The Formula will not work without drinking liquids as directed.

## Formula Success

The expansion action of the active ingredients within the stomach is physical
and conditional upon many factors, including drinking plenty of liquids.
Despite the Formula being a physical aid (which is intended to decrease
stomach space availability and leave the user with a feeling of fullness), the
Customer hereby agrees to avoid consuming calorie-rich foods and/or
overeating, so as to avoid expanding the stomach via forced consumption.
The Formula will assist in weight loss as long as the diet process is
dependent upon appetite and not upon psychological issues (such as
depression, boredom, sadness, etc....) that may lead to overeating. Results
may vary. **The Formula is not being sold to you on a trial basis. The
Company makes no guarantee regarding the degree of success you will
experience, if any.**



**LIVE ADVICE**
click to chat

## Personal Dosage

The Customer hereby agrees that by the act of purchasing the Formula, he or
she is aware that prior to its regular use, he or she must carry out personal
trials to determine the appropriate dosage for his/her body, which will aid in
achieving a lack of appetite at a level, quantity and duration that he/she
wishes and is appropriate for his/her situation. The Customer determines the
level and duration of the lack of appetite according to individual will and
physical ability.

## Agreement Not to Comment Negatively

The Customer understands and is aware that he is required to dose the
formula, to drink large quantities of liquids, to avoid calorie-rich foods, to
avoid overeating and to overcome psychological obstacles in order to achieve
results. **The Customer is also aware that The Company does not
guarantee success.** Therefore, unless The Customer purchased The
Formula at full price, (1) no claim or complaint whatsoever will be accepted
regarding the lack of success of The Formula; (2) the announcement, writing,
or publication of any such or other claim in any media or forum will constitute
a breach of this agreement, to which The Customer entered willingly and with
full knowledge of the components of The Formula and its properties and The
Support; (3) You agree that any such negative claim will constitute
defamation per se; (4) **Do not purchase the Formula or Support if you do
not agree to this "No Negative Comment Clause."**

## The Order

After The Customer has read the Terms, Conditions and Disclaimer and filled out the required order form and/or contacted the central phone service Order Department, a representative of the Order Department will contact The Customer to verify and confirm the details of delivery. Answers given by Representatives are not a substitute for information contained in the Website, these Terms and Conditions, or any medical advice. If The Customer provides incorrect identification details while carrying out the order, The Company cannot guarantee that the products will be delivered. The Customer must confirm that he/she has provided updated and precise details. Customer agrees to pay the cost to re-ship and order if Customer provides incorrect or false information. You MUST also see Money Back / Return Page for further shipping details.

The Company's refund/return policy is explained fully below. Pursuant to Florida law, payments that are not honored for any reason will incur a Customer charge of $25-40, or 5% of the amount of the check, whichever is greater. Should The Company institute legal or collection proceedings regarding returned/cancelled checks or cancelled/disputed credit cards/PayPal, the Customer will be responsible for all collection costs and attorney's fees, plus filing fees, for each returned or cancelled check or for each cancelled credit card/PayPal payment. Other than the above listed allowance for attorney's fees relating to payment/collection issues, neither the purchaser nor The Company shall be entitled to attorney fees for other disputes between the parties. Invoices are sent directly to the electronic mail boxes supplied by the Customer and it is the Customer's responsibility to provide an active/working email account. In case that your account goes in "Bad Debt" after an installment payment is charged and declined you agree to let us re-run your credit card for payment at a later date to resolve payment. The total charge of the unpaid bill and collection fees can amount to $3,200.

If your card failed the first time, you permit the company to continue and try to charge your credit card and ship you the formula per your order once the 1st payment is accepted.

## Order Choice

Introductory Offer (basic, Advanced or Premium): You pay the deeply discounted Conditional Price for the Formula and The Support, is as described in the price list and money back is only for a success video as described in the FAQ. Per company's policy, there is reward for failure and therefore no warranty, no money back.

Unconditional Offer (Custom Formula option in the price list): The price for



LIVE ADVICE
click to chat

The Formula and The Support is $1580. You receive (1) 24/7 Support, response within 5 hours of request; and (2) 50% refund for any reason if you contact Customer Care within 30 days; (3) $200-$350 money back for success video; and (4) the Agreement not to Comment Negatively does not apply to you.

## Service Hours

**After your order has been shipped, the handling of the order goes to the Customer Care Department, which operates only in writing via The Website on the Customer Care page.** The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Therefore, all communication between Customers and The Service Department will be via electronic mail, which will allow the service professional time to research the issue and provide an appropriate response. Also, because the response might be lengthy, written communication will allow the Customer to review and revisit the response throughout the process. This will also help to ensure the success of the Formula. Answers to inquiries are generally provided within 24 hours. If inquiries are made on a non-business day, responses are usually made by the end of the next business day.



LIVE ADVICE
click to chat

## Shipping and Delivery Times

The Company makes reasonable efforts to ship orders within 2 weeks by Priority mail. The Customer is responsible for any taxes imposed, inside or outside of the United States. Once your order has been submitted, NO changes can be made to the order. At peak holiday times, shipping may take longer than usual.

You MUST also see Money Back / Return Page for further shipping details.

If The Customer chooses the option to sign for the package, he must choose "signature required" when ordering. If the "signature required" option is chosen, The Company will guarantee delivery and will reship at no extra charge if the package is not received by you.

The Company offers waiver of signature solely for The Customer's convenience. Customer understands that if Customer waives signature for delivery of the product, The Company is without recourse in the event of loss or theft of the Formula once USPS confirms delivery. Therefore, if Customer waives signature and The Company receives confirmation of delivery from USPS, then The Customer agrees to bear the burden of loss or theft and to

pay the charges for the Formula as agreed and will not to dispute payment for the product against The Company, and The Customer's sole recourse is to submit a claim to their credit card or insurer for loss or theft of the product. If this occurs, The Company will reship the product for an additional charge of $150 to cover The Company's expenses.

The Customer acknowledges that The Company has no control over the delivery schedules of the USPS or any other delivery service. The Customer will have no claim against The Company due to delivery disruptions.

On occasion, The Company's orders surpass The Company's production capabilities and your order may enter a short waiting list. Generally, this information is posted as soon as you enter the site.



LIVE ADVICE
click to chat

## Return & Refund Policy

**Once your Qualification form was reviewed by the doctor and approved, the Formula is immediately prepared for you.** If within 24 hours of submitting your application you have decided to place your order on HOLD you will not be charge until shipped. You can completely cancel your order within 24 hours of submitting your application **with no charge.** However, cancelation or refund are NOT possible once the Formula preparation has begun which is immediately when the doctor approves the qualification form and within 24 hours of submitting the application.*(no cancellations for Rush/Urgent orders)* The safety sticker on the box calls for your attention to the Terms of the use of the Formula but not to the Terms of the purchase. If you do not agree, do not use the Formula, but as stated herein, no refund is available.

**You agree to CONTACT US FIRST with ANY QUESTION OR CONCERN before contacting your credit card company or PayPal to cancel or dispute payment.** You understand that reporting a transaction you performed on this site as "unauthorized" may be illegal and might be considered as defamation. Any refunds for financial mistakes may take up to 10 days to process. Greater delays in refunds are likely to occur if you dispute a charge with PayPal as the funds are automatically put on hold until the dispute has been resolved.

**You further agree that any report of any kind on the web will constitute defamation/slander and you agree to a predetermined compensation of $100,000.** You agree and understand that you can not talk badly about the Formula because of any frustration you might have with the support department or your misunderstanding.

PX6-275

An order is considered "shipped" 24 hours after it was submitted since production has begun for your specific order.

As with any food, food supplement, diet aid or even gastric bypass surgery, it is expected that a certain number of users might not react well to The Formula. It is also expected that, just like with any food, food supplement, diet aid or even gastric bypass surgery, there are a certain number of users who will not achieve the desired results. Nonetheless, similar to purchasing an over-the-counter product or having a gastric bypass surgery, no refunds will be considered under these circumstances.



**LIVE ADVICE**
click to chat

# Responsibility

Use of the Formula should be made according to the instructions of use written on The Website. The Company cannot be accountable for The Customer's failure to follow the instructions or any unusual use. The Customer will not have any claim, allegation or demand against the Company or its manufacturer due to the qualities of The Formula, its abilities, limitations or suitability to the needs and demands of The Customer. The Company is not responsible for the measure of weight loss accompanying The Formula and The Support, since The Formula's success may be prevented by things outside The Company's control. Results, therefore, lie entirely in the hands of the Customer.

# Content Ownership

All of the content and products on The Company's Website are owned by The Company. The Company claims all property rights, including intellectual property rights, for this content and no person/entity is permitted to infringe upon those rights. The Company will prosecute to the fullest extent of the law anyone who attempts to use or copy The Company's property. You agree not to copy content from The Company's Website without The Company's permission. Any requests to use The Company's content should be submitted to The Company by e-mail from The Company's contact page.

# Disclaimers of Warranties

PLEASE NOTE THE FOLLOWING IMPORTANT DISCLAIMERS OF WARRANTIES: THE FORMULA AND SUPPORT ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. THE COMPANY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A

PX6-276

PARTICULAR PURPOSE, TITLE, COMPATIBILITY, SECURITY, ACCURACY OR NON-INFRINGEMENT. NEITHER THE COMPANY NOR ANY OF THE COMPANY'S AFFILIATES, LICENSORS, LICENSEES, SERVICE PROVIDERS OR SUPPLIERS WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE FORMULA & THE SUPPORT IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, SUCCESS, OR OTHERWISE. NO ADVICE OR INFORMATION, OBTAINED BY YOU FROM THE COMPANY'S PERSONNEL OR THROUGH THIS WEBSITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY PROVIDED FOR IN THIS AGREEMENT.

**If your jurisdiction does not allow limitations on warranties, this limitation may not apply to you. Your sole and exclusive remedy relating to your use of the site shall be to discontinue use of the site.**


LIVE ADVICE
click to chat

## Limitation of Liability

You acknowledge your use of this Website is at your sole risk and that you assume full responsibility for all the risks associated with any of your use of this Website

YOU EXPRESSLY UNDERSTAND AND AGREE THAT THE COMPANY AND THE COMPANY'S AFFILIATES SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES, OR ANY OTHER DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING OUT OF, OR RESULTING FROM, (A) THE USE OR THE INABILITY TO USE THIS WEBSITE; (B) THE USE OF THE FORMULA OR THE SUPPORT; OR (C) ANY OTHER MATTER RELATING TO THIS WEBSITE.

IN NO EVENT SHALL THE COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT, FOR NEGLIGENCE OR OTHERWISE) EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA & SUPPORT. IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE COMPANY'S WEBSITE, FORMULA OR SUPPORT, OR WITH ANY OF PROVISION OF THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS THE DISCONTINUATION OF YOUR USE OF THIS WEBSITE, THE FORMULA &/OR THE SUPPORT. IF ANY PORTION OF THIS LIMITATION OF

PX6-277

LIABILITY IS FOUND TO BE INVALID, LIABILITY IS LIMITED TO THE
FULLEST EXTENT PERMITTED BY LAW.

## Indemnification

You agree to indemnify, hold harmless and, at The Company's option, defend
The Company and The Company's affiliates, officers, directors, employees,
stockholders, agents and representatives from any and all third party claims,
liability, damages and/or costs (including, but not limited to, reasonable
attorney's fees and expenses) arising from your improper or unauthorized use
of this Website, The Company's Formula, or The Company's Support, your
violation of this Agreement, or your infringement, or the infringement or use
by any other user of your account, of any intellectual property or other right of
any person or entity.



**LIVE ADVICE**
click to chat

## Testimonials, Pictures, & Demonstratives

The Customer's success in achieving their weight loss goal is very important
to The Company. We know that visualization, instilling confidence and
encouraging results is of the highest importance. Therefore, The Company
invested, alongside the hundreds of real YouTube users, in a more perfect
visualization of success stories done by paid actors so the user can realize
that he/she can also succeed. Testimonials and endorsements reflect the
experience that many of our customers have reported to The Company. All
content on the Website, whether text, images, or video, belongs to The
Company and no one can use, transfer, link to any part without permission.

## Legal Jurisdiction

These Terms and Conditions will be governed by and construed in
accordance with the laws of the State of Florida, without giving effect to any
principles of conflicts of laws. Any action seeking legal or equitable relief
arising out of or relating to this Website will be brought only in the federal or
state courts of the State of Florida. You hereby consent and submit to the
personal jurisdiction of such courts for the purpose of litigating any such
action. A printed version of these Terms, Conditions and Disclaimer and
related materials will be admissible in judicial and administrative proceedings
based upon or relating to these Terms, Conditions and Disclaimer to the
same extent and subject to the same conditions as other business documents
and records originally generated and maintained in printed form.

## Severability of the Terms & Conditions

PX6-278

If any part of these Terms and Conditions of use are determined by a court of
competent jurisdiction to be invalid or unenforceable, that part shall be limited
or eliminated to the minimum extent necessary so that the remainder of these
Terms and Conditions are fully enforceable and legally binding.

**BY CHECKING THE REQUIRED BOX PRIOR TO PLACING YOUR
ORDER, YOU AGREE THAT YOU HAVE READ THE COMPANY'S
AGREEMENT IN ITS ENTIRETY AND AGREE TO BE BOUND BY
COMPLETELY BY ITS TERMS AND CONDITIONS.**



**LIVE ADVICE**
click to chat

## Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery
Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery
Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck
Alternative



Consult The Doctor
$35

Consult The Nurse
Before buying
FREE

Wiki Video

## Site Map Tree

FAQ
Medical
Compare
Research

## Terms of Visiting This Site

*RESULTS MAY VARY

This site intends to introduce an advanced alternative to the dangerous weight loss surgeries such as gastric bypass, lap band, gastric sleeve, etc. FDA
has not evaluated statements on this site and the Formula does not diagnose, treat, cure, or prevent any disease. Consuming the Formula without
sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor
before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by the Terms
page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users to succeed in losing weight. Some of these
efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for
any claims can be found in the Research section. The use of the term "gastric bypass" and any other similar terminology, is meant only to illustrate the
desired effect of the Formula which consists of herbs/food supplements. Lap Band™ is a registered trademark owned by Allergan, Inc. The various logos
displayed on our site belong to their respective trade mark holders and do not imply any endorsement. Shrinking stomach and new stomach are trade
marks just as over 15 others protected trade marks and are not intended to represent a medical state. (reg-tc)

**The BBB logo is a trademark owned by the Better Business Bureau. Roca Labs is not endorsed by or affiliated with the Better Business Bureau. The
article should clarify the reliability of this entity.

Copyright © 2009-2013 Roca Labs, Inc. All rights reserved.

PX6-279

# EXHIBIT 13

# Roca Labs, Inc. Legal Dept.

PO Box 5309 · Sarasota, Fl. 34277
(813) 400-3968  Legal@RocaLabs.com

Jennifer Schaive
 REDACTED
Springfield , Il. REDACTED

Via email to:   REDACTED

May 21, 2014

RE:   Roca Labs Order No.27505
       BBB Complaint No. 67270782

Dear Ms.Schaive:

I represent Roca Labs, Inc. The complaint you filed with the Better Business Bureau ("BBB") has been referred to me for handling. Your complaint is attached as Exhibit A.

