# PX6(5)

# (PX6-613 through PX6-713)

# Excerpts and Exhibits From Corporate Defendants' 30(b)(6) Deposition (2/15/17-2/16/17)

| | | |
|---|---|---|
| 126. | Mini Gastric Bypass $640 | No Surgery- Natural, Fast & Powerful Make your Stomach Size Small Now! |
| 127. | Mini Gastric Bypass $640 | No Surgery- Natural, Fast & Powerful Make your Stomach Size Small Now! |
| 128. | Mini Gastric Bypass® $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 129. | Mini Gastric Bypass $640 | No Surgery- Natural, Fast & Powerful Make your Stomach Size Small Now! |
| 130. | Extreme Weight Loss $640 | Roca Labs® replaces gastric bypass! Works from day 1- Order Now |
| 131. | Gastric Bypass Alternate | Small stomach results - No surgery Roca Labs® Formula Costs Only $640 |
| 132. | Mini Gastric Bypass $640 | No Surgery- Natural, Fast & Powerful Make your Stomach Size Small Now! |
| 133. | Extreme Weight Loss $640 | Roca Labs® replaces gastric bypass! Works from day 1- Order Now |
| 134. | Gastric Bypass Alternate | Small stomach results - No surgery Roca Labs® Formula Costs Only $640 |
| 135. | Mini Gastric Bypass $640 | No Surgery- Natural, Fast & Powerful Make your Stomach Size Small Now! |
| 136. | Mini Gastric Bypass $640 | No Surgery- Natural, Fast & Powerful Make your Stomach Size Small Now! |
| 137. | Need to Lose Weight? | Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now |
| 138. | Mini Gastric Bypass $640 | No Surgery- Natural, Fast & Powerful Make your Stomach Size Small Now! |
| 139. | Mini Gastric Bypass® $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 140. | Avoid Liposuction Risks | Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today! |
| 141. | Mini Gastric Bypass $640 | No Surgery- Natural, Fast & Powerful Make your Stomach Size Small Now! |
| 142. | Mini Gastric Bypass $640 | No Surgery- Natural, Fast & Powerful Make your Stomach Size Small Now! |
| 143. | Struggling with Obesity? | Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today! |
| 144. | Morbid Obesity Solution | Small stomach results - No surgery Roca Labs® Formula Costs Only $640 |
| 145. | Mini Gastric Bypass $640 | No Surgery- Natural, Fast & Powerful Make your Stomach Size Small Now! |
| 146. | Mini Gastric Bypass® | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 147. | Mini Gastric Bypass® $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 148. | Liposuction Alternative | Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today! |
| 149. | Mini Gastric Bypass $640 | No Surgery- Natural, Fast & Powerful Make your Stomach Size Small Now! |
| 150. | Mini Gastric Bypass® $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 151. | RocaLabs® Mini Bypass | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 152. | Liposuction Alternative | Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today! |

| | | |
|---|---|---|
| 153. | Mini Gastric Bypass $640 | No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now! |
| 154. | Extreme Weight Loss $640 | Roca Labs® replaces Stomach Staple! Works from day 1- Order Now |
| 155. | Stomach Staple Alternate | Small stomach results - No surgery Roca Labs® Formula Costs Only $640 |
| 156. | Liposuction Alternative | Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today! |
| 157. | Mini Gastric Bypass $640 | No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now! |
| 158. | Need to Lose Weight? | Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now |
| 159. | Mini Gastric Bypass® $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 160. | Avoid Liposuction Risks | Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today! |
| 161. | Mini Gastric Bypass $640 | No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now! |
| 162. | Extreme Weight Loss $640 | Roca Labs® replaces gastric bypass! Works from day 1- Order Now |
| 163. | Avoid Weight Loss Surgery | Gastric Bypass No surgery-only $640 Roca Labs® creates small stomach ! |
| 164. | Avoid Liposuction Risks | Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today! |
| 165. | Mini Gastric Bypass $640 | No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now! |
| 166. | Avoid Liposuction Risks | Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today! |
| 167. | Mini Gastric Bypass $640 | No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now! |
| 168. | Struggling with Obesity? | Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today! |
| 169. | Morbid Obesity Solution | Small stomach results - NO surgery Roca Labs® Formula Costs Only $640 |
| 170. | Extreme Weight Loss $640 | Roca Labs® replaces gastric bypass! Works from day 1- Order Now |
| 171. | Struggling with Obesity? | Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today! |
| 172. | Morbid Obesity Solution | Small stomach results - NO surgery Roca Labs® Formula Costs Only $640 |
| 173. | Extreme Weight Loss $640 | Roca Labs® replaces gastric bypass! Works from day 1- Order Now |
| 174. | Struggling with Obesity? | Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today! |
| 175. | Morbid Obesity Solution | Small stomach results - NO surgery Roca Labs® Formula Costs Only $640 |
| 176. | Extreme Weight Loss $640 | Roca Labs® replaces gastric bypass! Works from day 1- Order Now |
| 177. | Struggling with Obesity? | Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today! |
| 178. | Morbid Obesity Solution | Small stomach results - NO surgery Roca Labs® Formula Costs Only $640 |
| 179. | Extreme Weight Loss $640 | Roca Labs® replaces gastric bypass! Works from day 1- Order Now |

180. Need to Lose Weight?    Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

181. Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

182. Mini Gastric Bypass® $640    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

183. Need to Lose Weight?    Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

184. Mini Gastric Bypass® $640    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

185. Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

186. Stomach Staple Alternate Small stomach results - NO surgery Roca Labs® Formula Costs Only $640

187. Extreme Weight Loss $640    Roca Labs® replaces Stomach Staple! Works from day 1- Order Now

188. Avoid Stomach Stapling    Gastric Bypass No surgery-only $640 Roca Labs® creates small stomach !

189. Need to Lose Weight?    Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

190. Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

191. Need to Lose Weight?    Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

192. Mini Gastric Bypass® $640    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

193. Extreme Weight Loss $640    Roca Labs® replaces gastric bypass! Works from day 1- Order Now

194. Avoid Weight Loss Surgery    Gastric Bypass NO surgery-only $640 Roca Labs® creates small stomach !

195. Extreme Weight Loss $640    Roca Labs® replaces gastric bypass! Works from day 1- Order Now

196. Avoid Weight Loss Surgery    Gastric Bypass NO surgery-only $640 Roca Labs® creates small stomach !

197. RocaLabs Mini Bypass $480    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

198. {KeyWord:RocaLabs® Mini Bypass}    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

199. RocaLabs Mini Bypass $480    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

200. {KeyWord:RocaLabs® Mini Bypass}    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

201. RocaLabs Mini Bypass $480    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

202. {KeyWord:RocaLabs® Mini Bypass}    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

203. RocaLabs Mini Bypass $480    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

204. {KeyWord:RocaLabs® Mini Bypass}    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

205. RocaLabs Mini Bypass $480    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

206. {KeyWord:RocaLabs® Mini Bypass}    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

207. RocaLabs Mini Bypass $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

208. {KeyWord:RocaLabs® Mini Bypass}      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

209. RocaLabs Mini Bypass $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

210. {KeyWord:RocaLabs® Mini Bypass}      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

211. RocaLabs Mini Bypass $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

212. {KeyWord:RocaLabs® Mini Bypass}      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

213. RocaLabs Mini Bypass $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

214. {KeyWord:RocaLabs® Mini Bypass}      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

215. RocaLabs Mini Bypass $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

216. {KeyWord:RocaLabs® Mini Bypass}      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

217. RocaLabs Mini Bypass $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

218. {KeyWord:RocaLabs® Mini Bypass}      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

219. Extreme Weight Loss $480      Gastric Bypass Formula No surgery ! Immediate Weight loss from day ONE

220. RocaLabs Mini Bypass $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

221. {KeyWord:RocaLabs® Mini Bypass}      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

222. Dangerous Gastric Surgery      +New: Safer Cheaper Alternative non-surgical small stomach $740

223. Better than {KeyWord:Surgery}   Extreme-Fast Weight Loss NO Surgery Immediate Small Stomach - only $480

224. Better than Surgery- $480      Extreme Fast Weight Loss No Surgery Better than {Keyword:gastric bypass}

225. Extreme Fast Weight Loss      Better than {Keyword:gastric Bypass} Immediate Small Stomach - only $480

226. GastricBypass AlternativeExtreme Fast Weight Loss No Surgery Immediate Small Stomach - only $640

227. Must Lose 65 to 200 lbs ?Gastric Bypass Results - No surgery Immediate Small Stomach - only $480

228. Gastric bypass NO surgery      Better than {Keyword:gastric bypass} Safer-Cheaper $480

229. {keyword:No Surgery Small Stomach}   Gastric Bypass Results - only $640 +Extreme Fast Weight Loss Surgery

230. Better than Surgery- $680      Extreme Fast Weight Loss No Surgery Better than {Keyword:gastric bypass}

231. Extreme Fast Weight Loss      Better than {Keyword:gastric Bypass} Immediate Small Stomach - only $640

232. The Surgery is Dangerous      Better than {Keyword:gastric bypass} Better-Faster- Cheaper-Safer result

233. Safer Surgery Alternative only $480 - Better than {Keyword:gastric Bypass} Immediate Small Stomach

PX6-616

| | | |
|---|---|---|
| 234. | Lose Weight Breastfeeding | SafeFast gastric bypass effect $480 Best {Keyword:lose weight} |
| 235. | {Keyword:Diabetes weight loss} | Better: gastric bypass No surgery ! Approved: Roca Labs® Formula diet |
| 236. | Extreme Weight Loss $480 | Better than {Keyword:weight loss} Strong: gastric bypass results ! |
| 237. | Fat kids suffer-change it  {Keyword:Weight loss Kids obesity} $480 Approved fast gastric bypass effect | |
| 238. | Extreme Weight Loss $480 | Better than {Keyword:weight loss} Strong: gastric bypass results ! |
| 239. | Extreme Weight Loss 4 men | Strong-Approved-Immediate results Gastric bypass (NO surgery) = $480 |
| 240. | Pregnancy safe WeightLoss | {Keyword:pregnancy weight loss} Approved gastric bypass effect $480 |
| 241. | Seniors Weight Loss $480 | gastric bypass NO surgery Formula {Keyword:Senior-weight-loss} |
| 242. | Effective Teen WeightLoss | Effective {Keyword:Teen weight loss} NEW gastric bypass NO surgery $480 |
| 243. | Women Extreme Weight Loss | Best {Keyword:weight loss for women} Fast Gastric Bypass NO surgery $480 |
| 244. | RocaLabs Mini Bypass $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 245. | {KeyWord:RocaLabs® Mini Bypass} | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 246. | RocaLabs Mini Bypass $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 247. | {KeyWord:RocaLabs® Mini Bypass} | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 248. | RocaLabs Mini Bypass $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 249. | {KeyWord:RocaLabs® Mini Bypass} | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 250. | RocaLabs Mini Bypass $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 251. | {KeyWord:RocaLabs® Mini Bypass} | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 252. | RocaLabs Mini Bypass $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 253. | {KeyWord:RocaLabs® Mini Bypass} | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 254. | RocaLabs Mini Bypass $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 255. | {KeyWord:RocaLabs® Mini Bypass} | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 256. | RocaLabs Mini Bypass $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 257. | {KeyWord:RocaLabs® Mini Bypass} | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 258. | RocaLabs Mini Bypass $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 259. | {KeyWord:RocaLabs® Mini Bypass} | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 260. | RocaLabs Mini Bypass $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |

PX6-617

261. {KeyWord:RocaLabs® Mini Bypass}       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.
262. RocaLabs Mini Bypass $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.
263. {KeyWord:RocaLabs® Mini Bypass}       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.
264. RocaLabs Mini Bypass $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.
265. {KeyWord:RocaLabs® Mini Bypass}       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.
266. Extreme Weight Loss $480     Gastric Bypass Formula No surgery ! Immediate Weight loss from day ONE
267. RocaLabs Mini Bypass $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.
268. {KeyWord:RocaLabs® Mini Bypass}       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.
269. {Keyword:health insurance discount}     gastric bypass results: only $480 Roca Labs® w your health insurance
270. Extreme Weight Loss $480     Roca Labs® replaces gastric bypass! Works from day 1- approved - Strong
271. Gastric Bypass Alternate  No Surgery Weight Loss Formula Cost Only $480 Compared To $15,000
272. Gastric results cost $480  Avoid Risky & Expensive surgery ! Roca Labs® Formula: fast weightloss
273. Gastric Bypass Alternate  Small stomach results - No surgery Roca Labs® Formula Costs Only $480
274. Avoid: {Keyword: complications}  Gastric Bypass No surgery-only $480 Roca Labs® creates small stomach !
275. {Keyword:insurance discount}     Approved: gastric bypass No surgery only $480 wth your health insurance
276. No surgery Solution $480 {Keyword:gastric bypass complications} Roca Labs® creates small stomach !
277. Success Stories Videos   Roca Labs® {Keyword:success story} gastric bypass solution: No surgery
278. Avoid risky surgery     The alternative: Roca Labs® Formula Gastric Bypass Results - No surgery
279. {Keyword:lapband}?     Better: gastric bypass No surgery only $480 wth your health insurance
280. Great Bargains     Get awesome results for cheap
281. Gastric Bypass NO surgery     Extreme weight loss $480. Better, safer, cheaper than bariatric surgery
282. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more
283. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery
284. Gastric Bypass NO Surgery     Official Site. Gastric Capacity Reduction. $150x3 payments
285. #1 Weight Loss Calculator     Get Gastric Bypass NO Surgery. Now for as low as $130x3 payments
286. Extreme Weight Loss     Learn how Bry lost 200 lbs WITHOUT Surgery! Regimen as low as $130x3/mo
287. Extreme Weight Loss     Watch success stories. Users recorded 80 to 200 lbs weight loss

