# PX6(6)

# (PX6-714 through PX6-747)

# Excerpts and Exhibits
# From Corporate Defendants'
# 30(b)(6) Deposition
# (2/15/17-2/16/17)

Mini Gastric Bypass NO Surgery Weight Loss Formula

**ATTACHMENT C - FTC 2D RFA**

## Roca Labs USA
Nutraceuticals Paris-Florida-Tokyo


Chat now!

Home     Success Stories     Questions     Customer Care     Research

# Gastric Bypass No Surgery

Natural formula creates Gastric Bypass Effect - only a small limited stomach volume available for food intake



| 1 | | 2 | |
|---|---|---|---|
| Understanding the formula | Live Chat | Choosing the right formula | |

**What is it?**      **90% Success Rate**

A dose of the Formula mixed in water and taken in the morning creates a fast gastric bypass effect leaving only a small limited stomach size available for food intake, practically forcing you to eat HALF and lose weight from day one  Without Gastric Bypass surgery.

The patented *β-Glucan®* ingredient regulates your blood sugar levels and helps you overcome cravings.



0.45 / 1.51                                    720p

USA Toll Free
International
**866.566.5288**
Available 24/7

costs only $480 Vs. $15,000 surgery

     Video

Florida production facility          FDA Compliance + GMP




Consult The Nurse

**FREE**

PLAINTIFF'S
EXHIBIT
66
2/15/17

EXHIBIT
D




click 2 talk
LIVE ADVICE

**Roca Labs USA**
Nutraceuticals Paris-Florida-Tokyo



Chat now!

**Home**      **Success Stories**      **Questions**      **Customer Care**      **Research**

# Gastric Bypass No Surgery

Natural formula creates Gastric Bypass Effect - only a small limited stomach volume available for food intake

## Questions

Basic Questions

Maximizing Success

Medical Info

Ordering & Customer Care

Video Answers

**Ask a Question**
if you can't find it here

Name

Email

Question

Ask Us

16 - What is "gastric bypass NO surgery" ?

17 - How does it work?

18 - How do I use it?

19 - How long do I use it?

20 - Flavor

21 - Natural ingredients

22 - Certification and credentials

24 - Pregnant women and weight gain

26 - Breastfeeding

27 - Diabetes

28 - Teens

29 - Children

30 - Are there diet restrictions?

31 - Is there a calorie count?

A dose of the Formula mixed in water and taken in the morning creates a fast gastric bypass effect leaving only a small limited stomach size available for food intake, practically forcing you to eat HALF and lose weight from day one. Without Gastric Bypass surgery.

The patented β-Glucan® ingredient regulates your blood sugar levels and helps you overcome cravings.



Consult The Nurse
FREE



click 2 talk
LIVE ADVICE

roca labs - Google Search

**ATTACHMENT F - FTC 2D RFA**

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More

roca labs                                                                      Sign in

**Web**   Images   Maps   Shopping   Videos   More ▾   Search tools

About 1,680,000 results (0.16 seconds)

Ads related to **roca labs**

**Item 1**   Mini Gastric Bypass $480 - Gastric Bypass Effect - No
Surgery
www.mini-gastric-bypass.me/Roca-Labs
90% Success Rate - Order Now!
Success Stories - Research Center - FAQ's - Ask a Question

**Item 2**   RocaLabs® Official Site - Gastric Bypass No Surgery
Formula.
www.rocalabs.com/Approved-★★★★★
Reduce Stomach Size & Lose Weight.
Gastric Bypass No Surgery Formula - Success Stories - Research
Center

✔ **Roca Labs** Non-Surgical Medical Solutions | New: Gastr...
rocalabs.com/
**Roca Labs** (Florida, USA) is the inventor of the strongest non-surgical
weight loss solution in the world for the obese. The Formula procedure
creates a gastric ...
Roca Labs - ANSWERS - Terms - Research


✔ **Roca Labs** Video after 30 days - YouTube
www.youtube.com/watch?v=P8_0ej_pmZQ
Mar 19, 2011 - Uploaded by briannarae1485
personal **roca labs** video link to my blog:
http://rocalabsexperience.blogspot.com/ link to
facebook ...

More videos for **roca labs** »

✔ **Roca Labs** @ PissedConsumer
roca-labs.pissedconsumer.com/
Nov 5, 2012 - **Roca Labs** social reviews and reports. ... Please try to
contact **Roca Labs** Customer Service directly prior to posting any
complaints on this site.

✔ **Rocalabs** Scam Rip Off **Roca Labs**
rocalabsscam.blogspot.com/
May 27, 2011 - This company is named **Roca Labs**. **Roca Labs**
apparently has a formula (powder) that creates the same effect as
having the gastric bypass ...

✔ **"Roca Labs"**: Diet Community - Support Group
forums.webmd.com/3/diet-exchange/forum/2756/16
15 posts - 12 authors - Jan 30
I mean, are you sure it's **roca labs** who ripped you off or the person you
bought it with?<br /><br />Come on!! come to think of it, why would
anyone sell it for half ...

  **"Roca Labs** Non-Surgical Gastric Bypass": Diet Community - May 1,
  2012
  **"Roca Labs** everyones views/ideas": Diet Community - Mar 12, 2012
  **"Is Roca Labs** working for you?": Mini Gastric Bypass No Surgery ... -
  Dec 1, 2011
  **"Roca Labs** Formula": Bariatric Surgery Exchange - Feb 27, 2011
  More results from forums.webmd.com »

✔ What is **Roca Labs** Gastric Bypass | **Roca Labs** True R...
trueroca.wordpress.com/
Feb 28, 2012 - **Roca Labs** True Reviews - does **Roca Labs** really
work? (by Deb P.)

Ads

Wholesale **Roca** Tile Sale
www.americanfastfloors.com/
Huge Savings on all **Roca** Tiles
Save Today! Call 1-888-276-6888

Gastric Bypass
www.weightlosssurgery.ca/
Laparoscopic gastric bypass in the
private sector without waiting!

