# PX6(7)

## (PX6-748 through PX6-856)

## Excerpts and Exhibits From Corporate Defendants' 30(b)(6) Deposition (2/15/17-2/16/17)

Darlene lost 86 lbs in 9 months

Results may vary

**Strong Natural Ingredients**

The Roca Labs formula is a proprietary compound made from strong synergetic fibers that **naturally** create an immediate **gastric bypass effect** to limit the functional stomach volume without undergoing surgery. Each ingredient has its own set of properties, which have been chosen carefully and perfected throughout the years. An estimated $28 million was invested in the creation of the formula. Lables & details

**Cost & Health Insurance**

With insurance, a 3-4 month supply is one payment of **$480 (or 3 payments of $172)**. Without insurance, a 3-4 month supply is **3 payments of $230**.

- A cash back reward of up-to 50% is possible when you create an inspirational video of your weight loss achievement
- Armed Forces members and U.S. and Canadian citizens are guaranteed a discount of up-to $260 with a valid health insurance plan.
  Note: the discount varies depending upon your insurance provider. Additionally, the discount is given regardless of your deductible and will not affect your insurance rates. Learn more

Blue Cross Blue Shields, Aetna, United Healthcare, CIGNA
*and many others*

Find your regimen

FREE Weight Loss Analysis

**Cash Back For Success**

Document your weight loss success in videos and pictures to receive a cash back reward. When you reach 80% of your weight loss goal, Roca Labs will pay you up-to **$6 for every pound you lost**. These cash back earnings can be more than 100% money back. Failure is not an option so no refunds or returns are allowed. More...

PX6-748



**Better than Bariatric Surgery**

- **High success** in creating the gastric bypass effect
- Morning dose creates the **gastric bypass effect**
- Immediate weight loss
- Up-to a **21 lb weight loss in a month** *
- Many patients lost **100 lb within 7 to 12 months*** results may vary
- World's strongest, non-surgical weight loss alternative
- Personalized weight loss solutions
- Learn more

Gastric Bypass Surgery Vs Roca Labs® Formula

Find your regimen

**Nancy Lost 115 lb in 12 Mo.**

Saved from gastric bypass surgery

Nancy B.
weight: 277
lost 115 lbs
Now 162 lbs

Sharon lost 80 lb, Darlene lost 86 lb

Watch more success stories

Find your weight loss regimen

Only $170 x 3 mo. payments

53% Are Approved

Qualify and Order

**Safer and Cheaper than Bariatric Surgery**

- The regimen starts at only **$480 for a 3-4 month supply**
- Qualification form approval occurs within 24 hrs
- FDA compliance and strong, natural ingredients
- Side effects are minimal and manageable
- Anti-Cravings® lowers urge for snacks and sweets
- Full commitment to diet and exercise is a must
- Personal Coaches and 24/7 support is available
- Learn more

Find your regimen

**FDA Compliance**

The Roca Labs® formula and Anti-Cravings® are manufactured in an FDA registered facility under GMP regulations and are classified as dietary supplements (not a drug). The company believes that following FDA regulations is very important.

PX6-749

A doctor's prescription is not required for use, yet, the mixture has an extremely strong effect and the provided directions must be followed to achieve the best results and minimize side effects. Read more

**Losing 100 lb is achievable**

How can you lose up-to 100 lb without surgery?

#1 Decide to commit to the process
#2 Apply (53% are approved)
#3 Choose a plan (starting at just $480)
#4 Start the regimen and the follow rules
#5 Video your success for Cash Back
#6 Improve health and looks

Learn more

Nancy B.
weight: 277
lost 115 lbs
Now 162 lbs

**Very High Success Rate**

To create the immediate **gastric bypass effect** and limiting stomach volume, you decide the daily dosage and frequency . In other words, your success is completely within your own control.

How much weight will I lose?
4XL — 3XL — XXL — XL - L

Learn more

PX6-750

Gastric Bypass NO Surgery $480 | Roca Labs Page 7 of 9

Roca Labs® is not endorsed by Dancing With The Stars, ABC, BBC, or the Disney Co.or the individuals contestants, judges or performers appearing on Dancing With The Stars. Dancing With The Stars, ABC, BBC, and Disney are all registered trademarks of their respective owners. All trademarks on this web site whether registered or not, are the property of their respective owners. Dancers and celebrities on Dancing with the Stars had a special opportunity to meet with successful users of Roca Labs' Gastric Bypass NO Surgery® who lost 100 lb on average. The dancers and stars were amazed with the weight loss results, but are not in any way official endorsers of Roca Labs®. Images are courtesy of ABC and the Disney Company. Images should not imply product endorsement or use of Roca Labs products by celebrities pictured in images.

177
Like 406
Tweet 21

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

Roca Labs

**About us**
- Terms
- Support
- Privacy
- Qualify & Order
- Cost & insurance
- Tel: 855.933.1010
- Contact us

**Procedures**
- Gastric Bypass Alternative®
- Gastric Bypass NO surgery®
- Gastric Bypass Results®
- Gastric Bypass Effect®
- Natural Gastric Bypass®
- Speedy Gastric Bypass™

**All the Answers**
- How much weight will I lose?
- What is it?
- Is it safe if I...?
- Am I qualified?

APPROVED

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

PX6-751

Gastric Bypass NO Surgery $480 | Roca Labs Page 1 of 7

Answers now
contact
GASTRIC BYPASS no surgery ®

# Celebrity News

## dancing with the stars

**Artem Chigvintsev** holding Roca Labs® Activator and learning about Gastric Bypass NO Surgery®. Read more

Roca Labs
Gastric Bypass NO Surgery
Roca Labs
Gastric Bypass NO Surgery

Roca Labs® is the world's strongest, most effective weight loss regimen based on the Gastric Bypass NO surgery® and Anti-Cravings® inventions.
It can help people lose 100 lb or more without surgery. *Results may vary

Roca Labs® mixture

very limited stomach volume

gastric bypass effect

Successful users lost 100 lb in 8 to 12 mo.

your weight loss may vary - not typical results

How does Roca Labs® regimen work?

Gastric Bypass
NO Surgery Formula

presenter is not a medical professional

FREE Weight Loss Analysis

**How does it work?**

**Better, Safer, and Cheaper Than Surgery**

This successful regimen can result in a **weight loss of up to 21 lb a month***. The Anti-Cravings® helps to eliminate the bad cravings for sweets and snacks. The regimen has a

PLAINTIFF'S EXHIBIT
73
2/15/17
PENGAD 800-631-6989

NEW: a dose of the Roca Labs formula is mixed with water and turns into 350cc stomach-sized red mixture. Successful users report that when consumed in the morning, the Regimen creates a feeling akin to limiting functional stomach volume for the duration of your day. This result is achieved **without** surgical procedures, including cutting parts of the digestive system.

Roca Labs® mixture
very limited stomach volume
ROCA LABS
gastric bypass effect

With limited stomach volume, you eat much less. Everyone knows the key to losing weight is lowering your calorie intake. When using the Regimen, you enter a calorie deficient state and from day one begin to lose weight at a rate of half a pound for every 1,750 calories. Bariatric surgery does not eliminate your cravings; Roca Labs Anti-Cravings® can reduce your urge for sweets and snacks and other foods that prevent your weight loss success enhancing the loss of an additional 5 to 8 pounds a month! Learn more

How does Roca Labs® Formula work?

Find your regimen

**100,000 YouTube Roca Labs results**

Google
Roca Labs YouTube

100,000+ YouTube

very high success rate due to the **gastric bypass effect** in your stomach, which works just like the gastric bypass surgery—a surgery that costs upwards of at least $8,000. The Roca Labs' regimen only costs $480, with most health insurances. Learn more about cost and insurance. *Results may vary

Blue Cross Blue Shields, Aetna, UnitedHealthcare, CIGNA *and many others*

**How much weight can I expect to lose?**

The weight loss can be **immediate** with the Roca Labs' regimen, just as if you had undergone a bariatric surgery, and within few days the cravings should be diminished significantly. Depending on your commitment to the recommended rules for suggested use, a loss of **21 lb a month** is possible; however, realistically, it may take 7 to 10 months to lose 100 lb.*

How much weight will I lose?
Success Belt™
4XL ---- 3XL --- XXL -- XL - L
01:24

Learn more

Find your regimen

**53% Are Approved**

A free weight loss analysis and qualification form are required before you can order. This weight loss solution is intended for women and men with more than 30% of excess body weight to qualify. Special regimens are designed for diabetics, kids and teens, seniors, plus, we offer weight management during pregnancy and postpartum. If approved, patients within 7 to 10 days.

Results

Endless video testimonials prove that the Gastric Bypass NO Surgery Regimen **works**. Surgery can be avoided and thousands of people vouch that the weight loss can be achieved immediately. Customers reaching their weight loss goal and documenting it in an inspirational video receive a Cash Back reward of up to 100%. You should know that while the Roca Labs Regimen is extremely effective, your mind, determination, and commitment make this alternative truly successful. Watch success videos

Qualify & Order

288 lbs 223 lbs 205 lbs

*Results may vary

**Are there side effects?**

Roca Labs Regimen has potential side effects that we believe can be avoided simply by following your individualized Regimen. For example, consuming dairy during your Regimen can cause diarrhea, and drinking soda or overeating can cause a bloated stomach or gaseous reactions. We encourage you to consult your doctor concerning any potential side effect of the Regimen. By creating the feeling of limiting your stomach volume, customers eat less without potentially painful surgery affecting their digestive systems. That is just one reason why Gastric Bypass NO Surgery presents a safer way to lose a tremendous amounts of weight. Learn more

**Tanya Lost 54 lbs in 4 months**

*Results may vary

**Avoid Bariatric Surgery**

Weight loss surgeries are dangerous; every 1 out of 400 persons die, 50% of patients regain weight, 72% of patients suffer some type of complications, and 100% live with dietary restrictions. The main problem with gastric bypass surgery is that it does not curb the unbearable urge for snacks and sweets. Details...

  

Gastric Bypass 230 Surgery $480 | Roca Labs Page 4 of 5

Jan 265 lbs

Jul 210 lbs

Oct 184 lbs

Darlene lost 86 lbs in 9 months

*Results may vary

**Strong Natural Ingredients**

The Roca Labs formula is a proprietary compound made from strong synergetic fibers that **naturally** create an immediate **gastric bypass effect** to limit the functional stomach volume without undergoing surgery*. Each ingredient has its own set of properties, which have been chosen carefully and perfected throughout the years. An estimated $28 million was invested in the creation of the formula. Lables & details

**Cost & Health Insurance**

With insurance, a 3-4 month supply is one payment of **$480 (or 3 payments of $172)**. Without insurance, a 3-4 month supply is **3 payments of $230**.

- A cash back reward of up-to 50% is possible when you create an inspirational video of your weight loss achievement
- Armed Forces members and U.S. and Canadian citizens are guaranteed a discount of up-to $260 with a valid health insurance plan.
  Note: the discount varies depending upon your insurance provider. Additionally, the discount is given regardless of your deductible and will not affect your insurance rates. Learn more

Blue Cross Blue Shields, Aetna, UnitedHealthcare, CIGNA and many others

FREE Weight Loss Analysis

*Results may vary

    

**Cash Back For Success**

Document your weight loss success in videos and pictures to receive a cash back reward. When you reach 80% of your weight loss goal, Roca Labs will pay you up-to **$6 for every pound you lost**. These cash back earnings can be more than 100% money back. Failure is not an option so no refunds or returns are allowed. More...

PX6-755





and many others

Find your regimen

**Better than Bariatric Surgery**

- **High success** in creating the gastric bypass effect
- Morning dose creates the **gastric bypass effect**
- Immediate weight loss*
- Up-to a **21 lb weight loss in a month***
- Many patients lost **100 lb within 7 to 12 months****Results may vary
- World's strongest, non-surgical weight loss alternative
- Personalized weight loss solutions
- Learn more

Gastric Bypass Surgery Vs Roca Labs® Formula
$8,000-20,000 risky & restrictive
$640 gastric sleeve results (no surgery)
ited space for food

Find your regimen

**Safer and Cheaper than Bariatric Surgery**

- The regimen starts at only **$480 for a 3-4 month supply**
- Qualification form approval occurs within 24 hrs
- FDA compliance and strong, natural ingredients
- Side effects are minimal and manageable
- Anti-Cravings® lowers urge for snacks and sweets
- Full commitment to diet and exercise is a must
- Personal Coaches and 24/7 support is available
- Learn more

Find your regimen

**Nancy Lost 115 lb in 12 Mo.**

Saved from gastric bypass surgery

Nancy B.
weight: 277
lost 115 lbs
Now 162 lbs

*Results may vary

Sharon lost 80 lb, Darlene lost 86 lb

Watch more success stories

Find your weight loss regimen

Only $170 x 3 mo. payments

53% Are Approved

Qualify and Order

PX6-756

**FDA Compliance**

The Roca Labs® formula and Anti-Cravings® are manufactured in an FDA registered facility under GMP regulations and are classified as dietary supplements (not a drug). The company believes that following FDA regulations is very important.

A doctor's prescription is not required for use, yet, the mixture has an extremely strong effect and the provided directions must be followed to achieve the best results and minimize side effects. Read more

**Losing 100 lb is achievable**

How can you lose up-to 100 lb without surgery?

#1 Decide to commit to the process
#2 Apply (53% are approved)
#3 Choose a plan (starting at just $480)
#4 Start the regimen and the follow rules
#5 Video your success for Cash Back
#6 Improve health and looks

Learn more

**Very High Success Rate**

To create the immediate **gastric bypass effect** and limiting stomach volume, you decide the daily dosage and frequency . In other words, your success is completely within your own control.



Learn more

Roca Labs® is not endorsed by Dancing With The Stars, ABC, BBC, or the Disney Co.or the individuals contestants, judges or performers appearing on Dancing With The Stars. Dancing With The Stars, ABC, BBC, and Disney are all registered trademarks of their respective owners. All trademarks on this web site whether registered or not, are the property of their respective owners. Dancers and celebrities on Dancing with the Stars had a special opportunity to meet with successful users of Roca Labs' Gastric Bypass NO Surgery® who lost 100 lb on average. The dancers and stars were amazed with the weight loss results, but are not in any way official endorsers of Roca Labs®. Images are courtesy of ABC and the Disney Company. Images should not imply product endorsement or use of Roca Labs products by celebrities pictured in images.

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s Instructions, Suggested Use, Side Effects, Terms and Conditions.

Roca Labs®

Inventors of the Gastric Bypass Alternative®

**About us**

Terms
Support
Privacy
Quality & Order
Cost & Insurance
Tel: 855-933-1010
Contact us

**Procedures**

Gastric Bypass Alternative
Gastric Bypass NO surgery
Gastric Bypass Results
Gastric Bypass Effect
Natural Gastric Bypass
Speedy Gastric Bypass™

**All the Answers**

How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Roca Labs SHOPPER APPROVED May 6, 2015

PayPal VERIFIED

Copyrights © 2009-2015 Roca Labs. All rights reserved.

Am I Qualified?

PX6-758



GASTRIC BYPASS no surgery®

Answers now | contact

# The Procedure: "Shrinking Stomach" in 4-6 Months with NO Surgery

As soon as you start the Roca Labs® Shrinking Stomach™ Formula, you'll eat smaller, normal portions on a regular basis. You will lose weight and your Shrinking Stomach will lose capacity over time. Gradually, your use of the Formula will diminish over 4-6 months.

01:41

Roca Labs® Formula is designed to not only help you lose weight, but to "shrink" your stomach's capacity so you can **maintain your new, healthy weight** even after you've completed the procedure. The Formula's effect is **immediate**; practically forcing you to eat HALF and lose weight from day one. Over 4-6 months of proper use, your stomach will "shrink" as smaller quantities of food are needed to satisfy its new, smaller available capacity. Additionally, the Formula's ingredient, *?-Glucan*®, regulates the blood sugar levels to help you fight the bodily need for cravings of sweets and snacks. As a result, you not only lose weight faster but release yourself from the dependency you had on snacks, allowing yourself to eat healthier foods that were of no interest to you before. In addition, your need for snacking in between meals and overeating calorie-rich, fattening foods, disappears.

