# PX6(8)

# (PX6-857 through PX6-869)

# Excerpts and Exhibits
# From Corporate Defendants'
# 30(b)(6) Deposition
# (2/15/17-2/16/17)

# 2013 FOR PROFIT CORPORATION REINSTATEMENT

FILED
Dec 11, 2013
Secretary of State

## DOCUMENT# K92480

**Entity Name:** ELECTRONIC POWER INDUSTRIES INC.

| Current Principal Place of Business: | New Principal Place of Business: |
|---|---|
| 5870 51ST STREET, SOUTH<br>ST. PETERSBURG, FL 33715 | 4136 ROBERTS POINT CIR<br>SARASOTA, FL 34242 |

| Current Mailing Address: | New Mailing Address: |
|---|---|
| 5870 51ST STREET, SOUTH<br>ST. PETERSBURG, FL 33715 | PO BOX 5309<br>SARASOTA, FL 34277 |

**FEI Number: 46-4280755**   FEI Number Applied For ( )   FEI Number Not Applicable ( )   Certificate of Status Desired ( )

| Name and Address of Current Registered Agent: | Name and Address of New Registered Agent: |
|---|---|
| SCHNEIDER, ALBERT<br>5870 51ST STREET SOUTH<br>SUITE 102<br>ST. PETERSBURG, FL 33715 US | HERSHKOWITZ & KUNITZER, P.A.<br>5039 CENTRAL AVENUE<br>ST. PETERSBURG, FL 337108420 US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: HAL E. HERSHKOWITZ                          12/11/2013
_____        _____
Electronic Signature of Registered Agent                    Date

## OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | PSTD |
| Name: | JURAVIN, DON |
| Address: | 4136 ROBERTS POINT CIR |
| City-St-Zip: | SARASOTA, FL 34242 US |

**EXHIBIT**
137
2.17.17

PENGAD 800-631-6989

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: DON JURAVIN                    PRES        12/11/2013
_____            _____
Electronic Signature of Signing Officer or Director              Date

PX6-857

# K92480

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____      Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



700254791257

12/20/13--01004--002  **95.00

13 DEC 20 PM 2: 40
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

APPROVED
AND
FILED

C. LEWIS
DEC 31 2013
EXAMINER

## COVER LETTER

**TO:** Amendment Section
Division of Corporations

**NAME OF CORPORATION:** Electronic Power Industries, Inc.

**DOCUMENT NUMBER:** K92480

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Don Juravin
_____
Name of Contact Person

_____
Firm/ Company

PO Box 5309
_____
Address

Sarasota, FL 34277
_____
City/ State and Zip Code

Don@Juravin.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Don Juravin _____ at ( 773 ) 800-0055
Name of Contact Person          Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

☑ $35 Filing Fee   ☐ $43.75 Filing Fee &   ☐ $43.75 Filing Fee &   ☐ $52.50 Filing Fee
                     Certificate of Status      Certified Copy           Certificate of Status
                                                (Additional copy is      Certified Copy
                                                enclosed)                (Additional Copy
                                                                         is enclosed)

| **Mailing Address** | **Street Address** |
|---|---|
| Amendment Section | Amendment Section |
| Division of Corporations | Division of Corporations |
| P.O. Box 6327 | Clifton Building |
| Tallahassee, FL 32314 | 2661 Executive Center Circle |
| | Tallahassee, FL 32301 |

PX6-859

**Articles of Amendment**
**to**
**Articles of Incorporation**
**of**

RECEIVED
AND
FILED

13 DEC 20 PM 2: 40

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

# Electronic Power Industries, Inc.

(Name of Corporation as currently filed with the Florida Dept. of State)

## K92480

(Document Number of Corporation (if known)

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A. If amending name, enter the new name of the corporation:**

# Juravin, Incorporated

_____ *The new*
*name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation*
*"Corp.," "Inc.," or Co.," or the designation "Corp," "Inc.," or "Co". A professional corporation name must contain the*
*word "chartered," "professional association," or the abbreviation "P.A."*

**B. Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS )*

**C. Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

**D. If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent* _____

_____
*(Florida street address)*

*New Registered Office Address:* _____, Florida _____
                                                    *(City)*                              *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent. I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

