# PX10(1)

# Excerpts and Exhibits from Sharon King's Deposition (PX10-1 through PX10-128)

# In the Matter of:

# FTC v. Roca Labs, Inc., et al.

*January 27, 2017*
*Sharon Ann King*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

PX10-1

1

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                    TAMPA DIVISION
 3                      - - -
 4   FEDERAL TRADE COMMISSION, :Civ. No. 8:15-cv-02231-MSS-TBM
 5          Plaintiff,        :
 6          v.                :
 7   ROCA LABS, INC., a       :
     corporation; ROCA LABS
 8   NUTRACEUTICAL USA, INC., :
     a corporation; MUST CURE
 9   OBESITY, CO., a          :
     corporation; JURAVIN,
10   INCORPORATED, a          :
     corporation; ZERO CALORIE
11   LABS, INC., a corporation;:
     DON JURAVIN, INC.,
12   individually and as an   :
     officer of Roca Labs, Inc.,
13   Roca Labs Nutraceutical   :
     USA, Inc.; Must Cure
14   Obesity, Co., and Juravin,:
     Incorporated; and GEORGE
15   WHITING, individually and :
     as an officer of Roca Labs,
16   Inc. Roca Labs            :
     Nutraceutical USA, Inc.,
17   and Zero Calorie Labs,Inc.:
18
19         Deposition of SHARON ANN KING, held at the U.S.
20   Attorney's Office, 401 Market Street, 4th Floor,
21   Camden, New Jersey, commencing at 9:05 a.m., on
22   Friday, January 27, 2017, before Lisa Claud Neal, R.P.R.
23   and Notary Public.
24                      - - -
25
```

3

```
 1                    I N D E X
 2
 3
 4   FEDERAL TRADE COMMISSION'S EVIDENCE
 5   Witness                                    Page
 6   Sharon Ann King
 7     By Mr. Suttlemyer                          9
 8     By Ms. Marteny                           256
 9     By Mr. Suttlemyer                        262
10
11                      - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2

```
 1   A P P E A R A N C E S :
 2   FEDERAL TRADE COMMISSION
     BY:   CARL H. SETTLEMYER, III,ESQUIRE
 3         MICHAEL DAVIS, ESQUIRE
     600 PENNSYLVANIA AVENUE
 4   WASHINGTON, DC  20580
     202-326-2019
 5   csettlemyer@ftc.gov
       -- For Plaintiff, Federal Trade Commission
 6
 7   SHUMAKER, LOOP & KENDRICK, LLP
     BY:   SUZETTE MARTENY, ESQUIRE
 8   101 East Kennedy Boulevard
     SUITE 2800
 9   TAMPA, FL  33602
     813-227-2272
10   smarteny@slk-law.com
       -- For Defendant, Roca Labs, Inc., et al.
11
12                      - - -
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1                E X H I B I T S
 2
 3   FEDERAL TRADE COMMISSION'S
 4   Number   Description                    Marked
 5     1      Subpoena                         13
 6     2      Subpoena                         14
 7     3      Email                            81
 8     4      Email                            81
 9     5      Screen shots                     85
10     6      2011 Terms and Conditions        97
11     7      2011 Terms and Conditions        98
12     8      Terms and Conditions             98
13     9      Terms and Conditions             98
14    10      Terms and Conditions             98
15    11      Terms and Conditions             98
16    12      Terms and Conditions             98
17    13      Customer Dispute                102
18    14      Dispute Response                102
19    15      Dispute Resolutions             102
20    16      Cease and Desist letter         111
21    17      Complaint                       111
22    18      Letter                          112
23    19      Letter                          112
24    20      Letter                          112
25    21      Customer Complaint              112
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                                    1/27/2017

---

5

| 1 | E X H I B I T S (Cont'd) |
| 2 | |
| 3 | FEDERAL TRADE COMMISSION'S |

| | Number | Description | Marked |
|---|---|---|---|
| 5 | 22 | Complaint | 112 |
| 6 | 23 | Consumer Reviews | 112 |
| 7 | 24 | Website Screenshot | 130 |
| 8 | 25 | Website Screenshot | 130 |
| 9 | 26 | Website Screenshot | 130 |
| 10 | 27 | Website Screenshot | 138 |
| 11 | 28 | Website Screenshot | 138 |
| 12 | 29 | Website Screenshot | 138 |
| 13 | 30 | Website Screenshot | 138 |
| 14 | 31 | Website Screenshot | 138 |
| 15 | 32 | Website screenshot | 154 |
| 16 | 33 | Website screenshot | 155 |
| 17 | 34 | Website screenshot | 156 |
| 18 | 35 | Website screenshot | 156 |
| 19 | 36 | Website screenshot | 156 |
| 20 | 37 | Website screenshot | 156 |
| 21 | 38 | Website screenshot | 156 |
| 22 | 39 | Website screenshot | 156 |
| 23 | 40 | Website screenshot | 156 |
| 24 | 41 | Website screenshot | 164 |
| 25 | 42 | Website screenshot | 164 |

---

7

| 1 | E X H I B I T S (Cont'd) |
| 2 | |
| 3 | FEDERAL TRADE COMMISSION'S |

| | Number | Description | Marked |
|---|---|---|---|
| 5 | 65 | Website screenshot | 176 |
| 6 | 66 | Website screenshot | 176 |
| 7 | 67 | Website screenshot | 176 |
| 8 | 68 | Website screenshot | 177 |
| 9 | 69 | DVD | 183 |
| 10 | 70 | Saved Answers | 212 |
| 11 | 71 | FAQs | 212 |
| 12 | 72 | Resource Document | 212 |
| 13 | 73 | Facebook FAQ's | 212 |
| 14 | 74 | Facebook FAQ's | 212 |
| 15 | 75 | Email | 223 |
| 16 | 76 | Email | 225 |
| 17 | 77 | Email | 226 |
| 18 | 78 | Email | 228 |
| 19 | 79 | Compliment to the Business | 228 |
| 20 | 80 | Email | 230 |
| 21 | 81 | Blog | 233 |
| 22 | 82 | Blog | 233 |
| 23 | 83 | Blog | 236 |
| 24 | 84 | Review | 238 |
| 25 | 85 | Blog | 240 |

---

6

| 1 | E X H I B I T S (Cont'd) |
| 2 | Number Description | Marked |
| 3 | |

| | Number | Description | Marked |
|---|---|---|---|
| 4 | 43 | Website screenshot | 164 |
| 5 | 44 | Website screenshot | 164 |
| 6 | 45 | Website screenshot | 164 |
| 7 | 46 | Website screenshot | 164 |
| 8 | 47 | Website screenshot | 164 |
| 9 | 48 | Website screenshot | 164 |
| 10 | 49 | Website screenshot | 171 |
| 11 | 50 | Website screenshot | 171 |
| 12 | 51 | Website screenshot | 171 |
| 13 | 52 | Website screenshot | 175 |
| 14 | 53 | Website screenshot | 175 |
| 15 | 54 | Website screenshot | 175 |
| 16 | 55 | Website screenshot | 175 |
| 17 | 56 | Website screenshot | 175 |
| 18 | 57 | Website screenshot | 175 |
| 19 | 58 | Website screenshot | 175 |
| 20 | 59 | Website screenshot | 175 |
| 21 | 60 | Website screenshot | 176 |
| 22 | 61 | Website screenshot | 176 |
| 23 | 62 | Website screenshot | 176 |
| 24 | 63 | Website screenshot | 176 |
| 25 | 64 | Website screenshot | 176 |

---

8

| 1 | FEDERAL TRADE COMMISSION'S |

| | Number | Description | Marked |
|---|---|---|---|
| 2 | Number | Description | Marked |
| 3 | 86 | Blog | 240 |
| 4 | 87 | Blog | 239 |
| 5 | 88 | Scott's Plan | 247 |
| 6 | 89 | Table | 248 |
| 7 | 90 | Agora | 249 |
| 8 | 91 | Script Guidelines | 250 |
| 9 | 92 | Things to remember | 252 |
| 10 | 93 | Social | 252 |
| 11 | | | |
| 12 | | - - - | |

2 (Pages 5 to 8)
PX10-3

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

---

9

```
1                    - - -
2            SHARON ANN KING, having been duly sworn, was
3       examined and testified as follows:
4                    - - -
5              EXAMINATION
6                    - - -
7    BY MR. SUTTLEMYER:
8       Q.  Good morning, Ms. King.  My name is Carl
9    Suttlemyer, I'm an attorney with the Federal Trade
10   Commission.  And with me is my colleague, Mike Davis.
11   On the phone is defendant's counsel, Suze Martney.
12           MR. SUTTLEMYER:  Suze, is there anyone
13   else on the line with you today?
14           MS. MARTENY:  Nope, just me.
15           MR. SUTTLEMYER:  Okay.
16   BY MR. SUTTLEMYER:
17      Q.  I am going to start out with some just general
18   ground rules and some preliminary questions, just to
19   make sure you understand what's going on here today.
20           So, first of all, you understand we are
21   here in connection with the case FTC versus Roca Labs
22   and other defendants; correct?
23      A.  Correct.
24      Q.  And you have taken an oath to tell the truth;
25   correct?
```

---

10

```
1       A.  Correct.
2       Q.  I am going to try to finish my questions,
3    sometimes I may pause awkwardly in the middle of them,
4    but please try to wait until I am done before you
5    answer, and I will try to wait until you are done
6    before I ask the next question.  Do you understand?
7       A.  I understand.
8       Q.  All of your answers will need to be audible, and
9    with words, not "uh-huh," or "uh-uhs," or nods of the
10   head and that sort of thing.  Do you understand?
11      A.  I understand.
12      Q.  And if you don't understand the question, please
13   tell me.  We are trying to just get a clear record
14   here, and I am not trying to trick you.  That doesn't
15   mean I won't say something confusing but if you don't
16   understand it, please let me know.  Okay?
17      A.  Okay.
18      Q.  And if you do answer I will assume you understand.
19           If you hear Ms. Marteny make an
20   objection, even though she is not, I guess, your
21   attorney specifically, she is representing the
22   defendant.  She may object to the form of the question,
23   for example, in which case you will be able to proceed
24   to answer if you understood the question, or if she
25   objects on the grounds of --
```

---

11

```
1           (Phone ringing.)
2           MR. SUTTLEMYER:  I'm sorry.  Someone is
3    calling me from Wyoming.  I thought I had that muted.
4    Pardon me.
5           (Pause.)
6    BY MR. SUTTLEMYER:
7       Q.  She may object to a question on privilege grounds
8    in which case we will have to discuss whether or not
9    you can answer that.  There may be some information
10   you've obtained in the course of your work for the
11   defendants that relates to their privilege.
12           If you need a break, please let us know.
13   We will try to not to take a break while there is a
14   question pending, but if I've come to a good stopping
15   point I'll let you take a break.
16           If later in the deposition you remember
17   any additional information that will clarify, or
18   correct anything we were talking about earlier, then
19   please feel free to let us know that.  We can, you
20   know, correct things as we go along.  Sometimes we find
21   with witnesses after they start looking at documents
22   they'll start remembering things that they might not
23   have remembered earlier in the discussion.
24           Is there any reason that you can't
25   proceed today, in terms of medications, alcohol,
```

---

12

```
1    illness, things like that?
2       A.  No.
3       Q.  Do you have any hearing problems that would
4    prevent you from hearing any question or answering?
5       A.  No.
6       Q.  Do you understand the instructions I have just
7    discussed?
8       A.  Yes.
9       Q.  Your primary language for use in business dealings
10   is English?
11      A.  Yes.
12      Q.  Did you do anything to prepare for this
13   deposition?
14      A.  No.
15      Q.  That was a "no"?
16      A.  (Witness nods head.)
17      Q.  Okay.
18      A.  No.
19      Q.  Did anybody else talk to you about your testimony
20   before you came in today?
21      A.  No.
22      Q.  Have you reviewed any documents, of your own
23   initiative, other than what we are going to talk about
24   in terms of what you did to produce documents to the
25   FTC?
```

---

3 (Pages 9 to 12)
PX10-4

King

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

17

1    Q. -- understood. Thank you.
2         So, are the documents that you sent to
3    that new Gmail address, documents that you kept
4    routinely in the course of your work with Roca Labs?
5    A. Yes; they're on my hard drive.
6    Q. Also in your personal Gmail; right?
7    A. Yes.
8    Q. You mentioned that there were Roca Labs accounts
9    that you -- I'm assuming you would have used in the
10   course of your work; is that correct?
11   A. Yes.
12   Q. And that you did not go to those. But what
13   accounts, if you were to have searched for documents
14   there, what would you have looked to in terms of
15   Roca Labs accounts to find documents?
16   A. I would have used my business email, my "editor2"
17   email. I would have used the Google Docs. That's
18   where a lot of it is.
19   Q. Can you elaborate a little bit about what you mean
20   by the Goggle Docs, so we get a clear record.
21   A. Google Docs is a platform where we keep a lot of
22   files.
23   Q. By we you mean --
24   A. The company --
25   Q. -- the Roca Labs business?

18

1    A. Yeah. The company keeps a lot of files in Google
2    Docs where everybody can access.
3    Q. Who was basically in charge of granting access to
4    that Goggle Docs?
5    A. Don Juravin.
6    Q. Are there other platforms you might have used like
7    Hubstaff or other platforms that would have documents
8    that would relate to your work with Roca Labs?
9    A. Yes. We used Hubstaff, Hubstaff is a time tracker
10   and a screen shot. We've used -- Hubstaff is still in
11   use, I believe. We also used Basecamp before.
12   Q. What is Basecamp?
13   A. Basecamp is like online communication where you
14   can talk to your groups, and also upload files.
15   Q. And would that be used for internal purposes or
16   for maintenance of a website?
17   A. Internal purposes.
18   Q. And did the company also use Skype?
19   A. Yes, the company used Skype.
20   Q. Are there documents and things like that --
21   records anything related to a Roca Labs Skype account
22   that you remember?
23   A. There shouldn't be on documents on Skype. I mean
24   you might send a picture or Skype, but you shouldn't.
25   You know I might -- they may have said, you know, says

19

1    here's a document to transfer. You should not -- not
2    that I'm aware of. You shouldn't but...
3    Q. You are saying you shouldn't does that mean it's
4    just now how the system works or --
5    A. That's not how the system works. Those were more
6    of an online communication --
7    Q. Right.
8    A. -- is what Skype is. I mean I might share --
9    somebody might share a document and say, you know: Can
10   you look at this, a screen shot or something, I'm
11   having a problem, but, no, that's not how we share
12   documents, no.
13   Q. But the screen shots and sharing of documents that
14   wouldn't necessarily have created a record of what the
15   document was at that time; correct?
16   A. Yeah, no. No records would be on Skype.
17   Q. Okay. So, let's see -- I want to get to maybe
18   take a step backwards, if I can, to make sure we
19   understand who we are all talking about today.
20        So are you familiar with Don Jurvain?
21   A. I am.
22   Q. How are you familiar with Don Jurvain?
23   A. Don Jurvain was my boss.
24   Q. When did you first come to meet Mr. Jurvain.
25   A. I was on -- I had a profile on oDesk and he sought

20

1    me out to come work for him.
2    Q. Do you know approximately when this was? Would
3    this have been before 2011?
4    A. I believe it was right before. It was the end of
5    2010. Like the end -- like December 2010.
6    Q. Okay.
7         Are you familiar with George Witing?
8    A. I've spoken to Dr. George Witing a few times. I
9    mean not -- I don't really know George Witing like I
10   know Don.
11        I only talked to Dr. George Witing at
12   tax time to be perfectly honest with you.
13   Q. What was your understanding of what Mr. Witing's
14   role was with the business?
15   A. Don always just told me he was -- at first it
16   Dr. George Witing's business and Don was helping him
17   run it. That was my understanding, when I first
18   started.
19   Q. And that was in 2010. Did you ever see any
20   particular evidence that it was Mr. Witing's business,
21   when you were working for Roca Labs?
22   A. I did not.
23   Q. Did you have an understanding or impression,
24   perhaps, the business was Mr. Jurvain's?
25   A. I did believe it was Mr. Jurvain's business.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

25

1    to make it more appealing and sound more medicinal to
2    the customer --
3    Q.  Medicinal you mean?
4    A.  Medical.
5    Q.  Okay, yes.
6    A.  That's what I thought.
7    Q.  Have you ever heard of company called Must Cure
8    Obesity?
9    A.  Yes.
10   Q.  What is Must Cure Obesity?
11   A.  That's the new company.
12   Q.  The new company doing what?
13   A.  Doing the business that Roca Labs did.
14   Q.  And have you heard of Jurvain, Incorporated?
15   A.  Only from what I've seen on the web.
16   Q.  What have you seen on the web?
17   A.  I just -- I Googled just "Jurvain, Inc." I don't
18   know anything about it. I just Googled and seen it.
19   That's all.
20   Q.  Are you aware of in the time -- well, let me go
21   back. When did you stop working for the Roca Labs
22   business?
23   A.  I gave my notice, I believe, September --
24   September 5th?
25   Q.  Maybe I can refresh your recollection.

26

1    A.  My last day was September 26th.
2    Q.  Okay.
3    A.  That's when I know. My last day was
4    September 26th.
5    Q.  Thank you.
6         So, during the time between late 2010
7    and 2015 -- this is for 2015 -- I'm sorry, 2016 when
8    you gave notice and stopped working at Roca Labs;
9    right?
10   A.  Yes.
11   Q.  Between late 2010 and September 2016, when you
12   were working for Roca Labs, did you experience any
13   change in how the business was run based on which
14   entity was running it at the time?
15   A.  I guess I don't understand what you are saying.
16   Q.  Was there any difference between the work you were
17   doing before you believe Roca Labs was incorporated and
18   after, or after Roca Labs was calling itself Roca Labs
19   Nutraceutical, or after Must Cure Obesity came on the
20   scene?
21   A.  Do you mean the changes?
22   Q.  Yes. Did the changes have any impact on your
23   day-to-day work?
24   A.  As my so-called general manager status?
25   Q.  Or in anything, just in terms of the duties, how

27

1    the business was operating?
2    A.  Yes, the business operated a lot different.
3    Q.  In what way?
4    A.  It was more focused when it came back to the --
5    when it came to the Must Cure Obesity it was more
6    focused on the customer. It was going more through
7    Facebook.
8    Q.  Okay.
9    A.  Okay? And using the platform called Agora, and
10   trying to answer customers that way. And -- I don't
11   know how to describe it. It would be -- it wasn't
12   like -- because he couldn't advertise, so he was
13   advertising that way, you know, and it was like a word
14   of mouth.
15   Q.  By "he" you mean Mr. Jurvain; correct?
16   A.  Jurvain. And using our successful customers,
17   because you know we've -- you know, I am not going to
18   sit here and say that he hasn't helped people because
19   there are successful customers. There definitely are.
20        Like Sharon Hensley, which is a/k/a
21   Roxie, you know, she successfully lost weight, and so
22   did -- you know, so did Liz, and Brian really did, you
23   know, he successfully lost weight. So, he was running
24   off of those.
25   Q.  Right.

28

1    A.  That's what he did. He created Facebooks for
2    them, and that's how he came back with the MCO, and the
3    a Agora is what I'm talking about on the Facebook.
4    Q.  Let me make sure we understand the timeline right.
5         You're talking about probably 2016, when
6    this was happening?
7    A.  Yes. This was after --
8    Q.  After the lawsuit?
9    A.  -- the lawsuit. That's when he came with those.
10   Q.  Okay.
11        So, when you referred to Liz and Bri,
12   you are talking about two of the success coaches, or
13   testimonialists who put up videos?
14   A.  Yes.
15   Q.  Did anyone else other than Mr. Whiting, to the
16   extent you know he played any role, and Mr. Jurvain,
17   have any kind of supervisory management, or ownership
18   interest in the Roca Labs business, that you're aware
19   of?
20   A.  Did anybody else have ownership in it?
21   Q.  Yes.
22   A.  Besides George Witing and --
23   Q.  Don Jurvain.
24   A.  -- Don Jurvain have ownership in Roca Labs, MCO,
25   or whatever it's being called?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                                    1/27/2017

---

33

1          So, someone else would be.  It would be
2    his secretary, or whoever he had working with him in
3    charge of that team or customer.  So it wasn't always
4    me, but I was still kind of like his general manager
5    because I was the only one that could handle his hard
6    stuff.
7          Like nobody could deal with the Canada
8    post.  Nobody knew how to do Pay Pal disputes.
9    Nobody -- it was only me that knew how to do it.  So
10   that's the problem, like I would always leave.  Like
11   people would say:  Oh, Sharon, you always quit but you
12   never leave.  Because I was the only one that knew how
13   to do the American stuff.
14   **Q.  Okay.**
15   A.  You know, so, it was like -- you know, I was there
16   but I wasn't, like -- I wasn't there.  You know, I -- I
17   resigned sometimes but never really resigned fully.
18   **Q.  Let me back up just one basic fact.  So, you're**
19   **obviously here in New Jersey, have you done all your**
20   **work for Roca Labs from New Jersey?**
21   A.  Yes, I have.
22   **Q.  And have you actually ever personally met**
23   **Mr. Jurvain?**
24   A.  I have not.
25   **Q.  You've only dealt with him via phone and**

---

34

1    electronically?
2    A.  Yes.
3    **Q.  So, are you aware of other people who might have**
4    **been on site in, you know, Tampa, or wherever he was**
5    **running the business at the time, back in 2010/2011,**
6    **who were working more physically on site with him?**
7    A.  I don't know who worked on site with him.  Like I
8    don't know who worked in the warehouse, or anything
9    like that, no.
10   **Q.  Are you generally familiar with the people who**
11   **were on the Phili team?**
12   A.  Yes.
13   **Q.  And are you generally familiar with the other**
14   **people who were working with Roca Labs remotely, the**
15   **success coaches and other folks like that?**
16   A.  Yes.  And the people in Pakistan, and all them.
17   **Q.  So, we'll get into that and -- first, we are going**
18   **to talk a little bit about why you were attempting to**
19   **resign on various occasions.**
20          Are there any specific reasons why you
21   **were looking to resign at these various times?**
22   A.  It was more personal, like I said, the hours were
23   like really long, you know, my son was young at the
24   time, and I didn't -- you know, I was working long
25   hours, and -- you know, my son needed me for school and

---

35

1    he was getting upset and -- you know.  And I needed the
2    time to be with him.  And my mom was very ill, I needed
3    to take care of her.
4    **Q.  Okay.**
5    A.  You know, Don had always been good and tried to
6    work out with me but it was just -- you know.
7    **Q.  Okay.  That's helpful context.**
8          So, what's your understanding of what
9    **Roca Labs was selling, when you started to work with**
10   **it?**
11   A.  A diet supplement.
12   **Q.  What was the purpose of the diet supplement, as**
13   **you understood?**
14   A.  I understood it was kind of a fiber diet solution
15   to help people, like, fill their stomach, so they would
16   eat less.  That was my understanding.
17   **Q.  Throughout the time you've worked with Roca Labs,**
18   **it's primary sales channel for this product has been**
19   **through the web; correct?**
20   A.  Yes.
21   **Q.  Are there particular websites that you know that**
22   **Roca Labs was using to sell the product?**
23   A.  I'm sorry?
24   **Q.  Are there the particular websites Roca Labs was**
25   **using to sell the products, like rocalabs.com, for**

---

36

1    example?
2    A.  Yes.
3    **Q.  Are there any others that you recall?**
4    A.  Gastric bypass alternative.
5    **Q.  Have you heard of mini --**
6    A.  Mini -- oh -- what -- gastric bypass mini me.
7    **Q.  Maybe I can --**
8    A.  Mini gastric bypass.
9    **Q.  I believe it's mini-gastric-bypass.me?**
10   A.  Yes.
11   **Q.  Is that correct?**
12   A.  Yes.
13   **Q.  Was that more of a mobile site than the Roca Labs**
14   **site?**
15   A.  Yeah, it was just a condensed site.  It was not as
16   in-depth as the rocalabs.com.  Rocalabs.com had a lot
17   more information on it, and the mini -- we used to call
18   it "mini me" -- was smaller for people that didn't feel
19   like going through all the -- you know.
20   **Q.  How did  the company drive traffic to those sites?**
21   A.  Mostly through Facebook ads, I believe.
22   **Q.  What about Google ads?**
23   A.  Goggle ads, as well.  I mean I don't know as much
24   of the advertising.  Like I said, I didn't deal so much
25   with the advertisements.  I know they did a lot of ads

---

**For The Record, Inc.**
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                                   1/27/2017

---

37

1  through Facebook and yes, Google ads, and I think Pay
2  Per Click.
3          I believe they did try also radio ads
4  back in 2015 or '14.
5  **Q.  And who was in charge of the advertising, driving**
6  **traffic at the rocalabs.com website?**
7  A.  Don was, and I think then it went the to Fahad --
8  **Q.  Can you --**
9  A.  -- also known as Jack, because Don didn't allow
10  people to have foreign names.  He changed them to
11  American names.
12  **Q.  So, the man referred to as Jack is also known as**
13  **Fahad Uddin; is that right?**
14  A.  Yeah Fahad Uddin.
15  **Q.  In terms of who approved the content of the**
16  **advertising was the Don or Fahad?**
17  A.  No, that was Don.
18  **Q.  When you first start working with Roca Labs were**
19  **you familiar with what websites and videos he was using**
20  **at the time?**
21  A.  No -- when I first start working with Don the
22  website wasn't up yet.  We were just -- we weren't live
23  yet.  We were just writing the content.  He had a
24  writer named Josh from Israel.
25  **Q.  Josh Roth?**

---

38

1  A.  Yes, Josh Roth.  Him and I were writing -- I guess
2  this is where my email comes in "editor2."  Him and I
3  would write together.  He would write and I would,
4  like, proof it and see if it made sense.
5          The original videos came from, like, him
6  and I would write the individuals --
7  **Q.  Josh and you?**
8  A.  Yes.  We would write actually the testimonial
9  things, and -- I'm sorry, I forget the guy's name that
10  we hired to get the actors to do these videos.
11  **Q.  So, it sounds like you're familiar with videos**
12  **that Roca Labs was using back in 2010/2011 and so**
13  **forth --**
14  A.  Right.
15  **Q.  -- is that right.**
16          **So, if we play you some of those videos**
17  **a little later on you would probably be able to discuss**
18  **them and describe who wrote them and --**
19  A.  Yeah --
20  **Q.  -- when they first went up?**
21  A.  -- I would.  Josh and I wrote them.
22  **Q.  Did Mr. Jurvain approve them?**
23  A.  Yes.
24  **Q.  So, were you and Josh writing the content for**
25  **those videos based on Mr. Jurvain's instructions?**

---

39

1  A.  Yes.
2  **Q.  And if I refer to the Roca Labs Formula, do you**
3  **have an understanding of what that is?**
4  A.  Yes -- well, from 2010 through 2011, because it
5  changes.  I think I believe it's again changed now.
6  **Q.  The Formula has changed more recently you think?**
7  A.  Yeah.  I think he added more pills and stuff.
8  **Q.  Well, there's I believe weren't there several --**
9  **haven't there been different products, a formula, an**
10  **anti-cravings, and then pills; isn't that right?**
11  A.  Yes.
12  **Q.  So, originally, the company was selling, back in**
13  **2010/2011, it was selling The Formula; correct?**
14  A.  The formula.
15  **Q.  Do you remember when the anti-cravings was added?**
16  A.  I do not remember.
17  **Q.  Do you know what the ingredients ant are for the**
18  **Roca Labs Formula?**
19  A.  I do not.  I know beta glucan...
20  **Q.  That's all you remember?**
21  A.  (No audible response.)
22  **Q.  Let me ask you just a little bit more about Josh**
23  **Roth.  When did he stop working with Roca Labs?**
24  A.  I think Josh Roth stopped after -- I don't even
25  think it was quite a year.

---

40

1  **Q.  I just want to touch base, when you mentioned**
2  **actors, do you recall what the actors' names were, or**
3  **what agency they might have been hired by?**
4  A.  I was just trying to think.  I don't recall.  I
5  can look it up, but I don't recall off the top of my
6  head.
7  **Q.  What would you do to look it up, if you were to do**
8  **that?**
9  A.  I would have to go to my --
10  **Q.  You would have to go to your documents, the**
11  **company site?**
12  A.  Yeah.  The company.
13  **Q.  Do you think the company emails go back that far?**
14  A.  It does.
15  **Q.  Back into 2010?**
16  A.  Yes, it does.
17  **Q.  Are they just maintained on a remote server or are**
18  **they maintained by Mr. Jurvain in some other way?**
19  A.  He has total control, I believe, over it.  It's a
20  Gmail server actually.
21  **Q.  So, all of the -- like your "editor2" account, is**
22  **that on Gmail?**
23  A.  Uh-huh -- well, it's "editor2@rocalabs," but it's
24  a Gmail server, I believe.
25  **Q.  How do you have an understanding of how that**

---

King

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

---

49

1   A.  How long was that particular one in there you
2   mean?
3   Q.  Right, that --
4   A.  Before they stopped using it?
5   Q.  Well, not necessarily the particular one about the
6   legal threat but just generally --
7   A.  No, they were in there until he stopped using it
8   and moved to Team Desk.
9   Q.  And that goes back to when you first started in
10  2010, or maybe shortly thereafter?
11  A.  No, we didn't use Help Scout in 2010.  We used
12  TeamDesk in 2010 and saved answers have always been --
13  we've always used saved answers.  But, of course, if a
14  question comes in and you can't use the saved answers
15  you use your own.
16  Q.  Going back to the difficult customers, I just want
17  to understand.  It sounds like there were people who
18  were -- dealt with the difficult customers before the
19  difficult customers were sent to you; is that right?
20  A.  Correct.
21  Q.  Who were the preliminary contacts for those
22  customers?
23  A.  Depends.  It could have been a couch, it could
24  have been somebody from the customer care team.  It
25  could have been, you know, one of the Philippines.

---

50

1   Q.  Tell me what you mean by the customer care team.
2   I want to understand what role they played and who they
3   were.
4   A.  Well, essentially it's the coaches, I'm sorry, or
5   the -- or the Phili team.
6   Q.  Was the customer care function different from the
7   success coach function?
8   A.  Yes.
9   Q.  What was the customer care function?
10  A.  The customer care was supposed -- the customer
11  care was to answer the questions after they were a
12  customer.
13  Q.  Okay.
14  A.  The coaches were supposed to answer before they
15  were a customer.  If this makes sense.
16  Q.  Yes.  Okay.
17        And the -- do you recall the names of
18  any customer care people who were working with you in
19  say the 2011/2012 timeframe?
20  A.  I know Margaret has been there.  I don't know if
21  Deborah was there.
22  Q.  Let's start off with --
23  A.  I apologize, but like I said, I was working with
24  the attorneys and doing all the other stuff, so like I
25  said, his secretary and all was in charge of the

---

51

1   customer care team and all of -- I'm trying to remember
2   who else was there.  I know Marcia was there.
3   Q.  Marcia daSilva.
4   A.  Yeah.  Marcia was there.  Margaret was there.
5   Q.  And who is Margaret?  Do you remember her last
6   name?
7   A.  Suzanne Margaret -- I can't pronounce her last
8   name.  It starts with a "D."
9   Q.  Maybe -- well, I have a list of some names, I've
10  got, maybe we can identify --
11  A.  It's Suzanne Margaret Del-la...
12  Q.  We can look that up in a moment.
13  A.  Yeah.  She's from the Philippines.  Yeah, she's
14  been there forever.  I love Margaret.
15  Q.  Okay.
16  A.  She's been there from the beginning off and on.
17  Q.  What's Margaret's role?
18  A.  She's customer service.
19  Q.  Does she have a title?
20  A.  No.  She's just customer service.
21  Q.  She's in the Philippines?
22  A.  Yes.
23  Q.  I just want make to sure I am clear on what titles
24  you've held over the course of your work with
25  Roca Labs.  Has it been general manager, or you tell

---

52

1   me.
2   A.  Don says I'm general manager but -- he has said I
3   am general manager before.  He has -- before that I was
4   operations manager.
5   Q.  Was there any difference, as far as you knew,
6   between the roles you were playing under the two
7   titles?
8   A.  No.
9   Q.  At the various times I think you signed some
10  correspondence as paralegal; is that correct?
11  A.  Yes.
12  Q.  Who told you to do that?
13  A.  Who told me to do that?  One of the attorneys, but
14  I -- I don't know what year it was so I don't know what
15  attorneys I was working with.  He goes through
16  attorneys, so.
17  Q.  I understand.  Do you remember if Mr. Jurvain
18  approved you referring to yourself as the paralegal in
19  those communications?
20  A.  Yes.
21  Q.  Do you know if Mr. Jurvain was personally aware of
22  those communications that you signed as a paralegal?
23  A.  Yes.
24  Q.  Who was Mr. Jurvain's secretary?
25  A.  I don't know.

---

13 (Pages 49 to 52)

PX10-8a

FTC v. Roca Labs, Inc., et al.                                                    1/27/2017

---

53

1    Q.  You don't know, but you know he's got one?
2    A.  No, I know he did.  He went through quite a bit.
3    Q.  What would be the role of a secretary, as you
4    understood it?
5    A.  It's just somebody that has to -- you know, is
6    like -- I think I also at one time must have held that
7    role.
8           Somebody that:  Oh, do this for me, do
9    that, you know.  I mean it's somebody that, you know,
10   get this person on the phone, or I need this, or I need
11   that.  Can you set this up for me.
12   Q.  So a lot of administrative work?
13   A.  Exactly.
14   Q.  Retrieving of documents perhaps, or -- no?
15   A.  If you look at an ad, he puts an ad somebody needs
16   to be aggressive, but he also wants his secretary to
17   run his team, write good English, to look over his
18   document to make sure his English is good.
19   Q.  And he would post these type of job notice on
20   oDesk, for example?
21   A.  Yeah, and Craigslist.
22   Q.  And would these be people who were working in
23   Tampa or Sarasota near him?
24   A.  Yeah, he did start to advertise in Tampa and
25   Sarasota near him for a secretary.

---

54

1    Q.  Do you remember the names of any of these people
2    who were secretaries?
3    A.  Felicia -- Felicia was one but Felicia wasn't in
4    Tampa or Sarasota.
5    Q.  Okay.
6    A.  It was one girl her name started with a "D," but I
7    can't remember.  I can't remember.  Her name started
8    with a "D" -- I believe it started with a "D."  And
9    Jenna was kind of secretary if you ask me.
10   Q.  You are referring to Jenna Antico; is that
11   correct?
12   A.  Yeah, Jenna Antico was kind of like a secretary.
13   He was always like, you know:  Do this, do that, you
14   know.
15   Q.  And that would have been in 2015/2016
16   approximately?
17   A.  Correct.
18   Q.  Let me just ask you, even though you were referred
19   to as general manager, did you consider yourself part
20   of the management of the company?
21   A.  No.
22   Q.  Would you say I were a highly-valued employee or
23   team member?
24   A.  I believe I was highly valued, only because I was
25   like the American that knew the most.

---

55

1    Q.  Then being the other people working for Roca Labs?
2    A.  Yeah.  When I say "knew the most," I just mean
3    knew the most how to deal with Canada Post, and
4    customers, and stuff like that.  You know, not IT or
5    running the website, or anything like that.
6    Q.  Got it.
7           So, going back to -- you mentioned that
8    you still have some access to the Roca Labs or Must
9    Cure Obesity computer system; is that right?
10   A.  I do not.  He blocked me.
11   Q.  He blocked you from everything; is that right?
12   A.  Yes.
13   Q.  But you do have access to -- what you have access
14   to the Gmail?
15   A.  My email, that's it.
16   Q.  But not anything that would otherwise be, you
17   know, like a Google Docs repository; is that right?
18   A.  Correct.
19   Q.  And when you talk about with the saved answers
20   that there would be dropdown menus, would that have
21   basically standard text broken up by topic, that sort
22   of thing?
23   A.  Yes.
24   Q.  How would you communicate that to customers?
25   Would that be through cutting and pasting into an

---

56

1    Internet chat, for example?
2    A.  No, it's a -- it would just be -- what it is, the
3    customer's email comes in, it's -- you know, a program.
4    You see the email, and, you know, you hit "Reply", and
5    from the reply you can pick the dropdown, and you
6    just -- it just inserts the answer for you.
7    Q.  I want to shift gears a little bit to how you were
8    being paid over the course of time.
9           Now, I think we talked about the fact
10   Zero Calorie Labs was paying you early on; is that
11   correct?
12   A.  Correct.
13   Q.  How was that payment made?
14   A.  With Zero Calorie?  Direct posit in my bank
15   account.
16   Q.  And then at different points did you start getting
17   either some sort of money order or PayPal deposits,
18   anything like that?
19   A.  I got PayPal.
20   Q.  Would it always be Zero Calorie Labs that paid
21   you, or did Roca Labs, Inc. pay you sometimes?
22   A.  No.  Roca Labs would sometimes pay me.
23   Q.  Did don pay you sometimes directly?
24   A.  Don would pay me sometimes directly.
25   Q.  Must Cure Obesity would later pay you?

---

14 (Pages 53 to 56)

PX10-8b

Case 8:15-cv-02231-MSS-CPT   Document 210-19   Filed 04/26/18   Page 12 of 137 PageID 9548
King
FTC v. Roca Labs, Inc., et al.                                                1/27/2017

57

1    A.  Must Cure Obesity would sometimes pay me directly.
2    Q.  Are you aware of how the company would pay the
3    Phili team?
4    A.  Yes.
5    Q.  How did the company pay the Phili team?
6    A.  They would pay them in PayPal and also wire
7    transfers.  I at one point used to the wire transfers
8    from Bank of America before?
9    Q.  Okay.
10   A.  Only for a short period of time.  I only did it a
11   few times.  It was you such a mess.
12   Q.  What about money orders, did the company ever use
13   money orders to pay personnel?
14   A.  Not that I'm aware of -- I believe Jenna did to
15   Baja, and Mozy, and Peter, the IT guys.  That's all I
16   know.
17   Q.  We'll come back to that later?
18   A.  Not to the Philippines.
19   Q.  Let me ask you --
20   A.  Oh, yes, to the Philippines, yes, they did use
21   some money orders for the Philippines.  I'm sorry --
22   Q.  Right.
23   A.  -- I forgot they.
24   Q.  Did your job functions vary according to who was
25   paying you in any way?

58

1    A.  No.
2    Q.  And you were basically doing the same functions
3    whether you were being paid by Zero Calorie Labs or
4    Roca Labs, Inc.?
5    A.  Correct.
6    Q.  Let me just ask you more generally, you know, some
7    areas of potential responsibility and maybe we can take
8    a short break and we can stretch and come back.
9        Were you involved in any way with the
10   business as an investor?
11   A.  No.
12   Q.  Were you at any point an officer of any of the
13   companies?
14   A.  No.
15   Q.  You were never, as you understand it, formally an
16   employee; is that right?
17   A.  Correct.
18   Q.  Did you have any responsibilities relating to
19   shipping or receiving?
20   A.  No.
21   Q.  Did you have any responsibilities relating to
22   substantiation of advertising claims?
23   A.  No.
24   Q.  Did you have any responsibility for website
25   development?

59

1    A.  No.
2    Q.  Any responsibilities for developing any the
3    content of the websites?
4    A.  No.
5    Q.  Did you have any responsibilities relating to any
6    sort of communications with the Food and Drug
7    Administration?
8    A.  No.
9    Q.  Did you have any responsibilities for any product
10   ideas or packaging?
11   A.  No.
12   Q.  And did you have any responsibilities relating to
13   search engine optimization?
14   A.  No.
15   Q.  Did you have any responsibilities relating to the
16   creation of blogs and form posts?
17   A.  Did I have any?
18   Q.  Did you have any responsibility in any of that?
19   A.  What do you mean responsibility?  He had me create
20   some.
21   Q.  You played a role?
22   A.  I played a role, that's it.
23   Q.  Did you have any responsibility in helping draft
24   testimonials?
25   A.  Testimonials?

60

1    Q.  Like success coaches, or people posting videos?
2    A.  Did I have a role in it?
3    Q.  In writing their testimonials?
4    A.  I would give them the key points to put in their
5    testimonials, but I didn't write the form.
6    Q.  By key points you mean --
7    A.  I mean like, I would like, you know, in your
8    testimonial you want to state your name, your
9    background, and -- I didn't write it for them, if
10   that's --
11   Q.  You gave them the topics not the content?
12   A.  The topics, not the content.
13   Q.  The early writing you did with Josh Roth you said
14   that was for videos; is that right?
15   A.  Right.
16   Q.  Was that something that Mr. Jurvain would review
17   and approve at the end?
18   A.  Yes.
19   Q.  Would he make you make changes, based on his
20   review?
21   A.  Yes.
22   Q.  And would you say Mr. Jurvain was heavily involved
23   in that process?
24   A.  Yes.
25   Q.  Was the writing you were doing early on at all

King

FTC v. Roca Labs, Inc., et al.

1/27/2017

61

1 related to any of the content, any of the wording of
2 what went onto the website when it was first put up?
3 A.  The writing early on?
4 Q.  Yes; with Mr. Roth.
5 A.  Mr. Roth wrote, I believe, all the content for the
6 website with Jurvain.
7 Q.  With Jurvain did you say?
8 A.  Yes, I believe that was all with him.  And those
9 testimonials, those were not real testimonials.
10 Q.  Well,l we'll talk about that momentarily -- well,
11 why don't we talk about it now.  What do you mean they
12 were not real testimonials?
13 A.  Those ones with actors they were not -- because,
14 you know, they were with actors, they were just --
15 Q.  And the --
16 A.  Because this was a new product, it wasn't even out
17 yet.
18 Q.  So, the words that the actors were saying, did
19 they actually reflect the experience of anyone, as far
20 as you know?
21 A.  Not that I'm aware of.
22 Q.  It certainly didn't reflect --
23 A.  I think Mr. Jurvain's was based on -- the product
24 was, as I understood, was in Europe.  In Israel they
25 were using it.  So we were basing it on those people's

62

1 experiences, and we brought those experiences over
2 here.
3        So, we made testimonials based on those
4 experiences, because we looked at those testimonials
5 on -- there was an Israeli site, I don't know if you're
6 aware of it, but there was an Israeli site selling
7 that, and he brought it here to America.
8 Q.  Was the Israeli site Meshco (ph)?
9 A.  Yes.  So, we looked at their videos and then, you
10 know, we...
11 Q.  So, you created the American testimonial videos
12 based on the Israeli testimonials?
13 A.  Yes, using actors.
14 Q.  And what did Mr. Jurvain tell you, if anything,
15 about the Israeli European part of the business
16 before -- when you came on?
17 A.  I don't really recall too much.  He just said it
18 was, like, you -- you know very successful over there.
19 It had been successful over there for six years, it was
20 helping, you know, many people, even children over
21 there lose, you know, a lot of weight.  And, you know,
22 I seen they were getting orders over there in Israel, a
23 lot of people were reordering it.
24 Q.  How were they reordering it?
25 A.  They were reordering it through the American site.

63

1 I mean they would order it from Meshco but it would
2 come -- I don't know what the IT guys do, but it would
3 come over to us.
4 Q.  Was there anybody else involved with the Israeli
5 part of the business other than Mr.  Jurvain and
6 Mr. Roth?
7 A.  That I don't know.
8 Q.  What were the -- who were the programmers?  We've
9 referred to them a few times.  Tell me who you
10 understand the programmers to be?
11 A.  In the beginning it was -- Bashal (ph) was the
12 programmer.
13 Q.  Okay.  Sidwandi (ph)?
14 A.  Yeah.  He's no longer there.  Mozy, Dewan -- or
15 Moshin, sorry.
16 Q.  Okay. I understand?
17 A.  Moshin, and...
18 Q.  Jack Uddin.
19 A.  Fahad.  And...
20 Q.  Peter?
21 A.  Patil.  Which is Prashant.
22 Q.  So, a Patil Prashant is his real name?
23 A.  Yeah.
24 Q.  But he's known as Peter to the business?
25 A.  Yeah, right.

64

1 Q.  How long is was Jack doing work for Roca Labs when
2 he first started, as far as you know?
3 A.  I believe Jack started in -- did Jack start in
4 2012, or the end of 2011.  Right after Rashaad left or
5 Sonnie (ph) left.  Right after Sonnie left, because
6 Sonnie was a -- Sonnie was the designer, and I think
7 Baja actually came on as a designer not as a
8 programmer.
9 Q.  Okay.
10 A.  Because Jack was not a -- was not a programmer,
11 he's a designer.
12 Q.  Okay.
13        So, what role do you under the designer
14 to play distinct from programmer?
15 A.  As I understand, the designer is, you know,
16 helping create your website with the design, the font,
17 the pictures, your advertisement, you know, stuff like
18 that.  And even with your emails, and all that good
19 stuff, and your videos.
20 Q.  Okay.
21        So, the designer would help in the video
22 production as well?
23 A.  I would assume so.  That's what I assumed.
24 Q.  You don't necessarily have firsthand knowledge of
25 that; right?

King

FTC v. Roca Labs, Inc., et al.                                             1/27/2017

---

81

1   A.  Don's wife.
2   Q.  Do you know what role she's played with the
3   company during the time you worked with Roca Labs?
4   A.  Shipping, I believe.  Shipping.
5           MR. SUTTLEMYER:  Why don't we take
6   five-minute break so we can all stretch our legs, and
7   then we will come back and I'll have some exhibits for
8   you to look at.
9                    - - -
10              (Recess.)
11                   - - -
12          (Email dated 6/7/14, marked FTC
13          Exhibit No. 3, for identification.)
14                   - - -
15          (Email dated 12/15/16, marked FTC's
16          Exhibit No. 4, for identification.)
17                   - - -
18  BY MR. SUTTLEMYER:
19  Q.  Ms. King, I've asked the court reporter to mark
20  and hand you two documents marked as Exhibits 3 and 4.
21  Can you look at Exhibit 3, please, tell me if you can
22  identify what that is.
23  A.  Yeah, but this never happened.  This was a W2.
24  Q.  First tell me what the document is at a very basic
25  level.  It's an email; correct?

---

82

1   A.  It's an email.
2   Q.  And it's from?
3   A.  From Don.
4   Q.  It's to you and several other folks; right?
5   A.  Yes, to me and Sharon H, which is known as Roxie,
6   because you can't have two people with the same name.
7   Q.  Okay.
8   A.  And Hal Hershkowitz, I assume is his accountant
9   and George.
10  Q.  And this basically talking about how starting in
11  June Roca Labs Nutraceutical USA will employ the
12  Americans under W2.  Were you one of those folks who
13  was going to be employed by Roca Labs Nutraceutical
14  USA?
15  A.  That's what it says.
16  Q.  And did that happen?
17  A.  No, it did not.
18  Q.  Do you know why this was a change that Mr. Jurvain
19  was contemplating?
20  A.  I do not.
21  Q.  Let's look at Exhibit 4, and please tell me if you
22  can identify what Exhibit 4 is.
23  A.  This is my resignation.
24  Q.  Exhibit 4 is an email from you?
25  A.  This is from my personal -- no, this is from this

---

83

1   email.  Yes.
2   Q.  And it is from you to Mr. Jurvain; is that
3   correct?
4   A.  That's correct.
5   Q.  I just want to note at the top, and please correct
6   me if I am wrong, you've got the from line from Sharon
7   Menna?
8   A.  Yes, that's my maiden name.
9   Q.  And that uses your "nascarbaby48" email address;
10  is that right?
11  A.  That is correct.
12  Q.  And then you forwarded it to
13  "sharonkingforftc@gmail.gov"; is that right --
14  gmail.com.
15  A.  Yes.
16  Q.  Sorry.  Occupational hazard.
17  "Sharonkingforftc@gmail.com" is the address you used to
18  send documents to the FTC; is that right?
19  A.  That's correct.
20  Q.  And then the email below shows you using your
21  "editor2@obesity.global" address; is that right?
22  A.  Right.  Because I BCC'd it to me, because I wanted
23  a hard copy sent to myself to prove that I sent this to
24  him.
25  Q.  That's all with Exhibit 4.  I am going to ask you

---

84

1   about one or two areas of responsibility.  You talked
2   about the fact that you are familiar with some of the
3   videos; is that right?
4   A.  That's correct.
5   Q.  And you are also familiar with to the Roca Labs
6   website, as a general matter; is that right?
7   A.  Yes.
8   Q.  How frequently would you interact with the
9   Roca Labs website on a daily or weekly basis, do you
10  think?
11  A.  All the time.
12  Q.  What about the purchase process, the steps a
13  consumer would need to go through in order to place an
14  order, are you familiar with that?
15  A.  Yes.
16  Q.  I am going to have some documents marked as
17  exhibits.
18          MR. SUTTLEMYER:  Can we go off the
19  record for just a moment.
20                   - - -
21          (Discussion held off the record.)
22                   - - -
23          MR. SUTTLEMYER:  I am handing the court
24  reporter a document I would like to have marked as
25  Exhibit 5.

---

21 (Pages 81 to 84)
PX10-11

King

FTC v. Roca Labs, Inc., et al.                                                    1/27/2017

---

85

1                - - -
2         (Screen shots, marked FTC's Exhibit
3         No. 5, for identification.)
4                - - -
5         MR. SUTTLEMYER:  Ms. King, take a look
6    at Exhibit 5.  And while you're taking a look at
7    Exhibit 5, I am just going to state, for the record,
8    that the documents that comprise Exhibit 5 are from
9    Attachment C of the Declaration of Arian (ph) Parham
10   that was filed in connection with the FTC's September,
11   2015 motion for temporary restraining order.
12   BY MR. SUTTLEMYER:
13        Q.  Ms. King, are you familiar with the images and
14   text shown in the screen shots in Exhibit 5?
15        A.  Yes.
16        Q.  What is your understanding of what these images
17   and text represent?
18        A.  The order process.  To qualify an order process.
19        Q.  What is the first page of Exhibit 5, at a very
20   general level?
21        A.  This is where you put your name, where you
22   qualify.
23        Q.  What do you mean by "qualify"?
24        A.  See if you are a candidate for the gastric bypass
25   formula.

---

86

1        Q.  So, anybody who wanted to purchase would have to
2    put in the information --
3        A.  Correct.
4        Q.  -- in the blanks for the first page of Exhibit 5;
5    is that right?
6        A.  That's correct.
7        Q.  And the statement under the words Qualify and
8    Order near the top, is that the type of statement that
9    people would have seen throughout the time you worked
10   with Roca Labs?
11        A.  Yes, this was there.
12        Q.  That goes back to like 2011, do you think?
13        A.  I assume so, yes.
14        Q.  You assume so, or you believe so based on your --
15        A.  I believe so, yeah.  I believe so.
16        Q.  And this is based on your experience working with
17   Roca Labs; right?
18        A.  Yes.
19        Q.  Who is the gentlemen pictured in the lab coat in
20   the video icon in the center of Page 1 of Exhibit 5?
21        A.  A paid actor.
22        Q.  Do you know who he was?
23        A.  I forget his name.  I used to make fun of him all
24   the time.
25        Q.  Do you recall when the videos with that gentlemen

---

87

1    in them were first put up on the Roca Labs' website?
2        A.  2010 -- 2011, because, like I said, I started at
3    end of 2010.
4        Q.  Do you recall them being up when you first were
5    working there?
6        A.  No, they weren't up yet.  We did the videos.
7        Q.  And that happened how soon after that?
8        A.  (No audible response.)
9        Q.  After you started working there.
10        A.  Like I said, I started in December, so we were
11   just getting ready for the new year, so I would assume
12   like in January.  The end of December, beginning
13   January.
14        Q.  You say "assume," but that's your best
15   recollection?
16        A.  That's my best recollection, because I know I
17   started in December.  And I know Josh and I had to
18   finish writing the site, and then we went on to doing
19   these.
20        Q.  These videos you mean?
21        A.  These videos, yes.  You know, you had to get
22   Ronen, you know, get in there to do the video, so, that
23   took a bit.
24        Q.  Can you look through the ensuing pages of Exhibit
25   5 and just describe for me what it is you see there.

---

88

1        A.  Well, this obviously is one for women.  Why is it
2    for women if nothing's filled out.
3        Q.  What are you referring to specifically?
4        A.  I mean it says a hundred pounds to lose for woman,
5    procedure in this video is important to watch.  Why is
6    it assuming it's for women if you don't have anything
7    filled out, I just...
8        Q.  I will just note, for the record, that that's --
9    these are screen shots that we generated at the FTC in
10   process of placing an order in.  Much of the
11   information has been noted as redacted in that
12   original, so.
13        A.  Okay.
14        MR. DAVIS:  Are you suggesting the
15   purchaser was a female?
16        MR. SUTTLEMYER:  I am suggesting that
17   the information might have reflected a female
18   purchaser.
19   BY MR. SUTTLEMYER:
20        Q.  Would it make sense that the video designation for
21   a woman would be coming up if somebody had put in
22   information stating that they were female in the order?
23        A.  This video would come up whether it was man or a
24   female.
25

---

**For The Record, Inc.**
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

89

1    Q.   You're looking at the Page 2.
2    A.   Page 2, yeah.  This video is going to come up
3    whether it's a man or female, it doesn't matter.
4    Q.   What about on Page 3, what's happening on Page 3?
5    A.   This is the process where the -- this is where
6    it's going to qualify you or disqualify you.  That's
7    the only thing that is going to qualify you or
8    disqualify you.
9    Q.   Basically this Page 3?
10   A.   Yeah, where it says:  Do you have kidney problems?
11   That would disqualify you, because you can't use it if
12   you have a kidney problem.
13          And if you're allergic to wheat or grain
14   it's going to disqualify you, because you can't use it.
15   Q.   Okay?
16   A.   The product has wheat and grain in it.
17   Q.   Right.
18   A.   And if you have problem drinking or water
19   swallowing if you say "yes," it's going to disqualify
20   you.
21          So, if you answered "yes" to any of the
22   questions you would be disqualified.
23   Q.   What's happening on the next page, Page 4 of
24   Exhibit 5?
25   A.   It is asking for reasons for your overweight

90

1    weight issues, asking about your medical issues, lists
2    your noneffective weight lost methods, and how many
3    years you have overweight.
4    Q.   And consumers would typically, if not always, fill
5    this out in order to buy the product?
6    A.   Yes.  If you didn't fill out, you know, you get a
7    red saying that you need to fill it out in order to
8    move on.
9    Q.   What's happening on the next page of Exhibit 5?
10   A.   Asking to mark familiar psychological obstacles
11   that you need to overcome.
12   Q.   That would be required as well?
13   A.   That would be required as well.
14   Q.   Why did Roca Labs want people to mark those boxes?
15   A.   To help identify if they had a food addiction, you
16   know, any food -- you know.  I assume.
17   Q.   Would marking any of these boxes disqualify a
18   person from being able to purchase?
19   A.   Not that I'm aware of.
20   Q.   Going to next page, what is happening on this next
21   page of Exhibit 5?  The "We question your commitment to
22   win the fight and lose weight" page.
23   A.   We question your commitment to (witness reading).
24          Okay, so, it is asking for a statement
25   why, you know, you want to lose weight.  We at

91

1    Roca Labs believe (witness reading).
2          To be honest I don't know if this
3    disqualifies you or not.  You know, if you "pick being
4    overweight is not so bad."  I don't recall if it
5    disqualifies you.
6    Q.   What did the company do with the information put
7    into this part of the form?
8    A.   All this information went into the TeamDesk where
9    we also had -- what was the other one called.  We used
10   another platform for awhile as well.  I don't recall
11   what it was.  It went into one of the two platforms.
12   It was TeamDesk and the other one.  I'm sorry, I don't
13   recall what the other one was.
14   Q.   Maybe it will come to you later.
15          So, by all this information you don't
16   just mean the information put in on "We question your
17   commitment page," but also other health information
18   provided there in the questionnaire?
19   A.   Yeah, all that information was kept.
20   Q.   And let's go to the --
21   A.   So, then rest asks, you know, what country, your
22   address, shipping address.
23   Q.   Then there's a page showing some product
24   selection; is that right?
25   A.   Yes, packaging and pricing.

92

1    Q.   Are you familiar with what went into the packaging
2    of -- packages of Roca Labs products when they were
3    sent to the consumers, generally speaking?
4    A.   Generally, you know, I had an idea, you know.  Don
5    would sometimes come on, every once in awhile and, you
6    know, share a screen, you know.  He would go live and
7    show us, you know:  This is the box.  This is what we
8    doing now, you know.
9          And he would send me a box so I would
10   know, but they would change it a few times too.  But he
11   would come on live.  But I generally knew, yes.
12   Q.   What about any of the packaging inserts, any of
13   the papers that went into the box, were you familiar
14   with those generally speaking?
15   A.   You mean like instruction inserts or --
16   Q.   Things like that, yes.
17   A.   I knew they would work on them, instructions all
18   the time, you know, I would see them.  I really did not
19   know what was sent out.
20          In the beginning I don't believe they
21   even sent out instructions, I think it was just on the
22   canisters.  And remember there was a paper that they
23   would send out, you know, a little form that said, you
24   know, look at this and make sure you read.  Go online,
25   because the instructions are updated.

King

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

---

93

1    Q.  Did you have any involvement in creating any of
2    those type of documents that were inserted in
3    Roca Labs' packages?
4    A.  I did not.
5    Q.  Do you know where those would have been kept and
6    maintained?
7    A.  They were on Google Docs.  I did not have access
8    to them.  I believe Jack worked on them.  Jack worked
9    on them and the labels for the canisters and all that
10   you see, and on the bags and all those labels.
11   Q.  What about -- and then turning to the last page,
12   that's just a continuation of the screen before; is
13   that correct.
14   A.  (No audible response.)
15   Q.  If you know.
16   A.  Yes, that's just a continuation of the screen
17   showing you the screens and all, which changed.  You
18   know, could change.
19   Q.  So, the product selection and description could
20   change somewhat from time to time?
21   A.  Yeah.  Sometimes the bag color might change, the
22   teaspoon colors might change, measuring spoons might
23   change colors.
24   Q.  I'm looking at the bottom of the last page of
25   Exhibit 5.  There are some boxes to check, one, talking

---

94

1    about "I have check and do not have any medical
2    reasons," and then one "signature required on
3    delivery"; is that correct?
4    A.  That's correct.
5    Q.  The first -- can you read the statement on the top
6    box that I have checked?
7    A.  The regular production?
8    Q.  No, no, the -- under the word "Urgent production,"
9    there's a little check box with a little icon.
10   A.  I have checked and do not have any medical reasons
11   that can prevent me from using the Roca Labs Gastric
12   Bypass Alternative procedure and I have read and agreed
13   to the terms privacy money back/return policy."
14   Q.  Were consumers required to check that in order to
15   purchase?
16   A.  Yes, they were.
17   Q.  Were consumers required to actually read, or at
18   any point view the terms and conditions before being
19   able to purchase?
20   A.  I don't know what you mean by required.
21   Q.  Well, would the process have presented them with
22   an unavoidable pop up or some other way that they would
23   be forced to see the terms and conditions before
24   checking the box?
25   A.  In this process?  No.

---

95

1    Q.  So, the answer is no they would not have to be
2    forced to see it; that's right?
3    A.  No, not in this process here.
4    Q.  Is there any point in which -- in the process of
5    purchasing Roca Labs products that consumers would have
6    been forced to see those terms and conditions?
7    A.  They would -- they were sent an email and it's in
8    the questions, like in the FAQs and all that, they were
9    made aware of the return policy, but they weren't
10   forced.
11   Q.  They weren't forced.  So it was available?
12   A.  It was available to them but they were not forced
13   to read it.
14   Q.  Going back to the first page of Exhibit 5, I just
15   want to ask you to read the last sentence in the top
16   portion.  The "This information."
17   A.  "This information will be kept confidential and
18   will NOT be shared." And "Privacy Policy," and then the
19   link.
20   Q.  Is it your recollection that a statement like this
21   would have been on -- presented to consumers in the
22   purchasing process throughout the time you were with
23   Roca Labs?
24   A.  Yes.
25   Q.  And under that there is a percent of the

---

96

1    statement:  53 percent are approved.  Do you see that?
2    A.  I do.
3    Q.  Do you understand what the basis for that
4    statement would be?
5    A.  Are you asking me do I know where they got that
6    number?
7    Q.  Yes.
8    A.  I do not.
9    Q.  Do you think that's an accurate number based on
10   your experience working with Roca Labs?
11   A.  I do not.
12   Q.  What do you think a more accurate percentage would
13   be?
14   A.  Ninety-five percent.
15   Q.  What, in your experience, working with the company
16   to lead you to think that?  What's your basis for that?
17   A.  I believe that everybody was approved except if
18   they have a kidney issue and -- an allergy, or unable
19   to drink the water.
20   Q.  Do you know if Roca Labs business has any data to
21   indicate one way or the other what percentage of people
22   applying to by the product were approved?
23   A.  I'm not aware.
24   Q.  And the next thing I want to show you, we will
25   move on to what will become Exhibit 6.

---

FTC v. Roca Labs, Inc., et al.                                        1/27/2017

---

97

1          MR. SUTTLEMYER:  Off the record.
2                    - - -
3          (Discussion held off the record.)
4                    - - -
5          MR. SUTTLEMYER:  We're going to go back
6    on the record real quick.  I just want to ask a
7    foundation question.  Is that okay Suze?
8          MS. MARTENY:  Yes, that's fine.
9    BY MR. SUTTLEMYER:
10   **Q.  Ms. King, I just want to ask, are you familiar**
11   **with different versions of the terms and conditions**
12   **that the company used in selling the Roca Labs product?**
13   A.  Yes, there's been different versions.
14   **Q.  You, in fact, had a few different version in the**
15   **production -- the documents you produced to us; is that**
16   **correct?**
17   A.  Yes.
18         MR. SUTTLEMYER:  We'll go off the
19   record.
20                   - - -
21         (Discussion held off the record.)
22                   - - -
23         (2011 Terms and Conditions, marked FTC
24         Exhibit No. 6, for identification.)
25                   - - -

---

98

1          (Terms and Conditions, Draft, marked FTC
2          Exhibit No. 7, for identification.)
3                    - - -
4          (Terms and Conditions, Draft, marked FTC
5          Exhibit No. 8, for identification.)
6                    - - -
7          (Terms and Conditions, 2012, marked FTC
8          Exhibit No. 9, for identification.)
9                    - - -
10         (Terms and Conditions, 2014, marked FTC
11         Exhibit No. 10, for identification.)
12                   - - -
13         (Terms and Conditions, August 2014,
14         marked FTC's Exhibit No. 11, for
15         identification.)
16                   - - -
17         (Terms and Conditions, December 2014,
18         marked FTC's Exhibit No. 12, for
19         identification.)
20                   - - -
21         MR. SUTTLEMYER:  So, we've just had
22   marked as exhibits 6 through 12 some document that I am
23   going to refer to by Bates number here on the record,
24   or by previous exhibit number, so we are all clear.
25   Exhibit 6 has first page of

---

99

1    FTC-SKING-00419.  Exhibit 7 has the marking FTC-S
2    KING-000347.
3          Exhibit 8 has first FTC-SKING-000386.
4          Exhibit 9 has the marking it's Exhibit G
5    to the FTC's Complaint.
6          Exhibit 10 is Exhibit F to the FTC's
7    Complaint.
8          Exhibit 11 is marked at as Exhibit E to
9    the FTC's Complaint.
10         And Exhibit 12 is marked as Exhibit D to
11   the FTC's Complaint.
12   BY MR. SUTTLEMYER:
13   **Q.  Ms. King, can you look at Exhibit 6, please, and**
14   **tell me if you are familiar with that document?**
15   A.  Yes.
16   **Q.  What is Exhibit 6?**
17   A.  Looks like the Terms and Conditions from 2011
18   Version 1.2.
19   **Q.  When you're referring to Terms and Conditions I am**
20   **going to assume and can we agree that you are referring**
21   **to purchases of Roca Labs products through the**
22   **"rocalabs.com" and other websites?**
23   A.  That's correct.
24   **Q.  Can you look at Exhibit 7 and tell me if you are**
25   **familiar with that document.**

---

100

1    A.  Yes.
2    **Q.  What is Exhibit 7?**
3    A.  Terms and Conditions but I don't see a date.
4    **Q.  Do you think this set of Terms and Conditions in**
5    **Exhibit 7 was actually used by the company?**
6    A.  This may have been a -- it does not have a
7    version, so it may have been what they were working on
8    before they put it into production.  So this may have
9    been like the notes, you know, before it went to the
10   lawyer and said:  Okay.  Go.
11   **Q.  So Exhibit 7 might have been a draft?**
12   A.  Yes.
13   **Q.  And as far as you know Exhibit 6 was an actually**
14   **used document?**
15   A.  Yes.
16   **Q.  Let's take a look at Exhibit -- back to Exhibit 6.**
17   **It has on there the date May 2011; is that correct?**
18   A.  That's correct.
19   **Q.  Is that approximately the time you think that**
20   **this document, Exhibit 6, would have been used by the**
21   **company?**
22   A.  Yes.
23   **Q.  And then let's skip forward to Exhibit 8.  Do you**
24   **know what Exhibit 8 is?**
25   A.  Eight looks the same as 7.

---

25 (Pages 97 to 100)

King

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

101

1   Q.  Do you think that's another draft, Exhibit 8?
2   A.  Yes.
3   Q.  Let's move on to Exhibit 9.  Are you familiar with
4   Exhibit 9?
5   A.  Yes.
6   Q.  What is Exhibit 9?
7   A.  Terms and Conditions for 1.8 for September 2012.
8   Q.  Do you know how long this version of the Terms and
9   Conditions was used?
10  A.  I believe approximately maybe two years.
11  Q.  Again, this is for purchases through the Roca Labs
12  website; is that right?
13  A.  Yes.
14  Q.  Let's move on to Exhibit 10.  Can you identify
15  Exhibit 10?
16  A.  Terms and Conditions for 2014.
17  Q.  June 2014?
18  A.  Yes.  U.S. Version 2.0.
19  Q.  And you think that's when Exhibit 10 came into use
20  for the Roca Labs sales?
21  A.  That's correct.
22  Q.  And then do you know approximately how long the
23  terms shown in Exhibit 10 were used?
24  A.  I am not sure.
25  Q.  Move to Exhibit 11.  Are you familiar with Exhibit

102

1   11?
2   A.  Yes.
3   Q.  What is Exhibit 11?
4   A.  Terms and Conditions for a gastric bypass no
5   surgery.
6   Q.  What's date on this document?
7   A.  August 14th Version 2.0.  Two months.
8   Q.  Let's move on to Exhibit 12.  Are you familiar
9   with Exhibit 12?
10  A.  Yes.
11  Q.  What is Exhibit 12?
12  A.  The Terms and Conditions for December 2014,
13  Version 2.31.
14  Q.  Do you know about how long this version of the
15  Terms and Conditions was used?
16  A.  I do not.
17      MR. SUTTLEMYER:  Off the record.
18      - - -
19      (Customer Dispute marked FTC's
20      Exhibit No. 13, for identification.)
21      - - -
22      (Dispute Response marked FTC's
23      Exhibit No. 14, for identification.)
24      - - -
25      (Dispute Resolutions marked FTC's

103

1   Exhibit No. 15, for identification.)
2       - - -
3   (Discussion held off the record.)
4       - - -
5   BY MR. SUTTLEMYER:
6   Q.  Ms. King, you have just been handed three
7   documents that have been marked as Exhibits 13, 14, and
8   15.
9       MR. SUTTLEMYER:  I am going to just read
10  out for the record while you take a look at those, so
11  we have a clear record of what the specific page
12  numbers are for these documents.
13      Thirteen is pages FTC-SKING-003365 and
14  003124.
15      Fourteen is from the FTC's declarant
16  Lynne Colbert's (ph) Exhibit to the motion for the
17  temporary restraining order from September 2015.  They
18  are pages drawn from docket document 6-11, 6-12 and
19  6-13, with the pages at the bottom FTC-000659 through
20  669.
21      Fifteen are pages from the FTC-SKING
22  series 003309, 3315, 3322, 3334, 3341, 3348 and 3364.
23  BY MR. SUTTLEMYER:
24  Q.  Ms. King, can you please look at Exhibit 13 and
25  let me know if you recognize these documents.

104

1   A.  Yes.
2   Q.  What are the documents in Exhibit 13?
3   A.  Looks like customer filed a dispute.
4   Q.  Who generated the documents that are part of
5   Exhibit 13?
6   A.  This is actually a saved form.  It just pulls it
7   from TeamDesk.  Our IT people put in -- I don't know
8   how to describe it.
9   Q.  Customer specific information?
10  A.  Yeah, customer specific information.  I just put
11  in the order number, whatever it is, and it pulls the
12  customer's name, and it pulls all of this information,
13  her height, that, and her declarations.  And it pulls
14  her payment information, and all that, and her order
15  number and her tracking number.  All of that other
16  stuff is -- similar to a saved answer.  This is just,
17  you know, like -- you know, a form.
18  Q.  So, would it be safe to say that the information
19  that's in bold appears to be customer specific, and the
20  remainder appears to be generic information from the
21  form?
22  A.  Correct.
23      MR. SUTTLEMYER:  So, let me just make
24  sure I am understanding correctly and just to state
25  something for the record.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

105

1       These Exhibits 13 and 15 we should
2   designate as confidential, because they contain
3   consumers' information.
4       THE WITNESS:  Correct.
5       MR. SUTTLEMYER:  And it's been redacted
6   from Exhibit 14.
7   BY MR. SUTTLEMYER:
8   Q.  I want to make sure I'm understanding correctly.
9   So, this first page of Exhibit 13 is for a customer who
10  purchased on November 15, 2014; is that correct?
11  A.  That's correct.
12  Q.  And then the information height, weight, age, sex,
13  and declarations, those would have come from where?
14  A.  From the customer's application form.  This thing
15  that you -- that they filled out.
16  Q.  So, that would have come into the Roca Labs system
17  when a consumer was filling out what we went through in
18  Exhibit No. 5; is that correct?
19  A.  That's correct.
20  Q.  This was done online; correct?
21  A.  That's correct.
22  Q.  So, the system appears then also to track how many
23  payments, and the tracking number, and other order
24  specific information; is that right?
25  A.  That's correct.  The customer chooses how many

106

1   payments they would like to make, and then the system
2   generates, when it ships, the tracking number.
3   Q.  What was the specific platform used to store and
4   generate the information in Exhibit 13?
5   A.  TeamDesk.
6   Q.  What would then be done with -- I take it these
7   documents were generated in the process of your dealing
8   with customer disputes; is that right?
9   A.  That's correct.
10  Q.  What would be done with the information like
11  what's shown in Exhibit 13?
12  A.  This would be sent with the dispute.  If Kelly
13  said:  Well, I never ordered this.  You know, I didn't
14  authorize my credit card to pay for this, this is the
15  proof that she ordered it, with this IP address, and
16  this is the information that she filled out this.
17  Q.  And then what --
18  A.  This is sent in response to that.  It goes to her
19  credit card company, or bank or whoever, you know.
20  Q.  So basically these forms that are shown on these
21  two pages of Exhibit 13 were what was actually sent to
22  the payment processor in response to the dispute?
23  A.  Correct, because they ask for --
24  Q.  Who sent these documents to the payment processor;
25  was it you?

107

1   A.  It probably was me.  It may have been had somebody
2   else.  Other people like Jackie sometimes like I did --
3   Jackie Eiffel was also doing PayPal disputes, Nick
4   sometimes did it but -- what year is this?  2014.  That
5   could have been Jackie.  It was probably me because --
6   these came from my computer; right?
7   Q.  That's right.
8   A.  So this most definitely me then.
9   Q.  In terms of what went into this form, the content
10  of what got populated into the form who decided that?
11  A.  Don.
12  Q.  Don Jurvain.
13  A.  (No audible response.)
14  Q.  And Don knew that this information was being sent
15  to payment processors in dealing with customer
16  disputes; is that right?
17  A.  Yes.
18  Q.  Do you think this is -- these forms are
19  representative or typical of what were being used in
20  the dispute process during the 2014 timeframe?
21  A.  Yes.
22  Q.  Were they being used before that, or was this
23  more -- well, maybe we'll get to that in another
24  exhibit, but do you recall it being before that as
25  well?

108

1   A.  I believe it was being used before that, yes.
2   Q.  Let's go to Exhibit 14.  Do you recognize the
3   documents in Exhibit 14?
4   A.  Yes.
5   Q.  Now, can you explain to me what Exhibit 14 is?
6   A.  Also looks like a dispute response.
7   Q.  From what time period?
8   A.  From 2013.
9   Q.  You see there's multiple pages here with multiple
10  responses; is that correct?
11  A.  That's correct.
12      MR. SUTTLEMYER:  I will note, for the
13  record, that customer names have been redacted from
14  this particular set of documents in Exhibit 14.
15  BY MR. SUTTLEMYER:
16  Q.  Do you think these forms were representative of
17  the types of forms the company was sending to payment
18  processors in 2013 for dispute resolution?
19  A.  Yes.
20  Q.  Let's move to Exhibit 15.  Do you recognize the
21  documents in Exhibit 15?
22  A.  Yes.
23  Q.  What are the documents in Exhibit 15?
24  A.  Dispute resolution, customers information for
25  disputes.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

King

FTC v. Roca Labs, Inc., et al.                                                    1/27/2017

---

109

1    Q.  So, again, this is customer information that comes
2    from the qualification process; is that right?
3    A.  That is correct.
4    Q.  This is, as before, customer information about
5    height, weight, age, sex and reasons for buying the
6    product; is that right?
7    A.  Correct.
8    Q.  The date range on the documents on Exhibit 15, can
9    you take a look and tell me what date ranges this
10   represents?
11   A.  This goes up until August 2016.
12   Q.  Who was submitting these to -- these were being
13   submitted to payment processors still; is that correct?
14   A.  Correct.
15   Q.  Who was submitting these?
16   A.  As I said, since these came from my computer these
17   would have been done from me.  But as I said, Nick was
18   also -- and this is a standard form, so Nick would have
19   also sent the same thing to them.
20   Q.  You're talking about Nick Peters?
21   A.  Yes.
22   Q.  So, this used by you and Nick Peters to send --
23   A.  And who else -- Anya, who was also doing them as
24   well, because she was transitioning doing these also in
25   August as I was on vacation and Priscilla.

---

110

1    Q.  Who's Priscilla?
2    A.  Priscilla, she works in the shipping, and is also
3    doing customer care and coaching I believe.  She works
4    for Don.
5    Q.  And Don is aware of that fact these forms are
6    being -- Mr. Jurvain is aware that these forms are
7    being used to submit information to payment processors
8    even up through August of 2016; is that right?
9    A.  Yes, because I -- I trained them before I went
10   away.
11   Q.  He was aware that you trained them?
12   A.  Yes.  He told me to train them before I went away.
13   Q.  Take a look at Exhibit 15.  There is -- it looks
14   to me the same statement in the Declaration for each
15   one of these forms; do you see that?
16   A.  They're the same, yes.
17   Q.  Do you know why that would be?
18   A.  I'm sorry, I want to be better, I want to be
19   better.  I have no idea.  I guess it was a glitch in
20   the IT.
21   Q.  And the -- but each form has --
22   A.  I see that --
23   Q.  -- individualized --
24   A.  -- it's supposed to be individualized, so I don't
25   know where IT was picking it up from.

---

111

1    Q.  But the height, weight --
2    A.  Everything else is different.
3    Q.  And that comes from the qualification forms; is
4    that correct?
5    A.  Yes.  As the Declaration is.  The only thing I can
6    think of is -- I'm not sure, his -- the new --
7    constantly changing the order proses.  So I don't know
8    if he's asking for a declaration now.  So, maybe this
9    is just picking up from before is the only thing I can
10   think of.
11       So it might be just picking up from
12   somewhere out in la-la land.
13       MR. SUTTLEMYER:  Off the record a couple
14   of minutes.
15              - - -
16       (Discussion held off the record.)
17              - - -
18       (Cease and Desist letter marked FTC
19       Exhibit No. 16, for identification.)
20              - - -
21       (Complaint with attachments marked FTC
22       Exhibit No. 17, for identification.)
23              - - -
24       (Letter, dated 11/25/13, marked FTC's
25       Exhibit No. 18, for identification.)

---

112

1              - - -
2       (Letter, dated March 4, 2014, marked
3       FTC's Exhibit No. 19, for
4       identification.)
5              - - -
6       (Letter, dated 5/21/14, marked FTC's
7       Exhibit No. 20, for identification.)
8              - - -
9       (Customer Complaint marked FTC's
10      Exhibit No. 21, for identification.)
11             - - -
12      (Complaint with attachments marked FTC's
13      Exhibit No. 22, for identification.)
14             - - -
15      (Consumer Reviews marked FTC's
16      Exhibit No. 23, for identification.)
17             - - -
18   BY MR. SUTTLEMYER:
19   Q.  Ms. King, while you are looking over the documents
20   that have just been handed to you, that are marked
21   Exhibit 16 through 23, I am just going to read off some
22   numbers of what they are.
23       MR. SUTTLEMYER:  Exhibit 16, also marked
24   ROCA-000648.
25       Exhibit 17 begins with the Page

---

28 (Pages 109 to 112)
PX10-18

FTC v. Roca Labs, Inc., et al.                                          1/27/2017

---

121

1    Q.  Either directly or through a lawyer; is that
2    right?
3    A.  Correct.  I believe Whitney.  I wouldn't do
4    anything unless it went to a lawyer first.
5    Q.  But in --
6    A.  A lawyer to look at it first.  I wouldn't do it
7    without a lawyer looking at it before --
8    Q.  Right.  And in your experience Mr. Jurvain would
9    have been aware that these letters would have been
10   sent?
11   A.  Yes.
12   Q.  And he would have been directing you to send the
13   letters --
14   A.  Correct.
15   Q.  Let's move to Exhibit 20.  Can you identify
16   Exhibit 20, please.
17   A.  This is Jennifer Schaive, also BBB.  And I believe
18   she had complaints -- this is the same thing, BBB
19   complaint.
20   Q.  And this is again a letter from you --
21   A.  From me to Jennifer, again.
22   Q.  From May 21, 2014?
23   A.  Yes.
24   Q.  And CC'd on this letter is Whitney Coyne,
25   C-o-y-n-e?

---

122

1    A.  Correct.
2    Q.  And he was a lawyer; right?
3    A.  Yes.  Don's personal lawyer.
4    Q.  Moving on to Exhibit 21, do you recognize Exhibit
5    21?
6    A.  I don't.  Let me look at this for a minute.
7    Q.  Yes.
8    A.  (Inaudible reading).
9            Well who sent that, that was one of the
10   a canned responses: Hello Alice I do recognize that
11   was never to be sent out, especially by coach.
12   Q.  So you are talking about the verbiage that goes
13   from page 584 to 585; is that right?
14   A.  Yes.
15   Q.  Explain to me what you mean "that was a canned
16   response."
17   A.  That was one of those saved responses the legal
18   department requested.  That was something Don put in.
19   Coaches and customer service were -- they should have
20   never sent that out.  I believe they were instructed to
21   never send that out.  She may not have been instructed
22   correctly to never send that out, I'm not sure.  But
23   that should have never been sent out to a customer.
24   Q.  Who is Terese B?
25   A.  Terese -- that's Terese Balibari.  She was a

---

123

1    customer that had great success on the formula.  She
2    lost a lot of weight.  She was the one I told you did
3    live in Maryland and went to Africa.  Again, this was
4    not her fault, she just seen a drop down, and she must
5    seen, you know, if they're threatening legal action see
6    legal.
7            Yeah, that's what I recognize.  That was
8    in the drop down, and she shouldn't have access to
9    that.
10   Q.  Looking at the verbiage towards the bottom of
11   Page 585 where it begins, "Dear Alice, you place your
12   order," is the language there going onto the next page
13   language you recognize?
14   A.  "We remind you that you have agreed to all terms?"
15   Q.  No going -- well, yes, that part too.  The whole
16   thing from the bottom third of that page on to the last
17   page.
18   A.  Yeah.  Yeah, I recall that.
19   Q.  What is that language from?
20   A.  This is a saved answer.
21   Q.  Would this be commonly used if a customer --
22   A.  Yes.
23   Q.  In what situation would it be used?
24   A.  A situation when someone asks to cancel, or after
25   you know it's been like a week, 10 days, and they

---

124

1    cancel.
2    Q.  Let's move on to Exhibit 22, which I will not
3    pages have been redacted to remove specific personal
4    information.
5    A.  I recognize the name Alice King.  I know there's a
6    lawsuit with Alice King.  I don't know the whole story
7    with Alice King.
8    Q.  Let's just go back further in the document,
9    there's a is Page ID number at the top that we will try
10   to follow along with.  Let's go to the page marked 41
11   at the top Page ID 41.
12           Look through that and the next half
13   dozen pages, approximately.  And let me know if you
14   recognize that set of pages, going through 48.
15   A.  Okay, Infusionsoft.  That's the other -- that's the
16   other --
17   Q.  Well, let's there and tell me --
18   A.  -- platform --
19   Q.  What Infusionsoft is, just so?
20   A.  That's the other platform like TeamDesk.  Remember
21   you said it would come to me?
22   Q.  Yes.
23   A.  That's why this is coming to me.  This is
24   Infusionsoft.
25   Q.  So Infusionsoft just to be clear was used for what

---

31 (Pages 121 to 124)
PX10-19

FTC v. Roca Labs, Inc., et al.                                              1/27/2017

---

125

1   by the company?
2   A. Where the orders would come through. Remember you
3   said where the orders would come through?
4   Q. Yes.
5   A. They usually come through TeamDesk but we did use
6   Infusionsoft for a little bit.
7   Q. Okay.
8        Now, back to yes, those pages of
9   Exhibit 22 again. Do you recognize those?
10  A. This looks like it came from Infusionsoft.
11  Q. So does this look like customer information?
12  A. Yes.
13  Q. So the redacted boxes on this would, in your view,
14  in your recollection, have information that customers
15  input in the qualification boxes?
16  A. Exactly.
17  Q. So, Ms. King's specific information, for example,
18  would have been populated into those fields marked
19  redacted; is that right?
20  A. That's right.
21  Q. For general purposes Infusionsoft was a platform
22  into which customer order information was inputted
23  towards; is that right?
24  A. That's correct.
25  Q. So, with the Infusionsoft, can we refer to this as

126

1   a template that's shown in these pages just to have a
2   common noun. How long was Infusionsoft template used
3   by Roca Labs?
4   A. I'm not sure. I'm going to say about six months.
5   I know that it was not that long. It really wasn't
6   that long.
7   Q. So, any time in your document production, for
8   example, when there would be a report of this form with
9   the customer information input in this format, that
10  information is stored in Infusionsoft?
11  A. Yes.
12  Q. Do you know if the company still had, at the time
13  you left, access to the Infusionsoft platform?
14  A. Not that I aware of. They did not.
15  Q. Do you know if it was migrated to any other
16  platform?
17  A. I believe they tried to migrate it over to
18  TeamDesk, but I'm not sure they got it all over there.
19  I know the last time I was there I had problems trying
20  to find customers from -- that were on Infusionsoft
21  backed into the TeamDesk. I was not able to, I don't
22  know.
23  Q. You don't know for sure one way or the other
24  whether that was migrating?
25  A. Yeah, I am not sure.

127

1   Q. Can you look at the last page Exhibit 22, please.
2   Can you explain what that page represents.
3   A. The BBB is case number?
4   Q. Yes.
5   A. That's her BBB case, and her case description, and
6   her complaint.
7   Q. Let's move on to Exhibit 23, please. Do you
8   recognize Exhibit 23?
9   A. This is consumer reviews.
10  Q. Who compiled the information in Exhibit 23?
11  A. I don't know. It may have been me. I don't know.
12  Q. Do you know who would know?
13  A. Don would know.
14  Q. Why was this list maintained or created?
15  A. I know we were trying to find if they were actual
16  customers.
17  Q. Did you do any research to help put this list
18  together, do you think?
19  A. I'm sure I did.
20  Q. Do you know what was done with this information
21  once it was compiled?
22  A. I know they had me, like, send like a John Doe
23  letters through "pissedconsumer" to these people.
24  Q. And do you think you did that for each of these
25  people listed in here?

128

1   A. I don't know if I did it to every single one --
2   well, I did it to the John Does, and I probably sent it
3   to these. I don't know if I sent it to every single
4   one.
5   Q. So, the John Does were people who were or were not
6   on the list?
7   A. The John Does went right on the "pissedconsumer"
8   site, if you saw that. If I had their names on here it
9   went directly to them for violating breach of contact.
10  The John Doe breach of contracts went right on the
11  "pissedconsumer" site.
12  Q. Okay.
13       But these would have been for -- let me
14  strike that.
15       Communications would have been about
16  persons list in Exhibit 23 because they violated the
17  terms and conditions of the Roca Labs sale?
18  A. Correct.
19  Q. And would it have been because they were posting a
20  negative comment, in violation of the terms, according
21  to the company?
22  A. Are you asking me if the letter was going to
23  "pissedconsumer" or to the customer?
24  Q. Well, let me ask you that. Was the letter going
25  to "pissedconsumer" or the customer?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                      1/27/2017

---

129

1  A. I didn't send any letters to "pissedconsumer."
2  **Q. If you sent a letter you sent the letter to the**
3  **customer.**
4  A. If I was sending a letter it would have went to
5  the customer.
6  **Q. And the letter would have basically advised the**
7  **customer that they were in violation of the terms; is**
8  **that right?**
9  A. Right.
10 **Q. And the terms, specifically in which they would be**
11 **in violation, according to the company, would be that**
12 **they had posted a negative comment in violation of the**
13 **contract; is that right?**
14 A. Correct.
15 **Q. Do you know if there's any other lists of**
16 **information like this, of people who the company had**
17 **sent notices that they were in violation of the terms,**
18 **or was this compiled specifically for "pissedconsumer"?**
19 A. No, I believe this was just a list for
20 "pissedconsumer" list for violation of terms. But
21 there's good reviews on here too. So, I'm not sure if
22 this is what this list was for, for breach of
23 contracts; or, this might have been research for the
24 lawsuit for "pissedconsumer." I'm not exactly sure
25 what this is for.

---

130

1  **Q. Understood. Thank you.**
2  A. Because I know they had a lawsuit with
3  "pissedconsumer," so...
4  **Q. Right. Thank you very much on that.**
5      MR. SUTTLEMYER: Why don't we go off the
6  record for a few minutes.
7           - - -
8      (Discussion held off the record.)
9           - - -
10     (Website Screenshot marked FTC
11     Exhibit No. 24, for identification.)
12          - - -
13     (Website Screenshot marked FTC's
14     Exhibit No. 25, for identification.)
15          - - -
16     (Website Screenshot marked FTC's
17     Exhibit No. 26, for identification.)
18          - - -
19 BY MR. SUTTLEMYER:
20 **Q. Ms. King, while you are looking at documents that**
21 **have been marked as Exhibit 24, 25, 26, I am going to**
22 **read out what the source of these documents is, for the**
23 **record, FTC-PROD-017633 is Exhibit 24.**
24     **Exhibit 25 is FTC-PROD-017618.**
25     **And for both Exhibits 24 and 25, Suze,**

---

131

1  **we used the native document that correlates to the TIF**
2  **Bates numbered version.**
3      MS. MARTENY: Okay.
4      MR. SUTTLEMYER: So that we can all read
5  it.
6      Then 26 is FTC-PROD-019707 through 709.
7  BY MR. SUTTLEMYER:
8  **Q. Ms. King, are you familiar with the images and**
9  **text in Exhibit 24?**
10 A. Yes.
11 **Q. What are those?**
12 A. (No audible response.)
13 **Q. What do you see in Exhibit 24?**
14 A. I see the actress, Morgan, I believe her name was.
15 **Q. That's the blonde lady in the lab coat on the**
16 **left-hand side; is that right?**
17 A. Yes.
18 **Q. What does this appear to be to you?**
19 A. Choose your department, do you want weight lost,
20 are you pharmacy, are you breastfeeding, do you want to
21 learn about research. I don't recall where this was,
22 though, on the website.
23 **Q. Do you think it might have been from the Roca Labs**
24 **website?**
25 A. This was the Nutraceuticals Roca Labs USA. I

---

132

1  believe this was the first one.
2  **Q. This is the first website the company used?**
3  A. I believe so.
4  **Q. From what time period would that have been**
5  **approximately? Early 2011?**
6  A. I believe so, yes.
7  **Q. Do you think this would represent the home page?**
8  A. I don't believe this was the home page though.
9  **Q. You believe it was a page from the Roca Labs**
10 **website?**
11 A. Yeah.
12 **Q. From 2011 -- early 2011?**
13 A. Yes.
14 **Q. What drugs was the company selling at the time?**
15 A. No drugs.
16 **Q. What research was the company doing at the time?**
17 A. I'm not aware.
18 **Q. What facilities did the company have in Paris,**
19 **Australia, Sweden, or Florida?**
20 A. I'm not aware.
21 **Q. And the lady you referred to as Morgan on the**
22 **left-hand side of the page, do you know if she was a**
23 **doctor?**
24 A. She's an actress.
25 **Q. Have you seen Exhibit 24 before, I guess is my**

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                          1/27/2017

---

133

1  only other question.
2  A.  (No audible response.)
3  Q.  I'm sorry, back to 24.  You had seen it before;
4  correct?
5  A.  I believe, yes, it was on the website, yes.  I do
6  remember those images, yes.
7  Q.  Let's move on to 25 now.  Do you remember seeing
8  Exhibit 25 before -- or the images and text that are in
9  it?
10 A.  Yes.
11 Q.  What is in Exhibit 25?
12 A.  The videos of Morgan, of how to use it and what is
13 it.
14 Q.  Okay.
15 A.  You have the picture that shows, you know, eating
16 a teaspoon and how it goes into your system, and the
17 text is what is it gastric bypass no surgery and...
18 Q.  Just generally speaking, where do you think you
19 have seen what's in Exhibit 25 previously?
20 A.  The Roca Labs site, or the Nutraceuticals site.
21 Q.  Would that have been different than
22 "rocalabs.com"?
23 A.  No.  I'm not a hundred percent sure, but I believe
24 this one was the first site.  I am just so just to
25 saying Roca Labs, but I believe Nutraceuticals was

---

134

1  first.
2  Q.  What do you mean first?
3  A.  When I first started I believe it was the -- I
4  just think the Nutraceuticals was first for some
5  reason.  Because I always remember stressing the Paris,
6  Australia, and Sweden and Florida.  I'm always saying
7  that we had companies there.  I always recall that.
8  Q.  The Nutraceuticals site, was that a different
9  domain name than "rocalabs.com"?
10 A.  No.  It was always "rocalabs.com."
11 Q.  But it was just shown with a logo Nutraceuticals?
12 A.  Yes.
13 Q.  As distinct from --
14 A.  I believe so, yeah.
15 Q.  But the product was still the same?
16 A.  Product was still the same.
17 Q.  And the advertising that's shown in Exhibit 25 is
18 that still the same?
19 A.  Yes.
20 Q.  If there was a Sweden office, who would know that?
21 A.  Don.
22 Q.  Same with Paris, Australia as well?
23 A.  Yes.
24 Q.  Do you know if this page from Exhibit 25, was used
25 on any website other than "rocalabs.com"?

---

135

1  A.  I am not sure.
2  Q.  But you do recognize it from the "rocalabs.com"
3  website?
4  A.  I do believe, yes.  I do recall these images, yes.
5  Q.  And this would have been in 2011?
6  A.  Yes.
7  Q.  Probably early you think?
8  A.  Yes.
9  Q.  Let's move on to Exhibit 26, please.  And tell me
10 if you recognize the images and text you see in Exhibit
11 26?
12 A.  Yes, I see, again, the Morgan video, What Is it.
13 I see Dr. Ross, at the bottom, Live Advice.  I see the
14 images at the bottom showing the supply, the jar of the
15 mixture, and the effect showing it inside and the
16 result, and the payment.  Telling you what a dose in
17 the morning does, yes.
18 Q.  And how are you familiar with the text and images
19 on Exhibit 26?
20 A.  This isn't anything that I wrote.  This all Don's
21 writing.
22 Q.  Say that again; I'm sorry.
23 A.  This isn't anything that Josh and I wrote.  This
24 is all new writings now.
25 Q.  Do you know when you first saw this information on

---

136

1  Exhibit 26?
2  A.  This is a new site now.
3  Q.  New domain name or new --
4  A.  Yeah, this is a --
5  Q.  -- or site?
6  A.  I don't think it's a new domain name.  It should
7  still be "rocalabs.com".  But this is a new website.
8  They redid the whole website.
9  Q.  As of when?  As of what time?
10 A.  (No audible response.)
11 Q.  Or date I should say.
12 A.  I believe -- I am not quite sure.
13 Q.  Would it have been after 2011?
14 A.  I believe so.
15 Q.  Do you believe in was 2012?
16 A.  Yes, definitely.
17 Q.  Who are the "they" that redid the website?  Are
18 you talking about Jurvain?
19 A.  Yeah, Mr. Jurvain and I believe Fahad and Mozy
20 would have been there doing it.
21 Q.  Do you know if Fahad and Mozy were doing any of
22 the --
23 A.  Oh, no, I'm sorry, Mozy was the programmer.  Mozy
24 would just be the TeamDesk.  This is Fahad's specialty,
25 you know, doing this.

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                                    1/27/2017

137

1    Q.  You're pointing to the layout and the --
2    A.  The layout --
3    Q.  Artwork and stuff?
4    A.  -- and all, yes.
5    Q.  But the words and the content would have been
6    coming from Mr. Jurvain?
7    A.  Yeah.  And I mean he's gone through writers and
8    all so, but the wording is Don.  You know, I am sure he
9    took some stuff from the old site and he brought it
10   over and -- you know, the words.
11   Q.  So, turning to the second page-Exhibit 26.  Do you
12   see the image in the center of the that page?
13   A.  Yes.
14   Q.  There's the woman I believe you referred to as
15   Morgan on the left --
16   A.  Uh-huh.
17   Q.  -- and who is that on the right?
18   A.  That's another actress.
19   Q.  Do you remember her name?
20   A.  I don't remember her name.  I don't know -- I
21   believe it may be Donna, I'm not sure.
22   Q.  Is that her real name or her character name?
23   A.  I'm not sure.
24   Q.  But you do recall she was an actress?
25   A.  Oh, yeah, most definitely an actress.

138

1    Q.  She was one of the actresses --
2    A.  Yes.
3    Q.  -- who was in videos that you helped write?
4    A.  Yes.
5             MR. SUTTLEMYER:  Let's go off the record
6    for a second.
7                      - - -
8             (Discussion held off the record.)
9                      - - -
10            (Website Screenshot marked FTC's
11   Exhibit No. 27, for identification.)
12                     - - -
13            (Website Screenshot marked FTC's
14   Exhibit No. 28, for identification.)
15                     - - -
16            (Website Screenshot marked FTC's
17   Exhibit No. 29, for identification.)
18                     - - -
19            (Website Screenshot marked FTC's
20   Exhibit No. 30, for identification.)
21                     - - -
22            (Website Screenshot marked FTC's
23   Exhibit No. 31, for identification.)
24                     - - -
25            MR. SUTTLEMYER:  Ms. King we have just

139

1    handed you four more documents marked -- sorry, five
2    more documents marked as Exhibit 27 through 31.
3             While you are looking those over I will
4    read off, for the record, what those Bates numbers are
5    for those.
6             Exhibit 27 begins with FTC-PROD-012393
7    through 2405.
8             Exhibit 28 is a document that was
9    previously attached as Attachment A to the FTC Second
10   Request for Admissions to the Defendants.
11            Exhibit 29 was marked as that Attachment
12   B to the FTC's Second Request to the Defendant.
13            Exhibit 30 marked as Attachment F to the
14   FTC's Second Request for Admission to the Defendants.
15            Exhibit 31 is a composite of the
16   documents marked Attachments C, D, and E to the FTC's
17   Second Request for Admissions.
18   BY MR. SUTTLEMYER:
19   Q.  Ms. King, do you recognize the text and images on
20   Exhibit 27?
21   A.  (No audible response.)
22   Q.  Or what do you think the text and images from
23   Exhibit 27 are from?
24   A.  Kind of a knowledge base kind of thing.
25   Q.  Can you be more specific?

140

1    A.  It's like a -- you know, click on it, you know,
2    what is it?  You would click on it, it would tell you
3    what it is.
4    Q.  Where would this have been accessible on the web?
5    A.  On the website.
6    Q.  On the "rocalabs.com" website?
7    A.  Yeah, the "rocalabs.com."  That's what it looks
8    like.
9    Q.  I know the printing is not is great on this but do
10   are you recognize the different blocks of texts
11   throughout the document from the Roca Labs website?
12   A.  Yes.
13   Q.  Approximately, when do you think this text would
14   have been used on the Roca Labs website?
15   A.  2013, maybe.
16   Q.  Maybe late 2012?
17   A.  Maybe, yeah.  Dr. Ross.
18   Q.  You've mentioned Dr. Ross a couple times, who is
19   Dr. Ross?
20   A.  Yeah.  Don brought him on board to help with some
21   research and go over customers' applications and give
22   them some advice.
23   Q.  And that's Ross Finesmith; is that correct?
24   A.  That's correct.
25   Q.  You mentioned previously that you had little

FTC v. Roca Labs, Inc., et al.                                                    1/27/2017

---

141

1    intersection with Dr. Whiting.  Do you know if
2    Dr. Whiting was ever -- was a medical doctor?
3    A.  No, he's not.  I don't believe he's a medical
4    doctor.  I think he's got a Ph.D. in counseling or
5    something like that.
6    Q.  So you never understood him to be --
7    A.  No.
8    Q.  -- you know, hold himself out as a doctor of
9    medicine?
10   A.  No.
11   Q.  Looking at the page marked at the bottom, 2397
12   through 2398, specifically.  Can you take a moment look
13   that over, and let me know if you recognize the text in
14   "Lose Weight at a Healthy Rate" and the chart, and the
15   "So, how much will you lose in a month if you eat HALF"
16   language.
17   A.  Yes, I recall this being on there.
18   Q.  Do you recall how long language that shown in the
19   "Lose Weight at a Healthy Rate," and the "So, how much
20   will you lose" sections was on the "rocalabs.com"
21   website?
22   A.  I believe it's been up until 2015.
23   Q.  From about what time?
24   A.  (No audible response.)
25   Q.  Going how far back, do you think?

---

142

1    A.  I believe since 2011.
2    Q.  And this has been on the Roca Labs website, this
3    knowledge base publically available to consumers
4    whether they were purchasers or not; is that right.
5    A.  That's correct.  I don't believe the chart has
6    been up, but I believe it's always been, you know.
7    Q.  What about the chart, when do you think the chart
8    was up?
9    A.  I think the chart probably just came up about
10   probably in 2012 is when they getting fancy with the
11   images and all.  When they redid to the website really
12   nice.
13   Q.  So, back in probably, say, late 2012 and then on
14   into 2015 you think there was a chart like that?
15   A.  Yeah, when they redid the website is when they got
16   nicer with that stuff.
17   Q.  Let's move on to Exhibit 28.  Do you recognize the
18   text and images on Exhibit 28?
19   A.  Yes.
20   Q.  Where do you recognize that from?
21   A.  I believe this was the landing page.
22   Q.  For the "rocalabs.com" website?
23   A.  Yes.
24   Q.  Around what time period do you think?
25   A.  2013 I believe.  I think that's the lab, I can't

---

143

1    tell, it's kind of faded.  I think that's supposed to
2    be the lab up there under where it says Roca Labs
3    Nutraceuticals.
4    Q.  So that long image with --
5    A.  Yeah.
6    Q.  Page 1?
7    A.  Yes.  We were told -- yeah, I believe that's the
8    lab where they make the formula.
9    Q.  And was there -- what was behind the
10   "Doctors/Surgeon Portal"?
11   A.  Nothing.  It would lead you to nowhere.  It would
12   say:  Enter a Code.  I don't believe it was really
13   functional, that I'm aware of.
14   Q.  How do you know it was -- why do you believe it
15   was not really functional?
16   A.  I mean I'm not -- I'm not aware that it was
17   functional.  I'm not aware that we had doctors using
18   that.  I'm not aware of doctors ordering through there.
19          I mean we had doctors order from other
20   countries and they would come through me, you know, or
21   through somebody else, and we would get it shipped out
22   to them.  They weren't able the use that portal.
23   Q.  What about the "Pharmaceuticals' Portal"?
24   A.  That, again, was not functional as well.
25   Q.  Why do you believe that?

---

144

1    A.  We would have people come in and say that, you
2    know, it didn't work.
3    Q.  Let's move on to Exhibit 29, please.
4          Do you I recognize the text and images
5    in Exhibit 29?
6    A.  Yes.
7    Q.  What do you recognize the text and images from?
8    A.  This is from the Roca Labs website.
9    Q.  Around what timeframe?
10   A.  This is about 2013, I'd say.  It's showing like a
11   before and after, and it shows the kit.
12   Q.  Looking on the first page of Exhibit 29, on the
13   right-hand side, there's the wording "success Stories,"
14   vertically, between the images of two men.  Do you see
15   that?
16   A.  Uh-huh.
17   Q.  Do you know who those two men were?
18   A.  No.  They're just from the web.
19   Q.  They're stock photography?
20   A.  They're stock photography.
21   Q.  They are not Roca Lab's customers?
22   A.  No, they are not.
23   Q.  What about turn to go the next page.  There's a
24   "New York Times" headline.  Do you see that?
25   A.  I do.

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

King

FTC v. Roca Labs, Inc., et al.                                                    1/27/2017

---

145

1    Q.  It says "gastric capacity was reduced 27 percent
2  to 36 percent in one month."  Do you see that?
3    A.  I do.
4    Q.  Do you know what that article was about?
5    A.  I do not.
6    Q.  Do you know if New York times has ever written an
7  article about Roca Labs, or its products?
8    A.  Not that I'm aware of.
9    Q.  What's the image below that of the young -- of the
10  young woman down with the bare feet, on the second
11  page.  What is that showing?
12    A.  That would show what fat does to your body.  Like
13  if you clicked on the red dots it would show what harm
14  fat would do, you know, what fat does to your stomach
15  region your thighs, your heart, what impact it has on
16  your brain.  That was like an interactive thing.
17    Q.  Referring back to the stock photography image on
18  Page one, was that used in other Roca Labs pages and
19  social media sites?
20    A.  Yes.
21    Q.  About how long was that image used?
22    A.  This particular image?
23    Q.  That's right.  The success stories.
24    A.  I'm not sure.  It wasn't always just him.  There
25  was the women that was used.

---

146

1    Q.  So, there was other stock photography that was
2  used on the websites?
3    A.  Yeah.  It would be used for doctors or just for
4  the Live Advise people and all.
5    Q.  So, some of the images would show stock
6  photography instead of actual customers; right?
7    A.  Yes.
8    Q.  Now, looking at the last page of Exhibit 29 --
9  sorry the second to last page, down at the bottom.
10  There's four individuals listed Carmen, Tanya, Scotty,
11  and Loren.  Do you see those?
12    A.  Uh-huh.
13    Q.  Now, Loren is that an actress?
14    A.  Loren is an actress.
15    Q.  Who is Scotty?
16    A.  Scotty is a gentlemen on You Tube.  He is a
17  customer.
18    Q.  What about Tanya?
19    A.  Tanya is a customer.
20    Q.  And Carmen?
21    A.  Carmen is also a customer.
22    Q.  Did the company make contact -- was Loren a
23  customer, or just an actress?
24    A.  No, just an actress.
25    Q.  How did the company come into contact with Carmen?

---

147

1    A.  I just found her video on You Tube.
2    Q.  And what about Tanya, how did you come in contact
3  with Tanya?
4    A.  I believe -- I am not sure if we found her You
5  Tube, or she wrote to us.
6    Q.  What about Scotty, how did you find him?
7    A.  Scott we found his You Tube.
8    Q.  When you say "we" you mean --
9    A.  It was -- it might have been me, it might have
10  been customer service.
11    Q.  Was there any sort of effort made on an ongoing
12  basis to seek out You Tube videos of people that the
13  company thought were customers?
14    A.  Yeah, we would -- on the downtime we would tell
15  her customer team to -- on your downtime go on
16  You Tube search Roca Labs and find our success stories.
17    Q.  Let me ask you this:  Did you recruit Sharon
18  Hensley to be a success coach?
19    A.  I did.
20    Q.  What process did you go through to decide, you
21  know, to seek her out as a success coach?
22    A.  She approached us for a reorder.  I believe it
23  was -- I don't know if it was her first or second
24  reorder, and I asked her how she was doing and she told
25  me how much weight she lost.  And I said:  Hey, to Don,

---

148

1  look this would be great, you know, she would make a
2  great coach.  You know she's lost -- I believe she lost
3  like 60 pounds or whatever, you know this is who you
4  need for your customers.  Who better to talk to your
5  customers than someone who's lost weight.
6    Q.  Right.
7    A.  So, I --
8    Q.  In your experience, how representative was a story
9  like Sharon Hensley's about the magnitude of weight
10  loss.  Was that something that was unusually or
11  something that you saw frequently?
12    A.  No, I saw it frequently.  I saw a lot of customers
13  that had success.  Sarah, Sarah Durso was one.
14        I mean the thing is I would see a lot
15  that had success at first, you know, were doing good.
16  Same thing with Brian, I am going to bring him up
17  because Brian came and wrote a letter -- a thank you
18  letter saying that, you know, this is the best thing
19  that has ever happened to him.  You know, he didn't
20  think he would ever lose the weight.
21        I mean that's how I found them from
22  losing weight.  Same thing with Tarez (ph), you know, I
23  found them for reordering, I -- you know, they lost
24  weight, so, I would recruit them that way.  I didn't go
25  about, you know, looking at You Tube, I didn't want to

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

King

FTC v. Roca Labs, Inc., et al.                                                                                  1/27/2017

---

149

1  get them that way.
2  Q.  Okay.
3  A.  Sometimes, you know, I would -- the one woman that
4  was a nun, Sister...
5  Q.  Sister Ann?
6  A.  Sister Ann.  She approached me -- she didn't lose
7  the weight she asked if she could have the product for
8  free because she didn't have any money.  You know, you
9  take a vow of poverty.  She wanted -- she said:  I
10  don't care if it's expired I just need help.  I'm a
11  school teacher, I can't keep up the my kids.  So, I
12  offered to send her product for free, you know, to help
13  her out.  So, that's just one.
14         And the one that you don't -- that her
15  face is covered she lost 90 pounds.  So, these people
16  were real people that really lost the weight and we
17  asked them to be coaches.  Same with Darlene Glo (ph),
18  they want a reorder and that's how I approached them.
19  Q.  So, typically you would only become aware of
20  people who had these type success stories if they were
21  reordering; is that right?
22  A.  If they reorder, yes.
23  Q.  But if people just had one order and didn't
24  succeed, or did, you wouldn't know; is that right?
25  A.  Right.

---

150

1  Q.  Numerically, about how many people do you think
2  that over the years you were working with Roca Labs you
3  identified as people being successful with the product
4  and might be interested or suited to be success
5  coaches?
6  A.  Over the years how much I think would be suited?
7  Q.  Yes.
8  A.  Oh, my God, that's a hard number.  I don't know.
9  Q.  Do you think it was more than 50?
10  A.  Oh, yeah.
11  Q.  More than a hundred?
12  A.  Yeah.  I had one man that lost 200 pounds and went
13  sky diving.  I mean A lot of people are so private
14  about their weight loss they don't want people to know.
15         He showed me his video, said:  Don't
16  tell anybody.  I don't want to be a coach.  I don't
17  want you to show my pictures to your boss or anything
18  it's just between me and you Sharon.  You know, I
19  didn't even tell Don.  You know, it was just like I had
20  the communication with him, so you know.
21  Q.  Do you think it was more than like maybe a couple
22  a month or thereabouts?
23  A.  It was more than a couple a month.  I would say,
24  you know, maybe about 20 a month.  I would say about 20
25  a month.

---

151

1  Q.  With the information that these people were giving
2  you, Roca Labs wasn't doing anything to otherwise
3  monitor their health, weight loss, what they were doing
4  to lose weight, or anything like that; right?
5  A.  No.
6  Q.  Let's look at Exhibit 30, and tell me if you can
7  identify the two things marked as Items 1 and 2 in
8  Exhibit 30, the two listings.
9  A.  Mini gastric bypass four-eight, and Roca Labs
10  Official Site.
11  Q.  Do you recognize those two items?
12  A.  Yes.
13  Q.  What are those?
14  A.  They are basically the same site.  Mini gastric
15  bypass is just a smaller site of Roca Labs.
16  Q.  But these are search ads; right?
17  A.  Yes, they're search ads.
18  Q.  And each leads to a different domain name; is that
19  right?
20  A.  Yes.
21  Q.  And was Roca Labs running a lot of these type of
22  ads that you recall, or do you not have a lot of
23  experience?
24  A.  I don't have a lot of experience with that.  I
25  didn't do much with the ads.

---

152

1  Q.  But you do recall seeing them?
2  A.  I do recall seeing them, yes.
3  Q.  Let's move onto Exhibit 31.  Do you recognize the
4  text and images in Exhibit 31?
5  A.  That's the video of Morgan and Loren, I believe.
6  Yeah, it's just the same as on the mini site.
7  Q.  Exhibit 31 is on the mini site?
8  A.  Yes.
9  Q.  And you're saying it's the same as what was on the
10  "rocalabs.com" site, basically?
11  A.  Yes.  These videos are also on "rocalabs.com"
12  site.
13  Q.  Why don't you look at the different pages in
14  Exhibit 31, and let me know if your answer is the same
15  for all of the pages in Exhibit 31.
16  A.  And what would happen here if you went on like
17  "What is gastric bypass surgery," if you click on this
18  it would take you to the "rocalabs.com" site.
19  Q.  So, you're looking at Page 2 of Exhibit 31?
20  A.  Yes, I apologize, yes.
21  Q.  These different questions, 1 through -- 16 through
22  31, if you clicked on a topic you would go to the topic
23  on "rocalabs.com" website?
24  A.  Yes, to the answer.
25  Q.  What about what's happening on Page 3 there?

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                                                    1/27/2017

---

153

1    A.   Morgan video, "What is 'gastric bypass NO
2    surgery'."  That's a stock photo.
3    Q.   Okay?
4    A.   We did have, I think, some Philippine nurses on
5    staff.  Yeah, this is the mini gastric site.
6    Q.   So, looking at the middle of Page 3 of Exhibit 31,
7    the language at the paragraph "Practically Forced to
8    EAT Half."  Would you please take a look at that
9    photograph, please.
10        Do you think that was typical of the
11   Roca Labs website language throughout this period?
12   A.   Yes, it was.
13   Q.   Would that go back to 2011?
14   A.   Yes, it does.
15   Q.   Up through 2015?
16   A.   Yes.
17   Q.   Pretty much up till the filing of the lawsuit; is
18   that right?
19   A.   That's correct.
20        MR. SUTTLEMYER:  Off the record a
21   second.
22               - - -
23        (At 12:58 p.m., there was a lunch
24        recess.)
25               - - -

---

154

1        MR. SUTTLEMYER:  Good afternoon,
2    Ms. King, I just want to remind you, you are still
3    under oath; do you understand?
4        THE DEFENDANT:  Yes.
5        MR. SUTTLEMYER:  Okay.
6    BY MR. SUTTLEMYER:
7    Q.   And the next document I'm going to hand the court
8    reporter to be marked is Exhibit 32.  I would like you
9    to look at that and tell me if you recognize what that
10   is.
11        MR. SUTTLEMYER:  This exhibit is what's
12   previously been attached to the FTC Complaint as C.
13               - - -
14        (Website screenshot marked FTC's
15        Exhibit No. 32, for identification.)
16               - - -
17   BY MR. SUTTLEMYER:
18   Q.   Ms. King, do you recognize these pages in Exhibit
19   32?
20   A.   Yes.
21   Q.   What is Exhibit 32?
22   A.   Gastric Bypass Reviews and Opinions, success
23   stories.
24   Q.   Are these pages from the website
25   "gastricbypass.me"?

---

155

1    A.   Yes.
2    Q.   How do you recognize these pages?
3    A.   How do I recognize?  I can recognize that they are
4    not by Roca Labs by these pictures of the surgeries up
5    to.
6    Q.   You mean "rocalabs.com"; right?
7    A.   Yes.
8    Q.   Do you recognize this as being the Roca Labs site?
9    A.   This was not a Roca Labs site where you order Roca
10   Labs but it was Don Juravin's site, yes.
11   Q.   He authorized the creation of this site?
12   A.   Yes.
13   Q.   Were you involved with the creation of this site?
14   A.   Yes; tommy worked on this.
15   Q.   Tommy who?
16   A.   Tommy, I don't recall his last name.  Tommy helped
17   with the description of the surgeries and all.
18   Q.   The last two pages Exhibit 32, do recognize those?
19   A.   I recognize the videos, yes.  These are customers
20   of the gastric bypass.
21        MR. SUTTLEMYER:  Why don't we go off the
22   record real quick, and the reporter can mark these.
23               - - -
24        (Website screenshot marked FTC's
25        Exhibit No. 33, for identification.)

---

156

1               - - -
2        (Website screenshot marked FTC's
3        Exhibit No. 34, for identification.)
4               - - -
5        (Website screenshot marked FTC's
6        Exhibit No. 35, for identification.)
7               - - -
8        (Website screenshot marked FTC's
9        Exhibit No. 36, for identification.)
10               - - -
11        (Website screenshot marked FTC's
12        Exhibit No. 37, for identification.)
13               - - -
14        (Website screenshot marked FTC's
15        Exhibit No. 38, for identification.)
16               - - -
17        (Website screenshot marked FTC's
18        Exhibit No. 39, for identification.)
19               - - -
20        (Website screenshot marked FTC's
21        Exhibit No. 40, for identification.)
22               - - -
23        MR. SUTTLEMYER:  We're back on the
24   record, and we've had marked as Exhibits 33 through 40,
25   documents that have been handed to Ms. King.

---

39 (Pages 153 to 156)
PX10-26

King

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

---

157

1        And while I read off what these document
2  product numbers are, Ms. King you can take a look at
3  these.
4            Exhibit 33, begins FTC-PROD-006487.
5            Thirty-four with 006512 as a first page.
6            Thirty-five, first page is 006572.
7            Thirty-six is 006575.
8            Thirty-seven is, first page 006632.
9            Thirty-eight, first page 006665.
10           Thirty-nine, first page 006672.
11           Forty, first page 006698.
12  BY MR. SUTTLEMYER:
13  **Q.  Ms. King, do you recognize the documents that have**
14  **been marked as is Exhibits 33 through 40?  Why don't we**
15  **start with 33.  Do you recognize this document?**
16  A.  Yes.
17  **Q.  What is Exhibit 33?**
18  A.  It looks like from the Roca Labs website, a
19  comparison of diet pills to the Formula.
20  **Q.  And Exhibit 33, down at the bottom you will note**
21  **there's a URL "old.rocalabs.com," you see that?**
22  A.  Yes.
23  **Q.  And I believe that's the same on all of the**
24  **Exhibits 33 through 40.  Do you see that?**
25  A.  I do see that.

---

158

1  **Q.  Does that URL give you an understanding of what**
2  **Exhibits 33 through 40 are?**
3  A.  Yes.
4  **Q.  What is that -- what does that tell you about**
5  **these documents?**
6  A.  That it was taken from the old site.
7  **Q.  What do you mean by the old site?  Do you have a**
8  **timeframe that you can give us as to what time these**
9  **pages would have been up on the old site?**
10  A.  I assume from 2012 and 2013, from when Dr. Ross
11  and all came into play, because -- you have to
12  understand Don was constantly, constantly updating the
13  site, always redoing the site.
14  **Q.  Was he redoing and updating the site in terms of**
15  **format and layout, or in terms of the actual content or**
16  **both?**
17  A.  Both.
18  **Q.  So, let's focus then still on the Exhibits 33**
19  **through 40.  You think this represents what would be on**
20  **the "rocalabs.com" website; is that correct?**
21  A.  Correct.
22  **Q.  And that would have been sometime after, or late**
23  **2012 through 2014 perhaps?**
24  A.  Yes.
25  **Q.  Do you think that the lay out and content of the**

---

159

1  **website is -- shown in Exhibits 33 through 40, is**
2  **representative of what the content looked like on the**
3  **"rocalabs.com" website in that time period, late 2012**
4  **through middle of 2014?**
5  A.  I am not sure if it quite looked like this, but I
6  think that's where he definitely took the wording, his
7  information from.
8  **Q.  What about the imagery?**
9  A.  I think the stock photos are the same.  These I
10  can tell you, besides Dr. Ross, are stock photos.  If I
11  am not mistaken the teens are stock photos.  The Teen
12  Girls, and the Girls or stock photos.  And the Teen
13  Boys and the Boys are stock photos.
14  **Q.  Which document are you looking at specifically?**
15  A.  I'm sorry.  I'm on Document 34.
16  **Q.  Exhibit 34.  Okay.**
17  A.  Again, they're all stock photos except Dr. Ross
18  Finesmith.
19  **Q.  So, on Exhibit 34, on the first page there's an**
20  **image of a doctor with the words "Live Advise" across;**
21  **is that correct?**
22  A.  That's correct.
23  **Q.  And that's not a doctor that worked with**
24  **Roca Labs, as far as you know?**
25  A.  As far as I know, no.

---

160

1        If I move on to 35, again stock photos,
2  again except for Dr. Ross, and on the last page the
3  consulting the nurse, that's a stock photo as well.
4  And the video underneath of it, of course, in Loren,
5  the paid actress.
6  **Q.  Is that Loren or Morgan?**
7  A.  I mean Morgan, I'm sorry.
8        Exhibit 36, as you can tell, again, it's
9  just the same information from the old site but written
10  a different way.  There's a graph, calories, more
11  information, more visuals.
12       Exhibit 37 this is stock right here for
13  the lost 135 pounds.
14  **Q.  In lower right-hand corner of the page?**
15  A.  In the lower-left hand.  I believe that's a stock
16  photo.
17  **Q.  Okay.**
18  A.  And this is an actor.  Again, I can't remember his
19  name.
20  **Q.  On the right side on the bottom --**
21  A.  Yes.
22  **Q.  -- 6632.**
23  A.  For the diabetic man.
24  **Q.  Okay.**
25  A.  On the next page they are all stock photos.

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

King

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

---

161

1    Q.  That's on 6633; right?
2    A.  That is correct.
3           Exhibit 38, I really can't see the
4    results, but I believe that -- I think that's the Loren
5    video up there on the left.  I don't know what the
6    other videos are to tell what you they are.
7    Q.  You are talking about in the upper right-hand
8    portion of 6665.  They may true videos I just can't tell.
9    A.  Uh-huh.  They may true videos I just can't tell.
10   Q.  Let's look at the first page again, 6665.  Up at
11   the top there's Google 90,700 results Roca Labs You
12   Tube.  Do you see that?
13   A.  Uh-huh.
14   Q.  What does that number come from, do you know?
15   A.  I'm not sure.  I think if you Google for Roca Labs
16   You Tube.  I'm not sure.
17   Q.  This page "Money back for true success story," are
18   you aware of any customers getting money back for
19   submitting true success stories?
20   A.  Yes, we have given money back for success.
21   Q.  About how many consumers do you think received
22   that type of money back reward?
23   A.  I believe there was a customer Bianca that got
24   50 percent of her money back, or a hundred percent.
25           I'm not sure if Elizabeth Payton got

---

162

1    money back for her success.  I'm not sure, because Don
2    handled the money back.
3    Q.  Okay.
4    A.  I'm not quite sure.  Not -- not hundreds did not.
5    Not many.
6    Q.  Maybe a couple dozen or so, or less?
7    A.  Yes.  You know, and then some -- as you know went
8    on to become success coaches.  Like, you know, Sharon
9    and Tarez and...
10   Q.  Right.
11   A.  And Brian.
12   Q.  Right.
13           Exhibit 39, you recognize as well, of
14   course?
15   A.  Yes.
16   Q.  And then Exhibit 40 is a little different.  It's
17   one marked "Privacy Policy"; right?
18   A.  Uh-huh.
19   Q.  Do you recognize Exhibit 40 from the
20   "rocalabs.com" website?
21   A.  Yes.
22   Q.  Do you know how long a privacy policy of this
23   format was up on the Roca Labs' website?
24   A.  I'm not aware how long it was up.
25   Q.  Do you think it was up in 2014?

---

163

1    A.  I am not sure.  I -- I can't remember.  I know it
2    was one of the attorneys that said we had to put it up.
3    I can't remember which one it was.
4    Q.  But you know it was up there for at least some of
5    the time; right?
6    A.  Yes, I know it was up for some of the time because
7    I recall an attorney saying:  You have to have it up.
8           MS. MARTENY:  Don't reveal anything
9    that -- I am going to object.  Don't tell anything that
10   an attorney told you.  That would be privileged.
11           THE WITNESS:  Sorry.
12           MR. SUTTLEMYER:  Okay.  I will not pry
13   further.
14   BY MR. SUTTLEMYER:
15   Q.  So, just had going back over, you know,
16   collectively Exhibits 33 through 40, these were all
17   available to customers and prospective customers of
18   Roca Labs; is that right?
19   A.  That's correct.
20           MR. SUTTLEMYER:  Let's pause for a
21   moment.  Go off the record.
22           -  -  -
23           (Discussion held off the record.)
24           -  -  -
25           (Website screenshot marked FTC's

---

164

1    Exhibit No. 41, for identification.)
2           -  -  -
3    (Website screenshot marked FTC's
4    Exhibit No. 42, for identification.)
5           -  -  -
6    (Website screenshot marked FTC's
7    Exhibit No. 43, for identification.)
8           -  -  -
9    (Website screenshot marked FTC's
10   Exhibit No. 44, for identification.)
11          -  -  -
12   (Website screenshot marked FTC's
13   Exhibit No. 45, for identification.)
14          -  -  -
15   (Website screenshot marked FTC's
16   Exhibit No. 46, for identification.)
17          -  -  -
18   (Website screenshot marked
19   Commonwealth's Exhibit No. 47, for
20   identification.)
21          -  -  -
22   (Website screenshot marked
23   Commonwealth's Exhibit No. 48, for
24   identification.)
25   MR. SUTTLEMYER:  So, with while Ms. King

---

41 (Pages 161 to 164)
PX10-28

Case 8:15-cv-02231-MSS-CPT   Document 210-19   Filed 04/26/18   Page 33 of 137 PageID 9569
King
FTC v. Roca Labs, Inc., et al.                                          1/27/2017

165

1 you looking at documents marked as Exhibits 41 through
2 48, I am going to read off the starting page numbers of
3 those. For the record.
4          Exhibit 41, first page FCC-PROD-001952.
5          Forty-two begins with 011959.
6          Forty-three begins with 011962.
7          Forty-four begins with 011967.
8          Forty-five begins with 012005.
9          Forty-six begins with 012011.
10         MR. DAVIS: Is 46 011 or 001?
11         MR. SUTTLEMYER: Forty-six?
12         MR. DAVIS: Yes.
13         MR. SUTTLEMYER: 012011.
14         MR. DAVIS: Thank you.
15         MR. SUTTLEMYER: Forty-seven begins with
16 012090.
17         Forty-eight begins with 012223.
18 BY MR. SUTTLEMYER:
19 Q. Ms. King, can you first look at the exhibits. We
20 are going to take 41 through 44, please. Do you
21 recognize Exhibits 41 through 44?
22 A. Yes.
23 Q. Make it through 45, those are all from the same
24 website. Do you recognize Exhibit 45 as well?
25 A. Yes.

166

1 Q. What do you recognize Exhibits 41 through 45 from?
2 A. Roca website.
3 Q. And this is "rocalabs.com" website from what time
4 period do you think?
5 A. 2014.
6 Q. These again were different pages from the
7 "rocalabs.com" website that were publically accessible
8 to customers and prospective customers?
9 A. That's correct.
10 Q. You interacted with these pages during this
11 timeframe; is that correct?
12 A. Yes.
13 Q. Let me ask you a question backing up to your
14 history working with Roca Labs for a moment.
15       You have mentioned that there were
16 different times in which you would work fewer hours a
17 week, maybe only a couple hours a day, or you might
18 work primarily with attorneys and that sort of thing.
19 Do you recall us talking about that?
20 A. Yes.
21 Q. Throughout that whole time, were you also still
22 engaging with the Roca Labs website on an ongoing
23 basis?
24 A. Yes.
25 Q. So, there was not a time period between late 2010

167

1 and until you parted ways with Roca Labs where you
2 weren't routinely interacting with the website; does
3 that sound the correct?
4 A. That's correct.
5 Q. Let's move on to Exhibits 46 and 47. Do you
6 recognize what's in Exhibit 46 and Exhibit 47 --
7 actually, pardon me. Let's just look at 46 first.
8 A. Yes.
9 Q. Do you recognize Exhibit 46?
10 A. Yes.
11 Q. What is Exhibit 46?
12 A. This, again, is the mini site. The mini gastric
13 bypass, mini site.
14 Q. Turn if you could please to the fourth page of
15 Exhibit 46, the one with the number 014 at the bottom.
16 Do you see that?
17 A. Yes.
18 Q. What is shown on this page?
19 A. This is the" Qualify and Order" page.
20 Q. And people would be able to enter in the
21 information called for to order Roca Labs products on
22 this page; is that right?
23 A. That's correct.
24 Q. And up at the top there is the language, "This
25 information will be kept confidential and will NOT be

168

1 shared." Do you see that?
2 A. (No audible response.)
3 Q. About a third of the way down.
4 A. I see it, yes.
5 Q. Consumers had to use a form like this to able to
6 order the product; is that right?
7 A. That's correct.
8 Q. Let's move on to Exhibit 47. Do you recognize
9 Exhibit 47?
10 A. Yes.
11 Q. What is Exhibit 47?
12 A. It is from the Roca Labs site.
13 Q. Again "rocalabs.com" site?
14 A. That's correct.
15 Q. What's being discussed on the first two -- three
16 pages of -- well, yes, first three pages of Exhibit 47?
17 A. "Dancing With The Stars." Stating that the
18 celebrities that have reviewed the Roca Labs gastric
19 bypass no surgery.
20 Q. The gentlemen pictured at the bottom of -- I guess
21 maybe depending how you orient it, on Page 2090, is
22 Alfonso Ribeiro; is that correct?
23 A. Yes.
24 Q. Was he a Roca Labs customer?
25 A. No.

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

---

169

1    Q.  He's shown, again, on the next page with Sharon
2    Hensley; is that correct?
3    A.  That's correct.
4    Q.  Who wrote the verbiage that appears in Exhibit 47?
5    A.  I don't know.
6    Q.  You were not involved with it?
7    A.  I was not involved.
8    Q.  Okay.  Thank you.
9         Let's look at Exhibit 48 next.  And tell
10   me, please, if you recognize Exhibit 48?
11   A.  From the "rocalabs.com" site.
12   Q.  This is from about from what time?
13   A.  Two-thousand -- the same time, 2015, '14.
14   Q.  So, you think 47 and 48 were both from around the
15   same time?
16   A.  Yeah, the same time.
17   Q.  Late 2014 maybe?
18   A.  Yes.
19   Q.  Early 2015?
20   A.  Yeah.
21   Q.  And on the first page of Exhibit 48, Page No. 223,
22   up at the top there's a big picture there "Celebrity
23   News, Dance Withing The Stars"; is that correct?
24   A.  That's correct.
25   Q.  Is this from the same "Dancing With The Stars"

---

170

1    event?
2    A.  Yes.
3    Q.  And Holker, who's pictured here, was not a
4    Roca Labs customer; is that right?
5    A.  That's correct.
6    Q.  Look at the image on the left-hand side of Exhibit
7    48, the one showing the tub of -- or container of
8    Roca Labs mixture and the stomach with the dotted line
9    across it.  Do you see that?
10   A.  Uh-huh.
11   Q.  Is that an image that occurred frequently across
12   Roca Lab's websites and social media pages throughout
13   the time were you working with Roca Labs?
14   A.  Yes.
15   Q.  Turning to -- looking on the right-hand column and
16   turning to the remaining pages, there are more videos
17   with the woman you identified as Morgan; is that
18   correct?
19   A.  Yes.
20   Q.  There are also more videos with the gentlemen in
21   the lab coat whose name you don't recall; is that
22   correct?
23   A.  That's correct.
24        MR. SUTTLEMYER:  Let's pause again.
25              - - -

---

171

1         (Discussion held off the record.)
2              - - -
3         (Website screenshot marked FTC's
4         Exhibit No. 49, for identification.)
5              - - -
6         (Website screenshot marked FTC's
7         Exhibit No. 50, for identification.)
8              - - -
9         (Website screenshot marked FTC's
10        Exhibit No. 51, for identification.)
11   BY MR. SUTTLEMYER:
12   Q.  Ms. King, you have been handed documents mark 49
13   through 51, and while I read off to the first page
14   numbers you can have a look at those.
15        MR. SUTTLEMYER:  Exhibit 49 begins with
16   FTC-PROD-012424.
17        Exhibit 50 begins with 001370.
18        Fifty-one begins with 004133.
19   BY MR. SUTTLEMYER:
20   Q.  Ms. King, looking first at Exhibit 49, do you
21   recognize the text and images in Exhibit 49?
22   A.  Yes.
23   Q.  What do you recognize the text and images in
24   Exhibit 49 from?
25   A.  I remember this from the "rocalabs.com" site when

---

172

1    they were -- target being for like each person that
2    would use this.  This one looks like it was, like, for
3    when -- asking if a child could use the Formula.
4    Q.  Do you know about how long, during what timeframe
5    this page shown in Exhibit 49 was on the "rocalabs.com"
6    website?
7    A.  I am going to say for about a year, maybe '13 to
8    '14.  I remember he was looking for teens, and how to
9    use it.  So, maybe 2013, 2012 to 2014.
10   Q.  So it was up at least a couple years; is that
11   right?
12   A.  Yeah.  I believe so.
13   Q.  The next document we will look at is Exhibit 50.
14   Do you recognize Exhibit 50?
15   A.  Yes.
16   Q.  What do you recognize Exhibit 50 from?
17   A.  Just from the "rocalabs.com" site.
18   Q.  This was a document from your document production.
19   Do you know why you would have had that?
20   A.  I don't know why I would have had.  There may have
21   been spelling error I had to show somebody.  That is
22   the only reason I would have had it.  Because I did not
23   do any writing on any of the new sites.
24   Q.  Do you know who did do the writing on the new
25   sites primarily?

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

PX10-29a

King

FTC v. Roca Labs, Inc., et al.                                          1/27/2017

---

173

1    A.  Don.
2    Q.  Was there anybody else involved in writing of the
3    new sites?
4    A.  I am not sure.  Only Don and I think -- only Don
5    had access to write on the new sites and I think
6    maybe -- just Don, I believe.  I don't know what other
7    writers he might have had to actually go in and change
8    anything on the website.
9    Q.  And in terms of new site, do you mean --
10   A.  I'm sorry.  I don't mean the new site per se.  I
11   mean like when he would, like, change anything on the
12   site, or update, or do --
13   Q.  Okay.
14   A.  I don't know anyone who had access to actually go
15   in.
16   Q.  So that would have been not necessarily just since
17   the lawsuit you mean any time even before that; right?
18   A.  Exactly.
19   Q.  Any time there was a new iteration of a page that
20   would have been Mr. Jurvain's responsibility?
21   A.  Yes.
22   Q.  Or he would have at least had control over how
23   that happened?
24   A.  Right.  He may have said: Hey, Jack, go in and
25   fix that.  Because Jack would you know be able to do

---

174

1    the artwork, or fix the writing under artwork or
2    something.
3    Q.  Aside for maybe editing help with the language,
4    Mr. Jurvain was the primary source of the content for
5    the Roca Labs website from the time you started through
6    the time you stopped working for the company; right?
7    A.  As far as I know, yes.
8    Q.  Let's look at Exhibit 51.  Do you recognize
9    Exhibit 51?
10   A.  This is, again, the mini site.  I didn't really
11   use too often.  I didn't really use this website often.
12   I didn't go on it often.
13   Q.  So, yes, you recognize it?
14   A.  I recognize it, yes.
15   Q.  And you did work with it some; right?
16   A.  I did work with it some.  Not as much as
17   "rocalabs.com."
18   Q.  Do you have any idea about how long this
19   particular page in Exhibit 51 was on the Roca Labs mini
20   site?
21   A.  To be honest, no.  I really did not go on that
22   site that much.
23   Q.  Okay.  Thank you.
24        MR. SUTTLEMYER:  Take another quick
25   break.

---

175

1        - - -
2        (Website screenshot marked FTC's
3        Exhibit No. 52, for identification.)
4        - - -
5        (Website screenshot marked FTC's
6        Exhibit No. 53, for identification.)
7        - - -
8        (Website screenshot marked FTC's
9        Exhibit No. 54, for identification.)
10       - - -
11       (Website screenshot marked FTC's
12       Exhibit No. 55, for identification.)
13
14       - - -
15       (Website screenshot marked FTC's
16       Exhibit No. 56, for identification.)
17       - - -
18       (Website screenshot marked FTC's
19       Exhibit No. 57, for identification.)
20       - - -
21       (Website screenshot marked FTC's
22       Exhibit No. 58, for identification.)
23       - - -
24       (Website screenshot marked FTC's
25       Exhibit No. 59, for identification.)

---

176

1        - - -
2        (Website screenshot marked FTC's
3        Exhibit No. 60, for identification.)
4        - - -
5        (Website screenshot marked FTC's
6        Exhibit No. 61, for identification.)
7        - - -
8        (Website screenshot marked FTC's
9        Exhibit No. 62, for identification.)
10       - - -
11       (Website screenshot marked FTC's
12       Exhibit No. 63, for identification.)
13       - - -
14       (Website screenshot marked FTC's
15       Exhibit No. 64, for identification.)
16       - - -
17       (Website screenshot marked FTC's
18       Exhibit No. 65, for identification.)
19       - - -
20       (Website screenshot marked FTC's
21       Exhibit No. 66, for identification.)
22       - - -
23       (Website screenshot marked FTC's
24       Exhibit No. 67, for identification.)
25       - - -

---

44 (Pages 173 to 176)

King

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

---

177

1          (Website screenshot marked FTC's
2          Exhibit No. 68, for identification.)
3               - - -
4          MR. SUTTLEMYER:  Ms. King, while you are
5      looking at documents that have been marked as Exhibit
6      52 through 68 I am going to read off the first page
7      number of each.  They're all beginning with the prefix
8      FTC-PROD.  These are the native virgin of these
9      documents that have been produced with these numbers
10     stamped on them.
11         Fifty-two is FTC-PROD-005247.
12         Fifty-three, 005298.
13         Fifty-four, 005301.
14         Fifty-five, 005317.
15         Fifty-six, 005325.
16         Fifty-seven, 005327.
17         Fifty-eight, 006244.
18         Fifty-nine, 006259.
19         Sixty, 006266.
20         Sixty-one, 006281.
21         Sixty-two, 006291.
22         Sixty-three, 006299.
23         Sixty-four, 006311.
24         Sixty-five, 006315.
25         Sixty-six, 006326.

---

178

1          Sixty-seven, 006329.
2          Sixty-eight, 006351.
3      BY MR. SUTTLEMYER:
4      Q.  Ms. King, tell me if you recognize the documents
5      marked as Exhibits 52 through 62.  And maybe it's
6      simplest if we just take them one at a time.  And you
7      can tell me, yes, you do, and where you recognize it
8      from.  Specifically if you remember it from the
9      "rocalabs.com" website.  Okay?
10     A.  Okay.
11     Q.  Do you recognize Exhibit 52?
12     A.  Yes, from "rocalabs.com."
13     Q.  And do you know around what timeframe?
14     A.  2014.
15     Q.  Could it have also been later?
16     A.  Yes, 2015, because of "Dancing With the Stars."
17     Q.  Okay.
18         And just the first page of Exhibit 52
19     depicts an individual -- I'm going to mispronounce the
20     name Artam, A-r-t-a-m, Chigvintsev,
21     C-h-i-g-v-i-n-t-s-e-v -- is that correct?
22     A.  I don't know how you say name either.
23     Q.  I'm not asking for the correction and the spelling
24     just if that's who that individual is.
25     A.  Yes.

---

179

1      Q.  Was he a Roca Labs' customer?
2      A.  No.
3      Q.  And by Roca Labs, did he ever use the Roca Labs'
4      product, as far as you know?
5      A.  Not as far as I know.
6      Q.  Let's look at Exhibit 52.  Do you recognize
7      Exhibit 52?
8      A.  Yes.
9      Q.  What is Exhibit 52?
10     A.  This is from the "rocalabs.com" site.
11         MR. DAVIS:  Fifty-three?
12         MR. SUTTLEMYER:  Sorry.
13     BY MR. SUTTLEMYER:
14     Q.  Yes, 53, are the "rocalabs.com" website; correct?
15     A.  Correct.
16     Q.  And again around the same 2014/2015 timeframe is
17     what you recognize?
18     A.  Yes.
19     Q.  And if you don't agree with my characterization
20     please feel free to correct me.
21         Exhibit 54, do you recognize that?
22     A.  Yes.  From Roca Labs website.
23     Q.  Same timeframe?
24     A.  Correct.
25     Q.  Fifty-five, do recognize that?

---

180

1      A.  Yes, I do.
2      Q.  From the "rocalabs.com" website?
3      A.  Yeah.
4      Q.  2014/2015?
5      A.  That's correct.
6      Q.  Exhibit 56, do you recognize that?
7      A.  Yes, I do.
8      Q.  "rocalabs.com" website?
9      A.  That's correct.
10     Q.  2014/2015?
11     A.  That's correct.
12     Q.  Exhibit 57, do you recognize that from the
13     "rocalabs.com" website?
14     A.  Yes, I do.
15     Q.  From 2014/2015?
16     A.  Yes.
17     Q.  Exhibit 58, do you recognize that from the
18     rocalabs.com website?
19     A.  Yes.
20     Q.  From 2014/2015?
21     A.  Yes.
22     Q.  Exhibit 59, do you recognize that from the
23     rocalabs.com website?
24     A.  (No audible response.)
25     Q.  It looks like there's some graphics missing for

---

45 (Pages 177 to 180)

King

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

---

181

1    some of the videos.
2    A.  Yes.
3    Q.  But otherwise you recognize that?
4    A.  Yes.
5    Q.  Rocalabs.com website?
6    A.  Yes.
7    Q.  2014 to 2015 timeframe?
8    A.  Yes.
9    Q.  Exhibit 60, do you recognize that from the
10   Roca Labs website?
11   A.  Yes.
12   Q.  Again "rocalabs.com" 2014/2015 timeframe?
13   A.  Yes.
14   Q.  Do you recognize Exhibit 61?
15   A.  Yes.
16   Q.  You recognize that from the rocalabs.com website?
17   A.  Yes.
18   Q.  Again, same timeframe 2014 to '15?
19   A.  Yes.
20   Q.  Exhibit 62, do you recognize that from the
21   rocalabs.com website?
22   A.  Yes.
23   Q.  2014 to 2015 timeframe?
24   A.  Yes.
25   Q.  Exhibit 63, do you recognize that?

---

182

1    A.  Yes.
2    Q.  The rocalabs.com website 2014/2015 page?
3    A.  Yes.
4    Q.  And Exhibit 64, do you recognize that?
5    A.  Yes.
6    Q.  Rocalabs.com website 2014 to 2015 timeframe?
7    A.  Yes.
8    Q.  And Exhibit 65 do you recognize from the
9    rocalabs.com website?
10   A.  Yes.
11   Q.  From the 2014 to 2015 timeframe?
12   A.  Yes.
13   Q.  Exhibit 66, do you recognize that from the
14   Roca Labs website?
15   A.  Yes.
16   Q.  From 2014/2015 timeframe?
17   A.  Yes.
18   Q.  And Exhibit 67, you recognize that from the
19   rocalabs.com website?
20   A.  Yes.
21   Q.  2014/2015 timeframe?
22   A.  Yes.
23   Q.  Exhibit 68, do you recognize that from the
24   rocalabs.com website?
25   A.  Yes.

---

183

1    Q.  24014 to 15 timeframe?
2    A.  Yes.
3    Q.  So, just looking back collectively, at all of
4    those exhibits, 52 through 68, all these pages were
5    publically available to Roca Labs' customers; is that
6    correct.
7    A.  That's correct.
8    Q.  And Mr. Jurvain was responsible for the content of
9    all of these pages primarily; is that right?
10   A.  Yes.
11         Let's take a quick break again.  Maybe
12   everybody can stretch their legs.  I am going to pull
13   up some videos.
14              - - -
15         (Discussion held off the record.)
16              - - -
17         (DVD marked FTC's Exhibit No. 69, for
18         identification.)
19              - - -
20         MR. SUTTLEMYER:  We've just had marked
21   as Exhibit 69 a DVD that has a number of videos on it.
22   And as I told Ms. Marteny a moment ago, this set of
23   videos should be the videos listed in the FTC's Second
24   Interrogatories to the Defendants and included on a DVD
25   with that set of documents.

---

184

1    BY MR. SUTTLEMYER:
2    Q.  Because there are quite a few videos, I think
3    several dozen, what I propose is that we have you watch
4    maybe the first 10 or 15 seconds of each video, and you
5    can tell me whether you recognize the video and where
6    you recognize it from.  Okay?
7    A.  Okay.
8         MR. SUTTLEMYER:  I am going to start out
9    with the file number -- these are all FTC-PROD numbers,
10   004294.  I will put this close to the speaker.
11        I don't think it needs to be transcribed
12   what's being said, but you can tell me whether you
13   recognize this video.
14             - - -
15        (Whereupon, FTC-69, File No. 004294 was
16        played.)
17             - - -
18        THE WITNESS:  This is Morgan explaining
19   how it works.  It's on the Roca Labs website.
20   BY MR. SUTTLEMYER:
21   Q.  So, this video, you just started watching, you do
22   recognize it from the "rocalabs.com" site?
23   A.  Yes.
24   Q.  When was this first posted on the "rocalabs.com"
25   website, do you recall?

---

46 (Pages 181 to 184)

King

FTC v. Roca Labs, Inc., et al.                                              1/27/2017

185

1    A.  I would say it was 2011.
2    Q.  And this would have been up through 2015, when the
3    lawsuit was filed?
4    A.  That's correct.
5    Q.  Can we move on to the next video?
6    A.  Yes.
7    Q.  If there's any video you want to watch further
8    because you want to make sure you know what you're
9    confirming, please let me know and we'll keep going
10   with it.  Okay?
11   A.  Uh-huh.
12       MR. SUTTLEMYER:  This next file is
13   004295.
14                  - - -
15       (Whereupon, FTC-69, File No. 004295 was
16       played.)
17                  - - -
18       THE WITNESS:  Again, this is Morgan
19   comparing surgery to the Roca Labs Formula.
20   BY MR. SUTTLEMYER:
21   Q.  And, again, you recognize this?
22   A.  Being on the Roca Labs site.
23   Q.  Same timeframe --
24   A.  Same timeframe.
25   Q.  -- 2011 to 2015.

186

1        MR. SUTTLEMYER:  The next video would be
2    No. 004297.
3                  - - -
4        (Whereupon, FTC-69, File No. 004297 was
5        played.)
6                  - - -
7        THE WITNESS:  This is Morgan again,
8    explaining what the Formula is.
9    BY MR. SUTTLEMYER:
10   Q.  Okay.
11   A.  Roca Labs site.
12   Q.  So, this video that we just started to watch you
13   recognize that; right?
14   A.  I do recognize it.
15   Q.  And it's from the "rocalabs.com" website?
16   A.  Correct.
17   Q.  And from 2011 to 2015?
18   A.  I believe so.  I don't know if they all ran -- I
19   don't know if it was constantly on the site, but it was
20   also on the You Tube site.
21   Q.  By the You Tube site --
22   A.  The Roca Labs -- Roca Labs had a You Tube site as
23   well.
24   Q.  The You Tube Channel basically?
25   A.  Channel, yes.

187

1    Q.  In fact, there were probably several of those,
2    weren't there?
3    A.  Yes.
4    Q.  Basically these individuals, and some of the
5    testimonial videos would be posted there as well?
6    A.  Right.
7    Q.  Who controlled the Roca Labs You Tube channels?
8    A.  I believe Don.
9    Q.  So, he who would say over what got posted in
10   there?
11   A.  Yes.
12   Q.  And whether he physically posted it there himself
13   he would have authority to make that happen or not
14   happen; is that right?
15   A.  Correct.
16   Q.  Moving on to 004298.
17                  - - -
18       (Whereupon, FTC-69, File No. 004298 was
19       played.)
20                  - - -
21       THE WITNESS:  Again, this is Morgan
22   telling you how it works, what it is on the
23   rocalabs.com site.  Same timeframe.  There are a lot of
24   just repeats.
25

188

1    BY MR. SUTTLEMYER:
2    Q.  So, this is another version of what was previously
3    shown?
4    A.  Exactly.
5    Q.  And, again, you recognize it from the
6    "rocalabs.com" website and/or You Tube Channel and
7    throughout the duration more or less 2011/2015;
8    correct?
9    A.  Correct.
10   Q.  And all of these videos we've seen so far were
11   accessible to consumers; is that right?
12   A.  Correct.
13   Q.  That was probably the point of them; is that
14   right?
15   A.  That is correct.
16       MR. SUTTLEMYER:  Moving on now to
17   004539.
18                  - - -
19       (Whereupon, FTC-69, File No. 004539 was
20       played.)
21                  - - -
22       THE WITNESS:  This is again one of the
23   actors that we hired for the video.  I recognize him,
24   he was on the Roca Labs website from Ronen's business.
25   Yeah, we picked him to do the video.  I recognize him

FTC v. Roca Labs, Inc., et al.                                      1/27/2017

---

189

1    from the Roca Labs website.
2    Q.  And even though he's in a lab coat he's not, as
3    far as you know, in the medical professional?
4    A.  No, he's not.  We provided the lab coat.
5    Q.  And you provided the lab coats to Morgan as well
6    for the videos?
7    A.  Yes.
8    Q.  This video, you recognize it from the
9    "rocalabs.com" website?
10   A.  Uh-huh.
11   Q.  And it was up in the 2011/2015 timeframe?
12   A.  That's right.
13   Q.  And it has been consistently available to
14   consumers throughout that timeframe?
15   A.  That's correct.
16          MR. SUTTLEMYER:  The next one is 004542.
17                - - -
18          (Whereupon, FTC-69, File No. 004542 was
19          played.)
20                - - -
21          THE WITNESS:  That's Morgan again,
22   "Rocalabs.com," same timeframe.
23   BY MR. SUTTLEMYER:
24   Q.  Okay.
25          So, I am going to ask you to -- if you

---

190

1    see any video that was not generally available to
2    consumers to let us know; otherwise, I am hoping we can
3    assume all of these were accessible to consumers.
4          Can you work with me on that for the
5    next sequence of videos, so we can economize on time?
6    A.  Yeah.
7    Q.  Okay.
8          MR. SUTTLEMYER:  This next one is
9    004543.
10               - - -
11          (Whereupon, FTC-69, File No. 004543 was
12          played.)
13               - - -
14          THE WITNESS:  This was available.
15   BY MR. SUTTLEMYER:
16   Q.  Do you recognize it from the rocalabs.com site?
17   A.  Yes, I do.
18   Q.  And from the same 2011/2015 timeframe?
19   A.  Correct.
20   Q.  Next is 004544.
21               - - -
22          (Whereupon, FTC-69, File No. 004544 was
23          played.)
24               - - -
25          THE WITNESS:  I recognize.

---

191

1    BY MR. SUTTLEMYER:
2    Q.  "Rocalabs.com"?
3    A.  Correct.
4    Q.  2011/2015?
5    A.  Correct.
6          MR. SUTTLEMYER:  This is 004546.
7                - - -
8          (Whereupon, FTC-69, File No. 004546 was
9          played.)
10               - - -
11          THE WITNESS:  I recognize.
12   BY MR. SUTTLEMYER:
13   Q.  You recognize from this from the "rocalabs.com"
14   website?
15   A.  Yes, I do.
16   Q.  You're seeming to take more interest, elation in
17   this one for some reason?
18   A.  You just hear it so much, you're just --
19   Q.  So, this was playing a lot on the website, or you
20   just have heard it over the years?
21   A.  I have just heard it so many times, you're just
22   like...
23   Q.  This is, again, you recognize it from
24   "rocalabs.com" in the 2011/2015 timeframe; is that
25   right?

---

192

1    A.  That is correct.
2    Q.  Here one without a lab coat.  This is somebody --
3          MR. SUTTLEMYER:  This is 004548.
4                - - -
5          (Whereupon, FTC-69, File No. 004548 was
6          played.)
7                - - -
8          THE WITNESS:  I recognize.  She's a paid
9    actress.
10   BY MR. SUTTLEMYER:
11   Q.  So, this is depicting -- showing a paid actress in
12   this video?
13   A.  Yeah, testimonial.
14   Q.  And the testimonial was written by you and Josh
15   Roth; is that right?
16   A.  That's right.
17   Q.  To the best of your knowledge the woman shown in
18   this video is not a Roca Labs user?
19   A.  Yeah, she is not.  She is one of Ronen's actresses
20   from the agency.
21   Q.  And this is from the "rocalabs.com" website?
22   A.  Yes, she was on the website and the mini gastric,
23   and on You Tube.
24   Q.  This is something that was up from 2011 and going
25   forward?

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

King

FTC v. Roca Labs, Inc., et al.                                           1/27/2017

---

193

1    A.  Yes.
2    Q.  So, was it available in some form either on the
3    website or the You Tube Channel from 2011 through 2015?
4    A.  Yes.
5    Q.  Did Roca Labs direct some of its traffic --
6    advertising traffic from, say, search ads to the You
7    Tube pages that it had videos on?
8    A.  That I wouldn't know.
9           MR. SUTTLEMYER:  The next one is 004550.
10                 - - -
11          (Whereupon, FTC-69, File No. 4550 played
12    was.)
13          THE WITNESS:  Yeah, I recognize that.
14    Actually works with -- that's Marcia.
15                 - - -
16    BY MR. SUTTLEMYER:
17    Q.  Who is the person in this video?
18    A.  This is Marcia.  She was a customer
19    representative.  She also goes by Carla, is her middle
20    name.
21    Q.  So, she was also a product user?
22    A.  Yeah, she did use the product -- as far as I know.
23    Q.  She's not an actress?
24    A.  No, she's not actress.
25    Q.  Was she working for Roca Labs when this video was

---

194

1    made?
2    A.  Yes, uh-huh.
3    Q.  The video was shown on the "rocalabs.com" site and
4    Your Tube Channels; is that right?
5    A.  Yeah.  Not since 2011 though.  She made that in
6    2014, or 2013 maybe.
7    Q.  But it was up after that --
8    A.  Yeah.
9    Q.  -- until 2015?
10    A.  That's correct.
11    Q.  Why didn't some of the people use their own legal
12    names in the videos?  Is that for any particular
13    reason?
14    A.  I don't know why Marcia didn't use -- I have no
15    idea why she didn't.
16    Q.  She was using Carla?
17    A.  I don't know why she didn't use Marcia.
18    Q.  Was she using Carla in her office and business
19    intersections?
20    A.  She used both, so I don't know.
21    Q.  Okay?
22    A.  I mean reason why Roxie -- the reason why Roxie
23    used Sharon and Roxie, like I said Don has a problem --
24    because I'm Sharon and she's Sharon, he's like:  You
25    got to get a different name.  I can't call you Sharon

---

195

1    and her Sharon.  You got pick a different name.  So she
2    was like, oh, my dog's name is Roxie just call me
3    Roxie.  So that's why she did.  I mean and -- you know,
4    what I mean --
5    Q.  Right.
6    A.  -- so.
7    Q.  So, Carla was just doing it because she preferred
8    that?
9    A.  Yeah, and you know, so.
10    Q.  Okay, that's fine.  Just curious about that.
11          MR. SUTTLEMYER:  The next one 004554.
12                 - - -
13          (Whereupon, FTC-69, File No. 004554 was
14    played.)
15                 - - -
16          THE WITNESS:  I recognize that.
17    BY MR. SUTTLEMYER:
18    Q.  You recognize it from the "rocalabs.com" site?
19    A.  That's correct.
20    Q.  2011 to 2015?
21    A.  That's correct.
22          MR. SUTTLEMYER:  This next one is
23    004296.
24                 - - -
25          (Whereupon, FTC-69, File No. 004296 was

---

196

1    played.)
2                 - - -
3          THE WITNESS:  I do recognize this.  This
4    is Nancy.  She lives the California.  I did recruit her
5    for a video.
6    BY MR. SUTTLEMYER:
7    Q.  Do you know approximately when this was posted on
8    the "rocalabs.com" website?
9    A.  Either 2013 or 2014.
10          MR. SUTTLEMYER:  004559.
11                 - - -
12          (Whereupon, FTC-69, File No. 004559 was
13    played.)
14                 - - -
15          THE WITNESS:  Yes, I recognize.
16    BY MR. SUTTLEMYER:
17    Q.  You recognize this from the "rocalabs.com"
18    website?
19    A.  Yes, I do.
20    Q.  From what about 2013 to 2015?
21    A.  Yes.  The same timeframe as Nancy.
22    Q.  Actually this was up longer than 2015 probably?
23    A.  Yeah, it's probably still going.
24          MR. SUTTLEMYER:  This next one is
25    004540.

---

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

197

1        THE WITNESS: I do recognize that,
2   Darlene. Same timeframe as well.
3   BY MR. SUTTLEMYER:
4   Q. Late 2013?
5   A. Probably still present. Still going.
6   Q. Okay. Again, "rocalabs.com" website?
7   A. Correct.
8        MR. SUTTLEMYER: Moving onto 004563.
9        - - -
10       (Whereupon, FTC-69, File No. 004563 was
11   played.)
12       - - -
13       THE WITNESS: Yes, I recognize.
14   "Rocalabs.com"
15   Q. And 2011 to 2015?
16   A. That's correct.
17       MR. SUTTLEMYER: Next one is 004564.
18       - - -
19       (Whereupon, FTC-69, File No. 004564 was
20   played.)
21       - - -
22       THE WITNESS: Yes, I recognize.
23   BY MR. SUTTLEMYER:
24   Q. "Rocalabs.com"?
25   A. Correct.

198

1   Q. 2011 to 2015?
2   A. Yes.
3        MR. SUTTLEMYER: 004566 is next.
4        - - -
5        (Whereupon, FTC-69, File No. 004566 was
6   played.)
7        - - -
8        THE WITNESS: Yes, I recognize.
9   BY MR. SUTTLEMYER:
10   Q. You recognize it from --
11   A. "Rocalabs.com".
12   Q. 2011 to 2015?
13   A. Correct.
14       MR. SUTTLEMYER: Next 004569.
15       - - -
16       (Whereupon, FTC-69, File No. 004569 was
17   played.)
18       - - -
19       THE WITNESS: I recognize.
20   BY MR. SUTTLEMYER:
21   Q. "Rocalabs.com"?
22   A. Correct.
23   Q. 2011 to 2015?
24   A. Correct.
25       MR. SUTTLEMYER: 004570.

199

1        - - -
2        (Whereupon, FTC-69, File No. 004570 was
3   played.)
4        - - -
5        THE WITNESS: I recognize.
6   Q. "Rocalabs.com"?
7   A. Correct.
8   Q. 2011 to 2015?
9   A. Correct.
10   Q. I think that's a duplicate?
11   A. Yeah. Sometimes you need the man, sometimes you
12   need to woman to say it.
13   Q. So, in a lot of -- there are other videos that
14   maybe aren't in here, and some have a man reading the
15   same text as a woman; why was that?
16   A. I'm not sure why he wanted to do that.
17   Q. "He" Don, in this case?
18   A. Yes. That's all Don's decision. I don't know
19   why.
20   Q. Okay.
21   A. You know sometimes he wanted the men to read the
22   ingredients and sometimes Morgan.
23   Q. Basically, you know, again, this is -- that one
24   was Morgan in a lab coat from Roca Labs; is that right?
25   A. That's correct.

200

1   Q. Why were Roca Labs -- why was Roca Labs providing
2   lab coats to the actors?
3   A. Don thought it would look more professional if
4   they were in a lab coat.
5        MR. SUTTLEMYER: Let's move on to the
6   next one, which will be 004574.
7        - - -
8        (Whereupon, FTC-69, File No. 004575 was
9   played.)
10       - - -
11       THE WITNESS: I recognize.
12   BY MR. SUTTLEMYER:
13   Q. So Loren is an actor; right?
14   A. Yeah, she's an actress from Ronen's.
15   Q. The woman depicted is not an actual Roca Labs'
16   product user?
17   A. No, she is not.
18   Q. This is someone you hired -- or Roca Labs hired
19   rather?
20   A. Correct.
21   Q. And this is someone whose script was written by
22   you and Josh Roth?
23   A. That's correct.
24   Q. And you recognize this video from the
25   "rocalabs.com" website?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                      1/27/2017

---

201

1   A.  That's correct.
2   Q.  Was she reading a real testimonial verbatim, or
3   was she reading something else?
4   A.  She was just reading what we wrote.
5   Q.  This was on the "rocalabs.com" website, or You
6   Tube Channel from 2011 to 2015 you think?
7   A.  Yes, I believe so, yes.
8          MR. SUTTLEMYER:  Moving on to 004575.
9          - - -
10         (Whereupon, FTC-69, File No. 004575 was
11         played.)
12         - - -
13         THE WITNESS:  Yes, I recognize.  From
14  "rocalabs.com".
15  BY MR. SUTTLEMYER:
16  Q.  So, let me just stop this video.  The 90 percent
17  success rate, do you know what the basis for that
18  statement would have been?
19  A.  I do not.
20  Q.  Again, that video, you recognize from
21  "rocalabs.com," from 2011 to 2015?
22  A.  (No audible response.)
23  Q.  "Rocalabs.com" and/or the You Tube Channels?
24  A.  Yes.
25  Q.  Do you know who would know the basis of that

---

202

1   90 percent success rate, if anybody?
2   A.  I believe Don would.  Don would be the only one.
3   Q.  All right.
4          MR. SUTTLEMYER:  Let's move onto video
5   004583.
6          - - -
7          (Whereupon, FTC-69, File No. 004583 was
8          played.)
9          - - -
10         THE WITNESS:  I recognize this.
11  BY MR. SUTTLEMYER:
12  Q.  What's this video?
13  A.  She was a customer that was using the regimen.
14  Q.  Was she doing any work for Roca Labs?
15  A.  She was trying to do live videos.  She was --
16  started to work with Roca Labs a little bit.  I think
17  Don was working with her directly.
18         She didn't -- she didn't stay too long
19  that I recall.  I don't recall her staying long.  She
20  wasn't like a coach, she wasn't a customer service.  She
21  was trying to do live videos and talk to people.  As I
22  recall she didn't stay too long.
23         She did lose some weight.  She didn't
24  stick with it though.  As I recall, she had surgery,
25  she didn't stay too long.

---

203

1   Q.  And this video was on the Roca Labs website or You
2   Tube Channels from 2011 to 2015, or a different
3   timeframe?
4   A.  I believe a different -- I don't know how long it
5   was up, to be honest.
6   Q.  But you do recognize it from "rocalabs.com"?
7   A.  I do recognize it, yes.  I do remember her working
8   for a little bit -- a little while, cause she did lose
9   some weight and was, you know, very happy with it, and
10  then something happened, I don't know.
11  Q.  Okay.
12         MR. SUTTLEMYER:  This next one is
13  004584.
14         - - -
15         (Whereupon, FTC-69, File No. 004584 was
16         played.)
17         - - -
18         THE WITNESS:  I recognize this.
19  BY MR. SUTTLEMYER:
20  Q.  You recognize this video from the "rocalabs.com"
21  website and You Tube Channels?
22  A.  That's right.
23  Q.  From 2011 to 2015, more or less?
24  A.  That's correct.
25  Q.  And donna and Loren are actors; correct?

---

204

1   A.  That is correct.
2   Q.  They're not actual Roca Labs' users?
3   A.  Yes.
4   Q.  They're reading a script that you and Josh wrote;
5   correct?
6   A.  That's correct.
7   Q.  Are they related at all, as far as you know,
8   mother and daughter?
9   A.  Not that I'm aware.
10         MR. SUTTLEMYER:  Let's move on to
11  004587.
12         - - -
13         (Whereupon, FTC-69, File No. 4587 was
14         played.)
15         - - -
16         THE WITNESS:  Yes, I recognize.
17  BY MR. SUTTLEMYER:
18  Q.  From the "rocalabs.com" website?
19  A.  That's correct.
20  Q.  2011 to 2015?
21  A.  Correct.
22         MR. SUTTLEMYER:  Next is 004590.
23         - - -
24         (Whereupon, FTC-69, File No. 004590 was
25         played.)

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

King

FTC v. Roca Labs, Inc., et al.                                                    1/27/2017

205

1                    - - -
2              THE WITNESS:  Yes, I recognize.
3     BY MR. SUTTLEMYER:
4     Q.  You recognize this from the "rocalabs.com"
5     website?
6     A.  Yes.
7     Q.  2011 to 2015?
8     A.  Yes.
9              MR. SUTTLEMYER:  Next is 004593 -- sorry
10    004592.
11                   - - -
12             (Whereupon, FTC-69, File No. 004592 was
13             played.)
14                   - - -
15             THE WITNESS:  Yes, I recognize.
16    BY MR. SUTTLEMYER:
17    Q.  You recognize this from "rocalabs.com"?
18    A.  That's correct.
19    Q.  2011 to 2015?
20    A.  Yes.
21             MR. SUTTLEMYER:  Next is 004593.
22                   - - -
23             (Whereupon, FTC-69, File No. 004593 was
24             played.)
25                   - - -

206

1              THE WITNESS:  Yes, I do recognize it.
2     BY MR. SUTTLEMYER:
3     Q.  What is this video?
4     A.  This is a video of Sister.
5     Q.  Sister Ann?
6     A.  Yes.
7     Q.  And she was an actual Roca Labs' customer or user?
8     A.  Yes.
9     Q.  Because she could not buy it; is that right?
10    A.  Yes.
11    Q.  And the video was up on the "rocalabs.com"
12    website, or You Tube Channels until when?
13    A.  2015.
14    Q.  And you recognize it from that; correct?
15    A.  I do.
16             MR. SUTTLEMYER:  Next is 004602.
17                   - - -
18             (Whereupon, FTC-69, File No. 004602
19             played was.)
20                   - - -
21             THE WITNESS:  I do recognize Ira.
22    BY MR. SUTTLEMYER:
23    Q.  So, you recognize this video?
24    A.  I do.
25    Q.  From "rocalabs.com" website?

207

1     A.  Yes.
2     Q.  And You Tube Channels?
3     A.  Yes.
4     Q.  Who is Ira?
5     A.  Ira is -- I remember him from when I first
6     started.  He's an actual user.  Don introduced us.
7              I believe Don knows him like -- a
8     friends of Don's and he lost like a hundred pounds
9     using the regimen.  He's a real user.  I sent him
10    Formula and all.
11    Q.  And that was on the website from 2011 thereabouts
12    or later?
13    A.  From 2011.  He was one of the first real videos.
14             MR. SUTTLEMYER:  Moving on to 004603.
15                   - - -
16             (Whereupon, FTC-69, File No. 004603 was
17             played.)
18                   - - -
19             THE WITNESS:  I recognize.
20    BY MR. SUTTLEMYER:
21    Q.  Where do you recognize this video from?
22    A.  This again is one of Ronen's.  This is an actress.
23    Q.  So, he's reading a script that you and Josh Roth
24    wrote?
25    A.  That is correct.

208

1     Q.  She's not an actual Roca Labs' user?
2     A.  That's correct.
3     Q.  And that was up on the "rocalabs.com" website and
4     You Tube Channels from 2011 to 2015?
5     A.  Correct.
6     Q.  Let me go back to talk about Ira real quick.  You
7     said you sent him some Formula; is that right?
8     A.  Uh-huh.
9     Q.  How did you make that happen?  You weren't
10    involved in the shipping; right?
11    A.  No, I mean -- I didn't actually send it to him
12    myself, but, you know, I would get, like, he needs more
13    Formula, I would put the order in for him.  I'm sorry.
14    Q.  No, I just want to make sure we're clear on that.
15             MR. SUTTLEMYER:  The next video is
16    004608.
17                   - - -
18             (Whereupon, FTC-69, File No. 004608 was
19             played.)
20                   - - -
21             THE WITNESS:  I recognize this video.
22    BY MR. SUTTLEMYER:
23    Q.  Okay.  Hold on.
24             Do you recognize this video from the
25    "rocalabs.com" site?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                                          1/27/2017

---

209

1    A.  I first saw her, I guess, on You Tube, then the
2    site, yes.
3    Q.  She created this herself?
4    A.  Yeah, she created on You Tube, yes.
5    Q.  And Roca Labs just picked it up and had it put
6    onto its channel?
7    A.  They spoke to her and got her permission.
8    Q.  Was there any production done on this by anybody,
9    anybody in Roca Labs' team?
10   A.  (No audible response.)
11   Q.  I am just trying to see if there was something --
12   it's not that important.
13           But you do you recognize that from the
14   "rocalabs.com" website?
15   A.  Yes.
16   Q.  Or at the very least the You Tube Channel?
17   A.  Yes.  And that's not from 2011 though.  That would
18   have been later.
19   Q.  It would have been later.  Okay.
20           MR. SUTTLEMYER:  Going on to 004611.
21                  - - -
22           (Whereupon, FTC-69, File No. 004611 was
23           played.)
24                  - - -
25           THE WITNESS:  Yeah, I recognize this.

---

210

1    BY MR. SUTTLEMYER:
2    Q.  So, this is a paid actor again?
3    A.  Yes.
4    Q.  And she's not a an actual Roca Labs' user?
5    A.  No.
6    Q.  And you recognize this from the "rocalabs.com"
7    website?
8    A.  Uh-huh.
9    Q.  And also You Tube Channels?
10   A.  Correct.
11   Q.  2011 and 2015, approximately?
12   A.  Approximately yes.
13   Q.  She was reading a script that you and Josh Roth
14   wrote; correct?
15   A.  Correct.
16           MR. SUTTLEMYER:  One more.  This is
17   007739.
18                  - - -
19           (Whereupon, FTC-69, File No. 007739 was
20           played.)
21                  - - -
22           THE WITNESS:  Yes, I recognize this.
23   BY MR. SUTTLEMYER:
24   Q.  So, where do you recognize this video from?
25   A.  Again, paid actor.

---

211

1    Q.  Paid actor?
2    A.  From Ronen.
3    Q.  He's reading a script, obviously, you know,
4    written by -- he's reading a script written by you
5    and Josh Roth?
6    A.  Right -- yeah, he's reading the -- yeah.
7    Q.  This was up on the "rocalabs.com" website, or You
8    Tube Channels from 2011 to 2015?
9    A.  Approximately, because that would have been  focus
10   on the men.  You got him to focus on the men for a
11   certain age group.  That was the concept behind that.
12   Q.  I think I've already asked this.  He's not a
13   Roca Labs' user?
14   A.  No.
15           MR. SUTTLEMYER:  So, that's it for the
16   video.  Why don't we take a couple minutes and I will
17   get my next set of paper and get Suze some numbers real
18   quick.
19                  - - -
20           (Recess.)
21                  - - -
22           (Saved Answers marked Commonwealth's
23           Exhibit No. 70, for identification.)
24                  - - -
25           (FAQs marked Commonwealth's Exhibit

---

212

1    No. 71, for identification.)
2                  - - -
3           (Customer Service Resource Document
4           marked FTC's Exhibit No. 72, for
5           identification.)
6                  - - -
7           (Facebook FAQ's marked Commonwealth's
8           Exhibit No. 73, for identification.)
9           (Facebook FAQ's marked FTC's Exhibit No.
10          74, for identification.)
11           MR. SUTTLEMYER:  I am going to read off
12   the first page Bates number of the exhibits that have
13   been marked 70 through 74, and have been handed to
14   Ms. King to review.
15           Exhibit 70, begins FTC-PROD-014196.
16           Seventy-one, 013991.
17           Seventy-two, 014353.
18           Seventy-three, FTC-PROD-014237.
19           Seventy-four begins with Page 014252.
20   BY MR. SUTTLEMYER:
21   Q.  Ms. King, let's take a look first at Exhibit 70.
22   Do you recognize Exhibit 70 or the contents of Exhibit
23   70?
24   A.  This looks like it might be something from the
25   Help Desk.  It's definitely customer contact.  I

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                           1/27/2017

225

1    A.  "...scam.wordpress.com," I don't -- that might
2    be -- I forget what girl that is.
3           Some of them are just customers that are
4    just good or something and that I asked them to go -- I
5    wouldn't know unless I looked at them, to be perfectly
6    honest.  I would have to look at them and then I can
7    tell you.  I can't just by the web address.
8    Q.  So, maybe -- we've had printouts of those we can
9    look at in a bit that you can identify.  But you are
10   thinking some of these blogs listed here in Exhibit 75
11   are familiar to you perhaps?
12   A.  Yes, perhaps.
13   Q.  So, let's look at Exhibit 76, which is Bates
14   FTC-PROD-014438.
15          (Email 10/6/16 marked FTC's
16          Exhibit No. 76, for identification.)
17   BY MR. SUTTLEMYER:
18   Q.  Do you recognize Exhibit 76?
19   A.  Yes.  This is an email from me to Sharon Hensley,
20   comments from the BBB.  I am forwarding her an email
21   from Don, it looks like, to compliment the business,
22   because apparently you can compliment the business on
23   the BBB.  I was letting her know.
24   Q.  Let me go back to Exhibit 75 for a moment.  Did
25   anyone instruct you to have the team comment on the

226

1    blogs and promote You Tube videos?
2    A.  Don.
3    Q.  Don did?  Okay.
4           And what about 76, Don Jurvain wanted
5    Roca Labs contractors to share positive information
6    about Roca Labs with the BBB?
7    A.  Yes.  As you can see on the letter it says:  This
8    is the place we discussed last night on the phone with
9    don to share positive about Roca Labs.
10   Q.  Let's look at Exhibit 77, which is
11   FTC-PROD-014440.
12          (Email dated 10/10/14, marked FTC's
13          Exhibit No. 77, for identification.)
14   BY MR. SUTTLEMYER:
15   Q.  Do you recognize Exhibit 77?
16   A.  Yes, it's --
17   Q.  Go ahead.
18   A.  It's an email to Sharon Hensley from me.
19   Q.  What is this one about?
20   A.  Facebook ads to respond on.
21   Q.  What did that mean?
22   A.  (Reading.)  One more I forgot -- these have dates,
23   so I can -- no.  Oh, this is probably ads on Facebook
24   for another weight loss thing and for Roxie to go on
25   and say:  Hey, I lost weight using Roca Labs.  This is

227

1    what I assume this is.
2    Q.  Why were you asking her to do that?  Was somebody
3    instructing you?
4    A.  To promote Roca Labs, as per Don.
5    Q.  Was Ms. Hensley given any instruction to disclose
6    that she was affiliated with Roca Labs when she was
7    doing this?
8    A.  No.
9    Q.  Was it the practice of any success coach, or any
10   other person working with Roca Labs to make a
11   disclosure like that when they were commenting on blogs
12   an foreign posts?
13   A.  Not on that.  When she was working with customers
14   she was to let them know she was a paid coach, yes.
15   Q.  And this is when she was on the phone with them?
16   A.  Yes, or on Live Chat, or anything like that.
17   Q.  But not for blog posts and foreign posts; is that
18   right?
19   A.  No, not that I am aware of.
20   Q.  And there was, as far as you know, no standing
21   instruction to have anybody associated with Roca Labs
22   disclose they were being paid when they were leaving
23   comments; is that right?
24   A.  No, not as a comment or compliments or anything
25   like that, no.

228

1    Q.  Or putting up any sort of blog posts of their own?
2    A.  No.
3    Q.  Let's take a look at Exhibit 78, which is
4    FTC-PROD-0144816.
5          (Email, dated 7/2/15marked FTC's
6          Exhibit No. 78, for identification.)
7    BY MR. SUTTLEMYER:
8    Q.  Do you recognize Exhibit 78?
9    A.  Yes.
10   Q.  What is Exhibit 78?
11   A.  This is an email to Sharon Hensley again about BBB
12   compliments.  Asking her to have her success coaches to
13   write good reviews on the sites.
14   Q.  Again, per --
15   A.  Per Don.
16   Q.  Mr. Jurvain's instructions?
17   A.  Yes.
18   Q.  Did you, in fact, believe they did leave those
19   comments?
20   A.  Yes.
21   Q.  Let's look at Exhibit 79, which is Roca-000560.
22          (Compliment to the Business marked FTC's
23          Exhibit No. 79, for identification.)
24   BY MR. SUTTLEMYER:
25   Q.  Are you familiar with Exhibit 79?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Roca Labs, Inc., et al.                                    1/27/2017

---

229

1   A. Yes.
2   Q. What is Exhibit 79?
3   A. This is the compliments of business. Jayme would
4   send me a copy when we got a compliment to the business
5   from the BBB.
6   Q. So, the people whose compliments are shown in
7   Exhibit 79, are they all affiliated with Roca Labs in
8   some way?
9   A. Yes.
10  Q. And they were all being paid by Roca Labs to leave
11  those comments?
12  A. They were being paid -- you are asking me if they
13  were being paid?
14  Q. That's right, yes.
15  A. (No audible response.)
16  Q. Let me ask you this: Were they generally --
17  A. No, Roger was not paid. Roger was a success user
18  and success coach. Roger was not paid to leave a
19  comment.
20  Q. He later became a success coach; right?
21  A. No, he was already a success coach when he left
22  us.
23  Q. That's what I am asking, so he was already being
24  employed in some way by Roca Labs; right?
25  A. Yes. Yes.

---

230

1          I believe his wife did one as well, or
2   they didn't take it because -- let me see who else was
3   on here.
4          Chris Green, I am not aware if he was
5   paid or not.
6   Q. Okay.
7   A. Tina Midgley, I don't know if she was paid. She
8   did work for Roca Labs, I don't know if she was paid.
9   Q. She was a success coach; right?
10  A. Yes. I don't know if she was paid to do that.
11  I'm not aware if Chris Green was paid. He was a user.
12  They are the only three; correct? That's all I see.
13  Q. Were you aware of any policy about whether or not
14  anybody working with Roca Labs either as a success
15  coach or otherwise would have to disclose their
16  association with Roca Labs when they were posting?
17  A. When they were posting a compliment or a blog.
18  Q. That's right.
19  A. No, I'm not aware that they had to say they were a
20  paid coach when they had to, or in the video or
21  anything. I'm not aware.
22          MR. SUTTLEMYER: Let's take another
23  quick pause.
24          (Email dated 5/2/14 marked FTC's
25          Exhibit No. 80, for identification.)

---

231

1   BY MR. SUTTLEMYER:
2   Q. Ms. King I handed you an exhibit marked 80, and
3   it's comprised of pages from FTC-SKING-001368, 1366,
4   1365, 1367.
5          Ms. King do you recognize what's in
6   these pages of Exhibit 80?
7   A. Yes.
8   Q. What's going on in the pages of Exhibit 80? First
9   of all, these are emails, correct, from Mr. Jurvain to
10  you and others?
11  A. Yes, it is.
12  Q. What is Mr. Jurvain emailing about?
13  A. He's emailing about a coach not following
14  instructions.
15  Q. How would he know that a coach was not following
16  instructions?
17  A. This was from -- he must have looked at a Live
18  Chat script.
19  Q. So, he would be able to monitor Live Chats?
20  A. Yes. He can monitor Live Chat, look at their --
21  you know, look at a customer email.
22  Q. So, apparently he would do that from time to time?
23  A. Yeah, he would check, sure, quality.
24  Q. And he would access Live Chat records of success
25  coaches interacting with prospective customers; is that

---

232

1   right?
2   A. That's correct.
3   Q. Would he review Live Chats and emails from
4   customers who purchased?
5   A. Yes.
6   Q. And in terms of last page marked 1367, about a
7   third of a way down there's a sentence, "Aside, I
8   wonder why Sharon did not offer IMMEDIATELY to use our
9   previously written manual..." Do you see that?
10  A. I do.
11  Q. What is the previously written manual he was
12  referring to, do you know?
13  A. No.
14  Q. Okay?
15  A. No, I do not.
16  Q. Going up a little further on that page there's A
17  sentence, "We already gave you the rule: You don't
18  answer differently than the site"; is that correct?
19  A. That is correct.
20  Q. Was this a rule for success coaches, as far as you
21  know?
22  A. It was a rule for everybody, yes, including the
23  coaches.
24  Q. Including customer service, customer care
25  personnel?

---

FTC v. Roca Labs, Inc., et al.                                              1/27/2017

---

233

1   A.  Yes.
2   Q.  And the one exception seems to be somebody talking
3   about their own personal experience if they're a coach;
4   is that right?
5   A.  Yes.
6           MR. SUTTLEMYER:  Why don't we go off the
7   record for another minute.  I will get some more
8   documents ready.
9           - - -
10          (Blog marked FTC's Exhibit No. 81, for
11          identification.)
12          - - -
13          (Blog marked FTC's Exhibit No. 82, for
14          identification.)
15          - - -
16  BY MR. SUTTLEMYER:
17  Q.  So, I have just handed you, Ms. King, two
18  documents marked Exhibits 81 and 82.
19          MR. SUTTLEMYER:  Eighty-one is a
20  document in the upper right-hand corner, that I printed
21  out yesterday.  In the upper right-hand corner is the
22  is URL "trueroca.wordpress.com/2011/11/17..." -- and
23  some other wording, and the date on the left-hand side
24  is November 17, 2011.
25

---

234

1   BY MR. SUTTLEMYER:
2   Q.  Do you see -- do you recognize the content of
3   Exhibit 81?
4   A.  I believe so, yes.
5   Q.  What do you recognize about Exhibit 81?  Where
6   have you seen it before?
7   A.  This is, I believe, a Blog by -- I think her name
8   was Deb.
9   Q.  Is it Debron Johnson?
10  A.  I believe so, yes.  I think it was
11  true.roca.wordpress or something.
12  Q.  Let's look at Exhibits 82.  Maybe looking at them
13  together 81 and 82 -- do you recognize Exhibit 82,
14  which has in the upper right-hand corner
15  "https//true.roca.wordpress.com" printed out yesterday
16  at 1:31.
17  A.  Does Roca Labs really work, that is -- yeah, that
18  was her.  I remember -- I didn't read it all (inaudible
19  reading).
20  Q.  So, do you recognize Exhibit 82?
21  A.  I recognize this being her blog site.  I don't --
22  I don't recognize all this.  I don't know why she would
23  be using the trademarks.
24  Q.  Do you know who else would have been working on
25  this blog if it wasn't her?

---

235

1   A.  We had Maddy writing -- yes, Maddy and I took over
2   the blogs for awhile.  But Don also had access to the
3   blogs.
4   Q.  Who is Maddy?
5   A.  Maddy Albright (ph), but she didn't -- we didn't
6   do the blogs long.
7   Q.  And by do the s what do you mean exactly?
8   A.  To try to keep up with them.
9   Q.  Keep up them in what way?  Writing new content for
10  the blogs?
11  A.  Yes.
12  Q.  So, what -- all of the information and experience
13  of whoever seemingly has written the blog shown on
14  Exhibits 81 and 82 isn't unnecessarily one individual;
15  is that correct?
16  A.  Debron did come back for awhile though, but I
17  don't believe in 2004 --
18  Q.  2004?
19  A.  I mean 2014, I'm sorry.  But I don't believe --
20  there's no way Debron and -- or even Madeline would
21  have used these registered trademark.  Nobody's going
22  to use their registered trademark when they're writing
23  their blog.  So, I don't -- I do not recognize this.
24  And Madeline and I worked together, we worked on the
25  blog.  This is -- I don't recognize this.

---

236

1   Q.  Is that 81 and 82?
2   A.  (No audible response.)
3   Q.  The exhibits you mean, or do you mean --
4   A.  I don't recognize these exhibits, no I do not.  I
5   mean I recognize the WordPress, the title of that
6   WordPress but I do not recognize 82.
7   Q.  And you recognize the URL "trueroca.wordpress.com"
8   from your work with Roca Labs?
9   A.  Yes.
10  Q.  And you think that was something originally
11  created by somebody associated with Roca Labs?
12  A.  Debron, I do know Debron created.  She was a
13  customer.  She did lose weight, she had a child, she
14  was a single mother, she did do true WordPress but I
15  don't recall -- again I didn't work in all the aspects
16  of it.
17  Q.  Okay.  Thank you.  Let's go to 83.
18          (Blog marked FTC's Exhibit No. 83, for
19          identification.)
20          Off the record.  Back on the record.  So
21  the exhibits we've just handed Ms. King is Exhibit 83,
22  which has, for the record, FTC-PROD-003026 is the
23  document number first page and the Bates itself.  This
24  is the native version, Suze.
25

---

59 (Pages 233 to 236)

King

FTC v. Roca Labs, Inc., et al.                                        1/27/2017

237

1   BY MR. SUTTLEMYER:
2   **Q.  Ms. King, do you recognize Exhibit 83?**
3   A.  I do.
4   **Q.  What is Exhibit 83?**
5   A.  Roca Labs natural formula reviews.  Bypass
6   alternative weight loss.  I originally started this
7   blog.  I know Don had his hands in it.
8        Like I believe I mentioned earlier, this
9   was where -- this is one site where I did a compilation
10  of -- like I did Roxie -- well, Sharon's here.  I did
11  Roger's here.
12  **Q.  Okay.**
13  A.  Like I did not write it as them, I wrote their
14  stories.  And again they could be altered.  They have
15  the passwords to these.
16  **Q.  "They" being?**
17  A.  Don has -- the company, you know, Don.
18  **Q.  But you recall setting up the "gastric bypass" --**
19  A.  Yes.
20  **Q.  -- "alternative bypass.wordpress.com" blog?**
21  A.  Yes.  I set this up, yes.
22  **Q.  Why did the company need a blog in addition to its**
23  **website?  What was the purpose of this blog?**
24  A.  Just to put all the stories in one place so
25  everybody could see them.

238

1   **Q.  Everybody who, in terms of customers?**
2   A.  Yeah, so -- it's just more for SCO optimization.
3   So when you go to look at Roca Labs reviews it would
4   come up, you know, just to build it up in the search
5   engines.  That's all that was for.
6   **Q.  Who's idea was it for setting up this blog?**
7   A.  Don's, you know.
8   **Q.  "SCO" means search engine optimization; right?**
9   A.  Correct.  It was like so when you would look up
10  "gastric bypass alternative" this would come up.
11       MR. SUTTLEMYER:  Pause a second here.
12            - - -
13       (Discussion held off the record.)
14            - - -
15       (Review marked FTC's Exhibit No. 84, for
16       identification.)
17  BY MR. SUTTLEMYER:
18  **Q.  Ms. King, you have just been handed a document**
19  **marked Exhibit 84.**
20       MR. SUTTLEMYER:  And, for the record,
21  this is Attachment G to the FTC's second request for
22  admission to the defendants.
23  BY MR. SUTTLEMYER:
24  **Q.  Ms. King, do you recognize Exhibit 84?**
25  A.  I do.  This -- also attached to Exhibit 83, it's

239

1   from that same website, as you can see
2   "gastricbypassalternative.wordpress."
3        This is also on that same site, looks
4   like Don wrote this -- some of this -- altered this.
5   This was written by me at first and then he altered it.
6   **Q.  Who was Fran?**
7   A.  Fran was a fictitious husband person.
8   **Q.  So you wrote this in the person of a fictitious**
9   **person, Fran?**
10  A.  A pseudonym, as myself, I did.
11  **Q.  Okay.**
12  A.  But this was -- again, like I said, overwritten by
13  Don, because this is not my words.  I did not write
14  like this.  I do not write like this.
15  **Q.  These are not words of an actual user of a**
16  **Roca Labs' product; is that right?**
17  A.  Correct.  There's a lot added on here that I --
18  that was not written.
19  **Q.  You are not sure who wrote it --**
20  A.  Right --
21  **Q.  -- but you know Don Jurvain had access?**
22  A.  -- I'm not saying that Don wrote it wrote it, but
23  I did not write all this.
24       MR. SUTTLEMYER:  So, the next document
25  we'll have marked will be Exhibit 85.

240

1        (Blog marked FTC's Exhibit No. 85, for
2        identification.)
3        (Blog marked FTC's Exhibit No. 86, for
4        identification.)
5        (Blog marked FTC's Exhibit No. 87, for
6        identification.)
7   BY MR. SUTTLEMYER:
8   **Q.  Ms. King, while I'm reading page numbers, or**
9   **markings for these documents, I would like you to**
10  **review Exhibits 85, 86, and 87.**
11       MR. SUTTLEMYER:  Eighty-five is
12  Attachment "I" to the FTC's Second Request for
13  Admissions.
14        Eighty-six is Attachment "J" to the
15  FTC's Second Request for Admissions.
16        Eighty-seven is Attachment "K" to the
17  FTC's Second Request for Admissions.
18  BY MR. SUTTLEMYER:
19  **Q.  Ms. King, are you familiar with Exhibit 85?**
20  A.  I'm not quite sure what this is.  I'm not.  No.
21  **Q.  You're not?**
22  A.  It looks like it might be -- I believe it might be
23  Marcia's, or Carla's.  I think it's Carla.  It's not
24  Marcia'a.  Carla it would be.
25  **Q.  When was Carla working with Roca Labs, again, do**

**For The Record, Inc.**
(301) 870-8025 - www.ftrinc.net - (800) 921-5555









PX10-43



## 100+ lbs to Lose for Women Procedure

*2 to finish*

**Mark familiar psychological obstacles that you need to overcome**

☐ Depression what is it?

☐ Food addiction what is it?

☐ Binge eating what is it?

☐ Emotional eating what is it?

☐ Bad eating habits what is it?

Back      Next

Need help? Call 866.566.5288 now

PX10-44



## 100+ lbs to Lose for Women Procedure

*Last one*

### We question your commitment to win the fight and lose weight

Though Roca Labs procedure is probably the world's strongest weight loss solution, your mind is stronger and therefore your commitment is a must or you will be wasting your money. Since, Roca Labs wishes to preserve the very high success rate, we ask that you think again before proceeding as many want to lose weight but are not committed to fighting fat and changing their lives.

**Are you truly committed to lose your weight, this time around? If so, why?** *

REDACTED

We, at Roca Labs, believe that "fat is unhealthy and ugly." Once you truly believe that fat is ugly you will trigger a psychological mechanism that will help you to stop over-eating. We think that it is essential for the success of the weight loss project. *

I agree, fat is unhealthy and ugly and I am going to fight and change it
I don't think that being fat is so bad
Being overweight is not the end of the world
Being overweight is not so bad
Your approach is completely wrong, I'd like to cancel this application

**Next (3 of 4)**

PX10-45



PX10-46





PX10-48

## <u>PERSONAL TERMS, CONDITIONS & DISCLAIMERS AGREEMENT</u>

**USV1.2 May2011**

This website, the manufacturer or the distributor, both jointly and individually ("The Website" or "The Company") are marketing The Company's products and offerings, which include the weight loss formula ("The Formula"), as well as a weight loss support service ("The Support") for sale to all that make contact from The Website and/or carry out a purchase ("The Customer" or "You"), under all of the following personal terms, conditions and disclaimers ("The Agreement"), and on these terms alone. Everything that The Company represents in the terms and conditions or on The Company' Website is to the best of The Company's knowledge. Customer will print and save the Agreement.

**YOU AGREE THAT YOU HAVE CAREFULLY READ THE AGREEMENT BEFORE MAKING A PURCHASE AND AGAIN BEFORE USING THE FORMULA/SUPPORT . PLACING AN ORDER INDICATES YOUR UNCONDITIONAL ACCEPTANCE OF THE AGREEMENT. IF YOU DO NOT AGREE TO ALL OF THE AGREEMENT, YOU SHOULD NOT PURCHASE THE FORMULA/SUPPORT.**

You agree that the use of this Website is at your sole risk. Neither the Website, nor any of The Company's officers, directors, employees, agents, third party content providers, merchants, sponsors, licensors, or affiliates warrants that the Website will be error free or uninterrupted. The Company also DOES NOT give any warranty for the results that may be obtained from the use of this Website, The Formula or The Support.

Similar to a surgery or a drug, there is no refund or guaranteed results. This is because the success is based largely upon your usage and cooperation in adapting to new eating habits. You agree that, because The Company makes NO guarantees regarding results, and because of The Company's clear No Return/No Refund policy (see below), you have NO right to dispute the charge for the Formula/Support. You agree that disputing any charge causes damage to The Company and will give Us the right to seek compensation from you for The Company's damages.

**You agree that if there is a shipping problem, you must contact The Company, via customer care on The Company's Website, in writing, and allow The Company 7 days to address the shipping issue. You also agree that if there is a shipping issue, you must file a claim with the United States Postal Service and keep The Company apprised of your efforts so The Company may help you address the issue and reship the Formula, if necessary. You agree, however, that a shipping issue does not give you the right to dispute the charge with your credit card company or with PayPal. You agree that doing so causes damage to The Company and will give The Company the right to seek compensation from you for The Company's damages.**

# Conditional Discounted Price

The price for The Formula & The Support is set at $1580. However, because The Formula always works when used properly, we are selling it to you at a special introductory rate ("Discounted Price"). We are providing this incredible Discounted Price because The Company is new to the U.S. market and wishes to gain a wide number of customers with a high success rate. In exchange for this Discounted Price, you agree to all of the following: (1) You are representing to The Company that you are suitable to use the Formula/Support, based upon the terms and instructions contained in this Agreement. You are entering this Agreement knowing you don't have any psychological

PX10-49



FTC-SKING-000419

disorders, eating disorders, relevant allergies or any other issues that may interfere with your success with The Company's Formula and Support; (2) You will do all that you can to succeed with the product. We will support you. We promise the ingredients are of high quality, certified, G.R.A.S. (Generally Recognized as Safe), and manufactured in an FDA registered facility; (3) You are expected to have a positive outcome of reducing food consumption by 50% to 80% and improving your eating habits; (4) You agree that if you have a positive outcome, we can use your success in The Company's marketing efforts.  This can be done anonymously if you prefer; (5) **You agree that if you do not have a positive outcome, you WILL NOT to speak or write negatively about the product in any forum; and (6) If you breach this Agreement, we reserve the right to demand full payment for the Formula and/or Support and for any expenses we incur in resolving the issue.**

# General

Once you place an order, you are entitled to customer care around the clock.  **All contact with Roca Labs after your order has been shipped will be in writing with the customer care department via the Website ONLY.**  For the protection of the Customer and The Company, The Company requires that all contact be documented.  The Company does not contact Customers by telephone, nor does The Company accept Customer contact by telephone.  The Company will make every effort return all written contact within 24 hours.

The Formula is not a drug or a surgery, rather it is a possible natural alternative that causes people to eat less by shrinking stomach size, slowing down the digestive system, having a sensation of fullness or/and combining a psychological strengthening.

**The Formula is intended for healthy persons in general and is not suited at all for those with sensitivity to barley or a high sensitivity to dietary fibers.** It is recommended that a physician be advised and informed that the Formula components are: Xanthan, Guar Gum, Maltodextrin, Beta Glucan, Vitamins B-6, B-12 and vitamin C.

It is possible to purchase The Support by itself and it is possible, by request to customer service, to purchase the added benefits of The Formula for the separate low price of $50.00.

# Privacy

The Company is committed to protecting your privacy and security. For more information, you should review The Company's Privacy Policy on The Company's home page, which is incorporated into these Terms & Conditions by this reference.

# Health Disclaimer

This Website, The Formula and the Support provide weight loss management assistance. Information applications and content published over the Internet are intended only to assist users in their personal weight loss efforts. The Company is not a medical organization and The Company's staff cannot give you medical advice or diagnosis. Nothing contained in this Website should be construed as such advice or diagnosis. The information and reports generated by The Company should not be interpreted as a substitute for physician consultation, evaluation, or treatment.

PX10-50

FTC-SKING-000420

**The Formula should be purchased ONLY after reading the possible Side Effects and the Instructions. You are urged and advised to seek the advice of a physician before beginning any weight loss effort or regimen and to direct the physician to this Website. This Website is intended for use only by healthy adult individuals. Individuals with health conditions are specifically warned to seek professional medical advice prior to initiating any form of weight loss effort or regimen.**

The Customer agrees to make proper use of The Formula according to the instructions of use which appear and are updated on The Website, in order to maximize the high percentage of success of the Formula. The Company has no knowledge of the Formula causing any serious side effects. If the Customer has any medical-related complaint, so that The Company can make a thorough evaluation, the Customer agrees to provide us with the following information:

      a. A physician's report stating that your symptoms are a direct result of using the Formula;

      b. A sworn and notarized statement breaking down your exact diet, including amount and times of water and food intake, during the entire time you used the Formula;

      c. A sworn and notarized statement breaking down the exact schedule, dosage and manner in which you took the Formula every day that you took it;

      d. All medical records relating to the issues you had with the product;

      e. Your age, weight and height; AND

      f. All of your medical records relating in any way to health, weight-loss, weight, digestion and nutrition issues for the last five years.

# General Advice Only

The verbal answers provided by order representatives (whether on the telephone or via electronic mail, or otherwise) are general and are neither medical nor personal. The decisive information is that which is stated solely on the Website. The representatives are not doctors. Any personal or medical question and/or requests for medical advice as such, which may be considered by the Website representative as personal-medical, will not be answered. Should an answer be constituted as a medical answer, including if medical advice is provided, the answer and all its implications should be viewed as void.

# Concurrent Use of Medication

The Website should not be relied upon under any circumstances for receiving instructions about the use, combination, or cessation of use of personal medication.

# FDA Information

The Formula is manufactured in an FDA-compliant facility under GMP rules. The Formula is categorized as a "food additive" according to the definitions of the FDA and is approved for use without requiring any medical permission. The Formula contains only certified ingredients. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease. This product should not be used in place of or as a substitute for recommendations by your health care professional. These statements are based on the known activity of the specific ingredients in this product. No clinical study has been performed on this product.                                               PX10-51

## Declaration, Purchase Agreement and Exceptions

The Customer hereby affirms that any orders carried out are to be done after reading and understanding the daily mode of use of the Formula. Additionally, the Customer affirms that he has read and examined all the components of the Formula and that they are compatible with his health and his daily and regular usability. The act of purchase constitutes an Agreement, whether the order was carried out via the Website or via the phone number provided on the Website. All communications, order requests, service request, etc are based on the regulations and instructions as stated on the Website.

## Updated Website Instructions

The Customer commits to make use of the Formula according to that which is stated in the instructions and which is updated on the Website. These instructions will be considered as the most current and accurate, even to the exclusion of any other printed material, including labels printed on the Formula package. All communications, order requests, service request, etc... are based on the regulations and instructions as stated on the Website.

## Drinking Plenty of Fluids

The Customer understands that this is one of the most potent diets in the world, which requires drinking larger than normal quantities of liquids, otherwise dehydration may occur, which may also lead to headaches. In extreme cases, additional complications may develop. As such, the Customer must make sure to drink large quantities of liquids (3 glasses of water immediately after each dose of the Formula, 6-8 additional glasses of water throughout the day for each dose of the Formula). It is emphasized that given the Formula's strength, the Customer is solely responsible for drinking adequate amounts of liquids according to bodily needs and with reactions changing in real time. Furthermore, the Customer understands that the Formula will not work for him without drinking large quantities of liquids.

## Formula Success

The expansion action of the active ingredients within the stomach is physical and conditional upon drinking plenty of liquids. Despite the Formula being a physical aid (which is intended to decrease stomach volume), the Customer hereby commits to avoid consuming calorie-rich foods with the remainder of the stomach volume, so as to avoid expanding the stomach via forced consumption. The Formula will assist in weight loss as long as the diet process is dependant upon appetite and not upon invalid psychological issues (such as depression, boredom, sadness, etc...) that lead to overeating. **The Formula is not being sold to you on a trial basis. The Company makes no guarantee regarding the degree of success you will reach, if any.**

## Personal Dosage

The Customer hereby agrees that by the very act of purchasing the Formula, he is aware that prior to its regular use, he must carry out personal trials to determine the appropriate dosage fitting his body, which will aid in achieving a lack of appetite at a level, quantity and duration that he wishes. The Customer is the one that determines the level and duration of the lack of appetite according to individual will and physical ability.

## Agreement Not to Comment Negatively

PX10-52

The Customer understands and is aware that he is required to dose the formula, to drink large quantities of liquids, to avoid calorie-rich foods, and to overcome psychological obstacles in order to achieve maximum results (reduction of stomach capacity to 20%). The Customer is also aware the The Company does not guarantee success. Therefore, no claim and/or complaint will be accepted regarding the lack of success of the Formula in creating a lack of appetite. The announcement/writing/publication of any such or other claim in any media or forum will constitute a breach of agreement, to which the Customer entered willingly and with full knowledge of the components of the Formula and its properties and The Support. As such, any claim as aforementioned will constitute defamation, and all remedies will be pursued accordingly. **A person unable to meet these terms and conditions should not purchase the Formula and/or the Service.**

## The Order

After the Customer has read the Terms, Conditions and Disclaimer and filled out the required order form or contacted the central phone service order department, a representative of the Order Department will contact him to verify and confirm the details of the delivery. Representative answers do not qualify as a substitute to those which are stated within the Website, these Terms and Conditions or any medical advice. If the Customer provides incorrect identification details while carrying out the order, The Company cannot guarantee that the products will reach him.  The Customer must make sure to fill out/provide updated and precise details. Providing false or incorrect personal details is strictly prohibited and will result in damage to Roca Labs for which you will be responsible.

The Company's refund/return policy is explained fully below. COD payments are also accepted at the time of delivery. Pursuant to Florida law, checks which are not honored for any reason will involve a Customer charge of $25-40, or 5% of the amount of the check, whichever is greater. In addition, should legal and/or collection proceedings need to be instituted regarding returned, cancelled checks or cancelled/disputed credit cards/Paypal, the Customer will be responsible for all collection costs and attorneys fees, with a minimum of an additional $500, plus filing fees, per check or cancelled credit card/Paypal. Invoices are sent directly to the electronic mail boxes supplied by the Customer each night and it is the Customer's responsibility to provide an active email account.

## Service Hours

**After your order has been shipped, the handling of the order goes to the customer care department, which operates only  in writing via the Website on the customer care page.** The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Therefore, all communication between Customers and the service department will be via electronic mail, which will allow the service professional time to research the issue and provide an appropriate response. Also, because the response might be lengthy, written communication will allow the Customer to review and revisit the response throughout the procedure. This will also help to ensure the success of the Formula. Answers to inquiries are normally given within a few hours, but certainly within 24 hours. If inquiries are made on a non business day, responded are made by the end of the next business day. All of these terms and conditions regarding the service department also apply in the event you choose to purchase the service only.

## Shipping and Delivery Times

PX10-53

The Company makes every effort to ship orders by the next business day. The Customer is responsible for any taxes imposed outside of the United States. Orders are shipped via USPS 2nd day service and the USPS Terms of Use. Once your order has been submitted, NO changes can be made. At peak times, shipping may take 1-2 days longer than usual.

**In order to make the shipping process simpler and easier for Customers, no signature will be required when the package is delivered. With no signature required, however, The Company has no recourse if USPS confirms that the package has been delivered and you represent that you have not received it. If this occurs, The Company will reship the product for an additional charge of $150 to cover The Company's expenses. If, however, The Customer chooses the option to sign for the package, he must write "signature required" in the notes section when ordering. An additional fee of $3 will be charged for this service. If the "signature required" option is chosen, The Company will guarantee delivery and will reship at no extra charge if the package is not received.**

Please note that time frames of the Post Office or any other delivery service/company cannot be monitored by the Website and are not under its control. The Customer will have no claim against the Website due to delivery disruptions.

Please also note that, on occasion, The Company's orders surpass The Company's production capabilities and your order may enter a short waiting list. Generally, this information is posted as soon as you enter the site.

# Merchandise Return & Refund Policy

If you choose to cancel your order before it has been shipped, immediately contact The Company's customer care department via the Website in writing for a full refund. You agree NOT TO contact your credit card company or Paypal in these instances, as the charge *was valid and authorized at the time you placed your order,* and because there is no need. The refund *will be* made, though it may take up to 10 days to process. It will take longer if you file a dispute with Paypal as the funds are automatically put on hold until the dispute has been resolved.

If you cancel the order once the product has been shipped, (**an order is considered "shipped" once a tracking number has been assigned**), then, in accordance with the provisions of the consumer law of the state of Florida and Federal Consumer Law, **a diet package can be returned within a closed shipping/delivery package so long as the outer shipping package has not been opened in any way,** as stated explicitly on the package itself. The product cannot be sampled, as the base composition of the Formula has already been proven as effective in eliminating hunger. It is also emphasized that, according to the regulations set in place in most pharmacies, there is no possibility for repeated use of the Formula and as such there is no possibility of return of any food/health product of any kind or receiving a monetary refund after the products' exterior package has been opened. This is also explicitly stated on the product package itself.

Should a Customer choose to return an unopened shipping package, **it must be done within 3 days of the receipt of the order.** Additionally, you must (1) send The Company clear photographs of the shipping box proving that it had been unopened prior to shipping it back and (2) obtain return shipping authorization from The Company in writing. Only then can you return the package to The Company. We also require that you provide The Company with a return tracking number as soon as you ship the product. The refund allowed will be limited only to the cost of The Formula minus the shipping charges and a 15% restocking fee. You will be responsible for the charges to ship the

FTC-SKING-000424

product back to The Company.  There will be no refund of the cost of The Support under any circumstances.  *There will be no refund at all once the outer shipping package has been opened under any circumstances, even if none of the packages inside the box have been opened.  We CANNOT accept the return of the packets inside once the outer shipping box has been opened.*

As with any food, food supplement, diet aid or even gastric bypass surgery, it is expected that a certain number of users might not react well to The Formula.  Though The Company knows the Formula is successful, it is also expected that, just like with any food, food supplement, diet aid or even gastric bypass surgery, there are a certain number of users who will not achieve the desired results.  **However, you understand that similar to purchasing an over-the-counter product or having gastric bypass surgery, if you do not react well or if it does not work, you cannot receive a refund.**

**If, for whatever reason, you become dissatisfied with The Formula or The Support, you agree not to make, write, post, distribute or disseminate in any way any negative comments about, or relating to, Roca Labs, The Formula, or The Support.  This includes writing anything on the internet and making a complaint with Paypal, your credit card company, the Better Business Bureau, etc... Doing so, in light of these clear terms and conditions, would constitute breach of contract and defamation and would be actionable in Florida court.  *If you can cannot agree to this, The Company asks you not to purchase The Company's product.***

**Again, in light of your Agreement to these clear Terms & Conditions, should legal and/or collection proceedings need to be instituted regarding returned or cancelled checks or disputed credit cards/Paypal, the Customer will be responsible for all collection costs and attorneys fees, with a minimum of an additional $500, plus filing fees, per check or cancelled credit card.**

# Responsibility

Use of the Formula should be made according to the instructions of use written on the Website. The Website is not accountable for failure to follow the instructions to the letter and/or any unusual use. The Customer will not have any claim, allegation and/or demand towards the Website and/or the manufacturer due to the qualities of The Formula, its abilities, limitations or suitability to the needs and demands of the Customer. The Website is not responsible for the measure of weight loss accompanying The Formula and The Support, since the Formula's success can be sabotaged by things outside its control. Results, therefore, lie entirely in the hands of the Customer.

# Content Ownership

All of the content and products on The Company's Website are owned by The Company. On behalf of ourselves, The Company claims all property rights, including intellectual property rights, for this content and you are not allowed to infringe upon those rights. The Company will prosecute to the fullest extent of the law anyone who attempts to steal The Company's property. You agree not to copy content from The Company's Website without The Company's permission. Any requests to use The Company's content should be submitted to The Company by e-mail from The Company's contact page.

PX10-55

FTC-SKING-000425

# Disclaimers of Warranties

PLEASE NOTE THE FOLLOWING IMPORTANT DISCLAIMERS OF WARRANTIES:

THE FORMULA AND SUPPORT ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. HE COMPANY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, COMPATIBILITY, SECURITY, ACCURACY OR NON-INFRINGEMENT.

THE COMPANY, NOR ANY OF THE COMPANY'S AFFILIATES, NOR ANY OF THE COMPANY'S OR THEIR RESPECTIVE LICENSORS, LICENSEES, SERVICE PROVIDERS OR SUPPLIERS WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE FORMULA & THE SUPPORT IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, SUCCESS, OR OTHERWISE.

FURTHER, PLEASE NOTE THAT NO ADVICE OR INFORMATION, OBTAINED BY YOU FROM THE COMPANY'S PERSONNEL OR THROUGH THIS WEBSITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY PROVIDED FOR IN THIS AGREEMENT.

**If your jurisdiction does not allow limitations on warranties, this limitation may not apply to you. Your sole and exclusive remedy relating to your use of the site shall be to discontinue using the site.**

# Limitation of Liability

You acknowledge your use of this Website is at your sole risk and that You assume full responsibility for all the risks associated with any of Your use of this Website.

YOU EXPRESSLY UNDERSTAND AND AGREE THAT THE COMPANY AND THE COMPANY'S AFFILIATES SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES, OR ANY OTHER DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING OUT OF, OR RESULTING FROM, (A) THE USE OR THE INABILITY TO USE THIS WEBSITE; (B) THE USE OF THE FORMULA OR THE SUPPORT; OR (C) ANY OTHER MATTER RELATING TO THIS WEBSITE.

IN NO EVENT SHALL THE COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT, FOR NEGLIGENCE OR OTHERWISE) EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA & SUPPORT. IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE COMPANY'S WEBSITE, FORMULA OR SUPPORT, OR WITH ANY OF PROVISION OF THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS THE DISCONTINUATION OF YOUR USE OF THIS WEBSITE, THE FORMULA &/OR THE SUPPORT. IF ANY PORTION OF THIS LIMITATION OF LIABILITY IS FOUND TO BE INVALID, LIABILITY IS LIMITED TO THE FULLEST EXTENT PERMITTED BY LAW.

# Indemnification

PX10-56

You agree to indemnify, hold harmless and, at The Company's option, defend The Company and The Company's affiliates, and The Company's and their officers, directors, employees, stockholders, agents and representatives from any and all third party claims, liability, damages and/or costs (including, but not limited to, reasonable attorneys fees and expenses) arising from your improper use of this Website, The Company's Formula, or The Company's Support, your violation of this Agreement, or your infringement, or the infringement or use by any other user of your account, of any intellectual property or other right of any person or entity.

## Insurance

The Formula is not associated with any insurance carrier or HMO. The discount is provided as a marketing process to benefit certain population groups (similar to HMO discounts to federal employees).

## Testimonials, Pictures, & Demonstratives

Though the Formula is powerful and known to be successful from experience, psychological obstacles can sometimes overcome its effect. Therefore the Website uses visual aids which are not always real but are known to improve Customers' results. All content on the Website, whether text, images, or video, belongs to Us and no one can use any part without permission. Testimonials and endorsements reflect the typical experiences of Customers and represent only those that are willing to portray their satisfaction. The pictures presented on the Website are for illustration purposes only and their primary goal is the illustration of the weight loss potential. As such, these are additional psychological aids to assist the Customer in achieving their weight loss goals.

## Legal Jurisdiction

These Terms and Conditions will be governed by and construed in accordance with the laws of the State of Florida, without giving effect to any principles of conflicts of laws. Any action seeking legal or equitable relief arising out of or relating to this Website will be brought only in the federal or state courts of the State of Florida. You hereby consent and submit to the personal jurisdiction of such courts for the purpose of litigating any such action. A printed version of these Terms, Conditions and Disclaimer will be admissible in judicial and administrative proceedings based upon or relating to these Terms, Conditions and Disclaimer to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. The Customer agrees and commits to undergo polygraph and psychological testing in any legal proceeding, to confirm the validity of the complaints and assertions, as well as the compatibility of the use of the Formula and the Service. **A Customer that does not agree to this is requested not to purchase the product.**

## Severability of the Terms & Conditions

If any part of these terms and conditions of use are determined by a court of competent jurisdiction to be invalid or unenforceable, that part shall be limited or eliminated to the minimum extent necessary so that the remainder of these terms and conditions are fully enforceable
and legally binding.

**BY CHECKING THE REQUIRED BOX, PRIOR TO PLACING YOUR ORDER, YOU AGREE THAT YOU HAVE READ THE COMPANY'S AGREEMENT IN ITS ENTIRETY AND AGREE TO BE BOUND BY ITS TERMS AND CONDITIONS.**

PX10-57

FTC-SKING-000427

PX10-58

FTC-SKING-000428

PLEASE READ THESE TERMS, CONDITIONS AND DISCLAIMER CAREFULLY BEFORE USING THIS WEBSITE. USE OF THIS WEBSITE INDICATES YOU ACCEPT THE TERMS, CONDITIONS AND DISCLAIMER. IF YOU DO NOT ACCEPT THIS, PLEASE DO NOT USE THIS WEBSITE.

This website, the manufacturer or the distributor, both jointly and individually ("Website") are marketing the GBNS on the Website ("Gastric Bypass NO surgery" herein GBNS) for sale under the following terms and on these terms alone. The GBNS may not to be purchased or used without full acceptance of these regulations, which include consultation with a doctor. The very use of the Website constitutes an unconditional agreement to these regulations.

You agree that the use of this Website is at your sole risk. Neither we, nor any of our officers, directors, employees, agents, third party content providers, merchants, sponsors, licensors, or affiliates warrants that the Website will be error free or uninterrupted. Nor is there a warranty for the results that may be obtained from the use of this Website, or as to the accuracy, reliability or currency of any content, service or merchandise on this Website. We may make changes to the Website, these Terms, Conditions and Disclaimer or the policies and conditions that govern the use of the Website at any time without notice. We encourage you to review the Site and these terms periodically for any updates or changes. Your one time or continued access to or the use of the Site shall be deemed as your acceptance of these changes and the reasonableness of these standards for noticing changes.

**General**

The use of the masculine form is made for the sake of convenience only and the provisions of these Terms, Conditions and Disclaimer refer to both men and women. Any contact via the phone number or electronic mail provided in the Website and/or carry out a purchase ("the Customer"), is made with the express acceptance of these terms and conditions.

The GBNS is intended for healthy persons in general and is not suited at all for those with sensitivity to barley or a high sensitivity to dietary fibers. In case of any doubt, it is recommended that a physician be advised and informed that the GBNS components are: Xanthan, Guar Gum, Maltodextrin, Dextrose, Beta Glucan, Vitamins B-6, B-12, C & Zinc or alternatively the probiotic components Inulin and Oligofructose.

The Customer agrees to the proper use of GBNS according to the instructions of use which appear and are updated on The Website, in order to maximize the high percentage of success of the GBNS, and for the safe and successful use of the product.

The GBNS is manufactured in an FDA regulated facility in accordance with Florida regulations and carries the GMP seal of approval. This disclaimer is not intended to suggest FDA approval of the product or the GMP. The manufacturers have no association with the GMP, the FDA, or the AHA and are totally independent of these organizations. The Customer is required to print and save the form of these Terms, Conditions and Disclaimer immediately upon carrying out the order.

GOVERNMENT EXHIBIT

PX10-59

FTC-SKING-000386

**Declaration, Purchase Agreement and Exceptions**

The Customer hereby affirms that any orders carried out are to be done after reading and understanding the directions for of use of the GBNS. Additionally, the Customer affirms that he has read and examined all the components of the GBNS and that they are compatible with his health and his daily and regular usability. Whether the order is placed via the website or via phone, the act of purchase constitutes the agreement of the Customer that he or she is in compliance with the terms and conditions of purchase as set forth herein. All communications, order requests, service request, etc are based on the regulations and instructions as stated on the Site.

**Updated Website Instructions:**

The Customer agrees that his or her use of GBNS will be according to all instructions appearing on the website or are updated and he or she will continue to refer to the website for updates for use of the product. These instructions will be considered as the most current and accurate, even to the exclusion of any other printed material, including labels printed on the GBNS package. All communications, order requests, service request, etc. are based on the regulations and instructions as stated on the Site.

**Drinking Plenty of Fluids:**

The Customer understands that this is one of the most potent diet aids in the world, which requires drinking larger than normal quantities of liquids, otherwise dehydration may occur, which may lead to headaches. In extreme cases, additional complications may develop. As such, the Customer must be sure to drink large quantities of liquids (3 glasses of water immediately after each dose of the GBNS, 6-8 additional glasses of water throughout the day for each dose of the GBNS). It is emphasized that given the GBNS's strength, the Customer is solely responsible for drinking adequate amounts of liquids according to bodily needs and with reactions changing in real time. Furthermore, the Customer understands that the GBNS will not work for him without drinking the required amount of quantities of liquids. Other side effects may also occur, as outlined in the Questions section of this website.

**GBNS Success:**

The expansion action of the active ingredients within the stomach is physical and conditional upon drinking plenty of liquids. Despite the GBNS being a physical aid (which is intended to decrease stomach volume), the Customer is cautioned to avoid consuming calorie-rich foods with the remainder of the stomach volume, so as to avoid expanding the stomach via additional forced consumption. This can create a dangerous physical condition. The GBNS will assist so long as the GBNS process depends upon appetite and not invalid psychological reasons (such as depression, boredom, sadness, etc).

FTC-SKING-000387

**Personal Dosage:**

The Customer hereby agrees that prior to regular use of the GBNS, he must carry out personal trials to determine the appropriate dosage for his body, which will aid in achieving a lack of appetite at a level, quantity and duration that he wishes. The Customer is the one that determines the level and duration of the lack of appetite according to individual will and physical ability.

**Waiver of Liability:**

**A person unable to meet these terms and conditions should not purchase this GBNS. Since the Customer understands and is aware that he is required to drink large quantities of liquids in order to achieve maximum results (reduction of stomach capacity to 20%), no claim and/or complaint will be accepted regarding the lack of success of the GBNS in creating a lack of appetite. The announcement/writing/publication of any such or other claim in any media will constitute a breach of agreement, to which the Customer entered willingly and with full knowledge of the components of the GBNS and its properties. As such, any claim as aforementioned will constitute slander and/or libel, and all remedies will be pursued accordingly.**

**Full Disclosure:**

The GBNS is categorized as a "food additive" according to the definitions of the FDA and is approved for use without requiring any medical permission. The Website is not a medical organization or institute and the Website staff does not provide its users with any form of medical diagnosis or consultation. None of the written contents within any service or product offered within the Website are to be considered as constituting nutritional, athletic or medical diagnosis or advice of any kind. Any information or report of any kind produced or sent by the Website, following the receipt of details by the Customer, is not to be considered as or substitute for any nutritional, athletic, cosmetic or medical advice, diagnosis or evaluation or any medical treatment of any kind. Any and all use of the Website or relying on the information within it will be done with the full and exclusive responsibility of the Customer and the information within the Website should be viewed solely as informative data, which does not replace personal medical advice. Medical information changes constantly and the information on this Website may have become out of date. The Customer is aware of the fact that the GBNS is intended for generally healthy persons and is not suitable for those with any sensitivity to barley.

**General Advice Only:**

The verbal answers provided by order representatives (whether on the telephone or via electronic mail, or otherwise) are general and are neither medical nor personal. The representatives are not doctors and any verbal opinion or statement which may be understood as professional or medical advice or consultation, with the exceptions of those relating to the GBNS, its components and its properties, are void in advance. The

PX10-61

decisive information is that which is stated solely on the Website. Any personal or medical question and/or requests for medical advice as such, which may be considered by the Website representative as personal-medical, will not be answered. Should an answer be constituted as a medical answer including medical advice is provided, it should be viewed as void with all that it implies. Despite the fact that the GBNS consists of only 100% natural ingredients, it is always advisable to consult a personal physician. The Customer is obligated to show caution when using the GBNS and consult a physician prior to purchase, while directing the physician to the Website so as to examine the details of the ingredients.

**Concurrent Use of Medication:**

The Website should not be relied upon under any circumstances for receiving instructions about the use, combination, or cessation of use of personal medication.

**The Order:**

After the Customer has read the Terms, Conditions and Disclaimer and filled out the required order form or contacted the central phone service order department, a representative of the Order Department will contact him to verify and confirm the details of the delivery. Questions directed to any sales representative will be answered in a manner not qualifying as medical or personal. A customer who will receive, or thought to have received, a personal medical answer or reference, shall ignore it or view it as nothing more than a "sales" answer provided by a sales representative. Representative answers do not qualify as a substitute to those which are stated within the Website, these Terms and Conditions or any medical advice. If the Customer provides incorrect identification details while carrying out the order, we cannot guarantee that the products will reach him. The customer must make sure to fill out/provide updated and precise details. Providing false personal details is strictly prohibited. Cancellation of credit card transactions prior to receiving the package will result in a 10% restocking fee and shipping costs. COD payments are also accepted at the time of delivery. Pursuant to Florida law, checks which are not honored for any reason will involve a customer charge of $25-40, or 5% of the amount of the check, whichever is greater. In addition, should legal and/or collection proceedings need to be instituted regarding returned or cancelled checks, the Customer will pay an additional $250, plus filing fees, per check for legal expenses. Invoices are sent directly to the electronic mail boxes supplied by the Customer each night and it is the Customers' responsibility to provide an active email account. Venue for any and all legal proceedings shall be Orange County, Florida.

**Service Admission Hours:**

After placing the order on the Site, the handling of the order goes to the Service department, which operates only via the Website on the Service page. The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Therefore, all communication between Customers and the service department will be via electronic mail, which will allow the service professional time to research the issue and provide an appropriate response. Also, because the response might be lengthy, written communication will allow the

PX10-62

FTC-SKING-000389

customer to review and revisit the response throughout the procedure. This will also help to ensure the success of the GBNS. Answers to inquiries are normally given within a few hours, but no later than then end of the business day, or if inquiries are made on a non-business day, by the end of the next business day.

All of these terms and conditions regarding the service department also apply in the event you choose to purchase service only.

### Shipping and Delivery Times

Orders placed are shipped by the next business day. Orders are shipped via UPS 2nd day service. Once your order has been submitted, NO changes can be made. At peak times, shipment times may take 1-2 days longer than usual.

Please note that time frames of the Post Office or any other delivery service/company cannot be monitored by the Website and are not under its control and the Customer hereby declares that he will have no claim against the Website due to delivery disruptions. Should the sale of the GBNS be delayed or prevented in full or part, and/or its delivery on predetermined dates, for any reason that may be of any kind due to elements and/or events which are not under the control of the Website owners and/or its operators and/or if malfunctions to computers and/or phone systems and/or any other form of communication damage the completion of the purchasing process, this or other, in all its different forms and/or if due to hostile action and/or due to hacker activity and other forms of fraud and/or any other act of god which will prevent and/or damage the process of purchasing the GBNS and/or if any changes occur regarding taxation rates and/or permits which apply to the GBNS between the date of advertisement and/or the service and between the date of delivery planned according to the terms of the purchase of the GBNS and/or the service, the Website may notify of the cancellation of the purchase, all or in part and cancel the billing and therefore the client will have no claim and/or demand as such.

### Merchandise Return Policy

In accordance with the provisions of the consumer law of the state of Florida, a GBNS package can be returned within a closed delivery package so long as it has not been opened in any way, as stated explicitly on the package itself. The product cannot be sampled, as the base composition of the GBNS has already been proven as effective in eliminating hunger. It is emphasized that according to the regulations set in place in most pharmacies, there is no possibility for repeated use of the GBNS and as such there is no possibility of return of any food/health product of any kind or receiving a monetary refund after the products' exterior package has been opened, as is also explicitly stated on the product package itself.

Should a customer choose to return an unopened package, the refund allowed will be limited only to the cost of the GBNS product and the unused portion of the GBNS process/service. Therefore, a refund will be issued for the cost of the unused/unopened GBNS product and the unused portion of the GBNS process/service. The Customer will

PX10-63

still be responsible for the cost of the initial consultation, shipping charges and return shipping charges.

### Responsibility:

Use of the GBNS should be made according to the instructions of use written on the Website. The Website is not accountable for failing to follow the instructions of the terms and regulations to the letter and/or any unusual use. The service provided on the Website is given for regular use and is not intended as personal medical advice. The Customer will not have any claim, allegation and/or demand towards the Website and/or the manufacturer and/or the producers due to the qualities of the service, its abilities, limitations or suitability to the needs and demands of the Customer. The Website is not responsible for the content of other websites advertised on the Website or which may be linked within it or for any advertisement or information which appears on the Website regarding these websites and also does not commit to the functionality and/or authenticity of the content of these websites. The Website limits its responsibility to the fact that the GBNS expands in the stomach and results in a significant or near total lack of hunger for a period of several hours, with all according to the Customers' use. The Website is not responsible for the measure of weight loss accompanying the lack of hunger process, as the possibility that the chances of the GBNS's success be sabotaged by lesser consumption, but of calorie rich foods and/or eating stemming from complications or psychological reasons (which the Website cannot control) lies entirely in the hands of the Customer.

### Limitation of Liability:

You acknowledge your use of this Website is at your sole risk and that you assume full responsibility for all the risks associated with any of your use of this Website and the product. We do not make any warranty as to the results from using the Website, its content, its information, its service, products it provides. The Website is provided on an "as is", "as available" basis. No oral or written information given by us, our affiliates or the like creates any warranty.

In no event shall the Website or any information provider be liable for any incidental, consequential, punitive or special damages, direct or indirect that may result from the use of or inability to use the Website, its services or products. Liability shall not exceed the fees paid by the user for the specific information, services or products provided.

### FDA Warning:

Statements about products and health conditions have not been evaluated by the US Food & Drug Administration and are not intended to diagnose, treat, cure or prevent and disease.

### Advertisement:

The GBNS is not associated with any insurance carrier or HMO. The discount is provided as a marketing process to benefit certain population groups (similar to HMO

PX10-64

FTC-SKING-000391

discounts to federal employees). Testimonies of satisfied customers are authentic and represent only those that are willing to portray their satisfaction. The pictures presented on the Website are for illustration purposes only (as in newspapers for example) and their primary goal is the illustration of the weight loss potential. As such, these are additional psychological components to assist the Customer in achieving their weight loss goals.

## Privacy Policy:

The Website will not make use of the customers' personal details under any circumstance, with the exception of registration and delivery purposes. The privacy policy applies to the personal details provided by customers during the process of browsing the Website, including completing the order details.

## Legal Jurisdiction:

These Terms and Conditions will be governed by and construed in accordance with the laws of the State of Florida, without giving effect to any principles of conflicts of laws. Any action seeking legal or equitable relief arising out of or relating to this Website will be brought only in the federal or state courts of the Orange County, Florida. A printed version of these Terms, Conditions and Disclaimer will be admissible in judicial and administrative proceedings based upon or relating to these Terms, Conditions and Disclaimer to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. The Customer agrees and commits to undergo polygraph and psychological testing for any legal scenario, to confirm the validity and compatibility of the use of this GBNS. A Customer that does not agree to this is requested not to purchase the product.

FTC-SKING-000392

Case 8:15-cv-02231-MSS-TBM Document 210-19 Filed 04/26/18 Page 75 of 137 PageID 9611

FTC v. Roca Labs, Inc.    Case 8:15-cv-02231-MSS-TBM    Document 2-1 Filed 09/24/15    Page 47 of 62 PageID 128
COMPLAINT EXHIBIT 9

Roca Labs®    Ask The Doctor     Success Stories     18 Solutions

Support



Terms & Conditions  |  Privacy Policy  |  Return Policy



**LIVE ADVICE**
click to chat

# PERSONAL TERMS, CONDITIONS & DISCLAIMERS AGREEMENT

USV1.8 Sep 2012

## SUMMARY (for convenience purposes only)

*Company believes that all means are Kosher in the fat fight and has a "straight in your face" attitude such as Fat is Ugly. No return accepted. The Formula costs $1,580 and you can buy it for a reduced price ONLY under the conditions listed among them: secrecy and devotion to succeed.*



This website, the manufacturer and/or the distributor, both jointly and individually ("The Website" or "The Company") are marketing The Company's products and offerings, which among other items/services include the weight loss formula ("The Formula"), as well as a weight loss support service ("The Support") for sale for personal to those who carry out a purchase ("The Customer" or "You"), under all of the following personal terms, conditions and disclaimers ("The Agreement"), and on these terms alone. Everything that The Company represents in the terms and conditions or on The Company' Website is to the best of The Company's knowledge. Customer will print and save the Agreement.

**YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THE AGREEMENT BEFORE MAKING A PURCHASE AND AGAIN PRIOR TO USING THE FORMULA/SUPPORT. PLACING AN ORDER INDICATES THE**

Chat now

GOVERNMENT EXHIBIT
9

**UNCONDITIONAL ACCEPTANCE OF THE AGREEMENT BY YOU AND
ANY ASSIGNS. DO NOT PURCHASE THE FORMULA IF YOU DO NOT
AGREE TO BE BOUND BY THE ENTIRE AGREEMENT.**

You agree that the use of The Website is at your sole risk. Neither The
Website, nor any of The Company's officers, directors, employees, agents,
third party content providers, merchants, sponsors, licensors, contractors or
affiliates warrants that The Website will be error-free or uninterrupted. The
Company also DOES NOT warrant the results that may be obtained from the
use of this Website, The Formula or The Support.



**LIVE ADVICE**
click to chat

The Company cannot guarantee results because your success depends on
your usage of The Formula according to instructions and your successful
adaptation to new eating habits. You agree that, because The Company
makes NO guarantees regarding results, and because of The Company's
clear No Return/No Refund policy (see below), you have NO right to dispute
payment for the Formula/Support. You agree that disputing any payment
causes damage to The Company and gives The Company the right to seek
compensation from you for The Company's damages.

**You agree that if there is a problem with shipping, you will contact The
Company via Customer Care on The Company's Website, in writing, and
allow The Company 7 days to research and address the shipping issue.
You also agree that if there is a shipping issue, you will file a claim with
the United States Postal Service and keep The Company apprised of
your efforts so The Company may help you address the issue and
reship the Formula, if necessary. You agree, however, that a shipping
issue does not give you the right to withhold or dispute the charge with
your credit card company or with PayPal. You agree that doing so would
cause damage to The Company and will give The Company the right to
seek compensation from you for The Company's damages.**

## Conditional Discounted Price

The price for The Formula and The Support is $1,580.00. You may purchase
The Formula and The Support at full price and without condition, or you may
elect to purchase The Formula at a special conditional rate ("Conditional
Price"). We are providing this deeply discounted Conditional Price because
The Company can better manage its risks and resources, and reduce The
Company's legal expenses. In exchange for this Conditional Price, you
explicitly agree to all of the following:

(1) You are representing to The Company that you are suitable to use The

Formula and The Support, based upon the terms and instructions contained in this Agreement, and that you do not have any psychological or physical disorders that may interfere with your success in using The Formula and The Support.

(2) You will follow the instructions that come with The Formula and that are explained in detail on The Website. We will support you.

(3) You expect to have a positive outcome by reducing food consumption and improving your eating habits.

(4) You agree that we can use any and all information relating to your success in The Company's marketing efforts. This can be done anonymously if you prefer.



LIVE ADVICE
click to chat

(5) If you purchased the Formula at a conditional discounted rate, you agree that you WILL NOT speak or publish, in any forum, criticism of the Product or the Company, and that any published statements will be immediately removed upon the Company's Request. You agree that any published opinion by you about the Product or the Company will not carry with it advertisements of any kind or result in any financial benefit to you unless pre-approved by the Company.

(6) If you breach this Agreement, you agree to pay the full price for The Formula within 3 business days of demand, plus any expenses we incur in resolving the issue. In addition, we retain all legal rights and remedies against you for breach of contract and any other appropriate causes of action. Not paying the full amount you agreed when you purchased will immediately revoke the special discount/subsidy/allowance given by the marketing department and the price will be the full $1580 for the Formula plus any collection fees.

## General

Once you place an order, you are entitled to Customer Care. Generally, Customer Care is available 24 hours, 7 days a week. We will make every effort to respond to you within 24 hours of any contact **For the protection of The Company and The Customer, after your order has shipped The Company requires that all contact between The Customer and The Company must be in writing with the Customer Care department through The Website ONLY.** The Company will make every effort to respond to all written contact within 24 hours.

The Formula is not a drug, medical treatment or a surgery. Rather, it is a natural alternative that causes people to eat less by reducing available

PX10-68

11/25/2013 1:39 PM

stomach capacity, providing a sensation of fullness, and creating an opportunity for psychological strengthening.

**The Formula is intended for healthy persons in general and is not suited at all for those with sensitivity to barley or to dietary fibers. Prior to ordering The Formula, we recommend that you consult your physician and present the letter from the Roca Labs medical adviser.**

## Privacy

The Company is committed to protecting your privacy and security. Prior to purchase, please carefully review The Company's Privacy Policy on home page, which is incorporated into these Terms & Conditions by reference.

## Health Disclaimer

This Website, The Formula and The Support provide limited, non-medical, weight loss management assistance. Testimonials, videos and related content published over the Internet are intended only to assist users in their personal weight loss efforts. The Company is not a medical organization and The Company's staff cannot give you medical advice or diagnosis. Nothing contained in The Website should be construed as medical advice or diagnosis. The information and reports generated by The Company should not be interpreted as a substitute for physician consultation, evaluation, or treatment.

**The Formula should be purchased ONLY after reading the possible Side Effects and the Instructions. You are urged and advised to seek the advice of a physician before beginning any weight loss effort or regimen and to direct the physician to review The Website. The Website and The Formula are intended for use only by healthy individuals. Customers with health conditions are specifically warned to seek professional medical advice prior to initiating any form of weight loss effort or regimen.**

The Customer agrees to make proper use of The Formula according to the instructions of use, which are provided with The Formula and appear on The Website, in order to maximize the your results. The Company has no knowledge of The Formula causing any serious side effects. If The Customer has any medical-related complaint after using The Formula, the Customer agrees to provide us with the following information:

    a. A physician's report stating that your reaction/symptoms are a direct result of using the Formula;

LIVE ADVICE
click to chat

PX10-69

b. All medical and other related records relating to the issues you had with the product;

c. All of your medical records relating in any way to health, weight-loss, weight, digestion and nutrition issues for the last five years

d. A sworn and notarized statement by you containing the following:

**i. A breakdown of your exact diet, including amount and times of water and food intake, during the entire time you used The Formula;**

**ii. A breakdown of the exact schedule, dosage and manner in which you took the Formula every day that you took it;**

**iii. Your age, weight and height at the time you began using the Formula. By purchasing the Formula you agree to these specific terms and acknowledge that the Company would not have sold The Formula without your agreement to same.**



LIVE ADVICE
click to chat

## General Advice Only

Any verbal answers provided by order representatives (whether on the telephone or via electronic mail, or otherwise) are general and are neither medical nor personal. The decisive information is only that which is stated on the Website. The Company representatives are not doctors. Any personal or medical questions will not be answered by Company representatives. Should any such answer or remark be construed as medical or personal, the answer and all of its implications should be viewed as void.

## Concurrent Use of Medication

Please refer all questions about the concurrent use of medication with The Formula to your physician. The Website should not be relied upon under any circumstances for instructions about the use, combination, or cessation of use of personal medication.

## FDA Information

The Formula is manufactured in an FDA-compliant facility under GMP rules. The Formula is categorized as a "food additive" according to the definitions of the FDA and is approved for use without a prescription. The Formula contains only certified ingredients. These statements have not been evaluated by the Food and Drug Administration. **This product is not intended to diagnose, treat, cure, or prevent any disease. This product should not be used in place of or as a substitute for recommendations by your health care professional.** These statements are based on the known activity of the

specific ingredients in this product. No clinical study has been performed on this product as a drug.

## Declaration, Purchase Agreement and Exceptions

The Customer hereby affirms that, prior to using The Formula, he or she read and fully understands the instructions and daily mode of use of The Formula. Additionally, the Customer affirms that he or she has read and examined all of the components of the Formula and that they are compatible with his or her health and regular usability. The act of purchase constitutes an Agreement between The Customer and The Company, whether the order was carried out via the Website or via the phone number provided on the Website. All communications, order requests, service requests, etc. are based on the regulations and instructions as stated on the Website.



LIVE ADVICE
click to chat

You do not have permission or the right to sell, transfer and/or gift The Formula to any other person or entity. If, contrary to the terms herein, you sell, transfer or gift The Formula to another person, you will remain responsible for any breach of these Terms and Conditions by that person, and you agree to indemnify The Company against any claims brought by or damages awarded to that person.

## Updated Website Instructions

The Customer commits to make use of the Formula according to the instructions, which is occasionally updated on The Website. These instructions will be considered as the most current and accurate, even to the exclusion of any other printed material, including labels printed on the Formula package. All communications, order requests, service requests, etc. are based on the regulations and instructions as stated on the Website.

## Drinking Plenty of Fluids

The Customer understands that The Formula requires drinking larger than normal quantities of liquids; otherwise dehydration may occur, which may also lead to headaches. In extreme cases, additional complications may develop. The Customer must drink no less than 3 glasses of water immediately after each dose of The Formula, and 6-8 additional glasses of water throughout the day for each dose of The Formula. It is emphasized that given The Formula's strength, The Customer is solely responsible for drinking adequate amounts of liquids according to bodily needs and with reactions changing in real time. Furthermore, the Customer understands that The Formula will not work without drinking liquids as directed.

Roca Labs Complaint Exhibit — Terms & Conditions — https://rocalabs.com/terms/
FTC v. Roca Labs, Inc. — COMPLAINT EXHIBIT

## Formula Success

The expansion action of the active ingredients within the stomach is physical and conditional upon many factors, including drinking plenty of liquids. Despite the Formula being a physical aid (which is intended to decrease stomach space availability and leave the user with a feeling of fullness), the Customer hereby agrees to avoid consuming calorie-rich foods and/or overeating, so as to avoid expanding the stomach via forced consumption. The Formula will assist in weight loss as long as the diet process is dependent upon appetite and not upon psychological issues (such as depression, boredom, sadness, etc…) that may lead to overeating. Results may vary. **The Formula is not being sold to you on a trial basis. The Company makes no guarantee regarding the degree of success you will experience, if any.**



LIVE ADVICE
click to chat

## Personal Dosage

The Customer hereby agrees that by the act of purchasing the Formula, he or she is aware that prior to its regular use, he or she must carry out personal trials to determine the appropriate dosage for his/her body, which will aid in achieving a lack of appetite at a level, quantity and duration that he/she wishes and is appropriate for his/her situation. The Customer determines the level and duration of the lack of appetite according to individual will and physical ability.

## Agreement Not to Comment Negatively

The Customer understands and is aware that he is required to dose the formula, to drink large quantities of liquids, to avoid calorie-rich foods, to avoid overeating and to overcome psychological obstacles in order to achieve results. **The Customer is also aware that The Company does not guarantee success.** Therefore, unless The Customer purchased The Formula at full price, (1) no claim or complaint whatsoever will be accepted regarding the lack of success of The Formula; (2) the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement, to which The Customer entered willingly and with full knowledge of the components of The Formula and its properties and The Support; (3) You agree that any such negative claim will constitute defamation per se; (4)**Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause."**

## The Order

PX10-72

11/25/2013 1:39 PM

Roca Labs General Business Terms & Conditions: http://example.com/terms/
FTC v. Roca Labs, Inc. COMPLAINT EXHIBIT 8

After The Customer has read the Terms, Conditions and Disclaimer and filled out the required order form and/or contacted the central phone service Order Department, a representative of the Order Department will contact The Customer to verify and confirm the details of delivery. Answers given by Representatives are not a substitute for information contained in the Website, these Terms and Conditions, or any medical advice. If The Customer provides incorrect identification details while carrying out the order, The Company cannot guarantee that the products will be delivered. The Customer must confirm that he/she has provided updated and precise details. Customer agrees to pay the cost to re-ship and order if Customer provides incorrect or false information. You MUST also see Money Back / Return Page for further shipping details.



**LIVE ADVICE**
click to chat

The Company's refund/return policy is explained fully below. Pursuant to Florida law, payments that are not honored for any reason will incur a Customer charge of $25-40, or 5% of the amount of the check, whichever is greater. Should The Company institute legal or collection proceedings regarding returned/cancelled checks or cancelled/disputed credit cards/PayPal, the Customer will be responsible for all collection costs and attorney's fees, plus filing fees, for each returned or cancelled check or for each cancelled credit card/PayPal payment. Other than the above listed allowance for attorney's fees relating to payment/collection issues, neither the purchaser nor The Company shall be entitled to attorney fees for other disputes between the parties. Invoices are sent directly to the electronic mail boxes supplied by the Customer and it is the Customer's responsibility to provide an active/working email account. In case that your account goes in "Bad Debt" after an installment payment is charged and declined you agree to let us re-run your credit card for payment at a later date to resolve payment. The total charge of the unpaid bill and collection fees can amount to $3,200.

If your card failed the first time, you permit the company to continue and try to charge your credit card and ship you the formula per your order once the 1st payment is accepted.

## Order Choice

Introductory Offer (basic, Advanced or Premium): You pay the deeply discounted Conditional Price for the Formula and The Support, is as described in the price list and money back is only for a success video as described in the FAQ. Per company's policy, there is reward for failure and therefore no warranty, no money back.

Unconditional Offer (Custom Formula option in the price list): The price for

PX10-73

Roca Labs Gastric Bypass No Surgery $480 Terms & Conditions ... https://rocalabs.com/terms/

FTC v. Roca Labs, Inc. PLAINTIFF'S EXHIBIT Page 9

The Formula and The Support is $1580. You receive (1) 24/7 Support, response within 5 hours of request; and (2) 50% refund for any reason if you contact Customer Care within 30 days; (3) $200-$350 money back for success video; and (4) the Agreement not to Comment Negatively does not apply to you.

## Service Hours



LIVE ADVICE
click to chat

**After your order has been shipped, the handling of the order goes to the Customer Care Department, which operates only in writing via The Website on the Customer Care page.** The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Therefore, all communication between Customers and The Service Department will be via electronic mail, which will allow the service professional time to research the issue and provide an appropriate response. Also, because the response might be lengthy, written communication will allow the Customer to review and revisit the response throughout the process. This will also help to ensure the success of the Formula. Answers to inquiries are generally provided within 24 hours. If inquiries are made on a non-business day, responses are usually made by the end of the next business day.

## Shipping and Delivery Times

The Company makes reasonable efforts to ship orders within 2 weeks by Priority mail. The Customer is responsible for any taxes imposed, inside or outside of the United States. Once your order has been submitted, NO changes can be made to the order. At peak holiday times, shipping may take longer than usual.

You MUST also see Money Back / Return Page for further shipping details.

If The Customer chooses the option to sign for the package, he must choose "signature required" when ordering. If the "signature required" option is chosen, The Company will guarantee delivery and will reship at no extra charge if the package is not received by you.

The Company offers waiver of signature solely for The Customer's convenience. Customer understands that if Customer waives signature for delivery of the product, The Company is without recourse in the event of loss or theft of the Formula once USPS confirms delivery. Therefore, if Customer waives signature and The Company receives confirmation of delivery from USPS, then The Customer agrees to bear the burden of loss or theft and to

PX10-74

pay the charges for the Formula as agreed and will not to dispute payment for
the product against The Company, and The Customer's sole recourse is to
submit a claim to their credit card or insurer for loss or theft of the product. If
this occurs, The Company will reship the product for an additional charge of
$150 to cover The Company's expenses.

The Customer acknowledges that The Company has no control over the
delivery schedules of the USPS or any other delivery service. The Customer
will have no claim against The Company due to delivery disruptions.

On occasion, The Company's orders surpass The Company's production
capabilities and your order may enter a short waiting list. Generally, this
information is posted as soon as you enter the site.



**LIVE ADVICE**
click to chat

## Return & Refund Policy

**Once your Qualification form was reviewed by the doctor and approved,
the Formula is immediately prepared for you.** If within 24 hours of
submitting your application you have decided to place your order on HOLD
you will not be charge until shipped. You can completely cancel your order
within 24 hours of submitting your application **with no charge.** However,
cancelation or refund are NOT possible once the Formula preparation has
begun which is immediately when the doctor approves the qualification form
and within 24 hours of submitting the application.***(no cancellations for
Rush/Urgent orders)*** The safety sticker on the box calls for your attention to
the Terms of the use of the Formula but not to the Terms of the purchase. If
you do not agree, do not use the Formula, but as stated herein, no refund is
available.

**You agree to CONTACT US FIRST with ANY QUESTION OR CONCERN
before contacting your credit card company or PayPal to cancel or
dispute payment.** You understand that reporting a transaction you performed
on this site as "unauthorized" may be illegal and might be considered as
defamation. Any refunds for financial mistakes may take up to 10 days to
process. Greater delays in refunds are likely to occur if you dispute a charge
with PayPal as the funds are automatically put on hold until the dispute has
been resolved.

**You further agree that any report of any kind on the web will constitute
defamation/slander and you agree to a predetermined compensation of
$100,000. You agree and understand that you can not talk badly about
the Formula because of any frustration you might have with the support
department or your misunderstanding.**

PX10-75

11/25/2013 1:39 PM

Roca Labs Gastric Bypass NO Surgery & $480 Terms & Conditions ... http://rocalabs.com/terms/

**An order is considered "shipped" 24 hours after it was submitted since production has begun for your specific order.**

As with any food, food supplement, diet aid or even gastric bypass surgery, it is expected that a certain number of users might not react well to The Formula. It is also expected that, just like with any food, food supplement, diet aid or even gastric bypass surgery, there are a certain number of users who will not achieve the desired results **Nonetheless, similar to purchasing an over-the-counter product or having a gastric bypass surgery, no refunds will be considered under these circumstances.**

# Responsibility



**LIVE ADVICE**
**click to chat**

Use of the Formula should be made according to the instructions of use written on The Website. The Company cannot be accountable for The Customer's failure to follow the instructions or any unusual use. The Customer will not have any claim, allegation or demand against the Company or its manufacturer due to the qualities of The Formula, its abilities, limitations or suitability to the needs and demands of The Customer. The Company is not responsible for the measure of weight loss accompanying The Formula and The Support, since The Formula's success may be prevented by things outside The Company's control. Results, therefore, lie entirely in the hands of the Customer.

# Content Ownership

All of the content and products on The Company's Website are owned by The Company. The Company claims all property rights, including intellectual property rights, for this content and no person/entity is permitted to infringe upon those rights. The Company will prosecute to the fullest extent of the law anyone who attempts to use or copy The Company's property. You agree not to copy content from The Company's Website without The Company's permission. Any requests to use The Company's content should be submitted to The Company by e-mail from The Company's contact page.

# Disclaimers of Warranties

PLEASE NOTE THE FOLLOWING IMPORTANT DISCLAIMERS OF WARRANTIES: THE FORMULA AND SUPPORT ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. THE COMPANY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A

PARTICULAR PURPOSE, TITLE, COMPATIBILITY, SECURITY, ACCURACY OR NON-INFRINGEMENT. NEITHER THE COMPANY NOR ANY OF THE COMPANY'S AFFILIATES, LICENSORS, LICENSEES, SERVICE PROVIDERS OR SUPPLIERS WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE FORMULA & THE SUPPORT IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, SUCCESS, OR OTHERWISE. NO ADVICE OR INFORMATION, OBTAINED BY YOU FROM THE COMPANY'S PERSONNEL OR THROUGH THIS WEBSITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY PROVIDED FOR IN THIS AGREEMENT.

**If your jurisdiction does not allow limitations on warranties, this limitation may not apply to you. Your sole and exclusive remedy relating to your use of the site shall be to discontinue use of the site.**



LIVE ADVICE
click to chat

## Limitation of Liability

You acknowledge your use of this Website is at your sole risk and that you assume full responsibility for all the risks associated with any of your use of this Website

YOU EXPRESSLY UNDERSTAND AND AGREE THAT THE COMPANY AND THE COMPANY'S AFFILIATES SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES, OR ANY OTHER DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING OUT OF, OR RESULTING FROM, (A) THE USE OR THE INABILITY TO USE THIS WEBSITE; (B) THE USE OF THE FORMULA OR THE SUPPORT; OR (C) ANY OTHER MATTER RELATING TO THIS WEBSITE.

IN NO EVENT SHALL THE COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT, FOR NEGLIGENCE OR OTHERWISE) EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA & SUPPORT. IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE COMPANY'S WEBSITE, FORMULA OR SUPPORT, OR WITH ANY OF PROVISION OF THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS THE DISCONTINUATION OF YOUR USE OF THIS WEBSITE, THE FORMULA &/OR THE SUPPORT. IF ANY PORTION OF THIS LIMITATION OF

PX10-77

LIABILITY IS FOUND TO BE INVALID, LIABILITY IS LIMITED TO THE
FULLEST EXTENT PERMITTED BY LAW.

## Indemnification

You agree to indemnify, hold harmless and, at The Company's option, defend
The Company and The Company's affiliates, officers, directors, employees,
stockholders, agents and representatives from any and all third party claims,
liability, damages and/or costs (including, but not limited to, reasonable
attorney's fees and expenses) arising from your improper or unauthorized use
of this Website, The Company's Formula, or The Company's Support, your
violation of this Agreement, or your infringement, or the infringement or use
by any other user of your account, of any intellectual property or other right of
any person or entity.



**LIVE ADVICE**
**click to chat**

## Testimonials, Pictures, & Demonstratives

The Customer's success in achieving their weight loss goal is very important
to The Company. We know that visualization, instilling confidence and
encouraging results is of the highest importance. Therefore, The Company
invested, alongside the hundreds of real YouTube users, in a more perfect
visualization of success stories done by paid actors so the user can realize
that he/she can also succeed. Testimonials and endorsements reflect the
experience that many of our customers have reported to The Company. All
content on the Website, whether text, images, or video, belongs to The
Company and no one can use, transfer, link to any part without permission.

## Legal Jurisdiction

These Terms and Conditions will be governed by and construed in
accordance with the laws of the State of Florida, without giving effect to any
principles of conflicts of laws. Any action seeking legal or equitable relief
arising out of or relating to this Website will be brought only in the federal or
state courts of the State of Florida. You hereby consent and submit to the
personal jurisdiction of such courts for the purpose of litigating any such
action. A printed version of these Terms, Conditions and Disclaimer and
related materials will be admissible in judicial and administrative proceedings
based upon or relating to these Terms, Conditions and Disclaimer to the
same extent and subject to the same conditions as other business documents
and records originally generated and maintained in printed form.

## Severability of the Terms & Conditions

PX10-78

11/25/2013 1:39 PM

Roca Labs Gastric Bypass NO Surgery $480 Terms & Conditions ...   http://rocalabs.com/terms/

Case 8:15-cv-02231-MSS-CRT   Document 210-19   Filed 04/26/18   Page 88 of 137 PageID 9624

FTC v. Roca Labs, Inc.   Case 8:15-cv-02231-MSS-TBM   Document 2-1 Filed 09/24/15   Page 60 of 62 PageID 141
                                                          DEFENDANT 2 EXHIBIT

If any part of these Terms and Conditions of use are determined by a court of competent jurisdiction to be invalid or unenforceable, that part shall be limited or eliminated to the minimum extent necessary so that the remainder of these Terms and Conditions are fully enforceable and legally binding.

**BY CHECKING THE REQUIRED BOX PRIOR TO PLACING YOUR ORDER, YOU AGREE THAT YOU HAVE READ THE COMPANY'S AGREEMENT IN ITS ENTIRETY AND AGREE TO BE BOUND BY COMPLETELY BY ITS TERMS AND CONDITIONS.**



**LIVE ADVICE**
click to chat

## Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative



Consult The Doctor  **$35**

Consult The Nurse
Before buying  **FREE**

Wiki Video

## Site Map Tree

FAQ
Medical
Compare
Research

### Terms of Visiting This Site

*RESULTS MAY VARY
The site intends to introduce an advanced alternative to the dangerous weight loss surgeries such as gastric bypass, lap band, gastric sleeve, etc. FDA has not evaluated statements on this site and the Formula does not diagnose, treat, cure, or prevent any disease. Consuming the Formula without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by the Terms page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users to succeed in losing weight. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for any claims can be found in the Research section. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. Lap Band® is a registered trademark owned by Allergan, Inc. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement. Shrinking stomach and mini stomach are trade marks just as over 10 others protected trade marks and are not intended to represent a medical state. V2 Aug2012

**The BBB logo is a trademark owned by the Better Business Bureau. Roca Labs is not endorsed by or affiliated with the Better Business Bureau. The article should clarify the reliably of this entity.

Copyright © 2009-2012 Roca Labs, Inc. All rights reserved.

PX10-79

FTC v. Roca Labs, Inc.        COMPLAINT EXHIBIT F - Page 1

# PERSONAL TERMS, CONDITIONS & DISCLAIMERS AGREEMENT

USV2.0  June 2014

## SUMMARY

- Roca Labs believes that all means are Kosher in the fat fight and the "straight in your face" attitude is the only way. Fat is Unhealthy & Ugly. If you feel insulted, you should not consider buying.

- The Roca Labs Mixture ALWAYS works in limiting stomach space and it is UP TO YOU to decide on dosage and frequency, to serve/feed yourself small food quantities and avoid any fatty or high calorie foods in a similar fashion to post bariatric surgery. Success depends on following Instructions and being tuned to Suggested Use.

- You may choose to pay the full $1,580 price ("Full Price") for the Procedure or enjoy a "Subsidy" based on Terms such as: devotion to losing weight, making timely payments, approaching Roca Labs first and never be responsible for commenting anywhere negatively in any fashion. Failure to comply and you agree to pay immediately the Full Price and face legal demand for damages in the State of Florida.

- Roca Labs loves rewarding for success so failure is not rewarded and Money Back policy is for proven success only - no returns are accepted once ordered.

- Health Application questions can only detect obvious factors to deny you the purchase of the procedure but can NOT pertain or cover your PERSONAL medical or psychological obstacles.

- The Procedure is VERY STRONG but your mind is stronger. You commitment to follow Instructions and be tuned to Suggested Use is crucial. Unless you can call yourself "Fat" and feel that fat is ugly, we don't think you should buy the Procedure.

- Results may vary and mainly depends on your commitment and medical condition. Before purchasing you should check Instructions, Suggested Use, Side Effects and consult with your doctor if necessary. Statements, other than clinical, have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

GOVERNMENT EXHIBIT
10

FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT F - Page 2

This website, through the manufacturer and/or the distributor, jointly and individually ("The Website" or "The Company" or "We") are marketing The Company's products and offerings, which include, but are not limited to, the Roca Labs Procedure ("Procedure") and support services ("Support"). The Procedure and Support are available to Purchasers ("The Customer" or "You"), under all of the following personal terms, conditions and disclaimers ("Terms") and on these terms alone. Everything that The Company represents in the Terms and conditions or on The Website is accurate to the best of Company's knowledge. Customer will print and save the Agreement. You agree that the use of The Website is at your sole risk. Neither The Website, nor any of The Company's officers, directors, employees, agents, third party content providers, merchants, sponsors, licensors, contractors or affiliates warrants that The Website will be error-free or uninterrupted. The Company is clear that results depend on YOU and therefore DOES NOT guarantee any personal result or outcome resulting from the use of this Website, The Procedure or Support.

**YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THE TERMS BEFORE MAKING A PURCHASE AND AGAIN PRIOR TO USING THE PROCEDURE/SUPPORT. PLACING AN ORDER INDICATES THE UNCONDITIONAL ACCEPTANCE OF THE TERMS. DO NOT PURCHASE THE PROCEDURE IF YOU DO NOT AGREE TO BE BOUND BY THE ALL TERMS.**

# Privacy

Your information will not be shared or sold for as long as you do not breach the Terms and we will have to use the information provided. See Privacy.

# Health Disclaimer

The Procedure, Website and Support provide limited, non-medical, weight loss management assistance. Testimonials, experiences, videos and related content intended only to assist users in their personal weight loss efforts. The Company is not a medical organization and it's staff cannot give you medical advice or diagnosis. Nothing contained in The Website should be construed as medical advice or diagnosis and should not be interpreted as a substitute for physician consultation, evaluation, or treatment.

**The Formula should be purchased ONLY after reading the possible Side Effects and the Instructions. You are urged and advised to seek the advice of a physician before beginning any weight loss effort or regimen and to direct the physician to review The Website. The Website and The Formula are intended for use only by healthy individuals. Customers with health conditions are specifically warned to seek professional medical advice prior to initiating any form of weight loss effort or regimen.**

The Customer agrees to make proper use of The Formula according to the instructions of use, which are

FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT F - Page 3

provided with The Formula and appear on The Website, in order to maximize your results. The Company has no knowledge of The Formula causing any serious side effects. If The Customer has any medical-related complaint after using The Formula, the Customer agrees to provide us with the following information:

1. A physician's report stating that your reaction/symptoms are a direct result of using the Formula;

2. All medical and other related records relating to the issues you had with the product;

3. All of your medical records relating in any way to health, weight-loss, weight, digestion and nutrition issues for the last five years;

4. A sworn and notarized statement by you containing the following:

i. A breakdown of your exact diet, including amount and times of water and food intake, during the entire time you used The Formula;

ii. A breakdown of the exact schedule, dosage and manner in which you took the Formula every day that you took it;

iii. Your age, weight and height at the time you began using the Formula.

By purchasing the Formula you agree to these specific terms and acknowledge that the Company would not have sold The Formula without your agreement to same.

The Company cannot guarantee results because your success depends on your usage in accordance with Suggested Use and your successful adaptation to new eating habits. You agree that, because The Company makes NO guarantees regarding results, and because of The Company's clear No Return/No Refund policy, you have NO right to dispute any payment. You agree that disputing any payment causes damage to The Company and gives The Company the right to seek compensation from you for The Company's damages. In the event that you dispute payment, then The Company has the unfettered right to revoke the discount you were awarded and you shall be liable to the Company for the full sales price of $1,580 .

You agree that if there is a problem with shipping, you will contact The Company via Customer Care on The Company's Website, in writing, and allow The Company 7 days to research and address the shipping issue. You also agree that if there is a shipping issue, you will file a claim with the United States Postal Service and keep The Company apprised of your efforts so The Company may help you address the issue and reship the Formula, if necessary. You agree, however, that a shipping issue does not give you the right to withhold or dispute the charge with your credit card

Case 8:15-cv-02231-MSS-CPT   Document 210-19   Filed 04/26/18   Page 92 of 137 PageID 9628
Case 8:15-cv-02231-MSS-EAJ   Document 2-1 Filed 09/24/15 Page 96 of 252 PageID 207
FTC v. Roca Labs, Inc.              COMPLAINT EXHIBIT F - Page 4

**company or with PayPal. You agree that doing so would cause damage to The Company and will give The Company the right to seek compensation from you for The Company's damages.**

## Your Commitments

By purchasing the Procedure at the you have obligated

## Conditional Discounted Price

The price for The Formula and The Support is $1,580.00. You may purchase The Formula and The Support at full price and without conditions, or you may elect to purchase The Formula at a reduced subsidised rate ("Conditional Price"). The marketing department allocates funds from its marketing budget to subsidise the Formula instead of spending the money on advertising because it hopes to gain more positive "word to mouth" customers by making the Formula more affordable. The Subsidy ("Subsidy") is the the difference between what you pay and $1,580. We are also providing this deeply discounted Conditional Price because The Company can better manage its risks and resources, and reduce The Company's legal expenses. In exchange for this Conditional Price, you explicitly agree to all of the following:

(1) You are representing to The Company that you are suitable to use The Formula and The Support, based upon the terms, conditions and instructions contained in this Agreement, and that you do not have any psychological or physical disorders that may interfere with your success in using The Formula and The Support.

(2) You will follow the Suggested Use that come with The Formula and that are explained in detail on The Website. We will support you.

(3) You expect to have a positive outcome by reducing food consumption and improving your eating habits and you will avoid eating ANY fatty or high calorie foods and will restrict yourself to eating less than 1,500 calories a day. You will also engage in daily 20-30 minutes exercise.

(4) You agree that we can use any and all information relating to your success in the Company's marketing efforts. This can be done with a screen name of your choice but with real pictures and video.

**(5) You agree that regardless of your outcome, you WILL NOT speak, publish, print, blog or write negatively about The Product or The Company in any way.**

**Any violation of this provision of the Agreement is deemed a material breach and you agree that The Company has no adequate remedy at law. You further consent to and agree to entry of an injunction by a Court of competent jurisdiction in enforcement of your violation of this term and condition.**

Case 8:15-cv-02231-MSS-CPT   Document 210-19   Filed 04/26/18   Page 93 of 137 PageID 9629
Case 8:15-cv-02231-MSS-TBM   Document 2-1 Filed 09/24/15 Page 50 of 252 PageID 208
FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT F - Page 5

(6) You agree that your Last Payment ("Last Payment") in the amount equals to the Subsidy (the difference between the Conditional Price and $1,580) will occur 30 days from your last payment. Roca Labs agrees to waive this last payment if you make all your payments on time, avoid any public negative comments and comply with the Terms herein. Roca Labs will exercise this right within 12 months from the time the Last Payment is due.

(7) If you breach this Agreement, you agree to pay the full price for The Formula within 3 business days of demand, plus any expenses we incur in resolving the issue. In addition, we retain all legal rights and remedies against you for breach of contract and any other appropriate causes of action.

# Terminology

*Roca Labs® terminology is used to simplify understanding, visualizing and believing in your success based on the Terms, Roca Labs® Mission Statement and doctrine to success*

- **Roca Labs® Procedure** refers to the entire program for losing weight, and includes our trademarked Formula, Anti-Cravings®, supplies, recommendations, guidelines and reward system for the weight loss process.
- **Roca Labs® Formula** is the powder prepared with liquid to create the Roca Labs® Mixture that, when ingested, results in the gastric bypass effect to limit stomach space and food intake.
- **Activator** is the container used to activate the Formula and turn it into a Roca Labs® Mixture dose.
- **Anti-Cravings®** is the proprietary formula intended to balance blood sugar levels and diminish cravings for snacks or sweets.  This may be particular benefit during pregnancy and for diabetics.
- **Small Stomach** term is used to describe the feeling of a smaller stomach space with a lower threshold for satiety, even though the physical pouch size remains unchanged.
- **Shrinking Stomach™** trademark process describing the need for less food to reach a feeling of "being full". It can help reset the "appetite thermostat" so one won't feel as hungry. Over a period of 3 to 6 months one's stomach feels smaller with smaller food quantities needs to reach satiety. The physical stomach pouch size in unchanged without a surgery.
- **Stomach Space** available is a self estimate intended to create a visualization in order to determine the dosage and mainly the commitment to eating much smaller portions that day.
- **FDA Approved** Roca Labs® believes in following FDA guidelines in production and even more, in making medical claims. Though Roca Labs® Formula is extremely effective and should be used carefully as you would a drug, it does not require a prescription as it is classified as a food supplement.
- **Results may vary. Description/Facts/Statistics refer to a successful regime.**
- **Success Rate** and stats are either based on clinical studies of the formula's ingredients or the general experiences of more than 100,000 applicants.

FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT F - Page 6

# General

Once you place an order, you are entitled to Customer Care /Support. Generally, Customer Care/Support is available 24 hours, 7 days a week. We will make every effort to respond to you within 24 hours of any written contact. **For the protection of The Company and you, The Customer, after your order has shipped The Company requires that all contact between you and The Company must be in writing with Customer Care /Support through The Website ONLY.**

The Formula is not a drug, medical treatment or a surgery. Rather, it is a natural alternative that causes people to eat less by reducing available stomach capacity, providing a sensation of fullness, and creating an opportunity for psychological strengthening.

**The Formula is intended for healthy persons in general and is not suited for those with sensitivity to barley or to dietary fibers. You agree that prior to ordering the The Formula, you have consulted with and have advised your physician that The Formula components are: Guar Gum, Konjac, Inulin, Beta Glucan, Xanthan Gum, Maltodextrin, Natural and Artificial Flavors, Vitamins B-6, B-12 and C.**

After your initial purchase, you may purchase The Support alone and/or additional one-month supplies of The Formula for the separate low price of $50.00.

## General Advice Only

Any verbal answers or information provided by order representatives or support staff (whether on the telephone or via electronic mail, or otherwise) are general and are specifically not intended to constitute medical or personal advice. Answers and comments from The Company staff members shall be limited solely to addressing questions and concerns as they relate to information contained on the Website, The Formula, and its usage. The Company representatives are not doctors. Any personal or medical questions should be directed to your personal physician. You should disregard any any such answer or remark that may be construed as medical or personal advice.

## Concurrent Use of Medication

Please direct to your physician all questions about the proper use of your medication while using The Formula. The Website and the information contained on it should not be relied upon under any circumstances

Case 8:15-cv-02231-MSS-CPT   Document 210-19   Filed 04/26/18   Page 95 of 137 PageID 9631
Case 8:15-cv-02231-MSS-EAJ   Document 2-1 Filed 09/24/15 Page 53 of 252 PageID 2030
FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT F - Page 7

as it relates to the use, combination, or cessation of use of your personal medication.

## FDA Information

The Formula is manufactured in an FDA-compliant facility. The Formula is categorized as a "food additive" according to the definitions of the FDA and is approved for use without a prescription. The Formula contains only certified ingredients. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease. This product should not be used in place of or as a substitute for recommendations by your healthcare professional. These statements are based on the known activity of the specific ingredients in this product. No clinical study has been performed on this product. The Company believes that the information provided hereunder complies with all federal laws and regulations.

## Declaration, Purchase Agreement and Exceptions

You hereby affirm that, prior to using The Formula, you have read, agreed to, and fully understand the instructions and specific directions regarding the daily mode of use for The Formula. Additionally, you affirm that you have read and examined all of the components of the Formula and you are aware of the components, and that the components are not in contradiction with, or incompatible with your current health regiment, nor do the components interfere with, or alter the effectiveness of any medication or advice you have received from your physician.

The act of purchase constitutes an Agreement between you and The Company, whether the order was carried out via the Website or via the phone number provided on the Website. All communications, order requests, service requests, etc. are based on the regulations and instructions as stated on the Website.

You do not have permission or the right to sell, transfer and/or gift The Formula to any other person or entity. If, contrary to the terms herein, you sell, transfer or gift The Formula to another person, you will remain responsible for any breach of these Terms and Conditions by that person, and you agree to indemnify The Company against any claims brought by, or damages awarded to that person.

## Updated Website Instructions

You commit to make use of the Formula according to the instructions, which are occasionally updated on The Website. The instructions on the Website are considered the most current and accurate, even to the exclusion of any other printed material, including labels printed on the Formula package. All communications, order requests, service requests, etc. are based on the regulations and instructions as stated on the

FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT F - Page 8

Website.

# Drinking Plenty of Fluids

You understand that The Formula requires drinking larger than normal quantities of liquids; to prevent potential dehydration, which may lead to headaches. In extreme cases, additional complications may develop. You must drink no less than 3 glasses of water immediately after each dose of The Formula, and 6-8 additional glasses of water throughout the day for each dose of The Formula. It is emphasized that given The Formula's strength, you are solely responsible for drinking adequate amounts of liquids according to your bodily needs and with reactions changing in real time. Furthermore, you understand that The Formula will not work without drinking liquids as directed.

# Formula Success

The expansion action of the active ingredients within the stomach is physical and conditional upon many factors, including drinking plenty of liquids. Despite the Formula being a physical aid (which is intended to decrease stomach space availability and leave the user with a feeling of fullness), the Customer hereby agrees to avoid consuming calorie-rich foods and/or overeating, so as to avoid expanding the stomach via forced consumption. The Formula will assist in weight loss as long as the diet process is dependent upon appetite and not upon psychological issues (such as depression, boredom, sadness, etc...) that may lead to overeating. **The Formula is not being sold to you on a trial basis. The Company makes no guarantee regarding the degree of success you will experience, if any.**

# Personal Dosage

You hereby agree that by the act of purchasing the Formula, you are aware that prior to its regular use, you must carry out personal trials to determine the appropriate dosage for your body, which will aid in achieving a lack of appetite at a level, quantity and duration that you wish and is appropriate for your situation. You determine the level and duration of the lack of appetite according to individual will and physical ability.

# Agreement Not to Comment Negatively

You understand and are aware that you are required to dose the formula, to drink large quantities of liquids, to avoid calorie-rich foods, to avoid overeating and to overcome psychological obstacles in order to achieve results. **You are also aware that The Company does not guarantee success.** Therefore, unless you purchased The Formula at full price, (1) no claim or complaint whatsoever will be accepted regarding the lack of success of The Formula, the service provided, the price, or any other negative comments relating to your purchase; (2) the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement, to which you entered willingly and with full knowledge of the components of The Formula and its properties and The Support; (3) You agree that any such negative claim will constitute defamation per se, entitling The Company to injunctive relief and damages;

FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT F - Page 9

You agree that this clause is a material clause, and The Company relies on your agreement to these terms as a condition to offering and accepting from you a discounted price. **Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause."**

# The Order

After you have read the Terms, Conditions and Disclaimer and filled out the required order form and/or contacted the central phone service Order Department, a representative of the Order Department will contact you to verify and confirm the details of delivery. Answers given by Representatives are not a substitute for information contained on the Website, these Terms and Conditions, or any medical advice. If you provide incorrect identification details while carrying out the order, The Company cannot guarantee that the products will be delivered. You must confirm that you have provided updated and precise details. You agrees to pay the cost to re-ship and order if Customer provides incorrect or false information.

The Company's refund/return policy is explained fully below. Pursuant to Florida law, checks that are not honored for any reason will incur a Customer charge of $25-$40, or 5% of the amount of the check, whichever is greater. Should The Company institute legal or collection proceedings regarding returned/cancelled checks or cancelled/disputed credit cards/PayPal, the Customer will be responsible for all <u>collection costs</u> and attorney's fees, plus filing fees, for each returned or cancelled check or for each cancelled credit card/PayPal payment. You agree that you will not file a charge-back or dispute with the credit card company. Other than the above listed allowance for attorney's fees relating to payment/collection issues, neither you nor The Company shall be entitled to attorney fees for other disputes between the parties. Invoices are sent directly to the electronic mail boxes supplied by you and it is the your responsibility to provide an active/working email account.

# Order Choice

<u>Introductory Offer</u>: You pay the deeply discounted Conditional Price for the Formula and The Support, and will receive Support from 8 AM to 8 PM Mon-Fri, within 24 hours of request, and $100-$200 money back for success video. There is no warranty and no guarantee as part of this price option.

<u>Warranty Offer</u>: You pay an extra $180 for The Formula and The Support and will receive: (1) 24/7 Support, response within 5 hours of request; and (2) 50% refund if you contact Customer Care within 30 days and prove that you have any material side effects or you didn't lose at least 20 pounds; and (3) $200-$350 money back for success video.

FTC v. Roca Labs, Inc.        COMPLAINT EXHIBIT F - Page 10

<u>Unconditional Offer</u>: The price for The Formula and The Support is $1580. You receive (1) 24/7 Support, response within 5 hours of request; and (2) 50% refund for any reason if you contact Customer Care within 30 days; (3) $200-$350 money back for success video; and (4) the Agreement not to Comment Negatively does not apply to you.

## Service Hours

**After your order has been shipped, the handling of the order goes to the Customer Care Department, which operates only in writing via The Website on the Customer Care page.** The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Therefore, all communication between you and The Service Department will be via electronic mail, which will allow the service professional time to research the issue and provide an appropriate response. Also, because the response might be lengthy, written communication will allow you to review and revisit the response throughout the process. This will also help to ensure the success of The Formula. Answers to inquiries are generally provided within 24 hours. If inquiries are made on a non-business day, responses are usually made by the end of the next business day.

## Shipping and Delivery Times

The Company makes reasonable efforts to ship orders by the next business day. You are responsible for any taxes imposed, inside or outside of the United States. Orders are generally shipped via United States Postal Service (USPS) 2nd day service and follow the USPS Terms of Use. Once your order has been submitted, NO changes can be made to the order. At peak holiday times, shipping may take 1-2 days longer than usual.

If you choose the option to sign for the package, you must choose "signature required" when ordering. If the "signature required" option is chosen, The Company will guarantee delivery and will reship at no extra charge if the package is not received by you.

The Company offers waiver of signature solely for your convenience. You understand that if you waive signature for delivery of the product, The Company is without recourse in the event of loss or theft of The Formula once USPS confirms delivery. Therefore, if you waive signature and The Company receives confirmation of delivery from USPS, then you agree to bear the burden of loss or theft and to pay the charges for The Formula as agreed and will not to dispute payment for the product against The Company, and your recourse does not include the right to file a charge-back claim to your credit card company. If this occurs, The Company will reship the product for an additional charge of $150 to cover The Company's expenses.

You acknowledge that The Company has no control over the delivery schedules of the USPS or any other

FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT F - Page 11

delivery service. The Customer will have no claim against The Company due to delivery disruptions.

On occasion, The Company's orders surpass The Company's production capabilities and your order may enter a short waiting list. Generally, this information is posted as soon as you enter the site.

# Merchandise Return & Refund Policy

If you wish to cancel your order before it has been shipped, you must immediately contact the Customer Care Department via the Website in writing for a full refund. You agree that you WILL NOT contact your credit card company or PayPal in these instances, as you agree that the charge was valid and authorized at the time you placed your order. Refunds may take up to 10 days to process. Greater delays in refunds are likely to occur if you dispute a charge with PayPal as the funds are automatically put on hold until the dispute has been resolved.

**You agree to CONTACT US FIRST with ANY QUESTION OR CONCERN before contacting your credit card company or PayPal to cancel or dispute payment. The Company retains the right to remedy any concerns you may have and you do not have the right to file a credit card or PayPal dispute. In the event that you file a credit card or PayPal dispute, you agree to authorize The Company to contact the credit card company or PayPal with your express authority to withdraw your dispute with the credit card company or PayPal.**

**An order is considered "shipped" once a tracking number has been assigned.** If you cancel your order once the product has been shipped, then The Formula can be returned only in its original **unopened shipping/delivery package**, as stated explicitly on the package itself.

**There will be no refund under any circumstances once the outer shipping package has been opened, even if none of the packages inside the box have been opened.**

Customer returns of an unopened shipping package must be made within **3 days of the receipt of the order.** Prior to return, you must (1) send The Company photographs of the shipping box clearly showing that the box has not been opened, and (2) obtain return shipping authorization from The Company in writing. You agree to provide The Company with a return tracking number as soon as you ship the product. The refund will

FTC v. Roca Labs, Inc.        COMPLAINT EXHIBIT F - Page 12

be limited only to the cost of The Formula minus the shipping charges and a 15% restocking fee. You will be solely responsible for the charges to ship the product back to The Company. There will be no refund of the cost of The Support under any circumstances.

As with any food, food supplement, diet aid or even gastric bypass surgery, it is expected that a certain number of users might not have a positive reaction to The Formula. It is also expected that, just like with any food, food supplement, diet aid or even gastric bypass surgery, there are a certain number of users who will not achieve the desired results. **Nonetheless, similar to purchasing an over-the-counter product or having gastric bypass surgery, no refunds will be considered under these circumstances.**

# Responsibility

Use of The Formula should be made according to the instructions of use written on The Website. The Company is not accountable for your failure to follow the instructions. You will not have any claim, allegation or demand against the Company or its manufacturer due to the qualities of The Formula, its abilities, limitations or suitability to your needs and demands. The Company is not responsible for a measure of weight loss accompanying The Formula and The Support, since The Formula's success depends on external circumstances, such as instructed use, and personal physical limitations, outside The Company's control. Results, therefore, lie entirely in your hands.

## Content Ownership

All of the content and products on The Company's Website are owned by The Company. The Company claims all property rights, including intellectual property rights, to its content and no person/entity is permitted to infringe upon those rights. The Company will prosecute to the fullest extent of the law anyone who attempts to use or copy The Company's property. You agree not to copy content from The Company's Website without The Company's permission. Any requests to use The Company's content should be submitted to The Company by e-mail from The Company's contact page.

## Disclaimers of Warranties

PLEASE NOTE THE FOLLOWING IMPORTANT DISCLAIMERS OF WARRANTIES: THE FORMULA AND SUPPORT ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. THE COMPANY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, COMPATIBILITY, SECURITY, ACCURACY OR NON-INFRINGEMENT. NEITHER THE COMPANY NOR ANY OF THE COMPANY'S AFFILIATES, LICENSORS, LICENSEES, SERVICE PROVIDERS OR SUPPLIERS WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE FORMULA &

Case 8:15-cv-02231-MSS-CPT   Document 210-19   Filed 04/26/18   Page 101 of 137 PageID
Case 8:15-cv-02231-MSS-TBM   Document 23   Filed 09/25/15   Page 84 of 121 PageID 2026
FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT F - Page 13

THE SUPPORT IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, SUCCESS, OR OTHERWISE. NO ADVICE OR INFORMATION, OBTAINED BY YOU FROM THE COMPANY'S PERSONNEL OR THROUGH THIS WEBSITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY PROVIDED FOR IN THIS AGREEMENT.

**If your jurisdiction does not allow limitations on warranties, this limitation may not apply to you. Your sole and exclusive remedy relating to your use of the site shall be to discontinue use of the site.**

## Limitation of Liability

You acknowledge your use of this Website is at your sole risk and that you assume full responsibility for all the risks associated with any of your use of this Website

YOU EXPRESSLY UNDERSTAND AND AGREE THAT THE COMPANY AND THE COMPANY'S AFFILIATES SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES, OR ANY OTHER DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING OUT OF, OR RESULTING FROM, (A) THE USE OR THE INABILITY TO USE THIS WEBSITE; (B) THE USE OF THE FORMULA OR THE SUPPORT; OR (C) ANY OTHER MATTER RELATING TO THIS WEBSITE.

IN NO EVENT SHALL THE COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT, FOR NEGLIGENCE OR OTHERWISE) EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA & SUPPORT. IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE COMPANY'S WEBSITE, FORMULA OR SUPPORT, OR WITH ANY OF PROVISION OF THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS THE DISCONTINUATION OF YOUR USE OF THIS WEBSITE, THE FORMULA &/OR THE SUPPORT. IF ANY PORTION OF THIS LIMITATION OF LIABILITY IS FOUND TO BE INVALID, LIABILITY IS LIMITED TO THE FULLEST EXTENT PERMITTED BY LAW.

## Indemnification

You agree to indemnify, hold harmless and, at The Company's option, defend The Company and The Company's affiliates, officers, directors, employees, stockholders, agents and representatives from any and all third party claims, liability, damages and/or costs (including, but not limited to, reasonable attorney's fees and expenses) arising from your improper or unauthorized use of this Website, The Company's Formula, or The Company's Support, your violation of this Agreement, or your infringement, or the infringement or use by any other user of your account, of any intellectual property or other right of any person or entity. Your breach of the Agreement as it relates to your obligation to refrain from making, posting, or otherwise commenting negatively about the Formula, Website, or The Company, is deemed a material breach of the Agreement,

Case 8:15-cv-02231-MSS-CPT   Document 210-19   Filed 04/26/18   Page 102 of 137 PageID
Case 8:15-cv-02231-MSS-TBM   Document 92-18 Filed 08/26/14 Page 516 of 222 PageID 2207
FTC v. Roca Labs, Inc.        COMPLAINT EXHIBIT F - Page 14

and you agree to pay all costs and attorney's fees related to The Company's subsequent efforts to enforce this term of the Agreement.

## Testimonials, Pictures, & Demonstratives

The Customer's success in achieving their weight loss goal is very important to The Company. We know that visualization, instilling confidence and encouraging results is of the highest importance. Therefore, Along with the hundreds of actual Customers who have posted their success stories on YouTube and other media outlets, The Company invested in reproducing some of the successful results of our Customers. The Company utilized the work of some paid actors so the user can experience some of these success stories and use them as incentives to achieve their own weight loss goals. These testimonials and endorsements reflect the experience that many of our customers have reported to The Company. All content on the Website, whether text, image, or video, belongs to The Company and no one can use, transfer, or link to any part without express written permission.

## Legal Jurisdiction

These Terms and Conditions will be governed by and construed in accordance with the laws of the State of Florida, without giving effect to any principles of conflicts of laws. Any action seeking legal or equitable relief arising out of or relating to this Website will be brought only in the federal or state courts of the State of Florida. You hereby consent and submit to the personal jurisdiction of such courts for the purpose of litigating any such action. A printed version of these Terms, Conditions and Disclaimer and related materials will be admissible in judicial and administrative proceedings based upon or relating to these Terms, Conditions and Disclaimer to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. For purposes of the litigation issues addressed herein, you waive any right to confidentiality.

## Severability of the Terms & Conditions

If any part of these Terms and Conditions, and/or Disclaimers of use are determined by a court of competent jurisdiction to be invalid or unenforceable, then the remaining provisions shall be deemed enforceable, valid and in full effect. The remainder of these Terms and Conditions, and Disclaimers are fully enforceable and legally binding.

**BY CHECKING THE REQUIRED BOX PRIOR TO PLACING YOUR ORDER, YOU AGREE THAT YOU HAVE READ THE COMPANY'S AGREEMENT IN ITS ENTIRETY AND AGREE TO BE BOUND COMPLETELY BY ITS TERMS AND CONDITIONS.**

FTC v. Roca Labs, Inc.        COMPLAINT EXHIBIT E - Page 1

**GASTRIC BYPASS** | no surgery ®

≡ All the answers     ⚲ chat now

# TERMS AND CONDITIONS OF USE

V2.0 Aug, 2014

Welcome to the website of Roca Labs  Nutraceuticals USA, Inc. (hereinafter referred to as "RLN", we or us). When you visit this website, RLN or use our Program or any part of the Program we want to ensure that you understand that they are subject to the terms and conditions below.   Our Program is a combination of the Natural Supplement Formula (the "Formula"), Anti Cravings, plus the Suggested Use, My Progress, and our exclusive Money Back Reward System.   This website and the Program are subject to the terms and conditions below. These terms and conditions are our promise to you and your use of this website and/or purchase of the Program is your binding agreement to comply with these terms.   We may make changes to the website and the Terms and Conditions.  It is your responsibility to review the Terms and Conditions for updates or changes. If you do not agree to all of these Terms and Conditions of use, do not use this site!

To make it easier for you to read our Terms and Conditions, we have broken it into sections including:

- Summary
- Purchase, Shipping and Return Policy
- Discount and Endorsement Policy
- Health, Medical & FDA Notice
- Privacy Policy

You may click on any of these sections at any time to review the individual section or continue reading below.

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS OF USE (collectively with any amendments hereto,"TERMS AND CONDITIONS"). BY USING THIS WEB SITE OR THE PROGRAM AND/OR PLACING AN ORDER FOR THE PROGRAM, YOU AGREE TO BE BOUND AND ABIDE BY THESE TERMS AND CONDITIONS AND ANY AMENDMENTS THERETO, AND AGREE THAT YOU ARE AT LEAST 18 YEARS OF AGE AND ELIGIBLE TO USE THIS SITE AND PLACE AN ORDER FOR ROCA LAB'S PRODUCTS AND SERVICES.

THIS WEBSITE IS NOT INTENDED FOR USE BY ANYONE UNDER THE AGE OF 13.  THE PROGRAM SHOULD ONLY BE USED BY INDIVIDUALS UNDER THE AGE OF 18 WITH BOTH ADULT SUPERVISION AND AT THE DIRECTION OF A MEDICAL OR HEALTHCARE PROFESSIONAL.

## DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

! All the Answers

General questions     ◄
Medical questions     ◄
Overcoming Obesity     ◄
Compare     ◄
✔ Qualify & Order
Terms & Conditions     ▼
   Terms & Conditions
   Privacy Policy
   Money Back / Reward
⊕ Support     ◄



PX10-94   9/11/2014

Case 8:15-cv-02231-MSS-TBM   Document 1-4   Filed 09/24/15   Page 19 of 62 PageID 100
FTC v. Roca Labs, Inc.        COMPLAINT EXHIBIT E - Page 2

THIS WEBSITE, THE PROGRAM AND ALL INFORMATION, CONTENT, MATERIALS,
PRODUCTS, FORMULA AND SUPPORT INCLUDED ON OR OTHERWISE MADE AVAILABLE
TO YOU THROUGH THE USE OF THE WEBSITE ARE PROVIDED BY ROCA LABS ON AN "AS
IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. RLN MAKES
NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE
OPERATION OF THE RLN WEBSITE, OR THE INFORMATION, CONTENT, MATERIALS, OR
PRODUCTS INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE
WEBSITE, UNLESS OTHERWISE SPECIFIED IN WRITING. YOU EXPRESSLY AGREE THAT
YOUR USE OF THE WEBSITE, PROGRAM, PRODUCTS AND SERVICES IS AT YOUR SOLE
RISK.

TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, RLN DISCLAIMS ALL
WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED
WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. RLN
DOES NOT WARRANT THAT OUR PROGRAM, PRODUCTS, INFORMATION, CONTENT,
FORMULA, SUPPORT OR MATERIALS INCLUDED ON OR OTHERWISE MADE AVAILABLE
TO YOU THROUGH THIS WEBSITE, RLN'S SERVERS OR ELECTRONIC COMMUNICATIONS
SENT FROM RLN ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. RLN WILL
NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF ANY RLN
PRODUCTS, PROGRAM OR FROM ANY INFORMATION, CONTENT OR MATERIALS,
INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND
CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

THE PROGRAM, FORMULA AND SUPPORT ARE PROVIDED "AS IS" AND WITHOUT
WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. THE COMPANY DISCLAIMS ALL
WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF
TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR
PURPOSE, TITLE, COMPATIBILITY, SECURITY, ACCURACY OR NON-INFRINGEMENT.
NEITHER THE COMPANY NOR ANY OF THE COMPANY'S AFFILIATES, LICENSORS,
LICENSEES, SERVICE PROVIDERS OR SUPPLIERS WARRANT OR MAKE ANY
REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE
FORMULA & THE SUPPORT IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY,
SUCCESS, OR OTHERWISE. NO ADVICE OR INFORMATION, OBTAINED BY YOU FROM THE
COMPANY'S PERSONNEL OR THROUGH THIS WEBSITE SHALL CREATE ANY WARRANTY
NOT EXPRESSLY PROVIDED FOR IN THIS AGREEMENT.

YOU EXPRESSLY UNDERSTAND AND AGREE THAT RLN SHALL NOT BE LIABLE FOR ANY
DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE
DAMAGES, OR ANY OTHER DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO,
DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE
LOSSES (EVEN IF THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES), ARISING OUT OF, OR RESULTING FROM, (A) THE USE OR THE INABILITY TO
USE THIS WEBSITE; (B) THE USE OF THE PROGRAM; OR (C) ANY OTHER MATTER
RELATING TO THIS WEBSITE.

IN NO EVENT SHALL THE COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES,
LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT, FOR NEGLIGENCE OR
OTHERWISE) EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA &
SUPPORT. IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE COMPANY'S WEBSITE,

PX10-95
9/11/2014

Case 8:15-cv-02231-MSS-CPT   Document 210-19   Filed 04/26/18   Page 105 of 137 PageID
Terms & Conditions - Roca Labs                    9641                                Page 3 of 5
Case 8:15-cv-02231-MSS-TBM   Document 9-1   Filed 09/24/15   Page 20 of 62 PageID 101
           FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT E - Page 3

FORMULA OR SUPPORT, OR WITH ANY OF PROVISION OF THIS AGREEMENT, YOUR SOLE
AND EXCLUSIVE REMEDY IS THE DISCONTINUATION OF YOUR USE OF THIS WEBSITE,
THE FORMULA &/OR THE SUPPORT. IF ANY PORTION OF THIS LIMITATION OF LIABILITY
IS FOUND TO BE INVALID, LIABILITY IS LIMITED TO THE FULLEST EXTENT PERMITTED BY
LAW.

CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE
EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU,
SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT
APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

## Links to Third-Party Websites

The Site contains links to other sites operated by third parties ("Third-Party Site(s)").
These links are available for your convenience and are intended only to enable access to
these Third-Party Sites and for no other purpose.  RLN does not warrant or make any
representation about the substance, quality, functionality, accuracy, fitness for a
particular purpose, merchantability or any other representation about any Third-Party
Site or its content, products, or services.  A link to a Third-Party Site on the RLN website
does not constitute sponsorship, endorsement, approval or responsibility for any Third-
Party Site. The conditions of use and privacy policy of any Third-Party Site may differ
substantially from the Conditions of Use. Please review the conditions of use for all
Third-Party Sites for more information about the terms and conditions that apply to
your use of Third-Party Sites.

## Protecting Children's Privacy

We are committed to protecting children's privacy on the Internet and we do not
knowingly collect personal information from children under the age of 13.

## Content Ownership

RLN, Gastric Bypass Surgery Alternative, Gastric Bypass Alternative, Gastric Bypass
Effect, Gastric Bypass Results, Natural Gastric Bypass, Gastric Bypass No Surgery and
Anti Cravings are registered trademark of RLN, Inc.  All of the content and products on
this Website are owned by RLN. RLN claims all property rights, including intellectual
property rights, to its content and no person/entity is permitted to infringe upon those
rights. RLN will prosecute to the fullest extent of the law anyone who attempts to use or
copy RLN's property. You agree not to copy content from this Website without RLN's
permission. Any requests to use RLN's content should be submitted to us by e-mail
from the contact page.

## Indemnification

You agree to indemnify, hold harmless and, at RLN's option, defend it and RLN's
affiliates, officers, directors, employees, stockholders, agents and representatives from
any and all third party claims, liability, damages and/or costs (including, but not limited
to, reasonable attorney's fees and expenses) arising from your improper or
unauthorized use of this Website, our products, formula or support, your violation of
this Agreement, or your infringement, or the infringement or use by any other user of
your account, of any intellectual property or other right of any person or entity.

Case 8:15-cv-02231-MSS-CPT  Document 210-19  Filed 04/26/18  Page 106 of 137 PageID
9042
Case 8:15-cv-02231-MSS-TBM  Document 1-4  Filed 09/24/15  Page 21 of 62 PageID 102

Terms & Conditions - Roca Labs                                            Page 4 of 5

FTC v. Roca Labs, Inc.        COMPLAINT EXHIBIT E - Page 4

## Legal Jurisdiction

These Terms and Conditions will be governed by and construed in accordance with the laws of the State of Florida, without giving effect to any principles of conflicts of laws. Any action seeking legal or equitable relief arising out of or relating to this Website, RLN products or services will be brought only in a court of competent jurisdiction that is located within Sarasota County, in the State of Florida. You hereby consent and submit to the personal jurisdiction of such courts for the purpose of litigating any such action. A printed version of these Terms, Conditions and Disclaimer and related materials will be admissible in judicial and administrative proceedings based upon or relating to these Terms, Conditions and Disclaimer to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. For purposes of the litigation issues addressed herein, you waive any right to confidentiality.

## Severability of the Terms & Conditions

If any part of these Terms and Conditions, and/or Disclaimers of use are determined by a court of competent jurisdiction to be invalid or unenforceable, then the remaining provisions shall be deemed enforceable, valid and in full effect. The remainder of these Terms and Conditions, and Disclaimers are fully enforceable and legally binding.

## SUMMARY

We believe that all of our terms and conditions are equally important, however a summary of some of the terms and conditions are as follows:

- **Privacy Policy**. We will not share your private information with anyone.
- **Health Notice**. RLN's products are not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration. Statements, other than clinical, have not been evaluated by the Food and Drug Administration.
- **Medical Condition Notice**. RLN isn't a medical organization and we can't give you medical advice. Consult with your doctor or healthcare professional before beginning any weight loss program. Results may vary and depend on a variety of factors including but not limited to your commitment and medical condition. Before purchasing you should check Instructions, Suggested Use, Side Effects and consult with your doctor or healthcare professional about this or any other nutraceutical.
- **Website Notice**. By using this website you agree to all Terms and Conditions. You also agree that this website does not provide medical advice.

- Custom Program. The Program is customized to meet your specific goals as determined in the assessment. Your Program is custom crafted to meet your needs. Because every product is customized, we have a strict NO return policy.

- Return/Refund Policy. Once purchased and shipped, RLN products cannot be returned and NO refunds will be given.

- Discount Policy. We believe in our customers and that word of mouth is the best way to sell our products. As detailed in our discount policy, we offer a tremendous discount to our customers for the agreement that you will promote our products and

PX10-97
9/11/2014

Case 8:15-cv-02231-MSS-CPT   Document 210-19   Filed 04/26/18   Page 107 of 137 PageID
Terms & Conditions - Roca Labs                                    Page 5 of 13
Case 8:15-cv-02231-MSS-TBM   Document 9043   Filed 09/24/15   Page 22 of 62 PageID 103
       FTC v. Roca Labs, Inc.        COMPLAINT EXHIBIT E - Page 5

when possible share your weight loss success with us (keep the youtube videos coming).  As part of this endorsement you also agree not to write any negative reviews about RLN or our products.  Customers never have to take advantage of this savings program (most do) and you can always pay full price.

## PURCHASE, SHIPPING & RETURN POLICY

We want to ensure that you are aware of our Purchase, Shipping and Return policy before you buy any of our products or services.  This policy applies for all orders regardless of the method placed (online, telephone, facsimile, mail, etc.).  Please understand that we have a strict **NO RETURN** policy. This is because your Program is custom formulated to meet your individual needs to give you the highest chance of weight loss success.  Please let us know if you have any questions regarding this privacy policy by contacting us through RocaLabs.com/support.

Submission of an order is when you submit your credit card on this website and it constitutes a legally binding sales contract between you and RLN, with your order submission the equivalent to your personal signature to this agreement and all terms contained within it.  Within three hours of your submitting your order, we begin custom manufacturing the Program for you so that you may start your Program as soon as possible.

**YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THESE TERMS BEFORE MAKING A PURCHASE.  PLACING AN ORDER INDICATES THE UNCONDITIONAL ACCEPTANCE OF THESE TERMS.  DO NOT PURCHASE FROM US IF YOU DO NOT AGREE TO BE BOUND BY THE ALL TERMS.**

# Purchase Policy

RLN reserves the right to review all online orders at which point we may accept or decline any order for any reason, regardless of any confirmation receipt sent to the customer. All orders must be reviewed for pre-approval and acceptance. We review your order and online assessment to ensure that you have the highest chance to succeed with the Program.

No representations, guarantees or warranties of any kind come with our products or services.  RLN's products are not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration.  Your purchase of RLN's products or services is at your own risk.  The Company makes NO guarantees regarding results.

RLN does not permit the resale of our products.  Selling open or partially used products is dangerous and may be a violation of state and/or federal law.  You do not have permission or the right to sell, transfer and/or gift any RLN product to any other person or entity.  RLN will hold you responsible for any and all damages that may incur (including the loss of life), by your unauthorized sale of our products.  You agree to indemnify RLN, it employees, officers and directors for any and all damages that may result from your unauthorized sale.

**Discounted Price:** As detailed in our Discount & Endorsement Policy section below, you may be given discounts in exchange for your agreement to endorse our products

Case 8:15-cv-02231-MSS-CPT  Document 210-19  Filed 04/26/18  Page 108 of 137 PageID
Terms & Conditions - Roca Labs                                                         Page 6 of 9
Case 8:15-cv-02231-MSS-TBM  Document 9044  Filed 09/24/15  Page 23 of 62 PageID 104
FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT E - Page 6

and share your weight loss success with the world. You NEVER have to accept this
option and can always pay the full undiscounted price for our products. In agreeing to
these discounts you are granting RLN the right to publish on our website(s) or on social
media sites such as Facebook or Twitter your weight loss success and irrevocably waive
your right to publish, make or promote any negative reviews about RLN, its products or
employees.

**Your Purchase Order:** You may be offered several purchase options. The decision to
purchase any Program, product or service from RLN is entirely up to you the Customer.
Which Program, product or service is best for you is your sole decision.

After you have read the Terms, Conditions and Disclaimer and filled out the required
order form and/or contacted the central phone service Order Department, a
representative of the Order Department will contact you via email to verify and confirm
the details of delivery. Answers given by RLN telephone representatives are not a
substitute for information contained on the Website, these Terms and Conditions, or
any medical advice. All order details must be confirmed by you, including shipping
information. You agree to pay all re-shipping and handling costs if incorrect shipping
information is provided.

On occasion, our orders surpass our production capabilities and your order may enter a
short waiting list. Generally, this information is posted as soon as you enter the site.
You will be informed of any potential shipping delays at time of order.

**Payment Problems:** Pursuant to Florida law, checks that are not honored for any
reason will incur a Customer charge of $25-$40, or 5% of the amount of the check,
whichever is greater. Should RLN institute legal or collection proceedings regarding
returned/cancelled checks or cancelled/disputed credit cards/PayPal, the Customer will
be responsible for all collection costs and attorney's fees, plus filing fees, for each
returned or cancelled check or for each cancelled credit card/PayPal payment. Other
than the above listed allowance for attorney's fees relating to payment/collection issues,
neither you nor RLN shall be entitled to attorney fees for other disputes between the
parties. Invoices are sent directly to the electronic mail boxes supplied by you and it is
your responsibility to provide an active/working email account.

**Chargeback and Dispute Policy:** In making a purchase, you agree to all of RLN terms
and conditions. You agree not to dispute any payment (unless the amount is erroneous)
and waive your right to initiate a chargeback by any financial institution, including but
not limited to any bank, merchant processor or credit card company. You acknowledge
and agree that disputing any payment causes damage to RLN and gives us the right to
seek compensation from you these damages. In the event that you dispute payment,
then RLN has the unfettered right to revoke any and all discounts agreed to at the time
of purchase and you shall be liable to RLN for the full sales price of $1,580.

If RLN is unable to charge the the full price against your payment method on file (if any),
RLN shall have the right to otherwise collect the full sales price from you. If RLN is
unable to collect the full sales price within 30 days of first attempting to charge you
under this agreement, RLN may forward your account to our external collections agency
and assess an additional $500.00 Collection Fee. The full sales price and Collection Fee
are subject to 1% monthly interest until the balance is paid in full including associated

collection fees, legal fees, and costs of court as assessed separately by our collection firm. As a customer of RLN, you hereby expressly agree to these Terms.

## Shipping Policy

At RLN we take great pride in quickly shipping orders to our customers. We make our best effort to ship all orders by the next business day after production of the Procedure Kit has been completed. Orders are generally shipped via United States Postal Service (USPS) 2nd day service and follow the USPS Terms of Use. At peak holiday times, shipping may take 1-2 days longer than usual.

You may choose "signature required" when ordering to ensure that you will sign for your order. If the "signature required" option is chosen, RLN will guarantee delivery and will reship at no extra charge if the package is not received by you.

RLN offers waiver of signature solely for your convenience. You understand that if you waive signature for delivery of the product, we are without recourse in the event of loss or theft of any package shipped to you once USPS confirms delivery. Therefore, if you waive signature and we receive confirmation of delivery from USPS, then you agree to bear the burden of loss or theft and to pay the charges for items ordered as agreed and will not to dispute payment for the product against RLN, and your recourse does not include the right to file a charge-back claim to your credit card company.  In the event USPS confirms delivery and you believe the item was not received, RLN will reship the product for an additional charge of $150.

You acknowledge that RLN has no control over the delivery schedules of the USPS or any other delivery service. You will have no claim against us due to delivery disruptions.

You agree that in the event there is a problem with shipping, you will contact RLN via Customer Care on our Website and allow RLN 7 days to research and address the shipping issue. You also agree that if there is a shipping issue, you will file a claim with the United States Postal Service and keep us apprised of your efforts so we may help you address the issue and reship your order, if necessary. You agree, however, that a shipping issue does not give you the right to withhold or dispute the charge with your credit card company or with PayPal. You agree that doing so would cause damage to RLN and will give us the right to seek compensation from you for our damages.

Once you place an order, you are entitled to Customer Care /Support.  Generally, Customer Care/Support is available 24 hours, 7 days a week. We will make every effort to respond to you within 24 hours of any written contact. **For your protection after your order has shipped RLN requires that all contact must be in writing with Customer Care /Support through the Website ONLY.**

After your order has been shipped, the handling of the order goes to the Customer Care Department, which operates only via our Website on the Customer Care page. The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Answers to inquiries are generally provided within 24 hours. If inquiries are made on a non-business day, responses are usually made by the end of the next business day.

## Merchandise Return & Refund Policy

PX10-100
9/11/2014

FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT E - Page 8

**Returns prior to shipment:** If you wish to cancel your order before it has been shipped, you must immediately contact the Customer Care Department via the Website in writing for a full refund. All orders are customized for your individual needs and to qualify for a full refund this contact must occur within three (3) hours of placing your order. You agree that you WILL NOT contact your credit card company or PayPal in these instances, as you agree that the charge was valid and authorized at the time you placed your order. Refunds may take up to 10 days to process. Greater delays in refunds are likely to occur if you dispute a charge with PayPal as the funds are automatically put on hold until the dispute has been resolved.

In the event the order was canceled but still ships by a mistake, simply refuse delivery or return the shipment in its original unopened package for a full refund.

If you cancel your order more than three hours after it was placed, but prior to shipping, you will have the option to cancel and receive a 50% refund of the purchase price. We are sorry that we cannot give a complete refund, but as your order is customized and we make a best effort to begin this customization three hours after the order has been place. Your customized Program cannot be sold to another customer.

**Returns after shipment:** An order is considered "shipped" once a USPS tracking number has been assigned. There are **NO** returns once the product has been shipped. DO NOT PURCHASE any product from us unless you agree to this no return policy. Your order is your acceptance of this NO RETURN policy.

Your RLN order is a special order and is non-refundable. We do not guarantee any results for the use of our product and individual results may vary. There are many factors that may prevent you from achieving your weight loss goal. Thus, our product cannot be returned

## DISCOUNT & ENDORSEMENT POLICY

We are proud of our product and the success that many of our customers have in achieving their weight loss goals and whenever possible, we like to share this information. We offer all of our customers a significant discount in exchange for your agreement to share your weight loss success and for your endorsement of our products.   You **do not** have to agree to this discount and can always pay full price for our product. This Discount & Endorsement Policy applies for all discounted orders regardless of the method placed (online, telephone, facsimile, mail, etc.). Please let us know if you have any questions regarding this privacy policy by contacting us through RocaLabs.com/support.

Submission of a discounted order through this website constitutes a legally binding sales contract between you and RLN, with your order submission the equivalent to your personal signature to this agreement and all terms contained within it.

**Full Price:** The full price for your custom nutraceutical product and product support is $1,580.00. You may always purchase our product and support at full price and do not have to take advantage of this discount agreement.

**Discount & Endorsement Agreement:** In exchange for a discounted price on your custom order (a savings of at least $800.00), you agree to all of the following:

(1) You will consult with a doctor, medical or healthcare professional before beginning any weight loss program and using any of our products. You agree that diet (reducing calorie intake) and exercise is the best combination for weight loss success and will discuss this with your doctor, medical or healthcare professional.

(2) You will follow the suggested use that come with your order and that are explained in detail on the Website. We will answer any questions that you may have about using the product and can be contacted 24/7 via the Website. Please allow up to 3 business days for a response.

(3) You will help promote RLN and our products by sharing your weight loss success with us. You agree to like us on Facebook and follow us on Twitter. You agree that from time to time we may contact you via electronic mail or telephone to learn about your success.

(4) You agree that we can use any and all information that you provide about your weight loss success in RLN marketing efforts. This can be done with a screen name of your choice but with real pictures and video. You hereby irrevocably assign and grant RLN the right to use your likeness, weight loss story and any photographs or videos supplied to us in any and all marketing efforts including online marketing, electronic, television, print, radio, billboard, email and other forms of advertising. This endorsement is granted in exchange for the discount provided at time of purchase and no payment from RLN to you for use of your likeness is owed or shall become due and payable. You hereby assign to RLN without compensation or further obligation, all rights now known or hereafter existing to use, allow others to use, or assign the right to use, to your weight loss story and any images and/or videos that you submitted to RLN. You further agree that your weight loss story and all materials provided to RLN may be used without restriction for any purpose whatsoever, commercial or otherwise, without compensation to you, including the right to use, reproduce, modify, adapt, publish, transmit, publicly perform or display, translate, create derivative works from, or otherwise communicate to the public your weight loss story on this website or elsewhere by us, our assigns or others we have allowed to use your story and materials. You will not assert any proprietary right or moral right of any kind with respect to any materials provided to us by you.

(5) You agree that regardless of your outcome, you will **not** disparage RLN and/or any of our employees, products or services. This means that you will not speak, publish, cause to be published, print, tweet, review, blog or write negatively about RLN, or our products or employees in any way. You further agree that in an effort to prevent the publishing of libelous or slanderous content in any form, your acceptance of this sales contract prohibits you from taking any action that negatively impacts RLN, its reputation, products, services, management or employees.

Should you violate this provision, as determined by RLN in its sole discretion, you will be provided with seventy-two (72) hours to retract the content in question. If the content remains, in whole or in part, you will immediately be billed $3,500.00 USD for legal fees and court costs until such complete costs are determined in litigation. Should these charges remain unpaid for 30 calendar days from the billing date, your unpaid invoice will be forwarded to our third party collection firm and will be reported to consumer credit reporting agencies until paid. In addition, if requested by RLN, you agree to

Case 8:15-cv-02231-MSS-CPT   Document 210-19   Filed 04/26/18   Page 112 of 137 PageID
Terms & Conditions - Roca Labs                                                      10391
Case 8:15-cv-02231-MSS-TBM   Document 63-48   Filed 09/24/15   Page 27 of 62 PageID 108

FTC v. Roca Labs, Inc.        COMPLAINT EXHIBIT E - Page 10

provide RLN with a notarized affidavit that your disparaging remarks or review contained factually inaccurate material, was incorrect and breached this agreement.

**Any violation of this provision of the Agreement is deemed a material breach and you agree that The Company has no adequate remedy at law. You further consent to and agree to entry of an injunction by a Court of competent jurisdiction in enforcement of your violation of this term and condition.**

(6) If you breach this Agreement, as determined by RLN in its sole discretion, all discounts will be waived and you agree to pay the full price for your product within 3 business days of demand. In addition, we retain all legal rights and remedies against you for breach of contract and any other appropriate causes of action.

(7) Nothing in this Agreement shall be construed as creating an employer-employee relationship, as a guarantee of future employment or engagement, or as a limitation upon the Company's sole discretion to terminate this Agreement at any time without cause.

## MEDICAL, HEALTH & FDA POLICY

Weight-loss results will always vary for individuals on any diet. Always consult your physician or healthcare professional before making any dietary changes or starting any nutrition, weight control or exercise program. Our products have not been evaluated by the Food and Drug Administration ("FDA") and are not intended to diagnose, treat, cure or prevent any disease. Please let us know if you have any questions regarding this privacy policy by contacting us through RocaLabs.com/support.

**FDA. Notice:** In accordance with the Dietary Supplement Health and Education Act (DSHEA), dietary supplements and nutraceuticals do not require approval by the FDA. For more information on the FDA please visit www.fda.gov. In accordance with the DSHEA, you are hereby notified that none of RLN products have been evaluated, tested or approved by the FDA and RLN products are not intended to diagnose, treat, cure or prevent any disease.

Our products are manufactured in an FDA compliant facility and are categorized as a "food additive" and can be used without a prescription. Our products contain only certified ingredients. Our products should not be used in place of or as a substitute for recommendations by your healthcare professional. These statements are based on the known activity of the specific ingredients in this product. No clinical study has been performed on this product. RLN believes that the information provided hereunder complies with all federal laws and regulations.

**Medical & Health Notice:** Consult with your doctor or healthcare professional before beginning any weight loss program. RLN isn't a medical organization and we can't give you medical advice. We strongly urge you to consult with your physician (or primary health-care provider) before starting any weight loss plan. We also urge you to get periodic medical checkups.

Weight loss can create physical changes that should be medically monitored. Studies have shown, for example, that weight loss can aggravate gall bladder illness. Medical monitoring is especially important for people with a known medical condition. DO NOT

Case 8:15-cv-02231-MSS-CPT   Document 210-19   Filed 04/26/18   Page 113 of 137 PageID
Terms & Conditions - Roca Labs                9649                                    Page 9 of 21
Case 8:15-cv-02231-MSS-TBM   Document 9-49   Filed 09/24/15   Page 28 of 62 PageID 109

**FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT E - Page 11**

purchase our products If you suffer from a medical condition without first consulting your doctor.

The primary components of our weight loss products are Guar Gum, Konjac, Inulin, Beta Glucan, Xanthan Gum, Maltodextrin, Natural and Artificial Flavors, Vitamins B-6, B-12 and C. Please discuss these ingredients with your physician or healthcare professional before using our product.

**Health Disclaimer:** This Website provides weight loss information and is intended for educational and informational purposes only. RLN is not a medical organization and our staff cannot give you medical advice or diagnosis. Nothing contained in this Website should be construed as such advice or diagnosis. The information on this Website should not be interpreted as a substitute for physician consultation, evaluation, or treatment. Occasionally the Website may use terms that appear to be medical in nature (such as Health Application and dosage). The terms on the Website are not designed to imply any medical relationship or that medical advice is being given or that the program is a medical product or regulated medicine/drug. The Program is a classified as a food additive, and is not a medicine/drug.

You are urged and advised to seek the advice of a physician before beginning any weight loss effort or regimen. This Website is intended for use only by healthy adult individuals. All individuals are specifically warned to seek professional medical advice prior to initiating any form of weight loss effort or regimen.

The program should not be used by individuals under the age of 18 without adult supervision and recommendation by a medical or healthcare professional.

**Weight Loss Goals:** Please consult with a physician or medical professional to determine your weight loss goals. How much weight you lose and how successful you are is totally up to you the customer. There are numerous factors that contribute to weight loss and we do not guarantee results.

## Online Chat and Customer Service

Online Chat and customer service are not intended to provide medical advice, diagnosis or treatment. Our products are not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use.

## Privacy Policy

RLN has created this privacy policy to demonstrate our commitment to protecting your privacy, and to disclose our information-gathering and dissemination practices. This privacy policy is here to tell you about, among other things, the information RLN collects through any of our Web sites and how we use that information, how you can opt out of certain uses of the information we collect, and how RLN can make changes to this privacy policy. Please let us know if you have any questions regarding this privacy policy by contacting us through RocaLabs.com/support.

But first a note about **children's privacy . . .**

PX10-104
9/11/2014

Case 8:15-cv-02231-MSS-TBM    Document 25    Filed 09/24/15    Page 29 of 62 PageID 110
FTC v. Roca Labs, Inc.          COMPLAINT EXHIBIT E - Page 12

We are committed to protecting the privacy of children. You should be aware that this
Site is not intended or designed to attract children under the age of 13. We do not
collect personally identifiable information from any person we actually know is a child
under the age of 13.  In fact we make a best effort to not attract anyone under the age
of 13 and our site is not designed for people under the age of 13 and we do not collect
information on anyone 13 and under.

**Collecting Information.**  In collecting your personal information, we aim to provide you
with a more customized experience. This information lets us provide services and
features that we think are more likely to meet your needs. Of course, users may be able
to use our products or services or browse our Web sites without providing any personal
information, but once you give us this personal information, you are not anonymous to
us.

RLN collects two types of information when you visit our website(s) or you do business
with us via any medium: information that may be used to identify you individually, such
as your name, physical address, phone number, email address or date of birth
("personal information"); and nonpersonal information, such as IP addresses, the type of
browser you are using, and aggregated information about user activities on our website
(s) ("nonpersonal information").

Personal Information: We specifically request personal information from you at certain
points on and off our website(s). For example, when you call us, visit our website(s) or
when you purchase an item or service, we collect personal information which may
include, without limitation, your name, shipping and billing addresses, telephone
number, email address, credit card information, and date of birth. You may always
choose not to provide us with your personal information; however, this may limit our
ability to provide you with a specific product or service or information, or to offer you
personalized content.

Nonpersonal Information: When you visit our website(s), we also collect nonpersonal
information, such as your IP address, which is a number that can be used to identify
your location and Internet Service Provider. We may also collect other information such
as the type of browser or device you are using, the URL from which you came to our
website(s) and the URLs that you visited on our website(s). A URL is the full address of a
Web site page, which may contain some personal or identifying information about the
person who is viewing it.

**Information We Obtain from Other Sources**: We may collect information about you
from other sources, including through interactive applications (such as mobile
devices/applications and third-party services) and from commercially available sources
(such as data aggregators and public databases). For example, if you access third-party
services (such as Facebook Connect) through or in connection with our website(s), we
collect information available about you through those services, including, but not limited
to, personal information as well as publicly observable data, such as activities on blogs,
videos, and other online postings.

**Use of Cookies**: We may also use a feature of your browser called a cookie to assign
identification to your computer that may be placed by us or a third party with whom we
partner. Cookies allow us to better understand your preferences and personalize the

PX10-105
9/11/2014

content on our Web sites to give you a better overall shopping experience. The unique
user ID contained within your cookie automatically identifies your computer—but not
you—to our servers every time you visit our website(s). Cookies by themselves cannot
be used to find out the identity of any user, but may be combined with identity
information in our log files. You can turn off the cookie feature by using your browser
preference options, but you may not be able to utilize some of the features or services
on our Web sites properly. Current versions of many Web browsers offer enhanced user
controls for the placement and duration of cookies. Search for "cookies" under your
Web browser's Help menu for more information on the cookie management features
available to you.

We may use cookie and IP address information to count and track website visits and
purchases in the aggregate, to personalize the website(s) for each unique user, to
control the frequency of individual advertisements to individual computers, and to
target advertisements and promotions to broad demographic segments. We may also
use IP addresses to help diagnose problems with our server, and to administer our
website(s).

**Use of Pixel Tags:** We may also collect information through the use of "pixel tags" on
our Web sites and in email messages we may send to you that may be placed by us or a
third party with whom we partner. Pixel tags, also known as "Web beacons," are tiny
graphic files, not visible to the human eye, that are included in HTML-encoded email
messages. When such a message is opened in an HTML-capable email program, the
recipient's computer will access our server to retrieve the pixel tag file, allowing us to
record and store, along with the recipient's email address, the date and time the
recipient viewed the email message, the fact that the recipient's email program is
capable of receiving HTML-encoded email, and other standard logging information. The
pixel tag may also see or read cookies. RLN may use pixel tags in order to measure and
understand traffic better, to track visitor behavior to improve user experience, and for
tracking promotional and marketing campaign response, among others. You can disable
the pixel tag feature by changing your browser settings to omit images and disable
Javascript; or there are commercial software packages available that can omit pixel tags
and most advertisements.

**Do Not Track Signals:** Some web browsers offer a"Do Not Track" ("DNT") signal that is a
HTTP header field indicating your preference regarding tracking or cross-site user
tracking.  We do not collect personal information when you visit our website(s) unless
you provide such information to us.

**Disclosure of Information:** RLN does not make your personal information available to
any third party for marketing purposes and we will not disclose any of your personal
information unless agreed to by you, to comply with legal requirements, such as a court
order or for your own safety.

**RLN's Use of Personal Information and Nonpersonal Information:** We use your
personal information to process your requests, fulfill your orders and communicate with
you about your orders, send important notices or tell you about new products or
services. We may also use your personal information to improve our products, services
and advertising, personalize our website(s), target advertising or promotions that may
be of interest to you, or conduct business that we feel would be of interest to you. We

Case 8:15-cv-02231-MSS-CPT  Document 210-19  Filed 04/26/18  Page 116 of 137 PageID 9652
Terms & Conditions - Roca Labs
Case 8:15-cv-02231-MSS-TBM  Document 25-2  Filed 09/24/15  Page 31 of 62 PageID 112
FTC v. Roca Labs, Inc.        COMPLAINT EXHIBIT E - Page 14

might also contact you to see if you are interested in participating in market research regarding RLN. For information about opting out of such communications, please see our Opt-Out Policy section below.

**Customer Service Issues and Contacts:** We may use your personal information to contact you in response to customer service complaints you have submitted, to address a problem affecting your use of a product or service, or to verify information concerning a transaction.

**Transaction Processing:** When you make a purchase, we may need to provide personal information, including information such as your shipping address, billing information, telephone number, and credit card information, to third parties, including product manufacturers and shipping companies, as necessary solely to complete the transaction.

**Legal Requirements:** We may, in our sole discretion, disclose personal information when we deem necessary or appropriate to law enforcement or other entities or third parties as required by law or to protect our rights or the rights of others, to prevent harm to persons or property, to fight fraud, identity theft, or otherwise to comply with the law or legal process, to respond to claims, to protect our systems and customers, to ensure the integrity and operation of our business and systems, or to protect the rights, property, or safety of RLN and its employees or others.

**Other Disclosures:** Occasionally, we may disclose personal information in other circumstances, but we will only do this if we have explained at the time we collect the information the purpose for which it will be disclosed.

**Opt-Out Policy:** You may opt out of receiving communication from us, from Affiliated Companies, or from other third parties by contacting us through RocaLabs.com/support or writing to us at:

Roca Labs Nutraceuticals USA, Inc.

PO Box 5309

Sarasota, FL 34277

Attention: Legal Department

In addition, we may contact you via email or use targeted online advertising. In the case of email, we may include instructions to enable you to unsubscribe from future emails if you so choose. You agree and understand that while we will do our best to comply with your request, we shall not be liable for any problems or delays associated with the opt-out process.

**Security:** RLN uses industry-standard security measures in place to protect the loss, misuse, and alteration of the information under our control, and we make good-faith efforts to store your personal information in a secure operating environment. Unfortunately, no data transmission over the Internet can be guaranteed to be absolutely secure. As a result, while we strive to protect your personal information, we cannot ensure or warrant the security of any information you transmit to us or our online products or services, and you do so at your own risk.

**Changes to This Policy:** This policy may change from time to time. If we make any substantive changes to the policy in the future with regard to how we use your information, we will post those changes on our website(s) in this location together with the date of the last update. Your continued business relationship or use of the website (s) after the changes are posted constitutes your agreement to the changes, both with regard to information we have previously collected from you and with regard to information we collect from you in the future. If you do not agree to the changes, please discontinue your use of our website(s) or business relationship with us.

**Contacting RLN**

Please feel free to share any comments, concerns, or complaints with us. If you have any questions about this privacy policy or the practices of this Website, please contact:

Roca Labs Nutraceuticals USA, Inc.

PO Box 5309

Sarasota, FL 34277

Attention: Legal Department

or via email through RocaLabs.com/support

**BY CHECKING THE REQUIRED BOX PRIOR TO PLACING YOUR ORDER, YOU AGREE THAT YOU HAVE READ THE COMPANY'S AGREEMENT IN ITS ENTIRETY AND AGREE TO BE BOUND BY ITS TERMS.**

g+1  0      Like  1      Tweet  1                Share         submit

*Results may vary.
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.
The site is new and is undergoing major daily changes including the Terms and ordering process which will all be finalized by Sep 18th. The new ownership will reflect new improvements.



Roca Labs®

inventors of the
Gastric Bypass Alternative™

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

Copyrights © 2009-2014 Roca Labs. All rights reserved.

f  𝕏  g+

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

**(866) 566-5288** · LegalTeam@RocaLabs.com

**Customer** <span>Redacted</span>

On **11/15/2014 01:23:35 PM (YMD)**, <span>Redacted</span> placed an order from computer IP address <span>Redacted</span> . Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 6 inches**
- Weight: **305 lbs**
- Age: **36 yrs**
- Sex: **Female**
- Declarations: **yes, I am tired of being unhappy. I was once very fit and would like to be at that place again. I think this will give me the jump start I need to keep things moving in the right direction.**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On **11/15/2014**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in **3 payment** of **$214.33**. Customer paid initial installment payment using the credit card ending in <span>Redacted</span> and the charge was approved by the issuing bank.  Order was submitted on **11/15/2014**.

The procedural kit was prepared FOR customer and was shipped on **11/15/2014 (YMD)** with tracking # <span>Redacted</span> Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

GOVERNMENT
EXHIBIT

*13*

PX10-109

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

**(866) 566-5288** · LegalTeam@RocaLabs.com

**Customer** █████Redacted█████

On **04/21/2015 01:09:14 PM,** ████Redacted███ placed an order from computer IP address ████Redacted████
Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 11 inches**
- Weight: **260 lbs**
- Age: **46 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family...I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On **04/21/2015**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in **3 payments of $257.2**. Customer paid initial installment payment using the credit card ending in and the charge was approved by the issuing bank. Order was submitted on **04/21/2015 01:09:14 PM.**

The **Advanced** procedural kit was prepared FOR customer and was shipped on **04/22/2015** with tracking # ████Redacted████ Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

PX10-110

FTC-SKING-003124

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** | Redacted

On 11/14/2013 7:04:12 PM, | Redacted | placed an order from computer IP address
REDACTED Customer completed a Qualification Form and provided personal and medical
information such as:

- Height: 6 feet and 2 inches
- Weight: 370 lbs
- Age: 18 yrs
- Sex: Male
- Declarations: Beacause i really think its time to change , and i want to look better and
  be confident with myself . Knowing that i could just go to the store and pick out
  something to wear without going to fitting room

During the course of the purchase process, customer was shown a full page and video on the
product return policy. Customer agreed to the return policy when they agreed to the Terms &
Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot
be recycled or resold once shipped.

On 11/17/2013, the doctor who reviewed customer's Qualification Form allowed the sale of the
formula to the customer. Customer chose the option to pay for the kit in **3 payments of $260.**
Customer paid initial installment payment using the credit card ending in 7526 and the charge was
approved by the issuing bank. Order was submitted on **11/14/2013 7:04:12 PM.**

The procedural kit was prepared FOR customer and was shipped on 11/18/2013 with tracking #
**9405510200828966624322.** Three separate emails were sent to the customer reminding them of
the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers
to make installment payments for their convenience and trust our customers to pay as agreed.

http://orders.rocalabs.com/dispute.aspx


GOVERNMENT
EXHIBIT
14

1/10/2014

7/1/2014                                                                    J18343 - Dispute

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer**        | Redacted |

On 3/8/2013 6:44:55 PM, | Redacted | placed an order from computer IP address
REDACTED Customer completed a Qualification Form and provided personal and medical
information such as:

- Height: **5 feet and 5 inches**
- Weight: **225 lbs**
- Age: **29 yrs**
- Sex: **Female**
- Declarations: **I dont want to be obese and overweight like the long history of members in
  my family. I dont want the health problems to become an posibility for me. I want to be able
  to enjoy my kids and live a long and healthy life. I will fight for success and am determined
  to succeed.**

During the course of the purchase process, customer was shown a full page and video on the product
return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of
purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or
resold once shipped.

On 3/9/2013, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to
the customer. Customer chose the option to pay for the kit in **3 payments of $173**. Customer paid initial
installment payment using the credit card ending in **7709** and the charge was approved by the issuing
bank. Order was submitted on **3/9/2013**.

The procedural kit was prepared FOR customer and was shipped on **3/11/2013** with tracking #
**9410810200882695900488**. Three separate emails were sent to the customer reminding them of the
Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to
make installment payments for their convenience and trust our customers to pay as agreed.

PX10-112
FTC-000660

PB5775179-FD020141

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** | Redacted |

On **5/16/2013 2:01:59 PM**, | Redacted | placed an order from computer IP address REDACTED

Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **168 cm**
- Weight: **72 kg**
- Age: **33 yrs**
- Sex: **Female**
- Declarations: **I want to change my live and feel great have more energy and feel pretty again.**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On **5/19/2013**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in 3 payments of **$230**. Customer paid initial installment payment using the credit card ending in **6205** and the charge was approved by the issuing bank. Order was submitted on **5/19/2013**.

The procedural kit was prepared FOR customer and was shipped on **5/23/2013** with tracking # **EC551738814US**. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

http://orders.rocalabs.com/dispute.aspx

3/7/2014

PX10-113
FTC-000661

PB5775179-FD011481

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** | Redacted

---

On 5/10/2013 7:02:28 PM, [Redacted] placed an order from computer IP address REDACTED Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 7 inches**
- Weight: **310 lbs**
- Age: **39 yrs**
- Sex: **Female**
- Declarations: **Yes, I look like crap!! even when I try to look nice, I need to look good on the outside, to match my drive on the inside**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On 5/27/2013, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in **3 payments of $391**. Customer paid initial installment payment using the credit card ending in 3827 and the charge was approved by the issuing bank.  Order was submitted on 5/27/2013.

The procedural kit was prepared FOR customer and was shipped on 5/28/2013 with tracking # **9410810200793695612519**. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

http://orders.rocalabs.com/dispute.aspx

2/14/2014

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** [Redacted]

On 5/13/2013 12:16:26 AM, [Redacted] placed an order from computer IP address REDACTED
Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 11 inches**
- Weight: **310 lbs**
- Age: **73 yrs**
- Sex: **Male**
- Declarations: **The additional weight is effecting my mobility**

During the course of the purchase process, customer was shown a full page and video on the product
return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of
purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold
once shipped.

On 5/14/2013, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to
the customer. Customer chose the option to pay for the kit in **3 payments of $260**. Customer paid initial
installment payment using the credit card ending in **1408** and the charge was approved by the issuing
bank.  Order was submitted on **5/13/2013 12:16:26 AM.**

The procedural kit was prepared FOR customer and was shipped on **5/14/2013** with tracking #
**9405510200882767650546**. Three separate emails were sent to the customer reminding them of the
Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make
installment payments for their convenience and trust our customers to pay as agreed.

1 of 1

9/8/2013 4:22 PM

PB5775179-FD020273

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** | Redacted

On 7/17/2013 7:30:41 PM, | Redacted | placed an order from computer IP address REDACTED Customer completed a Qualification Form and provided personal and medical information such as:

- Height: 5 feet and 4 inches
- Weight: 221 lbs
- Age: 34 yrs
- Sex: Female
- Declarations: Yes, I want to be here for my son. I want to live.

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On 8/17/2013, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in 3 payments of $172. Customer paid initial installment payment using the credit card ending in 7216 and the charge was approved by the issuing bank. Order was submitted on 8/17/2013.

The procedural kit was prepared FOR customer and was shipped on 8/19/2013 with tracking # 9405510200830922862211. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers, we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

http://orders.rocalabs.com/dispute.aspx

2/28/2014

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277
(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** [Redacted]

On 8/8/2013 4:27:15 AM, [Redacted] placed an order from computer IP address [REDACTED]
Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 1 inches**
- Weight: **167 lbs**
- Age: **39 yrs**
- Sex: **Female**
- Declarations: **I am. I know the health issues being overweight can bring. My grandparents were diabetics and overweight. I do exercise 5 days a week and do not see much results. I also want to be a better role model for my daughters**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On **8/8/2013**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in **3 payments of $210**. Customer paid initial installment payment using the credit card ending in **6001** and the charge was approved by the issuing bank. Order was submitted on **8/8/2013 4:27:15 AM**.

The procedural kit was prepared FOR customer and was shipped on **8/8/2013** with tracking # **9405510200882857401355**. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

9/19/2013 9:46 AM

PX10-117
FTC-000665

PB5775179-FD023161

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer**  | Redacted |

---

On 10/31/2013 12:52:49 AM, | Redacted | placed an order from computer IP address
REDACTED Customer completed a Qualification Form and provided personal and medical
information such as:

- Height: 5 feet and 4 inches
- Weight: 195 lbs
- Age: 35 yrs
- Sex: Female
- Declarations: I am 100% committed to loosing weight. I turned 35 on Monday and this
  is not where I wanted to be physically at 35. I have begun drinking only water and
  have completely stopped drinking soda and caffeine products. I have changed some
  of my worst habit prior to applying for your program and it has been four months
  since I made the changes and I do feel better. I have not had willpower problems with
  these changes which has proven to me that I am commited and want this change
  badly. I have a husband that I want to be beautiful for again and two daughters who
  deserve a mom who can play and keep up with them. I want your help badly and I will
  not disappoint you. Please approve my application.

During the course of the purchase process, customer was shown a full page and video on the
product return policy. Customer agreed to the return policy when they agreed to the Terms &
Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot
be recycled or resold once shipped.

On 10/31/2013, the doctor who reviewed customer's Qualification Form allowed the sale of the
formula to the customer. Customer chose the option to pay for the kit in 3 payments of $375.
Customer paid initial installment payment using the credit card ending in 2846 and the charge was
approved by the issuing bank. Order was submitted on 10/31/2013 12:52:49 AM.

http://orders.rocalabs.com/dispute.aspx                                    12/17/2013

PX10-118
FTC-000666

PB5775179-FD008975

4/14/2014                                                                    Dispute

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

---

**Customer** | Redacted

---

On **01/23/2014 02:06:21 PM (YMD)**, | Redacted | placed an order from computer IP address
**REDACTED** Customer completed a Qualification Form and provided personal and medical
information such as:

SEARCHASSIST ADVERTISEMENT

- Height: **5 feet and 7 inches**
- Weight: **332 lbs**
- Age: **51 yrs**
- Sex: **Female**
- Declarations: yes!! i don't like **myself** anymore, if i don't how do i expect others to.

During the course of the purchase process, customer was shown a full page and video on the product
return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of
purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or
resold once shipped.

On **01/24/2014**, the doctor who reviewed customer's Qualification Form allowed the sale of the formula
to the customer. Customer chose the option to pay for the kit in **3 payment** of **$172.5**. Customer paid
initial installment payment using the credit card ending in **5097** and the charge was approved by the
issuing bank. Order was submitted on **01/24/2014**.

The procedural kit was prepared FOR customer and was shipped on **01/24/2014 (YMD)** with tracking #
**9405510200828062594833**. Three separate emails were sent to the customer reminding them of the
Terms & Conditions.

In order to **continue** to offer the installment option to our other customers; we allow our customers to
make installment payments for their convenience and trust our customers to pay as agreed.

PX10-119
FTC-000667

PB5775179-FD024332

4/17/2014                                                              Dispute

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

---

**Customer** | Redacted

---

On 01/30/2014 11:04:47 PM (YMD), | Redacted | placed an order from computer IP address
**REDACTED** Customer <u>completed</u> a Qualification Form and provided personal and medical
information such as:

SEARCHASSIST ADVERTISEMENT

- Height: 5 feet and 4 inches
- Weight: 190 lbs
- Age: 48 yrs
- Sex: Female
- Declarations: **Because I want to feel good and stop being sick and tired.**

During the course of the purchase process, customer was shown a full page and video on the product
return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of
purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or
resold once shipped.

On 01/31/2014, the doctor who reviewed customer's Qualification Form allowed the sale of the formula
to the customer. Customer chose the option to pay for the kit in **3 payment** of **$172.5**. Customer paid
initial installment payment using the credit card ending in **4537** and the charge was approved by the
issuing bank.  Order was submitted on **01/31/2014**.

The procedural kit was prepared FOR customer and was shipped on **01/31/2014 (YMD)** with tracking #
**9405510200986194017665.** Three separate emails were sent to the customer reminding them of the
Terms & Conditions.

In order to <u>continue</u> to offer the installment option to our other customers; we allow our customers to
make installment payments for their convenience and trust our customers to pay as agreed.

PX10-120
FTC-000668

PB5775179-FD024442

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

---

**Customer** [ Redacted ]

---

On 04/02/2014 10:38:42 PM [ Redacted ] placed an order from computer IP address REDACTED Customer completed a Qualification Form and provided personal and medical information such as:

- Height: 5 feet and 7 inches
- Weight: 250 lbs
- Age: 43 yrs
- Sex: Female
- Declarations: Yes as this weight is taking potentially fatal toll on my life

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

On 04/08/2014, the doctor who reviewed customer's Qualification Form allowed the sale of the formula to the customer. Customer chose the option to pay for the kit in 1 payment of $171. Customer paid initial installment payment using the credit card ending in 3417 and the charge was approved by the issuing bank.  Order was submitted on 04/08/2014.

The procedural kit was prepared FOR customer and was shipped on 04/08/2014 (YMD) with tracking # 9405510200986231512320. Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

PB5775179-FD019595

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

**(866) 566-5288** · LegalTeam@RocaLabs.com

**Customer** [Redacted]

On **12/08/2015 02:55:39 PM,** [Redacted] placed an order from computer IP address [Redacted] Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 2 inches**
- Weight: **200 lbs**
- Age: **57 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

The **Advanced** procedural kit was prepared FOR customer and was shipped on **12/10/2015** with tracking # [Redacted] Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.



GOVERNMENT EXHIBIT
15

PX10-122   FTC-SKING-003309

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

**(866) 566-5288** · LegalTeam@RocaLabs.com

**Customer** ▮▮▮ Redacted ▮▮▮

On **01/28/2016 06:56:03 PM,** ▮Redacted▮ placed an order from computer IP address ▮Redacted▮
Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 7 inches**
- Weight: **220 lbs**
- Age: **54 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product
return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of
purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or
resold once shipped.

The **Advanced** procedural kit was prepared FOR customer and was shipped on **01/29/2016** with
tracking # ▮▮Redacted▮▮ Three separate emails were sent to the customer reminding them
of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to
make installment payments for their convenience and trust our customers to pay as agreed.

PX10-123

FTC-SKING-003315

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

**(866) 566-5288** · LegalTeam@RocaLabs.com

**Customer** ████████ Redacted ████████

On **02/16/2016 10:35:58 AM,** ████ Redacted ████ placed an order from computer IP address
████ Redacted ████ . Customer completed a Qualification Form and provided personal and medical information
such as:

- Height: **5 feet and 7 inches**
- Weight: **210 lbs**
- Age: **41 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and
  family... I wanna be able to be active and healthier so I won't miss out on all the wonderful
  things that's ahead of life I wanna make a difference show that you can change for a
  healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product
return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of
purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or
resold once shipped.

The **Advanced** procedural kit was prepared FOR customer and was shipped on **02/17/2016** with
tracking # ████ Redacted ████ Three separate emails were sent to the customer reminding them
of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to
make installment payments for their convenience and trust our customers to pay as agreed.

PX10-124

FTC-SKING-003322

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

**(866) 566-5288** · LegalTeam@RocaLabs.com

**Customer** ▮Redacted▮

On **03/04/2016 01:30:11 PM,** ▮Redacted▮ placed an order from computer IP address ▮Redacted▮
Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 4 inches**
- Weight: **250 lbs**
- Age: **54 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

The **Basic** procedural kit was prepared FOR customer and was shipped on **03/07/2016** with tracking # ▮Redacted▮ Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

PX10-125

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** [Redacted]

On **07/24/2016 10:50:59 AM,** [Redacted] placed an order from computer IP address [Redacted] Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 2 inches**
- Weight: **185 lbs**
- Age: **48 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

The **Advanced** procedural kit was prepared FOR customer and was shipped on **07/25/2016** with tracking # [Redacted] Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

PX10-126

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

**Customer** ███████████ Redacted ███████████

On **07/30/2016 11:27:02 AM,** ████ Redacted ████ placed an order from computer IP address
████ Redacted ████ Customer completed a Qualification Form and provided personal and medical information such
as:

- Height: **5 feet and 2 inches**
- Weight: **165 lbs**
- Age: **47 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I
  wanna be able to be active and healthier so I won't miss out on all the wonderful things that's
  ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of
  this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return
policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase.
Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

The **Premium** procedural kit was prepared FOR customer and was shipped on **08/01/2016** with tracking #
████ Redacted ████ Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make
installment payments for their convenience and trust our customers to pay as agreed.

PX10-127

FTC-SKING-003348

# Roca Labs, Inc.

PO Box 5309 · Sarasota, FL 34277

(866) 566-5288 · LegalTeam@RocaLabs.com

---

**Customer** <span style="background:black;color:white">Redacted</span>

---

On **08/17/2016 08:03:54 PM,** <span style="background:black;color:white">Redacted</span> placed an order from computer IP address <span style="background:black;color:white">Redacted</span> Customer completed a Qualification Form and provided personal and medical information such as:

- Height: **5 feet and 8 inches**
- Weight: **260 lbs**
- Age: **50 yrs**
- Sex: **Female**
- Declarations: **I wanna be better and healthier so that I can enjoy my life with my son and family... I wanna be able to be active and healthier so I won't miss out on all the wonderful things that's ahead of life I wanna make a difference show that you can change for a healthier life I'm tired of this struggle!**

During the course of the purchase process, customer was shown a full page and video on the product return policy. Customer agreed to the return policy when they agreed to the Terms & Conditions of purchase. Procedure kits are specially prepared for individual customers and cannot be recycled or resold once shipped.

The **Basic** procedural kit was prepared FOR customer and was shipped on **08/19/2016** with tracking # <span style="background:black;color:white">Redacted</span> Three separate emails were sent to the customer reminding them of the Terms & Conditions.

In order to continue to offer the installment option to our other customers; we allow our customers to make installment payments for their convenience and trust our customers to pay as agreed.

PX10-128