# PX10(2)

# Excerpts and Exhibits From Sharon King's Deposition (PX10-129 through PX10-231)

Filing # 18434422 Electronically Filed 09/19/2014 11:45:05 AM

IN THE CIRCUIT COURT OF THE
12TH JUDICIAL CIRCUIT, IN AND
FOR SARASOTA COUNTY, FLORIDA

Roca Labs, Inc.                          CASE NO.

     Plaintiff,

vs.

Alice King a/k/a Dusty King

     Defendant.

_____/

### COMPLAINT  and VERIFIED* MOTION FOR TEMPORARY INJUNCTION

    The Plaintiff, ROCA LABS, INC. ("ROCA"), a Florida Corporation, by and through its undersigned counsel, files this Complaint, Verified* Motion for Temporary Injunction and Declaratory Action against Defendant, Alice King a/k/a Dusty King  ("KING")  and states (*See Affidavit of ROCA attached hereto as Exhibit 6):

### JURISDICTION & VENUE

1. This is an action for injunctive relief, declaratory relief, and for breach of contract involving damages in excess of $15,000, exclusive of interest, costs and attorneys' fees.

2. Venue is proper in this Honorable Court as this is an action for breach of contract seeking permanent injunctive relief and an award of money damages, including actual damages and reasonable attorneys' fees and costs; an award of compensatory damages under common law claim of tortious interference with a contractual relationship; an award of compensatory damages under common law claim of tortious interference with a prospective relationship, an award of compensatory damages under common law claim of defamation and injunctive and declaratory relief all stemming from conduct that occurred in Florida.


GOVERNMENT EXHIBIT
22

PX10-129

3.  Plaintiff **ROCA** is a Florida for-profit corporation with its principal place of business at 7261A Tamiami Trail S, Sarasota, FL 34231.

4.  Defendant **KING** is an individual residing at ████████ REDACTED ████████.

5.  Pursuant to Florida Statutes Section 48.193(2), Defendant **KING** is subject to personal jurisdiction in Florida because she committed a tortious act within the State of Florida.

6.  Pursuant to Florida Statutes Section 48.193(7), Defendant **KING** is subject to personal jurisdiction in Florida because she breached her contract with Plaintiff **ROCA** within the State of Florida.

7.  Plaintiff **ROCA** and Defendant **KING** entered into a contractual agreement wherein Defendant **KING** agreed to the jurisdiction of this Court to preside over any contractual dispute between the parties as outlined below:. *See* **Contract** attached as Exhibit "1".

> *Legal Jurisdiction*
>
> *These Terms and Conditions will be governed by and construed in accordance with the laws of the State of Florida, without giving effect to any principles of conflicts of laws. Any action seeking legal or equitable relief arising out of or relating to this Website will be brought only in the federal or state courts of the State of Florida. **You hereby consent and submit to the personal jurisdiction of such courts for the purpose of litigating any such action.** A printed version of these Terms, Conditions and Disclaimer and related materials will be admissible in judicial and administrative proceedings based upon or relating to these Terms, Conditions and Disclaimer to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form (emphasis added)*

## GENERAL ALLEGATIONS

### A. PLAINTIFF/ROCA

8. **ROCA** is a Florida for profit corporation that was formed in 2006 as Appealing Ventures, Inc. It changed its name to Roca Labs, Inc. in 2009.

9. **ROCA** manufactures food additives (sometimes referred to a nutraceuticals) and is the inventor of the proprietary Gastric Bypass Alternative® that is an effective weight loss option for people who are trying to lose more than 50 pounds.

10. **ROCA's** products have been purchased and used by thousands of people as a surgery free alternative to gastric bypass.

11. **ROCA** markets and sells its products through its website "www.rocalabs.com", where information on its products is available and consumers can purchase the product directly.

12. **ROCA** has made significant investments in product development and in its intellectual property rights.

13. **ROCA** owns numerous registered trademarks including: Roca Labs, Gastric Bypass Alternative, Gastric Bypass Surgery Alternative, Gastric Bypass Effect, Gastric Bypass Results, Natural Gastric Bypass, Gastric Bypass No Surgery and Anti Cravings. Roca's trademarks are inherently distinctive.

14. **ROCA** has invested heavily in an online marketing and advertising program that has run in Florida and across the United States.

15. **ROCA** has a unique Money Back Reward program, where **ROCA** pays individuals for sharing their weight loss success stories.

16. **ROCA** relies upon its reputation and the weight loss success of its customers to generate new business and attract new customers.

17. A search for Roca Labs on YouTube, pulls up more than 6,000 results, most of which are weight loss videos shared by individuals.

18. **ROCA** sells its products to nearly all of its consumers at a discounted price in consideration for the consumers' agreement to help promote ROCA's weight loss program.

19. In consideration for a significant product discount (discounts average $800), Defendant KING herein, agreed as part of her purchase, that regardless of her outcome, she would not speak, publish, print, blog or write negatively about Roca or its products in any forum (*See* Exhibit "1" attached hereto):

> **Conditional Discount Price**
>
> *(5) If you purchased the Formula at a conditional discounted rate, you agree that you WILL NOT speak or publish, in any forum, criticism of the Product or the Company, and that any published statements will be immediately removed upon the Company's Request. You agree that any published opinion by you about the Product or the Company will not carry with it advertisements of any kind or result in any financial benefit to you unless pre-approved by the Company.*
>
> **Agreement not to Comment Negatively**
>
> *(2) the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement, to which The Customer entered willingly and with full knowledge of the components of The Formula and its properties and TheSupport; (3) You agree that any such negative claim will constitute defamation per se; (4) Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause."*

20. The agreement is part of Defendant **KING**'s purchase order and is a binding contract between **ROCA** and Defendant **KING**.

21. This contractual agreement would restrict Defendant **KING** from posting negative/critical comments online.

## B. DEFENDANT KING

22. Defendant **KING** is an individual residing at ██████ REDACTED ██████

23. On December 10, 2103 Defendant **KING** contacted Plaintiff **ROCA** to inquire about purchasing products from **ROCA**.

24. Defendant **KING** completed a questionnaire in which she wrote that she wanted to lose [REDACTED] pounds, had tried numerous other weight loss products and had failed in her past attempts. *See* Exhibit "2" **Questionnaire**.

25. On December 12, 2013 Defendant **KING** purchased a gastric bypass alternative program from Plaintiff **ROCA** a in the amount of $481.50.  Defendant paid this amount via credit card. *See* Exhibit "3" **Purchase Order**.

26. Defendant **KING** purchased the product at a discounted amount in consideration for her agreement to help promote Plaintiff **ROCA** products and not to speak negatively about **ROCA**. *See* Exhibit "1" and paragraph 19 herein.

27. On January 14, 2014 Defendant **KING** contacted Plaintiff **ROCA** seeking to cancel her purchase agreement and receive a refund for the product. *See* Exhibit "4"/**Communication Log**.

28. Defendant **KING** was aware that the product she purchased was customized and had a no return / refund policy and agreed to this term at the time of purchase: *See* Exhibit "1"

> *Return and Refund Policy*
>
> *However, cancelation or refund are NOT possible once the Formula preparation has begun which is immediately when the doctor approves the qualification form and within 24 hours of submitting the application. (no cancellations for Rush/Urgent orders) The safety sticker on the box calls for your attention to the Terms of the use of the Formula but not to the Terms of the purchase. If you do not agree, do not use the Formula, but as stated herein, no refund is available.*

29. On January 14, 2014 Defendant **KING** again contacted Plaintiff **ROCA** complaining that she was upset that she only lost ten pounds in the first month of using the product and that

ROCA was "scammers", and that the product was "bullshit" and the Company was "liars".

*See* Exhibit "4"/**Communication Log.**

30. On August 31, 2014 Defendant **KING** filed a public complaint against Plaintiff **ROCA** with

the Better Business Bureau of West Florida (hereinafter "**BBB**"). In her online complaint,

Defendant **KING** wrote in part "Do not buy this product. Roca Labs are misrepresenting

themselves as weightless specialists. They are nothing but fraudsters and cheaters.... They

are lying cheating SOB's that steal your money and your time and soul, if you let them." *See*

Exhibit "5" **Copy of BBB Complaint.**

31. Defendant **KING** breached her contract with Plaintiff **ROCA** by reason of posting her

negative comments online and by doing so admitted to committing defamation *per se* under

the terms of the subject contract (*See* Exhibit "1" & "3")

> *Agreement not to Comment Negatively*
>
> *(2) the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement, to which The Customer entered willingly and with full knowledge of the components of The Formula and its properties and The Support; (3) You agree that any such negative claim will constitute defamation per se; (4)Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause." (emphasis added)*

### COUNT 1
### BREACH OF CONTRACT

Plaintiff **ROCA** realleges and incorporates the allegations of paragraphs 1 through 31 as though

fully set forth herein and sues Defendant **KING** for Breach of Contract as follows:

32. On December 13, 2013 Plaintiff **ROCA** entered a contract with Defendant **KING** for the

purchase and sale of weight loss products.

33. Plaintiff shipped product to the Defendant **KING** and Plaintiff **ROCA** received payment

from the Defendant **KING**.

PX10-134

34. As consideration of the contract and receipt of discount, Defendant **KING** agreed to the Terms and Condition of the sale, which are attached herein as Exhibit "1".

35. The terms and conditions included an agreement that Defendant **KING** would not post anything negative about the Plaintiff **ROCA** online. *See* Exhibit "1" and paragraphs 19 and 31 herein.

36. On August 31, 2014 Defendant **KING** knowingly and willfully breached this agreement by making a negative, false and malicious report about the **ROCA** to the **BBB** which was published on the **BBB**'s website and is available for viewing by anyone with internet access. *See* Exhibit "5"

37. Defendant **KING** breached her agreement with Plaintiff **ROCA** in making these statements. Plaintiff **ROCA** demanded that Defendant **KING** cure this breach and remove the posting, but Defendant refused to do so.   *See* Exhibit "6" herein.

38. As a direct consequence of Defendant **KING**'s actions, the Plaintiff **ROCA** has been harmed and was forced to retain counsel to bring this action against **KING**.

WHEREFORE, Plaintiff **ROCA LABS, INC.** respectfully requests that this Honorable Court declare that Defendant ALICE KING breached her contractual agreement, and further grant temporary and permanent injunctive relief against the breach, and award ROCA LABS, INC. with an amount fair and just to account for its money damages, interest, reasonable attorneys' fees, and costs incurred herein, and for such other relief as this court deems just and proper.

## COUNT II
## TORTIOUS INTERFERENCE WITH ROCA's PROSPECTIVE ECONOMIC RELATIONSHIPS

ROCA realleges and incorporates the allegations of paragraphs 1 through 31 as though fully set forth herein and sues Defendant **KING** for Tortious Interference with Plaintiff **ROCA's** Contractual Relationship with Plaintiff **ROCA's** prospective economic relationship as follows:

39. Plaintiff **ROCA** derives it revenues through online sales of it product to consumers looking to lose weight.

40. Plaintiff **ROCA** has an actual prospective economic relationship with internet users that search for Plaintiff **ROCA** and its products on search engines.

41. Defendant **KING** is aware of the existence of Plaintiff **ROCA's** prospective economic relationship with internet users who desire to purchase **ROCA's** weight loss products as Defendant **KING** discovered **ROCA** herself by using the internet.

42. **ROCA's** potential consumers view false, negative and misleading statements made by Defendant **KING** when they search the internet using search engines such as Google, Yahoo! Or Bing or visit the **BBB's** website.

43. **ROCA** had an actual prospective economic relationship with numerous consumers including but not limited to: Alicia Moralez and Abu Saleh ( Collectively **"Interfered Customers"**).

44. As a direct and proximate result of **KING's** posting on **BBB**, interfered customers have not purchased **ROCA** products. For example following Defendants post, Alicia Moralez Abu Saleh posted on Facebook "Bad reviews at Better business bureau ..... I will pass on this" *See* Exhibit "7".

45. Defendant **KING's** statements include but are not limited to "do not buy this product. Roca Labs are misrepresenting themselves as weightless specialists. They are nothing but

fraudsters and cheaters.... They are lying cheating SOB's that steal your money and your time and soul, if you let them." *See* Exhibit "2" herein.

46. Defendant **KING** knowingly and intentionally has instructed Internet users not to purchase **ROCA** products.

47. Interfered Customers have refused to order from **ROCA** as a direct and proximate result of Defendant **KING's** intentional interference with said relationships via her negative postings against **ROCA**.

48. The Interfered Customers indicated their willingness to purchase weight loss products from **ROCA** (i.e. enter purchase order agreements).

49. **ROCA** would have sold products to the Interfered Customers (entered into our purchase order agreement), however the Interfered Customers indicated that they would not purchase **ROCA's** products because negative reviews on **BBB**.

50. Defendant, **KING** was not authorized nor does she have any legal right to claim privilege for her actions.

51. As a direct and proximate cause of Defendant **KING's** negative posting, individuals have not purchased Plaintiff **ROCA** products.

52. As a direct and proximate cause of the Defendant **KING's** intentional and unjustified tortious interference, **ROCA** has suffered non-monetary and monetary damages.

WHEREFORE, Plaintiff **ROCA LABS, INC.** respectfully requests that this Honorable Court declare that Defendant **Alice King** has intentionally disrupted/interfered with **ROCA's** prospective economic relationships, and further grant temporary and permanent injunctive relief against the violating conduct, and award **ROCA LABS, INC.** with an amount fair and just to

account for its money damages, interest, reasonable attorneys' fees, and costs incurred herein, and

for such other relief as this Court deems just and proper.

## COUNT III
### DEFAMATION PER SE

Plaintiff **ROCA** realleges and incorporates the allegations of paragraphs 1 through 31as

though fully set forth herein and sues Defendant **Alice King** for Defamation Per Se as follows:

53. Defendant **KING** and Plaintiff **ROCA** entered into a contractual agreement herein. *See*

Exhibit "1" and "3" herein.

54. Defendant **KING**'s posted online to **BBB** statements that include, but are not limited to: "do

not buy this product. Roca Labs are misrepresenting themselves as weightless specialists.

They are nothing but fraudsters and cheaters.... They are lying cheating SOB's that steal your

money and your time and soul, if you let them." *See* Exhibit "2" herein.

55. As partial consideration of a substantial discount provided to Defendant **KING** by Plaintiff

**ROCA**, the terms of the contract mandate that the Defendant **KING** agree that if she ever

posted any negative/critical comment against Plaintiff **ROCA** her action would be deemed

defamation per se (*See* exhibit "1 and "3).

*Agreement not to Comment Negatively*

*(2) the announcement, writing, or publication of any such or other claim in any*
*media or forum will constitute a breach of this agreement, to which The Customer*
*entered willingly and with full knowledge of the components of The Formula and its*
*properties and The Support; (3) You agree that any such negative claim will*
*constitute defamation per se; (4)Do not purchase the Formula or Support if you do*
*not agree to this "No Negative Comment Clause."(emphasis added)*

56. The statements which were authored by Defendant **KING** and posted on the **BBB**'s website

which impute the unsatisfactory conduct, characteristics and conditions of **ROCA** constitute

defamatory statements concerning **ROCA** per se.   See Exhibit "5" for said statements.

57. **ROCA** has suffered significant loss of reputation as well as business opportunities as a direct and proximate result of Defendant **KING** reckless, wrongful and malicious statements posted on **BBB**.

58. **ROCA's** losses include, without limitation, the failure of **ROCA** to sell its product to identifiable potential customers as well as significant lost revenues from other potential customers.

59. The above alleged statements contained in Exhibit "5" herein were seen and read by potentially millions of people who reside in Florida and elsewhere.

60. Defendant **KING** authored the online posts with the knowledge that she had admitted as partial consideration for a substantial discount that the negative comments were "defamation per se".

WHEREFORE, Plaintiff **ROCA LABS, INC.** respectfully requests that this Honorable Court declare that Defendant **Alice King** has defamed **ROCA** per se, and further grant temporary and permanent injunctive relief against the violating conduct, and award ROCA LABS, INC. with an amount fair and just to account for its money damages, interest, reasonable attorneys' fees, and costs incurred herein, and for such other relief as this court deems just and proper.

## COUNT IV

## DECLARATORY RELIEF AGAINST DEFENDANT KING

**ROCA**, by and through undersigned counsel, seek declaratory judgment relief pursuant to Chapter 86 of the Florida Statutes, prevailing Florida law, against Defendant **KING** and they re-allege all preceding paragraphs herein and state:

61. This is an action for declaratory relief pursuant to FS 86.011.

62. There is a bona fide, actual, present practical need for declaratory relief pursuant to

FS 86.011 and present controversy with ascertainable facts between the parties herein.

63. The Defendant **KING** has authored negative complaints against **ROCA** on BBB.

64. The Defendant **KING** has intentionally tortiously interfered with **ROCA's** economic relationship with potential customers.

65. The Defendant **KING's** conduct has directly and proximately caused **ROCA** to continue to accrue monetary damages and present ongoing damages to **ROCA's** reputation.

66. **ROCA** is in doubt as to their rights under Florida law and is in need of a present declaration whether Defendant KING conduct alleged herein tortiously interfered with ROCA's prospective economic relationship with potential customers.

67. **ROCA** is in doubt as to their rights under Florida law and is in need of a present declaration whether Defendant **KING** defamed **ROCA** *per se*.

68. There is a bona fide, actual dispute between the parties based on the Defendant **KING** refusal to cease and desist it's conduct after **ROCA** has requested same.

69. **ROCA** seeks relief in order to enforce contractual/legal rights and not to merely seek legal advice from this Honorable Court.

70. **ROCA's** right to recovery is dependent upon the Court's finding of facts and/or application of same to Florida law.

71. As a result of this dispute, it has become necessary for the Plaintiff, **ROCA**, to

retain the services of the undersigned counsel.   Defendant is obligated to pay a reasonable fee for the undersigned services in bringing this action, plus necessary costs.

72.   Defendant **KING's**  interests in this declaration of rights are actual, present, adverse and antagonistic of fact and/or law to **ROCA's** interests.

WHEREFORE Plaintiff, ROCA, requests the Court to:

a.   Take jurisdiction of the subject matter and parties hereto.

b.   Determine applicable law; including the provision of Florida Statutes that apply to the parties.

c.   Declare that the Defendant **KING** has intentionally tortiously interfered with **ROCA's** economic relationship with consumers.

e.   Declare that the Defendant **KING** has defamed ROCA per se under terms of contract.

f.   Declare that Defendant **KING** has breached her contract with **ROCA** by posting negative comments on **BBB**.

g.   Declare **ROCA**  has suffered economic damages as proximate result of Defendant's conduct.

h.   Declare that **ROCA** is entitled to attorneys' fees and costs against the Defendant **KING** and determine the amounts thereto.

i.   Declare that **ROCA** is entitled to award of monetary damages against Defendant **KING** and determine the amounts thereto;

PX10-141

j.      Declare that Defendant **KING** cease and desist her conduct against **ROCA** and for her to remove all negative content from online and **BBB**.

k.      Award damages, interest, and taxable costs against Defendant **KING**.

m.      Award any other relief this Court deems just and proper against the Defendant **KING**.

WHEREFORE, Plaintiff **ROCA** further demands entry of judgment against Defendant KING for all damages, attorneys' fees, and costs.

## VERIFIED MOTION FOR ENTRY OF A TEMPORARY INJUNCTION

**ROCA** realleges and incorporates the allegations of paragraphs 1 through 60 as though fully set forth herein and pursuant to the Florida Rules of Civil Procedure 1.610 moves this Court for immediate temporary injunctive relief against Defendant **Alice King** to cure her contractual breach and remove from the BBB's website defamatory posts that presently tortiously interfere with **ROCA**'s prospective economic relationships.

As detailed above, the  Defendant **KING** entered into an agreement with **ROCA** to purchase products under certain terms and conditions.  These terms include the agreement that regardless of her weight loss outcome, Defendant **KING** would "not speak, publish, print, blog or write negatively about Roca or its products in any forum."  Defendant **KING** knowingly and deliberately breached this agreement.

Defendant **KING** deliberately and tortiously interfere with **ROCA**'s prospective economic relationships by posting on the **BBB** website false statements about **ROCA** and urging the public not to buy **ROCA** products.

All of the necessary elements are present for the Court to issue injunctive relief.

PX10-142

## Memorandum of Law

### I.    Law & Analysis

Temporary injunctions have long been recognized as a viable form of relief in a suit for tortious interference with a contract. See, e.g., *Heavener, Ogier Services, Inc. v R.W. FLA Regionno*, 418 So.2d 1074, 1077 (Fla. 1982), *Knight v. City of Miami*, 127 Fla. 585, 173 So. 801 (Fla. 1937); *Dade Enterprises, Inc. v. Wometco Theaters, Inc.*, 119 Fla. 70, 160 So. 209 (Fla. 1935); *see also* Restatement (Second) of Torts § 766 cmt. u (1979).

A preliminary injunction is properly entered when the moving party demonstrates:

(1) a substantial likelihood of success on the merits;

(2) a substantial threat of irreparable injury if the injunction is not granted;

(3) that the threatened injury to the plaintiff outweighs the harm an injunction may cause the defendant; and

(4) the granting of an injunction would not disserve the public interest. *Church v. City of Huntsville*, 30 F. 3d 1332, 1342 (11th Cir. 1994). *Naegel Outdoor Advertising Co., Inc. v. City of Jacksonville*, 659 So.2d 1046, 1047 (Fla. 1995).

As a general rule, a trial court has sound discretion to grant injunctions. *Precision Tune Auto Case, Inc. v. Radcliff*, 731 So.2d 744, 745 (Fla. 4th DCA 1999). The facts demonstrate that all of the elements are easily satisfied, and the requested injunction should be issued by this honorable Court.

### A. There is substantial likelihood of success on the merits

#### 1. Breach of Contract

There can be no dispute that the parties contracted for the purchase and sale of products. The Defendant **KING** paid **ROCA** for its weight loss products and Plaintiff **ROCA** shipped them to Defendant **KING**. Defendant **KING** was aware and agreed to the Terms and Condition as consideration for a substantial discount given her by **ROCA**. As a result of Defendant **KING**'s breach of the agreement not to post negative comments, **ROCA** has and continues to be harmed.

### 2. Tortious Interference

The common law elements of tortious interference with prospective economic relationship are (1) he existence of a business relationship, not necessarily evidenced by an enforceable contract that would have resulted in an economic benefit; (2) knowledge of the relationship on the part of the defendant; (3) an intentional and unjustified interference with the relationship by the defendant; and (4) damage to the plaintiff as a result of the breach of the relationship. *Ethan Allen, Inc. v. Georgetown Manor, Inc.,* 647 So. 2d 812, 814 (Fla. 1995). Each of these elements is present here.

Defendant **KING** is aware that **ROCA** conducts business online and develops and attracts it customers over the Internet. Defendant **KING** herself was an internet customer and was aware that **ROCA** has other internet based customers. Defendant **KING** knowingly and intentionally broadcast to identifiable Internet customers via the BBB site "do not buy" from Roca. As a result, identifiable individuals did not purchase from **ROCA** and **ROCA** has and continues to be harmed.

**ROCA**'s reputation and its ability to transact business has been damaged by the actions of Defendant **KING**; and if Defendant **KING** is not enjoined from her current actions, the damage to **ROCA** will be severe as its reputation will be irreparably harmed and new potential customers will not purchase from **ROCA**.

