# PX12

# Excerpts and Exhibits from Sharon Hensley's Deposition

# In the Matter of:

# FTC v. Roca Labs, Inc., et al.

*December 29, 2016*
*Sharon K. Hensley*

**Condensed Transcript with Word Index**



**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**

**1**

```
 1              UNITED STATES DISTRICT COURT
 2              MIDDLE DISTRICT OF FLORIDA
 3                    TAMPA DIVISION
 4                     *   *   *
 5   FEDERAL TRADE COMMISSION,
 6              Plaintiff,
 7        vs.              CASE NO. 15-cv-02231-
 8   ROCA LABS, INC., a              MSS-TBM
 9   Corporation; ROCA LABS,
10   NUTRACEUTICAL USA, INC.,
11   A corporation; MUST CURE
12   OBESITY CO., a corporation;
13   ZERO CALORIE LABS, INC.,
14   A corporation; DON JURAVIN,
15   Individually and as an officer
16   Of Roca Labs, Inc., Roca Labs,
17   Nutraceutical USA, Inc.,
18   Must Cure Obesity Co., and
19   Don Juravin, Incorporated;
20   GEORGE WHITING, individually
21   And as an officer of Roca Labs,
22   Inc., Roca Labs, Nutraceutical
23   USA, Inc., and Zero Calorie
24   Labs, Inc.,
25                     Defendants.
```

**2**

```
 1         Deposition of SHARON K. HENSLEY, Witness
 2   herein, called by the Plaintiff for direct
 3   examination pursuant to the Rules of Civil
 4   Procedure, taken before me, Lisa M. Conley
 5   Yungblut, a Notary Public within and for the State
 6   of Ohio, at the offices of Wood & Lamping, 600
 7   Vine Street, Suite 2500, Cincinnati, Ohio, on
 8   Thursday, the 29th of December, 2016, at 9:31 a.m.
 9                     *   *   *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
 1         EXAMINATIONS CONDUCTED        PAGE
 2   BY MR. SETTLEMYER:                  19
 3   BY MS. MARTENY:                     208
 4   BY MR. SETTLEMYER:                  223
 5
 6         EXHIBITS MARKED               PAGE
 7   (Thereupon, Plaintiff's Exhibit No. 1,    22
 8   a 3-page Subpoena to Testify, was
 9   marked for purposes of identification.)
10   (Thereupon, Plaintiff's Exhibit No. 2,    24
11   a 3-page Subpoena to Produce Documents,
12   with Exhibit A, was marked for purposes
13   of identification.)
14   (Thereupon, Plaintiff's Exhibit No. 3,    37
15   a CD labeled FTC-PROD 013837 and
16   014017, was marked for purposes of
17   identification.)
18   (Thereupon, Plaintiff's Exhibit No. 4,    53
19   a 3-page Independent Contractor
20   Agreement FTC-PROD-013838 through
21   013840, was marked for purposes of
22   identification.)
23
24
25
```

**4**

```
 1   (Thereupon, Plaintiff's Exhibit No. 5,    56
 2   a 1-page 2013 MISC-1099,
 3   FTC-PROD-013888, was marked for
 4   purposes of identification.)
 5   (Thereupon, Plaintiff's Exhibit No. 6,    57
 6   multiple pages of PNC Online Banking,
 7   FTC-PROD-013863 through 013878, was
 8   marked for purposes of identification.)
 9   (Thereupon, Plaintiff's Exhibit No. 7,    60
10   a 1-page document dated 3/25/2014,
11   FTC-PROD-014307, was marked for
12   purposes of identification.)
13   (Thereupon, Plaintiff's Exhibit No. 8,    63
14   a 1-page e-mail dated 10/24/2014 to
15   Sharon Hensley from Don Juravin,
16   FTC-PROD-014442, was marked for
17   purposes of identification.)
18   (Thereupon, Plaintiff's Exhibit No. 9,    64
19   a 1-page e-mail dated 12/4/2014 to
20   Sharon Hensley from Don Juravin,
21   FTC-PROD-014452, was marked for
22   purposes of identification.)
23
24
25
```

5

1   (Thereupon, Plaintiff's Exhibit No. 10,       72
2   a 1-page memo dated 4/2/2015,
3   FTC-PROD-014280, was marked for
4   purposes of identification.)
5   (Thereupon, Plaintiff's Exhibit No. 11,       73
6   a 1-page e-mail dated 1/29/2015, to
7   Sharon Hensley from Don Juravin,
8   FTC-PROD-014455, was marked for
9   purposes of identification.)
10  (Thereupon, Plaintiff's Exhibit No. 12,       75
11  a 1-page 2104 Form 1099, with
12  attachments, FTC-PROD-013852 through
13  013861, was marked for purposes of
14  identification.)
15  (Thereupon, Plaintiff's Exhibit No. 13,       77
16  a 1-page 2014 1099 MISC,
17  FTC-PROD-013894, was marked for
18  purposes of identification.)
19  (Thereupon, Plaintiff's Exhibit No. 14,       77
20  a 1-page 1099 Form MISC,
21  FTC-PROD-014112, was marked for
22  purposes of identification.)
23
24
25

6

1   (Thereupon, Plaintiff's Exhibit No. 15,       78
2   a 1-page document reflecting Tina
3   Midgley, FTC-PROD-013990, was marked
4   for purposes of identification.)
5   (Thereupon, Plaintiff's Exhibit No. 16,       82
6   a 1-page Certificate of Responsibility,
7   FTC-PROD-014139, was marked for
8   purposes of identification.)
9   (Thereupon, Plaintiff's Exhibit No. 17,       84
10  a 1-page e-mail dated 11/18/2015 to
11  Sharon Hensley from Don Juravin,
12  FTC-PROD-01461, was marked for purposes
13  of identification.)
14  (Thereupon, Plaintiff's Exhibit No. 18,       87
15  multiple pages of PNC Online Banking,
16  FTC-PROD-013880 through 013886, was
17  marked for purposes of identification.)
18  (Thereupon, Plaintiff's Exhibit No. 19,       89
19  multiple pages of Activity PayPal,
20  FTC-PROD-013920 through 013947, was
21  marked for purposes of identification.)
22
23
24
25

7

1   (Thereupon, Plaintiff's Exhibit No. 20,       94
2   a 1-page 2015 1099 Form MISC, with
3   attachments, FTC-PROD-013841 through
4   013851, was marked for purposes of
5   identification.)
6   (Thereupon, Plaintiff's Exhibit No. 21,       96
7   a 2-page e-mail dated 7/2/2016 to
8   Sharon Hensley from Don Juravin,
9   FTC-PROD-014494 and 014495, was marked
10  for purposes of identification.)
11  (Thereupon, Plaintiff's Exhibit No. 22,      100
12  a 4-page What is Roca Labs,
13  FTC-PROD-014353 through 14356, was
14  marked for purposes of identification.)
15  (Thereupon, Plaintiff's Exhibit No. 23,      103
16  a 2-page document titled Hi,
17  FTC-PROD-014175 and 014176, was marked
18  for purposes of identification.)
19  (Thereupon, Plaintiff's Exhibit No. 24,      104
20  a 2-page document titled Gender,
21  FTC-PROD-014173 and 014174, was marked
22  for purposes of identification.)
23
24
25

8

1   (Thereupon, Plaintiff's Exhibit No. 25,      109
2   a multi-page document titled Callback
3   and Leaving a Voice Mail,
4   FTC-PROD-014196 through 014224, was
5   marked for purposes of identification.)
6   (Thereupon, Plaintiff's Exhibit No. 26,      121
7   a multi-page document titled What Is
8   It, FTC-PROD-013991 through 014003, was
9   marked for purposes of identification.)
10  (Thereupon, Plaintiff's Exhibit No. 27,      124
11  a multi-page document titled Learn,
12  FTC-PROD-014237 through 014245,was
13  marked for purposes of identification.)
14  (Thereupon, Plaintiff's Exhibit No. 28,      126
15  a multi-page document titled Learn,
16  FTC-PROD-014252 through 014262, was
17  marked for purposes of identification.)
18  (Thereupon, Plaintiff's Exhibit No. 29,      130
19  a 1-page e-mail dated 12/18/2013 to
20  Sharon Hensley from Sharon King,
21  FTC-PROD-014361, was marked for
22  purposes of identification.)
23
24
25

9

1   (Thereupon, Plaintiff's Exhibit No. 30,   131
2   a multi-page Roca Labs Natural Formula
3   Reviews, FTC-PROD-003002 through
4   003010, was marked for purposes of
5   identification.)
6   (Thereupon, Plaintiff's Exhibit No. 31,   133
7   a 3-page Roca Labs Natural Formula
8   Reviews, FTC-PROD-00326 through 00328,
9   was marked for purposes of
10  identification.)
11  (Thereupon, Plaintiff's Exhibit No. 32,   135
12  1 page of e-mails, the top being dated
13  11/6/14 to Sharon Hensley from Sharon
14  King, FTC-PROD-014438, was marked for
15  purposes of identification.)
16  (Thereupon, Plaintiff's Exhibit No. 33,   137
17  a 1-page e-mail dated 10/10/14 to
18  Sharon Hensley from Sharon King,
19  FTC-PROD-014440, was marked for
20  purposes of identification.)
21  (Thereupon, Plaintiff's Exhibit No. 34,   140
22  a 1-page e-mail dated 7/2/15 to Sharon
23  Hensley from Sharon King,
24  FTC-PROD-014456, was marked for
25  purposes of identification.)

10

1   (Thereupon, Plaintiff's Exhibit No. 35,   141
2   a 1-page e-mail dated 11/15/15 to
3   Sharon Hensley from Don Juravin,
4   FTC-PROD-014459, was marked for
5   purposes of identification.)
6   (Thereupon, Plaintiff's Exhibit No. 36,   143
7   a multi-page Gastric Bypass No Surgery
8   Celebrity Reviews, FTC-PROD-006299
9   through 006305, was marked for purposes
10  of identification.)
11  (Thereupon, Plaintiff's Exhibit No. 37,   151
12  a multi-page All the Answers, Gastric
13  Bypass No Surgery, FTC-PROD-006266
14  through 006270, was marked for purposes
15  of identification.)
16  (Thereupon, Plaintiff's Exhibit No. 38,   152
17  a multi-page Gastric Bypass Results,
18  FTC-PROD-006281 through 006285, was
19  marked for purposes of identification.)
20  (Thereupon, Plaintiff's Exhibit No. 39,   153
21  a multi-page Gastric Bypass
22  Alternative, FTC-PROD-006291 through
23  0062915, was marked for purposes of
24  identification.)
25

11

1   (Thereupon, Plaintiff's Exhibit No. 40,   154
2   a 3-page Gastric Bypass No Surgery
3   Answers Now, FTC-PROD-005298 through
4   005300, was marked for purposes of
5   identification.)
6   (Thereupon, Plaintiff's Exhibit No. 41,   155
7   a 2-page What is the Success Rate,
8   FTC-PROD-005301 and 005302, was marked
9   for purposes of identification.)
10  (Thereupon, Plaintiff's Exhibit No. 42,   156
11  a 2-page Roca Labs vs Diet Pills,
12  FTC-PROD-005317 and 005318, was marked
13  for purposes of identification.)
14  (Thereupon, Plaintiff's Exhibit No. 43,   157
15  a 2-page What is Gastric Bypass
16  Alternative, FTC-PROD-005325 and
17  005326, was marked for purposes of
18  identification.)
19  (Thereupon, Plaintiff's Exhibit No. 44,   158
20  a 5-page Can My Child Take the Formula,
21  FTC-PROD-006244 through 006248, was
22  marked for purposes of identification.)
23
24
25

