# PX21

# Name.com, Inc. Certification and Redacted Records

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1. I, _Ryan F Clarey_ , have personal knowledge of the facts set forth below and am competent to testify as follows:

2. I have authority to certify the authenticity of the records produced by **Name.com, Inc.** and attached hereto.

3. The documents produced and attached hereto by **Name.com, Inc.** are originals or true copies of records of regularly conducted activity that:

   a) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b) Were kept in the course of the regularly conducted activity of **Name.com, Inc.**; and

   c) Were made by the regularly conducted activity as a regular practice of **Name.com, Inc.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _March, 15_ , 201_7_.

_____
Signature

admin home | manage | admin signout

**Search By:**

○ Date: `2015-01-30`  range
○ Order ID: `____`
● Choose: `Account Name ▾` `dietlabs`

**Filter On:**

A. Payment Type: ☑ Credit Card (Litle) ☑ Paypal ☐ Account Credit ☐ PaypalMobile
☑ Wire/Check ☑ Not Set
Credit Card Type: ☑ Visa ☑ MC ☑ AMEX
B. Success: ☑ Successful ☑ Partial ☑ Failed ☐ Review ○ All
C. Flagged: ● All ○ Flagged ○ Unprocessed ○ Non-Flagged
D. Verified: ☑ Verified ☑ Unverified ☑ Closed ☑ Flagged
E. Payment Status: `All ▾`
F. Dollar Amount: `Greater than or Equal to ▾` `0.00`
G. Registrar: `All ▾`
H. Item/Domain Search: `____`

**Sort By:**

`Date/Time ▾` `Ascending ▾` `submit`     clear form

Color Keys: Normal  Failed  Flagged  Review  Processing

Name.com Revenue:   $1273.03
Litle:        $68.94
Paypal:       $737.52
AccountCredit:  $301.9
Flagged:      $0.00

**62 Matching Records(s) +/-**

---

| | | | | |
|---|---|---|---|---|
| **UN:** dietlabs ◉ | name.com **Domain Count** 0 | **ACCT Information:** Diet Labs Jabotinsky 7 FL53 Ramat Gan IL 55555 IL usa8@mac.com REDACTED | **Payment Method:** CreditCard **Pay ID:** REDACTED ****8313 (Not-Blacklisted) Whitelist Blacklist Blacklist-All **Created By:** Checkout | **Payment Status:** Captured pay history |
| **OD:** 02-04-2008 9:54 AM | | | | |
| **TID:** 1561985 **AID:** 420291 (login) **ACD:** 02-04-2008 2552 Days Old | **Orders On Page** 62 attempted 50 successful | **Pay Information:** Teddy Juravin Po Box 4097 Ramat Gan, IL 52140 IL REDACTED | **IP:** check **IP LOC:** **TRUE IP:** check **TRUE IP LOC:** , **POLICY SCORE:** view (Not-Blacklisted) Whitelist Blacklist | **FLAGS:** order history |
| **UNVERIFIED** **$8.38** / $8.38 **Status:** Success | | | | |

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Domainreg | $7.88 | -$0.00 | $7.88 | xn--4dbceoie6hva.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbceoie6hva.com | history | pm |

---

| | | | | |
|---|---|---|---|---|
| **UN:** dietlabs ◉ | name.com **Domain Count** 0 | **ACCT Information:** Diet Labs Jabotinsky 7 FL53 Ramat Gan IL 55555 IL usa8@mac.com REDACTED | **Payment Method:** CreditCard **Pay ID:** REDACTED ****8313 (Not-Blacklisted) Whitelist Blacklist Blacklist-All **Created By:** Checkout | **Payment Status:** Captured pay history |
| **OD:** 02-04-2008 10:17 AM | | | | |
| **TID:** 1561990 **AID:** 420291 (login) **ACD:** 02-04-2008 2552 Days Old | **Orders On Page** 62 attempted 50 successful | **Pay Information:** Teddy Juravin Po Box 4097 Ramat Gan, IL 52140 IL REDACTED | **IP:** check **IP LOC:** **TRUE IP:** check **TRUE IP LOC:** , **POLICY SCORE:** view (Not-Blacklisted) Whitelist Blacklist | **FLAGS:** order history |
| **UNVERIFIED** **$100.00** / $100.00 **Status:** Success | | | | |

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Account Credit | $100.00 | -$0.00 | $100.00 | dietlabs - credit | history | pm |

---

| | | | | |
|---|---|---|---|---|
| **UN:** dietlabs ◉ | name.com **Domain Count** 0 | **ACCT Information:** Diet Labs Jabotinsky 7 FL53 Ramat Gan IL 55555 IL usa8@mac.com REDACTED | **Payment Method:** AccountCredit **Pay ID:** REDACTED (Not-Blacklisted) Whitelist Blacklist Blacklist-All **Created By:** Checkout | **Payment Status:** Captured pay history |
| **OD:** 02-04-2008 3:02 PM | | | | |
| **TID:** 1562089 **AID:** 420291 (login) **ACD:** 02-04-2008 2552 Days Old | **Orders On Page** 62 attempted 50 successful | **Pay Information:** Diet Labs Jabotinsky 7 FL53 Ramat Gan IL 55555 IL | **IP:** check **IP LOC:** **TRUE IP:** check **TRUE IP LOC:** , **POLICY SCORE:** view (Not-Blacklisted) Whitelist Blacklist | **FLAGS:** order history |
| **UNVERIFIED** **$8.38** / $8.38 **Status:** Success | | | | |

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Domainreg | $7.88 | -$0.00 | $7.88 | xn--4dbfeeney6at4d.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbfeeney6at4d.com | history | pm |

+972.542107500

**Status:** Success

| | | | POLICY SCORE: view |
|---|---|---|---|
| | | | (Not-Blacklisted) Whitelist Blacklist |

ACTIONS:   Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| ~~Domainrenew~~ | $17.76 | -$0.00 | $17.76 | israelilabs.com | history | pm |
| ~~Domainrenew~~ | $17.76 | -$0.00 | $17.76 | xn--4dbfease4fxa.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | | history | pm |

---

**UN:** dietlabs
**OD:** 03-23-2009 2:14 PM
**TID:** 1670686
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

**$0.00 / $17.76**

**Status:** Failed

name.com
**Domain Count** 0

**Orders On Page**
62 attempted
50 successful

**ACCT Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan IL 55555 IL
usa8@mac.com
REDACTED

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan IL 55555 IL
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Authorized
pay history

**FLAGS:**
order history

ACTIONS:   Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| ~~Domainrenew~~ | $17.76 | -$0.00 | $17.76 | israelilabs.com | history | pm |

---

**UN:** dietlabs
**OD:** 03-23-2009 2:22 PM
**TID:** 1670687
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

**$0.50 / $18.26**

**Status:** Success

name.com
**Domain Count** 0

**Orders On Page**
62 attempted
50 successful

**ACCT Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan IL 55555 IL
usa8@mac.com
REDACTED

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan IL 55555 IL
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

ACTIONS:   Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| ~~Domainrenew~~ | $17.76 | -$0.00 | $17.76 | israelilabs.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | | history | pm |

---

**UN:** dietlabs
**OD:** 03-23-2009 2:24 PM
**TID:** 1670688
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

**$8.88 / $8.88**

**Status:** Success

name.com
**Domain Count** 0

**Orders On Page**
62 attempted
50 successful

**ACCT Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan IL 55555 IL
usa8@mac.com
REDACTED

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan, IL 55555 IL
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

ACTIONS:   Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Domainrenew | $8.88 | -$0.00 | $8.88 | israelilabs.com | history | pm |

---

**UN:** dietlabs
**OD:** 03-23-2009 2:25 PM
**TID:** 1670689
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

**$9.38 / $9.38**

**Status:** Success

name.com
**Domain Count** 0

**Orders On Page**
62 attempted
50 successful

**ACCT Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan IL 55555 IL
usa8@mac.com
REDACTED

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan, IL 55555 IL
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

ACTIONS:   Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbfease4fxa.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbfease4fxa.com | history | pm |

---

**UN:** dietlabs
**OD:** 04-09-2009 6:19 AM
**TID:** 1674569
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

name.com
**Domain Count** 0

**Orders On Page**
62 attempted
50 successful

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
usa8@mac.com
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**

**Payment Status:** Captured
pay history

**FLAGS:**
order history

| | | | Diet Labs<br>Jabotinsky 7 FL53<br>REDACTED | TRUE IP: check<br>TRUE IP LOC: , | |
| **$35.52 / $35.52** | | | | **POLICY SCORE:** view | |
| Status: Success | | | | (Not-Blacklisted) Whitelist Blacklist | |

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|
| Domainreg | $8.88 | -$0.00 | $8.88 | levia.us | history | pm |
| Domainreg | $8.88 | -$0.00 | $8.88 | rocalabs.com | history | pm |
| Domainreg | $8.88 | -$0.00 | $8.88 | juravin.com | history | pm |
| Domainreg | $8.88 | -$0.00 | $8.88 | rocach.com | history | pm |

---

**UN:** dietlabs ◐
**OD:** 11-17-2009 5:10 AM

**TID:** 1724403
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

**$7.99 / $7.99**

Status: Success

name.com
**Domain Count**
0

**Orders On Page**
62 attempted
50 successful

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
usa8@mac.com
REDACTED

**Pay Information:**
Rocach Labs
P.O 4097
Ramt GAn, Israel 52140 IL
REDACTED

**Payment Method:** CreditCard
**Pay ID:**
***** (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | |
| Batchtransfer | $7.99 | -$0.00 | $7.99 | batch_transfer | history | pm |

