# PX24

# Declaration of Sallie S. Schools

# DECLARATION OF SALLIE S. SCHOOLS

1. I am an Investigator with the Federal Trade Commission ("FTC") in the Division of Advertising Practices, Bureau of Consumer Protection. I have been employed by the FTC for 19 years. I am assigned to the Washington, DC headquarters satellite office at 400 7th Street, SW, Washington, DC 20024. My business address is FTC Headquarters, 600 Pennsylvania Avenue, NW, Washington, DC 20580. I have personal knowledge of the matters contained in this Declaration.

2. As an investigator, my duties include monitoring and investigating persons or companies who are suspected of engaging in unfair or deceptive acts or practices in violation of the FTC Act and any other laws or rules that the FTC enforces. In the course of my duties, I was assigned to the Roca Labs, Inc. matter.

## Review of Tax Returns

3. In response to document requests, Defendants produced IRS Form 1120, U.S. Corporation Income Tax Returns, for tax years 2010 through 2015, for Roca Labs, Inc. I reviewed the tax filings and in particular noted the amounts reported for the following line items: 1) Gross Receipts (line 1c); and 2) Advertising (line 22).

4. Attached hereto as **Attachment A** is a chart that summarizes the results of my review of the tax filings, as explained below.

5. I listed the amounts reported for each line item described in paragraph 3 above for each tax year from 2010 through 2015. I added the numbers for each tax year to determine a grand total of Gross Receipts and Advertising expenditures.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2018.

*Sallie S. Schools*

Sallie S. Schools

PX24-3

**Declaration of Sallie S. Schools**
**Attachment A**

*Federal Trade Commission v. Roca Labs, Inc.*
No. 8:15-cv-2231-MSS-TBM

**Roca Labs, Inc. federal tax filings**

| Tax Year | Gross Receipts (line 1c) | Advertising (line 22) |
|---|---|---|
| 2010 | $ 732,195.88 | $ 423,247.75 |
| 2011 | $ 3,861,761.67 | $ 1,764,169.30 |
| 2012 | $ 4,480,678.00 | $ 1,513,369.00 |
| 2013 | $ 6,999,181.00 | $ 3,530,984.00 |
| 2014 | $ 6,777,318.99 | $ 2,159,508.92 |
| 2015 | $ 4,512,289.97 | $ 2,409,978.57 |
| **TOTAL** | $ 27,363,425.51 | $ 11,801,257.54 |

PX24-4