# PX25

# Declaration of John Zajac, Better Business Bureau of West Florida, with records

## DECLARATION OF JOHN ZAJAC
### PURSUANT TO 28 U.S.C. § 1746

1.       My name is John Zajac.  I am a United States citizen over the age of 18.  I have personal knowledge of the facts stated herein.  If called to testify I could and would testify competently to such facts.

2.       I am employed by the Better Business Bureau of West Florida, Inc. ("BBB") as its Corporate Counsel.  I have held that position since February 2004.  My business address is 2655 McCormick Drive, Post Office Box 7950, Clearwater, Florida 73758.

3.       BBB is a not-for-profit corporation that promotes voluntary self-regulation of businesses.  One of BBB's primary responsibilities is to track businesses operating within the area it serves by:  (a) compiling general information relating to each business, such as the location of the business and the identification of the principals and contact information; (b) compiling consumer complaints and inquiries relating to each business; (c) compiling and maintaining BBB correspondence with each business; and (d) review advertising by businesses in our marketplace.

4.       In the regular course of its business, BBB seeks to mediate disputes between consumers and companies.  Consumers who submit complaints to BBB are asked to provide information that includes, but is not limited to:  (a) their name, address, and telephone number; (b) the name of the business or organization complained about; (c) the nature of their grievance; (d) the amount of money in dispute; and (e) what they seek from the company as a resolution.  After a complaint is filed, BBB forwards it to the company that is the subject of the complaint for its response.  Our office tracks correspondence from the

PX25-1

company sent to BBB or the complaining consumer, as well as the dates of all complaint-related correspondence.

5.      In March 2011, BBB began receiving consumer complaints against Roca Labs USA, with an address of P.O. Box 20631, Tampa, Florida, URL www.rocalabs.com, (850) 290-5200, email "editor2@rocalabs.com," and Roca Labs Nutraceutical USA, P.O. Box 5309, Sarasota, Florida, www.rocalabs.com, (850) 290-5200.  BBB received complaints from 90 individuals against Roca Labs between March 2011 and August 2014.  These consumer complaints were either submitted directly to our office or forwarded to BBB from other Better Business Bureau offices throughout the United States.

6.      In the ordinary course of our business, we routinely submit consumer complaints to the Consumer Sentinel database maintained by the Federal Trade Commission ("FTC"), as was done in the case of complaints about Roca Labs referenced above.

7.      On September 19, 2014, our office forwarded to Lynne Colbert of the FTC copies of communications between BBB and Roca Labs representatives, and documentation from our advertising review of Roca Labs carried out between May 2011 and March 2012. True and correct copies of the following documents are appended hereto as **Attachment A**.

- An "Activity Report" for our ad challenge, listing the chronology of BBB communications with Roc Labs and the text of some communications from Roca Labs (marked FTC-PROD-008548-49);

- May 18, 2011 letter from BBB Trade Practice Specialist Tawnia Yovanovich to Rachel May Weiser, Esq. (marked FTC-PROD-008558-59);

PX25-2

- A printout, created by our office, of the web page cited in our May 18, 2011 letter, https://www.rocalabs.com/credential.aspx bearing the date and time stamp 5/18/2011 9:51:07 AM (marked FTC-PROD-008550-52, and a native version that does not bear bates numbers);

- A printout, created by our office, of the web page cited in our May 18, 2011 letter, https://www.rocalabs.com/faq/natural-gastric-bypass.aspx?Id=16&type=1 bearing the date and time stamp 5/18/2011 9:42:53 AM (marked FTC-PROD-008553-54, and a native version that does not bear bates numbers);

- August 17, 2011 email from "Roca Labs Legal Dept<legal@rocalabs.com> to me and Tawnia Yovanovich attaching letter (FTC-PROD-008555);

- August 17, 2011 letter from Rachel May Weiser, Esq. ("Roca Labs, Inc. Legal Department") to me and Tawnia Yovanovich (FTC-PROD-008556-57); and

- An undated email from "legal@rocalabs.com" to me and Tawnia Yovanvich (FTC-PROD-008560) (which BBB received on June 17, 2011).

