UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>ROCA LABS, INC., *et al.*,<br><br>            Defendants. | Civ. No. 8:15-cv-02231-MSS-TBM<br><br>NOTICE OF FILING<br>OF PHYSICAL EXHIBIT<br>(PX 2) |

Plaintiff Federal Trade Commission ("FTC") hereby submits this Notice of Filing of Physical Exhibit (PX2) in support of the FTC's Amended Motion for Summary Judgment. This exhibit contains video files that cannot reasonably be scanned. Specifically, the following documents are being submitted on a DVD within three electronic folders. The contents are as follows:

**[folder 1] Hensley Deposition**
FTC-PROD-013837.mov

**[folder 2] Howe Declaration**
FTC-PROD-003769.wmv
FTC-PROD-004295.mov
FTC-PROD-004297.mov
FTC-PROD-004298.mov
FTC-PROD-004542.mov
FTC-PROD-004546.mov
FTC-PROD-004548.mov
FTC-PROD-004550.mov
FTC-PROD-004559.mov
FTC-PROD-004563.mov
FTC-PROD-004575.mov
FTC-PROD-004690.wmv
FTC-PROD-004692.wmv

    **[folder 3] Luceri Declaration**
    Luceri Att. A - FTC-PROD-013605.wmv
    [subfolder] Luceri Att. B – Roca Labs Facebook Scrapbook FTC-PROD013595

The DVD was filed with the Clerk of the Court on this 26th day of April, 2018.

    Respectfully submitted,

    /s/ *Carl H. Settlemyer, III*
    CARL H. SETTLEMYER, III (Trial Counsel)
    PAUL B. SPELMAN
    MICHAEL J. DAVIS
    Federal Trade Commission
    600 Pennsylvania Avenue, NW, Mail Drop CC-10528
    Washington, DC 20580
    (202) 326-2019, -2487, -2458 (Tel.)
    (202) 326-3259 (Fax)
    csettlemyer@ftc.gov,  pspelman@ftc.gov, mdavis@ftc.gov
    Attorneys for Plaintiff Federal Trade Commission

## CERTIFICATE OF SERVICE

I CERTIFY that on this 26th day of April, 2018, I electronically filed the foregoing "Notice of Filing of Physical Exhibit (PX 2)" with the Clerk of Court by using the CM/ECF filing system, and this document will be served electronically through same to counsel for all parties of record.

    /s/ *Carl H. Settlemyer, III*
    Attorney