# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

v.                                                                                 Case No: 8:15-cv-2231-T-35CPT

**ROCA LABS, INC.,** a corporation,
**ROCA LABS NUTRACEUTICAL USA, INC.,** a corporation, **DON JURAVIN,** individually, **DON JURAVIN,** as an officer of Roca Labs, Inc. and Roca Labs Nutraceutical USA, Inc. Must Cure Obesity, Co and Juravin, Inc., **GEORGE C. WHITING,** individually, **GEORGE C. WHITING,** as an officer of Roca Labs, Inc. and Roca Labs Nutraceutical USA, Inc. and Zero Calorie Labs, Inc., **MUST CURE OBESITY, CO.,** a corporation, **JURAVIN, INCORPORATED,** a corporation, and **ZERO CALORIE LABS, INC.,** a corporation,

    Defendants.

_____

# **ORDER**

**THIS CAUSE** comes before the Court for consideration of Shumaker, Loop & Kendrick, LLP's Special Limited Appearance and Unopposed Motion to Transfer Frozen Escrow Funds to Defendant Don Juravin's Current Counsel of Record ("Motion"). (Dkt. 230)

In the Motion, Shumaker, Loop & Kendrick, LLP ("Shumaker") requests the Court to authorize the transfer of Defendants' frozen funds currently held in Shumaker's escrow account to the trust account of Defendants' current counsel, Andrew C. Hill. (Id. at ¶ 6)

Shumaker received a total of $8,928.12 from Defendants when they were represented by former Shumaker attorney, Suzette Marteny, who withdrew as counsel in March 2017. (Id. at ¶ 6; Dkt. 116)  Pursuant to the Court's Asset Freeze Order, (Dkt. 90), Shumaker has held these funds in escrow.  (Dkt. 230 at ¶ 4)

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. Shumaker, Loop & Kendrick, LLP's Special Limited Appearance and Unopposed Motion to Transfer Frozen Escrow Funds to Defendant Don Juravin's Current Counsel of Record, (Dkt. 230), is **GRANTED**.

2. Shumaker shall transfer Defendants' frozen funds, which total $8,928.12, from its trust account to Defendants' counsel, Andrew C. Hill, who shall hold the funds in his trust until final resolution of this case unless otherwise ordered by the Court.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of June, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person