Roca Labs strives to be completely transparent to its customers. Nothing is hidden; everything is explained on the website and in the terms and conditions. No customer has ever accused Roca Labs of violating the terms and conditions of purchase or any policy or law.

Roca Labs does everything it promises to its customers. Customers are permitted to cancel an order before an approval of the health application, after which the order is considered shipped and not returnable. Customers are given rebates for success and product discounts *(legal consideration)* **in return for their promise to report complaints only to Roca Labs.**

In other words, Roca Labs goes far above and beyond the norm to ensure that the terms and conditions are clear and that the customers see them. In fact, customers are practically forced to read them. That is intentional, of course, with the desired effect being to avoid consumer complaints. This policy works for the large majority of Roca Labs customers but occasionally a customer decides to breach their agreement instead.

Roca Labs cares about its customers and strives to address their issues within the parameters of the terms and conditions of purchase. Roca Labs performs as promised and they ask their customers do the same. So, it is imperative that you immediately dismiss your BBB complaint.

In your complaint you state the following:

"I tried the product for a specific period of time however, I did not lose the weight as was described on their website. I later learned the main ingredient in their product is sand."

The main ingredient is NOT sand. Sand is NOT an ingredient at all in the Roca Labs procedure.

Your complaint violates the terms and conditions of your purchase and constitutes a breach of contract and possibly defamation. If you fail or refuse to withdraw the complaint and remove the post by close of business on May , 2014, Roca Labs will have no choice but to refer this matter to our litigation counsel for immediate filing and you may be held liable for damages plus attorney fees and all costs of collection.

Exclusive jurisdiction for all claims arising out of a purchase of Roca Labs products is in the State of Florida.

This notice is final; there will be no further notice. Please mitigate your damages and possibly avoid legal action by IMMEDIATELY DISMISSING YOUR COMPLAINT by Friday, May 30, 2014.


Sincerely,
Sharon King
Paralegal
Roca Labs Inc.

cc: Whitney Coyne, Esq

# EXHIBIT 14

PX6-283



# EXHIBIT 15

LAW OFFICE

# THE SOLOMON LAW GROUP, P.A.

1881 WEST KENNEDY BOULEVARD
TAMPA, FLORIDA 33606-1606

TELEPHONE: (813) 229-1818
TELECOPIER: (813) 229-1050
TOLL FREE: (800) 483-1818
WWW.SOLOMONLAW.COM

J. ANDREW BALDWIN
BLAKE J. FREDRICKSON
BRAD McDONALD
RICHARD J. MOCKLER
GABRIEL D. PINILLA
SABRINA E. SOLOMON
STANFORD R. SOLOMON
MATTHEW B. THELANDER*

OF COUNSEL
MICHAEL S. RUSSELL

PARALEGAL
STEPHANIE N. MALDONADO
LORI D. MASSEY
CHRISTOPHER D. BUSS

DIRECTOR TECHNOLOGY
WILLIAM F. KENT

April 24, 2014



Via Email: REDACTED
REDACTED
Melissa Richman
REDACTED
Sayre, PA REDACTED

RE:   Posts on BBB.org and PissedConsumer.com Review#482648

Dear Ms. Richman:

We represent Roca Labs, Inc. We have become aware of your posts on BBB.org and Pissed Consumer, wherein you complain about Roca Labs and allege that Roca Labs is a scam.

When the product was purchased, one essential element to concluding the transaction was a specific acceptance of the terms and conditions. One term was your agreement not to file any disparaging comments in a public forum. Below is a verbatim copy of the portion of the terms and conditions to which you agreed to be bound:

### Agreement Not to Comment Negatively

The Customer understands and is aware that he is required to dose the formula, to drink large quantities of liquids, to avoid calorie-rich foods, to avoid overeating and to overcome psychological obstacles in order to achieve results. **The Customer is also aware that The Company does not guarantee success.** Therefore, unless The Customer purchased The Formula at full price, (1) no claim or complaint whatsoever will be accepted regarding the lack of success of The Formula; (2) the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement, to which The Customer entered willingly and with full knowledge of the components of The Formula and its properties and The Support; (3) You agree that any such negative claim will constitute defamation per se, entitling The Company to injunctive relief and damages. You agree that this clause is a material clause, and The Company relies on your agreement to these terms as a condition to offering and accepting from you a discounted price. **Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause."**

PX6-286

Melissa Richman
April 24, 2014
Page 2

A second term and condition that you have violated concerns your promise to not speak negatively in public about the company and its products. Specifically, you agreed to the below referenced terms:

5) You agree that you WILL NOT speak, publish, print, blog, or write negatively about the Product or The Company in any forum. Any violation of this provision of the Agreement is deemed a material breach and you agree that The Company has no adequate remedy at law. You further consent to and agree to entry of an injunction by a court of competent jurisdiction in enforcement of your violation of this term and condition.

(6) If you breach this Agreement, you agree to pay the full price for The Formula within 3 business days of demand, plus any expenses we incur in resolving the issue. In addition, we retain all legal rights and remedies against you for breach of contract and any other appropriate causes of action.

You have breached the terms and conditions of your purchase.

We therefore demand that you immediately cease and desist from any further disparaging comments about Roca Labs and its products. We also demand that you contact BBB.org and Pissed Consumer and remove your disparaging comments within 48 hours. You must refrain from making any future comments, and from publishing them, stating them, or otherwise communicating a disparaging comment or complaint to any third person.

If you refuse, Roca Labs will pursue from you, its estimated damages in the sum of $200,000.00, including injunctive relief and the full price of the formula. If you timely remove your disparaging post, my client may be willing to discuss the possibility of reducing the amount of its damages.

Roca Labs cares about its customers and strives to address their issues within the parameters of the terms and conditions of purchase. It is imperative that you immediately remove your posts.

Sincerely yours,

THE SOLOMON LAW GROUP, P.A.

By: _____
        J. Andrew Baldwin

JAB/sak

SOLOMONLAW
1881 WEST KENNEDY BOULEVARD · TAMPA, FLORIDA 33606-1606 · (813) 225-1818 · www.SOLOMONLAW.COM

PX6-287

# EXHIBIT 16

PX6-288

LAW OFFICES

# THE SOLOMON LAW GROUP, P.A.

J. ANTHONY BALDWIN
BLAKE J. FREDRICKSON
BRAD McDONALD
RICHARD J. MOCKLER
GABRIELA D. PINELLA
SABRINA E. SOLOMON
STANFORD R. SOLOMON
MATTHEW K. THATCHER*

1865 WEST KENNEDY BOULEVARD
TAMPA, FLORIDA 33606-1846

TELEPHONE (813) 225-1818
TELECOPIER (813) 225-1050
TOLL FREE (888) 465-1818
WWW.SOLOMONLAW.COM

OF COUNSEL
MICHAEL S. RUSSELL

REGISTERED
STEPHANIE R. WALDROMS
LARY D. MALLIN
CHRISTELLE M. BIRU

REGISTERED TITLE SPECIALIST
WILLIAM F. KING

April 11, 2014

<u>Via Email:</u>  REDACTED

Loren Maccario
REDACTED
N. Las Vegas, Nevada, REDACTED

RE:   Post on BBB.org

Dear Ms. Maccario:

We represent Roca Labs, Inc. We have become aware of your post on BBB.org, wherein you complain about Roca and allege that Roca charged you without your consent.

When the product was purchased, one essential element to concluding the transaction was a specific acceptance of the terms and conditions. One term was your agreement not to file any disparaging comments in a public forum. Below is a verbatim copy of the portion of the terms and conditions to which you agreed to be bound:

Agreement Not to Comment Negatively

The Customer understands and is aware that he is required to dose the formula, to drink large quantities of liquids, to avoid calorie-rich foods, to avoid overeating and to overcome psychological obstacles in order to achieve results. **The Customer is also aware that The Company does not guarantee success.** Therefore, unless The Customer purchased The Formula at full price, (1) no claim or complaint whatsoever will be accepted regarding the lack of success of The Formula; (2) the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement, to which The Customer entered willingly and with full knowledge of the components of The Formula and its properties and The Support; (3) You agree that any such negative claim will constitute defamation per se, entitling The Company to injunctive relief and damages. You agree that this clause is a material clause, and The Company relies on your agreement to these terms as a condition to offering and accepting from you a discounted price. **Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause."**

Loren Maccario
April 11, 2014
Page 2

A second term and condition that you have violated concerns your promise to not speak negatively in public about the company and its products. Specifically, you agreed to the below referenced terms:

5) You agree that you WILL NOT speak, publish, print, blog, or write negatively about the Product or The Company in any forum. Any violation of this provision of the Agreement is deemed a material breach and you agree that The Company has no adequate remedy at law. You further consent to and agree to entry of an injunction by a court of competent jurisdiction in enforcement of your violation of this term and condition.

(6) If you breach this Agreement, you agree to pay the full price for The Formula within 3 business days of demand, plus any expenses we incur in resolving the issue. In addition, we retain all legal rights and remedies against you for breach of contract and any other appropriate causes of action.

Further, you have breached the Agreement by filing a charge-back and dispute with the credit card company.

You have breached the terms and conditions of your purchase.

We therefore demand that you immediately cease and desist from any further disparaging comments about Roca Labs and its products. We also demand that you contact BBB.org and remove your disparaging comments within 48 hours. You must refrain from making any future comments, and from publishing them, stating them, or otherwise communicating a disparaging comment or complaint to any third person.

If you refuse, Roca Labs will pursue from you, its estimated damages in the sum of $200,000.00, including injunctive relief and the full price of the formula. If you timely remove your disparaging post, my client may be willing to discuss the possibility of reducing the amount of its damages.

Roca Labs cares about its customers and strives to address their issues within the parameters of the terms and conditions of purchase. It is imperative that you immediately remove your post.

Sincerely yours,

THE SOLOMON LAW GROUP, P.A.

By:

J. Andrew Baldwin

JAB/sih

SOLOMONLAW

1800 WEST KENNEDY BOULEVARD · TAMPA, FLORIDA 33606-1608 · (813) 225-1818 · WWW.SOLOMONLAW.COM

PX6-290

# EXHIBIT 17

## VERIFICATION

BEFORE ME, the undersigned authority, personally appeared Don Juravin, upon being duly sworn, deposes and states:

1.   I DON JURAVIN am Vice President of Roca Labs, Inc. and I have reviewed the foregoing and acknowledge that the matters raised are true and correct and irreparable harm and damage will result if the relief is not granted.

FURTHER AFFIANT SAYETH NAUGHT.

Don Juravin

Sworn To and subscribed before me on this 7th day of October, 2014, by Don Juravin, who is personally known to me or who has produced FL Drivers License as identification.

NOTARY PUBLIC, State of Florida

My Commission Expires March 11, 2017



KYLE MAKA
Notary Public - State of Florida
My Comm. Expires Mar 11, 2017
Commission # EE 882872

1   LARRY J. CALDWELL (SBN 88867)
    larry.caldwell@caldwellfirm.net
2   CALDWELL LAW FIRM
    12100 Wilshire Boulevard, 8th Floor
3   Los Angeles, California  90025
    Telephone: (310) 356-7566
4

5   Attorneys for Defendants

6

7

8                  SUPERIOR COURT OF CALIFORNIA

9                     FOR LOS ANGELES COUNTY

10

11    ZACHARY LAKE, on behalf of himself    CASE NO. BC 559016
      and                                   Assigned For All Purposes to
12    all others similarly situated, and the general   THE HONORABLE  ELIHU M. BERLE
      public,                               Department 323, CCW
13              Plaintiff,
14    vs.
                                            **SUPPLEMENTAL DECLARATION OF DON**
15    ROCA LABS, INC., a Florida Corporation;   **JURAVIN AND EXHIBIT A IN SUPPORT OF**
      ROCA LABS NUTRACEUTICAL USA,           **DFENDANTS ROCA LABS, INC.'S AND**
16    INC., a Florida Corporation,           **ROCAL LABS NUTRACEUTICAL USA,**
                                            **INC.'S OPPOSITION TO PLAINTIFF'S  SIX**
17              Defendants.                  **MOTIONS TO COMPEL FURTHER**
                                            **RESPONSES AND REQUESTS FOR**
18                                          **SANCTIONS TO BE HEARD ON**
                                            **DECEMBER 9, 2016**
19

20

21                                          Hearing Date:  December 9, 2016
                                            Department: 323
22                                          Time:  9:00 a.m.

23

24

25

26                                          PLAINTIFF'S 10a
27                                          EXHIBIT
                                            47
28                                          2/15/17
                                            PENGAD 800-631-6989

                              1

SUPPLEMENTAL JURAVIN DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO SIX MOTIONS

I, Don Juravin, declare:

1.    I have personal knowledge of each of the following facts.  If called upon to do so, I would and could testify regarding such facts.

2.    Attached as Exhibit A are additional documents being produced by defendants in response to plaintiff's discovery requests for sales and customers in California.   Based upon on a very diligent search and investigation by me, these are all of the documents and information that defendants have, or have access to, concerning sales in California through December 31, 2015.  Defendants do not have any documents or information regarding any California sales or customers after December 31, 2015, since that was the last date when Roca Labs Nutraceutical USA, Inc. ("Nutraceutical USA") sold anything anywhere.   Roca Labs, Inc. ("Roca Labs") had previously stopped selling anything anywhere in approximately March or April of 2014.   So after December 31, 2015, neither defendant was selling anything in California or anywhere. The Roca Labs regimens are still being sold on a website.    But that website has been owned and operated by a different corporation since January 1, 2016.

3.    Over the past year or more, I have been in charge of searching for all documents and information regarding Roca Labs' and Nutraceutical USA's sales in California and contact information for their California customers.    That effort has been very difficult, due to severe service and communications problems defendants had with their former software provider. Included in Exhibit A as JURAVINDOCS 1-16 are all documents defendants have been able to locate that discuss the dispute and difficulties defendants had with their former software vendor regarding service, and more recently, defendants' difficulty despite a diligent effort to retrieve documents and information regarding California sales and customers due to termination of that software vendor.   JURAVINDOCS 1-3 are a communication I received from our Pakistan-based programming manager, Mussa Azhar Kamal (MAK), informing me that no documents or information are available for the time period prior to November 2014, due to loss of data during the transition from defendants' former sales processing software to another one.  As Mr. Kamal explains, the only data available during the period through November 2014 is on JURAVINDOCS 1-3, and this data was retrieved in approximately September to October 2014. I received Mr. Kamal's communication after I signed my original Declaration filed in support of defendants' Oppositions to plaintiff's Six Discovery Motions.   Prior to receiving Mr. Kamal's communication, I had a good faith belief that defendants would be able to retrieve and produce documents and information regarding California sales and customers from the inception of

2

PX6-294
FTC-PROD-020090

1  defendants' sales in California through December 31, 2015.   However, based upon Mr. Kamal's
2  communication, it is now unfortunately the case that defendants do not have any documents or
3  information regarding sales of anything in California or elsewhere prior to November 2014,
   other than the sales statistics contained in JURAVINDOCS 1-3.
4
          4.      Defendants do have documents and information regarding California sales and
5  customers during the period from November 2014 through December 31, 2015, and all of that
6  documentation and information is included in Exhibit A as JURAVINDOCS 17-21.  I personally
7  created and downloaded this report from the sales software that defendants used during that time
8  period.  Based upon my diligent search, defendants do not have any more responsive documents
9  or information regarding California sales and customers during the November 2014 through
10 December 31, 2015 time period, and defendants do not have any responsive documents or
11 information regarding sales and customers anywhere after December 31, 2015.