PX6-618

288. Extreme Weight Loss        Watch success stories. Users recorded 80 to 200 lbs weight loss

289. Extreme Weight Loss        Watch how Bry lost 200 lbs WITHOUT surgery. Cost starts $130x3 payments

290. GastricBypass Effect $480        Powerful Natural Formula -20% Stomach Size -Forces You To Eat 50% Less

291. Better Than GastricBypass        No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480!

292. Gastric Bypass No Surgery        Natural Formula creates same effect! Forces 20% stomach size Only $480

293. GastricBypass Effect $480        Powerful Natural Formula - 20% Stomach Size - Forces You 2 Eat 50%

294. Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

295. Are you qualified? Learn how they lost 80-200 lbs without surgery. Regimen starts $450

296. Gastric Bypass No Surgery        Official Site: Gastric Capacity Reduction without Surgery - Learn more

297. Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity without surgery

298. W/o Weight Loss Surgery?        Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

299. Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

300. Gastric Bypass No Surgery        Natural Formula Creates Same Effect! Forces 20% Stomach Size Only $480

301. GastricBypass Effect $480        Powerful Natural Formula - 20% Stomach Size - Forces You 2 Eat 50%

302. Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

303. Gastric Bypass No Surgery        Official Site: Gastric Capacity Reduction without Surgery - Learn more

304. Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity without surgery

305. W/o Weight Loss Surgery?        Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

306. Are you qualified? Learn how they lost 80-200 lbs without surgery. Regimen starts $450

307. Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

308. Gastric Bypass No Surgery        New: extreme & immediate gastric bypass to shrink stomach- only $480

309. Gastric Bypass No Surgery        No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480!

310. Gastric Bypass No Surgery        Natural Formula Creates Same Effect! Forces 20% Stomach Size. Only $480

311. GastricBypass Effect $480        New: No surgery. Powerful Natural Formula shrinks stomach from day 1

312. Gastric Bypass No Surgery        New: extreme & immediate gastric bypass to shrink stomach- only $480

313. Gastric Bypass No Surgery        No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480!

314. Powerful Diet In USA        Gastric Bypass Effect - No Surgery -Cost $480- Strong & Immediate -New

315. Gastric Bypass No Surgery        No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480!

316. Powerful Diet In Canada   Gastric Bypass Effect - No Surgery -Cost $480 -Strong & Immediate -New

317. Gastric Bypass No Surgery        No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480!

318. Gastric Bypass No Surgery        Natural Formula Creates Same Effect! Forces 20% Stomach Size Only $480

319. GastricBypass Effect $480        Powerful Natural Formula -20% Stomach Size -Forces You 2 Eat 50% Less!

320. Better Than GastricBypass        No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480!

321. Gastric Bypass No Surgery        No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480!

322. Gastric Bypass No Surgery        Natural Formula Creates Same Effect! Forces 20% Stomach Size Only $480

323. GastricBypass Effect $480        Powerful Natural Formula -20% Stomach Size -Forces You 2 Eat 50% Less!

324. Gastric Bypass NO surgery        Natural Formula Creates Same Effect! Forces 20% Stomach Size Only $480

325. GastricBypass Effect $480        Powerful Natural Formula - 20% Stomach Size - Forces You 2 Eat 50%

326. Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

327. Are you qualified? Learn how they lost 80-200 lbs without surgery. Regimen starts $450

328. Gastric Bypass No Surgery        Official Site: Gastric Capacity Reduction without Surgery - Learn more

329. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

330. W/o Weight Loss Surgery?        Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

331. Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

332. Are you qualified? Learn how they lost 80-200 lbs without surgery. Regimen starts $450

333. Gastric Bypass No Surgery        Official Site: Gastric Capacity Reduction without Surgery - Learn more

334. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

335. W/o Weight Loss Surgery?        Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

336. Natural Gastric Bypass     Gastric Bypass Alternative! -- With Health Insurance: Only $480!

337. Gastric Bypass No Surgery        No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480!

338. Powerful Diet In Canada   Gastric Bypass Effect - No Surgery -Cost $480 -Strong & Immediate -New

339. Gastric Bypass No Surgery        No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480!

340. Gastric Bypass No Surgery        Natural Formula Creates Same Effect! Forces 20% Stomach Size Only $480

341. GastricBypass Effect $480        Powerful Natural Formula -20% Stomach Size -Forces You 2 Eat 50% Less!

PX6-620

| 342. | Better Than GastricBypass | No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480! |
| 343. | Gastric Bypass No Surgery | No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480! |
| 344. | Gastric Bypass No Surgery | Natural Formula Creates Same Effect! Forces 20% Stomach Size Only $480 |
| 345. | GastricBypass Effect $480 | Powerful Natural Formula -20% Stomach Size -Forces You 2 Eat 50% Less! |
| 346. | Gastric Bypass No Surgery | No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480! |
| 347. | Gastric Bypass No Surgery | No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480! |
| 348. | Powerful Diet In Canada | Gastric Bypass Effect - No Surgery -Cost $480 -Strong & Immediate -New |
| 349. | Gastric Bypass No Surgery | No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480! |
| 350. | Gastric Bypass No Surgery | Natural Formula Creates Same Effect! Forces 20% Stomach Size Only $480 |
| 351. | GastricBypass Effect $480 | Powerful Natural Formula -20% Stomach Size -Forces You 2 Eat 50% Less! |
| 352. | Better Than GastricBypass | No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480! |
| 353. | Gastric Bypass No Surgery | No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480! |
| 354. | Gastric Bypass No Surgery | Natural Formula Creates Same Effect! Forces 20% Stomach Size Only $480 |
| 355. | GastricBypass Effect $480 | Powerful Natural Formula -20% Stomach Size -Forces You 2 Eat 50% Less! |
| 356. | Gastric Bypass No Surgery | Natural Formula Creates Same Effect! Forces 20% Stomach Size Only $480 |
| 357. | GastricBypass Effect $480 | Powerful Natural Formula - 20% Stomach Size - Forces You 2 Eat 50% |
| 358. | Gastric Bypass No Surgery | Natural Formula creates same effect! Forces 20% stomach size Only $480 |
| 359. | GastricBypass Effect $480 | Powerful Natural Formula - 20% Stomach Size - Forces You 2 Eat 50% |
| 360. | Gastric Bypass No Surgery | Natural Formula Creates Same Effect! Forces 20% Stomach Size Only $480 |
| 361. | GastricBypass Effect $480 | Powerful Natural Formula - 20% Stomach Size - Forces You 2 Eat 50% |
| 362. | Need to Lose Weight? | No Surgery! Gastric Capacity Reduction - $4/day |
| 363. | Are you qualified? Learn how they lost 80-200 lbs without surgery. Regimen starts $450 | |
| 364. | Gastric Bypass No Surgery | Official Site: Gastric Capacity Reduction without Surgery - Learn more |
| 365. | Roca Labs® Official Site | Only $450. Designed to reduce gastric capacity without surgery |
| 366. | W/o Weight Loss Surgery? | Learn how they lost 80-200 lbs without surgery. Regimen starts at $450 |
| 367. | Gastric Bypass No Surgery | Natural Formula creates same effect! Forces 20% stomach size Only $480 |
| 368. | GastricBypass Effect $480 | Powerful Natural Formula - 20% Stomach Size - Forces You 2 Eat 50% |

369. Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

370. Are you qualified? Learn how they lost 80-200 lbs without surgery. Regimen starts $450

371. Gastric Bypass No Surgery     Official Site: Gastric Capacity Reduction without Surgery - Learn more

372. Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity without surgery

373. W/o Weight Loss Surgery?     Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

374. GastricBypass Effect $480     New: No surgery. Powerful Natural Formula shrinks stomach from day 1

375. Better Than GastricBypass     No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480!

376. Best USA Weight Loss $640     No Surgery! Immediate. Gastric Bypass Formula with FREE global ship!

377. Gastric Bypass No Surgery     Natural Formula Creates Same Effect! Forces 20% Stomach Size. Only $480

378. Extreme Weight Loss $640     New. No surgery. Powerful Natural Formula forces you to eat HALF.

379. Best USA Weight Loss     No Surgery! Gastric Bypass Formula. Only $640 with FREE global ship!

380. Gastric Bypass No Surgery     Natural Formula Creates Same Effect! Forces 20% Stomach Size Only $480

381. GastricBypass Effect $480     Powerful Natural Formula -20% Stomach Size -Forces You To Eat 50% Less

382. Better Than GastricBypass     No Surgery! Gastric Bypass Formula. With Health Insurance: Only $480!

383. Non-Surgery Weight LossGastric Bypass - No Surgery $480. Reduce Stomach Size & Lose Weight.

384. Surgery Strength Diet     Mini Gastric Bypass - No Surgery! Reduce Stomach Size & Lose Weight.

385. Need a Diet That Works? Gastric Bypass - No Surgery $480. Reduce Stomach Size & Lose Weight.

386. Extreme Weight Loss     Roca Labs Gastric Bypass - No Surgery! Reduce Stomach Size immediately

387. Mini Gastric Bypass     Better Than Surgery - Same Effect! Reduce Stomach Size & Lose Weight.

388. New: Gastric Bypass $480     Better & safer than Surgery: Reduce Stomach Size without the surgery

389. Roca Labs Gastric Bypass®     Better Than Surgery - Same Effect! Reduce Stomach Size & Lose Weight.

390. Roca Labs Gastric Bypass®     Better Than Surgery - Only $480! Reduce Stomach Size & Lose Weight.

391. Roca Labs Gastric Bypass®     Better Than Surgery - Same Effect! Reduce Stomach Size & Lose Weight.

392. Roca Labs Gastric Bypass®     Better Than Surgery - Only $480! Reduce Stomach Size & Lose Weight.

393. Don't Staple Your Stomach     Better Than Surgery - Only $480! Reduce Stomach Size & Lose Weight.

394. Don't Staple Your Stomach     New - No Surgery: Small Stomach Size from day 1 with Roca Labs

395. Extreme Fast Weight Loss     Better Than Surgery - Only $480! Reduce Stomach Size & Lose Weight.

PX6-622

396.   Gastric Bypass NO surgery       Better Than Surgery - Only $480! Reduce Stomach Size & Lose Weight.

397.   Better than {KeyWord}       Better than surgery! Reduce stomach size & lose weight from day1

398.   Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

399.   Mini Gastric Bypass®       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

400.   RocaLabs Mini Bypass $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

401.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

402.   Surgery Strength Diet       Gastric Bypass - No Surgery $480. Reduce Stomach Size & Lose Weight.

403.   Surgery Strength Diet       Mini Gastric Bypass - No Surgery! Reduce Stomach Size & Lose Weight.

404.   Need a Diet That Works? Gastric Bypass - No Surgery $480. Reduce Stomach Size & Lose Weight.

405.   Need a Diet That Works? Mini Gastric Bypass - No Surgery! Reduce Stomach Size & Lose Weight.

406.   Better than GastricBypass       Better Than Surgery - Same Effect! Reduce Stomach Size & Lose Weight.

407.   Better than GastricBypass       Better Than Surgery - Only $480! Reduce Stomach Size & Lose Weight.

408.   Mini Gastric Bypass®       Better Than Surgery - Same Effect! Reduce Stomach Size & Lose Weight.

409.   Mini Gastric Bypass®       Better Than Surgery - Only $480! Reduce Stomach Size & Lose Weight.

410.   Mini Gastric Bypass® $480       Better Than Surgery - Same Effect! Reduce Stomach Size & Lose Weight.

411.   Mini Gastric Bypass®       Better Than Surgery - Only $480! Reduce Stomach Size & Lose Weight.

412.   Don't Staple Your Stomach       Better Than Surgery - Only $480! Reduce Stomach Size & Lose Weight.

413.   Don't Staple Your Stomach       Better Than Surgery - Same Effect! Reduce Stomach Size & Lose Weight.

414.   Weight Loss That Works   Better Than Surgery - Only $480! Reduce Stomach Size & Lose Weight.

415.   GastricBypass Weight Loss       Better Than Surgery - Only $480! Reduce Stomach Size & Lose Weight.

416.   Weight Loss That Works   Better Than Surgery - Same Effect! Reduce Stomach Size & Lose Weight.

417.   Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

418.   Mini Gastric Bypass®       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

419.   RocaLabs Mini Bypass $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

420.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

421.   Gastric Bypass No Surgery       Gastric Bypass Effect - Forces 20% stomach size Only $480

422.   Gastric Bypass Effect       Natural Gastric Bypass - Forces 20% stomach size Only $480

PX6-623

423.    RocaLabs Mini Bypass $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

424.    RocaLabs® Official Site   Gastric Bypass No Surgery Formula. Reduce Stomach Size & Lose Weight.

425.    Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

426.    Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

427.    Extreme Weight Loss $480     Roca Labs® replaces gastric bypass! Works from day 1- Order Now

428.    Avoid Weight Loss Surgery     Gastric Bypass NO surgery-only $480 Roca Labs® creates small stomach !

429.    Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

430.    Best/Fastest Weight Loss Extreme Fast Weight Loss No Surgery Gastric Bypass Results - only $640

431.    Fat Is Ugly & Unhealthy   You need Surgical Strength Solution Better than: {keyword:gastric bypass}

432.    Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

433.    Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

434.    Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

435.    Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

436.    Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

437.    Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

438.    Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

439.    Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

440.    Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

441.    Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

442.    Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

443.    Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

444.    Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

445.    Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

446.    Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

447.    Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

448.    Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

449.    Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

PX6-624

450. Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

451. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

452. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

453. Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

454. Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

455. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

456. Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

457. Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

458. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

459. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

460. Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

461. Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

462. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

463. Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

464. Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

465. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

466. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

467. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

468. Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

469. Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

470. Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

471. Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

472. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

473. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

474. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

475. Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

476. Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

PX6-625

477. Need to Lose Weight?    No Surgery! Gastric Capacity Reduction - $4/day

478. Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

479. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

480. Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity without surgery

481. Natural Gastric Bypass    No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

482. Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

483. Need to Lose Weight?    Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

484. Need to Lose Weight?    No Surgery! Gastric Capacity Reduction - $4/day

485. Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

486. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

487. Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity without surgery

488. Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

489. Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

490. Need to Lose Weight?    Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

491. Need to Lose Weight?    No Surgery! Gastric Capacity Reduction - $4/day

492. Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

493. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

494. Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity without surgery

495. Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

496. Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

497. Need to Lose Weight?    Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

498. Need to Lose Weight?    No Surgery! Gastric Capacity Reduction - $4/day

499. Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

500. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

501. Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity without surgery

502. Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

503. Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

504. Need to Lose Weight?        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

505. New Fast Weight Loss        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

506. Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

507. Is Surgery Really Needed?        They lost 80-200 lbs without surgery. Learn how

508. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

509. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

510. Gastric Bypass Only $480        No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

511. Gastric Bypass Only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

512. Need to Lose Weight?        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

513. Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

514. Is Surgery Really Needed?        They lost 80-200 lbs without surgery. Learn how

515. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

516. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

517. Gastric Bypass Only $480        No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

518. Gastric Bypass Only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

519. Need to Lose Weight?        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

520. Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

521. Is Surgery Really Needed?        They lost 80-200 lbs without surgery. Learn how

522. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

523. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

524. Gastric Bypass Only $480        No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

525. Gastric Bypass Only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

526. Need to Lose Weight?        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

527. Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

528. Is Surgery Really Needed?        They lost 80-200 lbs without surgery. Learn how

529. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

530. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

531.  Gastric Bypass Only $480        No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

532.  Gastric Bypass Only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

533.  Need to Lose Weight?        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

534.  Gastric Bypass Only $480        No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

535.  Gastric Bypass Only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

536.  Need to Lose Weight?        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

537.  Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

538.  Is Surgery Really Needed?        They lost 80-200 lbs without surgery. Learn how

539.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

540.  Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

541.  Gastric Bypass® only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight

542.  Gastric Bypass Only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

543.  Gastric Bypass Only $480        No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

544.  Need to Lose Weight?        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

545.  Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

546.  Is Surgery Really Needed?        They lost 80-200 lbs without surgery. Learn how

547.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

548.  Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

549.  Gastric Bypass Only $480        No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

550.  Gastric Bypass Only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

551.  Need to Lose Weight?        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

552.  Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

553.  Is Surgery Really Needed?        They lost 80-200 lbs without surgery. Learn how

554.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

555.  Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

556.  Gastric Bypass Only $480        No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

557.  Gastric Bypass Only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

558. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

559. Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

560. Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

561. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

562. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

563. Gastric Bypass only $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

564. Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

565. Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

566. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

567. Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

568. Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

569. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

570. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

571. Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

572. Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

573. Extreme Weight Lose $480     Works from day one like surgery Gastric Bypass without the surgery

574. Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

575. Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

576. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

577. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

578. Gastric Bypass Only $480     No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

579. Gastric Bypass Only $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

580. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

581. Need to Lose Weight?     No Surgery! Gastric Capacity Reduction - $4/day

582. Is Surgery Really Needed?     They lost 80-200 lbs without surgery. Learn how

583. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

584. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

PX6-629

585. Gastric Bypass Only $480      No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

586. Gastric Bypass Only $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

587. Need to Lose Weight?      Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

588. Need to Lose Weight?      No Surgery! Gastric Capacity Reduction - $4/day

589. Is Surgery Really Needed?      They lost 80-200 lbs without surgery. Learn how

590. Roca Labs $450      Official Site: No Surgery! Gastric Capacity Reduction - Learn more

591. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

592. Gastric Bypass Only $480      No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

593. Gastric Bypass Only $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

594. Need to Lose Weight?      Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

595. Need to Lose Weight?      No Surgery! Gastric Capacity Reduction - $4/day

596. Is Surgery Really Needed?      They lost 80-200 lbs without surgery. Learn how

597. Roca Labs $450      Official Site: No Surgery! Gastric Capacity Reduction - Learn more

598. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

599. Gastric Bypass Only $480      No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

600. Gastric Bypass Only $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

601. Need to Lose Weight?      Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

602. Need to Lose Weight?      No Surgery! Gastric Capacity Reduction - $4/day

603. Is Surgery Really Needed?      They lost 80-200 lbs without surgery. Learn how

604. Roca Labs $450      Official Site: No Surgery! Gastric Capacity Reduction - Learn more

605. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

606. Gastric Bypass Only $480      No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

607. Gastric Bypass Only $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

608. Need to Lose Weight?      Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

609. Need to Lose Weight?      No Surgery! Gastric Capacity Reduction - $4/day

610. Is Surgery Really Needed?      They lost 80-200 lbs without surgery. Learn how

611. Roca Labs $450      Official Site: No Surgery! Gastric Capacity Reduction - Learn more

PX6-630

612.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

613.   Gastric Bypass Only $480        No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

614.   Gastric Bypass Only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

615.   Need to Lose Weight?        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

616.   Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

617.   Is Surgery Really Needed?        They lost 80-200 lbs without surgery. Learn how

618.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

619.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

620.   Gastric Bypass Only $480        No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

621.   Gastric Bypass Only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

622.   Need to Lose Weight?        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

623.   Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

624.   Is Surgery Really Needed?        They lost 80-200 lbs without surgery. Learn how

625.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

626.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

627.   Gastric Bypass Only $480        No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

628.   Gastric Bypass Only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

629.   Need to Lose Weight?        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

630.   Need to Lose Weight?        No Surgery! Gastric Capacity Reduction - $4/day

631.   Is Surgery Really Needed?        They lost 80-200 lbs without surgery. Learn how

632.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

633.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity without surgery

634.   Gastric Bypass® only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight

635.   Gastric Bypass Only $480        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

636.   Gastric Bypass Only $480        No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

637.   Need to Lose Weight?        Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

638.   Gastric Bypass® only $480        Natural Gastric Bypass by Roca Labs® - Lose weight NOW!

PX6-631

| | | |
|---|---|---|
| 639. | Gastric Bypass NO Surgery | Gastric Bypass Alternative - Roca Labs® - Lose weight without Surgery! |
| 640. | Need to Lose Weight? | NEW Gastric Bypass Surgery Alternative - NO Surgery weight loss |
| 641. | Avoid Gastric Bypass | Better: Gastric Bypass NO surgery ! Roca Labs® Extreme Weight Loss $480 |
| 642. | Mini Gastric Bypass $480 | No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now! |
| 643. | Gastric Bypass Alternate | Small stomach results - No surgery Roca Labs® Formula Costs Only $480 |
| 644. | Gastric Bypass Alternate | No Surgery Weight Loss Formula Cost Only $480 compared to $15,000 |
| 645. | Gastric results cost $480 | Avoid Risky & Expensive surgery Roca Labs® Formula: fast weightloss |
| 646. | Extreme Weight Loss $480 | Roca Labs® replaces gastric bypass Works from day 1- approved - Strong |
| 647. | {Keyword:health insurance} | gastric bypass results: only $480 Roca Labs® w your health insurance |
| 648. | {Keyword:health insurance discount} | gastric bypass results: only $480 Roca Labs® w your health insurance |
| 649. | {Keyword:insurance discount} | Approved: gastric bypass NO surgery only $480 wth your health insurance |
| 650. | Gastric Bypass Alternate | Small stomach results - No surgery Roca Labs® Formula Costs Only $480 |
| 651. | Avoid pain& RISKY surgery | The alternative: Roca Labs® Formula Gastric Bypass Results - NO surgery |
| 652. | Avoid: {Keyword: complications} | Gastric Bypass NO surgery-only $480 Roca Labs® creates small stomach ! |
| 653. | Extreme Weight Loss $480 | Roca Labs® replaces gastric bypass Works from day 1- approved - Strong |
| 654. | NO surgery Solution $480 | {Keyword:gastric bypass complications} Roca Labs® creates small stomach |
| 655. | Gastric Bypass Alternate | No Surgery Weight Loss Formula Cost Only $480 compared To $15,000 |
| 656. | Gastric results cost $480 | Avoid Risky & Expensive surgery Roca Labs® Formula: fast weightloss |
| 657. | why {Keyword:lapband}? | Better: gastric bypass No surgery only $480 wth your health insurance |
| 658. | Video of Success Stories | Roca Labs® {Keyword:success story} gastric bypass solution: No surgery |
| 659. | Avoid Gastric Bypass | Better: Gastric Bypass NO surgery ! Roca Labs® Extreme Weight Loss $480 |
| 660. | Mini Gastric Bypass $480 | No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now! |
| 661. | Avoid Gastric Bypass | Better: Gastric Bypass NO surgery ! Roca Labs® Extreme Weight Loss $480 |
| 662. | Mini Gastric Bypass $480 | No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now! |
| 663. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 664. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 665. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |

PX6-632

| | | |
|---|---|---|
| 666. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 667. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 668. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 669. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 670. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 671. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 672. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 673. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 674. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 675. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 676. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 677. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 678. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 679. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 680. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 681. | Better than {Keyword:gastricbypass} | Extreme Weight Loss $680 inc. FedEx Gastric Bypass No surgery from USA |
| 682. | Mini Gastric Bypass: $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 683. | Mini Gastric Bypass | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 684. | Mini Gastric Bypass® | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 685. | Mini Gastric Bypass® $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 686. | Mini Gastric Bypass $480 | No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now! |
| 687. | Need to Lose Weight? | Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now |
| 688. | Mini Gastric Bypass® $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 689. | RocaLabs Mini Bypass | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 690. | RocaLabs® Mini Bypass | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 691. | RocaLabs Mini Bypass $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 692. | Mini Gastric Bypass® $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |

PX6-633

693.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

694.  Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

695.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

696.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

697.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

698.  Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

699.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

700.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

701.  Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

702.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

703.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

704.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

705.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

706.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

707.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

708.  Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

709.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

710.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

711.  Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

712.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

713.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

714.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

715.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

716.  Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

717.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

718.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

719.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

720.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

721.   Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

722.   Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

723.   Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

724.   Mini Gastric Bypass® $640     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

725.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

726.   Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

727.   Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

728.   Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

729.   Mini Gastric Bypass® $640     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

730.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

731.   Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

732.   Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

733.   Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

734.   Mini Gastric Bypass® $640     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

735.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

736.   Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

737.   Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

738.   Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

739.   Mini Gastric Bypass® $640     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

740.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

741.   Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

742.   Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

743.   Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

744.   Mini Gastric Bypass® $640     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

745.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

746.   Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

747. Mini Gastric Bypass® $480         Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

748. Need to Lose Weight?         Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

749. Mini Gastric Bypass® $640         Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

750. RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

751. Gastrectomy Alternate     Small stomach results - NO surgery Roca Labs® Formula Costs Only $480

752. Extreme Weight Loss $480         Roca Labs® replaces gastric bypass! Works from day 1- Order Now

753. Avoid Gastrectomy Surgery         Gastric Bypass NO surgery-only $480 Roca Labs® creates small stomach !

754. Mini Gastric Bypass® $480         Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

755. Mini Gastric Bypass® $640         Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

756. RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

757. Gastric Banding Alternate Small stomach results - NO surgery Roca Labs® Formula Costs Only $480

758. Extreme Weight Loss $480         Roca Labs® replaces gastric bypass! Works from day 1- Order Now

759. Avoid Gastric Banding     Gastric Bypass NO surgery-only $480 Roca Labs® creates small stomach !

760. Mini Gastric Bypass® $480         Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

761. Mini Gastric Bypass® $640         Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

762. RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

763. Gastric Bypass Alternate   Small stomach results - NO surgery Roca Labs® Formula Costs Only $480

764. Extreme Weight Loss $480         Roca Labs® replaces gastric bypass! Works from day 1- Order Now

765. Mini Gastric Bypass® $480         Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

766. Mini Gastric Bypass® $640         Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

767. RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

768. Gastric Sleeve Alternate   Small stomach results - NO surgery Roca Labs® Formula Costs Only $480

769. Extreme Weight Loss $480         Roca Labs® replaces gastric bypass! Works from day 1- Order Now

770. Avoid Gastric Sleeve       Gastric Bypass NO surgery-only $480 Roca Labs® creates small stomach !

771. Mini Gastric Bypass® $480         Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

772. Mini Gastric Bypass® $640         Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

773. RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

774.  Extreme Weight Loss $480      Roca Labs® replaces gastric bypass! Works from day 1- Order Now

775.  Avoid Lap Band Surgery  Gastric Bypass NO surgery-only $480 Roca Labs® creates small stomach !

776.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

777.  Lap Band Alternate      Small stomach results - No surgery Roca Labs® Formula Costs Only $480

778.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

779.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

780.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

781.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

782.  Need to Lose Weight?      Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

783.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

784.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

785.  Need to Lose Weight?      Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

786.  Need to Lose Weight?      Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

787.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

788.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

789.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

790.  Need to Lose Weight?      Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

791.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

792.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

793.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

794.  Need to Lose Weight?      Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

795.  Need to Lose Weight?      Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

796.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

797.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

798.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

799.  Need to Lose Weight?      Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

800.  Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

801. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

802. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

803. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

804. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

805. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

806. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

807. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

808. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

809. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

810. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

811. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

812. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

813. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

814. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

815. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

816. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

817. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

818. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

819. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

820. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

821. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

822. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

823. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

824. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

825. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

826. Need to Lose Weight?     Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

827. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

PX6-638

828. Morbid Obesity Solution   Small stomach results - NO surgery Roca Labs® Formula Costs Only $480

829. Extreme Weight Loss $480   Roca Labs® replaces gastric bypass! Works from day 1- Order Now

830. Mini Gastric Bypass® $480   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

831. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

832. Mini Gastric Bypass® $480   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

833. Need to Lose Weight?   Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

834. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

835. Mini Gastric Bypass® $480   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

836. Need to Lose Weight?   Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

837. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

838. Need to Lose Weight?   Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

839. Mini Gastric Bypass® $480   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

840. Mini Gastric Bypass® $480   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

841. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

842. Need to Lose Weight?   Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

843. Stomach Staple Alternate Small stomach results - NO surgery Roca Labs® Formula Costs Only $480

844. Extreme Weight Loss $480   Roca Labs® replaces Stomach Staple! Works from day 1- Order Now

845. Avoid Stomach Stapling   Gastric Bypass No surgery-only $480 Roca Labs® creates small stomach !

846. Mini Gastric Bypass® $480   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

847. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

848. Mini Gastric Bypass® $480   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

849. Need to Lose Weight?   Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

850. Need to Lose Weight?   Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now

851. Mini Gastric Bypass® $480   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

852. Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

853. Mini Gastric Bypass® $480   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

854. Extreme Weight Loss $480   Roca Labs® replaces gastric bypass! Works from day 1- Order Now

PX6-639

| | | |
|---|---|---|
| 855. | Avoid Weight Loss Surgery | Gastric Bypass NO surgery-only $480 Roca Labs® creates small stomach ! |
| 856. | Mini Gastric Bypass® $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 857. | Need to Lose Weight? | Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now |
| 858. | Mini Gastric Bypass $480 | No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now! |
| 859. | Need to Lose Weight? | Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now |
| 860. | Mini Gastric Bypass $480 | No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now! |
| 861. | Mini Gastric Bypass® $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 862. | Mini Gastric Bypass® $480 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 863. | Need to Lose Weight? | Start Losing Weight From Day One! Mini Gastric Bypass- No Surgery Now |
| 864. | Mini Gastric Bypass $480 | No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now! |
| 865. | Mini Gastric Bypass | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 866. | Mini Gastric Bypass® | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 867. | Mini Gastric Bypass® $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 868. | Mini Gastric Bypass: $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 869. | RocaLabs Mini Bypass | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 870. | RocaLabs® Mini Bypass | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 871. | RocaLabs Mini Bypass $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 872. | RocaLabs® Mini Bypass | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 873. | Mini Gastric Bypass® $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 874. | Mini Gastric Bypass® $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 875. | RocaLabs® Mini Bypass | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 876. | Mini Gastric Bypass® $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 877. | RocaLabs® Mini Bypass | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 878. | Mini Gastric Bypass® $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 879. | RocaLabs® Mini Bypass | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 880. | Mini Gastric Bypass® $640 | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |
| 881. | RocaLabs® Mini Bypass | Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight. |

PX6-640

882.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

883.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

884.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

885.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

886.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

887.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

888.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

889.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

890.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

891.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

892.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

893.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

894.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

895.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

896.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

897.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

898.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

899.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

900.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

901.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

902.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

903.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

904.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

905.   Mini Gastric Bypass: $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

906.   Mini Gastric Bypass       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

907.   Mini Gastric Bypass®       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

908.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

PX6-641

909.  RocaLabs Mini Bypass      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

910.  RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

911.  RocaLabs Mini Bypass $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

912.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

913.  RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

914.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

915.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

916.  RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

917.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

918.  RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

919.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

920.  RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

921.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

922.  RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

923.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

924.  RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

925.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

926.  RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

927.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

928.  RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

929.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

930.  RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

931.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

932.  RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

933.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

934.  RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

935.  Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

PX6-642

936.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

937.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

938.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

939.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

940.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

941.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

942.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

943.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

944.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

945.   Mini Gastric Bypass: $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

946.   Mini Gastric Bypass      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

947.   Mini Gastric Bypass®      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

948.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

949.   RocaLabs Mini Bypass      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

950.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

951.   RocaLabs Mini Bypass $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

952.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

953.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

954.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

955.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

956.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

957.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

958.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

959.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

960.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

961.   Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

962.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

963. Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

964. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

965. Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

966. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

967. Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

968. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

969. Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

970. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

971. Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

972. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

973. Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

974. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

975. Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

976. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

977. Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

978. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

979. Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

980. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

981. Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

982. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

983. Mini Gastric Bypass® $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

984. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

985. Mini Gastric Bypass®      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

986. Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

987. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

988. RocaLabs Mini Bypass $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

989. Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

990.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

991.   Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

992.   Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

993.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

994.   Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

995.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

996.   Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

997.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

998.   Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

999.   RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1000.  Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1001.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1002.  Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1003.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1004.  Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1005.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1006.  Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1007.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1008.  Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1009.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1010.  Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1011.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1012.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1013.  RocaLabs Mini Bypass $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1014.  Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1015.  RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1016.  Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1017. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1018. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1019. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1020. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1021. Mini Gastric Bypass®     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1022. Mini Gastric Bypass     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1023. Mini Gastric Bypass: $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1024. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1025. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1026. RocaLabs Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1027. RocaLabs Mini Bypass $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1028. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1029. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1030. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1031. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1032. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1033. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1034. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1035. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1036. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1037. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1038. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1039. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1040. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1041. RocaLabs Mini Bypass $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1042. RocaLabs Mini Bypass $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1043. RocaLabs Mini Bypass $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1044.   Mini Gastric Bypass® $480          Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1045.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1046.   Mini Gastric Bypass® $480          Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1047.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1048.   Mini Gastric Bypass® $480          Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1049.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1050.   Mini Gastric Bypass® $480          Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1051.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1052.   Mini Gastric Bypass® $480          Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1053.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1054.   Mini Gastric Bypass® $480          Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1055.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1056.   RocaLabs® Official Site   Gastric Bypass No Surgery Formula. Reduce Stomach Size & Lose Weight.

1057.   RocaLabs® Official Site   Gastric Bypass No Surgery Formula. Reduce Stomach Size & Lose Weight.

1058.   RocaLabs® Official Site   Gastric Bypass No Surgery Formula. Reduce Stomach Size & Lose Weight.

1059.   Mini Gastric Bypass® $480          Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1060.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1061.   RocaLabs® Official Site   Gastric Bypass No Surgery Formula. Reduce Stomach Size & Lose Weight.

1062.   Mini Gastric Bypass® $480          Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1063.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1064.   Mini Gastric Bypass® $480          Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1065.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1066.   Mini Gastric Bypass® $480          Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1067.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1068.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1069.   RocaLabs Mini Bypass $480          Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1070.   Mini Gastric Bypass® $480          Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1071. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1072. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1073. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1074. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1075. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1076. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1077. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1078. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1079. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1080. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1081. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1082. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1083. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1084. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1085. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1086. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1087. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1088. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1089. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1090. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1091. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1092. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1093. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1094. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1095. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1096. Mini Gastric Bypass® $480     Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1097. RocaLabs® Mini Bypass  Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1098.   Mini Gastric Bypass® $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1099.   RocaLabs® Mini Bypass   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1100.   Avoid {KeyWord:Lap Band}      Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1101.   W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1102.   New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1103.   Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1104.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1105.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1106.   Obesity Treatment $480   Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1107.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1108.   Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1109.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1110.   New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1111.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1112.   W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1113.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1114.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1115.   Avoid {KeyWord:Lap Band}      Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1116.   W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1117.   New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1118.   Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1119.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1120.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1121.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1122.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1123.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1124.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1125. Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1126. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1127. New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1128. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1129. W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1130. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1131. No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1132. Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1133. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1134. New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1135. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1136. W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1137. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1138. No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1139. Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1140. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1141. New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1142. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1143. W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1144. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1145. No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1146. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1147. No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1148. Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1149. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1150. New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1151. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1152.  W/o Weight Loss Surgery?        Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1153.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1154.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1155.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1156.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1157.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1158.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1159.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1160.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1161.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1162.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1163.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1164.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1165.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1166.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1167.  Avoid {Keyword:gastric bypass}  Better: Gastric Bypass No surgery ! Roca Labs® Extreme Weight Loss $480

1168.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1169.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1170.  1  Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

1171.  No Surgery Gastric Bypass        Avoid Surgery & Still Lose Weight Try the Mini Gastric Bypass Today!

1172.  Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1173.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1174.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1175.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1176.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1177.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1178.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

PX6-651

1179.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1180.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1181.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1182.   Is Surgery Really Needed?        Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1183.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1184.   New Surgery ALTERNATIVE        NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1185.   Roca Labs $450    Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1186.   W/o Weight Loss Surgery?        Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1187.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1188.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1189.   W/o Weight Loss Surgery?        Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1190.   New Surgery ALTERNATIVE        NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1191.   Is Surgery Really Needed?        Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1192.   Roca Labs $450    Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1193.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1194.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1195.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1196.   W/o Weight Loss Surgery?        Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1197.   New Surgery ALTERNATIVE        NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1198.   Is Surgery Really Needed?        Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1199.   Roca Labs $450    Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1200.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1201.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1202.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1203.   Is Surgery Really Needed?        Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1204.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1205.   New Surgery ALTERNATIVE        NO Surgery! Gastric Capacity Reduction - $450. Learn more!

PX6-652

1206.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1207.   W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1208.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1209.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1210.   Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1211.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1212.   New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1213.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1214.   W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1215.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1216.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1217.   Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1218.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1219.   New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1220.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1221.   W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1222.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1223.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1224.   Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1225.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1226.   New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1227.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1228.   W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1229.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1230.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1231.   Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1232.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1233. New Surgery ALTERNATIVE     NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1234. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1235. W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1236. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1237. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1238. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1239. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1240. Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1241. Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1242. New Surgery ALTERNATIVE     NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1243. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1244. W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1245. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1246. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1247. Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1248. Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1249. New Surgery ALTERNATIVE     NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1250. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1251. W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1252. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1253. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1254. Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1255. Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1256. New Surgery ALTERNATIVE     NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1257. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1258. W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1259. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

PX6-654

1260.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1261.   Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1262.   Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1263.   New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1264.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1265.   W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1266.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1267.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1268.   Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1269.   Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1270.   New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1271.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1272.   W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1273.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1274.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1275.   Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1276.   Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1277.   New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1278.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1279.   W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1280.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1281.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1282.   Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1283.   Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1284.   New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1285.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1286.   W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1287.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1288.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1289.  W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1290.  New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1291.  Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1292.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1293.  Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1294.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1295.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1296.  W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1297.  New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1298.  Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1299.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1300.  Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1301.  Avoid {Keyword:gastric bypass}  Better: Gastric Bypass No surgery ! Roca Labs® Extreme Weight Loss $480

1302.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1303.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1304.  W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1305.  New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1306.  Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1307.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1308.  Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1309.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1310.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1311.  W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1312.  New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1313.  Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1314.  Roca Labs $450    Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1315.  Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1316.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1317.  No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1318.  W/o Weight Loss Surgery?          Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1319.  New Surgery ALTERNATIVE          NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1320.  Is Surgery Really Needed?          Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1321.  Roca Labs $450    Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1322.  Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1323.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1324.  No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1325.  Is Surgery Really Needed?          Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1326.  Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1327.  New Surgery ALTERNATIVE          NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1328.  Roca Labs $450    Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1329.  W/o Weight Loss Surgery?          Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1330.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1331.  No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1332.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1333.  No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1334.  No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1335.  No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1336.  Is Surgery Really Needed?          Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1337.  Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1338.  New Surgery ALTERNATIVE          NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1339.  Roca Labs $450    Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1340.  W/o Weight Loss Surgery?          Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1341.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1342.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1343.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1344.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1345.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1346.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1347.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1348.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1349.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1350.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1351.   Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1352.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1353.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1354.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1355.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1356.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1357.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1358.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1359.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1360.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1361.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1362.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1363.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1364.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1365.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1366.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1367.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1368. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1369. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1370. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1371. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1372. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1373. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1374. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1375. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1376. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1377. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1378. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1379. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1380. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1381. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1382. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1383. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1384. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1385. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1386. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1387. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1388. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1389. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1390. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1391. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1392. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1393. No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1394. No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1395.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1396.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1397.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1398.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1399.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1400.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1401.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1402.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1403.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1404.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1405.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1406.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1407.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1408.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1409.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1410.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1411.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1412.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1413.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1414.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1415.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1416.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1417.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1418.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1419.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1420.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1421.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1422.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1423.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1424.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1425.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1426.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1427.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1428.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1429.   Is Surgery Really Needed?       Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1430.   Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1431.   New Surgery ALTERNATIVE       NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1432.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1433.   W/o Weight Loss Surgery?       Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1434.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1435.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1436.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1437.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1438.   Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1439.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1440.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1441.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1442.   Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

1443.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1444.   Avoid {Keyword:gastric bypass}  Better: Gastric Bypass No surgery ! Roca Labs® Extreme Weight Loss $480

1445.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1446.   No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1447.   1   Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1448.   1   Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today!