Florida - Food **Lab**
www.local.com/
Looking for Food **Lab**
in Florida? Find it here!

Skip Gastric Bypass?
www.realdose.com/Weight-Loss
1 (855) 693 4182
Fix these 3 sneaky hormones and
avoid going under the knife.

No Surgery Gastric Bypass
surgery.webcrawler.com/
Search for No Surgery Gastric
Bypass
With 100's of Results at WebCrawler

No Surgery Bypass Info
www.info.com/NoSurgeryBypass
Get Info On No Surgery Bypass.
Access 10 Search Engines At Once.

Need a **Lab** Near You?
www.movingeverything.org/
Suncoast Medical Clinic at St.
Anthony's Hospital. Find Us Now!

Bariatric Support Group
www.americanbariatrics.com/
Join the American Bariatrics Online
Support Group. Registration is Free

See your ad here »


EXHIBIT
A


PLAINTIFF'S
EXHIBIT
68
2/15/17

http://www.google.com/

PX6-716
2/16/2013

roca labs - Google Search

ATTACHMENT F - FTC 2D RFA

✓ My **Roca Labs** Experience
rocalabsexperience.blogspot.com/
Aug 7, 2012 – Well after 2 weeks, I am officially out of formula :/ Last
official **roca labs** formula of 135.5.. Good luck to everyone! Thank you
for your support!

✓ **Roca Labs** Company | Facebook
www.facebook.com/**Roca**.**Labs**.Company
**Roca Labs** Company, Tampa, FL. 4198 likes · 11 talking about this.

✓ What's up With **Roca Labs**?
whatsupwith**rocalabs**.com/?p=1
Apr 5, 2011 – I would especially welcome health professionals NOT
working with **Roca Labs**, to give opinions or comments about how it
works.

✓ Promote your Diet: **Roca Labs** &quot;Bypass Without th...
www.fatsecret.com/Community.aspx?pa=fp&t=80916
20 posts - 11 authors - May 19, 2012
I started the **Roca Labs** System on 5/15/12. I am losing 2.0 lbs each
day. By 5/17/12 I'd lost 2" from my waist and 1" from around my buttock
and ...

Searches related to **roca labs**

| | |
|---|---|
| roca labs scam | roca labs side effects |
| roca labs complaints | roca labs diet |
| roca labs diet reviews | beta glucan |
| roca labs reviews | does roca labs really work |

1 2 3 4 5 6 7 8 9 10    **Next**

Advanced search   Search Help   Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms   About Google

PX6-717
2/16/2013

Find Your Weigh Loss Regimen



# GASTRIC BYPASS | no surgery ®



## gastric bypass effect
## without surgery

limited

### users lost 100 lb in 7-12 months
your weight loss may vary. not typical results. illustration of potential weight loss, not an actual user or weight loss

---

**What is Gastric Bypass Effect?**



Roca Labs' mixture

**very limited stomach volume**

gastric bypass effect

NEW: Naturally limiting stomach volume so you will eat less can now be achieved **without cutting** parts of the digestive system.

A Roca Labs® dose (natural ingredients) in the morning immediately creates gastric bypass results. With

---

**How much weight can I lose?**

As if you had undergone a bariatric surgery, weight loss is **immediate** and within few days you can diminish cravings. Depending on your commitment and following Rules and Suggested Use, **21 lb a month** is possible though more realistically, it will take 7 to 10 months to lose 100 lb.



How much weight will I lose?



---

http://rocalabs.com/gastric-bypass-no-surgery

PLAINTIFF'S
EXHIBIT
70
2/15/17

9/11/2014
PX6-718
FTC-PROD-011952

limited stomach volume you eat much less as if you undergone a bariatric surgery. The procedure includes the crucial Anti-Cravings® aimed to **eliminate snacks & sweets addiction** which accounts for 5 to 8 lb loss a month weight loss.

### Better than Bariatric surgery

- **High success** in creating gastric bypass effect
- Morning dose creates gastric bypass effect
- Immediate weight loss
- Up to **21 lb weight loss a month** *results may vary
- Users lost **100 lb in 7 to 12 months***
- World's strongest non-surgical weight loss
- Personalized weight loss solution

### Safer & cheaper than bariatric surgery

- Starts at only $480
- Qualification form approval within 24 hrs
- FDA compliance, strong natural ingredients
- Side effects are minimal & manageable
- Anti-Cravings® lowers urge for snacks/sweets
- Full commitment to diet and exercise is a must
- Personal Coach & 24/7 support

### 100,000 YouTube Roca Labs results

 

100,000+ YouTube Results

Endless testimonies of overweight people from the US and the world prove that Gastric Bypass NO Surgery® procedure works and **weight loss results are immediate.** Cash Back of $2 to $6 per pound lost when you reach 80% of your weight loss goal.

### Sharon Lost 80 lb In 8 Mo.

Diabetic normalized A1C from 12 to 6.6

### 53% Are Approved

Get your free weight loss analysis followed by qualification form before you can order. Intended for, women & men with more than 30% body weight excess fat who qualify. Special procedures for diabetics, kids/teens,seniors, weight management during pregnancy and weight reduction resulted from pregnancy. If approved you can start in 7 to 10 days.



### Nancy Lost 115 lb in 12 Mo.

Saved from gastric bypass surgery

 

### Tanya Lost 54 lbs in 4 months

Gastric Bypass NO surgery $480 | Roca Labs



life enhancements:
* more active
* no more plus sizes
* people notice
  the weight loss

**FDA Compliance**



Manufactured in an FDA-registered facility under GMP regulations and classified as a dietary supplement. Roca Labs mixture has an extremely strong effect and directions must be followed to maximize results and minimize side effects.

**Losing 100 lb is possible**

How to lose up to 100 lb without surgery?