All the Answers
General questions
What is Roca Labs® Procedure?
How much weight will I lose?
What is the success rate?
Side effects to Avoid
Am I Qualified?
Ingredients
What is Anti-Cravings®?
Shrinking Stomach™
Are there any menus or diet restrictions?
Procedure Cost
Medical questions
Overcoming Obesity
Compare
Terms & Conditions
Support

Qualify & Order

As you progress through the Roca Labs® procedure, you'll find that you need less and less of the Formula to achieve the same effect. Eventually, you can stop using the Formula on a regular basis and still continue to eat healthier. A successful Roca Labs® procedure will result in a **"smaller stomach," better eating habits, the**

20%
forced stomach
size availability

PX6-759

**ability to overcome cravings, improved health, and weight loss that you can maintain.**

## The Formula is Customizable

Unlike gastric bypass surgery, Roca Labs® Formula is flexible and customizable. It is designed to **fit YOUR current eating habits**: you use it in the way that works best for you, by choosing the dosage (amount of the Formula ingested), frequency (the amount of days a week), and reinforcement dose. Though it is possible to lose weight very quickly with the Formula, Roca Labs® doctors recommend that you lose weight at a steady pace, so you can adjust to new eating habits and make real life changes. As you use the Formula, your **stomach "shrinks"** in response to the low amount of food you're eating, so you will need smaller and less frequent doses over time. After 4-6 months, you will be able to stop using the Formula and still **maintain your new weight and improved health.**

## Short-term Procedure with Lifelong Results

- **Immediate weight loss**: From day one, when you take the Formula, you will practically **eat half the amount** you have in the past and begin to lose weight naturally, similar to gastric bypass surgery. Roca Labs® can help you eat 2,000 fewer calories a day (equal to **17 lbs. weight loss** a month) or in some cases, even 2,800 calories less (equal to **21 lbs. weight loss** a month).
- **3-4 weeks**: With proper, consistent use, you will begin to feel your stomach "shrinking" as you eat less food and feel satisfied faster than in the past. At this point, your weight loss should start to accelerate.
- **4-6 months**: You are now training your stomach (and mind) to be satisfied with HALF your previous food intake. Your stomach pouch should develop a "smaller volume" on your way to a **normal-sized body**.
  - Dosage and frequency of the Formula are **gradually reduced** as you reach your final weight goal and feel that you are in control of your eating habits, cravings, and snacking.
  - A successful Roca Labs® procedure will result in a "smaller stomach size," improved eating habits, and reduced cravings.

PX6-760

- **More than 80 or 100 lbs. to lose**: This can take a longer time, just as with gastric bypass surgery, but can be achieved with the powerful Formula.

SNICKERS

**Every 250 Calories = 1 Ounce of Fat**

This Snickers bar takes one minute to eat, but the one ounce of fat will stick with you long after. The only question is: where on your body do you want it? Under your chin? On your thighs or stomach? On your behind?

g+1 1
Like 6
Tweet 0
Pin it
*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.
Roca Labs
Inventors of the Gastric Bypass Alternative®
About us
Terms
Support
Privacy
Qualify & Order
Cost & Insurance
Tel: 855.933.1010
Contact us
Procedures
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™
All the Answers
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?
Roca Labs SHOPPER APPROVED May 6, 2015
PayPal VERIFIED
Copyrights © 2009-2015 Roca Labs. All rights reserved.

Am I Qualified?

What is the success rate? - Roca Labs Page 1 of 3

GASTRIC BYPASS no surgery ®
Answers now
contact

# What is the Success Rate?

Users report a 90% success rate in creating the gastric bypass effect to limit stomach space*. Though the Roca Labs Procedure works, it is not a guarantee that you will be successful past the loss of first 30-35 lb.

## 90% success rate – 100% depends on you

So Roca Labs® Procedure has 90% success rate in creating an immediate gastric bypass effect and limiting your stomach space. Little food portions are now satisfying and you are losing weight from day one. Everyone does. At the end of the first month you might lose 15 to 20 lbs and you feel good. Some people notice the change. At the end of 10 weeks you have probably lost 30 to 35 lbs and you buy clothing 2 to 4 sizes sizes smaller.

Your determination and commitment.. ALWAYS.

Anti-Cravings® can further help in fighting your urge for snacks/sweets and increase your success rate. However, it all depends on YOUR level of commitment to the Program!

What is the Success Rate?
?
4XL >>> L
Success Belt™
01:12

All the Answers
General questions
What is Roca Labs® Procedure?
How much weight will I lose?
What is the success rate?
Side effects to Avoid
Am I Qualified?
Ingredients
What is Anti-Cravings®?
Shrinking Stomach™
Are there any menus or diet restrictions?
Procedure Cost
Medical questions
Overcoming Obesity
Compare
Terms & Conditions
Support
Qualify & Order

100,000+ "YouTube Roca Labs" Search Results

Google **90,700** results for "Roca Labs® YouTube™" YouTube

## 1 out of 5 who searches "gastric bypass" is searching for "Roca Labs"

With so many success videos wherein people document an immediate gastric bypass effect without a surgery, it is evident that Roca Labs® procedure simply works. That is

PX6-762

why Google's search results shows that of every 5 people in the USA searching for gastric bypass, 1 is looking for Roca Labs, the Gastric Bypass Alternative®

08:43
HD
8+1 0
Like 3
Tweet 0
Pin it

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.
Roca Labs®
inventors of the
Gastric Bypass Alternative®
About us
Terms
Support
Privacy
Qualify & Order
Cost & Insurance
Tel: 855 933 1010
Contact us
Procedures
Gastric Bypass Alternative
Gastric Bypass NO surgery
Gastric Bypass Results
Gastric Bypass Effect
Natural Gastric Bypass
Speedy Gastric Bypass
All the Answers
How much weight will I lose?
What is it?
Is it safe if I...
Am I qualified?
Roca Labs SHOPPER APPROVED May 6, 2015
PayPal VERIFIED
Copyrights © 2009-2015 Roca Labs. All rights reserved.

Am I Qualified?

PX6-763

GASTRIC BYPASS no surgery ®
Answers now
contact

# The best diet pills were compared to the Roca Labs® Formula. The Formula is safer and more effective than diet pills.

Diet pills contain harmful chemicals and can have serious, even life-threatening side effects. They usually work by**chemically suppressing** your appetite or **interfering with digestion,** and have been known to cause complications ranging from stomach pains and gas to high blood pressure and strokes.

Roca Labs® Natural Gastric Bypass Formula's ingredients are 100% natural, and it works to **physically fill your stomach** – just like the food that you would have eaten instead. There are some minor potential side effects, but they are generally preventable if you drink enough water and let yourself adjust gradually to the high amount of healthy fiber in the Formula.

Diet Pills Vs. Roca Labs® Formula
designed to be
The Strongest weight loss procedure in the world
01:12

All the Answers
General questions
Medical questions
Overcoming Obesity
Compare
Gastric bypass surgery cost
Gastric bypass surgery
Lap Band® surgery
Gastric sleeve surgery
Roux-en-Y
Gastroplasty surgery
Diet pills
Simple fad diets
Terms & Conditions
Support

Qualify & Order

8+1 2 Like 0 Tweet 0

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®

**All the Answers**
How much weight will I lose?
What is it?

**Am I Qualified?**

PX6-764

Roca Labs vs Diet Pills-Roca Labs Page 2 of 3

Roca Labs

inventors of the
Gastric Bypass Alternative

Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

Is it safe if I...?
Am I qualified?

Roca Labs
SHOPPER
APPROVED
May 6, 2015

PayPal
VERIFIED

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

PX6-765

https://rocalabs.com/compared-to/roca-labs-vs-diet-pills 5/6/2015

GASTRIC BYPASS no surgery®

≡ Answers now | contact

# What is Gastric Bypass Alternative®?

*Before cutting your abdomen and risking difficult complications, you and your doctor should know: the Roca Labs' regimen can lead to an IMMEDIATE, natural limitation of your available stomach volume, without surgery. Though it's possible to lose as much as 20 lb a month, a more realistic expectation is a loss of 100 lb in 7 to 10 months with your commitment*.*

The Roca Labs' Gastric Bypass Alternative® regimen can produce similar results to bariatric surgery without undergoing any surgical procedures. When a dose of the Roca Labs mixture is consumed shortly after awaking, it immediately reduces your stomach volume to as little as 20%. The dosage amounts are completely in your control. The **gastric bypass effect** continues to limit stomach space for up to two days so you are "forced" to eat very little, and eating only 1,200 to 1,500 calories a day becomes rather simple. You start losing weight from day one, almost as if you underwent gastric bypass surgery.

*Results may vary. Description refers to a successful regime. See scientific studies.*

## Better, Safer and Cheaper than Bariatric Surgery

**Better**: The mixture dosage is flexible and you determine, on a daily basis, how much of your stomach you want to limit based on your weight loss goal. While bariatric surgery may limit your stomach size, the Anti-Cravings® also will help you to overcome the urge for snacks and sweets to ensure that the small food quantities you eat will not be high in calories. Only the included Anti-Cravings® formula helps you overcome

- ! All the Answers
- General questions ▼
  - **What is Roca Labs® Procedure?**
  - How much weight will I lose?
  - What is the success rate?
  - Side effects to Avoid ◄
  - Am I Qualified?
  - Ingredients
  - What is Anti-Cravings®?
  - Shrinking Stomach™
  - Are there any menus or diet restrictions?
  - Procedure Cost
- Medical questions ◄
- Overcoming Obesity ◄
- Compare ◄
- Terms & Conditions ◄
- Support ◄

✔ Qualify & Order

PX6-766

uncontrollable cravings. This is the make-it-or-break-it portion of the weight loss process.

**Safer**: The Roca Labs® regimen is a safer, natural alternative compared to bariatric surgery, in which, as many as 1 in 200 dies (source1, source2, source3, source4) and 72% suffer complications. Successful users have achieved weight loss results comparable with the Gastric Bypass surgery. Many health professionals recommend considering non-surgical options before under going any type of bariatric surgery.

**Cheaper:** The procedure starts at just **$480** while Gastric Bypass surgery costs more than $8,000, not including post-operative medications, visits, supplements and possible re-operation. The Gastric Bypass Alternative® is definitely more cost effective.

## Cutting vs. Natural Stomach Shrinking™?

When you begin the Roca Labs® regimen, your stomach volume is immediately reduced without surgery. You must continue to use the mixture over a period of time to train your stomach and brain to eat smaller food portions. As you continue, this decrease in your food intake will allow your stomach to shrink naturally; this leaves patients feeling satisfied with smaller amounts of food, which helps them maintain their new weight without the continued need for the Roca Labs Mixture.

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

---

inventors of the
Gastric Bypass Alternative®

**About us**
- Terms
- Support
- Privacy
- Qualify & Order
- Cost & insurance
- Tel: 855.933.1010
- Contact us

**Procedures**
- Gastric Bypass Alternative®
- Gastric Bypass NO surgery®
- Gastric Bypass Results®
- Gastric Bypass Effect®
- Natural Gastric Bypass®
- Speedy Gastric Bypass™

**All the Answers**
- How much weight will I lose?
- What is it?
- Is it safe if I...?
- Am I qualified?

Copyrights © 2009-2015 Roca Labs. All rights reserved.

f 🐦 g+

**Am I Qualified?**

PX6-767



ROCA LABS REVIEWS - Real Testimonials Of 100,000 users Page 1 of 4

GASTRIC BYPASS no surgery®

≡ Answers now | contact

# Roca Labs Reviews – Gastric Bypass Results Before and After Testimonials Videos

Does Roca Labs really work? Check all these testimonials and those on YouTube, Google+, FaceBook and Channel

100,000+ YouTube Results

**Darlene G.**

*Cookeville, TN*
age: 75
weight: 265

Christmas time

An impressive weight loss by Darlene. Reviewing Roca Labs Gastric Bypass Effect® for Seniors

Sister Anne's 65 lb weight loss made possible with the help of Roca Labs Gastric Bypass No Surgery

Roca Labs Review - Nancy's Amazing 115 lb weight loss. Thanks to Gastric Bypass NO surgery

Am I Qualified?

PX6-768



Roca Lab Review Terese 28lbs down!

Gastric Bypass Alternative Success Story Review #1007

Gastric Bypass Success Stories 125

Roca Labs® Reviews by Scotty Senior

Roca Labs Review by Breastfeeding Lost 2 pants sizes in 5wks

Gastric Bypass Before and After Tanya Roca Labs ©copyrights

my life story

Fast weight loss for Wedding or Special Occasion

Roca Labs Review by #117

Gastric Bypass Effect® - Carla dropped 4 pants sizes!

Roca Labs Testimony

*Senior Gastric Bypass (before and after pictures) for Roca Labs

I promise it works!!!

What exactly IS Roca Labs? REVIEW of Roca Labs by # 2008

Gastric Bypass Success Stories 8

PX6-769


Gastric Bypass Success Stories 12

Gastric Bypass Success Stories 14 - Spanish

EXTREME weight loss for 100+lbs to lose - Real Story

Lost Pregnancy Weight with Gastric Bypass formula (before and after pictures) by Roca Labs®

Roca Labs Gastric Bypass No Surgery Day 1

Gastric Bypass Success Stories 10

Roca Labs REVIEWS by Lauren and Donna

Gastric Bypass Success Stories 4

end of week 4 roca labs formula 18 lbs. down..

Gastric Bypass Success Stories 1

Roca Labs Val

Roca Labs Mini Gastric Bypass Formula Day 12

569 Pin it

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s Instructions, Suggested Use, Side Effects, Terms and Conditions.

About us | Procedures | All the Answers

Am I Qualified?

PX6-770

Roca Labs®

inventors of the
Gastric Bypass Alternative®

Terms
Support
Privacy
Qualify & Order
Cost & Insurance
Tel: 855.933.1010
Contact us

Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Roca Labs SHOPPER APPROVED May 6, 2015

PayPal VERIFIED

Copyrights © 2009-2015 Roca Labs. All rights reserved.

Am I Qualified?

PX6-771

GASTRIC BYPASS no surgery®

Answers now | contact

# Can my child take the Formula?

Many children have used the Formula successfully and safely. All active ingredients are 100% natural and based on healthy fibers. There are no known related risks from the Formula, but you must consult a doctor before you begin the procedure if you have any questions, and children should not take more than a low dose.

Boys should Fight the Overweight Problem NOW
LET'S FIX THAT
it's bad for the health
not acceptable socially
disturbed to focus
academically
01:57
HD

## Fighting child obesity

As a parent, your child's health and happiness are a top priority. Your child is overweight, and you're probably aware of the many negative effects it can have on his or her life – both health-wise and socially.

Roca Labs® Natural Formula can help your child lose weight **safely and naturally.** Its active ingredients are natural healthy fibers, and it's safe for children ages 6 and up with a parent's supervision. It works by physically expanding in the stomach to leave only a **very limited space available for food intake.** Throughout the day, your child will eat HALF the food they used to, without hunger. The Formula has almost no flavor and adapts to the taste of your child's favorite non-carbonated, non-dairy drink.

## Childhood obesity and health

Being overweight puts children at risk for many health conditions: asthma, diabetes, high blood pressure, high cholesterol, sleeping problems, heart disease and poor skeletal development are just a few. **A poor diet can also affect attention span.** If your child is eating junk food and getting sugar rushes instead of the nutrients that the brain and body need, it doesn't make concentrating any easier, and his or her performance in school may suffer.

! All the Answers
General questions ◄
Medical questions ▼
General Medical FAQ
Can I use it in high blood pressure?
Using with medication
I underwent bariatric surgery
Letter from the Doctor
Is it safe to Lose Weight while Breastfeeding?
I am a senior...
Understanding weight gain
Healthy pregnancy
I am diabetic...
**Can my child take the Formula?**
I am pregnant...
Overcoming Obesity ◄
Compare ◄
Terms & Conditions ◄
Support ◄

✔ Qualify & Order

## Social effects of child obesity

The social effects of being overweight and obesity are no less important. You may be worried about how your child fits in. You don't want them to feel different or get picked on – you want them to be confident and make friends. **Feeling secure at this young age is crucial** – it provides the foundation for becoming a happy, well-adjusted teen and then adult.

## Habits are best changed at a young age

There's another reason you have to be concerned: habits developed in childhood are hard to change later on, and **an overweight child is likely to become an overweight adult**. In a long-range study, 80 percent of children who were overweight at ages 10–15 were found to be obese at age 25.

Childhood obesity is a serious issue and as a parent, it's your job to fight it. With Roca Labs® Natural Formula, you can set your child on the right track so they can go on to lead a healthy, happy and productive life.

TARGETING CHILDREN WITH TREATS
American children spend 44.5 hours a week watching television and are exposed to up to 30,155 TV ads a year! 50% of these ads are for candy, snacks, sugary cereal and fast food, so it's no surprise that Americans spend nearly $6.5 billion on holiday candy every year and 1/3 of American children are overweight or obese. The infographic below illustrates our children's consumption of media, advertising and treats, and the troubling results.
DAILY MEDIA CONSUMPTION
4.5 HOURS IN FRONT OF THE TV
1.5 HOURS ON THE COMPUTER
2.5 HOURS LISTENING TO MUSIC
OVER 1 HOUR PLAYING VIDEO GAMES
38 MINUTES READING



Ages 2 to 7
13,904 ads annually
12 food ads a day
Ages 8 to 12
30,155 ads annually
21 food ads a day
Ages 13 to 17
28,655 ads annually
17 food ads a day
50% OF ALL AD TIME ON CHILDREN'S SHOWS IS FOR FOOD.
TYPES OF ADS AIMED AT CHILDREN UNDER 12
CANDY AND SNACKS
33%
28%
CEREAL
10%
FAST FOOD
29%
OTHER
CONSUMING TREATS
American children now eat an average of 3 snacks a day between meals.
On average, teens eat 34 teaspoons of sugar every day.
AMOUNT SPENT ON HOLIDAY CANDY EACH YEAR IN AMERICA
$1 BILLION
$1.4 BILLION
$1.9 BILLION
$2 BILLION

VALENTINE'S DAY
CHRISTMAS
EASTER
HALLOWEEN
THE RESULTS
1 IN 3 AMERICAN CHILDREN IS OVERWEIGHT OR OBESE.
Childhood obesity has become parents' No. 1 health concern – ahead of smoking and drug abuse. They consider TV ads promoting junk food to be a big part of the problem.
Youngsters who are already overweight are even more susceptible to junk food ads and will increase consumption by 134%.
134%
50% OF OVERWEIGHT CHILDREN REMAIN OVERWEIGHT AS ADULTS.