**Page 1 of 4**

PX6-860

FTC-PROD-008757

If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:

*(Attach additional sheets, if necessary)*

*Please note the officer/director title by the first letter of the office title:*

*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer.  If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*

*Changes should be noted in the following manner.  Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change, Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*

**Example:**

| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
| --- | --- | --- | --- |
| 1) ☐ Change ☐ Add ☐ Remove | | | |
| 2) ☐ Change ☐ Add ☐ Remove | | | |
| 3) ☐ Change ☐ Add ☐ Remove | | | |
| 4) ☐ Change ☐ Add ☐ Remove | | | |
| 5) ☐ Change ☐ Add ☐ Remove | | | |
| 6) ☐ Change ☐ Add ☐ Remove | | | |

**Page 2 of 4**

PX6-861

FTC-PROD-008758

**E. If amending or adding additional Articles, enter change(s) here:**
   (Attach *additional sheets, if necessary*.     *(Be specific)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**F. If an amendment provides for an exchange, reclassification, or cancellation of issued shares,**
   **provisions for implementing the amendment if not contained in the amendment itself:**
      *(if not applicable, indicate N/A)*

_____

_____

_____

_____

_____

_____

_____

_____

_____


**Page 3 of 4**

PX6-862

FTC-PROD-008759

APPROVED
AND
FILED

13 DEC 20 PM 2:40

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

The date of each amendment(s) adoption: _____, if other than the
date this document was signed.

Effective date if applicable: _____
*(no more than 90 days after amendment file date)*

**Adoption of Amendment(s)**          **(CHECK ONE)**

[✓] The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s)
by the shareholders was/were sufficient for approval.

[ ] The amendment(s) was/were approved by the shareholders through voting groups. *The following statement
must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."
        *(voting group)*

[ ] The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder
action was not required.

[ ] The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder
action was not required.

Dated December 17, 2013 _____

Signature _____
        (By a director, president or other officer – if directors or officers have not been
        selected, by an incorporator – if in the hands of a receiver, trustee, or other court
        appointed fiduciary by that fiduciary)

        **Don Juravin**
        _____
        (Typed or printed name of person signing)

        **President**
        _____
        (Title of person signing)

PX6-863

FTC-PROD-008760

## 2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# K92480

**Entity Name:** JURAVIN, INCORPORATED

**FILED**
**Apr 02, 2014**
**Secretary of State**
**CC6035942452**

**Current Principal Place of Business:**

4136 ROBERTS POINT CIR
SARASOTA, FL  34242

**Current Mailing Address:**

PO BOX 5309
SARASOTA, FL  34277

**FEI Number: 46-4280755**                     **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

HERSHKOWITZ & KUNITZER, P.A.
5039 CENTRAL AVENUE
ST. PETERSBURG, FL  33710-8240  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                              Date

**Officer/Director Detail :**

Title          PSTD

Name         JURAVIN, DON

Address      4136 ROBERTS POINT CIR

City-State-Zip:   SARASOTA  FL  34242

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DON JURAVIN                    PRESIDENT              04/02/2014

Electronic Signature of Signing Officer/Director Detail                              Date

PX6-864

FTC-PROD-008693

**K92480**

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



500269220755

02/09/15--01039--024   **35.00

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
15 FEB -9 PM 3: 46

C.L.
2-16-15

PX6-865

FTC-PROD-008764

# COVER LETTER

**TO:** Amendment Section
Division of Corporations

**SUBJECT:** ~~JURAUIN, INCORPORATED~~
Name of Corporation

**DOCUMENT NUMBER:** ~~K92480~~

The enclosed Statement of Change of Registered Office/Agent and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

~~DON JURAUIN~~
Name of Contact Person

~~JURAUIN, INCORPORATED~~
Firm/Company

~~P.O. BOX 5247~~
Address

~~SARASOTA, FL 34277~~
City/State and Zip Code

~~DON @ JURAUIN.COM~~
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

~~DON JURAUIN~~ at (~~813~~) ~~810 - 5100~~
Name of Contact Person       Area Code & Daytime Telephone Number

Enclosed is a $35.00 check made payable to the Department of State.