## B. There is a Substantial Threat of Irreparable Injury if Defendant KING is not enjoined

If the injunction is not granted, **ROCA** will face a substantial threat of irreparable injury. **ROCA** has already suffered harm to its reputation and its ability to conduct business and will continue to be injured if Defendant **KING** does not cure contractual breaches and cease interfering with **ROCA's** customers. Each week thousands of people see the false and malicious statement posted by Defendant **KING** on the **BBB's** website. Unless injunctive relief is provided, **ROCA** will continue to be irreparably harmed.

A preliminary injunction will stave off this irreparable harm. The purpose of a preliminary injunction is to prevent future harm. *Advantage Digital Sys., Inc. v. Digital Imaging Servs., Inc.,* 870 So. 2d 111, 116 ( DCA Fla 2004)("By its nature, an injunction restrains commission of a future injury; a court cannot prevent what has already occurred."). It is not necessary for a party seeking a preliminary injunction to wait until harm has occurred; such a delay would defeat the purpose of injunctive relief.

Irreparable injury is an injury which is of a peculiar nature, so that compensation in money cannot atone for it. *Mullinix v. Mullinix,* 182 So. 2d 268 ( Fla. 4th DCA 1966); *First Nat. Bank n St. Petersburg v. Ferris,* 156 So. 2d 421 (Fla. 2nd DCA 1963). Once a posting is made on the **BBB's** website, damage to **ROCA's** reputation is done and Plaintiff **ROCA** can never be made whole. Due to the nature of the Internet, postings can take on a life of their own and it is nearly impossible to remove all negative comments once they appear on the Internet. In essence postings are viral and take on an existence independent of pissedconsumer.com. According to the MIT Technology Review "it's hard to imagine a system that could index all of the world's information thoroughly enough to allow someone exercising the "right to be forgotten" to track

down and eradicate every regrettable message or photo." *How to Delete Regrettable Posts from the Internet*, Simson Garfinkel, October 2012.

## C. The Threatened Injury to the Plaintiff ROCA Outweighs the Harm an Injunction May Cause the Defendant KING

Defendant **KING** will suffer little or no harm by curing her contractual breach and ceasing to interfere with customers. In contrast the harm to **ROCA** is harsh and may be incurable. Once the posting is distributed on the Internet, it is next to impossible to remove. The longer it remains, the more harm is done. Irreparable harm to **ROCA**'s reputation and its ability to conduct business occurs when Defendant **KING** interferes with **ROCA**'s relationship with its prospective clients.

## D. The Granting of an Injunction Would Not Disserve the Public Interest

It is against public interest to allow individuals to intentionally and wantonly breach their contracts and then encourage others to avoid a business by making false and malicious statements about the business. Thus, it serves the public interest to prevent the actions of Defendant **KING**.

## CONCLUSION

WHEREFORE, **ROCA**, by and through undersigned counsel, moves this Court to enjoin Defendant **KING** to cure her contractual breach and from further interfering with Roca's prospective clients.

PX10-146

Dated: September 18, 2014.


Respectfully Submitted,

Roca Labs, Inc.
P.O. Box 7898
Delray Beach, FL 33482-7898
Tel. 305-998-6150
Fax 954-341-5215
By: /s/
Paul Berger, Esq.
FL Bar No. 4413
Legal5@rocalabs.com

Nicole Freedlander, P.A.
P.O. Box 402653
Miami Beach, FL 33140
Tel. 305-674-4844

By:    /s/
Nicole Freedlander, Esq.
FL Bar No. 2150
nicole@freedlanderlaw.com

PX10-147

# Exhibit 1

PX10-148

Roca Labs®    Ask The Doctor    Success Stories    18 Solutions

Support



$480 learn more

Gastric Bypass Effect™

morning dose creates immediate

only 20% stomach space available

you eat only half lose weight from day 1

shrinking stomach

6 months procedure

Terms & Conditions  |  Privacy Policy  |  Return Policy



LIVE ADVICE
click to chat

# PERSONAL TERMS, CONDITIONS & DISCLAIMERS AGREEMENT

USV1.8 Sep 2012



Success Stories

## SUMMARY (for convenience purposes only)

*Company believes that all means are Kosher in the fat fight and has a "straight in your face" attitude such as Fat is Ugly. No return accepted. The Formula costs $1,580 and you can buy it for a reduced price ONLY under the conditions listed among them: secrecy and devotion to succeed.*

This website, the manufacturer and/or the distributor, both jointly and individually ("The Website" or "The Company") are marketing The Company's products and offerings, which among other items/services include the weight loss formula ("The Formula"), as well as a weight loss support service ("The Support") for sale for personal to those who carry out a purchase ("The Customer" or "You"), under all of the following personal terms, conditions and disclaimers ("The Agreement"), and on these terms alone. Everything that The Company represents in the terms and conditions or on The Company' Website is to the best of The Company's knowledge. Customer will print and save the Agreement.

**YOU ACKNOWLEDGE THAT YOU HAVE CAREFULLY READ THE AGREEMENT BEFORE MAKING A PURCHASE AND AGAIN PRIOR TO USING THE FORMULA/SUPPORT. PLACING AN ORDER INDICATES THE**

Chat now

UNCONDITIONAL ACCEPTANCE OF THE AGREEMENT BY YOU AND ANY ASSIGNS. DO NOT PURCHASE THE FORMULA IF YOU DO NOT AGREE TO BE BOUND BY THE ENTIRE AGREEMENT.

You agree that the use of The Website is at your sole risk. Neither The Website, nor any of The Company's officers, directors, employees, agents, third party content providers, merchants, sponsors, licensors, contractors or affiliates warrants that The Website will be error-free or uninterrupted. The Company also DOES NOT warrant the results that may be obtained from the use of this Website, The Formula or The Support.

The Company cannot guarantee results because your success depends on your usage of The Formula according to instructions and your successful adaptation to new eating habits. You agree that, because The Company makes NO guarantees regarding results, and because of The Company's clear No Return/No Refund policy (see below), you have NO right to dispute payment for the Formula/Support. You agree that disputing any payment causes damage to The Company and gives The Company the right to seek compensation from you for The Company's damages.

**You agree that if there is a problem with shipping, you will contact The Company via Customer Care on The Company's Website, in writing, and allow The Company 7 days to research and address the shipping issue. You also agree that if there is a shipping issue, you will file a claim with the United States Postal Service and keep The Company apprised of your efforts so The Company may help you address the issue and reship the Formula, if necessary. You agree, however, that a shipping issue does not give you the right to withhold or dispute the charge with your credit card company or with PayPal. You agree that doing so would cause damage to The Company and will give The Company the right to seek compensation from you for The Company's damages.**



LIVE ADVICE
click to chat

## Conditional Discounted Price

The price for The Formula and The Support is $1,580.00. You may purchase The Formula and The Support at full price and without condition, or you may elect to purchase The Formula at a special conditional rate ("Conditional Price"). We are providing this deeply discounted Conditional Price because The Company can better manage its risks and resources, and reduce The Company's legal expenses. In exchange for this Conditional Price, you explicitly agree to all of the following:

(1) You are representing to The Company that you are suitable to use The

Formula and The Support, based upon the terms and instructions contained in this Agreement, and that you do not have any psychological or physical disorders that may interfere with your success in using The Formula and The Support.

(2) You will follow the instructions that come with The Formula and that are explained in detail on The Website. We will support you.

(3) You expect to have a positive outcome by reducing food consumption and improving your eating habits.

(4) You agree that we can use any and all information relating to your success in The Company's marketing efforts. This can be done anonymously if you prefer.

(5) If you purchased the Formula at a conditional discounted rate, you agree that you WILL NOT speak or publish, in any forum, criticism of the Product or the Company, and that any published statements will be immediately removed upon the Company's Request. You agree that any published opinion by you about the Product or the Company will not carry with it advertisements of any kind or result in any financial benefit to you unless pre-approved by the Company.

(6) If you breach this Agreement, you agree to pay the full price for The Formula within 3 business days of demand, plus any expenses we incur in resolving the issue. In addition, we retain all legal rights and remedies against you for breach of contract and any other appropriate causes of action. Not paying the full amount you agreed when you purchased will immediately revoke the special discount/subsidy/allowance given by the marketing department and the price will be the full $1580 for the Formula plus any collection fees.



LIVE ADVICE
click to chat

## General

Once you place an order, you are entitled to Customer Care. Generally, Customer Care is available 24 hours, 7 days a week. We will make every effort to respond to you within 24 hours of any contact **For the protection of The Company and The Customer, after your order has shipped The Company requires that all contact between The Customer and The Company must be in writing with the Customer Care department through The Website ONLY.** The Company will make every effort to respond to all written contact within 24 hours.

The Formula is not a drug, medical treatment or a surgery. Rather, it is a natural alternative that causes people to eat less by reducing available

PX10-151

11/25/2013 1:39 P

stomach capacity, providing a sensation of fullness, and creating an opportunity for psychological strengthening.

**The Formula is intended for healthy persons in general and is not suited at all for those with sensitivity to barley or to dietary fibers. Prior to ordering The Formula, we recommend that you consult your physician and present the letter from the Roca Labs medical adviser.**

## Privacy

The Company is committed to protecting your privacy and security. Prior to purchase, please carefully review The Company's Privacy Policy on home page, which is incorporated into these Terms & Conditions by reference.

## Health Disclaimer

This Website, The Formula and The Support provide limited, non-medical, weight loss management assistance. Testimonials, videos and related content published over the Internet are intended only to assist users in their personal weight loss efforts. The Company is not a medical organization and The Company's staff cannot give you medical advice or diagnosis. Nothing contained in The Website should be construed as medical advice or diagnosis. The information and reports generated by The Company should not be interpreted as a substitute for physician consultation, evaluation, or treatment.

**The Formula should be purchased ONLY after reading the possible Side Effects and the Instructions. You are urged and advised to seek the advice of a physician before beginning any weight loss effort or regimen and to direct the physician to review The Website. The Website and The Formula are intended for use only by healthy individuals. Customers with health conditions are specifically warned to seek professional medical advice prior to initiating any form of weight loss effort or regimen.**

The Customer agrees to make proper use of The Formula according to the instructions of use, which are provided with The Formula and appear on The Website, in order to maximize the your results. The Company has no knowledge of The Formula causing any serious side effects. If The Customer has any medical-related complaint after using The Formula, the Customer agrees to provide us with the following information:

a. A physician's report stating that your reaction/symptoms are a direct result of using the Formula;

PX10-152

11/25/2013 1:39 P

b. All medical and other related records relating to the issues you had with the product;

c. All of your medical records relating in any way to health, weight-loss, weight, digestion and nutrition issues for the last five years

d. A sworn and notarized statement by you containing the following:

**i. A breakdown of your exact diet, including amount and times of water and food intake, during the entire time you used The Formula;**

**ii. A breakdown of the exact schedule, dosage and manner in which you took the Formula every day that you took it;**

**iii. Your age, weight and height at the time you began using the Formula. By purchasing the Formula you agree to these specific terms and acknowledge that the Company would not have sold The Formula without your agreement to same.**



LIVE ADVICE
click to chat

## General Advice Only

Any verbal answers provided by order representatives (whether on the telephone or via electronic mail, or otherwise) are general and are neither medical nor personal. The decisive information is only that which is stated on the Website. The Company representatives are not doctors. Any personal or medical questions will not be answered by Company representatives. Should any such answer or remark be construed as medical or personal, the answer and all of its implications should be viewed as void.

## Concurrent Use of Medication

Please refer all questions about the concurrent use of medication with The Formula to your physician. The Website should not be relied upon under any circumstances for instructions about the use, combination, or cessation of use of personal medication.

## FDA Information

The Formula is manufactured in an FDA-compliant facility under GMP rules. The Formula is categorized as a "food additive" according to the definitions of the FDA and is approved for use without a prescription. The Formula contains only certified ingredients. These statements have not been evaluated by the Food and Drug Administration. **This product is not intended to diagnose, treat, cure, or prevent any disease. This product should not be used in place of or as a substitute for recommendations by your health care professional.** These statements are based on the known activity of the

http://rocalabs.com/te:

specific ingredients in this product. No clinical study has been performed on
this product as a drug.

## Declaration, Purchase Agreement and Exceptions

The Customer hereby affirms that, prior to using The Formula, he or she read
and fully understands the instructions and daily mode of use of The Formula.
Additionally, the Customer affirms that he or she has read and examined all of
the components of the Formula and that they are compatible with his or her
health and regular usability. The act of purchase constitutes an Agreement
between The Customer and The Company, whether the order was carried out
via the Website or via the phone number provided on the Website. All
communications, order requests, service requests, etc. are based on the
regulations and instructions as stated on the Website.



**LIVE ADVICE**
click to chat

You do not have permission or the right to sell, transfer and/or gift The
Formula to any other person or entity. If, contrary to the terms herein, you
sell, transfer or gift The Formula to another person, you will remain
responsible for any breach of these Terms and Conditions by that person, and
you agree to indemnify The Company against any claims brought by or
damages awarded to that person.

## Updated Website Instructions

The Customer commits to make use of the Formula according to the
instructions, which is occasionally updated on The Website. These
instructions will be considered as the most current and accurate, even to the
exclusion of any other printed material, including labels printed on the
Formula package. All communications, order requests, service requests, etc.
are based on the regulations and instructions as stated on the Website.

## Drinking Plenty of Fluids

The Customer understands that The Formula requires drinking larger than
normal quantities of liquids; otherwise dehydration may occur, which may also
lead to headaches. In extreme cases, additional complications may develop.
The Customer must drink no less than 3 glasses of water immediately after
each dose of The Formula, and 6-8 additional glasses of water throughout the
day for each dose of The Formula. It is emphasized that given The Formula's
strength, The Customer is solely responsible for drinking adequate amounts
of liquids according to bodily needs and with reactions changing in real time.
Furthermore, The Customer understands that The Formula will not work
without drinking liquids as directed.

PX10-154

11/25/2013 1:39 P

## Formula Success

The expansion action of the active ingredients within the stomach is physical and conditional upon many factors, including drinking plenty of liquids. Despite the Formula being a physical aid (which is intended to decrease stomach space availability and leave the user with a feeling of fullness), the Customer hereby agrees to avoid consuming calorie-rich foods and/or overeating, so as to avoid expanding the stomach via forced consumption. The Formula will assist in weight loss as long as the diet process is dependent upon appetite and not upon psychological issues (such as depression, boredom, sadness, etc...) that may lead to overeating. Results may vary. **The Formula is not being sold to you on a trial basis. The Company makes no guarantee regarding the degree of success you will experience, if any.**



LIVE ADVICE
click to chat

## Personal Dosage

The Customer hereby agrees that by the act of purchasing the Formula, he or she is aware that prior to its regular use, he or she must carry out personal trials to determine the appropriate dosage for his/her body, which will aid in achieving a lack of appetite at a level, quantity and duration that he/she wishes and is appropriate for his/her situation. The Customer determines the level and duration of the lack of appetite according to individual will and physical ability.

## Agreement Not to Comment Negatively

The Customer understands and is aware that he is required to dose the formula, to drink large quantities of liquids, to avoid calorie-rich foods, to avoid overeating and to overcome psychological obstacles in order to achieve results. **The Customer is also aware that The Company does not guarantee success.** Therefore, unless The Customer purchased The Formula at full price, (1) no claim or complaint whatsoever will be accepted regarding the lack of success of The Formula; (2) the announcement, writing, or publication of any such or other claim in any media or forum will constitute a breach of this agreement, to which The Customer entered willingly and with full knowledge of the components of The Formula and its properties and The Support; (3) You agree that any such negative claim will constitute defamation per se; (4)**Do not purchase the Formula or Support if you do not agree to this "No Negative Comment Clause."**

## The Order

PX10-155
11/25/2013 1:39 P

After The Customer has read the Terms, Conditions and Disclaimer and filled out the required order form and/or contacted the central phone service Order Department, a representative of the Order Department will contact The Customer to verify and confirm the details of delivery. Answers given by Representatives are not a substitute for information contained in the Website, these Terms and Conditions, or any medical advice. If The Customer provides incorrect identification details while carrying out the order, The Company cannot guarantee that the products will be delivered. The Customer must confirm that he/she has provided updated and precise details. Customer agrees to pay the cost to re-ship and order if Customer provides incorrect or false information. You MUST also see Money Back / Return Page for further shipping details.



**LIVE ADVICE**
click to chat

The Company's refund/return policy is explained fully below. Pursuant to Florida law, payments that are not honored for any reason will incur a Customer charge of $25-40, or 5% of the amount of the check, whichever is greater. Should The Company institute legal or collection proceedings regarding returned/cancelled checks or cancelled/disputed credit cards/PayPal, the Customer will be responsible for all collection costs and attorney's fees, plus filing fees, for each returned or cancelled check or for each cancelled credit card/PayPal payment. Other than the above listed allowance for attorney's fees relating to payment/collection issues, neither the purchaser nor The Company shall be entitled to attorney fees for other disputes between the parties. Invoices are sent directly to the electronic mail boxes supplied by the Customer and it is the Customer's responsibility to provide an active/working email account. In case that your account goes in "Bad Debt" after an installment payment is charged and declined you agree to let us re-run your credit card for payment at a later date to resolve payment. The total charge of the unpaid bill and collection fees can amount to $3,200.

If your card failed the first time, you permit the company to continue and try to charge your credit card and ship you the formula per your order once the 1st payment is accepted.

## Order Choice

Introductory Offer (basic, Advanced or Premium): You pay the deeply discounted Conditional Price for the Formula and The Support, is as described in the price list and money back is only for a success video as described in the FAQ. Per company's policy, there is reward for failure and therefore no warranty, no money back.

Unconditional Offer (Custom Formula option in the price list): The price for

The Formula and The Support is $1580. You receive (1) 24/7 Support, response within 5 hours of request; and (2) 50% refund for any reason if you contact Customer Care within 30 days; (3) $200-$350 money back for success video; and (4) the Agreement not to Comment Negatively does not apply to you.

## Service Hours

**After your order has been shipped, the handling of the order goes to the Customer Care Department, which operates only in writing via The Website on the Customer Care page.** The dedicated professionals who respond to inquiries understand the importance of providing accurate, timely and detailed responses. Therefore, all communication between Customers and The Service Department will be via electronic mail, which will allow the service professional time to research the issue and provide an appropriate response. Also, because the response might be lengthy, written communication will allow the Customer to review and revisit the response throughout the process. This will also help to ensure the success of the Formula. Answers to inquiries are generally provided within 24 hours. If inquiries are made on a non-business day, responses are usually made by the end of the next business day.



LIVE ADVICE
click to chat

## Shipping and Delivery Times

The Company makes reasonable efforts to ship orders within 2 weeks by Priority mail. The Customer is responsible for any taxes imposed, inside or outside of the United States. Once your order has been submitted, NO changes can be made to the order. At peak holiday times, shipping may take longer than usual.

You MUST also see Money Back / Return Page for further shipping details.

If The Customer chooses the option to sign for the package, he must choose "signature required" when ordering. If the "signature required" option is chosen, The Company will guarantee delivery and will reship at no extra charge if the package is not received by you.

The Company offers waiver of signature solely for The Customer's convenience. Customer understands that if Customer waives signature for delivery of the product, The Company is without recourse in the event of loss or theft of the Formula once USPS confirms delivery. Therefore, if Customer waives signature and The Company receives confirmation of delivery from USPS, then The Customer agrees to bear the burden of loss or theft and to

PX10-157

14

pay the charges for the Formula as agreed and will not to dispute payment for the product against The Company, and The Customer's sole recourse is to submit a claim to their credit card or insurer for loss or theft of the product. If this occurs, The Company will reship the product for an additional charge of $150 to cover The Company's expenses.

The Customer acknowledges that The Company has no control over the delivery schedules of the USPS or any other delivery service. The Customer will have no claim against The Company due to delivery disruptions.

On occasion, The Company's orders surpass The Company's production capabilities and your order may enter a short waiting list. Generally, this information is posted as soon as you enter the site.



LIVE ADVICE
click to chat

## Return & Refund Policy

**Once your Qualification form was reviewed by the doctor and approved, the Formula is immediately prepared for you.** If within 24 hours of submitting your application you have decided to place your order on HOLD you will not be charge until shipped. You can completely cancel your order within 24 hours of submitting your application **with no charge.** However, cancelation or refund are NOT possible once the Formula preparation has begun which is immediately when the doctor approves the qualification form and within 24 hours of submitting the application.*(no cancellations for Rush/Urgent orders)* The safety sticker on the box calls for your attention to the Terms of the use of the Formula but not to the Terms of the purchase. If you do not agree, do not use the Formula, but as stated herein, no refund is available.

**You agree to CONTACT US FIRST with ANY QUESTION OR CONCERN before contacting your credit card company or PayPal to cancel or dispute payment.** You understand that reporting a transaction you performed on this site as "unauthorized" may be illegal and might be considered as defamation. Any refunds for financial mistakes may take up to 10 days to process. Greater delays in refunds are likely to occur if you dispute a charge with PayPal as the funds are automatically put on hold until the dispute has been resolved.

**You further agree that any report of any kind on the web will constitute defamation/slander and you agree to a predetermined compensation of $100,000. You agree and understand that you can not talk badly about the Formula because of any frustration you might have with the support department or your misunderstanding.**

PX10-158
11/25/2013 1:39 P

**An order is considered "shipped" 24 hours after it was submitted since production has begun for your specific order.**

As with any food, food supplement, diet aid or even gastric bypass surgery, it is expected that a certain number of users might not react well to The Formula. It is also expected that, just like with any food, food supplement, diet aid or even gastric bypass surgery, there are a certain number of users who will not achieve the desired results **Nonetheless, similar to purchasing an over-the-counter product or having a gastric bypass surgery, no refunds will be considered under these circumstances.**

## Responsibility

Use of the Formula should be made according to the instructions of use written on The Website. The Company cannot be accountable for The Customer's failure to follow the instructions or any unusual use. The Customer will not have any claim, allegation or demand against the Company or its manufacturer due to the qualities of The Formula, its abilities, limitations or suitability to the needs and demands of The Customer. The Company is not responsible for the measure of weight loss accompanying The Formula and The Support, since The Formula's success may be prevented by things outside The Company's control. Results, therefore, lie entirely in the hands of the Customer.



LIVE ADVICE
click to chat

## Content Ownership

All of the content and products on The Company's Website are owned by The Company. The Company claims all property rights, including intellectual property rights, for this content and no person/entity is permitted to infringe upon those rights. The Company will prosecute to the fullest extent of the law anyone who attempts to use or copy The Company's property. You agree not to copy content from The Company's Website without The Company's permission. Any requests to use The Company's content should be submitted to The Company by e-mail from The Company's contact page.

## Disclaimers of Warranties

PLEASE NOTE THE FOLLOWING IMPORTANT DISCLAIMERS OF WARRANTIES: THE FORMULA AND SUPPORT ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. THE COMPANY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A

PX10-159
11/25/2013 1:39 F

PARTICULAR PURPOSE, TITLE, COMPATIBILITY, SECURITY, ACCURACY OR NON-INFRINGEMENT. NEITHER THE COMPANY NOR ANY OF THE COMPANY'S AFFILIATES, LICENSORS, LICENSEES, SERVICE PROVIDERS OR SUPPLIERS WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE FORMULA & THE SUPPORT IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, SUCCESS, OR OTHERWISE. NO ADVICE OR INFORMATION, OBTAINED BY YOU FROM THE COMPANY'S PERSONNEL OR THROUGH THIS WEBSITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY PROVIDED FOR IN THIS AGREEMENT.