12

1   (Thereupon, Plaintiff's Exhibit No. 45,   158
2   a 4-page Gastric Bypass No Surgery
3   Junior, FTC-PROD-006259 through 006262,
4   was marked for purposes of
5   identification.)
6   (Thereupon, Plaintiff's Exhibit No. 46,   159
7   a 2-page How Much Weight Can I Lose,
8   FTC-PROD-006311 and 006312, was marked
9   for purposes of identification.)
10  (Thereupon, Plaintiff's Exhibit No. 47,   160
11  a 3-page Roca Labs Procedure Cost,
12  FTC-PROD-006315 through 006317, was
13  marked for purposes of identification.)
14  (Thereupon, Plaintiff's Exhibit No. 48,   161
15  a 2-page No Menus, No Diet
16  Restrictions, FTC-PROD-006329 and
17  006330, was marked for purposes of
18  identification.)
19  (Thereupon, Plaintiff's Exhibit No. 49,   162
20  a 3-page Money Back Reward for Your
21  True Success Story, FTC-PROD-006326
22  through 006328, was marked for purposes
23  of identification.)
24
25

13

1   (Thereupon, Plaintiff's Exhibit No. 50,   164
2   a 4-page Roca Labs Reviews,
3   FTC-PROD-005327 through 005330, was
4   marked for purposes of identification.)
5   (Thereupon, Plaintiff's Exhibit No. 51,   172
6   a CD labeled Declaration of Amber Howe,
7   was marked for purposes of
8   identification.)
9   (Thereupon, Plaintiff's Exhibit No. 52,   176
10  a CD labeled Howe Videos, was marked
11  for purposes of identification.)
12  (Thereupon, Plaintiff's Exhibit No. 53,   179
13  a multi-page Independent Contractor
14  Agreement, FTC-PROD-013967 through
15  013973, was marked for purposes of
16  identification.)
17  (Thereupon, Plaintiff's Exhibit No. 54,   181
18  a multi-page Independent Contractor
19  Agreement, FTC-PROD-014297 through
20  014303, was marked for purposes of
21  identification.)
22
23
24
25

14

1   (Thereupon, Plaintiff's Exhibit No. 55,   182
2   a multi-page Independent Contractor
3   Agreement, FTC-PROD-014316 through
4   014322, was marked for purposes of
5   identification.)
6   (Thereupon, Plaintiff's Exhibit No. 56,   182
7   a 1-page document dated 10/22/14,
8   FTC-PROD-014282, was marked for
9   purposes of identification.)
10  (Thereupon, Plaintiff's Exhibit No. 57,   183
11  a multi-page Independent Contractor
12  Agreement, FTC-PROD-014144 through
13  014149, was marked for purposes of
14  identification.)
15  (Thereupon, Plaintiff's Exhibit No. 58,   184
16  a multi-page Independent Contractor
17  Agreement dated 10/23/14,
18  FTC-PROD-014093 through 014100, was
19  marked for purposes of identification.)
20  (Thereupon, Plaintiff's Exhibit No. 59,   184
21  a multi-page Independent Contractor
22  Agreement dated 10/23/14,
23  FTC-PROD-014102 through 014109, was
24  marked for purposes of identification.)
25

15

1   (Thereupon, Plaintiff's Exhibit No. 60,   185
2   a multi-page Independent Contractor
3   Agreement, FTC-PROD-014156 through
4   014164, was marked for purposes of
5   identification.)
6   (Thereupon, Plaintiff's Exhibit No. 61,   186
7   a multi-page Independent Contractor
8   Agreement dated 12/4/14,
9   FTC-PROD-014078 through 014084, was
10  marked for purposes of identification.)
11  (Thereupon, Plaintiff's Exhibit No. 62,   187
12  a multi-page Independent Contractor
13  Agreement dated 3/14/14,
14  FTC-PROD-014029 through 014035, was
15  marked for purposes of identification.)
16  (Thereupon, Plaintiff's Exhibit No. 63,   187
17  a multi-page Independent Contractor
18  Agreement dated 1/29/15,
19  FTC-PROD-014036 through 014044, was
20  marked for purposes of identification.)
21  (Thereupon, Plaintiff's Exhibit No. 64,   192
22  a multi-page Independent Contractor
23  Agreement dated 3/20/15,
24  FTC-PROD-014045 through 014053, was
25  marked for purposes of identification.)

16

1   (Thereupon, Plaintiff's Exhibit No. 65,   194
2   a multi-page Independent Contractor
3   Agreement dated 1/29/15,
4   FTC-PROD-014018 through 014027, was
5   marked for purposes of identification.)
6   (Thereupon, Plaintiff's Exhibit No. 66,   197
7   a multi-page Independent Contractor
8   Agreement dated 6/11/15,
9   FTC-PROD-013975 through 013984, was
10  marked for purposes of identification.)
11  (Thereupon, Plaintiff's Exhibit No. 67,   197
12  a 3-page Liability Addendum,
13  FTC-PROD-013957 through 013959, was
14  marked for purposes of identification.)
15  (Thereupon, Plaintiff's Exhibit No. 68,   199
16  a 1-page e-mail dated 5/25/16 to Sharon
17  Hensley from Sharon King,
18  FTC-PROD-014483, was marked for
19  purposes of identification.)
20  (Thereupon, Plaintiff's Exhibit No. 69,   200
21  a 1-page document titled Roca Labs
22  Company,  FTC-PROD-014229, was marked
23  for purposes of identification.)
24
25

**17**

1  (Thereupon, Defendants' Exhibit No. 1,  222
2  a multi-page Gastric Bypass No Surgery
3  Public Group document, was marked for
4  purposes of identification.)
5
6  * * *

**18**

1  APPEARANCES:
2  On behalf of the Plaintiff:
3      Federal Trade Commission
        Bureau of Consumer Protection
4
5  By:  Carl H. Settlemyer, III
        Attorney at Law
6       600 Pennsylvania Avenue, NW
        Maildrop CC-10528
7       Washington, DC 20580
        202-326-2019
8       csettlemyer@ftc.gov

9  On behalf of the Defendants:

10     Shumaker, Loop & Kendrick, LLP

11  By:  Suzette Marteny (by phone)
        Attorney at Law
12      101 East Kennedy Boulevard
        Suite 2800
13      Tampa, Florida 33602
        813-229-7600
14      smarteny@slk-law.com

15  On behalf of the Witness:

16     Wood & Lamping, LLP

17  By:  Dale A. Stalf
        Attorney at Law
18      600 Vine Street
        Suite 2500
19      Cincinnati, Ohio 45202
        513-852-6078
20      dstalf@woodlamping.com

21      * * *
22
23
24
25

**19**

1          SHARON K. HENSLEY
2  of lawful age, Witness herein, having been first
3  duly sworn as hereinafter certified, was examined
4  and deposed as follows:
5              EXAMINATION
6  BY MR. SETTLEMYER:
7      Q.  Good morning, Ms. Hensley.  My name
8  is Carl Settlemyer.  I'm an attorney for the
9  Federal Trade Commission.  I represent the Federal
10 Trade Commission in the case FTC versus Roca Labs
11 Inc., et al.  Today we're going to take your
12 deposition, and I've got a few preliminary
13 questions and then we'll sort of get into the
14 substance of this.
15         So, first of all, you do understand
16 that you've taken an oath here to tell the truth,
17 right?
18     A.  Yes.
19     Q.  And I'm going to ask that you let me
20 finish my question before you begin your answer,
21 and I'll try to let you finish your answer before
22 I begin my next question; do you understand?
23     A.  Yes.
24     Q.  You understand your answers should be
25 verbal yeses and nos, no huh-uhs or um-hmms?

**20**

1      A.  Yes.
2      Q.  Thank you.  Okay.  If you don't
3  understand a question, please tell me.  I'm not
4  trying to trick you or confuse you.  I just want
5  you to give your best answer, and I'll assume you
6  understand if you don't ask for a clarification.
7          If you hear an attorney make an
8  objection to a question, you should go ahead and
9  answer that question.  The attorneys are making
10 objections to preserve them for later, but it may
11 not or shouldn't affect your responsibility to
12 answer the question fully and truthfully.  One
13 exception would be if, for example, Ms. Marteny
14 may -- if I ask you a question that touches on
15 privileged information or if I ask you a question
16 that touches on conversations with your attorney,
17 I'm not trying to do that, but if they object on
18 privilege grounds and instruct you not to answer,
19 that would be different.  Do you understand?
20     A.  Yes.
21     Q.  Okay.  If you need to take a break,
22 please let us know, and we can take a break.  Just
23 please try to answer any pending question before
24 we take a break.  If later in the deposition you
25 remember additional information that clarifies or

29

1     A.  No.
2     Q.  Okay.  And while you were working
3  with Roca Labs, you were not aware of the lawsuit
4  between the FTC and Roca Labs?
5     A.  Yes, back in September of last year.
6     Q.  Of 2015?
7     A.  Yes.
8     Q.  So what did you find out about it at
9  that time?
10    A.  I was just notified that there were
11 some issues with customers and the FTC.
12    Q.  Okay.  And who gave you that
13 notification?
14    A.  Don and the attorney.
15    Q.  Okay.  All right.  So let's back up.
16 You know Don Juravin?
17    A.  I don't understand your --
18 personally?
19    Q.  Yeah.  You're familiar with,
20 acquainted with, a man named Don Juravin, correct?
21    A.  Yes.
22    Q.  How about George Whiting, are you
23 acquainted with someone named George Whiting?
24    A.  No, as far as working, no.
25    Q.  Okay.  Are you familiar with his name

30

1  from any business dealings at all with Roca Labs?
2     A.  I've heard his name, yes.
3     Q.  Okay.  From whom?
4     A.  Don.
5     Q.  Okay.  So we'll agree, just by the
6  way, whenever you refer to Don, you're referring
7  to Don Juravin, correct?
8     A.  I'm sorry.  Yes.
9     Q.  When did you first become acquainted
10 with Roca Labs as a business or any of its
11 products?
12    A.  It was in the summer of 2012.
13    Q.  Okay.  And how did you become
14 acquainted with Roca Labs?
15    A.  I was researching gastric bypass on
16 the Internet, and it popped up and it looked
17 interesting, so I checked it out, and I purchased
18 as a customer.
19    Q.  Okay.  Did you see any sort of Google
20 search ads or something else that drew you to the
21 company?
22    A.  You Tube videos.
23    Q.  Do you remember which You Tube
24 videos?
25    A.  No.