---

**UN:** dietlabs ◐
**OD:** 02-06-2010 7:53 AM

**TID:** 1744646
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

**$131.32 / $131.32**

Status: Success

name.com
**Domain Count**
0

**Orders On Page**
62 attempted
50 successful

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
usa8@mac.com
REDACTED

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan, IL 55555 IL
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbceoie6hva.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbfeeney6at4d.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbfeeneeaqip7b2f2a.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbfeasey1g.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbfepddawcjiqvsy4cyb.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbahfbgmfhg3a5b3hb.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbadfgxfeb0c8a8h.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbahffqf1a7eubj.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbeaavfe7byg.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbcefljf1j.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--8dbd7c.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbfepddaoin4bzf0a.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--eebja1bn.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbbgiuti6azdjj.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbceoie6hva.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbfeeney6at4d.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbfeeneeaqip7b2f2a.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbfeasey1g.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbfepddawcjiqvsy4cyb.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbahfbgmfhg3a5b3hb.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbadfgxfeb0c8a8h.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbahffqf1a7eubj.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbeaavfe7byg.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbcefljf1j.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--8dbd7c.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbfepddaoin4bzf0a.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--eebja1bn.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbbgiuti6azdjj.com | history | pm |

---

**UN:** dietlabs ◐
**OD:** 02-06-2010 8:22 AM

**TID:** 1744655
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

**$83.92 / $83.92**

Status: Success

name.com
**Domain Count**
0

**Orders On Page**
62 attempted
50 successful

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
REDACTED

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan, IL 55555 IL
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

PX21-4

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbcccgxffyn3j.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--5dbhi9aa9a.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbfeencc3a3eyb.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbfbdgleg0h.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | xn--4dbcldcw6aj8dxa.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | levia.us | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | rocalabs.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | juravin.com | history | pm |
| Domainrenew | $8.88 | -$0.00 | $8.88 | rocach.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbcccgxffyn3j.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--5dbhi9aa9a.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbfeencc3a3eyb.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbfbdgleg0h.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | xn--4dbcldcw6aj8dxa.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | rocalabs.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | juravin.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | rocach.com | history | pm |

---

**UN:** dietlabs
**OD:** 02-21-2010 10:27 AM

**TID:** 1954465
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

$8.99 / $8.99

**Status:** Success

name.com
**Domain Count**
0

**Orders On Page**
62 attempted
50 successful

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
usa8@mac.com
REDACTED

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan, IL 55555 IL
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| ~~Google Apps~~ | $0.00 | -$0.00 | $0.00 | xn--eebffg6b.com | history | pm |
| Registration | $8.99 | -$0.00 | $8.99 | xn--eebffg6b.com | | history |

---

**UN:** dietlabs
**OD:** 02-21-2010 10:36 AM

**TID:** 1954473
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

$8.99 / $8.99

**Status:** Success

name.com
**Domain Count**
0

**Orders On Page**
62 attempted
50 successful
REDACTED

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
usa8@mac.com

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan, IL 55555 IL
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Monthly Startup Hosting | $8.99 | -$0.00 | $8.99 | xn--eebffg6b.com | history | pm |

---

**UN:** dietlabs
**OD:** 02-21-2010 7:16 PM

**TID:** 1955034
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

$0.50 / $0.50

**Status:** Success

name.com
**Domain Count**
0

**Orders On Page**
62 attempted
50 successful
REDACTED

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
usa8@mac.com

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan, IL 55555 IL
REDACTED

**Payment Method:** AccountCredit
**Pay ID:**
420291 (Not-Blacklisted) Whitelist Blacklist
Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Private Whois | $0.50 | -$0.00 | $0.50 | xn--eebffg6b.com | history | pm |

---

**UN:** dietlabs
**OD:** 03-21-2010 3:18 PM

**TID:** 2008797
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

$8.99 / $8.99

**Status:** Success

name.com
**Domain Count**
0

**Orders On Page**
62 attempted
50 successful
REDACTED

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
usa8@mac.com

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan, IL 55555 IL
REDACTED

**Payment Method:** AccountCredit
**Pay ID:**
420291 (Not-Blacklisted) Whitelist Blacklist
Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Monthly Startup Hosting | $8.99 | -$0.00 | $8.99 | xn--eebffg6b.com | history | pm |

---

| UN: dietlabs ⊘ | name.com | ACCT Information: | Payment Method: Paypal | Payment Status: Captured |
|---|---|---|---|---|
| OD: 04-21-2010 8:13 PM | Domain Count | Rocach Labs | Pay ID: | pay history |
| | 0 | Jabotinsky 7 FL53 | v555@mac.com (Not-Blacklisted) Whitelist | |
| TID: 2068362 | | Zuckerman | Blacklist Blacklist-All | FLAGS: |
| AID: 420291 (login) | Orders On Page | Ramat Gan IL 55555 IL | Created By: Checkout | order history |
| ACD: 02-04-2008 | 62 attempted | usa8@mac.com | | |
| 2552 Days Old | 50 successful | REDACTED | IP: check | |
| | | | IP LOC: | |
| UNVERIFIED | | Pay Information: | TRUE IP: check | |
| | | Diet Labs | TRUE IP LOC: , | |
| $8.99 / $8.99 | | Jabotinsky 7 FL53 | | |
| | | Ramat Gan, IL 55555 IL | POLICY SCORE: view | |
| Status: Success | | REDACTED | (Not-Blacklisted) Whitelist Blacklist | |

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | | |
| Monthly Startup Hosting Renewal | $8.99 | -$0.00 | $8.99 | xn--eebffg6b.com | history | pm |

---

| UN: dietlabs ⊘ | name.com | ACCT Information: | Payment Method: Paypal | Payment Status: Captured |
|---|---|---|---|---|
| OD: 11-07-2010 6:09 PM | Domain Count | Rocach Labs | Pay ID: | pay history |
| | 0 | Jabotinsky 7 FL53 | v555@mac.com (Not-Blacklisted) Whitelist | |
| TID: 2505979 | | Zuckerman | Blacklist Blacklist-All | FLAGS: |
| AID: 420291 (login) | Orders On Page | Ramat Gan IL 55555 IL | Created By: Checkout | order history |
| ACD: 02-04-2008 | 62 attempted | usa8@mac.com | | |
| 2552 Days Old | 50 successful | REDACTED | IP: check | |
| | | | IP LOC: | |
| UNVERIFIED | | Pay Information: | TRUE IP: check | |
| | | Diet Labs | TRUE IP LOC: , | |
| $11.48 / $11.48 | | Jabotinsky 7 FL53 | | |
| | | Ramat Gan, IL 55555 IL | POLICY SCORE: view | |
| Status: Success | | REDACTED | (Not-Blacklisted) Whitelist Blacklist | |

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | | |
| Registration | $2.99 | -$0.00 | $2.99 | yediot.info | history | |
| Registration | $7.49 | -$0.00 | $7.49 | yediot.org | history | |
| Google Apps | $0.00 | -$0.00 | $0.00 | yediot.info | history | pm |
| Google Apps | $0.00 | -$0.00 | $0.00 | yediot.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | yediot.info | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | yediot.org | history | pm |

---

| UN: dietlabs ⊘ | name.com | ACCT Information: | Payment Method: Paypal | Payment Status: Authorized |
|---|---|---|---|---|
| OD: 02-04-2011 3:33 PM | Domain Count | Rocach Labs | Pay ID: | pay history |
| | 0 | Jabotinsky 7 FL53 | | |
| TID: 2726090 | | Zuckerman | Created By: Checkout | FLAGS: |
| AID: 420291 (login) | Orders On Page | Ramat Gan IL 55555 IL | | order history |
| ACD: 02-04-2008 | 62 attempted | usa8@mac.com | IP: check | |
| 2552 Days Old | 50 successful | | IP LOC: | |
| | | Pay Information: | TRUE IP: check | |
| UNVERIFIED | | Diet Labs | TRUE IP LOC: , | |
| | | Jabotinsky 7 FL53 | | |
| $0.00 / $69.93 | | Ramat Gan, IL 55555 IL | POLICY SCORE: view | |
| | | REDACTED | (Not-Blacklisted) Whitelist Blacklist | |
| Status: Failed | | | | |

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | |
| ~~Renewal~~ | $9.99 | -$0.00 | $9.99 | xn--4dbfeeney6at4d.com | history |
| ~~Renewal~~ | $9.99 | -$0.00 | $9.99 | xn--4dbfeasey1g.com | history |
| ~~Renewal~~ | $9.99 | -$0.00 | $9.99 | xn--4dbadfgxfeb0c8a8h.com | history |
| ~~Renewal~~ | $9.99 | -$0.00 | $9.99 | xn--4dbfeaavfe7byg.com | history |
| ~~Renewal~~ | $9.99 | -$0.00 | $9.99 | xn--4dbceoie6hva.com | history |
| ~~Renewal~~ | $9.99 | -$0.00 | $9.99 | israelilabs.com | history |
| ~~Renewal~~ | $9.99 | -$0.00 | $9.99 | xn--eebffg6b.com | history |

---

| UN: dietlabs ⊘ | name.com | ACCT Information: | Payment Method: Paypal | Payment Status: Captured |
|---|---|---|---|---|
| OD: 02-04-2011 3:33 PM | Domain Count | Rocach Labs | Pay ID: | pay history |
| | 0 | Jabotinsky 7 FL53 | v888@mac.com (Not-Blacklisted) Whitelist | |
| TID: 2726092 | | Zuckerman | Blacklist Blacklist-All | FLAGS: |
| AID: 420291 (login) | Orders On Page | Ramat Gan IL 55555 IL | Created By: Checkout | order history |
| ACD: 02-04-2008 | 62 attempted | usa8@mac.com | | |
| 2552 Days Old | 50 successful | REDACTED | IP: check | |
| | | | IP LOC: | |
| UNVERIFIED | | Pay Information: | TRUE IP: check | |
| | | Diet Labs | TRUE IP LOC: , | |
| $73.43 / $73.43 | | Jabotinsky 7 FL53 | | |
| | | Ramat Gan, IL 55555 IL | POLICY SCORE: view | |
| Status: Success | | REDACTED | (Not-Blacklisted) Whitelist Blacklist | |