9.      As Corporate Counsel for BBB, I am familiar with the record-keeping system of BBB. The documents attached as **Attachment A**, and the complaints we forwarded to Consumer Sentinel, are records received or created in the usual course of BBB's business. They are records of a regularly conducted activity that:

(a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(b) were kept in the course of regularly conducted business activity of BBB; and

PX25-3

(c) were made as a regular practice of the business activity of BBB.

10.     Furthermore, the documents attached as **Attachment A** are records relied upon by BBB, and BBB has a substantial interest in the accuracy of these records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2018                    By _____

# PX 25
# Att. A

# Better Business Bureau
# Records

# COMPLAINT ACTIVITY REPORT  Case # 67199721 **Better Business Bureau Serving West Florida**

**Consumer Info:** Review, Ad
                  2655 McCormick Drive
                  Clearwater, FL  33758-7950
                  -

**Business Info:** Roca Labs Nutraceutical USA
                  PO Box 5309
                  Sarasota, FL  34277-5309
                  850 290-5200

**Location Involved:**       (Same as above)

**Consumer's Original Complaint** :
Please see attached.

**Consumer's Desired Resolution:**

**BBB Processing**

| | | | |
|---|---|---|---|
| 05/18/2011 | JWZ | BBB | Case Received by BBB |
| 05/18/2011 | JWZ | BBB | Initiate Ad Challenge Without Letter |
| 05/18/2011 | Otto | BBB | Manually Inform Business of Ad Review Challenge |
| 06/02/2011 | OttO | EMAIL | Ad Review Second Notice to Business |
| 06/10/2011 | OttO | BBB | No Response From Ad Review 2nd Notice |
| 06/10/2011 | TAY | BBB | Ad Review Company- Phone Call |
| 06/20/2011 | OttO | BBB | Wait on No Response to Phone Call |
| 06/20/2011 | TAY | BBB | Ad Review Company- Phone Call |
| 06/28/2011 | OttO | BBB | Wait on No Response to Phone Call |
| 07/01/2011 | NBB | BBB | Ad Review Company- Phone Call |
| 07/11/2011 | OttO | BBB | Wait on No Response to Phone Call |
| 07/18/2011 | TAY | BBB | Ad Review Company- Phone Call |
| 08/08/2011 | OttO | BBB | Wait on No Response to Phone Call |
| 08/08/2011 | CLP | EMAIL | Ad Review - Final Notice |
| 08/18/2011 | TAY | BBB | More info received from the business |
| 08/22/2011 | OttO | BBB | No Response From Ad Review Final Notice |
| 08/26/2011 | TAY | BBB | Ad Review Company- Phone Call |
| 09/09/2011 | TAY | BBB | Wait on No Response to Phone Call |
| 09/21/2011 | TAY | BBB | MORE INFO RECEIVED FROM THE BUSINESS : Hi Tawnia. |

It is still in progress.
The marketer/editor working on the project left abruptly because she got into a graduate program.

We are in the process of finding someone new and, in the meantime, we are continuing to work on it.

I will check on why you can't access the site (I can't anymore either).  I wonder if things changed when the marketer/editor left...??
I will be back in touch by the end of the week.
--Rachel

| 09/27/2011 | TAY | BBB | MORE INFO RECEIVED FROM THE BUSINESS : Hi Tawnia, |

I was able to get you the new link.  It is : http://www.gastric-bypass-no-surgery.com/#
This will show you the "Answers" page and some of the other pages that are in progress.  Please understand that this is still "under construction," as is the whole website, but I wanted to show you that we are really working on this.  Our tech people are working daily.  We are still looking for a new marketer/editor, but those in place are doing their best to work on this as much as they can.  We are taking the BBB's comments on our current website very seriously and are attempting to incorporate relevant changes into the new website.  We are also in the process of hiring a physician to review the product and the research and approve the contents of the website.