          I declare under penalty of perjury, under the laws of the United states of America, that
12 the foregoing is true and correct, and that I signed this Declaration in Florida, on November 28,
13 2016.
14
15                                            _____
16                                            DON JURAVIN
17
18
19
20
21
22
23
24
25
26
27
28

                                            3

PX6-295
FTC-PROD-020091

1  defendants' sales in California through December 31, 2015. However, based upon Mr. Kamal's

2  communication, it is now unfortunately the case that defendants do not have any documents or

3  information regarding sales of anything in California or elsewhere prior to November 2014,

   other than the sales statistics contained in JURAVINDOCS 1-3.

4       4.    Defendants do have documents and information regarding California sales and

5  customers during the period from November 2014 through December 31, 2015, and all of that

6  documentation and information is included in Exhibit A as JURAVINDOCS 17-21. I personally

7  created and downloaded this report from the sales software that defendants used during that time

8  period. Based upon my diligent search, defendants do not have any more responsive documents

9  or information regarding California sales and customers during the November 2014 through

10 December 31, 2015 time period, and defendants do not have any responsive documents or

   information regarding sales and customers anywhere after December 31, 2015.

11      I declare under penalty of perjury, under the laws of the United states of America, that

12 the foregoing is true and correct, and that I signed this Declaration in Florida, on November 28,

13 2016.

14

15                                            DON JURAVIN

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3

DECLARATION OF DON JURAVIN IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO SIX MOTIONS

PX6-296

FTC-PROD-020092

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

4

DECLARATION OF DON JURAVIN IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO SIX MOTIONS

PX6-297
FTC-PROD-020093

I am managing the Roca Labs database and I was assigned the task of finding all the California sales.

After 2 weeks of work, I have found out the following:

1. All data prior to 2013 was merged into Infusionsoft software
2. Around mid 2014 there many issues with the software which caused the company to lose money. Some of them where compliance issues on Infusionsoft behalf.
3. Around Sep-Nov 2014, the company decided to create a new database.
4. The company decided not to take most of the old data because of PCI Compliance issues
5. Shipping was done in another third party software (connected via API and not within Infusionsoft) and there was no reason to maintain the data after customers have received their tracking numbers.
6. I can not retrieve any more data and therefore there is no need to pay me more than $3,200 for this work.
7. Around Sep-Oct 2014, while still having access to Infusionsoft we retrieved the following (please note that we now believe that the data is Jan 2012 to Sep 4. 2014)

# STATS FOR CALIFORNIA

Male: 212

Basic Plan: 857
Basic Plan Male: 116

Gastric Bypass Alternative®: 258

Gastric Bypass Alternative® Basic Plan: 111

Gastric Bypass Alternative® Basic Plan Male: 25

Total: 1,374

CONFIDENTIAL

# Zachary Lake

Email: Redacted @yahoo.com

Mobile: Redacted

Address: Redacted Los Angeles California Redacted USA

## ORDER INFO

Order #: 13361

IP Address: Redacted

Sale Date: Feb 4, 2014

Amt Paid: $562.50

Payments: 1 payment

Credit Card: Visa xxxxx Redacted

Kit: Basic Kit $480 + $82.50 for Rush shipping

ShipDate: Feb 5, 2014

ShipTrack: Redacted

Shipped via: USPS Priority Mail

## QUALIFICATION FORM

- Age: Redacted
- Height: Redacted
- Weight: Redacted
- Excess weight: Redacted
- Overweight years: Redacted

CONFIDENTIAL

- BMI: Redacted
- Insurance: Redacted
- NON-effective: Redacted
- SEMI-effective: Redacted
- Access fat disturbance: Redacted
- Fat issues: Joints, Redacted
- Overweight  reasons: Redacted
  Redacted
- Sexuality: Redacted
- Regimen: Gastric Bypass Alternative
  Note by Customer: Redacted

# SUPPORT

Never sent any email

Never asked for assistance

Never asked for money back

Has not approached CC for refund or dispute

CONFIDENTIAL

**Nikk Howard** <nikk.infusion@hotmail.com>                                  9/12/14

to g, don

To prevent any failed API calls, update your stored certificate to the appropriate certificate found here.

https://partners1.infusionsoft.com/app/linkClick/11356/94b6aed5b274687d/468956/3aa729f65d679f51

---------- Forwarded message ----------
From: **Jordan Hernandez** <jordan.hernandez@infusionsoft.com>
Date: Thu, May 22, 2014 at 12:04 PM
Subject: Reminder of Open Balance at Infusionsoft
To: g@roaslabs.com

## Infusionsoft.

Hello there RL,

My name is Jordan and I am on the Finance Team here at Infusionsoft. I am following up with you in regards to your open balance for app **jz184.**

I want to make sure that your Infusionsoft application remains available so please update your billing information within your Infusionsoft application at the Billing Center or feel free to contact me directly.

If you have any questions or need assistance accessing the Billing Center, please contact me and we will be happy to help!

Much appreciation,

*Small Business Growth Expert*
JORDAN HERNANDEZ
Accounting Assistant

480-499-6734
jordan.hernandez@infusionsoft.com

## Infusionsoft.

JURAVINDOCS4

PX6-301

FTC-PROD-020097

On Sun, Oct 11, 2015 at 7:28 PM EDT, Don <don@ropalabs.com> wrote:
Please don't send this message so often. We don't really use Scout.

On Sun, Oct 11, 2015 at 7:27 PM, Help Scout <help@helpscout.net> wrote:

Help Scout Logo

## InfusionSoft Error

We've recently started seeing an error when attempting to connect your InfusionSoft site. The error is as follows:

*The remote server said the request was invalid.*

## How to fix it

First, double-check your app settings and make sure the Account Alias and Key are both correct.

Second, double-check the setup instructions to ensure nothing was missed.

If InfusionSoft still isn't working properly after following these steps, reply to this email for additional assistance.

Cheers,

*Your friends at Help Scout*

JURAVINDOCS5

PX6-302

FTC-PROD-020098

**Michael Underwood** <michael.underwood@infusionsoft.com>     10/7/15

to don

Don,

Thank you for taking my call earlier, I apologize if I interrupted your meeting, however I appreciate your kindness. I was contacting you to see if we can get some dialog going in regards to your account with Infusionsoft. I've gathered as much info as I could and I am hoping you will be able to fill in the blanks for me.

As I understand it, you contacted us in July to request a hold on your account. It seems that did not take place and most recently our finance indicated that chargebacks were issued on payments that have been made.

I graciously as if you would please provide me some feedback. What I would like to know first is how are things with your business? I hope all is well there. Second, may I ask for some feedback in regards to what happened and how can I work for you to get this back on track for you?

Sincerely,



Small Business Growth Expert
MICHAEL G. UNDERWOOD
Loyalty Manager
480-297-9353
michael.underwood@infusionsoft.com

Infusionsoft.

---

**Don J** <don@focslabs.com>     10/7/15

to Michael

IS caused us damages and we are not interested. SC was also bad. Please NO COLD CALLING.

JURAVINDOCS6

PX6-303

FTC-PROD-020099



Don J <djon@jmxxlabs.com>                              9/28/15
to Infusionsoft

We have cancelled the account in the the beginning of the year. We have not used it since Oct/Nov 2014 due to bad customer service/technical support and multiple failures of IS system which costed us over $65,000 of direct damages and much much indirectly. Also, you have degraded your technical support hours during hour contract.

For all those reasons, we stopped using the system last year. Look at this canned nice response which comes from "no-reply". Nice to know that IS is relying on Netsuit for its own business and not on IS.

JURAVINDOCS7

PX6-304

FTC-PROD-020100

Thank you for your email. Please find below the help arterials that will walk you through the steps to export the data you have listed in your email with the exception of Credit Card Data.

Because Credit Card Exports deal with people's financial information we must be process these export in such a way that meets PCI compliance. PCI compliance is a law we must comply with when working with contacts credit card or social security numbers. The law is very specific and requires security measures to be in place to protect the data.

There is a charge of $400 for exporting credit card data from an Infusionsoft application because of the additional steps required to export, encrypt and ship the data to the owner of the application. Don, Please let me know if you would like to move forward with the credit card export.

I have looped Don back into this email as this will be his decision to proceed on the Credit Card Data Export.

Please let me know if you have additional questions.

Help articles for exporting contacts: http://help.infusionsoft.com/userguides/contact-management/create-and-manage-contacts/export-contacts-from-infusionsoft

Help articles for exporting orders:
It turns out that there is no Help Arterial for this so I created a video that will walk you through the steps.
Video Link: http://screencast.com/t/UeIU0sIH8cw

**From:** Mozy Smith [mailto:prog@rocalabs.com]
**Sent:** Tuesday, July 28, 2015 4:05 AM
**To:** Greg Durning <greg.durning@infusionsoft.com>
**Subject:** Regarding Ticket #458660

Hi Greg,

We need to export following information out of the Infusionsoft:

- Contacts (names, addresses, phone numbers, email addresses, all basic and custom fields other than the note field)
- Orders and

Infusionsoft.

**Case Title:** API Connectivity Issues
**Case Number:** 336931

**Update:**

Hello and I hope you're having a great day! I do apologize for the inconvenience and frustration this has caused!

The handling API questions beyond generating an API key is generally beyond the scope of what our customer support handles; we have not been trained to answer them. We do however have our developer / API forum that will be very beneficial in answering the majority of the questions you've posed. I really am sorry that I cannot answer all of them but the following will hopefully be of use to you:

Our developer / API forum can be found at http://community.infusionsoft.com/forumdisplay.php/9-API-amp-Custom-Development.

From there you can search the forum or post a new thread.

Take care and have a fantastic day and week! :-)


Click here to update the Case online, or reply to this email.

JURAVINDOCS9

PX6-306

FTC-PROD-020102

Case History:
-------Original Message-------
From: Infusionsoft Support (support@infusionsoft.com)
Sent: Friday , September12, 2014 06:31 pm MST (GMT-07:00)
Subject: API Connectivity Issues

# Infusionsoft.

Hi ,

Thank you for submitting an Infusionsoft support ticket. It's taking a bit longer than expected to resolve it, but we wanted to let you know we are working on it.

In the interim, here are a few resources that may help:
   User Guide: Access a collection of help articles covering every corner of the software .
   Video Library: Search our video library for a specific answer to your questions
   Community Forums: Connect with other users and find answers to unique challenges

If you need immediate assistance, please call our support team Monday through Friday from 6:00 AM to 5:00 PM Arizona time at (866) 800-0004 (US), 0.808.258.0093 (UK) or 1.800.730,419 (AU).

Here is the reference information for your ticket:
**Ticket Title:** API Connectivity Issues
**Ticket Number:** 336831
**Your Application Name:** ae160

Have a great day!
Infusionsoft Customer Delight Team

Find out More about:
Free Infusionsoft Training - Virtual Academy
Live Training - Infusionsoft University
Additional products and services - Marketplace

-----Original Message-----
From: Infusionsoft Support (support@infusionsoft.com)
Sent: Thursday , September11, 2014 06:09 pm MST (GMT-07:00)
Subject: API Connectivity issues

# Infusionsoft.

Hi ,

Thank you for submitting an Infusionsoft support ticket. Here is the reference information for your ticket:
**Ticket Title:** API Connectivity issues
**Ticket Number:** 336831
**Your Application Name:** ae160

One of our friendly support agents will respond to your ticket via email within 24 hours. If there is anything else you'd like to share about this issue, simply reply to this email.

In the interim, here are a few resources that may help:
   User Guide: Access a collection of help articles covering every corner of the software
   Video Library: Search our video library for a specific answer to your questions
   Community Forums: Connect with other users and find answers to unique challenges

If you need immediate assistance, please call our support team Monday through Friday from 6:00 AM to 5:00 PM Arizona time at (866) 800-0004 (US), 0.808.259.0093 (UK) or 1.800.730.419 (AU).

Have a great day!
Infusionsoft Customer Delight Team

_____

Find out More about:
Free Infusionsoft Training - Virtual Academy
Live Training - Infusionsoft University
Additional products and services - Marketplace

-----Original Message-----
From: 690255 Roca Labs
Sent: Thursday , September11, 2014 06:09 pm MST (GMT-07:00)
Subject: API Connectivity issues

++++++Build: 1.33.0.43++++++
Hi,

It has already been about a 100 min since the our API connection to the system stopped working. That means we're not getting any new customers. We're losing a lot of money by the minute!

The following error we get when the system tries to contact Infusionsoft using the SDK (paths and emails are converted to ........ )
Fatal error: Uncaught exception 'iSDKException' with message 'ERROR: 8 - CURL error: SSL certificate problem, verify that the CA cert is OK  Details: error:14090086:SSL routines:SSL3_GET_SERVER_ CERTIFICATE:certificate verify failed' in .............................../isdk.php:85 Stack trace: #0 .......................... / functions.php(369): iSDK->cfgCon('ae160') #1 [internal function]: custom_validation(Array, '..........@RocaLabs.com', Array, Array) #2 ................/wp-includes/plugin.php(214): call_user_func_array('custom_validati...', Array) #3 .............................................................. [internal function]: GFFor in ............................/isdk.php on line 85


This is the error that we get when we try to enter the settings of Gravity Forms to Infusionsoft Plugin. (Not coded by us)
Fatal error: Uncaught CURL error: SSL certificate problem, verify that the CA cert is OK. Details: error:14090086:SSL routines:SSL3_GET_SERVER_CERTIFICATE:certificate verify failed Attempted: 3 time(s). thrown in /home/health/public_html/wp-content/plugins/infusionsoft/Infusionsoft/App.php on line 99


Please get this resolved ASAP.



**Case Title:** Customer Concern- Support
**Case Number:** 328988

**Update:**
Don,
I am sorry to hear that it is to complicated. That is not what I want to hear at all. Is there any additional help we can offer you to help you move forward with the software? I can setup a meeting with a performance engineer to assist you or even help you out with some more coaching calls. Please let me know the direction you would like to go and I will be glad to help you in that direction.

Regards,

Lyle

Click here to update the Case online, or reply to this email.

**Case History:**
-----Original Message-----
From: 690255 Roca Labs (don@rocalabs.com)
Sent: Wednesday, September03, 2014 08:44 pm MST (GMT-07:00)
Subject: Customer Concern- Support

We wasted enough time already. They are simply not knowledgeable based on about 10 cases. They simply tell you that it is not possible and then we find out that it is. IS is too complicated.