PX6-661

1449.   1   Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

1450.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1451.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1452.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1453.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1454.   Is Surgery Really Needed?       Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1455.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1456.   New Surgery ALTERNATIVE       NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1457.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1458.   W/o Weight Loss Surgery?       Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1459.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1460.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1461.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1462.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1463.   Is Surgery Really Needed?       Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1464.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1465.   New Surgery ALTERNATIVE       NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1466.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1467.   W/o Weight Loss Surgery?       Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1468.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1469.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1470.   W/o Weight Loss Surgery?       Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1471.   New Surgery ALTERNATIVE       NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1472.   Is Surgery Really Needed?       Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1473.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1474.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1475.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1476.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1477.   Is Surgery Really Needed?        Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

1478.   Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

1479.   New Surgery ALTERNATIVE        NO Surgery! Gastric Capacity Reduction - $450. Learn more!

1480.   Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

1481.   W/o Weight Loss Surgery?        Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

1482.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1483.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1484.   No surgery Solution $480 Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

1485.   No Surgery Weight Loss   New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

1486.   NO {Keyword:gastric bypass}        Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

1487.   Health in Jeopardy?        Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

1488.   Alternative to Bariatric        Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today!

1489.   Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

1490.   {KeyWord:RocaLabs® Mini Bypass}        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1491.   RocaLabs Mini Bypass $640        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1492.   NO {Keyword:gastric bypass}        Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

1493.   Health in Jeopardy?        Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

1494.   Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

1495.   Gastric Bypass Alternate   No Surgery Weight Loss Formula Cost Only $640 Compared To $15,000

1496.   Extreme Weight Loss $640        Roca Labs® replaces gastric bypass! Works from day 1- approved - Strong

1497.   Extreme Weight Loss $480        Avoid Surgery & Still Lose Weight Try Gastric Bypass Alternative!

1498.   NO {Keyword:gastric bypass}        Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

1499.   Health in Jeopardy?        Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

1500.   Bypass Alternative        Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today!

1501.   Gastric Bypass Alt $640   No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

1502.   NO {Keyword:gastric bypass}        Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

PX6-663

1503. Health in Jeopardy?        Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

1504. Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

1505. Lap Band Alternative        Avoid Surgery & Still Lose Weight ! Try the Gastric Bypass Alternative

1506. NO {Keyword:gastric bypass}        Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

1507. Health in Jeopardy?        Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

1508. Lose Weight Effectively    Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today!

1509. Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

1510. NO {Keyword:gastric bypass}        Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

1511. Health in Jeopardy?        Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

1512. Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

1513. Extreme Weight Loss $480        Avoid Surgery & Still Lose Weight Try Gastric Bypass Alternative!

1514. NO {Keyword:gastric bypass}        Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

1515. Health in Jeopardy?        Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

1516. Struggling with Obesity?  Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today!

1517. Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

1518. {KeyWord:RocaLabs® Mini Bypass}        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1519. RocaLabs Mini Bypass $640        Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

1520. NO {Keyword:gastric bypass}        Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

1521. Health in Jeopardy?        Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

1522. No Surgery Weight Loss  Reduce Your Stomach Size by Trying the Mini Gastric Bypass Today!

1523. Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

1524. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1525. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1526. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1527. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1528. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1529. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

PX6-664

1530.  Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1531.  Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1532.  Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1533.  Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1534.  Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1535.  Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1536.  Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1537.  Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1538.  Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1539.  Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1540.  Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1541.  Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1542.  Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1543.  Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1544.  Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1545.  Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1546.  Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1547.  Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1548.  Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1549.  Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1550.  Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1551.  Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1552.  Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1553.  Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1554.  Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1555.  Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1556.  Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1557.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1558.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1559.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1560.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1561.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1562.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1563.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1564.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1565.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1566.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1567.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1568.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1569.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1570.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1571.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1572.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1573.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1574.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1575.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1576.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1577.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1578.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1579.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1580.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1581.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1582.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1583.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1584.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1585.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1586.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1587.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1588.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1589.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1590.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1591.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1592.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1593.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1594.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1595.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1596.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1597.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1598.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1599.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1600.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1601.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1602.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1603.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1604.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1605.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1606.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1607.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1608.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1609.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1610.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1611.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1612.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1613.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1614.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1615.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1616.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1617.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1618.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1619.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1620.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1621.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1622.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1623.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1624.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1625.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1626.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1627.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1628.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1629.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1630.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1631.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1632.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1633.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1634.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1635.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1636.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1637.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1638.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1639.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1640.  Most Powerful Weight Loss          New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1641.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1642.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1643.  Most Powerful Weight Loss          New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1644.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1645.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1646.  Most Powerful Weight Loss          New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1647.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1648.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1649.  Most Powerful Weight Loss          New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1650.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1651.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1652.  Most Powerful Weight Loss          New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1653.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1654.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1655.  Most Powerful Weight Loss          New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1656.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1657.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1658.  Most Powerful Weight Loss          New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1659.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1660.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1661.  Most Powerful Weight Loss          New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1662.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1663.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1664.  Most Powerful Weight Loss          New: gastric bypass No surgery cost $480 - Forces 20% stomach size

PX6-669

1665. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1666. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1667. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1668. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1669. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1670. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1671. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1672. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1673. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1674. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1675. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1676. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1677. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1678. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1679. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1680. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1681. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1682. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1683. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1684. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1685. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1686. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1687. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1688. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1689. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1690. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1691. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1692. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1693. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1694. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1695. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1696. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1697. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1698. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1699. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1700. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1701. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1702. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1703. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1704. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1705. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1706. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1707. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1708. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1709. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1710. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1711. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1712. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1713. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1714. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1715. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1716. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1717. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1718. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1719.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1720.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1721.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1722.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1723.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1724.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1725.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1726.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1727.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1728.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1729.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1730.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1731.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1732.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1733.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1734.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1735.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1736.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1737.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1738.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1739.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1740.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1741.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1742.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1743.  Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1744.  Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1745.  Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1746. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1747. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1748. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1749. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1750. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1751. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1752. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1753. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1754. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1755. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1756. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1757. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1758. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1759. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1760. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1761. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1762. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1763. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1764. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1765. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1766. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1767. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1768. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1769. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1770. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1771. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1772. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1773. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1774. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1775. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1776. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1777. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1778. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1779. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1780. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1781. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1782. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1783. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1784. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1785. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1786. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1787. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1788. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1789. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1790. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1791. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1792. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1793. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1794. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1795. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1796. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1797. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size
1798. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size
1799. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1800. Better than {Keyword:GastricBypass}    Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1801. Better than {Keyword:GastricBypass}    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1802. Most Powerful Weight Loss    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1803. Better than {Keyword:GastricBypass}    Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1804. Better than {Keyword:GastricBypass}    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1805. Most Powerful Weight Loss    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1806. Better than {Keyword:GastricBypass}    Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1807. Better than {Keyword:GastricBypass}    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1808. Most Powerful Weight Loss    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1809. Better than {Keyword:GastricBypass}    Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1810. Better than {Keyword:GastricBypass}    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1811. Most Powerful Weight Loss    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1812. Better than {Keyword:GastricBypass}    Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1813. Better than {Keyword:GastricBypass}    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1814. Most Powerful Weight Loss    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1815. Better than {Keyword:GastricBypass}    Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1816. Better than {Keyword:GastricBypass}    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1817. Most Powerful Weight Loss    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1818. Better than {Keyword:GastricBypass}    Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1819. Better than {Keyword:GastricBypass}    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1820. Most Powerful Weight Loss    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1821. Better than {Keyword:GastricBypass}    Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1822. Better than {Keyword:GastricBypass}    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1823. Most Powerful Weight Loss    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1824. Better than {Keyword:GastricBypass}    Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1825. Better than {Keyword:GastricBypass}    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1826. Most Powerful Weight Loss    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1827. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1828. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1829. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1830. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1831. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1832. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1833. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1834. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1835. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1836. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1837. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1838. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1839. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1840. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1841. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1842. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1843. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1844. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1845. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1846. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1847. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1848. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1849. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1850. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1851. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1852. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1853. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1854. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1855. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1856. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1857. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1858. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1859. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1860. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1861. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1862. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1863. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1864. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1865. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1866. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1867. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1868. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1869. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1870. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1871. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1872. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1873. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1874. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1875. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1876. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1877. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1878. Better than {Keyword:GastricBypass}       Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1879. Better than {Keyword:GastricBypass}       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1880. Most Powerful Weight Loss       New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1881. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1882. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1883. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1884. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1885. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1886. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1887. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1888. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1889. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1890. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1891. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1892. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1893. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1894. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1895. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1896. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1897. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1898. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1899. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1900. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1901. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1902. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1903. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1904. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1905. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1906. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1907. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1908. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1909. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1910. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1911. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1912. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1913. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1914. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1915. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1916. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1917. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1918. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1919. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1920. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1921. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1922. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1923. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1924. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1925. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1926. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1927. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1928. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1929. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1930. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1931. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1932. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1933. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1934. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1935. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1936. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1937. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1938. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1939. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1940. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1941. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1942. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1943. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1944. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1945. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1946. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1947. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1948. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1949. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1950. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1951. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1952. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1953. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1954. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1955. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1956. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1957. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1958. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1959. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1960. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1961. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1962.  Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1963.  Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1964.  Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1965.  Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1966.  Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1967.  Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1968.  Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1969.  Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1970.  Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1971.  Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1972.  Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1973.  Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1974.  Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1975.  Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1976.  Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1977.  Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1978.  Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1979.  Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1980.  Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1981.  Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1982.  Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1983.  Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1984.  Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1985.  Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1986.  Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1987.  Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1988.  Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1989. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1990. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1991. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1992. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1993. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1994. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1995. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1996. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1997. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

1998. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

1999. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2000. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2001. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2002. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2003. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2004. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2005. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2006. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2007. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2008. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2009. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2010. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2011. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2012. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2013. Better than {Keyword:GastricBypass}     Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2014. Better than {Keyword:GastricBypass}     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2015. Most Powerful Weight Loss     New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2016. Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2017. Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2018. Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2019. Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2020. Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2021. Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2022. Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2023. Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2024. Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2025. Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2026. Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2027. Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2028. Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2029. Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2030. Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2031. Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2032. Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2033. Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2034. Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2035. Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2036. Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2037. Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2038. Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2039. Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2040. Better than {Keyword:GastricBypass}      Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2041. Better than {Keyword:GastricBypass}      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2042. Most Powerful Weight Loss      New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2043.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2044.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2045.  Most Powerful Weight Loss         New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2046.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2047.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2048.  Most Powerful Weight Loss         New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2049.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2050.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2051.  Most Powerful Weight Loss         New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2052.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2053.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2054.  Most Powerful Weight Loss         New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2055.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2056.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2057.  Most Powerful Weight Loss         New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2058.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2059.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2060.  Most Powerful Weight Loss         New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2061.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2062.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2063.  Most Powerful Weight Loss         New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2064.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2065.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2066.  Most Powerful Weight Loss         New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2067.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2068.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2069.  Most Powerful Weight Loss         New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2070. Better than {Keyword:GastricBypass}   Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2071. Better than {Keyword:GastricBypass}   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2072. Most Powerful Weight Loss   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2073. Better than {Keyword:GastricBypass}   Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2074. Better than {Keyword:GastricBypass}   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2075. Most Powerful Weight Loss   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2076. Better than {Keyword:GastricBypass}   Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2077. Better than {Keyword:GastricBypass}   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2078. Most Powerful Weight Loss   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2079. Better than {Keyword:GastricBypass}   Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2080. Better than {Keyword:GastricBypass}   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2081. Most Powerful Weight Loss   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2082. Better than {Keyword:GastricBypass}   Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2083. Better than {Keyword:GastricBypass}   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2084. Most Powerful Weight Loss   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2085. Better than {Keyword:GastricBypass}   Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2086. Better than {Keyword:GastricBypass}   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2087. Most Powerful Weight Loss   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2088. Better than {Keyword:GastricBypass}   Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2089. Better than {Keyword:GastricBypass}   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2090. Most Powerful Weight Loss   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2091. Better than {Keyword:GastricBypass}   Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2092. Better than {Keyword:GastricBypass}   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2093. Most Powerful Weight Loss   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2094. Better than {Keyword:GastricBypass}   Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2095. Better than {Keyword:GastricBypass}   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2096. Most Powerful Weight Loss   New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2097.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2098.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2099.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2100.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2101.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2102.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2103.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2104.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2105.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2106.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2107.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2108.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2109.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2110.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2111.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2112.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2113.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2114.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2115.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2116.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2117.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2118.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2119.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2120.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2121.  Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2122.  Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2123.  Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

PX6-686

2124. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2125. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2126. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2127. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2128. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2129. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2130. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2131. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2132. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2133. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2134. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2135. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2136. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2137. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2138. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2139. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2140. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2141. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2142. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2143. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2144. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2145. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2146. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2147. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2148. Better than {Keyword:GastricBypass}        Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2149. Better than {Keyword:GastricBypass}        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2150. Most Powerful Weight Loss        New: gastric bypass No surgery cost $480 - Forces 20% stomach size

PX6-687

2151. Better than {Keyword:GastricBypass}    Gastric bypass results -No surgery cost $480 - Forces 20% stomach size

2152. Better than {Keyword:GastricBypass}    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2153. Most Powerful Weight Loss    New: gastric bypass No surgery cost $480 - Forces 20% stomach size

2154. NO {Keyword:gastric bypass}    Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2155. Health in Jeopardy?    Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2156. Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2157. Alternative to Bariatric    Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today!