#1 Decide to be committed
#2 Apply (53% are approved)
#3 Choose a kit ($480 to $980)
#4 Start and follow rules
#5 Video your success for Cash Back
#6 Improve health & looks





**Avoid Bariatric Surgery**

Weight loss surgeries are dangerous: 1 out of 400 dies, 50% regain weight, 72% suffer some complications and 100% live with food/menu/diet restrictions to avoid possible complications or death. The main problem with gastric bypass surgery is that it does not deal with the unbearable urge for snacks and sweets.



**Strong Natural Ingredients**

A unique compound of **extremely strong** synergetic fibers creates an **immediate gastric bypass effect.**
Added ingredients are formulated for diabetes, pregnant, kids/teens, seniors, etc. 800% B12 and 500% B6 can help with stress overeating. Details...



http://rocalabs.com/gastric-bypass-no-surgery

9/11/2014

PX6-720
FTC-PROD-011954

Gastric Bypass NO surgery $480 | Roca Labs

### Very High Success Rate...

... in creating an immediate gastric bypass effect and limiting stomach volume. Since you decide how much (dosage) and how many days a week (frequency), your stomach volume should always be limited without surgery.



### Side Effects

Limiting functional stomach space can be achieved **without cutting** parts of the digestive system. A Roca Labs* dose in the morning immediately creates gastric bypass results. With limited stomach capacity you eat much smaller portions as if you underwent a gastric bypass surgery.



**$172 x 3 payments**

53% Are Approved

Qualify and Order



### Better & Cheaper Than Surgery

Successful regime can result in a **weight loss of up to 21 lb a month\***. Included Anti-Cravings® helps you to eliminate the bad cravings for sweets and snacks. Very high success rate in creating gastric bypass effect in your stomach, just like undergoing gastric bypass surgery that costs over $8,000. Only $480 with most health Insurances. *Results may vary

### Cash Back For Success

Document your weight loss success in video and pictures. When you reach 80% of your goal Roca Labs will pay you up to **$6 for every pound you lost**. It can be more than 100% money back. Failure is not an option so no refunds or returns are allowed. More...



**Darlene G.**

*Cookeville, TN*
age: 75
weight: 265

Christmas Time

*Results may vary.

In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

The site is new and is undergoing major daily changes including the Terms and ordering process which will all be finalized by Sep 18th. The new ownership will reflect new improvements.



Roca Labs

Inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2014 Roca Labs. All rights reserved.

f  t  g+



# Roca Labs®
Nutraceutical USA

## Strong, Natural Non-Surgical Medical Alternatives



Roca Labs® mixture

very limited stomach volume

gastric bypass effect

**Users lost 100 lbs in 7 to 12 months**
your weight loss may vary - not typical results

## Gastric Bypass NO surgery*

- Safer, better & cheaper than bariatric surgery
- **High success** in creating gastric bypass effect
- Morning dose creates gastric bypass effect
- Weight loss starts immediately
- **Up to 21 lb weight loss a month** *results may vary
- Users lost 100 lb loss in 7-12 months*
- FDA compliance, safer natural ingredients

**Starts at $480** with health insurance discount  *learn more*


aetna

| Learn more | Find your regimen | High success rate | Support |

  
Darlene lost 86 lbs in 9 months



277 lbs    162 lbs


288 lbs    223 lbs    205 lbs


Doctors Portal

Pharmacists Portal

Dietitians Portal

## Roca Labs® Invented 6 Surgery Alternative Solutions

Each solution is individualized and is made of the mixture (limiting stomach volume), Anti-Cravings® and instructions for accelerated weight loss. 53% are approved.




9/11/2014
PX6-723

FTC-PROD-011959



## Bariatric Surgeries Alternative

Best non-surgical alternative to all bariatric surgeries. Immediately creates gastric bypass effect: NO cutting – NO surgery.

### Alternative to Tummy Tuck



Tummy tuck average cost: $4,000 to $20,000 Death rate: 1 in 620 Complications: bleeding, fluid accumulation, seroma, pain, swelling, hematoma

### Alternative to Vertical Banded



Vertical banded average cost: $20,000. Death rate: 1 in 100. Complications: bad infection, outlet stenosis vomiting, staple-line leak & fistula, band erosion, stoma stenosis, food intolerance, and pouch dilation. 37% excess weight loss at 5 years.

### Alternative to Gastric Sleeve



Gastric sleeve average cost: $9,500 to $24,000 Death rate: 1 in 500 Complications: bleeding, leaks, stricture, GERD. Average excess weight loss: 60%

### Alternative to Roux-en-Y



Roux-en-Y average cost: $19,000. Death rate: 1 in 200. Complications: dumping syndrome, hernia, blood clots, kidney stones, gallstones

### Alternative to Gastric Bypass



Gastric bypass average cost: $12,000. Death rate: 1 in 200. Complications: dumping syndrome, hernia, blood clots, kidney stones, gallstones & stomach pouch problems. Average excess weight loss: 60% to 70%.

### Alternative to Lap Band



Lap Band average cost: $9,000 to $22,000 Death rate: 1 in 1000 Complications: band problems, blood clots, bowel perforation, gallstones, constipation, nausea & vomiting. Average excess weight loss: 52% in 2 years

### Alternative to Liposuction



Liposuction average cost: $4500 Death rate: 1 in 5000 Complications: infections, embolism, seroma, skin necrosis, fluid imbalance, puncture wounds in the organs.



Better, Safer & Cheaper than Gastric Bypass | Roca Labs®                    Page 5 of 5



  & stomach pouch problems. Average excess
weight loss: 60%

 

*Results may vary.

In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

The site is new and is undergoing major daily changes including the Terms and ordering process which will all be finalized by Sep 18th. The new ownership will reflect new improvements.

| About us | Procedures | All the Answers |
|---|---|---|
| Terms | Gastric Bypass Alternative® | How much weight will I lose? |
| Support | Gastric Bypass NO surgery® | What is it? |
| Privacy | Gastric Bypass Results* | Is it safe if I...? |
| Qualify & Order | Gastric Bypass Effect® | Am I qualified? |
| Cost & insurance | Natural Gastric Bypass® | |
| | Speedy Gastric Bypass™ | |

Inventors of the
Gastric Bypass Alternative®

Copyrights © 2009-2014 Roca Labs. All rights reserved.

f  🐦  g+



# GASTRIC BYPASS | no surgery ®

≡ All the answers        💬 chat now

## Letter to Your Doctor V1-Aug12

### Health benefits and weight reduction in medical terms



Director of Medical Team (N.J, USA)

**Dear Fellow Doctor,**

I am an independent medical consultant and I'm writing this letter to describe the weight management procedure from Roca Labs® that your patient is interested in.