$51 MILLION

Government Spending on Marketing Healthy Eating and Exercise to Kids

$1.6 BILLION

Food Industry Spending on Ads Promoting Foods High in Calories and Low in Nutrition to Kids

## WHAT IS BEING DONE

### CHILDREN'S FOOD AND BEVERAGE ADVERTISING INITIATIVE

BBB

Urged by the Better Business Bureau, leading food and beverage companies committed to limiting which foods they

### FTC INTERAGENCY WORKING GROUP ON FOOD MARKETED TO CHILDREN

The Federal Trade Commission proposed marketing standards to restrict advertising to

PX6-775



advertise to kids under 12.
kids younger than 6.
American Academy of Pediatrics
The American Academy of Pediatrics called for a ban of all junk food ads during children's programming.

g+1 0 Like 1 Tweet 0

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s Instructions, Suggested Use, Side Effects, Terms and Conditions.

Roca Labs

inventors of the Gastric Bypass Alternative*

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Roca Labs
SHOPPER
APPROVED
May 6, 2015

PayPal
VERIFIED

Copyrights © 2009-2015 Roca Labs. All rights reserved.

Am I Qualified?



Gastric Bypass NO Surgery® for Teens - Roca Labs

All the answers | contact

## World's Strongest Weight Loss Solution for Kids and Teens

Your snacking and overeating has to stop because it affects your social life and school. In many cases, limiting functional stomach volume will dramatically reduce your food intake. Your snacking problem can be handled with the Anti-Cravings®, which will balance your sugar levels in the blood and help you stop over-consumption of calories. All that will only work if you are fully committed to losing the weight, exercising and be ready to wear normal sized clothing.

Qualify and Order | Talk to a Success Coach

02:01 HD

01:45 HD

### ADVANTAGE over bariatric surgery

**Cravings for Sweets and Snacks**

No bariatric surgery helps the patient to overcome cravings; so after risking your life for surgery, you eat small quantities of sweets. That is why 50% of gastric bypass patients regain weight. The Anti-Cravings® balances sugar levels in the blood to help you eliminate the the urge for snacks and sweets, which is crucial for weight loss success.

**Quantity Eating**

### Possible health BENEFITS

**High Blood Pressure**

Following the Roca Labs regimen can lower blood pressure. The Journal of *Diabetes* reported that two-thirds of *insulin resistant* (IR) diabetics also had high blood pressure. The regimen can balance blood sugar by slowing glucose and fat absorption, decreasing cholesterol, and lowering the pressure of the arteries that cause high blood pressure.

**Arthritis and Joints**

PX6-777

While bariatric surgeries create limited stomach volume by cutting parts of the digestive system, the Roca Labs® regimen limits your functional stomach space without undergoing surgery. The regimen is based on strong, natural ingredients combined with an advanced, manageable diet and psychological regimen.

**Junk Food**

Food manufacturers seek the perfect combination of salt, sugar, and fat to excite your brain and get you coming back for more. These are high calorie foods that make you very fat. Once on the Roca Labs® regimen, you will have a stronger will to resist these bad foods. At first, most bariatric surgeries are great in causing pain (gastric dumping syndrome) after you eat junk food. However, after a while, your body adjusts and that is where you gain weight back. The Roca Labs® regimen alters your eating habits all together. A study shows the surgery had virtually no effect on the cravings for high-fat foods.

**Accelerated Weight Loss**

While it is relatively easy to lose 40 to 50% of your excess fat simply by following the Roca Labs® regimen, continuing to lose weight requires shocking your body with high level of activity and exercising. Combining exercise with your massive weight loss from the get go is important, but very difficult to do after bariatric surgery; however, it's easy to do with Roca Labs®.

**Stress, Binge, Bad Eating**

60% of bariatric surgery candidates have an eating disorder (usually binge eating, according to a Harvard study) and are at most risk for developing further eating disorders post-surgery. These issues are not resolved by bariatric surgeries and sometimes become more severe post operation due to the poor absorption of vitamins. The Roca Labs® regimen includes 800% of B12 and 500% of B6; the regimen is also designed to balance sugar levels in the blood to help you deal with mood swings and stress with ease.

A 265 lb person places **500 lb of pressure on the joints**; that's 3 times the body weight. The hip and the knee, both are affected by arthritis. Walking places 1.5 times of pressure of the body weight on the joints: 400 lbs with each step. Obesity accompanied by arthritis creates a vicious circle of inactivity and pain that prevents exercise. **Losing weight can elevate the pain fast.**

**Heart Health**

The regimen can reduce body and heart fat dramatically, a significant reduction of cholesterol and low density lipoprotein (LDL). The regimen can lower blood cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl) who consume just 3 grams of the Anti-Cravings® (*B-glucan*) per day can lower cholesterol by 8-23%. Highly significant: each 1% drop in serum cholesterol is a 2% **decrease in the risk of heart disease**. High cholesterol levels correlate with the buildup of plaques in blood vessel walls, which if damaged or simply grow too large, can rupture and cause a heart attack, stroke, or blood clots elsewhere in the body. Lowering high cholesterol levels can therefore **significantly reduce the risk of cardiovascular disease and stroke**.

**Cholesterol**

The regimen can lower cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl), consuming just 3 grams of the Anti-Cravings® (B-glucan) per day can **lower cholesterol by 8-23%**. Lowering high cholesterol levels can prolong your life.

**Breathing Issues**

You will feel the relief in breathing, even after losing 20 lb. Obesity alters the relationship between the lungs, chest wall, and diaphragm, which causes significant changes in lung function, reduction in operating lung volume and reductions in the volume of the intrathoracic cavity, due to the presence of adipose tissue and changes in other structures.

### High Sugar Levels

The Anti-Cravings® with special *B-Glucan* slows down the rise of blood sugar levels after a meal by forming a gel, which slows digestion in the stomach and small intestine. Uptake of carbohydrates into the bloodstream then takes longer and sudden fluctuations in blood sugar levels are dramatically minimized. With balanced blood glucose, sugar cravings and mood swings are minimized.

### Sleeping Problems and Snoring

Sleeping peacefully and weight loss are interlined. Sleeping less than 7 peaceful hours drives leptin levels down (you need more food to feel full) and also causes ghrelin levels to rise (appetite is stimulated for more food). Losing just about 10% of body weight will improve or cure sleep apnea. Snoring: obese people have extra tissue in the back of their throats which can fall down over the airway and block the flow of air into the lungs while they sleep.

### Fatigue

The physical and/or mental state of being tired and weak is a result of the excessive weight you are carrying on you at all times. It is difficult. When you start the procedure and you lost the first 20 lbs, **you will feel more energetic**. Moreover, the large food quantities you consume cause your digestive system to constantly work and make you tired. With the Roca Labs® regimen you will start eating half of your normal portions from day one and **feel a more balanced and energetic.** The balance of sugar levels in your blood can be also a positive contributor for energy.

### Diabetes

The Roca Labs® regimen has successfully reduced A1C from 12 to 6.6 and can reduce risk factors to benefit the treatment of diabetes and associated complications. Diabetes mellitus is characterized by high blood glucose levels with typical manifestations of thirst, polyuria, polydipsia, and weight loss. The major risk is vascular injury leading to heart disease, which is accelerated by increased lipid levels and hypertension. Management of diabetes includes: control of blood glucose level and lipids and reduction of hypertension.

### Sicknesses and Your Immune System

The ingredients in the regimen can stimulate the activity of *macrophages,* which are versatile immune cells that ingest and demolish invading *pathogens* and stimulate other immune cells to attack. Macrophages also

PX6-779

release *cytokines,* chemicals that when secreted enable the immune cells to communicate with one another. In addition, beta glucans stimulate lethal white blood cells *(lymphocytes)* that bind to tumors or viruses and release chemicals to destroy it.

**Money Back - Reward** | **90% Success Rate** | **Health Insurance** | **Anti-Cravings**

**What is it?**

The Roca Labs® regimen is designed to not only help you lose weight, but enables your stomach to "shrink" so you can maintain your new, healthy weight even after you've completed the regimen. The Formula's effect is immediate, practically forcing you to easily cut your portion sizes to as much as ***half*** and lose weight from day one. After 4-6 months of proper use, your stomach will feel smaller as less quantities of food are required to satisfy your needs. Additionally, through its effect on blood sugar levels, the Formula's ingredient, Glucan®, helps you fight the cravings for sweets and snacks. As a result, you not only lose weight faster but the dependency you had on snacks and calorie-rich, fattening foods disappears allowing you to eat healthier.

## Health Application

53% are approved

Qualify & Order

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

PX6-780

All the answers | contact

# GASTRIC BYPASS no surgery®

## 50 to 100 lb Weight Loss for Women and Men

Roca Labs regimen will limit your functional stomach space and the Anti-Cravings® will help diminish your cravings for sweets or snacks. Users lost up-to 18 lb a month with improved health and looks. Highly successful users lost up-to 100 lb in 7 to 12 months. Expect dramatic health improvement when you lose the weight.

*Result may vary – not typical or common and mostly depends on the user

Qualify and Order | Talk to a Success Coach

GASTRIC BYPASS no surgery

life enhancements:

- more active
- no more plus sizes
- people notice the weight loss

## ADVANTAGE over bariatric surgery

**Cravings for Sweets and Snacks**

No bariatric surgery helps the patient to overcome cravings; so after risking your life for surgery, you eat small quantities of sweets. That is why 50% of gastric bypass patients regain weight. The Anti-Cravings® balances sugar levels in the blood to help you eliminate the the urge for snacks and sweets, which is crucial for weight loss success.

**Quantity Eating**

While bariatric surgeries create limited stomach volume by cutting parts of the digestive system, the Roca Labs® regimen limits your functional stomach space without

## Likely Health BENEFITS

**High Sugar Levels**

The Anti-Cravings® with special *B-Glucan* slows down the rise of blood sugar levels after a meal by forming a gel, which slows digestion in the stomach and small intestine. Uptake of carbohydrates into the bloodstream then takes longer and sudden fluctuations in blood sugar levels are dramatically minimized. With balanced blood glucose, sugar cravings and mood swings are minimized.

**High Blood Pressure**

Following the Roca Labs regimen can lower blood pressure. The Journal of *Diabetes* reported that two-thirds of *insulin resistant* (IR) diabetics also had high blood

PX6-781

undergoing surgery. The regimen is based on strong, natural ingredients combined with an advanced, manageable diet and psychological regimen.

### Junk Food

Food manufacturers seek the perfect combination of salt, sugar, and fat to excite your brain and get you coming back for more. These are high calorie foods that make you very fat. Once on the Roca Labs® regimen, you will have a stronger will to resist these bad foods. At first, most bariatric surgeries are great in causing pain (gastric dumping syndrome) after you eat junk food. However, after a while, your body adjusts and that is where you gain weight back. The Roca Labs® regimen alters your eating habits all together. A study shows the surgery had virtually no effect on the cravings for high-fat foods.

### Accelerated Weight Loss

While it is relatively easy to lose 40 to 50% of your excess fat simply by following the Roca Labs® regimen, continuing to lose weight requires shocking your body with high level of activity and exercising. Combining exercise with your massive weight loss from the get go is important, but very difficult to do after bariatric surgery; however, it's easy to do with Roca Labs®.

### Stress, Binge, Bad Eating

60% of bariatric surgery candidates have an eating disorder (usually binge eating, according to a Harvard study) and are at most risk for developing further eating disorders post-surgery. These issues are not resolved by bariatric surgeries and sometimes become more severe post operation due to the poor absorption of vitamins. The Roca Labs® regimen includes 800% of B12 and 500% of B6; the regimen is also designed to balance sugar levels in the blood to help you deal with mood swings and stress with ease.

### Immune System

pressure. The regimen can balance blood sugar by slowing glucose and fat absorption, decreasing cholesterol, and lowering the pressure of the arteries that cause high blood pressure.

### Cholesterol

The regimen can lower cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl), consuming just 3 grams of the Anti-Cravings® (B-glucan) per day can **lower cholesterol by 8-23%**. Lowering high cholesterol levels can prolong your life.

### Breathing Issues

You will feel the relief in breathing, even after losing 20 lb. Obesity alters the relationship between the lungs, chest wall, and diaphragm, which causes significant changes in lung function, reduction in operating lung volume and reductions in the volume of the intrathoracic cavity, due to the presence of adipose tissue and changes in other structures.

### Sleeping Problems and Snoring

Sleeping peacefully and weight loss are interlined. Sleeping less than 7 peaceful hours drives leptin levels down (you need more food to feel full) and also causes ghrelin levels to rise (appetite is stimulated for more food). Losing just about 10% of body weight will improve or cure sleep apnea. Snoring: obese people have extra tissue in the back of their throats which can fall down over the airway and block the flow of air into the lungs while they sleep.

### Arthritis and Joints

A 265 lb person places **500 lb of pressure on the joints**; that's 3 times the body weight. The hip and the knee, both are affected by arthritis. Walking places 1.5 times of pressure of the body weight on the joints: 400 lbs with each step. Obesity accompanied by arthritis creates a vicious circle of inactivity and pain that prevents exercise. **Losing weight can elevate the pain fast.**

While the Roca Labs® ingredients have been medically proven to improve the immune system. Post bariatric surgery patients suffer from side effects involving the immune system and lacking the ability to sufficiently absorb the necessary nutrients important to the immune system.

**Alcohol**

Weight loss surgery increases the risk of alcohol addiction by 50%. The alcohol goes straight into the intestine and is absorbed rapidly with a high peak and rapid fall. The higher absorption rate makes alcohol more addictive. The Roca Labs® ingredients are believed to actually slow down alcohol absorption.

**Heart Health**

The regimen can reduce body and heart fat dramatically, a significant reduction of cholesterol and low density lipoprotein (LDL). The regimen can lower blood cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl) who consume just 3 grams of the Anti-Cravings® (*B-glucan*) per day can lower cholesterol by 8-23%. Highly significant: each 1% drop in serum cholesterol is a 2% **decrease in the risk of heart disease**. High cholesterol levels correlate with the buildup of plaques in blood vessel walls, which if damaged or simply grow too large, can rupture and cause a heart attack, stroke, or blood clots elsewhere in the body. Lowering high cholesterol levels can therefore **significantly reduce the risk of cardiovascular disease and stroke**.

**Fatigue**

The physical and/or mental state of being tired and weak is a result of the excessive weight you are carrying on you at all times. It is difficult. When you start the procedure and you lost the first 20 lbs, **you will feel more energetic**. Moreover, the large food quantities you consume cause your digestive system to constantly work and make you tired. With the Roca Labs® regimen you will start eating half of your normal portions from day one and **feel a more balanced and energetic**. The balance of sugar levels in your blood can be also a positive contributor for energy.

**Diabetes**

The Roca Labs® regimen has successfully reduced A1C from 12 to 6.6 and can reduce risk factors to benefit the treatment of diabetes and associated complications. Diabetes mellitus is characterized by high blood glucose levels with typical manifestations of thirst, polyuria, polydipsia, and weight loss. The major risk is vascular injury leading to heart disease, which is accelerated by increased lipid levels and hypertension. Management of diabetes includes: control of blood glucose level and lipids and reduction of hypertension.

PX6-783



**Sicknesses and Your Immune System**

The ingredients in the regimen can stimulate the activity of *macrophages,* which are versatile immune cells that ingest and demolish invading *pathogens* and stimulate other immune cells to attack. Macrophages also release *cytokines,* chemicals that when secreted enable the immune cells to communicate with one another. In addition, beta glucans stimulate lethal white blood cells *(lymphocytes)* that bind to tumors or viruses and release chemicals to destroy it.

**Money Back - Reward** | **90% Success Rate** | **Health Insurance** | **Anti-Cravings**

**What is it?**

The Roca Labs® regimen is designed to not only help you lose weight, but enables your stomach to "shrink" so you can maintain your new, healthy weight even after you've completed the regimen. The Formula's effect is immediate, practically forcing you to easily cut your portion sizes to as much as ***half*** and lose weight from day one. After 4-6 months of proper use, your stomach will feel smaller as less quantities of food are required to satisfy your needs. Additionally, through its effect on blood sugar levels, the Formula's ingredient, Glucan®, helps you fight the cravings for sweets and snacks. As a result, you not only lose weight faster but the dependency you had on snacks and calorie-rich, fattening foods disappears allowing you to eat healthier.

## Health Application

53% are approved

Qualify & Order

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

**Am I Qualified?**

PX6-784

Gastric Bypass NO-surgery® - Roca Labs
Page 5 of 5

Copyrights © 2009-2015 Roca Labs. All rights reserved.

f 🐦 g+

PX6-785
https://rocalabs.com/regimen/gastric-bypass-no-surgery
5/6/2015

≡ All the answers | contact

# Gastric Bypass Results®

## Weight Loss and Management for Diabetes

After using the Gastric Bypass Results® for diabetics, Sharon H. (OH) a Type 2 diabetic, has lost 83 lb in 8 months, normalized her A1C from 12 to 6.6, her blood sugar level dropped from 500mg to 90-120, and her cravings were eliminated. Dr. Harvey even took her off her medication. For the last six months Sharon's vision improved, her dryness of the mouth is gone, and her energy has greatly improved. All together, she's feeling younger and healthier.