**Mailing Address:**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address:**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

CR2E045 (03/12)

**STATEMENT OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT OR BOTH FOR CORPORATIONS**

*Pursuant to the provisions of sections 607.0502, 617.0502, 607.1508, or 617.1508, Florida Statutes, this statement of change is submitted for a corporation organized under the laws of the State of* __FL__ _____ *in order to change its registered office or registered agent, or both, in the State of Florida.*

1. The name of the corporation: JURAUIN, INCORPORATED

2. The principal office address: 4136 ROBERTS POINT CIRCLE SARASOTA, FL 34242

3. The mailing address (if different): P.O. BOX 5309 SARASOTA, FL 34277

4. Date of incorporation/qualification: 6/2/1989  Document number: K92480

5. The name and street address of the current registered agent and registered office on file with the Florida Department of State: (If resigned, enter resigned)

HERSHKOWITZ + KUNITZER, P.A.
5039 CENTRAL AVENUE
ST. PETERSBURG, FL 33710

6. The name and street address of the new registered agent (if changed) and /or registered office (if changed):

REGISTERED AGENTS INC.

3030 N. Rocky Point Drive, STE 150A

P.O. Box NOT acceptable

Tampa, FL 33607

The street address of its registered office and the street address of the business office of its registered agent, as changed will be identical.

Such change was authorized by resolution duly adopted by its board of directors or by an officer so authorized by the board, or the corporation has been notified in writing of the change.

_____    _____
Signature of an officer or director    DON KARL JURAUIN
                                        Printed or typed name and title

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligation of my position as registered agent. Or, if this document is being filed merely to reflect a change in the registered office address, I hereby confirm that the corporation has been notified in writing of this change.*

_____    Jan 31/2015
Signature of Registered Agent    Date

If signing on behalf of an entity:

Bill Havre - President

Typed or Printed Name

**\* \* \* FILING FEE: $35.00 \* \* \***

MAKE CHECKS PAYABLE TO FLORIDA DEPARTMENT OF STATE
MAIL TO: DIVISION OF CORPORATIONS, P.O. BOX 6327, TALLAHASSEE, FL 32314

CR2E045 (03/12)

FILED 15 FEB -9 PM 3:46 SECRETARY OF STATE DIVISION OF CORPORATIONS

PX6-867

FTC-PROD-008766

## 2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# K92480

**FILED**
**Apr 11, 2015**
**Secretary of State**
**CC2505184745**

**Entity Name:** JURAVIN, INCORPORATED

**Current Principal Place of Business:**

4136 ROBERTS POINT CIR
SARASOTA, FL 34242

**Current Mailing Address:**

PO BOX 5247
SARASOTA, FL 34277 US

**FEI Number: 46-4280755**                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

REGISTERED AGENTS INC.
3030 N. ROCKY POINT DRIVE
SUITE 150A
TAMPA, FL 33607 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

       Electronic Signature of Registered Agent                         Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSTD |
| Name | JURAVIN, DON |
| Address | 4136 ROBERTS POINT CIR |
| City-State-Zip: | SARASOTA FL 34242 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DON JURAVIN                        PRESIDENT           04/11/2015

       Electronic Signature of Signing Officer/Director Detail                   Date

PX6-868

FTC-PROD-008694

## 2016 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# K92480

**Entity Name:** JURAVIN, INCORPORATED

**FILED**
**Apr 24, 2016**
**Secretary of State**
**CC3505930792**

**Current Principal Place of Business:**

15118 PENDIO DR
MONTVERDE, FL 34756

**Current Mailing Address:**

PO BOX 560187
MONTVERDE, FL 34756 US

**FEI Number: 46-4280755**                                 **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

REGISTERED AGENTS INC.
3030 N. ROCKY POINT DRIVE
SUITE 150A
TAMPA, FL 33607 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                                                        Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSTD |
| Name | JURAVIN, DON |
| Address | 15118 PENDIO DR. |
| City-State-Zip: | MONTVERDE FL 34756 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under
oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears
above, or on an attachment with all other like empowered.

SIGNATURE: DON KARL JURAVIN                          PRESIDENT                          04/24/2016
_____
Electronic Signature of Signing Officer/Director Detail                                           Date

PX6-869