**If your jurisdiction does not allow limitations on warranties, this limitation may not apply to you. Your sole and exclusive remedy relating to your use of the site shall be to discontinue use of the site.**



LIVE ADVICE
click to chat

## Limitation of Liability

You acknowledge your use of this Website is at your sole risk and that you assume full responsibility for all the risks associated with any of your use of this Website

YOU EXPRESSLY UNDERSTAND AND AGREE THAT THE COMPANY AND THE COMPANY'S AFFILIATES SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES, OR ANY OTHER DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF THE COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING OUT OF, OR RESULTING FROM, (A) THE USE OR THE INABILITY TO USE THIS WEBSITE; (B) THE USE OF THE FORMULA OR THE SUPPORT; OR (C) ANY OTHER MATTER RELATING TO THIS WEBSITE.

IN NO EVENT SHALL THE COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT, TORT, FOR NEGLIGENCE OR OTHERWISE) EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR THE FORMULA & SUPPORT. IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE COMPANY'S WEBSITE, FORMULA OR SUPPORT, OR WITH ANY OF PROVISION OF THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS THE DISCONTINUATION OF YOUR USE OF THIS WEBSITE, THE FORMULA &/OR THE SUPPORT. IF ANY PORTION OF THIS LIMITATION OF

LIABILITY IS FOUND TO BE INVALID, LIABILITY IS LIMITED TO THE
FULLEST EXTENT PERMITTED BY LAW.

## Indemnification

You agree to indemnify, hold harmless and, at The Company's option, defend
The Company and The Company's affiliates, officers, directors, employees,
stockholders, agents and representatives from any and all third party claims,
liability, damages and/or costs (including, but not limited to, reasonable
attorney's fees and expenses) arising from your improper or unauthorized use
of this Website, The Company's Formula, or The Company's Support, your
violation of this Agreement, or your infringement, or the infringement or use
by any other user of your account, of any intellectual property or other right of
any person or entity.



LIVE ADVICE
click to chat

## Testimonials, Pictures, & Demonstratives

The Customer's success in achieving their weight loss goal is very important
to The Company. We know that visualization, instilling confidence and
encouraging results is of the highest importance. Therefore, The Company
invested, alongside the hundreds of real YouTube users, in a more perfect
visualization of success stories done by paid actors so the user can realize
that he/she can also succeed. Testimonials and endorsements reflect the
experience that many of our customers have reported to The Company. All
content on the Website, whether text, images, or video, belongs to The
Company and no one can use, transfer, link to any part without permission.

## Legal Jurisdiction

These Terms and Conditions will be governed by and construed in
accordance with the laws of the State of Florida, without giving effect to any
principles of conflicts of laws. Any action seeking legal or equitable relief
arising out of or relating to this Website will be brought only in the federal or
state courts of the State of Florida. You hereby consent and submit to the
personal jurisdiction of such courts for the purpose of litigating any such
action. A printed version of these Terms, Conditions and Disclaimer and
related materials will be admissible in judicial and administrative proceedings
based upon or relating to these Terms, Conditions and Disclaimer to the
same extent and subject to the same conditions as other business documents
and records originally generated and maintained in printed form.

## Severability of the Terms & Conditions

PX10-161
11/25/2013 1:39 F

If any part of these Terms and Conditions of use are determined by a court of competent jurisdiction to be invalid or unenforceable, that part shall be limited or eliminated to the minimum extent necessary so that the remainder of these Terms and Conditions are fully enforceable and legally binding.

**BY CHECKING THE REQUIRED BOX PRIOR TO PLACING YOUR ORDER, YOU AGREE THAT YOU HAVE READ THE COMPANY'S AGREEMENT IN ITS ENTIRETY AND AGREE TO BE BOUND BY COMPLETELY BY ITS TERMS AND CONDITIONS.**



**LIVE ADVICE**
click to chat

**Important**

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative



Consult The Doctor

**$35**

Consult The Nurse
Before buying

**FREE**

Wiki Video

**Site Map Tree**

FAQ
Medical
Compare
Research

**Terms of Visiting This Site**

*RESULTS MAY VARY

The site intends to introduce an advanced alternative to the dangerous weight loss surgeries such as gastric bypass, lap band, gastric sleeve, etc. FDA has not evaluated statements on this site and the Formula does not diagnose, treat, cure, or prevent any disease. Consuming the Formula without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by the Terms page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users to succeed in losing weight. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for any claims can be found in the Research section. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. Lap Band® is a registered trademark owned by Allergan, Inc. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement. Shrinking stomach and mini stomach are trade marks just as over 10 others protected trade marks and are not intended to represent a medical state. V2 Aug2012

**The BBB logo is a trademark owned by the Better Business Bureau. Roca Labs is not endorsed by or affiliated with the Better Business Bureau. The article should clarify the reliably of this entity.

Copyright © 2009-2012 Roca Labs, Inc. All rights reserved.

# Exhibit 2

PX10-163



My Nav
Add a Contact

| First Name | Last Name |

| Email |

☐ I have permission to send marketing to this address.

| Mobile | Phone | Ext |
| Mobile ▼ |

Save

Success!was added to your contacts.

| Contact ▼ | Find a contact... |

(/app/nav/start)
(/CustomLink/searchFavorites.jsp)
(http://marketplace.InfusionSoft.com)
(/Admin/editUserProfile.jsp)

- My Day (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.myDay)
- Dashboard (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.dashboard)
- Contacts (/app/nav/link?navSystem=nav.mynav&navModule=contact)
- Orders (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.order)
- Tasks (/app/nav/link?navSystem=nav.mynav&navModule=nav.home.tasks)
- Users (/app/nav/link?navSystem=nav.mynav&navModule=user-profile)
- Lead Generation (/app/nav/link?navSystem=nav.mynav&navModule=leadGeneration)

(back to search results (/Reports/searchTemplate.jsp?reportClass=AllSales&action=none&view=resultsPage&goToSelected=true)) 7:59 AM (CDT)   **REDACTED**

## Alice King

75°F

General

HA

## General

| Formula | **REDACTED** |
| Q1 Link | |
| Age | |
| Feet | |
| Inches | |
| Procedure | Please select one ▼ |
| Lbs | **REDACTED** |
| Lbs to lose | |
| BMI | |
| Overweight Years | |
| Health Insurance | |
| Key | |
| Reasons | **REDACTED** |

fat related issues

PX10-164

REDACTED

Gender                  Female            ▼
Coach Call
TeleStatus
Sid
Site
Tele Status             Please select one ▼
FUTime                          12:00 AM  ▼
QPlusDate
SaleDate
TimeZone                No options available ▼
CoachNote
CallTime                No options available ▼
2nd Pay Date
3rd Pay Date

**Weight Loss Surgery**

Years ago               Please select one  ▼
Type                    Please select one  ▼
Med complications   Please select one  ▼
Lbs lost
Lbs regained
Note

**Weight Loss Goal**

I go-by
NON-effective           

SEMI-effective          

Access fat disturbs     

Sexuality
Current size             REDACTED
Goal size

**Commitment**

Note                    REDACTED

Ugly

Created:  System Tuesday, December 10, 2013 9:45 PM   |   Last Updated:  Sharon King Tuesday, September 2, 2014 7:09 PM          Select an action ▼

**Tasks & Appointments**

This contact does not have any tasks or appointments

PX10-165

**Completed Tasks**

This contact does not have any tasks or appointments

**Previous Appointments**

This contact does not have any tasks or appointments

**Notes**

| Updated | Assigned User | Details |
|---|---|---|
| 09/02/2014 | Sharon King | BBB<br>BBB filed BBB CASE#: 67291232<br>https://westflorida.app.bbb.org/complaint/view/67291232/b/37e399v |
| 12/10/2013 | [Not Assigned] | Changed Info for Health Application<br>This contact was modified on 12/10/2013 10:06 PM because of a discrepancy in data while updating. OLD INFORMATION: State=MS LastName=L_ _Yearsago= _Type= _Medcomplications= _Lbslost0= _Lbsregained... |
| 12/10/2013 | [Not Assigned] | Changed Info for API - addWithDupeCheck<br>This contact was modified on 12/10/2013 10:05 PM because of a discrepancy in data while updating. OLD INFORMATION: Phone1= Phone2= StreetAddress1= City= State=null PostalCode=null Country=null Add... |

View All | Note Template... ▼ | Add Note

**Form Submissions**

This contact does not have any form submissions

Internal Forms... ▼ | Fill Out

**Recent Email History**

◌ Received  ◌ Sent  ◌ Campaign  ◌ Notification  ◌ Bounced

| Email | Status | Date | Subject | EmailTo | EmailFrom | Template |
|---|---|---|---|---|---|---|
| [View] | ◌ Clicked | 12/13/2013 9:18 AM | Shipping Details | REDACTED | Support@RocaLabs.com | None |
| [View] | ◌ Opened | 12/13/2013 7:41 AM | APPROVED for Gastric Bypass Al | | Support@RocaLabs.com | None |
| [View] | ◌ Unopened | 12/11/2013 3:56 PM | Order Received | | Support@RocaLabs.com | None |
| [View] | ◌ Clicked | 12/11/2013 1:07 PM | APPROVED for Gastric Bypass Al | | Support@RocaLabs.com | None |
| [View] | ◌ Clicked | 12/11/2013 1:05 PM | Approval Status for Gastric-By | | Support@RocaLabs.com | None |
| [View] | ◌ Opened | 12/10/2013 9:06 PM | Order Received | | Support@RocaLabs.com | None |
| [View] | ◌ Unopened | 12/10/2013 9:05 PM | Health Application for~Contact I | | Support@RocaLabs.com | None |
| [View] | ◌ Unopened | 12/10/2013 9:00 PM | Health Application for~Contac | | Support@RocaLabs.com | None |

1.32.0.71 edit-contact

My Nav (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.myDay)

☼ Start Page

Customize Now

My Day (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.myDay)
Dashboard (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.dashboard)
Contacts (/app/nav/link?
navSystem=nav.mynav&navModule=contact)
Orders (/app/nav/link?
navSystem=nav.mynav&navModule=order)
Tasks (/app/nav/link?
navSystem=nav.mynav&navModule=nav.home.tasks)
Users (/app/nav/link?
navSystem=nav.mynav&navModule=user-profile)
Lead Generation (/app/nav/link?
navSystem=nav.mynav&navModule=leadGeneration)

Edit
Done

CRM (/app/nav/link?
navSystem=nav.crm&navModule=contact)

• Contacts (/app/nav/link?
  navSystem=nav.crm&navModule=contact)
• Companies (/app/nav/link?
  navSystem=nav.crm&navModule=company)
• Opportunities (/app/nav/link?
  navSystem=nav.crm&navModule=opportunity)
• Referral Partners (/app/nav/link?
  navSystem=nav.crm&navModule=affiliate)
• Visitors (/app/nav/link?
  navSystem=nav.crm&navModule=visitors)

• Reports (/app/nav/link?
  navModule=nav.crm.reports)
• Settings (/app/nav/link?
  navModule=nav.crm.settings)

Marketing (/app/nav/link?
navSystem=nav.marketing&navModule=funnel)

• Campaign Builder (/app/nav/link?
  navSystem=nav.marketing&navModule=funnel)
• Email & Broadcasts (/app/nav/link?
  navSystem=nav.crm&navModule=broadcast)
• Lead Generation (/app/nav/link?
  navSystem=nav.marketing&navModule=leadGeneration)
• Templates (/app/nav/link?
  navSystem=nav.marketing&navModule=template)
• Legacy (/app/nav/link?
  navSystem=nav.marketing&navModule=legacy)

• Reports (/app/nav/link?
  navModule=nav.marketing.reports)
• Settings (/app/nav/link?
  navModule=nav.marketing.settings)

E-Commerce (/app/nav/link?
navSystem=nav.accounting&navModule=co

• E-Commerce Setup (/app/nav/link?
  navSystem=nav.accounting&navMod
• Orders (/app/nav/link?
  navSystem=nav.accounting&navMod
• Products (/app/nav/link?
  navSystem=nav.accounting&navMod
• Actions (/app/nav/link?
  navSystem=nav.accounting&navMod
• Promotions (/app/nav/link?
  navSystem=nav.accounting&navMod
• Legacy (/app/nav/link?
  navSystem=nav.accounting&navMod
  ECOMM)

• Reports (/app/nav/link?
  navModule=nav.accounting.reports)
• Settings (/app/nav/link?
  navModule=nav.accounting.settings)

Tools
Dashboard
/Admin/home.jsp?
revertCallUser=true)
My Day
/app/myDay/home?
ab=workingTab)
Calendar
/app/myDay/home?
ab=calendarTab)
Tasks (/app/myDay/home?
ab=tasksTab)
Inbox
Files (/Admin/myFiles.jsp)

Recent

- Alice King
  (/Contact/manageContact.jsp?
  view=edit&ID=9321&Sidebar=true)
- Order #1395
  (/Job/managejob.jsp?
  view=edit&ID=1395&Sidebar=true)
- REDACTED
  (/Contact/manageContact.jsp?
  view=edit&ID=2153388&Sidebar=true)
- REDACTED
  (/Contact/manageContact.jsp?
  view=edit&ID=2151408&Sidebar=true)
- REDACTED
  (/Job/managejob.jsp?
  view=edit&ID=485166&Sidebar=true)
- REDACTED
  (/Contact/manageContact.jsp?
  view=edit&ID=2102823&Sidebar=true)
- REDACTED
  (/Contact/manageContact.jsp?
  view=edit&ID=2102923&Sidebar=true)
- REDACTED
  (/Job/managejob.jsp?
  view=edit&ID=483306&Sidebar=true)
- REDACTED
  (/Contact/manageContact.jsp?
  view=edit&ID=1782398&Sidebar=true)
- REDACTED
  (/Job/managejob.jsp?
  view=edit&ID=409997&Sidebar=true)

Your Favorites   Edit
(/CustomLink/searchFavorites.jsp)
⊞·my links
⊞·my searches

Marketplace
Apps
(http://marketplace.infusionsoft.com/apps)
Consultants
(http://marketplace.infusionsoft.com/consultants)
Developers
(http://marketplace.infusionsoft.com/developers)
Campaigns
(http://marketplace.infusionsoft.com/campaigns)

Hi, Sharon!
Edit My Profile (/Admin/editUserProfile.jsp)

Manage Accounts

(https://signin.infusionsoft.com/app/central/home)

Log Out
Your Accounts

    ae160 (https://ae160.infusionsoft.com)

Help
Page Help
User Guide
(http://ug.infusionsoft.com)
Video Library
(http://help.infusionsoft.com/training/Videos)
Submit a Support Case
Marketplace
(http://marketplace.infusionsoft.com)
User Community
(http://community.infusionsoft.com)

# Exhibit 3

PX10-168



## Order Information

### Contact Information

Alice King
Alice King (/Contact/manageContact.jsp?
view=edit&ID=9921)

[Select a different contact...]    Search

REDACTED

### Shipping Address...

| | |
|---|---|
| First Name | Alice |
| Middle Name | |
| Last Name | King |
| Company | |
| Phone | REDACTED |
| Street 1 | |
| Street 2 | |
| City | REDACTED |
| State | |
| Zip | |
| Country | |

### Order Information

| | |
|---|---|
| Order Title: | |
| Order Date | 12-12-2013 |
| Order Type | Offline |
| PAY STATUS | PAID |
| Order Notes | |

Order: Action Set

Lead Referral Partner    Lead Referral Partner Name ▼  ⑦
Sale Referral Partner    Sale Referral Partner Name ▼  ⑦
Invoice Template:    Use default template ▼

### Promo Codes...

Edit Promo Codes

### Source Information

Tracking  No information is available

### Order Items

| Name | Price/Unit | Type | Total Price | Fulfillment | Modify Fulfillment | Remove |
|---|---|---|---|---|---|---|
| Basic Procedural Kit w/ Health Insurance Discount | $480.00 x 1 | Product | $480.00 | N/A | N/A | Remove |
| Shipping | $18.50 x 1 | Product | $18.50 | N/A | N/A | Remove |
| Health Application Deposit | -$17.00 x 1 | Product | -$17.00 | N/A | N/A | Remove |
| ORDER TOTAL | | | $481.50 | | | |

### Payments

| Date | Type | Status | Amount | Note |
|---|---|---|---|---|
| 12/13/2013 | Credit Card | APPROVED  REDACTED | $481.50 | Auto-charge for invoice  REDACTED |
| Payment Total | | | $481.50 | |
| BALANCE | | | $0.00 | |

### Commissions
Recalculate

| Referral Partner | Commission | Item | Sold | Earned |
|---|---|---|---|---|

PX10-169

## Payment Plan

Auto Charge:   No [View Payment Attempt History]
☐ Email the invoice to the customer upon successful payment

| Pmt # | Status | AmtDue | Paid | Date |
|-------|--------|--------|------|------|
| Pmt 1 | Paid | $481.50 | $481.50 | 12/12/2013 |

1.32.0.71 edit-job

**My Nav (/app/nav/link?**
navSystem=nav.mynav&navModule=nav.home.myDay)

❧ Start Page

Customize Now

- My Day (/app/nav/link?
  navSystem=nav.mynav&navModule=nav.home.myDay)
- Dashboard (/app/nav/link?
  navSystem=nav.mynav&navModule=nav.home.dashboard)
- Contacts (/app/nav/link?
  navSystem=nav.mynav&navModule=contact)
- Orders (/app/nav/link?
  navSystem=nav.mynav&navModule=order)
- Tasks (/app/nav/link?
  navSystem=nav.mynav&navModule=nav.home.tasks)
- Users (/app/nav/link?
  navSystem=nav.mynav&navModule=user-profile)
- Lead Generation (/app/nav/link?
  navSystem=nav.mynav&navModule=leadGeneration)

- Edit
- Done

**CRM (/app/nav/link?**
navSystem=nav.crm&navModule=contact)

- Contacts (/app/nav/link?
  navSystem=nav.crm&navModule=contact)
- Companies (/app/nav/link?
  navSystem=nav.crm&navModule=company)
- Opportunities (/app/nav/link?
  navSystem=nav.crm&navModule=opportunity)
- Referral Partners (/app/nav/link?
  navSystem=nav.crm&navModule=affiliate)
- Visitors (/app/nav/link?
  navSystem=nav.crm&navModule=visitors)

- Reports (/app/nav/link?
  navModule=nav.crm.reports)
- Settings (/app/nav/link?
  navModule=nav.crm.settings)

**Marketing (/app/nav/link?**
navSystem=nav.marketing&navModule=funnel)

- Campaign Builder (/app/nav/link?
  navSystem=nav.marketing&navModule=funnel)
- Email & Broadcasts (/app/nav/link?
  navSystem=nav.marketing&navModule=broadcast)
- Lead Generation (/app/nav/link?
  navSystem=nav.marketing&navModule=leadGeneration)
- Templates (/app/nav/link?
  navSystem=nav.marketing&navModule=template)
- Legacy (/app/nav/link?
  navSystem=nav.marketing&navModule=legacy)

- Reports (/app/nav/link?
  navModule=nav.marketing.reports)
- Settings (/app/nav/link?
  navModule=nav.marketing.settings)

**E-Commerce (/app/nav/link?**
navSystem=nav.accounting&navModule=co

- E-Commerce Setup (/app/nav/link?
  navSystem=nav.accounting&navMoc
- Orders (/app/nav/link?
  navSystem=nav.accounting&navMoc
- Products (/app/nav/link?
  navSystem=nav.accounting&navMoc
- Actions (/app/nav/link?
  navSystem=nav.accounting&navMoc
- Promotions (/app/nav/link?
  navSystem=nav.accounting&navMoc
- Legacy (/app/nav/link?
  navSystem=nav.account^ng&navMoc
  ECOMM)

- Reports (/app/nav/link?
  navModule=nav.accounting.reports)
- Settings (/app/nav/link?
  navModule=nav.accounting.settings)

Tools
Dashboard
(/Admin/home.jsp?
revertCalUser=true)
My Day
(/app/myDay/home?
ab=workingTab)
Calendar
(/app/myDay/home?
ab=calendar)Tab)
Tasks (/app/myDay/home?
ab=tasksTab)
nbox
Files (/Admin/myFiles.jsp)

Recent

Order #1385
(/Job/manageJob.jsp?
view=edit&ID=13958Sidebar=true)
Alice King
(/Contact/manageContact.jsp?
REDACTED
(/Contact/manageContact.jsp?
REDACTED
(/Contact/manageContact.jsp?
REDACTED
(/Job/manageJob.jsp?
REDACTED
(/Contact/manageContact.jsp?
REDACTED
(/Contact/manageContact.jsp?
REDACTED
(/Job/manageJob.jsp?
REDACTED
(/Contact/manageContact.jsp?
REDACTED
(/Job/manageJob.jsp?
view=edit&ID=40997&Sidebar=true)

Your Favorites  Edit
/CustomLink/searchFavorites.jsp)
🖻 my links
🖻 my searches

Marketplace
Apps
http://marketplace.infusionsoft.com/apps)
Consultants
http://marketplace.infusionsoft.com/consultants)
Developers
http://marketplace.infusionsoft.com/developers)
Campaigns

(http://marketplace.infusionsoft.com/campaign)

Hi, Sharon!
Edit My Profile (/Admin/editUserProfile.jsp)
Manage Accounts

(https://signin.infusionsoft.com/app/central/home)
Log Out
Your Accounts
    ae160 (https://ae160.infusionsoft.com)

Help
Page Help
User Guide
(http://ug.infusionsoft.com)
Video Library
(http://help.infusionsoft.com/training/Videos)
Submit a Support Case
Marketplace
(http://marketplace.infusionsoft.com)
User Community
(http://community.infusionsoft.com)

PX10-171

# Exhibit 4

## Re: Chat with Alice King

# 52341    CLOSED

---

**Roca Labs Coach added a note**

Jan 15, 2:06 pm

L/M

---

**Alice** REDACTED **replied**

Jan 15, 1:49 pm

Coach Roxie,

Now that I've gone through half of the Shake/pudding stuff and the Anti-Cravings and haven't lost any weight and I've written to complain about it, so your legal department thought they would try to intimidate me, now ya'll want to "Coach" me through the procedure?

Sure, why not? My number is :REDACTED I'll be here until 5:30 pm, them I'm going to the gym where I have been working out every day since I got this "Guaranteed to work" formula, for a new program they have started for people who can't seem to lose weight. Yeah, it's that bad, I'm giving myself another 60 days to loose weight or I've had it so give me a call and let's see wheat your miracle in a shake can do.

---

**Roca Labs Coach replied**

Jan 15, 12:38 pm

Hi Dusty,

Would you like for me to call and discuss the Procedure? Please let me know a good contact number and when you can be reached.

Thanks
Coach Roxie

---

**Alice** REDACTED **replied**

Jan 15, 12:17 pm

Dear legal dept.
At no time did I ever say I was trying to get any money back after you told me I was ineligible for a refund for your crappy product that doesn't work.

The email you attached it purely what I, me personally, thinks of this company and it's product and those who run it. At no time did I say I would go screaming to the internet and start a campaign against your company, though it is all with in my right, despite what you joke of a contract says. No one and I do mean no one in the United States of America can sign away any of their rights, especially the freedom of speech. So just get over yourselves on that idea. Good try at intimidating, which is by the way, against the law.

I have just re-read my email for a 3rd time and NO WHERE does it say I went my money back, it is an explanation of frustration and anger, nothing more nothing less. If you people are too dim witted to know the difference I feel badly for you.

I truly do not want to ever hear from you again. I thought I had made myself clear previously, but you're trig to intimidate me and that is laughable. So stop contacting me and go about your nauseating ways

Bye-bye,
Dusty King

---

**Roca Labs Coach replied**

Jan 14, 9:23 pm

👤 Roca Labs Coach

Hi Alice ,

The legal department requested that you read carefully the entire response.
Roca Labs is striving to help people win the fight against fat and goes the extra mile to help their customers succeed. By searching for reviews of Roca Labs on the web you can see the tens of thousands of success stories. We would like our customers to continue to succeed and not be discouraged by false allegations that are posted on the web. We would also like you to become one of our success stories. We encourage you to reach out to our customer support team for successful tips on how to become a winner against the fight on fat!