31

1     Q.  Do you remember anything about the
2  videos at all?
3     A.  No.
4     Q.  Okay.  Do you recall what website you
5  used to make your purchase?
6     A.  Roca Labs dot com.
7     Q.  Okay.  And how much was the -- well,
8  what did you understand you were purchasing at
9  that time?
10    A.  I understood that I was purchasing a
11 formula, an anti-craving, and the measuring
12 scoops.
13    Q.  Okay.  And what was the purpose of
14 buying the product?
15    A.  To lose weight.
16    Q.  About how much weight do you
17 think you were expecting to lose by using the
18 product you were purchasing from Roca Labs?
19    A.  Close to a hundred pounds.
20    Q.  Okay.  And that was in around what
21 time in 2012, do you think?
22    A.  In the summer.
23    Q.  Summer, okay.  And did you, in fact,
24 use the product?
25    A.  Yes.

32

1     Q.  Okay.  And could you describe your
2  experience using the product and how it affected
3  your weight, if it did?
4     A.  I would mix my formula with juice in
5  the morning, and I would have it once a day.  I
6  did end up losing 70 to 80 pounds.
7     Q.  Were you using the formula and the
8  product consistently while you were losing the
9  weight?
10    A.  Yes.
11    Q.  Okay.  And do you recall having
12 interactions with people associated with Roca Labs
13 during the time you were using the formula?
14    A.  No.
15    Q.  No?
16    A.  (Shaking head.)
17    Q.  Okay.  How did you come to -- you
18 later came to work with Roca Labs, that's correct?
19    A.  Yes.
20    Q.  How did that come about?
21    A.  After the first three months, I
22 was -- I ran out of my formula, probably four
23 months, and I called in to do a reorder.  I then
24 received an e-mail from Sharon King wanting to
25 know about my success, how I was doing, and how

33

1  much weight I had lost.  And then she asked if I
2  would be interested in becoming a success coach in
3  2013, around April.
4        Q.  Okay.  Let me back up a minute.
5  About how much did you pay for your first order of
6  the formula?
7        A.  I paid $480 for the first order.
8        Q.  Okay.  And you reordered?
9        A.  Yes.
10        Q.  Okay.  And who was Sharon King?
11        A.  Sharon King was the manager.
12        Q.  Were there other people you were in
13  contact with at Roca Labs in that phase when you
14  were being approached to be a success coach by
15  Ms. King?
16        A.  I spoke with Mr. Juravin after I had
17  talked with Sharon.
18        Q.  Okay.  What did you understand
19  Mr. Juravin's role was?
20        A.  The CEO of the company.
21        Q.  Okay.  Which company do you think he
22  was the CEO of?
23        A.  Roca Labs.
24        Q.  Okay.  Let me ask you, are you
25  familiar with a company called Zero Calorie Labs,

34

1  Inc.?
2        A.  Yes.
3        Q.  What is Zero Calorie Labs, Inc.?
4        A.  He had changed the name.
5        Q.  He being Don?
6        A.  The name was changed.
7        Q.  Okay.  Let me just ask you to
8  clarify.  So which name was changed?
9        A.  It was changed to Zero Calorie Labs.
10        Q.  From what?
11        A.  Roca Labs.
12        Q.  So when you were first being
13  approached for work as a success coach, you
14  understood the company was named Roca Labs, Inc.;
15  is that right?
16        A.  Yes.
17        Q.  And then you later ascertained that
18  there was another company named Zero Calorie Labs,
19  Inc.?
20        A.  Yes.
21        Q.  How did you come to learn of Zero
22  Calorie Labs, Inc.?
23        A.  I was told the name was changing.
24        Q.  Do you remember by whom you were told
25  that?

35

1        A.  Mr. Juravin.
2        Q.  Okay.  Did he explain why the name
3  was changing?
4        A.  No.
5        Q.  Okay.  All right.  Did you understand
6  what relationship there was, if any, between Zero
7  Calorie Labs and Roca Labs, Inc.?
8        A.  No.
9        Q.  Are you aware of any distinction
10  between those two companies?
11        A.  No.
12        Q.  Okay.  All right.  Did you ever sign
13  an agreement relating to your work as a success
14  coach with Roca Labs?
15        A.  Yes.
16        Q.  Okay.  And do you recall
17  approximately when you did that?
18        A.  April of 2013.
19        Q.  Okay.  And with whom did you sign
20  that agreement, with which entity?
21        A.  Sharon King.
22        Q.  Sharon King had you sign it?
23        A.  (Nodding head.)
24        Q.  Okay.  But do you remember, was it a
25  contract between you and Roca Labs, Inc., or Zero

36

1  Calorie Labs?
2        A.  Roca Labs.
3        Q.  Okay.  At some point, you made a
4  testimonial video, correct?
5        A.  Yes.
6        Q.  Okay.  Do you remember when that was?
7        A.  That was in September of '13, I
8  believe.
9        Q.  Okay.  So you had already been
10  working as a success coach for approximately,
11  what, five or six months at that point?
12        A.  Yes.
13        Q.  Okay.  Who approached you to do the
14  video?
15        A.  Mr. Juravin.
16        Q.  Okay.  And was there a script for
17  that video?
18        A.  Yes, I had notes.
19        Q.  Okay.  Who wrote up the notes?
20        A.  Sharon King.
21        Q.  Okay.  Did Mr. Juravin have any
22  involvement in that process?
23        A.  No.
24        Q.  Okay.  And who shot the footage for
25  the video?

37

```
 1     A.  Brad -- I'm not sure I remember his
 2  last name.
 3     Q.  Okay.  I'd like to introduce now an
 4  exhibit.  I'm going to give the court reporter a
 5  DVD that's got two files on it.  I've got these
 6  two files on my computer, and I'll play those for
 7  you to look at.  And they are videos with the
 8  numbers FTC dash P R O D dash 013837 and FTC dash
 9  P R O D dash 014017.  And I'll give that to the
10  court reporter to mark as Exhibit 3.
11        (Thereupon, Plaintiff's Exhibit No.
12  3, a CD labeled FTC-PROD 013837 and 014017, was
13  marked for purposes of identification.)
14        MR. STALF:  This is off the record.
15        (Off the record.)
16        MR. SETTLEMYER:  So the numbers I've
17  given, just so that everybody is familiar with
18  them, are numbers that were applied to documents.
19  Once we received documents from Ms. King, the FTC
20  went through and we did a separate set of
21  numbering for those to be able to produce to the
22  defendants, and they'll have the consistent set of
23  numbering.
24        So Ms. Marteny should recognize the
25  numbers from our production, and we also marked
```

38

```
 1  some of the documents confidential in light of
 2  some of the information of third parties and
 3  yourself that was included in those.  We also --
 4  in some of the documents I'm using as exhibits
 5  today, I've redacted some personally identifiable
 6  information that seemed to be not necessary for
 7  the task at hand.  So if -- you'll see documents
 8  with the word redacted on them, you should assume
 9  that that's my marking that I applied to it.
10        MR. STALF:  Okay.  And just for
11  clarification, you said these are or some of the
12  documents were produced by Ms. King?
13        MR. SETTLEMYER:  I'm sorry,
14  Ms. Hensley.
15        MR. STALF:  I thought so.
16        MR. SETTLEMYER:  I apologize.  There
17  are two Sharons who have worked with Roca Labs,
18  and I will hope not confuse that throughout the
19  day.
20        MR. STALF:  So are all of the
21  documents that we're going to be looking at today
22  that she produced, that Sharon Hensley produced?
23        MR. SETTLEMYER:  Not necessarily, but
24  many of them.  And depending on what your answers
25  are to some of the questions, if I think you might
```

39

```
 1  recall some other documents, I may ask you look at
 2  things from other sources and tell me whether or
 3  not you understand them and can identify them.
 4        MR. STALF:  Great.
 5        MR. SETTLEMYER:  Thanks.  All right.
 6  So, Suzie, I'm going to play the first video,
 7  which is the 013837 for Ms. Hensley, and she
 8  can -- Ms. Hensley, right now I'm going to ask you
 9  to identify and describe and just tell me about
10  what this video is, okay?
11        MR. STALF:  Can you see okay?
12        THE WITNESS:  Yes.
13        (Video playing.)
14  BY MR. SETTLEMYER:
15     Q.  Ms. Hensley, do you recognize that
16  video that just played?
17     A.  Yes.
18     Q.  What video is that?
19     A.  It's my success video.
20     Q.  Okay.  So you're the person depicted
21  40 the video, that's correct?
22     A.  Yes.
23     Q.  And you're the person who's reading,
24  reciting, the words on the video, right?
25     A.  Yes.
```

40

```
 1     Q.  I want to ask you a few questions
 2  now.  At the end of the video, around the 5
 3  minute, 30 second mark, there was a wording, Roca
 4  Labs Nutraceutical USA, I believe; is that
 5  correct?
 6     A.  Yes.
 7     Q.  Okay.  Are you familiar with Roca
 8  Labs Nutraceutical USA?  Let me just pull up that
 9  piece of video just to be sure I'm quoting that
10  correctly.  Yeah, Roca Labs Nutraceutical USA.
11     A.  Yes.
12     Q.  You're familiar with that company?
13     A.  Yes.
14     Q.  Okay.  What is Roca Labs
15  Nutraceutical USA?
16     A.  It was Roca Labs, is what -- that's
17  the company that I worked for.
18     Q.  So as far as you're concerned,
19  there's no distinction between Roca Labs
20  Nutraceutical USA and Roca Labs; is that correct?
21     A.  Yes.
22     Q.  Okay.  And a little earlier in the
23  video, there is a reference to the formula
24  being -- I'm paraphrasing here -- in your stomach
25  for 12 to 16 hours; is that right?
```

49

1     MR. SETTLEMYER:  I don't have any
2 belief that it is different.
3     MR. STALF:  Okay.  When I was
4 listening to it, it sounded to me like it started
5 out a little bit different than the first one did,
6 but maybe not.
7     MR. SETTLEMYER:  I haven't
8 scrutinized it that carefully.
9 BY MR. SETTLEMYER:
10    Q.  All right.  So with the testimonial
11 video, both viewings, that was posted on the Roca
12 Labs dot com website, right?
13    A.  Yes.
14    Q.  Okay.  And around when was that
15 posted?
16    A.  I don't remember.
17    Q.  Would it have been close to the time
18 when you shot it, do you think?
19    A.  I believe it was several months
20 afterwards.
21    Q.  Okay.  So presumably somebody was
22 producing the footage?
23    A.  Editing, yes.
24    Q.  Okay.  And you noticed in the videos,
25 throughout the video, there were different logos,

50

1 verbiage about eating path and so forth.  Do
2 you -- were you responsible for that part of the
3 video at all?
4     A.  I was speaking from my personal
5 experience.
6     Q.  Okay.  I'm talking about in terms of
7 just the words that appeared on the screen.
8     A.  No.
9     Q.  Okay.  So do you know who was
10 responsible for that information?
11    A.  I'm not sure.  I did the video with
12 Brad and that's the only thing that I was aware
13 of.
14    Q.  And you weren't involved in the
15 editing?
16    A.  No.
17    Q.  Okay.  All right.  So how long was
18 that video on the Roca Labs dot com website?
19    A.  I'm not sure.  It would be on and
20 then off.  It wasn't -- I'm not sure.
21    Q.  Was it on fairly consistently from
22 the time it was first posted up until 2015 or so?
23    A.  On the Roca Labs website?
24    Q.  Yes.
25    A.  I'm not sure.