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | |
| Renewal | $9.99 | -$0.00 | $9.99 | xn--4dbfeeney6at4d.com | history |
| Renewal | $9.99 | -$0.00 | $9.99 | xn--4dbfeasey1g.com | history |
| Renewal | $9.99 | -$0.00 | $9.99 | xn--4dbadfgxfeb0c8a8h.com | history |
| Renewal | $9.99 | -$0.00 | $9.99 | xn--4dbfeaavfe7byg.com | history |
| Renewal | $9.99 | -$0.00 | $9.99 | xn--4dbceoie6hva.com | history |
| Renewal | $9.99 | -$0.00 | $9.99 | israelilabs.com | history |
| Renewal | $9.99 | -$0.00 | $9.99 | xn--eebffg6b.com | history |

| | | | | |
|---|---|---|---|---|
| Whois Privacy | $0.50 | -$0.00 | | xn--4dbfeeney6at4d.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | xn--4dbfeasey1g.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | xn--4dbadfgxfeb0c8a8h.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | xn--4dbfeaavfe7byg.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | xn--4dbceoie6hva.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | israelilabs.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | xn--eebffg6b.com | history | pm |

---

**UN:** dietlabs ◷
**OD:** 10-31-2011 5:06 AM

**TID:** 3444523
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

$10.49 / $10.49

**Status:** Success

name.com
**Domain Count**
0

**Orders On Page**
62 attempted
50 successful

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
usa8@mac.com
REDACTED

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan, IL 55555 IL
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v888@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund   Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Renewal | $9.99 | -$0.00 | $9.99 | yediot.org | history | |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | yediot.org | history | pm |

---

**UN:** dietlabs ◷
**OD:** 01-30-2012 9:35 AM

**TID:** 4154920
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

$68.94 / $68.94

**Status:** Success

name.com
**Domain Count**
0

**Orders On Page**
62 attempted
50 successful
REDACTED

**Pay Information:**
Roca Labs
REDACTED
Tampa, FL REDACTED US
REDACTED

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
usa8@mac.com

**Payment Method:** Litle (PP)
**Pay ID:**
REDACTED *****9402 (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** 96.254.147.66 check
**IP LOC:** Tampa, FL, United States (US)
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:** (High Dollar)

**AVS:** Match (00)
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund   Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Renewal | $10.99 | -$0.00 | $10.99 | israelilabs.com | history |
| Renewal | $10.99 | -$0.00 | $10.99 | xn--4dbfeaavfe7byg.com | history |
| Renewal | $10.99 | -$0.00 | $10.99 | xn--4dbadfgxfeb0c8a8h.com | history |
| Renewal | $10.99 | -$0.00 | $10.99 | xn--4dbfeasey1g.com | history |
| Renewal | $10.99 | -$0.00 | $10.99 | xn--4dbfeeney6at4d.com | history |
| Renewal | $10.99 | -$0.00 | $10.99 | xn--4dbceoie6hva.com | history |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | xn--4dbceoie6hva.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | xn--4dbfeeney6at4d.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | xn--4dbfeasey1g.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | xn--4dbadfgxfeb0c8a8h.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | xn--4dbfeaavfe7byg.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | israelilabs.com | history | pm |

---

**UN:** dietlabs ◷
**OD:** 10-09-2012 2:36 AM

**TID:** 4947902
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

$10.49 / $10.49

**Status:** Success

name.com
**Domain Count**
0

**Orders On Page**
62 attempted
50 successful
REDACTED

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan, IL 55555 IL
REDACTED

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
usa8@mac.com

**Payment Method:** Paypal
**Pay ID:**
v888@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Old Checkout

**IP:** 108.33.78.86 check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund   Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Renewal | $9.99 | -$0.00 | $9.99 | yediot.org | history | |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | yediot.org | history | pm |

---

**UN:** dietlabs ◷
**OD:** 11-03-2013 1:54 AM

**TID:** 6267751
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

$0.00 / $11.98

**Status:** Failed

name.com
**Domain Count**
0

**Orders On Page**
62 attempted
50 successful
REDACTED

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan, IL 55555 IL
REDACTED

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
usa8@mac.com

**Payment Method:** PaypalDM
**Pay ID:**

**Created By:** Old Checkout

**IP:** 173.78.187.150 check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Failed Initilization
pay history

order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description |
|---|---|---|---|---|

PX21-7

| Renewal | $9.99 | -$0.00 | $9.99 | yediot.org | history | |
| Whois Privacy Renewal | $1.99 | -$0.00 | $1.99 | yediot.org | history | pm |

**UN:** dietlabs ⊙

**OD:** 11-03-2013 1:54 AM

**TID:** 6267752
**AID:** 420291 (login)
**ACD:** 02-04-2008
2552 Days Old

**UNVERIFIED**

**$11.98** / $11.98

**Status:** Success

name.com
**Domain Count**
0

**Orders On Page**
62 attempted
50 successful

**ACCT Information:**
Rocach Labs
Jabotinsky 7 FL53
Zuckerman
Ramat Gan IL 55555 IL
usa8@mac.com
REDACTED

**Pay Information:**
Diet Labs
Jabotinsky 7 FL53
Ramat Gan, IL 55555 IL
REDACTED

**Payment Method:** PaypalDM
**Pay ID:**
v888@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Old Checkout

**IP:** 173.78.187.150 check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

order history

**ACTIONS:**  Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Renewal | $9.99 | -$0.00 | $9.99 | yediot.org | history | |
| Whois Privacy Renewal | $1.99 | -$0.00 | $1.99 | yediot.org | history | pm |

admin home | manage | admin signout

**Search By:**

- ○ Date: `2015-01-30` range
- ○ Order ID:
- ● Choose: `Account Name ▽` `Rocalabs`

**Filter On:**

**A. Payment Type:** ☑ Credit Card (Litle) ☑ Paypal ☑ Account Credit ☑ PaypalMobile ☑ Wire/Check ☑ Not Set

**Credit Card Type:** ☑ Visa ☑ MC ☑ AMEX

**B. Success:** ☑ Successful ☑ Partial ☑ Failed ☐ Review ☐ All

**C. Flagged:** ● All ○ Flagged ○ Unprocessed ○ Non-Flagged

**D. Verified:** ☑ Verified ☑ Unverified ☑ Closed ☑ Flagged

**E. Payment Status:** All ▽

**F. Dollar Amount:** Greater than or Equal to ▽ `0.00`

**G. Registrar:** All ▽

**H. Item/Domain Search:**

**Sort By:**

`Date/Time ▽` `Ascending ▽` `submit`    clear form

Color Keys: Normal  Failed  Flagged  Review  Processing

| Name.com Revenue: | $5254.06 |
| Litle: | $689.78 |
| Paypal: | $403.77 |
| AccountCredit: | $24.43 |
| Flagged: | $0.00 |

**119 Matching Records(s) +/-**

---

**UN:** Rocalabs    name.com
**OD:** 12-11-2009 11:05 PM    **Domain Count** 74
**TID:** 1730346
**AID:** 444289 (login)
**ACD:** 12-11-2009    **Orders On Page**
1876 Days Old    120 attempted
    106 successful
**VERIFIED**

**$147.58** / $147.58

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Roca Labs
REDACTED
Tampa, Fl REDACTED US
REDACTED

**Payment Method:** CreditCard
**Pay ID:**
REDACTED ****8313 (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | | |
|------|---------------|----------|-------|-------------|------|------|
| Domainregorg | $8.88 | -$0.00 | $8.88 | dietlow.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | dietlow.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | dieteat.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | dieteat.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | diet1200.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | diet1200.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | thebestdiet.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | thebestdiet.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | israelidiet.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | israelidiet.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | speedydiet.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | speedydiet.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | diet-weight.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | diet-weight.org | history | pm |
| Domainreg | $17.76 | -$0.00 | $17.76 | satiety.us | history | pm |
| Domainreg | $17.76 | -$0.00 | $17.76 | cravingstopper.com | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | cravingstopper.com | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | stopcravings.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | stopcravings.org | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | countercalorie.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | countercalorie.org | history | pm |
| Domainreg | $17.76 | -$0.00 | $17.76 | howcalorie.com | history | pm |
| Domainregorg | $8.88 | -$0.00 | $8.88 | howcalorie.org | history | pm |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | howcalorie.com | history | pm |

---

**UN:** Rocalabs    name.com
**OD:** 12-20-2009 9:09 PM    **Domain Count** 74
**TID:** 1732128
**AID:** 444289 (login)
**ACD:** 12-11-2009    **Orders On Page**
1876 Days Old    120 attempted
    106 successful
**VERIFIED**

**$9.38** / $9.38

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

PX21-9

| Item | Original Price | Discount | Price | Description | | |
|------|----------------|----------|-------|-------------|---|---|
| Domainreg | $8.88 | -$0.00 | $8.88 | zerocalorielabs.com | history | |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | zerocalorielabs.com | history | pm |

---

**UN:** Rocalabs    name.com
**OD:** 12-21-2009 4:33 AM   **Domain Count** 74
**TID:** 1732195
**AID:** 444289 (login)
**ACD:** 12-11-2009   **Orders On Page**
1876 Days Old    120 attempted
   106 successful
**VERIFIED**

$9.38 / $9.38

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|------|----------------|----------|-------|-------------|---|---|
| Domainreg | $8.88 | -$0.00 | $8.88 | zerocalorielabs.com | history | |
| Hiddenwhois | $0.50 | -$0.00 | $0.50 | zerocalorielabs.com | history | pm |

---

**UN:** Rocalabs    name.com
**OD:** 04-02-2010 10:02 AM   **Domain Count** 74
**TID:** 2032190
**AID:** 444289 (login)
**ACD:** 12-11-2009   **Orders On Page**
1876 Days Old    120 attempted
   106 successful
**VERIFIED**