I apologize for the delays and will continue to keep you posted.
Thank you for your patience.
Please let me know if you need anything else.
I am also wondering if there has been any further discussion about taking us out of the incorrect "untested medical product" category and putting us into food supplement or diet aid or something of the like.
Thanks!
--Rachel

| 03/02/2012 | TAY | BBB | Ad Rev - Modified |

PX25-6

CONFIDENTIAL

**03/02/2012**     **Otto**   **BBB**     Ad Rev CLOSED - Modified

PX25-7

FTC-PROD-008549



**Better Business Bureau of West Florida, Inc.**
2655 McCormick Drive
Post Office Box 7950
Clearwater, FL 33758-7950
(727) 535-5522  |  (800) 525-1447
(727) 539-6301 (fax)
**www.bbb.org**

May 18, 2011

Rachel May Weiser, Esq.
Milano Weiser, Attorneys at Law
2639 Wooster Road
Rocky River, Ohio 44116

       Re: Roca Labs-Advertising Inquiry

Dear Ms. Weiser:

Better Business Bureau serves businesses and consumers by promoting ethical business practices and helping maintain consumer confidence in the marketplace.

One long-standing service of BBB is our Advertising Review Program.  As part of this program, we review advertising by businesses in our marketplace.   After reviewing your company's website, BBB would like for you to substantiate the following claims:

1. **Your product claims that it "creates an immediate gastric bypass effect: only 20% of your stomach volume will be available for food/calorie intake, forcing you to eat 50% less and lose weight from day one!"** (https://www.rocalabs.com/video/front.aspx). Please substantiate that taking your product achieves the 20% stomach volume measurement, the 50% reduction in eating, and the loss of weight occurring on the first day. Also, please substantiate that taking the product is the equivalent of gastric bypass surgery.
2. **"Safer and healthier than gastric bypass."** (https://www.rocalabs.com/faq/natural-gastric-bypass.aspx?Id=16&type=1)
3. **"The formula is probably the strongest and fastest method in the world to lose weight, with a 90% success rate."** (https://www.rocalabs.com/faq/natural-gastric-bypass.aspx?Id=16&type=1)
4. **"FDA Compliance - The formula is manufactured in an FDA-compliant facility. It is classified as a dietary supplement, and does not requires a doctor's prescription. It adheres to the FDA's guidelines for dietary supplements."** (https://www.rocalabs.com/credential.aspx)

PX25-8

CONFIDENTIAL



**Better Business Bureau of West Florida, Inc.**
2655 McCormick Drive
Post Office Box 7950
Clearwater, FL 33758-7950
(727) 535-5522 | (800) 525-1447
(727) 539-6301 (fax)
**www.bbb.org**

BBB is inquiring about your advertising claims based on the BBB Code of Advertising, which has been enclosed for your review, or accessed online at http://westflorida.bbb.org/bbb-accreditation-advertising-code.   Please review the following standards:

**Basic Principles**
**19. Claimed Results**

BBB welcomes a discussion with you about this issue. We are asking you to review your advertising and provide us with substantiation of the claims.   If unable to substantiate the claims, your company may choose to modify or discontinue the advertisement.

In the interest of timeliness, your Better Business Bureau is requesting your response to this advertising review by **May 31, 2011.**  If you have any questions in preparing your response, please contact me at (727) 535-5609, Ext. 3319.

Sincerely,


Tawnia Yovanovich
Trade Practice Specialist

CONFIDENTIAL



Roca Labs FAQ



Nutraceuticals
ROCA LABS™ USA

gastric bypass effect NO surgery

Order Now

Paris
Australia
Sweden
Florida

Video    FAQ    Success Stories
Basic   Maximizing Success  |  Medical  |  Ordering  |  Videos

## What is "gastric bypass NO su

### Gastric bypass with no surgery - *see video*

Used successfully in Europe for 6 years, this medical innovation is an easy-to-use formula that creates a natural GASTRIC BYPASS EFFECT in the stomach. Mixed with water and taken in the morning, it **immediately** expands in your stomach, leaving only 20% available for food intake and **forcing you to eat 50% less.**

The result: an immediate calorie deficiency and **weight loss from day one.** To accelerate the process, the formula includes the patented ingredient **β-Glucan®,** which balances blood sugar levels and fights your cravings for sweets and snacks - something that surgery isn't capable of. You'll not only eat less food without feeling hungry, you'll eat healthier too.