On Wed, Sep 3, 2014 at 11:39 PM, Lyle Lamb <lyle.lamb@infusionsoft.com> wrote:

> [image: Company Logo] <https://infusionsoft.com>
> *Case Title:* Customer Concern- Support
> *Case Number:* 328988
>

> [image: Company Logo] <https://infusionsoft.com>
> *Case Title:* Customer Concern- Support
> *Case Number:* 328988
>
> *Update:*
> Hey Don,
>
> My name is Lyle Lamb and I am a Customer Resolution Supervisor & Sr.
> Support Representative with Infusionsoft. I just wanted to reach out to you
> about the issues you have been experiencing with our support team. I am
> sorry that you are having these troubles. I would like to help you out with
> them. Can you share with me the specifics of issue you have run across? I
> look forward to hearing back from you.
>
> Regards,
>
> Lyle Lamb
> Customer Resolution Supervisor/Sr. Support Representative
> (480)499-6679
>
>
> Click here to update the Case online,
> <https://system.netsuite.com/app/site/crm/externalcaseresponsepage.nl?e=
T&compid=1006702&id=7062661&h=6653fb13c8e7c2d59d70>
> or reply to this email.
>
> -------------------------------
>
> *Case History:*
>
>

# Infusionsoft.

Hi Don,

This is Zachary Sverdrup with the Infusionsoft Email Team. I'm reaching out to you about an email incident that needs to be addressed regarding your Infusionsoft account, ae160.   Due to this specific incident, email functionality has been disabled.  I'd like to schedule some time to review the details with you so this can be resolved and functionality restored.   I am usually in the office from 8:00am-5:00pm PST, if you can let me know a range of times that works for you along with your best contact number.

Please review the information below, we'll go over these points and any other questions you may have.

- Non-Compliant Complaint Rates:

Occurrence Details:

We have received notification of excessive spam complaints from your recipients, lodging complaints to their various email providers. The industry standard for spam complaints is .1% or 1 for every 1,000 emails per ISP/ESP.

ISP1 Sent - 3181
ISP1 Complaints - 33
ISP1 Complaint Rates - 1.037%

ISP2 Sent - 5950
ISP2 Complaints - 14
ISP2 Complaint Rates - 0.235%

ISP3 Sent - 15224
ISP3 Complaints - 15
ISP3 Complaint Rates - 0.099%

I also want to provide you with some resources that can help you regarding Infusionsoft Email Best Practices.

If you have any questions or concerns, please don't hesitate to reach out.  I'm here to help and I look forward to working with you!



### Merchant Account Failure Notify for ae160

noreply@infusionsoft.com via infusionmail.com                    12/16/13
to don

To Whom it May Concern:

This email is to notify you that your merchant account ROCA LABS INC has failed 10 consecutive times. The last error message was:

This transaction has been declined. (2)

Please contact your merchant provider or Infusionsoft Support for help correcting the problem

Infusionsoft Support

---

### Merchant Account Failure Notify for ae160

noreply@infusionsoft.com via infusionmail.com                    12/16/13
to don

To Whom it May Concern:

This email is to notify you that your merchant account ROCA LABS INC has failed 10 consecutive times. The last error message was:

This transaction has been declined. (2)

Please contact your merchant provider or Infusionsoft Support for help correcting the problem

Infusionsoft Support

---

### Issue on Infusionsoft

Ediynne May Salcines <ediynnemay.salcines@gmail.com>                    11/30/13
to Don

Hi Don,

I have a problem with searching the contacts, I can't find one using just the email without the domain and by using the customers ID it leads me to the contacts with a phone numbers that has the same series of numbers, unlike with TD's we can use just the Jot ID to check on the customer's info.

Thank you

Mussa Azhar Kamal (MAK), Programmer,  +92 321 2103333  Pakistan ID: 4540217371401

JURAVINDOCS16
PX6-313
FTC-PROD-020109

All customers till Dec 2015

**Gastric Bypass Alternative - Female** — 68 records

| State | Product | Gender | Price | Redacted | City | Zip | Type |
|---|---|---|---|---|---|---|---|
| | Gastric Bypass Alternative | Female | $344.00 | | Barinas | S206 | Sale |
| Barinas | Gastric Bypass Alternative | Female | $704.00 | | San Francisco | 94102 | Sale |
| California | Gastric Bypass Alternative | Female | $494.00 | | Berkeley | 94701 | Sale |
| California | Gastric Bypass Alternative | Female | $644.00 | | Clearlake | 95422 | Sale |
| California | Gastric Bypass Alternative | Female | $584.00 | | Chula Vista | 91909 | Sale |
| California | Gastric Bypass Alternative | Female | $434.00 | | Los Angeles | 90017 | Sale |
| California | Gastric Bypass Alternative | Female | $721.00 | | El Cajon | 92019 | Sale |
| California | Gastric Bypass Alternative | Female | $764.00 | | San Francisco | 94102 | Sale |
| California | Gastric Bypass Alternative | Female | $494.00 | | Sacramento | 94203 | Sale |
| California | Gastric Bypass Alternative | Female | $764.00 | | San Francisco | 94102 | Sale |
| California | Gastric Bypass Alternative | Female | $494.00 | | Berkeley | 94701 | Sale |
| California | Gastric Bypass Alternative | Female | $494.00 | | Brentwood | 90049 | Sale |
| California | Gastric Bypass Alternative | Female | $1,124.00 | | Mammoth Lakes | 93546 | Sale |
| California | Gastric Bypass Alternative | Female | $437.00 | | Lancaster | 93534 | Sale |
| California | Gastric Bypass Alternative | Female | $434.00 | | Vallejo | 94589 | Sale |
| California | Gastric Bypass Alternative | Female | $644.00 | | Nether | 95655 | Sale |
| California | Gastric Bypass Alternative | Female | $454.00 | | Upland | 91784 | Sale |
| California | Gastric Bypass Alternative | Female | $974.00 | | Greenacres | 93309 | Sale |
| California | Gastric Bypass Alternative | Female | $584.00 | | Vallejo | 94503 | Sale |
| California | Gastric Bypass Alternative | Female | $464.00 | | El Cajon | 92019 | Sale |
| California | Gastric Bypass Alternative | Female | $497.00 | | Murrieta | 92562 | Sale |
| California | Gastric Bypass Alternative | Female | $374.00 | | Roseville | 95661 | Sale |
| California | Gastric Bypass Alternative | Female | $644.00 | | San Bernardino | 92401 | Sale |
| California | Gastric Bypass Alternative | Female | $464.00 | | San Jose | 95116 | Sale |
| California | Gastric Bypass Alternative | Female | $764.00 | | Chula Vista | 91909 | Sale |
| California | Gastric Bypass Alternative | Female | $494.00 | | Santa Ana | 92705 | Sale |
| California | Gastric Bypass Alternative | Female | $494.00 | | Woodland | 95776 | Sale |

**Gastric Bypass Alternative - Female** — 68 records

| State | Product | Gender | Price | Redacted | City | Zip | Type |
|---|---|---|---|---|---|---|---|
| California | Gastric Bypass Alternative | Female | $494.00 | | Tracy | 95377 | Sale |
| California | Gastric Bypass Alternative | Female | $314.00 | | Los Angeles | 90019 | Sale |
| California | Gastric Bypass Alternative | Female | $494.00 | | Sacramento | 95846 | Sale |
| California | Gastric Bypass Alternative | Female | $944.00 | | Sacramento | 95823 | Sale |
| California | Gastric Bypass Alternative | Female | $1,484.00 | | Bakersfield | 93307 | Sale |
| California | Gastric Bypass Alternative | Female | $614.00 | | Elk Grove | 95757 | Sale |
| California | Gastric Bypass Alternative | Female | $494.00 | | Fresno | 93710 | Sale |
| California | Gastric Bypass Alternative | Female | $494.00 | | Moreno Valley | 92553 | Sale |
| California | Gastric Bypass Alternative | Female | $494.00 | | San Jacinto | 92583 | Sale |
| California | Gastric Bypass Alternative | Female | $584.00 | | El Cajon | 92021 | Sale |
| California | Gastric Bypass Alternative | Female | $404.00 | | Santa Monica | 90405 | Sale |
| California | Gastric Bypass Alternative | Female | $464.00 | | Inglewood | 90305 | Sale |
| California | Gastric Bypass Alternative | Female | $164.00 | | Santa Clara | 95050 | Sale |
| California | Gastric Bypass Alternative | Female | $584.00 | | San Diego | 92108 | Sale |
| California | Gastric Bypass Alternative | Female | $494.00 | | Garden Grove | 92840 | Sale |
| California | Gastric Bypass Alternative | Female | $584.00 | | Anaheim | 92801 | Sale |
| California | Gastric Bypass Alternative | Female | $494.00 | | Modesto | 95354 | Sale |
| California | Gastric Bypass Alternative | Female | $204.00 | | San Francisco | 94102 | Sale |
| California | Gastric Bypass Alternative | Female | $584.00 | | Rio Linda | 95673 | Sale |
| California | Gastric Bypass Alternative | Female | $584.00 | | San Bernardino | 92401 | Sale |
| California | Gastric Bypass Alternative | Female | $584.00 | | Downey | 90239 | Sale |
| California | Gastric Bypass Alternative | Female | $464.00 | | Burbank | 91501 | Sale |
| California | Gastric Bypass Alternative | Female | $464.00 | | Apple Valley | 92307 | Sale |
| California | Gastric Bypass Alternative | Female | $164.00 | | Bakersfield | 93263 | Sale |
| California | Gastric Bypass Alternative | Female | $554.00 | | Riverside | 92501 | Sale |
| California | Gastric Bypass Alternative | Female | $464.00 | | Monterey | 93940 | Sale |
| California | Gastric Bypass Alternative | Female | $374.00 | | Redwood City | 94061 | Sale |
| California | Gastric Bypass Alternative | Female | $314.00 | | Burbank | 91501 | Sale |

JURAVINDOCS17
PX6-314
FTC-PROD-020110



**Gastric Bypass Alternative - Female** — 68 records

| State | Product | Gender | Price | | City | Zip | |
|---|---|---|---|---|---|---|---|
| California | Gastric Bypass Alternative | Female | $464.00 | Redacted | San Luis Obispo | 93401 | Sale |
| California | Gastric Bypass Alternative | Female | $314.00 | | Anaheim | 92801 | Sale |
| California | Gastric Bypass Alternative | Female | $164.00 | | Claremont | 91711 | Sale |
| California | Gastric Bypass Alternative | Female | $314.00 | | Tustin | 92780 | Sale |
| California | Gastric Bypass Alternative | Female | $674.00 | | Temecula | 92589 | Sale |
| Georgia | Gastric Bypass Alternative | Female | $464.00 | | Atlanta | 30301 | Sale |
| Georgia | Gastric Bypass Alternative | Female | $614.00 | | Atlanta | 30301 | Sale |
| Nevada | Gastric Bypass Alternative | Female | $488.00 | | Ely | 89301 | Sale |
| Utah | Gastric Bypass Alternative | Female | $134.00 | | Harriott-Slaterville | 84701 | Sale |
| Utah | Gastric Bypass Alternative | Female | $554.00 | | Oquirrh | 84081 | Sale |
| Washington | Gastric Bypass Alternative | Female | $244.00 | | Bellevue | 98004 | Sale |
| Washington | Gastric Bypass Alternative | Female | $256.00 | | Federal Way | 98001 | Sale |
| | | | **$35,459.00** | | | | |

**Gastric Bypass Alternative - Male** — 15 records

| State | Product | Gender | Price | | City | Zip | |
|---|---|---|---|---|---|---|---|
| | Gastric Bypass Alternative | Male | $347.00 | Redacted | | | Sale |
| California | Gastric Bypass Alternative | Male | $584.00 | | Rio Linda | 95673 | Sale |
| California | Gastric Bypass Alternative | Male | $497.00 | | long beach | 90814 | Sale |
| California | Gastric Bypass Alternative | Male | $494.00 | | Pine Grove | 95665 | Sale |
| California | Gastric Bypass Alternative | Male | $1,484.00 | | Bakersfield | 93307 | Sale |
| California | Gastric Bypass Alternative | Male | $394.00 | | Salinas | 93905 | Sale |
| California | Gastric Bypass Alternative | Male | $647.00 | | Bakersfield | 93313 | Sale |
| California | Gastric Bypass Alternative | Male | $1,004.00 | | Fortuna | 95546 | Sale |
| California | Gastric Bypass Alternative | Male | $844.00 | | Valencia | 91355 | Sale |
| California | Gastric Bypass Alternative | Male | $464.00 | | Napa | 94558 | Sale |
| California | Gastric Bypass Alternative | Male | $464.00 | | Santa Clara | 95050 | Sale |
| California | Gastric Bypass Alternative | Male | $164.00 | | Sacramento | 95826 | Sale |
| New Jersey | Gastric Bypass Alternative | Male | $224.00 | | Totowa | 07502 | Sale |
| United States | Gastric Bypass Alternative | Male | $634.00 | | Stockton | 95206 | Sale |

**Gastric Bypass Alternative - Male** — 15 records

| State | Product | Gender | Price | | City | Zip | |
|---|---|---|---|---|---|---|---|
| Utah | Gastric Bypass Alternative | Male | $209.00 | Redacted | Parowan | 84761 | Sale |
| | | | **$6,484.00** | | | | |

**Gastric Bypass Effect - Female** — 48 records

| State | Product | Gender | Price | | City | Zip | |
|---|---|---|---|---|---|---|---|
| California | Gastric Bypass Effect | Female | $284.00 | Redacted | | | Sale |
| California | Gastric Bypass Effect | Female | $214.00 | | Pasadena | 91101 | Sale |
| California | Gastric Bypass Effect | Female | $584.00 | | Stockton | 95201 | Sale |
| California | Gastric Bypass Effect | Female | $1,004.00 | | Fresno | 93650 | Sale |
| California | Gastric Bypass Effect | Female | $464.00 | | Irvine | 92602 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Carson | 90745 | Sale |
| California | Gastric Bypass Effect | Female | $204.00 | | Santa Clara | 95050 | Sale |
| California | Gastric Bypass Effect | Female | $434.00 | | La Jolla | 92037 | Sale |
| California | Gastric Bypass Effect | Female | $584.00 | | San Jose | 95101 | Sale |
| California | Gastric Bypass Effect | Female | $404.00 | | Hayward | 94540 | Sale |
| California | Gastric Bypass Effect | Female | $407.00 | | Los Angeles | 90017 | Sale |
| California | Gastric Bypass Effect | Female | $464.00 | | Fairfield | 94533 | Sale |
| California | Gastric Bypass Effect | Female | $134.00 | | San Francisco | 94102 | Sale |
| California | Gastric Bypass Effect | Female | $407.00 | | Burbank | 91501 | Sale |
| California | Gastric Bypass Effect | Female | $254.00 | | Bakersfield | 93263 | Sale |
| California | Gastric Bypass Effect | Female | $497.00 | | Sacramento | 95838 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Broadmoor | 94015 | Sale |
| California | Gastric Bypass Effect | Female | $644.00 | | Northridge | 91324 | Sale |
| California | Gastric Bypass Effect | Female | $614.00 | | Livermore | 94550 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Del Mar | 92014 | Sale |
| California | Gastric Bypass Effect | Female | $674.00 | | Torrance | 90504 | Sale |
| California | Gastric Bypass Effect | Female | $617.00 | | San Jose | 95101 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Redding | 96001 | Sale |
| California | Gastric Bypass Effect | Female | $644.00 | | San Diego | 92126 | Sale |
| California | | | | | Carson | 90745 | Sale |