2158. RocaLabs Mini Bypass $640    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

2159. {KeyWord:RocaLabs® Mini Bypass}    Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

2160. NO {Keyword:gastric bypass}    Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2161. Health in Jeopardy?    Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2162. Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2163. Gastric Bypass Alternate  No Surgery Weight Loss Formula Cost Only $640 Compared To $15,000

2164. Extreme Weight Loss $640    Roca Labs® replaces gastric bypass! Works from day 1- approved - Strong

2165. Extreme Weight Loss $480    Avoid Surgery & Still Lose Weight Try Gastric Bypass Alternative!

2166. NO {Keyword:gastric bypass}    Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2167. Health in Jeopardy?    Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2168. Bypass Alternative    Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today!

2169. Gastric Bypass Alt $640   No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2170. NO {Keyword:gastric bypass}    Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2171. Health in Jeopardy?    Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2172. Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2173. NO {Keyword:gastric bypass}    Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2174. Health in Jeopardy?    Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2175. Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2176. Lose Weight Effectively    Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today!

2177. NO {Keyword:gastric bypass}    Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

PX6-688

2178.  Health in Jeopardy?      Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2179.  Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2180.  Extreme Weight Loss $480      Avoid Surgery & Still Lose Weight Try Gastric Bypass Alternative!

2181.  NO {Keyword:gastric bypass}      Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2182.  Health in Jeopardy?      Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2183.  Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2184.  Struggling with Obesity?  Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today!

2185.  RocaLabs Mini Bypass $640      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

2186.  {KeyWord:RocaLabs® Mini Bypass}      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

2187.  NO {Keyword:gastric bypass}      Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2188.  Health in Jeopardy?      Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2189.  Mini Gastric Bypass $640 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2190.  No Surgery Weight Loss  Reduce Your Stomach Size by Trying the Mini Gastric Bypass Today!

2191.  NO {Keyword:gastric bypass}      Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2192.  Alternative to Bariatric      Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today!

2193.  Health in Jeopardy?      Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2194.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2195.  RocaLabs Mini Bypass $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

2196.  {KeyWord:RocaLabs® Mini Bypass}      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

2197.  Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

2198.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

2199.  Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

2200.  New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

2201.  W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

2202.  NO {Keyword:gastric bypass}      Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2203.  Health in Jeopardy?      Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2204.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

PX6-689

2205.  Gastric Bypass Alternate  No Surgery Weight Loss Formula Cost Only $480 Compared To $15,000

2206.  Extreme Weight Loss $480        Roca Labs® replaces gastric bypass! Works from day 1- approved - Strong

2207.  Roca Labs® Gastric Bypass        No Surgery Weight Loss Formula Get Fast Results - Order Now $480

2208.  Extreme Weight Loss $480        Avoid Surgery & Still Lose Weight Try Gastric Bypass Alternative!

2209.  Is Surgery Really Needed?        Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

2210.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

2211.  Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

2212.  New Surgery ALTERNATIVE        NO Surgery! Gastric Capacity Reduction - $450. Learn more!

2213.  W/o Weight Loss Surgery?        Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

2214.  NO {Keyword:gastric bypass}        Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2215.  Health in Jeopardy?        Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2216.  Bypass Alternative        Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today!

2217.  Gastric Bypass Alt $480   No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2218.  Is Surgery Really Needed?        Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

2219.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

2220.  Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

2221.  New Surgery ALTERNATIVE        NO Surgery! Gastric Capacity Reduction - $450. Learn more!

2222.  W/o Weight Loss Surgery?        Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

2223.  NO {Keyword:gastric bypass}        Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2224.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2225.  Health in Jeopardy?        Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2226.  Lap Band Alternative        Avoid Surgery & Still Lose Weight ! Try the Gastric Bypass Alternative

2227.  W/o Weight Loss Surgery?        Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

2228.  Is Surgery Really Needed?        Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

2229.  Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

2230.  New Surgery ALTERNATIVE        NO Surgery! Gastric Capacity Reduction - $450. Learn more!

2231.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

2232.  NO {Keyword:gastric bypass}      Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2233.  Health in Jeopardy?      Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2234.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2235.  Lose Weight Effectively    Avoid Surgery & Still Lose Weight ! Try the Gastric Bypass Alternative

2236.  Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

2237.  Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

2238.  New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $150 x 3 payments. Learn more!

2239.  Roca Labs $450    Official Site: No Surgery! Gastric Capacity Reduction - Learn more

2240.  W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

2241.  NO {Keyword:gastric bypass}      Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2242.  Health in Jeopardy?      Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2243.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2244.  Extreme Weight Loss $480      Avoid Surgery & Still Lose Weight Try Gastric Bypass Alternative!

2245.  Is Surgery Really Needed?      Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

2246.  Roca Labs $450    Official Site: No Surgery! Gastric Capacity Reduction - Learn more

2247.  Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

2248.  New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

2249.  W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

2250.  NO {Keyword:gastric bypass}      Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2251.  Struggling with Obesity?  Avoid Surgery & Still Lose Weight. Try the Mini Gastric Bypass Today!

2252.  Mini Gastric Bypass $480 No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2253.  Health in Jeopardy?      Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2254.  RocaLabs Mini Bypass $480      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

2255.  {KeyWord:RocaLabs® Mini Bypass}      Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

2256.  Struggling with obesity?    Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

2257.  New Surgery ALTERNATIVE      NO Surgery! Gastric Capacity Reduction - $450. Learn more!

2258.  W/o Weight Loss Surgery?      Learn how they lost 80-200 lbs without surgery. Regimen starts at $450

2259.  NO {Keyword:gastric bypass}        Better: gastric bypass NO surgery ! Roca Labs® Formula-Strong-Immediate

2260.  No Surgery Weight Loss  Reduce Your Stomach Size by Trying the Mini Gastric Bypass Today!

2261.  Health in Jeopardy?        Mini Gastric Bypass is a No Surgery Solution to Losing Weight. Buy Now!

2262.  Mini Gastric Bypass $480  No Surgery- Natural,Fast & Powerful Make your Stomach Size Small Now!

2263.  Is Surgery Really Needed?        Learn how they lost 80-200 lbs without surgery. Regimen costs only $450

2264.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

2265.  Roca Labs® Official Site  Only $450. Designed to reduce gastric capacity WITHOUT surgery

2266.  New Surgery ALTERNATIVE       NO Surgery! Gastric Capacity Reduction - $450. Learn more!

2267.  No surgery Solution $480  Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

2268.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

2269.  No surgery Solution $480  Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

2270.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

2271.  No surgery Solution $480  Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

2272.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

2273.  No surgery Solution $480  Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

2274.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

2275.  No surgery Solution $480  Fast Small Stomach without surgery! New: Roca Labs® Extreme Weight Loss

2276.  No Surgery Weight Loss  New: Natural Stomach Size Reduction Roca Labs® Extreme Weight Loss $480

2277.  Mini Gastric Bypass® $480       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

2278.  Mini Gastric Bypass®       Official Site: No Surgery Solution! Reduce Stomach Size & Lose Weight.

2279.  The Truth About Roca Labs       No Surgery Gastric Bypass? All secrets revealed - Read more!

2280.  The Truth About Roca Labs       No Surgery Gastric Bypass? All secrets revealed - Read more!

2281.  The Truth About Roca Labs       No Surgery Gastric Bypass? All secrets revealed - Read more!

2282.  The Truth About Roca Labs       No Surgery Gastric Bypass? All secrets revealed - Read more!

2283.  The Truth About Roca Labs       No Surgery Gastric Bypass? All secrets revealed - Read more!

2284.  RocaLabs® Weight Loss  Gastric Bypass No Surgery Formula. Reduce Stomach Size & Lose Weight.

2285.  Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

2286. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

2287. RocaLabs® Weight Loss   Gastric Bypass No Surgery Formula. Reduce Stomach Size & Lose Weight.

2288. Roca Labs $450   Official Site: No Surgery! Gastric Capacity Reduction - Learn more

2289. Roca Labs® Official Site   Only $450. Designed to reduce gastric capacity WITHOUT surgery

# Bing

(X000EYBY)

## Banner ads































PX6-699









PX6-701





Text ads

1. Gastric Bypass NO surgery   by Roca Labs® - NEW $172 x 3 monthly payments

PX6-703

2.  NO Surgery Solution $480       APPROVED Extreme Weight Loss by Roca Labs®
3.  Extreme Weight Loss $480       World's most Powerful NON-Surgical Weight Loss Procedure by Roca Labs®
4.  NO Surgery Weight Loss        by Roca Labs®. Fast, Small Stomach - Gastric Bypass NO surgery® $480
5.  EXTREME Weight Loss $480         by Roca Labs®. Fast, Small Stomach - Gastric Bypass NO surgery®
6.  Avoid the Surgery       Alternative to {KeyWord:Bariatric Surgery}. Gastric Bypass NO surgery®
7.  Gastric Bypass NO surgery     Alterantive to {KeyWord:Bariatric Surgery}. Avoid the dangerous surgery
8.  Non-Surgical Weight Loss      NEW Extreme weight loss without surgery. Better than {KeyWord:Bariatric Surgery}
9.  Non-Surgical Weight Loss      Reduce stomach size without surgery. Gastric Bypass Alternative®
10. GastricBypass Alternative     by Roca Labs®. Fast, Small stomach without Surgery!
11. Gastric Bypass NO Surgery     Up to 65% Gastric Capacity Reduction $480. Click for details
12. Gastric Bypass NO surgery     Click for weight analysis. Up to 200 lb successful weight loss by users

# Radio

Audio files



Nutraceuticals
ROCA LABS™ USA    Paris / Australia / Sweden / Florida

healthy, fast and strong natural solutions

## choose your department











**weight loss**

Gastric Bypass Effect -
NO surgery

**drugs**

Inventing strong natural
drugs for immediate results

**breastfeeding**

Testing mother's milk
for quality

**research**

Advance global research
approach for healthy results

Copyright © 2006-2011 Roca Labs USA All rights reserved

Home  |  Order  |  Questions  |  Customer Care  |  Research  |  Instructions  |  Ingredients  |  Terms  |  FDA disclaimer  |  Doctor  |  Send to a friend

*DISCLAIMER: Roca Labs is a special Formula designed to create a "gastric bypass effect" or "gastric bypass results" without the need for a gastric bypass surgery. Statements on this site have not been evaluated by the FDA. The Formula does not diagnose, treat, cure, or prevent any disease. This food supplement should be taken with at least 8 ounces of liquid. Consuming the Formula(s) without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by our Terms Page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for our claims are on the Research page and are supplied by our users, as seen on YouTube. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement.*





**Nutraceuticals**
# ROCA LABS™ USA
Paris
Australia
Sweden
Florida

🗨 Chat

gastric bypass effect NO surgery

Questions | Customer Care | Research

Video    FAQ    Success Stories    **Order Now**

**Basic** | Maximizing Success | Medical | Ordering | Videos

What is "gastric bypass NO surgery"?

**Gastric bypass with no surgery -** *see video*
Used successfully in Europe for 6 years, this medical innovation is an easy-to-use formula that creates a natural GASTRIC BYPASS EFFECT in the stomach. Mixed with water and taken in the morning, it **immediately** expands in your stomach, leaving only a small limited stomach available for food intake and **practically forcing you to eat half.**
The result: an immediate calorie deficiency and **weight loss from day one.** To accelerate the process, the formula includes the patented ingredient **β-Glucan®,** which balances blood sugar levels and fights your cravings for sweets and snacks - something that surgery isn't capable of. You'll not only eat less food without feeling hungry, you'll eat healthier too.

**Eat half from day one**
While in the past you required a full meal to fill your stomach and satisfy your hunger, once you're using the formula, you can take half a portion and still feel satisfied after. Since the formula PHYSICALLY fills your stomach, you have neither the need nor the space for more. At the end of the day, you'll find that even though you ate very little, you felt satisfied and your energy level remained high. Without realizing, you entered a state of **calorie deficiency,** where you ate fewer calories than you burned.

**Safer and healthier than gastric bypass**
With over 27,000 YouTube and testimonial results, the formula is probably the strongest and fastest method in the world to lose weight giving it a 90% success rate. In comparison to gastric bypass surgery, the formula is **less risky, faster, healthier, and has almost NO SIDE EFFECTS** or complications. And at the low cost of $640, it's a fraction of the cost of gastric bypass surgery, which can be $15,000 or more.

With RocaLabs™ Natural Gastric Bypass Formula, you finally have the weapon you need to win the fight against hunger, cravings, and obesity. You'll lose weight, look better, and improve your health easily and naturally. The power to succeed is in your hands.

Here are some *Before & After* videos from satisfied users: Tanya, Loren, Jodi, Donna

Instructions | Terms | FDA disclaimer | Customer Care | Doctor | Send to a friend

**POWERFUL -**
**physically prevents you from eating**

A dose of the Formula mixed in water and taken in the morning creates an immediate gastric bypass effect leaving only a small limited stomach size available for food intake, practically forcing you to eat HALF and lose weight from day one. Without Gastric Bypass surgery.