The Roca Labs® Formula is a mixture of natural ingredients that have been shown in multiple medical studies to provide euglycemic control, early and prolonged satiety and reduced desire to consume the amount of food your patient is currently eating. Although the ingredients are available separately, it is the proprietary combination that provides the greatest benefit.

The active ingredients are beta glucan, konjac glucomannan and fibersol. These compounds are added to Xanthan and Guar gum; they absorb water and slow the transition and absorption of the Roca Labs® Formula ingredients and food contents. This slow GI transit time allows for a systematically-controlled absorption of the active ingredients and the food consumed, resulting in a more even absorption of carbohydrates and a reduction of the rapid rise of blood glucose levels that typically occur after meals.

The health benefits of beta glucan have been established in many papers in peer-reviewed journals. Beta glucans are a group of non-starch polysaccharides, consisting of D-glucose monomers linked by beta glycosidic bonds. Among soluble fibers, beta glucan is the most frequently consumed and is associated with a reduced presence of insulin resistance, dyslipidemia, hypertension and obesity.

Beta glucan has been reported to have positive effects in treating several aspects of the metabolic syndrome that accompanies obesity in men and women. Independent studies have shown that beta glucan significantly lowered total cholesterol and increased HDL in an 8-week trial of obese and hypercholesterolemic patients (Nicolosi et al). For a comprehensive review of this information and more see, Beta Glucan: Health Benefits in Obesity and Metabolic Syndrome (Khoury) in the Journal of Nutrition and Metabolism.

The most comprehensive research paper to evaluate the benefits of beta glucan was in the january 2006 edition of the American Diabetes Association's medical journal,

‡ All the Answers
  General questions          ◄
  Medical questions          ◄
    General Medical FAQ
    Can I use it in high blood pressure?
    Using with medication
    I underwent bariatric surgery
    Letter from the Doctor
    Is it safe to Lose Weight while Breastfeeding?
    I am a senior...
    Understanding weight gain
    Healthy pregnancy
    I am diabetic...
    Can my child take the Formula?
    I am pregnant...
  Overcoming Obesity         ◄
  Compare                    ◄
  ✔ Qualify & Order
  Terms & Conditions         ◄
  🌐 Support                  ◄

DiabetesCare. The publication is titled "Consumption of Both Resistant Starch and ?-Glucan Improves Postprandial Plasma Glucose and Insulin in Women." The study demonstrated that the consumption of beta glucan can improve (lower) the glucose and insulin responses of both normal and overweight women. The authors concluded that beta glucan is effective in controlling glucose responses in both normal and insulin-resistant subjects (Behall). The effect of beta glucan in maintaining healthy blood glucose levels, in those with Type 2 diabetes, after meals has been verified in several studies (Jenkins, Wursch).

Studies have proven that the rise in postprandial blood glucose and insulin levels was reduced when meals were consumed with beta glucan or Guar gum (Jenkins). The reduction in peak glucose levels results from a more gradual absorption of nutrients because of the increase in viscosity of the contents of the stomach and small intestine. A large percentage of the Guar gum remains in the stomach for a prolonged period of time, and then gradually moves through the small intestine. This provides a two-fold benefit. First, the stomach is occupied by the highly viscous aqueous gelatin formation. Subsequently, the nutrients from the food are absorbed more, gradually resulting in fewer calories taken in and absorbed.

In addition to the weight management benefits, beta glucans were found to be the most effective polysaccharide immunostimulant against infectious diseases and cancer (Brown) and have been used as adjuncts in chemotherapy.

Konjac glucomannan, Amorphophalius Konjac C. koch, is derived from a tuber of Oriental origin. Several medical publications have reported its effects on lessening the rise in blood glucose levels after a meals (Doi) and lowering blood cholesterol levels in both healthy and hypercholesteremic adults (Arvill, Venter). In addition, Konjac glucomannan was shown to be effective in significantly controlling cholesterol and blood glucose levels with diabetes and insulin-resistant syndrome (Vuksan, Vuksan). In a double-blind, randomized study with diabetic patients, Konjac supplements improved blood lipid levels by enhancing fecal excretion of neutral sterol and bile acid and alleviated the elevated glucose levels in diabetic subjects (Chen). The authors concluded that Konjac should be an adjunct for the treatment of hyperlipidemic diabetic subjects. Previous studies have noted the use of supplemental Konjac resulted in significant weight loss, reduction in total cholesterol and LDL(Walsh).

Wakabayashi et al. evaluated the effects of Fibersol, an indigestible fiber, on the glycemic response of healthy subjects challenged with different carbohydrate sources. Supplemental indigestible dextrin reduced the postprandial glycemic and insulin response of sucrose and reduced the postprandial insulin response following a maltodextrin challenge. Similarly, Tokunaga and Matsuoka found that the consumption of an indigestible dextrin supplement before a test meal of noodles and rice, decreased the postprandial rise in blood glucose compared to controls.

The prevalence of diabetes in U.S. adults is estimated to be 5.1%, and continues to be a major health problem because of the increasing frequency of obesity and sedentary lifestyles. Most medical experts believe that there is potential for the long-term management of the complications associated with diabetes through improved glycemic control. Intensive therapy to control blood glucose improves quality of life in people with diabetes (DCCT), and dietary choices can have a profound impact upon glycemic control

(Brand). The Roca Labs Formula provides that balance of the high fiber viscous property with the metabolic benefits of beta glucan, Konjac and Fibersol. There have been no reports of medical side effects regarding these compounds.