Qualify and Order | Talk to a Success Coach

Roca Labs procedure
my blood results after five months
using the Roca La[...] Anti-Cravings® hel[...]ent poor eating habits
GASTRIC BYPASS no surgery

## ADVANTAGE over bariatric surgery

### Cravings Sweets and Snacks

No bariatric surgery helps the patient to overcome cravings; so after risking your life for surgery, you eat small quantities of sweets. That is why 50% of gastric bypass patients regain weight. The Anti-Cravings® balances sugar levels in the blood to help you eliminate the the urge for snacks and sweets, which is crucial for weight loss success.

### Quantity Eating

While bariatric surgeries create limited stomach volume by cutting parts of the digestive system, the Roca Labs® regimen limits your functional stomach space without undergoing surgery. The regimen is based on strong,

## Likely Health BENEFITS

### High Sugar Levels

The Anti-Cravings® with special *B-Glucan* slows down the rise of blood sugar levels after a meal by forming a gel, which slows digestion in the stomach and small intestine. Uptake of carbohydrates into the bloodstream then takes longer and sudden fluctuations in blood sugar levels are dramatically minimized. With balanced blood glucose, sugar cravings and mood swings are minimized.

### High Blood Pressure

Following the Roca Labs regimen can lower blood pressure. The Journal of *Diabetes* reported that two-thirds of *insulin resistant* (IR) diabetics also had high blood

PX6-786

Gastric Bypass Results® - Roca Labs

natural ingredients combined with an advanced, manageable diet and psychological regimen.

### Junk Food

Food manufacturers seek the perfect combination of salt, sugar, and fat to excite your brain and get you coming back for more. These are high calorie foods that make you very fat. Once on the Roca Labs® regimen, you will have a stronger will to resist these bad foods. At first, most bariatric surgeries are great in causing pain (gastric dumping syndrome) after you eat junk food. However, after a while, your body adjusts and that is where you gain weight back. The Roca Labs® regimen alters your eating habits all together. A study shows the surgery had virtually no effect on the cravings for high-fat foods.

### Accelerated Weight Loss

While it is relatively easy to lose 40 to 50% of your excess fat simply by following the Roca Labs® regimen, continuing to lose weight requires shocking your body with high level of activity and exercising. Combining exercise with your massive weight loss from the get go is important, but very difficult to do after bariatric surgery; however, it's easy to do with Roca Labs®.

### Stress, Binge, Bad Eating

60% of bariatric surgery candidates have an eating disorder (usually binge eating, according to a Harvard study) and are at most risk for developing further eating disorders post-surgery. These issues are not resolved by bariatric surgeries and sometimes become more severe post operation due to the poor absorption of vitamins. The Roca Labs® regimen includes 800% of B12 and 500% of B6; the regimen is also designed to balance sugar levels in the blood to help you deal with mood swings and stress with ease.

### Immune System

While the Roca Labs® ingredients have been medically proven to improve the immune system. Post bariatric surgery patients suffer from side effects involving the immune system and lacking the ability to sufficiently

pressure. The regimen can balance blood sugar by slowing glucose and fat absorption, decreasing cholesterol, and lowering the pressure of the arteries that cause high blood pressure.

### Cholesterol

The regimen can lower cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl), consuming just 3 grams of the Anti-Cravings® (B-glucan) per day can **lower cholesterol by 8-23%**. Lowering high cholesterol levels can prolong your life.

### Breathing Issues

You will feel the relief in breathing, even after losing 20 lb. Obesity alters the relationship between the lungs, chest wall, and diaphragm, which causes significant changes in lung function, reduction in operating lung volume and reductions in the volume of the intrathoracic cavity, due to the presence of adipose tissue and changes in other structures.

### Sleeping Problems and Snoring

Sleeping peacefully and weight loss are interlined. Sleeping less than 7 peaceful hours drives leptin levels down (you need more food to feel full) and also causes ghrelin levels to rise (appetite is stimulated for more food). Losing just about 10% of body weight will improve or cure sleep apnea. Snoring: obese people have extra tissue in the back of their throats which can fall down over the airway and block the flow of air into the lungs while they sleep.

### Arthritis and Joints

A 265 lb person places **500 lb of pressure on the joints**; that's 3 times the body weight. The hip and the knee, both are affected by arthritis. Walking places 1.5 times of pressure of the body weight on the joints: 400 lbs with each step. Obesity accompanied by arthritis creates a vicious circle of inactivity and pain that prevents exercise. **Losing weight can elevate the pain fast.**

PX6-787

absorb the necessary nutrients important to the immune system.

**Alcohol**

Weight loss surgery increases the risk of alcohol addiction by 50%. The alcohol goes straight into the intestine and is absorbed rapidly with a high peak and rapid fall. The higher absorption rate makes alcohol more addictive. The Roca Labs® ingredients are believed to actually slow down alcohol absorption.

**Heart Health**

The regimen can reduce body and heart fat dramatically, a significant reduction of cholesterol and low density lipoprotein (LDL). The regimen can lower blood cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl) who consume just 3 grams of the Anti-Cravings® (*B-glucan*) per day can lower cholesterol by 8-23%. Highly significant: each 1% drop in serum cholesterol is a 2% **decrease in the risk of heart disease**. High cholesterol levels correlate with the buildup of plaques in blood vessel walls, which if damaged or simply grow too large, can rupture and cause a heart attack, stroke, or blood clots elsewhere in the body. Lowering high cholesterol levels can therefore **significantly reduce the risk of cardiovascular disease and stroke**.

**Fatigue**

The physical and/or mental state of being tired and weak is a result of the excessive weight you are carrying on you at all times. It is difficult. When you start the procedure and you lost the first 20 lbs, **you will feel more energetic**. Moreover, the large food quantities you consume cause your digestive system to constantly work and make you tired. With the Roca Labs® regimen you will start eating half of your normal portions from day one and **feel a more balanced and energetic**. The balance of sugar levels in your blood can be also a positive contributor for energy.

**Diabetes**

The Roca Labs® regimen has successfully reduced A1C from 12 to 6.6 and can reduce risk factors to benefit the treatment of diabetes and associated complications. Diabetes mellitus is characterized by high blood glucose levels with typical manifestations of thirst, polyuria, polydipsia, and weight loss. The major risk is vascular injury leading to heart disease, which is accelerated by increased lipid levels and hypertension. Management of diabetes includes: control of blood glucose level and lipids and reduction of hypertension.

PX6-788

**Sicknesses and Your Immune System**

The ingredients in the regimen can stimulate the activity of *macrophages,* which are versatile immune cells that ingest and demolish invading *pathogens* and stimulate other immune cells to attack. Macrophages also release *cytokines,* chemicals that when secreted enable the immune cells to communicate with one another. In addition, beta glucans stimulate lethal white blood cells *(lymphocytes)* that bind to tumors or viruses and release chemicals to destroy it.

**Money Back - Reward** | **90% Success Rate** | **Health Insurance** | **Anti-Cravings**

**What is it?**

The Roca Labs® regimen is designed to not only help you lose weight, but enables your stomach to "shrink" so you can maintain your new, healthy weight even after you've completed the regimen. The Formula's effect is immediate, practically forcing you to easily cut your portion sizes to as much as ***half*** and lose weight from day one. After 4-6 months of proper use, your stomach will feel smaller as less quantities of food are required to satisfy your needs. Additionally, through its effect on blood sugar levels, the Formula's ingredient, Glucan®, helps you fight the cravings for sweets and snacks. As a result, you not only lose weight faster but the dependency you had on snacks and calorie-rich, fattening foods disappears allowing you to eat healthier.

## Health Application

53% are approved

Qualify & Order

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

**Am I Qualified?**

PX6-789

Gastric Bypass Results© - Roca Labs Page 5 of 5

Copyrights © 2009-2015 Roca Labs. All rights reserved.

f 𝕏 g+

PX6-790

≡ All the answers | contact

# Gastric Bypass Alternative®

## 100 to 200 lb Weight Loss for Men and Women

Better, safer and cheaper than bariatric surgery, the Roca Labs® regimen can limit your functional stomach volume and help you **lose up-to 21 lb a month**. Your addiction for sweets and snacks is crucial and surgery cannot resolve that issue. The Anti-Cravings® formula can diminish your cravings, which can account for an additional 5 to 8 lb weight loss each month. Highly successful users lose **100 lb over 7 to 12 month** period. Your full commitment is necessary along with a daily exercise routine. Losing even 20 lb will **stimulate sex hormones**, making you feel more vibrant and losing 50 lb can even add years to your life.

*Result may vary – not typical or common and mostly depends on the user

Qualify and Order | Talk to a Success Coach

Now 162 lbs

**Nancy B.**
*weight: 277*
***lost 115 lbs***

*knees are better*
*back pain gone*
*I feel healthier*

## ADVANTAGE over bariatric surgery

### Cravings for Sweets and Snacks

No bariatric surgery helps the patient to overcome cravings; so after risking your life for surgery, you eat small quantities of sweets. That is why 50% of gastric bypass patients regain weight. The Anti-Cravings® balances sugar levels in the blood to help you eliminate the the urge for snacks and sweets, which is crucial for weight loss success.

### Quantity Eating

While bariatric surgeries create limited stomach volume by cutting parts of the digestive system, Roca Labs® procedure

## Likely Health BENEFITS

### High Sugar Levels

The Anti-Cravings® with special *B-Glucan* slows down the rise of blood sugar levels after a meal by forming a gel, which slows digestion in the stomach and small intestine. Uptake of carbohydrates into the bloodstream then takes longer and sudden fluctuations in blood sugar levels are dramatically minimized. With balanced blood glucose, sugar cravings and mood swings are minimized.

### High Blood Pressure

**Am I Qualified?**

PX6-791

limits functional stomach space without a surgery. The procedure is based on strong natural ingredients combined advance manageable diet and psychological regime.

### Junk Food

Food manufacturers seek the perfect combination of salt, sugar, and fat to excite your brain and get you coming back for more. These are high calorie foods that make you very fat. Once on the Roca Labs® regimen, you will have a stronger will to resist these bad foods. At first, most bariatric surgeries are great in causing pain (gastric dumping syndrome) after you eat junk food. However, after a while, your body adjusts and that is where you gain weight back. The Roca Labs® regimen alters your eating habits all together. A study shows the surgery had virtually no effect on the cravings for high-fat foods.

### Accelerated Weight Loss

While it is relatively easy to lose 40 to 50% of your excess fat simply by following the Roca Labs® regimen, continuing to lose weight requires shocking your body with high level of activity and exercising. Combining exercise with your massive weight loss from the get go is important, but very difficult to do after bariatric surgery; however, it's easy to do with Roca Labs®.

### Stress, Binge, Bad Eating

60% of bariatric surgery candidates have an eating disorder (usually binge eating, according to a Harvard study) and are at most risk for developing further eating disorders post-surgery. These issues are not resolved by bariatric surgeries and sometimes become more severe post operation due to the poor absorption of vitamins. The Roca Labs® regimen includes 800% of B12 and 500% of B6; the regimen is also designed to balance sugar levels in the blood to help you deal with mood swings and stress with ease.

### Immune System

Following the Roca Labs regimen can lower blood pressure. The Journal of *Diabetes* reported that two-thirds of *insulin resistant* (IR) diabetics also had high blood pressure. The regimen can balance blood sugar by slowing glucose and fat absorption, decreasing cholesterol, and lowering the pressure of the arteries that cause high blood pressure.

### Cholesterol

The regimen can lower cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl), consuming just 3 grams of the Anti-Cravings® (B-glucan) per day can **lower cholesterol by 8-23%.** Lowering high cholesterol levels can prolong your life.

### Breathing Issues

You will feel the relief in breathing, even after losing 20 lb. Obesity alters the relationship between the lungs, chest wall, and diaphragm, which causes significant changes in lung function, reduction in operating lung volume and reductions in the volume of the intrathoracic cavity, due to the presence of adipose tissue and changes in other structures.

### Sleeping Problems and Snoring

Sleeping peacefully and weight loss are interlined. Sleeping less than 7 peaceful hours drives leptin levels down (you need more food to feel full) and also causes ghrelin levels to rise (appetite is stimulated for more food). Losing just about 10% of body weight will improve or cure sleep apnea. Snoring: obese people have extra tissue in the back of their throats which can fall down over the airway and block the flow of air into the lungs while they sleep.

### Arthritis and Joints

A 265 lb person places **500 lb of pressure on the joints**; that's 3 times the body weight. The hip and the knee, both are affected by arthritis. Walking places 1.5 times of pressure of the body weight on the joints: 400 lbs with

Am I Qualified?

PX6-792

While the Roca Labs® ingredients have been medically proven to improve the immune system. Post bariatric surgery patients suffer from side effects involving the immune system and lacking the ability to sufficiently absorb the necessary nutrients important to the immune system.

### Alcohol

Weight loss surgery increases the risk of alcohol addiction by 50%. The alcohol goes straight into the intestine and is absorbed rapidly with a high peak and rapid fall. The higher absorption rate makes alcohol more addictive. The Roca Labs® ingredients are believed to actually slow down alcohol absorption.

each step. Obesity accompanied by arthritis creates a vicious circle of inactivity and pain that prevents exercise. **Losing weight can elevate the pain fast.**

### Heart Health

The regimen can reduce body and heart fat dramatically, a significant reduction of cholesterol and low density lipoprotein (LDL). The regimen can lower blood cholesterol by preventing the absorption of cholesterol from food in the stomach and intestines. Individuals with high cholesterol (above 220 mg/dl) who consume just 3 grams of the Anti-Cravings® (*B-glucan*) per day can lower cholesterol by 8-23%. Highly significant: each 1% drop in serum cholesterol is a 2% **decrease in the risk of heart disease**. High cholesterol levels correlate with the buildup of plaques in blood vessel walls, which if damaged or simply grow too large, can rupture and cause a heart attack, stroke, or blood clots elsewhere in the body. Lowering high cholesterol levels can therefore **significantly reduce the risk of cardiovascular disease and stroke**.

### Fatigue

The physical and/or mental state of being tired and weak is a result of the excessive weight you are carrying on you at all times. It is difficult. When you start the procedure and you lost the first 20 lbs, **you will feel more energetic**. Moreover, the large food quantities you consume cause your digestive system to constantly work and make you tired. With the Roca Labs® regimen you will start eating half of your normal portions from day one and **feel a more balanced and energetic**. The balance of sugar levels in your blood can be also a positive contributor for energy.

### Diabetes

The Roca Labs® regimen has successfully reduced A1C from 12 to 6.6 and can reduce risk factors to benefit the treatment of diabetes and associated complications. Diabetes mellitus is characterized by high blood glucose levels with typical manifestations of thirst, polyuria, polydipsia, and weight loss. The major risk is vascular injury leading to heart disease, which is

**Am I Qualified?**

PX6-793

Gastric Bypass Alternative® - Roca Labs Page 4 of 5

accelerated by increased lipid levels and hypertension. Management of diabetes includes: control of blood glucose level and lipids and reduction of hypertension.

**Sicknesses and Your Immune system**

The ingredients in the regimen can stimulate the activity of *macrophages*, which are versatile immune cells that ingest and demolish invading *pathogens* and stimulate other immune cells to attack. Macrophages also release *cytokines*, chemicals that when secreted enable the immune cells to communicate with one another. In addition, beta glucans stimulate lethal white blood cells *(lymphocytes)* that bind to tumors or viruses and release chemicals to destroy it.

**Money Back - Reward** | **90% Success Rate** | **Health Insurance** | **Anti-Cravings**

**What is it?**

The Roca Labs® regimen is designed to not only help you lose weight, but enables your stomach to "shrink" so you can maintain your new, healthy weight even after you've completed the regimen. The Formula's effect is immediate, practically forcing you to easily cut your portion sizes to as much as ***half*** and lose weight from day one. After 4-6 months of proper use, your stomach will feel smaller as less quantities of food are required to satisfy your needs. Additionally, through its effect on blood sugar levels, the Formula's ingredient, Glucan®, helps you fight the cravings for sweets and snacks. As a result, you not only lose weight faster but the dependency you had on snacks and calorie-rich, fattening foods disappears allowing you to eat healthier.

## Health Application

53% are approved

Qualify & Order

8+1
0

Like
10

Tweet
0

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

About us
Terms
Support
Privacy
Qualify & Order

Procedures
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®

All the Answers
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?
Am I Qualified?

PX6-794

https://rocalabs.com/regimen/gastric-bypass-alternative 5/6/2015


inventors of the
Gastric Bypass Alternative®

Cost & insurance
Tel: 855.933.1010
Contact us

Natural Gastric Bypass®
Speedy Gastric Bypass™

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

PX6-795



Answers now contact

GASTRIC BYPASS no surgery ®

# Celebrity News

## dancing with the stars

**Alfonso Riberio** was introduced to the Gastric Bypass NO Surgery® and met with people who lost 100 lb without a surgery using Roca Labs® Read more

Roca Labs® is the world's strongest, most effective weight loss regimen based on the Gastric Bypass NO surgery® and Anti-Cravings® inventions.
It can help people lose 100 lb or more without surgery. *Results may vary

Roca Labs® mixture
very limited stomach volume
ROCA LABS
gastric bypass effect

Successful users lost 100 lb in 8 to 12 mo.
your weight loss may vary - not typical results

How does Roca Labs® regimen work?