All the information (such as: return policy or ingredients) regarding the Formula was explained clearly in big letters and in video prior to your purchase. It was done in a very clear way, repeatedly and even in video. Yet, you are demanding money which **you do not deserve** under the Terms or you threat to hurt the company with slander and defamation if you will not be paid.

You should be aware that your email seems to constitute an illegal extortion. We are waiting for the legal team to instruct us if to file a police report. Furthermore, Florida still has criminal defamation laws by statute 836.05 Threats; extortion.—Whoever, either verbally or by a written or printed communication, maliciously threatens to accuse another of any crime or offense, or by such communication maliciously threatens an injury to the person, property or reputation of another, or maliciously threatens to expose......

**Florida still has criminal defamation laws by statute.** See § 836.01-836.11
Section 836.05, Fla. Stat. appears to remain valid which makes it a crime to commit defamation or libel to extort money or gain a pecuniary

advantage in the process. The statute sta___ ; relevant part that a person who "maliciously thre___ ___s an injury to the person, property or reputation of another, or maliciously threatens to expose another to disgrace... shall be guilty of a felony of the second degree".

**836.01 Punishment for libel.**—Any person convicted of the publication of a libel shall be guilty of a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

**836.05 Threats; extortion.**—Whoever, either verbally or by a written or printed communication, maliciously threatens to accuse another of any crime or offense, or by such communication maliciously threatens an injury to the person, property or reputation of another, or maliciously threatens to expose another to disgrace, or to expose any secret affecting another, or to impute any deformity or lack of chastity to another, with intent thereby to extort money or any pecuniary advantage whatsoever, or with intent to compel the person so threatened, or any other person, to do any act or refrain from doing any act against his or her will, shall be guilty of a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

**836.11 Publications which tend to expose persons to hatred, contempt, or ridicule prohibited.**—

(1) It shall be unlawful to print, publish, distribute or cause to be printed, published or distributed by any means, or in any manner whatsoever, any publication, handbill, dodger, circular, booklet, pamphlet, leaflet, card, sticker, periodical, literature, paper or other printed material which tends to expose any individual or any religious group to hatred, contempt, ridicule or obloquy unless the following is clearly printed or written thereon:

(a) The true name and post office address of the person, firm, partnership, corporation or organization causing the same to be printed, published or distributed; and,

(b) If such name is that of a firm, corporation or organization, the name and post office address of the individual acting in its behalf in causing such printing, publication or distribution.

(2) Any person, firm or corporation violating any of the sections of this statute shall be guilty of a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

As we have to defend the truth of our business and as Roca Labs is helping 10's of thousands of people to fight obesity as you can see by all the success videos and blogs posted on the web. Please be advised that we had similar case like this and she is being sued for damages of hundred of thousands of Dollars with recent court decision that she can not avoid the legal proceedings in the Florida court.

Based on your threat, we will have no choice but to assume that any defamation or slander on the web in any "anonymous" name will be yours and the legal department will have to take to to court against you.

We encourage you to reach out to our customer support team for successful tips on how to become a winner against the fight on fat!
Thank you
Terese B. Success Coach 02

---

Alice REDACTED replied                                                                      Jan 14, 9:13 pm

Just to let you know you guys are scammers. I have done EVERYTHING I was supposed and have lost a lousy 10 pounds and that is only water weight. I have been to the gym every day, I have been eating a low carb, hit porting diet under 1,000 calorie diet and had you shake, you appetite suppressant.

I am disgusted by this company, I don't give a damn about you terms and conditions, you have a product that is bullshit and you are liars. Sleep with that for the rest of your lives.

---

Roca Labs Coach replied                                                                     Jan 14, 2:20 pm

Hi Alice,
You placed your order on 12/11/2013 4:56 PM We love our customers and our staff is working 24 hours a day to complete incoming orders. *Cancellation can ONLY be done within 14 hours of submitting your health application.*

Cancellation can be done by contacting our support desk at Support@RocaLabs.com within 14 hours of submitting your health application only. The $17 charge is non refundable since the application evaluation already took place.

Cancellation is no longer possible according to the Return and Cancellation Policy.
You were made aware of Roca Labs very clear return policy and it is stated to every customer in numerous places prior to buying:

1. On the FAQ
2. In a video about the return policy
3. On the Qualification Form
4. on the Return page
5. On the payment page
6. On the kit's seal in big letters
7. In a video about the commitment to the process
8. Term & Conditions

We remind you that you have agreed to all terms when placing your qualification form and are responsible for payment.

You should know that we are here to assist you in reaching your weight loss goal and AVOID the dangerous gastric bypass surgery.

**Bottom Line**
We are sorry, but we don't accept returns in anyway, but we will help you succeed.

**You want Money Back?**
Roca Labs loves to reward for success. That is why the ONLY way to get money back is to SUCCEED. Roca Labs does not reward failure and there are no returns whatsoever (similar to the gastric bypass surgery procedure).

Most importantly, the Roca Labs medical team wishes you luck in achieving your weight loss goals and gaining better health and appearance.

Let us help you achieve your weight loss goals with the world's strongest non-surgical solution.

Thanks
Coach Roxie

---

Alice REDACTED started the conversation

Jan 14, 1:48 pm
👤 Anyone

- I have had my Kit for weeks now and only lost 4 pounds. I have followed the instructions and still, nothing. What can I do to get my money back?

---

On 01/14/2014 from  with IP address: REDACTED
Platform: MacIntel
URL: http://rocalabs.com/support/instructions/ask-us/

---

**Customer Profile**

---

Alice REDACTED 

REDACTED

change customer

# Exhibit 5

PX10-176

## VERIFICATION

BEFORE ME, the undersigned authority, personally appeared Don Juravin, upon being duly sworn, deposes and states:

1.   I DON JURAVIN am Vice President of Roca Labs, Inc. and I have reviewed the foregoing and acknowledge that the matters raised are true and correct and irreparable harm and damage will result if the relief is not granted.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Don Juravin

Sworn To and subscribed before me on this 8th day of September, 2014, by Don Juravin, who is personally known to me or who has produced Florida Driver License as identification.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires



JOHN CUNNINGHAM, III
Notary Public, State of Florida
Commission# EE 128389
My comm. expires Sept 7 2015

PX10-177

# Exhibit 6

PX10-178

# BBB CASE#: 67291232

| | |
|---|---|
| Complaint filed by: | Dusty King   **(More)** |
| Complaint filed against: | Roca Labs Nutraceutical USA   **(More)** |
| Complaint status: | Reminder of Dispute to Business   **(More)** |
| Case Description : | Do not buy this product. Roca Labs are misrepresenting themselves as weightless specialists. They are nothing but fraudsters and cheaters.<br>About a year ago I bout this horrible product to loose weight, I spent $480.00 for the basic kit, I didn't want to get into deep right at first. So I got the kit and followed the directions to a T. Eat the shakes, eat the pudding, eat healthy foods, go to the gym, all of it. I didn't lose one pound. When emailed them to try and get my money back, since there was supposed to be a money back guarantee, they refused. I didn't follow the directions according to the terms and conditions, you know the 12 pages of super fine print that no one on planet Earth can under stand.<br><br>I told them they were full of it and I would start bad mouthing them from here to kingdom come. They responded with threading to sue me, because according to their "Terms & Conditions" customers aren't allied to complain about their terrible non-working product.<br><br>What ever you do not buy this product. They are lying cheating SOB's that steal your money and your time and soul, if you let them.   **(Less)** |
| Category: | Sales Practice Issues |
| Case opened date: | 09/02/2014 |
| Case closed date: | |
| Desired Resolution: | I tried to get my money back from them for months and I finally got tired of fighting with them....   **(More)** |

 Nutraceuticals **ROCA LABS™** USA  Paris / Australia / Sweden / Florida

healthy, fast and strong natural solutions

## choose your department





gastric bypass effect

**weight loss**

Gastric Bypass Effect - NO surgery



**drugs**

Inventing strong natural drugs for immediate results



**breastfeeding**

Testing mother's milk for quality



**research**

Advance global research approach for healthy results

Copyright © 2006-2011 Roca Labs USA All rights reserved

Home | Order | Questions | Customer Care | Research | Instructions | Ingredients | Terms | FDA disclaimer | Doctor | Send to a friend

*DISCLAIMER: Roca Labs is a special Formula designed to create a "gastric bypass effect" or "gastric bypass results" without the need for a gastric bypass surgery. Statements on this site have not been evaluated by the FDA. The Formula does not diagnose, treat, cure, or prevent any disease. This food supplement should be taken with at least 8 ounces of liquid. Consuming the Formula(s) without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by our Terms Page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for our claims are on the Research page and are supplied by our users, as seen on YouTube. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement.


**GOVERNMENT EXHIBIT**
24

PX10-180



Nutraceuticals
**ROCA LABS™** USA

Paris
Australia
Sweden
Florida

Chat

gastric bypass effect NO surgery

Questions | Customer Care | Research

Video        FAQ        Success Stories      **Order Now**

Basic | Maximizing Success | Medical | Ordering | Videos

What is "gastric bypass NO surgery" ?

**Gastric bypass with no surgery** - *see video*
Used successfully in Europe for 6 years, this medical innovation is an easy-to-use formula that creates a natural GASTRIC BYPASS EFFECT in the stomach. Mixed with water and taken in the morning, it **immediately** expands in your stomach, leaving only a small limited stomach available for food intake and **practically forcing you to eat half.**
The result: an immediate calorie deficiency and **weight loss from day one.** To accelerate the process, the formula includes the patented ingredient **β-Glucan®,** which balances blood sugar levels and fights your cravings for sweets and snacks - something that surgery isn't capable of. You'll not only eat less food without feeling hungry, you'll eat healthier too.

**Eat half from day one**
While in the past you required a full meal to fill your stomach and satisfy your hunger, once you're using the formula, you can take half a portion and still feel satisfied after. Since the formula PHYSICALLY fills your stomach, you have neither the need nor the space for more. At the end of the day, you'll find that even though you ate very little, you felt satisfied and your energy level remained high. Without realizing, you entered a state of **calorie deficiency,** where you ate fewer calories than you burned.

**Safer and healthier than gastric bypass**
With over 27,000 YouTube and testimonial results, the formula is probably the strongest and fastest method in the world to lose weight giving it a 90% success rate. In comparison to gastric bypass surgery, the formula is **less risky, faster, healthier, and has almost NO SIDE EFFECTS** or complications. And at the low cost of $640, it's a fraction of the cost of gastric bypass surgery, which can be $15,000 or more.

With RocaLabs™ Natural Gastric Bypass Formula, you finally have the weapon you need to win the fight against hunger, cravings, and obesity. You'll lose weight, look better, and improve your health easily and naturally. The power to succeed is in your hands.

Here are some **Before & After** videos from satisfied users: Tanya, Loren, Jodi, Donna

Instructions | Terms | FDA disclaimer | Customer Care | Doctor | Send to a friend

**POWERFUL -**
**physically prevents you from eating**
A dose of the Formula mixed in water and taken in the morning creates an immediate gastric bypass effect leaving only a small limited stomach size available for food intake, practically forcing you to eat HALF and lose weight from day one. Without Gastric Bypass surgery.



20% forced stomach size availability

The patented **β-Glucan®** ingredient regulates your blood sugar levels and helps you overcome cravings.

  

how to use        what is it



**ASK US**
If your question isn't answered here

name

email

question

ask us

Copyright © 2006-2011 Roca Labs USA.All rights reserved
Home | Order | Questions | Customer Care | Research | Instructions | Ingredients | Terms | FDA disclaimer | Doctor | Send to a friend

*"DISCLAIMER: Roca Labs is a special Formula designed to create a "gastric bypass effect" or "gastric bypass results" without the need for a gastric bypass surgery. Statements on this site have not been evaluated by the FDA. The Formula does not diagnose, treat, cure, or prevent any disease. This food supplement should be taken with at least 8 ounces of liquid. Consuming the Formula(s) without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by our Terms Page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of those efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for our claims are on the Research page and are supplied by our users, as seen on YouTube. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herb/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement.*



GOVERNMENT EXHIBIT
25

PX10-181



GASTRIC BYPASS no surgery

HOME    ANSWERS    SUCCESS STORIES    SUPPORT    ORDER

Nutraceuticals
ROCA LAB

# Gastric Bypass Results / no surgery

Only $160 x 3 payments     order    Understanding the formula

A dose in the morning limits available stomach space practically forcing you to eat half as much as before. This is a powerful weapon against obesity. A successful regimen will result in a smaller size stomach (3-6 months), improving eating habits and overcoming cravings.





4 month supply    effective    gastric bypass effect



WHAT IS Roca Labs® Formula?    Share    More info



Cl    click & talk
LIVE ADVICE

11/8/2012

PX10-181a

GOVERNMENT EXHIBIT 26

OC04238
FTC-PROD-019708

Mini Gastric Bypass NO Surgery Weight Loss Formula

Page 1 of 2

# Roca Labs USA
Nutraceuticals Paris·Florida·Tokyo

**Home**   **Success Stories**   **Questions**   **Customer Care**   **Research**

# Gastric Bypass No Surgery

Natural formula creates Gastric Bypass Effect - only a small limited stomach volume available for food intake

| 1 | 2 |
|---|---|
| **Understanding the formula** | **Choosing the right formula** |

Live Chat



A dose of the Formula mixed in water an the morning creates a fast gastric bypas leaving only a small limited stomach size for food intake, practically forcing you to and lose weight from day one. Without G Bypass surgery.

The patented *β-Glucan®* ingredient re your blood sugar levels and helps you cravings.



CI   *click 2 talk*
LIVE ADVICE

http://www.mini-gastric-bypass.me/?gclid=CIX_3Ln1v7MCFQ45nAodxFcAJg

11/8/2012

PX10-181b

Roca Labs | gastric bypass NO surgery alternative costs $480 with health insurance

| Home | Order | Questions | Customer Care | Research | Instructions | Ingredients | Terms | FDA |
| disclaimer | Doctor | Send to a friend | | | | | | |



*Based on Terms

Roca Labs is a special Formula designed to create a "gastric bypass effect" or "gastric bypass results" without the need for a gastric bypass surgery. Statements on this site have not been evaluated by the FDA. This Formula does not diagnose, treat, cure, or prevent any disease. This food supplement should be taken with at least 8 ounces of liquid. Consuming the Formula(s) without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by our Terms Page. This site is using visualization on persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for our claims are on the Research page and are supplied by our users, as seen on YouTube. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbal/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement. V1.7 Sep2011

gastric bypass    gastric by-pass    lap band surgery    band surgery    lapband    stomach surgery    gastric band

Click 2 talk
LIVE ADVICE

11/8/2012

PX10-181c

Gastric Bypass NO Surgery

Search

- Ask The Doctor
  - Answers
    - What Is It?
    - The Procedure
    - A Dose a Day
    - *Better than Surgery
    - How Much Weight will I Lose?
    - High Success Rate
    - Eliminating Cravings
    - Am I Qualified?
    - Can I use if I am…?
    - No Menus, No Diet Restrictions
    - Is it FDA-Approved?
    - General Answers
    - Video Wiki
  - Medical
    - Recommended by Doctors
    - Ingredients
    - Side Effects
    - Teens
    - Pregnancy
    - For my Kid (7-13)
    - I am Diabetic…
    - Healthy Pregnancy
    - I am Breastfeeding…
    - I am a Senior…
    - Medications, Alcohol and Smoking
    - I had Weight Loss Surgery …



GOVERNMENT EXHIBIT
27
FTC-PROD-012393

PX10-181d

INTERNET ARCHIVE
WaybackMachine
5 captures

Wiki Overweight [                    ]  Go        SEP   NOV   DEC      Close

◄   3   ►

Letter to Your Doctor                          2011  2012  2013      Help

Weight Loss Calcula

- ○ Compare
  - ■ Gastric Bypass Vs. Roca Labs®
  - ■ Gastric Sleeve Vs. Roca Labs®
  - ■ Lap Band Vs. Roca Labs®
  - ■ Roux-en-Y Vs. Roca Labs®
  - ■ Diet Pills Vs. Roca Labs®
  - ■ Costs: Surgery Vs. Roca Labs®
  - ■ Gastroplasty Vs. Roca Labs®
  - ■ Roca Labs® Vs. Simple Fad Diets
- Success
  - ○ Global Success Stories
    - ■ USA
    - ■ French
    - ■ German
    - ■ Hebrew
    - ■ Arabic
    - ■ Spanish
  - ○ Money back – Success belt
    - ■ Money Back – Success Belt
- 18 Solutions
  - ○ Women
    - ■ 100+ lbs to Lose
    - ■ 35-100 lbs to Lose
    - ■ 20-35 lbs to Lose
    - ■ Diabetes
    - ■ Pregnancy
    - ■ After Pregnancy
    - ■ Fast Result (Brides)
    - ■ Seniors
  - ○ Men
    - ■ 100+ lbs to Lose
    - ■ 35-100 lbs to Lose
    - ■ 20-35 lbs to Lose

FTC-PROD-012394

PX10-181e

INTERNET ARCHIVE **Diabetes**
**WayBack Machine** **Seniors**  5 captures

[ ] Go   SEP NOV DEC   Close
◄ 3 ►
2011 2012 2013   Help

- **Fast Result (Grooms)**
  - **Consult The Nurse**
  - For Teens/Kids
    - Teen Girls (13-19)
    - Girls (8-13)
    - Teen Boys (13-19)
    - Boys (8-13)
- Research
  - Medical Research
    - Immune System
    - Blood Sugar Levels
    - Anti-Cravings
    - Breastfeeding Enrichment
    - Energy
    - Satiety
  - Clinical Health Claims
    - Anti-Cravings
    - Pregnancy
    - Diabetes
    - Youth
    - Senior
  - *Research General
    - What is Calorie?
    - Gastric Bypass Surgery Complications
    - Obese Seniors and Alzheimer's
    - Excess Fat and Osteoporosis
    - Vitamin C in the Formula
    - Weight Gain and Sexual Performance
  - Extreme Weight Loss without Surgery
    - Roux-en-Y Gastric Bypass Guide
    - Gastric Bypass Insurance Coverage
- Be Smart
  - Nutrition Facts
    - Keep Food Clean

FTC-PROD-012395

PX10-181f



- Contact Us
  - About Us
    - Medical Team
    - Management
    - Contacts Us
  - Support for Success
    - Instructions
    - Not Losing Enough Weight
    - Win the Fight
    - Side Effects

Gastric Bypass Alternative Guide

- Professional Answers and Videos from the Medical Team

| FAQ | Medical | Icon Sub Compare Compare | Research | Wiki Video |

# Weight Loss Calculator

**World's most advanced weight loss calculator and BMI chart** (pounds & kilos)

How much weight should I lose? How fast can I lose my excess weight? What is a healthy, maintainable weight loss rate? What is my **ideal body weight**?

What is the best weight loss solution for me?

| **Women** | **Youth** | **Men** |
|---|---|---|
| 100+ lbs to lose (45kg+) | boys (8-13 yrs) | 100+ lbs to lose (45kg+) |
| 35-100 lbs to lose (15-45kg) | girls (8-13 yrs) | 35-100 lbs to lose (15-45kg) |
| 20-35+ lbs to lose (9-15kg+) | teen female (13-19 yrs) | 20-35+ lbs to lose (9-15kg+) |

FTC-PROD-012396

PX10-181g

d ... duction ................................................ a  Go  weight reduction    SEP  NOV  DEC    Close

p ... management captures ............................. ◄  3  ►    Help

29 Aug 12 - 3 Nov 12    2011  2012  2013

# Weight Loss Begins Immediately

An advanced solution: when you take the Roca Labs® Formula, from day one, you practically eat HALF the amount you normally do and **begin losing weight immediately**. The Formula creates a gastric bypass effect in your stomach which leaves only a small, limited stomach volume available. The Formula forces you to eat smaller quantities of food without feeling hungry. In addition, the unique, natural ingredient *β-Glucan*® balances your blood sugar levels and eliminates cravings for snacks. You eat fewer calories but burn more calories, entering a state of **calorie deficiency**. For every 250 unnecessary calories you avoid eating, you lose one ounce of fat.

# Lose Weight at a Healthy Rate

Since the Formula is customizable and controllable, it is actually possible to use too much Formula and lose weight at an unhealthy pace. Roca Labs® doctors recommend a steady weight loss rate of no more than 12-16 lbs. a month. Unless you have a medical condition or your doctor instructs you differently, the time table below is recommended for healthy, long-lasting weight loss over a 10.5 month period. Since proper use of

FTC-PROD-012397

PX10-181h

2/13/2015 11:22 AM

the INTERNET ARCHIVE ave you with a "s[                    ] Go n after you stop u the Formula Close
4- WaybackMachine   5 captures        SEP ◀ 3 ▶        Help
              29 Aug 12 - 3 Nov 12              2011   2013

| Week | Body weight lost (each stage) | Body weight lost (accumulated)* |
|------|-------------------------------|----------------------------------|
| 1-4   | 5%  | 5%  |
| 5-10  | 7%  | 12% |
| 11-16 | 8%  | 20% |
| 17-24 | 10% | 30% |
| 25-34 | 12% | 42% |
| 35-42 | 8%  | 50% |

\* Results vary dramatically based on commitment to the procedure and other accelerator activities

## So, how much will you lose in a month if you eat HALF with almost NO snacks or sweets?

Individual results will vary. Many users eat 2,000 fewer calories a day, which equals to 17 lbs. a month. Some may lose 10 lbs. a month, and others up to 20 lbs. Your own weight loss rate will depend on factors such as your metabolism, weight, daily food intake prior to Roca Labs®, food intake while taking the Formula and physical activity. In order to meet your individual needs, **the Formula is designed to be customizable:** you choose the dosage size and frequency that is best for you. Roca Labs'® team of doctors recommends that you lose weight at a slow and steady pace, so you can make a **real life change** – reach your weight loss goal a month or two later, and make it last.

FTC-PROD-012398

PX10-181i

2/13/2015 11:22 AM

INTERNET ARCHIVE
WaybackMachine

5 captures
28 Aug 12 – 3 Nov 12

| Go |

SEP  NOV  DEC
◄   3   ►
2011  2012  2013

Close

Help

# Want to Accelerate Your Weight Loss?

Try some simple daily exercises, such as light weightlifting in the morning, 10 minutes of push-ups and/or crunches or 30-60 minutes of aerobics in the evening (this will also benefit your mental health). Do it together with a friend so it will become a fun routine. Physical activity will accelerate your metabolism and calorie deficiency, and lead to a **much greater weight loss**.

what is a calorie How Much Weight Will I Lose?