51

1     Q.  Okay.  Were there any You Tube pages
2 that Roca Labs maybe retained that it might have
3 been on?
4     A.  Yes.
5     Q.  Okay.  And do you think it was up on
6 the Roca Labs You Tube pages for --
7     A.  Yes.
8     Q.  -- for several years, you think?
9     A.  Yes.
10    Q.  Okay.  Let me ask you, backing up to
11 when you first started working with Roca Labs as a
12 success coach in 2013, what were your duties at
13 the time?
14    A.  I spoke to customers who had --
15 potential customers who had questions about the
16 formula, how it worked, and my success.
17    Q.  Okay.  Who was supervising you in
18 those activities?
19    A.  Sharon King.
20    Q.  Was Don Juravin involved in
21 supervising you at all?
22    A.  No.
23    Q.  Okay.  And did you have any sort of
24 resources that you were provided by Roca Labs or
25 Zero Calorie Labs to be able to help answer

52

1 questions of prospective customers?
2     A.  The website.
3     Q.  So the Roca Labs dot com website,
4 generally speaking?
5     A.  Yes.
6     Q.  Were there any other FAQs or scripts
7 that were distributed by Roca Labs to you and
8 anybody else who was doing the same job?
9     A.  There were guidelines.
10    Q.  Okay.  What were the guidelines, what
11 type of thing are you describing?
12    A.  To speak from personal experience.
13 We weren't allowed to say that we were a doctor or
14 a nurse.  We were basically just speaking from our
15 personal experience.
16    Q.  Okay.  And from personal experience,
17 plus, information from the Roca Labs dot com
18 website, right?
19    A.  Yes.
20    Q.  And were the guidelines you're
21 referring to written down or were those just
22 delivered to you orally?
23    A.  Written down and oral.
24    Q.  Okay.  And who provided them to you
25 in written form?

65

1    A.  I was being demoted from a success
2  coach manager.
3    Q.  Okay.  What do you mean, you were
4  demoted from success coach manager?  When had you
5  become success coach manager?
6    A.  Probably about six months after I
7  started.
8    Q.  Okay.  So this would have been
9  September or October of 2013, approximately, you
10  think?
11    A.  Yes.
12    Q.  What was your -- what were your
13  duties as success coach manager?
14    A.  I basically did the scheduling, made
15  sure all shifts were covered, things of that
16  nature.
17    Q.  How many success coaches were you
18  managing initially and then over the course of
19  that year?
20    A.  We typically had four or five success
21  coaches working a shift per week.
22    Q.  Okay.  And was anybody else involved
23  in managing your directing the success coaches
24  during that time?
25    A.  Sharon King.

66

1    Q.  Was Mr. Juravin involved at all in
2  that?
3    A.  No.
4    Q.  Do you know whether Mr. Juravin was
5  aware of what the success coaches were doing as a
6  general matter?
7    A.  Yes.
8    Q.  And what's the basis of your
9  understanding that he was aware of what they were
10  doing?
11    A.  Being monitored.
12    Q.  Monitored how?
13    A.  As far as LiveChat.
14    Q.  So Mr. Juravin was monitoring the
15  success coaches in LiveChats?
16    A.  At time to time, yes.
17    Q.  LiveChats with whom?
18    A.  We had an online chat where customers
19  could ask questions online and we would answer
20  them online.
21    Q.  Do you remember the name of the
22  service or the infrastructure for the live chat
23  taking place?
24    A.  LC, it was just called LiveChat.
25    Q.  Okay.  And Mr. Juravin could monitor

67

1  any LiveChat that was ongoing with any customer
2  between a customer and a success coach at any
3  time?
4    A.  Yes.
5    Q.  And was that true throughout the time
6  that you were managing the success coaches?
7    A.  Yes.
8    Q.  Okay.  And did that continue to be
9  true even after that?
10    A.  Yes.
11    Q.  Okay.  And looking at Exhibit 9, it
12  looks like there is some sort of -- you know,
13  there are some time readouts and looks like a
14  dialogue, correct?
15    A.  Yes.
16    Q.  What was the form of this originally;
17  was this something that came in through instant
18  messaging, through online chat, what was -- could
19  you describe what this was?
20    A.  I'm thinking that it was LiveChat --
21  I mean, I'm thinking it was text message.
22    Q.  Okay.
23    A.  I'm not sure.
24    Q.  Okay.  And were you then demoted from
25  managing the success coaches?

68

1    A.  Yes.
2    Q.  Was that temporarily or permanently?
3    A.  Permanently.
4    Q.  Okay.  And what sort of things did
5  you do in supervising the success coaches, what
6  sort of interactions did you have with them?
7    MR. STALF:  When she was manager?
8    MR. SETTLEMYER:  That's correct.
9    THE WITNESS:  I basically did the
10  schedule, made sure their shifts were covered.  We
11  usually had group meetings just to discuss, you
12  know, how we were handling calls and things of
13  that nature.
14  BY MR. SETTLEMYER:
15    Q.  Did the success coaches when you were
16  managing them have resources like frequently asked
17  questions or the Roca Labs website or other things
18  that they were supposed to be referring to in
19  responding to customers?
20    A.  Yes.
21    Q.  What were those materials they were
22  supposed to be referring to?
23    A.  We mostly used the website.
24    Q.  Roca Labs dot com?
25    A.  Yes.  All of the answers to the

69

1  questions could be referred to on the website.
2      Q.  Okay.  How familiar were you,
3  personally, with the Roca Labs website as of
4  December 2014?
5      A.  I was pretty familiar with it.
6      Q.  Would you say that you had seen most
7  of the pages on the website around that time?
8      A.  Yes.
9      Q.  And did you refer to many of the
10 pages multiple times a day?
11     A.  Yes.
12     Q.  And did you also -- were you familiar
13 with the videos on the site around that time?
14     A.  I can't remember the videos at the
15 time.
16     Q.  Did you ever watch the videos that
17 were on the Roca Labs dot com website?
18     A.  Yes.
19     Q.  Okay.  What proportion of them,
20 roughly speaking, do you think you watched of the
21 Roca Labs dot com website videos?
22     A.  I watched Robert's, Roger's, Liz's,
23 Marilyn's, Brian's, probably five.
24     Q.  So those are more of the success
25 stories, testimonials, correct?

70

1      A.  Yes.
2      Q.  Were there other videos that you
3  watched that had, you know, any actors in them or
4  anything like that?
5      A.  The website changed from time to
6  time, but there were videos, instruction videos
7  and videos about the product, yes.
8      Q.  Okay.  All right.  Moving along --
9  circle back real quick before I introduce another
10 exhibit.  I just have a quick question about going
11 back to your purchase process, going back to 2012
12 when you first bought the Roca Labs product.
13     A.  (Nodding head.)
14     Q.  Do you recall seeing any information
15 requesting health insurance from you and other
16 customers when you were making the application?
17     A.  Yes.
18     Q.  Did you provide health insurance
19 information?
20     A.  Just the name of my insurance
21 provider.
22     Q.  Do you know if Roca Labs checked on
23 whether or not you, in fact, had insurance?
24     A.  I'm not sure of that.
25     Q.  Okay.  And do you recall agreeing to

71

1  a terms and conditions document at the time you
2  made a purchase?
3      A.  Yes.
4      Q.  Did you read the terms and conditions
5  document at that time?
6      A.  Not all of it.
7      Q.  Did you read some of it?
8      A.  Yes.
9      Q.  When you purchased the product from
10 Roca Labs in 2012, were you aware of any
11 requirement that you not make any negative comment
12 about the company?
13     A.  Yes.
14     Q.  And what was your understanding of
15 what was required of you?
16     A.  My understanding was that I was
17 not -- I shouldn't talk about the company in a
18 negative way.
19     Q.  Or else what would happen?
20     A.  I believe it said something about
21 that he could sue you.
22     Q.  Okay.  Do you remember seeing
23 anything about that requirement anywhere other
24 than the terms and conditions when you bought the
25 product?

72

1      A.  I don't remember that far back.
2      Q.  All right.  Moving along to the next
3  exhibit, I'd like marked as Exhibit 10
4  FTC-PROD-014280.
5          (Thereupon, Plaintiff's Exhibit No.
6  10, a 1-page memo dated 4/2/2015, FTC-PROD-014280,
7  was marked for purposes of identification.)
8  BY MR. SETTLEMYER:
9      Q.  Ms. Hensley, do you recognize Exhibit
10 10?
11     A.  Yes.
12     Q.  Do you recognize it from your
13 records?
14     A.  Yes.
15     Q.  What is Exhibit 10?
16     A.  It's stating that I have been working
17 with Roca Labs since March of 2013.
18     Q.  And do you recall the occasion for
19 Ms. King preparing this letter?
20     A.  Yes.
21     Q.  What was the occasion for this
22 letter?
23     A.  I was refinancing my house.
24     Q.  Okay.  Moving on to Exhibit 11 --
25 what I would like marked as Exhibit 11.

89

1   are not from Don Carl Juravin, that are from
2   another source, that relate to your Roca Labs
3   work?
4        A.   Yes.
5        Q.   Yes?
6             MR. STALF:  You've got to wait for
7   him to finish asking his question.  Try again.
8   BY MR. SETTLEMYER:
9        Q.   So other than the payments shown in
10  Exhibit 18 from Don Carl Juravin, are there other
11  payment sources shown in Exhibit 18 for your work
12  with Roca Labs?
13       A.   No.
14       Q.   Okay.  So all of the entries shown in
15  Exhibit 18 as payments from Don Carl Juravin
16  relate to your work for Roca Labs?
17       A.   Yes.
18       Q.   Okay.  The next document I'd like
19  marked as Exhibit 19 has the first page number
20  FTC-PROD-013920.
21            (Thereupon, Plaintiff's Exhibit No.
22       19, multiple pages of Activity PayPal,
23       FTC-PROD-013920 through 013947, was marked for
24       purposes of identification.)
25  BY MR. SETTLEMYER:

90

1        Q.   Ms. Hensley, I'm handing you what's
2   been marked as Exhibit 19.  Do you recognize
3   Exhibit 19 from your records?
4        A.   Yes.
5        Q.   What is Exhibit 19?
6        A.   Don started paying via PayPal, so
7   these are my PayPal records.
8        Q.   So looks like the latest date on here
9   is on the first page of December 30th, 2015, and
10  then there's payments on the last page dated
11  January 2nd, 2015; is that correct?
12       A.   Correct.
13       Q.   So do you think this represents your
14  PayPal activity for all of 2015?
15       A.   Yes.
16       Q.   Okay.  And it looks like the first
17  payment on the first page is payment from Roca
18  Labs Healthy Weight; do you see that?
19       A.   Yes.
20       Q.   What is that payment for?
21       A.   That's from Don Juravin.
22       Q.   For your work in connection with Roca
23  Labs?
24       A.   Yes.
25       Q.   And then there are other payments,