$94.90 / $94.90

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|------|----------------|----------|-------|-------------|---|---|
| Registration | $8.99 | -$0.00 | $8.99 | wwynet.com | history | |
| Registration | $8.99 | -$0.00 | $8.99 | rx-diet.com | history | |
| Registration | $8.99 | -$0.00 | $8.99 | gastricbypassnosurgery.com | history | |
| Registration | $8.99 | -$0.00 | $8.99 | gastric-bypass-no-surgery.com | history | |
| Registration | $8.99 | -$0.00 | $8.99 | bandinggastric.com | history | |
| Registration | $8.99 | -$0.00 | $8.99 | ulcergastric.com | history | |
| Registration | $8.99 | -$0.00 | $8.99 | bandgastricsurgery.com | history | |
| Registration | $8.99 | -$0.00 | $8.99 | howtoloss.com | history | |
| Registration | $8.99 | -$0.00 | $8.99 | eatweight.com | history | |
| Registration | $8.99 | -$0.00 | $8.99 | howcalories.com | history | |
| Private Whois | $0.50 | -$0.00 | $0.50 | wwynet.com | history | pm |
| Private Whois | $0.50 | -$0.00 | $0.50 | gastric-bypass-no-surgery.com | history | pm |
| Private Whois | $0.50 | -$0.00 | $0.50 | howtoloss.com | history | pm |
| Private Whois | $0.50 | -$0.00 | $0.50 | bandinggastric.com | history | pm |
| Private Whois | $0.50 | -$0.00 | $0.50 | ulcergastric.com | history | pm |
| Private Whois | $0.50 | -$0.00 | $0.50 | howcalories.com | history | pm |
| Private Whois | $0.50 | -$0.00 | $0.50 | gastricbypassnosurgery.com | history | pm |
| Private Whois | $0.50 | -$0.00 | $0.50 | bandgastricsurgery.com | history | pm |
| Private Whois | $0.50 | -$0.00 | $0.50 | rx-diet.com | history | pm |
| Private Whois | $0.50 | -$0.00 | $0.50 | eatweight.com | history | pm |

---

**UN:** Rocalabs    name.com
**OD:** 04-05-2010 9:11 AM   **Domain Count** 74
**TID:** 2037207
**AID:** 444289 (login)
**ACD:** 12-11-2009   **Orders On Page**
1876 Days Old    120 attempted
   106 successful
**VERIFIED**

$2.99 / $2.99

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|------|----------------|----------|-------|-------------|---|---|
| Registration | $2.99 | -$0.00 | $2.99 | womansgroup.info | history | |
| Google Apps | $0.00 | -$0.00 | $0.00 | womansgroup.info | history | pm |

---

**UN:** Rocalabs    name.com
**OD:** 04-05-2010 9:15 AM   **Domain Count** 74
**TID:** 2037217
**AID:** 444289 (login)
**ACD:** 12-11-2009   **Orders On Page**
1876 Days Old    120 attempted
   106 successful
**VERIFIED**

$25.50 / $25.50

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v555@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**Status:** Success     (Not-Blacklisted) Whitelist Blacklist

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | |
| Private Whois | $0.50 | -$0.00 | $0.50 | REDACTED | history | pm |
| Account Credit | $25.00 | -$0.00 | $25.00 | 25 | history | pm |

| UN: Rocalabs | name.com | ACCT Information: | Payment Method: Litle | Payment Status: Authorized |
|---|---|---|---|---|
| OD: 12-11-2010 7:33 AM | **Domain Count** | Roca Labs | **Pay ID:** | pay history |
| | 74 | po box 262644 | REDACTED *****4046 (Not-blacklisted) Whitelist | |
| TID: 2605372 | | Tampa Fl 33685 US | Blacklist Blacklist-All | **FLAGS:** |
| AID: 444289 (login) | **Orders On Page** | V888@mac.com | **Created By:** Checkout | order history |
| ACD: 12-11-2009 | 120 attempted | REDACTED | | |
| 1876 Days Old | 106 successful | **Pay Information:** | **IP:** check | |
| **VERIFIED** | | Roca Labs | **IP LOC:** | |
| | | PO Box 262644 | **TRUE IP:** check | |
| $0.00 / $115.88 | | Tampa, FL 33685 US | **TRUE IP LOC:** , | |
| | | REDACTED | | |
| **Status:** Failed | | | **POLICY SCORE:** view | |
| | | | (Not-Blacklisted) Whitelist Blacklist | |

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | |
| Renewal | $9.99 | -$0.00 | $9.99 | zerocalorieslabs.com | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | dietlow.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | dieteat.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | diet1200.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | thebestdiet.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | israelidiet.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | speedydiet.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | diet-weight.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | stopcravings.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | countercalorie.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | howcalorie.org | history | |
| Renewal | $9.99 | -$0.00 | $9.99 | zerocalorielabs.org | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | dietlow.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | dieteat.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | diet1200.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | thebestdiet.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | israelidiet.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | speedydiet.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | diet-weight.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | stopcravings.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | countercalorie.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | zerocalorieslabs.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | howcalorie.org | history | pm |

| UN: Rocalabs | name.com | ACCT Information: | Payment Method: Litle | Payment Status: Captured |
|---|---|---|---|---|
| OD: 12-11-2010 7:35 AM | **Domain Count** | Roca Labs | **Pay ID:** | pay history |
| | 74 | po box 262644 | REDACTED *****2989 (Not-Blacklisted) Whitelist | |
| TID: 2605378 | | Tampa Fl 33685 US | Blacklist Blacklist-All | **FLAGS:** (High Dollar) |
| AID: 444289 (login) | **Orders On Page** | V888@mac.com | **Created By:** Checkout | |
| ACD: 12-11-2009 | 120 attempted | REDACTED | | order history |
| 1876 Days Old | 106 successful | **Pay Information:** | **IP:** check | |
| **VERIFIED** | | Roca Labs | **IP LOC:** | |
| | | PO Box 262644 | **TRUE IP:** check | |
| $115.88 / $115.88 | | Tampa, FL 33634 US | **TRUE IP LOC:** , | |
| | | REDACTED | | |
| **Status:** Success | | | **POLICY SCORE:** view | |
| | | | (Not-Blacklisted) Whitelist Blacklist | |

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | |
| Renewal | $9.99 | -$0.00 | $9.99 | zerocalorieslabs.com | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | dietlow.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | dieteat.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | diet1200.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | thebestdiet.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | israelidiet.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | speedydiet.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | diet-weight.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | stopcravings.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | countercalorie.org | history | |
| Renewal | $8.99 | -$0.00 | $8.99 | howcalorie.org | history | |
| Renewal | $9.99 | -$0.00 | $9.99 | zerocalorielabs.org | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | dietlow.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | dieteat.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | diet1200.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | thebestdiet.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | israelidiet.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | speedydiet.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | diet-weight.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | stopcravings.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | countercalorie.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | zerocalorielabs.org | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | howcalorie.org | history | pm |

| UN: Rocalabs | name.com | ACCT Information: | Payment Method: AccountCredit | Payment Status: Captured |
|---|---|---|---|---|
| OD: 01-14-2011 12:11 AM | **Domain Count** | Roca Labs | **Pay ID:** | pay history |

---

**TID:** 2677510
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**VERIFIED**

**$10.45 / $10.45**

**Status:** Success

| | 74 |
| --- | --- |
| | po box 262644 |
| | Tampa Fl 33685 US |
| | V888@mac.com |
| | REDACTED |
| | |
| | **Orders On Page** |
| | 120 attempted |
| | 106 successful |
| | |
| | **Pay Information:** |
| | Roca Labs |
| | po box 262644 |
| | Tampa, Fl 33685 US |
| | REDACTED |

444289 (Not-Blacklisted) Whitelist
Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
| --- | --- | --- | --- | --- | --- |
| Registration | $9.95 | -$0.00 | $9.95 | mini-gastric-bypass.me | history |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | mini-gastric-bypass.me | history |
| Google Apps | $0.00 | -$0.00 | $0.00 | mini-gastric-bypass.me | history pm |

---

**UN:** Rocalabs
**OD:** 01-15-2011 4:49 AM

**TID:** 2680127
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**VERIFIED**

**$0.00 / $10.49**

**Status:** Failed

name.com
**Domain Count**
74

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Orders On Page**
120 attempted
106 successful

**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** AccountCredit
**Pay ID:**
444289 (Not-Blacklisted) Whitelist Blacklist
Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Authorized
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
| --- | --- | --- | --- | --- | --- |
| ~~Google Apps~~ | $0.00 | -$0.00 | $0.00 | minigastricbypass.com | history pm |
| ~~Registration~~ | $9.99 | -$0.00 | $9.99 | minigastricbypass.com | history |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | minigastricbypass.com | history pm |

---

**UN:** Rocalabs
**OD:** 01-15-2011 4:49 AM

**TID:** 2680130
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**VERIFIED**

**$0.00 / $10.49**

**Status:** Failed

name.com
**Domain Count**
74

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Orders On Page**
120 attempted
106 successful

**Payment Method:** Litle
**Pay ID:**
REDACTED *****6452 (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Authorized
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
| --- | --- | --- | --- | --- | --- |
| ~~Registration~~ | $9.99 | -$0.00 | $9.99 | minigastricbypass.com | history |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | minigastricbypass.com | history pm |
| ~~Google Apps~~ | $0.00 | -$0.00 | $0.00 | minigastricbypass.com | history pm |

---

**UN:** Rocalabs
**OD:** 01-15-2011 4:50 AM

**TID:** 2680131
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**VERIFIED**

**$0.00 / $10.49**

**Status:** Failed

name.com
**Domain Count**
74

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Orders On Page**
120 attempted
106 successful