### Eat 50% less from day one

While in the past you required a full meal to fill your stomach and satisfy your hunger, once you're using the formula, you can take half a portion and still feel satisfied after. Since the formula PHYSICALLY fills your stomach, you have neither the need nor the space for more. At the end of the day, you'll find that even though you ate very little, you felt satisfied and your energy level remained high. Without realizing, you entered a state of **calorie deficiency,** where you ate fewer calories than you burned.

### Safer and healthier than gastric bypass

The formula is probably the strongest and fastest method in the world to lose weight, with a 90% success rate, in comparison to gastric bypass surgery, the formula is **less risky, faster, healthier, and has almost NO SIDE EFFECTS** or complications. And at the low cost of $640, it's a fraction of the cost of gastric bypass surgery, which can be $8,000 or more.

With RocaLabs™ Natural Gastric Bypass Formula, you finally have the weapon you need to win the fight against hunger, cravings, and obesity. You'll lose weight, look better, and improve your health easily and naturally. The power to succeed is in your hands.

CONFIDENTIAL

PX25-10

FTC-PROD-008550

Roca Labs FAQ

Here are some **Before & After** videos from satisfied users: Tanya, Loren, Jodi, Donna

Instructions | Terms | FDA disclaimer | Customer Care | Doctor | Send to a friend

## POWERFUL -

## physically prevents you from eating

This medical innovation is an easy-to-use formula that you can mix with any drink. Take it in the morning and it creates an immediate gastric bypass effect: only 20% of your stomach volume will be available for food/calorie intake, forcing you to eat 50% less and lose weight from day one!

**The patented β-Glucan® ingredient regulates your blood sugar levels and eliminates the body's need for sweets and snacks.**



20%
forced stomach size availability



https://www.rocalabs.com/faq/natural-gastric-bypass.aspx?id=16&type=1 (2 of 3) [5/18/2011 9:42:53 AM]

CONFIDENTIAL

PX25-11

FTC-PROD-008551

Roca Labs FAQ

# ASK US

If your question isn't answered here

name:

email:

question:

ask us

Copyright © 2006-2011 Roca Labs USA All rights reserved

Home|Order|Questions|Customer Care|Research|Instructions|Ingredients|Terms FDA disclaimer|Doctor|Band to is friend

* This medical information is an essay-to-use formula that you can mix, with any drink. Take it in the morning and it creates an immediate gastric bypass effect, only 20% of your stomach volume will be available for food-same intake, forcing you to eat 80% less, and lose weight from day one! The patented B-Glucans ingredients regulate your blood sugar levels and stimulates the body's need for insulin and stabes.

CONFIDENTIAL

PX25-12

FTC-PROD-008552



Roca Labs FAQ

**Nutraceuticals**
# ROCA LABS™ USA

Paris
Australia
Sweden
Florida

| Video | FAQ | Success Stories |
|---|---|---|
| Basic | Maximizing Success | Medical | Ordering | Videos |

## gastric bypass effect NO surgery

**Order Now**

## Gastric bypass with no surgery - *see video*

Used successfully in Europe for 6 years, this medical innovation is an easy-to-use formula that creates a natural GASTRIC BYPASS EFFECT in the stomach. Mixed with water and taken in the morning, it **immediately** expands in your stomach, leaving only 20% available for food intake and **forcing you to eat 50% less.**

The result: an immediate calorie deficiency and **weight loss from day one.** To accelerate the process, the formula includes the patented ingredient **β-Glucan®,** which balances blood sugar levels and fights your cravings for sweets and snacks - something that surgery isn't capable of. You'll not only eat less food without feeling hungry, you'll eat healthier too.