CONFIDENTIAL

**Gastric Bypass Effect - Female**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 48 records |
| California | Gastric Bypass Effect | Female | $614.00 | Redacted | San Francisco | 94102 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Redding | 96002 | Sale |
| California | Gastric Bypass Effect | Female | $497.00 | | Antioch | 94509 | Sale |
| California | Gastric Bypass Effect | Female | $764.00 | | Brawley | 92227 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Concord | 94521 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Morgan Hill | 95037 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Santee | 92071 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Corona | 92880 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Weed | 96094 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | meridian | 95957 | Sale |
| California | Gastric Bypass Effect | Female | $464.00 | | San Diego | 92106 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Woody | 93287 | Sale |
| California | Gastric Bypass Effect | Female | $584.00 | | Mission Viejo | 92692 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Riverside | 92507 | Sale |
| California | Gastric Bypass Effect | Female | $494.00 | | Simi Valley | 93065 | Sale |
| California | Gastric Bypass Effect | Female | $204.00 | | Bakersfield | 93263 | Sale |
| California | Gastric Bypass Effect | Female | $164.00 | | Burbank | 91501 | Sale |
| California | Gastric Bypass Effect | Female | $464.00 | | Anaheim | 92801 | Sale |
| California | Gastric Bypass Effect | Female | $464.00 | | San Pedro | 90731 | Sale |
| California | Gastric Bypass Effect | Female | $464.00 | | Los Angeles | 90017 | Sale |
| California | Gastric Bypass Effect | Female | $164.00 | | Lompoc | 93436 | Sale |
| Florida | Gastric Bypass Effect | Female | $254.00 | | Miami | 33010 | Sale |
| Iowa | Gastric Bypass Effect | Female | $614.00 | | Riceville | 50466 | Sale |
| | | | $22,687.00 | | | | |

**Gastric Bypass Effect - Male**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 1 record |
| California | Gastric Bypass Effect | Male | $494.00 | | Santa Paula | 93060 | Sale |
| | | | $494.00 | | | | |

**Gastric Bypass NO surgery - Female**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 67 records |
| | Gastric Bypass NO surgery | Female | $407.00 | Redacted | | | |
| California | Gastric Bypass NO surgery | Female | $497.00 | | San Francisco | 94102 | Sale |
| California | Gastric Bypass NO surgery | Female | $494.00 | | Irvine | 92602 | Sale |
| California | Gastric Bypass NO surgery | Female | $404.00 | | Galt | 95632 | Sale |
| California | Gastric Bypass NO surgery | Female | $524.00 | | Oakland | 94605 | Sale |
| California | Gastric Bypass NO surgery | Female | $404.00 | | Paso Robles | 93446 | Sale |
| California | Gastric Bypass NO surgery | Female | $404.00 | | Paso Robles | 93446 | Sale |
| California | Gastric Bypass NO surgery | Female | $617.00 | | Santa Monica | 90401 | Sale |
| California | Gastric Bypass NO surgery | Female | $614.00 | | Pine Grove | 95665 | Sale |
| California | Gastric Bypass NO surgery | Female | $497.00 | | Upland | 91784 | Sale |
| California | Gastric Bypass NO surgery | Female | $494.00 | | Rosemead | 91770 | Sale |
| California | Gastric Bypass NO surgery | Female | $497.00 | | Montebello | 90640 | Sale |
| California | Gastric Bypass NO surgery | Female | $494.00 | | Riverside | 92501 | Sale |
| California | Gastric Bypass NO surgery | Female | $464.00 | | Santa Clara | 95050 | Sale |
| California | Gastric Bypass NO surgery | Female | $404.00 | | South San Francisco | 94080 | Sale |
| California | Gastric Bypass NO surgery | Female | $494.00 | | Watsonville | 95076 | Sale |
| California | Gastric Bypass NO surgery | Female | $494.00 | | San Diego | 92101 | Sale |
| California | Gastric Bypass NO surgery | Female | $767.00 | | Chula Vista | 91909 | Sale |
| California | Gastric Bypass NO surgery | Female | $524.72 | | Los Angeles | 90017 | Sale |
| California | Gastric Bypass NO surgery | Female | $434.00 | | Santa Barbara | | Sale |
| California | Gastric Bypass NO surgery | Female | $644.00 | | Beverly Hills | 90209 | Sale |
| California | Gastric Bypass NO surgery | Female | $503.40 | | Arcata | 95518 | Sale |
| California | Gastric Bypass NO surgery | Female | $614.00 | | Sacramento | 94203 | Sale |
| California | Gastric Bypass NO surgery | Female | $644.00 | | Santa Clara | 95050 | Sale |
| California | Gastric Bypass NO surgery | Female | $494.00 | | Winters | 95694 | Sale |
| California | Gastric Bypass NO surgery | Female | $494.00 | | Fairfield | 94533 | Sale |
| California | Gastric Bypass NO surgery | Female | $494.00 | | Tracy | 95304 | Sale |

### Gastric Bypass NO surgery - Female — 67 records

| State | Product | Gender | | Amount | | City | Zip | Sale |
|---|---|---|---|---|---|---|---|---|
| California | Gastric Bypass NO surgery | Female | | $644.00 | | Fresno | 93650 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | San Jose | 95101 | Sale |
| California | Gastric Bypass NO surgery | Female | | $217.00 | | Santa Clarita | 91310 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Compton | 90221 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Victorville | 92394 | Sale |
| California | Gastric Bypass NO surgery | Female | | $644.00 | | Cathedral City | 02234 | Sale |
| California | Gastric Bypass NO surgery | Female | | $404.00 | | Tehachapi | 93561 | Sale |
| California | Gastric Bypass NO surgery | Female | | $614.00 | | Upland | 91786 | Sale |
| California | Gastric Bypass NO surgery | Female | | $614.00 | | Fresno | 93650 | Sale |
| California | Gastric Bypass NO surgery | Female | | $457.00 | | Merced | 95340 | Sale |
| California | Gastric Bypass NO surgery | Female | | $584.00 | | Bakersfield | 93313 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Ceres | 95307 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Vista | 92084 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Santa Rosa | 95407 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Kerman | 93630 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Watsonville | 95076 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Inglewood | 90301 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Valencia | 91355 | Sale |
| California | Gastric Bypass NO surgery | Female | | $617.00 | | Redlands | 92374 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Brentwood | 90049 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Moreno Valley | 92551 | Sale |
| California | Gastric Bypass NO surgery | Female | | $414.00 | | Napa | 94558 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Fresno | 93727 | Sale |
| California | Gastric Bypass NO surgery | Female | | $224.00 | | Redwood City | 94061 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | El Cajon | 92021 | Sale |
| California | Gastric Bypass NO surgery | Female | | $614.00 | | Rancho Mirage | 92270 | Sale |
| California | Gastric Bypass NO surgery | Female | | $644.00 | | Corona | 92880 | Sale |
| California | Gastric Bypass NO surgery | Female | | $644.00 | | Chico | 95973 | Sale |

### Gastric Bypass NO surgery - Female — 67 records

| State | Product | Gender | | Amount | | City | Zip | Sale |
|---|---|---|---|---|---|---|---|---|
| California | Gastric Bypass NO surgery | Female | | $617.00 | | Anaheim | 92801 | Sale |
| California | Gastric Bypass NO surgery | Female | | $494.00 | | Villa Park | 92861 | Sale |
| California | Gastric Bypass NO surgery | Female | | $204.00 | | Sylmar | 91342 | Sale |
| California | Gastric Bypass NO surgery | Female | | $374.00 | | Downey | 90239 | Sale |
| California | Gastric Bypass NO surgery | Female | | $464.00 | | San Jose | 95116 | Sale |
| California | Gastric Bypass NO surgery | Female | | $314.00 | | Moreno Valley | 92551 | Sale |
| California | Gastric Bypass NO surgery | Female | | $164.00 | | Sacramento | 95828 | Sale |
| Missouri | Gastric Bypass NO surgery | Female | | $494.00 | | Saint Louis | 63131 | Sale |
| Virginia | Gastric Bypass NO surgery | Female | | $494.00 | | Herndon | 20171 | Sale |
| Virginia | Gastric Bypass NO surgery | Female | | $464.00 | | Virginia Beach | 23459 | Sale |
| Washington | Gastric Bypass NO surgery | Female | | $494.00 | | Longview | 98632 | Sale |
| Washington | Gastric Bypass NO surgery | Female | | $494.00 | | Moses Lake | 98837 | Sale |
| | | | | $33,191.12 | | | | |

### Gastric Bypass NO surgery - Male — 3 records

| State | Product | Gender | | Amount | | City | Zip | Sale |
|---|---|---|---|---|---|---|---|---|
| California | Gastric Bypass NO surgery | Male | | $417.00 | | Bakersfield | 93263 | Sale |
| California | Gastric Bypass NO surgery | Male | | $614.00 | | Pleasanton | 94566 | Sale |
| California | Gastric Bypass NO surgery | Male | | $584.00 | | Rancho Cucamonga | 91730 | Sale |
| | | | | $1,615.00 | | | | |

### Gastric Bypass Results - Female — 25 records

| State | Product | Gender | | Amount | | City | Zip | Sale |
|---|---|---|---|---|---|---|---|---|
| | Gastric Bypass Results | Female | | $284.00 | | | | Sale |
| | Gastric Bypass Results | Female | | $464.00 | | | | Sale |
| California | Gastric Bypass Results | Female | | $494.00 | | Westlake Village | 91359 | Sale |
| California | Gastric Bypass Results | Female | | $647.00 | | Burbank | 91501 | Sale |
| California | Gastric Bypass Results | Female | | $494.00 | | Del Mar | 92014 | Sale |
| California | Gastric Bypass Results | Female | | $497.00 | | Chico | 95926 | Sale |
| California | Gastric Bypass Results | Female | | $494.00 | | Oceanside | 92049 | Sale |
| California | Gastric Bypass Results | Female | | $494.00 | | Van Nuys | 91316 | Sale |
| California | Gastric Bypass Results | Female | | $497.00 | | Fairfield | 94533 | Sale |

JURAVINDOCS20
PX6-317
FTC-PROD-020113

| Gastric Bypass Results – Female | | | | | | | 25 records |
|---|---|---|---|---|---|---|---|
| | Gastric Bypass Results | Female | $494.00 | **Redacted** | Oceanside | 92049 | Sale |
| California | Gastric Bypass Results | Female | $494.00 | | Van Nuys | 91316 | Sale |
| California | Gastric Bypass Results | Female | $497.00 | | Fairfield | 94533 | Sale |
| California | Gastric Bypass Results | Female | $494.00 | | Anaheim | 92801 | Sale |
| California | Gastric Bypass Results | Female | $554.00 | | Los Angeles | 90001 | Sale |
| California | Gastric Bypass Results | Female | $434.00 | | Fort Bragg | 95437 | Sale |
| California | Gastric Bypass Results | Female | $497.00 | | San Jose | 95101 | Sale |
| California | Gastric Bypass Results | Female | $244.00 | | Yuba City | 95991 | Sale |
| California | Gastric Bypass Results | Female | $497.00 | | Woodland Hills | 91302 | Sale |
| California | Gastric Bypass Results | Female | $494.00 | | Eureka | 95501 | Sale |
| California | Gastric Bypass Results | Female | $464.00 | | Irvine | 92602 | Sale |
| California | Gastric Bypass Results | Female | $584.00 | | Vacaville | 95687 | Sale |
| California | Gastric Bypass Results | Female | $204.00 | | El Cajon | 92019 | Sale |
| California | Gastric Bypass Results | Female | $584.00 | | San Diego | 92127 | Sale |
| California | Gastric Bypass Results | Female | $404.00 | | Julian | 92036 | Sale |
| California | Gastric Bypass Results | Female | $584.00 | | Fields Landing | 95537 | Sale |
| California | Gastric Bypass Results | Female | $164.00 | | Parkway | 94206 | Sale |
| California | Gastric Bypass Results | Female | $464.00 | | Chino | 91708 | Sale |
| | | | $11,675.00 | | | | |
| **Natural Gastric Bypass – Female** | | | | | | | 1 record |
| Utah | Natural Gastric Bypass | Female | $464.00 | | Oquirrh | 64081 | Sale |
| | | | $464.00 | | | | |
| **Natural Gastric Bypass – Male** | | | | | | | 1 record |
| | Natural Gastric Bypass | Male | $284.00 | | | | Sale |
| | | | $284.00 | | | | |

# PERSONAL TERMS, CONDITIONS & DISCLAIMERS AGREEMENT

**USV1.2 May2011**

This website, the manufacturer or the distributor, both jointly and individually ("The Website" or "The Company") are marketing The Company's products and offerings, which include the weight loss formula ("The Formula"), as well as a weight loss support service ("The Support") for sale to all that make contact from The Website and/or carry out a purchase ("The Customer" or "You"), under all of the following personal terms, conditions and disclaimers ("The Agreement"), and on these terms alone. Everything that The Company represents in the terms and conditions or on The Company' Website is to the best of The Company's knowledge. Customer will print and save the Agreement.

**YOU AGREE THAT YOU HAVE CAREFULLY READ THE AGREEMENT BEFORE MAKING A PURCHASE AND AGAIN BEFORE USING THE FORMULA/SUPPORT . PLACING AN ORDER INDICATES YOUR UNCONDITIONAL ACCEPTANCE OF THE AGREEMENT. IF YOU DO NOT AGREE TO ALL OF THE AGREEMENT, YOU SHOULD NOT PURCHASE THE FORMULA/SUPPORT.**

You agree that the use of this Website is at your sole risk. Neither the Website, nor any of The Company's officers, directors, employees, agents, third party content providers, merchants, sponsors, licensors, or affiliates warrants that the Website will be error free or uninterrupted. The Company also DOES NOT give any warranty for the results that may be obtained from the use of this Website, The Formula or The Support.

Similar to a surgery or a drug, there is no refund or guaranteed results. This is because the success is based largely upon your usage and cooperation in adapting to new eating habits. You agree that, because The Company makes NO guarantees regarding results, and because of The Company's clear No Return/No Refund policy (see below), you have NO right to dispute the charge for the Formula/Support. You agree that disputing any charge causes damage to The Company and will give Us the right to seek compensation from you for The Company's damages.