**20%**
forced stomach
size availability

**The patented β-Glucan® ingredient regulates your blood sugar levels and helps you overcome cravings.**

    

how to use        what is it

 

**ASK US**
If your question isn't answered here

name  [                    ]
email  [                    ]
question  [                    ]

ask us

Copyright © 2006-2011 Roca Labs USA All rights reserved
Home | Order | Questions | Customer Care | Research | Instructions | Ingredients | Terms | FDA disclaimer | Doctor | Send to a friend

*DISCLAIMER: Roca Labs is a special Formula designed to create a "gastric bypass effect" or "gastric bypass results" without the need for a gastric bypass surgery. Statements on this site have not been evaluated by the FDA. The Formula does not diagnose, treat, cure, or prevent any disease. This food supplement should be taken with at least 8 ounces of liquid. Consuming the Formula(s) without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by our Terms Page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for our claims are on the Research page and are supplied by our users, as seen on YouTube. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement.*

PX6-706

OC04237

FTC-PROD-019707

Case 8:14-cv-02096-VMC-EAJ   Document 173-2   Filed 07/07/15   Page 11 of 23 PageID 5112

Roca Labs | gastric bypass NO surgery alternative costs $480 with health insurance





HOME     ANSWERS     SUCCESS STORIES     SUPPORT     ORDER

# Gastric Bypass Results / no surgery

Only $160 x 3 payments    order

Understanding the formula

A dose in the morning limits available stomach space practically forcing you to eat half as much as before. This is a powerful weapon against obesity. A successful regimen will result in a smaller size stomach (3-6 months), improving eating habits and overcoming cravings.



WHAT IS Roca Labs® Formula?



4 month supply     effective     gastric bypass effect

  Ch...   click 2 talk  LIVE ADVICE

http://www.rocalabs.com/en/

PLAINTIFF'S
EXHIBIT
PENGAD 800-631-6989
101
2/15/17

11/8/2012

PX6-707

OC04238

FTC-PROD-019708

## Roca Labs USA
### Nutraceuticals Paris-Florida-Tokyo

Home        Success Stories        Questions        Customer Care        Research

# Gastric Bypass No Surgery

Natural formula creates Gastric Bypass Effect - only a small limited stomach volume available for food intake



A dose of the Formula mixed in water and the morning creates a fast gastric bypass leaving only a small limited stomach size for food intake, practically forcing you to and lose weight from day one. Without G Bypass surgery.

The patented β-Glucan® ingredient re your blood sugar levels and helps you cravings.



http://www.mini-gastric-bypass.me/?gclid=CIX_3Ln1v7MCFQ45nAodxFcAJg

11/8/2012

PX6-708

OC04239

FTC-PROD-01709

**Roca Labs | gastric bypass NO surgery alternative costs $480 with health insurance**

Page 3 of 3

Home | Order | Questions | Customer Care | Research | Instructions | Ingredients | Terms | FDA
disclaimer | Doctor | Send to a friend



*Based on Terms*

Roca Labs is a special Formula designed to create a "gastric bypass effect" or "gastric bypass results" without the need to a gastric bypass surgery. Statements on this site have not been evaluated by the FDA. The Formula does not diagnose, treat, cure, or prevent any disease. This food supplement should be taken with at least 8 ounces of liquid. Consuming the Formula(s) without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by our Terms Page. This site is using visualization or persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for our claims are on the Research page and are supplied by our users, as seen on YouTube. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement. V1.7 Sep2011

gastric bypass     gastric by-pass     lap band surgery     band surgery     lapband     stomach surgery     gastric band

Cl   click 2 talk
LIVE ADVICE

11/8/2012

http://www.rocalabs.com/en/

PX6-709

Gastric Bypass NO Surgery

Search

- Ask The Doctor
  - Answers
    - What Is It?
    - The Procedure
    - A Dose a Day
    - *Better than Surgery
    - How Much Weight will I Lose?
    - High Success Rate
    - Eliminating Cravings
    - Am I Qualified?
    - Can I use if I am…?
    - No Menus, No Diet Restrictions
    - Is it FDA-Approved?
    - General Answers
    - Video Wiki
  - Medical
    - Recommended by Doctors
    - Ingredients
    - Side Effects
    - Teens
    - Pregnancy
    - For my Kid (7-13)
    - I am Diabetic…
    - Healthy Pregnancy
    - I am Breastfeeding…
    - I am a Senior…
    - Medications. Alcohol and Smoking
    - I had Weight Loss Surgery…



FTC-PROD-012393

PX6-709a

2/13/2015 11:22 AM

Gastric Bypass Alternative Guide Steve Muse Web 02231-MSS-CPT    Document 210-18    Filed 04/26/18    Page 100 of 122    gastric-bypass-no-surgery.com/answers/ask...

Case 8:15-cv-02231-MSS-CPT    Document 210-18    Filed 04/26/18    Page 100 of 122    Page ID
9229

INTERNET ARCHIVE    **WaybackMachine**    SEP    NOV    DEC    Close

◄  3  ►

2011    2012    2013    Help

- Wiki Overweight [                    ]    Go
- Letter to Your Doctor
    - 5 captures
- Weight Loss Calcula
  - Compare
    - Gastric Bypass Vs. Roca Labs®
    - Gastric Sleeve Vs. Roca Labs®
    - Lap Band Vs. Roca Labs®
    - Roux-en-Y Vs. Roca Labs®
    - Diet Pills Vs. Roca Labs®
    - Costs: Surgery Vs. Roca Labs®
    - Gastroplasty Vs. Roca Labs®
    - Roca Labs® Vs. Simple Fad Diets
- Success
  - Global Success Stories
    - USA
    - French
    - German
    - Hebrew
    - Arabic
    - Spanish
  - Money back – Success belt
    - Money Back -- Success Belt
- 18 Solutions
  - Women
    - 100+ lbs to Lose
    - 35-100 lbs to Lose
    - 20-35 lbs to Lose
    - Diabetes
    - Pregnancy
    - After Pregnancy
    - Fast Result (Brides)
    - Seniors
  - Men
    - 100+ lbs to Lose
    - 35-100 lbs to Lose
    - 20-35 lbs to Lose

FTC-PROD-012394

PX6-709b

2/13/2015 11:22 AM

INTERNET ARCHIVE **Diabetes**                                    [ Go ]          SEP  NOV  DEC    Close

WaybackMachine   **Seniors**   5 captures                                        ◄   3   ►     Help
- Fast Result (Grooms                                                           2011  ⋯  2013
- Consult The Nurse
  - For Teens/Kids
    - Teen Girls (13-19)
    - Girls (8-13)
    - Teen Boys (13-19)
    - Boys (8-13)
- Research
  - Medical Research
    - Immune System
    - Blood Sugar Levels
    - Anti-Cravings
    - Breastfeeding Enrichment
    - Energy
    - Satiety
  - Clinical Health Claims
    - Anti-Cravings
    - Pregnancy
    - Diabetes
    - Youth
    - Senior
  - *Research General
    - What is Calorie?
    - Gastric Bypass Surgery Complications
    - Obese Seniors and Alzheimer's
    - Excess Fat and Osteoporosis
    - Vitamin C in the Formula
    - Weight Gain and Sexual Performance
  - Extreme Weight Loss without Surgery
    - Roux-en-Y Gastric Bypass Guide
    - Gastric Bypass Insurance Coverage
- Be Smart
  - Nutrition Facts
    - Keep Food Clean

PX6-709c

2/13/2015 11:22 AM

INTERNET ARCHIVE WaybackMachine

Rest are Coming ...
...s (tasty low calorie)
■ Coming Soon 3 Nov 12

Go

SEP   NOV   DEC
◄   3   ►
2011   2012   2013

Close

Help

- Contact Us
  - About Us
    - Medical Team
    - Management
    - Contacts Us
  - Support for Success
    - Instructions
    - Not Losing Enough Weight
    - Win the Fight
    - Side Effects

Gastric Bypass Alternative Guide

- Professional Answers and Videos from the Medical Team

| FAQ | Medical | Icon Sub Compare Compare | Research | Wiki Video |

# Weight Loss Calculator

**World's most advanced weight loss calculator and BMI chart** (pounds & kilos)

How much weight should I lose?  How fast can I lose my excess weight? What is a healthy, maintainable weight loss rate? What is my **ideal body weight**?

What is the best weight loss solution for me?

| **Women** | **Youth** | **Men** |
|---|---|---|
| 100+ lbs to lose (45kg+) | boys (8-13 yrs) | 100+ lbs to lose (45kg+) |
| 35-100 lbs to lose (15-45kg) | girls (8-13 yrs) | 35-100 lbs to lose (15-45kg) |
| 20-35+ lbs to lose (9-15kg+) | teen female (13-19 yrs) | 20-35+ lbs to lose (9-15kg+) |

FTC-PROD-012396

PX6-709d

d[...]duction                                                    a  Go  weight reduction    SEP  NOV  DEC    Close
p[...] managen[...]s[...]tures                                                                    ◀  3  ▶
29 Aug 12 - 3 Nov 12                                                         2011  2012  2013    Help

# Weight Loss Begins Immediately

An advanced solution: when you take the Roca Labs® Formula, from day one, you practically eat HALF the amount you normally do and **begin losing weight immediately**. The Formula creates a gastric bypass effect in your stomach which leaves only a small, limited stomach volume available. The Formula forces you to eat smaller quantities of food without feeling hungry. In addition, the unique, natural ingredient *β-Glucan*® balances your blood sugar levels and eliminates cravings for snacks. You eat fewer calories but burn more calories, entering a state of **calorie deficiency**. For every 250 unnecessary calories you avoid eating, you lose one ounce of fat.

# Lose Weight at a Healthy Rate

Since the Formula is customizable and controllable, it is actually possible to use too much Formula and lose weight at an unhealthy pace. Roca Labs® doctors recommend a steady weight loss rate of no more than 12-16 lbs. a month. Unless you have a medical condition or your doctor instructs you differently, the time table below is recommended for healthy, long-lasting weight loss over a 10.5 month period. Since proper use of

FTC-PROD-012397

PX6-709e

2/13/2015 11:22 AM

th [INTERNET ARCHIVE] ave you with a "s[                    ] Go  n after you stop u  the Formula Close
4- WayBackMachine    5 captures              ◀  3  ▶
                      29 Aug 12 - 3 Nov 12    SEP  NOV  DEC    2011  2012  2013    Help

| Week | Body weight lost (each stage) | Body weight lost (accumulated)* |
|------|-------------------------------|----------------------------------|
| 1-4 | 5% | 5% |
| 5-10 | 7% | 12% |
| 11-16 | 8% | 20% |
| 17-24 | 10% | 30% |
| 25-34 | 12% | 42% |
| 35-42 | 8% | 50% |

\* Results vary dramatically based on commitment to the procedure and other accelerator activities

## So, how much will you lose in a month if you eat HALF with almost NO snacks or sweets?

Individual results will vary. Many users eat 2,000 fewer calories a day, which equals to 17 lbs. a month. Some may lose 10 lbs. a month, and others up to 20 lbs. Your own weight loss rate will depend on factors such as your metabolism, weight, daily food intake prior to Roca Labs®, food intake while taking the Formula and physical activity. In order to meet your individual needs, **the Formula is designed to be customizable:** you choose the dosage size and frequency that is best for you. Roca Labs'® team of doctors recommends that you lose weight at a slow and steady pace, so you can make a **real life change** – reach your weight loss goal a month or two later, and make it last.

PX6-709f

2/13/2015 11:22 AM



INTERNET ARCHIVE
WaybackMachine

| Go |                    SEP NOV DEC          Close

5 captures                    ◄  3  ▶
29 Aug 12 – 3 Nov 12          2011  2012  2013     Help

## Want to Accelerate Your Weight Loss?

Try some simple daily exercises, such as light weightlifting in the morning, 10 minutes of push-ups and/or crunches or 30-60 minutes of aerobics in the evening (this will also benefit your mental health). Do it together with a friend so it will become a fun routine. Physical activity will accelerate your metabolism and calorie deficiency, and lead to a **much greater weight loss**.

what is a calorie How Much Weight Will I Lose?

## You can use the weight loss calculator or BMI chart to find your ideal body weight

FTC-PROD-012399

PX6-709g

2/13/2015 11:22 AM

Gastric Bypass Alternative Guide | How Much Weight Will I Lose?

Case 8:15-cv-02231-MSS-CPT   Document 210-12   Filed 04/26/19   Page 106 of 122   PageID 9235

INTERNET ARCHIVE
WaybackMachine

$ captures
28 Aug 12 - 3 Nov 12

Go

SEP   NOV   DEC
◄      3     ►
2011  2012  2013

Close

Help



INTERNET ARCHIVE
WaybackMachine

5 captures
29 Aug 12 - 3 Nov 12

SEP   NOV   DEC
◄   3   ►
2011   2012   2013

Close

Help

- **Tags**

Active after alcohol alternative and Anti before before and after breastfeeding **bypass** Comparison: Complications Cravings Diabetics/Diabetes Diet effects for gastric gastric bypass gastric bypass NO surgery Gastric Bypass Surgery health diet immediate weight loss ingredients Kalorien **Labs** Medication mini gastric bypass overweight pregnant **Roca** rocalabs Roca Labs schwanger side snack STOP **Stories Success** surgery testimonial

PX6-709i

2/13/2015 11:22 AM

INTERNET ARCHIVE **weight loss** wei[                    ]  Go    SEP NOV DEC    Close
WaybackMachine
5 captures
29 Aug 12 - 3 Nov 12    ◄ 3 ►    Help
2011 2012 2013

## Important

- Instructions
- Side Effects to Avoid
- Eliminating Cravings
- Recommended by Doctors
- Health Risks
- How to Order
- Shipments
- Allergy
- Obesity Shortens Life Expectancy
- Gastric Bypass Surgery Stats/Deaths

[Search]





## Site Map Tree

- FAQ
  - What Is It?
  - The Procedure
  - A Dose a Day, Easy to Use
  - Better, Safer and Cheaper than Surgery
  - How Much Weight Will I Lose?