The Roca Labs® Formula creates a similar effect that is experienced with patients that have undergone bypass surgery procedures. Patients using the Roca Labs® product feel it works from day one, training the stomach to eat less, reducing the capacity of the stomach and teaching the body/brain to eat less with a higher satisfaction. This continues to be reported even as much as 3-5 months after completing the Roca Labs® process. The Roca Labs® Formula is manufactured in an FDA-approved facility and the ingredients have been classified by the World Health Organization (WHO) as part of a healthy diet to prevent chronic disease (Geneva, 2003).

I am not an employee of Roca Labs® and I have formed an independent conclusion based on the available medical information. I have had many patients on the Roca Labs® Procedure and all have been satisfied with the immediate reduction in appetite, cravings and weight loss. I tried the formula myself and can confirm these findings. I hope you consider trying the Roca Labs® Formula before prescribing risky medications or surgery.

Please feel free to contact me if you have any questions regarding the medical efficacy or safety of the Roca Labs® products.

Ross Finesmith, MD
Medical Consultant

---

Arvill A, Bodin L: Effect of short-term ingestion of konjac glucomannan on plasma cholesterol in healthy men, Am J Clin Nutr 61:585–589, 1995.

Brown G.D., Gordon S. Fungal ?-glucans and mammalian immunity. Immunity, vol. 19, no. 3, pp. 311–315, 2003.

Chen HL, Sheu WH, Tai TS, Liaw YP, Chen YC. Konjac supplement alleviated hypercholesterolemia and hyperglycemia in type 2 diabetic subjects--a randomized double-blind trial. J Am Coll Nutr. 2003 Feb;22(1):36-42.

Diabetes Control, and Complications Trial (DCCT) Research Group  The effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus. New Engl J Med. 1993;329:977–86.

Doi K: Effect of konjac fibre (Glucomannan) on glucose and lipids. Eur J Clin Nutr 49:S190 –S197, 1995.

El Khoury D., C. Cuda, B. L. Luhovyy, and G. H. Anderson.  Beta Glucan: Health Benefits in Obesity and Metabolic Syndrome. Journal of Nutrition and Metabolism, 2012.

Jenkins AL, Jenkins DJA, Zdravkovic U, Wursch P, Vuksan V. Depression of the glycemic index by high levels of ?-glucan fiber in two functional foods tested in type 2 diabetes. European Journal Clinical Nutrition. 2002.56:622–628.

PX6-728
FTC-PROD-011964

Jenkins DJ et ai. Dietary fibers, fiber analogues and glucose tolerance: importance of viscosity. British Medical Journal. 1978:1;1392-1394.

Nicolos R., S. J. Bell, B. R. Bistrian, J. Greenberg, R. A. Forse, and G. L. Blackburn, Plasma lipid changes after supplementation with ?-glucan fiber from yeast. American Journal of Clinical Nutrition, vol. 70, no. 2, pp. 208–212, 1999.

Tokunaga K, Matsuoka A. Effects of a FOSHU (food for specified health use) containing indigestible dextrin as a functional component on glucose and fat metabolisms. J Japan Diab Soc. 1999;42:61–5.

Wakabayashi S, Kishimoto Y, Matsuoka A. Effects of indigestible dextrin on glucose tolerance in rats. J Endocrinology. 1995;144:533–8.

Walsh DE, Yaghoubian V, Behforooz A. Effect of glucomannan on obese patients: a clinical study. Int J Obes. 1984;8(4):289-93.

Wursch P, Pi-Sunyer FX. The role of viscous soluble fiber in the metabolic control of diabetes. Diabetes Care. 1997;20(11);1774.

Venter CS, Kruger HS, Vorster HH, Serfontein WJ, Ubbink JB, De Villiers LS: The effects of dietary fibre component konjac- glucomannan on plasma cholesterol levels of hypercholesterolemic subjects. Hum Nutr Food Sci Nutr 41F:55–61, 1987.

Vuksan V, Jenkins DJA, Spadafora P, Sievenpiper JL, Owen R, Vidgen E, Brighenti F, Josse R, Leiter LA, Bruce-Thompson C: Konjac-mannan (Glucomannan) improves glycemia and other as- sociated risk factors for coronary heart disease in type 2 diabetes. A randomized controlled metabolic trial. Diabetes Care 22:913– 919, 1999.

Vuksan V, Sievenpiper J, Owen R, Swilley JA, Spadafora P, Jenkins DJA, Vidgen E, Brighenti F, Josse RG, Leiter LA, Xu Z, Novokmet R: Beneficial effects of viscous dietary fiber from konjac-mannan in subjects with the insulin resistance syndrome.
Diabetes Care 23:9–14, 2000.

  Like  Tweet 0  Share submit

*Results may vary.

In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

The site is new and is undergoing major daily changes including the Terms and ordering process which will all be finalized by Sep 18th. The new ownership will reflect new improvements.



**Roca Labs**
Inventors of the
Gastric Bypass Alternative®

About us
Terms
Support
Privacy
Quality & Order
Cost & insurance

Procedures
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

All the Answers
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

http://rocalabs.com/faq/medical/letter

Letter to Your Doctor - Roca Labs

Copyrights © 2009-2014 Roca Labs. All rights reserved.

f  𝕍  g+

9/11/2014

PX6-730
FTC-PROD-011966

**GASTRIC BYPASS** | no surgery ®

≡ All the answers    ⬡ chat now

# How Much Weight Can I Lose?

**17 lbs monthly weight loss** on a consistent basis is achievable in a successful regimen when cutting 2,000 calories a day. However, losing 100+ lbs can be realistically achieved over 7 to 10 months when combining exercise and following suggested use.

While bariatric surgery patients lose 47% (gastric banding) to 61% (gastric bypass) of their body weight over a period of 2 years, with Roca Labs procedure one can achieve higher weight loss and faster without the bad complication rate of the surgery.