Gastric Bypass
NO Surgery Formula

presenter is not a medical professional

FREE Weight Loss Analysis

**How does it work?**

**Better, Safer, and Cheaper Than Surgery**

This successful regimen can result in a **weight loss of up to 21 lb a month***. The Anti-Cravings® helps to eliminate the bad cravings for sweets and snacks. The regimen has a

PX6-796

NEW: a dose of the Roca Labs formula is mixed with water and turns into 350cc stomach-sized red mixture. Successful users report that when consumed in the morning, the Regimen creates a feeling akin to limiting functional stomach volume for the duration of your day. This result is achieved **without** surgical procedures, including cutting parts of the digestive system.

With limited stomach volume, you eat much less. Everyone knows the key to losing weight is lowering your calorie intake. When using the Regimen, you enter a calorie deficient state and from day one begin to lose weight at a rate of half a pound for every 1,750 calories. Bariatric surgery does not eliminate your cravings; Roca Labs Anti-Cravings® can reduce your urge for sweets and snacks and other foods that prevent your weight loss success enhancing the loss of an additional 5 to 8 pounds a month! Learn more

Find your regimen

### 100,000 YouTube Roca Labs results

very high success rate due to the **gastric bypass effect** in your stomach, which works just like the gastric bypass surgery—a surgery that costs upwards of at least $8,000. The Roca Labs' regimen only costs $480, with most health insurances. Learn more about cost and insurance. *Results may vary

Blue Cross Blue Shields, Aetna, UnitedHealthcare, CIGNA *and many others*

### How much weight can I expect to lose?

The weight loss can be **immediate** with the Roca Labs' regimen, just as if you had undergone a bariatric surgery, and within few days the cravings should be diminished significantly. Depending on your commitment to the recommended rules for suggested use, a loss of **21 lb a month** is possible; however, realistically, it may take 7 to 10 months to lose 100 lb.*

Learn more

Find your regimen

### 53% Are Approved

A free weight loss analysis and qualification form are required before you can order. This weight loss solution is intended for women and men with more than 30% of excess body weight to qualify. Special regimens are designed for diabetics, kids and teens, seniors, plus, we offer weight management during pregnancy and postpartum. If approved, patients within 7 to 10 days.

PX6-797

 Gastric Bypass NO Surgery $480 | Roca Labs

Results

Endless video testimonials prove that the Gastric Bypass NO Surgery Regimen **works**. Surgery can be avoided and thousands of people vouch that the weight loss can be achieved immediately. Customers reaching their weight loss goal and documenting it in an inspirational video receive a Cash Back reward of up to 100%. You should know that while the Roca Labs Regimen is extremely effective, your mind, determination, and commitment make this alternative truly successful. Watch success videos

Qualify & Order

288 lbs 223 lbs 205 lbs

*Results may vary

**Are there side effects?**

Roca Labs Regimen has potential side effects that we believe can be avoided simply by following your individualized Regimen. For example, consuming dairy during your Regimen can cause diarrhea, and drinking soda or overeating can cause a bloated stomach or gaseous reactions. We encourage you to consult your doctor concerning any potential side effect of the Regimen. By creating the feeling of limiting your stomach volume, customers eat less without potentially painful surgery affecting their digestive systems. That is just one reason why Gastric Bypass NO Surgery presents a safer way to lose a tremendous amounts of weight. Learn more

01:28 HD

**Tanya Lost 54 lbs in 4 months**

*Results may vary

**Avoid Bariatric Surgery**

Weight loss surgeries are dangerous; every 1 out of 400 persons die, 50% of patients regain weight, 72% of patients suffer some type of complications, and 100% live with dietary restrictions. The main problem with gastric bypass surgery is that it does not curb the unbearable urge for snacks and sweets. Details...

PX6-798

Jan 265 lbs

Jul 210 lbs

Oct 184 lbs

Darlene lost 86 lbs in 9 months

*Results may vary

### Strong Natural Ingredients

The Roca Labs formula is a proprietary compound made from strong synergetic fibers that **naturally** create an immediate **gastric bypass effect** to limit the functional stomach volume without undergoing surgery*. Each ingredient has its own set of properties, which have been chosen carefully and perfected throughout the years. An estimated $28 million was invested in the creation of the formula. Lables & details

What is the Formula made of?
100% natural
active ingredients

### Cost & Health Insurance

With insurance, a 3-4 month supply is one payment of **$480 (or 3 payments of $172)**. Without insurance, a 3-4 month supply is **3 payments of $230**.

- A cash back reward of up-to 50% is possible when you create an inspirational video of your weight loss achievement
- Armed Forces members and U.S. and Canadian citizens are guaranteed a discount of up-to $260 with a valid health insurance plan.
  Note: the discount varies depending upon your insurance provider. Additionally, the discount is given regardless of your deductible and will not affect your insurance rates. Learn more

Blue Cross Blue Shields, Aetna, UnitedHealthcare, CIGNA and many others

Gastric Bypass Surgery Vs Roca Labs® Formula
$8,000-20,000 risky & restrictive
$640 gastric sleeve results (no surgery)
ited space for food

FREE Weight Loss Analysis

277 lbs
162 lbs

*Results may vary

### Cash Back For Success

Document your weight loss success in videos and pictures to receive a cash back reward. When you reach 80% of your weight loss goal, Roca Labs will pay you up-to **$6 for every pound you lost**. These cash back earnings can be more than 100% money back. Failure is not an option so no refunds or returns are allowed. More...

PX6-799



and many others

Find your regimen

**Better than Bariatric Surgery**

- **High success** in creating the gastric bypass effect
- Morning dose creates the **gastric bypass effect**
- Immediate weight loss*
- Up-to a **21 lb weight loss in a month***
- Many patients lost **100 lb within 7 to 12 months****Results may vary
- World's strongest, non-surgical weight loss alternative
- Personalized weight loss solutions
- Learn more

Gastric Bypass Surgery Vs Roca Labs® Formula
$8,000-20,000 risky & restrictive
$640 gastric sleeve results (no surgery)
ited space for food

Find your regimen

**Safer and Cheaper than Bariatric Surgery**

- The regimen starts at only **$480 for a 3-4 month supply**
- Qualification form approval occurs within 24 hrs
- FDA compliance and strong, natural ingredients
- Side effects are minimal and manageable
- Anti-Cravings® lowers urge for snacks and sweets
- Full commitment to diet and exercise is a must
- Personal Coaches and 24/7 support is available
- Learn more

Find your regimen

**Nancy Lost 115 lb in 12 Mo.**

Saved from gastric bypass surgery

*Results may vary

Sharon lost 80 lb, Darlene lost 86 lb

Watch more success stories

Find your weight loss regimen

Only $170 x 3 mo. payments

53% Are Approved

Qualify and Order

PX6-800

**FDA Compliance**

The Roca Labs® formula and Anti-Cravings® are manufactured in an FDA registered facility under GMP regulations and are classified as dietary supplements (not a drug). The company believes that following FDA regulations is very important.

A doctor's prescription is not required for use, yet, the mixture has an extremely strong effect and the provided directions must be followed to achieve the best results and minimize side effects. Read more

**Losing 100 lb is achievable**

How can you lose up-to 100 lb without surgery?

- #1 Decide to commit to the process
- #2 Apply (53% are approved)
- #3 Choose a plan (starting at just $480)
- #4 Start the regimen and the follow rules
- #5 Video your success for Cash Back
- #6 Improve health and looks

Learn more

**Very High Success Rate**

To create the immediate **gastric bypass effect** and limiting stomach volume, you decide the daily dosage and frequency . In other words, your success is completely within your own control.

PX6-801

Learn more

Roca Labs® is not endorsed by Dancing With The Stars, ABC, BBC, or the Disney Co.or the individuals contestants, judges or performers appearing on Dancing With The Stars. Dancing With The Stars, ABC, BBC, and Disney are all registered trademarks of their respective owners. All trademarks on this web site whether registered or not, are the property of their respective owners. Dancers and celebrities on Dancing with the Stars had a special opportunity to meet with successful users of Roca Labs' Gastric Bypass NO Surgery® who lost 100 lb on average. The dancers and stars were amazed with the weight loss results, but are not in any way official endorsers of Roca Labs®. Images are courtesy of ABC and the Disney Company. Images should not imply product endorsement or use of Roca Labs products by celebrities pictured in images.

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

---

inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

PX6-802



GASTRIC BYPASS no surgery ®
Answers now
contact

# How Much Weight Can I Lose?

**17 lbs monthly weight loss** on a consistent basis is achievable* in a successful regimen when cutting 2,000 calories a day. However, losing 100+ lbs can be realistically achieved over 7 to 10 months when combining exercise and following suggested use.

While bariatric surgery patients lose 47% (gastric banding) to 61% (gastric bypass) of their body weight over a period of 2 years, with Roca Labs procedure one can achieve higher weight loss and faster without the bad complication rate of the surgery.

Roca Labs procedure can have higher and faster success rate than bariatric surgeries because it trains your body and mind to eat properly rather than forcing it for the first few months. The surgeries also can NOT provide a solution for craving which accounts for 50% of the weight gain problem.

| Commitment /Daily Dosage | Stomach Space Available* | Daily Calorie Deficiency | Est. Monthly Weight Loss** (pounds) | No of Months to lose 100 lbs |
|---|---|---|---|---|
| **Highest** (highest dosage, 5-6 days per week) | ~10% you will barely eat | 2,500 | **21** | **5** |
| **High** (high dosage, 3-4 days per week) | ~30% you will eat very little | 1,800 | **15** | **7** |
| **Medium** (medium dosage, 1-2 times per week) | ~50% you eat half | 1,200 | **10** | **10** |
| **Low** (low dosage, no exercise) | ~70% you will eat a bit less | 820 | **7** | **14** |

* Stomach space available is only an estimate and is based on feeling/sensation. Results may vary.

**3,500 calories= 1 lbs of fat

All the Answers
General questions
What is Roca Labs® Procedure?
How much weight will I lose?
What is the success rate?
Side effects to Avoid
Am I Qualified?
Ingredients
What is Anti-Cravings®?
Shrinking Stomach™
Are there any menus or diet restrictions?
Procedure Cost
Medical questions
Overcoming Obesity
Compare
Terms & Conditions
Support
Qualify & Order

How much weight will I lose? - Roca Labs

Exercise is a must for a successful Gastric Bypass Alternative® weight loss procedure. Without exercise, the progress of your weight loss will likely stop after losing the first 20-30 lbs. Unless you are committed to 20-30min of physical activity on a daily basis, buying Roca Labs® will be a waste of money.

## Strongest Weight Loss Solution in the World

Roca Labs Procedure is probably the strongest non-surgical weight loss solution in the world. However, your brain is stronger and your commitment is a must. The Roca Labs Mixture ALWAYS works to limit stomach space and create a gastric bypass effect. The more Mixture you consume, the smaller your available stomach space and the less food you will eat down to as little as 1,200 calories per day. During the first few days you will learn to adjust your daily dosage and number of days per week it should be taken.

To reach your weight loss goal you must be familiar with the Suggested Use and yet "listening" to your body's signals, and adjusting the dosage and frequency to meet your individual needs. Dosage is customizable: you decide how much to take and when, and **you control** the daily level of the gastric bypass effect. The power to succeed is in YOUR hands!

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

PX6-804



# Roca Labs Procedure Cost

(5% of what gastric bypass surgery costs)

USA/Canada with Health Insurance | USA/Canada Non-Insured | International

Roca Labs Formula is perhaps the greatest non-surgical weapon available anywhere in the world to help you achieve your weight loss goals. Compared to the weight loss surgery which can cost between $8,000-18,000, the Roca Labs® Formula is available for as low as $480, which includes Support from our team and an offer to make up to 20-100% of your money back with your success (read here).

If qualified to use, a Formula is prepared for you to be shipped within 2 weeks, and your weight loss journey begins as you start eating less from day 1, but without any pain or restrictions that are associated with the surgery! With Roca Labs® Formula, you'll **save 90% of the cost of a gastric bypass**, and get a safe, flexible and effective method for losing weight.

| | Basic | Advanced | Premium | Customiz |
|---|---|---|---|---|
| | **Up to 80lbs to lose** | **Faster 80lbs+ to lose** | **Fastest 120lbs+ to lose** | **Customize** |
| 1 Payment starts at | $606 (save $39) | $780 (save $72) | $980 (save $49) | $1,280 (save $100) |
| | | OR | | |
| 3 Monthly Payments start at | $215 | $284 | $343 | $460 |
| USA taxes included | | Qualify & Order | | |
| Formula | Strong | Stronger | Strongest | As prescribe |

PX6-805





| | | | | |
|---|---|---|---|---|
|  |  100 doses<br>(3-4 months supply) |  120 doses<br>(4-5 month supply) |  160 doses<br>(4-5 months supply) |  |
| Anti-Cravings™<br> | Strong<br>102 servings<br>(~3 months supply) | Stronger<br><br>120 servings<br>(3-4 months supply) | Stronger<br><br>**240 servings**<br>(6-8 months supply) | As prescribe<br><br>**240 servings canister**<br>(6-8 months su |
| Support | <br>Standard<br>6 hours email response time, 8AM to 8PM, 7 days a week | Advanced<br>4 hours email response time, around the clock, 7 days a week | Premium<br>*30 min Doctor's phone support + 60 min phone coaching for success + 2 hours response time, Around the clock, 7 days a week by the Medical Team | Personal<br>4 hours email resp<br>time, Around the cl<br>days a week by t<br>Medical Tea |
| Measuring Doses | <br>2 measuring spoons | <br>2 measuring spoons | <br>2 measuring spoons | <br>2 measuring s |
| Activator | <br>1 Activator | <br>1 Activator | <br>2 Activators | <br>2 Activators |
| Additional Supply | $285 | $210 | $140 | $80 |
| Money Back | | | | |

**2 months Formula + 3 months Anti-Cravings**
(lower cost available depending on your success video)

* for personal use only, after 3 months of use, international add $25 shipping

PX6-806



| | | | | |
|---|---|---|---|---|
| | Up to 40% For documenting the achievement of your weight loss goal in an inspiring video no returns – no refunds | Up to 60% For documenting the achievement of your weight loss goal in an inspiring video no returns – no refunds | Up to 80% For documenting the achievement of your weight loss goal in an inspiring video no returns – 15% failure refund | Up to 100% For documenting achievement of weight loss goal inspiring vide no returns – 20% f refund |
| Terms | Marketing department subsidy (restricted comment) | Marketing department subsidy (restricted comment) | Marketing department subsidy (restricted comment) | No subsidy – n restriction |

g+1 0 Like 3

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2015 Roca Labs. All rights reserved.

f g+

**Am I Qualified?**

PX6-807

Money Back / Reward - Roca Labs Page 1 of 3

GASTRIC BYPASS no surgery
®
Answers now
contact

Roca Labs Success Belt®
get up to 50% money back with your
true inspirational success video track

# Money back reward for your true success story

Roca Labs® rewards only success and not a failure (see terms).

You can earn money back as a reward for losing weight. Simply document your weight loss from your starting weight to achieving your weight loss goal. Demonstrate your weight loss with smaller size clothing, using the Success Belt or show your body in a clear convincing way. When you achieve your weight loss goal and send us the video, you will receive Money Back Reward or up to $1,000.00 within 10 days conditional and based on:

1. You must have passed the 3 stage goal
2. Your documented success is inspirational & convincing
3. Your claimed weight loss is evident in the "before & after"

But the Rewards do not stop here. Want to receive a trip to Disney World in Florida and shoot your success video here? Submit an INSPIRING video of your weight loss of 100 lbs or more that motivates others to choose a better healthy life and you shall be rewarded. *

Our marketing department, LOVES giving money to successful users. But please follow the Recipe for Success standards below to ensure that your video meets our minimum quality and content standards. You don't need to be a great cinematographer, your video can even be shot on a smartphone, but you must meet the standards below or you will get only a portion of that 50% money back.

- ! All the Answers
- General questions
- Medical questions
- Overcoming Obesity
- Compare
- Terms & Conditions
  - Terms & Conditions
  - Privacy Policy
  - **Money Back / Reward**
- Support

✔ Qualify & Order

**Am I Qualified?**

PX6-808

Money Back / Reward - Roca Labs Page 2 of 3

## Recipe for Inspiring Success Video

Video shot in a minimum of 720p quality, with good sound and light. For tips on shooting good videos watch this: http://vimeo.com/videoschool/101

Video documents all of your weight loss from beginning to ending weight. We would like to share in your weight loss progress, so please video regularly.

2-3 min about your eating problems, how you were troubled by your weight and your weight loss goal.

2-4 min of how you are using the Roca Labs Formula and your tips to others.

In short, to get this reward, film yourself now, during and after you've reached your goal. The video should be about 10 minutes long, talk about your past eating problems, the ease of using the Program, how much weight you've lost and how your life has changed. You can tell us about improvements in your health, self-esteem, relationships and love life, and even compliments you've received about your new look. Your video must be real, convincing and of good quality.