## You can use the weight loss calculator or BMI chart to find your ideal body weight

FTC-PROD-012399

PX10-181j

2/13/2015 11:22 AM

INTERNET ARCHIVE
WaybackMachine

5 captures
29 Aug 12 – 3 Nov 12

Go

SEP  NOV  DEC
◄  3  ►
2011  2012  2013

Close

Help

FTC-PROD-012400

PX10-181k

2/13/2015 11:22 AM



SEP NOV DEC

◀ 3 ▶

2011 2012 2013

Close

Help

Wayback Machine
INTERNET ARCHIVE

5 captures
29 Aug 12 - 3 Nov 12

- **Tags**

Active after alcohol alternative and Anti before before and after breastfeeding **bypass** Comparison: Complications Cravings Diabetics/Diabetes Diet effects for **gastric** gastric bypass gastric bypass NO surgery Gastric Bypass Surgery health diet immediate weight loss ingredients Kalorien **Labs** Medication mini gastric bypass overweight pregnant **Roca** rocalabs Roca Labs schwanger side snack STOP **Stories Success** surgery testimonial

FTC-PROD-012401

PX10-181I

2/13/2015 11:22 AM



## Important

- Instructions
- Side Effects to Avoid
- Eliminating Cravings
- Recommended by Doctors
- Health Risks
- How to Order
- Shipments
- Allergy
- Obesity Shortens Life Expectancy
- Gastric Bypass Surgery Stats/Deaths

[Search]







## Site Map Tree

- FAQ
  - What Is It?
  - The Procedure
  - A Dose a Day, Easy to Use
  - Better, Safer and Cheaper than Surgery
  - How Much Weight Will I Lose?

PX10-181m



- - Success Rate
  - ... ating Cravings
  - Am I Qualified to Buy?
  - No Menus, No Diet Restrictions
  - Is it FDA-Approved?
  - Consult The Nurse
- Medical
  - Recommended by Doctors
  - Wiki Overweight / Obesity
  - Ingredients
  - Side Effects
  - I am Pregnant...
  - I am Breastfeeding...
  - I am a Senior...
  - I am a Teen...
  - For my Kid (7-13)
  - I am Diabetic...
  - I had Weight Loss Surgery...
  - Medications, Alcohol and Smoking
  - Acquiring Healthy Eating Habits?
  - Wiki Video
- Compare
  - Gastric Bypass Vs. Roca Labs®
  - Lap Band Vs. Roca Labs®
  - Gastric Sleeve Surgery Vs. Roca Labs®
  - Roux-en-Y Vs. Roca Labs®
  - Diet Pills Vs. Roca Labs®
  - Gastric Bypass Surgery Cost Vs. Roca Labs® Cost
  - Gastroplasty Vs. Roca Labs®
- Research
  - *Research General
    - What is Calorie?
    - Gastric Bypass Surgery Complications
    - Obese Seniors and Alzheimer's
    - Excess Fat and Osteoporosis
    - Vitamin C in the Formula

FTC-PROD-012403

PX10-181n

2/13/2015 11:22 AM

Guide to Extreme [                                    ] Go




SEP  NOV  DEC

◀  3  ▶

2011  2012  2013

Close

Help

Roux-en-Y Gastric Bypass Guide
- 5 captures
- Gastric Bypass Insura

- Medical Research – Ingredients
    - Diabetic Men: Foot Ulcer Improvement
    - Beta-Glucan and Prebiotic Health Benefits
    - Beta-glucan Fibers
    - Beta-glucan Health Benefits
    - Healthy Fibers
    - Roca Labs Research

FTC-PROD-012404

PX10-181o

2/13/2015 11:22 AM

INTERNET ARCHIVE  This Site                                    Go        SEP  NOV  DEC      Close
WayBackMachine                                                          4   3

Formula if you have difficulty swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any health related condition. All purchases are governed by the Terms Page. This Site uses visualization and persuasion that we consider appropriate to psychologically aid users in the important process of weight loss. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for our claims are on the Research page and are supplied by our users, as seen on YouTube. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trademark holders and do not imply any endorsement. "Shrinking stomach" and "mini stomach" are trademarks and are not intended to represent a medical state. *v2 Aug2012*

GOVERNMENT EXHIBIT

EXHIBIT C
Blumberg No. 5119

ATTACHMENT A - FTC 2D RFA



# Roca Labs Nutraceutical USA

## Strong, Natural Non-Surgical/Medical Solutions



Roca Labs (Florida, USA) is the inventor of the strongest non-surgical weight loss solution in the world for the obese. The Fo
procedure creates a gastric bypass effect, leaving only 20% stomach space available for eating practically forcing the user to
half and lose weight from day 1.

**LIVE ADVICE**
click to chat

Doctors/Surgeon's Portal          Gastric Bypass without Surge          Pharmaceuticals' Portal









PX10-182

2/18/2013

Roca Labs Non-Surgical Medical Solutions | New: Gastric Bypass Alternative for fast weight loss    Page 2 of 3

ATTACHMENT A - FTC 2D RFA

   

*Doctors / Surgeons only*

Some complex medical conditions can be cu
without a surgery as medicine advances

Doctors and surgeons can view the latest news in r
surgical medical solutions similar to the stomach ul
case that while in the past required a surgery now I
dramatic medical advance because eliminating H. p
with antibiotics means that there is a greater than 9
chance that the ulcer can be cured for good

More...

Gastric Bypass Surgery Formula leaves only
20% of the stomach space available creatine
probably the most powerful weight loss surg
alternative in the world.

Avoid the dangerous & expensive surgery. A dose
the morning limits available stomach space practica
forcing you to eat half as much as before. This is a
powerful weapon against obesity. A successful regi
will result in a smaller size stomach (3-6 months),
improving eating habits and overcoming cravings.

Lap Band Alternative
Gastric Sleeve Alternative
Gastric Bypass Alternative
Gastroplasty Alternative
Roux-en-Y Alternative
Cost Comparison with Surgery
  More...

*Doctors / Surgeons only*

12,000 compounds from 35,000 plants have
recognized to have real medical value to
humans. Roca Labs joins the American Soc
of Pharmacognosy (ASP) in advancing
scientific studies on potential drugs in their
unaltered state and new drug from natural
resources.

More...



**LIVE ADVICE**
click to chat

## Senior / Child Obesity

 

## Pregnancy / Post-pregnanc



## Diabetes Type 2



PX10-183

2/18/2013

ATTACHMENT A - FTC 2D RFA







*Doctors / Surgeons only*

Childhood obesity and senior obesity cause damage to sensitive joints and the skeletal system with additional age related metabolic and medical complications.

The eating disorder can be minimized with the Anti-Cravings Formula which balances the sugar levels the blood (blood glucose) and eliminates the cravin for snakes & sweets.

More...

*Doctors / Surgeons only*

Diet during pregnancy is critical for a healthy delivery, the baby's future and post-pregnan weight problems

Medical research shows that over weight pregnanc leads to obese kids and a difficult delivery. Roca La developed healthy weight loss for pregnant and pos pregnant women that can help your looks as well.

More...

*Doctors / Surgeons only*

Diabetes

Diabetics who live the longest are tho attentive to their blood glucose conce natural way. About 122 active comp modern medicine are plant based. Many have beer used for hundreds of years. Roca Labs has a weigh management solution for diabetics designed to bala blood glucose levels in an effective and natural way

For example, corosolic acid works by impro the damages insulin receptor...

More...

**LIVE ADVICE**
click to chat

| Ask The Doctor ▾ | Success Stories | 18 Solutions ▾ | Be Smart ▾ | Support |

# Gastric Bypass without Surgery

## Roca Labs Formula "Forcing" You to Eat Half and Lose Weight From Day 1

Ask The Doctor      18 Personal Solutions

Obesity? Diabetes? Eating Disorders? What is Bariatric Surgery? What is Gastric Sleeve? Best Weight Loss? What is the difference between Gastric Bypass, Gastric Sleeve, Lap Band, Roux-en-Y and Roca Labs Formula? What is hcg diet? Weight Loss Calculator... and more. This is a "lose weight fast" guide.

## New Gastric Bypass Surgery Alternative

Taken once in the morning, the natural Formula creates a gastric bypass effect, leaving only 20% stomach space available for eating. You are practically forced to eat only half and lose weight from day 1. The Anti-Cravings is a scientific miracle in stopping your cravings for sweets and snacks for immediate results. Successful regimen* should result in a loss of 15-25lbs per month and a "shrinking stomach" size over 4-6 months (medical evidence).



$172 X3 payments

Made in USA in an FDA registered facility



Success Stories

Qualify & Order

## What is Roca Labs Gastric Bypass?

► What is The Formula?


GOVERNMENT EXHIBIT 29


Consult The Nurse
FREE

# The New York Times

.... gastric capacity was reduced 27 percent to 36 percent in 1 month

research article

# Defeat Fat - Learn The Enemy

Choose your gender      



**Tags**

Active after alcohol alternative and Anti
bariatric before before and
afterbreastfeedingbmartiestbypass
medicineComparison Complications Cravings
DiabeticsDiabetes Diet Diet for childrenDiet for
teenselfeltefast weight
lossforgastricgastric
bypassgastric bypass NO
surgeryGastric Bypass
Surgeryhealth dietimmediate weight
lossKalorienLabsmini gastric
bypassoverweightpregnant
RocaRoca
LabsrocalabsschwangerStoriesS
weight losswomen



FDA OKs stomach-shrinking.... article



# Roca Labs – Success Stories

Google   **90,700** results for "Roca Labs" in YouTube   

 **Carmen - lbs don't matter**
Pounds don't matter I am going for ideal measurements and don't count pounds

 **Tanya - First time in my life...**
Tried all weight loss methods. Succeeded only with Roca Labs: lost 54 lbs and going for 110

 **Scotty - I feel healthier..**
Senior 73: Roca Labs is a real gastric bypass / lap band surgery alternative  Easily lost 30 lbs

 **Loren - After 2 pregnancies**
Had a lot of weight to lose after 2 pregnancies - the Anti Cravings was significant for me

**Important**                                    **Site Map Tree**

Instructions
Side Effects to Avoid
Eliminating Cravings
Recommended by Doctors
Health Risks
How to Order
Shipments
Allergy
Obesity Shortens Life Expectancy
Gastric Bypass Surgery Stats/Deaths

FAQ
Medical
Compare
Research



Consult The Doctor

$35

Consult The Nurse

FREE

Wiki Video

### Terms of Visiting This Site

*RESULTS MAY VARY

The site intends to introduce an advanced alternative to the dangerous weight loss surgeries such as gastric bypass, lap band, gastric sleeve, etc. FDA has not evaluated statements on this site and the Formula does not diagnose, treat, cure, or prevent any disease. Consuming the Formula without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by the Terms page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users to succeed in losing weight. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for any claims can be found in the Research section. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement. Shrinking stomach and mini stomach are trade marks just as over 10 others protected trade marks and are not intended to represent a medical state.v2 Aug2012

Copyright © 2009-2012 Roca Labs, Inc. All rights reserved.

roca labs - Google Search

Page 1 of 2

ATTACHMENT F - FTC 2D RFA

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More

roca labs                                                                    Sign in

Web      Images      Maps      Shopping      Videos      More ▾      Search tools

About 1,880,000 results (0 16 seconds)

Ads related to **roca labs**

Item 1

Mini Gastric Bypass $480 - Gastric Bypass Effect - No
Surgery
www.mini-gastric-bypass.me/Roca-Labs
90% Success Rate - Order Now!
Success Stories - Research Center - FAQ's - Ask a Question

Item 2

RocaLabs® Official Site - Gastric Bypass No Surgery
Formula.
www.rocalabs.com/Approved-★★★★★
Reduce Stomach Size & Lose Weight.
Gastric Bypass No Surgery Formula - Success Stories - Research
Center

✔ **Roca Labs** Non-Surgical Medical Solutions | New: Gastr...
rocalabs.com/
**Roca Labs** (Florida, USA) is the inventor of the strongest non-surgical
weight loss solution in the world for the obese. The Formula procedure
creates a gastric ...
Roca Labs - ANSWERS - Terms - Research



✔ **Roca Labs** Video after 30 days - YouTube
www.youtube.com/watch?v=P8_0ej_pmZQ
Mar 19, 2011 - Uploaded by briannarae1485
personal **roca labs** video link to my blog:
http://rocalabsexperience.blogspot.com/ link to
facebook ...

More videos for **roca labs** »

✔ **Roca Labs** @ PissedConsumer
roca-labs.pissedconsumer.com/
Nov 5, 2012 – **Roca Labs** social reviews and reports. ... Please try to
contact **Roca Labs** Customer Service directly prior to posting any
complaints on this site.

✔ **Rocalabs** Scam Rip Off **Roca Labs**
rocalabsscam.blogspot.com/
May 27, 2011 – This company is named **Roca Labs**. **Roca Labs**
apparently has a formula (powder) that creates the same effect as
having the gastric bypass ...

✔ "**Roca Labs**": Diet Community - Support Group
forums.webmd.com/3/diet-exchange/forum/2756/16
15 posts - 12 authors - Jan 30
I mean, are you sure it's **roca labs** who ripped you off or the person you
bought it with?<br /><br />Come on!! come to think of it, why would
anyone sell it for half ...

"**Roca Labs** Non-Surgical Gastric Bypass": Diet Community - May 1,
2012
"**Roca Labs** everyones views/ideas": Diet Community - Mar 12, 2012
"Is **Roca Labs** working for you?": Mini Gastric Bypass No Surgery ... -
Dec 1, 2011
"**Roca Labs** Formula": Bariatric Surgery Exchange - Feb 27, 2011
More results from forums.webmd.com »

✔ What is **Roca Labs** Gastric Bypass | **Roca Labs** True R...
trueroca.wordpress.com/
Feb 28. 2012 – **Roca Labs** True Reviews - does **Roca Labs** really
work? (by Deb P.)

Ads

Wholesale **Roca** Tile Sale
www.americanfastfloors.com/
Huge Savings on all **Roca** Tiles
Save Today! Call 1-888-276-6888

Gastric Bypass
www.weightlosssurgery.ca/
Laparoscopic gastric bypass in the
private sector without waiting!

Florida - Food **Lab**
www.local.com/
Looking for Food **Lab**
in Florida? Find it here!

Skip Gastric Bypass?
www.realdose.com/Weight-Loss
1 (855) 693 4182
Fix these 3 sneaky hormones and
avoid going under the knife.

No Surgery Gastric Bypass
surgery.webcrawler.com/
Search for No Surgery Gastric
Bypass
With 100's of Results at WebCrawler

No Surgery Bypass Info
www.info.com/NoSurgeryBypass
Get Info On No Surgery Bypass.
Access 10 Search Engines At Once.

Need a **Lab** Near You?
www.movingeverything.org/
Suncoast Medical Clinic at St.
Anthony's Hospital. Find Us Now!

Bariatric Support Group
www.americanbariatrics.org/
Join the American Bariatrics Online
Support Group. Registration is Free

See your ad here »



EXHIBIT

A

PX10-189



GOVERNMENT
EXHIBIT
30

2/16/2013

ATTACHMENT F - FTC 2D RFA

✓ My **Roca Labs** Experience
rocalabsexperience.blogspot.com/
Aug 7, 2012 – Well after 2 weeks, I am officially out of formula :/ Last
official **roca labs** formula of 135.5.. Good luck to everyone! Thank you
for your support!

✓ **Roca Labs** Company | Facebook
www.facebook.com/**Roca.Labs**.Company
**Roca Labs** Company, Tampa, FL. 4198 likes · 11 talking about this.

✓ What's up With **Roca Labs?**
whatsupwith**rocalabs**.com/?p=1
Apr 5, 2011 – I would especially welcome health professionals NOT
working with **Roca Labs**, to give opinions or comments about how it
works.

✓ Promote your Diet: **Roca Labs** &quot;Bypass Without th...
www.fatsecret.com/Community.aspx?pa=fp&t=80916
20 posts - 11 authors - May 19, 2012
I started the **Roca Labs** System on 5/15/12. I am losing 2.0 lbs each
day. By 5/17/12 I'd lost 2" from my waist and 1" from around my buttock
and ...

Searches related to **roca labs**

| | |
|---|---|
| roca labs **scam** | roca labs **side effects** |
| roca labs **complaints** | roca labs **diet** |
| roca labs **diet reviews** | **beta glucan** |
| roca labs **reviews** | **does roca labs really work** |

1 2 3 4 5 6 7 8 9 10    **Next**

Advanced search   Search Help   Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms   About Google

PX10-190

Mini Gastric Bypass NO Surgery Weight Loss Formula          Page 1 of 1
ATTACHMENT C - FTC 2D RFA

**Roca Labs** USA
Nutraceuticals Paris-Florida-Tokyo


Chat now!

Home          Success Stories          Questions          Customer Care          Research

# Gastric Bypass No Surgery

Natural formula creates Gastric Bypass Effect - only a small limited stomach volume available for food intake



1
Understanding the formula ▼   Live Chat   2
Choosing the right formula ▼

What is it?          90% Success Rate

A dose of the Formula mixed in water and taken in the morning creates a fast gastric bypass effect leaving only a small limited stomach size available for food intake, practically forcing you to eat HALF and lose weight from day one. Without Gastric Bypass surgery.

The patented *β-Glucan*® ingredient regulates your blood sugar levels and helps you overcome cravings.

0:45 / 1:51                                    720p

USA Toll Free International
**866.566.5288**
Available 24/7

costs only $480 Vs. $15,000 surgery

          Video

Florida production facility          FDA Compliance + GMP



Consult The Nurse
FREE


**EXHIBIT**


**GOVERNMENT EXHIBIT**
31

click 2 talk
LIVE ADVICE

PX10-190a

**Roca Labs USA**
Nutraceuticals Paris·Florida·Tokyo


Chat now!

Home    Success Stories    Questions    Customer Care    Research

# Gastric Bypass No Surgery

Natural formula creates Gastric Bypass Effect - only a small limited stomach volume available for food intake.

## Questions

Basic Questions

Maximizing Success

Medical Info

Ordering & Customer Care

Video Answers

**Ask a Question**
if you can't find it here

Name

Email

Question

16 - What is "gastric bypass NO surgery" ?

17 - How does it work?

18 - How do I use it?

19 - How long do I use it?

20 - Flavor

21 - Natural ingredients

22 - Certification and credentials

24 - Pregnant women and weight gain

26 - Breastfeeding

27 - Diabetes

28 - Teens

29 - Children

30 - Are there diet restrictions?

31 - Is there a calorie count?

Ask Us

A dose of the Formula mixed in water and taken in the morning creates a fast gastric bypass effect leaving only a small limited stomach size available for food intake, practically forcing you to eat HALF and lose weight from day one. Without Gastric Bypass surgery.

The patented *β-Glucan®* ingredient regulates your blood sugar levels and helps you overcome cravings.


Consult The Nurse
FREE


Ch    click 2 talk
LIVE ADVICE

PX10-190b
2/16/2013

Mini Gastric Bypass NO Surgery Weight Loss Formula            Page 1 of 2
ATTACHMENT E - FTC 2D RFA

## Roca Labs USA
Nutraceuticals Paris-Florida-Tokyo


Chat now!

**Home**     **Success Stories**     **Questions**     **Customer Care**     **Research**

# Gastric Bypass No Surgery
Natural formula creates Gastric Bypass Effect - only a small limited stomach volume available for food intake

## Questions

### Basic Questions

Maximizing Success

Medical Info

Ordering & Customer Care

Video Answers

### Ask a Question
if you can't find it here

Name

Email

Question

[ Ask Us ]

**16 - What is "gastric bypass NO surgery" ?**



Gastric bypass with no surgery

Roca Labs® Formula is a safe and natural alternative to gastric bypass surgery. Taken in the morning, it creates an immediate gastric bypass effect, forcing you to eat less and lose weight without any surgery. The Formula always works, because it physically expands in the stomach, leaving very limited room for food intake throughout the day. Just like a gastric bypass, you're physically only able to eat very little – about HALF the food you used to. Unlike gastric bypass, you're spared the risks and complications of an extreme and virtually irreversible surgery. With the Formula, you lose weight from day one safely and naturally.

#### Practically Forced to Eat HALF

While in the past you required a full meal to fill your stomach and satisfy your hunger, once you're using the formula, you can take half a portion and still feel satisfied after. Since the formula PHYSICALLY fills your stomach, you have neither the need nor the space for more. At the end of the day, you'll find that even though you ate very little, you felt satisfied and your energy level remained high. Without realizing, you entered a state of calorie deficiency, where you ate fewer calories than you burned.

#### Eliminate Cravings

Roca Labs® Formula includes the patented ingredient *β-Glucan®*, which balances blood sugar levels and fights your cravings for sweets and snacks – something that surgery isn't capable of. You'll not only eat less, you'll eat healthier and avoid the temptation for calorie-rich foods and snacking that can easily jeopardize your weight loss and cause weight re-gain.

A dose of the Formula mixed in water and taken in the morning creates a fast gastric bypass effect leaving only a small limited stomach size available for food intake, practically forcing you to eat HALF and lose weight from day one. Without Gastric Bypass surgery.

The patented *β-Glucan®* ingredient regulates your blood sugar levels and helps you overcome cravings.


Consult The Nurse       FREE


click 2 talk
LIVE ADVICE

PX10-190c

## "Smaller stomach" in 4-6 Month Procedure

Over 4-6 months, as you lose weight, you'll train your stomach as well as your mind to be satisfied with a smaller, healthier diet, and gradually reduce your dosage and frequency of the Formula. Your stomach will actually begin to "shrink" in response to the reduced amount of food it's getting.  A successful Roca Labs® procedure will result in a "smaller stomach," improved eating habits, and the ability to overcome cravings.

## Safer than Surgery

Any surgery is risky, but gastric bypass surgeries in particular (lap band, Roux-en-Y, gastroplasty, bariatric) statistically result in serious complications, including gastrointestinal bleeding (4 in 100), internal hernia(4 in 100), stomach and esophagus dilation (16 in 100), complete obstruction of the stomach (14 in 100), weight re-gain (up to 84 in 100), or death (1 in 320). Roca Labs® Formula is a **new, safer alternative**designed to produce similar results, but without all the side effects. There are a few known side effects associated with the formula, but they are much milder and generally avoidable with proper use. Weight loss surgery is invasive and generally irreversible, while use of the Formula is customizable, much more safe and pain-free, and can be stopped at any time

With RocaLabs™ Natural Gastric Bypass Formula, you finally have the weapon you need to win the fight against hunger, cravings, and obesity. You'll lose weight, look better, and improve your health easily and naturally. The power to succeed is in your hands.

17 - How does it work?

18 - How do I use it?

19 - How long do I use it?

20 - Flavor

21 - Natural ingredients

22 - Certification and credentials

24 - Pregnant women and weight gain

26 - Breastfeeding

27 - Diabetes

28 - Teens

29 - Children

30 - Are there diet restrictions?

31 - Is there a calorie count?

Cl        *click 2 talk*
LIVE ADVICE

# GASTRIC BYPASS REVIEWS & OPTIONS

EVERYTHING YOU NEED TO KNOW BEFORE DECIDING ON ANY WEIGHT LOSS SURGERY OR ALTERNATIVE

| HOME | BARIATRIC SURGERY | SURGERY FAILURES | SUCCESS STORIES | SURGICAL ALTERNATIVES |

## Gastric Bypass Reviews & Options

**Sleeve Gastrectomy**    **Restrictive**    **Combination**

Adjustable Band Gastroplasty    Roux-en-Y Gastric Bypass

### CATEGORIES

Success Stories

Surgery Failures

Gastric Bypass Stats

Bariatric Surgery Options

### Bariatric Surgery in America

Our country is currently experiencing an obesity epidemic, which means that well over 50% of American citizens are either overweight, obese, or worse, morbidly obese. Due to this issue, many people have turned to bariatric surgery to help resolve not only their weight problems, but also any weight-related medical conditions, such as: Type 2 diabetes, hypertension (or high blood pressure), or even coronary heart disease.

### The Purpose of this Site

Here at GastricBypass.me, we want every person who visits this site to know everything there is to know about bariatric surgery by providing the necessary tools. Throughout this site, we'll offer articles with loads of information about each bariatric surgery, insurance information, surgeon information, alternatives to surgery and everything in between—we look forward to serving anyone seeking answers before undergoing surgery.