91

1   like on the third page, it looks like there are
2   payments to Marilon Cox and Brian Medeiros,
3   correct?
4        A.   Yes.
5        Q.   And what are those payments for?
6        A.   Those were success coaches.
7        Q.   And you paid them out of PayPal?
8        A.   Yes.
9             MR. SETTLEMYER:  Okay.  Off the
10  record a second.
11            (Off the record.)
12  BY MR. SETTLEMYER:
13       Q.   Ms. Hensley, could you turn to the
14  page marked at the bottom 013934?  It's about 15
15  pages in, I believe.
16       A.   Yes.
17       Q.   Okay.  Down towards the bottom,
18  there's an August 16, 2015 payment for Must Cure
19  Obesity Co.?
20       A.   Yes.
21       Q.   What is that payment for?
22       A.   It's from Don Juravin.
23       Q.   For doing what?
24       A.   Payment for work.
25       Q.   Skipping to the next page, 935 at the

92

1   bottom, there's other payments from Must Cure
2   Obesity Co., correct?
3        A.   Yes.
4        Q.   And what were those payments for?
5        A.   Work.
6        Q.   Again, for Roca Labs?
7        A.   For Roca Labs.
8        Q.   Okay.  And at what point do you
9   recall you started -- did you start being paid by
10  Must Cure Obesity?
11       A.   I'm really not sure.
12       Q.   What's your understanding of what
13  Must Cure Obesity was or is?
14       A.   The company name changed.
15       Q.   The Roca Labs company name changed?
16       A.   Roca Labs.
17       Q.   Is there any difference you noted
18  during your work for Roca Labs between Roca Labs,
19  Inc. and Must Cure Obesity?
20       A.   No.
21       Q.   And Mr. Juravin was in charge of Must
22  Cure Obesity?
23       A.   Yes.
24       Q.   Okay.  Looking at the page marked at
25  the bottom 013942, which is I think the 23rd page

101

1  the position -- I don't know that she's got
2  anything negative to say.  But are you saying that
3  she's bound to not answer that question by some
4  stretch, because I don't want to get her in
5  trouble if that's the position you guys are
6  taking?
7        MS. MARTENY:  No, no.
8        MR. SETTLEMYER:  There is a court
9  order, the preliminary injunction does have a
10  provision that does speak to the ability of people
11  to cooperate with the case and investigation.
12        MR. STALF:  Okay.
13        MR. SETTLEMYER:  I can provide you a
14  copy of that, if you want.
15        MR. STALF:  I'd like a copy at some
16  point, it doesn't need to be today, but that's
17  good to know.  Thanks.
18        MR. SETTLEMYER:  Sure.
19  BY MR. SETTLEMYER:
20        Q.  Ms. Hensley, I'm going to hand you a
21  document that's been marked as Exhibit 22.  Do you
22  recognize Exhibit 22 from your business records?
23        A.  Yes.
24        Q.  What is Exhibit 22?
25        A.  This is just documentation explaining

102

1  what it is, how it works.
2        Q.  What is the it you're referring to?
3        A.  I'm sorry.  Roca Labs.
4        Q.  The Roca Labs formula?
5        A.  Yes, the regimen.
6        Q.  The regimen.  Do you see a
7  distinction between the regimen and the formula?
8        A.  No.
9        Q.  Okay.  And in terms of the content of
10  Exhibit 22, do you know who is responsible for the
11  content of this document, who created it and so
12  forth?
13        A.  No, I don't.
14        Q.  Do you remember how you came to have
15  Exhibit 22?
16        A.  It was e-mailed to me.
17        Q.  By whom?
18        A.  Sharon.
19        Q.  Do you recall about when Exhibit 22
20  was e-mailed to you by Ms. King?
21        A.  I don't remember.
22        Q.  Okay.  Do you think it was earlier or
23  later in your work with Roca Labs?
24        A.  I don't remember.
25        Q.  Okay.  Did you ever refer to Exhibit

103

1  22 in your work with Roca Labs?
2        A.  Yes.
3        Q.  In what context would you refer to
4  Exhibit 22?
5        A.  If someone had a question that I
6  wasn't familiar with, I would read the information
7  from this sheet.
8        Q.  Okay.  By someone, you would mean a
9  prospective customer?
10        A.  A prospective customer.
11        Q.  Or an actual customer, perhaps, who
12  reached you?
13        A.  Yes.
14        Q.  And you would basically provide them
15  in telephonic or e-mail form or other form?
16        A.  Telephone.
17        Q.  Telephone?
18        A.  (Nodding head.)
19        Q.  Okay.  So you used Exhibit 22 as a
20  source of information to provide to customers and
21  prospective customers of Roca Labs in your
22  telephone conversations with them, right?
23        A.  Yes.
24        Q.  Okay.
25        (Thereupon, Plaintiff's Exhibit No.

104

1  23, a 2-page document titled Hi, FTC-PROD-014175
2  and 014176, was marked for purposes of
3  identification.)
4  BY MR. SETTLEMYER:
5        Q.  Looking at the document marked as
6  Exhibit 23 I'm handing you now, can you identify
7  Exhibit 23 from your records, Ms. Hensley?
8        A.  No.
9        Q.  You don't recognize it at all?
10        A.  No.
11        Q.  Okay.  Do you have any idea how you
12  came to have Exhibit 23 in your files?
13        A.  It was most likely e-mailed to me.
14        Q.  Okay.  Looking at the bottom half of
15  the first page of Exhibit 23, do you see any
16  discussion in there that looks like anything that
17  you might have written or contributed to?
18        A.  No.
19        Q.  Okay.
20        (Thereupon, Plaintiff's Exhibit No.
21  24, a 2-page document titled Gender,
22  FTC-PROD-014173 and 014174, was marked for
23  purposes of identification.)
24  BY MR. SETTLEMYER:
25        Q.  Next, I'm going to hand you a

117

1 Labs site while you were working as a success
2 coach or otherwise about consumers' information
3 entered into the questionnaire being kept
4 confidential?
5      A.  I don't remember.
6      Q.  Okay.  And then right underneath
7 that, there's a reference to 500,000 video users
8 on You Tube dot com slash Roca Labs; do you see
9 that?
10     A.  On which page?  I'm sorry.
11     Q.  On the page 14208 that you were just
12 on, just right underneath can I get a sample.
13     A.  Oh, okay.
14     Q.  Okay.  So are you familiar with
15 500,000 video users on Roca Labs dot com?
16     A.  No.
17     Q.  Do you think there were that many
18 testimonials about Roca Labs dot com?
19     A.  I'm not sure.
20     Q.  All right.  Do you have any
21 understanding of what basis there might be for the
22 number, 500,000 video users?
23     A.  No.
24     Q.  All right.  Going to the page marked
25 014212, up at the top, there's a reference to

118

1 customers do not have to agree to the terms and
2 purchase at the regular price, and you were able
3 to not agree.  Do you recall what the regular
4 price was of the Roca Labs formula?
5      A.  When I started, it was 480 --
6      Q.  Okay.
7      A.  -- for a three-month supply.
8      Q.  Were you ever informed when you
9 purchased the Roca Labs product that you were
10 getting a discount for agreeing not to say
11 anything negative?
12     A.  No.
13     Q.  Do you recall having that
14 understanding at any time while you were working
15 for Roca Labs that customers were getting a
16 discount off of the regular price for agreeing not
17 to comment negatively?
18     A.  No.
19     Q.  Okay.  Look at the second-to-the-last
20 page or middle of page 4223.  You'll see there a
21 list of numbers beginning with actually
22 alphanumeric characters, J 43921 and another
23 series of numbers with the J prefix; do you see
24 that?
25     A.  Yes.

119

1      Q.  What do those numbers indicate to
2 you?
3      A.  Those were file numbers for
4 customers.  Q Plus would mean that they had filled
5 everything out but they didn't pay.  The J numbers
6 was clients, the file number.
7      Q.  And with that J number, that file
8 number, that's something that was assigned to a
9 customer at the time they placed an order; is that
10 right?
11     A.  Not when they placed an order.  When
12 they specifically filled out the qualification
13 form.
14     Q.  Okay.  So sometimes there could be a
15 J number without a following purchase that they
16 were, say, denied, for example?
17     A.  Correct.
18     Q.  So information that was obtained in
19 the qualification process could be retrieved by
20 Roca Labs using the J number, then?
21     A.  Yes.
22     Q.  Okay.  Who would be able to do that
23 and how?
24     A.  The system we used, you would just
25 copy and paste that into the search bar and their

120

1 information would come up.
2      Q.  That being the J number?
3      A.  The J number.
4      Q.  Right.  And where was that coming
5 from?  I mean, what were you logging into to get
6 to that information?
7      A.  The system we were using, and I'm not
8 sure of the name of it -- Team Desk.
9      Q.  Team Desk?
10     A.  Team Desk.
11     Q.  Okay.  How long was Roca Labs using
12 Team Desk that you recall?
13     A.  The entire time.
14     Q.  And that would be a -- would
15 information be purged from Team Desk about
16 customers periodically or would that just be
17 maintained?
18     A.  That, I'm not sure of.
19     Q.  Okay.  Did you ever have any occasion
20 to retrieve customer information using a J number
21 from Team Desk?
22     A.  Yes.
23     Q.  How frequently would you do that?
24     A.  It would just depend.  If a customer
25 called back and they had filled everything out,

125

1    Q.   Okay.  So on the next page, 014238 at
2  the bottom, up at the top of the page, there is a
3  mention after Assigned To:  Coach to reply and
4  share their success.  If they say it's a scam,
5  waste of money, delete and ban user.  Do you see
6  that?
7    A.   Yes.
8    Q.   What is meant by delete and ban user?
9    A.   On social media, the Agora, this was
10 used later on, if a customer would post a negative
11 post, it would be on Facebook and they would ban
12 and delete that person so they could no longer
13 post negatives about Roca Labs.
14   Q.   Ban them from the Roca Labs page?
15   A.   Yes.
16   Q.   Not try to ban them from Facebook?
17   A.   I believe it was the Roca Labs page.
18   Q.   Do you think that anyone was
19 attempting to ban people from Facebook or get them
20 kicked off of Facebook for giving a negative
21 comment about Roca Labs?
22   A.   I'm not sure.
23   Q.   Do you know who would be responsible
24 for dealing with negative comments during this
25 time frame?

126

1    A.   I would say Jenna.
2    Q.   Okay.
3    A.   I did some of the Agora, but not a
4  lot of it because I didn't like it.
5    Q.   Okay.  I may have asked you this
6  already, but do you remember about when you
7  started working with Agora?
8    A.   It was definitely after Jenna
9  started, so late '15, early '16.
10   Q.   Okay.  All right.
11       (Thereupon, Plaintiff's Exhibit No.
12 28, a multi-page document titled Learn,
13 FTC-PROD-014252 through 014262, was marked for
14 purposes of identification.)
15 BY MR. SETTLEMYER:
16   Q.   Let's take a look at the document
17 I've marked as Exhibit 28.  Tell me if you
18 recognize Exhibit 28 from your records.
19   A.   Yes.
20   Q.   What is Exhibit 28?
21   A.   It's similar to the previous -- it is
22 the previous.
23   Q.   Is it exactly the same?  I don't
24 think it is.  Look at the third page maybe.
25   A.   Right, the third page is different.