**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** AccountCredit
**Pay ID:**
444289 (Not-Blacklisted) Whitelist Blacklist
Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Authorized
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
| --- | --- | --- | --- | --- | --- |
| ~~Registration~~ | $9.99 | -$0.00 | $9.99 | minigastricbypass.com | history |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | minigastricbypass.com | history pm |
| ~~Google Apps~~ | $0.00 | -$0.00 | $0.00 | minigastricbypass.com | history pm |

---

**UN:** Rocalabs
**OD:** 01-15-2011 4:50 AM

**TID:** 2680132
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**VERIFIED**

**$0.00 / $10.49**

**Status:** Failed

name.com
**Domain Count**
74

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Orders On Page**
120 attempted
106 successful

**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** AccountCredit
**Pay ID:**
444289 (Not-Blacklisted) Whitelist Blacklist
Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Authorized
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|------|----------------|----------|-------|-------------|--|--|
| Registration | $9.99 | -$0.00 | $9.99 | minigastricbypass.net | history | |
| Google Apps | $0.00 | -$0.00 | $0.00 | minigastricbypass.net | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | minigastricbypass.net | history | |

**UN:** Rocalabs   name.com
**OD:** 02-09-2011 8:34 PM   **Domain Count** 74
**TID:** 2740386
**AID:** 444289 (login)
**ACD:** 12-11-2009   **Orders On Page**
1876 Days Old   120 attempted
   106 successful
**VERIFIED**
$31.35 / $31.35
**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v888@mac.com (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created by:** Checkout
**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history
**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|------|----------------|----------|-------|-------------|--|--|
| Registration | $9.95 | -$0.00 | $9.95 | weightlossmen.me | history | |
| Registration | $9.95 | -$0.00 | $9.95 | weightlosschildren.me | history | |
| Registration | $9.95 | -$0.00 | $9.95 | weightlosssenior.me | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | weightlossmen.me | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | weightlosschildren.me | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | weightlosssenior.me | history | pm |

**UN:** Rocalabs   name.com
**OD:** 04-02-2011 12:20 AM   **Domain Count** 74
**TID:** 2886725
**AID:** 444289 (login)
**ACD:** 12-11-2009   **Orders On Page**
1876 Days Old   120 attempted
   106 successful
**VERIFIED**
$41.96 / $41.96
**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v888@mac.com (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created by:** Checkout
**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history
**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|------|----------------|----------|-------|-------------|--|--|
| Renewal | $9.99 | -$0.00 | $9.99 | gastricbypassnosurgery.com | history | |
| Renewal | $9.99 | -$0.00 | $9.99 | gastric-bypass-no-surgery.com | history | |
| Renewal | $9.99 | -$0.00 | $9.99 | howtoloss.com | history | |
| Renewal | $9.99 | -$0.00 | $9.99 | juravin.com | history | |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | gastricbypassnosurgery.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | gastric-bypass-no-surgery.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | howtoloss.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | juravin.com | history | pm |

**UN:** Rocalabs   name.com
**OD:** 05-05-2011 1:38 AM   **Domain Count** 74
**TID:** 2980130
**AID:** 444289 (login)
**ACD:** 12-11-2009   **Orders On Page**
1876 Days Old   120 attempted
   106 successful
**VERIFIED**
$10.49 / $10.49
**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
REDACTED

**Payment Method:** AccountCredit
**Pay ID:**
444289 (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created by:** Checkout
**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history
**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|------|----------------|----------|-------|-------------|--|--|
| Registration | $9.99 | -$0.00 | $9.99 | silken-hotel-review.com | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | silken-hotel-review.com | history | pm |

**UN:** Rocalabs   name.com
**OD:** 06-22-2011 6:31 PM   **Domain Count** 74
**TID:** 3120101
**AID:** 444289 (login)
**ACD:** 12-11-2009   **Orders On Page**
1876 Days Old   120 attempted
   106 successful
**VERIFIED**
$79.92 / $79.92
**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Roca Labs
REDACTED
Tampa, Fl REDACTED US
REDACTED

**Payment Method:** Litle
**Pay ID:**
REDACTED *****9402 (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created by:** Checkout
**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history
**FLAGS:** (High Dollar)
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | |
|------|----------------|----------|-------|-------------|--|
| Registration | $9.99 | -$0.00 | $9.99 | rocalabs4diabetes.com | history |

| Registration | $9.99 | -$0.00 | $9.99 | rocalabs4obesity.com | history |
|---|---|---|---|---|---|
| Registration | $9.99 | -$0.00 | $9.99 | rocalabs4pregnancy.com | history |
| Registration | $9.99 | -$0.00 | $9.99 | rocalabs4breastfeeding.com | history |
| Registration | $9.99 | -$0.00 | $9.99 | rocalabs4seniors.com | history |
| Registration | $9.99 | -$0.00 | $9.99 | rocalabs4teens.com | history |
| Registration | $9.99 | -$0.00 | $9.99 | rocalabs4men.com | history |
| Registration | $9.99 | -$0.00 | $9.99 | rocalabs4kids.com | history |

---

**UN:** Rocalabs    name.com
**OD:** 09-01-2011 9:19 AM    **Domain Count** 74

**TID:** 3293259
**AID:** 444289 (login)
**ACD:** 12-11-2009    **Orders On Page**
1876 Days Old    120 attempted
   106 successful

**VERIFIED**

**$3.49** / $3.49

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** AccountCredit
**Pay ID:**
444289 (Not-Blacklisted) Whitelist Blacklist
Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Registration | $2.99 | -$0.00 | $2.99 | ross-finesmith.info | history |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | ross-finesmith.info | history   pm |

---

**UN:** Rocalabs    name.com
**OD:** 11-24-2011 11:18 PM    **Domain Count** 74

**TID:** 3509980
**AID:** 444289 (login)
**ACD:** 12-11-2009    **Orders On Page**
1876 Days Old    120 attempted
   106 successful

**VERIFIED**

**$70.44** / $70.94

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v888@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Registration | $9.99 | -$0.00 | $9.99 | gastricbypassformula.com | history |
| Registration | $9.99 | -$0.00 | $9.99 | gastricbypassportal.com | history |
| Renewal | $18.99 | -$0.00 | $18.99 | mini-gastric-bypass.me | history |
| Registration | $9.99 | -$0.00 | $9.99 | no-gastricbypass.com | history |
| Registration | $9.99 | -$0.00 | $9.99 | extremeweightreduction.com | history |
| Registration | $9.99 | -$0.00 | $9.99 | lost-the-weight.com | history |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | mini-gastric-bypass.me | history   pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | lost-the-weight.com | history   pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | gastricbypassformula.com | history   pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | mini-gastric-bypass.me | history   pm |

---

**UN:** Rocalabs    name.com
**OD:** 12-06-2011 1:11 PM    **Domain Count** 74

**TID:** 3543412
**AID:** 444289 (login)
**ACD:** 12-11-2009    **Orders On Page**
1876 Days Old    120 attempted
   106 successful

**VERIFIED**

**$69.93** / $70.43

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v888@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:**
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Renewal | $9.99 | -$0.00 | $9.99 | countercalorie.org | history |
| Renewal | $9.99 | -$0.00 | $9.99 | stopcravings.org | history |
| Renewal | $9.99 | -$0.00 | $9.99 | diet-weight.org | history |
| Renewal | $9.99 | -$0.00 | $9.99 | speedydiet.org | history |
| Renewal | $9.99 | -$0.00 | $9.99 | thebestdiet.org | history |
| Renewal | $9.99 | -$0.00 | $9.99 | diet1200.org | history |
| Renewal | $9.99 | -$0.00 | $9.99 | howcalorie.com | history |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | mini-gastric-bypass.me | history   pm |

---

**UN:** Rocalabs    name.com
**OD:** 12-09-2011 6:11 PM    **Domain Count** 74

**TID:** 4007382
**AID:** 444289 (login)
**ACD:** 12-11-2009    **Orders On Page**
1876 Days Old    120 attempted
   106 successful

**VERIFIED**

**$4.00** / $4.50

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Roca Labs
PO Box 262644
Tampa, FL 33634 US
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:**
REDACTED *****0320 (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** 131.178.255.255 check
**IP LOC:** Monterrey, 19, Mexico (MX)
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view

**Payment Status:** Captured
pay history

**FLAGS:** (IP/Billing Loc)

**AVS:** Partial (10)
order history

**Status:** Success

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|---|
| **Item** | **Original Price** | **Discount** | **Price** | **Description** | | | |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | mini-gastric-bypass.me ⟳ | | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | lost-the-weight.com | | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | howcalorie.com | | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | diet1200.org | | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | thebestdiet.org | | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | speedydiet.org | | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | diet-weight.org | | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | stopcravings.org | | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | countercalorie.org | | history | pm |

---

**UN:** Rocalabs
**OD:** 12-22-2011 12:53 PM   name.com
**Domain Count** 74
**TID:** 4045469
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old
**Orders On Page**
120 attempted
106 successful
REDACTED

**VERIFIED**

$10.49 / $10.49

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Roca Labs
PO Box 262644
Tampa, FL 33634 US
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:**
REDACTED ****0320 (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** 96.254.147.66 check
**IP LOC:** Tampa, FL, United States (US)
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**AVS:** Partial (10)
order history

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|---|
| **Item** | **Original Price** | **Discount** | **Price** | **Description** | | | |
| Registration | $9.99 | -$0.00 | $9.99 | REDACTED | | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | | | history | pm |

---

**UN:** Rocalabs
**OD:** 12-28-2011 2:15 PM   name.com
**Domain Count** 74
**TID:** 4064489
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old
**Orders On Page**
120 attempted
106 successful
REDACTED

**VERIFIED**

$10.49 / $10.49

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v888@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Checkout

**IP:** 96.254.147.66 check
**IP LOC:** Tampa, FL, United States (US)
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

order history

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|---|
| **Item** | **Original Price** | **Discount** | **Price** | **Description** | | | |
| Registration | $9.99 | -$0.00 | $9.99 | ministomach.com | | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | ministomach.com | | history | pm |