## Eat 50% less from day one

While in the past you required a full meal to fill your stomach and satisfy your hunger, once you're using the formula, you can take half a portion and still feel satisfied after. Since the formula PHYSICALLY fills your stomach, you have neither the need nor the space for more. At the end of the day, you'll find that even though you ate very little, you felt satisfied and your energy level remained high. Without realizing, you entered a state of **calorie deficiency,** where you ate fewer calories than you burned.

## Safer and healthier than gastric bypass

The formula is probably the strongest and fastest method in the world to lose weight, with a 90% success rate. In comparison to gastric bypass surgery, the formula is **less risky, faster, healthier, and has almost NO SIDE EFFECTS** or complications. And at the low cost of $640, it's a fraction of the cost of gastric bypass surgery, which can be $8,000 or more.

With RocaLabs™ Natural Gastric Bypass Formula, you finally have the weapon you need to win the fight against hunger, cravings, and obesity. You'll lose weight, look better, and improve your health easily and naturally. The power to succeed is in your hands.

https://www.rocalabs.com/faq/natural-gastric-bypass.aspx?id=16&type=1 (1 of 3) [5/18/2011 9:42:53 AM]

Roca Labs FAQ

Here are some **Before & After** videos from satisfied users: Tanya, Loren, Jodi, Donna

Instructions | Terms | FDA disclaimer | Customer Care | Doctor | Send to a friend

## POWERFUL -

### physically prevents you from eating

This medical innovation is an easy-to-use formula that you can mix with any drink. Take it in the morning and it creates an immediate gastric bypass effect: only 20% of your stomach volume will be available for food/calorie intake, forcing you to eat 50% less and lose weight from day one!

**The patented β-Glucan® ingredient regulates your blood sugar levels and eliminates the body's need for sweets and snacks.**





PX25-14

Roca Labs FAQ

Roca Labs FAQ

## ASK US
### If your question isn't answered here

name

email

question

Copyright © 2006-2011 Roca Labs USA All rights reserved

Home|Order|Questions|Customer Care|Research|Instructions|Ingredients|Terms|FDA disclaimer|Doctor|Send to a friend

*This medical innovation is an easy-to-use formula that you can mix with any drink. Take it in the morning and it creates an immediate gastric bypass effect: only 20% of your stomach volume will be available for food/calorie intake, forcing you to eat 50% less and lose weight from day one! The patented β-Glucan® ingredient regulates your blood sugar levels and eliminates the body's need for sweets and snacks.

PX25-15

Roca Labs Credentials

Nutraceuticals
# ROCA LABS™ U.S.A.

Paris
Australia
Sweden
Florida

## Credentials

 Approved facility FDA

### FDA Compliance

The formula is manufactured in an FDA-compliant facility. It is classified as a dietary supplement, and does not requires a doctor's prescription. It adheres to the FDA's guidelines for dietary supplements.

The formula is not regulated or approved by the FDA.

 American Heart Association

### American Heart Association

The procedure is in line with the American Heart Association's diet & lifestyle guidelines (PDF)

 KOSHER

### Kosher

The formula and all ingredients are certified Kosher Pareve By Rabbi Don Yoel Levy of the OK Organization. Not Kosher for Passover. Kosher Certificate

---

gastric bypass effect NO surgery

## POWERFUL -

## physically prevents you from eating

This medical innovation is an easy-to-use formula that you can mix with any drink. Take it in the morning and it creates an immediate gastric bypass effect: only 20% of your stomach volume will be available for food/calorie intake, forcing you to eat 50% less and lose weight from day one!