**You agree that if there is a shipping problem, you must contact The Company, via customer care on The Company's Website, in writing, and allow The Company 7 days to address the shipping issue. You also agree that if there is a shipping issue, you must file a claim with the United States Postal Service and keep The Company apprised of your efforts so The Company may help you address the issue and reship the Formula, if necessary. You agree, however, that a shipping issue does not give you the right to dispute the charge with your credit card company or with PayPal. You agree that doing so causes damage to The Company and will give The Company the right to seek compensation from you for The Company's damages.**

PLAINTIFF'S EXHIBIT 49  PENGAD 800-631-6989

# Conditional Discounted Price

The price for The Formula & The Support is set at $1580. However, because The Formula always works when used properly, we are selling it to you at a special introductory rate ("Discounted Price"). We are providing this incredible Discounted Price because The Company is new to the U.S. market and wishes to gain a wide number of customers with a high success rate. In exchange for this Discounted Price, you agree to all of the following: (1) You are representing to The Company that you are suitable to use the Formula/Support, based upon the terms and instructions contained in this Agreement. You are entering this Agreement knowing you don't have any psychological

disorders, eating disorders, relevant allergies or any other issues that may interfere with your success with The Company's Formula and Support; (2) You will do all that you can to succeed with the product. We will support you. We promise the ingredients are of high quality, certified, G.R.A.S. (Generally Recognized as Safe), and manufactured in an FDA registered facility; (3) You are expected to have a positive outcome of reducing food consumption by 50% to 80% and improving your eating habits; (4) You agree that if you have a positive outcome, we can use your success in The Company's marketing efforts.  This can be done anonymously if you prefer; (5) **You agree that if you do not have a positive outcome, you WILL NOT to speak or write negatively about the product in any forum; and (6) If you breach this Agreement, we reserve the right to demand full payment for the Formula and/or Support and for any expenses we incur in resolving the issue.**

# General

Once you place an order, you are entitled to customer care around the clock.  **All contact with Roca Labs after your order has been shipped will be in writing with the customer care department via the Website ONLY.**  For the protection of the Customer and The Company, The Company requires that all contact be documented.  The Company does not contact Customers by telephone, nor does The Company accept Customer contact by telephone.  The Company will make every effort return all written contact within 24 hours.

The Formula is not a drug or a surgery, rather it is a possible natural alternative that causes people to eat less by shrinking stomach size, slowing down the digestive system, having a sensation of fullness or/and combining a psychological strengthening.

**The Formula is intended for healthy persons in general and is not suited at all for those with sensitivity to barley or a high sensitivity to dietary fibers.** It is recommended that a physician be advised and informed that the Formula components are: Xanthan, Guar Gum, Maltodextrin, Beta Glucan, Vitamins B-6, B-12 and vitamin C.

It is possible to purchase The Support by itself and it is possible, by request to customer service, to purchase the added benefits of The Formula for the separate low price of $50.00.

# Privacy

The Company is committed to protecting your privacy and security. For more information, you should review The Company's Privacy Policy on The Company's home page, which is incorporated into these Terms & Conditions by this reference.

# Health Disclaimer

This Website, The Formula and the Support provide weight loss management assistance. Information applications and content published over the Internet are intended only to assist users in their personal weight loss efforts. The Company is not a medical organization and The Company's staff cannot give you medical advice or diagnosis. Nothing contained in this Website should be construed as such advice or diagnosis. The information and reports generated by The Company should not be interpreted as a substitute for physician consultation, evaluation, or treatment.

**The Formula should be purchased ONLY after reading the possible Side Effects and the Instructions.  You are urged and advised to seek the advice of a physician before beginning any weight loss effort or regimen and to direct the physician to this Website. This Website is intended for use only by healthy adult individuals. Individuals with health conditions are specifically warned to seek professional medical advice prior to initiating any form of weight loss effort or regimen.**

The Customer agrees to make proper use of The Formula according to the instructions of use which appear and are updated on The Website, in order to maximize the high percentage of success of the Formula.  The Company has no knowledge of the Formula causing any serious side effects. If the Customer has any medical-related complaint, so that The Company can make a thorough evaluation, the Customer agrees to provide us with the following information:

  a. A physician's report stating that your symptoms are a direct result of using the Formula;
  b. A sworn and notarized statement breaking down your exact diet, including amount and times of water and food intake, during the entire time you used the Formula;
  c. A sworn and notarized statement breaking down the exact schedule, dosage and manner in which you took the Formula every day that you took it;
  d. All medical records relating to the issues you had with the product;
  e. Your age, weight and height; AND
  f. All of your medical records relating in any way to health, weight-loss, weight, digestion and nutrition issues for the last five years.

# General Advice Only

The verbal answers provided by order representatives (whether on the telephone or via electronic mail, or otherwise) are general and are neither medical nor personal.  The decisive information is that which is stated solely on the Website. The representatives are not doctors.  Any personal or medical question and/or requests for medical advice as such, which may be considered by the Website representative as personal-medical, will not be answered. Should an answer be constituted as a medical answer, including if medical advice is provided, the answer and all its implications should be viewed as void.

# Concurrent Use of Medication

The Website should not be relied upon under any circumstances for receiving instructions about the use, combination, or cessation of use of personal medication.

# FDA Information

The Formula is manufactured in an FDA-compliant facility under GMP rules.  The Formula is categorized as a "food additive" according to the definitions of the FDA and is approved for use without requiring any medical permission. The Formula contains only certified ingredients. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease. This product should not be used in place of or as a substitute for recommendations by your health care professional. These statements are based on the known activity of the specific ingredients in this product. No clinical study has been performed on this product.

## Declaration, Purchase Agreement and Exceptions

The Customer hereby affirms that any orders carried out are to be done after reading and understanding the daily mode of use of the Formula. Additionally, the Customer affirms that he has read and examined all the components of the Formula and that they are compatible with his health and his daily and regular usability. The act of purchase constitutes an Agreement, whether the order was carried out via the Website or via the phone number provided on the Website. All communications, order requests, service request, etc are based on the regulations and instructions as stated on the Website.

## Updated Website Instructions

The Customer commits to make use of the Formula according to that which is stated in the instructions and which is updated on the Website. These instructions will be considered as the most current and accurate, even to the exclusion of any other printed material, including labels printed on the Formula package. All communications, order requests, service request, etc... are based on the regulations and instructions as stated on the Website.

## Drinking Plenty of Fluids

The Customer understands that this is one of the most potent diets in the world, which requires drinking larger than normal quantities of liquids, otherwise dehydration may occur, which may also lead to headaches. In extreme cases, additional complications may develop. As such, the Customer must make sure to drink large quantities of liquids (3 glasses of water immediately after each dose of the Formula, 6-8 additional glasses of water throughout the day for each dose of the Formula). It is emphasized that given the Formula's strength, the Customer is solely responsible for drinking adequate amounts of liquids according to bodily needs and with reactions changing in real time. Furthermore, the Customer understands that the Formula will not work for him without drinking large quantities of liquids.

## Formula Success

The expansion action of the active ingredients within the stomach is physical and conditional upon drinking plenty of liquids. Despite the Formula being a physical aid (which is intended to decrease stomach volume), the Customer hereby commits to avoid consuming calorie-rich foods with the remainder of the stomach volume, so as to avoid expanding the stomach via forced consumption. The Formula will assist in weight loss as long as the diet process is dependant upon appetite and not upon invalid psychological issues (such as depression, boredom, sadness, etc...) that lead to overeating. **The Formula is not being sold to you on a trial basis. The Company makes no guarantee regarding the degree of success you will reach, if any.**

## Personal Dosage

The Customer hereby agrees that by the very act of purchasing the Formula, he is aware that prior to its regular use, he must carry out personal trials to determine the appropriate dosage fitting his body, which will aid in achieving a lack of appetite at a level, quantity and duration that he wishes. The Customer is the one that determines the level and duration of the lack of appetite according to individual will and physical ability.

## Agreement Not to Comment Negatively

PX6-322

FTC-SKING-000422

The Customer understands and is aware that he is required to dose the formula, to drink large quantities of liquids, to avoid calorie-rich foods, and to overcome psychological obstacles in order to achieve maximum results (reduction of stomach capacity to 20%). The Customer is also aware the The Company does not guarantee success. Therefore, no claim and/or complaint will be accepted regarding the lack of success of the Formula in creating a lack of appetite. The announcement/writing/publication of any such or other claim in any media or forum will constitute a breach of agreement, to which the Customer entered willingly and with full knowledge of the components of the Formula and its properties and The Support. As such, any claim as aforementioned will constitute defamation, and all remedies will be pursued accordingly. **A person unable to meet these terms and conditions should not purchase the Formula and/or the Service.**

## The Order

After the Customer has read the Terms, Conditions and Disclaimer and filled out the required order form or contacted the central phone service order department, a representative of the Order Department will contact him to verify and confirm the details of the delivery. Representative answers do not qualify as a substitute to those which are stated within the Website, these Terms and Conditions or any medical advice. If the Customer provides incorrect identification details while carrying out the order, The Company cannot guarantee that the products will reach him. The Customer must make sure to fill out/provide updated and precise details. Providing false or incorrect personal details is strictly prohibited and will result in damage to Roca Labs for which you will be responsible.

The Company's refund/return policy is explained fully below. COD payments are also accepted at the time of delivery. Pursuant to Florida law, checks which are not honored for any reason will involve a Customer charge of $25-40, or 5% of the amount of the check, whichever is greater. In addition, should legal and/or collection proceedings need to be instituted regarding returned, cancelled checks or cancelled/disputed credit cards/Paypal, the Customer will be responsible for all collection costs and attorneys fees, with a minimum of an additional $500, plus filing fees, per check or cancelled credit card/Paypal. Invoices are sent directly to the electronic mail boxes supplied by the Customer each night and it is the Customer's responsibility to provide an active email account.

## Service Hours

**After your order has been shipped, the handling of the order goes to the customer care department, which operates only  in writing via the Website on the customer care page.** The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Therefore, all communication between Customers and the service department will be via electronic mail, which will allow the service professional time to research the issue and provide an appropriate response. Also, because the response might be lengthy, written communication will allow the Customer to review and revisit the response throughout the procedure. This will also help to ensure the success of the Formula. Answers to inquiries are normally given within a few hours, but certainly within 24 hours. If inquiries are made on a non business day, responded are made by the end of the next business day. All of these terms and conditions regarding the service department also apply in the event you choose to purchase the service only.

## Shipping and Delivery Times

The Company makes every effort to ship orders by the next business day. The Customer is responsible for any taxes imposed outside of the United States. Orders are shipped via USPS 2nd day service and the USPS Terms of Use. Once your order has been submitted, NO changes can be made. At peak times, shipping may take 1-2 days longer than usual.

**In order to make the shipping process simpler and easier for Customers, no signature will be required when the package is delivered. With no signature required, however, The Company has no recourse if USPS confirms that the package has been delivered and you represent that you have not received it. If this occurs, The Company will reship the product for an additional charge of $150 to cover The Company's expenses. If, however, The Customer chooses the option to sign for the package, he must write "signature required" in the notes section when ordering. An additional fee of $3 will be charged for this service. If the "signature required" option is chosen, The Company will guarantee delivery and will reship at no extra charge if the package is not received.**

Please note that time frames of the Post Office or any other delivery service/company cannot be monitored by the Website and are not under its control.  The Customer will have no claim against the Website due to delivery disruptions.

Please also note that, on occasion, The Company's orders surpass The Company's production capabilities and your order may enter a short waiting list.  Generally, this information is posted as soon as you enter the site.

# Merchandise Return & Refund Policy

If you choose to cancel your order before it has been shipped, immediately contact The Company's customer care department via the Website in writing for a full refund. You agree NOT TO contact your credit card company or Paypal in these instances, as the charge *was valid and authorized at the time you placed your order,* and because there is no need.  The refund *will be* made, though it may take up to 10 days to process.  It will take longer if you file a dispute with Paypal as the funds are automatically put on hold until the dispute has been resolved.

If you cancel the order once the product has been shipped, (**an order is considered "shipped" once a tracking number has been assigned**), then, in accordance with the provisions of the consumer law of the state of Florida and Federal Consumer Law, **a diet package can be returned within a closed shipping/delivery package so long as the outer shipping package has not been opened in any way**, as stated explicitly on the package itself. The product cannot be sampled, as the base composition of the Formula has already been proven as effective in eliminating hunger. It is also emphasized that, according to the regulations set in place in most pharmacies, there is no possibility for repeated use of the Formula and as such there is no possibility of return of any food/health product of any kind or receiving a monetary refund after the products' exterior package has been opened.  This is also explicitly stated on the product package itself.

Should a Customer choose to return an unopened shipping package, **it must be done within 3 days of the receipt of the order.** Additionally, you must (1) send The Company clear photographs of the shipping box proving that it had been unopened prior to shipping it back and (2) obtain return shipping authorization from The Company in writing.  Only then can you return the package to The Company. We also require that you provide The Company with a return tracking number as soon as you ship the product.   The refund allowed will be limited only to the cost of The Formula minus the shipping charges and a 15% restocking fee.  You will be responsible for the charges to ship the

FTC-SKING-000424

product back to The Company. There will be no refund of the cost of The Support under any circumstances. *There will be no refund at all once the outer shipping package has been opened under any circumstances, even if none of the packages inside the box have been opened. We CANNOT accept the return of the packets inside once the outer shipping box has been opened.*

As with any food, food supplement, diet aid or even gastric bypass surgery, it is expected that a certain number of users might not react well to The Formula. Though The Company knows the Formula is successful, it is also expected that, just like with any food, food supplement, diet aid or even gastric bypass surgery, there are a certain number of users who will not achieve the desired results. **However, you understand that similar to purchasing an over-the-counter product or having gastric bypass surgery, if you do not react well or if it does not work, you cannot receive a refund.**

**If, for whatever reason, you become dissatisfied with The Formula or The Support, you agree not to make, write, post, distribute or disseminate in any way any negative comments about, or relating to, Roca Labs, The Formula, or The Support. This includes writing anything on the internet and making a complaint with Paypal, your credit card company, the Better Business Bureau, etc... Doing so, in light of these clear terms and conditions, would constitute breach of contract and defamation and would be actionable in Florida court.** *If you can cannot agree to this, The Company asks you not to purchase The Company's product.*

**Again, in light of your Agreement to these clear Terms & Conditions, should legal and/or collection proceedings need to be instituted regarding returned or cancelled checks or disputed credit cards/Paypal, the Customer will be responsible for all collection costs and attorneys fees, with a minimum of an additional $500, plus filing fees, per check or cancelled credit card.**

# Responsibility

Use of the Formula should be made according to the instructions of use written on the Website. The Website is not accountable for failure to follow the instructions to the letter and/or any unusual use. The Customer will not have any claim, allegation and/or demand towards the Website and/or the manufacturer due to the qualities of The Formula, its abilities, limitations or suitability to the needs and demands of the Customer. The Website is not responsible for the measure of weight loss accompanying The Formula and The Support, since the Formula's success can be sabotaged by things outside its control. Results, therefore, lie entirely in the hands of the Customer.

# Content Ownership

All of the content and products on The Company's Website are owned by The Company. On behalf of ourselves, The Company claims all property rights, including intellectual property rights, for this content and you are not allowed to infringe upon those rights. The Company will prosecute to the fullest extent of the law anyone who attempts to steal The Company's property. You agree not to copy content from The Company's Website without The Company's permission. Any requests to use The Company's content should be submitted to The Company by e-mail from The Company's contact page.

# Disclaimers of Warranties

PLEASE NOTE THE FOLLOWING IMPORTANT DISCLAIMERS OF WARRANTIES:

THE FORMULA AND SUPPORT ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. HE COMPANY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, COMPATIBILITY, SECURITY, ACCURACY OR NON-INFRINGEMENT.

THE COMPANY, NOR ANY OF THE COMPANY'S AFFILIATES, NOR ANY OF THE COMPANY'S OR THEIR RESPECTIVE LICENSORS, LICENSEES, SERVICE PROVIDERS OR SUPPLIERS WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE FORMULA & THE SUPPORT IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, SUCCESS, OR OTHERWISE.