FTC-PROD-012402

PX6-709j
2/13/2015 11:22 AM

Gastric Bypass Alternative Guide | How Much Weight Will I Lose?   https://web.archive.org/…gastric-bypass-no-surgery.com/answers/ask…

- o What Success Rate
- o Eliminating Cravings
- o Am I Qualified to Buy?
- o No Menus, No Diet Restrictions
- o Is it FDA-Approved?
- o Consult The Nurse
- • Medical
  - o Recommended by Doctors
  - o Wiki Overweight / Obesity
  - o Ingredients
  - o Side Effects
  - o I am Pregnant…
  - o I am Breastfeeding…
  - o I am a Senior…
  - o I am a Teen…
  - o For my Kid (7-13)
  - o I am Diabetic…
  - o I had Weight Loss Surgery…
  - o Medications, Alcohol and Smoking
  - o Acquiring Healthy Eating Habits?
  - o Wiki Video
- • Compare
  - o Gastric Bypass Vs. Roca Labs®
  - o Lap Band Vs. Roca Labs®
  - o Gastric Sleeve Surgery Vs. Roca Labs®
  - o Roux-en-Y Vs. Roca Labs®
  - o Diet Pills Vs. Roca Labs®
  - o Gastric Bypass Surgery Cost Vs. Roca Labs® Cost
  - o Gastroplasty Vs. Roca Labs®
- • Research
  - o *Research General
    - ■ What is Calorie?
    - ■ Gastric Bypass Surgery Complications
    - ■ Obese Seniors and Alzheimer's
    - ■ Excess Fat and Osteoporosis
    - ■ Vitamin C in the Formula

FTC-PROD-012403

PX6-709k

2/13/2015 11:22 AM

INTERNET ARCHIVE
WaybackMachine
5 captures

Guide to Extreme | [                                    ] Go      SEP  NOV  DEC      Close
Roux-en-Y Gastric Bypass Guide                              ◄  3  ►
  ■ Gastric Bypass Issues                                   2011 2012 2013     Help
  o Medical Research -- Ingredients
    ■ Diabetic Men: Foot Ulcer Improvement
    ■ Beta-Glucan and Prebiotic Health Benefits
    ■ Beta-glucan Fibers
    ■ Beta-glucan Health Benefits
    ■ Healthy Fibers
    ■ Roca Labs Research

FTC-PROD-012404

PX6-709L

2/13/2015 11:22 AM

Internet Archive | This Site                        Go        SEP  NOV  DEC   Close
Wayback Machine                                                   ◄ 13 ►
                                                                 2010

Formula if you have difficulty swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any health related condition. All purchases are governed by the Terms Page. This Site uses visualization and persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for our claims are on the Research page and are supplied by our users, as seen on YouTube. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trademark holders and do not imply any endorsement. "Shrinking stomach" and "mini stomach" are trademarks and are not intended to represent a medical state. V2 Aug2012



## Professional Answers and Videos from the Medical Team

| FAQ | Medical | Compare | Research |



## Can my child take the Formula?

Many children have used the Formula successfully and safely. All active ingredients are 100% natural and based on healthy fibers. There are no known related risks from the Formula, but you must consult a doctor before you begin the procedure if you have any questions, and children should not take more than a low dose.



## Fighting child obesity

As a parent, your child's health and happiness are a top priority. Your child is overweight, and you're probably aware of the many negative effects it can have on his or her life – both health-wise and socially.

Roca Labs® Natural Formula can help your child lose weight **safely and naturally.** Its active ingredients are natural healthy fibers, and it's safe for children ages 6 and up with a parent's supervision. It works by physically expanding in the stomach to leave only a **very limited space available for**



PLAINTIFF'S
EXHIBIT
63
2/15/17



Consult The Nurse
FREE



# Childhood obesity and health

Being overweight puts children at risk for many health conditions: asthma, diabetes, high blood pressure, high cholesterol, sleeping problems, heart disease and poor skeletal development are just a few. **A poor diet can also affect attention span.** If your child is eating junk food and getting sugar rushes instead of the nutrients that the brain and body need, it doesn't make concentrating any easier, and his or her performance in school may suffer.

## Social effects of child obesity

The social effects of being overweight and obesity are no less important. You may be worried about how your child fits in. You don't want them to feel different or get picked on – you want them to be confident and make friends. **Feeling secure at this young age is crucial** - it provides the foundation for becoming a happy, well-adjusted teen and then adult.

## Habits are best changed at a young age

There's another reason you have to be concerned: habits developed in childhood are hard to change later on, and **an overweight child is likely to become an overweight adult.** In a long-range study, 80 percent of children who were overweight at ages 10–15 were found to be obese at age 25.

Childhood obesity is a serious issue and as a parent, it's your job to fight it. With Roca Labs Natural Formula, you can set your child on the right track so they can go on to lead a healthy, happy and productive life.



American children spend **44.5 hours a week watching television** and are exposed to up to **30,155 TV ads a year!** 50% of these ads are for candy, snacks, sugary cereal and fast food, so it's no surprise that Americans spend nearly **$6.5 billion on holiday candy** every year and 1/3 of American children are **overweight or obese.** The infographic below illustrates our children's consumption of media, advertising and treats, and the troubling results.

## DAILY MEDIA CONSUMPTION



PX6-709p



PX6-709q
12/2/2014
FTC-PROD-012427



of smoking and drug abuse. They consider TV ads promoting junk food to be a big part of the problem.

Youngsters who are already overweight are even more susceptible to junk food ads and will increase consumption by 134%.





## 50% OF OVERWEIGHT CHILDREN REMAIN OVERWEIGHT AS ADULTS.

### $51 MILLION



Government Spending on Marketing Healthy Eating and Exercise to Kids

### $1.6 BILLION



Food Industry Spending on Ads Promoting Foods High in Calories and Low in Nutrition to Kids

## WHAT IS BEING DONE

### CHILDREN'S FOOD AND BEVERAGE ADVERTISING INITIATIVE



Urged by the Better Business Bureau, leading food and beverage companies committed to limiting which foods they advertise to kids under 12.

### FTC INTERAGENCY WORKING GROUP ON FOOD MARKETED TO CHILDREN



The Federal Trade Commission proposed marketing standards to restrict advertising to kids younger than 6.

PX6-709r



# Success is now limited by your MIND ONLY™

## Important

Suggested Use
Side Effects to Avoid
Eliminating Cravings
Recommended by Doctors
Health Risks
How to Order
Shipments
Allergy
Obesity Shortens Life Expectancy
Gastric Bypass Surgery
Stats/Deaths



Consult The Doctor
$35

Consult The Nurse
FREE

Wiki Video

## Site Map Tree

FAQ
What Is It?
The Procedure
A Dose a Day, Easy to Use
Better, Safer and Cheaper than Surgery
How Much Weight Will I Lose?
High Success Rate
Eliminating Cravings
Am I Qualifed to Buy?
No Menus, No Diet Restrictions
Is it FDA-Approved?
Consult The Nurse
Medical
Recommended by Doctors
Wiki Overweight / Obesity
Ingredients
Side Effects
I am Pregnant…
I am Breastfeeding…
I am a Senior…
I am a Teen…
For my Kid (7-13)
I am Diabetic…
I had Weight Loss Surgery…
Medications, Alcohol and Smoking
Acquiring Healthy Eating Habits?
Wiki Video
Compare
Gastric Bypass Vs. Roca Labs®
Lap Band Vs. Roca Labs®
Gastric Sleeve Surgery Vs. Roca Labs®

PX6-709s

https://web.archive.org/web/20130303123811/http://rocalabs.com/answers/ask-the-doctor/...   12/2/2014

FTC-PROD-012429

http://rocalabs.com/answers/ask-the-doctor/medical-answers/weight-loss-for-kid/

11 captures
2 Jan 13 - 1 Jul 14

Roux-en-Y Vs. HAN-MAR-MAY   Close
Diet Pills Vs. Roca Labs
Gastric Bull... 2012 2013 2014 Vs Help

Roca Labs® Cost

Gastroplasty Vs. Roca Labs®

Research

  *Research General

    What is Calorie?

    Gastric Bypass Surgery

    Complications

    Obese Seniors and Alzheimer's

    Excess Fat and Osteoporosis

    Vitamin C in the Formula

    Guide to Extreme Weight Loss

    without Surgery

    Roux-en-Y Gastric Bypass

    Guide

    Gastric Bypass Insurance

    Coverage

  Medical Research – Ingredients

    Diabetic Men: Foot Ulcer

    Improvement

    Beta-Glucan and Prebiotic

    Health Benefits

    Beta-glucan Fibers

    Beta-glucan Health Benefits

    Healthy Fibers

    Roca Labs Research

**Terms of Visiting This Site**

*RESULTS MAY VARY*

The site intends to introduce an advanced alternative to the dangerous weight loss surgeries such as gastric bypass, lap band, gastric sleeve, etc. FDA has not evaluated statements on this site and the Formula does not diagnose, treat, cure, or prevent any disease. Consuming the Formula without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by the Terms page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users to succeed in losing weight. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for any claims can be found in the Research section. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement. Shrinking stomach and mini stomach are trade marks just as over 10 others protected trade marks and are not intended to represent a medical state. V2 Aug2012

Copyright © 2009-2012 Roca Labs, Inc. All rights reserved.

PX6-709t

FTC-PROD-012430

ATTACHMENT B - FTC 2D RFA

Ask The Doctor ▾      Success Stories      18 Solutions ▾      Be Smart ▾      Support

# Gastric Bypass without Surgery

## Roca Labs Formula "Forcing" You to Eat Half and Lose Weight From Day 1

Ask The Doctor          18 Personal Solutions

Obesity? Diabetes? Eating Disorders? What is Bariatric Surgery? What is Gastric Sleeve? Best Weight Loss? What is the difference between Gastric Bypass, Gastric Sleeve, Lap Band, Roux-en-Y and Roca Labs Formula? What is hcg diet? Weight Loss Calculator.   and more. This is a "lose weight fast" guide.

## New Gastric Bypass Surgery Alternative

Taken once in the morning, the natural Formula creates a gastric bypass effect, leaving only 20% stomach space available for eating. You are practically forced to eat only half and lose weight from day 1. The Anti-Cravings is a scientific miracle in stopping your cravings for sweets and snacks for immediate results. **Successful regimen\* should result in a loss of 15-25lbs per month and a "shrinking stomach" size over 4-6 months** (medical evidence).



$172 X3 payments

Made in USA in an FDA registered facility



Success Stories

Qualify & Order

## What is Roca Labs Gastric Bypass?

▶ What is The Formula?



PLAINTIFF'S
EXHIBIT
65
2/15/17
PENGAD 800-631-6989

Consult The Nurse
FREE

PX6-710

ATTACHMENT B - FTC 2D RFA

# The New York Times

.... gastric capacity was reduced 27 percent to 36 percent in 1 month

research article

# Defeat Fat - Learn The Enemy

Choose your gender      



**Tags**

Active after alcohol alternative and Anti bariatric before before and afterbreastfeedingthan tins! **bypass** medicineComparison Complications Cravings Diabetics/Diabetes **Diet** Diet for childrenDiet for teenseffectsfast weight lossfor**gastricgastric bypassgastric bypass NO** surgeryGastric Bypass Surgeryhealth dietimmediate weight lossKalorien **Labs**mini gastric bypassoverweightpregnant **Roca** Roca Labsrocalabsschwanger**StoriesS** weight losswomen



FDA OKs stomach-shrinking.... article

Roca Labs Non-Surgical Medical Solutions Gastric Bypass Surgery Alter...   Page 3 of 4

ATTACHMENT B - FTC 2D RFA



# Roca Labs – Success Stories

Google    **90,700** results for "Roca Labs" in YouTube    

 **Carmen - lbs don't matter**
Pounds don't matter I am going for ideal measurements and don't count pounds

 **Tanya - First time in my life...**
Tried all weight loss methods. Succeeded only with Roca Labs: lost 54 lbs and going for 110

 **Scotty - I feel healthier..**
Senior 73: Roca Labs is a real gastric bypass / lap band surgery alternative  Easily lost 30 lbs

 **Loren - After 2 pregnancies**
Had a lot of weight to lose after 2 pregnancies - the Anti Cravings was significant for me

**Important**                                                    **Site Map Tree**

**ATTACHMENT B - FTC 2D RFA**

Instructions
Side Effects to Avoid
Eliminating Cravings
Recommended by Doctors
Health Risks
How to Order
Shipments
Allergy
Obesity Shortens Life Expectancy
Gastric Bypass Surgery Stats/Deaths

FAQ
Medical
Compare
Research



Consult The Doctor

$35

Consult The Nurse

FREE

Wiki Video

---

**Terms of Visiting This Site**

*RESULTS MAY VARY

The site intends to introduce an advanced alternative to the dangerous weight loss surgeries such as gastric bypass, lap band, gastric sleeve, etc. FDA has not evaluated statements on this site and the Formula does not diagnose, treat, cure, or prevent any disease. Consuming the Formula without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by the Terms page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users to succeed in losing weight. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for any claims can be found in the Research section. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement. Shrinking stomach and mini stomach are trade marks just as over 10 others protected trade marks and are not intended to represent a medical state.V2 Aug2012

Copyright © 2009-2012 Roca Labs, Inc. All rights reserved.