Roca Labs procedure can have higher and faster success rate than bariatric surgeries because it trains your body and mind to eat properly rather than forcing it for the first few months. The surgeries also can NOT provide a solution for craving which accounts for 50% of the weight gain problem.

| Commitment /Daily Dosage | Stomach Space Available* | Daily Calorie Deficiency | Est. Monthly Weight Loss** (pounds) | No of Months to lose 100 lbs |
|---|---|---|---|---|
| **Highest** (highest dosage, 5-6 days per week) | ~10% you will barely eat | 2,500 | 21 | 5 |
| **High** (high dosage, 3-4 days per week) | ~30% you will eat very little | 1,800 | 15 | 7 |
| **Medium** (medium dosage, 1-2 times per week) | ~50% you eat half | 1,200 | 10 | 10 |
| **Low** (low dosage, no exercise) | ~70% you will eat a bit less | 820 | 7 | 14 |

* Stomach space available is only an estimate and is based on feeling/sensation. Results may vary.

**3,500 calories= 1 lbs of fat

‡ All the Answers
General questions ⌄
  What is Roca Labs® Procedure?
  How much weight will I lose?
  What is the success rate?
  Side effects to Avoid ⊰
  Am I Qualified?
  Ingredients
  What is Anti-Cravings®?
  Shrinking Stomach™
  Are there any menus or diet restrictions?
  Procedure Cost
Medical questions ⊰
Overcoming Obesity ⊰
Compare ⊰
✔ Qualify & Order
Terms & Conditions ⊰
☺ Support ⊰

Exercise is a must for a successful Gastric Bypass Alternative® weight loss procedure. Without exercise, the progress of your weight loss will likely stop after losing the first 20-30 lbs. Unless you are committed to 20-30min of physical activity on a daily basis, buying Roca Labs® will be a waste of money.

## Strongest Weight Loss Solution in the World

Roca Labs Procedure is probably the strongest non-surgical weight loss solution in the world. However, your brain is stronger and your commitment is a must. The Roca Labs Mixture ALWAYS works to limit stomach space and create a gastric bypass effect. The more Mixture you consume, the smaller your available stomach space and the less food you will eat down to as little as 1,200 calories per day. During the first few days you will learn to adjust your daily dosage and number of days per week it should be taken.

To reach your weight loss goal you must be familiar with the Suggested Use and yet "listening" to your body's signals, and adjusting the dosage and frequency to meet your individual needs. Dosage is customizable: you decide how much to take and when, and **you control** the daily level of the gastric bypass effect. The power to succeed is in YOUR hands!



g+1  0      Like  1      Tweet  0          Share          submit

*Results may vary.

In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review instructions, Suggested Use, Side Effects, Terms and Conditions.

The site is new and is undergoing major daily changes including the Terms and ordering process which will all be finalized by Sep 18th. The new ownership will reflect new improvements.

---



**Roca Labs**

Inventers of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & Insurance

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2014 Roca Labs. All rights reserved.

f  y  g+



**GASTRIC BYPASS | no surgery** ®

≡ All the answers    ⊙ chaᵛnow

## What is the Success Rate?

Users report a 90% success rate in creating the gastric bypass effect to limit stomach space. Though the Roca Labs Procedure ALWAYS works, it is not a guarantee that you will be successful past the lose of first 30-35 lbs.

### 90% success rate – 100% depends on you

So Roca Labs® Procedure has 90% success rate in creating an immediate gastric bypass effect and limiting your stomach space. Little food portions are now satisfying and you are losing weight from day one. Everyone does. At the end of the first month you might lose 15 to 20 lbs and you feel good. Some people notice the change. At the end of 10 weeks you have probably lost 30 to 35 lbs and you buy clothing 2 to 4 sizes sizes smaller

Your determination and commitment.. ALWAYS.

Anti-Cravings® can further help in fighting your urge for snacks/sweets and increase your success rate. However, it all depends on YOUR level of commitment to the Program!

‡ All the Answers

General questions ▼
  What is Roca Labs® Procedure?
  How much weight will I lose?
  What is the success rate?
  Side effects to Avoid
  Am I Qualified?
  Ingredients
  What is Anti-Cravings®?
  Shrinking Stomach™
  Are there any menus or diet restrictions?
  Procedure Cost

Medical questions ◄

Overcoming Obesity ◄

Compare ◄

✓ Quality & Order

Terms & Conditions ◄

⊕ Support ▼

01:12 ━━━━━━━━━━━━━ HD 

## 100,000+ "YouTube Roca Labs" Search Results

Google    **90,700** results for "Roca Labs" YouTube"    You Tube

## 1 out of 5 who searches "gastric bypass" is searching for "Roca Labs"

With so many success videos wherein people document an immediate gastric bypass effect without a surgery, it is evident that Roca Labs® procedure simply works. That is

http://rocalabs.com/faq/general/roca-labs-success-rate

What is the success rate? - Roca Labs

why Google's search results shows that of every 5 people in the USA searching for gastric bypass, 1 is looking for Roca Labs, the Gastric Bypass Alternative®



08:43                                                                                            8:43

g+1   0        Like   0      Tweet  0                    Share           submit

*Results may vary.
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.
The site is new and is undergoing major daily changes including the Terms and ordering process which will all be finalized by Sep 18th. The new ownership will reflect new improvements.

**Roca Labs**
Inventors of the
Gastric Bypass Alternative®

| About us | Procedures | All the Answers |
|---|---|---|
| Terms | Gastric Bypass Alternative® | How much weight will I lose? |
| Support | Gastric Bypass NO surgery® | What is it? |
| Privacy | Gastric Bypass Results® | Is it safe if I...? |
| Qualify & Order | Gastric Bypass Effect® | Am I qualified? |
| Cost & Insurance | Natural Gastric Bypass® | |
| | Speedy Gastric Bypass™ | |

Copyrights © 2009-2014 Roca Labs. All rights reserved.

f  y  g+

PX6-734
FTC-PROD-012006





**20%** stomach size availability

# Mini Gastric Bypass Alternative

A dose of the Formula in the morning creates a fast mini gastric bypass effect leaving only a small, limited stomach size available, forcing you to eat only 50% from day... Without Gastric Bypass surgery.