**Remember that your health is of the utmost importance to us. We want you to lose weight, but it must be done in a healthy way. Knowing that you've changed your eating habits for life is more important to us than the number of pounds you've lost, or how quickly you lost them.**

g+1
0
Like
17
Tweet
0

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s Instructions, Suggested Use, Side Effects, Terms and Conditions.

About us
Terms
Support
Privacy
Qualify & Order

Procedures
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®

All the Answers
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?
Am I Qualified?

PX6-809

https://rocalabs.com/cost/moneyback 5/6/2015

Money Back / Reward - Roca Labs

inventors of the
Gastric Bypass Alternative®

Cost & insurance
Tel: 855.933.1010
Contact us

Natural Gastric Bypass®
Speedy Gastric Bypass™

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

PX6-810



GASTRIC BYPASS no surgery®

Answers now | contact

# No Menus, No Diet Restrictions

Unlike weight loss pills or diet programs, Roca Labs® Formula **does not require a strict menu or calorie restrictions**. It practically FORCES you to eat **HALF** the food you ate before, so you will automatically lose weight without having to keep track of every calorie you consume.

Each day you use the Formula, it creates a gastric bypass effect in your stomach that leaves only a small, limited stomach space available for food intake. It PHYSICALLY LIMITS how much you can eat. You'll feel satisfied after eating just half a portion – or even as little as a few bites. Your stomach has neither the need nor the space for more food. You'll find yourself eating far less than before.

## Avoiding the Diet Trap

Diets often fail for one simple reason: people can't stick to them! They force us to refrain from foods that we can't help but want and sooner or later, many people give in to the temptation. And once you've given in a little, it's easy to feel defeated and rationalize breaking the diet rules again and again, eating little bites of whatever you want, here and there.

One reason the Formula is so successful is that you can **continue to eat what you like,** and without tracking everything you put in your mouth. You can still have a slice of chocolate cake or a bowl of ice cream, but with the gastric bypass effect, you'll feel satisfied before you even finish it. You'll eat the foods you want, but in smaller portions.

Also unlike diet programs, the Formula contains a unique, natural ingredient called ? -*Glucan*®, which balances your blood sugar level and fights your cravings. With your

! All the Answers
General questions ▼
What is Roca Labs® Procedure?
How much weight will I lose?
What is the success rate?
Side effects to Avoid ◄
Am I Qualified?
Ingredients
What is Anti-Cravings®?
Shrinking Stomach™
**Are there any menus or diet restrictions?**
Procedure Cost
Medical questions ◄
Overcoming Obesity ◄
Compare ◄
Terms & Conditions ◄
Support ◄
✔ Qualify & Order

urges for sweets and snacks almost eliminated, you'll eat healthier without it being a challenge.

Since you are now eating significantly less, Roca Labs® team of doctors strongly recommends that you consume nutritious food, which is low in calories and supplemented with vitamins. Adding exercise will **greatly accelerate**your weight loss and improve your general health.

## Counting Calories Doesn't Force You to Eat Less

Calorie counting works for some people, but a major downside is that by itself, it does nothing to force you to eat less. All it can do is help track what you eat; at the same time you have the same hunger and the same cravings. With Roca Labs® Formula, you're forced to eat less while the unique ingredient *?-Glucan®* fights your cravings for sweets and snacks, eliminating the need to count calories. You'll feel **satisfied with half the portion,** and you'll feel even better once you start getting compliments from friends and family on your new, slimmer appearance.

Instead of counting the calories you eat, let's look at the calories you'll automatically spare your body with Roca Labs® Formula. From day one, you will eat HALF the portions you are used to, and begin to burn more calories than you consume. This is known as a **calorie deficiency state**. For every 250 calories you save, you lose one ounce of fat. Many users eat as much as 2,000 fewer calories a day while using the Formula, which translates to 17 lbs. a month!

With Roca Labs® Formula, you finally have the weapon you need to fight hunger, cravings and obesity. You'll continue to eat the foods you love without any calorie count, but you'll **naturally eat smaller portions** and still feel satisfied. The power to succeed is in your hands.

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

---

inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2015 Roca Labs. All rights reserved.

f 🐦 g+

**Am I Qualified?**

PX6-812

# The Procedure: "Shrinking Stomach" in 4-6 Months with NO Surgery

As soon as you start the Roca Labs® Shrinking Stomach™ Formula, you'll eat smaller, normal portions on a regular basis. You will lose weight and your Shrinking Stomach will lose capacity over time. Gradually, your use of the Formula will diminish over 4-6 months.

01:41
HD

Roca Labs® Formula is designed to not only help you lose weight, but to "shrink" your stomach's capacity so you can **maintain your new, healthy weight** even after you've completed the procedure. The Formula's effect is **immediate**; practically forcing you to eat HALF and lose weight from day one. Over 4-6 months of proper use, your stomach will "shrink" as smaller quantities of food are needed to satisfy its new, smaller available capacity. Additionally, the Formula's ingredient, *?-Glucan*®, regulates the blood sugar levels to help you fight the bodily need for cravings of sweets and snacks. As a result, you not only lose weight faster but release yourself from the dependency you had on snacks, allowing yourself to eat healthier foods that were of no interest to you before. In addition, your need for snacking in between meals and overeating calorie-rich, fattening foods, disappears.

As you progress through the Roca Labs® procedure, you'll find that you need less and less of the Formula to achieve the same effect. Eventually, you can stop using the Formula on a regular basis and still continue to eat healthier. A successful Roca Labs® procedure will result in a **"smaller stomach," better eating habits, the**

20%
forced stomach
size availability

! All the Answers
General questions ▼
What is Roca Labs® Procedure?
How much weight will I lose?
What is the success rate?
Side effects to Avoid ◄
Am I Qualified?
Ingredients
What is Anti-Cravings®?
**Shrinking Stomach™**
Are there any menus or diet restrictions?
Procedure Cost
Medical questions ◄
Overcoming Obesity ◄
Compare ◄
Terms & Conditions ◄
Support ◄

✔ Qualify & Order

PX6-813

Shrinking Stomach™ - Roca Labs Page 2 of 3

**ability to overcome cravings, improved health, and weight loss that you can maintain.**

## The Formula is Customizable

Unlike gastric bypass surgery, Roca Labs® Formula is flexible and customizable. It is designed to **fit YOUR current eating habits**: you use it in the way that works best for you, by choosing the dosage (amount of the Formula ingested), frequency (the amount of days a week), and reinforcement dose. Though it is possible to lose weight very quickly with the Formula, Roca Labs® doctors recommend that you lose weight at a steady pace, so you can adjust to new eating habits and make real life changes. As you use the Formula, your **stomach "shrinks"** in response to the low amount of food you're eating, so you will need smaller and less frequent doses over time. After 4-6 months, you will be able to stop using the Formula and still **maintain your new weight and improved health.**

## Short-term Procedure with Lifelong Results

- **Immediate weight loss**: From day one, when you take the Formula, you will practically **eat half the amount** you have in the past and begin to lose weight naturally, similar to gastric bypass surgery. Roca Labs® can help you eat 2,000 fewer calories a day (equal to **17 lbs. weight loss** a month) or in some cases, even 2,800 calories less (equal to **21 lbs. weight loss** a month).
- **3-4 weeks**: With proper, consistent use, you will begin to feel your stomach "shrinking" as you eat less food and feel satisfied faster than in the past. At this point, your weight loss should start to accelerate.
- **4-6 months**: You are now training your stomach (and mind) to be satisfied with HALF your previous food intake. Your stomach pouch should develop a "smaller volume" on your way to a **normal-sized body**.
  - Dosage and frequency of the Formula are **gradually reduced** as you reach your final weight goal and feel that you are in control of your eating habits, cravings, and snacking.
  - A successful Roca Labs® procedure will result in a "smaller stomach size," improved eating habits, and reduced cravings.

PX6-814

- **More than 80 or 100 lbs. to lose:** This can take a longer time, just as with gastric bypass surgery, but can be achieved with the powerful Formula.

**Every 250 Calories = 1 Ounce of Fat**

This Snickers bar takes one minute to eat, but the one ounce of fat will stick with you long after. The only question is: where on your body do you want it? Under your chin? On your thighs or stomach? On your behind?

Like 6

*Results may vary. Results of other users may not be typical.
The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s
Instructions, Suggested Use, Side Effects, Terms and Conditions.

inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2015 Roca Labs. All rights reserved.

**Am I Qualified?**

PX6-815

admin home | manage | admin signout

**Search By:**

Date: 2015 01 30 range

Account Name Rocalabs

**Filter On:**

B. Succe

C. Flagg

D. Verifie ged

E. Payme

F. Dollar 0.00

G. Registr All

H. Item/D

**Sort By:**

Date/Time | Ascending | submit | clear form

Review | Processing

| | |
|---|---|
| **Name.com Revenue:** | $5254.06 |
| Litle: | $689.78 |
| Paypal: | $403.77 |
| AccountCredit: | $24.43 |
| Flagged: | $0.00 |

**119 Matching Records(s) +/-**

**UN:** Rocalabs name.com
**OD:** 12-11-2009 11:05 PM **Domain Count** 74
**TID:** Redacted
**AID:**
**ACD:** 12-11-2009
1876 Days Old
**Orders On Page** 120 attempted 106 successful
**VERIFIED**
**$147.58 / $147.58**
**Status:** Success

**ACCT Information:** Roca Labs Redacted

**Pay Information:** Roca Labs Redacted

**Payment Method:** CreditCard
**Pay ID:** Redacted (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created By:** Checkout
**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history
**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only Send Email History Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Domainregorg | $8.88 | -$0.00 | $8.88 | dietlow.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | dietlow.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | dieteat.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | dieteat.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | diet1200.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | diet1200.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | thebestdiet.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | thebestdiet.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | israelidiet.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | israelidiet.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | speedydiet.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | speedydiet.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | diet-weight.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | diet-weight.org | history | pm |
| Domainreg | $17.76 | -$0.00 | $17.76 | satiety.us | history | pm |
| Domainreg | $17.76 | -$0.00 | $17.76 | cravingstopper.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | cravingstopper.com | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | stopcravings.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | stopcravings.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | countercalorie.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | countercalorie.org | history | pm |
| Domainreg | $17.76 | -$0.00 | $17.76 | howcalorie.com | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | howcalorie.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | howcalorie.com | history | pm |

**UN:** Rocalabs name.com
**OD:** 12-20-2009 9:09 PM **Domain Count** 74
**TID:** Redacted
**AID:**
**ACD:** 12-11-2009
1876 Days Old
**Orders On Page** 120 attempted 106 successful
**VERIFIED**
**$9.38 / $9.38**
**Status:** Success

**ACCT Information:** Roca Labs Redacted

**Pay Information:** Roca Labs Redacted

**Payment Method:** Paypal
**Pay ID:** Redacted (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created By:** Checkout
**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history
**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only Send Email History Item Detail

PLAINTIFF'S EXHIBIT 75 2/15/17 PENGAD 800-631-6989

PX6-816



Status: Success | | (Not-Blacklisted) Whitelist Blacklist |

ACTIONS: Unverify OR Verify OR Close OR Flagged Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only Send Email History Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | mini-gastric-bypass.me | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | lost-the-weight.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | howcalorie.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | diet1200.org | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | thebestdiet.org | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | speedydiet.org | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | diet-weight.org | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | stopcravings.org | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | countercalorie.org | history | pm |

UN: Rocalabs
OD: 12-22-2011 12:53 PM
TID: Redacted
AID:
ACD: 12-11-2009
1876 Days Old
VERIFIED
$10.49 / $10.49
Status: Success

name.com
Domain Count
74
Orders On Page
120 attempted
106 successful

ACCT Information:
Roca Labs
Redacted
Pay Information:
Roca Labs
Redacted

Payment Method: Litle (PP)
Pay ID:
Redacted (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
Created By: Checkout
IP: 96.254.147.66 check
IP LOC: Tampa, FL, United States (US)
TRUE IP: check
TRUE IP LOC: ,
POLICY SCORE: view
(Not-Blacklisted) Whitelist Blacklist

Payment Status: Captured
pay history
AVS: Partial (10)
order history

ACTIONS: Unverify OR Verify OR Close OR Flagged Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only Send Email History Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Registration | $9.99 | -$0.00 | $9.99 | jack-rice-insurance-review.com | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | jack-rice-insurance-review.com | history | pm |

UN: Rocalabs
OD: 12-28-2011 2:15 PM
TID: Redacted
AID:
ACD: 12-11-2009
1876 Days Old
VERIFIED
$10.49 / $10.49
Status: Success

name.com
Domain Count
74
Orders On Page
120 attempted
106 successful

ACCT Information:
Roca Labs
Redacted
Pay Information:
Roca Labs
Redacted

Payment Method: Paypal
Pay ID:
Redacted (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
Created By: Checkout
IP: 96.254.147.66 check
IP LOC: Tampa, FL, United States (US)
TRUE IP: check
TRUE IP LOC: ,
POLICY SCORE: view
(Not-Blacklisted) Whitelist Blacklist

Payment Status: Captured
pay history
order history

ACTIONS: Unverify OR Verify OR Close OR Flagged Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only Send Email History Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Registration | $9.99 | -$0.00 | $9.99 | ministomach.com | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | ministomach.com | history | pm |

UN: Rocalabs
OD: 03-06-2012 4:48 AM
TID: Redacted
AID:
ACD: 12-11-2009
1876 Days Old
VERIFIED
$45.96 / $45.96
Status: Success

name.com
Domain Count
74
Orders On Page
120 attempted
106 successful

ACCT Information:
Roca Labs
Redacted
Pay Information:
Roca Labs
Redacted

Payment Method: Litle (PP)
Pay ID:
Redacted (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
Created By: Old Checkout
IP: 96.252.204.103 check
IP LOC: Sarasota, FL, United States (US)
TRUE IP: check
TRUE IP LOC: ,
POLICY SCORE: view
(Not-Blacklisted) Whitelist Blacklist

Payment Status: Captured
pay history
FLAGS: (High Dollar)
AVS: Partial (10)
order history

ACTIONS: Unverify OR Verify OR Close OR Flagged Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only Send Email History Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Renewal | $10.99 | -$0.00 | $10.99 | juravin.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | howtoloss.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | gastric-bypass-no-surgery.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | gastricbypassnosurgery.com | history | |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | gastricbypassnosurgery.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | gastric-bypass-no-surgery.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | howtoloss.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | juravin.com | history | pm |

UN: Rocalabs
OD: 03-30-2012 2:09 PM
TID: Redacted
AID:
ACD: 12-11-2009
1876 Days Old
VERIFIED
$10.45 / $10.45
Status: Success

name.com
Domain Count
74
Orders On Page
120 attempted
106 successful

ACCT Information:
Roca Labs
Redacted
Pay Information:
Don Juravin
Redacted

Payment Method: Litle (PP)
Pay ID:
Redacted (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
Created By: Old Checkout
IP: 173.78.187.155 check
IP LOC:
TRUE IP: check
TRUE IP LOC: ,
POLICY SCORE: view
(Not-Blacklisted) Whitelist Blacklist

Payment Status: Captured
pay history
AVS: Match (00)
order history

PX6-817

1/30/2015 Name.com - Domain Name Registration

**ACTIONS:** Unverify OR Verify OR Close OR Flagged Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only Send Email History Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Registration | $9.95 | -$0.00 | $9.95 | gastricbypass.me | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | gastricbypass.me | history | pm |

**UN:** Rocalabs
**OD:** 04-01-2012 7:36 PM
**TID:** Redacted
**AID:**
**ACD:** 12-11-2009
1876 Days Old
**VERIFIED**
**$10.45** / $10.45
**Status:** Success

name.com
**Domain Count** 74
**Orders On Page**
120 attempted
106 successful

**ACCT Information:**
Roca Labs
Redacted
**Pay Information:**
Don Juravin
Redacted

**Payment Method:** Litle (PP)
**Pay ID:** Redacted (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created By:** Old Checkout
**IP:** 173.78.187.155 check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history
**AVS:** Match (00)
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only Send Email History Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Registration | $9.95 | -$0.00 | $9.95 | lose-weight-fast.me | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | lose-weight-fast.me | history | pm |

**UN:** Rocalabs
**OD:** 06-22-2012 10:27 AM
**TID:** Redacted
**AID:**
**ACD:** 12-11-2009
1876 Days Old
**VERIFIED**
**$0.00** / $91.92
**Status:** Failed

name.com
**Domain Count** 74
**Orders On Page**
120 attempted
106 successful

**ACCT Information:**
Roca Labs
Redacted
**Pay Information:**
Don Juravin
Redacted

**Payment Method:** Litle (PP)
**Pay ID:** Redacted (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created By:** Old Checkout
**IP:** 96.252.204.54 check
**IP LOC:** Sarasota, FL, United States (US)
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Authorize Failed
pay history
**AVS:** No Match (20)
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only Send Email History Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4kids.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4men.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4teens.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4seniors.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4breastfeeding.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4pregnancy.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4obesity.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4diabetes.com | history | |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4diabetes.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4obesity.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4pregnancy.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4breastfeeding.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4seniors.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4teens.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4men.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4kids.com | history | pm |