### ONE COMMENT

October 27, 2014
DAVID ESPEN

REPLY

It sounds like it has a good track record

### LEAVE A REPLY

Your email address will not be published. Required fields are marked *

NAME *

EMAIL *

COMMENT

POST COMMENT

© 2015 Gastric Bypass Reviews & Options. All rights reserved.
Hero by aThemes



GOVERNMENT EXHIBIT
32
www.exhibitsticker.com

PX10-191

# GASTRIC BYPASS REVIEWS & OPTIONS

EVERYTHING YOU NEED TO KNOW BEFORE DECIDING ON ANY WEIGHT LOSS SURGERY OR ALTERNATIVE

| HOME | BARIATRIC SURGERY | SURGERY FAILURES | SUCCESS STORIES | SURGICAL ALTERNATIVES |

## Surgical Alternatives

### What are the Roca Labs Surgery Alternative® Solutions?

The Roca Labs Surgery Alternative® Solution is an attempt to provide the world's first replacement for weight loss surgeries, such as: gastric banding (LAP-BAND®), sleeve gastrectomy, or gastric bypass. Some professionals view bariatric surgeries as "primitive" and far from successful in the long run. However, since no true alternative was offered until now, morbidly obese people could only resort to surgical options for extreme weight loss results of over 100 pounds (or 45 kilograms).

### What is the Gastric Bypass Alternative® Success Rate?

We challenged the company's claim to a "90% success rate" by checking some of the 654,000 video results we got when searching for, "Youtube Roca Labs".

**CATEGORIES**

Success Stories

Surgery Failures

Gastric Bypass Stats

Bariatric Surgery Options

Nancy



Terese



Tanya



Scotty



Marcia



PX10-192



**Does the Roca Labs Surgery Alternative® Solution Work Immediately?**

Yes. In 97% of the videos provided, evidence that the surgical alternative is successful is evident from day one. With some averaging weight loss of 0.5 to 1 pound per day, the Roca Labs Surgery Alternative® Solution is quite impressive. Example 1, Example 2. While some cases were convincing, others lacked evidence. Example 3.

**Does the Roca Labs Surgery Alternative® Solution Work Mid-Term?**

Yes. However, this only evident in about 70-80% of our estimates. While these estimates are not unsatisfactory, it certainly fails under the claimed 90%.

Example 1, Example 2, Example 3.

**Does the Roca Labs Surgery Alternative® Solution Work Long Term?**

Example 1, Example 2, Example 3.

**Are the Roca Labs Surgery Alternative® Solution Statements Trustworthy?**

Our panel of experts say: "for the most part" and "more than others". Medical claims are correct, FDA regulations are observed, but not all the articles on the site are updated.

## Useful links:

- Roca Labs Reviews
- Roca Labs Website

### LEAVE A REPLY

Your email address will not be published. Required fields are marked *

NAME *

EMAIL *

COMMENT

POST COMMENT

© 2015 Gastric Bypass Reviews & Options. All rights reserved.                    Hero by aThemes

PX10-193





# The best diet pills were compared to the Roca Labs® Formula. The Formula is safer and more effective than diet pills.



Diet pills contain harmful chemicals and can have serious, threatening side effects. They usually work by **chemically** your appetite or **interfering with digestion,** and have been known to cause complications ranging from stomach pains and gas to high blood pressure and strokes.

Roca Labs® Natural Gastric Bypass Formula's ingredients are 100% natural, and it works to **physically fill your stomach** – just like the food that you would have eaten instead. There are some minor potential side effects, but they are generally preventable if you drink enough water and let yourself adjust gradually to the high amount of healthy fiber in the Formula.





PX10-193a    1/2

FTC-PROD-006487

3/23/2015      Roca Labs® Gastric Bypass NO surgery® $480 | Diet Pills Vs. Roca Labs® Formula



A few highly recommended friends...

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review **Instructions, Suggested Use, Side Effects, Terms and Conditions.**

Copyrights Roca Labs, Inc. © ALL RIGHTS RESERVED.

## Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative



Gastric Bypass NO Surgery

    

# 4 Weight Loss Solutions for Teens / Kids

 

Dr. Ross F.   Head of Medical (N.

choose health condition over numb **LIVE ADVICE**
click to chat

Roca Labs was invented as a gastric bypass surgery alternative for morbidly obese people. As other people struggling with their weight and related issues discovered the surgery strength Formula, new solutions were created.

Men  |  Women  |  Youth

## Teen Girls (13-19)



Roca

Labs® Formula is for teens looking to control their appetite, eat less and lose weight immediately. Roca Labs® is probably the strongest non prescription weight loss method available

## Girls (8-13)



We live in a society where it's improper to say out loud that obesity or fat is bad, but most people think it anyway. Whether we like it or not, our weight and ...ct on our social life and relationships. Walking with all of these ugly fat has

Leave a message

replacing the expensive and complicated gastric bypass surgery. More...

to stop or you will find yourself undergoing the dangerous gastric bypass surgery or developing a disease related to the excess fat. More...

## Teen Boys (13-19)



This is it - enough is enough! This fat affects your health, your look and your self-esteem. Walking with all of these ugly fat has to stop or you will find yourself undergoing the dangerous gastric bypass surgery or developing a disease related to the excess fat. More...

## Boys (8-13)



Boys should fight overweight problem now! It's bad for the health, not acceptable socially, and disturbs academic performace. More...



Search



Consult The Doctor        $35

Consult The Nurse
Before buying        FREE

Wiki Video

### Visit our friends!

A few highly recommended friends...

### Terms of Visiting This Site

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyrights Roca Labs, Inc. ©
ALL RIGHTS RESERVED.

FTC-PROD-006513

**Important**

Gastric Bypass Surgery Cost

Gastric Bypass Surgery Alternative

Lap Band Surgery Alternative

Gastric Sleeve Surgery Alternative

Roux-en-Y Alternative

Gastroplasty Alternative

Bariatric Surgery Alternative

Liposuction / Tummy Tuck Alternative

FTC-PROD-006514



Gastric Bypass NO Surgery

# Roca Labs® Formula Practically Forces You to Eat HALF

The Formula has already been in use in Europe for the past [...] nd is scientifically proven to have a **very high success rate**. It [...] achieve a gastric bypass effect by PHYSICALLY occupyin[...], leaving only **a small, limited stomach volume available for 10-16 hours** during the day. With a smaller stomach size you will practically be forced to eat **HALF**, and can spare your body as much as 2,000 unnecessary calories a day without hunger – that equals **17 lbs. per month**!

LIVE ADVICE
click to chat



Success Stories

01:02                                        HD

Reaching your weight loss goal is only a matter of carefully following all instructions, and adjusting the dosage and frequency to meet your individual needs. The Formula is customizable: you decide how much to take and when, and **you control** how much of your stomach is available for food intake at any time. The powe[...]

Leave a message

* Want a **STRONGER dose?** Simply use a larger dose in the morning. You can choose whether to take a **Light**, **Regular** or **Large** dose.



GOVERNMENT
EXHIBIT
35

PX10-196a
FTC-PROD-006572

- Want it the dose to last **LONGER**? Simply take a Reinforcement Dose (Basic Kit) or Reinforcement Pill (Advanced Kit) in the afternoon or evening. Doing this regularly will greatly increase your success.

## Want to Accelerate Your Weight Loss?

Try some simple daily exercises, such as light weightlifting in the morning, 10 minutes of push-ups and/or crunches or 30-60 minutes of aerobics in the evening (this is also good for your mental health). Do it together with a friend so it will become a fun routine. Physical activity will accelerate your metabolism and calorie deficiency, and lead to a **much greater weight loss**.

## Obstacles to Success

Please note that 28% of users do not immediately succeed due to improper use. But after reviewing and **following all of the instructions,** about 60% of users are able to succeed well. The other 40% (comprising 10% of all users) are **held back by psychological obstacles,** which can make the Formula less effective.

For example, someone with a binge eating disorder regularly eats well past the point of fullness in order to cope with sadness, anger, or stress, and will continue to do this even with the Formula. Roca Labs Formula works on a physical level to block the stomach and eliminate sugar cravings, but **psychological issues must be addressed separately**. However, such obstacles can often be resolved simply by recognizing them in one's daily behavior. You can read more about this subject here.

## Success is <u>now</u> limited by your MIND ONLY™



Visit our friends!

Terms of Visiting This Site

A few highly recommended friends...

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your

PX10-196b
FTC-PROD-006573

3/23/2015                    Roca Labs® Gastric Bypass NO surgery® $480 | High Success Rate



Consult The Doctor                 **$35**

Consult The Nurse
Before buying                      **FREE**



Wiki Video

doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use Side Effects, Terms and Conditions.

Copyrights Roca Labs, Inc. © ALL RIGHTS RESERVED.

---

**Important**

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative

FTC-PROD-006574

Case 8:15-cv-02231-MSS-CPT   Document 210-20   Filed 04/26/18   Page 95 of 148 PageID 9768

3/23/2015                    Roca Labs® Gastric Bypass NO surgery® $480 | How Much Weight Will I Lose?



Gastric Bypass NO Surgery

# Weight Loss Calculator

**World's most advanced weight loss calculator and BMI ch** (pounds & kilos)

How much weight should I lose?  How fast can I lose my ex____? What is a healthy, maintainable weight loss rate? What is **LIVE ADVICE weight**? click to chat



What is the best weight loss solution for me?

| Women | Youth | Men |
|---|---|---|
| 100+ lbs to lose (45kg+) | boys (8-13 yrs) | 100+ lbs to lose (45kg+) |
| 35-100 lbs to lose (15-45kg) | girls (8-13 yrs) | 35-100 lbs to lose (15-45kg) |
| 20-35+ lbs to lose (9-15kg+) | teen female (13-19 yrs) | 20-35+ lbs to lose (9-15kg+) |
| diabetes weight reduction | teen male (13-19 yrs) | diabetes weight reduction |
| pregnancy weight management | | |

*Success Stories*

# Weight Loss Begins Immediately

An advanced solution: when you take the Roca Labs® Formula, from day one, you practically eat HALF the amount you normally do and **begin losing weight immediately**. The Formula creates a gastric bypass effect in your stomach which leaves only a small, limited stomach volume available. The Formula forces you to _Leave a message_ ut feeling hungry. In addition, the unique, natural ingredient *β-Glucan*° balances your blood sugar levels and eliminates cravings for snacks. You eat fewer calories but burn more calories, entering a state of **calorie deficiency**. For every 250 unnecessary calories you avoid eating, you

GOVERNMENT EXHIBIT
36

lose one ounce of fat.

## Lose Weight at a Healthy Rate

Since the Formula is customizable and controllable, it is actually possible
to use too much Formula and lose weight at an unhealthy pace. Roca
Labs® doctors recommend a steady weight loss rate of no more than 12-16
lbs. a month. Unless you have a medical condition or your doctor instructs
you differently, the time table below is recommended for healthy, long-
lasting weight loss over a 10.5 month period. Since proper use of the
Formula will leave you with a "smaller stomach size," you can eat less and
continue losing weight even after you stop using the Formula after 4-6
months.

| Week | Body weight lost (each stage) | Body weight lost (accumulated)* |
|------|-------------------------------|----------------------------------|
| 1-4  | 5%  | 5%  |
| 5-10 | 7%  | 12% |
| 11-16| 8%  | 20% |
| 17-24| 10% | 30% |
| 25-34| 12% | 42% |
| 35-42| 8%  | 50% |

* Results vary dramatically based on commitment to the procedure and other accelerator activities

## So, how much will you lose in a month if you eat HALF with almost NO snacks or sweets?

FTC-PROD-006576

3/23/2015                    Roca Labs® Gastric Bypass NO surgery® $480 | How Much Weight Will I Lose?

Individual results will vary. Many users eat 2,000 fewer calories a day,
which equals to 17 lbs. a month. Some may lose 10 lbs. a month, and
others up to 20 lbs. Your own weight loss rate will depend on factors such
as your metabolism, weight, daily food intake prior to Roca Labs®, food
intake while taking the Formula and physical activity. In order to meet your
individual needs, **the Formula is designed to be customizable:** you
choose the dosage size and frequency that is best for you. Roca Labs'®
team of doctors recommends that you lose weight at a slow and steady
pace, so you can make a **real life change** – reach your weight loss goal a
month or two later, and make it last.



## Want to Accelerate Your Weight Loss?

Try some simple daily exercises, such as light weightlifting in the
morning, 10 minutes of push-ups and/or crunches or 30-60 minutes of
aerobics in the evening (this will also benefit your mental health). Do it
together with a friend so it will become a fun routine. Physical activity will
accelerate your metabolism and calorie deficiency, and lead to a **much
greater weight loss**.



http://old.rocalabs.com/answers/ask-the-doctor/faq/weight-loss-calculator/

PX10-196f        3/9



PX10-196g   4/9

FTC-PROD-006578



## FAST FOOD CALORIC COUNT:

| Big Mac: 540 | Whopper: 760 | 1/2 Pound Classic with Cheese: 840 | Big Chicken Burrito: 460 | 3 Pieces Of Chicken: 600 |
| Lg Fries: 570 | Lg Fries: 500 | Lg Fries: 500 | Potato Nuggets: 280 | Potato Wedges: 260 |
| Lg Chocolate Shake: 1160 | Lg Chocolate Shake: 960 | Lg Blizzard: 1000+ | Lg Pepsi: 280 | Coleslaw: 180 |
| **2270** | **2220** | **2300** | **1020** | **1040** |

## OUR CALORIE CONSUMPTION IS GOING UP!

An extra 10 calories per day add up to a pound of weight gain per year!

7%    22%

THEN    NOW

Between 1971 and 2000 caloric intake rose 7% for Men and 22% for Women.

The average American is eating 300 more calories each day than they did in 1985.

SWEETNER MADE FROM SUGAR!

- 60% of Americans consume 20% of their calories from snack foods.
- Added sweeteners account for 23% of the additional calories; added fats, 24%.
- 25% of daily calories in young adults now come from sweetened beverages like soda.
- One third of Americans get 47 percent of their calories from junk foods.

FTC-PROD-006579



PX10-196i        6/9

FTC-PROD-006580

bearing stress on knees).

# You can use the weight loss calculator or BMI chart to find your ideal body weight

FTC-PROD-006581

# Success is <u>now</u> limited by your MIND ONLY™

| Search | Visit our friends! | Terms of Visiting This Site |

A few highly recommended friends...

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your



PX10-196k   8/9



Consult The Doctor
$35



Consult The Nurse
Before buying    FREE



Wiki Video

doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use Side Effects, Terms and Conditions.

Copyrights Roca Labs, Inc. © ALL RIGHTS RESERVED.

### Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative

3/23/2015     Roca Labs® Gastric bypass NO surgery® $480 | Men



Gastric Bypass NO Surgery

# 6 Extreme Weight Loss Solutions for Men




GOVERNMENT EXHIBIT
37

Dr. Ross F.   Head of Medical (N...

choose health condition over numb... **LIVE ADVICE**
click to chat

Roca Labs was invented as a gastric bypass surgery alternative for morbidly obese people. As other people struggling with their weight and related issues discovered the surgery strength Formula, new solutions were created.

<u>Men</u> | Women | Youth

## 100+ lbs to Lose for men (50+ kg)

lost 135 lbs
64 kg

This is it -

**enough is**

lost 9 sizes

**enough!** The fat affects your health, looks, self esteem and... **sexuality**. Walking with all ~~Leave a message~~ fat has to stop or you will find yourself undergoing

## Diabetic Men



Diabetic Men
Weight Reduction

**This is your**

**chance** to improve your health and look! Roca Labs' Formula has many great health benefits ...urgeries do not offer. ...health, your look, your

3/23/2015                                                    Roca Labs® Gastric Bypass NO surgery® $480 | Men

the dangerous gastric bypass surgery or developing a **weight related diseases**. More...

self esteem and **sexuality**. Results are quite **fast**. More...

## 50-100 lbs to lose for men (23-49 kg)



Your weight is **not**

**healthy** and you may become severely obese. You need a strong solution, but first, you must make a commitment to changing your life. Don't you want to feel & look good, buy regular sized **clothing** and **improve sexuality**?   More...

## Senior



Carrying

that **extra weight is bad** for your health make you look bad. You can gain years of life when you lose the ugly fat. **Roca Labs Formula is better**, safer and cheaper than any weight loss surgery. It's non surgical and it's the **best weight reduction for senior men**. More ..

## 20-50 lbs to Lose for men (9-22 kg)



You are not really fat but you can **look better** and

improve your health and... **sexuality**. Roca Labs Formula is a strong solution to help you overcome also day/night cravings. More...

## Fast Results / Weight Loss for Grooms



She is going to look good. You want to surprise. You need a

fast, **strong and effective** solution - like the surgery. It will stop your cravings and help you **use the wedding anxiety** to lose weight fast, instead of gaining it. More ..

3/23/2015

Roca Labs® Gastric Bypass NO surgery® $480 | Men



Search

Consult The Doctor
**$35**

Consult The Nurse
Before buying
**FREE**

Wiki Video

## Visit our friends!

A few highly recommended friends...

## Terms of Visiting This Site

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review **Instructions, Suggested Use, Side Effects, Terms and Conditions.**

Copyrights Roca Labs, inc. ©
ALL RIGHTS RESERVED.

## Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative

Gastric Bypass NO Surgery

Categories

About the formula
Weight loss blogs

Archives

December 2012
November 2012
December 2011
November 2011
February 2011
January 2011
December 2010

Calendar

Roca Labs Success Belt®
get up to 50% money back with your
true inspirational success video track



Google    90,700 results for "Roca Labs YouTube"    You Tube

# Money back for your true success story



Roca Labs® rewards success: Document your progress on video with 480p quality with good lighting and a clear demonstration of your weight loss progressing all the way from your starting weight to your weight goal loss. Demonstrate your weight loss with small click to chat, using the enclosed Success Belt or show your body in a clear convincing way. When your documentary video is done correctly as described below, you will receive 50% money back within 5 days.

The marketing department, in charge of this program, LOVES giving money to successful users. If your video is not of good quality or convincing enough but we think that you have truly succeeded achieving your weight loss goal, you will get only a portion of that 50% money back.

Want to get 100% money back or even more? Want to receive a trip to Disney World in Florida and shoot here your success video? Submit an INSPIRING set of quality videos CLEARLY demonstrating your weight loss, gain of confidence, compliments from friends and family and moving into regular size clothing. inspire others to a better healthy life and you shall be rewarded.

Note: this offer is in Roca Labs's discretion. When paid, the rights for the video belong to Roca Labs.

March 2015

| M | T | The | T | F | S |
|---|---|-----|---|---|---|
|   |   |     |   |   |   |
| 2 | 3 | 4 | 5 | 6 | 7 |
| 9 | 10 | 11 | 12 | 13 | 14 |
| 16 | 17 | 18 | 19 | 20 | 21 |
| 23 | 24 | 25 | 26 | 27 | 28 |
| 30 | 31 | | | | |

« Dec

Where

Log in
Entries (RSS)


GOVERNMENT EXHIBIT
38

PX10-196p    1/4

FTC-PROD-006665

3/23/2015                    Roca Labs® Gastric Bypass NO surgery® $480 | Money Back – Success Belt

01:12

HD

# Recipe for Success Video

2-3 min about your eating problems, how obesity disturbs you and your weight loss goal.

2-4 min of how you are using the Roca Labs Formula and your tips to others.

To get this reward, film yourself now, during and after you've reached your goal. In a 5-10 minute video, talk about your past eating problems, the ease of using the Formula, how much weight you've lost and how your life has changed. You can tell us about improvements in your health, self-esteem, relationships and love life, and even compliments you've received about your new look. Your video must be real, convincing and of good quality *Video must include full body shots of beginning and ending weight.*

*Videos that are truly inspirational and of good quality may even receive up to **100%** money back with a total weight loss of 100+ lbs.*

Remember that your health is of the utmost importance to us. We want you to lose weight, but it must be done in a **healthy way**. Knowing that you've changed your eating habits for life is more important to us than the number of pounds you've lost, or how quickly you lost them.

# Return Policy (No failure accepted)

PX10-196q   2/4

FTC-PROD-006666

The ONLY way to get money back is to SUCCEED. Roca Labs does not reward failure and there are no returns whatsoever (similar to a gastric bypass surgery). Think carefully if you are truly committed to the process before qualifying & ordering. The Formula does not require a doctor's prescription, but the return policy is similar to that stated by the FDA for prescription drugs.

Further policy and fees described in here

Roca Labs® "truth in your face" approach will help your goal even further: there is NO money back for failure but there is a lot of money for success, YOUR SUCCESS.

00:36

HD

# Other Things You Should Know

Please be aware that orders are shipped EXACTLY to the address provided by the customer on the Qualification Form. It is not edited in ANY way. Therefore, you are responsible to provide the correct address. Roca Labs is working hard to ship packages as quickly as possible. We trust our customers, and ship the entire kit once the first payment is received.

In such instances where the package was shipped to the address provided, and was returned back to us, a reship fee of $40 will be applied ($80 if shipping internationally).

If your package is UNCLAIMED or REFUSED and returned to us, please know that you are still responsible for payment. We will reship for $40 ($80 if shipping internationally).

FTC-PROD-006667

Once the package is received by the Roca Labs Shipping Dept., we will attempt to reach you via the email address provided on Qualification Form and also by phone. If we are unsuccessful after 14 days, your formula will be discarded. Shipping again after the 14 day waiting period will be done only after customer pays $100 manufacturing fee for the production of the 2nd Kit.

| Search | Visit our friends! | Terms of Visiting This Site |
|---|---|---|



Consult The Doctor
$35

Consult The Nurse
Before buying    FREE

Wiki Video

A few highly recommended friends...

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyrights Roca Labs, Inc. © ALL RIGHTS RESERVED.

**Important**

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative

Gastric Bypass NO Surgery






$480 learn more — Gastric Bypass Effect™ — morning dose creates immediate — only 20% stomach space available — you eat only half, lose weight from day 1 — shrinking stomach — 4-6 months procedure

# No Menus, No Diet Restrictions

Unlike weight loss pills or diet programs, Roca Labs® Formula **does not require a strict menu or calorie restrictions**. It practically FORCES you to eat **HALF** the food you ate before, so you will automatically lose weight without having to keep track of every calorie you consume.

**LIVE ADVICE**
click to chat

Each day you use the Formula, it creates a gastric bypass effect in your stomach that leaves only a small, limited stomach space available for food intake. It PHYSICALLY LIMITS how much you can eat. You'll feel satisfied after eating just half a portion – or even as little as a few bites. Your stomach has neither the need nor the space for more food. You'll find yourself eating far less than before.



Success Stories

# Avoiding the Diet Trap

Diets often fail for one simple reason — leave a message — force us to refrain from foods that we can't help but want and sooner or later, many people give in to the temptation. And once you've given in a little, it's easy to feel defeated and rationalize breaking the diet rules again and again, eating little bites of whatever you want, here and there.

http://old.rocalabs.com/answers/ask-the-doctor/faq/no-diet-restrictions/


GOVERNMENT EXHIBIT 39

PX10-196t   1/3

FTC-PROD-006672

3/23/2015                    Roca Labs® Gastric Bypass NO SURGERY® $480 | No Menus, No Diet Restrictions

One reason the Formula is so successful is that you can **continue to eat what you like,** and without tracking everything you put in your mouth. You can still have a slice of chocolate cake or a bowl of ice cream, but with the gastric bypass effect, you'll feel satisfied before you even finish it. You'll eat the foods you want, but in smaller portions.