127

1    Q.   Okay.  Let's stay focused on that
2  third page for just a moment.  There's a heading:
3  Examples for Exchanging the Word Loss, Lose; do
4  you see that?
5    A.   Yes.
6    Q.   Do you have an understanding of why
7  there was an aversion to the word lose or loss?
8    A.   Don didn't like us using that.
9    Q.   Did he say why?
10   A.   No.
11   Q.   Do you have any understanding of why
12 he didn't like that term?
13   A.   No.
14   Q.   Okay.  Did you, in fact, comply with
15 the instruction to avoid the word lose or loss in
16 referring to weight reductions?
17   A.   Yes.
18   Q.   And do you have an understanding of
19 the language that was suggested that's different
20 from the word lose or loss?
21   A.   Yes.  He just said it sounded more
22 professional.
23   Q.   Okay.  All right.  Do you know, if
24 it's different, who is responsible for the content
25 of Exhibit 28?

128

1    A.   I would say Sharon and Jenna.
2    Q.   Okay.
3       MR. STALF:  But do you know?
4       THE WITNESS:  I don't know.
5  BY MR. SETTLEMYER:
6    Q.   Okay.  Let's look at the page near
7  the back of Exhibit 28 with 014260 at the bottom
8  with the top heading Term slash No Bad Comments
9  Allowed.
10   A.   Um-hmm.
11   Q.   Okay.  Do you see in the second line,
12 there's a reference to 80,000 search results when
13 looking for You Tube Roca Labs or You Tube dot com
14 slash Roca Labs reviews, at the very top?
15   A.   Oh, okay.
16   Q.   Okay.  Do you know what that sentence
17 is referring to in terms of 80,000 search results?
18   A.   I'm not sure.
19   Q.   Okay.  Going down a couple of lines,
20 there's a reference to -- I'll read out the
21 sentence:  All that was achieved because we care.
22 In order to protect the customers we love so
23 dearly and since we know that a great deal of
24 mental support is needed to be successful in
25 fighting the fat, we had established European

133

1    A.  No.
2    Q.  Okay.  Do you know if any of the
3  other success coaches posted blogs about
4  themselves here?
5    A.  I know Roger did.
6    Q.  That he posted his own story?
7    A.  Yes.
8    Q.  Okay.  What about the others?
9    A.  I'm not sure about the others.
10   Q.  Okay.  Now, is this blog shown in
11  Exhibit 30 one of the ones that you and your
12  success coaches were asked to comment on?
13   A.  Yes.
14   Q.  Okay.  And let's look at Exhibit 31.
15      (Thereupon, Plaintiff's Exhibit No.
16  31, a 3-page Roca Labs Natural Formula Reviews,
17  FTC-PROD-00326 through 00328, was marked for
18  purposes of identification.)
19  BY MR. SETTLEMYER:
20   Q.  Do you recognize the text and
21  information in Exhibit 31?
22   A.  On the second page?
23   Q.  Well, just generally.  Is that
24  Exhibit 31?
25   A.  Yes.

134

1    Q.  Yeah.  So let's start with the first
2  page, this is a blog with your story; is that
3  right?
4    A.  Yes.
5    Q.  Okay.  And this is the same one that
6  was written by Sharon King based on the
7  information you gave her, right?
8    A.  Yes.
9    Q.  Okay.  And then turning to page 2 and
10  3, what do you see on those pages?
11   A.  I see, I assume, comments.  It's
12  pretty small.
13   Q.  I'm sorry, it is very small.
14   A.  Yes, it's comments.
15   Q.  Do you know if you or any of the
16  other success coaches posted those comments?
17   A.  I did not.
18   Q.  But do you know if any of the others
19  did?
20   A.  I'm not sure.
21   Q.  Okay.  When you and the other success
22  coaches were asked to post comments on these
23  blogs, were you under any instruction to make your
24  association with Roca Labs known in the comments?
25      MS. MARTENY:  Object to form.

135

1  BY MR. SETTLEMYER:
2    Q.  Let me re-ask that.  Did you comment
3  on any of the blogs shown or listed in Exhibit 29?
4    A.  Yes, I believe Roger's.
5    Q.  Okay.  When you commented on Roger's
6  blog, did you indicate in your comment that you
7  were associated with Roca Labs?
8    A.  No.
9    Q.  Okay.  Were you given any
10  instructions about whether or not to say you were
11  associated with Roca Labs in making comments?
12   A.  No.
13   Q.  Did you have an understanding of
14  whether or not you were supposed to?
15   A.  I don't remember.
16   Q.  Do you know why Sharon King sent you
17  the instructions to promote the blogs on -- listed
18  in Exhibit 29?
19   A.  I'm not sure.
20   Q.
21      (Thereupon, Plaintiff's Exhibit No.
22  32, 1 page of e-mails, the top being dated 11/6/14
23  to Sharon Hensley from Sharon King,
24  FTC-PROD-014438, was marked for purposes of
25  identification.)

136

1  BY MR. SETTLEMYER:
2    Q.  Let's look at Exhibit 32.  Do you
3  recognize Exhibit 32 from your records?
4    A.  Yes.
5    Q.  What is Exhibit 32?
6    A.  It's a follow-up from a previous
7  e-mail that Don wanted to share positives about
8  Roca Labs and she gave the BBB link.
9    Q.  She being Sharon King?
10   A.  Sharon King.  I'm sorry.
11   Q.  And e-mailing you on October 6th,
12  2014?
13   A.  Yes.
14   Q.  Okay.  And did you put a comment on
15  Roca Labs on the BBB website?
16   A.  Yes, I did.
17   Q.  Was that about the same day that you
18  would have gotten this or soon after?
19   A.  Soon after.
20   Q.  Okay.  Do you remember whether you
21  said anything in your comment on the Florida BBB
22  website about your association with Roca Labs?
23   A.  I don't remember.
24   Q.  Okay.  Do you recall the conversation
25  referred to with Don on the phone call last night

137

1 described in Exhibit 32?
2     A.  Yes.
3     Q.  What was that conversation about?
4     A.  He wanted us to post -- because there
5 was so much negativity, he wanted us to post the
6 positives on how it helped us.
7     Q.  Okay.  All right.
8     A.  Us being success coaches.
9     Q.  Okay.
10         (Thereupon, Plaintiff's Exhibit No.
11 33, a 1-page e-mail dated 10/10/14 to Sharon
12 Hensley from Sharon King, FTC-PROD-014440, was
13 marked for purposes of identification.)
14 BY MR. SETTLEMYER:
15     Q.  Let's look at Exhibit 33.  Do you
16 recognize Exhibit 33 from your records?
17     A.  Yes.
18     Q.  What is Exhibit 33?
19     A.  It's another post, blog, that she
20 forgot to tell me on the previous e-mail.
21     Q.  Just back up.  So this is an e-mail
22 from Sharon King to you dated October 10, 2014; is
23 that right?
24     A.  Yes.  I'm sorry.
25     Q.  That's okay.  All right.  So what are

138

1 the items she's referring to in these links?
2     A.  I'm assuming it's to post positive
3 comments.
4     Q.  Okay.  In response to what in
5 particular?
6     A.  I'm not sure.
7     Q.  Okay.
8     A.  I'm not sure what the links are, so I
9 can't --
10     Q.  You don't have a recollection of what
11 they refer to?
12     A.  I don't have a recollection of that.
13     Q.  Were there other times you were asked
14 to post positive comments on Facebook links about
15 Roca Labs?
16     A.  Yes.
17     Q.  About how often?
18     A.  I'm not sure.
19     Q.  More than once a week?
20     A.  No.
21     Q.  Maybe every month or so?
22     A.  Every month or so.
23     Q.  Okay.  And who would ask you to do
24 that?
25     A.  Sharon.

139

1     Q.  Would Don ever ask you to do that?
2     A.  Yes.
3     Q.  Okay.  And in terms of the types of
4 comments you posted, what would you typically be
5 stating in your comments?
6     A.  I only stated from my personal
7 experience, my weight loss, how long it took me.
8     Q.  Would you state any association
9 between you and Roca Labs in posting your
10 comments?
11     A.  No.
12     Q.  Were you ever given any instructions
13 one way or the other about posting -- stating your
14 affiliation with Roca Labs in your comments?
15     A.  No.  When we did Agora, we were
16 listed as a coach for Roca Labs.
17     Q.  But prior to that?
18     A.  Prior to that, no.
19     Q.  And would Don Juravin ever see the
20 posts you left on blogs and give you any feedback
21 on them?
22     A.  Yes.
23     Q.  And what would he -- what type of
24 comments would he tell you, give you?
25     A.  That I should have maybe worded it

140

1 differently.
2     Q.  Okay.  So he would give you basically
3 editorial critiques --
4     A.  Yes.
5     Q.  -- of your comments on forums, posts,
6 and blogs; is that correct?
7     A.  Yes.
8     Q.  And he would -- would he do the same
9 thing on Facebook posts?
10     A.  Yes.
11     Q.  Okay.  Let's look at Exhibit 34.
12         (Thereupon, Plaintiff's Exhibit No.
13 34, a 1-page e-mail dated 7/2/15 to Sharon Hensley
14 from Sharon King, FTC-PROD-014456, was marked for
15 purposes of identification.)
16 BY MR. SETTLEMYER:
17     Q.  Do you recognize Exhibit 34 from your
18 records?
19     A.  Yes.
20     Q.  What is Exhibit 34?
21     A.  This is from Sharon King stating that
22 she wanted the success users to post a positive
23 comment on the BBB.
24     Q.  Okay.  And this is sent in July of
25 2015?

157

1      (Thereupon, Plaintiff's Exhibit No.
2 **43, a 2-page What is Gastric Bypass Alternative,**
3 **FTC-PROD-005325 and 005326, was marked for**
4 **purposes of identification.)**
5 BY MR. SETTLEMYER:
6      **Q.  Are you familiar with the content of**
7 **Exhibit 43?**
8      A.  Yes.
9      **Q.  When do you think you first**
10 **encountered the content of Exhibit 43?**
11      A.  In the beginning.
12      **Q.  In the beginning from when you**
13 **purchased, do you think?**
14      A.  When I purchased.
15      **Q.  Okay.  Do you think you saw that**
16 **video?**
17      A.  Yes.
18      **Q.  Okay.  And do you know if this**
19 **information was consistently on the Roca Labs**
20 **website after you started working with them?**
21      A.  I'm not sure.
22      **Q.  Okay.  Do you remember seeing it**
23 **during the time you were working with Roca Labs?**
24      A.  Yes.
25      **Q.  Okay.  And let's look at Exhibit 44.**

158

1      (Thereupon, Plaintiff's Exhibit No.
2 **44, a 5-page Can My Child Take the Formula,**
3 **FTC-PROD-006244 through 006248, was marked for**
4 **purposes of identification.)**
5 BY MR. SETTLEMYER:
6      **Q.  Are you familiar with the content of**
7 **Exhibit 44?**
8      A.  Yes.
9      **Q.  And when did you first encounter the**
10 **content of Exhibit 44?**
11      A.  Probably the last year-and-a-half.
12      **Q.  So the 2014, 2015 time frame, you**
13 **think?**
14      A.  Correct.
15      **Q.  Okay.  Let's look at Exhibit 45.**
16      **(Thereupon, Plaintiff's Exhibit No.**
17 **45, a 4-page Gastric Bypass No Surgery Junior,**
18 **FTC-PROD-006259 through 006262, was marked for**
19 **purposes of identification.)**
20 BY MR. SETTLEMYER:
21      **Q.  Are you familiar with the content of**
22 **Exhibit 45?**
23      A.  Yes.
24      **Q.  And when did you first encounter the**
25 **content shown in Exhibit 45?**