---

**UN:** Rocalabs
**OD:** 03-06-2012 4:48 AM   name.com
**Domain Count** 74
**TID:** 4263906
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old
**Orders On Page**
120 attempted
106 successful
REDACTED

**VERIFIED**

$45.96 / $45.96

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Roca Labs
PO Box 262644
Tampa, FL 33634 US
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:**
REDACTED ****0320 (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Old Checkout

**IP:** 96.252.204.103 check
**IP LOC:** Sarasota, FL, United States (US)
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:** (High Dollar)

**AVS:** Partial (10)
order history

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|---|
| **Item** | **Original Price** | **Discount** | **Price** | **Description** | | | |
| Renewal | $10.99 | -$0.00 | $10.99 | juravin.com | | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | howtoloss.com | | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | gastric-bypass-no-surgery.com | | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | gastricbypassnosurgery.com | | history | |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | gastricbypassnosurgery.com | | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | gastric-bypass-no-surgery.com | | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | howtoloss.com | | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | juravin.com | | history | pm |

---

**UN:** Rocalabs
**OD:** 03-30-2012 2:09 PM   name.com
**Domain Count** 74
**TID:** 4347756
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old
**Orders On Page**
120 attempted
106 successful
REDACTED

**VERIFIED**

$10.45 / $10.45

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Don Juravin
REDACTED
Tampa, Florida REDACTED US
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:**
REDACTED ****9402 (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Old Checkout

**IP:** 173.78.187.155 check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**AVS:** Match (00)
order history

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | |
| Registration | $9.95 | -$0.00 | $9.95 | gastricbypass.me | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | gastricbypass.me | history | pm |

| | | | | |
|---|---|---|---|---|
| **UN:** Rocalabs<br>**OD:** 04-01-2012 7:36 PM    **Domain Count**<br>74<br>**TID:** 4354046<br>**AID:** 444289 (login)<br>**ACD:** 12-11-2009    **Orders On Page**<br>1876 Days Old    120 attempted<br>   106 successful<br>**VERIFIED**<br>**$10.45 / $10.45**<br>**Status:** Success | name.com | **ACCT Information:**<br>Roca Labs<br>po box 262644<br>Tampa Fl 33685 US<br>V888@mac.com<br>REDACTED<br>**Pay Information:**<br>Don Juravin<br>REDACTED<br>Tampa, Florida REDACTED US<br>REDACTED | **Payment Method:** Litle (PP)<br>**Pay ID:**<br>REDACTED ****9402 (Not-Blacklisted) Whitelist<br>Blacklist Blacklist-All<br>**Created By:** Old Checkout<br><br>**IP:** 173.78.187.155 check<br>**IP LOC:**<br>**TRUE IP:** check<br>**TRUE IP LOC:** ,<br><br>**POLICY SCORE:** view<br>(Not-Blacklisted) Whitelist Blacklist | **Payment Status:** Captured<br>pay history<br><br>**AVS:** Match (00)<br>order history |

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | |
| Registration | $9.95 | -$0.00 | $9.95 | lose-weight-fast.me | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | lose-weight-fast.me | history | pm |

| | | | | |
|---|---|---|---|---|
| **UN:** Rocalabs<br>**OD:** 06-22-2012 10:27 AM    **Domain Count**<br>74<br>**TID:** 4609400<br>**AID:** 444289 (login)<br>**ACD:** 12-11-2009    **Orders On Page**<br>1876 Days Old    120 attempted<br>   106 successful<br>**VERIFIED**<br>**$0.00 / $91.92**<br>**Status:** Failed | name.com | **ACCT Information:**<br>Roca Labs<br>po box 262644<br>Tampa Fl 33685 US<br>V888@mac.com<br>REDACTED<br>**Pay Information:**<br>Don Juravin<br>REDACTED<br>Tampa, Florida REDACTED US<br>REDACTED | **Payment Method:** Litle (PP)<br>**Pay ID:**<br>REDACTED ****9402 (Not-Blacklisted) Whitelist<br>Blacklist Blacklist-All<br>**Created By:** Old Checkout<br><br>**IP:** 96.252.204.54 check<br>**IP LOC:** Sarasota, FL, United States (US)<br>**TRUE IP:** check<br>**TRUE IP LOC:** ,<br><br>**POLICY SCORE:** view<br>(Not-Blacklisted) Whitelist Blacklist | **Payment Status:** Authorize Failed<br>pay history<br><br>**AVS:** No Match (20)<br>order history |

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4kids.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4men.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4teens.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4seniors.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4breastfeeding.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4pregnancy.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4obesity.com | history | |
| ~~Renewal~~ | $10.99 | -$0.00 | $10.99 | rocalabs4diabetes.com | history | |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4diabetes.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4obesity.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4pregnancy.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4breastfeeding.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4seniors.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4teens.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4men.com | history | pm |
| ~~Whois Privacy~~ | $0.50 | -$0.00 | $0.50 | rocalabs4kids.com | history | pm |

| | | | | |
|---|---|---|---|---|
| **UN:** Rocalabs<br>**OD:** 06-22-2012 10:29 AM    **Domain Count**<br>74<br>**TID:** 4609404<br>**AID:** 444289 (login)<br>**ACD:** 12-11-2009    **Orders On Page**<br>1876 Days Old    120 attempted<br>   106 successful<br>**VERIFIED**<br>**$91.92 / $91.92**<br>**Status:** Success | name.com | **ACCT Information:**<br>Roca Labs<br>po box 262644<br>Tampa Fl 33685 US<br>V888@mac.com<br>REDACTED<br>**Pay Information:**<br>Don Juravin<br>REDACTED<br>Siesta Key, Florida REDACTED US<br>REDACTED | **Payment Method:** Litle (PP)<br>**Pay ID:**<br>REDACTED ****9402 (Not-Blacklisted) Whitelist<br>Blacklist Blacklist-All<br>**Created By:** Old Checkout<br><br>**IP:** 96.252.204.54 check<br>**IP LOC:** Sarasota, FL, United States (US)<br>**TRUE IP:** check<br>**TRUE IP LOC:** ,<br><br>**POLICY SCORE:** view<br>(Not-Blacklisted) Whitelist Blacklist | **Payment Status:** Captured<br>pay history<br><br>**AVS:** Match (00)<br>order history |

| ACTIONS: | Unverify OR Verify OR Close OR Flagged | | Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|---|
| Item | Original Price | Discount | Price | Description | | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4kids.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4men.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4teens.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4seniors.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4breastfeeding.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4pregnancy.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4obesity.com | history | |
| Renewal | $10.99 | -$0.00 | $10.99 | rocalabs4diabetes.com | history | |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4diabetes.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4obesity.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4pregnancy.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4breastfeeding.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4seniors.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4teens.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4men.com | history | pm |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | rocalabs4kids.com | history | pm |

1/30/2018                                      Name.com Domain Transfer/Registration

---

**UN:** Rocalabs
**OD:** 08-18-2012 11:50 AM

**TID:** 4783981
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**VERIFIED**

**$11.49 / $11.49**

**Status:** Success

name.com
**Domain Count**
74

**Orders On Page**
120 attempted
106 successful

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v888@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Old Checkout

**IP:** 96.228.226.140 check
**IP LOC:** Sarasota, FL, United States (US)
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Registration | $10.99 | -$0.00 | $10.99 | weightlosssurgeryalternative.com | history |
| Whois Privacy | $0.50 | -$0.00 | $0.50 | weightlosssurgeryalternative.com | history  pm |

---

**UN:** Rocalabs
**OD:** 09-11-2012 9:29 AM

**TID:** 4859741
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**VERIFIED**

**$8.49 / $8.49**

**Status:** Success

name.com
**Domain Count**
74

**Orders On Page**
120 attempted
106 successful

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Don Juravin
REDACTED
Siesta Key, Florida REDACTED US
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:**
REDACTED ****9402 (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Old Checkout

**IP:** 174.53.3.118 check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**AVS:** Match (00)

order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Domain Transfer | $8.49 | -$0.00 | $8.49 | rocalab.com | history |

---

**UN:** Rocalabs
**OD:** 10-09-2012 2:40 AM

**TID:** 4947913
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**VERIFIED**

**$0.00 / $0.00**

**Status:** Failed

name.com
**Domain Count**
74

**Orders On Page**
120 attempted
106 successful

**ACCT Information:**
JURAVIN Incorporated
po box 5309
Sarasota Fl 34277 US
Site@Juravin.com
REDACTED

**Pay Information:**

**Payment Method:**
**Pay ID:**

**Created By:** Old Checkout

**IP:** check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Failed Initilization
pay history

order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| - | $ | -$0.00 | $ | | history  pm |

---

**UN:** Rocalabs
**OD:** 10-09-2012 2:40 AM

**TID:** 4947915
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**VERIFIED**

**$139.50 / $139.50**

**Status:** Success

name.com
**Domain Count**
74

**Orders On Page**
120 attempted
106 successful

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED

**Pay Information:**
Don Juravin
REDACTED
Siesta Key, Florida REDACTED US
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:**
REDACTED ****9402 (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Old Checkout