**The patented β-Glucan® ingredient regulates your blood sugar levels and eliminates the body's need for sweets and snacks.**

20%

forced stomach size availability

## ASK US

If your question isn't answered here

https://www.rocalabs.com/credential.aspx (1 of 2) [5/18/2011 9:51:07 AM]

CONFIDENTIAL                                                                 FTC-PROD-008553

Roca Labs Credentials

ask us

oral
injection

## Good Manufacturing Practice

The formula is manufactured under United States GMP guidelines, and carries the GMP seal of approval. "Good Manufacturing Practice" is part of a quality system covering the manufacture and testing of active pharmaceutical ingredients, diagnostics, foods, pharmaceutical products, and medical devices.



natural

## All-Natural Active Ingredients

All active ingredients are natural and are based on healthy fibers: Beta-Glucan, Guar Gum, and Xanthan Gum.

Copyright © 2006-2011 Roca Labs USA All rights reserved

Home|Experts|Questions|Customer Care|Reserve|Instructions|Ingredients|FarmFarm|FDA disclaimer|Doctors|Send to a friend

* This medical formulation is an easy-to-use formula that you can mix with any drink. Take it in the morning and it creates an immediate gastric bypass effect. Only 20% of your stomach volume will be available for food—diverting intake, forcing you to eat 80% less and lose weight from day one. The ingredients in Gastric® augment regulate your total sugar levels and stimulate the body's need for sweets and snacks.

https://www.rocalabs.com/credential.aspx (2 of 2) [5/18/2011 9:51:07 AM]

CONFIDENTIAL

FTC-PROD-008554



Roca Labs Credentials



Nutraceuticals

# ROCA LABS™ USA

Paris
Australia
Sweden
Florida

## gastric bypass effect NO surgery

## Credentials

approved facility FDA *

### FDA Compliance

The formula is manufactured in an FDA-compliant facility. It is classified as a dietary supplement, and does not requires a doctor's prescription. It adheres to the FDA's guidelines for dietary supplements.

The formula is not regulated or approved by the FDA.

American Heart Association

### American Heart Association

The procedure is in line with the American Heart Association's diet & lifestyle guidelines (PDF)

KOSHER

### Kosher

The formula and all ingredients are certified Kosher Pareve by Rabbi Don Yoel Levy of the OK Organization. Not Kosher for Passover. Kosher Certificate

## POWERFUL -

## physically prevents you from eating

This medical innovation is an easy-to-use formula that you can mix with any drink. Take it in the morning and it creates an immediate gastric bypass effect: only 20% of your stomach volume will be available for food/calorie intake, forcing you to eat 50% less and lose weight from day one!

**The patented β-Glucan® ingredient regulates your blood sugar levels and eliminates the body's need for sweets and snacks.**



20%

forced stomach size availability







approved facility FDA *   American Heart Association   KOSHER    GMP    all natural

## ASK US

If your question isn't answered here

name

https://www.rocalabs.com/credentials.aspx (1 of 2) [5/18/2011 9:51:07 AM]

Roca Labs Credentials



## Good Manufacturing Practice

The formula is manufactured under United States GMP guidelines, and carries the GMP seal of approval. "Good Manufacturing Practice" is part of a quality system covering the manufacture and testing of active pharmaceutical ingredients, diagnostics, foods, pharmaceutical products, and medical devices.



## All-Natural Active Ingredients

All active ingredients are natural and are based on healthy fibers: Beta-Glucan, Guar Gum, and Xanthan Gum.

Copyright © 2006-2011 Roca Labs USA All rights reserved

Home|Order|Questions|Customer Care|Research|Instructions|Ingredients|Terms|FDA disclaimer|Doctor|Send to a friend

*\* This medical innovation is an easy-to-use formula that you can mix with any drink. Take it in the morning and it creates an immediate gastric bypass effect: only 20% of your stomach volume will be available for food/calorie intake, forcing you to eat 50% less and lose weight from day one! The patented β-Glucan® ingredient regulates your blood sugar levels and eliminates the body's need for sweets and snacks.*

email
question

PX25-19

https://www.rocalabs.com/credential.aspx (2 of 2) [5/18/2011 9:51:07 AM]

| | |
|---|---|
| **From:** | Roca Labs Legal Dept <legal@rocalabs.com> |
| **Sent:** | Wednesday, August 17, 2011 7:21 PM |
| **To:** | Tawnia Yovanovich <tyovanovich@bbbwestflorida.org>; jzajac@bbbwestflorida.org |
| **Subject:** | Roca Labs, Inc. |
| **Attach:** | BBB Zajac_Tawnia Ad Letter.pdf |

Please see attached correspondence in response to the Advertising Complaint.
Thank you.