FURTHER, PLEASE NOTE THAT NO ADVICE OR INFORMATION, OBTAINED BY YOU FROM THE COMPANY'S PERSONNEL OR THROUGH THIS WEBSITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY PROVIDED FOR IN THIS AGREEMENT.

**If your jurisdiction does not allow limitations on warranties, this limitation may not apply to you. Your sole and exclusive remedy relating to your use of the site shall be to discontinue using the site.**

# Limitation of Liability

You acknowledge your use of this Website is at your sole risk and that You assume full responsibility for all the risks associated with any of Your use of this Website.

YOU EXPRESSLY UNDERSTAND AND AGREE THAT THE COMPANY AND THE COMPANY'S AFFILIATES SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES, OR ANY OTHER DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING OUT OF, OR RESULTING FROM, (A) THE USE OR THE INABILITY TO USE THIS WEBSITE; (B) THE USE OF THE FORMULA OR THE SUPPORT; OR (C) ANY OTHER MATTER RELATING TO THIS WEBSITE.

IN NO EVENT SHALL THE COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT, FOR NEGLIGENCE OR OTHERWISE) EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA & SUPPORT. IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE COMPANY'S WEBSITE, FORMULA OR SUPPORT, OR WITH ANY OF PROVISION OF THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS THE DISCONTINUATION OF YOUR USE OF THIS WEBSITE, THE FORMULA &/OR THE SUPPORT. IF ANY PORTION OF THIS LIMITATION OF LIABILITY IS FOUND TO BE INVALID, LIABILITY IS LIMITED TO THE FULLEST EXTENT PERMITTED BY LAW.

# Indemnification

You agree to indemnify, hold harmless and, at The Company's option, defend The Company and The Company's affiliates, and The Company's and their officers, directors, employees, stockholders, agents and representatives from any and all third party claims, liability, damages and/or costs (including, but not limited to, reasonable attorneys fees and expenses) arising from your improper use of this Website, The Company's Formula, or The Company's Support, your violation of this Agreement, or your infringement, or the infringement or use by any other user of your account, of any intellectual property or other right of any person or entity.

## Insurance

The Formula is not associated with any insurance carrier or HMO. The discount is provided as a marketing process to benefit certain population groups (similar to HMO discounts to federal employees).

## Testimonials, Pictures, & Demonstratives

Though the Formula is powerful and known to be successful from experience, psychological obstacles can sometimes overcome its effect. Therefore the Website uses visual aids which are not always real but are known to improve Customers' results. All content on the Website, whether text, images, or video, belongs to Us and no one can use any part without permission. Testimonials and endorsements reflect the typical experiences of Customers and represent only those that are willing to portray their satisfaction. The pictures presented on the Website are for illustration purposes only and their primary goal is the illustration of the weight loss potential. As such, these are additional psychological aids to assist the Customer in achieving their weight loss goals.

## Legal Jurisdiction

These Terms and Conditions will be governed by and construed in accordance with the laws of the State of Florida, without giving effect to any principles of conflicts of laws. Any action seeking legal or equitable relief arising out of or relating to this Website will be brought only in the federal or state courts of the State of Florida. You hereby consent and submit to the personal jurisdiction of such courts for the purpose of litigating any such action. A printed version of these Terms, Conditions and Disclaimer will be admissible in judicial and administrative proceedings based upon or relating to these Terms, Conditions and Disclaimer to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. The Customer agrees and commits to undergo polygraph and psychological testing in any legal proceeding, to confirm the validity of the complaints and assertions, as well as the compatibility of the use of the Formula and the Service. **A Customer that does not agree to this is requested not to purchase the product.**

## Severability of the Terms & Conditions

If any part of these terms and conditions of use are determined by a court of competent jurisdiction to be invalid or unenforceable, that part shall be limited or eliminated to the minimum extent necessary so that the remainder of these terms and conditions are fully enforceable and legally binding.

**BY CHECKING THE REQUIRED BOX, PRIOR TO PLACING YOUR ORDER, YOU AGREE THAT YOU HAVE READ THE COMPANY'S AGREEMENT IN ITS ENTIRETY AND AGREE TO BE BOUND BY ITS TERMS AND CONDITIONS.**

PX6-327

PX6-328

FTC-SKING-000428



Roca Labs®    Ask The Doctor    Success Stories    18 Solutions

Support

<u>Terms & Conditions</u>    Privacy Policy    Return Policy



LIVE ADVICE
click to chat

# PERSONAL TERMS, CONDITIONS & DISCLAIMERS AGREEMENT

USV1.8 Sep 2012

## SUMMARY (for convenience purposes only)

*Company believes that all means are Kosher in the fat fight and has a "straight in your face" attitude such as Fat is Ugly. No return accepted. The Formula costs $1,580 and you can buy it for a reduced price ONLY under the conditions listed among them: secrecy and devotion to succeed.*



Success Stories

This website, the manufacturer and/or the distributor, both jointly and individually ("The Website" or "The Company") are marketing The Company's products and offerings, which among other items/services include the weight loss formula ("The Formula"), as well as a weight loss support service ("The Support") for sale for personal to those who carry out a purchase ("The Customer" or "You"), under all of the following personal terms, conditions and disclaimers ("The Agreement"), and on these terms alone. Everything that The Company represents in the terms and conditions or on The Company' Website is to the best of The Company's knowledge. Customer will print and save the Agreement.

**YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THE AGREEMENT BEFORE MAKING A PURCHASE AND AGAIN PRIOR TO USING THE FORMULA/SUPPORT. PLACING AN ORDER INDICATES THE**

Chat now

PLAINTIFF'S
EXHIBIT
50
2/15/17
PENGAD 800-631-6989

PX6-329

11/25/2013 1:39 PM
FTC-SKING-000010

**UNCONDITIONAL ACCEPTANCE OF THE AGREEMENT BY YOU AND ANY ASSIGNS. DO NOT PURCHASE THE FORMULA IF YOU DO NOT AGREE TO BE BOUND BY THE ENTIRE AGREEMENT.**

You agree that the use of The Website is at your sole risk. Neither The Website, nor any of The Company's officers, directors, employees, agents, third party content providers, merchants, sponsors, licensors, contractors or affiliates warrants that The Website will be error-free or uninterrupted. The Company also DOES NOT warrant the results that may be obtained from the use of this Website, The Formula or The Support.

The Company cannot guarantee results because your success depends on your usage of The Formula according to instructions and your successful adaptation to new eating habits. You agree that, because The Company makes NO guarantees regarding results, and because of The Company's clear No Return/No Refund policy (see below), you have NO right to dispute payment for the Formula/Support. You agree that disputing any payment causes damage to The Company and gives The Company the right to seek compensation from you for The Company's damages.

**You agree that if there is a problem with shipping, you will contact The Company via Customer Care on The Company's Website, in writing, and allow The Company 7 days to research and address the shipping issue. You also agree that if there is a shipping issue, you will file a claim with the United States Postal Service and keep The Company apprised of your efforts so The Company may help you address the issue and reship the Formula, if necessary. You agree, however, that a shipping issue does not give you the right to withhold or dispute the charge with your credit card company or with PayPal. You agree that doing so would cause damage to The Company and will give The Company the right to seek compensation from you for The Company's damages.**



LIVE ADVICE
click to chat

## Conditional Discounted Price

The price for The Formula and The Support is $1,580.00. You may purchase The Formula and The Support at full price and without condition, or you may elect to purchase The Formula at a special conditional rate ("Conditional Price"). We are providing this deeply discounted Conditional Price because The Company can better manage its risks and resources, and reduce The Company's legal expenses. In exchange for this Conditional Price, you explicitly agree to all of the following:

(1) You are representing to The Company that you are suitable to use The

PX6-330

11/25/2013 1:39 PM
FTC-SKING-000011

Roca Labs · Terms & Conditions · http://rocalabs.com/terms/

Formula and The Support, based upon the terms and instructions contained in this Agreement, and that you do not have any psychological or physical disorders that may interfere with your success in using The Formula and The Support.

(2) You will follow the instructions that come with The Formula and that are explained in detail on The Website. We will support you.

(3) You expect to have a positive outcome by reducing food consumption and improving your eating habits.

(4) You agree that we can use any and all information relating to your success in The Company's marketing efforts. This can be done anonymously if you prefer.

(5) If you purchased the Formula at a conditional discounted rate, you agree that you WILL NOT speak or publish, in any forum, criticism of the Product or the Company, and that any published statements will be immediately removed upon the Company's Request. You agree that any published opinion by you about the Product or the Company will not carry with it advertisements of any kind or result in any financial benefit to you unless pre-approved by the Company.

(6) If you breach this Agreement, you agree to pay the full price for The Formula within 3 business days of demand, plus any expenses we incur in resolving the issue. In addition, we retain all legal rights and remedies against you for breach of contract and any other appropriate causes of action. Not paying the full amount you agreed when you purchased will immediately revoke the special discount/subsidy/allowance given by the marketing department and the price will be the full $1580 for the Formula plus any collection fees.



LIVE ADVICE
click to chat

## General

Once you place an order, you are entitled to Customer Care. Generally, Customer Care is available 24 hours, 7 days a week. We will make every effort to respond to you within 24 hours of any contact **For the protection of The Company and The Customer, after your order has shipped The Company requires that all contact between The Customer and The Company must be in writing with the Customer Care department through The Website ONLY.** The Company will make every effort to respond to all written contact within 24 hours.

The Formula is not a drug, medical treatment or a surgery. Rather, it is a natural alternative that causes people to eat less by reducing available

PX6-331
11/25/2013 1:39 PM
FTC-SKING-000012

stomach capacity, providing a sensation of fullness, and creating an opportunity for psychological strengthening.

**The Formula is intended for healthy persons in general and is not suited at all for those with sensitivity to barley or to dietary fibers. Prior to ordering The Formula, we recommend that you consult your physician and present the letter from the Roca Labs medical adviser.**

## Privacy

The Company is committed to protecting your privacy and security. Prior to purchase, please carefully review The Company's Privacy Policy on home page, which is incorporated into these Terms & Conditions by reference.



LIVE ADVICE
click to chat

## Health Disclaimer

This Website, The Formula and The Support provide limited, non-medical, weight loss management assistance. Testimonials, videos and related content published over the Internet are intended only to assist users in their personal weight loss efforts. The Company is not a medical organization and The Company's staff cannot give you medical advice or diagnosis. Nothing contained in The Website should be construed as medical advice or diagnosis. The information and reports generated by The Company should not be interpreted as a substitute for physician consultation, evaluation, or treatment.

**The Formula should be purchased ONLY after reading the possible Side Effects and the Instructions. You are urged and advised to seek the advice of a physician before beginning any weight loss effort or regimen and to direct the physician to review The Website. The Website and The Formula are intended for use only by healthy individuals. Customers with health conditions are specifically warned to seek professional medical advice prior to initiating any form of weight loss effort or regimen.**

The Customer agrees to make proper use of The Formula according to the instructions of use, which are provided with The Formula and appear on The Website, in order to maximize the your results. The Company has no knowledge of The Formula causing any serious side effects. If The Customer has any medical-related complaint after using The Formula, the Customer agrees to provide us with the following information:

    a. A physician's report stating that your reaction/symptoms are a direct result of using the Formula;

PX6-332

11/25/2013 1:39 PM
FTC-SKING-000013

b. All medical and other related records relating to the issues you had with the product;

c. All of your medical records relating in any way to health, weight-loss, weight, digestion and nutrition issues for the last five years

d. A sworn and notarized statement by you containing the following:

**i. A breakdown of your exact diet, including amount and times of water and food intake, during the entire time you used The Formula;**
**ii. A breakdown of the exact schedule, dosage and manner in which you took the Formula every day that you took it;**
**iii. Your age, weight and height at the time you began using the Formula.**
**By purchasing the Formula you agree to these specific terms and acknowledge that the Company would not have sold The Formula without your agreement to same.**



## General Advice Only

Any verbal answers provided by order representatives (whether on the telephone or via electronic mail, or otherwise) are general and are neither medical nor personal. The decisive information is only that which is stated on the Website. The Company representatives are not doctors. Any personal or medical questions will not be answered by Company representatives. Should any such answer or remark be construed as medical or personal, the answer and all of its implications should be viewed as void.

## Concurrent Use of Medication

Please refer all questions about the concurrent use of medication with The Formula to your physician. The Website should not be relied upon under any circumstances for instructions about the use, combination, or cessation of use of personal medication.

## FDA Information

The Formula is manufactured in an FDA-compliant facility under GMP rules. The Formula is categorized as a "food additive" according to the definitions of the FDA and is approved for use without a prescription. The Formula contains only certified ingredients. These statements have not been evaluated by the Food and Drug Administration. **This product is not intended to diagnose, treat, cure, or prevent any disease. This product should not be used in place of or as a substitute for recommendations by your health care professional.** These statements are based on the known activity of the

PX6-333

11/25/2013 1:39 PM
FTC-SKING-000014

specific ingredients in this product. No clinical study has been performed on this product as a drug.

## Declaration, Purchase Agreement and Exceptions

The Customer hereby affirms that, prior to using The Formula, he or she read and fully understands the instructions and daily mode of use of The Formula. Additionally, the Customer affirms that he or she has read and examined all of the components of the Formula and that they are compatible with his or her health and regular usability. The act of purchase constitutes an Agreement between The Customer and The Company, whether the order was carried out via the Website or via the phone number provided on the Website. All communications, order requests, service requests, etc. are based on the regulations and instructions as stated on the Website.



LIVE ADVICE
click to chat

You do not have permission or the right to sell, transfer and/or gift The Formula to any other person or entity. If, contrary to the terms herein, you sell, transfer or gift The Formula to another person, you will remain responsible for any breach of these Terms and Conditions by that person, and you agree to indemnify The Company against any claims brought by or damages awarded to that person.

## Updated Website Instructions

The Customer commits to make use of the Formula according to the instructions, which is occasionally updated on The Website. These instructions will be considered as the most current and accurate, even to the exclusion of any other printed material, including labels printed on the Formula package. All communications, order requests, service requests, etc. are based on the regulations and instructions as stated on the Website.

## Drinking Plenty of Fluids

The Customer understands that The Formula requires drinking larger than normal quantities of liquids; otherwise dehydration may occur, which may also lead to headaches. In extreme cases, additional complications may develop. The Customer must drink no less than 3 glasses of water immediately after each dose of The Formula, and 6-8 additional glasses of water throughout the day for each dose of The Formula. It is emphasized that given The Formula's strength, The Customer is solely responsible for drinking adequate amounts of liquids according to bodily needs and with reactions changing in real time. Furthermore, The Customer understands that The Formula will not work without drinking liquids as directed.