**LIVE ADVICE** click to chat

---

## What is it? Explained by 24 videos

| What is the Formula? ▼ |



## What is the Formula?

Roca Labs® Formula is a safe and natural alternative to mini gastric bypass surgery. The procedure is based on the Roca Labs® Formula which substitutes undergoing expensive mini gastric bypass surgery while yielding similar results. Taken in the

## 90,000+ Success Stories on Youtube

Nancy ▼

 

**Nancy B.**
*weight: 277*
**lost 115 lbs**

*Now 162 lbs*

## Nancy

Gastric Bypass Alternative® helped Nancy lose 115lbs. Nancy from CA was considering mini gastric bypass surgery and in the process found Roca Labs Gastric Bypass No Surgery. She did not want her face shown, but wanted to tell her story. In



morning, it creates an immediate effect similar to mini gastric bypass surgery by limiting space in the stomach, forcing you to

one year Nancy lost 85lbs by using Roca Labs Gastric Bypass NO Surgery Formula.Her family and friends make it a






FDA Compliance    Insurance Discount    Known to Improve Health    90% Success Rate



LIVE ADVICE
click to chat



## What is it?

Roca Labs® mini gastric bypass formula is a medical innovation which creates a natural mini gastric bypass effect in the stomach without the surgery. It is better, safer and cheaper than the life-altering and dangerous weight loss surgeries.



## Only $480 with your Health Insurance

Customers from USA/Canada enjoy up to a 20% discount on their purchase with approved health insurance. Cost starting at only $480 or 3 monthly payments of $172.



## Surgery Alternative

1/350 dies from mini gastric bypass surgery. The surgery has numerous risks and serious complications, as well as painful restrictions afterwards. In contrast, Roca Labs® formula is easy to use and the side effects are minimal.

## FDA compliance is important

Roca Labs® formula is manufactured in a high-end FDA compliant facility in the USA. The formula is classified as a food supplement (not a drug).

Mini Gastric Bypass Alternative™ - NO surgery - $480



## Side Effects

Though the formula is natural, it is very strong and some users report dehydration and gas. Side effects can be prevented when the Formula is used properly. Additional minor side effects may occur.



## Money back for success

Roca Labs® rewards you for success. Send us a video to share on our website documenting your weight loss progress, and you can get up to 50% of the purch price, with your true inspirational success story. No money back for failure or otherwise.

LIVE ADVICE
click to chat



## Natural Ingredients

Roca Labs® natural formula is based on healthy fibers: β-Glucan®, Xanthan Gum, and Guar Gum. All ingredients are 100% natural.



## Success is limited by your mind only

The new Roca Labs® formula is probably the most powerful weapon you could purchase in your fight against fat. But identifying your psychological obstacles is important.

## Better Business Bureau

BBB rating system review

## GMP

The formula is manufactured under United States GMP guidelines, and carries the GMP seal of approval. GMP is part of a quality system covering the manufacture and testing of active pharmaceutical ingredients, diagnostics, foods, pharmaceutical products, and medical devices.

Mini Gastric Bypass Alternative™ - NO surgery - $480                                    Page 4 of 6

# Qualify & Order

### starts at $172 x 3 payments

This form is designed to filter out those with limited chance of being successful and who are absolutely not suited to use the STRONG Formula or handle the regimen successfully. This form is not replacing your personal physician who can relate specifically to your medical situation. This information will be kept confidential and will NOT be shared. Privacy Poll -

**LIVE ADVICE**
click to chat

**53% are approved**

**Full Name ***

**Gender ***

**Age ***

**Lbs ***

**Height ***

UnitedHealthcare  aetna  CIGNA
and many more...

**Health insurance qualifies you for discount**

I am NOT insured

**Send results to my email ***

☐ I want to purchase now and want to talk to a coach

*Information is kept private, see privacy. Occasional reminders may be sent. You may unsubscribe.*

**Next > Health Application**





The Roca Labs mini gastric bypass NO surgery

formula

is prepared in an FDA compliant facility

---

**Disclaimer**

*Results may vary
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice,
diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested
by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before
beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before
purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2014 Roca Labs, Inc. All rights reserved.

Mini Gastric Bypass Alternative™ - NO surgery - $480



LIVE ADVICE
click to chat

Chat now

# GASTRIC BYPASS | no surgery ®

All the answers    chat now

Alfonso Ribeiro and Dancing With The Stars celebrities have reviewed Roca Labs Gastric Bypass NO Surgery®. He had met and reviewed 4 Roca Labs users who lost 100 lb without a surgery:

- Chris (Texas) has lost 98 lb
- Richard (Oregon) has lost 105 lb
- Roxie (Ohio) diabetic has lost 83lb
- Denise from Maryland who lost 120 lb in 8 months

Alfonso was surprised that Roca Labs regimen costs only $480 with health insurance. He thinks that losing 100 lb without having a surgery is amazing.

**All the Answers**
General questions ◄
Medical questions ◄
Overcoming Obesity ◄
Compare ◄
✔ Qualify & Order
Terms & Conditions ◄
⚙ Support ◄



"losing 100 lb without surgery is great!"
dancing with the stars
Roca Labs Review by Alfonso Ribeiro

FTC-PROD-012090

http://rocalabs.com/blog/alfonso-ribeiro-reviews-roca-labs

PLAINTIFF'S EXHIBIT
PENGAD 800-631-6989
71
2/15/17

PX6-741

1/4

9/22/2014

Alfonso Ribeiro Reviews Roca Labs - Roca Labs

One can see the weight loss when comparing Alfonso Ribeiro before picture with current picture taken with Roca Labs. He agrees with Roca Labs that eating healthy and exercising is the best way to lose weight. Therefore, Roca Labs® regimen should be tried before a bariatric surgery. He was shocked to learn that as much as 1 in 200 gastric bypass patients dies from a bariatric surgery.