**UN:** Rocalabs
**OD:** 06-22-2012 10:29 AM
**TID:** Redacted
**AID:**
**ACD:** 12-11-2009
1876 Days Old
**VERIFIED**
**$91.92** / $91.92
**Status:** Success

name.com
**Domain Count** 74
**Orders On Page**
120 attempted
106 successful

**ACCT Information:**
Roca Labs
Redacted
**Pay Information:**
Don Juravin
Redacted

**Payment Method:** Litle (PP)
**Pay ID:** Redacted (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created By:** Old Checkout
**IP:** 96.252.204.54 check
**IP LOC:** Sarasota, FL, United States (US)
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history
**AVS:** Match (00)
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only Send Email History Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4kids.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4men.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4teens.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4seniors.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4breastfeeding.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4pregnancy.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4obesity.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4diabetes.com | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4diabetes.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4obesity.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4pregnancy.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4breastfeeding.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4seniors.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4teens.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4men.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4kids.com | history | pm |

https://www.name.com/trans/v1 8/29

PX6-818

www.google.com/REDACTED
gastric bypass
Sign in
Web Images Videos News Shopping More Search tools
VBSC Bariatric Surgery - We are a 100% Bariatric practice
About Gastric Bypass Surgery - Inova.org
Gastric Bypass Surgery - MedStarHealth.org
Gastric bypass refers to a surgical procedure in which the stomach is divided into a small upper pouch and a much larger lower "remnant" pouch and then the small intestine is rearranged to connect to both
Gastric bypass surgery - Wikipedia, the free encyclopedia
Gastric bypass surgery - Wikipedia, the free encyclopedia
Gastric bypass surgery: MedlinePlus Medical Encyclopedia
Bariatric surgery - Mayo Clinic
Gastric Bypass Surgery: Success Rates, Risks ...
Gastric Bypass-No Surgery
Better than gastric bypass
Low Cost Gastric Bypass
Lap-Band® Gastric Banding
Gastric Bypass Surgery
Gastric Band Hypnosis
Gastric Bypass
Virginia - Gastric Bypass
Bariatric Surgery Success
PLAINTIFF'S EXHIBIT 77
PENGAD 800-631-6989

Roca Labs® | Better, Safer
https://rocalabs.com/ REDACTED
Gastric Bypass NO Surgery
Gastric Bypass Alternative
Find your regimen
Gastric bypass cost
Roca Labs reviews
Support
Roca Labs®
Nutraceutical USA
Strong, Natural Non-Surgical Medical Alternatives
Roca Labs® mixture
very limited stomach volume
gastric bypass effect
Successful users lost 100 lb in 8 to 12 mo.
your weight loss may vary - not typical results
Gastric Bypass NO surgery
Safer, better and cheaper than bariatric surgery
High success in creating gastric bypass effect
Morning dose creates the gastric bypass effect
Weight loss starts immediately
Watch endless testimonials; users losing up-to 100 lb
FDA compliance; natural ingredients
Starts at $480 with health insurance discount
aetna
UnitedHealthcare
Learn more
These users lost an avg. 100 lb in 8 to 12 mo.
Start
Roca Labs® | Bette...
Camtasia Studio - U...
Capturing from Loc...
Recording...
REDACTED

PX6-820

Qualify & Order - Roca L
https://rocalabs.com/orders
GASTRIC BYPASS no surgery
Qualify & Order
starts at $172 x 3 payments
This form is designed to filter out those with limited chance of being successful and who are absolutely not suited to use the STRONG Formula or handle the regimen successfully. This form is not replacing your personal physician who can relate specifically to your medical situation. This information will be kept confidential and will NOT be shared. Privacy Policy.
63% are approved
Full Name *
Gender *
Age *
Lbs *
Height *
UnitedHealthcare aetna CIGNA
and many more
Health Insurance qualifies you for discount
I am NOT insured
Send results to my email *
I want to purchase now and want to talk to a coach
Start
Qualify & Order - R...
Camtasia Studio - U...
Capturing from Loc...
Recording...
REDACTED

https://health.rocalabs.com/orders/100-plus-lbs-to-lose-for-women/
REDACTED
100+ lbs to Lose for Women Procedure
This video is important to watch
SKIP
Next
Need help? Call 866.566.5288 now
100+ lbs to Lose fo...
Camtasia Studio - U...
Capturing from Loc...
Recording...

100+ lbs to Lose for Wom ×
https://health.rocalabs.com/orders/100-plus-lbs-to-lose-for-women/
REDACTED
100+ lbs to Lose for Women Procedure
4 to go
Do you have any kidney problems? *
No
Are you allergic to wheat/grain? *
No
Do you have a problem drinking plenty of water or swallowing? *
Yes
No
Back
Next
Need help? Call 866.566.5288 now
Start
100+ lbs to Lose fo...
Camtasia Studio - U...
Capturing from Loc...
Recording...
REDACTED

100+ lbs to Lose for Wom
https://health.rocalabs.com/orders/100-plus-lbs-to-lose-for-women/
REDACTED
100+ lbs to Lose for Women Procedure
Only 3 left
Reasons for your overweight issues? *
Quantity eating
Snacking all day
Junk food
High fat food
Sweets
Can't stop bad habits
Bored
Not exercising
On fattening medication
Physical limitations
Stress
Other
What medical issues do you have that might be related to your excess fat? *
Cholesterol
Heart issues
High blood pressure
Joints
Breathing
Sleeping problems / snoring
Diabetes
Chronic fatigue
Constipation and diarrhea
Other
List the NON-effective weight loss methods you have tried *
How many years have you been overweight? *
Back
Next
Need help? Call 866.566.5288 now
Start
100+ lbs to Lose fo...
Camtasia Studio - U...
Capturing from Loc...
Recording...
REDACTED

PX6-824

100+ lbs to Lose for Wom
https://health.rocalabs.com/orders/100-plus-lbs-to-lose-for-women/?
REDACTED
100+ lbs to Lose for Women Procedure
2 to finish
Mark familiar psychological obstacles that you need to overcome
Depression what is it?
Food addiction what is it?
Binge eating what is it?
Emotional eating what is it?
Bad eating habits what is it?
Back
Next
Need help? Call 866.566.5288 now
Start
100+ lbs to Lose fo...
Camtasia Studio - U...
Capturing from Loc...
Recording...
REDACTED

100+ lbs to Lose for Wom
https://health.rocalabs.com/orders/100-plus-lbs-to-lose-for-women/
REDACTED
100+ lbs to Lose for Women Procedure
Last one
We question your commitment to win the fight and lose weight
Though Roca Labs procedure is probably the world's strongest weight loss solution, your mind is stronger and therefore your commitment is a must or you will be wasting your money. Since, Roca Labs wishes to preserve the very high success rate, we ask that you think again before proceeding as many want to lose weight but are not committed to fighting fat and changing their lives.
Are you truly committed to lose your weight, this time around? If so, why? *
REDACTED
We, at Roca Labs, believe that "fat is unhealthy and ugly." Once you truly believe that fat is ugly you will trigger a psychological mechanism that will help you to stop over-eating. We think that it is essential for the success of the weight loss project *
I agree, fat is unhealthy and ugly and I am going to fight and change it
I don't think that being fat is so bad
Being overweight is not the end of the world
Being overweight is not so bad
Your approach is completely wrong. I'd like to cancel this application
Next (3 of 4)
Need help? Call 866.566.5288 now
Start
100+ lbs to Lose fo...
Camtasia Studio - U...
Capturing from Loc...
Recording...
REDACTED

PX6-826



100+ lbs to Lose for Wom
https://health.rocalabs.com/orders/100-plus-lbs-to-lose-for-women/
REDACTED
100+ lbs to Lose for Women Procedure
Country *
United States
State *
Select an Option
City *
Shipping Address *
Zip code *
Mobile Number *
Your health insurance
Humana*
Back
Next (4 of 4)
Need help? Call 866.566.5288 now
Start
100+ lbs to Lose fo...
Camtasia Studio - U...
Capturing from Loc...
Recording...
REDACTED

100+ lbs to Lose for Wom
https://health.rocalabs.com/orders/100-plus-lbs-to-lose-for-women/
REDACTED
100+ lbs to Lose for Women Procedure
Only if approved, your card will be automatically charged and your procedural kit will enter immediate production.
Select Procedural Kit *
$230 x 3
monthly payments
or save $50
$640
1 payment
$284 x 3
monthly payments
or save $72
$780
1 payment
$343 x 3
monthly payments
or save $49
$980
1 payment
$460 x 3
monthly payments
or save $100
$1,280
1 payment
Basic
Advanced
Premium
Customized
Up to 80lbs to lose
Strong Formula
100 doses
3-4 months supply
Strong Anti-Cravings™
Faster, 80lbs+ to lose
Stronger Formula
120 doses
4+ months supply
Stronger Anti-Cravings™
Fastest, 120lbs+ to lose
Strongest Formula
160 doses
4-5 months supply
Stronger Anti-Cravings™
Strength and speed of weight loss customized
Formula
As needed
Anti-Cravings™
Need help? Call 866.566.5288 now
Start
100+ lbs to Lose fo...
Camtasia Studio - U...
Capturing from Loc...
Recording...
REDACTED

100+ lbs to Lose for Wom
https://health.rocalabs.com/orders/100-plus-lbs-to-lose-for-women/
REDACTED
for documenting the achievement of your weight loss goal in an inspiring video
no returns - no refunds
Terms
Marketing department subsidy (restricted comments)
for documenting the achievement of your weight loss goal in an inspiring video
no returns - no refunds
Terms
Marketing department subsidy (restricted comments)
Success Belt™
2 measuring spoons (x2 sets)
Up to 100% Money Back
for documenting the achievement of your weight loss goal in an inspiring video
no returns - 15% failure refund
Terms
Marketing department subsidy (restricted comments)
2 measuring spoons (x2 sets)
Up to 100% Money Back
for documenting the achievement of your weight loss goal in an inspiring video
no returns - 20% failure refund
Terms
No subsidy - no restrictions
Shipping: USPS Priority $14
Priority *
Regular production
no extra charge, shipment within 6-10 days
Rush production
add 10%, shipment within 3 days
formula prepared immediately, no cancellation
Urgent production
add 18%, shipment within 1.5 days
formula prepared immediately, no cancellation
I have checked and do not have any medical reason that can prevent me from using the Roca Labs Gastric Bypass Alternative procedure and I have read and agree to the terms, privacy and money back reward / return policy
Signature required on delivery ($5)
Back
Submit
Need help? Call 866.566.5288 now
Start
100+ lbs to Lose fo...
Camtasia Studio - U...
Capturing from Loc...
Recording...
REDACTED

PX6-829

# Thanks for purchasing Roca Labs® V1.1

Now that you have decided to help yourself, we are here to help you

- Gastric bypass effect will happen immediately after taking your first dose so serve yourself only HALF your usual food portion and eat very, very slowly. Overeating can cause side effects and stretch your stomach. You must be disciplined to succeed.

- Support@RocaLabs.com is available 24/7 and written answers are sent normally within 8 business hours. We do not offer telephone (or medical) support to ensure accurate communications and guidance.

- Anti-Cravings® may reduce your cravings for snacks/sweets which customers claim helped them achieve their weight loss goal.

- If you chose 3 monthly payments **we trust you** will make the remainder 2 payments on time.

  Payments can NOT be cancelled or disputed as this may result in legal action against you in Florida where you may need to hire an attorney and may face charges in excess of $3,500. We love our customers and we trust them to pay on time. Our Marketing Dept. subsidized your purchase in return for your commitment to lose weight and post positive feedback. As agreed, you will owe the unsubsidized price of $1,580 if you breach the Terms.

- There are **NO** returns or refunds as stated on RocaLabs.com/Terms

- Document your success in a video on YouTube to receive up to 50% or even 100% money back per Roca Labs Money Back Reward Program. We want to share your success RocaLabs.com/MoneyBack

# **Summary** of the RocaLabs.com/Terms

All of our terms and conditions are equally important:

- **Privacy Policy**. We will not share your private information with anyone.

- **Return/Refund Policy**. Once purchased and shipped, RLN products cannot be returned and NO refunds will be given.

- Discount Policy. We believe in our customers and that word of mouth is the best promotion. **We are here to help you.** You were given a discount off the unsubsidized price of $1,580 in exchange for your agreement to promote our products and when possible share your weight loss success with us (keep the youtube videos coming). **As part of this endorsement you also agree not to write any negative reviews about RLN or our products.** In the event that you do not honor this agreement, you may owe immediately the full price of $1,580.

- **Medical Condition Notice.** RLN isn't a medical organization and we can't give you medical advice. Consult with your doctor or healthcare professional before beginning any weight loss program. Results may vary and depend on a variety of factors including but not limited to your commitment and medical condition. Please check Instructions, Suggested Use, Side Effects and consult with your doctor or healthcare professional about this or any other nutraceutical. **Health Notice.** RLN's products are not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration. Statements, other than clinical, have not been evaluated by the FDA.

# GASTRIC BYPASS REVIEWS & OPTIONS

EVERYTHING YOU NEED TO KNOW BEFORE DECIDING ON ANY WEIGHT LOSS SURGERY OR ALTERNATIVE

HOME | BARIATRIC SURGERY | SURGERY FAILURES | SUCCESS STORIES | SURGICAL ALTERNATIVES

## Gastric Bypass Reviews & Options

Sleeve Gastrectomy | Restrictive | Combination

Adjustable Band Gastroplasty | Roux-en-Y Gastric Bypass

### Bariatric Surgery in America

Our country is currently experiencing an obesity epidemic, which means that well over 50% of American citizens are either overweight, obese, or worse, morbidly obese. Due to this issue, many people have turned to bariatric surgery to help resolve not only their weight problems, but also any weight-related medical conditions, such as: Type 2 diabetes, hypertension (or high blood pressure), or even coronary heart disease.

### The Purpose of this Site

Here at GastricBypass.me, we want every person who visits this site to know everything there is to know about bariatric surgery by providing the necessary tools. Throughout this site, we'll offer articles with loads of information about each bariatric surgery, insurance information, surgeon information, alternatives to surgery and everything in between—we look forward to serving anyone seeking answers before undergoing surgery.

### ONE COMMENT

October 27, 2014
DAVID ESPIN

It sounds like it has a good track record

### LEAVE A REPLY

Your email address will not be published. Required fields are marked *

NAME *

EMAIL *

COMMENT

POST COMMENT

CATEGORIES

- Success Stories
- Surgery Failures
- Gastric Bypass Stats
- Bariatric Surgery Options

© 2015 Gastric Bypass Reviews & Options. All rights reserved.

Hero by aThemes

PX6-832

PLAINTIFF'S
EXHIBIT
80
2/15/17
PENGAD 800-631-6989

# GASTRIC BYPASS REVIEWS & OPTIONS

EVERYTHING YOU NEED TO KNOW BEFORE DECIDING ON ANY WEIGHT LOSS SURGERY OR ALTERNATIVE

HOME | BARIATRIC SURGERY | SURGERY FAILURES | SUCCESS STORIES | SURGICAL ALTERNATIVES

## Surgical Alternatives

### What are the Roca Labs Surgery Alternative® Solutions?

The Roca Labs Surgery Alternative® Solution is an attempt to provide the world's first replacement for weight loss surgeries, such as: gastric banding (LAP-BAND®), sleeve gastrectomy, or gastric bypass. Some professionals view bariatric surgeries as "primitive" and far from successful in the long run. However, since no true alternative was offered until now, morbidly obese people could only resort to surgical options for extreme weight loss results of over 100 pounds (or 45 kilograms).

### What is the Gastric Bypass Alternative® Success Rate?

We challenged the company's claim to a "90% success rate" by checking some of the 654,000 video results we got when searching for. "Youtube Roca Labs".

Nancy

Terese

Tanya

Scotty

Marcia

CATEGORIES

Success Stories
Surgery Failures
Gastric Bypass Stats
Bariatric Surgery Options





### Does the Roca Labs Surgery Alternative® Solution Work Immediately?

**Yes.** In 97% of the videos provided, evidence that the surgical alternative is successful is evident from day one. With some averaging weight loss of 0.5 to 1 pound per day, the Roca Labs Surgery Alternative® Solution is quite impressive. Example 1, Example 2. While some cases were convincing, others lacked evidence. Example 3.

### Does the Roca Labs Surgery Alternative® Solution Work Mid-Term?

**Yes.** However, this only evident in about 70-80% of our estimates. While these estimates are not unsatisfactory, it certainly falls under the claimed 90%.

Example 1, Example 2, Example 3.

### Does the Roca Labs Surgery Alternative® Solution Work Long Term?

Example 1, Example 2, Example 3.

### Are the Roca Labs Surgery Alternative® Solution Statements Trustworthy?

Our panel of experts say: "for the most part" and "more than others". Medical claims are correct, FDA regulations are observed, but not all the articles on the site are updated.