Also unlike diet programs, the Formula contains a unique, natural ingredient called β-Glucan®, which balances your blood sugar level and fights your cravings. With your urges for sweets and snacks almost eliminated, you'll eat healthier without it being a challenge.

Since you are now eating significantly less, Roca Labs® team of doctors strongly recommends that you consume nutritious food, which is low in calories and supplemented with vitamins. Adding exercise will **greatly accelerate** your weight loss and improve your general health.

## Counting Calories Doesn't Force You to Eat Less

Calorie counting works for some people, but a major downside is that by itself, it does nothing to force you to eat less. All it can do is help track what you eat; at the same time you have the same hunger and the same cravings. With Roca Labs® Formula, you're forced to eat less while the unique ingredient β-Glucan® fights your cravings for sweets and snacks, eliminating the need to count calories. You'll feel **satisfied with half the portion,** and you'll feel even better once you start getting compliments from friends and family on your new, slimmer appearance.

Instead of counting the calories you eat, let's look at the calories you'll automatically spare your body with Roca Labs® Formula. From day one, you will eat HALF the portions you are used to, and begin to burn more calories than you consume. This is known as a **calorie deficiency state.** For every 250 calories you save, you lose one ounce of fat. Many users eat as much as 2,000 fewer calories a day while using the Formula, which translates to 17 lbs. a month!

With Roca Labs® Formula, you finally have the weapon you need to fight hunger, cravings and obesity. You'll continue to eat the foods you love without any calorie count, but you'll **naturally eat smaller portions** and still feel satisfied. The power to succeed is in your hands.

## Success is <u>now</u> limited by your MIND

# ONLY™





**Consult The Doctor**   **$35**

**Consult The Nurse** — Before buying   **FREE**

**Wiki Video**

### Visit our friends!

A few highly recommended friends...

### Terms of Visiting This Site

*RESULTS MAY VARY
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics use. Before purchasing you should review Instructions, Suggested Use Side Effects, Terms and Conditions.

Copyrights Roca Labs, Inc. © ALL RIGHTS RESERVED.

## Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative

FTC-PROD-006674

Gastric Bypass NO Surgery



  

$480 learn more | Gastric Bypass Effect™ — only 20% stomach space available | shrinking stomach — you eat only half, lose weight from day 1 | 10 months procedure

Terms & Conditions | **Privacy Policy** | Return Policy



LIVE ADVICE
click to chat

# Privacy Policy

## We are Committed to Protecting Your Privacy

Protecting our customers' privacy is an important priority at Roca Labs. Our privacy policy is designed to inform you about the information we collect, how we use it, and your options with regard to that collection and use.

# Our Policy is SIMPLE

Just like doctor-patient confidentiality, Roca Labs does NOT share your information with any third party companies or advertisers in any way and Roca Labs' sites do NOT have any third-party advertisers.

The information collected is meant only to assist you to achieve your weight-loss goal and to maintain it.

After you place an order, we may contact you to complete the order and we may follow up with you via text messages, email or by phone provided on your order. We will contact you as often as we see fit in order for you to achieve your weight loss result. You may request to stop such follow-up by contacting Roca Labs' Customer Care.

Normally, an email address is supplied but if you are willing to make the change above I will appeal to the editorial team to see if they will accept it.

We trust our customers and often ext[...] fail to completely pay all that is due, [...] collection agency or to a law firm.

Leave a message

Sites are secured.



Success Stories



GOVERNMENT EXHIBIT 40

FTC-PROD-006698

3/23/2015                              Roca Labs® Gastric Bypass® no surgery® $480 | Privacy Policy

Although we work hard to protect personal information that we collect and
store, no system is 100 percent secure and we cannot guarantee that our
safeguards will prevent every unauthorized attempt to access, use or
disclose personal information. Recognizing this reality, Roca Labs has
incident response plans in place to handle incidents involving unauthorized
access to personal information.

If you become aware of a security issue, please contact Customer
Care immediately.



Visit our friends!

A few highly recommended
friends...

*RESULTS MAY VARY
In compliance with FDA regulations, the
site (or the procedure and the products)
are not intended to provide medical
advice, diagnosis or treatment and not
intended to diagnose, treat, cure, or
prevent any disease and have not been
evaluated or tested by the Food and Drug
Administration and none of the statements
should be viewed as such. Consult your
doctor before beginning any weight loss
program. Weight loss results may vary
depending upon individual characteristics
use. Before purchasing you should
review Instructions, Suggested
Use, Side Effects, Terms and
Conditions.

Copyrights Roca Labs, Inc. © ALL
RIGHTS RESERVED.

Important

Gastric Bypass Surgery Cost
Gastric Bypass Surgery Alternative
Lap Band Surgery Alternative
Gastric Sleeve Surgery Alternative
Roux-en-Y Alternative
Gastroplasty Alternative
Bariatric Surgery Alternative
Liposuction / Tummy Tuck Alternative

**GASTRIC BYPASS** no surgery ®

☰ All the answers    💬 chat now

## What is the Success Rate?

Users report a 90% success rate in creating the gastric bypass effect to limit stomach space. Though the Roca Labs Procedure ALWAYS works, it is not a guarantee that you will be successful past the lose of first 30-35 lbs.

### 90% success rate – 100% depends on you

So Roca Labs® Procedure has 90% success rate in creating an immediate gastric bypass effect and limiting your stomach space. Little food portions are now satisfying and you are losing weight from day one. Everyone does. At the end of the first month you might lose 15 to 20 lbs and you feel good. Some people notice the change. At the end of 10 weeks you have probably lost 30 to 35 lbs and you buy clothing 2 to 4 sizes sizes smaller

Your determination and commitment.. ALWAYS.

Anti-Cravings® can further help in fighting your urge for snacks/sweets and increase your success rate. However, it all depends on YOUR level of commitment to the Program!

☰ All the Answers

General questions ⌄
   What is Roca Labs® Procedure?
   How much weight will I lose?
   What is the success rate?
   Side effects to Avoid ◄
   Am I Qualified?
   Ingredients
   What is Anti-Cravings®?
   Shrinking Stomach™
   Are there any menus or diet restrictions?
   Procedure Cost
Medical questions ◄
Overcoming Obesity ◄
Compare ◄
✓ Qualify & Order
Terms & Conditions ◄
⚙ Support ◄



### 100,000+ "YouTube Roca Labs" Search Results

Google    **90,700** results for "Roca Labs" YouTube™    You Tube

## 1 out of 5 who searches "gastric bypass" is searching for "Roca Labs"

With so many success videos wherein people document an immediate gastric bypass effect without a surgery, it is evident that Roca Labs® procedure simply works. That is



GOVERNMENT EXHIBIT 45

PX10-199

9/11/2014

Case 8:15-cv-02231-MSS-CPT  Document 210-20  Filed 04/26/18  Page 117 of 148 PageID
9790
What is the success rate? - Roca Labs
Page 2 of 2

why Google's search results shows that of every 5 people in the USA searching for
gastric bypass, 1 is looking for Roca Labs, the Gastric Bypass Alternative®



08:42

8+1  0    Like  0    Tweet  0         Share         submit

*Results may vary.
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended
to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be
viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use.
Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.
The site is new and is undergoing major daily changes including the Terms and ordering process which will all be finalized by Sep 18th. The new ownership will reflect
new improvements.

**Roca Labs**

Inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & Insurance

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answer**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

f  t  8+

Copyrights © 2009-2014 Roca Labs. All rights reserved.

PX10-200

http://rocalabs.com/faq/general/roca-labs-success-rate

9/11/2014

FTC-PROD-012006

Mini Gastric Bypass Alternative™ - NO surgery - $480                     Page 1 of 6






GOVERNMENT EXHIBIT
46

20% stomach size availability

# Mini Gastric Bypass Alternative

A dose of the Formula in the morning creates a fast mini gastric bypass effect leaving only a small, limited stomach size available, forcing you to eat only 50% from day Without Gastric Bypass surgery.

LIVE ADVICE click to chat

## What is it? Explained by 24 videos

What is the Formula?                    [▾]



### What is the Formula?

Roca Labs® Formula is a safe and natural alternative to mini gastric bypass surgery. The procedure is based on the Roca Labs® Formula which substitutes undergoing expensive mini gastric bypass surgery while yielding similar results. Taken in the

## 90,000+ Success Stories on Youtube

Nancy                                   [▾]





**Nancy B.**
weight: 277
**lost 115 lbs**

*Now 162 lbs*

### Nancy

Gastric Bypass Alternative® helped Nancy lose 115lbs. Nancy from CA was considering mini gastric bypass surgery and in the process found Roca Labs Gastric Bypass No Surgery. She did not want her face shown, but wanted to tell her story. In

PX10-201

http://mini-gastric-bypass.me/?gclid=CKS9s9ft2cACFVQV7AodM3wAMQ          9/11/2014


morning, it creates an immediate effect
similar to mini gastric bypass surgery by
limiting space in the stomach, forcing you to


one year Nancy lost 85lbs by using Roca
Labs Gastric Bypass NO Surgery
Formula.Her family and friends make it a


FDA
Compliance


Insurance
Discount


Known to
Improve
Health


90%
Success
Rate


LIVE ADVICE
click to chat


## What is it?

Roca Labs® mini gastric bypass formula is a medical innovation which creates a
natural mini gastric bypass effect in the stomach without the surgery. It is better, safer and cheaper
than the life-altering and dangerous weight loss surgeries.


## Only $480 with your Health Insurance

Customers from USA/Canada enjoy up to a 20% discount on their purchase with
approved health insurance. Cost starting at only $480 or 3 monthly payments of $172.

## Surgery Alternative

1/350 dies from mini gastric bypass surgery. The surgery has numerous risks and
serious complications, as well as painful restrictions afterwards. In contrast, Roca
Labs® formula is easy to use and the side effects are minimal.


## FDA compliance is important

Roca Labs® formula is manufactured in a high-end FDA compliant facility in the USA.
The formula is classified as a food supplement (not a drug).

PX10-202

Case 8:15-cv-02231-MSS-CPT   Document 210-20   Filed 04/26/18   Page 120 of 148 PageID
9303
Mini Gastric Bypass Alternative™ - NO surgery - $999                    Page 3 of 6



### Side Effects

Though the formula is natural, it is very strong and some users report dehydration and gas. Side effects can be prevented when the Formula is used properly. Additional minor side effects may occur.



### Money back for success

Roca Labs® rewards you for success. Send us a video to share on our website documenting your weight loss progress, and you can get up to 50% of the purch price, with your true inspirational success story. No money back for failure or otherwise.

LIVE ADVICE
click to chat



### Natural Ingredients

Roca Labs® natural formula is based on healthy fibers: β-Glucan®, Xanthan Gum, and Guar Gum. All ingredients are 100% natural.



### Success is limited by your mind only

The new Roca Labs® formula is probably the most powerful weapon you could purchase in your fight against fat. But identifying your psychological obstacles is important.

### Better Business Bureau

BBB rating system review

### GMP

The formula is manufactured under United States GMP guidelines, and carries the GMP seal of approval. GMP is part of a quality system covering the manufacture and testing of active pharmaceutical ingredients, diagnostics, foods, pharmaceutical products, and medical devices.

PX10-203

Mini Gastric Bypass Alternative™ - NO surgery - $9394

# Qualify & Order

### starts at $172 x 3 payments

This form is designed to filter out those with limited chance of being successful and who are absolutely not suited to use the STRONG Formula or handle the regimen successfully. This form is not replacing your personal physician who can relate specifically to your medical situation. This information will be kept confidential and will NOT be shared. Privacy Poli

**LIVE ADVICE**
click to chat

**53% are approved**

**Full Name ***

**Gender ***

**Age ***

**Lbs ***

**Height ***

UnitedHealthcare  aetna  CIGNA
and many more...

**Health insurance qualifies you for discount**

I am NOT insured

**Send results to my email ***

☐ I want to purchase now and want to talk to a coach

*Information is kept private, see privacy. Occasional reminders may be sent. You may unsubscribe.*

Next > Health Application

PX10-204

Mini Gastric Bypass Alternative™ - NO surgery - $480                    Page 5 of 6





The Roca Labs mini gastric bypass NO surgery

formula

is prepared in an FDA compliant facility

---

Disclaimer

*Results may vary
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2014 Roca Labs, Inc. All rights reserved.

PX10-205

Mini Gastric Bypass Alternative™ - NO surgery - $480      Page 6 of 6



LIVE ADVICE
click to chat

PX10-206

Chat now

Gastric Bypass NO surgery $480 | Roca Labs

GOVERNMENT
EXHIBIT
48

≋ **Answers now** ▽ ♀
contact



# GASTRIC BYPASS no surgery ®

## Celebrity News

# dancing with the stars

Allison Holker holds the Activator which
makes the Roca Labs mixture creating the
gastric bypass effect that helps people lose
100 lb without surgery. Read more



Roca Labs® is the world's strongest, most effective weight loss regimen based on the
Gastric Bypass NO surgery® and Anti-Cravings® inventions.
It can help people lose 100 lb or more without surgery. Results may vary



Roca Labs® mixture

very limited
stomach volume

gastric bypass effect

**Successful users lost 100 lb in 8 to 12 mo.**

your weight loss may vary - not typical results

FREE Weight Loss Analysis

**How does it work?** ⬤

### How does Roca Labs® regimen work?



Gastric Bypass
NO Surgery Formula

presenter is not a medical professional

**Better, Safer, and Cheaper Than Surgery** ⬤

This successful regimen can result in a **weight loss of up
to 21 lb a month\***. The Anti-Cravings® helps to eliminate
the bad cravings for sweets and snacks. The regimen has a

NEW: a dose of the Roca Labs formula is mixed with water and turns into 350cc stomach-sized red mixture. Successful users report that when consumed in the morning, the Regimen creates a feeling akin to limiting functional stomach volume for the duration of your day. This result is achieved **without** surgical procedures, including cutting parts of the digestive system.



With limited stomach volume, you eat much less. Everyone knows the key to losing weight is lowering your calorie intake. When using the Regimen, you enter a calorie deficient state and from day one begin to lose weight at a rate of half a pound for every 1,750 calories. Bariatric surgery does not eliminate your cravings; Roca Labs Anti-Cravings® can reduce your urge for sweets and snacks and other foods that prevent your weight loss success enhancing the loss of an additional 5 to 8 pounds a month! Learn more



Find your regimen

**100,000 YouTube Roca Labs results**



very high success rate due to the **gastric bypass effect** in your stomach, which works just like the gastric bypass surgery—a surgery that costs upwards of at least $8,000. The Roca Labs' regimen only costs $480, with most health insurances. Learn more about cost and insurance. *Results may vary

*Blue Cross Blue Shields, Aetna, United Healthcare, CIGNA and many others*

### How much weight can I expect to lose? 

The weight loss is **immediate** with the Roca Labs' regimen, just as if you had undergone a bariatric surgery, and within few days the cravings are diminished significantly. Depending on your commitment to the recommended rules for suggested use, a loss of **21 lb a month** is possible; however, realistically, it may take 7 to 10 months to lose 100 lb.



Learn more

Find your regimen

### 53% Are Approved 

A free weight loss analysis and qualification form are required before you can order. This weight loss solution is intended for women and men with more than 30% of excess body weight to qualify. Special regimens are designed for diabetics, kids and teens, seniors, plus, we offer weight management during pregnancy and postpartum. If approved, patients within 7 to 10 days.

PX10-208

Gastric Bypass NO Surgery $480 | Roca Labs                                              Page 3 of 7

Endless video testimonials prove that the Gastric Bypass NO Surgery Regimen **works**. Surgery can be avoided and thousands of people vouch that the weight loss can be achieved immediately. Customers reaching their weight loss goal and documenting it in an inspirational video receive a Cash Back reward of up to 100%. You should know that while the Roca Labs Regimen is extremely effective, your mind, determination, and commitment make this alternative truly successful. Watch success videos



Qualify & Order

### Are there side effects?

Roca Labs Regimen has potential side effects that we believe can be avoided simply by following your individualized Regimen. For example, consuming dairy during your Regimen can cause diarrhea, and drinking soda or overeating can cause a bloated stomach or gaseous reactions. We encourage you to consult your doctor concerning any potential side effect of the Regimen. By creating the feeling of limiting your stomach volume, customers eat less without potentially painful surgery affecting their digestive systems. That is just one reason why Gastric Bypass NO Surgery presents a safer way to lose a tremendous amounts of weight. Learn more



288 lbs          223 lbs          205 lbs

Results may vary

**Tanya Lost 54 lbs in 4 months**



01:28

### Avoid Bariatric Surgery

Weight loss surgeries are dangerous; every 1 out of 400 persons die, 50% of patients regain weight, 72% of patients suffer some type of complications, and 100% live with dietary restrictions. The main problem with gastric bypass surgery is that it does not curb the unbearable urge for snacks and sweets. Details...

    

Jan 265 lbs.          Jul 218 lbs.          Oct 184 lbs.

PX10-209
1/28/2015
FTC-PROD-012225

Gastric Bypass NO Surgery $480 | Roca Labs

Darlene lost 86 lbs in 9 months

Results may vary

### Strong Natural Ingredients

The Roca Labs formula is a proprietary compound made from strong synergetic fibers that **naturally create an immediate gastric bypass effect** to limit the functional stomach volume without undergoing surgery. Each ingredient has its own set of properties, which have been chosen carefully and perfected throughout the years. An estimated $28 million was invested in the creation of the formula. Lables & details





FREE Weight Loss Analysis



277 lbs                    162 lbs

### Cost & Health Insurance

With insurance, a 3-4 month supply is one payment of **$480 (or 3 payments of $172)**. Without insurance, a 3-4 month supply is **3 payments of $230**.

- A cash back reward of up-to 50% is possible when you create an inspirational video of your weight loss achievement
- Armed Forces members and U.S. and Canadian citizens are guaranteed a discount of up-to $260 with a valid health insurance plan.
Note: the discount varies depending upon your insurance provider. Additionally, the discount is given regardless of your deductible and will not affect your insurance rates. Learn more

Blue Cross Blue Shields, Aetna, United Healthcare, CIGNA and many others

Find your regimen

### Cash Back For Success

Document your weight loss success in videos and pictures to receive a cash back reward. When you reach 80% of your weight loss goal, Roca Labs will pay you up-to **$6 for every pound you lost**. These cash back earnings can be more than 100% money back. Failure is not an option so no refunds or returns are allowed. More...



PX10-210

1/28/2015
FTC-PROD-012226

Gastric Bypass NO Surgery $480 | Roca Labs
Page 5 of 7

**Better than Bariatric Surgery**

- **High success** in creating the gastric bypass effect
- Morning dose creates the **gastric bypass effect**
- Immediate weight loss
- Up-to a **21 lb weight loss in a month** *
- Many patients lost **100 lb within 7 to 12 months*** results may vary
- World's strongest, non-surgical weight loss alternative
- Personalized weight loss solutions
- Learn more



Find your regimen

**Nancy Lost 115 lb in 12 Mo.**

Saved from gastric bypass surgery



**Nancy B.**
weight: 277
**lost 115 lbs**

Now 162 lbs

Sharon lost 80 lb, Darlene lost 86 lb
Watch more success stories
Find your weight loss regimen

## Only $170 x 3 mo. payments

53% Are Approved

Qualify and Order

**Safer and Cheaper than Bariatric Surgery**

- The regimen starts at only **$480 for a 3-4 month supply**
- Qualification form approval occurs within 24 hrs
- FDA compliance and strong, natural ingredients
- Side effects are minimal and manageable
- Anti-Cravings® lowers urge for snacks and sweets
- Full commitment to diet and exercise is a must
- Personal Coaches and 24/7 support is available
- Learn more

Find your regimen

**FDA Compliance**

The Roca Labs® formula and Anti-Cravings® are manufactured in an FDA registered facility under GMP regulations and are classified as dietary supplements (not a drug). The company believes that following FDA regulations is very important.

PX10-211

1/28/2015
FTC-PROD-012227

A doctor's prescription is not required for use, yet, the mixture has an extremely strong effect and the provided directions must be followed to achieve the best results and minimize side effects. Read more

**Losing 100 lb is achievable** 

How can you lose up-to 100 lb without surgery?



#1 Decide to commit to the process
#2 Apply (53% are approved)
#3 Choose a plan (starting at just $480)
#4 Start the regimen and the follow rules
#5 Video your success for Cash Back
#6 Improve health and looks

Learn more



**Very High Success Rate** 

To create the immediate **gastric bypass effect** and limiting stomach volume, you decide the daily dosage and frequency . In other words, your success is completely within your own control.



Learn more

PX10-212

1/28/2015
FTC-PROD-012228

Gastric Bypass NO Surgery $480 | Roca Labs

Page 7 of 7

Roca Labs® is not endorsed by Dancing With The Stars, ABC, BBC, or the Disney Co.or the individuals contestants, judges or performers appearing on Dancing With The Stars. Dancing With The Stars, ABC, BBC, and Disney are all registered trademarks of their respective owners. All trademarks on this web site whether registered or not, are the property of their respective owners. Dancers and celebrities on Dancing with the Stars had a special opportunity to meet with successful users of Roca Labs' Gastric Bypass NO Surgery® who lost 100 lb on average. The dancers and stars were amazed with the weight loss results, but are not in any way official endorsers of Roca Labs®. Images are courtesy of ABC and the Disney Company. Images should not imply product endorsement or use of Roca Labs products by celebrities pictured in images.

+1  177     Like  408     Tweet  21

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s Instructions, Suggested Use, Side Effects, Terms and Conditions.



**Roca Labs**

Inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?



Copyrights © 2009-2015 Roca Labs. All rights reserved.

f  y  8+

**Am I Qualified?**

PX10-213



## Professional Answers and Videos from the Medical Team

| FAQ | Medical | Compare | Research |


Success Stories

## Can my child take the Formula?

Many children have used the Formula successfully and safely. All active ingredients are 100% natural and based on healthy fibers. There are no known related risks from the Formula, but you must consult a doctor before you begin the procedure if you have any questions, and children should not take more than a low dose.



## Fighting child obesity

As a parent, your child's health and happiness are a top priority. Your child is overweight, and you're probably aware of the many negative effects it can have on his or her life – both health-wise and socially.

Roca Labs® Natural Formula can help your child lose weight **safely and naturally.** Its active ingredients are natural healthy fibers, and it's safe for children ages 6 and up with a parent's supervision. It works by physically expanding in the stomach to leave only a **very limited space available for**





Case 8:15-cv-02231-MSS-CPT   Document 210-20   Filed 04/26/18   Page 132 of 148 PageID
9805
Roca Labs Non-Surgical Medical Solutions | For my Kid (7-15)                    Page 2 of

## Childhood obesity and health

Being overweight puts children at risk for many health conditions: asthma,
diabetes, high blood pressure, high cholesterol, sleeping problems, heart
disease and poor skeletal development are just a few. **A poor diet can also
affect attention span.** If your child is eating junk food and getting sugar rushes
instead of the nutrients that the brain and body need, it doesn't make
concentrating any easier, and his or her performance in school may suffer.

## Social effects of child obesity

The social effects of being overweight and obesity are no less important. You
may be worried about how your child fits in. You don't want them to feel different
or get picked on – you want them to be confident and make friends. **Feeling
secure at this young age is crucial** - it provides the foundation for becoming a
happy, well-adjusted teen and then adult.

## Habits are best changed at a young age

There's another reason you have to be concerned: habits developed in
childhood are hard to change later on, and **an overweight child is likely to
become an overweight adult.** In a long-range study, 80 percent of children
who were overweight at ages 10–15 were found to be obese at age 25.

Childhood obesity is a serious issue and as a parent, it's your job to fight it. With
Roca Labs Natural Formula, you can set your child on the right track so they
can go on to lead a healthy, happy and productive life.