159

1      A.  Probably a year-and-a-half ago.
2      **Q.  Okay.**
3      (Thereupon, Plaintiff's Exhibit No.
4 **46, a 2-page How Much Weight Can I Lose,**
5 **FTC-PROD-006311 and 006312, was marked for**
6 **purposes of identification.)**
7 BY MR. SETTLEMYER:
8      **Q.  And go to Exhibit 46, please.  And**
9 **are you familiar with the content in Exhibit 46?**
10      A.  Yes.
11      **Q.  Okay.  And when did you first**
12 **encounter the information in Exhibit 46?**
13      A.  Probably within the last year.
14      **Q.  Within the last year.  Okay.**
15      MR. STALF:  Within the last year of
16 your employment or --
17      THE WITNESS:  Employment, yes.
18 Sorry.
19 BY MR. SETTLEMYER:
20      **Q.  Okay.  And do you see the statement**
21 **near the top under:  How much weight can I lose?**
22 **17 pounds monthly weight loss on a consistent**
23 **basis is achievable in a successful regimen when**
24 **cutting 2,000 calories a day.  Do you see that**
25 **sentence?**

160

1      A.  Yes.
2      **Q.  Had you seen that sentence**
3 **previously, prior to the past year -- the last**
4 **year of employment?**
5      A.  Yes.
6      **Q.  And about when do you think you saw**
7 **that?**
8      A.  I believe when I purchased.
9      **Q.  Okay.  Do you know who's responsible**
10 **for that statement?**
11      A.  I'm not sure.
12      **Q.  Okay.**
13      (Thereupon, Plaintiff's Exhibit No.
14 **47, a 3-page Roca Labs Procedure Cost,**
15 **FTC-PROD-006315 through 006317, was marked for**
16 **purposes of identification.)**
17 BY MR. SETTLEMYER:
18      **Q.  Looking at Exhibit 47, are you**
19 **familiar with the content of Exhibit 47?**
20      A.  Yes.
21      **Q.  Okay.  What is Exhibit 47?**
22      A.  It's the cost of the regimen page.
23      **Q.  Okay.  And when do you think you**
24 **first encountered this content on Exhibit 47?**
25      A.  I'm not sure, but the prices are more

161

1  expensive, so I'm not sure on this one.
2      **Q.   What about anything aside from the**
3  **prices, the general discussion of pricing and**
4  **options?**
5      A.   Probably within the last year of
6  employment.
7      **Q.   Okay.  Did you see anything similar**
8  **when you were purchasing the product?**
9      A.   Yes.
10     **Q.   What do you think you saw when you**
11 **were purchasing the product that was similar?**
12     A.   The price -- the layout of the page.
13     **Q.   The layout of the page?**
14     A.   Yes.
15     **Q.   What about references to the basic,**
16 **advanced, premium options?**
17     A.   That was on when I purchased, yes.
18     **Q.   And looking into the next couple of**
19 **pages, were the same types of images being shown**
20 **in terms of the activator, and the scoops, and the**
21 **bags, and so forth?**
22     A.   Yes.
23         (Thereupon, Plaintiff's Exhibit No.
24 48, a 2-page No Menus, No Diet Restrictions,
25 FTC-PROD-006329 and 006330, was marked for

162

1  purposes of identification.)
2  BY MR. SETTLEMYER:
3      **Q.   Okay.  And then looking at Exhibit**
4  **48, are you familiar with the content of Exhibit**
5  **48?**
6      A.   Yes.
7      **Q.   And when did you first encounter the**
8  **Exhibit 48 content?**
9      A.   When I purchased.
10     **Q.   Okay.  And was this content available**
11 **during -- at other times when you were working**
12 **with Roca Labs?**
13     A.   Yes.
14     **Q.   Okay.  Do you recall seeing this**
15 **particular video shown on the first page of**
16 **Exhibit 48?**
17     A.   No.
18     **Q.   You don't recall seeing that?**
19     A.   No.
20     **Q.   Are you not sure whether you've seen**
21 **it or not or you just don't recall?**
22     A.   I don't recall seeing it.
23         (Thereupon, Plaintiff's Exhibit No.
24 49, a 3-page Money Back Reward for Your True
25 Success Story, FTC-PROD-006326 through 006328, was

163

1  marked for purposes of identification.)
2  BY MR. SETTLEMYER:
3      **Q.   Looking at Exhibit 49, are you**
4  **familiar with the content of Exhibit 49?**
5      A.   Yes.
6      **Q.   Okay.  And when do you think you**
7  **first encountered the Exhibit 49 content?**
8      A.   Probably a year-and-a-half before my
9  resignation.
10     **Q.   Okay.  Do you think -- was there**
11 **anything similar on the website when you first**
12 **purchased the Roca Labs formula?**
13     A.   No.
14     **Q.   Okay.  Do you know when the money**
15 **back reward for true success story policy was**
16 **implemented first?**
17     A.   I think that was available when I
18 purchased.
19     **Q.   Okay.  But you don't remember seeing**
20 **that at the time?**
21     A.   It was on the website when I
22 purchased.
23     **Q.   Okay.  So you did see it, you think?**
24     A.   Yes.
25     **Q.   Okay.**

164

1          **(Thereupon, Plaintiff's Exhibit No.**
2  **50, a 4-page Roca Labs Reviews, FTC-PROD-005327**
3  **through 005330, was marked for purposes of**
4  **identification.)**
5  BY MR. SETTLEMYER:
6      **Q.   Looking at Exhibit 50, do you**
7  **recognize the content in Exhibit 50?**
8      A.   Yes.
9      **Q.   Okay.  Let's go through this one in a**
10 **little bit more detail.  First of all, when do you**
11 **think you first encountered the sum of the content**
12 **on Exhibit 50?**
13     A.   I actually was on the shoot with
14 Darlene Globe for her video.
15     **Q.   Explain what you mean by you were on**
16 **the shoot.  You actually attended and helped in**
17 **the process of the filming of her, you mean?**
18     A.   Yes.
19     **Q.   Okay.  Do you recall when that was?**
20     A.   I want to say September of '13,
21 around.
22     **Q.   Okay.  Did she have a script?**
23     A.   No, she did not.
24     **Q.   Okay.  And who did the editing on**
25 **that video?**

165

1   A.  I believe Don and Brad.
2       Q.  Okay.  Do you recognize any of the
3   other individuals shown in the stills on Exhibit
4   50?
5       A.  Yes.
6       Q.  Can you go through -- and let's just
7   go one by one.  You mentioned Darlene.  And who is
8   Sister Ann?
9       A.  Sister Ann is a nun from Los Angeles.
10      Q.  Were you involved in her video shoot?
11      A.  I did go, yes.
12      Q.  Okay.  Do you remember when that was?
13      A.  It was a week after Darlene's, in
14  September of '13.
15      Q.  Okay.  Moving over to the right to
16  Nancy B., do you know who Nancy B. Is?
17      A.  Yes.  That's actually Nancy Boland,
18  yes.
19      Q.  Were you involved in a video shoot
20  for her as well?
21      A.  Yes.
22      Q.  And that was around the same time
23  frame?
24      A.  Yes.
25      Q.  And was Mr. Juravin involved in that

166

1   video shoot?
2       A.  What do you mean, was he involved?
3       Q.  Well, did he have any input into the
4   video being made or any of the content of the
5   video?
6       A.  Yes.
7       Q.  Okay.  And what about for Sister
8   Ann's video, did Mr. Juravin have input into that?
9       A.  Yes.
10      Q.  Similarly, with Darlene's, did Mr. --
11      A.  Yes.
12      Q.  And let's turn to the next page,
13  there's an individual named Terez.  Are you
14  familiar with Terez?
15      A.  Yes.
16      Q.  And was this video one that she
17  submitted or one that was produced with people
18  from Roca Labs?
19      A.  I believe Terez had her own You Tube
20  following.
21      Q.  Okay.  And what about the next one
22  over to the right, Gastric Bypass Alternative
23  Success Story, are you familiar with that one?
24      A.  No.
25      Q.  What about Gastric Bypass Success

167

1   Stories 125, that one?
2       A.  No.
3       Q.  What about the next row down, Roca
4   Labs Reviews By Scotty Senior, are you familiar
5   with that?
6       A.  No.
7       Q.  Do you know if any of these were on
8   the Roca Labs website when you purchased?
9       A.  I don't believe so.
10      Q.  Okay.
11      A.  Oh, she was, she was.
12      Q.  You're pointing to a woman in black
13  with the wording Senior Gastric Bypass Before and
14  After Pictures for Roca Labs?
15      A.  Yes.
16      Q.  Did you watch that video?
17      A.  Yes.
18      Q.  And I'm going to go back up to the
19  second row again.  Roca Labs Review By Breast
20  Feeding, Lost Two Pant Sizes in Five Weeks, are
21  you familiar with that video?
22      A.  No.
23      Q.  Okay.  And what about the next one
24  over, Gastric Bypass Before and After, Tonya, Roca
25  Labs?

168

1   A.  No.
2       Q.  What about the next row down, My Life
3   Story?
4       A.  No.
5       Q.  What about the next one in the
6   middle, Fast Weight Loss For Wedding Or Special
7   Occasion?
8       A.  No.
9       Q.  Roca Labs Review by 117?
10      A.  No.
11      Q.  Gastric Bypass Affect, Carla Dropped
12  Four Pant Sizes?
13      A.  Yes.
14      Q.  Did you watch that video?
15      A.  She actually was an employee of Roca
16  Labs.
17      Q.  What was her name?
18      A.  She went by Carla.
19      Q.  Do you know around when she worked
20  with Roca Labs?
21      A.  She worked with Roca Labs when I
22  started.
23      Q.  Okay.  Do you know when she left?
24      A.  I'm not sure of that.
25      Q.  Okay.  What was Carla's role in the

169

1 company, as you understood it?
2     A.  Customer support.
3     Q.  Okay.  And where was she based; do
4 you recall?
5     A.  California.
6     Q.  Okay.  And this video, was this on
7 the Roca Labs website when you purchased?
8     A.  No.
9     Q.  Okay.  Do you know when it was put on
10 the website?
11     A.  I'm not sure of that.
12     Q.  But you weren't involved with the
13 production of that?
14     A.  She was actually out in Los Angeles
15 when I was, when I did my video.
16     Q.  Okay.  So you did them concurrently?
17     A.  Yes.
18     Q.  But you weren't responsible for
19 helping her put it together?
20     A.  No.
21     Q.  Okay.  What about the next one over
22 on that row, Roca Labs Testimony?
23     A.  No.
24     Q.  You've already mentioned Senior
25 Gastric Bypass Before and After.  Going down the

170

1 next row, I Promise It Works?
2     A.  No.
3     Q.  What exercise -- What Exactly is Roca
4 Labs, Review of Roca Labs By No. 2008?
5     A.  No.
6     Q.  And Gastric Bypass Success Stories 8?
7     A.  No.
8     Q.  Turning to the next page, Gastric
9 Bypass Success Stories, 12?
10     A.  No.
11     Q.  Gastric Bypass Success Stories 14,
12 Spanish?
13     A.  No.
14     Q.  Extreme Weight Loss For 100 Plus
15 Pounds to Lose, Real Story, Meet Ira?
16     A.  No.
17     Q.  Next row down, Lost Pregnancy Weight
18 With Gastric Bypass Formula?
19     A.  I watched that before I purchased.
20     Q.  Was that consistently on the website
21 during the time you were working with Roca Labs?
22     A.  I believe just in the beginning.  I
23 don't recall the whole time.
24     Q.  Do you know who that individual is in
25 the lost pregnancy weight?