**IP:** 108.33.78.86 check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**FLAGS:** (High Dollar)

**AVS:** Match (00)

order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Renewal | $18.99 | -$0.00 | $18.99 | mini-gastric-bypass.me | history |
| Renewal | $10.99 | -$0.00 | $10.99 | ministomach.com | history |
| Renewal | $9.99 | -$0.00 | $9.99 | stopcravings.org | history |
| Renewal | $9.99 | -$0.00 | $9.99 | diet-weight.org | history |
| Renewal | $9.99 | -$0.00 | $9.99 | speedydiet.org | history |
| Renewal | $9.99 | -$0.00 | $9.99 | thebestdiet.org | history |
| Renewal | $9.99 | -$0.00 | $9.99 | diet1200.org | history |
| Renewal | $10.99 | -$0.00 | $10.99 | howcalorie.com | history |
| Renewal | $10.99 | -$0.00 | $10.99 | lost-the-weight.com | history |
| Renewal | $10.99 | -$0.00 | $10.99 | extremeweightreduction.com | history |
| Renewal | $10.99 | -$0.00 | $10.99 | no-gastricbypass.com | history |
| Whois Privacy Renewal | $0.50 | -$0.00 | $10.99 | gastricbypassformula.com | history |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | gastricbypassformula.com | history  pm |
| Whois Privacy Renewal | $0.00 | -$0.00 | $0.00 | lost-the-weight.com | history  pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | howcalorie.com | history  pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | diet1200.org | history  pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | thebestdiet.org | history  pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | speedydiet.org | history  pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | diet-weight.org | history  pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | stopcravings.org | history  pm |

---

PX21-17

| | | | |
|---|---|---|---|
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | ministomach.com | history | pm |
| Whois Privacy Renewal | $0.50 | -$0.00 | $0.50 | mini-gastric-bypass.me | history | pm |
| Whois Privacy | $0.06 | -$0.00 | $0.06 | no-gastricbypass.com | history | pm |
| Whois Privacy | $0.06 | -$0.00 | $0.06 | extremeweightreduction.com | history | pm |

---

**UN:** Rocalabs
**OD:** 10-28-2012 10:08 AM
name.com
**Domain Count** 74
**TID:** 5007009
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old
**Orders On Page**
120 attempted
106 successful
**VERIFIED**
$12.98 / $12.98
**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v888@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Old Checkout
**IP:** 108.33.78.86 check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Registration | $10.99 | -$0.00 | $10.99 | shrinkingstomach.com | history | |
| Whois Privacy | $1.99 | -$0.00 | $1.99 | shrinkingstomach.com | history | pm |

---

**UN:** Rocalabs
**OD:** 10-28-2012 10:39 AM
name.com
**Domain Count** 74
**TID:** 5007058
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old
**Orders On Page**
120 attempted
106 successful
**VERIFIED**
$12.98 / $12.98
**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Roca Labs
po box 262644
Tampa, Fl 33685 US
REDACTED

**Payment Method:** Paypal
**Pay ID:**
v888@mac.com (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Old Checkout
**IP:** 108.33.78.86 check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history
order history

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Registration | $10.99 | -$0.00 | $10.99 | stomach-shrinking.com | history | |
| Whois Privacy | $1.99 | -$0.00 | $1.99 | stomach-shrinking.com | history | pm |

---

**UN:** Rocalabs
**OD:** 11-20-2012 5:39 PM
name.com
**Domain Count** 74
**TID:** 5083107
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old
**Orders On Page**
120 attempted
106 successful
**VERIFIED**
$12.98 / $12.98
**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Don Juravin
REDACTED
Siesta Key, Florida REDACTED US
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:**
REDACTED *****9402 (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Old Checkout
**IP:** 108.33.78.86 check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history
order history
**AVS:** Match (00)

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Registration | $10.99 | -$0.00 | $10.99 | gastric-bypass-alternative.com | history | |
| Whois Privacy | $1.99 | -$0.00 | $1.99 | gastric-bypass-alternative.com | history | pm |

---

**UN:** Rocalabs
**OD:** 11-25-2012 11:18 AM
name.com
**Domain Count** 74
**TID:** 5095626
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old
**Orders On Page**
120 attempted
106 successful
**VERIFIED**
$12.98 / $12.98
**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Don Juravin
REDACTED
Siesta Key, Florida REDACTED US
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:**
REDACTED *****9402 (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Old Checkout
**IP:** 108.33.78.86 check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,
**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history
order history
**AVS:** Match (00)

**ACTIONS:** Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Registration | $10.99 | -$0.00 | $10.99 | | history | |
| Whois Privacy | $1.99 | -$0.00 | $1.99 | REDACTED | history | pm |

---

**UN:** Rocalabs
**OD:** 12-04-2012 5:50 AM
name.com
**Domain Count** 74
**TID:** 5124214
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old
**VERIFIED**

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Don Juravin
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:**
REDACTED *****9402 (Not-Blacklisted) Whitelist
Blacklist Blacklist-All
**Created By:** Old Checkout
**IP:** 108.33.78.86 check
**IP LOC:**
**TRUE IP:** check
**TRUE IP LOC:** ,

**Payment Status:** Captured
pay history
order history
**AVS:** Match (00)

**Orders On Page**
120 attempted
106 successful

| | | | | |
|---|---|---|---|---|
| Whois Privacy Transfer | $1.99 | -$0.00 | $1.99 | caloriesburned.net | history | pm |
| ~~Whois Privacy~~ | $1.99 | -$0.00 | $1.99 | caloriesburned.net | history | pm |

---

**UN:** Rocalabs
**OD:** 12-15-2012 10:00 PM    **Domain Count** 74

**TID:** 5167012
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**Orders On Page**
120 attempted
106 successful

**VERIFIED**

**$24.98 / $26.97**

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
REDACTED
Don Juravin
REDACTED
Siesta Key, Florida REDACTED US
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:** REDACTED *****9402 (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created By:** Old Checkout

**IP:** 71.99.138.134 check
**IP LOC:** Saint Petersburg, FL, United States (US)
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**AVS:** Match (00)
order history

**ACTIONS:**   Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Domain Transfer | $22.99 | -$0.00 | $22.99 | REDACTED | history | |
| Whois Privacy Transfer | $1.99 | -$0.00 | $1.99 | | history | pm |
| ~~Whois Privacy~~ | $1.99 | -$0.00 | $1.99 | | history | pm |

---

**UN:** Rocalabs
**OD:** 12-16-2012 6:11 AM    **Domain Count** 74

**TID:** 5167570
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**Orders On Page**
120 attempted
106 successful

**VERIFIED**

**$10.48 / $14.46**

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Don Juravin
REDACTED
Siesta Key, Florida REDACTED US
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:** REDACTED *****9402 (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created By:** Old Checkout

**IP:** 71.99.138.134 check
**IP LOC:** Saint Petersburg, FL, United States (US)
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**AVS:** Match (00)
order history

**ACTIONS:**   Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| ~~Whois Privacy~~ | $1.99 | -$0.00 | $1.99 | REDACTED | history | pm |
| Domain Transfer | $8.49 | -$0.00 | $8.49 | burnfatcalories.com | history | pm |
| Whois Privacy Transfer | $1.99 | -$0.00 | $1.99 | burnfatcalories.com | history | pm |

---

**UN:** Rocalabs
**OD:** 12-16-2012 6:35 AM    **Domain Count** 74

**TID:** 5167606
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**Orders On Page**
120 attempted
106 successful

**VERIFIED**

**$10.48 / $12.47**

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
REDACTED
Siesta Key, Florida REDACTED US
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:** REDACTED *****9402 (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created By:** Old Checkout

**IP:** 71.99.138.134 check
**IP LOC:** Saint Petersburg, FL, United States (US)
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**AVS:** Match (00)
order history

**ACTIONS:**   Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Domain Transfer | $8.49 | -$0.00 | $8.49 | rocalabs.com | history |
| Whois Privacy Transfer | $1.99 | -$0.00 | $1.99 | rocalabs.com | history |
| ~~Whois Privacy~~ | $1.99 | -$0.00 | $1.99 | rocalabs.com | history |

---

**UN:** Rocalabs
**OD:** 12-19-2012 7:57 PM    **Domain Count** 74

**TID:** 5178323
**AID:** 444289 (login)
**ACD:** 12-11-2009
1876 Days Old

**Orders On Page**
120 attempted
106 successful

**VERIFIED**

**$32.94 / $32.94**

**Status:** Success

**ACCT Information:**
Roca Labs
po box 262644
Tampa Fl 33685 US
V888@mac.com
REDACTED
**Pay Information:**
Don Juravin
REDACTED
Siesta Key, Florida REDACTED US
REDACTED

**Payment Method:** Litle (PP)
**Pay ID:** REDACTED *****9402 (Not-Blacklisted) Whitelist Blacklist Blacklist-All
**Created By:** Old Checkout

**IP:** 71.99.138.134 check
**IP LOC:** Saint Petersburg, FL, United States (US)
**TRUE IP:** check
**TRUE IP LOC:** ,

**POLICY SCORE:** view
(Not-Blacklisted) Whitelist Blacklist

**Payment Status:** Captured
pay history

**AVS:** Match (00)
order history

**ACTIONS:**   Unverify OR Verify OR Close OR Flagged   Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only   Send Email   History   Item Detail

| Item | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|
| Domain Transfer | $8.49 | -$0.00 | $8.49 | REDACTED | history | |
| Whois Privacy Transfer | $1.99 | -$0.00 | $1.99 | | history | pm |
| Domain Transfer | $9.99 | -$0.00 | $9.99 | | history | |
| Whois Privacy Transfer | $1.99 | -$0.00 | $1.99 | | history | pm |
| Domain Transfer | $8.49 | -$0.00 | $8.49 | | history | |
| Whois Privacy Transfer | $1.99 | -$0.00 | $1.99 | | history | pm |

---

**UN:** Rocalabs
**OD:** 01-10-2013 11:05 AM    **Domain Count**

**ACCT Information:**
Roca Labs

**Payment Method:** LitleDM (PP)
**Pay ID:**

**Payment Status:** Captured
pay history

---

|  | 106 successful | **Pay Information:** | IP LOC: Clearwater, FL, United States (US) |  |
| **VERIFIED** | | Roca Labs | **TRUE IP:** check | |
| | | PO Box 5309 | **TRUE IP LOC:** , | |
| **$47.93 / $47.93** | | Sarasota, FL 34242 US | | |
| | | REDACTED | **POLICY SCORE:** view | |
| **Status:** Success | | | (Not-Blacklisted) Whitelist Blacklist | |