PX25-20

CONFIDENTIAL

## LAW OFFICE OF KENNETH U. PINOS P.A.
### 12150 SW 128th Court, Suite 120
### Miami, FL 33186

*Kenneth U. Pinos*                              *Telephone: (786)249-3490*
*Attorney at Law*                               *Facsimile: (305) 230-0629*

VIA EMAIL & FACSIMILE ONLY

August 17, 2011

John Zajac
jzajac@bbbwestflorida.org

Tawnia Yovanovich
tyovanovich@bbbwestflorida.org

Fax #: (727) 539-6301.

Re:      **BBB Complaint Case#67199721(Ref#1-90092885-67199721-15-455)**

Dear Mr. Zajac and Ms. Yanovich,

In response to the above-listed complaint regarding Roca Labs, Inc.'s website advertising, please be advised of the following:

(1)      Due in part to the BBB advertising complaint, the President of Roca Labs, Inc., ordered the Legal Department to conduct research and to issue to the marketing department a new set of rules regarding Internet advertising.  This process took several weeks.

(2)      As a result of the Legal Department's research, as well as the BBB's comments/concerns, Roca Labs has decided to completely rebuild its website. This process has been underway for about 10 days. It will likely take the marketing and technical departments several more weeks to complete.

(3)      So the BBB can see that our efforts are in process and are sincere, the following is the link to the site being built: http://web.me.com/v555/clean/Gastric_results.html

(4)      Please understand this new website is incomplete and is being amended and supplemented every day.  We ask that you not use this link for any reason or provide it to anyone else, as it reveals our internal work product and marketing strategies.  However, we thought it important that you see our work effort.

(5)      Roca Labs is also working to improve its terms and conditions and customer care on a daily basis.

PX25-21

(6)     We ask for your patience so that we can complete this website overhaul.  We will then welcome your review and comments and will be able to quickly make changes as needed.

(7)     In the meantime, I would like to set up a telephone conference to discuss with both of you the status of Roca Labs "category" with the BBB.  We reiterate that we are not "untested medical products", but rather "weight loss supplement/diet aids."  We have provided you with evidence from our website indicating that we are not a medical product at all.  We have located businesses in our industry, with many customer complaints and A+ ratings in other states.  We would like the opportunity to discuss this with you.  Please let me know when might be a good time for a conference call.

Thank you for your patience and for your kind assistance.

Sincerely ,

*Rachel May Weiser*

Rachel May Weiser, Esq.

ROCA LABS, INC. LEGAL DEPARTMENT

PX25-22

CONFIDENTIAL

| | |
|---|---|
| **From:** | Roca Labs Legal Dept [legal@rocalabs.com] |
| **Sent:** | |
| **To:** | jzajac@bbbwestflorida.org; Tawnia Yovanovich |
| **Subject:** | Roca Labs |

---

Hi John and Tawnia,

I am writing to ask that we move our meeting to a later date.

My move ended up being much more time consuming than I thought.
I have also been extremely bogged down with Roca Labs work.
To assist me, Roca Labs has recently retained a new attorney who is licensed in Florida.
He is helping me to look over the website with a fine tooth comb and to create a list of all changes to be recommended to our marketing, sales and IT departments.
His focus is BBB, FTC, FDA, as well as Florida and internet best practices in general.
We are working on an overall strategy to make positive modifications to our website and company as a whole.
This is a bit of a process, as I'm sure you can imagine.

I will, of course, continue to timely respond to any complaints.
I just need more time to "meet" about the advertising issues.

Let me know your availability over the next few weeks so we can reschedule.

Thank you in advance for your understanding and patience.
Have a nice weekend.

--Rachel

PX25-23

CONFIDENTIAL