PX6-334

11/25/2013 1:39 PM
FTC-SKING-000015

Roca Labs® Gastric Bypass NO surgery – $480 Terms & Conditions ...com/terms/

## Formula Success

The expansion action of the active ingredients within the stomach is physical
and conditional upon many factors, including drinking plenty of liquids.
Despite the Formula being a physical aid (which is intended to decrease
stomach space availability and leave the user with a feeling of fullness), the
Customer hereby agrees to avoid consuming calorie-rich foods and/or
overeating, so as to avoid expanding the stomach via forced consumption.
The Formula will assist in weight loss as long as the diet process is
dependent upon appetite and not upon psychological issues (such as
depression, boredom, sadness, etc...) that may lead to overeating. Results
may vary. **The Formula is not being sold to you on a trial basis. The
Company makes no guarantee regarding the degree of success you will
experience, if any.**



LIVE ADVICE
click to chat

## Personal Dosage

The Customer hereby agrees that by the act of purchasing the Formula, he or
she is aware that prior to its regular use, he or she must carry out personal
trials to determine the appropriate dosage for his/her body, which will aid in
achieving a lack of appetite at a level, quantity and duration that he/she
wishes and is appropriate for his/her situation. The Customer determines the
level and duration of the lack of appetite according to individual will and
physical ability.

## Agreement Not to Comment Negatively

The Customer understands and is aware that he is required to dose the
formula, to drink large quantities of liquids, to avoid calorie-rich foods, to
avoid overeating and to overcome psychological obstacles in order to achieve
results. **The Customer is also aware that The Company does not
guarantee success.** Therefore, unless The Customer purchased The
Formula at full price, (1) no claim or complaint whatsoever will be accepted
regarding the lack of success of The Formula; (2) the announcement, writing,
or publication of any such or other claim in any media or forum will constitute
a breach of this agreement, to which The Customer entered willingly and with
full knowledge of the components of The Formula and its properties and The
Support; (3) You agree that any such negative claim will constitute
defamation per se; (4)**Do not purchase the Formula or Support if you do
not agree to this "No Negative Comment Clause."**

## The Order

PX6-335

11/25/2013 1:39 PM
FTC-SKING-000016

After The Customer has read the Terms, Conditions and Disclaimer and filled out the required order form and/or contacted the central phone service Order Department, a representative of the Order Department will contact The Customer to verify and confirm the details of delivery. Answers given by Representatives are not a substitute for information contained in the Website, these Terms and Conditions, or any medical advice. If The Customer provides incorrect identification details while carrying out the order, The Company cannot guarantee that the products will be delivered. The Customer must confirm that he/she has provided updated and precise details. Customer agrees to pay the cost to re-ship and order if Customer provides incorrect or false information. You MUST also see Money Back / Return Page for further shipping details.



LIVE ADVICE
click to chat

The Company's refund/return policy is explained fully below. Pursuant to Florida law, payments that are not honored for any reason will incur a Customer charge of $25-40, or 5% of the amount of the check, whichever is greater. Should The Company institute legal or collection proceedings regarding returned/cancelled checks or cancelled/disputed credit cards/PayPal, the Customer will be responsible for all collection costs and attorney's fees, plus filing fees, for each returned or cancelled check or for each cancelled credit card/PayPal payment. Other than the above listed allowance for attorney's fees relating to payment/collection issues, neither the purchaser nor The Company shall be entitled to attorney fees for other disputes between the parties. Invoices are sent directly to the electronic mail boxes supplied by the Customer and it is the Customer's responsibility to provide an active/working email account. In case that your account goes in "Bad Debt" after an installment payment is charged and declined you agree to let us re-run your credit card for payment at a later date to resolve payment. The total charge of the unpaid bill and collection fees can amount to $3,200.

If your card failed the first time, you permit the company to continue and try to charge your credit card and ship you the formula per your order once the 1st payment is accepted.

## Order Choice

Introductory Offer (basic, Advanced or Premium): You pay the deeply discounted Conditional Price for the Formula and The Support, is as described in the price list and money back is only for a success video as described in the FAQ. Per company's policy, there is reward for failure and therefore no warranty, no money back.

Unconditional Offer (Custom Formula option in the price list): The price for

PX6-336
11/25/2013 1:39 PM
FTC-SKING-000017

Roca Labs Terms (type) legal Terms Conditions.com/terms/

The Formula and The Support is $1580. You receive (1) 24/7 Support, response within 5 hours of request; and (2) 50% refund for any reason if you contact Customer Care within 30 days; (3) $200-$350 money back for success video; and (4) the Agreement not to Comment Negatively does not apply to you.

## Service Hours

**After your order has been shipped, the handling of the order goes to the Customer Care Department, which operates only in writing via The Website on the Customer Care page.** The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Therefore, all communication between Customers and The Service Department will be via electronic mail, which will allow the service professional time to research the issue and provide an appropriate response. Also, because the response might be lengthy, written communication will allow the Customer to review and revisit the response throughout the process. This will also help to ensure the success of the Formula. Answers to inquiries are generally provided within 24 hours. If inquiries are made on a non-business day, responses are usually made by the end of the next business day.



LIVE ADVICE
click to chat

## Shipping and Delivery Times

The Company makes reasonable efforts to ship orders within 2 weeks by Priority mail. The Customer is responsible for any taxes imposed, inside or outside of the United States. Once your order has been submitted, NO changes can be made to the order. At peak holiday times, shipping may take longer than usual.

You MUST also see Money Back / Return Page for further shipping details.

If The Customer chooses the option to sign for the package, he must choose "signature required" when ordering. If the "signature required" option is chosen, The Company will guarantee delivery and will reship at no extra charge if the package is not received by you.

The Company offers waiver of signature solely for The Customer's convenience. Customer understands that if Customer waives signature for delivery of the product, The Company is without recourse in the event of loss or theft of the Formula once USPS confirms delivery. Therefore, if Customer waives signature and The Company receives confirmation of delivery from USPS, then The Customer agrees to bear the burden of loss or theft and to

PX6-337

pay the charges for the Formula as agreed and will not to dispute payment for the product against The Company, and The Customer's sole recourse is to submit a claim to their credit card or insurer for loss or theft of the product. If this occurs, The Company will reship the product for an additional charge of $150 to cover The Company's expenses.

The Customer acknowledges that The Company has no control over the delivery schedules of the USPS or any other delivery service. The Customer will have no claim against The Company due to delivery disruptions.

On occasion, The Company's orders surpass The Company's production capabilities and your order may enter a short waiting list. Generally, this information is posted as soon as you enter the site.



LIVE ADVICE
click to chat

## Return & Refund Policy

**Once your Qualification form was reviewed by the doctor and approved, the Formula is immediately prepared for you.** If within 24 hours of submitting your application you have decided to place your order on HOLD you will not be charge until shipped. You can completely cancel your order within 24 hours of submitting your application **with no charge**. However, cancelation or refund are NOT possible once the Formula preparation has begun which is immediately when the doctor approves the qualification form and within 24 hours of submitting the application.*(no cancellations for Rush/Urgent orders)* The safety sticker on the box calls for your attention to the Terms of the use of the Formula but not to the Terms of the purchase. If you do not agree, do not use the Formula, but as stated herein, no refund is available.

**You agree to CONTACT US FIRST with ANY QUESTION OR CONCERN before contacting your credit card company or PayPal to cancel or dispute payment.** You understand that reporting a transaction you performed on this site as "unauthorized" may be illegal and might be considered as defamation. Any refunds for financial mistakes may take up to 10 days to process. Greater delays in refunds are likely to occur if you dispute a charge with PayPal as the funds are automatically put on hold until the dispute has been resolved.

**You further agree that any report of any kind on the web will constitute defamation/slander and you agree to a predetermined compensation of $100,000. You agree and understand that you can not talk badly about the Formula because of any frustration you might have with the support department or your misunderstanding.**

PX6-338

11/25/2013 1:39 PM
FTC-SKING-000019

**An order is considered "shipped" 24 hours after it was submitted since production has begun for your specific order.**

As with any food, food supplement, diet aid or even gastric bypass surgery, it is expected that a certain number of users might not react well to The Formula. It is also expected that, just like with any food, food supplement, diet aid or even gastric bypass surgery, there are a certain number of users who will not achieve the desired results **Nonetheless, similar to purchasing an over-the-counter product or having a gastric bypass surgery, no refunds will be considered under these circumstances.**

# Responsibility

Use of the Formula should be made according to the instructions of use written on The Website. The Company cannot be accountable for The Customer's failure to follow the instructions or any unusual use. The Customer will not have any claim, allegation or demand against the Company or its manufacturer due to the qualities of The Formula, its abilities, limitations or suitability to the needs and demands of The Customer. The Company is not responsible for the measure of weight loss accompanying The Formula and The Support, since The Formula's success may be prevented by things outside The Company's control. Results, therefore, lie entirely in the hands of the Customer.

## Content Ownership

All of the content and products on The Company's Website are owned by The Company. The Company claims all property rights, including intellectual property rights, for this content and no person/entity is permitted to infringe upon those rights. The Company will prosecute to the fullest extent of the law anyone who attempts to use or copy The Company's property. You agree not to copy content from The Company's Website without The Company's permission. Any requests to use The Company's content should be submitted to The Company by e-mail from The Company's contact page.

## Disclaimers of Warranties

PLEASE NOTE THE FOLLOWING IMPORTANT DISCLAIMERS OF WARRANTIES: THE FORMULA AND SUPPORT ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. THE COMPANY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A



LIVE ADVICE
click to chat

PX6-339

11/25/2013 1:39 PM
FTC-SKING-000020

Roca Labs® Gastric Bypass NO surgery | Sale of Terms document3                                                      ...om/terms/

PARTICULAR PURPOSE, TITLE, COMPATIBILITY, SECURITY, ACCURACY
OR NON-INFRINGEMENT. NEITHER THE COMPANY NOR ANY OF THE
COMPANY'S AFFILIATES, LICENSORS, LICENSEES, SERVICE
PROVIDERS OR SUPPLIERS WARRANT OR MAKE ANY
REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE
USE OF THE FORMULA & THE SUPPORT IN TERMS OF THEIR
CORRECTNESS, ACCURACY, RELIABILITY, SUCCESS, OR OTHERWISE.
NO ADVICE OR INFORMATION, OBTAINED BY YOU FROM THE
COMPANY'S PERSONNEL OR THROUGH THIS WEBSITE SHALL
CREATE ANY WARRANTY NOT EXPRESSLY PROVIDED FOR IN THIS
AGREEMENT.

**If your jurisdiction does not allow limitations on warranties, this
limitation may not apply to you. Your sole and exclusive remedy relating
to your use of the site shall be to discontinue use of the site.**



LIVE ADVICE
click to chat

## Limitation of Liability

You acknowledge your use of this Website is at your sole risk and that you
assume full responsibility for all the risks associated with any of your use of
this Website

YOU EXPRESSLY UNDERSTAND AND AGREE THAT THE COMPANY AND
THE COMPANY'S AFFILIATES SHALL NOT BE LIABLE FOR ANY DIRECT,
INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR
PUNITIVE DAMAGES, OR ANY OTHER DAMAGES WHATSOEVER,
INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS,
GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF THE
COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES), ARISING OUT OF, OR RESULTING FROM, (A) THE USE OR
THE INABILITY TO USE THIS WEBSITE; (B) THE USE OF THE FORMULA
OR THE SUPPORT; OR (C) ANY OTHER MATTER RELATING TO THIS
WEBSITE.

IN NO EVENT SHALL THE COMPANY'S TOTAL LIABILITY TO YOU FOR
ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN
CONTRACT, TORT, FOR NEGLIGENCE OR OTHERWISE) EXCEED THE
AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA & SUPPORT. IF
YOU ARE DISSATISFIED WITH ANY PORTION OF THE COMPANY'S
WEBSITE, FORMULA OR SUPPORT, OR WITH ANY OF PROVISION OF
THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS THE
DISCONTINUATION OF YOUR USE OF THIS WEBSITE, THE FORMULA
&/OR THE SUPPORT. IF ANY PORTION OF THIS LIMITATION OF

PX6-340

11/25/2013 1:39 PM
FTC-SKING-000021

LIABILITY IS FOUND TO BE INVALID, LIABILITY IS LIMITED TO THE
FULLEST EXTENT PERMITTED BY LAW.

## Indemnification

You agree to indemnify, hold harmless and, at The Company's option, defend
The Company and The Company's affiliates, officers, directors, employees,
stockholders, agents and representatives from any and all third party claims,
liability, damages and/or costs (including, but not limited to, reasonable
attorney's fees and expenses) arising from your improper or unauthorized use
of this Website, The Company's Formula, or The Company's Support, your
violation of this Agreement, or your infringement, or the infringement or use
by any other user of your account, of any intellectual property or other right of
any person or entity.



LIVE ADVICE
click to chat

## Testimonials, Pictures, & Demonstratives

The Customer's success in achieving their weight loss goal is very important
to The Company. We know that visualization, instilling confidence and
encouraging results is of the highest importance. Therefore, The Company
invested, alongside the hundreds of real YouTube users, in a more perfect
visualization of success stories done by paid actors so the user can realize
that he/she can also succeed. Testimonials and endorsements reflect the
experience that many of our customers have reported to The Company. All
content on the Website, whether text, images, or video, belongs to The
Company and no one can use, transfer, link to any part without permission.

## Legal Jurisdiction

These Terms and Conditions will be governed by and construed in
accordance with the laws of the State of Florida, without giving effect to any
principles of conflicts of laws. Any action seeking legal or equitable relief
arising out of or relating to this Website will be brought only in the federal or
state courts of the State of Florida. You hereby consent and submit to the
personal jurisdiction of such courts for the purpose of litigating any such
action. A printed version of these Terms, Conditions and Disclaimer and
related materials will be admissible in judicial and administrative proceedings
based upon or relating to these Terms, Conditions and Disclaimer to the
same extent and subject to the same conditions as other business documents
and records originally generated and maintained in printed form.

## Severability of the Terms & Conditions

PX6-341

11/25/2013 1:39 PM
FTC-SKING-000022

If any part of these Terms and Conditions of use are determined by a court of competent jurisdiction to be invalid or unenforceable, that part shall be limited or eliminated to the minimum extent necessary so that the remainder of these Terms and Conditions are fully enforceable and legally binding.

**BY CHECKING THE REQUIRED BOX PRIOR TO PLACING YOUR ORDER, YOU AGREE THAT YOU HAVE READ THE COMPANY'S AGREEMENT IN ITS ENTIRETY AND AGREE TO BE BOUND BY COMPLETELY BY ITS TERMS AND CONDITIONS.**



LIVE ADVICE
click to chat

## Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery
Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery
Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck
Alternative



Consult The Doctor        $35

Consult The Nurse
Before buying       FREE

Wiki Video

## Site Map Tree

FAQ
Medical
Compare
Research

---

### Terms of Visiting This Site

*RESULTS MAY VARY
The site intends to introduce an advanced alternative to the dangerous weight loss surgeries such as gastric bypass, lap band, gastric sleeve, etc. FDA has not evaluated statements on this site and the Formula does not diagnose, treat, cure, or prevent any disease. Consuming the Formula without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by the Terms page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users to succeed in losing weight. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for any claims can be found in the Research section. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. Lap Band® is a registered trademark owned by Allergan, Inc. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement. Shrinking stomach and mini stomach are trade marks just as over 10 others protected trade marks and are not intended to represent a medical state.*V2 Aug2012

**The BBB logo is a trademark owned by the Better Business Bureau. Roca Labs is not endorsed by or affiliated with the Better Business Bureau. The article should clarify the reliably of this entity.

Copyright © 2009-2012 Roca Labs, Inc. All rights reserved.

PX6-342

11/25/2013 1:39 PM
FTC-SKING-000023