In the picture he is holding and reviewing the Roca Labs Activator which turns the formula into the red mixture, as a result, creates the natural gastric bypass effect. Compare Alfonso the heavy weight (before) and today holding the Roca Labs Activator. He lost the weight and he is in great shape. Bravo.

FTC-PROD-012091

PX6-742                                    2/4

9/22/2014                                    Alfonso Ribeiro Reviews Roca Labs - Roca Labs





Read more bio

 0     Like     Tweet 1     Share

FTC-PROD-012092

PX6-743        3/4

.*Results may vary.

In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

The site is new and is undergoing major daily changes including the Terms and ordering process which will all be finalized by Sep 18th. The new ownership will reflect new improvements.

---



Roca Labs

Inventors of the
Gastric Bypass Alternative®

| About us | Procedures | All the Answers |
|---|---|---|
| Terms | Gastric Bypass Alternative® | How much weight will I lose? |
| Support | Gastric Bypass NO surgery® | What is it? |
| Privacy | Gastric Bypass Results® | Is it safe if I...? |
| Qualify & Order | Gastric Bypass Effect® | Am I qualified? |
| Cost & insurance | Natural Gastric Bypass® | |
| | Speedy Gastric Bypass™ | |

Copyrights © 2009-2014 Roca Labs. All rights reserved.



FTC-PROD-012093

http://rocalabs.com/blog/alfonso-ribeiro-reviews-roca-labs

PX6-744



☰ Answers now    contact     f g+ y p ∞

# GASTRIC BYPASS | no surgery ®



## Celebrity News
# dancing with the stars

Allison Holker holds the Activator which makes the Roca Labs mixture creating the gastric bypass effect that helps people lose 100 lb without surgery. Read more

**Roca Labs® is the world's strongest, most effective weight loss regimen based on the Gastric Bypass NO surgery® and Anti-Cravings® inventions.**

**It can help people lose 100 lb or more without surgery.** Results may vary



Roca Labs® mixture

very limited stomach volume

gastric bypass effect

Successful users lost 100 lb in 8 to 12 mo.
your weight loss may vary - not typical results

FREE Weight Loss Analysis

How does it work? ⬤

## How does Roca Labs® regimen work?



Gastric Bypass NO Surgery Formula

presenter is not a medical professional

**Better, Safer, and Cheaper Than Surgery** ⬤

This successful regimen can result in a **weight loss of up to 21 lb a month\***. The Anti-Cravings® helps to eliminate the bad cravings for sweets and snacks. The regimen has a



PLAINTIFF'S EXHIBIT
72
2/15/17

PX6-745

https://rocalabs.com/gastric-bypass-no-surgery

NEW: a dose of the Roca Labs formula is mixed with water and turns into 350cc stomach-sized red mixture. Successful users report that when consumed in the morning, the Regimen creates a feeling akin to limiting functional stomach volume for the duration of your day. This result is achieved **without** surgical procedures, including cutting parts of the digestive system.



With limited stomach volume, you eat much less. Everyone knows the key to losing weight is lowering your calorie intake. When using the Regimen, you enter a calorie deficient state and from day one begin to lose weight at a rate of half a pound for every 1,750 calories. Bariatric surgery does not eliminate your cravings; Roca Labs Anti-Cravings® can reduce your urge for sweets and snacks and other foods that prevent your weight loss success enhancing the loss of an additional 5 to 8 pounds a month! Learn more



Find your regimen

**100,000 YouTube Roca Labs results**



very high success rate due to the **gastric bypass effect** in your stomach, which works just like the gastric bypass surgery—a surgery that costs upwards of at least $8,000. The Roca Labs' regimen only costs $480, with most health insurances. Learn more about cost and insurance. *Results may vary

*Blue Cross Blue Shield, Aetna, United Healthcare, CIGNA and many others*

**How much weight can I expect to lose?**

The weight loss is **immediate** with the Roca Labs' regimen, just as if you had undergone a bariatric surgery, and within few days the cravings are diminished significantly. Depending on your commitment to the recommended rules for suggested use, a loss of **21 lb a month** is possible; however, realistically, it may take 7 to 10 months to lose 100 lb.



Learn more

Find your regimen

**53% Are Approved**

A free weight loss analysis and qualification form are required before you can order. This weight loss solution is intended for women and men with more than 30% of excess body weight to qualify. Special regimens are designed for diabetics, kids and teens, seniors, plus, we offer weight management during pregnancy and postpartum. If approved, patients within 7 to 10 days.

Gastric Bypass No Surgery $480 | Roca Labs

Endless video testimonials prove that the Gastric Bypass NO Surgery Regimen **works**. Surgery can be avoided and thousands of people vouch that the weight loss can be achieved immediately. Customers reaching their weight loss goal and documenting it in an inspirational video receive a Cash Back reward of up to 100%. You should know that while the Roca Labs Regimen is extremely effective, your mind, determination, and commitment make this alternative truly successful. Watch success videos



Qualify & Order

### Are there side effects?

Roca Labs Regimen has potential side effects that we believe can be avoided simply by following your individualized Regimen. For example, consuming dairy during your Regimen can cause diarrhea, and drinking soda or overeating can cause a bloated stomach or gaseous reactions. We encourage you to consult your doctor concerning any potential side effect of the Regimen. By creating the feeling of limiting your stomach volume, customers eat less without potentially painful surgery affecting their digestive systems. That is just one reason why Gastric Bypass NO Surgery presents a safer way to lose a tremendous amounts of weight. Learn more

288 lbs       223 lbs       205 lbs

Results may vary

### Tanya Lost 54 lbs in 4 months



01:28



Jan 265 lbs       jul 219 lbs       Oct 183 lbs

### Avoid Bariatric Surgery

Weight loss surgeries are dangerous; every 1 out of 400 persons die, 50% of patients regain weight, 72% of patients suffer some type of complications, and 100% live with dietary restrictions. The main problem with gastric bypass surgery is that it does not curb the unbearable urge for snacks and sweets. Details…

PX6-747

1/28/2015
FTC-PROD-012225