## Useful links:

- Roca Labs Reviews
- Roca Labs Website

### LEAVE A REPLY

Your email address will not be published. Required fields are marked *

NAME *

EMAIL *

COMMENT

POST COMMENT

© 2015 Gastric Bypass Reviews & Options. All rights reserved

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On 11/14/2013 7:04:12 PM, Redacted placed an order from computer IP address REDACTED Customer completed a Qualification Form and provided personal and medical information such as:

- Height: 6 feet and 2 Inches
- Weight: 370 lbs
- Age: 18 yrs
- Sex: Male
- Declarations: Beacause i really think its time to change , and i want to look better and be confident with myself . Knowing that I could just go to the store and pick out something to wear without going to fitting room

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On 11/17/2013, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in 3 payments of $260. Customer paid initial installment payment using the credit card ending in 7526 and the charge was approved by the issuing bank. Order was submitted on 11/14/2013 7:04:12 PM.

The procedural kit was prepared FOR customer and was shipped on 11/18/2013 with tracking # 9405510200828966624322. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On 3/8/2013 6:44:55 PM, Redacted placed an order from computer IP address REDACTED Customer completed a Qualification Form and provided personal and medical information such as:

- Height: 5 feet and 5 inches
- Weight: 225 lbs
- Age: 29 yrs
- Sex: Female
- Declarations: I dont want to be obese and overweight like the long history of members in my family. I dont want the health problems to become an posibility for me. I want to be able to enjoy my kids and live a long and healthy life. I will fight for success and am determined to succeed.

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On 3/9/2013, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in 3 payments of $173. Customer paid initial installment payment using the credit card ending in 7709 and the charge was approved by the issuing bank. Order was submitted on 3/9/2013.

The procedural kit was prepared FOR customer and was shipped on 3/11/2013 with tracking # 9410810200882695900488. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

**On 5/16/2013 2:01:59 PM,** Redacted **placed an order from computer IP address** REDACTED
**Customer completed a Qualification Form and provided personal and medical information such as:**

- **Height: 168 cm**
- **Weight: 72 kg**
- **Age: 33 yrs**
- **Sex: Female**
- **Declarations: I want to change my live and feel great have more energy and feel pretty again.**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On **5/19/2013**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in **3** payments of **$230**. Customer paid initial installment payment using the credit card ending in **6205** and the charge was approved by the issuing bank. Order was submitted on **5/19/2013**.

The procedural kit was prepared FOR customer and was shipped on **5/23/2013** with tracking # **EC551738814US**. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

PX6-837

FTC-000661

PB5775179-FD011481

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On 5/10/2013 7:02:28 PM, Redacted placed an order from computer IP address REDACTED Customer completed a Qualification Form and provided personal and medical information such as:

- Height: 5 feet and 7 inches
- Weight: 310 lbs
- Age: 39 yrs
- Sex: Female
- Declarations: Yes, I look like crap!! even when I try to look nice, I need to look good on the outside, to match my drive on the inside

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On 5/27/2013, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in 3 payments of $391. Customer paid initial installment payment using the credit card ending in 3827 and the charge was approved by the issuing bank. Order was submitted on 5/27/2013.

The procedural kit was prepared FOR customer and was shipped on 5/28/2013 with tracking # 9410810200793696612519. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

PX6-838
FTC-000662
PB5775179-FD011541

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On **5/13/2013 12:16:26 AM,** Redacted placed an order from computer IP address REDACTED Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 11 inches**
- Weight: **310 lbs**
- Age: **73 yrs**
- Sex: **Male**
- Declarations: **The additional weight is effecting my mobility**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On **5/14/2013**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in **3 payments** of **$260**. Customer paid initial installment payment using the credit card ending in **1408** and the charge was approved by the issuing bank. Order was submitted on **5/13/2013 12:16:26 AM.**

The procedural kit was prepared FOR customer and was shipped on **5/14/2013** with tracking # **9405510200882767650546**. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

---

On 7/17/2013 7:30:41 PM, Redacted placed an order from computer IP address REDACTED Customer completed a Qualification Form and provided personal and medical information such as:

- Height: 5 feet and 4 inches
- Weight: 221 lbs
- Age: 34 yrs
- Sex: Female
- Declarations: Yes, I want to be here for my son. I want to live.

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On 8/17/2013, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in 3 payments of $172. Customer paid initial installment payment using the credit card ending in 7216 and the charge was approved by the issuing bank. Order was submitted on 8/17/2013.

The procedural kit was prepared FOR customer and was shipped on 8/19/2013 with tracking # 9405510200830922862211. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers, we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

PX6-840

FTC-000664

PB5775179-FD011430

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On **8/8/2013 4:27:15 AM,** Redacted placed an order from computer IP address REDACTED
Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 1 inches**
- Weight: **167 lbs**
- Age: **39 yrs**
- Sex: **Female**
- Declarations: **I am. I know the health issues being overweight can bring. My grandparents were diabetics and overweight. I do exercise 5 days a week and do not see much results. I also want to be a better role model for my daughters**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On **8/8/2013**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in **3 payments** of **$210**. Customer paid initial installment payment using the credit card ending in **6001** and the charge was approved by the issuing bank. Order was submitted on **8/8/2013 4:27:15 AM.**

The procedural kit was prepared FOR customer and was shipped on **8/8/2013** with tracking # **9405510200882857401355**. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers, we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On 10/31/2013 12:52:49 AM, Redacted placed an order from computer IP address REDACTED Customer completed a Qualification Form and provided personal and medical information such as:

- Height: 5 feet and 4 inches
- Weight: 195 lbs
- Age: 35 yrs
- Sex: Female
- Declarations: I am 100% committed to loosing weight. I turned 35 on Monday and this is not where I wanted to be physically at 35. I have begun drinking only water and have completely stopped drinking soda and caffeine products. I have changed some of my worst habit prior to applying for your program and it has been four months since I made the changes and I do feel better. I have not had willpower problems with these changes which has proven to me that I am commited and want this change badly. I have a husband that I want to be beautiful for again and two daughters who deserve a mom who can play and keep up with them. I want your help badly and I will not disappoint you. Please approve my application.

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On 10/31/2013, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in 3 payments of $375. Customer paid initial installment payment using the credit card ending in 2846 and the charge was approved by the issuing bank. Order was submitted on 10/31/2013 12:52:49 AM.

# RocaLabs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On **01/23/2014 02:06:21 PM (YMD)**, Redacted placed an order from computer IP address REDACTED Customer completed a Qualification Form and provided personal and medical information such as:

SEARCHASSIST ADVERTISEMENT

- Height: **5 feet and 7 Inches**
- Weight: **332 lbs**
- Age: **51 yrs**
- Sex: **Female**
- Declarations: **yes!! I don't like myself anymore, if I don't how do I expect others to.**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On **01/24/2014**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in **3 payment** of **$172.5**. Customer paid initial installment payment using the credit card ending in **5097** and the charge was approved by the issuing bank. Order was submitted on **01/24/2014**.

The procedural kit was prepared FOR customer and was shipped on **01/24/2014 (YMD)** with tracking # **9405510200828062594833**. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

# RocaLabs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

**On 01/30/2014 11:04:47 PM (YMD),** Redacted placed an order from computer IP address REDACTED Customer completed a Qualification Form and provided personal and medical information such as:

SEARCHASSIST ADVERTISEMENT

- Height: **5 feet and 4 inches**
- Weight: **190 lbs**
- Age: **48 yrs**
- Sex: **Female**
- Declarations: **Because I want to feel good and stop being sick and tired.**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On **01/31/2014**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in **3 payment** of **$172.5**. Customer paid initial installment payment using the credit card ending in **4537** and the charge was approved by the issuing bank. Order was submitted on **01/31/2014**.

The procedural kit was prepared FOR customer and was shipped on **01/31/2014 (YMD)** with tracking # **9405510200986184017665**. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers, we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On **04/02/2014 10:38:42 PM** Redacted placed an order from computer IP address REDACTED Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 7 inches**
- Weight: **250 lbs**
- Age: **43 yrs**
- Sex: **Female**
- Declarations: **Yes as this weight is taking potentially fatal toll on my life**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On **04/08/2014**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in **1** payment of **$171**. Customer paid initial installment payment using the credit card ending in **3417** and the charge was approved by the issuing bank. Order was submitted on **04/08/2014**.

The procedural kit was prepared FOR customer and was shipped on **04/08/2014 (YMD)** with tracking # **9405510200986231512320**. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On **11/15/2014 01:23:35 PM (YMD)**, Redacted placed an order from computer IP address Redacted . Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 6 inches**
- Weight: **305 lbs**
- Age: **36 yrs**
- Sex: **Female**
- Declarations: **yes, I am tired of being unhappy. I was once very fit and would like to be at that place again. I think this will give me the jump start I need to keep things moving in the right direction.**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On **11/15/2014**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in **3 payment** of **$214.33**. Customer paid initial installment payment using the credit card ending in Redacted and the charge was approved by the issuing bank. Order was submitted on **11/15/2014**.

The procedural kit was prepared FOR customer and was shipped on **11/15/2014 (YMD)** with tracking # Redacted . Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

GOVERNMENT
EXHIBIT
13

PETITIONER'S
EXHIBIT
88
2.16.17

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
**(866) 566-5288** · LegalTeam@RocaLabs.com

**Customer** Redacted

---

On **04/21/2015 01:09:14 PM,** Redacted placed an order from computer IP address Redacted. Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 11 inches**
- Weight: **260 lbs**
- Age: **46 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family...I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On **04/21/2015**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in **3** payments of **$257.2**. Customer paid initial installment payment using the credit card ending in and the charge was approved by the issuing bank. Order was submitted on **04/21/2015 01:09:14 PM.**

The **Advanced** procedural kit was prepared FOR customer and was shipped on **04/22/2015** with tracking # Redacted. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

PX6-847

FTC-SKING-003124

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On **12/08/2015 02:55:39 PM,** Redacted placed an order from computer IP address Redacted. Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 2 inches**
- Weight: **200 lbs**
- Age: **57 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

The **Advanced** procedural kit was prepared FOR customer and was shipped on **12/10/2015** with tracking # Redacted. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

PETITIONER'S EXHIBIT 89 2.16.17 PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
15

PX6-848

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

**(866) 566-5288** · LegalTeam@RocaLabs.com

**Customer** Redacted

On **01/28/2016 06:56:03 PM**, Redacted placed an order from computer IP address Redacted. Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 7 inches**
- Weight: **220 lbs**
- Age: **54 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

The **Advanced** procedural kit was prepared FOR customer and was shipped on **01/29/2016** with tracking # Redacted. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

PX6-849

FTC-SKING-003315

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On **02/16/2016 10:35:58 AM,** Redacted placed an order from computer IP address Redacted. Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 7 inches**
- Weight: **210 lbs**
- Age: **41 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

The **Advanced** procedural kit was prepared FOR customer and was shipped on **02/17/2016** with tracking # Redacted. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

**(866) 566-5288** · LegalTeam@RocaLabs.com

**Customer** Redacted

On **03/04/2016 01:30:11 PM,** Redacted placed an order from computer IP address Redacted Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 4 inches**
- Weight: **250 lbs**
- Age: **54 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

The **Basic** procedural kit was prepared FOR customer and was shipped on **03/07/2016** with tracking **#** Redacted. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

PX6-851

FTC-SKING-003334

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On **07/24/2016 10:50:59 AM,** Redacted placed an order from computer IP address Redacted. Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 2 inches**
- Weight: **185 lbs**
- Age: **48 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

The **Advanced** procedural kit was prepared FOR customer and was shipped on **07/25/2016** with tracking **#** Redacted. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** Redacted

On **07/30/2016 11:27:02 AM,** Redacted placed an order from computer IP address Redacted Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 2 inches**
- Weight: **165 lbs**
- Age: **47 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

The **Premium** procedural kit was prepared FOR customer and was shipped on **08/01/2016** with tracking # Redacted Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
(866) 566-5288 · LegalTeam@RocaLabs.com

## Customer Redacted

On **08/17/2016 08:03:54 PM,** Redacted placed an order from computer IP address Redacted Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 8 inches**
- Weight: **260 lbs**
- Age: **50 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

The **Basic** procedural kit was prepared FOR customer and was shipped on **08/19/2016** with tracking # Redacted. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

**From:** Sharon King <editor2@rocalabs.com>
**Sent:** Wednesday, December 18, 2013 2:39 PM
**To:** Sharon Hensley <Redacted @gmail.com>
**Subject:** Blogs to promote.

---

Roxie have the team comment on these blogs and keep them promoting on good YouTube videos.

http://gastricbypassalternative.wordpress.com/roca-labs-natural-formula-reviews-scam-update/

http://gastricbypassalternative.wordpress.com/

http://rocalabsscam.wordpress.com/

http://myweightlossjourneyrocalabs.wordpress.com/tag/roca-labs-review/

http://rocalabsscamexperience.wordpress.com/

http://rocalabsthetruth.wordpress.com/2012/06/14/is-roca-labs-a-scam-for-weight-loss/

PENGAD 800-631-6989
PETITIONER'S
EXHIBIT
90
2.16.17

PX6-854a

**From:** Sharon King <editor2@rocalabs.com>
**Sent:** Friday, October 10, 2014 6:27 PM
**To:** Sharon Hensley <Redacted @gmail.com>
**Subject:** Re: FB Ads to respond on

---

One more ad I forgot ;

https://www.facebook.com/Roca.Labs.Company/posts/605742596201161?notif_t=like

On Fri, Oct 10, 2014 at 2:23 PM, Sharon King <editor2@rocalabs.com> wrote:

> https://www.facebook.com/Roca.Labs.Company/posts/590126304429457?ref=notif&notif_t=like
>
> https://www.facebook.com/Roca.Labs.Company/posts/590126274429460?ref=notif&notif_t=like
>
> You can reply to these directly through the links. Hit recent activity.
>
> --
> Sincerely,
>
> Sharon K.
> Roca Labs Inc.
> 813-708-1310

--
Sincerely,

Sharon K.
Roca Labs Inc.
813-708-1310

PETITIONER'S
EXHIBIT
92
2.16.17
PENGAD 800-631-6989

PX6-854b

PETITIONER'S EXHIBIT 113 2.16.17 PENGAD 800-631-6989

Hi,

The legal department requested that you read carefully the entire response.

Roca Labs is striving to help people win the fight against fat and goes the extra mile to help their customers succeed. By searching for reviews of Roca Labs on the web you can see the tens of thousands of success stories. We would like our customers to continue to succeed and not be discouraged by false allegations that are posted on the web. We would also like you to become one of our success stories. We encourage you to reach out to our customer support team for successful tips on how to become a winner against the fight on fat!

All the information (such as: return policy or ingredients) regarding the Formula was explained clearly in big letters and in video prior to your purchase. It was done in a very clear way, repeatedly and even in video. Yet, you are demanding money which you do not deserve under the Terms or you threaten to hurt the company with slander and defamation if you will not be paid.

You should be aware that your email seems to constitute an illegal extortion. We are waiting for the legal team to instruct us if to file a police report. Furthermore, Florida still has criminal defamation laws by statute 836.05 Threats; extortion.--Whoever, either verbally or by a written or printed communication, maliciously threatens to accuse another of any crime or offense, or by such communication maliciously threatens an injury to the person, property or reputation of another, or maliciously threatens to expose......

Florida still has criminal defamation laws by statute. See § 836.01-836.11

Section 836.05, Fla. Stat. appears to remain valid which makes it a crime to commit defamation or libel to extort money or gain a pecuniary advantage in the process. The statute states in relevant part that a person who "maliciously threatens an injury to the person, property or reputation of another, or maliciously threatens to expose another to disgrace… shall be guilty of a felony of the second degree".

836.01 Punishment for libel.--Any person convicted of the publication of a libel shall be guilty of a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

836.05 Threats; extortion.--Whoever, either verbally or by a written or printed communication, maliciously threatens to accuse another of any crime or offense, or by such communication maliciously threatens an injury to the person, property or reputation of another, or maliciously threatens to expose another to disgrace, or to expose any secret affecting another, or to impute any deformity or lack of chastity to another, with intent thereby to extort money or any pecuniary advantage whatsoever, or with intent to compel the person

so threatened, or any other person, to do any act or refrain from doing any act against his or
her will, shall be guilty of a felony of the second degree, punishable as provided in s.
775.082, s. 775.083, or s. 775.084.

836.11  Publications which tend to expose persons to hatred, contempt, or ridicule
prohibited.--

(1)  It shall be unlawful to print, publish, distribute or cause to be printed, published or
distributed by any means, or in any manner whatsoever, any publication, handbill, dodger,
circular, booklet, pamphlet, leaflet, card, sticker, periodical, literature, paper or other printed
material which tends to expose any individual or any religious group to hatred, contempt,
ridicule or obloquy unless the following is clearly printed or written thereon:

(a)  The true name and post office address of the person, firm, partnership, corporation or
organization causing the same to be printed, published or distributed; and,

(b)  If such name is that of a firm, corporation or organization, the name and post office
address of the individual acting in its behalf in causing such printing, publication or
distribution.

(2)  Any person, firm or corporation violating any of the sections of this statute shall be guilty
of a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

As we have to defend the truth of our business and as Roca Labs is helping 10's of
thousands of people to fight obesity as you can see by all the success videos and blogs
posted on the web. Please be advised that we had similar case like this and she is being
sued for damages of hundred of thousands of Dollars with recent court decision that she can
not avoid the legal proceedings in the Florida court.

Based on your threat, we will have no choice but to assume that any defamation or slander
on the web in any "anonymous" name will be yours and the legal department will have to
take to to court against you.

We encourage you to reach out to our customer support team for successful tips on how to
become a winner against the fight on fat!