PX10-216

https://web.archive.org/web/20130303123811/http://rocalabs.com/answers/ask-the-doctor/...   12/2/2014

FTC-PROD-012426



PX10-217
FTC-PROD-012427



of smoking and drug abuse. They
consider TV ads promoting junk food
to be a big part of the problem.

Youngsters who are already overweight are
even more susceptible to junk food ads and
will increase consumption by 134%.





## 50% OF OVERWEIGHT CHILDREN REMAIN OVERWEIGHT AS ADULTS.

## $51 MILLION



Government Spending
on Marketing Healthy
Eating and Exercise
to Kids

## $1.6 BILLION



Food Industry Spending
on Ads Promoting Foods
High in Calories and Low
in Nutrition to Kids

## WHAT IS BEING DONE

### CHILDREN'S FOOD AND BEVERAGE ADVERTISING INITIATIVE

Urged by the Better
Business Bureau,
leading food and beverage
companies committed to
limiting which foods they
advertise to kids under 12.

### FTC INTERAGENCY WORKING GROUP ON FOOD MARKETED TO CHILDREN

The Federal Trade
Commission proposed
marketing standards
to restrict advertising to
kids younger than 6.

PX10-218

https://web.archive.org/web/20130303123811/http://rocalabs.com/answers/ask-the-doctor/...    12/2/2014

FTC-PROD-012428

Case 8:15-cv-02231-MSS-CPT  Document 210-20  Filed 04/26/18  Page 136 of 148 PageID
9809
Roca Labs Non-Surgical Medical Solutions | For my Kid (7-13)  Page 6 of 9



# Success is now limited by your MIND ONLY™

**Important**

Suggested Use
Side Effects to Avoid
Eliminating Cravings
Recommended by Doctors
Health Risks
How to Order
Shipments
Allergy
Obesity Shortens Life Expectancy
Gastric Bypass Surgery
Stats/Deaths



Consult The Doctor  $35

Consult The Nurse  FREE

Wiki Video

**Site Map Tree**

FAQ
What Is It?
The Procedure
A Dose a Day, Easy to Use
Better, Safer and Cheaper than
Surgery
How Much Weight Will I Lose?
High Success Rate
Eliminating Cravings
Am I Qualifed to Buy?
No Menus, No Diet Restrictions
Is it FDA-Approved?
Consult The Nurse
Medical
Recommended by Doctors
Wiki Overweight / Obesity
Ingredients
Side Effects
I am Pregnant...
I am Breastfeeding...
I am a Senior...
I am a Teen...
For my Kid (7-13)
I am Diabetic...
I had Weight Loss Surgery...
Medications, Alcohol and
Smoking
Acquiring Healthy Eating Habits?
Wiki Video
Compare
Gastric Bypass Vs. Roca Labs®
Lap Band Vs. Roca Labs®
Gastric Sleeve Surgery Vs. Roca
Labs®

PX10-219

Case 8:15-cv-02231-MSS-CPT   Document 210-20   Filed 04/26/18   Page 137 of 148 PageID
9810
Roca Labs Non-Surgical Medical Solutions | For my Kid (7-15)                                    Page 7 of 7

Roca Labs® Cost

Gastroplasty Vs. Roca Labs®

Research

*Research General

What is Calorie?

Gastric Bypass Surgery
Complications

Obese Seniors and Alzheimer's

Excess Fat and Osteoporosis

Vitamin C in the Formula

Guide to Extreme Weight Loss
without Surgery

Roux-en-Y Gastric Bypass
Guide

Gastric Bypass Insurance
Coverage

Medical Research – Ingredients

Diabetic Men: Foot Ulcer
Improvement

Beta-Glucan and Prebiotic
Health Benefits

Beta-glucan Fibers

Beta-glucan Health Benefits

Healthy Fibers

Roca Labs Research

**Terms of Visiting This Site**

*RESULTS MAY VARY

The site intends to introduce an advanced alternative to the dangerous weight loss surgeries such as gastric bypass, lap band, gastric sleeve, etc. FDA has not evaluated statements on this site and the Formula does not diagnose, treat, cure, or prevent any disease. Consuming the Formula without sufficient liquid may cause choking or other complications. Do not consume or use the Formula if you have difficulty in swallowing. Consult your doctor before buying/using the Formula, especially if you have ever had any medical and/or health related condition. All purchases are governed by the Terms page. This site is using visualization and persuasion that we consider appropriate to psychologically aid users to succeed in losing weight. Some of these efforts utilize paid actors. The information on this site supersedes any verbal information received from sales agents via phone or elsewhere. Support for any claims can be found in the Research section. The use of the term "gastric bypass", and any other similar terminology, is meant only to illustrate the desired effect of the Formula which consists of herbs/food supplements. The various logos displayed on our site belongs to their respective trade mark holders and do not imply any endorsement. Shrinking stomach and mini stomach are trade marks just as over 10 others protected trade marks and are not intended to represent a medical state. v2 Aug2012

Copyright © 2009-2012 Roca Labs, Inc. All rights reserved.

**Warning**: session_start() [function.session-start]: open(/tmp/sess_978a5b3a60c4d1126c99d8153535831f, O_RDWR) failed: Permission denied (13) in /home/portal/public_html/wp-content/plugins/custom-sidebars/inc/external/wpmu-lib/functions-wpmulib.php on line 69



GASTRIC BYPASS | no surgery ®

Answers now        contact

## How Much Weight Can I Lose?

**17 lbs monthly weight loss** on a consistent basis is achievable* in a successful regimen when cutting 2,000 calories a day. However, losing 100+ lbs can be realistically achieved over 7 to 10 months when combining exercise and following suggested use.

While bariatric surgery patients lose 47% (gastric banding) to 61% (gastric bypass) of their body weight over a period of 2 years, with Roca Labs procedure one can achieve higher weight loss and faster without the bad complication rate of the surgery.

Roca Labs procedure can have higher and faster success rate than bariatric surgeries because it trains your body and mind to eat properly rather than forcing it for the first few months. The surgeries also can NOT provide a solution for craving which accounts for 50% of the weight gain problem.

| Commitment /Daily Dosage | Stomach Space Available* | Daily Calorie Deficiency | Est. Monthly Weight Loss** (pounds) | No of Months to lose 100 lbs |
|---|---|---|---|---|
| **Highest** (highest dosage, 5-6 days per week) | ~10% you will barely eat | 2,500 | 21 | 5 |
| **High** (high dosage, 3-4 days per week) | ~30% you will eat very little | 1,800 | 15 | 7 |
| **Medium** (medium dosage, 1-2 times per week) | ~50% you eat half | 1,200 | 10 | 10 |
| **Low** (low dosage, no exercise) | ~70% you will eat a bit less | 820 | 7 | 14 |

\* Stomach space available is only an estimate and is based on feeling/sensation. Results may vary.

‼ All the Answers

General questions ▼
  What is Roca Labs® Procedure?
  How much weight will I lose?
  What is the success rate?
  Side effects to Avoid ◄
  Am I Qualified?
  Ingredients
  What is Anti-Cravings®?
  Shrinking Stomach®
  Are there any menus or diet restrictions?
  Procedure Cost

Medical questions ◄
Overcoming Obesity ►
Compare ◄
Terms & Conditions ◄
⚙ Support ◄

✔ Qualify & Order



PX10-221

FTC-SKING-001370

**3,500 calories= 1 lbs of fat

Exercise is a must for a successful Gastric Bypass Alternative® weight loss procedure. Without exercise, the progress of your weight loss will likely stop after losing the first 20-30 lbs. Unless you are committed to 20-30min of physical activity on a daily basis, buying Roca Labs® will be a waste of money.

## Strongest Weight Loss Solution in the World

Roca Labs Procedure is probably the strongest non-surgical weight loss solution in the world. However, your brain is stronger and your commitment is a must. The Roca Labs Mixture ALWAYS works to limit stomach space and create a gastric bypass effect. The more Mixture you consume, the smaller your available stomach space and the less food you will eat down to as little as 1,200 calories per day. During the first few days you will learn to adjust your daily dosage and number of days per week it should be taken.

To reach your weight loss goal you must be familiar with the Suggested Use and yet "listening" to your body's signals, and adjusting the dosage and frequency to meet your individual needs. Dosage is customizable: you decide how much to take and when, and **you control** the daily level of the gastric bypass effect. The power to succeed is in YOUR hands!

 

*Results may vary. Results of other users may not be typical.

The use for the procedure and the product are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s Instructions, Suggested Use, Side Effects, Terms and Conditions.



**Roca Labs®**

Inventors of the
Gastric Bypass Alternative®

| About us | Procedures | All the Answers |
|---|---|---|
| Terms | Gastric Bypass Alternative® | How much weight will I lose? |
| Support | Gastric Bypass NO surgery® | What is it? |
| Privacy | Gastric Bypass Results® | Is it safe if I...? |
| Qualify & Order | Gastric Bypass Effect® | Am I qualified? |
| Cost & insurance | Natural Gastric Bypass® | |
| Tel. 855 933 1910 | Speedy Gastric Bypass™ | |
| Contact us | | |

 

Copyrights © 2009-2015 Roca Labs. All rights reserved.

f  𝕏  g+





# Mini Gastric Bypass Alternative

A dose of the Formula mixed in water and taken in the morning creates a fast mini mini gastric bypass effect... read more



LIVE ADVICE
click to chat

## Ask the Doctor

Basic Questions
Medical Information
Medical Evidence
for Success       Is it
safe to lose weight while
breastfeeding?       Are
there any side effects?
      How much weight
should I lose while
pregnant?       Where
does the extra weight go
during pregnancy?
      Research
      Comparison
      Qualify & Order

Search

# Roca Labs Nutraceuticals

## Medical Director, Dr. Ross F.

I have reviewed thousands of formal inquiries from the public that request to begin using the Roca Labs Formula for weight loss. Our evaluation process follows strict guidelines to maintain the high company standards and insure safety and efficacy that our product holds. Potential clients complete a 72 point application form to make sure the Formula is right for them. Individuals with certain medical conditions, that are not appropriate for use with Roca Labs Formula, are carefully excluded. I review each case individually for medical accuracy. I have been the medical director at Roca Labs for the past year. I was in clinical medical practice for 10 years before moving into pharmaceutical management. I have been involved in the development and ongoing monitoring of the Roca Labs Formula. I work directly with the staff and customers to maintain the highest levels of medical accuracy and safety.



GOVERNMENT EXHIBIT
51

PX10-223

Overall, I have reviewed thousands of inquiries requesting the Formula and the Roca Labs guidelines ensure the safest use for all customers using this Formula. In, addition the preparation of the Formula exceeds all FDA requirements to insure purity and safety in the preparation of the Formula.

My research has not found any other weight loss that has the efficacy, or biological potential, to help those with obesity lose weight. This is why we can make the statement that "the Roca Labs Formula is probably the strongest weight loss pharmaceutical agent on the market today." Successfully following the Roca Labs guidelines has consistently in clients losing 5% of their body weight every mo LIVE ADVICE click to chat accomplished primarily by not feeling hungry and the severe reduction in cravings for snacks. Therefore, the clients calorie intake is reduced significantly. Most report a 50% reduction in the amount of food they eat. Those that exercise daily, experience even faster weight loss.

The Roca Labs Formula contains the appetite suppressing effects of Konjac glucomannan, the glucose homeostasis action of Beta-glucan and the dietary fibers that bind and occupy 80% of the stomach for up to 16 hours. The Roca Labs Formula has up to 42 times more active ingredient as some marketed diet pills. This is accomplished while maintaining incredibly low side effects levels. Less than 1% of customers report even moderate side effects. The Roca Labs staff provides reponses 24 hours a day for those who have any concerns regarding the Formula. This is why Roca Labs continues to have a persistently high satisfaction level and many return customers.

The effectiveness of the Roca Labs Formula provides the strongest force in spreading the word to others with obesity. Most clients learn about the effective weight loss of results from current Roca Labs customers. Frequently during my

PX10-224

review of customer inquiries, clients report learning about
the impressive amount of weight others have experienced
using the Roca Labs Formula. I have used the Formula
myself, as well as many of my colleagues, and have found it
to suppress our appetites and reduce cravings, resulting in
weight loss.

## Third party support

There is considerable medical and scientific research to
support the health and weight loss benefits of the active
ingredients in the Roca Labs Formula. Below is a su
of the literature that supports the ingredients in the
Labs proprietary formula as effective in weight loss
additional health benefits. Please review and let me know if
you have any questions.

LIVE ADVICE
click to chat

The ROCA LABS® Formula is a mixture of natural
ingredients that have been shown in multiple medical studies
to provide euglycemic control, early and prolonged satiety
and reduced desire to consume food in-between meals.
Although the ingredients are available separately, it is the
proprietary combination that provides the greatest benefit.

The active ingredients are β-Glucan and konjac
glucomannan. These compounds are added to Xanthan and
Gaur gum, that absorb water and slow the transition and
absorption of the ROCA LABS® Formula ingredients and
food contents. This slow GI transit time allows for a
systematically controlled absorption of the active ingredients
and the food consumed, resulting in a more even absorption
of carbohydrates and a reduction of the rapid rise of blood
glucose levels typically occurring after meals.

PX10-225
4/22/2015
FTC-PROD-004135

Case 8:15-cv-02231-MSS-CPT Document 210-20 Filed 04/26/18 Page 143 of 148 PageID
9816
Medical Evidence for Success - Mini Gastric Bypass Alternative to MGB Surgery - Page 143 of 148

The health benefits of β-Glucan have been established in many papers in peer-reviewed journals. β-Glucans are a group of non-starch polysaccharides, consisting of D-glucose monomers linked by β-glycosidic bonds. Among soluble fibers, β-glucan is the most frequently consumed and is associated with reduced presence of insulin resistance, dyslipidemia, hypertension and obesity.

β-Glucan has been reported to have positive effects in treating several aspects of the metabolic syndrome that accompanies obesity in men and women. Independent studies have shown that β-Glucan significantly lower cholesterol and increased HDL in an 8 week trial in normal and hypercholesterolemic patients [1]. For a comprehensive review of this information and more see, Beta Glucan: Health Benefits in Obesity and Metabolic Syndrome in the Journal of Nutrition and Metabolism [2].

The most comprehensive research paper to evaluate the benefits of β-Glucan was in the January 2006 edition of the American Diabetes Association's medical journal, DiabetesCare. The publication is titled "Consumption of Both Resistant Starch and β-Glucan Improves Postprandial Plasma Glucose and Insulin in Women." The study [3] demonstrated that the consumption of β-Glucan can improve (lower) the glucose and insulin responses of both normal and overweight women. The authors concluded that β-Glucan is effective in the controlling glucose responses in both normal and insulin-resistant subjects [4]. The effect of β-Glucan in maintaining healthy blood glucose levels in those with Type 2 diabetes has been verified in several studies [5, 6].

PX10-226
4/22/2015
FTC-PROD-004136

Studies have proven that the rise in postprandial blood glucose and insulin levels was reduced when meals were consumed with β-Glucan or Guar gum[5]. The reduction in peak glucose levels results from a more gradual absorption of nutrients because of the increase in viscosity of the contents of the stomach and small intestine [7]. A large percentage of the Guar gum remains in the stomach for a prolonged period of time, and then gradually moves through the small intestine. This provides a two-fold benefit. First the stomach is occupied by the highly viscous aqueous gel formation and subsequently, the nutrients from the fo[...] absorbed more gradually [8] resulting in fewer calorie[...] in and absorbed [6].

In addition to the weight management benefits β-glucans were found to be an effective polysaccharide immunostimulant against infectious diseases and cancer [9]. β-glucans are currently being utilized, as adjuncts in chemotherapy to aid in the prevention of infections in those that are immunocompromised [10-12].

Konjac glucomannan is derived from a tuber of Oriental origin. Several medical publications have reported its effects on lessening the rise in blood glucose levels after meals [13] and lowering blood cholesterol levels in both healthy and hypercholesterolemic adults [14, 15]. In addition, konjac was shown to be effective in significantly improving cholesterol and blood glucose levels with diabetes and insulin-resistant syndromes [16, 17]. In a double blind, randomized study with diabetic patients, Konjac supplement improved blood lipid levels by enhancing fecal excretion of neutral sterol and bile acid and alleviated the elevated glucose levels in diabetic subjects18. The authors concluded that Konjac should be an adjunct for the treatment of hyperlipidemic diabetic subjects. Previous studies have

PX10-227
4/22/2015
FTC-PROD-004137

Case 8:15-cv-02231-MSS-CPT Document 210-20 Filed 04/26/18 Page 145 of 148 PageID
9818
Medical Evidence for Success - Mini Gastric Bypass Alternative - No surgery - page 145 of 148 PageID

shown the use of supplemental Konjac resulted in a significant weight loss, reduction in total cholesterol and LDL [19, 20].

The prevalence of diabetes in U.S. adults is estimated to be 5.1%, and continues to be a major health problem because of the increasing frequency of obesity and sedentary lifestyles. Most medical experts believe that there is potential for the long-term management of the complications associated with diabetes through improved glycemic control. Intensive therapy to control blood glucose improves quality of life in people with diabetes (DCCT), and dietary change can have a profound impact upon glycemic control. The Roca Labs Formula provides that balance of the high fiber viscous property with the metabolic benefits of β-Glucan and Konjac. There have been no reports medical side effects reported on these compounds.

Patients using the ROCA LABS® product feel it works from day one, training the stomach to eat less, reducing the capacity of the stomach and teaching the body/brain to eat less with a higher satisfaction. This continues to be reported even as much as 3-5 months and after completing the ROCA LABS® process. The ROCA LABS® Formula is manufactured in a FDA approved facility and the ingredients have been classified by the World Health Organization (WHO) as part of a healthy diet to prevent chronic disease.

Please feel free to contact me if you have any questions regarding the medical efficacy or safety of the ROCA LABS® products.

**Ross Finesmith MD**
Roca Labs Nutraceuticals

References

PX10-228
4/22/2015
FTC-PROD-004138

Case 8:15-cv-02231-MSS-CPT   Document 210-20   Filed 04/06/18   Page 146 of 148 PageID
9819
Medical Evidence for Success - Mini Gastric Bypass Alternative to Weight Loss Surgery

1.      Nicolosi R, Bell SJ, Bistrian BR, Greenberg I, Forse
RA, Blackburn GL. Plasma lipid changes after supplementation
with beta-glucan fiber from yeast. The American journal of
clinical nutrition. 1999; 70(2): 208-12.

2.      El Khoury D, Cuda C, Luhovyy BL, Anderson GH. Beta
glucan: health benefits in obesity and metabolic syndrome.
Journal of nutrition and metabolism. 2012; 2012: 851362.

3.      Behall KM, Scholfield DJ, Hallfrisch JG, Liljeberg-
Elmstahl HG. Consumption of both resistant starch and beta-
glucan improves postprandial plasma glucose and insulin in
women. Diabetes care. 2006; 29(5): 976-81.

4.      Kim H, Stote KS, Behall KM, Spears K, Vinyard
Conway JM. Glucose and insulin responses to whole grain
breakfasts varying in soluble fiber, beta-glucan a dose r
study in obese women with increased risk for insulin r
European journal of nutrition. 2009; 48(3): 170-5.

5.      Jenkins AL, Jenkins DJ, Zdravkovic U, Wursch P,
Vuksan V. Depression of the glycemic index by high levels of
beta-glucan fiber in two functional foods tested in type 2
diabetes. European journal of clinical nutrition. 2002; 56(7):
622-8.

6.      Wursch P, Pi-Sunyer FX. The role of viscous soluble
fiber in the metabolic control of diabetes. A review with special
emphasis on cereals rich in beta-glucan. Diabetes care. 1997; 20
(11): 1774-80.

7.      Blackburn NA, Johnson IT. The influence of guar gum
on the movements of inulin, glucose and fluid in rat intestine
during perfusion in vivo. Pflugers Archiv : European journal of
physiology. 1983; 397(2): 144-8.

8.      Takahashi T, Yokawa T, Ishihara N, Okubo T, Chu DC,
Nishigaki E, et al. Hydrolyzed guar gum decreases postprandial
blood glucose and glucose absorption in the rat small intestine.
Nutr Res. 2009; 29(6): 419-25.

9.      Brown GD, Gordon S. Fungal beta-glucans and
mammalian immunity. Immunity. 2003; 19(3): 311-5.

10.     Li B, Cai Y, Qi C, Hansen R, Ding C, Mitchell TC, et al.
Orally administered particulate beta-glucan modulates tumor-
capturing dendritic cells and improves antitumor T-cell responses
in cancer. Clinical cancer research : an official journal of the
American Association for Cancer Research. 2010; 16(21): 5153-
64.

11.     Driscoll M, Hansen R, Ding C, Cramer DE, Yan J.
Therapeutic potential of various beta-glucan sources in

LIVE ADVICE
click to chat

conjunction with anti-tumor monoclonal antibody in cancer therapy. Cancer biology & therapy. 2009; 8(3): 218-25.

12.    Yan J, Allendorf DJ, Brandley B. Yeast whole glucan particle (WGP) beta-glucan in conjunction with antitumour monoclonal antibodies to treat cancer. Expert opinion on biological therapy. 2005; 5(5): 691-702.

13.    Doi K. Effect of konjac fibre (glucomannan) on glucose and lipids. European journal of clinical nutrition. 1995; 49 Suppl 3: S190-7.

14.    Arvill A, Bodin L. Effect of short-term ingestion of konjac glucomannan on serum cholesterol in healthy men. The American journal of clinical nutrition. 1995; 61(3): 585-9.

15.    Venter CS, Vorster HH, Van der Nest DG. Comparison between physiological effects of konjac-glucomannan and propionate in baboons fed "Western" diets. The Journal of nutrition. 1990; 120(9): 1046-53.

16.    Vuksan V, Sievenpiper JL, Owen R, Swilley JA, Spadafora P, Jenkins DJ, et al. Beneficial effects of viscous dietary fiber from Konjac-mannan in subjects with the insulin resistance syndrome: results of a controlled metabolic trial. Diabetes care. 2000; 23(1): 9-14.

17.    Vuksan V, Jenkins DJ, Spadafora P, Sievenpiper JL, Owen R, Vidgen E, et al. Konjac-mannan (glucomannan) improves glycemia and other associated risk factors for coronary heart disease in type 2 diabetes. A randomized controlled metabolic trial. Diabetes care. 1999; 22(6): 913-9.

18.    Chen HL, Sheu WH, Tai TS, Liaw YP, Chen YC. Konjac supplement alleviated hypercholesterolemia and hyperglycemia in type 2 diabetic subjects–a randomized double-blind trial. Journal of the American College of Nutrition. 2003; 22 (1): 36-42.

19.    Walsh DE, Yaghoubian V, Behforooz A. Effect of glucomannan on obese patients: a clinical study. International journal of obesity. 1984; 8(4): 289-93.

20.    Keithley J, Swanson B. Glucomannan and obesity: a critical review. Alternative therapies in health and medicine. 2005; 11(6): 30-4.

**Disclaimer**

*Results may vary
In compliance with FDA regulations, the site (or the procedure and the products) are not intended to provide medical advice, diagnosis or treatment and not intended to diagnose, treat, cure, or prevent any disease and have not been evaluated or

Medical Evidence for Success - Mini Gastric Bypass - Alternative to Surgery - No Surgery

tested by the Food and Drug Administration and none of the statements should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Instructions, Suggested Use, Side Effects, Terms and Conditions.

Copyright © 2009-2015 Roca Labs, Inc. All rights reserved.



**LIVE ADVICE**
click to chat

PX10-231
4/22/2015
FTC-PROD-004141