171

1     A.  No, I don't.  I believe it's mother
2 and daughter.
3     Q.  Okay.  Let me go back to the page
4 before.  Let me ask you about senior gastric
5 bypass, which you said that you had seen, the
6 woman in the black shirt.  Was that video on the
7 website when you were working with Roca Labs as
8 well?
9     A.  I just remember when I purchased, I
10 seen her video on the site.
11     Q.  Okay.  And then going back to the
12 next page, second row across, second row down,
13 middle column, Roca Labs Gastric Bypass No Surgery
14 Day One?
15     A.  No.
16     Q.  And Gastric Bypass Success Stories
17 10?
18     A.  No.
19     Q.  Then, the next row down, Roca Labs
20 Reviews by Lauren and Donna, is that --
21     A.  I watched that when I purchased, but
22 I don't recall it being on there too much longer
23 after, like when I started working.
24     Q.  Okay.  And do you know who those two
25 individuals depicted in that video are?

172

1     A.  No, I do not.
2     Q.  Okay.  Next row over, next column
3 over, Gastric Bypass Success Stories 4?
4     A.  No.
5     Q.  You don't know -- End of Week 4, Roca
6 Labs Formula, 18 Down?
7     A.  No.
8     Q.  Gastric Bypass Success Stories in the
9 next row down?
10     A.  No.
11     Q.  Roca Labs Val?
12     A.  No.
13     Q.  And Roca Labs Mini Gastric Bypass
14 Formula Day?
15     A.  No.
16        MR. SETTLEMYER:  Okay.  Let me mark
17 this for myself and come back.  All right.  Let's
18 talk a 5-minute break and I can probably organize
19 myself and save you some time.
20        (Brief recess.)
21        (Thereupon, Plaintiff's Exhibit No.
22 51, a CD labeled Declaration of Amber Howe, was
23 marked for purposes of identification.)
24 BY MR. SETTLEMYER:
25     Q.  Back on the record.  We're going to

201

1     A.   It's kind of -- it's portraying that
2  he was learning about Roca Labs.
3     **Q.   Do you know who wrote the text in**
4  **Exhibit 69?**
5     A.   No.
6     **Q.   It was not you?**
7     A.   No.
8     **Q.   And did -- Exhibit 69, did this show**
9  **something posted on Facebook?**
10     A.   I believe it was on Facebook, and he
11  had to take it down.
12     **Q.   Why -- he being Don?**
13     A.   Yes.
14     **Q.   And why did Mr. Juravin have to take**
15  **this text from Exhibit 69 down?**
16     A.   I'm not sure of that.
17     **Q.   Okay.  Looking at the bottom of**
18  **Exhibit 69, there's a reference to:  Great**
19  **Testimonials from 10,000 Real Users of Gastric**
20  **Bypass No Surgery; do you see that?**
21     A.   Yes.
22     **Q.   Do you know where that 10,000 number**
23  **came from?**
24     A.   No, I do not.
25     **Q.   Do you have any understanding of**

202

1  **whether there's any basis for that 10,000 number?**
2     A.   No.
3     **Q.   How many, approximately, testimonials**
4  **for Roca Labs are you familiar with having been**
5  **posted on You Tube?**
6     A.   I'm not sure.  I'm familiar with
7  Nancy, Darlene, Brian, Roger, myself, Trez, and
8  Marilon.
9     **Q.   Okay.**
10     A.   And Liz.
11     **Q.   Okay.  Going back just a little bit**
12  **into just your overall duties, I just want to make**
13  **sure I'm clear on a couple of things.  Did you at**
14  **any point handle customer complaints or, you know,**
15  **issues people had using the product?**
16     A.   No.
17     **Q.   Do you know who did?**
18     A.   Yes, Sharon King.
19     **Q.   Sharon King.  Okay.  Did you ever get**
20  **involved with coaching any customers who did not**
21  **have success using the product?**
22     A.   Yes.
23     **Q.   And how often would that have been?**
24     A.   Not very often.
25     **Q.   Okay.  Do you have a sense of what**

203

1  **types of issues people encountered with using the**
2  **Roca Labs formula?**
3     A.   Yes.
4     **Q.   What sort of problems did they have?**
5     A.   Some people would have a texture
6  problem, gagging, you know, reflex.  Some
7  customers would say that, you know, they felt a
8  little bit hungry, you know.  And I would just
9  share tips from the experience of how I would mix
10  the regimen, you know, and sometimes I would take
11  it a little later in the day.  You know, it
12  depends on if you get up at 6 in the morning, you
13  take it at 6 in the morning, it's going to wear
14  off earlier in the day.  So those types of
15  questions are what I would answer.
16     **Q.   Okay.  Do you have any sense of how**
17  **many people you -- customers you worked with over**
18  **the years, what proportion of them succeeded in**
19  **losing significant amounts of weight using the**
20  **product?**
21     A.   I'm not sure.  We didn't have -- I
22  don't have -- I didn't have any ratio.
23     **Q.   Do you know if the company kept any**
24  **records of who was successful, who was not, how**
25  **much weight they lost or anything like that?**

204

1     A.   I know of a few of the success
2  coaches that did have success, like myself, if
3  they would reorder; but as far as a number, no, I
4  don't know.
5     **Q.   But there's no sense in which, say,**
6  **you would hear back or the company -- by the**
7  **company, I mean Roca Labs, you know, would hear**
8  **back from customers and get data about their**
9  **success?**
10     A.   Yes, we did, but I don't know the
11  number.  I wasn't -- that wasn't my department.
12     **Q.   Okay.  Do you know whose department**
13  **that was?**
14     A.   Sharon King.
15     **Q.   Okay.  And was that a systematic**
16  **reporting back that you're aware of where there**
17  **was recordkeeping or was that something that was**
18  **more ad hoc?**
19     A.   I just think by e-mail.  We didn't
20  have like a system to keep track --
21     **Q.   Okay.**
22     A.   -- to my knowledge.
23        MR. SETTLEMYER:  Okay.  All right.
24  I'm going to take 2 minutes maybe off the record
25  and just make sure I don't have any additional



PLAINTIFF'S EXHIBIT 47

## Roca Labs Procedure Cost

### (5% of what gastric bypass surgery costs)



USA/Canada with Health Insurance    USA/Canada Non-Insured    International

24/7 global support

Roca Labs Formula is perhaps the greatest non-surgical weapon available anywhere in the world to help you achieve your weight loss goals. Compared to the weight loss surgery which can cost between $8,000-18,000, the Roca Labs® Formula is available for as low as $480, which includes Support from our team and an offer to make up to 20-100% of your money back with your success (read here).

If qualified to use, a Formula is prepared for you to be shipped within 2 weeks, and your weight loss journey begins as you start eating less from day 1, but without any pain or restrictions that are associated with the surgery! With Roca Labs® Formula, you'll **save 90% of the cost of a gastric bypass,** and get a safe, flexible and effective method for losing weight.

|  | Basic | Advanced | Premium | Customiz |
|---|---|---|---|---|
|  | Up to 80lbs to lose | Faster 80lbs+ to lose | Fastest 120lbs+ to lose | Customize |
| 1 Payment starts at | $606 (save $39) | $780 (save $72) | $980 (save $49) | $1,280 (save $100) |
|  |  | OR |  |  |
| 3 Monthly Payments start at | $215 | $284 | $343 | $460 |
| USA taxes included |  | Qualify & Order |  |  |
| Formula | Strong | Stronger | Strongest | As prescribe |

FTC-PROD-066315

PX12-18

5/6/2015



| | 100 doses | 120 doses | 160 doses | |
|---|---|---|---|---|
| | (3-4 months supply) | (4-5 month supply) | (4-5 months supply) | |

**Anti-Cravings™**

| | Strong | Stronger | Stronger | As prescribe |
|---|---|---|---|---|
| | 102 servings | 120 servings | **240 servings** | 240 servings canister |
| | (~3 months supply) | (3-4 months supply) | (6-8 months supply) | (6-8 months su |

**Support**

| | Standard | Advanced | Premium | Personal |
|---|---|---|---|---|
| | 6 hours email response time, 8AM to 8PM, 7 days a week | 4 hours email response time, around the clock, 7 days a week | *30 min Doctor's phone support + 60 min phone coaching for success + 2 hours response time, Around the clock, 7 days a week by the Medical Team | 4 hours email resp time, Around the cl days a week by t Medical Tea |

**Measuring Doses**

| | 2 measuring spoons | 2 measuring spoons | x2 sets 2 measuring spoons | x2 s 2 measuring s |
|---|---|---|---|---|

**Activator**

| | 1 Activator | 1 Activator | 2 Activators | 2 Activators |
|---|---|---|---|---|

**2 months Formula + 3 months Anti-Cravings**
(lower cost available depending on your success video)

| **Additional Supply** | $285 | $210 | $140 | $80 |
|---|---|---|---|---|

* for personal use only, after 3 months of use, international add $25 shipping

**Money Back**

PX12-19    5/6/2015

   

|  | Up to 40% | Up to 60% | Up to 80% | Up to 100% |
|---|---|---|---|---|
|  | For documenting the achievement of your weight loss goal in an inspiring video | For documenting the achievement of your weight loss goal in an inspiring video | For documenting the achievement of your weight loss goal in an inspiring video | For documenting the achievement of your weight loss goal in an inspiring video |
|  | no returns – no refunds | no returns – no refunds | no returns – 15% failure refund | no returns – 20% f refund |
| Terms | Marketing department subsidy (restricted comment) | Marketing department subsidy (restricted comment) | Marketing department subsidy (restricted comment) | No subsidy – n restriction |

g+1  0      Like  3

*Results may vary. Results of other users may not be typical.

The site (or the procedure and the products) are not intended to provide medical advice and are not intended to diagnose, treat, cure, or prevent any disease. The site has not been evaluated nor, based on requirements, have the products been tested by the Food and Drug Administration. None none of the statements on this website should be viewed as such. Consult your doctor before beginning any weight loss program. Weight loss results may vary depending upon individual characteristics and use. Before purchasing you should review Roca Labs, Inc.'s

Instructions, Suggested Use, Side Effects, Terms and Conditions.



Roca Labs

Inventors of the
Gastric Bypass Alternative®

**About us**
Terms
Support
Privacy
Qualify & Order
Cost & Insurance
Tel: 855.933.1010
Contact us

**Procedures**
Gastric Bypass Alternative®
Gastric Bypass NO surgery®
Gastric Bypass Results®
Gastric Bypass Effect®
Natural Gastric Bypass®
Speedy Gastric Bypass™

**All the Answers**
How much weight will I lose?
What is it?
Is it safe if I...?
Am I qualified?

 

May 6 2015

Copyrights © 2009-2015 Roca Labs. All rights reserved.

f  y  g+

Am I Qualified?