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Registration | $10.99 | -$0.00 | $10.99 | | history |
| Registration | $10.99 | -$0.00 | $10.99 | | history |
| Registration | $9.99 | -$0.00 | $9.99 | | history |
| Registration | $9.99 | -$0.00 | $9.99 | | history |
| Whois Privacy | $1.99 | -$0.00 | $1.99 | | history pm |
| Whois Privacy | $1.99 | -$0.00 | $1.99 | | history pm |
| Whois Privacy | $1.99 | -$0.00 | $1.99 | | history pm |

---

| **UN:** Rocalabs | name.com | **ACCT Information:** | **Payment Method:** LitleDM (PP) | **Payment Status:** Captured |
| **OD:** 05-21-2014 4:01 PM | **Domain Count** | Roca Labs | **Pay ID:** | pay history |
| | 74 | po box 5309 | REDACTED *****1009 (Not-Blacklisted) Whitelist | |
| **TID:** 7020040 | | Sarasota Fl 34277 US | Blacklist Blacklist-All | |
| **AID:** 444289 (login) | | Don@RocaLabs.com | **Created By:** Old Checkout | **AVS:** Partial (14) |
| **ACD:** 12-11-2009 | **Orders On Page** | REDACTED | | order history |
| 1876 Days Old | 120 attempted | | **IP:** REDACTED check | |
| | 106 successful | **Pay Information:** | **IP LOC:** Clearwater, FL, United States (US) | |
| **VERIFIED** | | Roca Labs | **TRUE IP:** check | |
| | | PO Box 5309 | **TRUE IP LOC:** , | |
| **$10.48 / $10.48** | | Sarasota, FL 34242 US | | |
| | | REDACTED | **POLICY SCORE:** view | |
| **Status:** Success | | | (Not-Blacklisted) Whitelist Blacklist | |

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Domain Transfer | $8.49 | -$0.00 | $8.49 | gastricbypassalternative.com | history |
| Whois Privacy Transfer | $1.99 | -$0.00 | $1.99 | gastricbypassalternative.com | history pm |

---

| **UN:** Rocalabs | name.com | **ACCT Information:** | **Payment Method:** LitleDM (PP) | **Payment Status:** Captured |
| **OD:** 06-05-2014 10:48 AM | **Domain Count** | Roca Labs | **Pay ID:** | pay history |
| | 74 | po box 5309 | REDACTED *****1009 (Not-Blacklisted) Whitelist | |
| **TID:** 7071448 | | Sarasota Fl 34277 US | Blacklist Blacklist-All | |
| **AID:** 444289 (login) | | Don@RocaLabs.com | **Created By:** Recurring Billing | **AVS:** Partial (14) |
| **ACD:** 12-11-2009 | **Orders On Page** | REDACTED | | order history |
| 1876 Days Old | 120 attempted | | **IP:** check | |
| | 106 successful | **Pay Information:** | **IP LOC:** | |
| **VERIFIED** | | Roca Labs | **TRUE IP:** check | |
| | | PO Box 5309 | **TRUE IP LOC:** , | |
| **$10.99 / $10.99** | | Sarasota, FL 34242 US | | |
| | | REDACTED | **POLICY SCORE:** view | |
| **Status:** Success | | | (Not-Blacklisted) Whitelist Blacklist | |

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Renewal | $10.99 | -$0.00 | $10.99 | rocalab.com | history |

---

| **UN:** Rocalabs | name.com | **ACCT Information:** | **Payment Method:** LitleDM (PP) | **Payment Status:** Captured |
| **OD:** 07-10-2014 6:03 AM | **Domain Count** | Roca Labs | **Pay ID:** | pay history |
| | 74 | po box 5309 | REDACTED *****1009 (Not-Blacklisted) Whitelist | |
| **TID:** 7189771 | | Sarasota Fl 34277 US | Blacklist Blacklist-All | |
| **AID:** 444289 (login) | | Don@RocaLabs.com | **Created By:** Old Checkout | **AVS:** Partial (14) |
| **ACD:** 12-11-2009 | **Orders On Page** | REDACTED | | order history |
| 1876 Days Old | 120 attempted | | **IP:** REDACTED check | |
| | 106 successful | **Pay Information:** | **IP LOC:** Clearwater, FL, United States (US) | |
| **VERIFIED** | | Roca Labs | **TRUE IP:** REDACTED check | |
| | | PO Box 5309 | **TRUE IP LOC:** sarasota, US | |
| **$255.68 / $255.68** | | Sarasota, FL 34242 US | | |
| | | REDACTED | **POLICY SCORE:** 78 view | |
| **Status:** Success | | | 53255b9baef041eaa74d3cd770683477 (Not-Blacklisted) Whitelist Blacklist | |

**ACTIONS:** Unverify OR Verify OR Close OR Flagged    Capture OR Decline OR Fraud OR Refund OR Refund and Lock OR Process Items Only    Send Email    History    Item Detail

| Item | Original Price | Discount | Price | Description | |
|---|---|---|---|---|---|
| Renewal | $21.98 | -$0.00 | $21.98 | gastric-bypass-alternative.com | history |
| Renewal | $32.97 | -$0.00 | $32.97 | gastricbypassnosurgery.com | history |
| Renewal | $54.95 | -$0.00 | $54.95 | rocalabs.com | history |
| Renewal | $56.97 | -$0.00 | $56.97 | gastricbypass.me | history |
| Renewal | $56.97 | -$0.00 | $56.97 | mini-gastric-bypass.me | history |
| Whois Privacy Renewal | $5.97 | -$0.00 | $5.97 | mini-gastric-bypass.me | history pm |
| Whois Privacy Renewal | $5.97 | -$0.00 | $5.97 | gastricbypass.me | history pm |
| Whois Privacy Renewal | $9.95 | -$0.00 | $9.95 | rocalabs.com | history pm |
| Whois Privacy Renewal | $5.97 | -$0.00 | $5.97 | gastricbypassnosurgery.com | history pm |
| Whois Privacy Renewal | $3.98 | -$0.00 | $3.98 | gastric-bypass-alternative.com | history pm |

---

| **UN:** Rocalabs | name.com | **ACCT Information:** | **Payment Method:** LitleDM (PP) | **Payment Status:** Captured |
| **OD:** 07-11-2014 9:26 AM | **Domain Count** | Roca Labs | **Pay ID:** | pay history |
| | 74 | po box 5309 | 372719*****1009 (Not-Blacklisted) Whitelist | |
| **TID:** 7194589 | | Sarasota Fl 34277 US | Blacklist Blacklist-All | |
| **AID:** 444289 (login) | | Don@RocaLabs.com | **Created By:** Old Checkout | **AVS:** Partial (14) |
| **ACD:** 12-11-2009 | **Orders On Page** | REDACTED | | order history |
| 1876 Days Old | 120 attempted | | **IP:** REDACTED check | |
| | 106 successful | **Pay Information:** | **IP LOC:** Clearwater, FL, United States (US) | |
| **VERIFIED** | | Roca Labs | **TRUE IP:** REDACTED check | |
| | | PO Box 5309 | **TRUE IP LOC:** sarasota, US | |

| Domain Name | Registrant | Registrant Last Name | Registrant Email | Registrant Phone | Registrant Address 1 | Regi |
|---|---|---|---|---|---|---|
| REDACTED | JURAVIN | Incorporated | Site@Juravin.com | REDACTED | po box 5309 | |
| | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| bariatric-surgery-alternative.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| bariatric-surgery.me | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| bariatric.reviews | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| best-gastric-bypass.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| bestgastricbypass.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| burnfatcalories.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| caloriesburned.net | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| dietcalculators.net | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| doctors.reviews | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| REDACTED | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| end-obesity.org | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| extremeweightreduction.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| fight-pissedconsumer.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastric-bypass-alternative.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastric-bypass-alternatives.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastric-bypass-no-surgery.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastric-bypass-results.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastric-bypass-surgery-alternative.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastricbypass.me | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastricbypass.reviews | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastricbypassalternative.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastricbypasseffect.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastricbypassformula.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastricbypassnosurgery.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastricbypassresults.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastricshrink.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| gastricsleevealternative.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| hate-my-fat.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| hatemyfat.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| health-news.tv | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| honest.reviews | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| junior-gastric-bypass.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| juniorgastricbypass.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |
| juravin.com | JURAVIN | Incorporated | Site@Juravin.com | | po box 5309 | |

| | | | | |
|---|---|---|---|---|
| juravin.org | JURAVIN | Incorporated | Site@Juravin.com | **REDACTED** po box 5309 |
| lose-weight-fast.me | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| lost-the-weight.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| mini-gastric-bypass.me | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| ministomach.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| **REDACTED** | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| natural-gastric-bypass.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| no-gastricbypass.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| nogastricbypass.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| nonsurgical-gastric-bypass.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| nonsurgicalgastricbypass.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| obesity.global | Must Cure | Obesity | SIte@obesity.global | po box 5309 |
| obesitymedicaljournal.org | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| pissedconsumer.reviews | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| rocalab.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| rocalabs-good-bad.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| rocalabs.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| rocalabs.net | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| rocalabs.org | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| rocalabs.reviews | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| rocalabs.us | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| rocalabsreviews.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| shrinkingstomach.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| speedy-gastric-bypass.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| speedygastricbypass.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| stomach-shrinking.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| stopcravings.org | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| thebestdiet.org | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| **REDACTED** | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| weightlosssurgeons.net | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |
| weightlosssurgeryalternative.com | JURAVIN | Incorporated | Site@Juravin.com | po box 5309 |



| Registrant City | Registrant | Registrant Postal Code | Registrant Country |
|---|---|---|---|
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |
| Sarasota | Fl | 34277 | US |

| | | |
|---|---|---|
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |
| Sarasota | Fl | 34277 US |